## United States Bankruptcy Court

### Central District of California

In re **The Litigation Practice Group P.C.**                Case No. _____
                                Debtor(s)                    Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  03/22/2023                                  _/s/_ (signature)

                                                    Signature of Debtor

Copyright © Financial Software Solutions, LLC

**Ajilon**
Lockbox: Dept CH 14031
Palatine, IL 60055

**Anibal Colon Jr**
c/o Alexander Taylor, Esq.
Sulaiman Law Group Ltd
2500 S. Highland Ave, Ste 200
Lombard, IL 60148

**Anthem Blue Cross**
PO Box 511300
Los Angeles, CA 90051

**Arizona Dept of Economic Security**
PO Box 6028
Phoenix, AZ 85005

**Arkansas Dept of Finance & Admin**
PO Box 9941, Little Rock, AR 72203-9941
Little Rock, AR 72203

**Azevedo Solutions Groups, Inc**
420 Adobe Canyon Rd
Kenwood, CA 95452

**Beverly Graham**
c/o Bobby Walker, Esq.
Sulaiman Law Group
2500 S. Highland Ave, Ste 200
Lombard, IL 60148

**Business Centers of America**
1100 Sir Francis Drake Blvd
Ste 1
Kentfield, CA 94904

Copyright © Financial Software Solutions, LLC

**California Franchise Tax Board**
PO Box 942857
Sacramento, CA 94257

**Carolina Technologies & Consulting Invoice**
1854 Hendersonville Road, Suite A
PMB #178
Asheville, NC 28803

**Carolyn Beech**
c/o Daniel Edelman, Esq.
20 South Clark St., Ste1500
Chicago, IL 60603

**City Capital NY**
1135 Kane Concourse
Bay Harbour Islands, FL 33154

**Collaboration Advisors**
400 Dorla Court
Zephyr Cove, NV 89448

**Credit Reporting Service Inc**
548 Market St, Suite 72907
San Francisco, CA 94104

**CT Corporation - Inv**
PO Box 4349
Carol Stream, IL 80107

**Darcy Williamson, Trustee**
510 SW 10th
Topeka, KS 66612

Copyright © Financial Software Solutions, LLC

David Ulery
c/o Joshua Eggnatz, Esq,
EGGNATZ | PASCUCCI
7450 Griffin Road, Suite 230
Davie, FL 33314

Debra Price
c/o Robert Cocco
1500 Walnut St, Ste 900
Philadelphia, PA 19102

Debt Pay Pro
1900 E Golf Road, Suite 550
Schaumburg, IL 60173

Debt Validation Fund II, LLC
5075 Lower Valley Road
Atglen, PA 19310

Dept of Labor and Industries
PO Box 34022
Seattle, WA 98124

Diverse Capital LLC
323 Sunny Isles Blvd, Ste 503
Sunny Isles, FL 33154

Document Fulfillment Services
2930 Ramona Ave #100
Sacramento, CA 95826

EnergyCare, LLC
2925 N. Green Valley Parkway
Suite C
Henderson, NV 89014

Copyright © Financial Software Solutions, LLC

**Executive Center LLC**
**5960 South Jones Blvd**
**Las Vegas, NV 89118**


**Exela Enterprise Solutions**
**2701 E. Grauwyler Road**
**Irving, TX 75061**


**First Legal Network, LLC**
**PO Box 743451**
**Los Angeles, CA 90074**


**Fundura Capital Group**
**80 Broad Street, Ste 3303**
**New York, NY 10004**


**Geneve and Myranda Sheffield**
**c/o Jeremiah Heck, Esq**
**Luftman Heck & Assoc**
**6253 Riverside Dr, Ste 200**
**Dublin, OH 43017**


**Georgia Dept of Labor**
**148 Andrew Young International Blvd, NE, Suite 752**
**Atlanta, GA 30303**


**GHA Technologies Inc**
**Dept #2090**
**PO Box 29661**
**Phoenix, AZ 85038**


**Gloria Eaton**
**c/o Kris Skaar, Esq.**
**133 Mirramont Lake Dr.**
**Woodstock, GA 30189**

Copyright © Financial Software Solutions, LLC

**Harrington Electric Inc**
**PO Box 886**
**Skyland, NC 28776**

**Imagine Reporting**
**1350 Columbia Street**
**Suite 703**
**San Diego, CA 92103**

**Indiana Dept of Revenue**
**PO Box 1028**
**INDIANAPOLIS, IN 46206**

**Internal Revenue Service (IRS)**
**Internal Revenue Service**
**Ogden, UT 84201**

**James Hammett**
**c/o Jenna Dakraub**
**Price Law Group**
**8245 N. 85th Way**
**Scottsdale, AZ 85258**

**Johnny RIzo**
**c/o Bobby Walker, Esq.**
**Sulaiman Law Group**
**2500 S. Highland Ave, Ste 200**
**Lombard, IL 60148**

**JP Morgan Chase**
**3 Park Plaza, Ste 900**
**Irvine, CA 92614**

**Juize, Inc**
**PO Box 505**
**Murrieta, CA 92562**

Copyright © Financial Software Solutions, LLC

**Karen Suell**
c/o Nathan C. Volheim, Esq
Sulaiman Law Group
2500 S. Highland Ave, Ste 200
Lombard, IL 60148


**Kathleen Lacey**
c/o David Chami, Esq.
Price Law Group
8245 N. 85th Way
Scottsdale, AZ 85258


**Kathleen Scarlett**
c/o Jeremiah Heck, Esq.
Luftman Heck & Assoc
6253 Riverside Dr, Ste 200
Dublin, OH 43017


**Kenneth Topp**
c/o Nathan Volheim, Esq
Sulaiman Law Group Ltd
2500 S Highland Ave, Ste 200
Lombard, IL 60148


**Kevin Carpenter**
c/o Alexander Taylor, Esq,
Sulaiman Law Group Ltd
2500 S. Highland Ave, Ste 200
Lombard, IL 60148


**Kimberly Birdsong**
c/o Alexander J. Taylor, Esq.
SULAIMANLAW GROUP
2500 South Highland Ave
Suite 200
Lombard, IL 60148

Copyright © Financial Software Solutions, LLC

**Krisp Technologies, Inc**
**2150 Shattuck Ave**
**Penthouse 1300**
**Berkeley, CA 94704**


**LexisNexus**
**15500 B Rockfield Blvd**
**Irvine, CA 92618**


**Liberty Mutual**
**PO Box 91013**
**Chicago, IL 60680**


**Marc Lemauviel - Allegra**
**326 MacNeil Way**
**Weaverville, NC 28787**


**Marich Bein LLC**
**99 Wall Street**
**Ste 2669**
**New York, NY 10005**


**MarkSYS Holdings, LLC**
**3725 Cincinnati Ave**
**Suite 200**
**Rocklin, CA 95765**


**MC DVI Fund 1, LLC; MC DVI Fund 2, LLC**
**1598 Cottonwood Dr**
**Glenview, IL 60026**


**Michael Schwartz**
**3968 Lowry Avenue**
**Cincinnati, OH 45229**

**Mississippi Dept of Revenue**
PO Box 23075
Jackson, MS 39225


**Nationwide Appearance Attorneys**
5737 Kanan Rd #628
Agoura Hills, CA 91301


**Netsuite-Oracle**
2300 Oracle Way
Austin, TX 78741


**Nevada Dept of Taxation**
1550 College Parkway, Suite 115
Carson City, NV 89706


**Outsource Accelerator Ltd**
City Marque Limited, Unit 8801-2
Bldg 244-248 Des Voeux Rd
Central Hong Kong


**Pitney Bowes**
PO Box 981026
Boston, MA 02298


**Rapid Credit Inc**
3558 Round Barn Blvd
Suite 200
Santa Rosa, CA 95403


**SBS Leasing A Program of De Lage Landen**
PO Box 41602
Philadelphi, PA 19101

Copyright © Financial Software Solutions, LLC

**Security Solutions**
10911 Bloomfield St
Los Alamitos, CA 90720

**Sharp Business Systems**
8670 Argent St
Santee, CA 92071

**Streamline Performance Inc**
1551 N Tustin, #555
Santa Ana, CA 92705

**TaskUs Holdings, Inc.**
1650 Independence Dr
New Braunfels, TX 78132

**Thomson Reuters**
610 Opperman Drive
Eagen, MN 55123

**Tustin Executive Center**
1630 S Sunkist Steet
Ste A
Anaheim, CA 92806

**Twilio, Inc**
101 Spear Street
Suite 500
San Francisco, CA 94105

**Utah State Tax Commission**
210 N 1950 W
Salt Lake City, UT 84134

**Validation Partners LLC**
**1300 Sawgrass Pkwy**
**Ste 110**
**Sunrise, FL 33323**

**Wisconsin Dept of Revenue**
**PO Box 8901**
**Madison, WI 53708**