**Fill in this information to identify the case:**

Debtor name __The Litigation Practice Group PC__

United States Bankruptcy Court for the: __Central District__   District of __California__
(State)

Case number (If known): __8:23-bk-10571-SC__

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Debt Validation Fund II, LLC  5075 Lower Valley Road, Atglen, PA 19310 | | Breach of Contract Dispute | Disputed | | | $65,385,489.44 |
| 2 | MC DVI Fund 1, LLC; MC DVI Fund 2, LLC  598 Cottonwood Dr., Glenview, IL 60026 | | Breach of Contract Dispute | Disputed | | | $36,810,655.64 |
| 3 | Validation Partners LLC  1300 Sawgrass Pkwy, Ste 110  Sunrise, FL 33323 | | Breach of Contract Dispute | Disputed | | | $25,000,000.00 |
| 4 | Marich Bein LLC  99 Wall Street, Ste 2669, New York, NY 10005 | | Breach of Contract Dispute | Disputed | | | $8,000,000.00 |
| 5 | Business Centers of America  1100 Sir Francis Drake Blvd, Ste 1, Kentfield, CA 94904 | | Receivable Purchase | Disputed | | | $2,400,000.00 |
| 6 | JP Morgan Chase  3 Park Plaza, Ste 900, Irvine, CA 92614 | | Commericial Corp Credit Card | Disputed | | | $1,400,000.00 |
| 7 | CA Franchise Tax Board  PO Box 942857, Sacramento, CA 94257-0511 | | Taxes | Undisputed | | | $346,480.39 |
| 8 | Outsource Accelerator Ltd  City Marque Limited, Unit 8801-2 Bldg 244-248 Des Voeux Rd Central Hong Kong | | Offshore Call Center | Disputed | | | $247,591.48 |

| Debtor | The Litigation Practice Group PC | Case number (*if known*) 8:23-bk-10571-SC |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Collaboration Advisors  400 Dorla Court,  Zephyr Cove, NV 89448 | | Broker - marketing affiliates | Undisputed | | | $219,533.80 |
| 10 | Anthem Blue Cross  PO Box 511300,  Los Angeles, CA 90051-7855 | | Insurance | Undisputed | | | $201,869.92 |
| 11 | Azevedo Solutions Groups, Inc  420 Adobe Canyon Rd,  Kenwood, CA 95452 | | IT vendor | Undisputed | | | $187,956.90 |
| 12 | Debt Pay Pro  1900 E Golf Road, Suite 550  Schaumburg, IL 60173 | | CRM | Undisputed | | | $162,500.00 |
| 13 | Sharp Business Systems  8670 Argent St  Santee, CA 92071 | | IT support services and phone system | Undisputed | | | $158,207.87 |
| 14 | Tustin Executive Center  1630 S Sunkist Steet, Ste A  Anaheim, CA 92806 | | Lease Dispute | Undisputed | | | $139,787.22 |
| 15 | Exela Enterprise Solutions  2701 E. Grauwyler Road  Irving, TX 75061 | | Mail vendor | Undisputed | | | $130,773.51 |
| 16 | Netsuite-Oracle  2300 Oracle Way  Austin, TX 78741 | | Bookkeeping software | Disputed | | | $101,320.10 |
| 17 | Credit Reporting Service Inc  548 Market St, Suite 72907  San Francisco, CA 94104-5401 | | Credit reporting platform | Undisputed | | | $98,502.00 |
| 18 | Document Fulfillment Services  2930 Ramona Ave #100  Sacramento, CA 95826 | | Mail vendor | Undisputed | | | $90,570.08 |
| 19 | Executive Center LLC  5960 South Jones Blvd  Las Vegas, NV 89118 | | Abandoned lease | Undisputed | | | $52,095.81 |
| 20 | LexisNexus  15500 B Rockfield Blvd,  Irvine, CA 92618 | | Breach of contract - Online Research | Undisputed | | | $28,000.00 |