United States Bankruptcy Court
Central District of California

In re:  
The Litigation Practice Group P.C.  
    Debtor

Case No. 23-10571-SC  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 3  
Date Rcvd: Mar 23, 2023      Form ID: 309F1      Total Noticed: 77

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981 |
| 41469126 | + | Ajilon, Lockbox: Dept CH 14031, Palatine, IL 60055-0001 |
| 41469127 | + | Anibal Colon Jr, c/o Alexander Taylor, Esq., Sulaiman Law Group Ltd, 2500 S. Highland Ave, Ste 200, Lombard, IL 60148-7103 |
| 41469128 | + | Anthem Blue Cross, PO Box 511300, Los Angeles, CA 90051-7855 |
| 41469129 | + | Arizona Dept of Economic Security, PO Box 6028, Phoenix, AZ 85005-6028 |
| 41469131 | + | Azevedo Solutions Groups, Inc, 420 Adobe Canyon Rd, Kenwood, CA 95452-9048 |
| 41469132 | + | Beverly Graham, c/o Bobby Walker, Esq., Sulaiman Law Group, 2500 S. Highland Ave, Ste 200, Lombard, IL 60148-7103 |
| 41469133 | + | Business Centers of America, 1100 Sir Francis Drake Blvd, Ste 1, Kentfield, CA 94904-1476 |
| 41469140 | + | CT Corporation - Inv, PO Box 4349, Carol Stream, IL 60197-4349 |
| 41469135 | + | Carolina Technologies & Consulting Invoice, 1854 Hendersonville Road, Suite A, PMB #178, Asheville, NC 28803-2495 |
| 41469136 | + | Carolyn Beech, c/o Daniel Edelman, Esq., 20 South Clark St., Ste1500, Chicago, IL 60603-1824 |
| 41469137 | + | City Capital NY, 1135 Kane Concourse, Bay Harbour Islands, FL 33154-2025 |
| 41469138 | | Collaboration Advisors, 400 Dorla Court, Zephyr Cove, NV 89448 |
| 41469139 | + | Credit Reporting Service Inc, 548 Market St, Suite 72907, San Francisco, CA 94104-5401 |
| 41469141 | + | Darcy Williamson, Trustee, 510 SW 10th, Topeka, KS 66612-1606 |
| 41469142 | + | David Ulery, c/o Joshua Eggnatz, Esq., EGGNATZ, PASCUCCI, 7450 Griffin Road, Suite 230 Davie, FL 33314-4104 |
| 41469143 | + | Debra Price, c/o Robert Cocco, 1500 Walnut St, Ste 900, Philadelphia, PA 19102-3518 |
| 41469144 | + | Debt Pay Pro, 1900 E Golf Road, Suite 550, Schaumburg, IL 60173-5870 |
| 41469145 | + | Debt Validation Fund II, LLC, 5075 Lower Valley Road, Atglen, PA 19310-1774 |
| 41469147 | + | Diverse Capital LLC, 323 Sunny Isles Blvd, Ste 503, Sunny Isles, FL 33160-4675 |
| 41469148 | + | Document Fulfillment Services, 2930 Ramona Ave #100, Sacramento, CA 95826-3838 |
| 41469149 | + | EnergyCare, LLC, 2925 N. Green Valley Parkway, Suite C, Henderson, NV 89014-0418 |
| 41469150 | + | Executive Center LLC, 5960 South Jones Blvd, Las Vegas, NV 89118-2610 |
| 41469151 | + | Exela Enterprise Solutions, 2701 E. Grauwyler Road, Irving, TX 75061-3414 |
| 41469152 | + | First Legal Network, LLC, PO Box 743451, Los Angeles, CA 90074-3451 |
| 41469153 | + | Fundura Capital Group, 80 Broad Street, Ste 3303, New York, NY 10004-2845 |
| 41469156 | + | GHA Technologies Inc, Dept #2090, PO Box 29661, Phoenix, AZ 85038-9661 |
| 41469154 | + | Geneve and Myranda Sheffield, c/o Jeremiah Heck, Esq, Luftman Heck & Assoc, 6253 Riverside Dr, Ste 200, Dublin, OH 43017-5450 |
| 41469157 | + | Gloria Eaton, c/o Kris Skaar, Esq., 133 Mirramont Lake Dr., Woodstock, GA 30189-8215 |
| 41469158 | + | Harrington Electric Inc, PO Box 886, Skyland, NC 28776-0886 |
| 41469159 | + | Imagine Reporting, 1350 Columbia Street, Suite 703, San Diego, CA 92101-3456 |
| 41469162 | + | James Hammett, c/o Jenna Dakraub, Price Law Group, 8245 N. 85th Way, Scottsdale, AZ 85258-4349 |
| 41469163 | + | Johnny RIzo, c/o Bobby Walker, Esq., Sulaiman Law Group, 2500 S. Highland Ave, Ste 200, Lombard, IL 60148-7103 |
| 41469165 | + | Juize, Inc, PO Box 505, Murrieta, CA 92564-0705 |
| 41469166 | + | Karen Suell, c/o Nathan C. Volheim, Esq, Sulaiman Law Group, 2500 S. Highland Ave, Ste 200, Lombard, IL 60148-7103 |
| 41469167 | + | Kathleen Lacey, c/o David Chami, Esq., Price Law Group, 8245 N. 85th Way, Scottsdale, AZ 85258-4349 |
| 41469168 | + | Kathleen Scarlett, c/o Jeremiah Heck, Esq., Luftman Heck & Assoc, 6253 Riverside Dr, Ste 200, Dublin, OH 43017-5450 |
| 41469169 | + | Kenneth Topp, c/o Nathan Volheim, Esq, Sulaiman Law Group Ltd, 2500 S Highland Ave, Ste 200, Lombard, IL 60148-7103 |
| 41469170 | + | Kevin Carpenter, c/o Alexander Taylor, Esq,, Sulaiman Law Group Ltd, 2500 S. Highland Ave, Ste 200, Lombard, IL 60148-7103 |
| 41469171 | + | Kimberly Birdsong, c/o Alexander J. Taylor, Esq., SULAIMANLAW GROUP, 2500 South Highland Ave, Suite 200 Lombard, IL 60148-7103 |
| 41469172 | + | Krisp Technologies, Inc, 2150 Shattuck Ave, Penthouse 1300, Berkeley, CA 94704-1347 |
| 41469173 | + | LexisNexus, 15500 B Rockfield Blvd, Irvine, CA 92618-2722 |
| 41469174 | + | Liberty Mutual, PO Box 91013, Chicago, IL 60680-1171 |
| 41469178 | + | MC DVI Fund 1, LLC; MC DVI Fund 2, LLC, 1598 Cottonwood Dr, Glenview, IL 60026-7769 |

Case 8:23-bk-10571-SC    Doc 17    Filed 03/25/23    Entered 03/25/23 21:12:32    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0973-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 23, 2023 | Form ID: 309F1 | Total Noticed: 77 |

| | | |
|---|---|---|
| 41469175 | + | Marc Lemauviel - Allegra, 326 MacNeil Way, Weaverville, NC 28787-6700 |
| 41469176 | + | Marich Bein LLC, 99 Wall Street, Ste 2669, New York, NY 10005-4301 |
| 41469177 | + | MarkSYS Holdings, LLC, 3725 Cincinnati Ave, Suite 200, Rocklin, CA 95765-1220 |
| 41469179 | + | Michael Schwartz, 3968 Lowry Avenue, Cincinnati, OH 45229-1310 |
| 41469181 | + | Nationwide Appearance Attorneys, 5737 Kanan Rd #628, Agoura Hills, CA 91301-1601 |
| 41469182 | + | Netsuite-Oracle, 2300 Oracle Way, Austin, TX 78741-1400 |
| 41469184 | | Outsource Accelerator Ltd, City Marque Limited, Unit 8801-2, Bldg 244-248 Des Voeux Rd, Central Hong Kong |
| 41469185 | + | Pitney Bowes, PO Box 981026, Boston, MA 02298-1026 |
| 41469186 | + | Rapid Credit Inc, 3558 Round Barn Blvd, Suite 200, Santa Rosa, CA 95403-0991 |
| 41469187 | + | SBS Leasing A Program of De Lage Landen, PO Box 41602, Philadelphi, PA 19101-1602 |
| 41469188 | + | Security Solutions, 10911 Bloomfield St, Los Alamitos, CA 90720-2506 |
| 41469189 | + | Sharp Business Systems, 8670 Argent St, Santee, CA 92071-4172 |
| 41469190 | + | Streamline Performance Inc, 1551 N Tustin, #555, Santa Ana, CA 92705-8634 |
| 41469191 | + | TaskUs Holdings, Inc., 1650 Independence Dr, New Braunfels, TX 78132-3959 |
| 41469192 | + | Thomson Reuters, 610 Opperman Drive, Eagen, MN 55123-1340 |
| 41469193 | + | Tustin Executive Center, 1630 S Sunkist Steet, Ste A, Anaheim, CA 92806-5816 |
| 41469194 | + | Twilio, Inc, 101 Spear Street, Suite 500, San Francisco, CA 94105-1559 |
| 41469196 | | Validation Partners LLC, 1300 Sawgrass Pkwy, Ste 110, Sunrise, FL 33323 |

TOTAL: 62

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: joon@khanglaw.com | Mar 24 2023 00:29:00 | Joon M Khang, KHANG & KHANG LLP, 4000 Barranca Parkway, Suite 250, Irvine, CA 92604 |
| smg | | EDI: EDD.COM | Mar 24 2023 04:26:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Mar 24 2023 04:26:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | EDI: IRS.COM | Mar 24 2023 04:26:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | + | Email/Text: LAROBankruptcy@SEC.gov | Mar 24 2023 00:29:00 | Securities & Exchange Commission, 444 South Flower St., Suite 900, Los Angeles, CA 90071-2934 |
| 41469130 | + | EDI: ARKDEPREV.COM | Mar 24 2023 04:26:00 | Arkansas Dept of Finance & Admin, PO Box 9941, Little Rock, AR 72203-9941, Little Rock, AR 72203-9941 |
| 41469134 | + | EDI: CALTAX.COM | Mar 24 2023 04:26:00 | California Franchise Tax Board, PO Box 942857, Sacramento, CA 94257-0001 |
| 41469155 | ^ | MEBN | Mar 24 2023 00:25:18 | Georgia Dept of Labor, 148 Andrew Young International Blvd, NE,, Atlanta, GA 30303-1751 |
| 41469160 | + | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Mar 24 2023 00:29:00 | Indiana Dept of Revenue, PO Box 1028, INDIANAPOLIS, IN 46206-1028 |
| 41469164 | + | EDI: JPMORGANCHASE | Mar 24 2023 04:26:00 | JP Morgan Chase, 3 Park Plaza, Ste 900, Irvine, CA 92614-5208 |
| 41469180 | + | EDI: MSDOR | Mar 24 2023 04:26:00 | Mississippi Dept of Revenue, PO Box 23075, Jackson, MS 39225-3075 |
| 41469183 | + | Email/Text: tax-bankruptcy@tax.state.nv.us | Mar 24 2023 00:29:00 | Nevada Dept of Taxation, 1550 College Parkway, Suite 115, Carson City, NV 89706-7939 |
| 41469195 | + | EDI: UTAHTAXCOMM.COM | Mar 24 2023 04:26:00 | Utah State Tax Commission, 210 N 1950 W, Salt Lake City, UT 84134-9000 |
| 41469146 | | Email/Text: ecffilings@lni.wa.gov | Mar 24 2023 00:29:00 | Dept of Labor and Industries, PO Box 34022, Seattle, WA 98124 |
| 41469197 | + | EDI: WISCDEPREV.COM | | |

| District/off: 0973-8 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 23, 2023 | Form ID: 309F1 | Total Noticed: 77 |

|  | Mar 24 2023 04:26:00 | Wisconsin Dept of Revenue, PO Box 8901, Madison, WI 53708-8901 |
|---|---|---|

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 41469161 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service (IRS), Internal Revenue Service, Ogden, UT 84201 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 25, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Joon M Khang | on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com |
| Queenie K Ng | on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| Debtor | | |
|---|---|---|
| Name | The Litigation Practice Group P.C. | EIN 83-3885343 |

| United States Bankruptcy Court | Central District of California | Date case filed for chapter 11   3/20/23 |
|---|---|---|
| Case number: | 8:23-bk-10571-SC | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case    10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | The Litigation Practice Group P.C. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 17542 17th St<br>Suite 100<br>Tustin, CA 92780 | |
| 4. | **Debtor's attorney**<br>Name and address | Joon M Khang<br>KHANG & KHANG LLP<br>4000 Barranca Parkway, Suite 250<br>Irvine, CA 92604 | Contact phone  949-419-3834<br><br>Email _____ |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701-4593 | Hours open:<br>9:00AM to 4:00 PM<br><br>Contact phone  855-460-9641<br><br>Dated: 3/23/23 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath by the trustee and creditors.<br>Creditors may attend, but are not required to do so. | April 24, 2023 at 11:00 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. | Location:<br><br>**TELEPHONIC MEETING,<br>CONFERENCE LINE:1-866-919-0527,<br>PARTICIPANT CODE:2240227** |

11/JL

**For more information, see page 2 >**

Official Form 309F1 (For Corporations or Partnerships)    **Notice of Chapter 11 Bankruptcy Case**    page 1

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** Notice of deadline will be sent at a later time. |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. |
| | | Your claim will be allowed in the amount scheduled unless: |
| | | - your claim is designated as *disputed*, *contingent*, or *unliquidated*; |
| | | - you file a proof of claim in a different amount; or |
| | | - you receive another notice. |
| | | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. |
| | | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for filing the complaint:** 6/23/23 |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
| | | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
| 12. | **Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 411 West Fourth Street, Suite 7160, Santa Ana, CA 92701. |