United States Bankruptcy Court

Central District of California

In re:                                                                                          Case No. 23-10571-SC

The Litigation Practice Group P.C.                                                              Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8                                   User: admin                                  Page 1 of 3

Date Rcvd: Mar 30, 2023                               Form ID: pdf002                               Total Noticed: 79

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981 |
| intp | + | Byron Moldo, 9401 Wilshire Boulevard, Twelfth Floor, Beverly Hills, CA 90212-2928 |
| cr | + | SDCO Tustin Executive Center, Inc., c/o RONALD K. BROWN, JR., 901 DOVE ST., SUITE 120, NEWPORT BEACH, CA 92660, US 92660-3018 |
| 41469126 | + | Ajilon, Lockbox: Dept CH 14031, Palatine, IL 60055-0001 |
| 41469127 | + | Anibal Colon Jr, c/o Alexander Taylor, Esq., Sulaiman Law Group Ltd, 2500 S. Highland Ave, Ste 200, Lombard, IL 60148-7103 |
| 41469128 | + | Anthem Blue Cross, PO Box 511300, Los Angeles, CA 90051-7855 |
| 41469129 | + | Arizona Dept of Economic Security, PO Box 6028, Phoenix, AZ 85005-6028 |
| 41469131 | + | Azevedo Solutions Groups, Inc, 420 Adobe Canyon Rd, Kenwood, CA 95452-9048 |
| 41469132 | + | Beverly Graham, c/o Bobby Walker, Esq., Sulaiman Law Group, 2500 S. Highland Ave, Ste 200, Lombard, IL 60148-7103 |
| 41469133 | + | Business Centers of America, 1100 Sir Francis Drake Blvd, Ste 1, Kentfield, CA 94904-1476 |
| 41469140 | + | CT Corporation - Inv, PO Box 4349, Carol Stream, IL 60197-4349 |
| 41469135 | + | Carolina Technologies & Consulting Invoice, 1854 Hendersonville Road, Suite A, PMB #178, Asheville, NC 28803-2495 |
| 41469136 | + | Carolyn Beech, c/o Daniel Edelman, Esq., 20 South Clark St., Ste1500, Chicago, IL 60603-1824 |
| 41469137 | + | City Capital NY, 1135 Kane Concourse, Bay Harbour Islands, FL 33154-2025 |
| 41469138 | | Collaboration Advisors, 400 Dorla Court, Zephyr Cove, NV 89448 |
| 41469139 | + | Credit Reporting Service Inc, 548 Market St, Suite 72907, San Francisco, CA 94104-5401 |
| 41469141 | + | Darcy Williamson, Trustee, 510 SW 10th, Topeka, KS 66612-1606 |
| 41469142 | + | David Ulery, c/o Joshua Eggnatz, Esq., EGGNATZ, PASCUCCI, 7450 Griffin Road, Suite 230 Davie, FL 33314-4104 |
| 41469143 | + | Debra Price, c/o Robert Cocco, 1500 Walnut St, Ste 900, Philadelphia, PA 19102-3518 |
| 41469144 | + | Debt Pay Pro, 1900 E Golf Road, Suite 550, Schaumburg, IL 60173-5870 |
| 41469145 | + | Debt Validation Fund II, LLC, 5075 Lower Valley Road, Atglen, PA 19310-1774 |
| 41469147 | + | Diverse Capital LLC, 323 Sunny Isles Blvd, Ste 503, Sunny Isles, FL 33160-4675 |
| 41469148 | + | Document Fulfillment Services, 2930 Ramona Ave #100, Sacramento, CA 95826-3838 |
| 41469149 | + | EnergyCare, LLC, 2925 N. Green Valley Parkway, Suite C, Henderson, NV 89014-0418 |
| 41469150 | + | Executive Center LLC, 5960 South Jones Blvd, Las Vegas, NV 89118-2610 |
| 41469151 | + | Exela Enterprise Solutions, 2701 E. Grauwyler Road, Irving, TX 75061-3414 |
| 41469152 | + | First Legal Network, LLC, PO Box 743451, Los Angeles, CA 90074-3451 |
| 41469153 | + | Fundura Capital Group, 80 Broad Street, Ste 3303, New York, NY 10004-2845 |
| 41469156 | + | GHA Technologies Inc, Dept #2090, PO Box 29661, Phoenix, AZ 85038-9661 |
| 41469154 | + | Geneve and Myranda Sheffield, c/o Jeremiah Heck, Esq, Luftman Heck & Assoc, 6253 Riverside Dr, Ste 200, Dublin, OH 43017-5450 |
| 41469157 | + | Gloria Eaton, c/o Kris Skaar, Esq., 133 Mirramont Lake Dr., Woodstock, GA 30189-8215 |
| 41469158 | + | Harrington Electric Inc, PO Box 886, Skyland, NC 28776-0886 |
| 41469159 | + | Imagine Reporting, 1350 Columbia Street, Suite 703, San Diego, CA 92101-3456 |
| 41469162 | + | James Hammett, c/o Jenna Dakraub, Price Law Group, 8245 N. 85th Way, Scottsdale, AZ 85258-4349 |
| 41469163 | + | Johnny RIzo, c/o Bobby Walker, Esq., Sulaiman Law Group, 2500 S. Highland Ave, Ste 200, Lombard, IL 60148-7103 |
| 41469165 | + | Juize, Inc, PO Box 505, Murrieta, CA 92564-0505 |
| 41469166 | + | Karen Suell, c/o Nathan C. Volheim, Esq, Sulaiman Law Group, 2500 S. Highland Ave, Ste 200, Lombard, IL 60148-7103 |
| 41469167 | + | Kathleen Lacey, c/o David Chami, Esq., Price Law Group, 8245 N. 85th Way, Scottsdale, AZ 85258-4349 |
| 41469168 | + | Kathleen Scarlett, c/o Jeremiah Heck, Esq., Luftman Heck & Assoc, 6253 Riverside Dr, Ste 200, Dublin, OH 43017-5450 |
| 41469169 | + | Kenneth Topp, c/o Nathan Volheim, Esq, Sulaiman Law Group Ltd, 2500 S Highland Ave, Ste 200, Lombard, IL 60148-7103 |
| 41469170 | + | Kevin Carpenter, c/o Alexander Taylor, Esq., Sulaiman Law Group Ltd, 2500 S. Highland Ave, Ste 200, Lombard, IL 60148-7103 |
| 41469171 | + | Kimberly Birdsong, c/o Alexander J. Taylor, Esq., SULAIMANLAW GROUP, 2500 South Highland Ave, Suite 200 Lombard, IL 60148-7103 |
| 41469172 | + | Krisp Technologies, Inc, 2150 Shattuck Ave, Penthouse 1300, Berkeley, CA 94704-1347 |

District/off: 0973-8 | User: admin | Page 2 of 3
Date Rcvd: Mar 30, 2023 | Form ID: pdf002 | Total Noticed: 79

| | | |
|---|---|---|
| 41469173 | + | LexisNexus, 15500 B Rockfield Blvd, Irvine, CA 92618-2722 |
| 41469174 | + | Liberty Mutual, PO Box 91013, Chicago, IL 60680-1171 |
| 41469178 | + | MC DVI Fund 1, LLC; MC DVI Fund 2, LLC, 1598 Cottonwood Dr, Glenview, IL 60026-7769 |
| 41469175 | + | Marc Lemauviel - Allegra, 326 MacNeil Way, Weaverville, NC 28787-6700 |
| 41469176 | + | Marich Bein LLC, 99 Wall Street, Ste 2669, New York, NY 10005-4301 |
| 41469177 | + | MarkSYS Holdings, LLC, 3725 Cincinnati Ave, Suite 200, Rocklin, CA 95765-1220 |
| 41469179 | + | Michael Schwartz, 3968 Lowry Avenue, Cincinnati, OH 45229-1310 |
| 41469181 | + | Nationwide Appearance Attorneys, 5737 Kanan Rd #628, Agoura Hills, CA 91301-1601 |
| 41469182 | + | Netsuite-Oracle, 2300 Oracle Way, Austin, TX 78741-1400 |
| 41469184 | | Outsource Accelerator Ltd, City Marque Limited, Unit 8801-2, Bldg 244-248 Des Voeux Rd, Central Hong Kong |
| 41469185 | + | Pitney Bowes, PO Box 981026, Boston, MA 02298-1026 |
| 41469186 | + | Rapid Credit Inc, 3558 Round Barn Blvd, Suite 200, Santa Rosa, CA 95403-0991 |
| 41469187 | + | SBS Leasing A Program of De Lage Landen, PO Box 41602, Philadelphi, PA 19101-1602 |
| 41472820 | + | STATE OF NEVADA DEPARTMENT OF TAXATION, 700 E WARM SPRINGS RD STE 200, LAS VEGAS, NV 89119-4311 |
| 41469188 | + | Security Solutions, 10911 Bloomfield St, Los Alamitos, CA 90720-2506 |
| 41469189 | + | Sharp Business Systems, 8670 Argent St, Santee, CA 92071-4172 |
| 41469190 | + | Streamline Performance Inc, 1551 N Tustin, #555, Santa Ana, CA 92705-8634 |
| 41469191 | + | TaskUs Holdings, Inc., 1650 Independence Dr, New Braunfels, TX 78132-3959 |
| 41469192 | + | Thomson Reuters, 610 Opperman Drive, Eagen, MN 55123-1340 |
| 41469193 | + | Tustin Executive Center, 1630 S Sunkist Steet, Ste A, Anaheim, CA 92806-5816 |
| 41469194 | + | Twilio, Inc, 101 Spear Street, Suite 500, San Francisco, CA 94105-1559 |
| 41469196 | | Validation Partners LLC, 1300 Sawgrass Pkwy, Ste 110, Sunrise, FL 33323 |

TOTAL: 65

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | | |
| | | | Mar 31 2023 00:11:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | | |
| | | | Mar 31 2023 00:11:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Mar 31 2023 00:11:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | + | Email/Text: LAROBankruptcy@SEC.gov | | |
| | | | Mar 31 2023 00:11:00 | Securities & Exchange Commission, 444 South Flower St., Suite 900, Los Angeles, CA 90071-2934 |
| intp | + | Email/Text: bmoldo@ecjlaw.com | | |
| | | | Mar 31 2023 00:11:00 | Byron Moldo, 9401 Wilshire Boulevard, Twelfth Floor, Beverly Hills, CA 90212-2928 |
| 41469130 | + | Email/Text: dena.wood@dfa.arkansas.gov | | |
| | | | Mar 31 2023 00:11:00 | Arkansas Dept of Finance & Admin, PO Box 9941, Little Rock, AR 72203-9941, Little Rock, AR 72203-9941 |
| 41469134 | + | Email/Text: BKBNCNotices@ftb.ca.gov | | |
| | | | Mar 31 2023 00:11:00 | California Franchise Tax Board, PO Box 942857, Sacramento, CA 94257-0001 |
| 41469155 | ^ | MEBN | | |
| | | | Mar 31 2023 00:07:28 | Georgia Dept of Labor, 148 Andrew Young International Blvd, NE,, Atlanta, GA 30303-1751 |
| 41469160 | + | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Mar 31 2023 00:11:00 | Indiana Dept of Revenue, PO Box 1028, INDIANAPOLIS, IN 46206-1028 |
| 41469164 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Mar 31 2023 00:14:01 | JP Morgan Chase, 3 Park Plaza, Ste 900, Irvine, CA 92614-5208 |
| 41469180 | + | Email/Text: BANKRUPTCY@DOR.MS.GOV | | |
| | | | Mar 31 2023 00:11:00 | Mississippi Dept of Revenue, PO Box 23075, Jackson, MS 39225-3075 |
| 41469183 | + | Email/Text: tax-bankruptcy@tax.state.nv.us | | |
| | | | Mar 31 2023 00:11:00 | Nevada Dept of Taxation, 1550 College Parkway, Suite 115, Carson City, NV 89706-7939 |
| 41469195 | + | Email/Text: TXBANKRUPT@UTAH.GOV | | |
| | | | Mar 31 2023 00:11:00 | Utah State Tax Commission, 210 N 1950 W, Salt |

District/off: 0973-8 | User: admin | Page 3 of 3
Date Rcvd: Mar 30, 2023 | Form ID: pdf002 | Total Noticed: 79

|  |  | Lake City, UT 84134-9000 |
| 41469146 | Email/Text: ecffilings@lni.wa.gov | |
|  | Mar 31 2023 00:11:00 | Dept of Labor and Industries, PO Box 34022, Seattle, WA 98124 |
| 41469197 | + Email/Text: DORBANKRUPTCYSPECIALIST@WISCONSIN.GOV | |
|  | Mar 31 2023 00:11:00 | Wisconsin Dept of Revenue, PO Box 8901, Madison, WI 53708-8901 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 41469161 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service (IRS), Internal Revenue Service, Ogden, UT 84201 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 01, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Byron Z Moldo | on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com  amatsuoka@ecjlaw.com,dperez@ecjlaw.com |
| Joon M Khang | on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com |
| Queenie K Ng | on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov |
| Ronald K Brown | on behalf of Creditor SDCO Tustin Executive Center  Inc. ron@rkbrownlaw.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 5

PETER C. ANDERSON
UNITED STATES TRUSTEE
QUEENIE K. NG (State Bar No. 223803)
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701-8000
Telephone: (714) 338-3403
Facsimile: (714) 338-3421
Email: Queenie.K.Ng@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In Re: | CASE NUMBER: **8:23-bk-10571 SC** |
| **THE LITIGATION PRACTICE GROUP P.C.,** | CHAPTER 11 |
| | NOTICE OF HEARING |
| Debtor. | |

TO THE CREDITORS AND OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that the following hearing will be held on

**May 3, 2023 at 1:30 p.m. in Courtroom 5C – Virtual (Accessibility information will be posted into the Court's tentative ruling prior to the hearing), located at 411 West Fourth Street, Santa Ana, CA 92701.**

*NOTICE OF MOTION AND MOTION BY UNITED STATES TRUSTEE TO DISMISS CASE OR CONVERT CASE TO ONE UNDER CHAPTER 7 PURSUANT TO 11 U.S.C.§ 1112(b); DECLARATION OF MARILYN SORENSEN IN SUPPORT THEREOF*

**Please be advised that because of the COVID-19 pandemic, the Court will conduct the hearing using ZoomGov audio and video technology. Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov.  For more information on appearing before Judge Clarkson by ZoomGov, please see the "Notice Re Telephonic Appearance Procedures for Judge Scott C. Clarkson's Cases" on the Court's website at:**

**https://www.cacb.uscourts.gov/judges/honorable-scott-c-clarkson under the "Telephonic**

**Instructions" section.**

Objections, if any, to the above shall be in writing and filed with the Court and served upon the court party named in the upper left-hand corner of this notice at least fourteen (14) days prior to the hearing date.  See Local Bankruptcy Rule 9013-1(f)&(h)

DATED: March 30, 2023                          KATHLEEN J. CAMPBELL
                                               Clerk of Court