CERTIFICATE AUTHORIZING FILING OF PETITION
UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

I, Daniel S. March, do hereby certify as follows:

1.    I am the managing shareholder and authorized representative of The Litigation Practice Group P.C., a California professional corporation (the "Company").

2.    At a special meeting of the officers of the Company held on March 19, 2023, the following resolutions were duly enacted by the Company, and the same remain in full force and effect, without modification, as of the date hereof:

RESOLVED, that a petition under the provisions of Chapter 11 of Title 11 of the United States Bankruptcy Code shall be filed by the Company with the United States Bankruptcy Court, Central District of California, on or after March 19, 2023, or such other date as is determined to be optimal for the Company by the Designated Officer of the Company.

FURTHER RESOLVED, that Daniel S. March ("March") has been appointed to be the Designated Officer for all matters unless March either designates a different person to be the Designated Officer for any particular purpose or purposes, or March is unable or unwilling to serve as the Designated Officer in which case, the Company shall designate the next in line to serve as the Designated Officer.

FURTHER RESOLVED, that the Designated Officer is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company to commence a Chapter 11 bankruptcy proceeding on or after March 19, 2023, or such other date as is determined to be optimal for the Company by the Designated Officer of the Company.

FURTHER RESOLVED, that the Designated Officer is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare, with the assistance of the Company as appropriate, all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy proceeding.

FURTHER RESOLVED, that the Designated Officer is authorized and directed to employ Joon M. Khang and the law firm of KHANG & KHANG LLP to represent the Company in its bankruptcy proceeding.

Dated: March 19, 2023

The Litigation Practice Group P.C.,
a California professional corporation

By: _____
Daniel S. March
Managing Shareholder