**Fill in this information to identify your case:**

Debtor Name   **The Litigation Practice Group P.C.**

United States Bankruptcy Court for the: **Central District of California**

Case number (*If known*): _____

☑ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.

   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**  $ _____ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** (*Identify all*)

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1  **Union Bank** | **Checking Account** | | $ _____ 4,500.00 |

4. **Other cash equivalents** (*Identify all*)

| 4.1  **Funds held by payment processor - Marich Bein** | $ _____ 12,000,000.00 |
| --- | --- |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ _____ 12,004,500.00

| Debtor | **The Litigation Practice Group P.C.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| **Part 2:** | **Deposits and prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**
   - ☒ No. Go to Part 3.
   - ■ Yes. Fill in the information below.

Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2**
   Add lines 7 through 8. Copy the total to line 81.

$ _____ 62,000.00

---

| **Part 3:** | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**
    - ☒ No. Go to Part 4.
    - ■ Yes. Fill in the information below.

Current value of debtor's interest

11. **Accounts receivable**

**11a. 90 days old or less:**

| 120,000,000.00 | – | 0.00 | = | $ | 120,000,000.00 |
|---|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | | |

**11b. Over 90 days old:**

| 0.00 | – | 0.00 | = | $ | 0.00 |
|---|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | | |

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ _____ 120,000,000.00

---

Debtor    **The Litigation Practice Group P.C.**                                    Case number *(if known)* _____
        Name

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ _____ 0.00

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials**

**20. Work in progress**

**21. Finished goods, including goods held for resale**

**22. Other inventory or supplies**

---

Copyright © Financial Software Solutions, LLC          BlueStylus

| Debtor | **The Litigation Practice Group P.C.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____ 0.00

24. **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes.

Book value  $_____ 0.00  Valuation method _____  Current Value  $_____ 0.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ 0.00 | _____ | $_____ 0.00 |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ 0.00 | _____ | $_____ 0.00 |
| 30. **Farm machinery and equipment (Other than titled motor vehicles)** | | | |
| _____ | $_____ 0.00 | _____ | $_____ 0.00 |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ 0.00 | _____ | $_____ 0.00 |

Copyright © Financial Software Solutions, LLC
BlueStylus

Debtor **The Litigation Practice Group P.C.** _____  Case number *(if known)* _____
Name

---

32. **Other farming and fishing-related property not already listed in Part 6**

_____  $ _____**0.00**  _____  $ _____**0.00**

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$ _____**0.00**

34. **Is the debtor a member of an agricultural cooperative?**
- ■ No
- ☒ Yes. Is any of the debtor's property stored at the cooperative?
  - ■ No
  - ☒ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☒ Yes

  Book value  $ _____**0.00**  Valuation method _____  Current Value  $ _____**0.00**

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
- ■ No
- ☒ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ■ No
- ☒ Yes

**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- ☒ No. Go to Part 8.
- ■ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **Office furniture** | $ **0.00** | | $ **Unknown** |
| **40. Office fixtures** | | | |
| | $ **0.00** | | $ **0.00** |

---

Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor    **The Litigation Practice Group P.C.**                                    Case number *(if known)* _____
Name

41.  **Office equipment, including all computer equipment and
     communication systems equipment and software**

     **Misc. computers, monitors, cubicles, TV's,
     office supplies** _____    $ _____ **0.00**    _____    $ _____ **Unknown**

42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other
     artwork; books, pictures, or other art objects; china and crystal; stamp, coin,
     or baseball card collections; other collections, memorabilia, or collectibles

     _____    $ _____ **0.00**    _____    $ _____ **0.00**

43.  **Total of Part 7.**

     Add lines 38 through 42. Copy the total to line 86.    $ _____ **0.00**

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**
     ■ No. Go to Part 9.
     ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e.,<br>VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's<br>interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| _____ | $ _____ 0.00 | _____ | $ _____ 0.00 |
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| _____ | $ _____ 0.00 | _____ | $ _____ 0.00 |
| 49.  **Aircraft and accessories** | | | |
| _____ | $ _____ 0.00 | _____ | $ _____ 0.00 |

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | **The Litigation Practice Group P.C.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____  $ _____ 0.00   _____  $ _____ 0.00

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ _____ 0.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
- ■ No
- ☑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ■ No
- ☑ Yes

**Part 9:    Real property**

54.  **Does the debtor own or lease any real property?**
- ■ No. Go to Part 10.
- ☑ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____ 0.00

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
- ■ No
- ☑ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ■ No
- ☑ Yes

| Debtor | **The Litigation Practice Group P.C.** | Case number *(if known)* | |
|--------|----------------------------------------|---------------------------|---|
| | Name | | |

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
■ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ 0.00 | | $ 0.00 |
| 61. **Internet domain names and websites** | $ 0.00 | | $ 0.00 |
| 62. **Licenses, franchises, and royalties** | $ 0.00 | | $ 0.00 |
| 63. **Customer lists, mailing lists, or other compilations** <br> Customer leads | $ 0.00 | | $ 120,000.00 |
| 64. **Other intangibles, or intellectual property** | $ 0.00 | | $ 0.00 |
| 65. **Goodwill** | $ 0.00 | | $ 0.00 |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 120,000.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
■ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☑ Yes

Debtor    **The Litigation Practice Group P.C.**    Case number *(if known)* _____
_____
Name

| **Part 11:** | **All other assets** |
|---|---|

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

    | | Current value of debtor's interest |
    |---|---|

71. **Notes receivable**
    Description (include name of obligor)

    _____    0.00    –    0.00    =    $ _____ 0.00
                            Total face amount          doubtful or uncollectible accounts

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    _____    Tax Year _____    $ _____ 0.00

73. **Interests in insurance policies or annuities**

    _____    $ _____ 0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____    $ _____ 0.00

    **Nature of claim**    _____

    **Amount requested**    $ _____ 0.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____    $ _____ 0.00

    **Nature of claim**    _____

    **Amount requested**    $ _____ 0.00

76. **Trusts, equitable or future interests in property**

    _____    $ _____ 0.00

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    _____    $ _____ 0.00

---

Copyright © Financial Software Solutions, LLC    BlueStylus

| Debtor | **The Litigation Practice Group P.C.** | Case number *(if known)* |
|--------|---------------------------------------|--------------------------|
|        | Name                                  |                          |

---

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ _____ 0.00

**79 Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

---

**Part 12:** Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 12,004,500.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 62,000.00 | |
| 82. **Accounts receivable**. *Copy line 12, Part 3.* | $ 120,000,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84 **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 120,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* ✚ | $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column...................... 91a. | $ 132,186,500.00 ✚ 91b. | $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................................................   $ 132,186,500.00

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

**Fill in this information to identify your case:**

Debtor Name    **The Litigation Practice Group P.C.**

United States Bankruptcy Court for the: **Central District of California**

Case number (*If known*):

☑ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible**

1. **Do any creditors have claims secured by your property?**
   ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

**2.1** **Creditor's Name**

**Diverse Capital LLC**

**Creditor's mailing address**
**323 Sunny Isles Blvd, Ste 503**
**Sunny Isles, FL 33154**

**Describe debtor's property that is subject to a lien**

$ **1,224,810.00**   $ **0.00**

**Creditor's email address, if known**

**Describe the lien**

**Description**
**Breach of Settlement Agreement**

**Date debt was incurred**

**Is the creditor an insider or related party?**
■ No
☑ Yes

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☑ Yes. Have you already specified the relative priority?
    ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines

**Is anyone else liable on this claim?**
■ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor    __The Litigation Practice Group P.C.__                                    Case number *(if known)* _____
          Name

---

| 2.2 | Creditor's Name | | | |
|---|---|---|---|---|

**City Capital NY**

Describe debtor's property that is subject to a lien

$    __2,950,000.00__  $    __1.00__

**Creditor's mailing address**
**1135 Kane Concourse**
**Bay Harbour Islands, FL 33154**

**Creditor's email address, if known**

_____

Describe the lien

_____

Description

**Breach of Contract**

**Date debt was incurred**    _____

Is the creditor an insider or related party?

■ No
☐ Yes

**Last 4 digits of account number**    _____

**Do multiple creditors have an interest in the same property?**

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

■ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

   ☐ Yes. The relative priority of creditors is specified on lines    _____

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Creditor's Name | | | |
|---|---|---|---|---|

**Fundura Capital Group**

Describe debtor's property that is subject to a lien

$    __2,100,000.00__  $    __1.00__

**Creditor's mailing address**
**80 Broad Street, Ste 3303**
**New York, NY 10004**

**Creditor's email address, if known**

_____

Describe the lien

_____

Description

**Breach of Contract claim**

**Date debt was incurred**    _____

Is the creditor an insider or related party?

■ No
☐ Yes

**Last 4 digits of account number**    _____

**Do multiple creditors have an interest in the same property?**

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

■ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

   ☐ Yes. The relative priority of creditors is specified on lines    _____

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any

$  __6,274,810.00__

---

Debtor    __The Litigation Practice Group P.C._____    Case number *(if known)* _____
     Name

## Part 2:    List Others to Be Notified for a Debt That You Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify your case:**

Debtor     **The Litigation Practice Group P.C.**

United States Bankruptcy Court for the: **Central District of California**

Case number (*if known*):

☑ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

|  |  | Total Claim | Priority Amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
|---|---|---|---|---|
| | **Indiana Dept of Revenue** | ■ Contingent | $     **5,639.24** | $     **5,639.24** |
| |  **PO Box 1028** | ■ Unliquidated | | |
| | **INDIANAPOLIS, IN 46206** | ■ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No

■ Yes

**Description**

**Withholding Tax**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

Copyright © Financial Software Solutions, LLC                            BlueStylus

Debtor   **The Litigation Practice Group P.C.**                          Case number *(if known)* _____
         Name

---

**2.2**   **Priority creditor's name and mailing address**

**Dept of Labor and Industries**

**PO Box 34022**

**Seattle, WA 98124**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____190.05   $ _____190.05

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number  4900**

**Is the claim subject to offset?**
☒ No
☒ Yes

**Specify Code subsection of PRIORITY**
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

**Description**

Ins tax

---

**2.3**   **Priority creditor's name and mailing address**

**Arizona Dept of Economic Security**

**PO Box 6028**

**Phoenix, AZ 85005**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____35.00   $ _____35.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number  _____**

**Is the claim subject to offset?**
☒ No
☒ Yes

**Specify Code subsection of PRIORITY**
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

**Description**

Tax

---

**2.4**   **Priority creditor's name and mailing address**

**Arkansas Dept of Finance & Admin**

**PO Box 9941, Little Rock, AR 72203-9941**

**Little Rock, AR 72203**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____6,357.40   $ _____6,357.40

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number  _____**

**Is the claim subject to offset?**
☒ No
☒ Yes

**Specify Code subsection of PRIORITY**
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

**Description**

Tax

---

| Debtor | The Litigation Practice Group P.C. | Case number *(if known)* |
|--------|------------------------------------|--------------------------|
| | Name | |

---

**2.5**

**Priority creditor's name and mailing address**

California Franchise Tax Board

PO Box 942857

Sacramento, CA 94257

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
■ No
☐ Yes

$ 346,480.39    $ 346,480.39

**Description**

Tax

---

**2.6**

**Priority creditor's name and mailing address**

Georgia Dept of Labor

148 Andrew Young International Blvd, NE, Suite 752

Atlanta, GA 30303

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
■ No
☐ Yes

$ 2,350.85    $ 2,350.85

**Description**

Tax

---

**2.7**

**Priority creditor's name and mailing address**

Internal Revenue Service (IRS)

 Internal Revenue Service

Ogden, UT 84201

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 9,025.99    $ 9,025.99

**Description**

Tax

---

Debtor    __The Litigation Practice Group P.C._____    Case number *(if known)* _____
      Name

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 393.69 | $ 393.69 |
|---|---|---|---|---|

**Mississippi Dept of Revenue**

**PO Box 23075**

**Jackson, MS 39225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

Description

Tax

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 3,262.49 | $ 3,262.49 |
|---|---|---|---|---|

**Nevada Dept of Taxation**

**1550 College Parkway, Suite 115**

**Carson City, NV 89706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

Description

Tax

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 212.82 | $ 212.82 |
|---|---|---|---|---|

**Utah State Tax Commission**

**210 N 1950 W**

**Salt Lake City, UT 84134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

Description

Tax

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | The Litigation Practice Group P.C. | Case number (if known) |
|---|---|---|
| | Name | |

---

**2.11** | Priority creditor's name and mailing address

Wisconsin Dept of Revenue

PO Box 8901

Madison, WI 53708

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ 112.12    $ _____ 112.12

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

Basis for the claim:

_____

Is the claim subject to offset?

■ No
☒ Yes

Description

Tax

---

**Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address

Ajilon

Lockbox: Dept CH 14031

Palatine, IL 60055

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ 14,472.33

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Basis for the claim:

_____

Is the claim subject to offset?

■ No
☒ Yes

Description

Staffing Services

---

| Debtor | **The Litigation Practice Group P.C.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.2** | **Nonpriority creditor's name and mailing address**

**Anthem Blue Cross**

**PO Box 511300**

**Los Angeles, CA 90051**

As of the petition filing date, the claim is:
*Check all that apply.*                                                    $                    **201,869.92**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

- ☐ No
- ☒ Yes

Description

Insurance

---

**3.3** | **Nonpriority creditor's name and mailing address**

**Azevedo Solutions Groups, Inc**

**420 Adobe Canyon Rd**

**Kenwood, CA 95452**

As of the petition filing date, the claim is:
*Check all that apply.*                                                    $                    **187,956.90**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

- ☑ No
- ☒ Yes

Description

IT Vendor

---

**3.4** | **Nonpriority creditor's name and mailing address**

**Carolina Technologies & Consulting Invoice**

**1854 Hendersonville Road, Suite A
PMB #178**

**Asheville, NC 28803**

As of the petition filing date, the claim is:
*Check all that apply.*                                                    $                    **6,174.87**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

- ☑ No
- ☒ Yes

Description

IT Vendor

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

Debtor    **The Litigation Practice Group P.C.**                          Case number *(if known)* _____
             ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
             Name

---

| 3.5 | **Nonpriority creditor's name and mailing address** |

| | **As of the petition filing date, the claim is:** | $ | **219,533.80** |

*Check all that apply.*

**Collaboration Advisors**

☐ Contingent

**400 Dorla Court**

☐ Unliquidated

**Zephyr Cove, NV 89448**

☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**    **Description**

**Broker - marketing affiliates**

**Last 4 digits of account number** _____    **Is the claim subject to offset?**

☐ No

☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** |

| | **As of the petition filing date, the claim is:** | $ | **98,502.00** |

*Check all that apply.*

**Credit Reporting Service Inc**

☐ Contingent

**548 Market St, Suite 72907**

☐ Unliquidated

**San Francisco, CA 94104**

☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**    **Description**

**Credit reporting platform**

**Last 4 digits of account number** _____    **Is the claim subject to offset?**

☐ No

☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** |

| | **As of the petition filing date, the claim is:** | $ | **374.00** |

*Check all that apply.*

**CT Corporation - Inv**

☐ Contingent

**PO Box 4349**

☐ Unliquidated

**Carol Stream, IL 80107**

☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**    **Description**

**Agent for service of process**

**Last 4 digits of account number** _____    **Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor    __The Litigation Practice Group P.C.__                              Case number *(if known)* _____
     Name

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ 162,500.00 |
|---|---|---|---|

__Debt Pay Pro__

__1900 E Golf Road, Suite 550__

__Schaumburg, IL 60173__

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

CRM

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ■ No
- ☑ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ 90,570.08 |
|---|---|---|---|

__Document Fulfillment Services__

__2930 Ramona Ave #100__

__Sacramento, CA 95826__

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

Mail vendor

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ■ No
- ☑ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ 7,842.00 |
|---|---|---|---|

__EnergyCare, LLC__

2925 N. Green Valley Parkway
Suite C

__Henderson, NV 89014__

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

Offshore call center

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ■ No
- ☑ Yes

---

Debtor    __The Litigation Practice Group P.C.__                        Case number *(if known)* _____
        Name

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 130,773.51 |
|---|---|---|---|

**Exela Enterprise Solutions**

**2701 E. Grauwyler Road**

**Irving, TX 75061**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Description
**Mail vendor**

Last 4 digits of account number  _____

Is the claim subject to offset?
- ☐ No
- ☒ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 21,557.13 |
|---|---|---|---|

**First Legal Network, LLC**

**PO Box 743451**

**Los Angeles, CA 90074**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Description
**Online filing platform**

Last 4 digits of account number  _____

Is the claim subject to offset?
- ☑ No
- ☒ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 7,861.98 |
|---|---|---|---|

**GHA Technologies Inc**

**Dept #2090**
**PO Box 29661**

**Phoenix, AZ 85038**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Description
**Computer sales**

Last 4 digits of account number  _____

Is the claim subject to offset?
- ☑ No
- ☒ Yes

---

Debtor    __The Litigation Practice Group P.C.__                    Case number *(if known)* _____
            Name

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|------|---|---|---|

*Check all that apply.*                                                              $ _____ 455.00

**Harrington Electric Inc**                     ☒ Contingent

**PO Box 886**                                  ☒ Unliquidated

**Skyland, NC 28776**                           ☒ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|

_____        _____        Utility repair company

Last 4 digits of account number    _____    Is the claim subject to offset?

☒ No
☒ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|------|---|---|---|

*Check all that apply.*                                                              $ _____ 1,010.00

**Imagine Reporting**                           ☒ Contingent

**1350 Columbia Street**                        ☒ Unliquidated
**Suite 703**
                                                ☒ Disputed
**San Diego, CA 92103**

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|

_____        _____        Document copying
                                                                vendor

Last 4 digits of account number    _____    Is the claim subject to offset?

■ No
☒ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|------|---|---|---|

*Check all that apply.*                                                              $ _____ 8,107.11

**Juize, Inc**                                  ☒ Contingent

**PO Box 505**                                  ☒ Unliquidated

**Murrieta, CA 92562**                          ☒ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|

_____        _____        Appliance lease

Last 4 digits of account number    _____    Is the claim subject to offset?

■ No
☒ Yes

---

Debtor    **The Litigation Practice Group P.C.**                                    Case number *(if known)* _____
       Name

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

Check all that apply.                                                    $ _____ **1,939.09**

**Krisp Technologies, Inc**

☐ Contingent
☐ Unliquidated
☐ Disputed

**2150 Shattuck Ave**
**Penthouse 1300**

**Berkeley, CA 94704**

**Date or dates debt was incurred**                **Basis for the claim:**                **Description**

_____                          _____                **Software vendor**

**Last 4 digits of account number** _____     **Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

Check all that apply.                                                    $ _____ **13,325.68**

**Liberty Mutual**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 91013**

**Chicago, IL 60680**

**Date or dates debt was incurred**                **Basis for the claim:**                **Description**

_____                          _____                **Insurance**

**Last 4 digits of account number** _____     **Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

Check all that apply.                                                    $ _____ **3,225.83**

**Marc Lemauviel - Allegra**

☐ Contingent
☐ Unliquidated
☐ Disputed

**326 MacNeil Way**

**Weaverville, NC 28787**

**Date or dates debt was incurred**                **Basis for the claim:**                **Description**

_____                          _____                **Interior designer**

**Last 4 digits of account number** _____     **Is the claim subject to offset?**

■ No
☐ Yes

---

Debtor    **The Litigation Practice Group P.C.**                                    Case number *(if known)* _____
            <sub>Name</sub>

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 4,980.65 |

**MarkSYS Holdings, LLC**

**3725 Cincinnati Ave**
**Suite 200**

**Rocklin, CA 95765**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ■ No
- ☒ Yes

**Description**

Mail vendor

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 101,320.10 |

**Netsuite-Oracle**

**2300 Oracle Way**

**Austin, TX 78741**

- ☒ Contingent
- ☒ Unliquidated
- ■ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ■ No
- ☒ Yes

**Description**

Bookkeeping software

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 1,091.89 |

**Pitney Bowes**

**PO Box 981026**

**Boston, MA 02298**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ■ No
- ☒ Yes

**Description**

Mail meter vendor

---

Debtor    __The Litigation Practice Group P.C.__    Case number *(if known)* _____
     Name

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 2,495.00 |
|---|---|---|---|

**3.23** Nonpriority creditor's name and mailing address

**Rapid Credit Inc**

**3558 Round Barn Blvd**
**Suite 200**

**Santa Rosa, CA 95403**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ 2,495.00

Date or dates debt was incurred

Basis for the claim:

Description

**Credit repair company**

Last 4 digits of account number

Is the claim subject to offset?

- ☒ No
- ☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

**SBS Leasing A Program of De Lage Landen**

**PO Box 41602**

**Philadelphi, PA 19101**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ 3,683.54

Date or dates debt was incurred

Basis for the claim:

Description

**Equipment leasing -**
**copier-printer**

Last 4 digits of account number

Is the claim subject to offset?

- ☒ No
- ☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

**Security Solutions**

**10911 Bloomfield St**

**Los Alamitos, CA 90720**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ 552.01

Date or dates debt was incurred

Basis for the claim:

Description

**Door repair company**

Last 4 digits of account number

Is the claim subject to offset?

- ☒ No
- ☐ Yes

---

Copyright © Financial Software Solutions, LLC                      BlueStylus

Debtor    __The Litigation Practice Group P.C.__                          Case number *(if known)* _____
　　　　　　Name

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $                          158,207.87 |
|------|---|---|---|

**Sharp Business Systems**

 8670 Argent St

**Santee, CA 92071**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**    _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Description**

IT support services and phone system

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $                          14,091.02 |
|------|---|---|---|

**Streamline Performance Inc**

**1551 N Tustin, #555**

**Santa Ana, CA 92705**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**    _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Description**

Consultant

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $                          1,987.20 |
|------|---|---|---|

**Thomson Reuters**

 610 Opperman Drive

**Eagen, MN 55123**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**    _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Description**

Online search engine platform

---

| Debtor | **The Litigation Practice Group P.C.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.29** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ 18,343.43

Twilio, Inc

☒ Contingent
☒ Unliquidated
☒ Disputed

101 Spear Street
Suite 500

San Francisco, CA 94105

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**
SMS vendor for CRM

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
■ No
☒ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ 9,125.00

Nationwide Appearance Attorneys

☒ Contingent
☒ Unliquidated
☒ Disputed

5737 Kanan Rd #628

Agoura Hills, CA 91301

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**
Appearance counsel -
1099 basis

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
■ No
☒ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ 52,095.81

Executive Center LLC

☒ Contingent
☒ Unliquidated
☒ Disputed

5960 South Jones Blvd

Las Vegas, NV 89118

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**
Lease (abandoned) - Las
Vegas, NV

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
■ No
☒ Yes

---

| Debtor | **The Litigation Practice Group P.C.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 247,591.48 |
|---|---|---|---|

**Outsource Accelerator Ltd**

**City Marque Limited, Unit 8801-2**
**Bldg 244-248 Des Voeux Rd**
**Central Hong Kong**

- ☑ Contingent
- ☑ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

Description

Offshore call center

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☑ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 481,609.52 |
|---|---|---|---|

**TaskUs Holdings, Inc.**

**1650 Independence Dr**

**New Braunfels, TX 78132**

- ☑ Contingent
- ☑ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

Description

Offshore call center

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☑ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 8,000,000.00 |
|---|---|---|---|

**Marich Bein LLC**

**99 Wall Street**
**Ste 2669**

**New York, NY 10005**

- ☑ Contingent
- ☑ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

Description

Breach of Contract

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☑ Yes

---

Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor    __The Litigation Practice Group P.C.__                    Case number *(if known)* _____
           Name

---

**3.35** | **Nonpriority creditor's name and mailing address**

__Validation Partners LLC__

__1300 Sawgrass Pkwy__
__Ste 110__

__Sunrise, FL 33323__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
■ Disputed

$                    25,000,000.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**
Breach of Contract

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☑ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address**

__MC DVI Fund 1, LLC; MC DVI Fund 2, LLC__

__1598 Cottonwood Dr__

__Glenview, IL 60026__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
■ Disputed

$                    36,810,655.64

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**
Breach of Contract

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☑ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address**

__Debt Validation Fund II, LLC__

__5075 Lower Valley Road__

__Atglen, PA 19310__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$                    65,385,489.44

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**
Breach of Contract

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☑ Yes

---

Debtor    __The Litigation Practice Group P.C.__                    Case number *(if known)* _____
    Name

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

3.38    Nonpriority creditor's name and mailing address

__Tustin Executive Center__

__1630 S Sunkist Street__
__Ste A__

__Anaheim, CA 92806__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$                    139,787.22

Date or dates debt was incurred

Basis for the claim:

Description
__Lease Dispute__

Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

3.39    Nonpriority creditor's name and mailing address

__LexisNexus__

__15500 B Rockfield Blvd__

__Irvine, CA 92618__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$                    28,000.00

Date or dates debt was incurred

Basis for the claim:

Description
__Breach of contract -__
__Online Research Platform__

Last 4 digits of account number    7028

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

3.40    Nonpriority creditor's name and mailing address

__JP Morgan Chase__

__3 Park Plaza, Ste 900__

__Irvine, CA 92614__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$                    1,400,000.00

Date or dates debt was incurred

Basis for the claim:

Description
__Commercial orporate__
__credit card__

Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor    __The Litigation Practice Group P.C.__                    Case number *(if known)* _____
           Name

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 2,400,000.00 |
|---|---|---|---|

**Business Centers of America**

**1100 Sir Francis Drake Blvd
Ste 1**

**Kentfield, CA 94904**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☒ No
- ☒ Yes

**Description**
Receivable purchase - unperfected

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ Unknown |
|---|---|---|---|

**Michael Schwartz**

**3968 Lowry Avenue**

**Cincinnati, OH 45229**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☒ No
- ☒ Yes

**Description**
Pending litigation - See SOFA #9

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ Unknown |
|---|---|---|---|

**Anibal Colon Jr**

**c/o Alexander Taylor, Esq.
Sulaiman Law Group Ltd
2500 S. Highland Ave, Ste 200**

**Lombard, IL 60148**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☒ No
- ☒ Yes

**Description**
Pending litigation - SOFA #7

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

| Debtor | The Litigation Practice Group P.C. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.44**  **Nonpriority creditor's name and mailing address**

Kathleen Lacey

c/o David Chami, Esq.
Price Law Group
8245 N. 85th Way

Scottsdale, AZ 85258

**As of the petition filing date, the claim is:**
Check all that apply.

$_____ **Unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Description**

Pending litigation - SOFA #7

---

**3.45**  **Nonpriority creditor's name and mailing address**

David Ulery

c/o Joshua Eggnatz, Esq,
EGGNATZ | PASCUCCI
7450 Griffin Road, Suite 230

Davie, FL 33314

**As of the petition filing date, the claim is:**
Check all that apply.

$_____ **Unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Description**

Pending litigation - SOFA #7

---

**3.46**  **Nonpriority creditor's name and mailing address**

Kimberly Birdsong

c/o Alexander J. Taylor, Esq.
SULAIMANLAW GROUP
2500 South Highland Ave
Suite 200

Lombard, IL 60148

**As of the petition filing date, the claim is:**
Check all that apply.

$_____ **Unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Description**

Pending litigation - see SOFA #7

---

Debtor    __The Litigation Practice Group P.C._____    Case number *(if known)* _____
      Name

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $_____**Unknown** |

__Kevin Carpenter_____

☐ Contingent
☐ Unliquidated
☑ Disputed

__c/o Alexander Taylor, Esq,__
__Sulaiman Law Group Ltd__
__2500 S. Highland Ave, Ste 200__

__Lombard, IL 60148__

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Pending litigation - see
SOFA #7

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $_____**Unknown** |

__Karen Suell_____

☑ Contingent
☑ Unliquidated
☑ Disputed

__c/o Nathan C. Volheim, Esq__
__Sulaiman Law Group__
__2500 S. Highland Ave, Ste 200__

__Lombard, IL 60148__

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Pending litigation - see
SOFA #7

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $_____**Unknown** |

__Gloria Eaton_____

☑ Contingent
☑ Unliquidated
☑ Disputed

__c/o Kris Skaar, Esq.__
__133 Mirramont Lake Dr.__

__Woodstock, GA 30189__

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Pending litigation - see
SOFA #7

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    __The Litigation Practice Group P.C.__                    Case number *(if known)* _____
      Name

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $_____ Unknown |

**As of the petition filing date, the claim is:**
*Check all that apply.*

Carolyn Beech

c/o Daniel Edelman, Esq.
20 South Clark St., Ste1500

Chicago, IL 60603

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

$_____ **Unknown**

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |

_____    _____    Pending litigation - see SOFA #7

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
*Check all that apply.*

Debra Price

c/o Robert Cocco
1500 Walnut St, Ste 900

Philadelphia, PA 19102

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

$_____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Pending litigation - see SOFA #7

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
*Check all that apply.*

Kenneth Topp

c/o Nathan Volheim, Esq
Sulaiman Law Group Ltd
2500 S Highland Ave, Ste 200

Lombard, IL 60148

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

$_____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Pending litigation - see SOFA #7

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| Debtor | The Litigation Practice Group P.C. | Case number *(if known)* |
|--------|-----------------------------------|--------------------------|
|        | Name |  |

---

**3.53** **Nonpriority creditor's name and mailing address**

Darcy Williamson, Trustee

510 SW 10th

Topeka, KS 66612

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
■ Disputed

$_____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

■ No
☑ Yes

**Description**

Pending litigation - see SOFA #7

---

**3.54** **Nonpriority creditor's name and mailing address**

James Hammett

c/o Jenna Dakraub
Price Law Group
8245 N. 85th Way

Scottsdale, AZ 85258

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
■ Disputed

$_____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

■ No
☑ Yes

**Description**

Pending litigation - see SOFA #7

---

**3.55** **Nonpriority creditor's name and mailing address**

Johnny Rizo

c/o Bobby Walker, Esq.
Sulaiman Law Group
2500 S. Highland Ave, Ste 200

Lombard, IL 60148

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
■ Disputed

$_____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

■ No
☑ Yes

**Description**

Pending litigation - see SOFA #7

---

Debtor     __The Litigation Practice Group P.C._____     Case number *(if known)* _____
            Name

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____ **Unknown** |

**Beverly Graham**

c/o Bobby Walker, Esq.
Sulaiman Law Group
2500 S. Highland Ave, Ste 200

Lombard, IL 60148

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |

Pending litigation - see
SOFA #7

Last 4 digits of account number _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____ **Unknown** |

**Kathleen Scarlett**

c/o Jeremiah Heck, Esq.
Luftman Heck & Assoc
6253 Riverside Dr, Ste 200

Dublin, OH 43017

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |

Pending litigation - see
SOFA #7

Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____ **Unknown** |

**Geneve and Myranda Sheffield**

c/o Jeremiah Heck, Esq
Luftman Heck & Assoc
6253 Riverside Dr, Ste 200

Dublin, OH 43017

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |

Pending litigation - see
SOFA #7

Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **The Litigation Practice Group P.C.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number |
|---|---|---|

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

| 5a. | **Total claims from Part 1** | 5a. | $ | **374,060.04** |
|---|---|---|---|---|
| 5b. | **Total claims from Part 2** | 5b. | **+** $ | **141,439,158.05** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **141,813,218.09** |

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

**Fill in this information to identify your case:**

Debtor Name    **The Litigation Practice Group P.C.**

United States Bankruptcy Court for the:  **Central District of California**

Case number (If known): _____    Chapter    **7**

☑ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).*

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest   **Debtor's office - this lease will be rejected** <br><br> State the term remaining _____ <br><br> List the contract number of any government contract _____ | **Tustin Executive Center**<br>**1630 S. Sunkist St., Ste A**<br>**Anaheim, CA 92806** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest   **Former office in Las Vegas - lease will be rejected.** <br><br> State the term remaining _____ <br><br> List the contract number of any government contract _____ | **Executive Center LLC**<br>**5960 S. JOnes Blvd.**<br>**Las Vegas, NV 89118** |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest   **See list of additional executory contracts** <br><br> State the term remaining _____ <br><br> List the contract number of any government contract _____ | **See attached list** |

**Fill in this information to identify your case:**

Debtor Name  **The Litigation Practice Group P.C.**

United States Bankruptcy Court for the: **Central District of California**

Case number (*If known*): _____

☑ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name and description** | **Mailing address** | **Name** | *Check all schedules that apply:* |

---

Copyright © Financial Software Solutions, LLC
BlueStylus