# SOFA #4: PENDING ACTIONS

| Case Captions | Court | Civil Action No. | Judge | Case Status |
|---|---|---|---|---|
| **Plaintiff:** Gloria Eaton (Putative Class Action) <br><br> **Defendant:** The Litigation Practice Group, PC | N.D. Georgia, Atlanta Division | 1:22-cv-00917-VMC | Victoria M. Calvert | Pending class certification, which is contested. Claims involve Telephone Consumer Protection Act and Credit Repair Organization Act |
| **Plaintiff:** Carolyn Beech (Putative Class Action) <br><br> **Defendant:** Litigation Practice Group, PC | S.D. Mississippi, Southern Division | 1:22-cv-00057-HSO-BWR | Halis S. Ozerden | Pending class certification, which is contested. Claims involve Telephone Consumer Protection Act ("TCPA") and Credit Repair Organization Act ("CROA") |
| **Plaintiff:** Debra Price <br><br> **Defendants:** Litigation Practice Group, PC Daniel March, Esq., Marque Carey, Esq., Randall Clark, Esq., Michael Robinson, Esq., Jayde Trinh, Esq., and Howard Gutman, Esq. | M.D. Pennsylvania, Scranton Division | 3:22-cv-00707-MEM | Malachy E. Mannion <br><br> **Judge** | LPG has a pending motion to dismiss. <br><br> Claims involve TCPA and CROA |

| Case Captions | Court | Civil Action No. | | |
|---|---|---|---|---|
| **Plaintiff:** Kenneth Topp<br><br>**Defendant:** The Litigation Practice Group, PC | W.D. Texas, Waco Division | 6:22-cv-00814-ADA-JCM | Alan D. Albright | Pending motion to dismiss. Claim is under the TCPA. |
| **Debtor:** Daniel Verne Rowe<br><br>**Joint Debtor:** Michelle Lee Rowe<br><br>**Trustee:** Darcy D. Williamson<br><br>**Plaintiff:** Darcy D. Williamson (Trustee)<br><br>**Defendant:** Litigation Practice Group, PC | Bankruptcy Court D. Kansas Topeka Division | 22-40216 (Chapter 7)<br><br><br><br>Adversary No. 22-07015 | Dale L. Somers | Settlement reached in principal, awaiting consummation. Preference action brought against LPG to set aside fees paid to LPG by debtor. |
| **Plaintiff:** James Hammett<br><br>**Defendant:** Debt Resolution Direct, LLC, d/b/a Debt Advisors of America Company | N.D. Georgia, Atlanta Division | 1:22-cv-04249-SDG | Steven D. Grimberg | Settlement discussions are ongoing; TCPA claim. |
| **Plaintiff:** Johnny W. Rizo **Defendant:** | E.D. California, Sacramento Division | 2:22-cv-01959-DAD-DB | Dale A. Drozd | Settlement discussions are near completion, |

| | | | | |
|---|---|---|---|---|
| The Litigation Practice Group, PC | | | | amount for settlement is set but not yet paid; TCPA claim. |
| **Plaintiff:** Beverly A. Graham **Defendant:** The Litigation Practice Group, PC **Case Captions** | C.D. California, Los Angeles Division **Court** | 2:22-cv-07915-MAR **Civil Action No.** | (Magistrate) Margo A. Rocconi **Judge** | Settlement discussions are ongoing; TCPA claim. |
| **Plaintiff:** Teresa Klaus **Defendant:** The Litigation Practice Group, PC | N.D. Ohio Toledo Division | 3:22-cv-02094-JGC | James G. Carr | Settlement discussions are ongoing; TCPA claim. |
| **Plaintiff:** Kathlene Scarlett **Defendant:** The Litigation Practice Group, PC | S.D. Ohio Dayton Division | 3:22-cv-00342-WHR-PBS | Walter H. Rice | Settlement discussions are ongoing; TCPA claim. |
| **Plaintiffs:** Geneva Sheffield Myranda Sheffield **Defendant:** The Litigation Practice Group, PC | N.D. Ohio Toledo Division | 3:22-cv-02093-JZ | Jack Zouhary | Settlement discussions are near completion, but settlement amount not yet paid; TCPA claim. |
| **Plaintiffs:** Marich Bein LLC **Defendant:** The Litigation Practice Group, | C.D. Cal. | 8:23-cv-00339-JWH | John Holcomb | Contract dispute between creditor and payment processor Marich Bein |

| | | | | |
|---|---|---|---|---|
| PC; Oakstone Law Group PC | | | | and LPG. No counterclaim or responsive pleading were filed as case was stayed prior to deadline. |
| **Plaintiffs:** Validation Partners LLC; Debt Validation Fund II, LLC; MC DVI FUND 1, LLC; MC DVI FUND 2, LLC <br><br>**Defendant:** The Litigation Practice Group, PC; Daniel March; Tony Diab; Wes Thomas; Stratcap Mgmt, LLC; Vercy LLC; GoFi LLC; Integrity Docs, LLC | Orange County Superior Court | Case No. 30-2022-01281911 | Gary Sherman | Contract dispute between receivable purchase company and its investors, on the one hand, and LPG and its managers and marketing affiliates, on the other. Settlement discussions are ongoing, but not likely to resolve. |
| **Plaintiffs:** Fundura Capital Group <br><br>**Defendant:** The Litigation Practice Group, PC; Daniel March; Tony Diab; BAT Inc. dba Coast Processing; Vulcan Consulting Group LLC | Supreme Court of New York – County of Nassau | Index No. 613192/2021 | Eileen Daly-Sapraicone | Receivable purchase company is seeking additional money under receivable purchase agreement; LPG is seeking to recover for overpayment on agreement and for fraud. Counterclaim is being litigated, |

| | | | | |
|---|---|---|---|---|
| | | | | complaint has been mostly abandoned. |
| **Plaintiffs:** Diverse Capital LLC  **Defendant:** The Litigation Practice Group, PC; Daniel March; LLC | Supreme Court of New York – County of Ontario | Index No. 135614-2023 | Not assigned | Plaintiff claims breach of settlement agreement; LPG alleges settlement was paid in full. |