1   Joon M. Khang (CSBN 188722)
2   Judy L. Khang (CSBN 192454)
    **KHANG & KHANG LLP**
3   4000 Barranca Parkway, Suite 250
4   Irvine, California 92604
    Telephone: (949) 419-3834
5   Facsimile: (949) 385-5868
6   Email: joon@khanglaw.com

7
    [Proposed] Attorneys for The Litigation Practice Group, PC,
8   Debtor and Debtor in Possession

9

10              **UNITED STATES BANKRUPTCY COURT**

11      **CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

12

13  In re                                  )   Case No.: 8:23-bk-10571-SC
                                           )
14  THE LITIGATION PRACTICE GROUP, PC, )   Chapter 11
                                           )
15              Debtor.                     )
                                           )   **NOTICE OF RESCHEDULED SECTION**
16                                          )   **341(a) MEETING OF CREDITORS**
                                           )
17                                          )   New Date:    May 2, 2023
18                                          )   Time:        9:30 am
                                           )                Telephonic Meeting
19                                          )
                                           )
20                                          )
                                           )
21  ─────────────────────────────── )

22

23  TO THE COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, CREDITORS AND TO

24  ALL PARTIES REQUESTING SPECIAL NOTICE:

25          NOTICE IS HEREBY GIVEN that the Section 341(a) Meeting of Creditors originally

26  set for April 24, 2023 at 11:00 am, has been rescheduled to **May 2, 2023, at 9:30 am**. The

27  meeting will be conducted via telephone conference. Dial in information for the meeting is as

28  follows:

1       **Conference Dial In:  (866) 919-3126**

2       **Participant Code:    3803126**

3  DATED:  April 18, 2023              KHANG & KHANG LLP

4

5                      By: */s/ Joon M. Khang*
                               Joon M. Khang

6

7                      Attorneys for The Litigation Practice Group
                     Debtor and Debtor in Possession

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| In re:<br><br>THE LITIGATION PRACTICE GROUP, PC<br><br>                                        Debtor(s). | CHAPTER 11<br><br>CASE NUMBER:  8:23-bk-10571-SC |
| --- | --- |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
KHANG & KHANG LLP, 4000 Barranca Parkway, Suite 250, Irvine, CA 92604

A true and correct copy of the foregoing document described **NOTICE OF RESCEDULED SECTION 341(a) MEETING OF CREDITORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  04/18/23  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On  04/18/23  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 04/18/23 | Joon M. Khang | /s/  Joon M. Khang |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 9013-3.1**

In re The Litigation Practice Group, PC
Case No.: 8:23-bk-10571-SC

NEF Service List

- **Ronald K Brown**    ron@rkbrownlaw.com
- **Joon M Khang**    joon@khanglaw.com
- **Byron Z Moldo**    bmoldo@ecjlaw.com,
  amatsuoka@ecjlaw.com,dperez@ecjlaw.com
- **Alan I Nahmias**    anahmias@mbn.law, jdale@mbnlawyers.com
- **Queenie K Ng**    queenie.k.ng@usdoj.gov
- **Paul R Shankman**    PShankman@fortislaw.com, info@fortislaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

Mail Service List

| | |
|---|---|
| Ajilon<br>Lockbox: Dept CH 14031<br>Palatine, IL 60055 | Anibal Colon Jr<br>c/o Alexander Taylor, Esq.<br>Sulaiman Law Group Ltd<br>2500 S. Highland Ave, Ste 200<br>Lombard, IL 60148 |
| Anthem Blue Cross<br>PO Box 511300<br>Los Angeles, CA 90051 | Arizona Dept of Economic Security<br>PO Box 6028<br>Phoenix, AZ 85005 |
| Arkansas Dept of Finance & Admin<br>PO Box 9941, Little Rock, AR 72203-9941<br>Little Rock, AR 72203 | Azevedo Solutions Groups, Inc<br>420 Adobe Canyon Rd<br>Kenwood, CA 95452 |
| Beverly Graham<br>c/o Bobby Walker, Esq.<br>Sulaiman Law Group<br>2500 S. Highland Ave, Ste 200<br>Lombard, IL 60148 | Business Centers of America<br>1100 Sir Francis Drake Blvd, Ste 1<br>Kentfield, CA 94904 |
| California Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257 | Carolina Technologies & Consulting Invoice<br>1854 Hendersonville Road, Suite A<br>PMB #178<br>Asheville, NC 28803 |
| Carolyn Beech<br>c/o Daniel Edelman, Esq.<br>20 South Clark St., Ste1500<br>Chicago, IL 60603 | City Capital NY<br>1135 Kane Concourse<br>Bay Harbour Islands, FL 33154 |
| Collaboration Advisors<br>400 Dorla Court<br>Zephyr Cove, NV 89448 | Credit Reporting Service Inc<br>548 Market St, Suite 72907<br>San Francisco, CA 94104 |

| | |
|---|---|
| CT Corporation – Inv<br>PO Box 4349<br>Carol Stream, IL 80107 | Darcy Williamson, Trustee<br>510 SW 10th<br>Topeka, KS 66612 |
| David Ulery<br>c/o Joshua Eggnatz, Esq,<br>EGGNATZ \| PASCUCCI<br>7450 Griffin Road, Suite 230<br>Davie, FL 33314 | Debra Price<br>c/o Robert Cocco<br>1500 Walnut St, Ste 900<br>Philadelphia, PA 19102 |
| Debt Pay Pro<br>1900 E Golf Road, Suite 550<br>Schaumburg, IL 60173 | Debt Validation Fund II, LLC<br>5075 Lower Valley Road<br>Atglen, PA 19310 |
| Dept of Labor and Industries<br>PO Box 34022<br>Seattle, WA 98124 | Diverse Capital LLC<br>323 Sunny Isles Blvd, Ste 503<br>Sunny Isles, FL 33154 |
| Document Fulfillment Services<br>2930 Ramona Ave #100<br>Sacramento, CA 95826 | EnergyCare, LLC<br>2925 N. Green Valley Parkway , Suite C<br>Henderson, NV 89014 |
| Executive Center LLC<br>5960 S. Jones Blvd.<br>Las Vegas, NV 89118 | Exela Enterprise Solutions<br>2701 E. Grauwyler Road<br>Irving, TX 75061 |
| First Legal Network, LLC<br>PO Box 743451<br>Los Angeles, CA 90074 | Fundura Capital Group<br>80 Broad Street, Ste 3303<br>New York, NY 10004 |
| Geneve and Myranda Sheffield<br>c/o Jeremiah Heck, Esq<br>Luftman Heck & Assoc<br>6253 Riverside Dr, Ste 200<br>Dublin, OH 43017 | Georgia Dept of Labor<br>148 Andrew Young International Blvd, NE<br>Suite 752<br>Atlanta, GA 30303 |
| GHA Technologies Inc<br>Dept #2090<br>PO Box 29661<br>Phoenix, AZ 85038 | Gloria Eaton<br>c/o Kris Skaar, Esq.<br>133 Mirramont Lake Dr.<br>Woodstock, GA 30189 |
| Harrington Electric Inc<br>PO Box 886<br>Skyland, NC 28776 | Imagine Reporting<br>1350 Columbia Street<br>Suite 703<br>San Diego, CA 92103 |
| Indiana Dept of Revenue<br>PO Box 1028<br>INDIANAPOLIS, IN 46206 | Internal Revenue Service (IRS)<br>Internal Revenue Service<br>Ogden, UT 84201 |
| James Hammett<br>c/o Jenna Dakraub<br>Price Law Group | Johnny Rizo<br>c/o Bobby Walker, Esq.<br>Sulaiman Law Group |

| | |
|---|---|
| 8245 N. 85th Way<br>Scottsdale, AZ 85258 | 2500 S. Highland Ave, Ste 200<br>Lombard, IL 60148 |
| JP Morgan Chase<br>3 Park Plaza, Ste 900<br>Irvine, CA 92614 | Juize, Inc<br>PO Box 505<br>Murrieta, CA 92562 |
| Karen Suell<br>c/o Nathan C. Volheim, Esq<br>Sulaiman Law Group<br>2500 S. Highland Ave, Ste 200<br>Lombard, IL 6014 | Kathleen Lacey<br>c/o David Chami, Esq.<br>Price Law Group<br>8245 N. 85th Way<br>Scottsdale, AZ 85258 |
| Kathleen Scarlett<br>c/o Jeremiah Heck, Esq.<br>Luftman Heck & Assoc<br>6253 Riverside Dr, Ste 200<br>Dublin, OH 43017 | Kenneth Topp<br>c/o Nathan Volheim, Esq<br>Sulaiman Law Group Ltd<br>2500 S Highland Ave, Ste 200<br>Lombard, IL 60148 |
| Kevin Carpenter<br>c/o Alexander Taylor, Esq,<br>Sulaiman Law Group Ltd<br>2500 S. Highland Ave, Ste 200<br>Lombard, IL 60148 | Kimberly Birdsong<br>c/o Alexander J. Taylor, Esq.<br>SULAIMANLAW GROUP<br>2500 South Highland Ave, Suite 200<br>Lombard, IL 60148 |
| Krisp Technologies, Inc<br>2150 Shattuck Ave<br>Penthouse 1300<br>Berkeley, CA 94704 | LexisNexus<br>15500 B Rockfield Blvd<br>Irvine, CA 92618 |
| Liberty Mutual<br>PO Box 91013<br>Chicago, IL 60680 | Marc Lemauviel – Allegra<br>326 MacNeil Way<br>Weaverville, NC 28787 |
| Marich Bein LLC<br>99 Wall Street, Ste 2669<br>New York, NY 10005 | MarkSYS Holdings, LLC<br>3725 Cincinnati Ave, Suite 200<br>Rocklin, CA 95765 |
| MC DVI Fund 1, LLC; MC DVI Fund 2, LLC<br>1598 Cottonwood Dr<br>Glenview, IL 60026 | Michael Schwart<br>3968 Lowry Avenue<br>Cincinnati, OH 45229 |
| Mississippi Dept of Revenue<br>PO Box 23075<br>Jackson, MS 39225 | Nationwide Appearance Attorneys<br>5737 Kanan Rd #628<br>Agoura Hills, CA 91301 |
| Netsuite-Oracle<br>2300 Oracle Way<br>Austin, TX 78741 | Nevada Dept of Taxation<br>1550 College Parkway, Suite 115<br>Carson City, NV 89706 |
| Outsource Accelerator Ltd<br>City Marque Limited, Unit 8801-2<br>Bldg 244-248 Des Voeux Rd<br>Central Hong Kong | Pitney Bowes<br>PO Box 981026<br>Boston, MA 02298 |

| | |
|---|---|
| Rapid Credit Inc<br>3558 Round Barn Blvd, Suite 200<br>Santa Rosa, CA 95403 | SBS Leasing A Program of De Lage Landen<br>PO Box 41602<br>Philadelphia, PA 19101 |
| Security Solutions<br>10911 Bloomfield St<br>Los Alamitos, CA 90720 | Sharp Business System<br>10911 Bloomfield St<br>Los Alamitos, CA 90720 |
| Sharp Business Systems<br>8670 Argent St<br>Santee, CA 92071 | Streamline Performance Inc<br>1551 N Tustin, #555<br>Santa Ana, CA 92705 |
| TaskUs Holdings, Inc.<br>1650 Independence Dr<br>New Braunfels, TX 78132 | Thomson Reuters<br>610 Opperman Drive<br>Eagen, MN 55123 |
| Tustin Executive Center<br>1630 S Sunkist Steet, Ste A<br>Anaheim, CA 92806 | Twilio, Inc<br>101 Spear Street, Suite 500<br>San Francisco, CA 94105 |
| Utah State Tax Commission<br>210 N 1950 W<br>Salt Lake City, UT 84134 | Validation Partners LLC<br>1300 Sawgrass Pkwy, Ste 110<br>Sunrise, FL 33323 |
| Wisconsin Dept of Revenue<br>PO Box 8901<br>Madison, WI 53708 | |
| | |