GARRICK A. HOLLANDER (SBN 166316)
ghollander@wghlawyers.com
**WINTHROP GOLUBOW HOLLANDER, LLP**
1301 Dove Street, 5th Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

A. Barry Cappello (SBN 037835)
abc@cappellonoel.com
David L. Cousineau (SBN 298801)
dcousineau@cappellonoel.com
G. Michael Brelje (SBN 269476)
mbrelje@cappellonoel.com
**CAPPELLO & NOËL LLP**
831 State Street
Santa Barbara, CA 93101
Telephone: (805) 564-2444
Facsimile: (805) 965-5950

Attorneys for Debt Validation Fund II, LLC,
MC DVI Fund 1, LLC, and MC DVI Fund 2, LLC

**UNITED STATED BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>　　　　　　　　Debtor. | Case No.: 8:23-bk-10571-SC<br><br>CHAPTER 11<br><br>**NOTICE TO CREDITORS OF MOTION AND HEARING ON MOTION BY DVF AND MC DVI TO DISMISS CHAPTER 11 CASE PURSUANT TO 11 U.S.C. §§ 105, 305, 349, & 1112, OR IN THE ALTERNATIVE CONVERT THIS CASE TO CHAPTER 7 OR APPOINT A TRUSTEE**<br><br>DATE:　　May 17, 2023<br>TIME:　　1:30 p.m.<br>CRTRM:　5C – Virtual[1] |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, DEBTOR, DEBTOR'S COUNSEL THE OFFICE OF THE UNITED STATES TRUSTEE, CREDITORS, AND OTHER PARTIES IN INTEREST:**

　　**PLEASE TAKE NOTICE** that a hearing will take place on May 17, 2023, at 1:30 p.m. regarding the *Motion by DVF and MC DVI to Dismiss Chapter 11 case Pursuant to 11 U.S.C. §§ 105, 305, 349, & 1112, or in the Alternative Convert This Case to Chapter 7 or Appoint a Trustee* ("Motion") filed by Debt Validation Fund II, LLC, ("DVF"), MC DVI Fund 1, LLC, and MC DVI Fund 2, LLC (collectively "MC DVI," and with DVF "Creditors") [Docket No. 44].

　　The Motion is based upon the Memorandum of Points and Authorities, the Declaration of G. Michael Brelje ("Brelje Declaration"), all pleadings, papers and records on file with the Court and such other evidence, oral or documentary, as may be presented to the Court at the time of the hearing on the Motion. A copy of the Motion and Declaration will be provided to any creditor upon written request made to the Firm at the addresses in the upper left corner of this notice.

　　As set forth in the Motion, the bankruptcy filing of The Litigation Practice Group P.C. ("Debtor" or "LPG") is a sham. In August 2022, LPG convinced Creditors to enter promissory notes dated September 1, 2022, for monies LPG owed Creditors. The

---

[1] Accessibility information will be posted into the Court's tentative ruling prior to the hearing. Parties can obtain such accessibility information on Judge Clarkson's posted hearing calendar which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC

principal owed was $66.4 million (for DVF) and $37.4 million (for MC DVI), with significantly more owed to account for interest. Then, LPG began systematically, and intentionally, dissipating its assets and transferring its business to new entities in an admitted attempt to avoid LPG's liabilities. For instance, within a month of entering the Notes, LPG "sold" $40 million of receivables for *one dollar*, *i.e.*, 0.000002% of the value of the receivables. *See* Brelje Declaration, Ex. 3. It also transferred all its "good" performing clients to a new law firm called Oakstone Law Group PC, and effectively completely shut down its business and operations.

During this period, LPG also fought tooth-and-nail to avoid having a receiver placed over its business in a California State-court lawsuit filed by another creditor named Validation Partners LLC; a lawsuit and request that Creditors joined. It lost that fight on March 10, 2023 when the State-court judge ordered that Byron Moldo be named Receiver. However, LPG's lawyers—its third set to appear in that litigation—prevented Mr. Moldo from taking over by requesting the right to file objections to the scope of Mr. Moldo's powers, and taking advantage of the delay to file the instant bankruptcy, thereby staying the State-court case before the judge could enter a final order.

LPG is using bankruptcy as a sham, and filed its Petition in bad faith, to allow its principals to delay and, they hope, prevent Mr. Moldo from taking over and discovering the full extent of their malfeasance and fraud. This is unfortunately not surprising. Tony Diab, who controls LPG, is a disbarred lawyer who stole money from at least one client and forged a judge's signature on a fake order.

**IF YOU DO NOT OPPOSE THE MOTION, YOU NEED NOT TAKE ANY FURTHER ACTION. HOWEVER, IF YOU DO OPPOSE THE MOTION, PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1, ANY OPPOSITION TO THE MOTION MUST BE FILED WITH THE COURT NO LATER THAN FOURTEEN (14) DAYS PRIOR TO THE HEARING ON THE MOTION. YOU MUST FILE ANY SUCH OPPOSITION WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, LOCATED AT 411 WEST FOURTH STREET, SUITE 9041, SANTA ANA, CA 92701. YOU MUST ALSO SERVE A COPY OF ANY SUCH OPPOSITION UPON COUNSELS AT THE MAILING ADDRESS STATED IN THE UPPER LEFT CORNER OF THE FIRST PAGE OF THIS NOTICE AND UPON THE OFFICE OF THE UNITED STATES TRUSTEE LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. ALTERNATIVELY, YOU MAY FILE AND SERVE A WRITTEN STATEMENT THAT CREDITORS' MOTION TO DISMISS WILL NOT BE OPPOSED. FAILURE TO TIMELY FILE AND SERVE AN OPPOSITION TO THE MOTION MAY RESULT IN ANY SUCH OPPOSITION BEING WAIVED, AND THE COURT MAY ENTER AN ORDER GRANTING THE MOTION WITHOUT FURTHER NOTICE. MOREOVER, SHOULD YOU FAIL TO ATTEND THE HEARING ON THE MOTION, THE COURT IS AUTHORIZED TO ENTER YOUR DEFAULT AND TO GRANT THE RELIEF REQUESTED BY THE DEBTOR IN THE MOTION.**

Creditors respectfully request that this Court grant this motion for dismissal in its entirety, dismiss Debtor's Chapter 11 case with prejudice, and impose a 180-day bar to refiling under any chapter of the Bankruptcy Code to prevent LPG from attempting to further delay the State Court actions, or to interfere with the performance of the Receiver's duties as ordered by the State Court. If the Court is not inclined to Debtor's Chapter 11 case, Creditors respectfully request the Court convert the case to Chapter 7 or appoint a trustee, in the alternative.

Dated: April 19, 2023    **CAPPELLO & NOËL LLP**
**AND**
**WINTHROP GOLUBOW HOLLANDER, LLP**


By:    */s/ Garrick A. Hollander*
         Garrick A. Hollander
Attorneys for Debt Validation Fund II, LLC,
MC DVI Fund 1, LLC, and MC DVI Fund 2, LLC

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1301 Dove Street, Suite 500, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE TO CREDITORS OF HEARING ON MOTION BY DVF AND MC DVI TO DISMISS CHAPTER 11 CASE PURSUANT TO 11 U.S.C. §§ 105, 305, 349, & 1112, OR IN THE ALTERANATIVE CONVERT THIS CASE TO CHAPTER 7 OR APPOINT A TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 19, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ronald K Brown**    ron@rkbrownlaw.com
- **Shawn M Christianson**    cmcintire@buchalter.com, schristianson@buchalter.com
- **Joon M Khang**    joon@khanglaw.com
- **Byron Z Moldo**    bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com
- **Alan I Nahmias**    anahmias@mbn.law, jdale@mbnlawyers.com
- **Queenie K Ng**    queenie.k.ng@usdoj.gov
- **Paul R Shankman**    PShankman@fortislaw.com, info@fortislaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On **April 19, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April     , 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 19, 2023 | Silvia Villegas | /s/ Silvia Villegas |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

The Litigation Practice Group P.C.
17542 17th St, Suite 100
Tustin, CA 92780-1981

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

**20 LARGEST LIST**
Azevedo Solutions Groups, Inc
420 Adobe Canyon Rd
Kenwood, CA 95452-9048

**20 LARGEST LIST**
Anthem Blue Cross
PO Box 511300
Los Angeles, CA 90051-7855

**20 LARGEST LIST**
Collaboration Advisors
400 Dorla Court
Zephyr Cove, NV 89448

**20 LARGEST LIST**
Executive Center LLC
5960 South Jones Blvd
Las Vegas, NV 89118-2610

**20 LARGEST LIST**
Exela Enterprise Solutions
2701 E. Grauwyler Road
Irving, TX 75061-3414

**20 LARGEST LIST**
JP Morgan Chase
3 Park Plaza, Ste 900
Irvine, CA 92614-5208

**20 LARGEST LIST**
California Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0001

**20 LARGEST LIST**
Credit Reporting Service Inc
548 Market St, Suite 72907
San Francisco, CA 94104-5401

**20 LARGEST LIST**
Document Fulfillment Services
2930 Ramona Ave #100
Sacramento, CA 95826-3838

**20 LARGEST LIST**
Debt Pay Pro
1900 E Golf Road, Suite 550
Schaumburg, IL 60173-5870

**20 LARGEST LIST**
Debt Validation Fund II, LLC
5075 Lower Valley Road
Atglen, PA 19310-1774

**20 LARGEST LIST**
LexisNexus
15500 B Rockfield Blvd
Irvine, CA 92618-2722

**20 LARGEST LIST**
MC DVI Fund 1, LLC
MC DVI Fund 2, LLC
1598 Cottonwood Dr
Glenview, IL 60026-7769

**20 LARGEST LIST**
Validation Partners LLC
1300 Sawgrass Pkwy
Ste 110
Sunrise, FL 33323

**20 LARGEST LIST**
Netsuite-Oracle
2300 Oracle Way
Austin, TX 78741-1400

**20 LARGEST LIST**
Outsource Accelerator Ltd
City Marque Limited, Unit 8801-2
Bldg 244-248 Des Voeux Rd
Central Hong Kong

**20 LARGEST LIST**
Tustin Executive Center
1630 S Sunkist Steet
Ste A
Anaheim, CA 92806-5816

**20 LARGEST LIST**
Sharp Business Systems
8670 Argent St
Santee, CA 92071-4172

**20 LARGEST LIST**
Marich Bein LLC
99 Wall Street
Ste 2669
New York, NY 10005-4301

**20 LARGEST LIST**
Business Centers of America
1100 Sir Francis Drake Blvd
Ste 1
Kentfield, CA 94904-1476

| | | |
|---|---|---|
| | Ajilon<br>Lockbox: Dept CH 14031<br>Palatine, IL 60055-0001 | American Express National Bank c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Anibal Colon Jr<br>c/o Alexander Taylor, Esq.<br>Sulaiman Law Group Ltd<br>2500 S. Highland Ave, Ste 200<br>Lombard, IL 60148-7103 | Arkansas Dept of Finance & Admin<br>PO Box 9941, Little Rock, AR 72203-9941<br>Little Rock, AR 72203-9941 | April Riedy<br>3949 Clubview Avenue<br>West Bloomfield Township, MI 48324-2807 |
| Beverly Graham<br>c/o Bobby Walker, Esq.<br>Sulaiman Law Group<br>2500 S. Highland Ave, Ste 200<br>Lombard, IL 60148-7103 | Carolyn Beech<br>c/o Daniel Edelman, Esq.<br>20 South Clark St., Ste1500<br>Chicago, IL 60603-1824 | CT Corporation - Inv<br>PO Box 4349<br>Carol Stream, IL 60197-4349 |
| City Capital NY<br>1135 Kane Concourse<br>Bay Harbour Islands, FL 33154-2025 | Carolina Technologies & Consulting Invoice<br>1854 Hendersonville Road, Suite A<br>PMB #178<br>Asheville, NC 28803-2495 | Cory Reade Dows and Shafer<br>1333 N Buffalo Drive<br>Suite 210<br>Las Vegas, NV 89128-3636 |
| Debra Price<br>c/o Robert Cocco<br>1500 Walnut St, Ste 900<br>Philadelphia, PA 19102-3518 | Darcy Williamson, Trustee<br>510 SW 10th<br>Topeka, KS 66612-1606 | David Ulery<br>c/o Joshua Eggnatz, Esq,<br>Eggnatz Pascucci<br>7450 Griffin Road, Suite 230<br>Davie, FL 33314-4104 |
| (p)WA STATE DEPT OF LABOR & INDUSTRIES<br>BANKRUPTCY UNIT<br>PO BOX 44171<br>OLYMPIA WA 98504-4171 | Diverse Capital LLC<br>323 Sunny Isles Blvd, Ste 503<br>Sunny Isles, FL 33160-4675 | Arizona Dept of Economic Security<br>PO Box 6028<br>Phoenix, AZ 85005-6028 |
| Wisconsin Dept of Revenue<br>PO Box 8901<br>Madison, WI 53708-8901 | Byron Moldo<br>9401 Wilshire Boulevard, Twelfth Floor<br>Beverly Hills, CA 90212-2928 | Joon M Khang<br>Khang & Khang LLP<br>4000 Barranca Parkway, Suite 250<br>Irvine, CA 92604-1713 |
| Paul R. Shankman Fortis LLP<br>650 Town Center Drive Suite 1530<br>Costa Mesa, CA 92626-7021 | Laura Ceva<br>280 Black Oak Cove Road<br>Candler, NC 28715-8139 | Rapid Credit Inc<br>3558 Round Barn Blvd<br>Suite 200<br>Santa Rosa, CA 95403-0991 |
| Liberty Mutual<br>PO Box 91013<br>Chicago, IL 60680-1171 | Marc Lemauviel - Allegra<br>326 MacNeil Way<br>Weaverville, NC 28787-6700 | Security Solutions<br>10911 Bloomfield St<br>Los Alamitos, CA 90720-2506 |

| | | |
|---|---|---|
| Marc LeMauviel<br>326 Macneil Way<br>Weaverville, NC 28787-6700 | Michael Schwartz<br>3968 Lowry Avenue<br>Cincinnati, OH 45229-1310 | LHH RS<br>c/o Steven Rebidas<br>4800 Deerwood Campus Parkway<br>BLDG 800<br>Jacksonville FL 32246-8319 |
| MarkSYS Holdings, LLC<br>3725 Cincinnati Ave<br>Suite 200<br>Rocklin, CA 95765-1220 | State Of Nevada Department Of Taxation<br>700 E Warm Springs Rd Ste 200<br>Las Vegas, NV 89119-4311 | Utah State Tax Commission<br>210 N 1950 W<br>Salt Lake City, UT 84134-9000 |
| Nationwide Appearance Attorneys<br>5737 Kanan Rd #628<br>Agoura Hills, CA 91301-1601 | Pitney Bowes<br>PO Box 981026<br>Boston, MA 02298-1026 | TaskUs Holdings, Inc.<br>1650 Independence Dr<br>New Braunfels, TX 78132-3959 |
| SBS Leasing A Program of De Lage Landen<br>PO Box 41602<br>Philadelphia, PA 19101-1602 | Streamline Performance Inc<br>1551 N Tustin, #555<br>Santa Ana, CA 92705-8634 | Twilio, Inc<br>101 Spear Street<br>Suite 500<br>San Francisco, CA 94105-1559 |
| Johnny RIzo<br>c/o Bobby Walker, Esq.<br>Sulaiman Law Group<br>2500 S. Highland Ave, Ste 200<br>Lombard, IL 60148-7103 | Rapid Credit Inc<br>3558 Round Barn Blvd<br>Suite 200<br>Santa Rosa, CA 95403-0991 | Geneve and Myranda Sheffield<br>c/o Jeremiah Heck, Esq<br>Luftman Heck & Assoc<br>6253 Riverside Dr, Ste 200<br>Dublin, OH 43017-5450 |
| Thomson Reuters<br>610 Opperman Drive<br>Eagen, MN 55123-1340 | EnergyCare, LLC<br>2925 N. Green Valley Parkway<br>Suite C<br>Henderson, NV 89014-0418 | Indiana Dept of Revenue<br>PO Box 1028<br>Indianapolis, IN 46206-1028 |
| MDL Group c/o Executive Center LLC<br>5960 South Jones Boulevard<br>Las Vegas, NV 89118-2610 | Jane Ann Dearwester<br>P.O. Box 7084<br>Asheville, NC 28802-7084 | James Hammett<br>c/o Jenna Dakraub<br>Price Law Group<br>8245 N. 85th Way<br>Scottsdale, AZ 85258-4349 |
| Mississippi Dept of Revenue<br>PO Box 23075<br>Jackson, MS 39225-3075 | GHA Technologies Inc<br>8998 E Raintree Dr<br>Scottsdale, AZ 85260-7024 | Kathleen Lacey<br>c/o David Chami, Esq.<br>Price Law Group<br>8245 N. 85th Way<br>Scottsdale, AZ 85258-4349 |
| Nevada Dept of Taxation<br>1550 College Parkway, Suite 115<br>Carson City, NV 89706-7939 | Fundura Capital Group<br>80 Broad Street, Ste 3303<br>New York, NY 10004-2845 | Juize, Inc<br>PO Box 505<br>Murrieta, CA 92564-0505 |

| | | |
|---|---|---|
| Karen Suell<br>c/o Nathan C. Volheim, Esq<br>Sulaiman Law Group<br>2500 S. Highland Ave, Ste 200<br>Lombard, IL 60148-7103 | Firas Abunada<br>18927 Hickory Creek Drive, Suite 115<br>Mokena, IL 60448-8660 | Kathleen Scarlett<br>c/o Jeremiah Heck, Esq.<br>Luftman Heck & Assoc<br>6253 Riverside Dr, Ste 200<br>Dublin, OH 43017-5450 |
| Kenneth Topp<br>c/o Nathan Volheim, Esq<br>Sulaiman Law Group Ltd<br>2500 S Highland Ave, Ste 200<br>Lombard, IL 60148-7103 | Jessica Jarboe<br>PO BOX 4392<br>KINGMAN AZ 86402<br>Kingman, AZ 86402-4392 | Gloria Eaton<br>c/o Kris Skaar, Esq.<br>133 Mirramont Lake Dr.<br>Woodstock, GA 30189-8215 |
| First Legal Network, LLC<br>PO Box 743451<br>Los Angeles, CA 90074-3451 | (p) Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p) Indiana Department Of Revenue<br>Attn Bankruptcy<br>100 N Senate Ave<br>Indianapolis IN 46204-2253 |
| Forth Technology, Inc.<br>1900 E. Golf Road<br>Suite 550<br>Schaumburg, IL 60173-5870 | GHA Technologies Inc<br>8998 E Raintree Dr<br>Scottsdale, AZ 85260-7024 | GHA Technologies Inc<br>Dept #2090<br>PO Box 29661<br>Phoenix, AZ 85038-9661 |
| Georgia Dept of Labor<br>148 Andrew Young International Blvd, NE,<br>Atlanta, GA 30303-1751 | Imagine Reporting<br>1350 Columbia Street<br>Suite 703<br>San Diego, CA 92101-3456 | SDCO Tustin Executive Center, Inc.<br>c/o Ronald K. Brown, Jr.<br>901 Dove St., Suite 120<br>Newport Beach, CA 92660-3018 |