1  Douglas A. Plazak, SBN#181709
   dplazak@rhlaw.com
2  REID & HELLYER APC
   3685 Main Street, Suite 300
3  P.O. Box 1300
   Riverside, California 92502-1300
4  Telephone: (951) 682-1771
   Facsimile: (951) 686-2415
5
   Attorneys for GREYSON LAW CENTER PC
6
7
8             UNITED STATES BANKRUPTCY COURT
9             CENTRAL DISTRICT OF CALIFORNIA
10                  SANTA ANA DIVISION
11
12 | In re:                                    | Case No. 8:23-bk-10571-SC
13 | THE LITIGATION PRACTICE GROUP P.C.        | Adv. Proc. No. 8:23-01046-SC
14 |           Debtor.                         | Chapter 11
15 | RICHARD A MARSHCK, Chapter 11 Trustee,    |
16 |           Plaintiff,                      | **DECLARATION OF THOMAS AYEN IN SUPPORT OF GREYSON LAW CENTER PC OPPOSITION TO MOTION FOR TURNOVER, PRELIMINARY INJUNCTION, LOCK-OUT, RE-DIRECTION OF US MAIL**
17 | -vs-                                      |
18 | Tony Diab, Daniel S. March, et al.,       |
19 |           Defendants.                     | Hearing Date: June 12, 2023
20 |                                           | Time: 1:30 p.m.
21 |                                           | Courtroom: 5C
                                                 411 West Fourth Street
                                                 Santa Ana, CA 92701

## DECLARATION OF THOMAS AYEN

I, Thomas Ayen, declare:

1. I make this declaration in support of Greyson Law Center PC Opposition To Motion For Turnover, Preliminary Injunction, Lock-Out, Re-Direction Of Us Mail. I have personal knowledge of the facts set forth in this declaration, and if called upon to testify I could and would testify competently thereto.

2. In 20__22__ I began experiencing financial distress. As a result I contacted a Marketing Affiliate to assist me in challenging my purported debt and/or negotiating with my creditors for a reasonable settlement plan and representing me in the advent of a lawsuit. Ultimately, I entered into a contract with The Litigation Practice Group P.C. ("LPG") to assist me with my debt issues. A true and correct copy of this contract is attached hereto as **Exhibit A**.

3. The attorney who was assigned to work on my file was Douglas Stiele. On or about April, 2023, I was advised that attorney Stiele was disassociating with LPG and would no longer represent me as an attorney for LPG. Because I still wanted attorney Stiele to represent me, I communicated with attorney Stiele and requested that he transfer my LPG file to his new business relationship, Greyson Law Center.

4. My LPG file was transferred to attorney Stiele and Greyson Law Center after attorney Stiele disassociated with LPG with my express request and with my express consent.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 11th day of June, 2023 at Wisconsin.

_____
Signature of Declarant