United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10571-SC |
| The Litigation Practice Group P.C. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 21, 2023 | Form ID: van191 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2023            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan I Nahmias | on behalf of Interested Party Courtesy NEF anahmias@mbn.law jdale@mbnlawyers.com |
| Byron Z Moldo | on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com amatsuoka@ecjlaw.com,dperez@ecjlaw.com |
| Garrick A Hollander | on behalf of Creditor Debt Validation Fund II LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Garrick A Hollander | on behalf of Creditor MC DVI Fund 1 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Garrick A Hollander | on behalf of Creditor MC DVI Fund 2 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 21, 2023 | Form ID: van191 | Total Noticed: 1 |

Joon M Khang
    on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com

Joon M Khang
    on behalf of Plaintiff The Litigation Practice Group P.C. joon@khanglaw.com

Paul R Shankman
    on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com info@fortislaw.com

Queenie K Ng
    on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Ronald K Brown
    on behalf of Creditor SDCO Tustin Executive Center  Inc. ron@rkbrownlaw.com

Shawn M Christianson
    on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com schristianson@buchalter.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov


TOTAL: 12

| United States Bankruptcy Court<br>Central District of California | |
|---|---|
| In re:<br>The Litigation Practice Group P.C. | CHAPTER NO.:  11 |
| | CASE NO.: 8:23–bk–10571–SC |

## NOTICE OF COURT COSTS DUE

**To: Joon M Khang, Proposed Attorney for Debtor and Debtor in Possession**

Please take notice that court costs have been incurred by the Bankruptcy Court during the administration of the above CHAPTER ELEVEN (11) case. Court costs must be paid prior to the confirmation of the plan.

COURT COSTS DUE:

|  |  |
|---:|---|
| Appeal $ | |
| Certification $ | |
| Complaint $ | 350.00 |
| Conversion $ | |
| Cross–Appeal $ | |
| Notices (Estimated) $ | |
| Photocopies $ | |
| Reopening Fees $ | |
| Search Fees $ | |
| Other: $ | |
| **Total of Court Costs Due $** | **350.00** |

Payment must be made by **U.S. POSTAL SERVICE MONEY ORDER, or CASHIER'S CHECK payable to the "UNITED STATES BANKRUPTCY COURT"** and be paid in person or by mail to the address listed below. Checks will only be accepted from attorneys or law firms. A copy of this notice must be enclosed with your payment.

**United States Bankruptcy Court
411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

For the Court
Dated: April 21, 2023

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Sally Daniels
Deputy Clerk**

(Form rev. 10/2010) npcc–VAN191                                                                **48 / SD8**