PETER C. ANDERSON
UNITED STATES TRUSTEE
QUEENIE K. NG (State Bar No. 223803)
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701-8000
Telephone: (714) 338-3403
Facsimile: (714) 338-3421
Email: Queenie.K.Ng@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**THE LITIGATION PRACTICE GROUP P.C.,**<br><br><br><br><br><br><br><br>Debtor. | CASE NUMBER: 8:23-bk-10571-SC<br><br>CHAPTER 11<br><br>**SUPPLEMENT TO MOTION BY UNITED STATES TRUSTEE TO DISMISS OR CONVERT CASE PURSUANT TO 11 U.S.C. § 1112(b); DECLARATION OF MARILYN SORENSEN IN SUPPORT THEREOF**<br><br>Date:    May 3, 2023<br>Time:    1:30 p.m.<br>Ctrm:    5C – Virtual |

**TO THE HONORABLE SCOTT CLARKSON, UNITED STATES BANKRUPTCY JUDGE, DEBTOR, DEBTOR'S COUNSEL AND ALL PARTIES IN INTEREST:**

The United States Trustee hereby submits this Supplement (the "Supplement") to the Motion (the "Motion") to Dismiss or Convert Case Pursuant to § 1112(b) (filed March 30, 2023, Bankr. Dkt. # 21), as follows:

1. <u>**THE DEBTOR DID NOT FILE ANY OPPOSITION TO THE MOTION**</u>.

On March 30, 2023, the United States Trustee filed the Motion and set it for hearing on May 3, 2023 [Bankr. Dkt. # 21].   Pursuant to Local Bankruptcy Rule ("LBR") 9013(f), the deadline to file a response to the Motion was April 19, 2023, or at least 14 days prior to the hearing on the Motion.

As of the filing of this Supplement, the Debtor did not file any opposition to the Motion. [1] Pursuant to LBR 9013(h), this Court may treat such failure as a consent to the granting of the Motion.

## 2.   **THE DEBTOR IS NOT IN FULL COMPLIANCE WITH THE UNITED STATES TRUSTEE'S REQUIREMENTS**.

The United States Trustee received the initial compliance package from the Debtor on April 25, 2023, or more than a month after the Debtor's petition was filed.

### a.   The Debtor Failed to Provide Any Financial Statements

As of the filing of this Supplement, the United States Trustee still has received <u>no financial statements</u> from the Debtor – not a profit and loss statement, a balance sheet or a cash flow statement. [2] The Debtor lists gross annual income in the amount of $155 million in 2022 and $30 million from 1/1/2023 to the petition date [Bankr. Dkt. # 34]. Therefore, it appears that the Debtor should have some financial statement(s), including a balance sheet, profit and loss statements and/or cash flow statements to determine its financial affairs.

### b.   The Debtor Failed to Provide Sufficient Proof of Insurance

The Debtor submitted an insurance certificate for a general liability policy to the United States Trustee. However, the Debtor is not listed as an insured party on the insurance certificate. Rather, the insurance certificate lists Daniel March as the insured. Further, the insurance certificate does not list the United States Trustee as an interested party as required by the United States Trustee's Guidelines and Requirements for Chapter 11 Debtors in Possession (effective September 1, 2022). [3]

---

[1] A true and accurate copy of the Docket for Case No. 8:23-bk-10571 SC is attached to the Declaration of Marilyn Sorensen in Support of this Supplement ("Sorensen Declaration") as Exhibit "A" and is incorporated herein by this reference as if set forth in full; *see also* Sorensen Declaration, at ¶ 7.

[2] *See* Sorensen Declaration, at ¶ 2(a).

[3] *Id.* at ¶ 2(b). A true and accurate copy of the Certificate of Liability Insurance submitted by the Debtor is attached to the Sorensen Declaration as Exhibit "F" and is incorporated herein by this reference as if set forth in full.

c.   The Debtor Failed to Provide a Real Property Questionnaire for the Leased Property

The Debtor's Schedule G states that it intends to reject the non-residential real property lease [Bankr. Dkt. # 33].  However, the Debtor has a lease in effect on the date of its bankruptcy filing.

The United States Trustee's Guidelines and Requirements for Chapter 11 Debtors in Possession (effective September 1, 2022) requires the Debtor to submit a Real Property Questionnaire if the Debtor leases, owns or has an interest or is in the process of purchasing a total of four (4) real properties or less. As of the filing of this Supplement, the Debtor has failed to provide a Real Property Questionnaire to the United States Trustee.[4]

### 3.   **THE DEBTOR FAILED TO FILE ITS MONTHLY OPERATING REPORT FOR MARCH 2023**

Local Bankruptcy Rule 2015-2(a) and guidelines issued by the United States Trustee require debtors to file monthly operating reports no later than the 21st day of the following month.  "Timely and accurate financial disclosure is the life blood of the Chapter 11 process."  *See In re Berryhill*, 127 B.R. 427, 433 (Bankr. N.D. Ind. 1987).  The failure to file comprehensive monthly operating reports "in itself constitutes cause for dismissal."  *Id.*   Because monthly operating reports enable the court and creditors to monitor the debtor's post-petition activities, the filing of such reports is high on the list of fiduciary responsibility imposed on a debtor in possession.  *See Berryhill,* 127 B.R. at 433; *In re McClure*, 69 B.R. 282, 289-90 (Bankr. N.D. Ind. 1987).

Here, the Debtor's Monthly Operating Report for March 2023 was due on April 21, 2023.  As of the filing of this Supplement, the Debtor has yet to file any MOR for March 2023.[5]   Accordingly, the Debtor's failure to timely file monthly operating reports constitutes "cause" under § 1112(b)(4)(F) and impedes upon the United States Trustee and creditors' ability to monitor the expenditures of the Debtor's funds.

//

---

4 *Id.* at ¶ 2(c).

5 *Id.* at ¶ 3.

4.  **THE DEBTOR FILED INCOMPLETE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS WITH THE COURT**.

Pursuant to the Notice of Case Deficiency under 11 U.S.C. § 521(a)(1) and Bankruptcy Rule 1007 issued by the Court on March 20, 2023 [Bankr. Dkt. # 2], the Debtor's Schedules and Statement of Financial Affairs ("SOFA") were due on April 3, 2023, or 14 days from the petition date.    The Debtor waited until April 4, 2023, to file its Schedules and SOFA [Bankr. Dkt. # 32-34].[6]

The United States Trustee has reviewed the Debtor's Schedules and SOFA and they were incomplete.  Specifically, the Debtor left blanks in several key areas and failed to attach documents it indicated were attached.[7]

The United States Trustee conducted the Initial Debtor Interview ("IDI") on April 11, 2023.  Prior to the IDI, the United States Trustee sent several emails on April 10, 2023, to the Debtor (through its counsel) about the omissions and deficiencies in its schedules and SOFA.[8]   The United States Trustee also discussed the omissions and deficiencies at the IDI, as follows:

1.  Debtor's Schedule B [Bankr. Dkt. # 33]:

    a.  The Debtor failed to identify the last four digits of account number for Union Bank checking account.[9]

2.  Debtor's Schedule D [Bankr. Dkt. # 33]:

    a.  The Debtor lists a secured claim owed to Diverse Capital LLC (2.1) in the amount of $1,224,810.00.  However, it failed to describe the property that is subject to a lien, the date upon which the debt was incurred, and the last 4 digits of the account number;

---

[6] *Id.* at ¶ 4.

[7] *Id.*

[8] *Id.*

[9] *Id.* at ¶ 4(a).

b.   The Debtor lists a secured claim owed to City Capital NY (2.2) in the amount of $2,950,000.00. However, it failed to provide a description of the property that is subject to lien, the date upon which the debt was incurred, the last four digits of account number and the description of lien; and

c.   The Debtor lists a secured claim owed to Fundura Capital Group (2.3) in the amount of $2.1 million. However, it failed to provide a description of the property that is subject to a lien, the date upon which the debt was incurred, and last 4 digits of account number.[10]

3.   Debtor's Schedule F [Bankr. Dkt. #33]:

a.   The majority of the entries on Schedule F do not list the date(s) upon which the debts were incurred, the basis for the claim or the last four digits of the account number.    For instance, the Debtor lists a claim owed to Collaboration Advisors (3.5) and Credit Report Service Inc. (3.6) in the amount of $219,533.80 and $98,520.00, respectively. However, the Debtor failed to list the dates upon which the debts were incurred, the basis for the claims, and the last 4 digits of the account numbers [Bankr. Dkt. # 33].[11]

4.   Debtor's SOFA Part 2, #3 – Transfers Made Within 90 Days Prior to the Petition Date

a.   The Debtor lists certain payment to City Capital in the amount of $50,000.00 within the 90-day period prior to the bankruptcy filing [Bankr. Dkt. # 34]. However, the Debtor failed to provide any date(s) for the transfer(s). The Debtor also failed to provide the address of City Capital.

b.   The Debtor lists certain payment to Marich Bein in the amount of $12 million within the 90-day period prior to the bankruptcy filing [Bankr. Dkt. # 34]. However, the

---

10 *Id.* at ¶ 4(b)-(d).

11 *Id.* at ¶ 4(e).

Debtor failed to provide any date(s) for the transfer(s).  The Debtor also failed to provide the address of Marich Bein. [12]

5.  The Debtor's SOFA Part 3, #7 requires the Debtor to list all legal actions, administrative proceedings, court actions, executions, attachment or governmental audits in which the Debtor was involved in any capacity within 1 year before the filing of this case.  The Debtor stated "See attached list" in the SOFA, but no document/list was attached to the SOFA [Bankr. Dkt. # 34]. [13]

6.  The Debtor's Schedule G references an attached list of executory contracts but the Debtor failed to provide any attachment [Bankr. Dkt. # 33]. [14]

True and accurate copies of the United States Trustee's emails dated April 10, 2023, are attached to the Sorensen Declaration as Exhibit "B" and are incorporated herein by this reference as if set forth in full.

The United States Trustee requested that all amendments be filed by April 24, 2023, or at least one week before the § 341(a) meeting set for May 2, 2023.  As of the filing of this Supplement, no amendments have been filed. [15]

**5.  THE DEBTOR FAILED TO PROVIDE ANY REASONABLE DOCUMENTS REQUESTED BY THE UNITED STATES TRUSTEE AT THE INITIAL DEBTOR INTERVIEW.**

At the IDI, the United States Trustee requested that the Debtor provide the following items no later than April 24, 2023, or at least one week prior to the § 341(a) meeting set for May 2, 2023.  As of the

---

12 *Id.* at ¶ 4(f)-(g).

13 *Id.* at ¶ 4(h).

14 *Id.* at ¶ 4(i).

15 *Id.* at ¶ 4.

filing of this Supplement, the Debtor failed to provide any documents requested by the United States

Trustee, as follows: [16]

    a.  A list of what Oakstone Law Group, Consumer Legal Group, PC and Phoneix Law PC

        are handling on behalf of the Debtor's approximately 67,000 clients;

    b. A list of receivables with an aging; and

    c. All of the Debtor's bank statements from February 1, 2022, to present. [17]

Shortly after the IDI, the United States Trustee also requested the following documents but none

have been provided to date:

    d.  The Debtor's agreements with Oakstone Law Group, Consumer Legal Group, PC and

        Phoenix Law PC.

    e.  Sample retainer agreements, which contain the transfer language permitting the Debtor

        to transfer the client files to other law firms. [18]

### 6.  **THE DEBTOR DID NOT FILE ANY CASH COLLATERAL MOTION IN THIS CASE.**

On April 25, 2023, the Debtor submitted a 90-Day Cash Flow Projection to the United States

Trustee, listing anticipated expenditure as follows: [19]

| Month | Expenses |
| --- | --- |
| April 2023 | $358,290.74 |
| May 2023 | $263,690.74 |

---

[16] *Id.* at ¶ 5.

[17] True and accurate copies of the United States Trustee's emails dated April 17, 2023 (summarizing the documents requested at the IDI) and April 27, 2023 (summarizing the outstanding documents not produced to the United States Trustee) are attached to the Sorensen Declaration as Exhibits "C" and "D," respectively and are incorporated herein by this reference as if set forth in full; *see also* Sorensen Declaration*,* at ¶ 5(a)-(c).

[18] A true and accurate copy of the United States Trustee's email dated April 19, 2023 (requesting the additional documentation) is attached to the Sorensen Declaration as Exhibits "E," respectively and are incorporated herein by this reference as if set forth in full; *see also* Sorensen Declaration, at ¶ 5(d)-(e).

[19] *Id.* at ¶ 6.

June 2023                $263,990.74

The Debtor's Schedule D lists three secured creditors with total claims in the amount of $6.27 million [Bankr. Dkt. # 33]. The Debtor's Schedule D failed to describe the collateral for which these creditors have liens. [20] Therefore, to the extent the Debtor intends to use cash collateral to pay for any expenses, it has failed to file any motion to seek court permission to use cash collateral pursuant to 11 U.S.C. § 363. There is also no evidence that any secured creditors have consented to the Debtor's use of their cash collateral.

**7.  <u>CONCLUSION</u>**

For the reasons set forth in the Motion and this Supplement, cause exists to dismiss or convert the Debtor's case pursuant to 11 U.S.C. § 1112(b).

Due to the Debtor's failure to supply bank statements, financial statements and the March 2023 MOR, the United States Trustee and creditors have essentially no historical or current financial information about this Debtor.

The Debtor's Schedules A and B list assets in excess of $132 million [Bankr. Dkt. # 33]. As such, it appears that there are meaningful assets to administer. The Debtor did not file any opposition to the Motion and therefore did not provide any evidence that unusual circumstance exists in this case, which would prevent conversion or dismissal. Accordingly, the United States Trustee recommends conversion of the Debtor's case to Chapter 7.

Respectfully submitted,
PETER C. ANDERSON
UNITED STATES TRUSTEE

Dated:  April 28, 2023

*/s/ Queenie K. Ng*
QUEENIE K. NG
Trial Attorney

---

20 *Id.*

8

### DECLARATION OF MARILYN SORENSEN

I, Marilyn Sorensen, hereby declare as follows:

1.   I am employed by the Office of the U.S. Trustee for Region 16 as a Bankruptcy Analyst. My duties and responsibilities include the review and analysis of Chapter 11 cases, including the case of The Litigation Practice Group, P.C., case number 8: 23-bk-10571-SC.  This declaration supplements the declaration I provided in the Motion.

2.   The United States Trustee received the initial compliance package from the Debtor on April 25, 2023, or more than a month after the petition was filed.

<u>a</u>    <u>The Debtor Failed to Provide Any Financial Statements</u>

As of the filing of this Supplement, the United States Trustee still has received <u>no financial statements</u> from the Debtor – not a profit and loss statement, a balance sheet or a cash flow statement.[21] The Debtor lists gross annual income in the amount of $155 million in 2022 and $30 million from 1/1/2023 to the petition date [Bankr. Dkt. # 34].

b.   <u>The Debtor Failed to Provide Sufficient Proof of Insurance</u>

The Debtor submitted an insurance certificate for a general liability policy to the United States Trustee.  However, the Debtor is not listed as an insured party on the insurance certificate.  Rather, the insurance certificate lists Daniel March as the insured.  Further, the insurance certificate does not list the United States Trustee as an interested party as required by the United States Trustee's Guidelines and Requirements for Chapter 11 Debtors in Possession (effective September 1, 2022).    A true and accurate copy of the Certificate of Liability Insurance submitted by the Debtor is attached hereto as Exhibit "F" and is incorporated herein by this reference as if set forth in full.

//

//

c. <u>The Debtor Failed to Provide a Real Property Questionnaire for the Leased Property</u>

The Debtor's Schedule G states that it intends to reject the non-residential real property lease [Banrk. Dkt. # 33]. However, the Debtor has a lease in effect on the date of its bankruptcy filing.

The United States Trustee's Guidelines and Requirements for Chapter 11 Debtors in Possession (effective September 1, 2022) requires the Debtor to submit a Real Property Questionnaire if the Debtor leases, owns or has an interest or is in the process of purchasing a total of four (4) real properties or less. As of the filing of this Supplement, the Debtor has failed to provide a Real Property Questionnaire to the United States Trustee.

3.  The Debtor's Monthly Operating Report for March 2023 was due on April 21, 2023. As of the filing of this Supplement, the Debtor has yet to file any MOR for March 2023.

4.  Pursuant to the Notice of Case Deficiency under 11 U.S.C. § 521(a)(1) and Bankruptcy Rule 1007 issued by the Court on March 20, 2023 [Bankr. Dkt. # 2], the Debtor's schedules and Statement of Financial Affairs ("SOFA") were due on April 3, 2023, or 14 days from the petition date. The Debtor waited until April 4, 2023, to file its schedules and SOFA [Bankr. Dkt. # 32-34].

I have reviewed the Debtor's Schedules and SOFA and they were incomplete. Specifically, the Debtor left blanks in several key areas and failed to attach documents it indicated were attached.

I conducted the Initial Debtor Interview ("IDI") on April 11, 2023; in attendance were Debtor's counsel, Joon Khang, the Debtor's sole shareholder and CEO, Daniel March and Tony Diab. Prior to the IDI, I sent several emails on April 10, 2023, to the Debtor (through its counsel) about the omissions and deficiencies in its schedules and SOFA. I also discussed the omissions and deficiencies at the IDI, as follows:

<u>Debtor's Schedule B [Bankr. Dkt. # 33]</u>:

a.  The Debtor failed to identify the last four digits of account number for Union Bank checking account.

Debtor's Schedule D [Bankr. Dkt. # 33]:

     b.   The Debtor lists a secured claim owed to Diverse Capital LLC (2.1) in the amount of $1,224,810.00.  However, it failed to describe the property that is subject to a lien, the date upon which the debt was incurred, and the last 4 digits of the account number;

     c.   The Debtor lists a secured claim owed to City Capital NY (2.2) in the amount of $2,950,000.00.  However, it failed to provide a description of the property that is subject to lien, the date upon which the debt was incurred, the last four digits of account number and the description of lien; and

     d.   The Debtor lists a secured claim owed to Fundura Capital Group (2.3) in the amount of $2.1 million.  However, it failed to provide a description of the property that is subject to a lien, the date upon which the debt was incurred, and last 4 digits of account number.

Debtor's Schedule F

     e.   The majority of the entries on Schedule F do not list the date(s) upon which the debts were incurred, the basis for the claim or the last four digits of the account number.    For instance, the Debtor lists a claim owed to Collaboration Advisors (3.5) and Credit Report Service Inc. (3.6) in the amount of $219,533.80 and $98,520.00, respectively. However, the Debtor failed to list the dates upon which the debts were incurred, the basis for the claims, and the last 4 digits of the account numbers [Bankr. Dkt. # 33].

Debtor's SOFA Part 2, #3 – Transfers Made Within 90 Days Prior to the Petition Date

     f.   The Debtor lists certain payment to City Capital in the amount of $50,000.00 within the 90-day period prior to the bankruptcy filing [Bankr. Dkt. # 34].  However, the Debtor failed to provide any date(s) for the transfer(s).  The Debtor also failed to provide the address of City Capital.

g.  The Debtor lists certain payment to Marich Bein in the amount of $12 million within the 90-day period prior to the bankruptcy filing [Bankr. Dkt. # 34].  However, the Debtor failed to provide any date(s) for the transfer(s).  The Debtor also failed to provide the address of Marich Bein.

The Debtor's SOFA Part 3, #7

h.  The Debtor's SOFA Part 3, #7 requires the Debtor to list all legal actions, administrative proceedings, court actions, executions, attachment or governmental audits in which the Debtor was involved in any capacity within 1 year before the filing of this case.  The Debtor stated "See attached list" in the SOFA, but no document/list was attached to the SOFA [Bankr. Dkt. # 34].

Debtor's Schedule G

i.  The Debtor's Schedule G references an attached list of executory contracts but the Debtor failed to provide any attachment [Bankr. Dkt. # 33].

True and accurate copies of the emails which I sent on April 10, 2023 are attached hereto as Exhibit "B" and are incorporated herein by this reference as if set forth in full.  The United States Trustee requested that all amendments be filed by April 24, 2023, or at least one week before the § 341(a) meeting set for May 2, 2023.  As of the filing of this Supplement, no amendments have been filed.

5.  At the IDI, I requested that the Debtor provide the following items no later than April 24, 2023, or at least one week prior to the § 341(a) meeting set for May 2, 2023.   True and accurate copies of  my emails dated April 17, 2023 (summarizing the documents requested at the IDI) and April 27, 2023 (summarizing the outstanding documents not produced to the United States Trustee) are attached hereto as Exhibits "C" and "D," respectively and are incorporated herein by this reference as if set forth in full

As of the filing of this Supplement, the Debtor failed to provide any documents requested by the United States Trustee, as follows:

a.  A list of what Oakstone Law Group, Consumer Legal Group, PC and Phoneix Law PC are handling on behalf of the Debtor's approximately 67,000 clients;

b.  A list of receivables with an aging; and

c.  All of the Debtor's bank statements from February 1, 2022, to present.

Shortly after the IDI, I also requested the following documents but none have been provided to date:

d.  The Debtor's agreements with Oakstone Law Group, Consumer Legal Group, PC and Phoenix Law PC.

e.  Sample retainer agreements, which contain the transfer language permitting the Debtor to transfer the client files to other law firms. [22]

6.  On April 25, 2023, the Debtor submitted a 90-Day Cash Flow Projection to the United States Trustee, listing anticipated expenditure as follows:

| Month | Expenses |
|-------|----------|
| April 2023 | $358,290.74 |
| May 2023 | $263,690.74 |
| June 2023 | $263,990.74 |

The Debtor's Schedule D lists three secured creditors with total claims in the amount of $6.27 million [Bankr. Dkt. # 33].  The Debtor's Schedule D failed to describe the collateral for which these creditors have liens.

//

//

//

---

[22] A true and accurate copy of my email dated April 19, 2023 (requesting the additional documentation) is attached hereto as Exhibits "E," respectively and are incorporated herein by this reference as if set forth in full

7.  I checked the Court's Docket on April 28, 2023.  As of the filing of this Supplement, the Debtor has not filed any opposition to the Motion.  A true and accurate copy of the Docket for Case No. 8:23-bk-10571 SC is attached hereto as Exhibit "A" and is incorporated herein by this reference as if set forth in full.

I declare under penalty of perjury and under the laws of the State of California and the United States of America that the foregoing is true and correct, and if called as a witness I could and would completely testify thereto.  Executed this 28th day of April 2023 in Lake Forest, California.

Marilyn Sorensen
Bankruptcy Analyst

//

//

//

14

# Exhibit "A"

**DsclsDue, PlnDue, DEFER**

# U.S. Bankruptcy Court
## Central District of California (Santa Ana)
## Bankruptcy Petition #: 8:23-bk-10571-SC

*Date filed:* 03/20/2023
*341 meeting:* 04/24/2023
*Deadline for objecting to discharge:* 06/23/2023

*Assigned to:* Scott C Clarkson
Chapter 11
Voluntary
Asset

| | |
|---|---|
| ***Debtor***<br>**The Litigation Practice Group P.C.**<br>17542 17th St<br>Suite 100<br>Tustin, CA 92780<br>ORANGE-CA<br>Tax ID / EIN: 83-3885343 | represented by **Joon M Khang**<br>KHANG & KHANG LLP<br>4000 Barranca Parkway, Suite 250<br>Irvine, CA 92604<br>949-419-3834<br>Fax : 949-419-3835<br>Email: joon@khanglaw.com |
| ***U.S. Trustee***<br>**United States Trustee (SA)**<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4593<br>(714) 338-3400 | represented by **Queenie K Ng**<br>411 West Fourth St.<br>Suite 7160<br>Santa Ana, CA 92701<br>714-338-3403<br>Fax : 714-338-3421<br>Email: queenie.k.ng@usdoj.gov |

| Filing Date | # | Docket Text |
|---|---|---|
| 03/20/2023 | 1<br>(5 pgs) | Chapter 11 Voluntary Petition Non-Individual. Fee Amount $1738 Filed by The Litigation Practice Group P.C. (Khang, Joon). See docket entries #4, #5 for corrections. 72 Hours Deficiency Set: Master Mailing List of Creditors must be uploaded in CM/ECF in text (.txt) format due 3/23/2023. Master Mailing List of Creditors due 3/23/2023. Incomplete Filings due 3/23/2023. Case Deficient For: List of Equity Security Holders due 4/3/2023. Summary of Assets and Liabilities (Form 106Sum or 206Sum) due 4/3/2023. Schedule A/B: Property (Form 106A/B or 206A/B) due 4/3/2023. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 4/3/2023. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 4/3/2023. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 4/3/2023. Schedule H: Your Codebtors (Form 106H or 206H) due 4/3/2023. Declaration Under Penalty of Perjury for Non-Individual Debtors (Form 202) due 4/3/2023. Statement of Financial Affairs (Form 107 or 207) due 4/3/2023. Corporate Resolution Authorizing Filing of Petition due 4/3/2023. Corporate Ownership Statement (LBR Form F1007-4) due by 4/3/2023. Statement of Related Cases (LBR Form F1015-2) due 4/3/2023. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 4/3/2023. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 4/3/2023. Incomplete Filings due by |

| | | |
|---|---|---|
| | | 3/9/2023. Modified on 3/20/2023 (TS). AMENDED 72 Hours Deficiency Set: Chapter 11 Case: List of Creditors Who Have the 20 Largest Unsecured Claims due 3/23/2023. Modified on 3/21/2023 (TS). (Entered: 03/20/2023) |
| 03/20/2023 | | Set Case Commencement Deficiency Deadlines (def/deforco) (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor The Litigation Practice Group P.C.) List of Equity Security Holders due 4/3/2023. Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 4/3/2023. Schedule A/B: Property (Form 106A/B or 206A/B) due 4/3/2023. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 4/3/2023. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 4/3/2023. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 4/3/2023. Schedule H: Your Codebtors (Form 106H or 206H) due 4/3/2023. Declaration Under Penalty of Perjury for Non-Individual Debtors (Form 202) due 4/3/2023. Statement of Financial Affairs (Form 107 or 207) due 4/3/2023. (TS) (Entered: 03/20/2023) |
| 03/20/2023 | | Set Case Commencement Deficiency Deadlines (ccdn) (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor The Litigation Practice Group P.C.) Corporate Resolution Authorizing Filing of Petition due 4/3/2023. Corporate Ownership Statement (LBR Form F1007-4) due by 4/3/2023. Statement of Related Cases (LBR Form F1015-2) due 4/3/2023. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 4/3/2023. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 4/3/2023. Incomplete Filings due by 4/3/2023. (TS) (Entered: 03/20/2023) |
| 03/20/2023 | 2 (1 pg) | Notice of Case Deficiency Under 11 U.S.C. Sec. 521(a)(1) and Bankruptcy Rule 1007 (BNC) (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor The Litigation Practice Group P.C.) (TS) (Entered: 03/20/2023) |
| 03/20/2023 | 3 (1 pg) | Case Commencement Deficiency Notice (BNC) (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor The Litigation Practice Group P.C.) (TS) (Entered: 03/20/2023) |
| 03/20/2023 | 4 (1 pg) | Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (BNC) . (TS) (Entered: 03/20/2023) |
| 03/20/2023 | 5 | Notice to Filer of Error and/or Deficient Document **Petition was filed as complete, but schedules or statements are deficient. THE FILER IS INSTRUCTED TO FILE THE DEFICIENT DOCUMENTS.** (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor The Litigation Practice Group P.C.) (TS) (Entered: 03/20/2023) |
| 03/21/2023 | | Receipt of Voluntary Petition (Chapter 11)( 8:23-bk-10571) [misc,volp11] (1738.00) Filing Fee. Receipt number A55262384. Fee amount 1738.00. (re: Doc# 1) (U.S. Treasury) (Entered: 03/21/2023) |
| 03/21/2023 | 6 (1 pg) | AMENDED Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (BNC). (TS) (Entered: 03/21/2023) |
| 03/22/2023 | 7 (11 pgs) | Verification of Master Mailing List of Creditors (LBR Form F1007-1) Filed by Debtor The Litigation Practice Group P.C. (RE: related |

| | | document(s) Set Case Commencement Deficiency Deadlines (ccdn)). (Khang, Joon) (Entered: 03/22/2023) |
|---|---|---|
| 03/22/2023 | [8](#)<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)[3](#) Case Commencement Deficiency Notice (BNC)) No. of Notices: 1. Notice Date 03/22/2023. (Admin.) (Entered: 03/22/2023) |
| 03/22/2023 | [9](#)<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)[2](#) Notice of Case Deficiency (11 U.S.C. Sec. 521 & Rule 1007) (Ch 11/12) (BNC)) No. of Notices: 1. Notice Date 03/22/2023. (Admin.) (Entered: 03/22/2023) |
| 03/22/2023 | [10](#)<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)[4](#) Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (VAN-197) (BNC)) No. of Notices: 2. Notice Date 03/22/2023. (Admin.) (Entered: 03/22/2023) |
| 03/23/2023 | [11](#)<br>(2 pgs) | Meeting of Creditors 341(a) meeting to be held on 4/24/2023 at 11:00 AM at UST-SA1, TELEPHONIC MEETING. CONFERENCE LINE:1-866-919-0527, PARTICIPANT CODE:2240227. Last day to oppose discharge or dischargeability is 6/23/2023. (JL) (Entered: 03/23/2023) |
| 03/23/2023 | [12](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Moldo, Byron. (Moldo, Byron) (Entered: 03/23/2023) |
| 03/23/2023 | [13](#)<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)[6](#) Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (VAN-197) (BNC)) No. of Notices: 2. Notice Date 03/23/2023. (Admin.) (Entered: 03/23/2023) |
| 03/24/2023 | [14](#)<br>(3 pgs) | Order (1) Setting Scheduling Hearing And Case Management Conference And (2) Requiring Status Report. The Status Conference Hearing Is Set For June 14, 2023 At 1:30 P.M. In Courtroom 5C-Virtual (Accessibility Will Be Posted Into The Court's Tentative Ruling Prior To The Hearing), Located At 411 West Fourth Street, Santa Ana, CA 92701. (BNC-PDF) (Related Doc # [1](#) ) Signed on 3/24/2023 (NB8) (Entered: 03/24/2023) |
| 03/24/2023 | 15 | Hearing Set (RE: related document [14](#) Order (1) Setting Scheduling Hearing And Case Management Conference And (2) Requiring Status Report.) Status Conference hearing to be held on 6/14/2023 at 01:30 PM at Crtrm 5C-Virtual, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (NB8) (Entered: 03/24/2023) |
| 03/24/2023 | [16](#)<br>(2 pgs) | Chapter 11 or Chapter 9 Cases Non-Individual:: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Form 104 or 204) Filed by Debtor The Litigation Practice Group P.C. (RE: related document(s)[1](#) Voluntary Petition (Chapter 11)). (Khang, Joon) (Entered: 03/24/2023) |
| 03/25/2023 | [17](#)<br>(5 pgs) | BNC Certificate of Notice (RE: related document(s)[11](#) Meeting of Creditors Chapter 11 (Corporations or Partnerships) (309F1)) No. of Notices: 62. Notice Date 03/25/2023. (Admin.) (Entered: 03/25/2023) |
| 03/26/2023 | [18](#)<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[14](#) Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 03/26/2023. (Admin.) (Entered: 03/26/2023) |

| 03/29/2023 | 19<br>(101 pgs) | Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 17542 E. 17th Street, Suites 100, 105, 250 & 330, Tustin, CA 92780 *with Proof of Service*. Fee Amount $188, Filed by Creditor SDCO Tustin Executive Center, Inc. (Brown, Ronald) (Entered: 03/29/2023) |
|---|---|---|
| 03/29/2023 | | Receipt of Motion for Relief from Stay - Unlawful Detainer( 8:23-bk-10571-SC) [motion,nmud] ( 188.00) Filing Fee. Receipt number A55293937. Fee amount 188.00. (re: Doc# 19) (U.S. Treasury) (Entered: 03/29/2023) |
| 03/29/2023 | 20 | Hearing Set (RE: related document(s)19 Motion for Relief from Stay - Unlawful Detainer RE: 17542 E 17th Street, Suites 100, 105, 240 & 330, Tustin, CA 92780 filed by Creditor SDCO Tustin Executive Center, Inc.) The Hearing date is set for 5/3/2023 at 01:30 PM at Crtrm 5C-Virtual, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (NB8) (Entered: 03/29/2023) |
| 03/30/2023 | 21<br>(28 pgs) | U.S. Trustee Motion to dismiss or convert *case pursuant to 11 U.S.C. 1112(b); Memorandum of Points and Authorities; Declaration of Marilyn Sorensen in Support thereof; along with Proof of Service* Filed by U.S. Trustee United States Trustee (SA). (Ng, Queenie) (Entered: 03/30/2023) |
| 03/30/2023 | 22<br>(2 pgs) | Notice To Creditors Of Notice Of Motion And Motion By United States Trustee To Dismiss Case Or Convert Case To One Under Chapter 7 Pursuant To 11 U.S.C. Section 1112(b); Declaration Of Marily Sorensen In Support Thereof (BNC-PDF) (RE: related document 21) (NB8) (Entered: 03/30/2023) |
| 03/30/2023 | 23 | Hearing Set (RE: related document(s)21 Motion By United States Trustee To Dismiss Case Or Convert Case Pursuant To 11 U.S.C. Section 1112(b) filed by U.S. Trustee United States Trustee (SA)) The Hearing date is set for 5/3/2023 at 01:30 PM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (NB8) (Entered: 03/30/2023) |
| 03/30/2023 | 24<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Brown, Ronald. (Brown, Ronald) (Entered: 03/30/2023) |
| 03/30/2023 | 25<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Nahmias, Alan. (Nahmias, Alan) (Entered: 03/30/2023) |
| 04/01/2023 | 26<br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)22 Notice to creditors (BNC-PDF)) No. of Notices: 65. Notice Date 04/01/2023. (Admin.) (Entered: 04/01/2023) |
| 04/04/2023 | 27<br>(2 pgs) | Corporate resolution authorizing filing of petitions Filed by Debtor The Litigation Practice Group P.C. (RE: related document(s) Set Case Commencement Deficiency Deadlines (ccdn)). (Khang, Joon) (Entered: 04/04/2023) |
| 04/04/2023 | 28<br>(2 pgs) | Statement of Corporate Ownership filed. Filed by Debtor The Litigation Practice Group P.C. (RE: related document(s) Set Case Commencement Deficiency Deadlines (ccdn)). (Khang, Joon) (Entered: 04/04/2023) |
| 04/04/2023 | 29<br>(1 pg) | Statement of Related Cases (LBR Form 1015-2.1) Filed by Debtor The Litigation Practice Group P.C. (RE: related document(s) Set Case |

| | | Commencement Deficiency Deadlines (ccdn)). (Khang, Joon) (Entered: 04/04/2023) |
|---|---|---|
| 04/04/2023 | [30](2 pgs) | Disclosure of Compensation of Attorney for Debtor (Official Form 2030) Filed by Debtor The Litigation Practice Group P.C. (RE: related document(s) Set Case Commencement Deficiency Deadlines (ccdn)). (Khang, Joon) (Entered: 04/04/2023) |
| 04/04/2023 | 31 | Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form 202) Filed by Debtor The Litigation Practice Group P.C. (RE: related document(s) Set Case Commencement Deficiency Deadlines (def/deforco)). (Khang, Joon). **See docket entry no 35 for correction**. (PDF's not flatten). Modified on 4/4/2023 (VN). Modified on 4/4/2023 (HC). (Entered: 04/04/2023) |
| 04/04/2023 | [32](1 pg) | Summary of Assets and Liabilities for Non-Individual (Official Form 106Sum or 206Sum) Filed by Debtor The Litigation Practice Group P.C. (RE: related document(s) Set Case Commencement Deficiency Deadlines (def/deforco)). (Khang, Joon) (Entered: 04/04/2023) |
| 04/04/2023 | [33](40 pgs) | Schedule A/B for Non-Individual: Property (Official Form 106A/B or 206A/B) *Schedules A/B, D, E/F, G, H* Filed by Debtor The Litigation Practice Group P.C. (RE: related document(s) Set Case Commencement Deficiency Deadlines (def/deforco)). (Khang, Joon) (Entered: 04/04/2023) |
| 04/04/2023 | [34](19 pgs; 2 docs) | Statement of Financial Affairs for Non-Individual Filing for Bankruptcy (Official Form 107 or 207) Filed by Debtor The Litigation Practice Group P.C. (RE: related document(s) Set Case Commencement Deficiency Deadlines (def/deforco)). (Attachments: # [1](link) Supplement SOFA #4 list) (Khang, Joon) (Entered: 04/04/2023) |
| 04/04/2023 | 35 | Notice to Filer of Error and/or Deficient Document **Other -The doc is not flatten.** The filer is instructed to re-filed with the flatten document. (RE: related document(s)[31](link) Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form 202) filed by Debtor The Litigation Practice Group P.C.) (VN) (Entered: 04/04/2023) |
| 04/04/2023 | [36](1 pg) | List of Equity Security Holders Filed by Debtor The Litigation Practice Group P.C. (RE: related document(s) Set Case Commencement Deficiency Deadlines (def/deforco)). (Khang, Joon) (Entered: 04/04/2023) |
| 04/07/2023 | [37](9 pgs) | Adversary case 8:23-ap-01029. Complaint by The Litigation Practice Group P.C. against Validation Partners LLC, Validation Fund II, LLC, MC DVI Fund 1, LLC, MC DVI Fund 2, LLC, All Services Financial LLC. ($350.00 Fee Charge To Estate). Nature of Suit: (72 (Injunctive relief - other)) (Khang, Joon) (Entered: 04/07/2023) |
| 04/13/2023 | [38](1 pg) | Request for courtesy Notice of Electronic Filing (NEF) *Counsel for Creditor, Outsource Accelerator Limited* Filed by Shankman, Paul. (Shankman, Paul) (Entered: 04/13/2023) |
| 04/18/2023 | [39](1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Christianson, Shawn. (Christianson, Shawn) (Entered: 04/18/2023) |
| 04/18/2023 | [40](7 pgs) | Notice *of Rescheduled Section 341(a) Meeting of Creditors* Filed by Debtor The Litigation Practice Group P.C. (RE: related document(s)[11](link) Meeting of Creditors 341(a) meeting to be held on 4/24/2023 at 11:00 AM |

| | | 3341, TELEPHONIC MEETING. CONFERENCE LINE:1-866-919-0527, PARTICIPANT CODE:2240227. Last day to oppose discharge or dischargeability is 6/23/2023. (JL)). (Khang, Joon) (Entered: 04/18/2023) |
|---|---|---|
| 04/18/2023 | [41](#) (7 pgs) | Notice *of Setting/Increasing Insider Compensation* Filed by Debtor The Litigation Practice Group P.C.. (Khang, Joon) (Entered: 04/18/2023) |
| 04/18/2023 | [42](#) (17 pgs) | Application to Employ KHANG & KHANG LLP as DEBTOR'S GENERAL BANKRUPTCY COUNSEL Filed by Debtor The Litigation Practice Group P.C. (Khang, Joon) (Entered: 04/18/2023) |
| 04/18/2023 | [43](#) (8 pgs) | Notice of motion/application Filed by Debtor The Litigation Practice Group P.C. (RE: related document(s)[42](#) Application to Employ KHANG & KHANG LLP as DEBTOR'S GENERAL BANKRUPTCY COUNSEL Filed by Debtor The Litigation Practice Group P.C.). (Khang, Joon) (Entered: 04/18/2023) |
| 04/19/2023 | [44](#) (22 pgs) | Motion to Dismiss Debtor *Notice Of Motion And Motion By DVF And MC DVI To Dismiss Chapter 11 Case Pursuant To 11 U.S.C. Sections 105, 305, 349, & 1112, Or In The Alternative Convert This Case To Chapter 7 Or Appoint A Trustee* Filed by Creditors MC DVI Fund 2, LLC, MC DVI Fund 1, LLC, Debt Validation Fund II, LLC (Hollander, Garrick) (Entered: 04/19/2023) |
| 04/19/2023 | [45](#) (281 pgs) | Declaration re: *Declaration Of G. Michael Brelje In Support Of Motion By DVF And MC DVI To Dismiss Chapter 11 Case Pursuant To 11 U.S.C. Sections 105, 305, 349, & 1112, Or In The Alternative Convert This Case To Chapter 7 Or Appoint A Trustee* Filed by Creditors Debt Validation Fund II, LLC, MC DVI Fund 1, LLC, MC DVI Fund 2, LLC (RE: related document(s)[44](#) Motion to Dismiss Debtor *Notice Of Motion And Motion By DVF And MC DVI To Dismiss Chapter 11 Case Pursuant To 11 U.S.C. Sections 105, 305, 349, & 1112, Or In The Alternative Convert This Case To Chapter 7 Or Appoint A Trustee*). (Hollander, Garrick) (Entered: 04/19/2023) |
| 04/19/2023 | [46](#) (7 pgs) | Notice of motion/application *Notice To Creditors Of Motion And Hearing On Motion By DVF And MC DVI To Dismiss Chapter 11 Case Pursuant To 11 U.S.C. Sections 105, 305, 349, & 1112, Or In The Alternative Convert This Case To Chapter 7 Or Appoint A Trustee* Filed by Creditors Debt Validation Fund II, LLC, MC DVI Fund 1, LLC, MC DVI Fund 2, LLC (RE: related document(s)[44](#) Motion to Dismiss Debtor *Notice Of Motion And Motion By DVF And MC DVI To Dismiss Chapter 11 Case Pursuant To 11 U.S.C. Sections 105, 305, 349, & 1112, Or In The Alternative Convert This Case To Chapter 7 Or Appoint A Trustee* Filed by Creditors MC DVI Fund 2, LLC, MC DVI Fund 1, LLC, Debt Validation Fund II, LLC). (Hollander, Garrick) (Entered: 04/19/2023) |
| 04/19/2023 | 47 | Hearing Set (RE: related document(s)[44](#) Motion By DVF And DVI To Dismiss Chapter 11 Case Pursuant To 11 U.S.C. Sections 105, 305, 349, & 1112, Or In The Alternative Convert This Case To Chapter 7 Or Appoint A Trustee filed by Creditor MC DVI Fund 2, LLC, Creditor Debt Validation Fund II, LLC, Creditor MC DVI Fund 1, LLC) The Hearing date is set for 5/17/2023 at 01:30 PM at Crtrm 5C-Virtual, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (NB8) (Entered: 04/19/2023) |

| 04/21/2023 | [48](#)<br>(1 pg) | Notice to Pay Court Costs Due Sent To: Joon M Khang, Proposed Attorney for Debtor and Debtor in Possession, Total Amount Due $350.00 (Complaint: 23-01029). (SD8) (Entered: 04/21/2023) |
| --- | --- | --- |
| 04/23/2023 | [49](#)<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)[48](#) Notice to Pay Court Costs Due (BNC Option)) No. of Notices: 1. Notice Date 04/23/2023. (Admin.) (Entered: 04/23/2023) |

| **PACER Service Center** | | | |
| --- | --- | --- | --- |
| **Transaction Receipt** | | | |
| 04/28/2023 09:26:14 | | | |
| **PACER Login:** | marilynsorensen | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:23-bk-10571-SC Fil or Ent: filed From: 1/27/2023 To: 4/28/2023 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |

**Exhibit "B"**

| | |
|---|---|
| **From:** | Sorensen, Marilyn (USTP) |
| **To:** | Joon Khang |
| **Cc:** | Ng, Queenie K. (USTP) |
| **Subject:** | Incomplete schedules -The Litigation Practice Group, P.C. (8: 23-bk-10571-SC) |
| **Date:** | Monday, April 10, 2023 8:06:00 AM |

Mr. Khang,

The schedules are incomplete.  Key sections were left blank as noted in the *example* below.  Please file the proper amendments to the schedules five (5) business days before the 341 meeting.

Thank you,
Marilyn Sorensen

**Fill in this information to identify your case:**

Debtor Name    **The Litigation Practice Group P.C.**

United States Bankruptcy Court for the:  **Central District of California**

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | Creditor's Name | | | | |
|---|---|---|---|---|---|

**2.1**   Creditor's Name

**Diverse Capital LLC**

Creditor's mailing address
**323 Sunny Isles Blvd, Ste 503**
**Sunny Isles, FL 33154**

Creditor's email address, if known
_____

**Describe debtor's property that is subject to a lien**

$   1,224,810.00    $            0.00

**Describe the lien**
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

**Date debt was incurred**    _____

**Last 4 digits of account number**    _____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Description**
**Breach of Settlement Agreement**

Official Form 206D                **Schedule D: Creditors Who Have Claims Secured by Property**                page 1 of 3

Copyright © Financial Software Solutions, LLC                                                                          BlueStylus

**Marilyn S. Sorensen**
Bankruptcy Analyst
Office of the U.S. Trustee
Ronald Reagan Fed. Bldg. & U.S. Courthouse
411 W. Fourth Street, Suite 7160

Santa Ana, CA 92701-8000
**(714) 338-3408**

| | |
|---|---|
| **From:** | Sorensen, Marilyn (USTP) |
| **To:** | Joon Khang |
| **Cc:** | Ng, Queenie K. (USTP) |
| **Subject:** | Referenced list not attached to Statement of Financial Affairs (The Litigation practice Group P.C. 8:23-bk-10571-SC) |
| **Date:** | Monday, April 10, 2023 1:39:00 PM |
| **Attachments:** | image004.png |

Mr. Khang,

Docket item #34 is the 14-page response to the Statement of Financial Affairs.  The debtor's response to Part 3, #7 indicates a list of legal actions, administrative proceedings, court actions, etc. is attached but it is not attached.  Please amend this immediately to include the attachments.



Thank you,
Marilyn Sorensen



**Marilyn S. Sorensen**
Bankruptcy Analyst
Office of the U.S. Trustee
Ronald Reagan Fed. Bldg. & U.S. Courthouse
411 W. Fourth Street, Suite 7160
Santa Ana, CA 92701-8000
**(714) 338-3408**

| | |
|---|---|
| **From:** | Sorensen, Marilyn (USTP) |
| **To:** | Joon Khang |
| **Cc:** | Ng, Queenie K. (USTP) |
| **Subject:** | Incomplete schedules -The Litigation Practice Group, P.C. (8: 23-bk-10571-SC) |
| **Date:** | Monday, April 10, 2023 8:06:00 AM |

Mr. Khang,

The schedules are incomplete.  Key sections were left blank as noted in the *example* below.  Please file the proper amendments to the schedules five (5) business days before the 341 meeting.

Thank you,
Marilyn Sorensen

**Fill in this information to identify your case:**

Debtor Name   __The Litigation Practice Group P.C.__

United States Bankruptcy Court for the: __Central District of California__

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | Creditor's Name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|---|
| | Diverse Capital LLC | | $   1,224,810.00 | $   0.00 |
| | Creditor's mailing address<br>323 Sunny Isles Blvd, Ste 503<br>Sunny Isles, FL 33154 | | | |

Creditor's email address, if known
_____

**Describe the lien**
_____

**Description**
Breach of Settlement Agreement

Date debt was incurred   _____

Last 4 digits of account number   _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Official Form 206D            **Schedule D: Creditors Who Have Claims Secured by Property**            page 1 of 3

Copyright © Financial Software Solutions, LLC            BlueStylus

Marilyn S. Sorensen

Bankruptcy Analyst

Office of the U.S. Trustee

Ronald Reagan Fed. Bldg. & U.S. Courthouse

411 W. Fourth Street, Suite 7160

Santa Ana, CA 92701-8000

**(714) 338-3408**

| | |
|---|---|
| **From:** | Sorensen, Marilyn (USTP) |
| **To:** | Joon Khang |
| **Cc:** | Ng, Queenie K. (USTP) |
| **Subject:** | Attachment to Schedule G also omitted (The Litigation Practice Group P.C. 8:23-bk-10571-SC) |
| **Date:** | Monday, April 10, 2023 1:53:00 PM |
| **Attachments:** | image004.png |

Mr. Khang,

Schedule G references an attached list of executory contracts but there is no attachment.  Please amend immediately to include this information.



Fill in this information to identify your case:

Debtor Name   **The Litigation Practice Group P.C.**

United States Bankruptcy Court for the: **Central District of California**

Case number (if known):                          Chapter  **7**

☐ Check if this is an
amended filing

## Official Form 206G

### Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Debtor's office - this lease will be rejected | **Tustin Executive Center**<br>1630 S. Sunkist St., Ste A<br>Anaheim, CA 92806 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Former office in Las Vegas - lease will be rejected. | **Executive Center LLC**<br>5960 S. JOnes Blvd.<br>Las Vegas, NV 89118 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | See list of additional executory contracts | <mark>See attached list</mark> |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |

Official Form 206G              Schedule G: Executory Contracts and Unexpired Leases              page 1 of 1
Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Also, Schedule H indicates "no".  Are there no personal guarantees or other parties who are obligated on any of the debts?

Thank you,
Marilyn Sorensen

**Marilyn S. Sorensen**
Bankruptcy Analyst
Office of the U.S. Trustee
Ronald Reagan Fed. Bldg. & U.S. Courthouse
411 W. Fourth Street, Suite 7160
Santa Ana, CA 92701-8000
**(714) 338-3408**

**Exhibit "C"**

| | |
|---|---|
| **From:** | Sorensen, Marilyn (USTP) |
| **To:** | Joon Khang |
| **Cc:** | Ng, Queenie K. (USTP) |
| **Subject:** | The Litigation Practice Group, PC (8: 23-bk-10571-SC) |
| **Date:** | Monday, April 17, 2023 1:00:00 PM |
| **Importance:** | High |

Mr. Khang,

We discussed the following deficiencies/ requests at the IDI on April 11.  During the IDI, I asked that everything be submitted/ filed a week before the 341 meeting.

1. File amended schedules listing dates, collateral, etc. – all missing information.
2. File attachments referenced in Schedule G and the SOFA (#7 – Legal Actions, etc.) but which were not filed with the Court.
3. File amended SOFA #4 re payments to insiders in the year before the filing.
4. A list of what Oakstone Law Group, Consumer Legal Group, PC and Phoneix Law PC are handling on behalf of the Debtor's approximately 67,000 clients.
5. List of receivables with an aging.
6. All of the Debtor's bank statements from February 1, 2022, to present.

At the IDI last week, you indicated that the notice to creditors of the continued 341 meeting would be done before week's end, but it has not been docketed as of earlier today.

The list above does not take into account any of the U.S. Trustee Guidelines materials, none of which have been supplied by the Debtor even though these documents were due March 27.

Finally, please supply our office with sample retainer agreements, which contain the transfer language permitting the Debtor to transfer the client files to other law firms.

Thank you,
Marilyn Sorensen

**Marilyn S. Sorensen**
Bankruptcy Analyst
Office of the U.S. Trustee
Ronald Reagan Fed. Bldg. & U.S. Courthouse
411 W. Fourth Street, Suite 7160
Santa Ana, CA 92701-8000
**(714) 338-3408**

**Exhibit "D"**

| | |
|---|---|
| **From:** | Sorensen, Marilyn (USTP) |
| **To:** | "Joon Khang" |
| **Cc:** | Ng, Queenie K. (USTP) |
| **Subject:** | The Litigation Practice Group, PC (8: 23-bk-10571-SC) - a list of overdue items |
| **Date:** | Thursday, April 27, 2023 8:13:00 AM |

Mr. Khang,

Our office has not received the items which were due April 24.  These include:

1. The Debtor's agreements with Oakstone Law Group, Consumer Legal Group, PC and Phoenix Law PC.
2. Sample retainer agreements, which contain the transfer language permitting the Debtor to transfer the client files to other law firms.
3. Amended schedules listing dates, collateral, etc. – all missing information.
4. File attachments referenced in Schedule G and the SOFA (#7 – Legal Actions, etc.) but which were not filed with the Court.
5. Amended SOFA #4 re payments to insiders in the year before the filing.
6.  A list of what Oakstone Law Group, Consumer Legal Group, PC and Phoneix Law PC are handling on behalf of the Debtor's approximately 67,000 clients.
7. List of receivables with an aging.
8. All of the Debtor's bank statements from February 1, 2022, to present.
9. Financial statements (U.S. Trustee requirement) including but not limited to a Balance Sheet and Profit and Loss Statement.

It is imperative that these matters be submitted immediately.

Thank you,
Marilyn Sorensen

---

**From:** Sorensen, Marilyn (USTP)
**Sent:** Wednesday, April 19, 2023 11:39 AM
**To:** Joon Khang <joon@khanglaw.com>
**Cc:** Ng, Queenie K. (USTP) <Queenie.K.Ng@usdoj.gov>
**Subject:** RE: The Litigation Practice Group, PC (8: 23-bk-10571-SC) - a list of items due by Monday, April 24

Mr. Khang,

In addition to the items listed below,  please provide our office with the Debtor's agreements with Oakstone Law Group, Consumer Legal Group, PC and Phoenix Law PC.   Please provide these agreements **by Monday, April 24**, along with all the other items that are due that day.

Please acknowledge receipt of this email.

Thank you,
Marilyn Sorensen

---

**From:** Sorensen, Marilyn (USTP)
**Sent:** Monday, April 17, 2023 1:01 PM
**To:** Joon Khang <joon@khanglaw.com>
**Cc:** Ng, Queenie K. (USTP) <Queenie.K.Ng@usdoj.gov>
**Subject:** The Litigation Practice Group, PC (8: 23-bk-10571-SC)
**Importance:** High

Mr. Khang,

We discussed the following deficiencies/ requests at the IDI on April 11.  During the IDI, I asked that everything be submitted/ filed a week before the 341 meeting.

1. File amended schedules listing dates, collateral, etc. – all missing information.
2. File attachments referenced in Schedule G and the SOFA (#7 – Legal Actions, etc.) but which were not filed with the Court.
3. File amended SOFA #4 re payments to insiders in the year before the filing.
4.  A list of what Oakstone Law Group, Consumer Legal Group, PC and Phoneix Law PC are handling on behalf of the Debtor's approximately 67,000 clients.
5. List of receivables with an aging.
6. All of the Debtor's bank statements from February 1, 2022, to present.

At the IDI last week, you indicated that the notice to creditors of the continued 341 meeting would be done before week's end, but it has not been docketed as of earlier today.

The list above does not take into account any of the U.S. Trustee Guidelines materials, none of which have been supplied by the Debtor even though these documents were due March 27.

Finally, please supply our office with sample retainer agreements, which contain the transfer language permitting the Debtor to transfer the client files to other law firms.

Thank you,
Marilyn Sorensen

**Marilyn S. Sorensen**

Bankruptcy Analyst

Office of the U.S. Trustee

Ronald Reagan Fed. Bldg. & U.S. Courthouse

411 W. Fourth Street, Suite 7160

Santa Ana, CA 92701-8000

**(714) 338-3408**

# Exhibit "E"

| | |
|---|---|
| **From:** | Sorensen, Marilyn (USTP) |
| **To:** | Joon Khang |
| **Cc:** | Ng, Queenie K. (USTP) |
| **Subject:** | RE: The Litigation Practice Group, PC (8: 23-bk-10571-SC) - a list of items due by Monday, April 24 |
| **Date:** | Wednesday, April 19, 2023 11:39:00 AM |

Mr. Khang,

In addition to the items listed below,  please provide our office with the Debtor's agreements with Oakstone Law Group, Consumer Legal Group, PC and Phoenix Law PC.   Please provide these agreements **by Monday, April 24**, along with all the other items that are due that day.

Please acknowledge receipt of this email.

Thank you,
Marilyn Sorensen

---

**From:** Sorensen, Marilyn (USTP)
**Sent:** Monday, April 17, 2023 1:01 PM
**To:** Joon Khang <joon@khanglaw.com>
**Cc:** Ng, Queenie K. (USTP) <Queenie.K.Ng@usdoj.gov>
**Subject:** The Litigation Practice Group, PC (8: 23-bk-10571-SC)
**Importance:** High

Mr. Khang,

We discussed the following deficiencies/ requests at the IDI on April 11.  During the IDI, I asked that everything be submitted/ filed a week before the 341 meeting.

1. File amended schedules listing dates, collateral, etc. – all missing information.
2. File attachments referenced in Schedule G and the SOFA (#7 – Legal Actions, etc.) but which were not filed with the Court.
3. File amended SOFA #4 re payments to insiders in the year before the filing.
4.  A list of what Oakstone Law Group, Consumer Legal Group, PC and Phoneix Law PC are handling on behalf of the Debtor's approximately 67,000 clients.
5. List of receivables with an aging.
6. All of the Debtor's bank statements from February 1, 2022, to present.

At the IDI last week, you indicated that the notice to creditors of the continued 341 meeting would be done before week's end, but it has not been docketed as of earlier today.

The list above does not take into account any of the U.S. Trustee Guidelines materials, none of which have been supplied by the Debtor even though these documents were due March 27.

Finally, please supply our office with sample retainer agreements, which contain the transfer language permitting the Debtor to transfer the client files to other law firms.

Thank you,
Marilyn Sorensen

**Marilyn S. Sorensen**
Bankruptcy Analyst
Office of the U.S. Trustee
Ronald Reagan Fed. Bldg. & U.S. Courthouse
411 W. Fourth Street, Suite 7160
Santa Ana, CA 92701-8000
**(714) 338-3408**

**Exhibit "F"**

| ACORD | CERTIFICATE OF LIABILITY INSURANCE | DATE (MM/DD/YYYY) 03/27/2023 |
|---|---|---|

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| NORTHEAST AGENCY INS SERVICES/PHS 01216382 The Hartford Business Service Center 3600 Wiseman Blvd San Antonio, TX 78251 | PHONE (A/C, No, Ext): (866) 467-8730 | FAX (A/C, No): | |
| | E-MAIL ADDRESS: | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC# |
| INSURED DANIEL MARCH 17291 IRVINE BLVD STE 101 TUSTIN CA 92780-2966 | INSURER A : Sentinel Insurance Company Ltd. | | 11000 |
| | INSURER B : | | |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

**COVERAGES**     **CERTIFICATE NUMBER:**     **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | COMMERCIAL GENERAL LIABILITY ☐ CLAIMS-MADE ☒ OCCUR ☒ General Liability | X | | XXXXXXXX143 | 04/25/2023 | 04/25/2024 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $1,000,000 |
| | | | | | | | MED EXP (Any one person) | $10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: ☐ POLICY ☐ PROJECT ☒ LOC ☐ OTHER: | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| | AUTOMOBILE LIABILITY ☐ ANY AUTO ☐ ALL OWNED AUTOS ☐ SCHEDULED AUTOS ☐ HIRED AUTOS ☐ NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | |
| | | | | | | | BODILY INJURY (Per person) | |
| | | | | | | | BODILY INJURY (Per accident) | |
| | | | | | | | PROPERTY DAMAGE (Per accident) | |
| | ☐ UMBRELLA LIAB ☐ OCCUR ☐ EXCESS LIAB ☐ CLAIMS-MADE ☐ DED ☐ RETENTION $ | | | | | | EACH OCCURRENCE | |
| | | | | | | | AGGREGATE | |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | ☐ PER STATUTE ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Those usual to the insured's Operations. Amel Commercial Properties; a California Corporation & Zorro Investment Company & it's officers, directors, partners, shareholders, agents & employees as additional insureds per the Business Liability Coverage Form SS0008 attached to this policy.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Zorro Investment Company Amel Commercial Properties; a California Corporation 949 S COAST DR STE 600 COSTA MESA CA 92626-7734 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. AUTHORIZED REPRESENTATIVE *Susan L. Castaneda* |

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2018/03)     The ACORD name and logo are registered marks of ACORD

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**411 West Fourth Street, Suite 7160, Santa Ana, CA 92701**

A true and correct copy of the foregoing document entitled (*specify*):

**SUPPLEMENT TO MOTION BY UNITED STATES TRUSTEE TO DISMISS OR CONVERT CASE PURSUANT TO 11 U.S.C.§ 1112(b); DECLARATION OF MARILYN SORENSEN IN SUPPORT THEREOF**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (date) **April 28, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

### SEE ATTACHED SERVICE LIST (IF APPLICABLE)

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (date) **April 28, 2023,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

### SEE ATTACHED SERVICE LIST (IF APPLICABLE)

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **April 28, 2023,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

### SEE ATTACHED SERVICE LIST (IF APPLICABLE)

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 28, 2023 | Queenie Ng | /s/ Queenie Ng |
|---|---|---|
| Date | Print Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**ADDITIONAL SERVICE INFORMATION**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| Name | Capacity | Email Address |
|------|----------|---------------|
| Byron Moldo | | bmoldo@ecjlaw.com |
| Ronald Brown | SDCO Tustin Executive Center, Inc. | ron@rkbrownlaw.com |
| Joon Khang | Debtor's Attorney | joon@khanglaw.com |
| Shawn Christianson | | cmcintire@buchalter.com |
| Alan Nahmias | | anahmias@mbn.law |
| Garrick Hollander | MC DVI Fund 1, LLC | ghollander@wghlawyers.com |
| Paul Shankman | | PShankman@fortislaw.com |

*SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. **SERVED BY U.S. MAIL**

Debtor:
**The Litigation Practice Group P.C.**
17542 17th St.,  Suite 100
Tustin, CA 92780

3. **SERVED BY (state method for each person served):**

**PERSONAL DELIVERY, FACSIMILE OR EMAIL**

Judge's Copy

Honorable Scott C. Clarkson  – bin on the 5th Floor

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**