**Fill in this information to identify your case:**

Debtor Name __The Litigation Practice Group P.C.__

United States Bankruptcy Court for the: __Central District of California__

Case number (*If known*): _____

☑ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property         12/15

Be as complete and accurate as possible

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's Name

**Diverse Capital LLC**

Creditor's mailing address
323 Sunny Isles Blvd, Ste 503
Sunny Isles, FL 33154

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Diverse claims an interest in LPG's accounts receivable, which LPG disputes. This claim arises from an alleged breach of a settlement agreement, not a receivable purchase agreement.

Describe the lien
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ __1,224,810.00__    $ __0.00__

**Description**
Breach of Settlement Agreement

Debtor    **The Litigation Practice Group P.C.**              Case number *(if known)* _____
         Name

### 2.2 Creditor's Name

**City Capital NY**

**Creditor's mailing address**
**1135 Kane Concourse**
**Bay Harbour Islands, FL 33154**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority. _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Accounts receivable.      $ 2,950,000.00    $ 1.00

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**
Contract

### 2.3 Creditor's Name

**Fundura Capital Group**

**Creditor's mailing address**
**80 Broad Street, Ste 3303**
**New York, NY 10004**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority. _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Accounts receivable. LPG disputes that any amount is owed as LPG overpaid Fundura on their receivable purchase agreement.     $ 2,100,000.00    $ 1.00

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Description**
Breach of Contract claim

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any         $ 6,274,810.00

Debtor   __The Litigation Practice Group P.C.__   Case number *(if known)* _____
        Name

### Part 2: List Others to Be Notified for a Debt That You Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |