Fill in this information to identify your case:

Debtor Name: **The Litigation Practice Group P.C.**

United States Bankruptcy Court for the: **Central District of California**

Case number (if known): **8:23-bk-10571-SC**    Chapter **7**

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

2. List all contracts and unexpired leases — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

2.1 State what the contract or lease is for and the nature of the debtor's interest: **Debtor's office - this lease will be rejected**
State the term remaining: **20**
List the contract number of any government contract:

Tustin Executive Center
1630 S. Sunkist St., Ste A
Anaheim, CA 92806

2.2 State what the contract or lease is for and the nature of the debtor's interest: **Former office in Las Vegas - lease will be rejected.**
State the term remaining: **15**
List the contract number of any government contract:

Executive Center LLC
5960 S. JOnes Blvd.
Las Vegas, NV 89118

2.3 State what the contract or lease is for and the nature of the debtor's interest: **Counter party for electronic services providers for debtor including email, telephone and other office services. Debtor will reject this services agreement.**
State the term remaining:
List the contract number of any government contract:

Sharp Electronics Copr
c/o David Crapo, Esq.
One Gateway Center
Newark, NJ 07102

2.4 State what the contract or lease is for and the nature of the debtor's interest: **Debtor will retain and continue to service all existing California clients.**
State the term remaining:
List the contract number of any government contract:

Debtor's Existing California Clients

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    page 1 of 1
Copyright © Financial Software Solutions, LLC    BlueStylus