Attorney or Party Name, Address, Telephone and FAX

Joon M. Khang (SBN 188722)
KHANG & KHANG LLP
4000 Barranca Parkway, Suite 250
Irvine, CA 92604
Tel: (949) 419-3834 / Email: joon@khanglaw.com

☐ Pro Se Debtor

| OFFICE OF THE UNITED STATES TRUSTEE LOS ANGELES DIVISION | ATTACH TO THE FRONT OF THE MONTHLY OPERATING REPORT AND SUBMIT TO UNITED STATES TRUSTEE – **DO NOT FILE WITH COURT** |
|---|---|
| In Re: THE LITIGATION PRACTICE GROUP, PC  Debtor-In-Possession | Case Number: 8:23-bk-10571-SC  **MONTHLY OPERATING REPORT DISBURSEMENT SUMMARY**  MOR NO. 1  FOR MONTH ENDING: 03/31/23 |

1. Total number of Debtor in Possession Bank Accounts — 0

2. Monthly Disbursements from all Debtor In Possession Accounts — 0

3. Monthly Disbursements from all other sources — $56,228.90

4. TOTAL DISBURSEMENTS THIS PERIOD — $56,228.90
   *(Including transfers between the accounts of related debtors but excluding transfers from one account to another account of the same debtor)*

*List all account activity on the following pages*

**Fill in this information to identify the case:**

Debtor Name: The Legal Practice Group, PC

United States Bankruptcy Court for the: Central District of California

Case number: 8:23-bk-10571-SC

☐ Check if this is an amended filing

## Official Form 425C

### Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: March 2023

Date report filed: 04/26/2023 (MM/DD/YYYY)

Line of business: Debt Resolution Services

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Daniel March

Original signature of responsible party: /s/ Daniel March

Printed name of responsible party: Daniel March

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☑ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  The Legal Practice Group, PC                    Case number 8:23-bk-10571-SC

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☑ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 61,676.04

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    – $ 56,228.90

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    + $ 5,447.14

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.
    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ 5,447.14

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 0.00
    (Exhibit E)

Debtor Name  The Legal Practice Group, PC                          Case number 8:23-bk-10571-SC

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                         $ _____0.00_____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                       _____17_____
27. What is the number of employees as of the date of this monthly report?          _____4_____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?            $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____0.00_____
30. How much have you paid this month in other professional fees?                                      $ _____0.00_____
31. How much have you paid in total other professional fees since filing the case?                     $ _____0.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected** | − | Column B<br>**Actual** | = | Column C<br>**Difference** |
|---|---|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                            $ _____
36. Total projected cash disbursements for the next month:                     − $ _____
37. Total projected net cash flow for the next month:                           = $ _____

Debtor Name  The Legal Practice Group, PC                              Case number 8:23-bk-10571-SC

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.



**STATEMENT OF ACCOUNTS**

UNION BANK
SAN CLEMENTE 0048
P.O. BOX 60368
PHOENIX        AZ    85082-0368

Page 1 of 12
THE LITIGATION PRACTICE GROUP PC
**Statement Number:** ████4858
03/01/23 - 03/31/23

Customer Inquiries
949-492-8090

Thank you for banking with us
since 2020

THE LITIGATION PRACTICE GROUP PC
17542 E 17TH STREET SUITE 100
TUSTIN CA 92780

■ *Exciting news! Union Bank is joining U.S. Bank which means you'll have access to more ATMs and expanded services. Your ATM experience may look a bit different as we upgrade our systems to better serve you. Have questions about the Union Bank transition? Visit usbank.com/unionbank for all the latest information.*

**Analyzed Business Checking Summary**                                Account Number: 0021594858

Days in statement period: Days in statement period: 31

| | | |
|---|---:|---:|
| Balance on 3/1 | $ | -8,377.28 |
| **Total Credits** | | 1,003,565.70 |
| Deposits (3) | 13,502.57 | |
| Electronic credits (76) | 861,018.82 | |
| Other credits (26) | 129,044.31 | |
| **Total Debits** | | -988,857.35 |
| Checks paid (311) | -499,776.64 | |
| Electronic debits (53) | -487,182.24 | |
| Other debits (12) | -1,898.47 | |
| Balance on 3/31 | $ | 6,331.07 |

## CREDITS

**Deposits** *including check and cash credits*

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---:|
| 3/7 | OFFICE DEPOSIT # 0006474326 | 75029799 | $ | 9,500.00 |
| 3/15 | OFFICE DEPOSIT # 0000269318 | 77295858 | | 2,858.00 |
| 3/16 | OFFICE DEPOSIT # 0000081693 | 77256249 | | 1,144.57 |
| | 3 Deposits | Total | $ | 13,502.57 |

**Electronic credits**

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---:|
| 3/1 | M MERCHANT Settlement CCD 91856763 | 56394327 | $ | 5,530.58 |
| 3/1 | M MERCHANT CR CD DEP CCD 567140111376870 | 56729883 | | 31,785.40 |
| 3/2 | M MERCHANT CR CD DEP CCD 567140111376870 | 58246153 | | 23,718.70 |
| 3/2 | M MERCHANT Settlement CCD 91860833 | 57823965 | | 35,045.50 |
| 3/3 | M MERCHANT Settlement CCD 91865100 | 59270106 | | 9,432.64 |
| 3/3 | M MERCHANT CR CD DEP CCD 567140111376870 | 59614818 | | 36,725.60 |
| 3/6 | WIRE TRANS TRN 0306017228 030623 067015096007583<br>Received From:<br>  OPTIMUMBANK<br>Originator: | 93053947 | | 200,000.00 |

Case 8:23-bk-10571-SC    Doc 55    Filed 05/01/23    Entered 05/01/23 07:14:40    Desc
Main Document    Page 7 of 17

Page 2 of 12
THE LITIGATION PRACTICE GROUP PC
Statement Number: ▓▓▓▓▓4858
03/01/23 - 03/31/23

**Electronic credits**

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| | CLG PROCESSING | | |
| 3/6 | M MERCHANT CR CD DEP CCD 567140111376870 | 51447336 | 298.57 |
| 3/6 | M MERCHANT Settlement CCD 91869388 | 50590580 | 12,582.14 |
| 3/6 | M MERCHANT CR CD DEP CCD 567140111376870 | 50976910 | 21,723.46 |
| 3/6 | M MERCHANT CR CD DEP CCD 567140111376870 | 51447335 | 39,330.15 |
| 3/7 | *REVERSAL OF CHECK # 10601 | 99620028 | 105,184.54 |
| 3/7 | WIRE TRANS TRN 0307017985 030723 1240800066EZ Received From: JPMORGAN CHASE BANK Originator: THE LITIGATION PRACTICE GROUP PC | 93054629 | 9,950.00 |
| 3/7 | M MERCHANT Settlement CCD 91878873 | 53304250 | 17,888.80 |
| 3/8 | M MERCHANT Settlement CCD 91882695 | 53820195 | 12,205.88 |
| 3/8 | M MERCHANT CR CD DEP CCD 567140111376870 | 54105958 | 15,156.24 |
| 3/9 | M MERCHANT CR CD DEP CCD 567140111376870 | 55297379 | 373.95 |
| 3/9 | M MERCHANT Settlement CCD 91886060 | 55023914 | 26,998.47 |
| 3/10 | M MERCHANT CR CD DEP CCD 567140111376870 | 56416545 | 900.59 |
| 3/10 | M MERCHANT Settlement CCD 91889944 | 56146807 | 30,638.91 |
| 3/13 | UB CHECKING TRANSFER 230313 XXXXXX4874 0101 | 60726639 | 3,500.00 |
| 3/13 | M MERCHANT Settlement CCD 91893858 | 57319765 | 1,380.45 |
| 3/13 | M MERCHANT CR CD DEP CCD 567140111376870 | 57565373 | 2,140.37 |
| 3/13 | M MERCHANT CR CD DEP CCD 567140111376870 | 57941723 | 3,683.43 |
| 3/14 | M MERCHANT Settlement CCD 91902577 | 58934158 | 510.26 |
| 3/15 | WIRE TRANS TRN 0315014886 031523 6230100074JO Received From: JPMORGAN CHASE BANK Originator: THE LITIGATION PRACTICE GROUP PC | 93052880 | 32,191.95 |
| 3/15 | M MERCHANT CR CD DEP CCD 567140111376870 | 50557276 | 829.49 |
| 3/15 | M MERCHANT Settlement CCD 91906015 | 50502653 | 1,309.94 |
| 3/16 | UB CHECKING TRANSFER 230316 XXXXXX4874 0101 | 60756840 | 1,400.00 |
| 3/16 | M MERCHANT Settlement CCD 91909582 | 51878006 | 2,047.82 |
| 3/16 | M MERCHANT CR CD DEP CCD 567140111376870 | 52171609 | 13,798.29 |
| 3/17 | UB CHECKING TRANSFER 230317 XXXXXX4874 0101 | 60763232 | 26,000.00 |
| 3/17 | WIRE TRANS TRN 0317018878 031723 7601900076JO Received From: JPMORGAN CHASE BANK Originator: THE LITIGATION PRACTICE GROUP PC | 93055554 | 2,511.39 |
| 3/17 | M MERCHANT CR CD DEP CCD 567140111376870 | 53343703 | 40,085.20 |
| 3/20 | M MERCHANT CR CD DEP CCD 567140111376870 | 54532675 | 6,354.92 |
| 3/20 | M MERCHANT CR CD DEP CCD 567140111376870 | 54905396 | 22,517.72 |
| 3/21 | UB CHECKING TRANSFER 230321 XXXXXX4874 0101 | 60809991 | 400.00 |
| 3/22 | M MERCHANT CR CD DEP CCD 567140111376870 | 57504517 | 1,796.05 |
| 3/23 | CORNERSTONE BANK ACCTVERIFY PPD ***********3565 | 58461753 | 0.18 |
| 3/23 | CORNERSTONE BANK ACCTVERIFY PPD ***********3567 | 58461752 | 0.22 |
| 3/23 | TBOM ASPIRE VERI ACCTVERIFY PPD | 58596437 | 0.42 |
| 3/23 | TBOM ASPIRE VERI ACCTVERIFY PPD | 58596419 | 0.76 |
| 3/23 | M MERCHANT CR CD DEP CCD 567140111376870 | 58692979 | 1,850.60 |
| 3/24 | UB CHECKING TRANSFER 230324 XXXXXX4874 0101 | 60837246 | 3,500.00 |
| 3/24 | WIRE TRANS TRN 0324016902 032423 230324133202CF0 Received From: BANCORPSOUTH BANK Originator: BANCORPSOUTH TUPLO | 93054475 | 1,334.44 |
| 3/24 | WIRE TRANS TRN 0324017574 032423 202303240000681 Received From: | 93055524 | 1,390.72 |

39,146.03

Case 8:23-bk-10571-SC    Doc 55    Filed 05/01/23    Entered 05/01/23 07:14:40    Desc
Main Document    Page 8 of 17

Page 3 of 12
THE LITIGATION PRACTICE GROUP PC
Statement Number: ▓▓▓▓4858
03/01/23 - 03/31/23

**Electronic credits**

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| | REGIONS BANK Originator: MONEY TRANSFER HOLDOVER ACCOUNT | | *39,146.03* |
| 3/24 | TBOM ASPIRE VERI ACCTVERIFY PPD | 59692566 | 0.04 |
| 3/24 | TBOM ASPIRE VERI ACCTVERIFY PPD | 59692546 | 0.45 |
| 3/24 | M MERCHANT CR CD DEP CCD 567140111376870 | 59574054 | 5,548.68 |
| 3/27 | JPMorgan Chase ACCTVERIFY CCD 16902472916 | 51118702 | 0.32 |
| 3/27 | JPMorgan Chase ACCTVERIFY CCD 16902472917 | 51118699 | 0.48 |
| 3/27 | M MERCHANT CR CD DEP CCD 567140111376870 | 51475021 | 3,322.21 |
| 3/27 | M MERCHANT CR CD DEP CCD 567140111376870 | 51061124 | 5,871.25 |
| 3/28 | WIRE TRANS TRN 0328013577 032823 0665300087HH Received From: JPMORGAN CHASE BANK Originator: ECD UNPOST SUSP | 93053005 | 1,340.72 |
| 3/28 | ROBINHOOD ACCTVERIFY PPD ***********1221 | 51930042 | 0.05 |
| 3/28 | ROBINHOOD ACCTVERIFY PPD ***********1221 | 51930222 | 0.46 |
| 3/29 | *REVERSAL OF CHECK # 8002 | 99553055 | 2,000.05 |
| 3/29 | *REVERSAL OF CHECK # 8004 | 99553058 | 2,000.02 |
| 3/29 | *REVERSAL OF CHECK # 8005 | 99553052 | 2,000.66 |
| 3/29 | *REVERSAL OF CHECK # 8006 | 99553046 | 2,880.09 |
| 3/29 | *REVERSAL OF CHECK # 8007 | 99553057 | 2,000.03 |
| 3/29 | *REVERSAL OF CHECK # 8008 | 99553054 | 2,000.08 |
| 3/29 | *REVERSAL OF CHECK # 8009 | 99553049 | 2,400.00 |
| 3/29 | *REVERSAL OF CHECK # 8010 | 99553056 | 2,000.04 |
| 3/29 | *REVERSAL OF CHECK # 8011 | 99553053 | 2,000.10 |
| 3/29 | *REVERSAL OF CHECK # 8012 | 99553048 | 2,403.00 |
| 3/29 | *REVERSAL OF CHECK # 8013 | 99553045 | 2,890.00 |
| 3/29 | *REVERSAL OF CHECK # 8014 | 99553047 | 2,500.00 |
| 3/29 | *REVERSAL OF CHECK # 8015 | 99553051 | 2,100.00 |
| 3/29 | *REVERSAL OF CHECK # 8016 | 99553050 | 2,310.00 |
| 3/29 | *REVERSAL OF CHECK # 8022 | 99553060 | 1,000.00 |
| 3/29 | STATE CREDIT UNI ACCTVERIFY PPD ***********3209 | 53928022 | 0.24 |
| 3/29 | STATE CREDIT UNI ACCTVERIFY PPD ***********3207 | 53928023 | 0.38 |
| 3/29 | M MERCHANT CR CD DEP CCD 567140111376870 | 53953081 | 2,184.40 |
| 3/30 | M MERCHANT CR CD DEP CCD 567140111376870 | 55567513 | 2,881.64 |
| 3/31 | M MERCHANT CR CD DEP CCD 567140111376870 | 56498136 | 1,378.69 |
| | **76 Electronic credits** | **Total** | **$ 861,018.82** |

* This transaction has been Value Dated to the prior business day.

*22,530.01*

*Receipts Total: 3/20-31/23 $ 61,676.04*

**Other credits and adjustments**

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 3/3 | *REVERSAL OF CHECK # 10090 | 99545121 | $ 174.93 |
| 3/3 | *REVERSAL OF CHECK # 10128 | 99545117 | 255.00 |
| 3/3 | *REVERSAL OF CHECK # 10153 | 99545111 | 400.00 |
| 3/3 | *REVERSAL OF CHECK # 10168 | 99545112 | 297.19 |
| 3/3 | *REVERSAL OF CHECK # 10211 | 99545120 | 175.73 |
| 3/3 | *REVERSAL OF CHECK # 10235 | 99545115 | 269.69 |
| 3/3 | *REVERSAL OF CHECK # 10252 | 99545113 | 283.91 |
| 3/3 | *REVERSAL OF CHECK # 10335 | 99545116 | 264.35 |
| 3/3 | *REVERSAL OF CHECK # 10383 | 99545118 | 252.64 |
| 3/3 | *REVERSAL OF CHECK # 10393 | 99545119 | 252.45 |
| 3/3 | *REVERSAL OF CHECK # 10403 | 99545114 | 275.95 |
| 3/3 | *REVERSAL OF CHECK # 10601 | 99545110 | 105,184.54 |
| 3/3 | *REVERSAL OF CHECK # 10603 | 99545122 | 53.50 |
| 3/3 | *REVERSAL OF CHECK # 10604 | 99545123 | 53.50 |

Page 4 of 12
THE LITIGATION PRACTICE GROUP PC
**Statement Number:** ████4858
03/01/23 - 03/31/23

**Other credits and adjustments**

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 3/13 | *REVERSAL OF CHECK # 10133 | 99545125 | 3,328.33 |
| 3/13 | *REVERSAL OF CHECK # 10228 | 99545126 | 222.02 |
| 3/15 | *OVERDRAFT ITEM RETURNED | 99545124 | 54.41 |
| 3/15 | *OVERDRAFT ITEM RETURNED | 99545123 | 98.32 |
| 3/15 | *OVERDRAFT ITEM RETURNED | 99545120 | 250.04 |
| 3/15 | *OVERDRAFT ITEM RETURNED | 99545119 | 250.37 |
| 3/15 | *OVERDRAFT ITEM RETURNED | 99545118 | 252.31 |
| 3/15 | *OVERDRAFT ITEM RETURNED | 99545116 | 13,887.09 |
| 3/15 | *REVERSAL OF CHECK # 10110 | 99545121 | 128.38 |
| 3/15 | *REVERSAL OF CHECK # 10121 | 99545122 | 127.02 |
| 3/15 | *REVERSAL OF CHECK # 10383 | 99545117 | 252.64 |
| 3/29 | *Credit effective 032823 | 99545127 | 2,000.00 |
| | 26  Other credits and adjustments | Total | $ 129,044.31 |

* This transaction has been Value Dated to the prior business day.

**DEBITS**

**Check Paid**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 8002 | 3/28 | 2,000.05 | 10243* | 3/7 | 250.80 |
| 8004* | 3/28 | 2,000.02 | 10244 | 3/8 | 319.81 |
| 8005 | 3/28 | 2,000.66 | 10245 | 3/6 | 308.00 |
| 8006 | 3/28 | 2,880.09 | 10247* | 3/21 | 250.77 |
| 8007 | 3/28 | 2,000.03 | 10248 | 3/6 | 471.42 |
| 8008 | 3/28 | 2,000.08 | 10250* | 3/7 | 273.01 |
| 8009 | 3/28 | 2,400.00 | 10251 | 3/6 | 1,161.58 |
| 8010 | 3/28 | 2,000.04 | 10252 | 3/2 | 283.91 |
| 8011 | 3/28 | 2,000.10 | 10253 | 3/6 | 307.70 |
| 8012 | 3/28 | 2,403.00 | 10254 | 3/6 | 116.92 |
| 8013 | 3/28 | 2,890.00 | 10255 | 3/3 | 599.97 |
| 8014 | 3/28 | 2,500.00 | 10256 | 3/14 | 296.17 |
| 8015 | 3/28 | 2,100.00 | 10257 | 3/9 | 201.81 |
| 8016 | 3/28 | 2,310.00 | 10259* | 3/24 | 402.45 |
| 8022* | 3/28 | 1,000.00 | 10261* | 3/14 | 414.76 |
| 8023 | 3/28 | 1,200.00 | 10262 | 3/9 | 254.58 |
| 8025* | 3/28 | 3,860.00 | 10264* | 3/13 | 783.73 |
| 10062* | 3/7 | 1,800.00 | 10265 | 3/9 | 308.99 |
| 10063 | 3/1 | 885.00 | 10266 | 3/3 | 200.00 |
| 10064 | 3/6 | 1,651.00 | 10267 | 3/6 | 757.06 |
| 10065 | 3/7 | 600.00 | 10268 | 3/6 | 752.00 |
| 10066 | 3/1 | 5,500.00 | 10269 | 3/8 | 332.67 |
| 10067 | 3/1 | 2,000.00 | 10270 | 3/10 | 259.16 |
| 10070* | 3/1 | 2,254.11 | 10271 | 3/6 | 432.16 |
| 10071 | 3/3 | 2,050.00 | 10272 | 3/6 | 653.26 |
| 10073* | 3/3 | 6,840.72 | 10275* | 3/6 | 666.40 |
| 10074 | 3/3 | 468.91 | 10276 | 3/8 | 254.44 |
| 10075 | 3/27 | 788.58 | 10279* | 3/3 | 232.76 |
| 10076 | 3/6 | 127.23 | 10280 | 3/6 | 302.48 |
| 10077 | 3/6 | 218.26 | 10281 | 3/7 | 338.38 |
| 10078 | 3/21 | 5,229.42 | 10282 | 3/8 | 251.38 |
| 10080* | 3/7 | 254.10 | 10287* | 3/6 | 1,257.93 |
| 10082* | 3/7 | 1,818.04 | 10288 | 3/7 | 251.39 |
| 10083 | 3/7 | 138.23 | 10289 | 3/8 | 346.15 |
| 10084 | 3/3 | 202.16 | 10290 | 3/9 | 33.00 |

*handwritten:* 7,181.53

Page 5 of 12
THE LITIGATION PRACTICE GROUP PC
Statement Number: ▇▇▇▇4858
03/01/23 - 03/31/23

**Check Paid**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---:|---|---|---:|
| 10085 | 3/3 | 5,834.22 | 10292* | 3/6 | 271.67 |
| 10086 | 3/16 | 4,363.80 | 10294* | 3/10 | 315.58 |
| 10087 | 3/2 | 767.43 | 10295 | 3/6 | 131.04 |
| 10088 | 3/3 | 12,000.00 | 10297* | 3/6 | 253.87 |
| 10089 | 3/3 | 1,318.53 | 10299* | 3/9 | 415.21 |
| 10090 | 3/2 | 174.93 | 10300 | 3/9 | 373.51 |
| 10091 | 3/3 | 347.01 | 10302* | 3/10 | 303.00 |
| 10092 | 3/6 | 251.38 | 10304* | 3/6 | 100.00 |
| 10093 | 3/6 | 324.89 | 10305 | 3/6 | 639.66 |
| 10095* | 3/1 | 280.65 | 10306 | 3/3 | 174.14 |
| 10096 | 3/3 | 214.79 | 10307 | 3/6 | 286.47 |
| 10097 | 3/6 | 251.68 | 10308 | 3/6 | 299.18 |
| 10098 | 3/1 | 11,599.97 | 10309 | 3/8 | 251.96 |
| 10099 | 3/8 | 7,500.00 | 10310 | 3/13 | 290.90 |
| 10110* | 3/14 | 128.38 | 10311 | 3/16 | 752.88 |
| 10111 | 3/6 | 525.58 | 10312 | 3/15 | 281.27 |
| 10112 | 3/3 | 370.73 | 10313 | 3/9 | 756.83 |
| 10113 | 3/8 | 129.27 | 10314 | 3/7 | 278.24 |
| 10114 | 3/6 | 347.30 | 10315 | 3/3 | 253.98 |
| 10115 | 3/6 | 283.78 | 10316 | 3/6 | 422.60 |
| 10116 | 3/7 | 250.15 | 10317 | 3/27 | 252.40 |
| 10117 | 3/8 | 253.46 | 10319* | 3/7 | 256.20 |
| 10118 | 3/6 | 363.36 | 10322* | 3/27 | 125.23 |
| 10119 | 3/3 | 380.97 | 10324* | 3/9 | 378.72 |
| 10120 | 3/3 | 468.82 | 10325 | 3/6 | 279.28 |
| 10121 | 3/14 | 127.02 | 10326 | 3/8 | 1,276.72 |
| 10122 | 3/7 | 176.57 | 10327 | 3/7 | 300.00 |
| 10123 | 3/3 | 111.36 | 10328 | 3/7 | 258.98 |
| 10124 | 3/6 | 276.29 | 10329 | 3/6 | 573.72 |
| 10126* | 3/8 | 240.00 | 10330 | 3/24 | 314.10 |
| 10127 | 3/8 | 4,516.45 | 10331 | 3/8 | 499.92 |
| 10128 | 3/2 | 255.00 | 10333* | 3/3 | 422.51 |
| 10129 | 3/7 | 584.04 | 10334 | 3/3 | 277.86 |
| 10130 | 3/9 | 870.00 | 10335 | 3/2 | 264.35 |
| 10133* | 3/10 | 3,328.33 | 10335* | 3/6 | 264.35 |
| 10134 | 3/8 | 317.63 | 10336 | 3/6 | 171.00 |
| 10135 | 3/6 | 381.75 | 10337 | 3/3 | 287.45 |
| 10136 | 3/7 | 3,066.58 | 10338 | 3/7 | 1,000.00 |
| 10137 | 3/6 | 1,518.80 | 10339 | 3/7 | 262.68 |
| 10138 | 3/6 | 1,759.20 | 10341* | 3/13 | 279.96 |
| 10139 | 3/8 | 3,000.00 | 10344* | 3/6 | 1,086.80 |
| 10140 | 3/16 | 1,600.00 | 10346* | 3/3 | 319.44 |
| 10141 | 3/6 | 1,338.00 | 10347 | 3/20 | 310.97 |
| 10142 | 3/2 | 2,338.00 | 10348 | 3/7 | 254.17 |
| 10143 | 3/2 | 600.00 | 10349 | 3/7 | 219.32 |
| 10144 | 3/3 | 2,500.00 | 10350 | 3/6 | 1,215.46 |
| 10146* | 3/8 | 400.00 | 10351 | 3/10 | 260.38 |
| 10147 | 3/7 | 3,000.00 | 10352 | 3/22 | 30.00 |
| 10148 | 3/6 | 1,490.79 | 10353 | 3/6 | 455.26 |
| 10149 | 3/7 | 4,846.00 | 10354 | 3/3 | 447.86 |
| 10150 | 3/6 | 1,088.64 | 10355 | 3/6 | 250.27 |
| 10151 | 3/7 | 1,391.00 | 10357* | 3/15 | 252.49 |
| 10152 | 3/6 | 6,890.00 | 10358 | 3/6 | 703.70 |
| 10153 | 3/2 | 400.00 | 10359 | 3/7 | 263.09 |
| 10155* | 3/14 | 467.84 | 10360 | 3/1 | 496.66 |
| 10156 | 3/6 | 9,300.00 | 10362* | 3/7 | 1,056.21 |
| 10157 | 3/6 | 587.50 | 10364* | 3/16 | 353.16 |

Page 6 of 12
THE LITERATION PRACTICE GROUP PC
Statement Number: ▓▓▓▓4858
03/01/23 - 03/31/23

**Check Paid**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 10158 | 3/7 | 263.90 | 10365 | 3/8 | 124.16 |
| 10159 | 3/6 | 631.15 | 10367* | 3/17 | 408.64 |
| 10160 | 3/6 | 259.50 | 10368 | 3/6 | 259.88 |
| 10161 | 3/9 | 268.46 | 10369 | 3/8 | 126.25 |
| 10162 | 3/20 | 376.79 | 10371* | 3/6 | 585.73 |
| 10163 | 3/20 | 1,305.40 | 10372 | 3/2 | 324.81 |
| 10165* | 3/6 | 1,935.84 | 10374* | 3/6 | 861.00 |
| 10166 | 3/6 | 358.32 | 10375 | 3/20 | 255.45 |
| 10167 | 3/13 | 385.03 | 10376 | 3/6 | 276.31 |
| 10168 | 3/2 | 297.19 | 10377 | 3/9 | 559.78 |
| 10168* | 3/6 | 297.19 | 10378 | 3/7 | 254.07 |
| 10169 | 3/6 | 247.07 | 10380* | 3/6 | 342.06 |
| 10170 | 3/7 | 1,518.77 | 10381 | 3/3 | 336.61 |
| 10171 | 3/1 | 1,800.00 | 10382 | 3/13 | 385.59 |
| 10172 | 3/6 | 321.34 | 10383 | 3/2 | 252.64 |
| 10173 | 3/3 | 1,258.90 | 10383* | 3/14 | 252.64 |
| 10174 | 3/6 | 87.00 | 10384 | 3/7 | 571.83 |
| 10175 | 3/6 | 494.62 | 10385 | 3/7 | 40.00 |
| 10176 | 3/8 | 266.99 | 10386 | 3/7 | 253.90 |
| 10178* | 3/6 | 416.47 | 10388* | 3/6 | 570.00 |
| 10179 | 3/6 | 7,966.43 | 10389 | 3/6 | 223.48 |
| 10180 | 3/3 | 256.03 | 10390 | 3/24 | 355.24 |
| 10181 | 3/3 | 503.38 | 10391 | 3/14 | 740.02 |
| 10182 | 3/8 | 200.00 | 10392 | 3/16 | 251.64 |
| 10184* | 3/1 | 486.20 | 10393 | 3/2 | 252.45 |
| 10185 | 3/3 | 4,563.00 | 10394 | 3/7 | 251.94 |
| 10188* | 3/3 | 522.58 | 10395 | 3/17 | 251.23 |
| 10190* | 3/6 | 355.08 | 10396 | 3/6 | 254.21 |
| 10191 | 3/6 | 4,500.00 | 10397 | 3/9 | 553.14 |
| 10192 | 3/6 | 800.00 | 10398 | 3/6 | 246.74 |
| 10194* | 3/13 | 656.21 | 10399 | 3/6 | 253.89 |
| 10195 | 3/13 | 309.03 | 10400 | 3/3 | 202.57 |
| 10196 | 3/9 | 1,541.34 | 10401 | 3/3 | 200.80 |
| 10197 | 3/7 | 215.00 | 10402 | 3/15 | 259.39 |
| 10198 | 3/6 | 253.91 | 10403 | 3/2 | 275.95 |
| 10199 | 3/6 | 318.00 | 10403* | 3/6 | 275.95 |
| 10200 | 3/6 | 251.41 | 10404 | 3/6 | 278.66 |
| 10201 | 3/10 | 358.97 | 10405 | 3/13 | 250.66 |
| 10202 | 3/13 | 233.31 | 10407* | 3/6 | 245.00 |
| 10203 | 3/3 | 394.27 | 10408 | 3/7 | 264.07 |
| 10204 | 3/8 | 270.86 | 10409 | 3/8 | 100.00 |
| 10205 | 3/6 | 369.19 | 10410 | 3/6 | 774.06 |
| 10206 | 3/3 | 386.02 | 10411 | 3/28 | 258.00 |
| 10207 | 3/6 | 1,061.10 | 10413* | 3/7 | 160.00 |
| 10211* | 3/2 | 175.73 | 10414 | 3/3 | 564.96 |
| 10211* | 3/7 | 175.73 | 10415 | 3/9 | 207.67 |
| 10212 | 3/8 | 345.73 | 10416 | 3/1 | 3,245.76 |
| 10218* | 3/9 | 244.22 | 10417 | 3/15 | 261.78 |
| 10219 | 3/6 | 746.39 | 10419* | 3/9 | 52.00 |
| 10223* | 3/6 | 92.07 | 10420 | 3/6 | 373.58 |
| 10224 | 3/6 | 283.71 | 10422* | 3/6 | 252.60 |
| 10225 | 3/6 | 221.95 | 10423 | 3/6 | 252.60 |
| 10226 | 3/8 | 350.00 | 10424 | 3/6 | 252.60 |
| 10227 | 3/9 | 444.31 | 10425 | 3/7 | 1,500.00 |
| 10228 | 3/10 | 222.02 | 10426 | 3/13 | 359.33 |
| 10229 | 3/9 | 200.00 | 10427 | 3/6 | 356.22 |
| 10231* | 3/3 | 268.44 | 10428 | 3/3 | 329.70 |

*Handwritten annotations:* 7,181.53 (bracketing 10162, 10163, 10371, 10372); 8,092.07 (at bottom right)

Page 7 of 12
THE LITIGATION PRACTICE GROUP PC
Statement Number: ▇▇▇▇4858
03/01/23 - 03/31/23

**Check Paid**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 10233* | 3/6 | 413.48 | 10472* | 3/17 | 50.00 |
| 10234 | 3/3 | 346.33 | 10601* | 3/2 | 105,184.54 |
| 10235 | 3/2 | 269.69 | 10601* | 3/6 | 105,184.54 |
| 10236 | 3/10 | 269.70 | 10603* | 3/2 | 53.50 |
| 10237 | 3/3 | 250.23 | 10604 | 3/2 | 53.50 |
| 10238 | 3/14 | 257.47 | 10605 | 3/3 | 6,845.44 |
| 10240* | 3/7 | 270.07 | | | |
| **311 Checks paid** | | | **Total** | | **$ 499,776.64** |

* Checks missing in sequence. Out of sequence check numbers may also be located in the Electronic Debits section of your statement.

**Electronic debits**

| Date | Description | Number | Reference | Amount |
|---|---|---|---|---|
| 3/1 | WIRE TRANS TRN 0301022880 030123 UBOC UB264675N Sent To: JPMORGAN CHASE BANK, NA Beneficiary: 1/Debt Relief Group | | 93056107 | $ 24,906.75 |
| 3/2 | WIRE TRANS TRN 0302015348 030223 UBOC UB262065N Sent To: BANK OF AMERICA N.A. Beneficiary: 1/Outsource LLC | | 93052164 | 30,000.00 |
| 3/6 | WIRE TRANS TRN 0306019289 030623 UBOC UB245262N Sent To: REGIONS BANK Beneficiary: 1/Integrity Docs | | 93054796 | 15,700.20 |
| 3/7 | WIRE TRANS TRN 0307017337 030723 UBOC UB240321N Sent To: JPMORGAN CHASE BANK Beneficiary: 1/Chase D Anderson | | 93054201 | 4,500.00 |
| 3/7 | WIRE TRANS TRN 0307017338 030723 UBOC UB240318N Sent To: JPMORGAN CHASE BANK, NA Beneficiary: 1/Strategic Consulting Solutions LL | | 93054202 | 10,000.00 |
| 3/7 | WIRE TRANS TRN 0307017339 030723 UBOC UB240315N Sent To: JPMORGAN CHASE BANK, NA Beneficiary: 1/David Ilnicki | | 93054203 | 12,000.00 |
| 3/7 | WIRE TRANS TRN 0307017340 030723 UBOC UB240312N Sent To: US BANK, NA Beneficiary: 1/Tyler Smith | | 93054204 | 12,750.00 |
| 3/7 | WIRE TRANS TRN 0307000453 030723 UBOC UB244461N | | 93050462 | 14,836.54 |

Page 8 of 12
THE LITIGATION PRACTICE GROUP PC
Statement Number: ▓▓▓▓4858
03/01/23 - 03/31/23

**Electronic debits**

| Date | Description | Number | Reference | Amount |
|---|---|---|---|---|
| 3/7 | Sent To:<br>  FIRST REPUBLIC BANK<br>Beneficiary:<br>  1/Bonus Financial Group<br>WIRE TRANS TRN 0306019396 030623<br>UBOC UB245112N | | 93054639 | 20,712.09 |
| 3/8 | Sent To:<br>  JPMORGAN CHASE BANK<br>Beneficiary:<br>  1/Four Pack Genesis<br>WIRE TRANS TRN 0308017148 030823<br>UBOC UB234309N | | 93054501 | 7,437.57 |
| 3/8 | Sent To:<br>  JPMORGAN CHASE BANK, NA<br>Beneficiary:<br>  1/JGW Solutions LLC<br>WIRE TRANS TRN 0308012961 030823<br>UBOC UB238002N | | 93052097 | 9,500.00 |
| 3/8 | Sent To:<br>  JPMORGAN CHASE BANK, NA<br>Beneficiary:<br>  1/Strategic Consulting Solutions LL<br>WIRE TRANS TRN 0308017149 030823<br>UBOC UB234306N | | 93054502 | 12,253.64 |
| 3/8 | Sent To:<br>  JP MORGAN CHASE BANK, NA<br>Beneficiary:<br>  1/United Debt Consultants Inc<br>WIRE TRANS TRN 0308000603 030823<br>UBOC UB238818N | | 93050645 | 105,000.00 |
| 3/10 | Sent To:<br>  BANK JULIUS BAER & COMPANY LTD<br>Beneficiary:<br>  1/Laurent Reiss<br>WIRE TRANS TRN 0310018931 031023<br>UBOC UB221481N | | 93055403 | 4,500.00 |
| 3/10 | Sent To:<br>  BANK OF AMERICA N.A.<br>Beneficiary:<br>  1/EZ Debt Relief Inc.<br>WIRE TRANS TRN 0310015938 031023<br>UBOC UB223989N | | 93053622 | 27,500.00 |
| | Sent To:<br>  JPMORGAN CHASE BANK, NA<br>Beneficiary:<br>  1/Strategic Consulting Solutions LL | | | |
| 3/14 | M MERCHANT DLY DIS S CCD 567140111376870 | | 57565366 | 54.41 |
| 3/14 | M MERCHANT DLY DIS S CCD 567140111376870 | | 57941712 | 98.32 |
| 3/14 | M MERCHANT CR CD CHBK CCD 567140111376870 | | 57565306 | 159.36 |
| 3/14 | M MERCHANT CR CD CHBK CCD 567140111376870 | | 57941731 | 250.04 |
| 3/14 | M MERCHANT CR CD CHBK CCD 567140111376870 | | 57565302 | 250.37 |

Case 8:23-bk-10571-SC    Doc 55    Filed 05/01/23    Entered 05/01/23 07:14:40    Desc
Main Document    Page 14 of 17

Page 9 of 12
THE LITIGATION PRACTICE GROUP PC
**Statement Number:** ▓▓▓▓4858
03/01/23 - 03/31/23

**Electronic debits**

| Date | Description | Number | Reference | Amount |
|---|---|---|---|---|
| 3/14 | M MERCHANT CR CD CHBK CCD 567140111376870 | | 57565305 | 252.31 |
| 3/14 | M MERCHANT CR CD CHBK CCD 567140111376870 | | 57941730 | 254.75 |
| 3/14 | M MERCHANT CR CD CHBK CCD 567140111376870 | | 57941733 | 275.21 |
| 3/14 | M MERCHANT CR CD CHBK CCD 567140111376870 | | 57941729 | 277.46 |
| 3/14 | M MERCHANT CR CD CHBK CCD 567140111376870 | | 57565307 | 295.16 |
| 3/14 | M MERCHANT CR CD CHBK CCD 567140111376870 | | 57565304 | 359.62 |
| 3/14 | M MERCHANT CR CD CHBK CCD 567140111376870 | | 57941732 | 382.35 |
| 3/14 | M MERCHANT CR CD CHBK CCD 567140111376870 | | 57565303 | 497.14 |
| 3/14 | M MERCHANT Settlement CCD 91902560 | | 58934199 | 2,659.48 |
| 3/14 | M MERCHANT Settlement CCD 91893839 | | 57319610 | 13,887.09 |
| 3/15 | WIRE TRANS TRN 0315015626 031523 UBOC UB206160N Sent To: JPMORGAN CHASE BANK Beneficiary: 1/FTL 500 Corp | | 93053453 | 9,142.92 |
| 3/16 | WIRE TRANS TRN 0316014403 031623 UBOC UB199437N Sent To: JPMORGAN CHASE BANK Beneficiary: 1/Ata Alaraj | | 93053434 | 15,840.00 |
| 3/16 | WIRE TRANS TRN 0316012629 031623 UBOC UB201219N Sent To: JPMORGAN CHASE BANK Beneficiary: 1/Intermarketing Media LLC | | 93052187 | 27,512.63 |
| 3/17 | WIRE TRANS TRN 0317013636 031723 UBOC UB194307N Sent To: US BANK, NA Beneficiary: 1/United Partnerships LLC | | 93052362 | 19,000.00 |
| 3/17 | WIRE TRANS TRN 0317013473 031723 UBOC UB194433N Sent To: BANK OF AMERICA N.A. Beneficiary: 1/EZ Debt Relief Inc | | 93052260 | 36,000.00 |
| 3/20 | WIRE TRANS TRN 0320014590 032023 UBOC UB188508N Sent To: JPMORGAN CHASE BANK, NA Beneficiary: 1/Strategic Consulting Solutions LL | | 93053384 | 11,000.00 |
| 3/20 | AMZ*HULU    L    866-216-1072 866-216-1072 WA | WA14429681 | 71173041 | 74.99 |

*Handwritten annotations:* 8,092.07 ; 19,167.06

Case 8:23-bk-10571-SC    Doc 55    Filed 05/01/23    Entered 05/01/23 07:14:40    Desc
Main Document    Page 15 of 17

Page 10 of 12
THE LITIGATION PRACTICE GROUP PC
Statement Number: ████4858
03/01/23 - 03/31/23

*19,167.06*

**Electronic debits**

| Date | Description | Number | Reference | Amount |
|---|---|---|---|---|
| 3/21 | WIRE TRANS TRN 0321013237 032123 UBOC UB181059N  Sent To: BANCO POPULAR DE PUERTO RICO  Beneficiary: 1/JOCO Enterprises LLC | | 93052798 | 15,652.44 |
| 3/22 | UB CHECKING TRANSFER XXXXXX4874 0102 | 230322 | 60813110 | 600.00 |
| 3/22 | UB CHECKING TRANSFER XXXXXX4874 0102 | 230322 | 60814772 | 1,000.00 |
| 3/24 | WIRE TRANS TRN 0324014866 032423 UBOC UB163506N  Sent To: BANCORPSOUTH BANK  Beneficiary: 1/Ricky Hyppolite | | 93052939 | 1,334.44 |
| 3/24 | WIRE TRANS TRN 0324014867 032423 UBOC UB163503N  Sent To: WELLS FARGO BANK NA  Beneficiary: 1/Michou Metellus | | 93052940 | 1,352.44 |
| 3/24 | WIRE TRANS TRN 0324014868 032423 UBOC UB163500N  Sent To: WE FLORIDA FINANCIAL  Beneficiary: 1/Alexis Broderick | | 93052941 | 1,371.90 |
| 3/24 | WIRE TRANS TRN 0324014869 032423 UBOC UB163497N  Sent To: JPMORGAN CHASE BANK, NA  Beneficiary: 1/Maleen Fraticelli | | 93052942 | 1,372.90 |
| 3/24 | WIRE TRANS TRN 0324014871 032423 UBOC UB163491N  Sent To: JPMORGAN CHASE BANK, NA  Beneficiary: 1/Destiny Bush | | 93052944 | 1,390.72 |
| 3/24 | WIRE TRANS TRN 0324014870 032423 UBOC UB163494N  Sent To: REGIONS BANK  Beneficiary: 1/Jasmine Bryant | | 93052943 | 1,390.72 |
| 3/24 | WIRE TRANS TRN 0324014872 032423 UBOC UB163488N  Sent To: JPMORGAN CHASE BANK, NA  Beneficiary: 1/Kelsie Dacon | | 93052945 | 1,437.22 |
| 3/24 | WIRE TRANS TRN 0324014905 032423 UBOC UB163461N  Sent To: KINECTA FCU  Beneficiary: | | 93052972 | 2,123.62 |

*48,193.46*

*handwritten:* 48,193.46

**Electronic debits**

| Date | Description | Number | Reference | Amount |
|---|---|---|---|---|
| 3/27 | 1/Mallory McCarthy<br>WIRE TRANS TRN 0327017774 032723<br>UBOC UB154413N<br>Sent To:<br>  CHASE ANTHONY CONTRERAS<br>Beneficiary: | | 93054844 | 1,354.00 |
| 3/27 | WIRE TRANS TRN 0327015426 032723<br>UBOC UB155577N<br>Sent To:<br>  REGIONS BANK<br>Beneficiary:<br>  1/Jasmine Bryant | | 93053785 | 1,390.72 |
| 3/27 | WIRE TRANS TRN 0327015425 032723<br>UBOC UB155580N<br>Sent To:<br>  JPMORGAN CHASE BANK, NA<br>Beneficiary:<br>  1/Abril Tuff | | 93053784 | 1,390.72 |
| 3/27 | WIRE TRANS TRN 0327017775 032723<br>UBOC UB154410N<br>Sent To:<br>  JPMORGAN CHASE BANK, NA<br>Beneficiary:<br>  1/Valerie Lizarraga | | 93054846 | 1,900.00 |
| 3/28 | UB CHECKING TRANSFER<br>XXXXXX4874 0101 | 230328 | 60877965 | 2,000.00 |
| | **53 Electronic debits** | | **Total** | **$ 487,182.24** |

*handwritten:* 8,035.44

*handwritten:* Disbursements Total: 3/20-31/23  $56,228.90

**Other debits, fees and adjustments**

| Date | Description | Reference | Amount |
|---|---|---|---|
| 3/2 | TOTAL OVERDRAFT ITEM PAID FEES | 99520431 | $ 198.00 |
| 3/3 | TOTAL OVERDRAFT ITEM RETURNED FEES | 99520374 | 198.00 |
| 3/6 | TOTAL OVERDRAFT ITEM PAID FEES | 99520291 | 198.00 |
| 3/9 | TOTAL OVERDRAFT ITEM PAID FEES | 99520267 | 198.00 |
| 3/13 | TOTAL OVERDRAFT ITEM RETURNED FEES | 99520261 | 66.00 |
| 3/13 | TOTAL OVERDRAFT ITEM PAID FEES | 99520260 | 66.00 |
| 3/15 | TOTAL OVERDRAFT ITEM PAID FEES | 99520343 | 99.00 |
| 3/15 | TOTAL OVERDRAFT ITEM RETURNED FEES | 99520344 | 99.00 |
| 3/17 | TOTAL OVERDRAFT ITEM PAID FEES | 99520318 | 99.00 |
| 3/27 | ANALYSIS DEFICIT FEB 2 023 | 90251310 | 611.47 |
| 3/30 | Debit effective 032923 | 99553042 | 33.00 |
| 3/30 | Debit effective 032923 | 99553041 | 33.00 |
| | **12 Other debits, fees and adjustments** | **Total** | **$ 1,898.47** |

\* This transaction has been Value Dated to the prior business day.

**Daily Ledger Balance**

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 3/1 | $ -24,516.40 | 3/17-3/19 | $ 6,784.13 |
| 3/2 | -108,173.82 | 3/20 | 22,333.17 |
| 3/3-3/5 | -7,573.65 | 3/21 | 1,600.54 |
| 3/6 | 72,095.47 | 3/22 | 1,766.59 |
| 3/7 | 110,893.72 | 3/23 | 3,618.77 |
| 3/8 | -17,609.22 | 3/24-3/26 | 2,547.35 |

Page 12 of 12
THE LITIGATION PRACTICE GROUP PC
**Statement Number:** ▓▓▓4858
03/01/23 - 03/31/23

**Daily Ledger Balance**

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 3/9 | 1,901.63 | 3/27 | 3,928.49 |
| 3/10-3/12 | -3,876.01 | 3/28 | -34,532.35 |
| 3/13 | 6,312.84 | 3/29 | 2,136.74 |
| 3/14 | -15,814.27 | 3/30 | 4,952.38 |
| 3/15 | 26,279.84 | 3/31 | 6,331.07 |
| 3/16 | -6,003.59 | | |