PETER C. ANDERSON
UNITED STATES TRUSTEE
KENNETH MISKEN
ASSISTANT UNITED STATES TRUSTEE
QUEENIE K. NG (State Bar No. 223803)
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Tel: 714-338-3403
Fax: 714-338-3421
Queenie.K.Ng@usdoj.gov

**FILED & ENTERED**

**MAY 04 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**THE LITIGATION PRACTICE GROUP P.C.**,<br><br><br><br><br><br>Debtor. | CASE NUMBER: 8:23-bk-10571 SC<br><br>CHAPTER 11<br><br>**ORDER DIRECTING UNITED STATES TRUSTEE TO APPOINT CHAPTER 11 TRUSTEE**<br><br>Hearing<br>Date:     May 3, 2023<br>Time:     1:30 p.m.<br>Courtroom:  5C – ZoomGov |

  A hearing was held on May 3, 2023 at 1:30 p.m. before the Honorable Scott Clarkson, United States Bankruptcy Judge for the Central District of California in Courtroom 5C (ZoomGov) located at 411 West Fourth Street, Santa Ana, CA, on the United States Trustee's Motion (the "Motion") to Dismiss or Convert Case Pursuant to 11 U.S.C. § 1112(b) [Bankr. Dkt. # 21].  Queenie K. Ng appeared on behalf of the United States Trustee.   Joon Khang appeared on behalf of the Debtor, who did not file any opposition to the Motion.  All other appearances, if any, were as noted on the record.

1

The Court having read and considered the Motion, the United States Trustee's Supplement to the Motion [Bankr. Dkt. # 50], the oral arguments presented at the hearing, and for GOOD CAUSE APPEARING, and for the reasons stated on the record, the Court orders as follows:

1. The Motion shall be and hereby is GRANTED, as set forth herein; and

2. The United States Trustee is directed to appoint a Chapter 11 Trustee in this case.

**IT IS SO ORDERED.**

###

Date: May 4, 2023

Scott C. Clarkson
United States Bankruptcy Judge