United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 23-10571-SC |
| The Litigation Practice Group P.C. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: May 04, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan I Nahmias | on behalf of Interested Party Courtesy NEF anahmias@mbn.law jdale@mbnlawyers.com |
| Byron Z Moldo | on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com amatsuoka@ecjlaw.com,dperez@ecjlaw.com |
| Garrick A Hollander | on behalf of Creditor Debt Validation Fund II LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Garrick A Hollander | on behalf of Creditor MC DVI Fund 1 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Garrick A Hollander | on behalf of Creditor MC DVI Fund 2 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 2 |
| Date Rcvd: May 04, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Joon M Khang
    on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com

Joon M Khang
    on behalf of Plaintiff The Litigation Practice Group P.C. joon@khanglaw.com

Paul R Shankman
    on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com info@fortislaw.com

Queenie K Ng
    on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Ronald K Brown
    on behalf of Creditor SDCO Tustin Executive Center Inc. ron@rkbrownlaw.com

Shawn M Christianson
    on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com schristianson@buchalter.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

TOTAL: 12

PETER C. ANDERSON
UNITED STATES TRUSTEE
KENNETH MISKEN
ASSISTANT UNITED STATES TRUSTEE
QUEENIE K. NG (State Bar No. 223803)
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Tel: 714-338-3403
Fax: 714-338-3421
Queenie.K.Ng@usdoj.gov

**FILED & ENTERED**

MAY 04 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte     DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In re:

**THE LITIGATION PRACTICE GROUP P.C.,**

Debtor.

CASE NUMBER: 8:23-bk-10571 SC

CHAPTER 11

**ORDER DIRECTING UNITED STATES TRUSTEE TO APPOINT CHAPTER 11 TRUSTEE**

<u>Hearing</u>
Date:       May 3, 2023
Time:       1:30 p.m.
Courtroom:  5C – ZoomGov

  A hearing was held on May 3, 2023 at 1:30 p.m. before the Honorable Scott Clarkson, United States Bankruptcy Judge for the Central District of California in Courtroom 5C (ZoomGov) located at 411 West Fourth Street, Santa Ana, CA, on the United States Trustee's Motion (the "Motion") to Dismiss or Convert Case Pursuant to 11 U.S.C. § 1112(b) [Bankr. Dkt. # 21].  Queenie K. Ng appeared on behalf of the United States Trustee.   Joon Khang appeared on behalf of the Debtor, who did not file any opposition to the Motion.  All other appearances, if any, were as noted on the record.

1

The Court having read and considered the Motion, the United States Trustee's Supplement to the Motion [Bankr. Dkt. # 50], the oral arguments presented at the hearing, and for GOOD CAUSE APPEARING, and for the reasons stated on the record, the Court orders as follows:

1. The Motion shall be and hereby is GRANTED, as set forth herein; and

2. The United States Trustee is directed to appoint a Chapter 11 Trustee in this case.

**IT IS SO ORDERED.**

###

Date: May 4, 2023

Scott C. Clarkson
United States Bankruptcy Judge