PETER C. ANDERSON
UNITED STATES TRUSTEE
KENNETH M. MISKEN
ASSISTANCE UNITED STATES TRUSTEE
QUEENIE K. NG (State Bar No. 223803)
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
411 West 4th Street, Suite 7160
Santa Ana, CA  92701-8000
Tel (714) 338-3400; Fax (714) 338-3421
Queenie.K.Ng@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>**THE LITIGATION PRACTICE GROUP, P.C.**,<br><br>Debtor. | CASE NUMBER: 8:23-bk-10571-SC<br><br>CHAPTER 11<br><br>**APPLICATION FOR ORDER APPROVING APPOINTMENT OF TRUSTEE AND FIXING BOND**<br><br>[NO HEARING REQUIRED] |
|---|---|

    The United States Trustee hereby applies to the Court pursuant to Fed. R. Bankr. P. 2007.1 for an Order Approving Appointment of Trustee, and in support thereof, states as follows:

    1. The United States Trustee has appointed Richard A. Marshack Trustee in the above captioned case on May 5, 2023.

    2. Counsel for the United States Trustee has consulted with the following parties in interest regarding the appointment of the Trustee:

        a.  Counsel for the Debtor, Joon Khang.

        b.  Counsel for Debt Validation Fund II, LLC, MC DVI Fund 1, LLC and MC DVI Fund 2 LLC ("Debt Validation"), Richard Golubow.

    c.  Counsel for Validation Partners LLC, Joel S. Magolnick and its Representative, Russ Squires

3. To the best of the United States Trustee's knowledge, the Trustee's connections with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee, are limited to the connections set forth in the Declaration of Interestedness of Richard Marshack filed in support of this Application.

WHEREFORE, the United States Trustee requests that the Court enter an Order Approving Appointment of **Richard A. Marshack** as Trustee in the above-captioned case.

Dated: May 5, 2023

/s/ Kenneth M. Misken
Kenneth M. Misken
Assistant United States Trustee

2

1  RICHARD A. MARSHACK
   rmarshack@marshackhays.com
2  MARSHACK HAYS LLP
   870 Roosevelt Avenue
3  Irvine, CA 92620
   Telephone: (949) 333-7777
4  Facsimile: (949) 333-7778

5

6

7

8        UNITED STATES BANKRUPTCY COURT

9    CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

10

11 | In re | Case No. 8:23-bk-10571-SC
12 | THE LITIGATION PRACTICE GROUP P.C., | Chapter 11
13 |  | DECLARATION OF DISINTERESTEDNESS OF RICHARD A. MARSHACK, PROPOSED CHAPTER 11 TRUSTEE
14 | Debtor. |

15

16

17

18    I, RICHARD A. MARSHACK, declare as follows:

19

20    1.    I am the proposed Chapter 11 Trustee of the above-entitled case. I am also an
21 attorney at law duly admitted to practice before all courts of the State of California, as well as
22 this court and the courts of appeal for the Ninth Circuit. The following testimony is within my
23 personal knowledge and if called to testify, I could and would competently testify thereto.
24    2.    I have been nominated as the Chapter 11 Trustee in the above-captioned case.
25    3.    I meet the criteria set forth in 11 U.S.C. § 321 in that I have an office in the
26 judicial district in which this case is pending. My office is located at 870 Roosevelt Avenue,
27 Irvine, California 92620.
28

4. I have not served as an examiner in this case.

5. I have complied with the requirement of 11 U.S.C. §322 as I have filed a bond with the Bankruptcy Court of the United States that is conditioned on my faithful performance of my official duties.

6. I am a partner in the firm of Marshack Hays LLP (the "Firm"), a law firm with an emphasis in matters before the United States Bankruptcy Court. The law members of the Firm have extensive experience in bankruptcy, insolvency, corporate reorganization and debtor/creditor law.

7. I am familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and shall comply with them during the administration of this case.

8. I hereby verify that I have no connections with the debtor(s), creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as follows: I was the Chapter 7 Trustee in a case filed by Tony Diab ("Mr. Diab") on May 28, 2019, Case No. 8:19-bk-12034-CB. At the time of filing his petition, Mr. Diab was unemployed. On February 5, 2020, I filed a No Distribution Report and on February 19, 2020, the Court closed his case. I am advised that he is not a current officer or employee of the Debtor but he did receive compensation as an independent contractor in 2022.

9. I have reviewed the schedules, statements, and docket and I do not have any conflicts.

///

///

10. To the best of my knowledge, neither my firm nor I hold any interest materially adverse with the Debtor, the Debtor's attorneys or accountants, the Debtor's creditors, nor any other party in interest, nor their respective attorneys or accountants. If additional information comes to my attention that changes these facts, I will advise the Court and the United States Trustee immediately.

I declare under the penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on May 5, 2023.

*/s/ Richard A. Marshack*

RICHARD A. MARSHACK

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**411 West Fourth Street, Suite 7160, Santa Ana, CA 92701**

A true and correct copy of the foregoing document entitled (*specify*):
**APPLICATION FOR ORDER APPROVING APPOINTMENT OF TRUSTEE AND FIXING BOND**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **May 8, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒  Service information continued on attached page

**2.**  **SERVED BY UNITED STATES MAIL**:  On (*date*) **May 8, 2023,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒  Service information continued on attached page

**3.**  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **May 8, 2023,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 8, 2023 | Queenie Ng | /s/ Queenie Ng |
|---|---|---|
| Date | Print Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                       **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

    | **Name** | **Capacity** | **Email Address** |
    |---|---|---|
    | Byron Moldo | | bmoldo@ecjlaw.com |
    | Ronald Brown | SDCO Tustin Executive Center, Inc. | ron@rkbrownlaw.com |
    | Joon Khang | Debtor's Attorney | joon@khanglaw.com |
    | Shawn Christianson | | cmcintire@buchalter.com |
    | Alan Nahmias | | anahmias@mbn.law |
    | Garrick Hollander | MC DVI Fund 1, LLC | ghollander@wghlawyers.com |
    | Paul Shankman | | PShankman@fortislaw.com |

    *SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. **SERVED BY U.S. MAIL**

    Debtor:
    **The Litigation Practice Group P.C.**
    17542 17th St.,  Suite 100
    Tustin, CA 92780

    The Litigation Practice Group P.C. (new address provided at § 341(a) meeting held on 5/2/23)
    17291 Irvine Blvd., # 101
    Tustin, CA 92780

3. **SERVED BY (state method for each person served):**

    **PERSONAL DELIVERY, FACSIMILE OR EMAIL**

    Judge's Copy

    Honorable Scott C. Clarkson  – bin on the 5th Floor

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**