PETER C. ANDERSON
UNITED STATES TRUSTEE
KENNETH M. MISKEN
ASSISTANT UNITED STATES TRUSTEE
QUEENIE K. NG (State Bar No. 223803)
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
411 W. 4th St., Suite 7160
Santa Ana, CA  92701
Phone (714) 338-3400
Fax (714) 338-3421
Queenie.K.Ng@usdoj.gov

**FILED & ENTERED**

**MAY 08 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY mccall    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

**THE LITIGATION PRACTICE GROUP, P.C.**,

Debtor.

Case Number 8:23-bk-10571-SC

CHAPTER 11

**ORDER APPROVING THE U.S. TRUSTEE'S APPLICATION FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**

[NO HEARING REQUIRED]

Upon consideration of the Application (the "Application") for the Appointment of a Chapter 11 Trustee (filed on May 8, 2023, as Bankr. Dkt. # 64) filed by the United States Trustee for Region 16 ("U.S. Trustee") and good cause appearing therefore:

**IT IS HEREBY ORDERED THAT** the U.S. Trustee's Application is approved and Richard A. Marshack is appointed as the Chapter 11 Trustee in the above captioned case.

**IT IS SO ORDERED**.

Date: May 8, 2023

Scott C. Clarkson
United States Bankruptcy Judge