| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Christopher B. Ghio (State Bar No. 259094)<br>Christopher Celentino (State Bar No. 131688)<br>DINSMORE & SHOHL LLP<br>655 West Broadway, Suite 800<br>San Diego, CA 92101<br>Telephone: 619.400.0500; Facsimile: 619.400.0501<br>christopher.ghio@dinsmore.com<br>christopher.celentino@dinsmore.com<br><br>Proposed Special Counsel to Richard A. Marshack, Chapter 11 Trustee<br><br>☐ *Individual appearing without attorney*<br>☐ *Attorney for:* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>The Litigation Practice Group, PC,<br><br><br>Debtor(s). | CASE NO.:    8:23-bk-10571-SC<br>ADVERSARY NO.:    8:23-ap-01046-SC<br>CHAPTER:    11 |
| RICHARD A. MARSHACK,<br>Chapter 11 Trustee<br><br>Plaintiff(s),<br>vs.<br>TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; et al.<br><br>(See Attachment A for complete names of Defendants)<br>Defendant(s). | **REQUEST THAT THE CLERK ISSUE ANOTHER SUMMONS AND NOTICE OF STATUS CONFERENCE**<br><br>**[LBR 7004-1(a)(1)(B)]**<br><br>No hearing required [LBR 9013-1(p)] |

**PLEASE TAKE NOTICE THAT** (*name of party*) Richard A. Marshack, Chapter 11 Trustee
requests that the clerk issue another Summons and Notice of Status Conference, for the reason(s) stated below. This request is made pursuant to LBR 9013-1(p), which allows the court to grant the request without a hearing.

☐ **A. ORIGINAL SUMMONS NOT TIMELY SERVED** [FRBP 7004(e)]

    1. A summons was issued and filed by the clerk as docket entry #_____ on (*date*) _____.

    2. The 7-day period to serve a summons ended on (*date*) _____.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2015*　　　　　　　　　　　　　　　Page 1　　　　　　　　　　**F 7004-1.2.REQUEST.ANOTHER.SUMMONS**

3. The period to serve a summons ended without service of the summons on the following previously named parties:

   a. _____

   b. _____

   c. _____

4. Therefore, another summons ("alias summons") is needed.

☒ **B. NEW PARTY TO BE ADDED OR JOINED** [FRBP 7014, 7019, 7020]

1. Movant is: ☒ Plaintiff    ☐ Third-Party Plaintiff

2. Name of the party(ies) to be added or joined:

   a. See Attachment B for Parties_____

   b. _____

   c. _____

3. The document that identifies the new party(ies) is filed as docket entry #_____ on (*date*) _____:

   ☐ Amended Complaint

   ☐ Third-Party Complaint

4. Therefore, another summons is needed to serve the new party(ies).


Date: 06/22/2023            Christopher Ghio_____
                            Print name of Movant or Attorney for Movant


                            /s/ Christopher Ghio_____
                            Signature of Movant or Attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2015*                    Page 2                    **F 7004-1.2.REQUEST.ANOTHER.SUMMONS**

**Attachment A**

**Names of Defendants**

**LIST OF DEFENDANTS:**

TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TAING, an individual; HENG TAING, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual; HAN TRINH, an individual; JAYDE TRINH, an individual; WES THOMAS, an individual; SCOTT JAMES EADIE, an individual; JIMMY CHHOR, an individual; DONGLIANG JIANG, an individual; MAX CHOU, an individual; OAKSTONE LAW GROUP PC; GREYSON LAW CENTER PC; PHOENIX LAW, PC; MAVERICK MANAGEMENT GROUP, LLC; LGS HOLDCO, LLC; CONSUMER LEGAL GROUP, P.C.; VULCAN CONSULTING GROUP LLC; BAT INC. d/b/a COAST PROCESSING; PRIME LOGIX, LLC; TERACEL BLOCKCHAIN FUND II LLC; EPPS; EQUIPAY; AUTHORIZE.NET; WORLD GLOBAL; OPTIMUMBANK HOLDINGS, INC. d/b/a OPTIMUM BANK; MARICH BEIN, LLC; BANKUNITED, N.A.; REVOLV3, INC.; FIDELITY NATIONAL INFORMATION SERVICES, INC. d/b/a FIS; WORLDPAY, LLC; WORLDPAY GROUP; MERIT FUND, LLC; GUARDIAN PROCESSING, LLC; PAYLIANCE, LLC; TOUZI CAPITAL, LLC; SEAMLESS CHEX INC; DWOLLA, INC.; STRIPE, INC.

**Attachment B**

**New Parties to be Added:**

Eng Taing

Heng Taing

Jimmy Chhor

Max Chou

Phoenix Law, PC

Maverick Management Group, LLC

BAT Inc. d/b/a Coast Processing

WorldPay, LLC

Guardian Processing, LLC

Payliance, LLC

Touzi Capital, LLC

Seamless Chex Inc.

Dwolla, Inc.

Stripe, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

655 W. Broadway, Suite 800, San Diego, CA  92101

A true and correct copy of the foregoing document entitled**: REQUEST THAT THE CLERK ISSUE ANOTHER SUMMONS AND NOTICE OF STATUS CONFERENCE [LBR 7004-(1)(a)(1)(C)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _06/22/2022_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

 See attached service list.

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/22/2022 | Caron Burke | *(signature)* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2015*     Page 3     **F 7004-1.2.REQUEST.ANOTHER.SUMMONS**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

   Christopher Celentino on behalf of Plaintiff Richard A. Marshack
   christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

   Christopher Celentino on behalf of Trustee Richard A Marshack (TR)
   christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

   Christopher Ghio on behalf of Plaintiff Richard A. Marshack
   christopher.ghio@dinsmore.com

   Richard H Golubow on behalf of Creditor Debt Validation Fund II, LLC
   rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

   Richard H Golubow on behalf of Creditor MC DVI Fund 1, LLC
   rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

   Richard H Golubow on behalf of Creditor MC DVI Fund 2, LLC
   rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

   Daniel A Lev on behalf of Interested Party Courtesy NEF
   daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

   Richard A Marshack (TR)
   pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

   Kenneth Misken on behalf of U.S. Trustee United States Trustee (SA)
   Kenneth.M.Misken@usdoj.gov

   Queenie K Ng on behalf of U.S. Trustee United States Trustee (SA)
   queenie.k.ng@usdoj.gov

   Douglas A Plazak on behalf of Defendant Greyson Law Center PC
   dplazak@rhlaw.com

   Ronald N Richards on behalf of Defendant Consumer Legal Group, PC
   ron@ronaldrichards.com, 7206828420@filings.docketbird.com

   Andrew Still on behalf of Interested Party Courtesy NEF
   astill@swlaw.com, kcollins@swlaw.com

   United States Trustee (SA)
   ustpregion16.sa.ecf@usdoj.gov

   Johnny White on behalf of Interested Party Courtesy NEF
   JWhite@wrslawyers.com, jlee@wrslawyers.com;eweiman@wrslawyers.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-.1.PROOF.SERVICE**