**MAURICE WUTSCHER LLP**
Alan C. Hochheiser, Esq. #OH 0041222
23611 Chagrin Blvd., Suite 207
Beachwood, OH 44122
Telephone: (216) 220-1129
Facsimile: (216) 472-8510
Email: ahochheiser@mauricewutscher.com

*Attorneys for City Capital NY*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA (SANTA ANA)

In re

THE LITIGATION PRACTICE GROUP, P.C.

Defendants.

Case No.: 8:23-bk-10571-SC

**REQUEST FOR SPECIAL NOTICE AND NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned cases on behalf of City Capital NY (the "**Appearing Party**") pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), and requests that all notices given or required to be given in the above-captioned cases and all papers served in the above-captioned cases (including, but not limited to, all papers filed and served in all adversary proceedings, contested matters and other proceedings in the above-captioned cases, and all notices mailed only to parties in interest who filed with the Court a request that all notices be mailed to them) be given to and served upon:

Maurice Wutscher LLP
Alan C. Hochheiser, Esq.
23611 Chagrin Blvd., Suite 207
Beachwood, OH 44122
Telephone: (216) 220-1129
Facsimile: (216) 472-8510
Email: ahochheiser@mauricewutscher.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission, email, or otherwise, that affect, or may potentially affect, the Debtor or the property of the Debtor.

PLEASE TAKE FURTHER NOTICE that request is also made that the attorney identified herein be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that the attorney identified herein consents to e-mail service.

PLEASE TAKE FURTHER NOTICE that the Appearing Party does not, by filing this Request for Special Notice and Notice of Appearance or any later appearance, pleading, claim or suit, submit to jurisdiction of the Bankruptcy Court, or intend to waive any of its rights, including: (i) the right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Appearing Party is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the Appearing Party expressly reserves.

Respectfully submitted,

Dated: May 11, 2023        **MAURICE WUTSCHER LLP**

/s/ Alan C. Hochheiser
Alan C. Hochheiser (OH Bar #0041222)
Attorneys for City Capital NY

## Certificate of Service

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the County of Cuyahoga, Ohio; my business address is 23611 Chagrin Blvd. Suite 207, Beachwood, OH 44122.

On the date below I served a copy, with all exhibits, of the following document(s):

**Request for Special Notice and Notice of Appearance**

On all parties in said case addressed as follows:

| | |
|---|---|
| Joon M Khang<br>KHANG & KHANG LLP<br>4000 Barranca Parkway, Suite 250<br>Irvine, CA 92604 | Queenie K Ng<br>411 West Fourth St.<br>Suite 7160<br>Santa Ana, CA 92701 |
| United States Trustee (SA)<br>411 Fourth Street, Suite 7160<br>Santa Ana, CA 92701 | The Litigation Practice Group P.C.<br>17542 17th St<br>Suite 100<br>Tustin, CA 92780 |
| Richard A Marshack (TR)<br>Marshack Hays LLP<br>870 Roosevelt<br>Irvine, CA 92620 | |

[  ] **(BY ELECTRONIC MAIL)** I personally e-mailed the above-referenced documents to the recipients identified herein.

[ X ] **(BY U.S. MAIL)** I caused to be deposited the sealed envelope, with postage thereon fully prepaid, with the United States Postal Service in Cleveland, Ohio.

[  ] **(BY OVERNIGHT MAIL)** I caused the enclosed documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses herein. I caused the envelope or package to be placed for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration is executed on **May 11, 2023.**

/s/ Alan C. Hochheiser
Alan C. Hochheiser