RICHARD H. GOLUBOW (SBN 160434)
rgolubow@wghlawyers.com
GARRICK A. HOLLANDER (SBN 166316)
ghollander@wghlawyers.com
**WINTHROP GOLUBOW HOLLANDER, LLP**
1301 Dove Street, 5th Floor
Newport Beach, CA  92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

A. Barry Cappello (SBN 037835)
abc@cappellonoel.com
David L. Cousineau (SBN 298801)
dcousineau@cappellonoel.com
G. Michael Brelje (SBN 269476)
mbrelje@cappellonoel.com
**CAPPELLO & NOËL LLP**
831 State Street
Santa Barbara, CA 93101
Telephone: (805) 564-2444
Facsimile: (805) 965-5950

Attorneys for Debt Validation Fund II, LLC,
MC DVI Fund 1, LLC, and MC DVI Fund 2, LLC

## UNITED STATED BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No.: 8:23-bk-10571-SC<br><br>CHAPTER 11<br><br>**NOTICE OF WITHDRAWAL OF NOTICE OF MOTION AND MOTION OF DEBT VALIDATION FUND II, LLC, MC DVI FUND 1, LLC, AND MC DVI FUND 2, LLC TO DISMISS CHAPTER 11 CASE PURSUANT TO 11 U.S.C. §§ 105, 305, 349, & 1112, OR IN THE ALTERANATIVE CONVERT THIS CASE TO CHAPTER 7 OR APPOINT A TRUSTEE**<br><br>DATE:    May 17, 2023<br>TIME:    1:30 p.m.<br>CRTRM:  5C – Virtual |

Debt Validation Fund II, LLC, MC DVI Fund 1, LLC, and MC DVI Fund 2, LLC hereby withdraw, without prejudice, their *Notice of Motion and Motion by DVF and MC DVI to Dismiss Chapter 11 Case Pursuant to 11 U.S.C. Sections 105, 305, 349, & 1112, or in the Alternative Convert This Case to Chapter 7 or Appoint a Trustee* filed on April 19, 2023 [Docket No. 44] ("Motion") on the grounds that the Motion is now moot based on the recent appointment of a chapter 11 trustee. See, Docket Nos. 58 AND 65.

Dated:  May 15, 2023

**CAPPELLO & NOËL LLP**

**and**

**WINTHROP GOLUBOW HOLLANDER, LLP**

By:    */s/ Garrick A. Hollander*
      Garrick A. Hollander
      Richard H. Golubow
Attorneys for Debt Validation Fund II, LLC, MC DVI Fund 1, LLC, and MC DVI Fund 2, LLC

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1301 Dove Street, Suite 500, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF WITHDRAWAL OF NOTICE OF MOTION AND MOTION OF DEBT VALIDATION FUND II, LLC, MC DVI FUND 1, LLC, AND MC DVI FUND 2, LLC TO DISMISS CHAPTER 11 CASE PURSUANT TO 11 U.S.C. §§ 105, 305, 349, & 1112, OR IN THE ALTERANATIVE CONVERT THIS CASE TO CHAPTER 7 OR APPOINT A TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 15, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ronald K Brown**     ron@rkbrownlaw.com
- **Shawn M Christianson**     cmcintire@buchalter.com, schristianson@buchalter.com
- **D Edward Hays**     ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **Alan Craig Hochheiser**     ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Garrick A Hollander**     ghollander@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
- **Joon M Khang**     joon@khanglaw.com
- **Richard A Marshack (TR)**     pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Laila Masud**     lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **Byron Z Moldo**     bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com, dperez@ecjlaw.com
- **Alan I Nahmias**     anahmias@mbn.law, jdale@mbnlawyers.com
- **Queenie K Ng**     queenie.k.ng@usdoj.gov
- **Paul R Shankman**     PShankman@fortislaw.com, info@fortislaw.com
- **United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **May 15, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson
(bin on 5th Floor)
U.S. Bankruptcy Court,
Ronald Reagan Federal Building
411 West Fourth Street Suite 5130
Santa Ana, CA 92701-4593

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 15, 2023 | Silvia Villegas | /s/ Silvia Villegas |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |