**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br><br>The Litigation Practice Group P. C. , Debtor | CASE NO.: 8:23-bk-12571SC<br><br>**REQUEST FOR SPECIAL NOTICE**<br><br>*Do NOT file this Request for Special Notice unless all of the five conditions listed below have been met.* |
|---|---|

I certify that all of the five conditions below have been met:

1. The party requesting special notice is a creditor or equity security holder of the debtor;

2. A creditors' committee has been elected under 11 U.S.C. § 705 or a creditors or equity security holders' committee appointed under 11 U.S.C. § 1102 ("Committee");

3. The Court has limited notice to the Committee;

4. The Request for Special Notice is made pursuant to FRBP 2002(i); and

5. The Request for Special Notice does not include a request for pleadings and orders, including but not limited to proposed or entered orders and judgments, motions, oppositions, evidence, etc.

(Please print or type)

NAME: Leslie E. Chayo, Esq.

MAILING ADDRESS: 9454 Wilshire Blvd., PH

Beverly Hills, CA 90212

Telephone Number: ( 310 ) 277-6337

Dated: 5/11/2023

*Leslie E. Chayo*
*Signature*

Attorney
*Title*

This form has been approved by the United States Bankruptcy Court for the Central District of California.

*Revised September 2008*