|  | FOR COURT USE ONLY |
|---|---|
| | |
| **UNITED STATES BANKRUPTCY COURT** <br> **CENTRAL DISTRICT OF CALIFORNIA - \*\*SELECT DIVISION\*\*** ||
| Name of Debtor(s) listed on the bankruptcy case: <br> The Litigation Practice Group P.C. | CASE NO.: 8-23-bk-10571-SC <br> CHAPTER: 11 |
| | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:   ☐ Debtor   ☐ Joint-Debtor   ☒ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**

   Name(s):  Ronald W. Moore

   Mailing Address:  1421 Roper Mountain Rd., Apt. #336

   City, State, Zip Code: Greenville, SC 29615

3. **New Address:**

   Mailing Address:  101 Aberdeen Chase Dr., Apt. D

   City, State, Zip Code: Easley, SC 29615

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 06/05/2023        Ronald W. Moore
                        Requestor's printed name(s)

                        *Ronald W. Moore* (signature)
                        Requestor's signature(s)

                        _____
                        Title (if applicable, of corporate officer, partner, or agent)

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                       F 1002-1.3.CHANGE.ADDRESS