1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  LAILA MASUD, #311731
   lmasud@marshackhays.com
3  MARSHACK HAYS LLP
   870 Roosevelt
4  Irvine, California 92620
   Telephone: (949) 333-7777
5  Facsimile: (949) 333-7778

6  Attorneys for Chapter 11 Trustee
   RICHARD A. MARSHACK

7

8                    UNITED STATES BANKRUPTCY COURT

9          CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

10

11  In re                                    Case No: 8:23-bk-10571-SC

12  THE LITIGATION PRACTICE GROUP P.C.,      Chapter 11

13                                           NOTICE OF APPLICATION BY
                                             CHAPTER 7 TRUSTEE TO EMPLOY
14          Debtor.                          BICHER & ASSOCIATES AS THE
                                             ESTATE'S FIELD AGENT AND
15                                           FORENSIC ANALYST

16

17  TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE,

18  THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

19          PLEASE TAKE NOTICE that Richard A. Marshack, in his capacity as Chapter 11 Trustee

20  ("Trustee") of the Bankruptcy Estate ("Estate") of The Litigation Practice Group P.C. ("Debtor"),

21  has filed an application ("Application") for entry of an order authorizing the employment of Bicher

22  & Associates ("Bicher" or the "Firm") as the Trustee's and the Estate's field agent and forensic

23  analyst in this case pursuant to 11 U.S.C. §§ 327 & 330 effective May 8, 2023.

24          The Trustee requires the assistance of the Firm to assist with:

25          •       Determining sources of recovery for estate including analyzing accounts receivable

26  balances, avoidable transfers, insider transactions, preference actions and other potential claims by

27  analyzing Debtor's books and records and source information;

28          •       Performing solvency analysis to determine when the Debtor became insolvent;

1

NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY BICHER & ASSOCIATES

4860-9957-6936

1    • Providing litigation support as requested;

2    • Supporting the Trustee and Trustee's professionals' efforts to maximize recovery for

3 creditors through financial and other analysis; and

4    • Any other services mutually agreed upon by the Trustee and Bicher.

5    The Firm will render services to Trustee at the Firm's regular hourly rates, which may be

6 adjusted from time to time. Ms. Ensley's current hourly billing rate is $110 for field agent services

7 and her rate for professional and/or forensic rates is $230. Mr. Bicher's typical forensic accounting

8 rate is $320 per hour, he has also agreed to lower his hourly rate to $270 per hour to represent the

9 Estate in this case.

10    The Firm will be compensated from assets of the Estate, if any, and will not be compensated

11 absent the Estate's receipt or recovery of such assets. The Firm has received no retainer for the

12 services to be performed in this case and has agreed that no retainer will be paid.

13    The Firm will bill local travel expenses at the IRS mileage rate, currently 65.5 cents per mile,

14 or 1 hour round trip at the prevailing agent rate, whichever is greater, plus any parking or other

15 related expenses.  Travel on weekends or holidays will be billed at the prevailing agent rate.  The

16 Firm will pay any toll road costs incurred and will not seek reimbursement for such expenses.

17    Subject to 11 U.S.C. § 327(a), the Trustee requests that the Court approve a procedure where,

18 as the Estate receives available unencumbered cash, Trustee is authorized to pay up to 80% of the

19 invoiced field agent services and 100% of invoiced expenses, to the Firm on a monthly basis, with

20 final approval of such compensation and reimbursement of costs to be determined upon noticed

21 applications and approval by the Court pursuant to 11 U.S.C. § 330 and 331.

22    The Firm understands that its compensation in this case is subject to approval by the

23 Bankruptcy Court. In compliance with 11 U.S.C. §§ 330 and 331, the Firm intends to file interim

24 and final applications for allowance of fees and reimbursement of costs as and when appropriate.

25    The Firm has advised Trustee that the Firm has not shared or agreed to share any

26 compensation to be received by it in this case with any other person, except as among partners of the

27 Firm.

28

NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY BICHER & ASSOCIATES
4860-9957-6936

1       The complete scope and terms of the employment are detailed in the Application a copy of

2 which can be obtained by contacting Laila Masud at the address indicated above.

3       **PLEASE TAKE FURTHER NOTICE** that any response and request for hearing as to the

4 proposed employment must be in the form as required by Local Bankruptcy Rules 2014-1(b), 9013-

5 1(f) and (o) and filed with the Clerk of the above-entitled Court.  The deadline for any response and

6 request for hearing is 14 days after the date of service of this Notice, plus an additional 3 days unless

7 this Notice was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B).  A

8 copy of any response or request for hearing must be served on D. Edward Hays and Laila Masud at

9 the address indicated above.  A copy must also be served on the Office of the United States Trustee,

10 411 W. Fourth Street, Suite 7160, Santa Ana, California 92701.  Failure to timely respond may be

11 deemed as acceptance of the proposed relief.  See Local Bankruptcy Rules 9013-1(h).

12

13 DATED:  June 6, 2023                    MARSHACK HAYS LLP

14

                                  By: */s/ Laila Masud*_____

15                                   D. EDWARD HAYS

                                  LAILA MASUD

16                                   Attorneys for Chapter 7 Trustee

17                                   RICHARD A. MARSHACK

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY BICHER & ASSOCIATES

4860-9957-6936

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (specify): **NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY BICHER & ASSOCIATES** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **June 6, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:**
On   **June 7, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  _, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Service on Judge not required pursuant to LBR 5005-2(d)

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 7, 2023 | Pamela Kraus | /s/  Pamela Kraus |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  continued:

- **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC.:** Ronald K Brown ron@rkbrownlaw.com
- **INTERESTED PARTY COURTESY NEF:** Shawn M Christianson cmcintire@buchalter.com, schristianson@buchalter.com
- **INTERESTED PARTY COURTESY NEF: Richard H Golubow**    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **ATTORNEY FOR TRUSTEE:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR CITY CAPITAL NY:** Alan Craig Hochheiser ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC:** Garrick A Hollander ghollander@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
- **ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP P.C.:** Joon M Khang joon@khanglaw.com
- **INTERESTED PARTY COURTESY NEF: David S Kupetz**    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **INTERESTED PARTY COURTESY NEF: Michael D Lieberman**    mlieberman@lipsonneilson.com
- **CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR TRUSTEE:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF:** Byron Z Moldo bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com, dperez@ecjlaw.com
- **INTERESTED PARTY COURTESY NEF:** Alan I Nahmias anahmias@mbn.law, jdale@mbnlawyers.com
- **ATTORNEY FOR US TRUSTEE:** Queenie K Ng queenie.k.ng@usdoj.gov
- **INTERESTED PARTY COURTESY NEF:** Ronald N Richards ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **INTERESTED PARTY COURTESY NEF:** Paul R Shankman PShankman@fortislaw.com, info@fortislaw.com
- **US TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL:**  continued:

**MAIL REDIRECTED TO TRUSTEE DEBTOR**
THE LITIGATION PRACTICE GROUP P.C.
~~17542 17TH ST~~
~~SUITE 100~~
~~TUSTIN, CA 92780-1981~~

**20 LARGEST CREDITOR**
DOCUMENT FULFILLMENT SERVICES
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2930 RAMONA AVE #100
SACRAMENTO, CA 95826-3838

**20 LARGEST CREDITOR**
TUSTIN EXECUTIVE CENTER
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1630 S SUNKIST STEET
STE A
ANAHEIM, CA 92806-5816

**20 LARGEST CREDITOR**
TASKUS HOLDINGS, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1650 INDEPENDENCE DR
NEW BRAUNFELS, TX 78132-3959

**20 LARGEST CREDITOR**
SHARP BUSINESS SYSTEMS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
8670 ARGENT ST
SANTEE, CA 92071-4172

**20 LARGEST CREDITOR / POC ADDRESS**
OUTSOURCE ACCELERATOR LTD
C/O PAUL R. SHANKMAN, ESQ
FORTIS LLP
650 TOWN CENTER DRIVE, SUITE 1530
COSTA MESA, CA 92626

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**

**20 LARGEST CREDITOR**
NETSUITE-ORACLE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2300 ORACLE WAY
AUSTIN, TX 78741-1400

**20 LARGEST CREDITOR**
MC DVI FUND 1, LLC; MC DVI FUND 2, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1598 COTTONWOOD DR
GLENVIEW, IL 60026-7769

**20 LARGEST CREDITOR**
MARICH BEIN LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
99 WALL STREET
STE 2669
NEW YORK, NY 10005-4301

**20 LARGEST CREDITOR**
LEXISNEXUS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
15500 B ROCKFIELD BLVD
IRVINE, CA 92618-2722

**20 LARGEST CREDITOR**
JP MORGAN CHASE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
3 PARK PLAZA, STE 900
IRVINE, CA 92614-5208

**20 LARGEST CREDITOR / POC ADDRESS**
FIRST LEGAL NETWORK, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 743451
LOS ANGELES, CA 90074-3451

**20 LARGEST CREDITOR**
CREDIT REPORTING SERVICE INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
548 MARKET ST, SUITE 72907
SAN FRANCISCO, CA 94104-5401

**20 LARGEST CREDITOR**
ANTHEM BLUE CROSS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 511300
LOS ANGELES, CA 90051-7855

**20 LARGEST CREDITOR**
AZEVEDO SOLUTIONS GROUPS, INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
420 ADOBE CANYON RD
KENWOOD, CA 95452-9048

**20 LARGEST CREDITOR**
BUSINESS CENTERS OF AMERICA
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1100 SIR FRANCIS DRAKE BLVD, SUITE 1
KENTFIELD, CA 94904-1476

**20 LARGEST CREDITOR / POC ADDRESS**
EXELA ENTERPRISE SOLUTIONS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2701 E. GRAUWYLER ROAD
IRVING, TX 75061-3414

**20 LARGEST CREDITOR**
COLLABORATION ADVISORS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
400 DORLA COURT
ZEPHYR COVE, NV 89448

**20 LARGEST CREDITOR**
EXECUTIVE CENTER LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
5960 SOUTH JONES BLVD
LAS VEGAS, NV 89118-2610

**20 LARGEST CREDITOR**
DEBT PAY PRO
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1900 E GOLF ROAD, SUITE 550
SCHAUMBURG, IL 60173-5870

**20 LARGEST CREDITOR**
DEBT VALIDATION FUND II, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
5075 LOWER VALLEY ROAD
ATGLEN, PA 19310-1774

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

| **20 LARGEST CREDITOR** | **20 LARGEST CREDITOR** | **20 LARGEST CREDITOR** |
|---|---|---|
| VALIDATION PARTNERS LLC<br>ATTN: OFFICER, A MANAGING OR<br>GENERAL AGENT, OR TO ANY<br>OTHER AGENT AUTHORIZED BY<br>APPOINTMENT OR LAW TO<br>RECEIVE SERVICE OF PROCESS<br>1300 SAWGRASS PKWY<br>STE 110<br>SUNRISE, FL 33323 | CALIFORNIA FRANCHISE TAX BOARD<br>PO BOX 942857<br>SACRAMENTO, CA 94257-0001 | LIBERTY MUTUAL<br>ATTN: OFFICER, A MANAGING OR<br>GENERAL AGENT, OR TO ANY<br>OTHER AGENT AUTHORIZED BY<br>APPOINTMENT OR LAW TO<br>RECEIVE SERVICE OF PROCESS<br>PO BOX 91013<br>CHICAGO, IL 60680-1171 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**