

**FILED & ENTERED**

**JUN 07 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.<br><br>Debtor(s). | Case No.: 8:23-bk-10571-SC<br><br>CHAPTER 11<br><br>**ORDER ADVANCING STATUS CONFERENCE TO BE HEARD CONCURRENTLY WITH RELATED MATTERS AND REQUIRING NOTICE**<br><br>Date:    June 12, 2023<br>Time:    1:30 PM<br>Courtroom: 5C – virtual |

On March 24, 2023, the Court ordered that a status conference would be held on June 14, 2023, and required the Debtor to, *inter alia*, provide service of the order on the 20 largest unsecured creditors, the secured creditors, and the U.S. Trustee (together, the "Noticed Parties") within 48 hours of the entry of the order [Dk. 14]. On May 8, 2023, the Court approved the appointment of the Ch. 11 Trustee [Dk. 65].

//
//
//
//
//

Finding good cause to do so, the Court hereby orders that the status conference be ADVANCED to **June 12, 2023, at 1:30 p.m.** to be heard concurrently with matters in related adversary proceedings, and that the Ch. 11 Trustee serve a copy of this order to the Noticed Parties within 24 hours of entry of this order.

IT IS SO ORDERED.

Date: June 7, 2023

Scott C. Clarkson
United States Bankruptcy Judge