1  Christopher B. Ghio (State Bar No. 259094)
   Christopher Celentino (State Bar No. 131688)
2  **DINSMORE & SHOHL LLP**
   655 West Broadway, Suite 800
3  San Diego, CA 92101
   Telephone: 619.400.0500
4  Facsimile: 619.400.0501
   christopher.ghio@dinsmore.com
5  christopher.celentino@dinsmore.com

6  Proposed Special Counsel to Richard A. Marshack

7

8                **UNITED STATES BANKRUPTCY COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

10

11 | In re:                                    | Case No.: 8:23-bk-10571-SC
12 | THE LITIGATION PRACTICE GROUP P.C.,        | Chapter 11
13 |     Debtor.                                | **SUPPLEMENTAL PROOF OF SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
655 W. Broadway, Suite 800, San Diego, California 92101

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF FILING APPLICATION PURSUANT TO 11 U.S.C. SECTION 327(a) AUTHORIZING THE RETENTION AND EMPLOYMENT OF DINSMORE & SHOHL LLP AS SPECIAL COUNSEL FOR CHAPTER 11 TRUSTEE RICHARD A. MARSHACK AND OPPORTUNITY TO REQUEST A HEARING**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 8, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On June 8, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 8, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 8, 2023 | Caron Burke | */s/ Caron Burke* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                     F 9013-.1.PROOF.SERVICE

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

None

**2. SERVED BY UNITED STATES MAIL:**

City Capital NY
c/o Maurice Wutscher LLP
23611 Chagrin Blvd. Suite 207
Beachwood, OH 44122-5540

SDCO Tustin Executive Center, Inc.
c/o RONALD K. BROWN, JR.
901 DOVE ST., SUITE 120
NEWPORT BEACH, CA 92660-3018

The Litigation Practice Group P.C.
17542 17th St
Suite 100
Tustin, CA 92780-1981

ACB Holdings, LP
c/o Old Hickory Partners
303 Colorado Street, Suite 2550
Austin, TX 78701-0023

Abigail Beaudin
64 Thompson Street, APT 16
New York, NY 10012-4317

Ajilon
Lockbox: Dept CH 14031
Palatine, IL 60055-0001

Alexandra H Lutfi
11020 Alta Mesa Road
Victorville Ca 92392-1828

Alice Stanton
160 Brookdale Ln
Indiana PA 15701-6301

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Angela Denise Blair
8711 HAYSHED LN
APT 24
COLUMBIA, MD 21045-2849

Anibal Colon Jr
c/o Alexander Taylor, Esq.
Sulaiman Law Group Ltd
2500 S. Highland Ave, Ste 200
Lombard, IL 60148-7103

Anthem Blue Cross
PO Box 511300
Los Angeles, CA 90051-7855

April Riedy
3949 Clubview Avenue
West Bloomfield Township, MI 48324-2807

Arizona Dept of Economic Security
PO Box 6028
Phoenix, AZ 85005-6028

Arkansas Department of Finance and Administr
Revenue Legal Counsel
P.O. Box 1272, Rm. 2380
Little Rock, AR 72203-1272

Arkansas Dept of Finance & Admin
PO Box 9941, Little Rock, AR 72203-9941
Little Rock, AR 72203-9941

Arven Allen Knight
1805 23rd St SE Apt 252B
Washington DC 20020-4550

Ashley Glockner
369 W bay street
Unit D
Costa Mesa, CA 92627-5748

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                          **F 9013-.1.PROOF.SERVICE**

Azevedo Solutions Groups, Inc
420 Adobe Canyon Rd
Kenwood, CA 95452-9048

Beverly Graham
c/o Bobby Walker, Esq.
Sulaiman Law Group
2500 S. Highland Ave, Ste 200
Lombard, IL 60148-7103

Blanche whealdon
1317 harvard avenue
Natrona heights, PA 15065-1424

Blue Cross of California d/b/a Anthem Blue C
c/o Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1803

Brittany Weston, Esq.
3070 Bristol Pike, Suite 1-115
Bensalem, PA 19020-5356

Business Centers of America
1100 Sir Francis Drake Blvd
Ste 1
Kentfield, CA 94904-1476

CT Corporation - Inv
PO Box 4349
Carol Stream, IL 60197-4349

California Dept. of Tax and Fee Administrati
Collections Support Bureau, MIC: 55
PO Box 942879
Sacramento, CA 94279-0001

California Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0001

Carolina Technologies & Consulting Invoice
1854 Hendersonville Road, Suite A
PMB #178
Asheville, NC 28803-2495

Carolyn Beech
c/o Daniel Edelman, Esq.
20 South Clark St., Ste1500
Chicago, IL 60603-1824

Christine Johnson
7807 171st Place
Tinley Park, IL 60477-3267

Cindy Newman
19962 Nipona ct
Riverside CA 92508-3231

City Capital NY
1135 Kane Concourse
Bay Harbour Islands, FL 33154-2025

Collaboration Advisors
400 Dorla Court
Zephyr Cove, NV 89448

Cory Reade Dows and Shafer
1333 N Buffalo Drive
Suite 210
Las Vegas, NV 89128-3636

Credit Reporting Service Inc
548 Market St, Suite 72907
San Francisco, CA 94104-5401

Darcy Williamson, Trustee
510 SW 10th
Topeka, KS 66612-1606

David Ulery
c/o Joshua Eggnatz, Esq,
EGGNATZ  PASCUCCI
7450 Griffin Road, Suite 230
Davie, FL 33314-4104

Debra M Archambault
5 Carlann Lane
Valley Cottage, NY 10989-1409

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                                      **F 9013-**
**.1.PROOF.SERVICE**

Debra Price
c/o Robert Cocco
1500 Walnut St, Ste 900
Philadelphia, PA 19102-3518

Debt Pay Pro
1900 E Golf Road, Suite 550
Schaumburg, IL 60173-5870

Debt Validation Fund II, LLC
5075 Lower Valley Road
Atglen, PA 19310-1774

Denise Burtchell
185 Old Canterbury Tpke
Norwich, CT 06360-1709

WA STATE DEPT OF LABOR &
INDUSTRIES
BANKRUPTCY UNIT
PO BOX 44171
OLYMPIA WA 98504-4171

Diverse Capital LLC
323 Sunny Isles Blvd, Ste 503
Sunny Isles, FL 33160-4675

Document Fulfillment Services
2930 Ramona Ave #100
Sacramento, CA 95826-3838

Donald and Sharon Seal
338 N Adams St
Plentywood, MT 59254-1666

EnergyCare, LLC
2925 N. Green Valley Parkway
Suite C
Henderson, NV 89014-0418

Executive Center LLC
5960 South Jones Blvd
Las Vegas, NV 89118-2610

Exela Enterprise Solutions
2701 E. Grauwyler Road
Irving, TX 75061-3414

Firas Abunada
18927 Hickory Creek Drive, Suite 115
Mokena, IL 60448-8660

First Legal Network, LLC
PO Box 743451
Los Angeles, CA 90074-3451

Forth Technology, Inc.
1900 E. Golf Road
Suite 550
Schaumburg, IL 60173-5870

Fundura Capital Group
80 Broad Street, Ste 3303
New York, NY 10004-2845

GHA Technologies Inc
8998 E Raintree Dr
Scottsdale, AZ 85260-7024

GHA Technologies Inc
Dept #2090
PO Box 29661
Phoenix, AZ 85038-9661

Geneve and Myranda Sheffield
c/o Jeremiah Heck, Esq
Luftman Heck & Assoc
6253 Riverside Dr, Ste 200
Dublin, OH 43017-5450

Georgia Dept of Labor
148 Andrew Young International Blvd, NE,
Atlanta, GA 30303-1751

Gerardo Guzman
5515 S. Emporia
Wichita, KS 67216-3610

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                                    F 9013-
.1.PROOF.SERVICE

Gloria Eaton
c/o Kris Skaar, Esq.
133 Mirramont Lake Dr.
Woodstock, GA 30189-8215

Harrington Electric Inc
PO Box 886
Skyland, NC 28776-0886

Heba Qandeel-Kishta
7625 Brookside Glen Drive
Tinley Park, IL 60487-5197

Hunter Hastings
26847 Ellis Mill Rd
Seaford, DE 19973-4656

Imagine Reporting
1350 Columbia Street
Suite 703
San Diego, CA 92101-3456

INDIANA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY
100 N SENATE AVE
INDIANAPOLIS IN 46204-2253

Indiana Dept of Revenue
PO Box 1028
INDIANAPOLIS, IN 46206-1028

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JACLYN GOMEZ
109 Tottenham Lane
Elk Grove Village, IL 60007-3818

JP Morgan Chase
3 Park Plaza, Ste 900
Irvine, CA 92614-5208

James Hammett
c/o Jenna Dakraub
Price Law Group
8245 N. 85th Way
Scottsdale, AZ 85258-4349

Jane Ann Dearwester
P.O. Box 7084
Asheville, NC 28802-7084

Jason Stopnitzky
Law Offices of Leslie E. Chayo
9454 Wilshire Blvd.,
Penthouse
Beverly Hills, CA 90212-2937

Jessica Jarboe
PO BOX 4392
KINGMAN AZ 86402
Kingman, AZ 86402-4392

Joan P Schott
9303 Lands Point
San Antonio TX 78250-2876

John Charles Porter
308 South Ramsey St
Manchester TN 37355-1735

John Ray Soriano
1805 SE Lund Ave #1010
Port Orchard, WA 98366-5555

Johnny RIzo
c/o Bobby Walker, Esq.
Sulaiman Law Group
2500 S. Highland Ave, Ste 200
Lombard, IL 60148-7103

Jordan Michael Kurth
205 Walnut Drive
Eighty Four, PA 15330-8625

Juize, Inc
PO Box 505
Murrieta, CA 92564-0505

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                       F 9013-
.1.PROOF.SERVICE

Karen Suell
c/o Nathan C. Volheim, Esq
Sulaiman Law Group
2500 S. Highland Ave, Ste 200
Lombard, IL 60148-7103

Kari B. Coniglio, Chapter 7 Trustee
200 Public Square, Suite 1400
Cleveland, OH 44114-2327

Kathleen Lacey
c/o David Chami, Esq.
Price Law Group
8245 N. 85th Way
Scottsdale, AZ 85258-4349

Kathleen Scarlett
c/o Jeremiah Heck, Esq.
Luftman Heck & Assoc
6253 Riverside Dr, Ste 200
Dublin, OH 43017-5450

Kelly Dooley
12591 Bryant St
Broomfield CO 80020-3847

Kenneth Topp
c/o Nathan Volheim, Esq
Sulaiman Law Group Ltd
2500 S Highland Ave, Ste 200
Lombard, IL 60148-7103

Kevin Carpenter
c/o Alexander Taylor, Esq,
Sulaiman Law Group Ltd
2500 S. Highland Ave, Ste 200
Lombard, IL 60148-7103

Kimberly Birdsong
c/o Alexander J. Taylor, Esq.
SULAIMANLAW GROUP
2500 South Highland Ave
Suite 200
Lombard, IL 60148-7103

Krisp Technologies, Inc
2150 Shattuck Ave
Penthouse 1300
Berkeley, CA 94704-1347

LHH RS
c/o Steven Rebidas
4800 Deerwood Campus Parkway
BLDG 800
Jacksonville FL 32246-8319

Laura Ceva
280 Black Oak Cove Road
Candler, NC 28715-8139

LexisNexus
15500 B Rockfield Blvd
Irvine, CA 92618-2722

Liberty Mutual
PO Box 91013
Chicago, IL 60680-1171

Lisa Gore
2734 W. 18th Avenue, Apt. 1F
Chicago, IL 60608-1798

MC DVI Fund 1, LLC; MC DVI Fund 2, LLC
1598 Cottonwood Dr
Glenview, IL 60026-7769

MDL Group c/o Executive Center LLC
5960 South Jones Boulevard
Las Vegas, NV 89118-2610

Marc LeMauviel
326 Macneil Way
Weaverville, NC 28787-6700

Marc Lemauviel - Allegra
326 MacNeil Way
Weaverville, NC 28787-6700

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-**
**.1.PROOF.SERVICE**

Marich Bein LLC
99 Wall Street
Ste 2669
New York, NY 10005-4301

MarkSYS Holdings, LLC
3725 Cincinnati Ave
Suite 200
Rocklin, CA 95765-1220

Melissa L. and Shiva L. Sooknanan
1584 Apache Way
Clarksville, TN 37042-8178

Michael Schwartz
3968 Lowry Avenue
Cincinnati, OH 45229-1310

Michael Yancey III
8245 N 85th Way
Scottsdale, AZ 85258-4349

Michael and Sarah Pierce
122 Southshore Drive
Jackson, TN 38305-6223

Miguel A Zuanabar Jr
812 Sumner Street
Addison, IL 60101-1338

Mississippi Department of Revenue
ATTN: Bankruptcy Section
P. O. Box 22808
Jackson, MS 39225-2808

Mississippi Dept of Revenue
PO Box 23075
Jackson, MS 39225-3075

Nationwide Appearance Attorneys
5737 Kanan Rd #628
Agoura Hills, CA 91301-1601

Netsuite-Oracle
2300 Oracle Way
Austin, TX 78741-1400

Nevada Dept of Taxation
1550 College Parkway, Suite 115
Carson City, NV 89706-7939

OHP-CDR, LP
c/o Quinn Emanuel Urquhart & Sullivan LL
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017-5003

Outsource Accelerator Ltd
City Marque Limited, Unit 8801-2
Bldg 244-248 Des Voeux Rd
Central Hong Kong

Paola Gomez
19542 Pompano Ln
103
Huntington Beach, CA 92648-6424

Peter Schneider
12115 NE 165th PL
Bothell, WA 98011-7115

Pitney Bowes
PO Box 981026
Boston, MA 02298-1026

Rapid Credit Inc
3558 Round Barn Blvd
Suite 200
Santa Rosa, CA 95403-0991

Ronald W. Moore
101 Aberdeen Chase Dr., Apt. D
Easley, SC 29640-3079

SBS Leasing A Program of De Lage Landen
PO Box 41602
Philadelphi, PA 19101-1602

STATE OF NEVADA DEPARTMENT OF TAXATION
700 E WARM SPRINGS RD STE 200
LAS VEGAS, NV 89119-4311

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                     **F 9013-**
**.1.PROOF.SERVICE**

Salvatore Porcaro
72 Dorset Drive
Clark, NJ 07066-3010

Security Solutions
10911 Bloomfield St
Los Alamitos, CA 90720-2506

Sharp Business Systems
8670 Argent St
Santee, CA 92071-4172

Steve Malu
2582 Se 18th Ave
Gainesville FL 32641-1211

Streamline Performance Inc
1551 N Tustin, #555
Santa Ana, CA 92705-8634

TaskUs Holdings, Inc.
1650 Independence Dr
New Braunfels, TX 78132-3959

The Bankruptcy Estate of
Steven Robert Verzal
1251 North Eddy Street
Suite 203
South Bend IN 46617-1478

Thomas Ray
2312 Platinum Dr
Sun City Center, FL 33573-6495

Thomson Reuters
610 Opperman Drive
Eagen, MN 55123-1340

Tustin Executive Center
1630 S Sunkist Steet
Ste A
Anaheim, CA 92806-5816

Twilio, Inc
101 Spear Street
Suite 500
San Francisco, CA 94105-1559

Unified Global Research Group
1660 HOTEL CIR N STE S620
SAN DIEGO, CA 92108-2806

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Utah State Tax Commission
210 N 1950 W
Salt Lake City, UT 84134-9000

Validation Partners LLC
1300 Sawgrass Pkwy
Ste 110
Sunrise, FL 33323

Wisconsin Dept of Revenue
PO Box 8901
Madison, WI 53708-8901

Byron Moldo
9401 Wilshire Boulevard, Twelfth Floor
Beverly Hills, CA 90212-2928

Jason Patterson Stopnitzky
52 Cupertino Circle
Aliso Viejo, CA 92656-8076

Joon M Khang
KHANG & KHANG LLP
4000 Barranca Parkway, Suite 250
Irvine, CA 92604-1713

Paul R. Shankman
Fortis LLP
650 Town Center Drive
Suite 1530
Costa Mesa, CA 92626-7021

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                          F 9013-
.1.PROOF.SERVICE