United States Bankruptcy Court

Central District of California

In re:                                                                    Case No. 23-10571-SC
The Litigation Practice Group P.C.                                        Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8                     User: admin                              Page 1 of 2
Date Rcvd: Jun 07, 2023                  Form ID: pdf042                    Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2023                  Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan Craig Hochheiser | on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com  arodriguez@mauricewutscher.com |
| Alan I Nahmias | on behalf of Interested Party Courtesy NEF anahmias@mbn.law  jdale@mbnlawyers.com |
| Byron Z Moldo | on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com  amatsuoka@ecjlaw.com,dperez@ecjlaw.com |
| D Edward Hays | on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| D Edward Hays | on behalf of Interested Party Courtesy NEF ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| David S Kupetz | |

District/off: 0973-8                      User: admin                      Page 2 of 2
Date Rcvd: Jun 07, 2023                   Form ID: pdf042                   Total Noticed: 1

on behalf of Interested Party Courtesy NEF David.Kupetz@lockelord.com  mylene.ruiz@lockelord.com

Garrick A Hollander
on behalf of Creditor Debt Validation Fund II  LLC ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
on behalf of Creditor MC DVI Fund 2  LLC ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
on behalf of Creditor MC DVI Fund 1  LLC ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Gregory M Salvato
on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joon M Khang
on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com

Joon M Khang
on behalf of Plaintiff The Litigation Practice Group P.C. joon@khanglaw.com

Kenneth Misken
on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

Laila Masud
on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com
lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Michael D Lieberman
on behalf of Creditor Phillip A. Greenblatt  PLLC mlieberman@lipsonneilson.com

Paul R Shankman
on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com  info@fortislaw.com

Queenie K Ng
on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Richard A Marshack (TR)
pkraus@marshackhays.com  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Richard H Golubow
on behalf of Creditor Debt Validation Fund II  LLC rgolubow@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
on behalf of Creditor MC DVI Fund 2  LLC rgolubow@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
on behalf of Creditor MC DVI Fund 1  LLC rgolubow@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Ronald K Brown
on behalf of Creditor SDCO Tustin Executive Center  Inc. ron@rkbrownlaw.com

Ronald N Richards
on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com  7206828420@filings.docketbird.com

Shawn M Christianson
on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com  schristianson@buchalter.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov


TOTAL: 25



FILED & ENTERED

JUN 07 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte          DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

In re:

The Litigation Practice Group P.C.

Debtor(s).

Case No.: 8:23-bk-10571-SC

CHAPTER 11

**ORDER ADVANCING STATUS
CONFERENCE TO BE HEARD
CONCURRENTLY WITH RELATED
MATTERS AND REQUIRING NOTICE**

Date:       June 12, 2023
Time:       1:30 PM
Courtroom:  5C – virtual

On March 24, 2023, the Court ordered that a status conference would be held on June 14, 2023, and required the Debtor to, *inter alia*, provide service of the order on the 20 largest unsecured creditors, the secured creditors, and the U.S. Trustee (together, the "Noticed Parties") within 48 hours of the entry of the order [Dk. 14]. On May 8, 2023, the Court approved the appointment of the Ch. 11 Trustee [Dk. 65].

//
//
//
//
//

-1-

1       Finding good cause to do so, the Court hereby orders that the status conference

2  be ADVANCED to **June 12, 2023, at 1:30 p.m.** to be heard concurrently with matters in

3  related adversary proceedings, and that the Ch. 11 Trustee serve a copy of this order to

4  the Noticed Parties within 24 hours of entry of this order.

5       IT IS SO ORDERED.

25    Date: June 7, 2023

Scott C. Clarkson
United States Bankruptcy Judge

-2-