1  Christopher B. Ghio (State Bar No. 259094)
    Christopher Celentino (State Bar No. 131688)
2  **DINSMORE & SHOHL LLP**
    655 West Broadway, Suite 800
3  San Diego, CA 92101
    Telephone:  619.400.0500
4  Facsimile:  619.400.0501
    christopher.ghio@dinsmore.com
5  christopher.celentino@dinsmore.com

6  Proposed Special Counsel to Richard A. Marshack,
    Chapter 11 Trustee
7

8  D. Edward Hays (State Bar No. 162507)
    Laila Masud (State Bar No. 311731)
    **MARSHACK HAYS LLP**
9  870 Roosevelt
    Irvine, CA 92620
10  Telephone:  949.333.7777
    Facsimile:  949.333.7778
11  ehays@marshackhays.com

12  Proposed General Bankruptcy Counsel to Richard A. Marshack,
    Chapter 11 Trustee
13

14
              **UNITED STATES BANKRUPTCY COURT**
15
              **CENTRAL DISTRICT OF CALIFORNIA**
16
              **SANTA ANA DIVISION**
17

18
19  In re:

20  THE LITIGATION PRACTICE GROUP P.C.,

21        Debtor.

| | |
|---|---|
| In re: | Case No.: 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Chapter 11 |
| Debtor. | **NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION FOR ORDER AUTHORIZING THE CHAPTER 11 TRUSTEE TO ENTER INTO AN EXPENSE REIMBURSEMENT AGREEMENT WITH THE AD HOC COMMITTEE** |
| | Date:  TBD<br>Time:  1:30 p.m.<br>Judge: Hon. Scott C. Clarkson<br>Place:  Courtroom 5C<br>       411 W. Fourth Street<br>       Santa Ana, CA  92701 |

28

#30901697v1

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR, AND ALL SCHEDULED CREDITORS AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on a date to be ordered by the court, on the 1:30 p.m. calendar, in Courtroom 5C of the United States Bankruptcy Court located at 411 W. Fourth Street, Santa Ana, California 92701, a hearing will be held before the Honorable Scott C. Clarkson, United States Bankruptcy Judge for the Central District of California (the "Court"), to consider the *Motion for Order Authorizing the Chapter 11 Trustee to Enter Into an Expense Reimbursement Agreement With the Ad Hoc Committee* (the "Motion") filed jointly by Richard A. Marshack, solely in his capacity as Chapter 11 Trustee (the "Trustee") of the bankruptcy estate (the "Estate") of The Litigation Practice Group P.C. (the "Debtor") in the above-captioned bankruptcy case (the "Case"), and proposed Special Litigation Counsel to the Trustee (the "Special Litigation Counsel") relative the proposed Ad Hoc Committee of Consumer Claimants (the "Ad Hoc Committee").

**PLEASE TAKE FURTHER NOTICE** that the Motion is made pursuant to 11 U.S.C. § 363(b)(1) on the grounds that entry into that certain Reimbursement Agreement, which provides for payment of the Ad Hoc Committee's fees and expenses by the Estate as further explained in the Motion, is a sound exercise of the Trustee's business judgment.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based on (a) this Notice of Motion and Motion, Memorandum of Points and Authorities, and Declaration of Richard A. Marshack, (b) the pleadings on file in this Case of which the Court is requested to take judicial notice, and (c) such other pleadings and evidence as may be properly submitted in connection with the Motion.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1(f), any response or opposition to the Motion must be (i) in writing and include a complete written statement of all reasons in opposition thereto or in support or joinder thereof, declarations and copies of all photographs and documentary evidence on which the responding party intends to rely and any responding memorandum of points and authorities, and (ii) filed

1

with the Court and served on the Trustee, proposed special counsel for the Trustee, proposed

general bankruptcy counsel for the Trustee, proposed counsel for the Ad Hoc Committee of

Consumer Claimants, the Debtor, and the Office of the United States Trustee within 14 days

prior to the hearing on this Motion, including at the following addresses:

**For Service on the Trustee**
Christopher B. Ghio, Esq.
Christopher Celentino, Esq.
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101

**&**

D. Edward Hays, Esq.
Laila Masud, Esq.
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620

**For Filing with the Court**
Clerk's Office
United States Bankruptcy Court
411 W. Fourth Street
Santa Ana, CA 92701

**For Service on the Hon. Scott C. Clarkson**
Hon. Scott C. Clarkson
Ronald Reagan Federal Building
411 W. Fourth Street, bin on 5th Fl.
Santa Ana, CA 92701

**For Service on the Office of the
United States Trustee**
Office of the United States Trustee
411 W. Fourth Street, Ste 7160
Santa Ana, CA 92701

      **PLEASE TAKE FURTHER NOTICE that, pursuant to Local Bankruptcy**

**Rule 9013-1(h), the failure to file and serve a timely response to the Motion may be**

**deemed by the Court to be consent to the granting of the relief requested in the Motion.**

Dated: June 13, 2023

Respectfully submitted,

MARSHACK HAYS LLP

By:_____/s/__D. Edward Hays_____ _ ____
          D. Edward Hays
          Laila Masud
Proposed General Bankruptcy Counsel to
Richard A. Marshack, Chapter 11 Trustee

2

#30901697V1

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.    INTRODUCTION

Richard A. Marshack, the Chapter 11 Trustee (the "Trustee") for the bankruptcy estate (the "Estate") of The Litigation Practice Group, P.C. (the "Debtor") in the above-captioned bankruptcy case (the "Case"), along with the proposed Special Litigation Counsel Dinsmore & Shohl LLP (the "Special Litigation Counsel") jointly move (the "Motion"), pursuant to section 363 of title 11 of the United States Code (the "Bankruptcy Code"), for entry of an order authorizing the Trustee to enter into a post-petition expense reimbursement agreement (the "Reimbursement Agreement") to pay certain fees and expenses of the Ad Hoc Committee. A true and correct copy of the Reimbursement Agreement is attached as **Exhibit A** to the Declaration of Richard A. Marshack, filed contemporaneously herewith. In support of this Motion, the Trustee respectfully represents as follows:

## II.    FACTUAL BACKGROUND

### A.    The Bankruptcy Case

On March 20, 2023 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the Case.

After the Office of the United States Trustee (the "UST") filed the *Motion by United States Trustee to Dismiss or Convert Case Pursuant to 11 U.S.C. § 1112(b)* [Docket No. 21] and creditors Debt Validation Fund II, LLC; MC DVI Fund 1, LLC; and MC DVI Fund 2, LLC filed the *Motion by DVF and MC DVI to Dismiss Chapter 11 Case Pursuant to 11 U.S.C. §§ 105, 305, 349, & 1112, or in the Alternative Convert This Case to Chapter 7 or Appoint a Trustee* [Docket No. 44], the Court entered the *Order Directing Unites States Trustee to Appoint Chapter 11 Trustee* [Docket No. 58] on May 4, 2021, thereby granting the UST's motion and directing the UST to appoint a Chapter 11 Trustee in the Case.

Pursuant to the *Acceptance of Appointment as Chapter 11 Trustee* [Docket No. 63], on May 8, 2023, Mr. Marshack accepted his appointment as the Chapter 11 Trustee in the Case, and he continues to serve in this capacity at this time.

3

#30901697V1

**B.      The Ad Hoc Committee**

In conjunction with this Motion, the Trustee will be filing a motion seeking the appointment of Pachulski Stang Ziehl & Jones LLP ("Pachulski") as the legal representative for approximately 50,000 consumer claimants who have been clients of the Debtor and who have paid for debt relief legal services (the "Claimants"). The Ad Hoc Committee is being proposed to advance the common interests of all Claimants, particularly with respect to any claims on account of services not provided by the Debtor.

Working together, the Trustee and Ad Hoc Committee will put in place a framework of consumer protections applicable to any sale of estate property to attempt to ensure under the circumstances that the debt invalidation and legal services due under the Debtor's Legal Services Agreements are provided in a manner consistent with applicable law and ethical guidelines. Working within this framework, the Trustee and Ad Hoc Committee will work to expedite recovery for Claimants while ensuring consumers are protected. This framework will provide a better outcome for Claimants by maximizing the value of Estate Property and in a manner consistent with both consumer protection and ethical standards. As a result, the Trustee and Ad Hoc Committee anticipate that this framework will result in a far greater likelihood of significant recoveries for Claimants than would years of piecemeal litigation.

**C.      The Reimbursement Agreement**

To facilitate a successful resolution of this Case and attempt to ensure under the circumstances that all parties are adequately represented, especially the Claimants whose interests are of paramount importance, the Trustee proposes to enter into the attached Reimbursement Agreement with the Ad Hoc Committee.

The Reimbursement Agreement provides that the Debtor will pay (a) the reasonable and documented out-of-pocket expenses of members of the Ad Hoc Committee and (b) the reasonable and documented fees and out-of-pocket expenses of professionals that are currently or will be retained by the Ad Hoc Committee, including, without limitation, Pachulski (collectively, the "Professionals"), for the period of May 30, 2023 through the termination of the Reimbursement Agreement (together, the "Fees and Expenses").

#30901697V1

The Reimbursement Agreement provides that the Professionals will file monthly fee statements and interim and final fee applications.

Both parties can terminate the Reimbursement Agreement at any time, and for any reason, by providing written notice to the other party, and such termination will be effective ten (10) business days following the delivery of the written notice.

## III.  ARGUMENT

Pursuant to section 363(b) of the Bankruptcy Code, the Trustee requests that the Court enter an order authorizing him to enter into the Reimbursement Agreement with the Ad Hoc Committee.

### A.  The Trustee May Enter Into the Reimbursement Agreement Pursuant to 11 U.S.C. § 363(b).

Section 363(b)(1) of the Bankruptcy Code provides, in relevant part, that a trustee, "after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate." 11 U.S.C. § 363(b)(1). A trustee is afforded deference, particularly where he exercised business judgment, when approving non-ordinary course transactions under section 363(b) of the Bankruptcy Code. *See, e.g.*, *Debilio v. Golden (In re Debilio)*, No. CC-13-1441-TaPaKi, 2014 Bankr. LEXIS 3886, at *15–16 (9th Cir. BAP Sep. 11, 2014) (citing *Simantob v. Claims Prosecutor, L.L.C. (In re Lahijani)*, 325 B.R. 282, 289 (9th Cir. BAP 2005)); *see also In re Galleria USA, Inc.*, No. 8:09-bk-20651-TA, 2010 Bankr. LEXIS 3916, at *4 (Bankr. C.D. Cal. Jan. 13, 2010) (J. Albert) (approving an agreement and sale under section 363(b) of the Bankruptcy Code and noting that the transaction was a "reasonable exercise of the Trustee's business judgment").

Courts in this Circuit, and others, have regularly approved agreements providing for the payment of professional fees of ad hoc committees and unsecured creditors' professional fees as a proper exercise of the debtor or trustee's business judgment. *See, e.g.*, *In re PG&E Corporation and Pacific Gas and Electric Company*, No. 19-30088 (DM) (Bankr. N.D. Cal. Feb. 5, 2020) (J. Montali) [Docket No. 5637] (authorizing debtors to reimburse professional fees of ad hoc committee); *In re Purdue Pharma L.P.*, No. 19-23649 (RDD) (Bankr. S.D.N.Y. Dec 2, 2019) (J. Drain) [Docket No. 553] (authorizing debtors to "perform the Reimbursement Agreement

#30901697V1

pursuant to section 363 of the Bankruptcy Code"); *In re Hercules Offshore, Inc.*, No. 15-11685 (KJC) (Bankr. D. Del. Aug. 24, 2015) (J. Sontchi) [Docket No. 95] (approving payment of unsecured creditors' professional fees in connection with a restructuring support agreement).

Approval of the Fees and Expenses at a later date under section 503(b) of the Bankruptcy Code would be an inadequate substitute for the pre-authorization sought in this Motion. In that case, the Fees and Expenses of Claimants' professionals in this Case could ultimately be passed on to the claimants. Unlike corporate litigants, the Ad Hoc Committee and individual consumer Claimants are ill-equipped to bear the costs of the professionals. Absent the relief requested in this Motion, the Ad Hoc Committee's ability to engage and meaningfully participate in this Case would likely be significantly impaired.

The cases cited above make clear that fees incurred by unsecured creditors' professionals may by authorized on a prospective basis to the extent payment of such fees would benefit the debtor's estate by, among other things, facilitating progress in the case.

**B.    Entry Into the Reimbursement Agreement Is a Proper Exercise of the Trustee's Business Judgment.**

The Trustee's entry into the Reimbursement Agreement is a sound exercise of his business judgment and should be approved under section 363(b) of the Bankruptcy Code. The Trustee recognizes the importance of protecting the Claimants' interests and endeavors to do so. To that end, the Trustee will work with the Ad Hoc Committee to formulate a plan of liquidation that considers the Claimants' interests. The Trustee intends to sell viable portions of the Debtor's business and, in doing so, to consult with Claimants vis-à-vis competent counsel that is paid by the Estate.

Claimants' interests are enhanced by the Ad Hoc Committee's involvement. Funding under the Reimbursement Agreement will permit the Ad Hoc Committee to counsel Claimants as to the benefits of the Debtor's business, which, when sold to legitimate attorneys, will return to providing valuable debt relief services that may have recently ceased due to the acts of prior bad actors who were faced with financial difficulty. The Ad Hoc Committee can serve as an intermediary between the Trustee and Claimants and can convey to the Trustee any concerns that Claimants may have.

#30901697V1

1   While the Trustee has agreed to pay from the Estate certain fees and expense of the Ad Hoc

2   Committee in connection with this Case, the Trustee believes that these costs represent a significant

3   savings over the fees and expenses that could be incurred if he were required to negotiate with

4   members of the Ad Hoc Committee on an individual basis.

5   The Trustee's business judgment in entering into the Reimbursement Agreement is further

6   supported by certain provisions that safeguard Estate resources and ensure that the payment of the

7   Fees and Expenses is in the best interest of the Estate. These safeguards include a provision that

8   allows the Trustee to terminate the Reimbursement Agreement and halt the accrual of future Fees

9   and Expenses upon ten business days' written notice. This right to terminate ensures that the

10  Trustee will not risk paying Fees and Expenses if there is no longer utility in doing so. The

11  Reimbursement Agreement also requires the Professionals to submit invoices for payment. This

12  provides the Trustee and other parties in interest an opportunity to review and, if appropriate, object

13  to the Fees and Expenses.

14  Thus, for all of these reasons, the Trustee respectfully submits that its entry into the

15  Reimbursement Agreement should be approved as a sound exercise of his business judgment.

16  **C.**   **Waiver of Rule 6004(h) of the Federal Rules of Bankruptcy Procedure Is**

17  **Appropriate.**

18  As a final matter, the Trustee requests that the stay imposed by Rule 6004(h) of the Federal

19  Rules of Bankruptcy Procedure upon orders authorizing the use, sale, or lease of property be waived

20  under the circumstances of this Case. It is in the interest of Trustee, Ad Hoc Committee, and

21  Claimants that the transaction be approved as quickly as possible without any stay upon the entry of

22  an order granting this Motion.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

7

#30901697V1

1

## IV.    CONCLUSION

2          Thus, the Trustee respectfully requests that this Court grant the Motion.

3

4   Dated:  June 13, 2023                          Respectfully submitted,

5                                                  MARSHACK HAYS LLP

6
                                                   By:_____/s/__D. Edward Hays_____ _ _
7                                                        D. Edward Hays
                                                         Laila Masud
8                                                  Proposed General Bankruptcy Counsel to
                                                   Richard A. Marshack, Chapter 11 Trustee
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

#30901697V1

## DECLARATION OF RICHARD A. MARSHACK

I, RICHARD A. MARSHACK, declare:

1.      I am the Chapter 11 Trustee (the "Trustee") for the bankruptcy estate (the "Estate") of The Litigation Practice Group, P.C. (the "Debtor") in the above-captioned bankruptcy case (the "Case"). As such, except as expressly stated otherwise, I have personal knowledge of the facts set forth below and could and would competently testify under oath thereto if requested to do so.

2.      I submit this Declaration in support of the *Joint Motion For Order Authorizing the Chapter 11 Trustee to Enter Into an Expense Reimbursement Agreement With the Ad Hoc Committee* (the "Motion"), filed contemporaneously herewith. Capitalized terms not otherwise defined herein have the same meanings ascribed to them in the Motion.

3.      The Court may take judicial notice of the following:

a.      On March 20, 2023, the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the Case.

b.      After the Office of the UST filed the *Motion by United States Trustee to Dismiss or Convert Case Pursuant to 11 U.S.C. § 1112(b)* [Docket No. 21] and creditors Debt Validation Fund II, LLC; MC DVI Fund 1, LLC; and MC DVI Fund 2, LLC filed the *Motion by DVF and MC DVI to Dismiss Chapter 11 Case Pursuant to 11 U.S.C. §§ 105, 305, 349, & 1112, or in the Alternative Convert This Case to Chapter 7 or Appoint a Trustee* [Docket No. 44], the Court entered the *Order Directing Unites States Trustee to Appoint Chapter 11 Trustee* [Docket No. 58] on May 4, 2021, thereby granting the UST's motion and directing the UST to appoint a Chapter 11 Trustee in the Case.

c.      Pursuant to the *Acceptance of Appointment as Chapter 11 Trustee* [Docket No. 63], on May 8, 2023, I accepted my appointment as the Chapter 11 Trustee in the Case, and I continues to serve in this capacity at this time.

4.      I will be filing a motion seeking the appointment of Pachulski as the legal representative for approximately 50,000 Claimants. The Ad Hoc Committee is being proposed to advance the common interests of all Claimants, particularly with respect to any claims on account of services not provided by the Debtor.

#30901697V1

5. The Ad Hoc Committee and I have created a framework to protect consumers and expedite the recovery for Claimants in an equitable manner. This framework will provide a better outcome for Claimants than would the potential for years of piecemeal litigation compensating some but not all Claimants.

6. Entry into the Reimbursement Agreement is a sound exercise of my business judgment. I recognize the importance of protecting the Claimants' interests and endeavor to do so. To that end, I will work with the Ad Hoc Committee to formulate a plan of liquidation that considers the Claimants' interests. I intend to sell viable portions of the Debtor's business and, in doing so, to consult with Claimants vis-à-vis competent counsel that is paid by the Estate.

7. A true and correct copy of the Reimbursement Agreement is attached hereto as **Exhibit A** and incorporated herein.

8. While I have agreed to pay from the Estate certain fees and expense of the Ad Hoc Committee in connection with this Case, I believe that these costs represent a significant savings over the fees and expenses that could be incurred if I were required to negotiate with members of the Ad Hoc Committee on an individual basis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: June 6, 2023                          _____

                                             Richard A. Marshack

#30901697V1

**EXHIBIT A**

Exhibit "A"

June 5, 2023

Ira Kharasch
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd. 13th Floor
Los Angeles, CA 90067

### Re: Expense Reimbursement Agreement

Dear Mr. Kharasch:

We understand that the Ad Hoc Consumer Committee (the "AHCC") has retained Pachulski Stang Ziehl & Jones LLP (collectively, the "Professionals") in connection with the chapter 11 case, Case No. 8:23-bk-10571-SC (the "Chapter 11 Case") filed by The Litigation Practice Group, PC (the "Debtor") in the United States Bankruptcy Court for the Central District of California – Santa Ana Division (the "Bankruptcy Court"). The Professionals agree to work together efficiently and to coordinate their services to the AHCC to minimize duplication.

The purpose of this letter agreement (this "Reimbursement Agreement") is to confirm that the Debtor has agreed to pay (i) the reasonable and documented out-of-pocket expenses of members of the AHCC and (ii) the Professionals' reasonable and documented fees and out-of-pocket expenses for the period from the date the Professionals are retained by the AHCC through the date of termination of this Reimbursement Agreement (together, the "Fees and Expenses") in connection with the Professionals' representation of the AHCC in the Chapter 11 Case.

Any confidential information concerning the Debtor shared with the AHCC or the Professionals shall be subject to any protective order entered in the Chapter 11 Case and/or other non-disclosure agreement to be agreed between the parties.

Notwithstanding the obligations hereunder to pay the Fees and Expenses of the Professionals, the Debtor acknowledges and agrees that the AHCC is the Professionals' client, that the Professionals will in no way be deemed to represent the Debtor and that no attorney-client relationship between the Professionals and the Debtor is or will be created or reflected hereby. The Debtor further acknowledges and agrees that nothing in this Reimbursement Agreement shall, directly or indirectly, by implication or otherwise, waive or be deemed to constitute a waiver of, or otherwise prejudice in any manner whatsoever, applicable privileges (if any), including without limitation, the attorney-client privilege, covering all communication and correspondence between the Professionals and the AHCC or any member of the AHCC and any work product and analyses prepared by or on behalf of the Professionals or the AHCC or any member of the AHCC.

During the term of this Reimbursement Agreement, the Professionals shall file monthly fee statements and interim and final fee applications with the Bankruptcy Court as set forth in the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals* (the "Interim Compensation Order"). Unless disputed, the Debtor will pay the Fees and Expenses in accordance with this Reimbursement Agreement and the Interim Compensation Order. The monthly fee statements will include time detail and the applicable rates and hours worked by each Professional. The Professionals reserve their right to redact such fee statements for privileged material. The rates charged in connection with this Reimbursement Agreement will be the same as those that the Professionals charge (respectively) to their other clients.

Within five business days of the execution of this Reimbursement Agreement, the Debtor will file a motion seeking Bankruptcy Court approval to satisfy its obligations under this Reimbursement Agreement (the "Approval Motion", and the corresponding order, the "Approval Order"). The Approval

Motion and the Approval Order must be reasonably acceptable to the AHCC and will provide that the Fees and Expenses shall be payable as administrative expenses of the Debtor's chapter 11 estate and otherwise in accordance with this Reimbursement Agreement, provided that nothing in the foregoing or in the Approval Order shall alter the Debtor's right to terminate this Reimbursement Agreement as set forth below.

The Debtor and the AHCC may terminate this Reimbursement Agreement at any time and for any reason by providing written notice to the other party, and such termination shall be effective upon ten business days' prior written notice to the other party. For the avoidance of doubt, nothing in this paragraph shall limit the Debtor's obligation to pay the Fees and Expenses that have been incurred prior to the effective date of termination. Except for such obligation, no party shall have any liability or other obligation to any other party resulting from its decision to terminate this Reimbursement Agreement.

No party may assign this Reimbursement Agreement, in whole or in part, without the prior written consent of the other party.

All notices permitted or required under this Reimbursement Agreement will be made by email and overnight delivery to the signatory below for each party and such party's counsel. Any party may change its recipient of notice by providing written notice of such change to the other party.

This Reimbursement Agreement may be amended only by a writing signed by each party hereto.

This Reimbursement Agreement includes the entire understanding between the parties with respect to the subject matter hereof. The provisions of this Reimbursement Agreement may be modified only pursuant to a subsequent written agreement executed by, or on behalf of, the AHCC.

**THIS REIMBURSEMENT AGREEMENT SHALL BE GOVERNED BY THE LAWS AND APPLICABLE ETHICAL RULES OF THE STATE OF CALIFORNIA AND VENUE FOR ACTION HEREUNDER SHALL BE IN THE BANKRUPTCY COURT.**

On behalf of the **LITIGATION PRACTICE GROUP PC**
By: _____
Name: Richard Marshack
Title: Partner, Marshack & Hays LLP

On behalf of the **AD HOC COMMITTEE OF SUPPORTING COUNSEL**
By: _____
Name: Ira Kharasch
Title: Partner, Pachulski Stang, Ziel & Jones, LLP

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION FOR ORDER AUTHORIZING THE CHAPTER 11 TRUSTEE TO ENTER INTO AN EXPENSE REIMBURSEMENT AGREEMENT WITH THE AD HOC COMMITTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **June 13, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On  **June 13, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**MAIL REDIRECTED TO TRUSTEE**
**DEBTOR**
THE LITIGATION PRACTICE GROUP P.C.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR
TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT
OR LAW TO RECEIVE SERVICE OF PROCESS
17542 17TH STREET, SUITE 100
TUSTIN, CA 92780

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  **June 13, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 13, 2023 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC.:** Ronald K Brown ron@rkbrownlaw.com
- **INTERESTED PARTY COURTESY NEF:** Shawn M Christianson cmcintire@buchalter.com, schristianson@buchalter.com
- **INTERESTED PARTY COURTESY NEF: Richard H Golubow**    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **ATTORNEY FOR TRUSTEE:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR CITY CAPITAL NY:** Alan Craig Hochheiser ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC:** Garrick A Hollander ghollander@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
- **ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP P.C.:** Joon M Khang joon@khanglaw.com
- **INTERESTED PARTY COURTESY NEF: David S Kupetz**    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **INTERESTED PARTY COURTESY NEF: Michael D Lieberman**    mlieberman@lipsonneilson.com
- **CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR TRUSTEE:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **US TRUSTEE: Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **INTERESTED PARTY COURTESY NEF:** Byron Z Moldo bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com, dperez@ecjlaw.com
- **INTERESTED PARTY COURTESY NEF:** Alan I Nahmias anahmias@mbn.law, jdale@mbnlawyers.com
- **ATTORNEY FOR US TRUSTEE:** Queenie K Ng queenie.k.ng@usdoj.gov
- **INTERESTED PARTY COURTESY NEF:** Ronald N Richards ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **INTERESTED PARTY COURTESY NEF: Gregory M Salvato**    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **INTERESTED PARTY COURTESY NEF:** Paul R Shankman PShankman@fortislaw.com, info@fortislaw.com
- **US TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**: continued:

| CREDITOR / POC ADDRESS | CREDITOR / POC ADDRESS | CREDITOR |
|---|---|---|
| ABIGAIL BEAUDIN<br>64 THOMPSON STREET, APT 16<br>NEW YORK, NY 10012-64 | ACB HOLDINGS, LP<br>C/O OLD HICKORY PARTNERS / DAN YOUNG<br>303 COLORADO STREET, SUITE 2550<br>AUSTIN, TX 78701 | AJILON<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>LOCKBOX: DEPT CH 14031<br>PALATINE, IL 60055-0001 |

| CREDITOR / POC ADDRESS | CREDITOR / POC ADDRESS | CREDITOR / POC ADDRESS |
|---|---|---|
| ALEXANDRA H LUTFI<br>11020 ALTA MESA ROAD<br>VICTORVILLE, CA 92392 | ALICE STANTON<br>160 BROOKDALE LN<br>INDIANA, PA 15701 | AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**CREDITOR / POC ADDRESS**
ANGELA DENISE BLAIR
8711 HAYSHED LN, APT 24
COLUMBIA, MD 21045-2849

**CREDITOR**
ANIBAL COLON JR
C/O ALEXANDER TAYLOR, ESQ.
SULAIMAN LAW GROUP LTD
2500 S. HIGHLAND AVE, STE 200
LOMBARD, IL 60148-7103

**CREDITOR**
ANTHEM BLUE CROSS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 511300
LOS ANGELES, CA 90051-7855

**CREDITOR / POC ADDRESS**
APRIL RIEDY
3949 CLUBVIEW AVENUE
WEST BLOOMFIELD TOWNSHIP,
MI 48324-2807

**CREDITOR**
ARIZONA DEPT OF ECONOMIC
SECURITY
PO BOX 6028
PHOENIX, AZ 85005-6028

**CREDITOR / POC ADDRESS**
ARKANSAS DEPARTMENT OF
FINANCE AND ADMINISTR
REVENUE LEGAL COUNSEL
PO BOX 1272, RM 2380
LITTLE ROCK, AR 72203-1272

**CREDITOR**
ARKANSAS DEPT OF FINANCE &
ADMIN
PO BOX 9941
LITTLE ROCK, AR 72203-9941

**CREDITOR / POC ADDRESS**
ARVEN ALLEN KNIGHT
1805 23RD ST, SE APT 252B
WASHINGTON, DC 20020

**CREDITOR / POC ADDRESS**
ASHLEY GLOCKNER
369 W BAY STREET, UNIT D
COSTA MESA, CA 92627-5748

**CREDITOR**
AZEVEDO SOLUTIONS GROUPS,
INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
420 ADOBE CANYON RD
KENWOOD, CA 95452-9048

**CREDITOR**
BEVERLY GRAHAM
C/O BOBBY WALKER, ESQ.
SULAIMAN LAW GROUP
2500 S. HIGHLAND AVE, STE 200
LOMBARD, IL 60148-7103

**CREDITOR / POC ADDRESS**
BLANCHE WHEALDON
1317 HARVARD AVENUE
NATRONA HEIGHTS, PA 15065

**CREDITOR / POC ADDRESS**
BRITTANY WESTON, ESQ.
3070 BRISTOL PIKE, SUITE 1-115
BENSALEM, PA 19020-5356

**CREDITOR**
BUSINESS CENTERS OF AMERICA
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
1100 SIR FRANCIS DRAKE BLVD,
SUITE 1
KENTFIELD, CA 94904-1476

**CREDITOR / POC ADDRESS**
CALIFORNIA DEPARTMENT OF TAX
AND FEE ADMINISTRATION
PO BOX 942879
SACRAMENTO, CA 94279-0055

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                          **F 9013-3.1.PROOF.SERVICE**

**CREDITOR / POC ADDRESS**
CALIFORNIA DEPT. OF TAX AND
FEE ADMINISTRATION
COLLECTIONS SUPPORT
BUREAU, MIC: 55
PO BOX 942879
SACRAMENTO, CA 94279-0001

**CREDITOR**
CALIFORNIA FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO, CA 94257-0001

**CREDITOR**
CAROLINA TECHNOLOGIES &
CONSULTING INVOICE
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1854 HENDERSONVILLE ROAD,
SUITE A
PMB #178
ASHEVILLE, NC 28803-2495

**CREDITOR**
CAROLYN BEECH
C/O DANIEL EDELMAN, ESQ.
20 SOUTH CLARK ST., STE1500
CHICAGO, IL 60603-1824

**CREDITOR / POC ADDRESS**
CHRISTINE JOHNSON
7807 171ST PLACE
TINLEY PARK, IL 60477-3267

**CREDITOR / POC ADDRESS**
CINDY NEWMAN
19962 NIPONA CT
RIVERSIDE, CA 92508

**SECURED CREDITOR**
CITY CAPITAL NY
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1135 KANE CONCOURSE
BAY HARBOUR ISLANDS, FL
33154-2025

**SECURED CREDITOR**
CITY CAPITAL NY
C/O MAURICE WUTSCHER LLP
23611 CHAGRIN BLVD. SUITE 207
BEACHWOOD, OH 44122-5540

**CREDITOR**
COLLABORATION ADVISORS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
400 DORLA COURT
ZEPHYR COVE, NV 89448

**CREDITOR / POC ADDRESS**
CORY READE DOWS AND
SHAFER
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1333 N BUFFALO DRIVE, SUITE
210
LAS VEGAS, NV 89128-3636

**CREDITOR**
CREDIT REPORTING SERVICE INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
548 MARKET ST, SUITE 72907
SAN FRANCISCO, CA 94104-5401

**CREDITOR**
CT CORPORATION - INV
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 4349
CAROL STREAM, IL 60197-4349

**CREDITOR**
DARCY WILLIAMSON, TRUSTEE
510 SW 10TH
TOPEKA, KS 66612-1606

**CREDITOR**
DAVID ULERY
C/O JOSHUA EGGNATZ, ESQ,
EGGNATZ
PASCUCCI
7450 GRIFFIN ROAD, SUITE 230

**CREDITOR / POC ADDRESS**
DEBRA M. ARCHAMBAULT
5 CARLANN LANE
VALLEY COTTAGE, NY 1989

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

**CREDITOR / POC ADDRESS**
DEBRA PRICE
C/O ROBERT COCCO
1500 WALNUT ST, STE 900
PHILADELPHIA, PA 19102-3518

**CREDITOR**
DEBT PAY PRO
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
1900 E GOLF ROAD, SUITE 550
SCHAUMBURG, IL 60173-5870

**CREDITOR**
DEBT VALIDATION FUND II, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
5075 LOWER VALLEY ROAD
ATGLEN, PA 19310-1774

**CREDITOR / POC ADDRESS**
DENISE BURTCHELL
185 OLD CANTERBURY TPKE
NORWICH, CT 06360-185

**CREDITOR**
DEPT OF LABOR AND INDUSTRIES
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
PO BOX 34022
SEATTLE, WA 98124

**SECURED CREDITOR**
DIVERSE CAPITAL LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
323 SUNNY ISLES BLVD, STE 503
SUNNY ISLES, FL 33160-4675

**CREDITOR**
DOCUMENT FULFILLMENT
SERVICES
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
2930 RAMONA AVE #100
SACRAMENTO, CA 95826-3838

**CREDITOR**
ENERGYCARE, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
2925 N. GREEN VALLEY PARKWAY,
SUITE C
HENDERSON, NV 89014-0418

**CREDITOR**
EXECUTIVE CENTER LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
5960 SOUTH JONES BLVD
LAS VEGAS, NV 89118-2610

**CREDITOR / POC ADDRESS**
EXELA ENTERPRISE SOLUTIONS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
2701 E. GRAUWYLER ROAD
IRVING, TX 75061-3414

**CREDITOR / POC ADDRESS**
FIRAS ABUNADA
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
18927 HICKORY CREEK DRIVE, SUITE
115
MOKENA, IL 60448-8660

**CREDITOR / POC ADDRESS**
FIRST LEGAL NETWORK, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 743451
LOS ANGELES, CA 90074-3451

**CREDITOR / POC ADDRESS**
FORTH TECHNOLOGY, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1900 E GOLF ROAD, SUITE 550
SCHAUMBURG, IL 60173-5870

**SECURED CREDITOR**
FUNDURA CAPITAL GROUP
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
80 BROAD STREET, STE 3303
NEW YORK, NY 10004-2845

**CREDITOR**
GENEVE AND MYRANDA
SHEFFIELD
C/O JEREMIAH HECK, ESQ
LUFTMAN HECK & ASSOC
6253 RIVERSIDE DR, STE 200
DUBLIN, OH 43017-5450

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
GEORGIA DEPT OF LABOR
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
148 ANDREW YOUNG
INTERNATIONAL BLVD, NE, SUITE
752
ATLANTA, GA 30303-1751

**CREDITOR / POC ADDRESS**
GERARDO GUZMAN
5515 S. EMPORIA
WICHITA, KS 67216

**CREDITOR**
GHA TECHNOLOGIES INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
DEPT #2090
PO BOX 29661
PHOENIX, AZ 85038-9661

**CREDITOR / POC ADDRESS**
GHA TECHNOLOGIES INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
8998 E RAINTREE DR
SCOTTSDALE, AZ 85260-7024

**CREDITOR**
GLORIA EATON
C/O KRIS SKAAR, ESQ.
133 MIRRAMONT LAKE DR.
WOODSTOCK, GA 30189-8215

**CREDITOR**
HARRINGTON ELECTRIC INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 886
SKYLAND, NC 28776-0886

**CREDITOR / POC ADDRESS**
HEBA QANDEEL-KISHTA
7625 BROOKSIDE GLEN DRIVE
TINLEY PARK, IL 60487-5197

**CREDITOR / POC ADDRESS**
HUNTER HASTINGS
26847 ELLIS MILLS RD
SEAFORD, DE 19973

**CREDITOR**
IMAGINE REPORTING
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1350 COLUMBIA STREET
SUITE 703
SAN DIEGO, CA 92101-3456

**CREDITOR / POC ADDRESS**
INDIANA DEPARTMENT OF
REVENUE
ATTN: BANKRUPTCY
100 N SENATE AVE
INDIANAPOLIS, IN 46204-2253

**CREDITOR**
INDIANA DEPT OF REVENUE
PO BOX 1028
INDIANAPOLIS, IN 46206-1028

**CREDITOR / POC ADDRESS**
INTERNAL REVENUE SERVICE
OGDEN, UT 84201

**CREDITOR / POC ADDRESS**
INTERNAL REVENUE SERVICE
CENTRALIZED INVSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**CREDITOR / POC ADDRESS**
JACLYN GOMEZ
109 TOTTENHAM LANE
ELK GROVE VILLAGE, IL 60007-3818

**CREDITOR**
JAMES HAMMETT
C/O JENNA DAKRAUB
PRICE LAW GROUP
8245 N. 85TH WAY
SCOTTSDALE, AZ 85258-4349

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**CREDITOR / POC ADDRESS**
JANE ANN DEARWESTER
P.O. BOX 7084
ASHEVILLE, NC 28802-7084

**RFSN FILED 5-24-23**
**CREDITOR / POC ADDRESS**
JASON PATTERSON STOPNITZKY
C/O LESLIE E. CHAYO, ESQ.
9454 WILSHIRE BLVD., PH
BEVERLY HILLS, CA 90212

**CREDITOR / POC ADDRESS**
JESSICA JARBOE
PO BOX 4392
KINGMAN AZ 86402
KINGMAN, AZ 86402-4392

**CREDITOR / POC ADDRESS**
JOAN P. SCHOTT
9303 LANDS POINT
SAN ANTONIO, TX 78250

**CREDITOR / POC ADDRESS**
JOHN CHARLES PORTER
308 SOUTH RAMSEY STREET
MANCHESTER, TN 37355

**CREDITOR / POC ADDRESS**
JOHN RAY SORIANO
1805 SE LUND AVE #1010
PORT ORCHARD, WA 98366-5555

**CREDITOR**
JOHNNY RIZO
C/O BOBBY WALKER, ESQ.
SULAIMAN LAW GROUP
2500 S. HIGHLAND AVE, STE 200
LOMBARD, IL 60148-7103

**CREDITOR / POC ADDRESS**
JORDAN MICHAEL KURTH
205 WALNUT DRIVE
EIGHTY FOUR, PA 15330-8625

**CREDITOR**
JP MORGAN CHASE
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
3 PARK PLAZA, STE 900
IRVINE, CA 92614-5208

**CREDITOR**
JUIZE, INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 505
MURRIETA, CA 92564-0505

**CREDITOR**
KAREN SUELL
C/O NATHAN C. VOLHEIM, ESQ
SULAIMAN LAW GROUP
2500 S. HIGHLAND AVE, STE 200
LOMBARD, IL 60148-7103

**CREDITOR / POC ADDRESS**
KARI B. CONIGLIO, CHAPTER 7
TRUSTEE FOR
BANKRUPTCY ESTATE OF MARK
LYNN KRICK AND KAYLA MARIE
KRICK
200 PUBLIC SQUARE, SUITE 1400
CLEVELAND, OH 44114-2327

**CREDITOR / POC ADDRESS**
KATHLEEN LACEY
C/O DAVID CHAMI, ESQ.
PRICE LAW GROUP
8245 N. 85TH WAY
SCOTTSDALE, AZ 85258-4349

**CREDITOR**
KATHLEEN SCARLETT
C/O JEREMIAH HECK, ESQ.
LUFTMAN HECK & ASSOC
6253 RIVERSIDE DR, STE 200
DUBLIN, OH 43017-5450

**CREDITOR / POC ADDRESS**
KELLY DOOLEY
12591 BRYANT ST
BROOMFIELD, CO 80020

**CREDITOR**
KENNETH TOPP
C/O NATHAN VOLHEIM, ESQ
SULAIMAN LAW GROUP LTD
2500 S HIGHLAND AVE, STE 200
LOMBARD, IL 60148-7103

**CREDITOR**
KEVIN CARPENTER
C/O ALEXANDER TAYLOR, ESQ,
SULAIMAN LAW GROUP LTD
2500 S. HIGHLAND AVE, STE 200
LOMBARD, IL 60148-7103

**CREDITOR**
KIMBERLY BIRDSONG
C/O ALEXANDER J. TAYLOR, ESQ.
SULAIMANLAW GROUP
2500 SOUTH HIGHLAND AVE
SUITE 200

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

**CREDITOR**
KRISP TECHNOLOGIES, INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
2150 SHATTUCK AVE
PENTHOUSE 1300
BERKELEY, CA 94704-1347

**CREDITOR / POC ADDRESS**
LAURA CEVA
280 BLACK OAK COVE ROAD
CANDLER, NC 28715-8139

**CREDITOR**
LEXISNEXUS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
15500 B ROCKFIELD BLVD
IRVINE, CA 92618-2722

**CREDITOR / POC ADDRESS**
LHH RS
C/O STEVEN REBIDAS
4800 DEERWOOD CAMPUS
PARKWAY, BLDG 800
JACKSONVILLE FL 32246-8319

**CREDITOR**
LIBERTY MUTUAL
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
PO BOX 91013
CHICAGO, IL 60680-1171

**CREDITOR / POC ADDRESS**
LISA GORE
2734 W 18TH AVENUE, APT 1F
CHICAGO, IL 60608

**CREDITOR / POC ADDRESS**
MARC LEMAUVIEL
326 MACNEIL WAY
WEAVERVILLE, NC 28787-6700

**CREDITOR**
MARC LEMAUVIEL - ALLEGRA
326 MACNEIL WAY
WEAVERVILLE, NC 28787-6700

**CREDITOR**
MARICH BEIN LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
99 WALL STREET
STE 2669
NEW YORK, NY 10005-4301

**CREDITOR**
MARKSYS HOLDINGS, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
3725 CINCINNATI AVE
SUITE 200
ROCKLIN, CA 95765-1220

**CREDITOR**
MC DVI FUND 1, LLC; MC DVI FUND 2,
LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
1598 COTTONWOOD DR
GLENVIEW, IL 60026-7769

**CREDITOR / POC ADDRESS**
MDL GROUP C/O EXECUTIVE
CENTER LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
5960 SOUTH JONES BOULEVARD
LAS VEGAS, NV 89118-2610

**CREDITOR / POC ADDRESS**
MELISSA L. AND SHIVA L.
SOOKNANAN
1584 APACHE WAY
CLARKSVILLE, TN  37042-8178

**CREDITOR / POC ADDRESS**
MICHAEL AND SARAH PIERCE
122 SOUTHSHORE DRIVE
JACKSON, TN 38305

**CREDITOR**
MICHAEL SCHWARTZ
3968 LOWRY AVENUE
CINCINNATI, OH 45229-1310

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

**CREDITOR / POC ADDRESS**
MIGUEL A ZUANABAR JR
812 SUMNER STREET
ADDISON, IL 60101-1338

**CREDITOR / POC ADDRESS**
MISSISSIPPI DEPARTMENT OF
REVENUE
ATTN: BANKRUPTCY SECTION
P. O. BOX 22808
JACKSON, MS 39225-2808

**CREDITOR**
MISSISSIPPI DEPT OF REVENUE
PO BOX 23075
JACKSON, MS 39225-3075

**CREDITOR**
NATIONWIDE APPEARANCE
ATTORNEYS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
5737 KANAN RD #628
AGOURA HILLS, CA 91301-1601

**CREDITOR**
NETSUITE-ORACLE
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
2300 ORACLE WAY
AUSTIN, TX 78741-1400

**CREDITOR**
NEVADA DEPT OF TAXATION
1550 COLLEGE PARKWAY, SUITE
115
CARSON CITY, NV 89706-7939

**SECURED CREDITOR / POC
ADDRESS**
OHP-CDR, LP
C/O JEREMY ANDERSEN, RAZMIG
IZAKELIAN
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 S. FIGUEROA STREET, 10TH
FLOOR
LOS ANGELES, CA 90017

**CREDITOR / POC ADDRESS**
OUTSOURCE ACCELERATOR LTD
C/O PAUL R. SHANKMAN, ESQ
FORTIS LLP
650 TOWN CENTER DRIVE, SUITE
1530
COSTA MESA, CA 92626

**CREDITOR**
OUTSOURCE ACCELERATOR LTD
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
CITY MARQUE LIMITED, UNIT 8801-
2
BLDG 244-248 DES VOEUX RD
CENTRAL HONG KONG

**CREDITOR / POC ADDRESS**
PAOLA GOMEZ
19542 POMPANO LN, #103
HUNTINGTON BEACH, CA 92648-
6424

**CREDITOR / POC ADDRESS**
PETER SCHNEIDER
12115 NE 165TH PL
BOTHELL, WA 98011-1211

**CREDITOR**
PITNEY BOWES
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 981026
BOSTON, MA 02298-1026

**CREDITOR**
RAPID CREDIT INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
3558 ROUND BARN BLVD
SUITE 200
SANTA ROSA, CA 95403-0991

**CHG OF ADDRESS 6/6/23**
**CREDITOR / POC ADDRESS**
RONALD MOORE
101 ABERDEEN CHASE DR, APT D
EASLEY, SC 29640

**CREDITOR / POC ADDRESS**
SALVATORE PORCARO
72 DORSET DRIVE
CLARK, NJ 07066-3010

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
SBS LEASING A PROGRAM OF DE
LAGE LANDEN
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 41602
PHILADELPHI, PA 19101-1602

**CREDITOR**
SECURITY SOLUTIONS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
10911 BLOOMFIELD ST
LOS ALAMITOS, CA 90720-2506

**CREDITOR**
SHARP BUSINESS SYSTEMS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
8670 ARGENT ST
SANTEE, CA 92071-4172

**INTERESTED PARTY**
SHARP ELECTRONICS COPR
C/O DAVID CRAPO, ESQ
ONE GATEWAY CENTER
NEWARK, NJ 07102

**CREDITOR / POC ADDRESS**
STATE OF NEVADA DEPARTMENT OF
TAXATION
700 E WARM SPRINGS RD STE 200
LAS VEGAS, NV 89119-4311

**CREDITOR / POC ADDRESS**
STEVE MALU
2582 SE 18TH AVE
GAINESVILLE, FL 32641

**CREDITOR**
STREAMLINE PERFORMANCE INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1551 N TUSTIN, #555
SANTA ANA, CA 92705-8634

**CREDITOR**
TASKUS HOLDINGS, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
1650 INDEPENDENCE DR
NEW BRAUNFELS, TX 78132-3959

**CREDITOR / POC ADDRESS**
THE BANKRUPTCY ESTATE OF
STEVEN ROBERT VERZAL
C/O JACQUELINE SELLS HOMANN,
CHAPTER 7 TRUSTEE
1251 NORTH EDDY STREET
SUITE 203
SOUTH BEND IN 46617-1478

**CREDITOR / POC ADDRESS**
THOMAS RAY
2312 PLATINUM DR
SUN CITY CENTER, FL 33573

**CREDITOR**
THOMSON REUTERS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
610 OPPERMAN DRIVE
EAGEN, MN 55123-1340

**CREDITOR**
TUSTIN EXECUTIVE CENTER
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1630 S SUNKIST STEET
STE A
ANAHEIM, CA 92806-5816

**CREDITOR**
TWILIO, INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
101 SPEAR STREET
SUITE 500
SAN FRANCISCO, CA 94105-1559

**CREDITOR / POC ADDRESS**
UNIFIED GLOBAL RESEARCH GROUP
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
1660 HOTEL CIR N STE S620
SAN DIEGO, CA 92108-2806

**CREDITOR / POC ADDRESS**
UTAH STATE TAX COMMISSION
210 N 1950 W
SALT LAKE CITY, UT 84134-9000

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
VALIDATION PARTNERS LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1300 SAWGRASS PKWY
STE 110
SUNRISE, FL 33323

**CREDITOR**
WA STATE DEPT OF LABOR &
INDUSTRIES
BANKRUPTCY UNIT
PO BOX 44171
OLYMPIA WA 98504-4171

**CREDITOR**
WISCONSIN DEPT OF REVENUE
PO BOX 8901
MADISON, WI 53708-8901

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.