| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Christopher B. Ghio (State Bar No. 259094)<br>Christopher Celentino (State Bar No. 131688)<br>DINSMORE & SHOHL LLP<br>655 West Broadway, Suite 800, San Diego, CA 92101<br>Telephone:  619.400.0500/Facsimile:  619.400.0501<br>christopher.ghio@dinsmore.com/christopher.celentino@dinsmore.com<br>**Proposed Special Counsel to Richard A. Marshack, Chapter 11 Trustee**<br><br>D. Edward Hays (State Bar No. 162507)<br>Laila Masud (State Bar No. 311731)<br>MARSHACK HAYS LLP<br>870 Roosevelt, Irvine, CA 92620<br>Telephone:  949.333.7777/Facsimile:  949.333.7778<br>ehays@marshackhays.com/<br>**Proposed General Bankruptcy Counsel to Richard A. Marshack, Chapter 11 Trustee**<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Richard A. Marshack, Ch. 11 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>THE LITIGATION PRACTICE GROUP P.C.,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: 11<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

   a. Title of motion: <u>Notice/Emergency Motion for Order Authorizing Ch. 11 Trustee to Enter Into an Expense Reimbursement Agreement with Ad Hoc Committee</u>

   b. Date of filing of motion: <u>6/13/2023</u>

2. Compliance with LBR 9075-1(b)(2)(A): (***The following three sections must be completed***):

   a. Briefly specify the relief requested in the motion:
   Richard A. Marshack, the Chapter 11 Trustee ("Trustee") for the bankruptcy estate ("Estate") of The Litigation Practice Group, P.C. ("Debtor") moves, pursuant to section 363 of Title 11 of the United States Code, for entry of an order authorizing the Trustee to enter into a post-petition expense reimbursement agreement ("Reimbursement Agreement") to pay the attorneys' fees and expenses of the Ad Hoc Committee.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 1      **F 9075-1.1.APP.SHORT.NOTICE**

b. Identify the parties affected by the relief requested in the motion:

   Potentially all creditors because Trustee proposes to incur administrative expenses.

c. State the reasons necessitating a hearing on shortened time:

   Through the efforts of Trustee and Trustee's counsel, an ad hoc committee has been formed which has hired the Pachulski Stang firm. Trustee believes the involvement of the Ad Hoc Committee in any upcoming hearings and having their insight on matters including operations issues is crucial. Trustee is proposing to engage in short-term, limited operations and to engage in a prompt sale process. In order to have input from the Ad Hoc Committee, it needs to know that it will have counsel which will be paid from the estate because such consumer clients are unable to afford experienced counsel to represent their interests. Trustee requests a hearing on this motion be held on June 20, 2023, or as soon thereafter as is convenient to the court.

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER.SHORT.NOTICE

Date: 6/13/2023

MARSHACK HAYS LLP
Printed name of law firm

/s/ D. Edward Hays
Signature of individual Movant or attorney for Movant

D. EDWARD HAYS
Printed name of individual Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2                    F 9075-1.1.APP.SHORT.NOTICE

# Declaration of D. Edward Hays

I, D. EDWARD HAYS, state and declare as follows:

1. I am an individual over 18 years of age and competent to make this Declaration.

2. If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3. The facts set forth below are true of my personal knowledge.

4. I am an attorney at law duly admitted to practice before this Court and all courts of the State of California.

5. I am a founding partner and attorney in the law firm of Marshack Hays LLP, general bankruptcy counsel for Richard A. Marshack, the duly-appointed and acting chapter 11 trustee ("Trustee") of the bankruptcy estate ("Estate") of The Litigation Practice Group, P.C. ("Debtor")

6. I make this Declaration in support of the Trustee's application for order shortening time (Application") regarding a hearing on Trustee's Emergency Motion for Order Authorizing the Chapter 11 Trustee to Enter into an Expense Reimbursement Agreement with the Ad Hoc Committee ("Motion").

7. In accordance with Rule 9075-1(b) of the Local Bankruptcy Rules ("LBR"), I file declaration and the Application concurrently with the Motion and have lodged a separate proposed order consistent with the Court approved form Order Setting Hearing on Shortened Notice.

8. For the following reasons, the hearing on the Motion should be set on shortened notice.

9. Through the efforts of Trustee and Trustee's counsel, an Ad Hoc Committee has been formed which has retained Pachulski Stang Ziehl & Jones LLP.

10. Trustee believes the involvement of the Ad Hoc Committee in any upcoming hearings and having the insight of a committee representing the interests of the consumer clients on matters including potential operations or sales of assets is crucial to his administration in this case.

11. Given the extremely fast-moving nature of this case, Trustee is requesting a hearing be held on the Motion in the afternoon of June 20, 2023.

12. Providing the Ad Hoc Committee with certainty that it will be able to compensate its counsel is appropriate and necessary so that the firm can spend the necessary time to review issues in this case and be in a position to take positions in representation of its client constituents.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 13, 2023.

        */s/ D. Edward Hays*
        D. EDWARD HAYS

4885-5397-0280, v. 1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(B)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **June 13, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On  **June 13, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> **MAIL REDIRECTED TO TRUSTEE**
> **DEBTOR**
> THE LITIGATION PRACTICE GROUP P.C.
> ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR
> TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT
> OR LAW TO RECEIVE SERVICE OF PROCESS
> ~~17542 17TH STREET, SUITE 100~~
> ~~TUSTIN, CA 92780~~

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  **June 13, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 13, 2023 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*      **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

   - **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC.:** Ronald K Brown ron@rkbrownlaw.com
   - **INTERESTED PARTY COURTESY NEF:** Shawn M Christianson cmcintire@buchalter.com, schristianson@buchalter.com
   - **INTERESTED PARTY COURTESY NEF: Richard H Golubow**    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
   - **ATTORNEY FOR TRUSTEE:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR CITY CAPITAL NY:** Alan Craig Hochheiser ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
   - **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC:** Garrick A Hollander ghollander@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
   - **ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP P.C.:** Joon M Khang joon@khanglaw.com
   - **INTERESTED PARTY COURTESY NEF: David S Kupetz**    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
   - **INTERESTED PARTY COURTESY NEF: Michael D Lieberman**    mlieberman@lipsonneilson.com
   - **CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
   - **ATTORNEY FOR TRUSTEE:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
   - **US TRUSTEE: Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
   - **INTERESTED PARTY COURTESY NEF:** Byron Z Moldo bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com, dperez@ecjlaw.com
   - **INTERESTED PARTY COURTESY NEF:** Alan I Nahmias anahmias@mbn.law, jdale@mbnlawyers.com
   - **ATTORNEY FOR US TRUSTEE:** Queenie K Ng queenie.k.ng@usdoj.gov
   - **INTERESTED PARTY COURTESY NEF:** Ronald N Richards ron@ronaldrichards.com, 7206828420@filings.docketbird.com
   - **INTERESTED PARTY COURTESY NEF: Gregory M Salvato**    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
   - **INTERESTED PARTY COURTESY NEF:** Paul R Shankman PShankman@fortislaw.com, info@fortislaw.com
   - **US TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**: continued:

| CREDITOR / POC ADDRESS | CREDITOR / POC ADDRESS | CREDITOR |
|---|---|---|
| ABIGAIL BEAUDIN<br>64 THOMPSON STREET, APT 16<br>NEW YORK, NY 10012-64 | ACB HOLDINGS, LP<br>C/O OLD HICKORY PARTNERS / DAN YOUNG<br>303 COLORADO STREET, SUITE 2550<br>AUSTIN, TX 78701 | AJILON<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>LOCKBOX: DEPT CH 14031<br>PALATINE, IL 60055-0001 |
| **CREDITOR / POC ADDRESS**<br>ALEXANDRA H LUTFI<br>11020 ALTA MESA ROAD<br>VICTORVILLE, CA 92392 | **CREDITOR / POC ADDRESS**<br>ALICE STANTON<br>160 BROOKDALE LN<br>INDIANA, PA 15701 | **CREDITOR / POC ADDRESS**<br>AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                **F 9013-3.1.PROOF.SERVICE**

**CREDITOR / POC ADDRESS**
ANGELA DENISE BLAIR
8711 HAYSHED LN, APT 24
COLUMBIA, MD 21045-2849

**CREDITOR**
ANIBAL COLON JR
C/O ALEXANDER TAYLOR, ESQ.
SULAIMAN LAW GROUP LTD
2500 S. HIGHLAND AVE, STE 200
LOMBARD, IL 60148-7103

**CREDITOR**
ANTHEM BLUE CROSS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 511300
LOS ANGELES, CA 90051-7855

**CREDITOR / POC ADDRESS**
APRIL RIEDY
3949 CLUBVIEW AVENUE
WEST BLOOMFIELD TOWNSHIP, MI 48324-2807

**CREDITOR**
ARIZONA DEPT OF ECONOMIC SECURITY
PO BOX 6028
PHOENIX, AZ 85005-6028

**CREDITOR / POC ADDRESS**
ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTR
REVENUE LEGAL COUNSEL
PO BOX 1272, RM 2380
LITTLE ROCK, AR 72203-1272

**CREDITOR**
ARKANSAS DEPT OF FINANCE & ADMIN
PO BOX 9941
LITTLE ROCK, AR 72203-9941

**CREDITOR / POC ADDRESS**
ARVEN ALLEN KNIGHT
1805 23RD ST, SE APT 252B
WASHINGTON, DC 20020

**CREDITOR / POC ADDRESS**
ASHLEY GLOCKNER
369 W BAY STREET, UNIT D
COSTA MESA, CA 92627-5748

**CREDITOR**
AZEVEDO SOLUTIONS GROUPS, INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
420 ADOBE CANYON RD
KENWOOD, CA 95452-9048

**CREDITOR**
BEVERLY GRAHAM
C/O BOBBY WALKER, ESQ.
SULAIMAN LAW GROUP
2500 S. HIGHLAND AVE, STE 200
LOMBARD, IL 60148-7103

**CREDITOR / POC ADDRESS**
BLANCHE WHEALDON
1317 HARVARD AVENUE
NATRONA HEIGHTS, PA 15065

**CREDITOR / POC ADDRESS**
BRITTANY WESTON, ESQ.
3070 BRISTOL PIKE, SUITE 1-115
BENSALEM, PA 19020-5356

**CREDITOR**
BUSINESS CENTERS OF AMERICA
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1100 SIR FRANCIS DRAKE BLVD, SUITE 1
KENTFIELD, CA 94904-1476

**CREDITOR / POC ADDRESS**
CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION
PO BOX 942879
SACRAMENTO, CA 94279-0055

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

**CREDITOR / POC ADDRESS**
CALIFORNIA DEPT. OF TAX AND
FEE ADMINISTRATION
COLLECTIONS SUPPORT
BUREAU, MIC: 55
PO BOX 942879
SACRAMENTO, CA 94279-0001

**CREDITOR**
CALIFORNIA FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO, CA 94257-0001

**CREDITOR**
CAROLINA TECHNOLOGIES &
CONSULTING INVOICE
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1854 HENDERSONVILLE ROAD,
SUITE A
PMB #178
ASHEVILLE, NC 28803-2495

**CREDITOR**
CAROLYN BEECH
C/O DANIEL EDELMAN, ESQ.
20 SOUTH CLARK ST., STE1500
CHICAGO, IL 60603-1824

**CREDITOR / POC ADDRESS**
CHRISTINE JOHNSON
7807 171ST PLACE
TINLEY PARK, IL 60477-3267

**CREDITOR / POC ADDRESS**
CINDY NEWMAN
19962 NIPONA CT
RIVERSIDE, CA 92508

**SECURED CREDITOR**
CITY CAPITAL NY
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1135 KANE CONCOURSE
BAY HARBOUR ISLANDS, FL
33154-2025

**SECURED CREDITOR**
CITY CAPITAL NY
C/O MAURICE WUTSCHER LLP
23611 CHAGRIN BLVD. SUITE 207
BEACHWOOD, OH 44122-5540

**CREDITOR**
COLLABORATION ADVISORS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
400 DORLA COURT
ZEPHYR COVE, NV 89448

**CREDITOR / POC ADDRESS**
CORY READE DOWS AND
SHAFER
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1333 N BUFFALO DRIVE, SUITE
210
LAS VEGAS, NV 89128-3636

**CREDITOR**
CREDIT REPORTING SERVICE INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
548 MARKET ST, SUITE 72907
SAN FRANCISCO, CA 94104-5401

**CREDITOR**
CT CORPORATION - INV
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 4349
CAROL STREAM, IL 60197-4349

**CREDITOR**
DARCY WILLIAMSON, TRUSTEE
510 SW 10TH
TOPEKA, KS 66612-1606

**CREDITOR**
DAVID ULERY
C/O JOSHUA EGGNATZ, ESQ,
EGGNATZ
PASCUCCI
7450 GRIFFIN ROAD, SUITE 230

**CREDITOR / POC ADDRESS**
DEBRA M. ARCHAMBAULT
5 CARLANN LANE
VALLEY COTTAGE, NY 1989

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

**CREDITOR / POC ADDRESS**
DEBRA PRICE
C/O ROBERT COCCO
1500 WALNUT ST, STE 900
PHILADELPHIA, PA 19102-3518

**CREDITOR**
DEBT PAY PRO
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1900 E GOLF ROAD, SUITE 550
SCHAUMBURG, IL 60173-5870

**CREDITOR**
DEBT VALIDATION FUND II, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
5075 LOWER VALLEY ROAD
ATGLEN, PA 19310-1774

**CREDITOR / POC ADDRESS**
DENISE BURTCHELL
185 OLD CANTERBURY TPKE
NORWICH, CT 06360-185

**CREDITOR**
DEPT OF LABOR AND INDUSTRIES
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 34022
SEATTLE, WA 98124

**SECURED CREDITOR**
DIVERSE CAPITAL LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
323 SUNNY ISLES BLVD, STE 503
SUNNY ISLES, FL 33160-4675

**CREDITOR**
DOCUMENT FULFILLMENT SERVICES
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2930 RAMONA AVE #100
SACRAMENTO, CA 95826-3838

**CREDITOR**
ENERGYCARE, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2925 N. GREEN VALLEY PARKWAY, SUITE C
HENDERSON, NV 89014-0418

**CREDITOR**
EXECUTIVE CENTER LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
5960 SOUTH JONES BLVD
LAS VEGAS, NV 89118-2610

**CREDITOR / POC ADDRESS**
EXELA ENTERPRISE SOLUTIONS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2701 E. GRAUWYLER ROAD
IRVING, TX 75061-3414

**CREDITOR / POC ADDRESS**
FIRAS ABUNADA
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
18927 HICKORY CREEK DRIVE, SUITE 115
MOKENA, IL 60448-8660

**CREDITOR / POC ADDRESS**
FIRST LEGAL NETWORK, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 743451
LOS ANGELES, CA 90074-3451

**CREDITOR / POC ADDRESS**
FORTH TECHNOLOGY, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1900 E GOLF ROAD, SUITE 550
SCHAUMBURG, IL 60173-5870

**SECURED CREDITOR**
FUNDURA CAPITAL GROUP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
80 BROAD STREET, STE 3303
NEW YORK, NY 10004-2845

**CREDITOR**
GENEVE AND MYRANDA SHEFFIELD
C/O JEREMIAH HECK, ESQ
LUFTMAN HECK & ASSOC
6253 RIVERSIDE DR, STE 200
DUBLIN, OH 43017-5450

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**CREDITOR**
GEORGIA DEPT OF LABOR
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
148 ANDREW YOUNG
INTERNATIONAL BLVD, NE, SUITE
752
ATLANTA, GA 30303-1751

**CREDITOR / POC ADDRESS**
GERARDO GUZMAN
5515 S. EMPORIA
WICHITA, KS 67216

**CREDITOR**
GHA TECHNOLOGIES INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
DEPT #2090
PO BOX 29661
PHOENIX, AZ 85038-9661

**CREDITOR / POC ADDRESS**
GHA TECHNOLOGIES INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
8998 E RAINTREE DR
SCOTTSDALE, AZ 85260-7024

**CREDITOR**
GLORIA EATON
C/O KRIS SKAAR, ESQ.
133 MIRRAMONT LAKE DR.
WOODSTOCK, GA 30189-8215

**CREDITOR**
HARRINGTON ELECTRIC INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 886
SKYLAND, NC 28776-0886

**CREDITOR / POC ADDRESS**
HEBA QANDEEL-KISHTA
7625 BROOKSIDE GLEN DRIVE
TINLEY PARK, IL 60487-5197

**CREDITOR / POC ADDRESS**
HUNTER HASTINGS
26847 ELLIS MILLS RD
SEAFORD, DE 19973

**CREDITOR**
IMAGINE REPORTING
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1350 COLUMBIA STREET
SUITE 703
SAN DIEGO, CA 92101-3456

**CREDITOR / POC ADDRESS**
INDIANA DEPARTMENT OF
REVENUE
ATTN: BANKRUPTCY
100 N SENATE AVE
INDIANAPOLIS, IN 46204-2253

**CREDITOR**
INDIANA DEPT OF REVENUE
PO BOX 1028
INDIANAPOLIS, IN 46206-1028

**CREDITOR / POC ADDRESS**
INTERNAL REVENUE SERVICE
OGDEN, UT 84201

**CREDITOR / POC ADDRESS**
INTERNAL REVENUE SERVICE
CENTRALIZED INVSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**CREDITOR / POC ADDRESS**
JACLYN GOMEZ
109 TOTTENHAM LANE
ELK GROVE VILLAGE, IL 60007-3818

**CREDITOR**
JAMES HAMMETT
C/O JENNA DAKRAUB
PRICE LAW GROUP
8245 N. 85TH WAY
SCOTTSDALE, AZ 85258-4349

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              F 9013-3.1.PROOF.SERVICE

**CREDITOR / POC ADDRESS**
JANE ANN DEARWESTER
P.O. BOX 7084
ASHEVILLE, NC 28802-7084

**RFSN FILED 5-24-23**
**CREDITOR / POC ADDRESS**
JASON PATTERSON STOPNITZKY
C/O LESLIE E. CHAYO, ESQ.
9454 WILSHIRE BLVD., PH
BEVERLY HILLS, CA 90212

**CREDITOR / POC ADDRESS**
JESSICA JARBOE
PO BOX 4392
KINGMAN AZ 86402
KINGMAN, AZ 86402-4392

**CREDITOR / POC ADDRESS**
JOAN P. SCHOTT
9303 LANDS POINT
SAN ANTONIO, TX 78250

**CREDITOR / POC ADDRESS**
JOHN CHARLES PORTER
308 SOUTH RAMSEY STREET
MANCHESTER, TN 37355

**CREDITOR / POC ADDRESS**
JOHN RAY SORIANO
1805 SE LUND AVE #1010
PORT ORCHARD, WA 98366-5555

**CREDITOR**
JOHNNY RIZO
C/O BOBBY WALKER, ESQ.
SULAIMAN LAW GROUP
2500 S. HIGHLAND AVE, STE 200
LOMBARD, IL 60148-7103

**CREDITOR / POC ADDRESS**
JORDAN MICHAEL KURTH
205 WALNUT DRIVE
EIGHTY FOUR, PA 15330-8625

**CREDITOR**
JP MORGAN CHASE
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
3 PARK PLAZA, STE 900
IRVINE, CA 92614-5208

**CREDITOR**
JUIZE, INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 505
MURRIETA, CA 92564-0505

**CREDITOR**
KAREN SUELL
C/O NATHAN C. VOLHEIM, ESQ
SULAIMAN LAW GROUP
2500 S. HIGHLAND AVE, STE 200
LOMBARD, IL 60148-7103

**CREDITOR / POC ADDRESS**
KARI B. CONIGLIO, CHAPTER 7
TRUSTEE FOR
BANKRUPTCY ESTATE OF MARK
LYNN KRICK AND KAYLA MARIE
KRICK
200 PUBLIC SQUARE, SUITE 1400
CLEVELAND, OH 44114-2327

**CREDITOR / POC ADDRESS**
KATHLEEN LACEY
C/O DAVID CHAMI, ESQ.
PRICE LAW GROUP
8245 N. 85TH WAY
SCOTTSDALE, AZ 85258-4349

**CREDITOR**
KATHLEEN SCARLETT
C/O JEREMIAH HECK, ESQ.
LUFTMAN HECK & ASSOC
6253 RIVERSIDE DR, STE 200
DUBLIN, OH 43017-5450

**CREDITOR / POC ADDRESS**
KELLY DOOLEY
12591 BRYANT ST
BROOMFIELD, CO 80020

**CREDITOR**
KENNETH TOPP
C/O NATHAN VOLHEIM, ESQ
SULAIMAN LAW GROUP LTD
2500 S HIGHLAND AVE, STE 200
LOMBARD, IL 60148-7103

**CREDITOR**
KEVIN CARPENTER
C/O ALEXANDER TAYLOR, ESQ,
SULAIMAN LAW GROUP LTD
2500 S. HIGHLAND AVE, STE 200
LOMBARD, IL 60148-7103

**CREDITOR**
KIMBERLY BIRDSONG
C/O ALEXANDER J. TAYLOR, ESQ.
SULAIMANLAW GROUP
2500 SOUTH HIGHLAND AVE
SUITE 200

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
KRISP TECHNOLOGIES, INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2150 SHATTUCK AVE
PENTHOUSE 1300
BERKELEY, CA 94704-1347

**CREDITOR / POC ADDRESS**
LAURA CEVA
280 BLACK OAK COVE ROAD
CANDLER, NC 28715-8139

**CREDITOR**
LEXISNEXUS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
15500 B ROCKFIELD BLVD
IRVINE, CA 92618-2722

**CREDITOR / POC ADDRESS**
LHH RS
C/O STEVEN REBIDAS
4800 DEERWOOD CAMPUS PARKWAY, BLDG 800
JACKSONVILLE FL 32246-8319

**CREDITOR**
LIBERTY MUTUAL
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 91013
CHICAGO, IL 60680-1171

**CREDITOR / POC ADDRESS**
LISA GORE
2734 W 18TH AVENUE, APT 1F
CHICAGO, IL 60608

**CREDITOR / POC ADDRESS**
MARC LEMAUVIEL
326 MACNEIL WAY
WEAVERVILLE, NC 28787-6700

**CREDITOR**
MARC LEMAUVIEL - ALLEGRA
326 MACNEIL WAY
WEAVERVILLE, NC 28787-6700

**CREDITOR**
MARICH BEIN LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
99 WALL STREET
STE 2669
NEW YORK, NY 10005-4301

**CREDITOR**
MARKSYS HOLDINGS, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
3725 CINCINNATI AVE
SUITE 200
ROCKLIN, CA 95765-1220

**CREDITOR**
MC DVI FUND 1, LLC; MC DVI FUND 2, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1598 COTTONWOOD DR
GLENVIEW, IL 60026-7769

**CREDITOR / POC ADDRESS**
MDL GROUP C/O EXECUTIVE CENTER LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
5960 SOUTH JONES BOULEVARD
LAS VEGAS, NV 89118-2610

**CREDITOR / POC ADDRESS**
MELISSA L. AND SHIVA L. SOOKNANAN
1584 APACHE WAY
CLARKSVILLE, TN 37042-8178

**CREDITOR / POC ADDRESS**
MICHAEL AND SARAH PIERCE
122 SOUTHSHORE DRIVE
JACKSON, TN 38305

**CREDITOR**
MICHAEL SCHWARTZ
3968 LOWRY AVENUE
CINCINNATI, OH 45229-1310

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **CREDITOR / POC ADDRESS**<br>MIGUEL A ZUANABAR JR<br>812 SUMNER STREET<br>ADDISON, IL 60101-1338 | **CREDITOR / POC ADDRESS**<br>MISSISSIPPI DEPARTMENT OF REVENUE<br>ATTN: BANKRUPTCY SECTION<br>P. O. BOX 22808<br>JACKSON, MS 39225-2808 | **CREDITOR**<br>MISSISSIPPI DEPT OF REVENUE<br>PO BOX 23075<br>JACKSON, MS 39225-3075 |
| **CREDITOR**<br>NATIONWIDE APPEARANCE ATTORNEYS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>5737 KANAN RD #628<br>AGOURA HILLS, CA 91301-1601 | **CREDITOR**<br>NETSUITE-ORACLE<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>2300 ORACLE WAY<br>AUSTIN, TX 78741-1400 | **CREDITOR**<br>NEVADA DEPT OF TAXATION<br>1550 COLLEGE PARKWAY, SUITE 115<br>CARSON CITY, NV 89706-7939 |
| **SECURED CREDITOR / POC ADDRESS**<br>OHP-CDR, LP<br>C/O JEREMY ANDERSEN, RAZMIG IZAKELIAN<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 S. FIGUEROA STREET, 10TH FLOOR<br>LOS ANGELES, CA 90017 | **CREDITOR / POC ADDRESS**<br>OUTSOURCE ACCELERATOR LTD<br>C/O PAUL R. SHANKMAN, ESQ<br>FORTIS LLP<br>650 TOWN CENTER DRIVE, SUITE 1530<br>COSTA MESA, CA 92626 | **CREDITOR**<br>OUTSOURCE ACCELERATOR LTD<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>CITY MARQUE LIMITED, UNIT 8801-2<br>BLDG 244-248 DES VOEUX RD CENTRAL HONG KONG |
| **CREDITOR / POC ADDRESS**<br>PAOLA GOMEZ<br>19542 POMPANO LN, #103<br>HUNTINGTON BEACH, CA 92648-6424 | **CREDITOR / POC ADDRESS**<br>PETER SCHNEIDER<br>12115 NE 165TH PL<br>BOTHELL, WA 98011-1211 | **CREDITOR**<br>PITNEY BOWES<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 981026<br>BOSTON, MA 02298-1026 |
| **CREDITOR**<br>RAPID CREDIT INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>3558 ROUND BARN BLVD<br>SUITE 200<br>SANTA ROSA, CA 95403-0991 | **CHG OF ADDRESS 6/6/23**<br>**CREDITOR / POC ADDRESS**<br>RONALD MOORE<br>101 ABERDEEN CHASE DR, APT D<br>EASLEY, SC 29640 | **CREDITOR / POC ADDRESS**<br>SALVATORE PORCARO<br>72 DORSET DRIVE<br>CLARK, NJ 07066-3010 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                            F 9013-3.1.PROOF.SERVICE

**CREDITOR**
SBS LEASING A PROGRAM OF DE LAGE LANDEN
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 41602
PHILADELPHI, PA 19101-1602

**CREDITOR**
SECURITY SOLUTIONS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
10911 BLOOMFIELD ST
LOS ALAMITOS, CA 90720-2506

**CREDITOR**
SHARP BUSINESS SYSTEMS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
8670 ARGENT ST
SANTEE, CA 92071-4172

**INTERESTED PARTY**
SHARP ELECTRONICS COPR
C/O DAVID CRAPO, ESQ
ONE GATEWAY CENTER
NEWARK, NJ 07102

**CREDITOR / POC ADDRESS**
STATE OF NEVADA DEPARTMENT OF TAXATION
700 E WARM SPRINGS RD STE 200
LAS VEGAS, NV 89119-4311

**CREDITOR / POC ADDRESS**
STEVE MALU
2582 SE 18TH AVE
GAINESVILLE, FL 32641

**CREDITOR**
STREAMLINE PERFORMANCE INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1551 N TUSTIN, #555
SANTA ANA, CA 92705-8634

**CREDITOR**
TASKUS HOLDINGS, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1650 INDEPENDENCE DR
NEW BRAUNFELS, TX 78132-3959

**CREDITOR / POC ADDRESS**
THE BANKRUPTCY ESTATE OF STEVEN ROBERT VERZAL
C/O JACQUELINE SELLS HOMANN, CHAPTER 7 TRUSTEE
1251 NORTH EDDY STREET
SUITE 203
SOUTH BEND IN 46617-1478

**CREDITOR / POC ADDRESS**
THOMAS RAY
2312 PLATINUM DR
SUN CITY CENTER, FL 33573

**CREDITOR**
THOMSON REUTERS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
610 OPPERMAN DRIVE
EAGEN, MN 55123-1340

**CREDITOR**
TUSTIN EXECUTIVE CENTER
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1630 S SUNKIST STEET
STE A
ANAHEIM, CA 92806-5816

**CREDITOR**
TWILIO, INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
101 SPEAR STREET
SUITE 500
SAN FRANCISCO, CA 94105-1559

**CREDITOR / POC ADDRESS**
UNIFIED GLOBAL RESEARCH GROUP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1660 HOTEL CIR N STE S620
SAN DIEGO, CA 92108-2806

**CREDITOR / POC ADDRESS**
UTAH STATE TAX COMMISSION
210 N 1950 W
SALT LAKE CITY, UT 84134-9000

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
VALIDATION PARTNERS LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1300 SAWGRASS PKWY
STE 110
SUNRISE, FL 33323

**CREDITOR**
WA STATE DEPT OF LABOR &
INDUSTRIES
BANKRUPTCY UNIT
PO BOX 44171
OLYMPIA WA 98504-4171

**CREDITOR**
WISCONSIN DEPT OF REVENUE
PO BOX 8901
MADISON, WI 53708-8901

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                       **F 9013-3.1.PROOF.SERVICE**