

**FILED & ENTERED**

**JUN 13 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.<br><br>Debtor(s). | Case No.: 8:23-bk-10571-SC<br><br>CHAPTER 11<br><br>**ORDER CONTINUING STATUS CONFERENCE**<br><br>Date:        June 12, 2023<br>Time:        1:30 PM<br>Courtroom: 5C |

    The status conference is hereby CONTINUED to July 19, 2023, at 1:30 p.m. A status report by the Chapter 11 Trustee is due 14 days in advance. The Chapter 11 Trustee is to provide notice of the status conference to all creditors and file a proof of service within seventy-two hours of entry of this order.

    **IT IS SO ORDERED.**

Date: June 13, 2023

Scott C. Clarkson
United States Bankruptcy Judge

-1-