D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No: 8-23-bk-10571-SC<br><br>Chapter 11<br><br>NOTICE OF HEARING ON EMERGENCY MOTION FOR ORDER AUTHORIZING THE CHAPTER 11 TRUSTEE TO ENTER INTO AN EXPENSE REIMBURSEMENT AGREEMENT WITH THE AD HOC COMMITTEE<br><br>Hearing:<br>Date:     June 28, 2023<br>Time:    11:00 A.M.<br>Ctrm:    5C[1] |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the Court has set a hearing ("Hearing") on **June 28, 2023**, at **11:00 a.m.**, in Courtroom 5C of the United States Bankruptcy Court located at 411 West Fourth Street, Santa Ana, CA 92701, before Honorable Scott C. Clarkson, United States Bankruptcy Judge, on the Emergency Motion ("Motion") for an Order Authorizing the Chapter 11 Trustee to

---

[1] ZoomGov: Video and audio connection information for each hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC, and then selecting "Judge Clarkson" from the tab on the left-hand side of the page.

1
NOTICE OF HEARING

4887-5831-6646

Enter Into an Expense Reimbursement Agreement with Ad Hoc Committee, filed by Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of The Litigation Practice Group P.C. ("Debtor"), on June 13, 2023, as Docket No. 102, pursuant to the Trustee's Application for Order Shortening Time filed on June 13, 2023, as Docket No. 103 ("Application"). A true and correct copy of the Court's order granting the Application, setting the hearing on shortened time, and setting corresponding deadlines, filed on June 13, 2023, as Dk. No. 105 ("OST") is attached as Exhibit 1.

      PLEASE TAKE FURTHER NOTICE that, any Opposition to the Motion may be filed and served no later than June 22, 2023, by noon, as provided on paragraph 5 of the OST. Additionally, any reply may be presented orally at the Hearing as provided on paragraph 6 of the OST.

DATED: June 14, 2023

MARSHACK HAYS LLP

By: /s/ Laila Masud
D. EDWARD HAYS
LAILA MASUD
Attorneys for Chapter 11 Trustee
RICHARD A. MARSHACK

**EXHIBIT 1**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Christopher B. Ghio (State Bar No. 259094)<br>Christopher Celentino (State Bar No. 131688)<br>DINSMORE & SHOHL LLP<br>655 West Broadway, Suite 800<br>San Diego, CA 92101<br>Telephone: 619.400.0500<br>Facsimile: 619.400.0501<br>christopher.ghio@dinsmore.com<br>christopher.celentino@dinsmore.com<br><br>Proposed Special Counsel to Richard A. Marshack, Chapter 11 Trustee<br><br>D. Edward Hays (State Bar No. 162507)<br>Laila Masud (State Bar No. 311731)<br>MARSHACK HAYS LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>Telephone: 949.333.7777<br>Facsimile: 949.333.7778<br>ehays@marshackhays.com<br><br>Proposed General Bankruptcy Counsel to Richard A. Marshack, Chapter 11 Trustee<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Richard A. Marshack, Ch. 11 Trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUN 13 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA -*SANTA ANA* DIVISION** ||
| In re:<br><br>THE LITIGATION PRACTICE GROUP, P.C.<br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: 11<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>       **[LBR 9075-1(b)]** |
| **Movant** (*name*): RICHARD A. MARSHACK, Chapter 11 Trustee ||

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: Notice of Emergency Motion and Emergency Motion for Order Authorizing the Chapter 11 Trustee to Enter Into an Expense Reimbursement Agreement with Ad Hoc Committee

   b. *Date of filing of motion:* June 13, 2023

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013             Page 1             F 9075-1.1.ORDER.SHORT.NOTICE

EXHIBIT 1, PAGE 3

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: June 13, 2023

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ The Application is granted, and it is further ordered that:

   (1) ☒ A hearing on the motion will take place as follows:

   | **Hearing date:** 6/28/23 | **Place:** |
   |---|---|
   | **Time:** 11:00 a.m. | ☐ 255 East Temple Street, Los Angeles, CA 90012 |
   | | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
   | **Courtroom:** 5C | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
   | | ☒ 411 West Fourth Street, Santa Ana, CA 92701 |
   | | ☐ 1415 State Street, Santa Barbara, CA 93101 |

   (2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

   | (A) *Deadlines:* | (B) *Persons/entities to be provided with telephonic notice:* |
   |---|---|
   | Date: 6/14/23 | |
   | | Top 20 creditors; all interested parties |
   | Time: 12:00 p.m. | |
   | | ☐ See attached page |
   | | (C) *Telephonic notice is also required upon* the United States trustee |

   (3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using: ☒ one of the methods checked  ☐ all of the methods checked

   (A) ☐ Personal Delivery  ☐ Overnight Mail  ☒ First class mail  ☒ Facsimile*  ☒ Email*

   | (B) *Deadlines:* | (C) *Persons/entities to be served with written notice and a copy of this order:* |
   |---|---|
   | Date: 6/14/23 | Debtor |
   | | Office of the United States Trustee |
   | Time: | All Creditors |
   | | Any interested party |
   | | ☐ See attached page |
   | | (D) *Service is also required upon*: |
   | | -- United States trustee *(electronic service is not permitted)* |
   | | -- Judge's copy personally delivered to chambers |
   | | *(see Court Manual for address)* |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 9075-1.1.ORDER.SHORT.NOTICE**

EXHIBIT 1, PAGE 4

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:  ☒ one of the methods checked  ☐ all of the methods checked

(A)  ☐ Personal Delivery  ☐ Overnight Mail  ☒ First Class Mail  ☐ Facsimile*  ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with motion, declarations, supporting documents:* |
|---|---|
| Date: 6/14/23 | |
| Time: | Debtor |
| | Office of the United States Trustee |
| | All Creditors |
| | Any interested party |
| | ☐ See attached page |
| | (D) *Service is also required upon*: |
| | -- United States trustee *(no electronic service permitted)* |
| | -- Judge's copy personally delivered to chambers *(see Court Manual for address)* |

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:  ☒ one of the methods checked  ☐ all of the methods checked

(A)  ☒ Personal Delivery  ☒ Overnight Mail  ☐ First Class Mail  ☒ Facsimile*  ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written opposition to the motion:* |
|---|---|
| Date: 6/22/23 | -- movant's attorney (or movant, if movant is not represented by an attorney) |
| Time: 12:00 p.m. | |
| | Any interested party |
| | (D) *Service is also required upon*: |
| | -- United States trustee *(electronic service is not permitted)* |
| | -- Judge's copy personally delivered to chambers *(see Court Manual for address)* |

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:  ☐ one of the methods checked  ☐ all of the methods checked

(A)  ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                Page 3                F 9075-1.1.ORDER.SHORT.NOTICE

EXHIBIT 1, PAGE 5

| (B) _Deadlines:_ <br> Date: <br><br> Time: | (C) _Persons/entities to be served with written reply to opposition:_ <br> -- All persons/entities who filed a written opposition <br><br> (D) _Service is also required upon_: <br> -- United States trustee _(electronic service is not permitted)_ <br> -- Judge's Copy personally delivered to chambers <br>   (_see Court Manual for address_) |
|---|---|

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

| ☒ at least 2 days before the hearing. |
|---|
| ☐ no later than:    Date:           Time: |

**\*** Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

4892-8843-1976, v. 1

Date: June 13, 2023

Scott C. Clarkson
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_December 2013_                                   Page 4                    F 9075-1.1.ORDER.SHORT.NOTICE

EXHIBIT 1, PAGE 6

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF HEARING ON EMERGENCY MOTION FOR ORDER AUTHORIZING THE CHAPTER 11 TRUSTEE TO ENTER INTO AN EXPENSE REIMBURSEMENT AGREEMENT WITH THE AD HOC COMMITTEE (AND ENTERED ORDER GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE – DK.105)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 14, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **June 14, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 14, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 14, 2023 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

   - **INTERESTED PARTY COURTESY NEF: Eric Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com
   - **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC.:** Ronald K Brown    ron@rkbrownlaw.com
   - **ATTORNEY FOR TRUSTEE: Christopher Celentino** christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
   - **INTERESTED PARTY COURTESY NEF:** Shawn M Christianson cmcintire@buchalter.com, schristianson@buchalter.com
   - **ATTORNEY FOR TRUSTEE: Christopher Ghio**    christopher.ghio@dinsmore.com
   - **INTERESTED PARTY COURTESY NEF: Richard H Golubow**    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
   - **ATTORNEY FOR TRUSTEE:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR CITY CAPITAL NY:** Alan Craig Hochheiser ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
   - **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC:** Garrick A Hollander ghollander@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
   - **ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP P.C.:** Joon M Khang joon@khanglaw.com
   - **INTERESTED PARTY COURTESY NEF: David S Kupetz**    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
   - **INTERESTED PARTY COURTESY NEF: Christopher J Langley** chris@slclawoffice.com, omar@slclawoffice.com; langleycr75251@notify.bestcase.com; ecf123@casedriver.com
   - **INTERESTED PARTY COURTESY NEF: Michael D Lieberman**    mlieberman@lipsonneilson.com
   - **CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
   - **ATTORNEY FOR TRUSTEE:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
   - **US TRUSTEE: Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
   - **INTERESTED PARTY COURTESY NEF:** Byron Z Moldo bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com, dperez@ecjlaw.com
   - **INTERESTED PARTY COURTESY NEF:** Alan I Nahmias anahmias@mbn.law, jdale@mbnlawyers.com
   - **ATTORNEY FOR US TRUSTEE:** Queenie K Ng queenie.k.ng@usdoj.gov
   - **INTERESTED PARTY COURTESY NEF: Douglas A Plazak**    dplazak@rhlaw.com
   - **INTERESTED PARTY COURTESY NEF:** Ronald N Richards ron@ronaldrichards.com, 7206828420@filings.docketbird.com
   - **INTERESTED PARTY COURTESY NEF: Gregory M Salvato**    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
   - **INTERESTED PARTY COURTESY NEF:** Paul R Shankman PShankman@fortislaw.com, info@fortislaw.com
   - **INTERESTED PARTY COURTESY NEF: Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
   - **US TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                      **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**: continued:

**DEBTOR – MAIL REDIRECTED TO TRUSTEE**
THE LITIGATION PRACTICE GROUP P.C.
~~17542 17TH ST~~
~~SUITE 100~~
~~TUSTIN, CA 92780-1981~~

**20 LARGEST CREDITOR**
ANTHEM BLUE CROSS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 511300
LOS ANGELES, CA 90051-7855

**20 LARGEST CREDITOR**
AZEVEDO SOLUTIONS GROUPS, INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
420 ADOBE CANYON RD
KENWOOD, CA 95452-9048

**20 LARGEST CREDITOR**
BUSINESS CENTERS OF AMERICA
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1100 SIR FRANCIS DRAKE BLVD, SUITE 1
KENTFIELD, CA 94904-1476

**20 LARGEST CREDITOR**
CALIFORNIA FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO, CA 94257-0001

**20 LARGEST CREDITOR**
COLLABORATION ADVISORS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
400 DORLA COURT
ZEPHYR COVE, NV 89448

**20 LARGEST CREDITOR**
CREDIT REPORTING SERVICE INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
548 MARKET ST, SUITE 72907
SAN FRANCISCO, CA 94104-5401

**20 LARGEST CREDITOR**
DEBT PAY PRO
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1900 E GOLF ROAD, SUITE 550
SCHAUMBURG, IL 60173-5870

**20 LARGEST CREDITOR**
DEBT VALIDATION FUND II, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
5075 LOWER VALLEY ROAD
ATGLEN, PA 19310-1774

**20 LARGEST CREDITOR**
DOCUMENT FULFILLMENT SERVICES
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2930 RAMONA AVE #100
SACRAMENTO, CA 95826-3838

**20 LARGEST CREDITOR**
EXECUTIVE CENTER LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
5960 SOUTH JONES BLVD
LAS VEGAS, NV 89118-2610

**20 LARGEST CREDITOR**
JP MORGAN CHASE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
3 PARK PLAZA, STE 900
IRVINE, CA 92614-5208

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

**20 LARGEST CREDITOR**
LEXISNEXUS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
15500 B ROCKFIELD BLVD
IRVINE, CA 92618-2722

**20 LARGEST CREDITOR**
MARICH BEIN LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
99 WALL STREET
STE 2669
NEW YORK, NY 10005-4301

**20 LARGEST CREDITOR**
MC DVI FUND 1, LLC; MC DVI FUND 2, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1598 COTTONWOOD DR
GLENVIEW, IL 60026-7769

**20 LARGEST CREDITOR**
NETSUITE-ORACLE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2300 ORACLE WAY
AUSTIN, TX 78741-1400

**20 LARGEST CREDITOR**
SHARP BUSINESS SYSTEMS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
8670 ARGENT ST
SANTEE, CA 92071-4172

**20 LARGEST CREDITOR**
TASKUS HOLDINGS, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1650 INDEPENDENCE DR
NEW BRAUNFELS, TX 78132-3959

**20 LARGEST CREDITOR**
TUSTIN EXECUTIVE CENTER
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1630 S SUNKIST STEET STE A
ANAHEIM, CA 92806-5816

**20 LARGEST CREDITOR**
VALIDATION PARTNERS LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1300 SAWGRASS PKWY STE 110
SUNRISE, FL 33323

**SECURED CREDITOR**
CITY CAPITAL NY
C/O MAURICE WUTSCHER LLP
23611 CHAGRIN BLVD. SUITE 207
BEACHWOOD, OH 44122-5540

**SECURED CREDITOR**
CITY CAPITAL NY
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1135 KANE CONCOURSE
BAY HARBOUR ISLANDS, FL 33154-2025

**SECURED CREDITOR**
DIVERSE CAPITAL LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
323 SUNNY ISLES BLVD, STE 503
SUNNY ISLES, FL 33160-4675

**SECURED CREDITOR**
FUNDURA CAPITAL GROUP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
80 BROAD STREET, STE 3303
NEW YORK, NY 10004-2845

**SECURED CREDITOR / POC ADDRESS**
OHP-CDR, LP
C/O JEREMY ANDERSEN, RAZMIG IZAKELIAN
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 S. FIGUEROA STREET, 10TH FLOOR
LOS ANGELES, CA 90017

**CREDITOR**
AJILON
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
LOCKBOX: DEPT CH 14031
PALATINE, IL 60055-0001

**CREDITOR**
ANIBAL COLON JR
C/O ALEXANDER TAYLOR, ESQ.
SULAIMAN LAW GROUP LTD
2500 S. HIGHLAND AVE, STE 200
LOMBARD, IL 60148-7103

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

**CREDITOR**
ARIZONA DEPT OF ECONOMIC SECURITY
PO BOX 6028
PHOENIX, AZ 85005-6028

**CREDITOR**
ARKANSAS DEPT OF FINANCE & ADMIN
PO BOX 9941
LITTLE ROCK, AR 72203-9941

**CREDITOR**
BEVERLY GRAHAM
C/O BOBBY WALKER, ESQ.
SULAIMAN LAW GROUP
2500 S. HIGHLAND AVE, STE 200
LOMBARD, IL 60148-7103

**CREDITOR / POC ADDRESS**
BONITA MARIE SCOTT
2132 OHIO AVE
COLUMBUS, IN 47201

**CREDITOR**
CAROLINA TECHNOLOGIES & CONSULTING INVOICE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1854 HENDERSONVILLE ROAD, STE A PMB #178
ASHEVILLE, NC 28803-2495

**CREDITOR**
CAROLYN BEECH
C/O DANIEL EDELMAN, ESQ.
20 SOUTH CLARK ST., STE1500
CHICAGO, IL 60603-1824

**CREDITOR**
CT CORPORATION - INV
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 4349
CAROL STREAM, IL 60197-4349

**CREDITOR**
DARCY WILLIAMSON, TRUSTEE
510 SW 10TH
TOPEKA, KS 66612-1606

**CREDITOR**
DAVID ULERY
C/O JOSHUA EGGNATZ, ESQ,
EGGNATZ
PASCUCCI
7450 GRIFFIN ROAD, SUITE 230

**CREDITOR**
DEPT OF LABOR AND INDUSTRIES
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 34022
SEATTLE, WA 98124

**CREDITOR / POC ADDRESS**
EMPLOYMENT DEVELOPMENT DEPARTMENT
BANKRUPTCY GROUP MIC 92E
PO BOX 826880
SACRAMENTO, CA 95814

**CREDITOR**
ENERGYCARE, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2925 N. GREEN VALLEY PARKWAY, SUITE C
HENDERSON, NV 89014-0418

**CREDITOR**
GENEVE AND MYRANDA SHEFFIELD
C/O JEREMIAH HECK, ESQ
LUFTMAN HECK & ASSOC
6253 RIVERSIDE DR, STE 200
DUBLIN, OH 43017-5450

**CREDITOR**
GEORGIA DEPT OF LABOR
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
148 ANDREW YOUNG INTERNATIONAL BLVD, NE, SUITE 752
ATLANTA, GA 30303-1751

**CREDITOR**
GHA TECHNOLOGIES INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
DEPT #2090
PO BOX 29661
PHOENIX, AZ 85038-9661

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

**CREDITOR**
GLORIA EATON
C/O KRIS SKAAR, ESQ.
133 MIRRAMONT LAKE DR.
WOODSTOCK, GA 30189-8215

**CREDITOR**
HARRINGTON ELECTRIC INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
PO BOX 886
SKYLAND, NC 28776-0886

**CREDITOR**
IMAGINE REPORTING
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1350 COLUMBIA STREET
SUITE 703
SAN DIEGO, CA 92101-3456

**CREDITOR**
INDIANA DEPT OF REVENUE
PO BOX 1028
INDIANAPOLIS, IN 46206-1028

**CREDITOR / POC ADDRESS**
INTERNAL REVENUE SERVICE
CENTRALIZED INVSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**CREDITOR / POC ADDRESS**
INTERNAL REVENUE SERVICE
OGDEN, UT 84201

**CREDITOR**
JAMES HAMMETT
C/O JENNA DAKRAUB
PRICE LAW GROUP
8245 N. 85TH WAY
SCOTTSDALE, AZ 85258-4349

**CREDITOR**
JOHNNY RIZO
C/O BOBBY WALKER, ESQ.
SULAIMAN LAW GROUP
2500 S. HIGHLAND AVE, STE 200
LOMBARD, IL 60148-7103

**CREDITOR**
JUIZE, INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 505
MURRIETA, CA 92564-0505

**CREDITOR**
KAREN SUELL
C/O NATHAN C. VOLHEIM, ESQ
SULAIMAN LAW GROUP
2500 S. HIGHLAND AVE, STE 200
LOMBARD, IL 60148-7103

**CREDITOR**
KATHLEEN SCARLETT
C/O JEREMIAH HECK, ESQ.
LUFTMAN HECK & ASSOC
6253 RIVERSIDE DR, STE 200
DUBLIN, OH 43017-5450

**CREDITOR**
KENNETH TOPP
C/O NATHAN VOLHEIM, ESQ
SULAIMAN LAW GROUP LTD
2500 S HIGHLAND AVE, STE 200
LOMBARD, IL 60148-7103

**CREDITOR**
KEVIN CARPENTER
C/O ALEXANDER TAYLOR, ESQ,
SULAIMAN LAW GROUP LTD
2500 S. HIGHLAND AVE, STE 200
LOMBARD, IL 60148-7103

**CREDITOR**
KIMBERLY BIRDSONG
C/O ALEXANDER J. TAYLOR, ESQ.
SULAIMANLAW GROUP
2500 SOUTH HIGHLAND AVE
SUITE 200

**CREDITOR**
KRISP TECHNOLOGIES, INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
2150 SHATTUCK AVE
PENTHOUSE 1300
BERKELEY, CA 94704-1347

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**CREDITOR**
MARC LEMAUVIEL - ALLEGRA
326 MACNEIL WAY
WEAVERVILLE, NC 28787-6700

**CREDITOR**
MARKSYS HOLDINGS, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
3725 CINCINNATI AVE
SUITE 200
ROCKLIN, CA 95765-1220

**XXX**
**CREDITOR / POC ADDRESS**
MELISSA L. AND SHIVA L. SOOKNANAN
1584 APACHE WAY
CLARKSVILLE, TN  37042-8178

**CREDITOR**
MICHAEL SCHWARTZ
3968 LOWRY AVENUE
CINCINNATI, OH 45229-1310

**CREDITOR**
MISSISSIPPI DEPT OF REVENUE
PO BOX 23075
JACKSON, MS 39225-3075

**CREDITOR**
NATIONWIDE APPEARANCE ATTORNEYS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
5737 KANAN RD #628
AGOURA HILLS, CA 91301-1601

**CREDITOR**
NEVADA DEPT OF TAXATION
1550 COLLEGE PARKWAY, SUITE 115
CARSON CITY, NV 89706-7939

**CREDITOR**
PITNEY BOWES
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 981026
BOSTON, MA 02298-1026

**CREDITOR**
RAPID CREDIT INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
3558 ROUND BARN BLVD
SUITE 200
SANTA ROSA, CA 95403-0991

**CREDITOR**
SBS LEASING A PROGRAM OF DE LAGE LANDEN
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 41602
PHILADELPHI, PA 19101-1602

**CREDITOR**
SECURITY SOLUTIONS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
10911 BLOOMFIELD ST
LOS ALAMITOS, CA 90720-2506

**CREDITOR**
STREAMLINE PERFORMANCE INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1551 N TUSTIN, #555
SANTA ANA, CA 92705-8634

**CREDITOR / POC ADDRESS**
THE BANKRUPTCY ESTATE OF STEVEN ROBERT VERZAL
C/O JACQUELINE SELLS HOMANN, CHAPTER 7 TRUSTEE
1251 NORTH EDDY STREET
SUITE 203
SOUTH BEND IN 46617-1478

**CREDITOR**
THOMSON REUTERS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
610 OPPERMAN DRIVE
EAGEN, MN 55123-1340

**CREDITOR**
TWILIO, INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
101 SPEAR STREET
SUITE 500
SAN FRANCISCO, CA 94105-1559

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                F 9013-3.1.PROOF.SERVICE

| **CREDITOR** | **CREDITOR** | **INTERESTED PARTY** |
|---|---|---|
| WA STATE DEPT OF LABOR & INDUSTRIES<br>BANKRUPTCY UNIT<br>PO BOX 44171<br>OLYMPIA WA 98504-4171 | WISCONSIN DEPT OF REVENUE<br>PO BOX 8901<br>MADISON, WI 53708-8901 | SHARP ELECTRONICS COPR<br>C/O DAVID CRAPO, ESQ<br>ONE GATEWAY CENTER<br>NEWARK, NJ 07102 |

OFFICE OF THE U.S. TRUSTEE
411 W. FOURTH ST.
SUITE 7160
SANTA ANA, CA 92701

3. **SERVED BY EMAIL:**

| **EMAIL SERVICE 6-14-23**<br>**CREDITOR / POC ADDRESS** | **EMAIL SERVICE 6-14-23**<br>**CREDITOR / POC ADDRESS** | **EMAIL SERVICE 6-14-23**<br>**CREDITOR / POC ADDRESS** |
|---|---|---|
| ABIGAIL BEAUDIN | ACB HOLDINGS, LP | ALEXANDRA H LUTFI |
| ALICE STANTON | AMERICAN EXPRESS NATIONAL BANK | ANGELA DENISE BLAIR |
| APRIL RIEDY | ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTR | ARVEN ALLEN KNIGHT |
| ASHLEY GLOCKNER | BLANCHE WHEALDON | BLUE CROSS OF CALIFORNIA |
| BRITTANY WESTON, ESQ. | CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION | CALIFORNIA DEPT. OF TAX AND FEE ADMINISTRATION |
| CHRISTINE JOHNSON | CINDY NEWMAN | CORY READE DOWS AND SHAFER |
| DEBRA M. ARCHAMBAULT | DEBRA PRICE | DENISE BURTCHELL |
| DONALD AND SHARON SEAL | EXELA ENTERPRISE SOLUTIONS | FIRAS ABUNADA |
| FIRST LEGAL NETWORK, LLC | FORTH TECHNOLOGY, INC. | GERARDO GUZMAN |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                              **F 9013-3.1.PROOF.SERVICE**

| **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> GHA TECHNOLOGIES INC | **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> HEBA QANDEEL-KISHTA | **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> HUNTER HASTINGS |
|---|---|---|
| **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> INDIANA DEPARTMENT OF REVENUE | **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> JACLYN GOMEZ | **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> JANE ANN DEARWESTER |
| **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> JASON PATTERSON STOPNITZKY | **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> JESSICA JARBOE | **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> JOAN P. SCHOTT |
| **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> JOHN CHARLES PORTER | **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> JOHN RAY SORIANO | **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> JORDAN MICHAEL KURTH |
| **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> KARI B. CONIGLIO, CHAPTER 7 TRUSTEE FOR | **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> KATHLEEN LACEY | **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> KELLY DOOLEY |
| **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> LAURA CEVA | **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> LHH RS | **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> LISA GORE |
| **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> MARC LEMAUVIEL | **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> MDL GROUP C/O EXECUTIVE CENTER LLC | **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> MICHAEL AND SARAH PIERCE |
| **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> MIGUEL A ZUANABAR JR | **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> MISSISSIPPI DEPARTMENT OF REVENUE | **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> NATALKA PALMER |
| **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> OUTSOURCE ACCELERATOR LTD | **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> PAOLA GOMEZ | **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> PETER SCHNEIDER |
| **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> PHILLIP A. GREENBLATT, PLLC | **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> REBECCA S. COULTER | **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> RONALD MOORE |
| **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> SALVATORE PORCARO | **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> STATE OF NEVADA DEPARTMENT OF TAXATION | **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> STEVE MALU |
| **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> THOMAS RAY | **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> UNIFIED GLOBAL RESEARCH GROUP | **EMAIL SERVICE 6-14-23** <br> **CREDITOR / POC ADDRESS** <br> UTAH STATE TAX COMMISSION |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**EMAIL SERVICE 6-14-23**
**COUNSEL FOR DANIEL MARCH**
**AND TONY DIAB**
TERRY PHAM

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**