Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501
christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com

Proposed Special Counsel to Richard A. Marshack,
Chapter 11 Trustee

D. Edward Hays (State Bar No. 162507)
Laila Masud (State Bar No. 311731)
**MARSHACK HAYS LLP**
870 Roosevelt
Irvine, CA 92620
Telephone: 949.333.7777
Facsimile: 949.333.7778
ehays@marshackhays.com

Proposed General Bankruptcy Counsel to Richard A. Marshack,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**NOTICE OF ERRATA RE:**<br><br>**NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION FOR ORDER AUTHORIZING THE CHAPTER 11 TRUSTEE TO ENTER INTO AN EXPENSE REIMBURSEMENT AGREEMENT WITH THE AD HOC COMMITTEE (DK. NO. 102)**<br><br>Date: June 28, 2023<br>Time: 1:30 p.m.<br>Judge: Hon. Scott C. Clarkson<br>Place: Courtroom 5C<br>　　　411 W. Fourth Street<br>　　　Santa Ana, CA  92701 |

1

#30901697V1

TO THE HONORABLE SCOTT C. CLARK, UNITED STATES BANKRUPTCY COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on June 13, 2023, as Dk. No. 102, Richard A. Marshack, solely in his capacity as Chapter 11 Trustee ("Trustee") of the bankruptcy estate (the "Estate") of The Litigation Practice Group P.C. ("Debtor"), filed *Motion for Order Authorizing the Chapter 11 Trustee to Enter Into an Expense Reimbursement Agreement With the Ad Hoc Committee* ("Motion"). Inadvertently, the Motion was filed without requesting alternate relief that was intended to be included. Specifically, (a) Trustee will withdraw this Motion if the Office of the United States Trustee appoints an official committee of consumer creditors; or (b) if no official committee is appointed and the court does not grant the Motion for authority to pay the expenses incurred by the ad hoc committee, Trustee requests that the court enter an order directing the appointment of a consumer committee pursuant to 11 U.S.C. § 1102(a)(2). Under Section 1102(a)(2), on request of a party in interest, the Court may order the appointment of committees of creditors if necessary to assure adequate representation of creditors, with the Office of the United States Trustee appointing such committee. Because a committee constituted pursuant to Section 1102 has a right to payment from the Estate under Title 11, such a committee would render the relief requested in the Motion moot.

Dated: June 13, 2023　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　MARSHACK HAYS LLP

　　　　　　　　　　　　　　　　　　　　　By:　　/s/　D. Edward Hays
　　　　　　　　　　　　　　　　　　　　　　　　D. EDWARD HAYS
　　　　　　　　　　　　　　　　　　　　　　　　LAILA MASUD
　　　　　　　　　　　　　　　　　　　　　　　　Proposed General Bankruptcy Counsel to
　　　　　　　　　　　　　　　　　　　　　　　　Richard A. Marshack, Chapter 11 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF ERRATA RE: NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION FOR ORDER AUTHORIZING THE CHAPTER 11 TRUSTEE TO ENTER INTO AN EXPENSE REIMBURSEMENT AGREEMENT WITH THE AD HOC COMMITTEE (DK. NO. 102)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 15, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **June 15, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 15, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 15, 2023 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **INTERESTED PARTY COURTESY NEF: Eric Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com
- **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC.:** Ronald K Brown ron@rkbrownlaw.com
- **ATTORNEY FOR TRUSTEE: Christopher Celentino** christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **INTERESTED PARTY COURTESY NEF:** Shawn M Christianson cmcintire@buchalter.com, schristianson@buchalter.com
- **ATTORNEY FOR TRUSTEE: Christopher Ghio**    christopher.ghio@dinsmore.com
- **INTERESTED PARTY COURTESY NEF: Richard H Golubow**    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **ATTORNEY FOR TRUSTEE:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR CITY CAPITAL NY:** Alan Craig Hochheiser ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC:** Garrick A Hollander ghollander@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
- **ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP P.C.:** Joon M Khang joon@khanglaw.com
- **INTERESTED PARTY COURTESY NEF: David S Kupetz**    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **INTERESTED PARTY COURTESY NEF: Christopher J Langley** chris@slclawoffice.com, omar@slclawoffice.com; langleycr75251@notify.bestcase.com; ecf123@casedriver.com
- **INTERESTED PARTY COURTESY NEF: Michael D Lieberman**    mlieberman@lipsonneilson.com
- **CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR TRUSTEE:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **US TRUSTEE: Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **INTERESTED PARTY COURTESY NEF:** Byron Z Moldo bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com, dperez@ecjlaw.com
- **INTERESTED PARTY COURTESY NEF:** Alan I Nahmias anahmias@mbn.law, jdale@mbnlawyers.com
- **ATTORNEY FOR US TRUSTEE:** Queenie K Ng queenie.k.ng@usdoj.gov
- **INTERESTED PARTY COURTESY NEF: Douglas A Plazak**    dplazak@rhlaw.com
- **INTERESTED PARTY COURTESY NEF:** Ronald N Richards ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **INTERESTED PARTY COURTESY NEF: Gregory M Salvato**    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **INTERESTED PARTY COURTESY NEF:** Paul R Shankman PShankman@fortislaw.com, info@fortislaw.com
- **INTERESTED PARTY COURTESY NEF: Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **US TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-3.1.PROOF.SERVICE

**2. SERVED BY UNITED STATES MAIL**: continued:

| | | |
|---|---|---|
| **DEBTOR – MAIL REDIRECTED TO TRUSTEE**<br>THE LITIGATION PRACTICE GROUP P.C.<br>~~17542 17TH ST~~<br>~~SUITE 100~~<br>~~TUSTIN, CA 92780-1981~~ | **20 LARGEST CREDITOR**<br>ANTHEM BLUE CROSS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 511300<br>LOS ANGELES, CA 90051-7855 | **20 LARGEST CREDITOR**<br>AZEVEDO SOLUTIONS GROUPS, INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>420 ADOBE CANYON RD<br>KENWOOD, CA 95452-9048 |
| **20 LARGEST CREDITOR**<br>BUSINESS CENTERS OF AMERICA<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1100 SIR FRANCIS DRAKE BLVD, SUITE 1<br>KENTFIELD, CA 94904-1476 | **20 LARGEST CREDITOR**<br>CALIFORNIA FRANCHISE TAX BOARD<br>PO BOX 942857<br>SACRAMENTO, CA 94257-0001 | **20 LARGEST CREDITOR**<br>COLLABORATION ADVISORS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>400 DORLA COURT<br>ZEPHYR COVE, NV 89448 |
| **20 LARGEST CREDITOR**<br>CREDIT REPORTING SERVICE INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>548 MARKET ST, SUITE 72907<br>SAN FRANCISCO, CA 94104-5401 | **20 LARGEST CREDITOR**<br>DEBT PAY PRO<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1900 E GOLF ROAD, SUITE 550<br>SCHAUMBURG, IL 60173-5870 | **20 LARGEST CREDITOR**<br>DEBT VALIDATION FUND II, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>5075 LOWER VALLEY ROAD<br>ATGLEN, PA 19310-1774 |
| **20 LARGEST CREDITOR**<br>DOCUMENT FULFILLMENT SERVICES<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>2930 RAMONA AVE #100<br>SACRAMENTO, CA 95826-3838 | **20 LARGEST CREDITOR**<br>EXECUTIVE CENTER LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>5960 SOUTH JONES BLVD<br>LAS VEGAS, NV 89118-2610 | **20 LARGEST CREDITOR**<br>JP MORGAN CHASE<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>3 PARK PLAZA, STE 900<br>IRVINE, CA 92614-5208 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                  F 9013-3.1.PROOF.SERVICE

**20 LARGEST CREDITOR**
LEXISNEXUS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
15500 B ROCKFIELD BLVD
IRVINE, CA 92618-2722

**20 LARGEST CREDITOR**
MARICH BEIN LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
99 WALL STREET
STE 2669
NEW YORK, NY 10005-4301

**20 LARGEST CREDITOR**
MC DVI FUND 1, LLC; MC DVI FUND 2, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1598 COTTONWOOD DR
GLENVIEW, IL 60026-7769

**20 LARGEST CREDITOR**
NETSUITE-ORACLE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2300 ORACLE WAY
AUSTIN, TX 78741-1400

**20 LARGEST CREDITOR**
SHARP BUSINESS SYSTEMS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
8670 ARGENT ST
SANTEE, CA 92071-4172

**20 LARGEST CREDITOR**
TASKUS HOLDINGS, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1650 INDEPENDENCE DR
NEW BRAUNFELS, TX 78132-3959

**20 LARGEST CREDITOR**
TUSTIN EXECUTIVE CENTER
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1630 S SUNKIST STEET STE A
ANAHEIM, CA 92806-5816

**20 LARGEST CREDITOR**
VALIDATION PARTNERS LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1300 SAWGRASS PKWY STE 110
SUNRISE, FL 33323

**SECURED CREDITOR**
CITY CAPITAL NY
C/O MAURICE WUTSCHER LLP
23611 CHAGRIN BLVD. SUITE 207
BEACHWOOD, OH 44122-5540

**SECURED CREDITOR**
CITY CAPITAL NY
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1135 KANE CONCOURSE
BAY HARBOUR ISLANDS, FL 33154-2025

**SECURED CREDITOR**
DIVERSE CAPITAL LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
323 SUNNY ISLES BLVD, STE 503
SUNNY ISLES, FL 33160-4675

**SECURED CREDITOR**
FUNDURA CAPITAL GROUP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
80 BROAD STREET, STE 3303
NEW YORK, NY 10004-2845

**SECURED CREDITOR / POC ADDRESS**
OHP-CDR, LP
C/O JEREMY ANDERSEN, RAZMIG IZAKELIAN
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 S. FIGUEROA STREET, 10TH FLOOR
LOS ANGELES, CA 90017

**CREDITOR**
AJILON
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
LOCKBOX: DEPT CH 14031
PALATINE, IL 60055-0001

**CREDITOR**
ANIBAL COLON JR
C/O ALEXANDER TAYLOR, ESQ.
SULAIMAN LAW GROUP LTD
2500 S. HIGHLAND AVE, STE 200
LOMBARD, IL 60148-7103

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                           F 9013-3.1.PROOF.SERVICE

**CREDITOR**
ARIZONA DEPT OF ECONOMIC SECURITY
PO BOX 6028
PHOENIX, AZ 85005-6028

**CREDITOR**
ARKANSAS DEPT OF FINANCE & ADMIN
PO BOX 9941
LITTLE ROCK, AR 72203-9941

**CREDITOR**
BEVERLY GRAHAM
C/O BOBBY WALKER, ESQ.
SULAIMAN LAW GROUP
2500 S. HIGHLAND AVE, STE 200
LOMBARD, IL 60148-7103

**CREDITOR / POC ADDRESS**
BONITA MARIE SCOTT
2132 OHIO AVE
COLUMBUS, IN 47201

**CREDITOR**
CAROLINA TECHNOLOGIES & CONSULTING INVOICE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1854 HENDERSONVILLE ROAD, STE A PMB #178
ASHEVILLE, NC 28803-2495

**CREDITOR**
CAROLYN BEECH
C/O DANIEL EDELMAN, ESQ.
20 SOUTH CLARK ST., STE1500
CHICAGO, IL 60603-1824

**CREDITOR**
CT CORPORATION - INV
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 4349
CAROL STREAM, IL 60197-4349

**CREDITOR**
DARCY WILLIAMSON, TRUSTEE
510 SW 10TH
TOPEKA, KS 66612-1606

**CREDITOR**
DAVID ULERY
C/O JOSHUA EGGNATZ, ESQ,
EGGNATZ
PASCUCCI
7450 GRIFFIN ROAD, SUITE 230

**CREDITOR**
DEPT OF LABOR AND INDUSTRIES
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 34022
SEATTLE, WA 98124

**CREDITOR / POC ADDRESS**
EMPLOYMENT DEVELOPMENT DEPARTMENT
BANKRUPTCY GROUP MIC 92E
PO BOX 826880
SACRAMENTO, CA 95814

**CREDITOR**
ENERGYCARE, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2925 N. GREEN VALLEY PARKWAY, SUITE C
HENDERSON, NV 89014-0418

**CREDITOR**
GENEVE AND MYRANDA SHEFFIELD
C/O JEREMIAH HECK, ESQ
LUFTMAN HECK & ASSOC
6253 RIVERSIDE DR, STE 200
DUBLIN, OH 43017-5450

**CREDITOR**
GEORGIA DEPT OF LABOR
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
148 ANDREW YOUNG INTERNATIONAL BLVD, NE, SUITE 752
ATLANTA, GA 30303-1751

**CREDITOR**
GHA TECHNOLOGIES INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
DEPT #2090
PO BOX 29661
PHOENIX, AZ 85038-9661

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

**CREDITOR**
GLORIA EATON
C/O KRIS SKAAR, ESQ.
133 MIRRAMONT LAKE DR.
WOODSTOCK, GA 30189-8215

**CREDITOR**
HARRINGTON ELECTRIC INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
PO BOX 886
SKYLAND, NC 28776-0886

**CREDITOR**
IMAGINE REPORTING
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1350 COLUMBIA STREET
SUITE 703
SAN DIEGO, CA 92101-3456

**CREDITOR**
INDIANA DEPT OF REVENUE
PO BOX 1028
INDIANAPOLIS, IN 46206-1028

**CREDITOR / POC ADDRESS**
INTERNAL REVENUE SERVICE
CENTRALIZED INVSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**CREDITOR / POC ADDRESS**
INTERNAL REVENUE SERVICE
OGDEN, UT 84201

**CREDITOR**
JAMES HAMMETT
C/O JENNA DAKRAUB
PRICE LAW GROUP
8245 N. 85TH WAY
SCOTTSDALE, AZ 85258-4349

**CREDITOR**
JOHNNY RIZO
C/O BOBBY WALKER, ESQ.
SULAIMAN LAW GROUP
2500 S. HIGHLAND AVE, STE 200
LOMBARD, IL 60148-7103

**CREDITOR**
JUIZE, INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 505
MURRIETA, CA 92564-0505

**CREDITOR**
KAREN SUELL
C/O NATHAN C. VOLHEIM, ESQ
SULAIMAN LAW GROUP
2500 S. HIGHLAND AVE, STE 200
LOMBARD, IL 60148-7103

**CREDITOR**
KATHLEEN SCARLETT
C/O JEREMIAH HECK, ESQ.
LUFTMAN HECK & ASSOC
6253 RIVERSIDE DR, STE 200
DUBLIN, OH 43017-5450

**CREDITOR**
KENNETH TOPP
C/O NATHAN VOLHEIM, ESQ
SULAIMAN LAW GROUP LTD
2500 S HIGHLAND AVE, STE 200
LOMBARD, IL 60148-7103

**CREDITOR**
KEVIN CARPENTER
C/O ALEXANDER TAYLOR, ESQ,
SULAIMAN LAW GROUP LTD
2500 S. HIGHLAND AVE, STE 200
LOMBARD, IL 60148-7103

**CREDITOR**
KIMBERLY BIRDSONG
C/O ALEXANDER J. TAYLOR, ESQ.
SULAIMANLAW GROUP
2500 SOUTH HIGHLAND AVE
SUITE 200

**CREDITOR**
KRISP TECHNOLOGIES, INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
2150 SHATTUCK AVE
PENTHOUSE 1300
BERKELEY, CA 94704-1347

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **CREDITOR**<br>MARC LEMAUVIEL - ALLEGRA<br>326 MACNEIL WAY<br>WEAVERVILLE, NC 28787-6700 | **CREDITOR**<br>MARKSYS HOLDINGS, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>3725 CINCINNATI AVE<br>SUITE 200<br>ROCKLIN, CA 95765-1220 | **XXX**<br>**CREDITOR / POC ADDRESS**<br>MELISSA L. AND SHIVA L. SOOKNANAN<br>1584 APACHE WAY<br>CLARKSVILLE, TN 37042-8178 |
| **CREDITOR**<br>MICHAEL SCHWARTZ<br>3968 LOWRY AVENUE<br>CINCINNATI, OH 45229-1310 | **CREDITOR**<br>MISSISSIPPI DEPT OF REVENUE<br>PO BOX 23075<br>JACKSON, MS 39225-3075 | **CREDITOR**<br>NATIONWIDE APPEARANCE ATTORNEYS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>5737 KANAN RD #628<br>AGOURA HILLS, CA 91301-1601 |
| **CREDITOR**<br>NEVADA DEPT OF TAXATION<br>1550 COLLEGE PARKWAY, SUITE 115<br>CARSON CITY, NV 89706-7939 | **CREDITOR**<br>PITNEY BOWES<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 981026<br>BOSTON, MA 02298-1026 | **CREDITOR**<br>RAPID CREDIT INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>3558 ROUND BARN BLVD<br>SUITE 200<br>SANTA ROSA, CA 95403-0991 |
| **CREDITOR**<br>SBS LEASING A PROGRAM OF DE LAGE LANDEN<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 41602<br>PHILADELPHI, PA 19101-1602 | **CREDITOR**<br>SECURITY SOLUTIONS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>10911 BLOOMFIELD ST<br>LOS ALAMITOS, CA 90720-2506 | **CREDITOR**<br>STREAMLINE PERFORMANCE INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1551 N TUSTIN, #555<br>SANTA ANA, CA 92705-8634 |
| **CREDITOR / POC ADDRESS**<br>THE BANKRUPTCY ESTATE OF STEVEN ROBERT VERZAL<br>C/O JACQUELINE SELLS HOMANN, CHAPTER 7 TRUSTEE<br>1251 NORTH EDDY STREET<br>SUITE 203<br>SOUTH BEND IN 46617-1478 | **CREDITOR**<br>THOMSON REUTERS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>610 OPPERMAN DRIVE<br>EAGEN, MN 55123-1340 | **CREDITOR**<br>TWILIO, INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>101 SPEAR STREET<br>SUITE 500<br>SAN FRANCISCO, CA 94105-1559 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                              **F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
WA STATE DEPT OF LABOR &
INDUSTRIES
BANKRUPTCY UNIT
PO BOX 44171
OLYMPIA WA 98504-4171

**CREDITOR**
WISCONSIN DEPT OF REVENUE
PO BOX 8901
MADISON, WI 53708-8901

**INTERESTED PARTY**
SHARP ELECTRONICS COPR
C/O DAVID CRAPO, ESQ
ONE GATEWAY CENTER
NEWARK, NJ 07102

OFFICE OF THE U.S. TRUSTEE
411 W. FOURTH ST.
SUITE 7160
SANTA ANA, CA 92701

3. **SERVED BY EMAIL:**

**EMAIL SERVICE 6-15-23**
**CREDITOR / POC ADDRESS**
ABIGAIL BEAUDIN

**EMAIL SERVICE 6-15-23**
**CREDITOR / POC ADDRESS**
ACB HOLDINGS, LP

**EMAIL SERVICE 6-15-23**
**CREDITOR / POC ADDRESS**
ALEXANDRA H LUTFI

**EMAIL SERVICE 6-15-23**
**CREDITOR / POC ADDRESS**
ALICE STANTON

**EMAIL SERVICE 6-15-23**
**CREDITOR / POC ADDRESS**
AMERICAN EXPRESS NATIONAL BANK

**EMAIL SERVICE 6-15-23**
**CREDITOR / POC ADDRESS**
ANGELA DENISE BLAIR

**EMAIL SERVICE 6-15-23**
**CREDITOR / POC ADDRESS**
APRIL RIEDY

**EMAIL SERVICE 6-15-23**
**CREDITOR / POC ADDRESS**
ARKANSAS DEPARTMENT OF
FINANCE AND ADMINISTR

**EMAIL SERVICE 6-15-23**
**CREDITOR / POC ADDRESS**
ARVEN ALLEN KNIGHT

**EMAIL SERVICE 6-15-23**
**CREDITOR / POC ADDRESS**
ASHLEY GLOCKNER

**EMAIL SERVICE 6-15-23**
**CREDITOR / POC ADDRESS**
BLANCHE WHEALDON

**EMAIL SERVICE 6-15-23**
**CREDITOR / POC ADDRESS**
BLUE CROSS OF CALIFORNIA

**EMAIL SERVICE 6-15-23**
**CREDITOR / POC ADDRESS**
BRITTANY WESTON, ESQ.

**EMAIL SERVICE 6-15-23**
**CREDITOR / POC ADDRESS**
CALIFORNIA DEPARTMENT OF TAX
AND FEE ADMINISTRATION

**EMAIL SERVICE 6-15-23**
**CREDITOR / POC ADDRESS**
CALIFORNIA DEPT. OF TAX AND
FEE ADMINISTRATION

**EMAIL SERVICE 6-15-23**
**CREDITOR / POC ADDRESS**
CHRISTINE JOHNSON

**EMAIL SERVICE 6-15-23**
**CREDITOR / POC ADDRESS**
CINDY NEWMAN

**EMAIL SERVICE 6-15-23**
**CREDITOR / POC ADDRESS**
CORY READE DOWS AND SHAFER

**EMAIL SERVICE 6-15-23**
**CREDITOR / POC ADDRESS**
DEBRA M. ARCHAMBAULT

**EMAIL SERVICE 6-15-23**
**CREDITOR / POC ADDRESS**
DEBRA PRICE

**EMAIL SERVICE 6-15-23**
**CREDITOR / POC ADDRESS**
DENISE BURTCHELL

**EMAIL SERVICE 6-15-23**
**CREDITOR / POC ADDRESS**
DONALD AND SHARON SEAL

**EMAIL SERVICE 6-15-23**
**CREDITOR / POC ADDRESS**
EXELA ENTERPRISE SOLUTIONS

**EMAIL SERVICE 6-15-23**
**CREDITOR / POC ADDRESS**
FIRAS ABUNADA

**EMAIL SERVICE 6-15-23**
**CREDITOR / POC ADDRESS**
FIRST LEGAL NETWORK, LLC

**EMAIL SERVICE 6-15-23**
**CREDITOR / POC ADDRESS**
FORTH TECHNOLOGY, INC.

**EMAIL SERVICE 6-15-23**
**CREDITOR / POC ADDRESS**
GERARDO GUZMAN

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

| **EMAIL SERVICE 6-15-23 CREDITOR / POC ADDRESS** | **EMAIL SERVICE 6-15-23 CREDITOR / POC ADDRESS** | **EMAIL SERVICE 6-15-23 CREDITOR / POC ADDRESS** |
|---|---|---|
| GHA TECHNOLOGIES INC | HEBA QANDEEL-KISHTA | HUNTER HASTINGS |
| INDIANA DEPARTMENT OF REVENUE | JACLYN GOMEZ | JANE ANN DEARWESTER |
| JASON PATTERSON STOPNITZKY | JESSICA JARBOE | JOAN P. SCHOTT |
| JOHN CHARLES PORTER | JOHN RAY SORIANO | JORDAN MICHAEL KURTH |
| KARI B. CONIGLIO, CHAPTER 7 TRUSTEE FOR | KATHLEEN LACEY | KELLY DOOLEY |
| LAURA CEVA | LHH RS | LISA GORE |
| MARC LEMAUVIEL | MDL GROUP C/O EXECUTIVE CENTER LLC | MICHAEL AND SARAH PIERCE |
| MIGUEL A ZUANABAR JR | MISSISSIPPI DEPARTMENT OF REVENUE | NATALKA PALMER |
| OUTSOURCE ACCELERATOR LTD | PAOLA GOMEZ | PETER SCHNEIDER |
| PHILLIP A. GREENBLATT, PLLC | REBECCA S. COULTER | RONALD MOORE |
| SALVATORE PORCARO | STATE OF NEVADA DEPARTMENT OF TAXATION | STEVE MALU |
| THOMAS RAY | UNIFIED GLOBAL RESEARCH GROUP | UTAH STATE TAX COMMISSION |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**

**EMAIL SERVICE 6-15-23**
**COUNSEL FOR DANIEL MARCH**
**AND TONY DIAB**
TERRY PHAM
4881-0821-7194, v. 1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                      **F 9013-3.1.PROOF.SERVICE**