United States Bankruptcy Court

Central District of California

In re:                                                                                    Case No. 23-10571-SC

The Litigation Practice Group P.C.                                                        Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8                         User: admin                              Page 1 of 3

Date Rcvd: Jun 13, 2023                      Form ID: pdf042                        Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan Craig Hochheiser | on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com arodriguez@mauricewutscher.com |
| Alan I Nahmias | on behalf of Interested Party Courtesy NEF anahmias@mbn.law jdale@mbnlawyers.com |
| Andrew Still | on behalf of Interested Party Courtesy NEF astill@swlaw.com kcollins@swlaw.com |
| Byron Z Moldo | on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com amatsuoka@ecjlaw.com,dperez@ecjlaw.com |
| Christopher Celentino | on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com caron.burke@dinsmore.com |
| Christopher Celentino | on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com caron.burke@dinsmore.com |

Christopher Ghio
              on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com

Christopher J Langley
              on behalf of Interested Party Courtesy NEF chris@slclawoffice.com
              omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

D Edward Hays
              on behalf of Interested Party Courtesy NEF ehays@marshackhays.com
              ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
              on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com
              ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

David S Kupetz
              on behalf of Interested Party Courtesy NEF David.Kupetz@lockelord.com mylene.ruiz@lockelord.com

Douglas A Plazak
              on behalf of Defendant Greyson Law Center PC dplazak@rhlaw.com

Eric Bensamochan
              on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us G63723@notify.cincompass.com

Garrick A Hollander
              on behalf of Creditor Debt Validation Fund II LLC ghollander@wghlawyers.com,
              jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
              on behalf of Creditor MC DVI Fund 1 LLC ghollander@wghlawyers.com,
              jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
              on behalf of Creditor MC DVI Fund 2 LLC ghollander@wghlawyers.com,
              jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Gregory M Salvato
              on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com
              calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joon M Khang
              on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com

Kenneth Misken
              on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

Laila Masud
              on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com
              lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud
              on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud
              on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com
              lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Michael D Lieberman
              on behalf of Creditor Phillip A. Greenblatt PLLC mlieberman@lipsonneilson.com

Paul R Shankman
              on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com info@fortislaw.com

Queenie K Ng
              on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Richard A Marshack (TR)
              pkraus@marshackhays.com rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Richard H Golubow
              on behalf of Creditor Debt Validation Fund II LLC rgolubow@wghlawyers.com,
              jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
              on behalf of Creditor MC DVI Fund 2 LLC rgolubow@wghlawyers.com,
              jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
              on behalf of Creditor MC DVI Fund 1 LLC rgolubow@wghlawyers.com,
              jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Ronald K Brown
              on behalf of Creditor SDCO Tustin Executive Center Inc. ron@rkbrownlaw.com

District/off: 0973-8                          User: admin                                    Page 3 of 3
Date Rcvd: Jun 13, 2023                      Form ID: pdf042                          Total Noticed: 1

Ronald N Richards
    on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com  7206828420@filings.docketbird.com

Ronald N Richards
    on behalf of Defendant Consumer Legal Group  PC ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Shawn M Christianson
    on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com  schristianson@buchalter.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov


TOTAL: 34

FILED & ENTERED

JUN 13 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte       DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.<br><br><br><br><br>Debtor(s). | Case No.: 8:23-bk-10571-SC<br><br>CHAPTER 11<br><br>**ORDER CONTINUING STATUS CONFERENCE**<br><br>Date:        June 12, 2023<br>Time:        1:30 PM<br>Courtroom:  5C |

The status conference is hereby CONTINUED to July 19, 2023, at 1:30 p.m. A status report by the Chapter 11 Trustee is due 14 days in advance. The Chapter 11 Trustee is to provide notice of the status conference to all creditors and file a proof of service within seventy-two hours of entry of this order.

**IT IS SO ORDERED.**

Date: June 13, 2023

Scott C. Clarkson
United States Bankruptcy Judge

-1-