

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## **TRANSCRIPT ORDER FORM**

CHAPTER 11.00

APPEAL? ☐ Yes ☒ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: **TERI PHAM, ESQ.**    Attorney Bar# 193383
Law Firm: **ENENSTEIN, PHAM & GLASS**
Mailing Address: **3200 BRISTOL STREET SUITE 500 COSTA MESA, CA**

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement***): ktsaklis@epglawyers.com
Telephone: (657) 208-7770    E-mail: ktsaklis@epglawyers.com
Bankruptcy Case #: 8:23-10571    Adversary Proceeding #/MP #: 8:23-10146
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 6/12/23    Time: 1:30PM
Debtor: **THE LITIGATION PRACTICE GROUP P.C.**
Adversary Proceeding Name: MARSHACK    vs. DIAB et al
Hearing Judge: S. Clarkson    Courtroom #: SA 5C
**TRANSCRIBER:** Ben Hyatt    **ALTERNATE:** Echo Reporting
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**

**NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)    ☒ 3 Days    ☒ Entire Hearing
☐ 14 Days    ☐ Daily (24 hours)    ☐ Ruling/Opinion of Judge only
☐ 7 Days    ☐ Testimony of Witness _____
☐ Other* _____ (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript***: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐ FDS ☐ Mail ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #: ___) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
(Tape #: ___) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
Court Recorder: _____ Division: _____ Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote *prior* to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*