**FILED & ENTERED**

**JUN 22 2023**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** bolte **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.<br><br><br><br><br>Debtor(s). | Case No.: 8:23-bk-10571-SC<br><br>CHAPTER 11<br><br>**SUA SPONTE REQUEST FOR STATUS REPORTS TO BE FILED BY (1) THE CHAPTER 11 TRUSTEE AND (2) THE UNITED STATES TRUSTEE BY 5:00 PM PACIFIC TIME, ON JUNE 23, 2023** |

    The Court continues to review the docket and pleadings, and further continues to review the arguments, statements, testimony and other evidence and proffers of evidence made by both the Chapter 11 Trustee and the United States Trustee (together the "Trustees") on the Court record in various hearings. By this Order, the Court respectfully requests that Trustees prepare brief individual status reports on the following matters:

    1.    Understanding that the Chapter 11 Trustee is receiving information on the case on a day-by-day, perhaps hour-by-hour, basis, the Chapter 11 Trustee is to provide a report updating the information contained in the

Complaint (Docket 93 of the Main Case). In particular, the General Allegations contained in Section B, paragraphs 44 through 47 (LPG's Ownership and Management) and Section C, paragraphs 48 through 52 (LPG's Business Structure), inclusive, should be updated.

2. The United States Trustee is to report its intentions to appoint a committee to represent the interests of the clients/customers of the Debtor.

IT IS SO ORDERED.

Date: June 22, 2023

Scott C. Clarkson
United States Bankruptcy Judge