**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Kenneth M. Misken, Bar No. 349167
Assistant United States Trustee
**OFFICE OF THE UNITED STATES TRUSTEE**
411 W. Fourth Street, #7160
Santa Ana, CA 92701-8000
Telephone: (714) 338-3405
Facsimile: (714) 338-3421
E-mail: Kenneth.m.misken@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**THE LITIGATION PRACTICE GROUP, P.C.**,<br><br>Debtor. | Case No. 8:23-bk-10571<br><br>Chapter 11<br><br>**APPOINTMENT AND NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |

Pursuant to 11 U.S.C. § 1102(a), the undersigned hereby appoints the following five creditors to serve on the Official Committee of Unsecured Creditors:[1]

1. **Alexadra Lufti**
2. **April Reidy**
3. **Denise Burtchell**
4. **Angela Dows, Esq.**
5. **Thomas Ray**

Dated: June 23, 2023

Respectfully submitted,
PETER C. ANDERSON
UNITED STATES TRUSTEE

By: */s/ Kenneth M. Misken*
    Kenneth M. Misken
    Assistant U.S. Trustee

---

[1] The U.S. Trustee reserves the right to file an amended notice of appointment to add additional committee members, and if the U.S. Trustee determines to be appropriate, to form additional committees to ensure adequate representation of all unsecured creditors.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

OFFICE OF THE UNITED STATES TRUSTEE, 411 WEST FOURTH ST., SUITE 7160, SANTA ANA, CA 92701

A true and correct copy of the foregoing document entitled **APPOINTMENT AND NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 23, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Eric Bensamochan    eric@eblawfirm.us, G63723@notify.cincompass.com
- Ronald K Brown    ron@rkbrownlaw.com
- Christopher Celentino    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Randall Baldwin Clark    rbc@randallbclark.com
- Christopher Ghio    christopher.ghio@dinsmore.com
- Richard H Golubow    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Alan Craig Hochheiser    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- Garrick A Hollander    ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Joon M Khang    joon@khanglaw.com
- Ira David Kharasch    ikharasch@pszjlaw.com
- David S Kupetz    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- Christopher J Langley    chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com
- Daniel A Lev    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- Michael D Lieberman    mlieberman@lipsonneilson.com
- Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- Kenneth Misken    Kenneth.M.Misken@usdoj.gov
- Byron Z Moldo    bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com
- Alan I Nahmias    anahmias@mbn.law, jdale@mbnlawyers.com
- Victoria Newmark    vnewmark@pszjlaw.com

1

- Queenie K Ng    queenie.k.ng@usdoj.gov
- Teri T Pham    tpham@enensteinlaw.com, 3135.002@enensteinlaw.com
- Douglas A Plazak    dplazak@rhlaw.com
- Ronald N Richards    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Gregory M Salvato    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- Olivia Scott    olivia.scott3@bclplaw.com
- Jonathan Serrano    jonathan.serrano@dinsmore.com
- Paul R Shankman    PShankman@fortislaw.com, info@fortislaw.com
- Leslie Skorheim    leslie.skorheim@usdoj.gov
- Andrew Still    astill@swlaw.com, kcollins@swlaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Johnny White    JWhite@wrslawyers.com, jlee@wrslawyers.com;eweiman@wrslawyers.com

**2. SERVED BY UNITED STATES MAIL**: On **June 23, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | | |
|---|---|---|---|
| Alexadra Lufti | April Reidy | Denise Burtchell | Angela Dows, Esq. |
| 11020 Alta Mesa Rd. | 3949 Clubview Ave. | 185 Old Canterbury Tpke | 1333 N. Buffalo Dr., Ste 210 |
| Victorville, CA 92392 | West Bloomfield, MI 48324 | Norwich, CT 06360 | Las Vegas, NV 89128 |

Thomas Ray
2312 Platinum Dr.
Sun City Center, FL 33573

The Litigation Practice Group P.C., Attn: Daniel March
17542 17th St, Suite 100
Tustin, CA 92780

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 23, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Judge Clarkson – bin on the 5th floor

DATED: 6/23/23        Leslie Skorheim        /s/ Leslie Skorheim

2