Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
Jonathan Serrano (State Bar No. 333225)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone:  619.400.0500
Facsimile:   619.400.0501
christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com
jonathan.serrano@dinsmore.com

Proposed Special Counsel to Richard A. Marshack,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>    Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**NOTICE OF FINAL HEARING ON TRUSTEE'S EMERGENCY MOTION (I) FOR ENTRY OF INTERIM ORDER: (A) AUTHORIZING THE TRUSTEE TO OBTAIN POST-PETITION FINANCING AND SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 364; AND (B) SETTING FINAL HEARING; AND PURSUANT TO FINAL HEARING, (II) FOR ENTRY OF FINAL ORDER APPROVING POST-PETITION FINANCING ON A FINAL BASIS**<br><br>Date:  July 20, 2023<br>Time:  9:30 a.m.<br>Judge:  Hon. Scott C. Clarkson<br>Place:  Courtroom 5C<br>        411 W. Fourth Street<br>        Santa Ana, CA  92701 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL SCHEDULED CREDITORS AND THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that, on June 16, 2023, Richard A. Marshack, the Chapter 11 Trustee (the "Trustee") for the bankruptcy estate of The Litigation Practice Group P.C. (the "Debtor") in the above-captioned bankruptcy case (the "Case"), filed a motion (the "Motion"), on an emergency basis, for entry of an interim order and final order (1) authorizing the Trustee to obtain superpriority financing, (2) scheduling a final hearing; and (3) granting related relief, as further described in the Motion.

**NOTICE IS FURTHER GIVEN** that, on June 20, 2023, on the 3:00 p.m. calendar, in Courtroom 5C of the United States Bankruptcy Court, located at 411 West Fourth Street, Santa Ana, California 92701, the Honorable Scott C. Clarkson, United States Bankruptcy Judge, conducted an interim hearing on the Motion. Following the hearing, on June 22, 2023, the Court entered the *Interim Order Granting Emergency Superpriority Financing by the Chapter 11 Trustee* [Docket No. 131] (the "Interim Order"), thereby granting the Motion on an interim basis.

**NOTICE IS FURTHER GIVEN** that a hearing to consider the Motion on a final basis will take place at the same location on **July 20, 2023, at 9:30 a.m.**

**NOTICE IS FURTHER GIVEN** that the Motion is made pursuant to 11 U.S.C. §§ 105(a), 363, and 364 and Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure on the grounds that the requested relief is necessary to preserve the value of the Debtor's business by paying both legal and nonlegal costs to operate the business and paying past due expenses including payroll, DebtPayPro software, mail services, and refunds. Nothing therein will allow or authorize the payment of any of the Estate's professional fees, and all expenses must be approved by the Trustee.

**NOTICE IS FURTHER GIVEN** that the Motion is based on (a) the Notice of Motion and Motion, Memorandum of Points and Authorities, and Declaration of Richard A. Marshack, (b) the pleadings on file in this Case and related adversary proceeding of which the Court is requested to take judicial notice, and (c) such other pleadings and evidence as may be properly submitted in connection with the Motion.

1

**NOTICE IS FURTHER GIVEN** that, pursuant to Local Bankruptcy Rule 9013-1(f), any response or opposition to the Motion must be (i) in writing and include a complete written statement of all reasons in opposition thereto or in support or joinder thereof, declarations and copies of all photographs and documentary evidence on which the responding party intends to rely and any responding memorandum of points and authorities, and (ii) filed with the Court and served on the Trustee, the Debtor, and the Office of the United States Trustee no later than 14 days prior to the hearing on this Motion.

**NOTICE IS FURTHER GIVEN that, pursuant to Local Bankruptcy Rule 9013-1(h), the failure to file and serve a timely response to the Motion may be deemed by the Court to be consent to the granting of the relief requested in the Motion.**

Dated: June 26, 2023                    Respectfully submitted,

DINSMORE & SHOHL LLP


By:     /s/ Jonathan Serrano
    Christopher B. Ghio
    Christopher Celentino
    Jonathan Serrano
    Proposed Special Counsel to Richard A. Marshack,
    Chapter 11 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:    655 W. Broadway, Suite 800, San Diego, California  92101

A true and correct copy of the foregoing document entitled (*specify*):

**Notice of Final Hearing on Trustee's Emergency Motion (I) for Entry of Interim Order: (A) Authorizing the Trustee to Obtain Post-Petition Financing and Superpriority Administrative Expense Claim Pursuant to 11 U.S.C. § 364; and (B) Setting Final Hearing; and Pursuant to Final Hearing, (II) for Entry of Final Order Approving Post-Petition Financing on a Final Basis** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 26, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On June 26, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> **Grobstein Teeple LLP**
> Grobstein Teeple LLP
> 23832 Rockfield Blvd suite 245
> Lake Forest, CA 92630
>
> **Marshack Hays LLP**
> 870 Roosevelt
> Irvine, CA 92620
>
> **Jason Patterson Stopnitzky**
> 52 Cupertino Circle
> Aliso Viejo, CA 92656

☒    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 26, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

> **JUDGE'S COPY**
> The Honorable Scott C. Clarkson
> United States Bankruptcy Court
> Central District of California
> Ronald Reagan Federal Building and Courthouse
> 411 West Fourth Street, Suite 5130 / Courtroom 5C
> Santa Ana, CA 92701-4593

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 26, 2023 | Jonathan Serrano | /s/ Jonathan Serrano |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-.1.PROOF.SERVICE**

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Eric Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com
- **Ronald K Brown**    ron@rkbrownlaw.com
- **Christopher Celentino**    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Shawn M Christianson**    cmcintire@buchalter.com, schristianson@buchalter.com
- **Randall Baldwin Clark**    rbc@randallbclark.com
- **Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Christopher Ghio**    christopher.ghio@dinsmore.com
- **Richard H Golubow**    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Alan Craig Hochheiser**    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Garrick A Hollander**    ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Joon M Khang**    joon@khanglaw.com
- **Ira David Kharasch**    ikharasch@pszjlaw.com
- **David S Kupetz**    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Christopher J Langley**    chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com
- **Daniel A Lev**    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Michael D Lieberman**    mlieberman@lipsonneilson.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Laila Masud**    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **Byron Z Moldo**    bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com
- **Alan I Nahmias**    anahmias@mbn.law, jdale@mbnlawyers.com
- **Victoria Newmark**    vnewmark@pszjlaw.com
- **Queenie K Ng**    queenie.k.ng@usdoj.gov
- **Teri T Pham**    tpham@enensteinlaw.com, 3135.002@enensteinlaw.com
- **Douglas A Plazak**    dplazak@rhlaw.com
- **Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Gregory M Salvato**    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Olivia Scott**    olivia.scott3@bclplaw.com
- **Jonathan Serrano**    jonathan.serrano@dinsmore.com
- **Paul R Shankman**    PShankman@fortislaw.com, info@fortislaw.com
- **Leslie Skorheim**    leslie.skorheim@usdoj.gov
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- **Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com;eweiman@wrslawyers.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                    F 9013-.1.PROOF.SERVICE

2. **ADDITIONAL CREDITORS TO BE SERVED BY UNITED STATES MAIL:**

**Abigail Beaudin**
64 Thompson Street, APT 16
New York, NY 10012-64

**ACB Holdings, LP**
c/o Old Hickory Partners
303 Colorado Street, Suite 2550
Austin, TX 78701

**Ajilon**
Lockbox: Dept CH 14031
Palatine, IL 60055

**Alexandra H Lutfi**
11020 Alta Mesa Road
Victorville Ca 92392

**Alice Stanton**
160 Brookdale Ln
Indiana PA 15701

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**Angela Denise Blair**
8711 HAYSHED LN
APT 24
COLUMBIA, MD 21045-2849

**Anibal Colon Jr**
c/o Alexander Taylor, Esq.
Sulaiman Law Group Ltd
2500 S. Highland Ave, Ste 200
Lombard, IL 60148

**Anthem Blue Cross**
PO Box 511300
Los Angeles, CA 90051

**April Riedy**
3949 Clubview Avenue
West Bloomfield Township, MI 48324-3949

**Arizona Dept of Economic Security**
PO Box 6028
Phoenix, AZ 85005

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                    F 9013-.1.PROOF.SERVICE

**Arkansas Department of Finance and Administration**
Revenue Legal Counsel
P.O. Box 1272, Rm. 2380
Little Rock, AR 72203-1272

**Arkansas Dept of Finance & Admin**
PO Box 9941, Little Rock, AR 72203-9941
Little Rock, AR 72203

**Arven Allen Knight**
1805 23rd St SE Apt 252B
Washington DC 20020

**Ashley Glockner**
369 W bay street
Unit D
Costa Mesa, CA 92627

**Azevedo Solutions Groups, Inc**
420 Adobe Canyon Rd
Kenwood, CA 95452

**Beverly Graham**
c/o Bobby Walker, Esq.
Sulaiman Law Group
2500 S. Highland Ave, Ste 200
Lombard, IL 60148

**Blanche whealdon**
1317 harvard avenue
Natrona heights, PA 15065

**Blue Cross of California d/b/a Anthem Blue Cross**
c/o Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103

**Bonita Marie Scott**
2132 Ohio Ave
Columbus, IN 47201

**Bonita Marie Scott**
2132 Ohio Avenue
Columbus, IN 47201

**Brianne Pusztai**
27784 Inverness
Mission Viejo, CA 92692

**Brittany Weston, Esq.**
3070 Bristol Pike, Suite 1-115
Bensalem, PA 19020

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-.1.PROOF.SERVICE**

**Business Centers of America**
1100 Sir Francis Drake Blvd
Ste 1
Kentfield, CA 94904

**California Dept. of Tax and Fee Administration**
Collections Support Bureau, MIC: 55
PO Box 942879
Sacramento, CA 942879-0055

**California Franchise Tax Board**
PO Box 942857
Sacramento, CA 94257

**Carl Oswald Wuestehube**
33832 Diana Drive
Dana Point, CA 92629

**Carolina Technologies & Consulting Invoice**
1854 Hendersonville Road, Suite A
PMB #178
Asheville, NC 28803

**Carolyn Beech**
c/o Daniel Edelman, Esq.
20 South Clark St., Ste1500
Chicago, IL 60603

**Christine Johnson**
7807 171st Place
Tinley Park, IL 60477-7807

**Cindy Newman**
19962 Nipona ct
Riverside CA 92508

**City Capital NY**
1135 Kane Concourse
Bay Harbour Islands, FL 33154

**Collaboration Advisors**
400 Dorla Court
Zephyr Cove, NV 89448

**Cory Reade Dows and Shafer**
1333 N Buffalo Drive
Suite 210
Las Vegas, NV 89128

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-.1.PROOF.SERVICE**

**Credit Reporting Service Inc**
548 Market St, Suite 72907
San Francisco, CA 94104

**CT Corporation - Inv**
PO Box 4349
Carol Stream, IL 80107

**Darcy Williamson, Trustee**
510 SW 10th
Topeka, KS 66612

**David Ulery**
c/o Joshua Eggnatz, Esq,
EGGNATZ
PASCUCCI
7450 Griffin Road, Suite 230
Davie, FL 33314

**Debra M Archambault**
5 Carlann Lane
Valley Cottage, NY 10989

**Debra Price**
c/o Robert Cocco
1500 Walnut St, Ste 900
Philadelphia, PA 19102

**Debt Pay Pro**
1900 E Golf Road, Suite 550
Schaumburg, IL 60173

**Debt Validation Fund II, LLC**
5075 Lower Valley Road
Atglen, PA 19310

**Denise Burtchell**
185 Old Canterbury Tpke
Norwich, CT 06360-185

**Dept of Labor and Industries**
PO Box 34022
Seattle, WA 98124

**Diverse Capital LLC**
323 Sunny Isles Blvd, Ste 503
Sunny Isles, FL 33154

**Document Fulfillment Services**
2930 Ramona Ave #100
Sacramento, CA 95826

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                    **F 9013-.1.PROOF.SERVICE**

**Donald and Sharon Seal**
338 N Adams St
Plentywood, MT 59254

**Edwin Valdivia Fitz**
666 W 18th St
APt 9
Costa Mesa, CA 92627

**Employment Development Department**
Bankruptcy Group MIC 92E, PO BOX 826880
Sacramento, CA 95814

**EnergyCare, LLC**
2925 N. Green Valley Parkway
Suite C
Henderson, NV 89014

**Executive Center LLC**
5960 South Jones Blvd
Las Vegas, NV 89118

**Exela Enterprise Solutions**
2701 E. Grauwyler Road
Irving, TX 75061

**Firas Abunada**
18927 Hickory Creek Drive, Suite 115
Mokena, IL 60448

**First Legal Network, LLC**
PO Box 743451
Los Angeles, CA 90074

**Forth Technology, Inc.**
1900 E. Golf Road
Suite 550
Schaumburg, IL 60173-1900

**Fundura Capital Group**
80 Broad Street, Ste 3303
New York, NY 10004

**Gabriel Fernando Monroy**
831 W Romneya Drive #831
Anaheim, CA 92801

**Geneve and Myranda Sheffield**
c/o Jeremiah Heck, Esq
Luftman Heck & Assoc
6253 Riverside Dr, Ste 200
Dublin, OH 43017

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-.1.PROOF.SERVICE**

**Georgia Dept of Labor**
148 Andrew Young International Blvd, NE,
Atlanta, GA 30303

**Gerardo Guzman**
5515 S. Emporia
Wichita, KS 67216

**GHA Technologies Inc**
Dept #2090
PO Box 29661
Phoenix, AZ 85038

**GHA Technologies Inc**
8998 E Raintree Dr
Scottsdale, AZ 85260

**Gloria Eaton**
c/o Kris Skaar, Esq.
133 Mirramont Lake Dr.
Woodstock, GA 30189

**Han Trinh**
2128 W Cherry Dr
Orange, CA 92868

**Harrington Electric Inc**
PO Box 886
Skyland, NC 28776

**Heba Qandeel-Kishta**
7625 Brookside Glen Drive
Tinley Park, IL 60487

**Heidi Hirsch**
726 N Beachwood Dr
Burbank, CA 91506-726

**Helen C Banks**
9338 S Emerald Ave
Chicago, IL 60620

**Hunter Hastings**
26847 Ellis Mill Rd
Seaford, DE 19973

**Imagine Reporting**
1350 Columbia Street
Suite 703
San Diego, CA 92103

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                **F 9013-.1.PROOF.SERVICE**

**Indiana Department of Revenue**
100 N. Senate Ave
Indianapolis, IN 46204

**Indiana Dept of Revenue**
PO Box 1028
INDIANAPOLIS, IN 46206

**Internal Revenue Service (IRS)**
Internal Revenue Service
Ogden, UT 84201

**Ivy Burden-Pope**
291 Altamonte Bay Club Circle
Apt 207
Altamonte Springs, FL 32701

**JACLYN GOMEZ**
109 Tottenham Lane
Elk Grove Village, IL 60007

**James Hammett**
c/o Jenna Dakraub
Price Law Group
8245 N. 85th Way
Scottsdale, AZ 85258

**Jane Ann Dearwester**
P.O. Box 7084
Asheville, NC 28802

**Jason Stopnitzky**
Law Offices of Leslie E. Chayo
9454 Wilshire Blvd.,
Penthouse
Beverly Hills, CA 90212

**Jennifer Ann McLaughlin**
2145 Country Knoll Ct
Elgin, IL 60123-2145

**Jessica Jarboe**
PO BOX 4392
KINGMAN AZ 86402
Kingman, AZ 86402

**Joan P Schott**
9303 Lands Point
San Antonio TX 78250

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                    **F 9013-.1.PROOF.SERVICE**

**John Charles Porter**
308 South Ramsey St
Manchester TN 37355

**John Ray Soriano**
1805 SE Lund Ave #1010
Port Orchard, WA 98366

**Johnny RIzo**
c/o Bobby Walker, Esq.
Sulaiman Law Group
2500 S. Highland Ave, Ste 200
Lombard, IL 60148

**Jordan Michael Kurth**
205 Walnut Drive
Eighty Four, PA 15330

**JP Morgan Chase**
3 Park Plaza, Ste 900
Irvine, CA 92614

**Juize, Inc**
PO Box 505
Murrieta, CA 92562

**Justin Nguyen**
3164 East Hazelwood, Unit A
Orange, CA 92869

**Karen Suell**
c/o Nathan C. Volheim, Esq
Sulaiman Law Group
2500 S. Highland Ave, Ste 200
Lombard, IL 60148

**Kari B. Coniglio, Chapter 7 Trustee**
200 Public Square, Suite 1400
Cleveland, OH 44114

**Kathleen Lacey**
c/o David Chami, Esq.
Price Law Group
8245 N. 85th Way
Scottsdale, AZ 85258

**Kathleen Scarlett**
c/o Jeremiah Heck, Esq.
Luftman Heck & Assoc
6253 Riverside Dr, Ste 200
Dublin, OH 43017

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-.1.PROOF.SERVICE**

**Kelly Dooley**
12591 Bryant St
Broomfield CO 80020

**Kenneth Topp**
c/o Nathan Volheim, Esq
Sulaiman Law Group Ltd
2500 S Highland Ave, Ste 200
Lombard, IL 60148

**Kevin Carpenter**
c/o Alexander Taylor, Esq,
Sulaiman Law Group Ltd
2500 S. Highland Ave, Ste 200
Lombard, IL 60148

**Kimberly Birdsong**
c/o Alexander J. Taylor, Esq.
SULAIMANLAW GROUP
2500 South Highland Ave
Suite 200
Lombard, IL 60148

**Krisp Technologies, Inc**
2150 Shattuck Ave
Penthouse 1300
Berkeley, CA 94704

**Laura Ceva**
280 Black Oak Cove Road
Candler, NC 28715

**LexisNexus**
15500 B Rockfield Blvd
Irvine, CA 92618

**LHH RS**
c/o Steven Rebidas
4800 Deerwood Campus Parkway
BLDG 800
Jacksonville FL 32246

**Liberty Mutual**
PO Box 91013
Chicago, IL 60680

**Lisa Gore**
2734 W. 18th Avenue, Apt. 1F
Chicago, IL 60608

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-.1.PROOF.SERVICE**

**Lorraine Dineen**
1026 Swinton Ave
Bronx, NY 10465

**Marc LeMauviel**
326 Macneil Way
Weaverville, NC 28787-326

**Marc Lemauviel - Allegra**
326 MacNeil Way
Weaverville, NC 28787

**Marich Bein LLC**
99 Wall Street
Ste 2669
New York, NY 10005

**MarkSYS Holdings, LLC**
3725 Cincinnati Ave
Suite 200
Rocklin, CA 95765

**MC DVI Fund 1, LLC; MC DVI Fund 2, LLC**
1598 Cottonwood Dr
Glenview, IL 60026

**MDL Group c/o Executive Center LLC**
5960 South Jones Boulevard
Las Vegas, NV 89118

**Melissa L. and Shiva L. Sooknanan**
1584 Apache Way
Clarksville, TN 37042-8178

**Michael and Sarah Pierce**
122 Southshore Drive
Jackson, TN 38305

**Michael D Lieberman**
3910 Telegraph Road, Suite 200
Bloomfield Hills, MI 48302

**Michael Schwartz**
3968 Lowry Avenue
Cincinnati, OH 45229

**Michael Yancey III**
8245 N 85th Way
Scottsdale, AZ 85258

**Miguel A Zuanabar Jr**
812 Sumner Street
Addison, IL 60101

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-.1.PROOF.SERVICE**

**Mississippi Department of Revenue**
ATTN: Bankruptcy Section
P. O. Box 22808
Jackson, MS 39225-2808

**Mississippi Dept of Revenue**
PO Box 23075
Jackson, MS 39225

**Natalka Palmer**
217 NW Riverfront Street
Bend, OR 97703

**Nationwide Appearance Attorneys**
5737 Kanan Rd #628
Agoura Hills, CA 91301

**Netsuite-Oracle**
2300 Oracle Way
Austin, TX 78741

**Nevada Dept of Taxation**
1550 College Parkway, Suite 115
Carson City, NV 89706

**OHP-CDR, LP**
c/o Quinn Emanuel Urquhart & Sullivan LL
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017

**Outsource Accelerator Ltd**
City Marque Limited, Unit 8801-2
Bldg 244-248 Des Voeux Rd
Central Hong Kong

**Paola Gomez**
19542 Pompano Ln
103
Huntington Beach, CA 92648

**Peter Schneider**
12115 NE 165th PL
Bothell, WA 98011-1211

**Phillip A. Greenblatt, PLLC**
P.O. Box 4270
Suite 200
Southfield, MI 48037

**Phuong Trinh**
2128 W Cherry Dr
Orange, CA 92868

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-.1.PROOF.SERVICE**

**Pitney Bowes**
PO Box 981026
Boston, MA 02298

**Rapid Credit Inc**
3558 Round Barn Blvd
Suite 200
Santa Rosa, CA 95403

**Rebecca S. Coulter**
358 Cass Pl
Canton, IL 61520

**Ronald W. Moore**
101 Aberdeen Chase Dr., Apt. D
Easley, SC 29640

**Salvatore Porcaro**
72 Dorset Drive
Clark, NJ 07066

**SBS Leasing A Program of De Lage Landen**
PO Box 41602
Philadelphi, PA 19101

**Security Solutions**
10911 Bloomfield St
Los Alamitos, CA 90720

**Sharp Business Systems**
8670 Argent St
Santee, CA 92071

**Sherri Chen**
3164 East Hazelwood
Unit A
Orange, CA 92869

**STATE OF NEVADA DEPARTMENT OF TAXATION**
700 E WARM SPRINGS RD STE 200
LAS VEGAS, NV 89119

**Steve Malu**
2582 Se 18th Ave
Gainesville FL 32641

**Streamline Performance Inc**
1551 N Tustin, #555
Santa Ana, CA 92705

**TaskUs Holdings, Inc.**
1650 Independence Dr
New Braunfels, TX 78132

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-.1.PROOF.SERVICE**

**Thanhhang Nguyen**
2128 W Cherry Dr
Orange, CA 92868

**The Bankruptcy Estate of**
Steven Robert Verzal
1251 North Eddy Street
Suite 203
South Bend IN 46617

**The Placide Group Co**
624 Brookwood Lane
Maitland, FL 32751

**Thomas Ray**
2312 Platinum Dr
Sun City Center, FL 33573

**Thomson Reuters**
610 Opperman Drive
Eagen, MN 55123

**Tustin Executive Center**
1630 S Sunkist Steet
Ste A
Anaheim, CA 92806

**Twilio, Inc**
101 Spear Street
Suite 500
San Francisco, CA 94105

**Unified Global Research Group**
1660 HOTEL CIR N STE S620
SAN DIEGO, CA 92108

**Utah State Tax Commission**
210 N 1950 W
Salt Lake City, UT 84134

**Validation Partners LLC**
1300 Sawgrass Pkwy
Ste 110
Sunrise, FL 33323

**WA State Department of Labor and Industries**
Bankruptcy unit
PO Box 44171
Olympia, WA 98504

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-.1.PROOF.SERVICE**

**Wisconsin Dept of Revenue**
PO Box 8901
Madison, WI 53708

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                **F 9013-.1.PROOF.SERVICE**