| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Christopher B. Ghio (State Bar No. 259094)<br>Christopher Celentino (State Bar No. 131688)<br>DINSMORE & SHOHL LLP<br>655 West Broadway, Suite 800<br>San Diego, CA 92101<br>Telephone: 619.400.0500; Facsimile: 619.400.0501<br>christopher.ghio@dinsmore.com<br>christopher.celentino@dinsmore.com<br>Proposed Special Counsel to Richard A. Marshack,Chapter 11 Trustee<br><br>☐ *Movant(s) appearing without an attorney*<br>☐ *Attorney for Movant(s)* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>The Litigation Practice Group, PC,<br><br><br><br><br>Debtor(s). | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: 11 |
|---|---|
| | **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br>**LBR 9013-1(o)(3)** |
| | [No Hearing Required] |

1. I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On (*date*): 06/07/2023    Movant(s) filed a motion or application (Motion) entitled: APPLICATION PURSUANT TO 11 U.S.C. SECTION 327(a) AUTHORIZING THE RETENTION AND EMPLOYMENT OF DINSMORE & SHOHL LLP AS SPECIAL COUNSEL FOR CHAPTER 11 TRUSTEE RICHARD A. MARSHACK

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (*date*): 6/7/2023 and 6/8/2023 Movant(s), served a copy of ☐ the notice of motion or ☒ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than 17   days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

9.   Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: 06/26/2023

/s/ Christopher Ghio
Signature


Christopher Ghio
Printed name

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                    Page 2                          **F 9013-1.2.NO.REQUEST.HEARING.DEC**

Christopher Celentino (State Bar No. 131688)
christopher.celentino@dinsmore.com
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501

Proposed Special Counsel to the Chapter 11 Trustee,
Richard A. Marshack

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Chapter 11 |
| Debtor. | **NOTICE OF FILING APPLICATION PURSUANT TO 11 U.S.C. SECTION 327(a) AUTHORIZING THE RETENTION AND EMPLOYMENT OF DINSMORE & SHOHL LLP AS SPECIAL COUNSEL FOR CHAPTER 11 TRUSTEE RICHARD A. MARSHACK AND OPPORTUNITY TO REQUEST A HEARING** |
| | Date: No Hearing Required |
| | Time: |
| | Ctrm: 5C |
| | 411 West Fourth Street, Suite 5130 |
| | Santa Ana, California, 92701-4593 |
| | Judge: Hon. Scott C. Clarkson |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; AND ALL OTHER INTERESTED PARTIES:**

PLEASE TAKE NOTICE that Richard A. Marshack, court-appointed chapter 11 trustee (the "Trustee" or "Movant") in the chapter 11 case (the "Case") of the above-captioned debtor, The Litigation Practice Group P.C. (the "Debtor"), has filed an Application for authority to retain and employ the law firm of Dinsmore & Shohl LLP ("Dinsmore") as special counsel for the Trustee

pursuant to § 327(a) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  Dinsmore will seek compensation from the within bankruptcy estate pursuant to 11 U.S.C. §§ 330 and 331.

The Trustee believes Dinsmore is qualified to represent him and that it is necessary to employ Dinsmore in this Case.  Dinsmore has no material conflicts of interest adverse to the bankruptcy estate and Dinsmore is a disinterested person.  The Application is made pursuant to 11 U.S.C. § 327.  Dinsmore has not received a retainer in connection with its proposed representation of the Trustee.  "Connections" as defined in Federal Rules of Bankruptcy Procedure, Rule 2014 to creditors and parties in interest are set forth in the Celentino Declaration (as defined in the Application) filed in connection with the Application.

The rates for this Case for some of the lawyers and paraprofessionals expected to be primarily involved in this Case are as follows:

| Name | Title | Published Hourly Rate | Discounted Rate for this Case |
| --- | --- | --- | --- |
| Christopher Celentino | Partner | $831.25 | $825.00 |
| Peter J. Mastan | Partner | $740.00 | $740.00 |
| Lovee D. Sarenas | Partner | $660.00 | $660.00 |
| Christopher B. Ghio | Partner | $625.00 | $595.00 |
| Jeremy B. Freedman | Associate | $445.00 | $445.00 |
| Jonathan B. Serrano | Associate | $390.00 | $390.00 |
| Caron Burke | Paraprofessional | $250.00 | $225.00 |

The Trustee understands that these billing rates are generally revised on or about January 1 of each year, but that the above rates will remain consistent in this Case through December 31, 2023.  For other professionals, the rate will be the published hourly rate generally in effect for the period during which the services are rendered.  Because the fees are based on hourly rates and correspond to the experience, expertise and track record of each individual, the Trustee believes the terms and conditions of Dinsmore's employment are reasonable.

In addition to the hourly rates set forth above, Dinsmore customarily charges its clients for items of cost and expense incurred in our work on this matter. Items which will be charged separately include copying, messenger services, filing fees, postage and express services, long distance telephone calls, telecopying, IP conversion services, computerized legal research, computer-assisted document preparation, support staff overtime when necessary, and similar items.

Dinsmore intends to apply to the Court for allowance of such compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, the standing orders of this Court, and the guidelines, practices and customs of the Office of the U.S. Trustee. Where appropriate, Dinsmore may engage third-party providers to perform specific services. As with Dinsmore's hourly rates, the cost and expense schedule is generally updated on or about January 1 of each year. The current rates for these charges are set forth in Exhibit "A" to the Celentino Declaration.

**Deadline for Filing and Serving Opposition Papers and Request for a Hearing:**

**PLEASE TAKE FURTHER NOTICE** that any response and request for hearing as to the proposed employment must be in the form as required by Local Bankruptcy Rules 9013-1(f)(1) and (o), and must be filed with the Clerk of the above-entitled Court. The deadline for any response and request for hearing is fourteen (14) days after the date service of this Notice, plus an additional three (3) days if this Notice was served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F). A copy of any response or request for hearing must be served on the Movant (and proposed special counsel). A copy must also be served on the Office of the United States Trustee, 411 West Fourth Street, Suite 7160, Santa Ana, CA 92701. Failure to timely respond may be deemed as acceptance of the proposed relief. See Local Bankruptcy Rule 9013-1(h).

Date: June 7, 2023                    DINSMORE & SHOHL LLP


By: _____
       Christopher Celentino
       Proposed Special Counsel to the Chapter 11
       Trustee, Richard A. Marshack

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
655 W. Broadway, Suite 800, San Diego, California  92101

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF FILING APPLICATION PURSUANT TO  11 U.S.C. SECTION 327(a) AUTHORIZING THE RETENTION AND EMPLOYMENT OF DINSMORE & SHOHL LLP AS SPECIAL COUNSEL FOR CHAPTER 11 TRUSTEE RICHARD A. MARSHACK AND OPPORTUNITY TO REQUEST A HEARING**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 7, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On June 7, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  June 7, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 7, 2023 | Caron Burke | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                          **F 9013-.1.PROOF.SERVICE**

1.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Ronald K Brown on behalf of Creditor SDCO Tustin Executive Center, Inc.
ron@rkbrownlaw.com

Shawn M Christianson on behalf of Interested Party Courtesy NEF
cmcintire@buchalter.com, schristianson@buchalter.com

Richard H Golubow on behalf of Creditor Debt Validation Fund II, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 1, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 2, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Trustee Richard A Marshack (TR)
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Alan Craig Hochheiser on behalf of Creditor City Capital NY
ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com

Garrick A Hollander on behalf of Creditor Debt Validation Fund II, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander on behalf of Creditor MC DVI Fund 1, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander on behalf of Creditor MC DVI Fund 2, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Joon M Khang on behalf of Debtor The Litigation Practice Group P.C.
joon@khanglaw.com

Joon M Khang on behalf of Plaintiff The Litigation Practice Group P.C.
joon@khanglaw.com

David S Kupetz on behalf of Interested Party Courtesy NEF
David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

Michael D Lieberman on behalf of Creditor Phillip A. Greenblatt, PLLC
mlieberman@lipsonneilson.com

Richard A Marshack (TR)
pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Laila Masud on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-.1.PROOF.SERVICE**

Kenneth Misken on behalf of U.S. Trustee United States Trustee (SA)
Kenneth.M.Misken@usdoj.gov

Byron Z Moldo on behalf of Interested Party Byron Moldo
bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbn.law, jdale@mbnlawyers.com

Queenie K Ng on behalf of U.S. Trustee United States Trustee (SA)
queenie.k.ng@usdoj.gov

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Gregory M Salvato on behalf of Interested Party Courtesy NEF
gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Paul R Shankman on behalf of Attorney Paul R. Shankman
PShankman@fortislaw.com, info@fortislaw.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-.1.PROOF.SERVICE**

Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone:  619.400.0500
Facsimile:  619.400.0501
christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com

Proposed Special Counsel to Richard A. Marshack

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Chapter 11 |
| Debtor. | **SUPPLEMENTAL PROOF OF SERVICE** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
655 W. Broadway, Suite 800, San Diego, California 92101

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF FILING APPLICATION PURSUANT TO 11 U.S.C. SECTION 327(a) AUTHORIZING THE RETENTION AND EMPLOYMENT OF DINSMORE & SHOHL LLP AS SPECIAL COUNSEL FOR CHAPTER 11 TRUSTEE RICHARD A. MARSHACK AND OPPORTUNITY TO REQUEST A HEARING**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 8, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐   Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On June 8, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒   Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 8, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 8, 2023 | Caron Burke | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                      **F 9013-.1.PROOF.SERVICE**

1.    <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

    None

2.    <u>**SERVED BY UNITED STATES MAIL:**</u>

City Capital NY
c/o Maurice Wutscher LLP
23611 Chagrin Blvd. Suite 207
Beachwood, OH 44122-5540

SDCO Tustin Executive Center, Inc.
c/o RONALD K. BROWN, JR.
901 DOVE ST., SUITE 120
NEWPORT BEACH, CA 92660-3018

The Litigation Practice Group P.C.
17542 17th St
Suite 100
Tustin, CA 92780-1981

ACB Holdings, LP
c/o Old Hickory Partners
303 Colorado Street, Suite 2550
Austin, TX 78701-0023

Abigail Beaudin
64 Thompson Street, APT 16
New York, NY 10012-4317

Ajilon
Lockbox: Dept CH 14031
Palatine, IL 60055-0001

Alexandra H Lutfi
11020 Alta Mesa Road
Victorville Ca 92392-1828

Alice Stanton
160 Brookdale Ln
Indiana PA 15701-6301

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Angela Denise Blair
8711 HAYSHED LN
APT 24
COLUMBIA, MD 21045-2849

Anibal Colon Jr
c/o Alexander Taylor, Esq.
Sulaiman Law Group Ltd
2500 S. Highland Ave, Ste 200
Lombard, IL 60148-7103

Anthem Blue Cross
PO Box 511300
Los Angeles, CA 90051-7855

April Riedy
3949 Clubview Avenue
West Bloomfield Township, MI 48324-2807

Arizona Dept of Economic Security
PO Box 6028
Phoenix, AZ 85005-6028

Arkansas Department of Finance and Administr
Revenue Legal Counsel
P.O. Box 1272, Rm. 2380
Little Rock, AR 72203-1272

Arkansas Dept of Finance & Admin
PO Box 9941, Little Rock, AR 72203-9941
Little Rock, AR 72203-9941

Arven Allen Knight
1805 23rd St SE Apt 252B
Washington DC 20020-4550

Ashley Glockner
369 W bay street
Unit D
Costa Mesa, CA 92627-5748

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-.1.PROOF.SERVICE**

Azevedo Solutions Groups, Inc
420 Adobe Canyon Rd
Kenwood, CA 95452-9048

Beverly Graham
c/o Bobby Walker, Esq.
Sulaiman Law Group
2500 S. Highland Ave, Ste 200
Lombard, IL 60148-7103

Blanche whealdon
1317 harvard avenue
Natrona heights, PA 15065-1424

Blue Cross of California d/b/a Anthem Blue C
c/o Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1803

Brittany Weston, Esq.
3070 Bristol Pike, Suite 1-115
Bensalem, PA 19020-5356

Business Centers of America
1100 Sir Francis Drake Blvd
Ste 1
Kentfield, CA 94904-1476

CT Corporation - Inv
PO Box 4349
Carol Stream, IL 60197-4349

California Dept. of Tax and Fee Administrati
Collections Support Bureau, MIC: 55
PO Box 942879
Sacramento, CA 94279-0001

California Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0001

Carolina Technologies & Consulting Invoice
1854 Hendersonville Road, Suite A
PMB #178
Asheville, NC 28803-2495

Carolyn Beech
c/o Daniel Edelman, Esq.
20 South Clark St., Ste1500
Chicago, IL 60603-1824

Christine Johnson
7807 171st Place
Tinley Park, IL 60477-3267

Cindy Newman
19962 Nipona ct
Riverside CA 92508-3231

City Capital NY
1135 Kane Concourse
Bay Harbour Islands, FL 33154-2025

Collaboration Advisors
400 Dorla Court
Zephyr Cove, NV 89448

Cory Reade Dows and Shafer
1333 N Buffalo Drive
Suite 210
Las Vegas, NV 89128-3636

Credit Reporting Service Inc
548 Market St, Suite 72907
San Francisco, CA 94104-5401

Darcy Williamson, Trustee
510 SW 10th
Topeka, KS 66612-1606

David Ulery
c/o Joshua Eggnatz, Esq,
EGGNATZ  PASCUCCI
7450 Griffin Road, Suite 230
Davie, FL 33314-4104

Debra M Archambault
5 Carlann Lane
Valley Cottage, NY 10989-1409

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Debra Price
c/o Robert Cocco
1500 Walnut St, Ste 900
Philadelphia, PA 19102-3518

Debt Pay Pro
1900 E Golf Road, Suite 550
Schaumburg, IL 60173-5870

Debt Validation Fund II, LLC
5075 Lower Valley Road
Atglen, PA 19310-1774

Denise Burtchell
185 Old Canterbury Tpke
Norwich, CT 06360-1709

WA STATE DEPT OF LABOR &
INDUSTRIES
BANKRUPTCY UNIT
PO BOX 44171
OLYMPIA WA 98504-4171

Diverse Capital LLC
323 Sunny Isles Blvd, Ste 503
Sunny Isles, FL 33160-4675

Document Fulfillment Services
2930 Ramona Ave #100
Sacramento, CA 95826-3838

Donald and Sharon Seal
338 N Adams St
Plentywood, MT 59254-1666

EnergyCare, LLC
2925 N. Green Valley Parkway
Suite C
Henderson, NV 89014-0418

Executive Center LLC
5960 South Jones Blvd
Las Vegas, NV 89118-2610

Exela Enterprise Solutions
2701 E. Grauwyler Road
Irving, TX 75061-3414

Firas Abunada
18927 Hickory Creek Drive, Suite 115
Mokena, IL 60448-8660

First Legal Network, LLC
PO Box 743451
Los Angeles, CA 90074-3451

Forth Technology, Inc.
1900 E. Golf Road
Suite 550
Schaumburg, IL 60173-5870

Fundura Capital Group
80 Broad Street, Ste 3303
New York, NY 10004-2845

GHA Technologies Inc
8998 E Raintree Dr
Scottsdale, AZ 85260-7024

GHA Technologies Inc
Dept #2090
PO Box 29661
Phoenix, AZ 85038-9661

Geneve and Myranda Sheffield
c/o Jeremiah Heck, Esq
Luftman Heck & Assoc
6253 Riverside Dr, Ste 200
Dublin, OH 43017-5450

Georgia Dept of Labor
148 Andrew Young International Blvd, NE,
Atlanta, GA 30303-1751

Gerardo Guzman
5515 S. Emporia
Wichita, KS 67216-3610

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Gloria Eaton
c/o Kris Skaar, Esq.
133 Mirramont Lake Dr.
Woodstock, GA 30189-8215

Harrington Electric Inc
PO Box 886
Skyland, NC 28776-0886

Heba Qandeel-Kishta
7625 Brookside Glen Drive
Tinley Park, IL 60487-5197

Hunter Hastings
26847 Ellis Mill Rd
Seaford, DE 19973-4656

Imagine Reporting
1350 Columbia Street
Suite 703
San Diego, CA 92101-3456

INDIANA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY
100 N SENATE AVE
INDIANAPOLIS IN 46204-2253

Indiana Dept of Revenue
PO Box 1028
INDIANAPOLIS, IN 46206-1028

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JACLYN GOMEZ
109 Tottenham Lane
Elk Grove Village, IL 60007-3818

JP Morgan Chase
3 Park Plaza, Ste 900
Irvine, CA 92614-5208

James Hammett
c/o Jenna Dakraub
Price Law Group
8245 N. 85th Way
Scottsdale, AZ 85258-4349

Jane Ann Dearwester
P.O. Box 7084
Asheville, NC 28802-7084

Jason  Stopnitzky
Law Offices of Leslie E. Chayo
9454 Wilshire Blvd.,
Penthouse
Beverly Hills, CA 90212-2937

Jessica Jarboe
PO BOX 4392
KINGMAN AZ 86402
Kingman, AZ 86402-4392

Joan P Schott
9303 Lands Point
San Antonio TX 78250-2876

John Charles Porter
308 South Ramsey St
Manchester TN 37355-1735

John Ray Soriano
1805 SE Lund Ave #1010
Port Orchard, WA 98366-5555

Johnny RIzo
c/o Bobby Walker, Esq.
Sulaiman Law Group
2500 S. Highland Ave, Ste 200
Lombard, IL 60148-7103

Jordan Michael Kurth
205 Walnut Drive
Eighty Four, PA 15330-8625

Juize, Inc
PO Box 505
Murrieta, CA 92564-0505

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**.1.PROOF.SERVICE**

**F 9013-**

Karen Suell
c/o Nathan C. Volheim, Esq
Sulaiman Law Group
2500 S. Highland Ave, Ste 200
Lombard, IL 60148-7103

Kari B. Coniglio, Chapter 7 Trustee
200 Public Square, Suite 1400
Cleveland, OH 44114-2327

Kathleen Lacey
c/o David Chami, Esq.
Price Law Group
8245 N. 85th Way
Scottsdale, AZ 85258-4349

Kathleen Scarlett
c/o Jeremiah Heck, Esq.
Luftman Heck & Assoc
6253 Riverside Dr, Ste 200
Dublin, OH 43017-5450

Kelly Dooley
12591 Bryant St
Broomfield CO 80020-3847

Kenneth Topp
c/o Nathan Volheim, Esq
Sulaiman Law Group Ltd
2500 S Highland Ave, Ste 200
Lombard, IL 60148-7103

Kevin Carpenter
c/o Alexander Taylor, Esq,
Sulaiman Law Group Ltd
2500 S. Highland Ave, Ste 200
Lombard, IL 60148-7103

Kimberly Birdsong
c/o Alexander J. Taylor, Esq.
SULAIMANLAW GROUP
2500 South Highland Ave
Suite 200
Lombard, IL 60148-7103

Krisp Technologies, Inc
2150 Shattuck Ave
Penthouse 1300
Berkeley, CA 94704-1347

LHH RS
c/o Steven Rebidas
4800 Deerwood Campus Parkway
BLDG 800
Jacksonville FL 32246-8319

Laura Ceva
280 Black Oak Cove Road
Candler, NC 28715-8139

LexisNexus
15500 B Rockfield Blvd
Irvine, CA 92618-2722

Liberty Mutual
PO Box 91013
Chicago, IL 60680-1171

Lisa Gore
2734 W. 18th Avenue, Apt. 1F
Chicago, IL 60608-1798

MC DVI Fund 1, LLC; MC DVI Fund 2, LLC
1598 Cottonwood Dr
Glenview, IL 60026-7769

MDL Group c/o Executive Center LLC
5960 South Jones Boulevard
Las Vegas, NV 89118-2610

Marc LeMauviel
326 Macneil Way
Weaverville, NC 28787-6700

Marc Lemauviel - Allegra
326 MacNeil Way
Weaverville, NC 28787-6700

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-
.1.PROOF.SERVICE

Marich Bein LLC
99 Wall Street
Ste 2669
New York, NY 10005-4301

MarkSYS Holdings, LLC
3725 Cincinnati Ave
Suite 200
Rocklin, CA 95765-1220

Melissa L. and Shiva L. Sooknanan
1584 Apache Way
Clarksville, TN 37042-8178

Michael Schwartz
3968 Lowry Avenue
Cincinnati, OH 45229-1310

Michael Yancey III
8245 N 85th Way
Scottsdale, AZ 85258-4349

Michael and Sarah Pierce
122 Southshore Drive
Jackson, TN 38305-6223

Miguel A Zuanabar Jr
812 Sumner Street
Addison, IL 60101-1338

Mississippi Department of Revenue
ATTN: Bankruptcy Section
P. O. Box 22808
Jackson, MS 39225-2808

Mississippi Dept of Revenue
PO Box 23075
Jackson, MS 39225-3075

Nationwide Appearance Attorneys
5737 Kanan Rd #628
Agoura Hills, CA 91301-1601

Netsuite-Oracle
2300 Oracle Way
Austin, TX 78741-1400

Nevada Dept of Taxation
1550 College Parkway, Suite 115
Carson City, NV 89706-7939

OHP-CDR, LP
c/o Quinn Emanuel Urquhart & Sullivan LL
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017-5003

Outsource Accelerator Ltd
City Marque Limited, Unit 8801-2
Bldg 244-248 Des Voeux Rd
Central Hong Kong

Paola Gomez
19542 Pompano Ln
103
Huntington Beach, CA 92648-6424

Peter Schneider
12115 NE 165th PL
Bothell, WA 98011-7115

Pitney Bowes
PO Box 981026
Boston, MA 02298-1026

Rapid Credit Inc
3558 Round Barn Blvd
Suite 200
Santa Rosa, CA 95403-0991

Ronald W. Moore
101 Aberdeen Chase Dr., Apt. D
Easley, SC 29640-3079

SBS Leasing A Program of De Lage Landen
PO Box 41602
Philadelphi, PA 19101-1602

STATE OF NEVADA DEPARTMENT OF
TAXATION
700 E WARM SPRINGS RD STE 200
LAS VEGAS, NV 89119-4311

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Salvatore Porcaro
72 Dorset Drive
Clark, NJ 07066-3010

Security Solutions
10911 Bloomfield St
Los Alamitos, CA 90720-2506

Sharp Business Systems
8670 Argent St
Santee, CA 92071-4172

Steve Malu
2582 Se 18th Ave
Gainesville FL 32641-1211

Streamline Performance Inc
1551 N Tustin, #555
Santa Ana, CA 92705-8634

TaskUs Holdings, Inc.
1650 Independence Dr
New Braunfels, TX 78132-3959

The Bankruptcy Estate of
Steven Robert Verzal
1251 North Eddy Street
Suite 203
South Bend IN 46617-1478

Thomas Ray
2312 Platinum Dr
Sun City Center, FL 33573-6495

Thomson Reuters
610 Opperman Drive
Eagen, MN 55123-1340

Tustin Executive Center
1630 S Sunkist Steet
Ste A
Anaheim, CA 92806-5816

Twilio, Inc
101 Spear Street
Suite 500
San Francisco, CA 94105-1559

Unified Global Research Group
1660 HOTEL CIR N STE S620
SAN DIEGO, CA 92108-2806

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Utah State Tax Commission
210 N 1950 W
Salt Lake City, UT 84134-9000

Validation Partners LLC
1300 Sawgrass Pkwy
Ste 110
Sunrise, FL 33323

Wisconsin Dept of Revenue
PO Box 8901
Madison, WI 53708-8901

Byron Moldo
9401 Wilshire Boulevard, Twelfth Floor
Beverly Hills, CA 90212-2928

Jason Patterson Stopnitzky
52 Cupertino Circle
Aliso Viejo, CA 92656-8076

Joon M Khang
KHANG & KHANG LLP
4000 Barranca Parkway, Suite 250
Irvine, CA 92604-1713

Paul R. Shankman
Fortis LLP
650 Town Center Drive
Suite 1530
Costa Mesa, CA 92626-7021

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1  Christopher Celentino (State Bar No. 131688)
   christopher.celentino@dinsmore.com
2  **DINSMORE & SHOHL LLP**
   655 West Broadway, Suite 800
3  San Diego, CA 92101
   Telephone:  619.400.0500
4  Facsimile:  619.400.0501

5  Proposed Special Counsel to the Chapter 11 Trustee,
   Richard A. Marshack

6

7

8

9               **UNITED STATES BANKRUPTCY COURT**

10      **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

11

12  In re:                          Case No. 8:23-bk-10571-SC

13  THE LITIGATION PRACTICE GROUP P.C.,    Chapter 11

14       Debtor.                    **APPLICATION PURSUANT TO   11 U.S.C.
                                    SECTION 327(a) AUTHORIZING THE**
15                                  **RETENTION AND EMPLOYMENT OF
                                    DINSMORE & SHOHL LLP AS SPECIAL**
16                                  **COUNSEL FOR CHAPTER 11 TRUSTEE
                                    RICHARD A. MARSHACK**
17
                                    Date:    No Hearing Required
18                                  Time:
                                    Ctrm:    5C
19                                           411 West Fourth Street, Suite 5130
                                             Santa Ana, California, 92701-4593
20                                  Judge:   Hon. Scott C. Clarkson

21

22

23          Richard A. Marshack, court-appointed chapter 11 trustee (the "Trustee") in the chapter 11

24  case (the "Case") of the above-captioned debtor, The Litigation Practice Group P.C. (the "Debtor"),

25  hereby moves the Court for authority to retain and employ the law firm of Dinsmore & Shohl LLP

26  ("Dinsmore") as special counsel in the Case, pursuant to Section 327(a) of Title 11 of the United

27  States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure

28  ///

                                        1

(the "Bankruptcy Rules").  In support of this Application, the Trustee (i) submits the accompanying

Declaration of Christopher Celentino (the "Celentino Declaration"); and (ii) respectfully represents:

## I.      INTRODUCTION

On or about March 20, 2023, a voluntary petition for relief under chapter 11 of the

Bankruptcy Code in the United States Bankruptcy Court of the Central District of California was

filed by the Debtor.  On or about May 8, 2023, the Trustee was appointed trustee in the Case.  On

or about May 19, 2023, the Trustee filed an application to employ Marshack Hays LLP as its general

counsel. The Trustee seeks to also retain and employ Dinsmore as the Trustee's special counsel in

the Case effective as of May 8, 2023.

## II.     JURISDICTION

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  Venue

is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding pursuant to 28 U.S.C.

§ 157(b)(2).  The relief requested herein is authorized by Section 327(a) of the Bankruptcy Code

and Bankruptcy Rule 2014.

## III.    EMPLOYMENT OF SPECIAL COUNSEL

By this Application, the Trustee seeks the entry of an order pursuant to Section 327(a) of the

Bankruptcy Code approving the retention and employment of Dinsmore as his special counsel as of

May 8, 2023 in the Case to perform the legal services that will be necessary during these

proceedings.  A proposed form of order is attached hereto as Exhibit "A."

### A.      Dinsmore Qualifications

The Trustee seeks Court approval to retain Dinsmore as his special counsel to provide

additional refined legal services as needed in the Case.  The Trustee seeks to retain Dinsmore

because: (i) Dinsmore has extensive experience in bankruptcy, liquidations, reorganizations, and

other areas of law, applicable to the Case; (ii) Dinsmore has extensive experience in representing

trustees in both chapter 11 and chapter 7 bankruptcy cases; (iii) this case requires additional

assistance and potential litigation against multiple parties calling for specialized investigative and

trial services of multiple attorneys; and (iv) the Trustee believes that Dinsmore is well qualified to

represent the Trustee in the Case in the additional capacity as his special counsel.  This Case largely

involves a complex business structure whereby Debtor operates a business that provides debt relief legal services to consumers across the country at a monthly premium. Prior to filing its petition, Debtor alleges to have assigned its clients and their corresponding monthly premiums to other law firms in exchange for a percentage executory contract with based referral fee; it appears this practice continued <u>after</u> the appointment of the Trustee. Dinsmore's experience is needed to analyze the legitimacy of the assignments, determine whether additional litigation is appropriate and the impact it may have on the estate. The Trustee believes that Dinsmore will provide its expertise with respect to bankruptcy, real property, business operations and other relevant issues and will act as special counsel for the Trustee in a cost-effective manner.  In short, the bankruptcy litigation trial lawyers at Dinsmore offer a deep bench of personnel to the Trustee, with the capacity to review tens of thousands of files and hundreds of thoughts of documents.

Dinsmore and its lawyers represent a valuable resource upon which the Trustee may draw for assistance in such legal matters as: bankruptcy, intellectual property, real property, business litigation, commercial transactions, real estate matters, consumer debt collection practices, property of the estate issues, debtor/creditor rights, investigative matters, and defending and prosecuting federal and state civil claims of all kinds.  The Trustee submits that the ability to draw on such resources makes Dinsmore especially qualified to serve as his special counsel.

Christopher Celentino will be the lawyer at Dinsmore with primary responsibility for this engagement.  He will be supported by Christopher B. Ghio and Jeremy B. Freedman and other professionals as the need arises or there are economic efficiencies to be gained thereby.  The Trustee has been advised that pursuant to Rule 2014(b) of the Bankruptcy Rules, Court approval of the retention and employment of Dinsmore constitutes employment approval for all of the lawyers at the firm.  The Trustee has been informed that Christopher Celentino, Christopher B. Ghio, and Jeremy B. Freedman, the lawyers of Dinsmore who will be primarily involved in the Case, are members in good standing of the Bar of the State of California, and all attorneys who will appear before this Court are members in good standing of this Court.  Other attorneys who may be involved in the Case, are members in good standing of their applicable Bars.  Dinsmore intends to use other

///

3

1  associates and paraprofessionals, supervised by Christopher Celentino or Christopher Ghio,

2  whenever efficient and cost-effective to do so.

3      After due consideration and deliberation, the Trustee has concluded that his interests and the

4  interests of the estate and its creditors would be served best by the retention of Dinsmore, as special

5  counsel to render such legal services as are necessary and appropriate in connection with the matters

6  set forth herein and to render such additional legal services as may be required from time to time

7  during the pendency of this Case.

8      Subject to the Celentino Declaration submitted herewith and the disclosures contained

9  therein, as well as the disclosures made in the engagement letter with Dinsmore (attached to the

10  Celentino Declaration), Dinsmore has informed the Trustee that Dinsmore does not hold or represent

11  any interest adverse to the Trustee.  In addition, to the best of the Trustee's knowledge, no partner

12  or employee of Dinsmore holds or represents any interest adverse to the Debtor's estate, and

13  Dinsmore is "disinterested" within the meaning of Bankruptcy Code Section 101(14).  (See, the

14  Celentino Declaration at ¶8).  The connections of Dinsmore to the Debtor, any known creditors of

15  the Debtor, the estate, the Trustee, the United States Trustee, any person employed by the United

16  States Trustee, or any other known party in interest, including their respective attorneys, are set forth

17  in the Celentino Declaration.

18      **B.      Necessity for Employment**

19      The Trustee believes it is necessary to retain special counsel to render additional legal

20  services relating to the continued administration of this Case, as applicable, and assist in the

21  disposition of the estate's assets, including investigation and tracking of the complex business affairs

22  of Debtor, real property of the estate, including the following, as applicable:

23      1.      To analyze transactions, and transfers and any potential trustee avoidance actions

24  and claims relating to property of the estate or potential property of the Estate and, in conjunction

25  with all of the above, to serve as litigation counsel to the Trustee and Estate;

26      2.      To advise Trustee regarding the laws and regulations relating to the Debtor's

27  business and advise, if necessary, with regard to operations, wind-down, best practices for assuring

28  customers are properly treated and, if advisable, prepare an exit strategy with regard to the Debtor's

business. (Applicant has several lawyers within its firm that are familiar with and understand the regulations relating to this type of business and industry). Advise and assist all necessary legal services with regard to disposition of assets of the Estate that relate in any manner to the business operations and/or the Debtor including but not limited to the Federal Debt Protection Actions Act and the Fair Credit Reporting Act;

3.      Undertake an investigation of the business operations and any transfers related thereto and advise Trustee what actions should be brought against insiders, former officers, former employees, previous counsel and any other third parties;

4.      Preparing on behalf of the Trustee, and/or assisting general counsel, with necessary motions, applications, answers, orders, reports, and other pleadings in connection with the administration of the estate or as required by this Court or otherwise pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules for the United States Bankruptcy Court for the Central District of California ("Local Bankruptcy Rules");

5.      Representing the Trustee at hearings regarding or affecting the Debtor or the estate, as needed;

6.      Investigation of the Debtor and its financial affairs;

7.      Prosecuting and defending litigated matters that may arise during the Case;

8.      Advising the Trustee and general counsel with respect to matters in the Case;

9.      Advising the Trustee and general counsel with respect to the claims (and claims objections) asserted in the Case;

10.      Commencing, conducting, advising or assisting in the same as applicable, any and all litigation or other action necessary or appropriate to assert rights held by the estate or the Debtor, or protect or recover assets of the Estate or the Debtor;

11.      Representing the Trustee, and/or assisting general counsel, with respect to sales of assets of the Estate, including real property;

12.      Providing counseling with respect to legal matters which may arise during the pendency of the Case including, but not limited to, potential legal ethics issues; and

5

13.     Performing all other legal services that are necessary for the efficient and economic administration of the Case.

## IV.     APPROVAL OF EMPLOYMENT RETROACTIVELY IS APPROPRIATE UNDER THE CIRCUMSTANCES OF THE CASE

The Trustee is requesting approval of Dinsmore's employment to be made retroactively effective to May 8, 2023 for the Case.  The Trustee retained Dinsmore as its special counsel effective as of May 8, 2023 for the Case. (See In re Mahoney, Trocki & Associates, 54 B.R. 823 (Bankr. S.D. Cal. 1985)). Thus, this Application is timely filed within thirty (30) days of the date the Trustee retained Dinsmore for this Case.

## V.     COMPENSATION AND REIMBURSEMENT OF EXPENSES

The Trustee proposes to pay Dinsmore its customary hourly rates in effect from time to time as set forth below, plus reimbursement of actual, necessary expenses incurred by the firm. Dinsmore's rates are competitive in the markets in Los Angeles, Orange County and San Diego, California among other attorneys with similar skills, experience, case results and expertise. Dinsmore intends to apply to the Court for allowance of such compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the standing orders of this Court, and the guidelines, practices, and customs of the United States Trustee.

Dinsmore has advised the Trustee that the firm may seek interim compensation during this Case as permitted by applicable sections of the Bankruptcy Code, including Sections 330 and 331 and the applicable Local Bankruptcy Rules.

Based upon the Celentino Declaration, the Trustee believes that no agreement or understanding exists between Dinsmore and any other entity for sharing compensation to be received for services rendered in or in connection with the Case.

### A.     Fees

The rates for this Case for some of the primary lawyers and paraprofessionals expected to be involved in this Case are as follows:

| Name | Title | Published Hourly Rate | Discounted Rate for this Case |
|---|---|---|---|
| Christopher Celentino | Partner | $831.25 | $825.00 |
| Peter J. Mastan | Partner | $740.00 | $740.00 |
| Lovee D. Sarenas | Partner | $660.00 | $660.00 |
| Christopher B. Ghio | Partner | $625.00 | $595.00 |
| Jeremy B. Freedman | Associate | $445.00 | $445.00 |
| Jonathan B. Serrano | Associate | $390.00 | $390.00 |
| Caron Burke | Paraprofessional | $250.00 | $225.00 |

The above attorneys' biographies are attached hereto as Exhibit "B."

The Trustee understands that these billing rates are generally updated on or about January 1 of each year, and that the above rates will remain consistent in the case through December 31, 2023. For other professionals, the rate will be the hourly rate generally in effect for the period during which the services were rendered. Because the fees are based on hourly rates and correspond to the experience, expertise and case results of each individual, the terms and conditions of Dinsmore's employment are reasonable. Dinsmore believes that much of the work on this matter can be performed by associates and paraprofessionals under Christopher Celentino's or Christopher Ghio's supervision.

**B.**     **Reimbursement of Expenses**

In addition to the hourly rates set forth above, Dinsmore customarily charges its clients for items of cost and expense incurred in our work on this matter. Items which will be charged separately include copying, messenger services, filing fees, postage and express services, long distance telephone calls, telecopying, IP conversion services, computerized legal research, computer-assisted document preparation, support staff overtime when necessary, and similar items. Dinsmore intends to apply to the Court for allowance of such compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the standing orders of this Court, and the guidelines, practices

7

and customs of the U.S. Trustee. Where appropriate, Dinsmore may engage third-party providers to perform specific services. As with Dinsmore's hourly rates, the cost and expense schedule is generally updated on or about January 1 of each year.

## VI.  **CONCLUSION**

WHEREFORE, the Trustee respectfully requests that this Court enter an order authorizing it to retain and employ Dinsmore, as special counsel, as more fully described herein, effective as of May 8, 2023 for the Case, with compensation to be paid as an administrative expense in such amounts as this Court may hereinafter allow and order paid.

Dated:  June 7, 2023

Richard A. Marshack
Chapter 11 Trustee

**Prepared and submitted by:**

DINSMORE & SHOHL LLP

By:_____
    Christopher Celentino
    Proposed Special Counsel to the Chapter 11 Trustee,
    Richard A. Marshack

8

1    EXHIBIT "A"

2    Proposed Order

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT "A"
Page 9

1  Christopher Celentino (State Bar No. 131688)
   christopher.celentino@dinsmore.com
2  **DINSMORE & SHOHL LLP**
   655 West Broadway, Suite 800
3  San Diego, CA 92101
   Telephone: 619.400.0500
4  Facsimile: 619.400.0501

5  Proposed Special Counsel to the Chapter 11 Trustee,
   Richard A. Marshack

6

7

8

9                **UNITED STATES BANKRUPTCY COURT**

10        **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

11

12  In re:                                    Case No. 8:23-bk-10571-SC

13  THE LITIGATION PRACTICE GROUP P.C.,       Chapter 11

14       Debtor.                              **ORDER APPROVING APPLICATION
                                              PURSUANT TO 11 U.S.C. SECTION
15                                            327(a) AUTHORIZING THE RETENTION
                                              AND EMPLOYMENT OF DINSMORE &
16                                            SHOHL LLP AS SPECIAL COUNSEL
                                              FOR CHAPTER 11 TRUSTEE RICHARD
17                                            A. MARSHACK**

18                                            Date:    No Hearing Required
                                              Time:
19                                            Ctrm:    5C
                                                       411 West Fourth Street, Suite 5130
20                                                     Santa Ana, California, 92701-4593
                                              Judge:   Hon. _Scott C. Clarkson
21

22

23       The Bankruptcy Court having reviewed the Application (the "Application") of chapter 11

24  trustee, Richard A. Marshack (the "Trustee"), for the above-captioned debtor, The Litigation

25  Practice Group P.C. (the "Debtor") for authority to retain and employ the law firm of Dinsmore &

26  Shohl LLP ("Dinsmore") as special counsel for the Trustee, and the Bankruptcy Court finding that

27  notice of the Application was proper, that no objection to the Application was timely made, that

28  Dinsmore is disinterested and does not hold any interest adverse to the estate or to the Trustee, and

                                        1

1  that Dinsmore's employment is in the best interest of the Trustee and the within bankruptcy estate,

2  and good cause appearing therefor:

3       **IT IS ORDERED** that the Application be, and hereby is, granted.

4       **IT IS ORDERED** that the Trustee is authorized to employ Dinsmore as his special counsel

5  effective as of to May 8, 2023 to perform the services set forth in the Application, with compensation

6  to be paid by the within bankruptcy estate pursuant to and upon further Bankruptcy Court approval.

7

8                                                       # # #

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1                                          EXHIBIT "B"

2                                    Attorneys' Biographies

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



# Christopher Celentino

Partner
christopher.celentino@dinsmore.com

San Diego, CA
Tel: (619) 400-0519

Los Angeles, CA
Tel: (619) 400-0519

Christopher focuses his practice on creditor's rights, fiduciary services litigation, business reorganization and workouts, and insolvency and bankruptcy law. His bankruptcy practice emphasizes representation of creditors and court-appointed trustees in chapter 7 and 11 cases, as well as representation of debtors in chapter 11 cases. He has knowledge of mechanic's lien law and related construction litigation matters, as well as family law and related dissolution matters. His creditor's right practice emphasizes representing lenders and borrowers in workout and restructuring of commercial loans, secured transactions, and lease transactions, and pursuit of creditor's rights in commercial litigation matters.

He is certified as a business bankruptcy specialist by the American Board of Certification. In 2011, he was selected as one of the "Transcript 10," comprised of 10 of the most noteworthy attorneys from San Diego County, by the San Diego Daily Transcript. In 2012, Christopher was the president of the California Bankruptcy Forum, the leading professional organization for bankruptcy lawyers in California, having served previously as treasurer and secretary; in 2018, he served as a co-chair of the annual meeting.

He is also a former member and past president of the Board of Directors of the San Diego Bankruptcy Forum. He is a member of the San Diego County Bar Association, where he served as chair of the Bankruptcy Law Section from 1992 - 1993, and a secretary and vice president of the California State Bar Association Insolvency Committee, as well as a former member of the Board of Directors of the Bay Area Bankruptcy Forum. He is also former chair of the San Diego Financial Lawyers Group and has served since 1994 as a court-appointed mediation panel member to the United States Bankruptcy Court, Southern District of California. He has served as both a court-appointed expert and privately-engaged expert in many cases involving unique issues of bankruptcy and divorce.

## Services

- Corporate & Transactional
- Bankruptcy & Restructuring
- Litigation

## Education

EXHIBIT "B"

Page 13

**Dinsmore**

- Georgetown University Law Center  (J.D., *cum laude*, 1987)
  - o  Journal of Law and Technology, co-founder and editor-in-chief
  - o  The Georgetown law Journal, associate editor
- Northwestern University  (B.S., 1984)

**Bar Admissions**

- California

**Court Admissions**

- U.S. Court of Appeals for the Ninth Circuit
- U.S. District Court for the Eastern District of California
- U.S. District Court for the Central District of California
- U.S. District Court for the Northern District of California
- U.S. District Court for the Southern District of California

**Affiliations/Memberships**

- California Bankruptcy Forum, past president, secretary, treasurer, board member
- San Diego Bankruptcy Forum, past president and board member
- Bay Area Bankruptcy Forum, past board member
- Old Town Academy K-8 Charter School, co-founder and former chair of the board
- ABI Southwest, Conference Board (March 2017)
- California State Bar Association, secretary and vice president, Insolvency Committee
- San Diego County Bar Association, Bankruptcy Law section, past chair
- American Bar Association
- San Diego Financial Lawyers Group, past chair
- U.S. Bankruptcy Court, Southern District of California, court-appointed mediation panel member (1994 - 2012)

**Distinctions**

- Peer Review Rated AV® Preeminent™ by *Martindale-Hubbell*
- *Chambers USA: America's Leading Lawyers for Business*, Bankruptcy/Restructuring (2017 - 2018)
- The Best Lawyers in San Diego, *San Diego Magazine* (2016)
- *Best Lawyers*® (2012 - 2022)
  - o  Bankruptcy and Creditor Debtor Rights/Insolvency and Reorganization Law and Litigation – Bankruptcy



- San Diego *Super Lawyers* (2007 - 2018)
- "Transcript 10", *San Diego Daily Transcript* (2011)
- Senior Lawyer Fellowship, Center for International Legal Studies (2011)
- Board certified in business bankruptcy law by American Board of Certification
- Avvo Top Rated Lawyer (2022)
- Americas Most Honored Lawyers - Top 1% (2022)



# Peter J. Mastan

Partner
peter.mastan@dinsmore.com

Los Angeles, CA
Tel: (213) 335-7738

Peter is the managing partner of the Los Angeles office. He focuses his practice on bankruptcy law, commercial and business litigation, and receiverships. His clients include bankruptcy trustees, receivers, businesses, creditors, government entities, litigants in bankruptcy adversary proceedings, and those interested in buying assets from bankruptcy and/or receivership estates. He counsels clients on matters including bankruptcy avoidance action litigation (including the prosecution and defense of fraudulent transfer and preference actions), Ponzi scheme litigation, Bankruptcy Code 363 sales, fiduciary obligations and the defense of bankruptcy-related malpractice actions brought against fiduciaries and professionals. His experience includes the litigation and management of more than 150 fraudulent transfer adversary proceedings as part of a Ponzi scheme where the trustee recovered more than $100 million in assets, the litigation of more than 100 additional adversary proceedings in a separate failed Ponzi scheme, and the successful defense of multiple law firms accused of malpractice while representing bankruptcy estate fiduciaries.

He is also a member of the panel of Chapter 7 trustees established by the Office of the United States Trustee for the Central District of California, and serves as a Chapter 7 trustee, Chapter 11 trustee, bankruptcy examiner and receiver. Peter's fiduciary experience includes the operation and liquidation of substantial commercial and residential real properties, the operation and sale of adult residential care facilities and other businesses, and the management of litigation-based cases, including fraud-related bankruptcy cases.

Peter is also experienced in international judgment recovery actions, having orchestrated such efforts around the world in Sweden, Austria, the Cook Islands and other areas.

**Services**

- Corporate & Transactional
- Capital Markets
- Bankruptcy & Restructuring

**Education**

- Loyola Law School  (J.D., 1997)

**Dinsmore**

---

- o Entertainment Law Journal – note and comment editor
- o St. Thomas More Law Honor Society
- o American Jurisprudence Awards in Secured Transactions in Personal Property and Federal Income Taxation
- University of California, Los Angeles  (B.A., 1993)

**Bar Admissions**

- California
- District of Columbia

**Court Admissions**

- U.S. Court of Appeals for the Ninth Circuit
- U.S. District Court for the Central District of California
- U.S. District Court for the Northern District of California
- U.S. District Court for the Southern District of California

**Affiliations/Memberships**

- National Association of Bankruptcy Trustees
- Los Angeles Bankruptcy Forum, board of directors
- American Bankruptcy Institute
- California Bankruptcy Forum

  - o President (2017)
  - o Pro Bono Steering Committee, chairman (2016 - 2017)
  - o Vice president (2016)
  - o Secretary (2015)
  - o Treasurer (2014)
  - o Co-education chair (2011)
  - o Co-education chair of the Young Insolvency Professional program (2010)
- Central District of California, Chapter 7 panel of trustees

**Distinctions**

- California *Super Lawyers*®
  - o For Bankruptcy and Debtor/Creditor Rights (2012 - 2019, 2021)
- Southern California *Rising Star*® (2009 - 2010)



# Lovee Sarenas

Partner
lovee.sarenas@dinsmore.com

Los Angeles, CA
Tel: (213) 335-7753

Lovee concentrates her practice on trustee representations in bankruptcy cases under Chapter 7 of the Bankruptcy Code and representing creditors' committees and distressed small businesses in Chapter 11 cases. She has assisted and worked with institutional banks, insurance companies, airlines, storage facilities, commercial property owners, small businesses, and turnaround professionals.

Her experience includes counseling international companies in major retail bankruptcy cases; handling bankruptcy-related real estate issues; defending institutional clients in a variety of bankruptcy litigation, avoidance actions and fraudulent transfer claims; and serving as debtor-in-possession counsel to a B2B e-commerce company in an intellectual property sale. She has experience with PACA claims and bankruptcy-related issues in farm business reorganizations. Having a dedicated and broad bankruptcy experience enables her to create practical, cost-efficient, and innovative solutions to a variety of insolvency situations her clients may confront. Throughout her career, Lovee has played a critical role in a number of reorganization, bankruptcy litigation and insolvency matters, including:

- Representing several Official Committees of Unsecured Creditors in various reorganization cases including the case of Cornerstone Apparel, Inc. which resulted in a $9.5 million settlement distribution to unsecured creditors;

- Working with defense team for an aviation client in a fraudulent transfer claim that reduced a $5 million claim to a de minimus settlement amount;

- Successfully representing and defending several institutional clients comprised of banks, mortgage lenders, investment and accounting firms, and a national storage facility owner in bankruptcy reorganization matters, and bankruptcy and avoidance litigation;

- Serving as counsel to international clients from China, Korea and United Kingdom in the retail industry and commercial landlords across California in national retail bankruptcies;

- Serving as co-counsel for a farming operation with over 3,000 seasonal agricultural workers in the sale of its farming business in Central California as part of its chapter 11 plan;

**Dinsmore**

- Serving as debtor-in-possession counsel in the auction sale of the client's web services patent which sold for $15.5 million from a $1 million opening bid thereby resulting in a 100% distribution to unsecured creditors; and
- Working with general bankruptcy counsel team that assisted in the reorganization of a winery in Napa, California.

Lovee is the first Filipino-American to serve as a judicial clerk for two bankruptcy judges: the late Richard M. Neiter and Ellen A. Carroll (ret.) of the U.S. Bankruptcy Court for the Central District of California. Before she clerked with Judge Neiter, Lovee practiced as a restructuring attorney for a prominent chapter 11 boutique bankruptcy firm in Northern California.

She is also active in the community, having been recognized on account of several leadership roles in bar and community organizations in Los Angeles, including the Los Angeles Bankruptcy Forum, the Central District U.S. Bankruptcy Court Small Business Reorganizational Task Force, UPAAGLA Board of Directors, and the California Bankruptcy Forum. She is currently the vice president of the Los Angeles Bankruptcy Forum after a successful year chairing its Diversity Equity & Inclusion Committee where she co-founded the Hon. Richard M. Neiter Externship Fellowship that awards stipends to law students from underrepresented backgrounds who are full-time externs with the federal bankruptcy judiciary in the Central District.

She is a member of the USC Gould School of Law adjunct faculty and serves as an adjunct professor of bankruptcy law at Southwestern Law School in Los Angeles.

**Services**

- Bankruptcy & Restructuring

**Education**

- Southwestern University School of Law  (J.D.)
- University of the Philippines  (B.A.)

**Bar Admissions**

- California

**Court Admissions**

- U.S. District Court for the Central District of California
- U.S. District Court for the Eastern District of California
- U.S. District Court for the Northern District of California
- U.S. District Court for the Southern District of California
- U.S. Court of Appeals for the Ninth Circuit

**Affiliations/Memberships**

- Los Angeles Bankruptcy Forum Executive Committee
- Los Angeles Bankruptcy Forum Vice President



- U.S. Bankruptcy Court Central District of California Small Business Reorganization Task Force (2020)
- UP Alumni Association of Greater Los Angeles Board Member and Secretary
- Los Angeles Bankruptcy Forum Board Member
- Philippine American Bar Association
- Los Angeles Catholic Lawyers Association
- American Bankruptcy Institute
- Los Angeles Bankruptcy Forum past Membership Co-Chair
- United States Bankruptcy Courts' Bankruptcy Forms Modernization Project Task Force (2010)
- Task Force on Chapter 11 Individual Cases, United States Bankruptcy Court-Central District (2010)





# Christopher B. Ghio

Partner
christopher.ghio@dinsmore.com

San Diego, CA
Tel: (619) 400-0468

Christopher is trusted by a wide range of clients, including financial institutions at the local, regional and national level; publicly traded corporations; court-appointed receivers; bankruptcy trustees; private fiduciaries; small businesses and individuals.

Christopher's broad-based practice includes civil litigation and appellate advocacy in state and federal courts; real estate and corporate transactions; bankruptcy; loan workouts and restructuring.

A creative, out-of-the box thinker, Christopher employs the business sense honed from years working in his family business to provide proactive, innovative solutions for the unique legal challenge facing each client.

This approach remains the same whether at trial in the courtroom, negotiating a deal in a boardroom, or seeking a favorable result at mediation or arbitration. Christopher firmly believes that forward looking, strategic thinking should be at the core of each representation.

Christopher has been lead counsel on the following significant matters including: obtaining approval of a Chapter 11 liquidating plan for a court appointed Chapter 11 Trustee in a case involving the recovery of several dozen fraudulently conveyed rental homes; successfully defending - in a reported decision - a summary judgment in his clients' favor on appeal to the California Appellate and Supreme Courts; securing terminating sanctions against plaintiffs in multi-million dollar harassment and defamation cases; securing a "no-notice" ex parte turnover order for a Chapter 11 Bankruptcy Trustee; and negotiating and documenting a lease for multiple floors of Class A office space.

Christopher's clients routinely compliment his proactive and diligent strategic approaches which produce exceptional results.

**Services**

- Litigation

**Education**

- College of William and Mary, Marshall-Wythe School of Law  (J.D., 2008)

EXHIBIT "B"

Dinsmore

- University of California, Los Angeles  (B.A., 2005)
  - o  Political Science

**Bar Admissions**

- California

**Court Admissions**

- U.S. District Court for the Central District of California

- U.S. District Court for the Eastern District of California

- U.S. District Court for the Northern District of California

- U.S. District Court for the Southern District of California



# Jeremy B. Freedman

Associate
jeremy.freedman@dinsmore.com

San Diego, CA
Tel: (619) 400-0517

Jeremy is a results-driven litigator who focuses on the needs of his clients. He has successfully litigated cases involving wrongful death, personal injury, professional liability, directors and officer's liability, errors and omissions, employment, commercial, premises liability, sexual assault and sexual harassment claims for national, governmental, institutional, and individual clients. In a case of first impression, Jeremy successfully defended a multimillion dollar wrongful death action for failure to use an automatic external defibrillator on a motion for summary judgment, which was confirmed on appeal by the California Supreme Court. He has successfully tried breach of contract cases, chaired personal injury jury trials, and has represented local and national banking institutions in bankruptcy claims. His experience also includes implementing processes which led to improved litigation efficiency and increased profitability while maintaining strict compliance to state and federal regulations for three of the nation's largest financial institutions.

Jeremy obtained his bachelors in Business Science and Business Administration with a specialization in finance from the Ohio State University. While at OSU, Jeremy tutored underprivileged children in history and in his spare time continues his efforts to give back to the legal community and community at large. After college, Jeremy worked in the banking industry for over seven years at one of the world leading banking institutions working heavily with financial regulation and business development. He obtained his law degree from Thomas Jefferson School of Law where he was appointed Technical Editor for Law Review.

**Services**

- Litigation

**Education**

- Thomas Jefferson School of Law  (J.D., *magna cum laude*, 2015)
- The Ohio State University  (B.S., *magna cum laude*, 2001)
  - Finance

**Bar Admissions**

- California



**Court Admissions**

- U.S. Bankruptcy Court for the Southern District of California
- U.S. District Court for the Southern District of California
- U.S. District Court for the Central District of California



# Jonathan Serrano

Associate
jonathan.serrano@dinsmore.com

Los Angeles, CA
Tel: (213) 335-7758

Jonathan focuses his practice on bankruptcy restructuring matters. His experience includes representing debtors, creditors, litigants, and buyers of distressed assets. He has litigated in district and bankruptcy courts.

Jonathan clerked for Judge Scott H. Yun, evaluating issues in countless chapter 7, chapter 13, and chapter 11 cases. For an additional year, he clerked for Judge Wayne Johnson, further developing his bankruptcy expertise.

After completing terms at the United States Bankruptcy Court, Jonathan worked for a global law firm, assisting clients in large chapter 11 cases.

Prior to practicing law, Jonathan taught high school chemistry for several years.

**Services**

- Bankruptcy & Restructuring

**Education**

- University of California, Los Angeles School of Law  (J.D.)
- Florida A&M University  (B.S.)
    - Chemistry

**Bar Admissions**

- California

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 655 W. Broadway, Suite 800, San Diego, California 92101

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION PURSUANT TO 11 U.S.C. SECTION 327(a) AUTHORIZING THE RETENTION AND EMPLOYMENT OF DINSMORE & SHOHL LLP AS SPECIAL COUNSEL FOR CHAPTER 11 TRUSTEE RICHARD A. MARSHACK**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 7, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒     Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On June 7, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐     Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 7, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐     Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 7, 2023 | Caron Burke | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*        **F 9013-.1.PROOF.SERVICE**

1.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Ronald K Brown on behalf of Creditor SDCO Tustin Executive Center, Inc.
ron@rkbrownlaw.com

Shawn M Christianson on behalf of Interested Party Courtesy NEF
cmcintire@buchalter.com, schristianson@buchalter.com

Richard H Golubow on behalf of Creditor Debt Validation Fund II, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 1, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 2, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Trustee Richard A Marshack (TR)
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Alan Craig Hochheiser on behalf of Creditor City Capital NY
ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com

Garrick A Hollander on behalf of Creditor Debt Validation Fund II, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander on behalf of Creditor MC DVI Fund 1, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander on behalf of Creditor MC DVI Fund 2, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Joon M Khang on behalf of Debtor The Litigation Practice Group P.C.
joon@khanglaw.com

Joon M Khang on behalf of Plaintiff The Litigation Practice Group P.C.
joon@khanglaw.com

David S Kupetz on behalf of Interested Party Courtesy NEF
David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

Michael D Lieberman on behalf of Creditor Phillip A. Greenblatt, PLLC
mlieberman@lipsonneilson.com

Richard A Marshack (TR)
pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Laila Masud on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          **F 9013-.1.PROOF.SERVICE**

Kenneth Misken on behalf of U.S. Trustee United States Trustee (SA)
Kenneth.M.Misken@usdoj.gov

Byron Z Moldo on behalf of Interested Party Byron Moldo
bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbn.law, jdale@mbnlawyers.com

Queenie K Ng on behalf of U.S. Trustee United States Trustee (SA)
queenie.k.ng@usdoj.gov

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Gregory M Salvato on behalf of Interested Party Courtesy NEF
gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Paul R Shankman on behalf of Attorney Paul R. Shankman
PShankman@fortislaw.com, info@fortislaw.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
655 W. Broadway, Suite 800, San Diego, California  92101

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 26, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On June 26, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 26, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

JUDGE'S COPY:
Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 26, 2023 | Caron Burke | |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                 **F 9013-.1.PROOF.SERVICE**

1.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Eric Bensamochan on behalf of Interested Party Eric Bensamochan
eric@eblawfirm.us, G63723@notify.cincompass.com

Ronald K Brown on behalf of Creditor SDCO Tustin Executive Center, Inc.
ron@rkbrownlaw.com

Christopher Celentino on behalf of Plaintiff Richard A. Marshack
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Trustee Richard A Marshack (TR)
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Shawn M Christianson on behalf of Interested Party Courtesy NEF
cmcintire@buchalter.com, schristianson@buchalter.com

Randall Baldwin Clark on behalf of Interested Party Randall Baldwin Clark
rbc@randallbclark.com

Leslie A Cohen on behalf of Interested Party Courtesy NEF
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com

Richard H Golubow on behalf of Creditor Debt Validation Fund II, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 1, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 2, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.court
drive.com

D Edward Hays on behalf of Trustee Richard A Marshack (TR)
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.court
drive.com

Alan Craig Hochheiser on behalf of Creditor City Capital NY
ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com

Garrick A Hollander on behalf of Creditor Debt Validation Fund II, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander on behalf of Creditor MC DVI Fund 1, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander on behalf of Creditor MC DVI Fund 2, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013 -.1.PROOF.SERVICE**

Joon M Khang on behalf of Debtor The Litigation Practice Group P.C.
joon@khanglaw.com

Ira David Kharasch on behalf of Interested Party Ad Hoc Consumer Claimants Committee
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Interested Party Courtesy NEF
ikharasch@pszjlaw.com

David S Kupetz on behalf of Interested Party Courtesy NEF
David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

Christopher J Langley on behalf of Interested Party Courtesy NEF
chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase;ecf123@casedriver.com

Daniel A Lev on behalf of Interested Party Courtesy NEF
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Michael D Lieberman on behalf of Creditor Phillip A. Greenblatt, PLLC
mlieberman@lipsonneilson.com

Richard A Marshack (TR)
pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Laila Masud on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Interested Party Richard A. Marshack
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Plaintiff Richard Marshack
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Trustee Richard A Marshack (TR)
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Kenneth Misken on behalf of U.S. Trustee United States Trustee (SA)
Kenneth.M.Misken@usdoj.gov

Byron Z Moldo on behalf of Interested Party Byron Moldo
bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbn.law, jdale@mbnlawyers.com

Victoria Newmark on behalf of Interested Party Courtesy NEF
vnewmark@pszjlaw.com

Queenie K Ng on behalf of U.S. Trustee United States Trustee (SA)
queenie.k.ng@usdoj.gov

Teri T Pham on behalf of Attorney Teri Pham
tpham@enensteinlaw.com, 3135.002@enensteinlaw.com

Douglas A Plazak on behalf of Defendant Greyson Law Center PC
dplazak@rhlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_

**F 9013-.1.PROOF.SERVICE**

Ronald N Richards on behalf of Defendant Consumer Legal Group, PC
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Gregory M Salvato on behalf of Interested Party Courtesy NEF
gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Olivia Scott on behalf of Creditor Azzure Capital LLC
olivia.scott3@bclplaw.com

Olivia Scott on behalf of Creditor Hi Bar Capital LLC
olivia.scott3@bclplaw.com

Jonathan Serrano on behalf of Plaintiff Richard A. Marshack
jonathan.serrano@dinsmore.com

Jonathan Serrano on behalf of Trustee Richard A Marshack (TR)
jonathan.serrano@dinsmore.com

Paul R Shankman on behalf of Attorney Paul R. Shankman
PShankman@fortislaw.com, info@fortislaw.com

Paul R Shankman on behalf of Creditor United Partnerships, LLC
PShankman@fortislaw.com, info@fortislaw.com

Leslie Skorheim on behalf of U.S. Trustee United States Trustee (SA)
leslie.skorheim@usdoj.gov

Andrew Still on behalf of Interested Party Courtesy NEF
astill@swlaw.com, kcollins@swlaw.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Sharon Z. Weiss on behalf of Creditor Azzure Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Sharon Z. Weiss on behalf of Creditor Hi Bar Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Johnny White on behalf of Interested Party Courtesy NEF
JWhite@wrslawyers.com, jlee@wrslawyers.com;eweiman@wrslawyers.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-.1.PROOF.SERVICE**