| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Daniel A. Edelman (ARDC 0712094)<br>EDELMAN, COMBS, LATTURNER & GOODWIN, LLC<br>20 South Clark Street, Suite 1500<br>Chicago, IL 60603-1824<br>(312) 739-4200<br>(312) 419-0379 (FAX)<br>Email address for service: courtecl@edcombs.com<br><br>*Attorney for:* Carolyn Beech | **FILED**<br>JUN 26 2023<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:  _____ Deputy Clerk |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br><br>Debtor(s). | CASE NO.: 8:23-bk-10571-SC<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| <br><br>vs.<br><br><br>Plaintiff(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** |
| Defendant(s). | [No hearing required per LBR 2090-1(b)(6)] |

1. I, <u>Daniel A. Edelman</u>_____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained (*specify name of party*):

   Carolyn Beech

2. I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                      Page 1                            F 2090-1.2.APP.NONRES.ATTY

3. I am a lawyer with the following law firm (*specify name and address of law firm*):

   EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
   20 South Clark Street, Suite 1500, Chicago, IL 60603

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (*specify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):

   See attached.

5. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
|  |  |  |  |  |

7. I ☐ have ☒ have not been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:




   I ☐ resigned ☐ did not resign while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person of the following law firm, who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:
   Name of attorney (Designee):
   Christopher Langley
   Name and address of law firm, or residence address:
   SHIODA LANGLEY & CHANG, LLP
   11063 E. Las Tunas Dr. San Gabriel, CA 91776


   Telephone number of law firm: (888) 809-1768

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                    Page 2                              F 2090-1.2.APP.NONRES.ATTY

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 06/13/2023

_____
Signature of applicant

Daniel A. Edelman
Printed name of applicant

**CONSENT OF DESIGNEE**

I consent to the foregoing designation.

Date: 6/26/2023

_____
Signature of Designee

Christopher J. Langley, Esq.
Printed name of Designee

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## COURT ADMISSIONS FOR DANIEL A. EDELMAN

| NAME OF COURT | DATE ADMITTED |
|---|---|
| Supreme Ct. of Illinois | Oct. 26, 1976 |
| U.S. Supreme Court | Dec. 5, 1994 |
| 1st Cir. Court of Appeals | Feb. 1, 2000 (Bar No. 47676) |
| 2nd Cir. Court of Appeals | Feb. 14, 2011 |
| 3rd Cir. Court of Appeals | April 11, 1997 |
| 5th Cir. Court of Appeals | April 3, 1996 |
| 6th Cir. Court of Appeals | April 15, 1986 |
| 7th Cir. Court of Appeals | Feb. 26, 1993 |
| 8th Cir. Court of Appeals | Oct. 19, 1993 |
| 9th Cir. Court of Appeals | May 28, 1996 |
| 10th Cir. Court of Appeals | March 12, 1997 |
| 11th Cir. Court of Appeals | Feb. 7, 1996 |
| Northern District of Illinois | Dec. 9, 1976 |
| Central District of Illinois | May 4, 1995 |
| Southern District of Illinois | Oct. 22, 1999 |
| Northern District of Indiana | April 24, 2000 |
| Southern District of Indiana | Jan. 26, 2000 |
| Eastern District of Michigan | Oct. 20, 2006 |
| Western District of Michigan | Sept. 25, 2006 |
| Eastern District of Wisconsin | March 12, 2001 |
| Western District of Wisconsin | June 29, 2009 |

# Transaction Details

## Bankruptcy Pro Hac Vice Application Fee

**Non-Resident Attorney's Name:** Daniel Edelman

**Firm Name:** Edelman, Combs, Latturner & Goodwin

**Bankruptcy Case Number or Adversary Proceeding Case Number:**

8:23-bk-10571-SC

**Party Name:** N/A

**Tracking Number(s):** PHV-230613-000-0248

**Pay.gov Tracking ID:** 2761L9KG

**Transaction Date:** 06/13/2023

**Agency Name:** U.S. Distirct Court

**Account Holder Name:** Daniel A. Edelman

**Account Number:** ************4785

**Amount:** 500.00

**Billing Address:** 20 S Clark St. Ste. 1500

**Billing Address 2:**

**City:** Chicago

**State/Province:** IL

**Zip/Postal:** 60603

**For assistance, please contact:**

Attorney Admissions

United States District Court

Central District of California

Tel: (213) 894-2085

**For questions related to payment, please contact the Fiscal department at fis_cac@cacd.uscourts.gov**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**4158 14th Riverside St., Riverside, CA 92501**

A true and correct copy of the foregoing document entitled (*specify*): **Application of Non Resident Attorney to Appear in a Specific Case** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **6/26/2023** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Eric Bensamochan**   eric@eblawfirm.us, G63723@notify.cincompass.com
- **Ronald K Brown**   ron@rkbrownlaw.com
- **Christopher Celentino**   christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Shawn M Christianson**   cmcintire@buchalter.com, schristianson@buchalter.com
- **Randall Baldwin Clark**   rbc@randallbclark.com
- **Leslie A Cohen**   leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Christopher Ghio**   christopher.ghio@dinsmore.com
- **Richard H Golubow**   rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **D Edward Hays**   ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Alan Craig Hochheiser**   ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Garrick A Hollander**   ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Joon M Khang**   joon@khanglaw.com
- **Ira David Kharasch**   ikharasch@pszjlaw.com
- **David S Kupetz**   David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Christopher J Langley**   chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com
- **Daniel A Lev**   daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Michael D Lieberman**   mlieberman@lipsonneilson.com
- **Richard A Marshack (TR)**   pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Laila Masud**   lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Kenneth Misken**   Kenneth.M.Misken@usdoj.gov
- **Byron Z Moldo**   bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com
- **Alan I Nahmias**   anahmias@mbn.law, jdale@mbnlawyers.com
- **Victoria Newmark**   vnewmark@pszjlaw.com
- **Queenie K Ng**   queenie.k.ng@usdoj.gov
- **Teri T Pham**   tpham@enensteinlaw.com, 3135.002@enensteinlaw.com
- **Douglas A Plazak**   dplazak@rhlaw.com
- **Ronald N Richards**   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Gregory M Salvato**   gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Olivia Scott**   olivia.scott3@bclplaw.com
- **Jonathan Serrano**   jonathan.serrano@dinsmore.com
- **Paul R Shankman**   PShankman@fortislaw.com, info@fortislaw.com
- **Leslie Skorheim**   leslie.skorheim@usdoj.gov
- **Andrew Still**   astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- **Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com;eweiman@wrslawyers.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/26/2023 | John Martinez | /s/ John Martinez |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**