| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Daniel A. Edelman (ARBC 0712094)<br>Edelman, Combs, Latturner & Goodwin, LLC<br>courtecl@edcombs.com<br>20 South Clark Street, Ste 1500<br>Chicago, IL 60603-1824<br>t. (312)739-4200<br>f. (312)419-0379<br>☒ Attorney for: Carolyn Beech | FILED JUN 26 2023 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk    ENTERED JUN 26 2023 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk |

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - *SANTA ANA* DIVISION

| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.<br><br>Debtor(s)<br><br>Plaintiff(s)<br>vs.<br><br>Defendant(s) | CASE NO.: 11<br>CHAPTER: 8:23-bk-10571 SC<br>ADVERSARY NO.:<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

LODGED JUN 26 2023 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒ The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*): Daniel A. Edelman

☐ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

###

Date: June 26, 2023

Scott C. Clarkson
United States Bankruptcy Judge

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016                                                                                                                F 2090-1.2.ORDER.NONRES.ATTY