D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No: 8-23-bk-10571-SC<br><br>Chapter 11<br><br>STIPULATION FOR DISMISSAL OF EMERGENCY MOTION FOR ORDER AUTHORIZING THE CHAPTER 11 TRUSTEE TO ENTER INTO AN EXPENSE REIMBURSEMENT AGREEMENT WITH THE AD HOC COMMITTEE<br><br>[MOTION – DK. NO. 102]<br><br>Hearing:<br>Date: June 28, 2023<br>Time: 11:00 A.M.<br>Ctrm: 5C[1] |

This stipulation ("Stipulation") is entered into by and between Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of The Litigation Practice Group P.C. ("Debtor"), the Office of the United States Trustee ("UST"), and creditor Carolyn Beech in her capacity as lead plaintiff of a class action lawsuit pending in Mississippi:

---

[1] ZoomGov: Video and audio connection information for each hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC, and then selecting "Judge Clarkson" from the tab on the left-hand side of the page.

1
STIPULATION TO WITHDRAW MOTION

4887-5831-6646

# RECITALS

A. On March 20, 2023, The Litigation Practice Group ("Debtor") filed a voluntary petition under Chapter 11 of Title 11 of the United States Code, initiating bankruptcy Case No. 8:23-bk-10571-SC in the United States Bankruptcy Court for the Central District of California, Santa Ana Division.

B. On March 30, 2023, as Dk. No. 21, the United States Trustee filed a motion to dismiss or convert the case under 11 U.S.C. § 1112(b) for failure to comply with the U.S. Trustee guidelines and requirements for a chapter 11 case.

C. On May 4, 2023, the Court entered an "Order Directing United States Trustee to Appoint Chapter 11 Trustee." Docket No. 58. Richard A. Marshack was appointed as the Chapter 11 trustee of the Debtor's estate. Docket Nos. 62-65. On May 8, 2023, Richard A. Marshack was appointed as the Chapter 11 Trustee.

D. On June 13, 2023, as Dk. No. 102, Trustee filed an Emergency Motion ("Motion") for an Order Authorizing the Chapter 11 Trustee to Enter into an Expense Reimbursement Agreement with Ad Hoc Committee.

E. On June 13, 2023, as Dk. No. 103, Trustee filed an Application for Order Shortening Time for Motion to be Heard ("Application").

F. On June 13, 2023, as Dk. No. 105, the Court entered an order granting the Application, setting the hearing on shortened time, and setting corresponding deadlines ("OST").

G. On June 14, 2023, as Dk. No. 108, the Trustee filed a Notice of Emergency Motion and Emergency Motion for Order Authorizing the Chapter 11 Trustee to Enter Into an Expense Reimbursement Agreement with the Ad Hoc Committee ("Notice").

H. On June 15, 2023, as Dk. No. 111, the Trustee filed a Notice of Errata re: the Motion ("Errata").

I. On June 22, 2023, as Dk. No. 127, the United States Trustee filed an objection to the Motion ("Objection").

J. On June 23, 2023, as Dk. No. 134, the United States Trustee filed an Appointment and Notice of Appointment of Official Committee of Unsecured Creditors. Currently, four of the

five members of the Committee are consumers. The United States Trustee agrees that if additional members are appointed to the Committee, a majority of the Committee will remain consumers.

K. On June 26, 2023, as Dk. No. 144, Carolyn Beech filed an objection to the Motion ("Beech Objection").

L. In light of the appointment of an official committee and the United States Trustee's agreement that a majority of the Committee will remain consumers, Trustee seeks to dismiss the Motion as moot.

Wherefore, the Parties STIPULATE as follows:

1. The Motion shall be voluntarily dismissed under FRCP 41(a)(1)(A)(ii) and LBR 9013-1(k); and

2. The hearing on the Motion scheduled for June 28, 2023, at 11:00 a.m., shall be taken off calendar without the need for appearances.

DATED: June 26, 2023    MARSHACK HAYS LLP

By: /s/ D. Edward Hays
D. EDWARD HAYS
LAILA MASUD
Attorneys for Chapter 11 Trustee
RICHARD A. MARSHACK

DATED: June 26, 2023    UNITED STATES TRUSTEE

By: [signature]
KENNETH M. MISKEN
Assistant U.S. Trustee

DATED: June 26, 2023    SHIODA, LANGLEY & CHANG, LLP

By: [signature]
CHRISTOPHER LANGLEY
Attorneys for Carolyn Beech

five members of the Committee are consumers. The United States Trustee agrees that if additional members are appointed to the Committee, a majority of the Committee will remain consumers.

      K.    On June 26, 2023, as Dk. No. 144, Carolyn Beech filed an objection to the Motion ("Beech Objection").

      L.    In light of the appointment of an official committee and the United States Trustee's agreement that a majority of the Committee will remain consumers, Trustee seeks to dismiss the Motion as moot.

      Wherefore, the Parties STIPULATE as follows:

      1.    The Motion shall be voluntarily dismissed under FRCP 41(a)(1)(A)(ii) and LBR 9013-1(k); and

      2.    The hearing on the Motion scheduled for June 28, 2023, at 11:00 a.m., shall be taken off calendar without the need for appearances.

DATED: June 26, 2023        MARSHACK HAYS LLP

By: /s/ D. Edward Hays
     D. EDWARD HAYS
     LAILA MASUD
     Attorneys for Chapter 11 Trustee
     RICHARD A. MARSHACK

DATED: June 26, 2023        UNITED STATES TRUSTEE

By: _____
     KENNETH M. MISKEN
     Assistant U.S. Trustee

DATED: June 26, 2023        SHIODA, LANGLEY & CHANG, LLP

By: [signature]
     CHRISTOPHER LANGLEY
     Attorneys for Carolyn Beech

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **STIPULATION FOR DISMISSAL OF EMERGENCY MOTION FOR ORDER AUTHORIZING THE CHAPTER 11 TRUSTEE TO ENTER INTO AN EXPENSE REIMBURSEMENT AGREEMENT WITH THE AD HOC COMMITTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **June 26, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On  **June 26, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**MAIL REDIRECTED TO TRUSTEE**
**DEBTOR**
THE LITIGATION PRACTICE GROUP P.C.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR
TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT
OR LAW TO RECEIVE SERVICE OF PROCESS
~~17542 17TH STREET, SUITE 100~~
~~TUSTIN, CA 92780~~

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  **June 26, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 26, 2023 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: CONTINUED:

- **Eric Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com
- **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC.:** Ronald K Brown ron@rkbrownlaw.com
- **Christopher Celentino**    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **INTERESTED PARTY COURTESY NEF:** Shawn M Christianson cmcintire@buchalter.com, schristianson@buchalter.com
- **Randall Baldwin Clark**    rbc@randallbclark.com
- **Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Christopher Ghio**    christopher.ghio@dinsmore.com
- **INTERESTED PARTY COURTESY NEF: Richard H Golubow**    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **ATTORNEY FOR TRUSTEE:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR CITY CAPITAL NY:** Alan Craig Hochheiser ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC:** Garrick A Hollander ghollander@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
- **ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP P.C.:** Joon M Khang joon@khanglaw.com
- **Ira David Kharasch**    ikharasch@pszjlaw.com
- **INTERESTED PARTY COURTESY NEF: David S Kupetz**    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Christopher J Langley**    chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com
- **Daniel A Lev**    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF: Michael D Lieberman**    mlieberman@lipsonneilson.com
- **CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR TRUSTEE:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **US TRUSTEE: Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **INTERESTED PARTY COURTESY NEF:** Byron Z Moldo bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com, dperez@ecjlaw.com
- **INTERESTED PARTY COURTESY NEF:** Alan I Nahmias anahmias@mbn.law, jdale@mbnlawyers.com
- **ATTORNEY FOR US TRUSTEE:** Queenie K Ng queenie.k.ng@usdoj.gov
- **Teri T Pham**    tpham@enensteinlaw.com, 3135.002@enensteinlaw.com
- **Douglas A Plazak**    dplazak@rhlaw.com
- **INTERESTED PARTY COURTESY NEF:** Ronald N Richards ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **INTERESTED PARTY COURTESY NEF: Gregory M Salvato**    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Olivia Scott**    olivia.scott3@bclplaw.com
- **Jonathan Serrano**    jonathan.serrano@dinsmore.com
- **Leslie Skorheim**    leslie.skorheim@usdoj.gov
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **INTERESTED PARTY COURTESY NEF:** Paul R Shankman PShankman@fortislaw.com, info@fortislaw.com
- **US TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- **Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com;eweiman@wrslawyers.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**