D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee
RICHARD A. MARSHACK

FILED & ENTERED

JUN 27 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No: 8-23-bk-10571-SC<br><br>Chapter 11<br><br>ORDER APPROVING STIPULATION FOR DISMISSAL OF EMERGENCY MOTION FOR ORDER AUTHORIZING THE CHAPTER 11 TRUSTEE TO ENTER INTO AN EXPENSE REIMBURSEMENT AGREEMENT WITH THE AD HOC COMMITTEE<br><br>[MOTION – DK. NO. 102]<br><br>Hearing:<br>Date:    June 28, 2023<br>Time:    11:00 A.M.<br>Ctrm:    5C[1] |

The Court has read and considered the stipulation ("Stipulation") entered into by and between Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of The Litigation Practice Group P.C. ("Debtor"), the Office of the United States Trustee ("UST"), and creditor Carolyn Beech in her capacity as lead plaintiff of a class action lawsuit pending in Mississippi, filed on June 26, 2023, as Dk. No. 149, and has found good case to

---

[1] ZoomGov: Video and audio connection information for each hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC, and then selecting "Judge Clarkson" from the tab on the left-hand side of the page.

1

4887-5831-6646

approve the Stipulation.

IT IS ORDERED:

1. Stipulation is approved in its entirety;

2. The Motion is dismissed under FRCP 41(a)(1)(A)(ii) and LBR 9013-1(k); and

3. The hearing on the Motion scheduled for June 28, 2023, at 11:00 a.m., is off calendar without the need for appearances.

# # #

4870-4728-5100, v. 1

Date: June 27, 2023

Scott C. Clarkson
United States Bankruptcy Judge

2

4887-5831-6646