RICHARD A. MARSHACK
rmarshack@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Chapter 7 Trustee

**FILED & ENTERED**

**JUN 29 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle           DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re

THE LITIGATION PRACTICE GROUP P.C.,

Debtor.

Case No. 8:23-bk-10571-SC
Chapter 11

ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY BICHER & ASSOCIATES AS FIELD AGENT AND FORENSIC ANALYST

The Court having read and considered the Chapter 11 Trustee's Application to Employ Bicher & Associates as Field Agent and Forensic Analyst ("Application"), filed as Docket No. 86 on June 7, 2023, and it appearing from the Declaration of Non-Opposition filed by Richard A. Marshack as Docket No. 152 that no opposition has been filed, and finding good cause, the Court enters its Order as follows:

IT IS ORDERED, the Application and the terms specified in the Application, pursuant to 11 U.S.C. § 327 is approved. Compensation or reimbursement of costs shall be paid as set forth in the Application pursuant to 11 U.S.C. §§ 330 or 331.

Date: June 29, 2023

*Scott C. Clarkson*
Scott C. Clarkson
United States Bankruptcy Judge

1

5000-561