United States Bankruptcy Court
Central District of California

In re: Case No. 23-10571-SC
The Litigation Practice Group P.C. Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 3
Date Rcvd: Jun 29, 2023     Form ID: pdf042     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Craig Hochheiser | on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com arodriguez@mauricewutscher.com |
| Alan I Nahmias | on behalf of Interested Party Courtesy NEF anahmias@mbn.law jdale@mbnlawyers.com |
| Andrew Still | on behalf of Interested Party Courtesy NEF astill@swlaw.com kcollins@swlaw.com |
| Byron Z Moldo | on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com amatsuoka@ecjlaw.com,dperez@ecjlaw.com |
| Christopher Celentino | on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com caron.burke@dinsmore.com |
| Christopher Celentino | on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com caron.burke@dinsmore.com |

District/off: 0973-8 | User: admin | Page 2 of 3
Date Rcvd: Jun 29, 2023 | Form ID: pdf042 | Total Noticed: 1

Christopher Ghio
 on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com

Christopher Ghio
 on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com

Christopher J Langley
 on behalf of Interested Party Courtesy NEF chris@slclawoffice.com
 omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

D Edward Hays
 on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com
 ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
 on behalf of Interested Party Courtesy NEF ehays@marshackhays.com
 ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Daniel A Lev
 on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com  cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

David S Kupetz
 on behalf of Interested Party Courtesy NEF David.Kupetz@lockelord.com  mylene.ruiz@lockelord.com

Douglas A Plazak
 on behalf of Defendant Greyson Law Center PC dplazak@rhlaw.com

Eric Bensamochan
 on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us  G63723@notify.cincompass.com

Garrick A Hollander
 on behalf of Creditor Debt Validation Fund II  LLC ghollander@wghlawyers.com,
 jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
 on behalf of Creditor MC DVI Fund 1  LLC ghollander@wghlawyers.com,
 jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
 on behalf of Creditor MC DVI Fund 2  LLC ghollander@wghlawyers.com,
 jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Gregory M Salvato
 on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com
 calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Ira David Kharasch
 on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com

Ira David Kharasch
 on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com

Jeffrey I Golden
 on behalf of Interested Party Courtesy NEF jgolden@go2.law
 kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com;golden.jeffreyi.b117954@notify.bestcase.com

Johnny White
 on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com  jlee@wrslawyers.com;eweiman@wrslawyers.com

Jonathan Serrano
 on behalf of Trustee Richard A Marshack (TR) jonathan.serrano@dinsmore.com

Jonathan Serrano
 on behalf of Plaintiff Richard A. Marshack jonathan.serrano@dinsmore.com

Joon M Khang
 on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com

Kenneth Misken
 on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

Laila Masud
 on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com
 lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud
 on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com
 lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud
 on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com  lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

District/off: 0973-8 | User: admin | Page 3 of 3
Date Rcvd: Jun 29, 2023 | Form ID: pdf042 | Total Noticed: 1

| | |
|---|---|
| Laila Masud | on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Leslie Skorheim | on behalf of U.S. Trustee United States Trustee (SA) leslie.skorheim@usdoj.gov |
| Leslie A Cohen | on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com |
| Michael D Lieberman | on behalf of Creditor Phillip A. Greenblatt PLLC mlieberman@lipsonneilson.com |
| Olivia Scott | on behalf of Creditor Azzure Capital LLC olivia.scott3@bclplaw.com |
| Olivia Scott | on behalf of Creditor Hi Bar Capital LLC olivia.scott3@bclplaw.com |
| Paul R Shankman | on behalf of Creditor United Partnerships LLC PShankman@fortislaw.com, info@fortislaw.com |
| Paul R Shankman | on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com info@fortislaw.com |
| Queenie K Ng | on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov |
| Randall Baldwin Clark | on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com |
| Richard H Golubow | on behalf of Creditor Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard H Golubow | on behalf of Creditor MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard H Golubow | on behalf of Creditor MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Ronald K Brown | on behalf of Creditor SDCO Tustin Executive Center Inc. ron@rkbrownlaw.com |
| Ronald N Richards | on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com |
| Ronald N Richards | on behalf of Defendant Consumer Legal Group PC ron@ronaldrichards.com, 7206828420@filings.docketbird.com |
| Sharon Z. Weiss | on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com |
| Sharon Z. Weiss | on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com |
| Shawn M Christianson | on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com schristianson@buchalter.com |
| Teri T Pham | on behalf of Attorney Teri Pham tpham@enensteinlaw.com 3135.002@enensteinlaw.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Victoria Newmark | on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com |

TOTAL: 53

**FILED & ENTERED**

**JUN 29 2023**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY **bolte**     DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.<br><br><br><br>Debtor(s). | Case No.: 8:23-bk-10571-SC<br><br>CHAPTER 11<br><br>**ORDER SETTING TRUSTEE'S EX PARTE NOTICE OF NON-MATERIAL MODIFICATION TO PROMISSORY NOTE WITH ADDITIONAL LENDER AS PART OF PREVIOUSLY APPROVED POST-PETITION FINANCING AND REQUEST FOR APPROVAL OF SAME [DK. 156] FOR HEARING AND REQUIRING NOTICE**<br><br>**Hearing**<br>Date:        June 30, 2023<br>Time:       12:30 p.m.<br>Courtroom:   5C - Virtual |

Having reviewed Trustee's Ex Parte Notice Of Non-Material Modification To Promissory Note With Additional Lender As Part Of Previously Approved Post-Petition Financing And Request For Approval Of Same ("Motion") filed June 29. 2023 [Dk. 156], and finding good cause to do so, the Court sets the Motion for hearing on **June 30,**

-1-

**2023, at 12:30 p.m.** Movant is required to provide notice of the hearing by not later than 6:00 pm on June 29, 2023, to Debtor, the United States Trustee, all creditors and any other interested parties. Opposition, if any, may be raised at the hearing.

    IT IS SO ORDERED.

Date: June 29, 2023

Scott C. Clarkson
United States Bankruptcy Judge

-2-