Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
Jonathan Serrano (State Bar No. 333225)
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile:  619.400.0501
christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com
jonathan.serrano@dinsmore.com

Proposed Special Counsel to Richard A. Marshack,
Chapter 11 Trustee

**FILED & ENTERED**

**JUL 03 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte        **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

In re:

THE LITIGATION PRACTICE GROUP P.C.,

Debtor.

Case No. 8:23-bk-10571-SC

Chapter 11

**ORDER ON TRUSTEE'S EX PARTE NOTICE OF NON-MATERIAL MODIFICATION TO PROMISSORY NOTE WITH ADDITIONAL LENDER AS PART OF PREVIOUSLY APPROVED POST-PETITION FINANCING**

Date:  June 30, 2023
Time:  12:30 p.m.
Judge: Hon. Scott C. Clarkson
Place: Courtroom 5C
       411 West Fourth Street
       Santa Ana, CA 92701

On June 16, 2023, Richard A. Marshack, the Chapter 11 Trustee (the "Trustee") for the bankruptcy estate (the "Estate") of The Litigation Practice Group, P.C., in the above-captioned bankruptcy case filed a *Notice of Motion and Emergency Motion (I) for Entry of Interim Order: (A) Authorizing The Trustee to Obtain Post-Petition Financing and Superpriority Administrative*

1

#31080386v1

*Expense Claim Pursuant to 11 U.S.C. § 364; and (B) Setting Final Hearing; and Pursuant to Final Hearing, (II) for Entry of Final Order Approving Post-Petition Financing on a Final Basis* [Docket No. 119] (the "Financing Motion"). This Court heard the Financing Motion and On June 22, 2023, entered an Interim Order [Docket No. 131] granting the Financing Motion that, among other things, set a Final Hearing on July 20, 2023, authorized the Trustee to borrow up to $800,000.00 of Post-Petition Financing in advance of the Final Hearing, and gave the Trustee the authority to make non-material changes to the terms of the Post-Petition Financing in advance of the Final Hearing with notice.

On June 29, 2023, the Trustee filed a Notice in the case that he would be using a lender different than the one identified in the Financing Motion to make advances over and above the amounts the original lender had already lent. Because the Estate required additional funding to make payroll and pay other necessary expenses, the Trustee reached out to third parties to identify a new third party willing to lend the balance of the funds to the Estate. One of these third parties was willing to lend to the Estate, and the Trustee filed the Notice advising of the Estate's intention to execute a second promissory note with the new lender.

In response to the Ex Parte Notice, the Court set the matter for hearing on June 30, 2023, at 12:30 p.m. and required the Trustee to provide notice of that hearing. Notice was provided as ordered on June 29, 2023. The Court, having considered the Notice, all pleadings filed in support of, having heard oral argument, and good cause appearing including the reasons stated on the record, and in the Notice, the Court ordered as follows:

IT IS ORDERED that:

1. The Ex Parte Notice is granted and Trustee may proceed with the identified replacement lender;

2. Trustee is authorized to borrow $560,000 from Liberty Acquisitions Group, Inc. or its assignee and execute the second Super-Priority Promissory Note (the "Additional Note") attached as **Exhibit 2** to the Trustee's Declaration;

3. Trustee shall file a declaration by 5:00 p.m. on Monday, July 3, 2023, that attaches a copy of the Note he executed in favor of the initial lender, Resolution Ventures, as well as a copy

of the Additional Note executed in favor of the replacement lender, Liberty Acquisitions Group, Inc.

4.  There shall be no stay of this Order, pursuant to Rule 6004(h) of the Federal Rules of Bankruptcy Procedure (to the extent applicable) or otherwise;

5.  The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

6.  The Final Hearing on post-petition financing is continued from July 20, 2023, at 9:30 a.m. to August 10, 2023, at 10:00 a.m.

###

Date: July 3, 2023

Scott C. Clarkson
United States Bankruptcy Judge

3

#31080386v1