JOSHUA R. TEEPLE, CPA
Grobstein Teeple LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
Telephone:   (949) 381-5655
Facsimile:   (949) 381-5665
Email:   jteeple@gtllp.com; documents@gtllp.com

Accountants for Richard A. Marshack,
Chapter 7 Trustee

**FILED & ENTERED**

**JUL 03 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte       DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re:

**THE LITIGATION PRACTICE GROUP P.C.,**

Debtor.

Case No.  8:23-bk-10571-SC

Chapter 11

**ORDER APPROVING APPLICATION OF CHAPTER 7 TRUSTEE, RICHARD A. MARSHACK, FOR AUTHORIZATION TO EMPLOY GROBSTEIN TEEPLE LLP AS ACCOUNTANTS EFFECTIVE MAY 12, 2023**

The Court having read and considered the *Notice of Application and Application Of Chapter 7 Trustee, Richard A. Marshack, for Authorization to Employ Grobstein Teeple LLP as Accountants Effective May 12, 2023*, filed June 9, 2023 as Docket #95 ("Application"), noting the lack of opposition, and with good cause shown,

IT IS ORDERED

1.) The application is approved and effective as of May 12, 2023.

1

2.) Employment is authorized pursuant to 11 U.S.C. §327 and compensation is subject to further application, determination and approval of this Court pursuant to 11 U.S.C. §330 or §331.

### # # #

Date: July 3, 2023

Scott C. Clarkson
United States Bankruptcy Judge