| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Christopher B. Ghio (State Bar No. 259094)<br>Christopher Celentino (State Bar No. 131688)<br>Jonathan Serrano (State Bar No. 333225)<br>DINSMORE & SHOHL LLP<br>655 West Broadway, Suite 800<br>San Diego, CA 92101<br>Telephone: 619.400.0500<br>Facsimile: 619.400.0501<br>christopher.ghio@dinsmore.com<br>christopher.celentino@dinsmore.com<br>jonathan.serrano@dinsmore.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Richard Marshack, Chapter 11 Trustee | **FILED & ENTERED**<br><br>**JUL 07 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte        **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br><br><br>Debtor(s). | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: 11<br><br>**ORDER:**<br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>[LBR 9075-1(b)] |
|---|---|

Movant: Richard A. Marshack, Chapter 11 Trustee

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: Chapter 11 Trustee's Notice of Motion and Motion for Order Approving Stipulation Between the Debtor; Consumer Legal Group, PC; LGS Holdco, LLC; and Set Forth, Inc. f/k/a DebtPayPro; Memorandum of Points and Authorities; Declaration of Richard A. Marshack in Support Thereof; and Exhibits

   b. *Date of filing of motion:* July 6, 2023

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: July 6, 2023

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                              Page 1                                              F 9075-1.1.ORDER.SHORT.NOTICE

b.  ☒  The Application is granted, and it is further ordered that:

(1)  ☒  A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** 7/11/2023<br>**Time:** 2:00 p.m.<br>**Courtroom:** 5C - in person (no virtual appearances permitted) | **Place:**<br>☐ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☒ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101 |

(2)  ☐  No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| | |
|---|---|
| (A) *Deadlines:*<br>Date: 7/7/2023<br>Time: 3:00 p.m. | (B) *Persons/entities to be provided with telephonic notice:*<br>All interested parties, including Committee of Unsecured Creditors and all creditors<br><br>☐ See attached page<br>(C) *Telephonic notice is also required upon* the United States trustee |

(3)  ☒  No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:  ☐ one of the methods checked  ☒ all of the methods checked

(A)  ☐ Personal Delivery    ☐ Overnight Mail    ☐ First class mail    ☐ Facsimile*    ☒ Email*

| | |
|---|---|
| (B) *Deadlines:*<br>Date: 7/7/2023<br>Time: 3:00 p.m. | (C) *Persons/entities to be served with written notice and a copy of this order:*<br>All interested parties, including Committee of Unsecured Creditors and all creditors<br><br>☐ See attached page<br>(D) S*ervice is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's copy personally delivered to chambers<br>  (*see Court Manual for address*) |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                            Page 2                         **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:   ☐ one of the methods checked   ☒ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☒ Email*

| (B) *Deadlines:* <br> Date: <u>7/7/2023</u> <br> Time: <u>3:00 p.m.</u> | (C) *Persons/entities to be served with motion, declarations, supporting documents:* <br><br> All interested parties, including Committee of Unsecured Creditors and all creditors <br><br> ☐ See attached page <br><br> (D) *Service is also required upon*: <br> -- United States trustee *(no electronic service permitted)* <br> -- Judge's copy personally delivered to chambers <br> (*see Court Manual for address*) |
|---|---|

(5) ☒ Regarding **opposition to the motion**

☒ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:   ☐ one of the methods checked   ☒ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☒ Email*

| (B) *Deadlines:* <br> Date: <u>7/11/2023</u> <br> Time: <u>11:00 a.m.</u> | (C) *Persons/entities to be served with written opposition to the motion:* <br> -- movant's attorney (or movant, if movant is not represented by an attorney) <br><br><br> (D) *Service is also required upon*: <br> -- United States trustee (*electronic service is not permitted*) <br> -- Judge's copy personally delivered to chambers <br> (*see Court Manual for address*) |
|---|---|

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:   ☐ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                           Page 3                                           **F 9075-1.1.ORDER.SHORT.NOTICE**

| | |
|---|---|
| **(B)** *Deadlines:*<br>  Date:<br><br>  Time: | **(C)** *Persons/entities to be served with written reply to opposition:*<br>-- All persons/entities who filed a written opposition<br><br>**(D)** *Service is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>   (*see Court Manual for address*) |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☐ at least 2 days before the hearing.
> ☒ no later than:    Date: 7/10/2023        Time: 12:00 p.m.

**\*** Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

### 

Date: July 7, 2023

*[signature]*
Scott C. Clarkson
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 4                    **F 9075-1.1.ORDER.SHORT.NOTICE**