RICHARD A. MARSHACK
rmarshack@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 7<br><br>DECLARATION OF TRUSTEE IN LIEU OF MONTHLY OPERATING REPORT FOR JUNE 2023 |

I, RICHARD A. MARSHACK, declare and state as follows:

1. I am the Chapter 11 Trustee for the bankruptcy estate ("Estate") of The Litigation Practice Group, P.C. I have personal knowledge of the facts set forth herein, and if called upon to do so, could and would competently testify to those facts.

2. Since my appointment as Chapter 11 Trustee on May 5, 2023, I have worked with my counsel and accountants to obtain the financial records of the Debtor.

3. As of the date of this declaration, we have not obtained the required and necessary information or cooperation from the Debtor. We have not received sufficient records to prepare the Chapter 11 monthly operating reports ("MORs").

4. As the Office of the U.S. Trustee is aware, there is litigation pending between the principal of the Debtor and myself. This may explain, in part, why we are not receiving adequate cooperation from the Debtor.

1

5000-573

5. The format of the U.S. Trustee's MOR form is locked and does not allow the user to enter information other than in a numerical format or a "yes" or "no" response. It also requires that all fields contain a response.

6. Due to the lack of information and cooperation from the Debtor, and the format of the MOR form, I cannot answer a majority of the questions on the MOR form.

7. I submit this declaration in lieu of the MOR for June 2023.

8. I will file an updated and complete MOR for June 2023 as soon as I have the information needed to complete the form.

9. Attached hereto as Exhibit 1 is a copy of my Form 2 which shows that the in June 2023, I received $4,702,941.62 and made one disbursement in the amount of $250.00 to pay the U.S Trustee's quarterly fees.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 7, 2023.

          /s/ Richard A. Marshack
          RICHARD A. MARSHACK

2

5000-573

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | Flagstar Bank, N.A. |
| | | **Account:** | ******9960 - Checking |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | $0.00 (per case limit) |
| **Period Ending:** | 06/30/23 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/26/23 | Asset #9 | Bank of America | Refund pre-petition account | 1229-000 | 176.00 | | 176.00 |
| 05/26/23 | Asset #9 | Bank of America | Refund pre-petition account | 1229-000 | 20.00 | | 196.00 |
| 05/26/23 | Asset #9 | Oregon Dept of Revenue | Refund payroll tax 12-31-21 | 1229-000 | 184.59 | | 380.59 |
| 05/26/23 | Asset #10 | Client Services, Inc. | full settlement payment for client Nathan Becker in action v Client Services, Inc. along with forgiving Nathan's full balance. Nathan is owed 60%. | 1229-000 | 2,000.00 | | 2,380.59 |
| 05/26/23 | Asset #10 | Karine Young | Pre-petition monthly payment that was received in debtor's mail post-petition | 1229-000 | 461.50 | | 2,842.09 |
| 06/02/23 | Asset #10 | Karine Young | NSF - Deposit #1005 - Pre-petition monthly payment that was received in debtor's mail post-petition | 1229-000 | -461.50 | | 2,380.59 |
| 06/02/23 | | Flagstar Bank, N.A. | Bank fee | 2600-000 | | 10.00 | 2,370.59 |
| 06/05/23 | Asset #8 | Wells Fargo Bank | Acct 9879 | 1221-000 | 5,909.55 | | 8,280.14 |
| 06/05/23 | Asset #8 | Wells Fargo Bank | Acct 9887 | 1221-000 | 5.95 | | 8,286.09 |
| 06/05/23 | Asset #8 | Wells Fargo Bank | Acct 9895 | 1221-000 | 5.95 | | 8,292.04 |
| 06/05/23 | | Flagstar Bank, N.A. | Refund - Bank fee | 2600-000 | | -10.00 | 8,302.04 |
| 06/13/23 | Asset #11 | Maverick Management Group LLC | Recovery of transfer | 1241-000 | 239,197.01 | | 247,499.05 |
| 06/13/23 | Asset #11 | Vantiv ECommerce | Worldpay / FIS Wire turnover | 1241-000 | 83,694.31 | | 331,193.36 |

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 23-10571 SC | | Trustee: | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| Case Name: | The Litigation Practice Group PC | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******9960 - Checking |
| Taxpayer ID#: | **-***5343 | | Blanket Bond: | $0.00 (per case limit) |
| Period Ending: | 06/30/23 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/13/23 | Asset #11 | Vantiv ECommerce | Worldpay / FIS Wire turnover | 1241-000 | 93,895.54 | | 425,088.90 |
| 06/13/23 | 1001 | Office of the U.S. Trustee | 1Q2023 quarterly fees; 16-02 / 738-23-10571 | 2950-000 | | 250.00 | 424,838.90 |
| 06/14/23 | Asset #11 | Vantiv ECommerce | Worldpay / FIS Wire turnover | 1241-000 | 348,680.63 | | 773,519.53 |
| 06/15/23 | | To Account# XXXXXX2953 | Maverick turnover | 9999-000 | | 239,197.01 | 534,322.52 |
| 06/15/23 | | To Account# XXXXXX2953 | | 9999-000 | | 83,694.31 | 450,628.21 |
| 06/15/23 | | To Account# XXXXXX2953 | | 9999-000 | | 93,895.54 | 356,732.67 |
| 06/15/23 | | To Account# XXXXXX2953 | | 9999-000 | | 348,680.63 | 8,052.04 |
| 06/20/23 | Asset #11 | Vantiv ECommerce | Worldpay / FIS Wire turnover | 1241-000 | 700,615.88 | | 708,667.92 |
| 06/21/23 | Asset #11 | Vantiv ECommerce | Worldpay / FIS Wire turnover | 1241-000 | 217,686.51 | | 926,354.43 |
| 06/22/23 | Asset #11 | Bank of America | Turnover Prime Logix accts 2231 and 9201 | 1241-000 | 1,223,787.59 | | 2,150,142.02 |
| 06/22/23 | | To Account# XXXXXX2953 | | 9999-000 | | 700,615.88 | 1,449,526.14 |
| 06/23/23 | Asset #11 | Vantiv ECommerce | Worldpay / FIS Wire turnover | 1241-000 | 174,748.62 | | 1,624,274.76 |
| 06/27/23 | Asset #11 | Vantiv ECommerce | Worldpay / FIS Wire turnover | 1241-000 | 624,037.71 | | 2,248,312.47 |
| 06/28/23 | Asset #11 | Vantiv ECommerce | Worldpay / FIS Wire turnover | 1241-000 | 371,476.54 | | 2,619,789.01 |
| 06/29/23 | Asset #11 | Vantiv ECommerce | Worldpay / FIS Wire turnover | 1241-000 | 41,158.94 | | 2,660,947.95 |
| 06/29/23 | | To Account# XXXXXX2953 | | 9999-000 | | 217,686.51 | 2,443,261.44 |
| 06/29/23 | | To Account# XXXXXX2953 | | 9999-000 | | 1,223,787.59 | 1,219,473.85 |

**Form 2**
**Cash Receipts and Disbursements Record**

| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | Flagstar Bank, N.A. |
| | | | **Account:** | ******9960 - Checking |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | $0.00 (per case limit) |
| **Period Ending:** | 06/30/23 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/29/23 | | To Account# XXXXXX2953 | | 9999-000 | | 174,748.62 | 1,044,725.23 |
| 06/29/23 | | To Account# XXXXXX2953 | | 9999-000 | | 624,037.71 | 420,687.52 |
| 06/30/23 | Asset #11 | Vantiv ECommerce | Worldpay / FIS Wire turnover | 1241-000 | 78,502.39 | | 499,189.91 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 4,205,783.71 | 3,706,593.80 | $499,189.91 |
| Less: Bank Transfers | 0.00 | 3,706,343.80 | |
| **Subtotal** | 4,205,783.71 | 250.00 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,205,783.71** | **$250.00** | |

Page: 4

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | Flagstar Bank, N.A. |
| | | **Account:** | ******2953 - ACH Segregated no fee account |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | $0.00 (per case limit) |
| **Period Ending:** | 06/30/23 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/15/23 | | From Account# XXXXXX9960 | Maverick turnover | 9999-000 | 239,197.01 | | 239,197.01 |
| 06/15/23 | | From Account# XXXXXX9960 | | 9999-000 | 83,694.31 | | 322,891.32 |
| 06/15/23 | | From Account# XXXXXX9960 | | 9999-000 | 93,895.54 | | 416,786.86 |
| 06/15/23 | | From Account# XXXXXX9960 | | 9999-000 | 348,680.63 | | 765,467.49 |
| 06/22/23 | | From Account# XXXXXX9960 | | 9999-000 | 700,615.88 | | 1,466,083.37 |
| 06/29/23 | | From Account# XXXXXX9960 | | 9999-000 | 217,686.51 | | 1,683,769.88 |
| 06/29/23 | | From Account# XXXXXX9960 | | 9999-000 | 1,223,787.59 | | 2,907,557.47 |
| 06/29/23 | | From Account# XXXXXX9960 | | 9999-000 | 174,748.62 | | 3,082,306.09 |
| 06/29/23 | | From Account# XXXXXX9960 | | 9999-000 | 624,037.71 | | 3,706,343.80 |

|  | Receipts | Disbursements | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 3,706,343.80 | 0.00 | **$3,706,343.80** |
| Less: Bank Transfers | 3,706,343.80 | 0.00 | |
| **Subtotal** | 0.00 | 0.00 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | Flagstar Bank, N.A. |
| | | | **Account:** | ******4611 - Payroll Account |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | $0.00 (per case limit) |
| **Period Ending:** | 06/30/23 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/30/23 | | LAW OFFICES OF RONALD RICHARDS IOLTA Account | for Liberty Acquisitions Group Inc. REF# 20230630B6B7261F00487306301732FT03  0000010453    FROM: LAW OFFICES OF RONALD RICHARDS | 1290-000 | 500,000.00 | | 500,000.00 |
| | | | **ACCOUNT TOTALS** | | 500,000.00 | 0.00 | $500,000.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 500,000.00 | 0.00 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$500,000.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2953** | 0.00 | 0.00 | 3,706,343.80 |
| **Checking # ******4611** | 500,000.00 | 0.00 | 500,000.00 |
| **Checking # ******9960** | 4,205,783.71 | 250.00 | 499,189.91 |
| | $4,705,783.71 | $250.00 | $4,705,533.71 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF TRUSTEE IN LIEU OF MORs FOR APRIL AND MAY 2023** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 7, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On ▁, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR – MAIL REDIRECTED TO TRUSTEE**
THE LITIGATION PRACTICE GROUP P.C.
~~17542 17TH ST~~
~~SUITE 100~~
~~TUSTIN, CA 92780-1981~~

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ▁, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 7, 2023 | Pamela Kraus | /s/ Pamela Kraus |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012         **F 9013-3.1.PROOF.SERVICE**

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:  continued:

- **Eric Bensamochan**     eric@eblawfirm.us, G63723@notify.cincompass.com
- **Ronald K Brown**     ron@rkbrownlaw.com
- **Christopher Celentino**     christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Shawn M Christianson**     cmcintire@buchalter.com, schristianson@buchalter.com
- **Randall Baldwin Clark**     rbc@randallbclark.com
- **Leslie A Cohen**     leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Daniel A Edelman**     dedelman@edcombs.com, courtecl@edcombs.com
- **Christopher Ghio**     christopher.ghio@dinsmore.com
- **Jeffrey I Golden**     jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com;golden.jeffreyi.b117954@notify.bestcase.com
- **Richard H Golubow**     rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **D Edward Hays**     ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Alan Craig Hochheiser**     ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Garrick A Hollander**     ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Joon M Khang**     joon@khanglaw.com
- **Ira David Kharasch**     ikharasch@pszjlaw.com
- **Nicholas A Koffroth**     nkoffroth@foxrothschild.com, khoang@foxrothschild.com
- **David S Kupetz**     David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Christopher J Langley**     chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com
- **Daniel A Lev**     daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Michael D Lieberman**     mlieberman@lipsonneilson.com
- **Yosina M Lissebeck**     Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- **Richard A Marshack (TR)**     pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Laila Masud**     lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Kenneth Misken**     Kenneth.M.Misken@usdoj.gov
- **Byron Z Moldo**     bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com
- **Alan I Nahmias**     anahmias@mbn.law, jdale@mbnlawyers.com
- **Victoria Newmark**     vnewmark@pszjlaw.com
- **Queenie K Ng**     queenie.k.ng@usdoj.gov
- **Teri T Pham**     tpham@epglawyers.com, ttpassistant@epglawyers.com
- **Douglas A Plazak**     dplazak@rhlaw.com
- **Ronald N Richards**     ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Gregory M Salvato**     gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Olivia Scott**     olivia.scott3@bclplaw.com
- **Jonathan Serrano**     jonathan.serrano@dinsmore.com
- **Paul R Shankman**     PShankman@fortislaw.com, info@fortislaw.com
- **Leslie Skorheim**     leslie.skorheim@usdoj.gov
- **Andrew Still**     astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov
- **Sharon Z. Weiss**     sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- **Johnny White**     JWhite@wrslawyers.com, jlee@wrslawyers.com;eweiman@wrslawyers.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                          **F 9013-3.1.PROOF.SERVICE**