**FILED & ENTERED**

JUL 10 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.<br><br><br><br>                                    Debtor(s). | Case No.: 8:23-bk-10571-SC<br><br>CHAPTER 11<br><br>**ORDER SETTING HEARING ON APPLICATION FOR ORDER SETTING HEARING ON SHORTENED TIME [DK. 192]**<br><br>Date:         July 10, 2023<br>Time:         2:00 p.m.<br>Courtroom:  5C - Virtual |

    The Court hereby sets the Application for Order Setting Hearing on Shortened Time, filed July 7, 2023 [Dk. 192] ("Application") for virtual hearing on July 10, 2023, at 2:00 p.m. The accessibility information for the hearing will be posted into the Court's tentative ruling. The Application pertains to the Motion for Entry of Order Approving Sale Subject to Overbid of Assets Free and Clear [Dk. 191].

    Any opposition to the Application may be filed by no later than 12:00 p.m. on July 10, 2023, or presented orally at the hearing.

///

-1-

1   The Movant, Chapter 11 Trustee, Richard Marshack, is to provide telephonic
2 notice of the hearing to all interested parties by no later than 11:00 a.m. on July 10,
3 2023.
4   **IT IS SO ORDERED.**

Date: July 10, 2023

Scott C. Clarkson
United States Bankruptcy Judge