FILED & ENTERED

JUL 12 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY **bolte**    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.<br><br><br><br>Debtor(s). | Case No.: 8:23-bk-10571-SC<br><br>CHAPTER 11<br><br>**ORDER DIRECTING THE APPOINTMENT OF A CONSUMER PRIVACY OMBUDSMAN AND REQUIRING NOTICE**<br><br><u>Hearing</u><br>Date:         July 21, 2023<br>Time:         10:00 a.m.<br>Courtroom:   5C- virtual |

On July 11, 2023, the Court issued its order [Dk. 214] setting a hearing on the Trustee's motion for sale filed July 7, 2023 [Dk. 191], for July 21, 2023, at 10:00 a.m. ("Hearing"). Pursuant to 11 U.S.C. Section 332, when, as here, a sale hearing has been required under 11 U.S.C. Section 363(b)(1)(B), "the court shall order the United States trustee to appoint, not later than 7 days before the commencement of the hearing, 1 disinterested person (other than the United States trustee) to serve as the consumer privacy ombudsman in the case and shall require that notice of such hearing be timely given to such ombudsman."

Accordingly, the United States Trustee is hereby directed to appoint a consumer privacy ombudsman, and provide timely notice of the upcoming Hearing to the appointed ombudsman which complies with the foregoing statutory requirements. A proof of service demonstrating the United States Trustee's compliance with this order shall be required not later than July 19, 2023.

**IT IS SO ORDERED.**

Date: July 12, 2023

Scott C. Clarkson
United States Bankruptcy Judge