| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Joon M. Khang (SBN 188722)<br>KHANG & KHANG LLP<br>4000 Barranca Parkway, Suite 250<br>Irvine, CA 92604<br>Tel: (949) 419-3834 / Fax: (949) 385-5868<br>Email: joon@khanglaw.com<br><br>☐ *Movant(s) appearing without an attorney*<br>☒ *Attorney for Movant(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION** ▼

| In re:<br><br>THE LITIGATION PRACTICE GROUP, PC | CASE NO.: 8:23-bk-10571-SC<br><br>CHAPTER: 11 ▼ |
|---|---|
| | **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION LBR 9013-1(o)(3)** |
| Debtor(s). | [No Hearing Required] |

1. I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On (date): <u>04/18/2023</u>   Movant(s) filed a motion or application (Motion) entitled: <u>APPLICATION TO EMPLOY KHANG & KHANG LLP AS DEBTOR'S BANKRUPTCY COUNSEL</u>

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (date): <u>04/18/2023</u>   Movant(s), served a copy of ☒ the notice of motion or ☐ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than <u>14</u>  days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

9.    Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: 07/12/2023                        /s/ Joon M. Khang _____
                                        Signature


                                        Joon M. Khang _____
                                        Printed name

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                        Page 2                 F 9013-1.2.NO.REQUEST.HEARING.DEC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4000 Barranca Parkway, Suite 250, Irvine, CA 92604

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/12/2023    , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/12/2023 | Joon M. Khang | /s/ Joon M. Khang |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

In re The Litigation Practice Group, PC
Case No.: 8:23-bk-10571-SC

<u>NEF Service List</u>

Eric Bensamochan on behalf of Interested Party Eric Bensamochan
eric@eblawfirm.us, G63723@notify.cincompass.com

Ronald K Brown on behalf of Creditor SDCO Tustin Executive Center, Inc.
ron@rkbrownlaw.com

Christopher Celentino on behalf of Plaintiff Richard A. Marshack
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Trustee Richard A Marshack (TR)
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Shawn M Christianson on behalf of Interested Party Courtesy NEF
cmcintire@buchalter.com, schristianson@buchalter.com

Randall Baldwin Clark on behalf of Interested Party Randall Baldwin Clark
rbc@randallbclark.com

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com

Richard H Golubow on behalf of Creditor Debt Validation Fund II, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 1, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 2, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.
com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Trustee Richard A Marshack (TR)
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.
com;cmendoza@ecf.courtdrive.com

Alan Craig Hochheiser on behalf of Creditor City Capital NY
ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com

Garrick A Hollander on behalf of Creditor Debt Validation Fund II, LLC
ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander on behalf of Creditor MC DVI Fund 1, LLC
ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander on behalf of Creditor MC DVI Fund 2, LLC
ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Joon M Khang on behalf of Debtor The Litigation Practice Group P.C.
joon@khanglaw.com

Ira David Kharasch on behalf of Interested Party Courtesy NEF
ikharasch@pszjlaw.com

David S Kupetz on behalf of Interested Party Courtesy NEF
David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

Christopher J Langley on behalf of Interested Party Courtesy NEF
chris@slclawoffice.com,
omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

Daniel A Lev on behalf of Interested Party Courtesy NEF
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Michael D Lieberman on behalf of Creditor Phillip A. Greenblatt, PLLC
mlieberman@lipsonneilson.com

Richard A Marshack (TR)
pkraus@marshackhays.com,
rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Laila Masud on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Interested Party Richard A. Marshack
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Plaintiff Richard Marshack
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Trustee Richard A Marshack (TR)
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Kenneth Misken on behalf of U.S. Trustee United States Trustee (SA)
Kenneth.M.Misken@usdoj.gov

Byron Z Moldo on behalf of Interested Party Byron Moldo
bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbn.law, jdale@mbnlawyers.com

Victoria Newmark on behalf of Interested Party Courtesy NEF
vnewmark@pszjlaw.com

Queenie K Ng on behalf of U.S. Trustee United States Trustee (SA)
queenie.k.ng@usdoj.gov

Teri T Pham on behalf of Attorney Teri Pham
tpham@enensteinlaw.com, 3135.002@enensteinlaw.com

Douglas A Plazak on behalf of Defendant Greyson Law Center PC
dplazak@rhlaw.com

Ronald N Richards on behalf of Defendant Consumer Legal Group, PC
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Gregory M Salvato on behalf of Interested Party Courtesy NEF
gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.infor

uptcy.com

Olivia Scott on behalf of Creditor Azzure Capital LLC
olivia.scott3@bclplaw.com

Olivia Scott on behalf of Creditor Hi Bar Capital LLC
olivia.scott3@bclplaw.com

Jonathan Serrano on behalf of Trustee Richard A Marshack (TR)
jonathan.serrano@dinsmore.com

Paul R Shankman on behalf of Attorney Paul R. Shankman
PShankman@fortislaw.com, info@fortislaw.com

Paul R Shankman on behalf of Creditor United Partnerships, LLC
PShankman@fortislaw.com, info@fortislaw.com

Leslie Skorheim on behalf of U.S. Trustee United States Trustee (SA)
leslie.skorheim@usdoj.gov

Andrew Still on behalf of Interested Party Courtesy NEF
astill@swlaw.com, kcollins@swlaw.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Sharon Z. Weiss on behalf of Creditor Azzure Capital LLC
sharon.weiss@bclplaw.com,
raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Sharon Z. Weiss on behalf of Creditor Hi Bar Capital LLC
sharon.weiss@bclplaw.com,
raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Johnny White on behalf of Interested Party Courtesy NEF
JWhite@wrslawyers.com, jlee@wrslawyers.com;eweiman@wrslawyers.com

NOTICE OF APPLICATION TO EMPLOY KHANG & KHANG LLP AS
DEBTOR'S GENERAL BANKRUPTY COUNSEL

Joon M. Khang (CSBN 188722)
Judy L. Khang (CSBN 192454)
**KHANG & KHANG LLP**
4000 Barranca Parkway, Suite 250
Irvine, California 92604
Telephone:  (949) 419-3834
Facsimile:  (949) 385-5868
Email: joon@khanglaw.com

[Proposed] Attorneys for The Litigation Practice Group, PC
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | ) Case No.: 8:23-bk-10571-SC |
| | ) |
| THE LITIGATION PRACTICE GROUP, PC, | ) Chapter 11 |
| | ) |
| Debtor. | ) **NOTICE OF APPLICATION FOR ORDER** |
| | ) **AUTHORIZING EMPLOYMENT OF** |
| | ) **KHANG & KHANG LLP AS GENERAL** |
| | ) **BANKRUPTCY COUNSEL TO THE** |
| | ) **DEBTOR AND DEBTOR IN POSSESSION,** |
| | ) **THE LITIGATION PRACTICE GROUP,** |
| | ) **PC., EFFECTIVE MARCH 20, 2023** |
| | ) |
| | ) [No Hearing Required Per Local Bankruptcy |
| | ) Rule 2014-1(b)] |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

1

1  TO THE COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, CREDITORS, AND

2  PARTIES REQUESTING SPECIAL NOTICE:

3      **PLEASE TAKE NOTICE** that The Litigation Practice Group, PC, debtor and debtor in

4  possession ("Debtor"), intends to employ Khang & Khang LLP ("K&K"), effective March 20,

5  2023 as general bankruptcy counsel to the Debtor, pursuant to 11 U.S.C. § 327(a), Rule 2014 of

6  the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 2014-1(b).

7      Debtor believes that the appointment of K&K as its general bankruptcy counsel in this case

8  will be beneficial to the Estate because K&K's services and expertise in the practice of bankruptcy

9  law will greatly assist the Debtor in carrying out its duties in an efficient and effective manner.

10  Specifically, K&K will perform the following duties:

11      A.    Advise and counsel Debtor regarding matters of bankruptcy law;

12      B.    Represent Debtor regarding Debtor's legal rights and responsibilities under

13          the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the

14          Local Bankruptcy Rules, the United States Trustee Notices and Guides, and

15          to assist Debtor in the administration of Debtor's bankruptcy estate;

16      C.    Advise Debtor with respect to preparing, filing and confirming of a plan of

17          reorganization;

18      D.    Represent Debtor in proceedings or hearings before the Bankruptcy Court

19          in matters involving bankruptcy law or in litigation in the Bankruptcy Court

20          in matters relating to bankruptcy law;

21      E.    Assist Debtor in the preparation of reports, accounts, applications and

22          orders involving matters of bankruptcy law; and

23      F    Assist Debtor in such other matters as may be necessary.

24      Pre-petition, on March 17, 2023 K&K was retained by Debtor and received from Debtor

25  the sum of $80,000 as a retainer deposit (the "Deposit") as attorneys' fees and costs deposit for

26  legal services to be rendered and costs to be incurred on behalf of Debtor in this Chapter 11 case.

27  To date, of the Deposit, $1,738 has been expended on the filing fee for the case, and $13,800 has

28  been expended for time spent (27.6 hours x $500 per hour) on prepetition consultation, document

1  review and preparation of petition and related documents initially filed in this case. The remaining

2  balance of $64,462 is held in trust. The Debtor will pay an additional $20,000 as retainer deposit.

3  These funds will be held in trust and will not be disbursed until a fee application is approved by the

4  Court.    The customary hourly rates may be adjusted periodically to reflect the advancing

5  experience, capabilities, and seniority of professionals, as well as general economic factors.

6          Copies of the Application for Order Authorizing Employment of K&K may be obtained by

7  contacting K&K at the address and telephone number set forth on page one of this Notice.

8          **IF YOU DO NOT OBJECT TO THE APPLICATION, NO ACTION IS REQUIRED.**

9          Pursuant to Local Rule 2014-1(b)(3), any response and request for hearing, must be in the

10  form required by LBR 9013-1(f)(1), must be filed with the Court and served on the Debtor's

11  counsel, and the Office of the United States Trustee not later than 14 days from the date of service

12  of this notice. No hearing is required unless timely requested by the Office of the United States

13  Trustee, a party in interest or otherwise ordered by the Court.  Any response and request for

14  hearing not timely filed and served may be deemed by the Court to be consent to the relief sought.

15  DATED: April 18, 2023                    KHANG & KHANG LLP
16

17
                                            By: /s/ *Joon M. Khang*
18                                              Joon M. Khang

19                                          Proposed Attorneys for
20                                          The Litigation Practice Group, PC
                                            Debtor and Debtor in Possession
21

22  Mailing Date: April 18, 2023

23

24

25

26

27

28

| In re:<br><br>THE LITIGATION PRACTICE GROUP, PC<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 8:23-bk-10571-SC |
|---|---|

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
KHANG & KHANG LLP, 4000 Barranca Parkway, Suite 250, Irvine, CA 92604

A true and correct copy of the foregoing document described **NOTICE OF APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF KHANG & KHANG LLP AS GENERAL BANKRUPTCY COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION, THE LITIGATION PRACTICE GROUP, PC., EFFECTIVE MARCH 20, 2023** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 04/18/23 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On  04/18/23  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 04/18/23 | Joon M. Khang | /s/ Joon M. Khang |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                            **F 9013-3.1**

In re The Litigation Practice Group, PC
Case No.: 8:23-bk-10571-SC

NEF Service List

- **Ronald K Brown**    ron@rkbrownlaw.com
- **Joon M Khang**    joon@khanglaw.com
- **Byron Z Moldo**    bmoldo@ecjlaw.com,
  amatsuoka@ecjlaw.com,dperez@ecjlaw.com
- **Alan I Nahmias**    anahmias@mbn.law, jdale@mbnlawyers.com
- **Queenie K Ng**    queenie.k.ng@usdoj.gov
- **Paul R Shankman**    PShankman@fortislaw.com, info@fortislaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

Mail Service List

| | |
|---|---|
| Ajilon<br>Lockbox: Dept CH 14031<br>Palatine, IL 60055 | Anibal Colon Jr<br>c/o Alexander Taylor, Esq.<br>Sulaiman Law Group Ltd<br>2500 S. Highland Ave, Ste 200<br>Lombard, IL 60148 |
| Anthem Blue Cross<br>PO Box 511300<br>Los Angeles, CA 90051 | Arizona Dept of Economic Security<br>PO Box 6028<br>Phoenix, AZ 85005 |
| Arkansas Dept of Finance & Admin<br>PO Box 9941, Little Rock, AR 72203-9941<br>Little Rock, AR 72203 | Azevedo Solutions Groups, Inc<br>420 Adobe Canyon Rd<br>Kenwood, CA 95452 |
| Beverly Graham<br>c/o Bobby Walker, Esq.<br>Sulaiman Law Group<br>2500 S. Highland Ave, Ste 200<br>Lombard, IL 60148 | Business Centers of America<br>1100 Sir Francis Drake Blvd, Ste 1<br>Kentfield, CA 94904 |
| California Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257 | Carolina Technologies & Consulting Invoice<br>1854 Hendersonville Road, Suite A<br>PMB #178<br>Asheville, NC 28803 |
| Carolyn Beech<br>c/o Daniel Edelman, Esq.<br>20 South Clark St., Ste1500<br>Chicago, IL 60603 | City Capital NY<br>1135 Kane Concourse<br>Bay Harbour Islands, FL 33154 |
| Collaboration Advisors<br>400 Dorla Court<br>Zephyr Cove, NV 89448 | Credit Reporting Service Inc<br>548 Market St, Suite 72907<br>San Francisco, CA 94104 |

| | |
|---|---|
| CT Corporation – Inv<br>PO Box 4349<br>Carol Stream, IL 80107 | Darcy Williamson, Trustee<br>510 SW 10th<br>Topeka, KS 66612 |
| David Ulery<br>c/o Joshua Eggnatz, Esq,<br>EGGNATZ \| PASCUCCI<br>7450 Griffin Road, Suite 230<br>Davie, FL 33314 | Debra Price<br>c/o Robert Cocco<br>1500 Walnut St, Ste 900<br>Philadelphia, PA 19102 |
| Debt Pay Pro<br>1900 E Golf Road, Suite 550<br>Schaumburg, IL 60173 | Debt Validation Fund II, LLC<br>5075 Lower Valley Road<br>Atglen, PA 19310 |
| Dept of Labor and Industries<br>PO Box 34022<br>Seattle, WA 98124 | Diverse Capital LLC<br>323 Sunny Isles Blvd, Ste 503<br>Sunny Isles, FL 33154 |
| Document Fulfillment Services<br>2930 Ramona Ave #100<br>Sacramento, CA 95826 | EnergyCare, LLC<br>2925 N. Green Valley Parkway , Suite C<br>Henderson, NV 89014 |
| Executive Center LLC<br>5960 S. Jones Blvd.<br>Las Vegas, NV 89118 | Exela Enterprise Solutions<br>2701 E. Grauwyler Road<br>Irving, TX 75061 |
| First Legal Network, LLC<br>PO Box 743451<br>Los Angeles, CA 90074 | Fundura Capital Group<br>80 Broad Street, Ste 3303<br>New York, NY 10004 |
| Geneve and Myranda Sheffield<br>c/o Jeremiah Heck, Esq<br>Luftman Heck & Assoc<br>6253 Riverside Dr, Ste 200<br>Dublin, OH 43017 | Georgia Dept of Labor<br>148 Andrew Young International Blvd, NE<br>Suite 752<br>Atlanta, GA 30303 |
| GHA Technologies Inc<br>Dept #2090<br>PO Box 29661<br>Phoenix, AZ 85038 | Gloria Eaton<br>c/o Kris Skaar, Esq.<br>133 Mirramont Lake Dr.<br>Woodstock, GA 30189 |
| Harrington Electric Inc<br>PO Box 886<br>Skyland, NC 28776 | Imagine Reporting<br>1350 Columbia Street<br>Suite 703<br>San Diego, CA 92103 |
| Indiana Dept of Revenue<br>PO Box 1028<br>INDIANAPOLIS, IN 46206 | Internal Revenue Service (IRS)<br>Internal Revenue Service<br>Ogden, UT 84201 |
| James Hammett<br>c/o Jenna Dakraub<br>Price Law Group | Johnny Rizo<br>c/o Bobby Walker, Esq.<br>Sulaiman Law Group |

| | |
|---|---|
| 8245 N. 85th Way<br>Scottsdale, AZ 85258 | 2500 S. Highland Ave, Ste 200<br>Lombard, IL 60148 |
| JP Morgan Chase<br>3 Park Plaza, Ste 900<br>Irvine, CA 92614 | Juize, Inc<br>PO Box 505<br>Murrieta, CA 92562 |
| Karen Suell<br>c/o Nathan C. Volheim, Esq<br>Sulaiman Law Group<br>2500 S. Highland Ave, Ste 200<br>Lombard, IL 6014 | Kathleen Lacey<br>c/o David Chami, Esq.<br>Price Law Group<br>8245 N. 85th Way<br>Scottsdale, AZ 85258 |
| Kathleen Scarlett<br>c/o Jeremiah Heck, Esq.<br>Luftman Heck & Assoc<br>6253 Riverside Dr, Ste 200<br>Dublin, OH 43017 | Kenneth Topp<br>c/o Nathan Volheim, Esq<br>Sulaiman Law Group Ltd<br>2500 S Highland Ave, Ste 200<br>Lombard, IL 60148 |
| Kevin Carpenter<br>c/o Alexander Taylor, Esq,<br>Sulaiman Law Group Ltd<br>2500 S. Highland Ave, Ste 200<br>Lombard, IL 60148 | Kimberly Birdsong<br>c/o Alexander J. Taylor, Esq.<br>SULAIMANLAW GROUP<br>2500 South Highland Ave, Suite 200<br>Lombard, IL 60148 |
| Krisp Technologies, Inc<br>2150 Shattuck Ave<br>Penthouse 1300<br>Berkeley, CA 94704 | LexisNexus<br>15500 B Rockfield Blvd<br>Irvine, CA 92618 |
| Liberty Mutual<br>PO Box 91013<br>Chicago, IL 60680 | Marc Lemauviel – Allegra<br>326 MacNeil Way<br>Weaverville, NC 28787 |
| Marich Bein LLC<br>99 Wall Street, Ste 2669<br>New York, NY 10005 | MarkSYS Holdings, LLC<br>3725 Cincinnati Ave, Suite 200<br>Rocklin, CA 95765 |
| MC DVI Fund 1, LLC; MC DVI Fund 2, LLC<br>1598 Cottonwood Dr<br>Glenview, IL 60026 | Michael Schwart<br>3968 Lowry Avenue<br>Cincinnati, OH 45229 |
| Mississippi Dept of Revenue<br>PO Box 23075<br>Jackson, MS 39225 | Nationwide Appearance Attorneys<br>5737 Kanan Rd #628<br>Agoura Hills, CA 91301 |
| Netsuite-Oracle<br>2300 Oracle Way<br>Austin, TX 78741 | Nevada Dept of Taxation<br>1550 College Parkway, Suite 115<br>Carson City, NV 89706 |
| Outsource Accelerator Ltd<br>City Marque Limited, Unit 8801-2<br>Bldg 244-248 Des Voeux Rd<br>Central Hong Kong | Pitney Bowes<br>PO Box 981026<br>Boston, MA 02298 |

| | |
|---|---|
| Rapid Credit Inc<br>3558 Round Barn Blvd, Suite 200<br>Santa Rosa, CA 95403 | SBS Leasing A Program of De Lage Landen<br>PO Box 41602<br>Philadelphia, PA 19101 |
| Security Solutions<br>10911 Bloomfield St<br>Los Alamitos, CA 90720 | Sharp Business System<br>10911 Bloomfield St<br>Los Alamitos, CA 90720 |
| Sharp Business Systems<br>8670 Argent St<br>Santee, CA 92071 | Streamline Performance Inc<br>1551 N Tustin, #555<br>Santa Ana, CA 92705 |
| TaskUs Holdings, Inc.<br>1650 Independence Dr<br>New Braunfels, TX 78132 | Thomson Reuters<br>610 Opperman Drive<br>Eagen, MN 55123 |
| Tustin Executive Center<br>1630 S Sunkist Steet, Ste A<br>Anaheim, CA 92806 | Twilio, Inc<br>101 Spear Street, Suite 500<br>San Francisco, CA 94105 |
| Utah State Tax Commission<br>210 N 1950 W<br>Salt Lake City, UT 84134 | Validation Partners LLC<br>1300 Sawgrass Pkwy, Ste 110<br>Sunrise, FL 33323 |
| Wisconsin Dept of Revenue<br>PO Box 8901<br>Madison, WI 53708 | |
| | |

APPLICATION TO EMPLOY KHANG & KHANG LLP AS DEBTOR'S GENERAL
BANKRUPTY COUNSEL

Joon M. Khang (CSBN 188722)
Judy L. Khang (CSBN 192454)
**KHANG & KHANG LLP**
4000 Barranca Parkway, Suite 250
Irvine, California 92604
Telephone: (949) 419-3834
Facsimile: (949) 385-5868
Email: joon@khanglaw.com

[Proposed] Attorneys for The Litigation Practice Group, PC,
Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | ) Case No.: 8:23-bk-10571-SC |
| | ) |
| THE LITIGATION PRACTICE GROUP, PC, | ) Chapter 11 |
| | ) |
| Debtor. | ) **APPLICATION FOR ORDER** |
| | ) **AUTHORIZING EMPLOYMENT OF** |
| | ) **KHANG & KHANG LLP AS GENERAL** |
| | ) **BANKRUPTCY COUNSEL TO THE** |
| | ) **DEBTOR AND DEBTOR IN POSSESSION,** |
| | ) **THE LITIGATION PRACTICE GROUP,** |
| | ) **PC, EFFECTIVE MARCH 20 , 2023;** |
| | ) **DECLARATION OF JOON M. KHANG IN** |
| | ) **COMPLIANCE WITH BANKRUPTCY** |
| | ) **RULE 2014 AND LOCAL RULE 2014-1(2)** |
| | ) |
| | ) [No Hearing Required Per Local Bankruptcy Rule |
| | ) 2014-1(b)] |
| | ) |

TO THE COURT, THE OFFICE OF THE UNITED STATES TRUSTEE AND TO ALL PARTIES REQUESTING SPECIAL NOTICE:

The debtor and debtor in possession, The Litigation Practice Group, PC ("Applicant" or "Debtor"), submits this Application for Order Authorizing Employment of Khang & Khang

1 │ LLP, as it's General Bankruptcy Counsel ("Application"), and in support of this Application,

2 │ respectfully represents as follows:

3 │ **BACKGROUND**

4 │     1.    On March 20, 2023 ("Petition Date"), Applicant filed a voluntary petition for

5 │ relief with this Court pursuant to the provisions of Chapter 11 of the Bankruptcy Code.

6 │     2.    Applicant is currently operating as a debtor in possession in this Chapter 11 case

7 │ pursuant to sections 1107 and 1108 of the Bankruptcy Code.

8 │     3.    This Application is made pursuant to section 327 of the Bankruptcy Code, Rule

9 │ 2014 of the Federal Rules of Bankruptcy Procedure ("FRBP"), Local Bankruptcy Rule 2014-1, and

10 │ the applicable United States Trustee Notices and Guides.

11 │     4.    Applicant desires to employ Khang & Khang LLP ("K&K") as it's general

12 │ bankruptcy counsel in connection with this case. K&K has attorneys who practice in the areas of

13 │ insolvency, reorganization, and bankruptcy law and is well qualified to represent Applicant. A

14 │ summary of the experiences, qualifications and hourly rates of those members of K&K expected to

15 │ render services to Applicant is attached to the accompanying Declaration of Joon M. Khang

16 │ ("Khang Declaration") as Exhibit "A" and is incorporated herein by this reference.

17 │     5.    Expenses which will be charged to the Debtor are as follows:

| | |
|---|---|
| Photo Copies: | $0.10 per page |
| Outgoing Fax: | $1.00 per page |
| Mileage: | $0.58 per mile |
| Postage: | Actual costs |
| Parking: | Actual costs |
| Attorney/Messenger Services : | Actual costs |
| Telephonic Appearance Fees: | Actual costs |
| Filing Fees: | Actual costs |

23 │     6.    K&K was first retained by Applicant on March 17, 2023 and has received the sum

24 │ of $80,000.00 (the "Retainer Deposit") to prepare and file Applicant's Chapter 11 petition. The

25 │ Retainer Deposit was paid by the Debtor. Of Retainer Deposit, to date, $1,738 has been expended

26 │ for the Chapter 11 filing fee for this case and $13,800 has been expended for time spent (27.6

27 │ hours x $500 per hour) on prepetition consultation, document review and preparation of petition

28 │ and related documents initially filed in this case. The remaining balance of $64,462 is held in trust.

1  Debtor will pay an additional $20,000 as retainer deposit. These funds will be held in trust and will

2  not be disbursed until a fee application is approved by the Court.

3      7.    Subject to the Court's approval of K&K's retention, the balance of the

4  Deposit is held in a segregated account and will be used in accordance with the requirements of

5  the Bankruptcy Code, applicable rules, orders of the Bankruptcy Court, and the United States

6  Trustee Notices and Guides. K&K will be seeking approval of compensation in this case pursuant

7  to 11 U.S.C. § 330. K&K does not intend to seek any monthly draw down on the pre-petition Deposit

8  and will file fee applications not more frequently than every 120 days in this case.

9      8.    Applicant requires bankruptcy counsel to render the following types of

10  professional services:

11      a)    Advise and counsel Applicant regarding matters of

12          bankruptcy law;

13      b)    Represent Applicant regarding Applicant's legal rights and

14          responsibilities under the Bankruptcy Code, the Federal Rules of

              Bankruptcy Procedure, the Local Bankruptcy Rules, the United

15          States Trustee Notices and Guides, and to assist Applicant in the

              administration of Applicant's bankruptcy estate;

16

17      c)    Advise Applicant with respect to preparing, filing and confirming

              of a plan of reorganization;

18      d)    Represent Applicant in proceedings or hearings before the

19          Bankruptcy Court in matters involving bankruptcy law or in

              litigation in the Bankruptcy Court in matters relating to bankruptcy

20          law;

21      e)    Assist Applicant in the preparation of reports, accounts, applications

22          and orders involving matters of bankruptcy law; and

23      f)    Assist Applicant in such other matters as may be necessary.

24

25      9.    Notwithstanding the foregoing, Applicant may, from time to time, request

26  that K&K undertake specific matters beyond the limited scope of responsibilities set forth

27  above. Should K&K agree in its discretion to undertake any such specific matters, Applicant

28  seeks authority to employ K&K for such matters, without further order of the Court.

      10.    To the best of K&K's knowledge, based upon the attached Declaration of Joon M.

1    Khang and any supplemental declarations that may filed, and after conducting an investigation of

2    potential conflicts of interest arising from K&K's representation of Applicant, K&K and the

3    attorneys comprising or employed by it do not hold or represent an interest adverse to the estate.

4    and do not have any connection with Applicant, the creditors of the estate, or any other party in

5    interest in this case, or their respective attorneys or accountants. The disclosures contained in the

6    Khang Declaration are incorporated herein by this reference.

7        11.     The following supplemental disclosures are made in lieu of the Bankruptcy Court's

8    optional Form 2014-1, entitled "Statement of Disinterestedness for Employment of Professional

9    Person under F.R.B.P. 2014."

10          a)     K&K is not and was not a creditor, an equity security holder or an insider of

11    Applicant;

12          b)     K&K is not and was not an investment banker for any outstanding

13    security of Applicant;

14          c)     K&K is not and was not, within three (3) years before the date of filing of

15    the petition herein, an investment banker for a security of Applicant, or an attorney

16    for such an investment banker in connection with the offer, sale or issuance of any

17    security of Applicant;

18          d)     K&K is not and was not, within two (2) years before the date of filing of the

19    petition herein, a director, officer or employee of Applicants or of any investment

20    banker for any security of Applicant;

21          e)     Subject to the disclosures contained in the Khang Declaration, K&K neither

22    has nor represents any interest materially adverse to the interests of the estate or of

23    any class of creditors or equity security holders, by reason of any direct or indirect

24    relationship to, connection with, or interest in, Applicant or an investment banker

25    for any security of Applicant, or for any other reason; and

26          f)     No member of K&K is a relative or employee of United States Trustee or a
   bankruptcy judge.

27

28        12.     Notice of this Application will be served on all of Debtor's creditors, the Office of

   the United States Trustee and any party requesting special notice. A copy of the Notice of this

1 Application served on creditors and the Office of the United States Trustee is attached hereto as

2 Exhibit "B" to the Khang Declaration.

3      13.   Applicant believes that the employment of K&K as Applicant's bankruptcy

4 counsel is in the best interest of the estate and creditors in this Chapter 11 case.

5      14.   K&K will seek interim compensation during the case, and final compensation at

6 the conclusion of the case, as permitted under sections 330 and 331 of the Bankruptcy Code, Rule

7 2016 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 2016-1. K&K

8 understands that its compensation in this case is subject to the prior approval of the Bankruptcy

9 Court, after notice and a hearing, in accordance with sections 330 and 331 of the Bankruptcy Code,

10 Rule 2016 of the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rule 2016-1, and the

11 United States Trustee Notices and Guides.

12      WHEREFORE, Applicant requests that the Court approve this application for employment

13 of Khang & Khang LLP as Applicant's general bankruptcy counsel, effective as of March 20,

14 2023, pursuant to Bankruptcy Code section 327(a) to render services as described above with

15 compensation to be paid in accordance with Bankruptcy Code sections 330 and 331 as an expense

16 of administration pursuant to Bankruptcy Code sections 507(a) and 503(b) in such amounts as the

17 Court may hereafter determine and allow.

18 DATED: April 17, 2023           The Litigation Practice Group, PC

19

20                         By: _____

21                             Daniel March

22                         President of The Litigation Practice Group

23                         Debtor and Debtor in Possession

24

25

26

27

28

### DECLARATION OF JOON M. KHANG

I, Joon M. Khang, declare:

1.      I am a partner with the law firm of Khang & Khang LLP ("K&K"), with offices at 4000 Barranca Parkway, Suite 250, Irvine, CA 92604. I am admitted to practice in all courts in the State of California and in the United States District Court for the Central District of California. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto. This declaration is made pursuant to the provisions of Bankruptcy Rule 2014 and Local Bankruptcy Rule 2014-1.

2.      I am familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules and shall abide by them.

3.      I make this declaration in support of the Application of the Debtor and Debtor in Possession to Employ General Bankruptcy Counsel (the "Application"). K&K has been requested to serve as general bankruptcy counsel to The Litigation Practice Group, PC, debtor and debtor in possession ("Applicant"), in the above-captioned bankruptcy case, on the terms described in the Application.

4.      K&K's attorneys practice regularly in the areas of bankruptcy and restructuring and K&K is well qualified to represent Applicant. A summary of the experiences, qualifications and hourly rates of K&K's attorneys who will be representing Applicant in this case is attached hereto as Exhibit "A" and is incorporated herein by this reference.

5.      K&K was first retained by Applicant on March 17, 2023 and has received the sum of $80,000.00 (the "Retainer Deposit") to prepare and file Applicant's Chapter 11 petition. The Retainer Deposit was paid by the Debtor. Of Retainer Deposit, to date, $1,738 has been expended for the Chapter 11 filing fee for this case and $13,800 has been expended for time spent 27.6 hours x $500 per hour) on prepetition consultation, document review and preparation of petition and related documents initially filed in this case. The remaining balance of $64,462 is held in trust.

6.      Subject to the Court's approval of K&K's retention, the retainer funds are held in a segregated account and will be used in accordance with the requirements of the Bankruptcy Code, applicable rules, orders of the Bankruptcy Court, and the United States Trustee Notices and

Guides. K&K will be seeking approval of compensation in this case pursuant to 11 U.S.C. § 330. K&K does not intend to seek any monthly draw down on the pre-petition Deposit and will file fee applications not more frequently than every 120 days in this case.

7. Applicant requires bankruptcy counsel to render the following types of professional services:

 a)   Advise and counsel Applicant regarding matters of bankruptcy law;

 b)   Represent Applicant regarding Applicant's legal rights and responsibilities under the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, the United States Trustee Notices and Guides, and to assist Applicant in the administration of Applicant's bankruptcy estate;

 c)   Advise Applicant with respect to preparing, filing and confirming of a plan of reorganization;

 d)   Represent Applicant in proceedings or hearings before the Bankruptcy Court in matters involving bankruptcy law or in litigation in the Bankruptcy Court in matters relating to bankruptcy law;

 e)   Assist Applicant in the preparation of reports, accounts, applications and orders involving matters of bankruptcy law; and

 f)   Assist Applicant in such other matters as may be necessary.

9. K&K has no connection with Applicant, creditors of the estate or any party in interest, or their respective attorneys and accountants, or with the United States Trustee, or any person employed in the Office of the United States Trustee.

10. K&K has agreed to accept appointment as general bankruptcy counsel for Applicant with any compensation to be paid as described in the Application.

11. Notice of this Application has been served on all of Debtor's creditors, the Office of the United States Trustee and any party requesting special notice. A copy of the Notice of this Application served on creditors and the Office of the United States Trustee is attached hereto as Exhibit "B" and is incorporated herein by his reference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of April 2023, at Irvine, California.

*/s/ Joon M. Khang*
Joon M. Khang

# EXHIBIT A

# KHANG & KHANG LLP

## OVERVIEW OF THE FIRM

Khang & Khang LLP ("K&K") is experienced in representing businesses in out-of-court workouts and bankruptcy cases, including debtors, secured creditors, trustees, receivers, creditors' committees and purchasers. While acting as insolvency counsel for debtors and creditors in many areas, we have developed expertise in real estate, light manufacturing and entertainment, as well as partnership matters and transnational proceedings. As debtor's counsel, we attempt, whenever possible, to restructure a client's indebtedness out of court in order to avoid the need for a reorganization case. We are particularly experienced in the prosecution and defense of fraudulent transfer claims and complex preference issues.

K&K also focus on the following substantive areas:

- Bankruptcy
- Corporate and Business & Transactions
- Business / Commercial Litigation

## ATTORNEYS

**Joon M. Khang** received his J.D. from Pepperdine University School of Law in 1996, and received his B.A. degree in History from Alma College in 1987. While attending law school, Mr. Khang served as an extern for the Honorable Kathleen P. March, United States Bankruptcy Judge, Central District of California from 1995 to 1996. Mr. Khang is admitted to practice in the State courts of California and the United States District Court for the Central, Northern and Southern Districts of California.

Mr. Khang has represented chapter 7 and 11 debtors and creditors in all aspects of bankruptcy matters. Specifically, he has represented secured creditors and debtors in Chapter 11 proceedings and Chapter 7 trustees in all aspects of Chapter 7 case administration; defended creditors in preference and nondischargeability actions; represented creditors' committees in Chapter 11 cases; represented a debtor in reconverting case from Chapter 7 to Chapter 11 and obtaining entry of final decree; represented secured creditors in Chapter 11 and Chapter 7 cases; worked on all aspects of Chapter 11 reorganizing and liquidating cases; successfully obtained confirmation of a Chapter 11 reorganizing plan; and argued an appeal before the Ninth Circuit Bankruptcy Appellate Panel. Mr. Khang has represented domestic and international companies in chapter 11 bankruptcy proceedings. Mr. Khang is also experienced in the areas of real estate transactions and business and commercial litigation.

Joon M. Khang's hourly rate is $500.00.

**Judy L. Khang** graduated from the University of California, Hastings College of the Law in 1997. She served as an Associate Editor for the Constitutional Law Quarterly. While attending law school, Ms. Khang also served as a judicial extern for the Honorable Susan Illston of the United States District Court, Northern District of California and the Honorable Dennis Montali and the Honorable Leslie Tchaikovsky, each of the United States Bankruptcy Court, Northern District of California. Ms. Khang also holds a B.A. from the University of California, Los Angeles, where she graduated with honors.

Ms. Khang specializes in providing litigation services and general counsel to small to mid-size businesses and entrepreneurs on contract and employment matters. She represents clients at the pre-litigation and litigation levels, as well as in alternative dispute resolution venues. Ms. Khang also has extensive experience in representing Chapter 7 trustees in all aspects of Chapter 7 case administration.

Ms. Khang's hourly rate is $350.00.

# EXHIBIT B

1  Joon M. Khang (CSBN 188722)
2  Judy L. Khang (CSBN 192454)
   **KHANG & KHANG LLP**
3  4000 Barranca Parkway, Suite 250
4  Irvine, California 92604
   Telephone: (949) 419-3834
5  Facsimile: (949) 385-5868
6  Email: joon@khanglaw.com

7
   [Proposed] Attorneys for The Litigation Practice Group, PC
8  Debtor and Debtor in Possession

9
10              **UNITED STATES BANKRUPTCY COURT**

11        **CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

12
13  In re                              )  Case No.: 8:23-bk-10571-SC
                                       )
14  THE LITIGATION PRACTICE GROUP, PC, )  Chapter 11
                                       )
15              Debtor.                )  **NOTICE OF APPLICATION FOR ORDER**
                                       )  **AUTHORIZING EMPLOYMENT OF**
16                                     )  **KHANG & KHANG LLP AS GENERAL**
                                       )  **BANKRUPTCY COUNSEL TO THE**
17                                     )  **DEBTOR AND DEBTOR IN POSSESSION,**
                                       )  **THE LITIGATION PRACTICE GROUP,**
18                                     )  **PC., EFFECTIVE MARCH 20, 2023**
                                       )
19                                     )
                                       )
20                                     )  [No Hearing Required Per Local Bankruptcy
                                       )  Rule 2014-1(b)]
21                                     )
22                                     )
23                                     )
                                       )
24                                     )
                                       )
25                                     )
                                       )
26                                     )
27
28

                                    1

TO THE COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, CREDITORS, AND PARTIES REQUESTING SPECIAL NOTICE:

**PLEASE TAKE NOTICE** that The Litigation Practice Group, PC, debtor and debtor in possession ("Debtor"), intends to employ Khang & Khang LLP ("K&K"), effective March 20, 2023 as general bankruptcy counsel to the Debtor, pursuant to 11 U.S.C. § 327(a), Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 2014-1(b).

Debtor believes that the appointment of K&K as its general bankruptcy counsel in this case will be beneficial to the Estate because K&K's services and expertise in the practice of bankruptcy law will greatly assist the Debtor in carrying out its duties in an efficient and effective manner. Specifically, K&K will perform the following duties:

A.  Advise and counsel Debtor regarding matters of bankruptcy law;

B.  Represent Debtor regarding Debtor's legal rights and responsibilities under the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, the United States Trustee Notices and Guides, and to assist Debtor in the administration of Debtor's bankruptcy estate;

C.  Advise Debtor with respect to preparing, filing and confirming of a plan of reorganization;

D.  Represent Debtor in proceedings or hearings before the Bankruptcy Court in matters involving bankruptcy law or in litigation in the Bankruptcy Court in matters relating to bankruptcy law;

E.  Assist Debtor in the preparation of reports, accounts, applications and orders involving matters of bankruptcy law; and

F   Assist Debtor in such other matters as may be necessary.

Pre-petition, on March 17, 2023 K&K was retained by Debtor and received from Debtor the sum of $80,000 as a retainer deposit (the "Deposit") as attorneys' fees and costs deposit for legal services to be rendered and costs to be incurred on behalf of Debtor in this Chapter 11 case. To date, of the Deposit, $1,738 has been expended on the filing fee for the case, and $13,800 has been expended for time spent (27.6 hours x $500 per hour) on prepetition consultation, document

1   review and preparation of petition and related documents initially filed in this case. The remaining

2   balance of $64,462 is held in trust. The Debtor will pay an additional $20,000 as retainer deposit.

3   These funds will be held in trust and will not be disbursed until a fee application is approved by the

4   Court.    The customary hourly rates may be adjusted periodically to reflect the advancing

5   experience, capabilities, and seniority of professionals, as well as general economic factors.

6        Copies of the Application for Order Authorizing Employment of K&K may be obtained by

7   contacting K&K at the address and telephone number set forth on page one of this Notice.

8        **IF YOU DO NOT OBJECT TO THE APPLICATION, NO ACTION IS REQUIRED.**

9        Pursuant to Local Rule 2014-1(b)(3), any response and request for hearing, must be in the

10  form required by LBR 9013-1(f)(1), must be filed with the Court and served on the Debtor's

11  counsel, and the Office of the United States Trustee not later than 14 days from the date of service

12  of this notice. No hearing is required unless timely requested by the Office of the United States

13  Trustee, a party in interest or otherwise ordered by the Court.   Any response and request for

14  hearing not timely filed and served may be deemed by the Court to be consent to the relief sought.

15
    DATED: April 18, 2023               KHANG & KHANG LLP
16

17
                                        By: /s/ *Joon M. Khang*
18                                          Joon M. Khang

19
                                        Proposed Attorneys for
20                                      The Litigation Practice Group, PC
                                        Debtor and Debtor in Possession
21
    Mailing Date:  April 18, 2023
22

23

24

25

26

27

28

---

3

| In re:<br><br>THE LITIGATION PRACTICE GROUP, PC<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 8:23-bk-10571-SC |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
KHANG & KHANG LLP, 4000 Barranca Parkway, Suite 250, Irvine, CA 92604

A true and correct copy of the foregoing document described **APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF KHANG & KHANG LLP AS GENERAL BANKRUPTCY COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION, THE LITIGATION PRACTICE GROUP, PC, EFFECTIVE MARCH 20 , 2023; DECLARATION OF JOON M. KHANG IN COMPLIANCE WITH BANKRUPTCY RULE 2014 AND LOCAL RULE 2014-1(2)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>04/18/23</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On ____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 04/18/23 | Joon M. Khang | /s/ Joon M. Khang |
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

In re The Litigation Practice Group, PC
Case No.: 8:23-bk-10571-SC

NEF Service List

- **Ronald K Brown**    ron@rkbrownlaw.com
- **Joon M Khang**    joon@khanglaw.com
- **Byron Z Moldo**    bmoldo@ecjlaw.com,
  amatsuoka@ecjlaw.com,dperez@ecjlaw.com
- **Alan I Nahmias**    anahmias@mbn.law, jdale@mbnlawyers.com
- **Queenie K Ng**    queenie.k.ng@usdoj.gov
- **Paul R Shankman**    PShankman@fortislaw.com, info@fortislaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov