Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
Yosina M. Lissebeck (State Bar No. 201654)
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501
christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com

Special Counsel to Richard A. Marshack,
Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**PROOF OF SERVICE**<br><br>Date: July 21, 2023<br>Time: 10:00 a.m.<br>Judge: Hon. Scott C. Clarkson<br>Place: Courtroom 5C<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

655 W. Broadway, Suite 800, San Diego, California 92101

A true and correct copy of the foregoing document entitled (*specify*):

**1. Notice of Sale of Estate Property [Dkt. No. 216];**

**2. Scheduling Order On The Motion Of Trustee Richard A. Marshack For Entry Of Order (A) Approving Sale, Subject To Overbid, Of Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests Pursuant To 11 U.S.C. § 363(b) And (B) Approving Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases And Other Agreements, Filed July 7, 2023 [Dk. 191] [Dkt. No. 214]**

**3. Notice Of Motion And Motion Of Trustee Richard A. Marshack For Entry Of An Order (A) Approving Sale, Subject To Overbid, Of Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests Pursuant To 11 U.S.C. § 363(b) And (B) Approving Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases And Other Agreements [Dkt. No. 191];**

**4. Declaration Of Richard A. Marshack In Support Of Motion Of Trustee Richard A. Marshack For Entry Of An Order (A) Approving Sale Of Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests Pursuant To 11 U.S.C. § 363(b) And (B) Approving Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases And Other Agreements [Dkt. No. 191-1];**

**5. Declaration Of William "Ty" Carss In Support Of Motion Of Trustee Richard A. Marshack For Entry Of An Order (A) Approving Sale Of Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests Pursuant To 11 U.S.C. § 363(b) And (B) Approving Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases And Other Agreements [Dkt. No. 191-2];**

**6. Declaration Of R. Reed Pruyn In Support Of Motion Of Trustee Richard A. Marshack For Entry Of An Order (A) Approving Sale Of Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests Pursuant To 11 U.S.C. § 363(b) And (B) Approving Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases And Other Agreements [Dkt. No. 191-3];**

**7. Declaration of Jason J. Rebhun in Support of Trustee's Motion for XX [Dkt. No. 191-4]; and**

**8. Declaration of Peter M. Schneider [Dkt. No. 191-5].**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On <u>July 11, 2023</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-.1.PROOF.SERVICE**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 13, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

JUDGE'S COPY
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 13, 2023 | Caron Burke | /s/ Caron Burke |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                     **F 9013-.1.PROOF.SERVICE**

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

None

**2.    SERVED BY UNITED STATES MAIL:**

**OFFICE OF THE UNITED STATES TRUSTEE:**
Queenie K Ng
Leslie Skorheim
Kenneth Misken
United States Trustee
411 West Fourth St., Suite 7160
Santa Ana, CA 92701

**ATTORNEYS FOR THE COMMITTEE OF UNSECURED CREDITORS:**
Nicholas A Koffroth
Fox Rothschild LLP
10250 Constellation Boulevard
Suite 900
Los Angeles, CA 90067

**SECURED CREDITORS:**

Diverse Capital
99 Wall Street, Suite 3626
New York, NY 10005

RE: CA UCCs  U210106788229 / U210085288536

BMF Advance
1022 AVE M
BROOKLYN, NY 11230

RE: CA UCC   U210090322021

C T CORPORATION SYSTEM, AS REPRESENTATIVE
ATTN: SPRS
330 N BRAND BLVD, SUITE 700
GLENDALE, CA 91203

RE: CA UCC   U210062497027

OHP – LPG, LP
17542 E 17TH STREET, STE 100
TUSTIN, CA 92780

RE: CA UCC   U230005834326

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                           **F 9013-.1.PROOF.SERVICE**

OHP-CDR, LP
c/o Quinn Emanuel Urquhart & Sullivan LL
Jeremy Andersen
Razmig Izakelian
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017

RE: CA UCC   U230005834326

C T CORPORATION SYSTEM, AS REPRESENTATIVE
ATTN: SPRS
330 N BRAND BLVD, SUITE 700
GLENDALE, CA 91203

RE: CA UCC   U230006246724

First Corporate Solutions
914 S Street
Sacramento, CA 95811

RE: CA UCC   U230009059730

ProofPositive LLC
30 N Gould St,
STE R
Sheridan, WY 82801

RE: CA UCC   U230009725118

MC DVI FUND 2 LLC
1598 Cottonwood Dr
Glenview, IL 60026

RE: CA UCC   U230009923531

MC DVI FUND 2 LLC
172 Center Street, Suite 202
PO Box 2869
Jackson, WY 83001

RE: CA UCC   U230009923531

DEBT VALIDATION FUND II LLC
1309 Coffeen Avenue, STE 1200
Sheridan, WY 82801

RE: CA UCC   U230009923531

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-.1.PROOF.SERVICE

Richard H Golubow
Garrick A Hollander
Winthrop Golubow Hollander, LLP
1301 Dove Street, Suite 500
Newport Beach, CA 92660

RE: CA UCC   U230009923531

Venture Partners LLC
1309 COFFEEN AVENUE, STE 1200
SHERIDAN, WY 82801

RE: CA UCC   U230016377733

CITY CAPITAL NY
C T CORPORATION SYSTEM, AS REPRESENTATIVE
ATTN: SPRS
330 N BRAND BLVD, SUITE 700
GLENDALE, CA 91203

RE: CA UCC   U230018278331

City Capital NY
c/o Maurice Wutscher LLP
23611 Chagrin Blvd. Suite 207
Beachwood, OH 44122

RE: CA UCC   U230018278331

Alan Craig Hochheiser
Maurice Wutscher LLP
23611 Chagrin Blvd
Ste 207
Beachwood, OH 44122

RE: CA UCC   U230018278331

MNS Funding LLC
3611 15TH AVE
BROOKLYN, NY 11218

RE: CA UCC   U210050823723

World Global Fund LLC
5309 13TH AVE
BROOKLYN, NY 11220

RE: CA UCC   U210059750525

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-.1.PROOF.SERVICE**

C T CORPORATION SYSTEM, AS
REPRESENTATIVE
ATTN: SPRS
330 N BRAND BLVD, SUITE 700
GLENDALE, CA 91203

RE: CA UCC   U210057670018

CORPORATION SERVICE COMPANY, AS
REPRESENTATIVE
P.O. BOX 2576
SPRINGFIELD, IL 62708

RE: CA UCC   U210052792122

C T CORPORATION SYSTEM, AS
REPRESENTATIVE
ATTN: SPRS
330 N BRAND BLVD, SUITE 700
GLENDALE, CA 91203

RE: CA UCC   U210050853928

Fundura Capital Group
80 Broad Street, Suite 3303
New York, NY 10004

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                              **F 9013-.1.PROOF.SERVICE**