Joon M. Khang (CSBN 188722)
Judy L. Khang (CSBN 192454)
**KHANG & KHANG LLP**
4000 Barranca Parkway, Suite 250
Irvine, California 92604
Telephone: (949) 419-3834
Facsimile: (949) 385-5868
Email: joon@khanglaw.com

FILED & ENTERED

JUL 13 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

[Proposed] Attorneys for The Litigation Practice Group, PC,
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re | Case No.: 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP, PC, | Chapter 11 |
| Debtor. | **ORDER SETTING HEARING ON APPLICATION FOR EMPLOYMENT OF KHANG & KHANG LLP AS GENERAL BANKRUPTCY COUNSEL TO THE DEBTOR THE LITIGATION PRACTICE GROUP, PC, EFFECTIVE MARCH 20, 2023** |
| | Date: July 19, 2023<br>Time: 1:30 p.m.<br>Ctrm: 5C - Virtual |

The Court hereby sets Debtor's Application for Order Authorizing Employment of Khang & Khang LLP as Debtor's General Bankruptcy Counsel, Effective March 20, 2023 (the "Application") [Dk. 42] for hearing on July 19, 2023, at 1:30 p.m.

**IT IS SO ORDERED.**

Date: July 13, 2023

Scott C. Clarkson
United States Bankruptcy Judge

1