| | |
|---|---|
| **United States Bankruptcy Court** <br> **Central District of California** | |
| In re: <br> The Litigation Practice Group P.C. | CHAPTER NO.: 11 |
| | CASE NO.: 8:23–bk–10571–SC |

# NOTICE OF COURT COSTS DUE

**To: Joon M Khang, Proposed Attorney for Debtor and Debtor in Possession**

Please take notice that court costs have been incurred by the Bankruptcy Court during the administration of the above CHAPTER ELEVEN (11) case. Court costs must be paid prior to the confirmation of the plan.

COURT COSTS DUE:

| | |
|---:|---|
| Appeal $ | |
| Certification $ | |
| Complaint $ | 700.00 |
| Conversion $ | |
| Cross–Appeal $ | |
| Notices (Estimated) $ | |
| Photocopies $ | |
| Reopening Fees $ | |
| Search Fees $ | |
| Other: $ | |
| **Total of Court Costs Due $** | **700.00** |

Payment must be made by **U.S. POSTAL SERVICE MONEY ORDER, or CASHIER'S CHECK payable to the "UNITED STATES BANKRUPTCY COURT"** and be paid in person or by mail to the address listed below. Checks will only be accepted from attorneys or law firms. A copy of this notice must be enclosed with your payment.

**United States Bankruptcy Court**
**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

For the Court
Dated: July 13, 2023

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Sally Daniels**
**Deputy Clerk**

(Form rev. 10/2010) npcc–VAN191

**240 / SD8**