United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10571-SC |
| The Litigation Practice Group P.C. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 13, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2023:**

**Recip ID          Recipient Name and Address**
db           + The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2023            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2023 at the address(es) listed below:**

**Name          Email Address**

Alan Craig Hochheiser
    on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com arodriguez@mauricewutscher.com

Alan I Nahmias
    on behalf of Interested Party Courtesy NEF anahmias@mbn.law jdale@mbnlawyers.com

Andrew Still
    on behalf of Interested Party Courtesy NEF astill@swlaw.com kcollins@swlaw.com

Byron Z Moldo
    on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com amatsuoka@ecjlaw.com,dperez@ecjlaw.com

Christopher Celentino
    on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Celentino
    on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com caron.burke@dinsmore.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 4 |
| Date Rcvd: Jul 13, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Christopher Ghio
        on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com  Kristina.Heller@Dinsmore.com

Christopher Ghio
        on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com  Kristina.Heller@Dinsmore.com

Christopher J Langley
        on behalf of Interested Party Courtesy NEF chris@slclawoffice.com
omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

D Edward Hays
        on behalf of Interested Party Courtesy NEF ehays@marshackhays.com
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
        on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Daniel A Edelman
        on behalf of Creditor Carolyn Beech dedelman@edcombs.com  courtecl@edcombs.com

Daniel A Lev
        on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com  cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

David S Kupetz
        on behalf of Defendant Marich Bein  LLC David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

David S Kupetz
        on behalf of Interested Party Courtesy NEF David.Kupetz@lockelord.com  mylene.ruiz@lockelord.com

Douglas A Plazak
        on behalf of Defendant Greyson Law Center PC dplazak@rhlaw.com

Eric Bensamochan
        on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us  G63723@notify.cincompass.com

Eric Bensamochan
        on behalf of Interested Party Courtesy NEF eric@eblawfirm.us  G63723@notify.cincompass.com

Garrick A Hollander
        on behalf of Creditor MC DVI Fund 1  LLC ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
        on behalf of Creditor Debt Validation Fund II  LLC ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
        on behalf of Creditor MC DVI Fund 2  LLC ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Gregory M Salvato
        on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
        on behalf of Creditor Mari Agape gsalvato@salvatoboufadel.com
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Ira David Kharasch
        on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com

Ira David Kharasch
        on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com

Jeffrey I Golden
        on behalf of Creditor Anaheim Ducks Hockey Club  LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
        on behalf of Creditor Anaheim Arena Management  LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
        on behalf of Interested Party Courtesy NEF jgolden@go2.law
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com;golden.jeffreyi.b117954@notify.bestcase.com

Jenny L Doling
        on behalf of Interested Party INTERESTED PARTY jd@jdl.law
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com

Johnny White
   on behalf of Creditor Debt Relief Group  LLC JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White
   on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com  jlee@wrslawyers.com

Jonathan Serrano
   on behalf of Trustee Richard A Marshack (TR) jonathan.serrano@dinsmore.com

Jonathan Serrano
   on behalf of Plaintiff Richard A. Marshack jonathan.serrano@dinsmore.com

Joon M Khang
   on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com

Keith C Owens
   on behalf of Creditor Committee Committee of Unsecured Creditors kowens@foxrothschild.com  khoang@foxrothschild.com

Kenneth Misken
   on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

Laila Masud
   on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud
   on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com  lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud
   on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud
   on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Leslie Skorheim
   on behalf of U.S. Trustee United States Trustee (SA) leslie.skorheim@usdoj.gov

Leslie A Cohen
   on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Michael D Lieberman
   on behalf of Creditor Phillip A. Greenblatt PLLC mlieberman@lipsonneilson.com

Nicholas A Koffroth
   on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com  khoang@foxrothschild.com

Olivia Scott
   on behalf of Creditor Hi Bar Capital LLC olivia.scott3@bclplaw.com

Olivia Scott
   on behalf of Creditor Azzure Capital LLC olivia.scott3@bclplaw.com

Paul R Shankman
   on behalf of Creditor United Partnerships  LLC PShankman@fortislaw.com, info@fortislaw.com

Paul R Shankman
   on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com  info@fortislaw.com

Queenie K Ng
   on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Randall Baldwin Clark
   on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com

Razmig Izakelian
   on behalf of Creditor OHP-CDR  LP razmigizakelian@quinnemanuel.com

Richard A Marshack (TR)
   pkraus@marshackhays.com  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Richard H Golubow
   on behalf of Creditor Debt Validation Fund II  LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
   on behalf of Creditor MC DVI Fund 1  LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
   on behalf of Creditor MC DVI Fund 2  LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

District/off: 0973-8 | User: admin | Page 4 of 4
Date Rcvd: Jul 13, 2023 | Form ID: pdf042 | Total Noticed: 1

Ronald K Brown
                     on behalf of Creditor SDCO Tustin Executive Center  Inc. ron@rkbrownlaw.com

Ronald N Richards
                     on behalf of Defendant Consumer Legal Group  PC ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Ronald N Richards
                     on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com  7206828420@filings.docketbird.com

Sharon Z. Weiss
                     on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com
                     raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Sharon Z. Weiss
                     on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com
                     raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Shawn M Christianson
                     on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com  schristianson@buchalter.com

Teri T Pham
                     on behalf of Attorney Teri Pham tpham@epglawyers.com  ttpassistant@epglawyers.com

United States Trustee (SA)
                     ustpregion16.sa.ecf@usdoj.gov

Victoria Newmark
                     on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com

Yosina M Lissebeck
                     on behalf of Trustee Richard A Marshack (TR) Yosina.Lissebeck@Dinsmore.com  caron.burke@dinsmore.com

TOTAL: 65

Joon M. Khang (CSBN 188722)
Judy L. Khang (CSBN 192454)
**KHANG & KHANG LLP**
4000 Barranca Parkway, Suite 250
Irvine, California 92604
Telephone: (949) 419-3834
Facsimile: (949) 385-5868
Email: joon@khanglaw.com

[Proposed] Attorneys for The Litigation Practice Group, PC,
Debtor and Debtor in Possession

**FILED & ENTERED**

**JUL 13 2023**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, PC,<br><br>Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**ORDER SETTING HEARING ON APPLICATION FOR EMPLOYMENT OF KHANG & KHANG LLP AS GENERAL BANKRUPTCY COUNSEL TO THE DEBTOR THE LITIGATION PRACTICE GROUP, PC, EFFECTIVE MARCH 20, 2023**<br><br>Date: July 19, 2023<br>Time: 1:30 p.m.<br>Ctrm: 5C - Virtual |

The Court hereby sets Debtor's Application for Order Authorizing Employment of Khang & Khang LLP as Debtor's General Bankruptcy Counsel, Effective March 20, 2023 (the "Application") [Dk. 42] for hearing on July 19, 2023, at 1:30 p.m.

**IT IS SO ORDERED.**

Date: July 13, 2023

Scott C. Clarkson
United States Bankruptcy Judge

1