# Exhibit 5

|  | Pay date 7/14/23 | Pay date 7/28/23 | Other costs |  |
|---|---|---|---|---|
| Wages (gross pay) | $ 262,215.00 | $ 262,215.00 |  |  |
| Payroll taxes ER portion | $ 45,000.00 | $ 45,000.00 |  |  |
| Employee Insurance | $ 55,584.00 | $ 48,900.00 |  |  |
| Malpractice insurance (due 7/18/23) |  |  | $ 9,750.00 |  |
| BRI cobra premium (due 7/30/23) |  |  | $ 75.00 |  |
| Workers comp (due 7/13/23) |  |  | $ 1,500.00 |  |
| Lori - Bicher & Assoc fees (80% May/June) |  |  | $ 13,138.00 |  |
| Lori - Bicher & Assoc expenses |  |  | $ 845.00 |  |
| unknown contingencies per week |  |  | $ 100,000.00 |  |
|  |  |  |  |  |
|  | $ 362,799.00 | $ 356,115.00 | $ 125,308.00 | $ 844,222.00 |
|  |  |  |  |  |
|  |  |  |  |  |