PETER C. ANDERSON
United States Trustee
Kenneth M. Misken (SBN 349167)
Assistant United States Trustee
Ronald Reagan Federal Building
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Tel: (714) 338-3400
Fax: (714) 338-3421
Email: Kenneth.M.Misken@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

**THE LITIGATION PRACTICE
GROUP, P.C.,**

                    Debtor.

CASE NUMBER: 8:23-bk-10571-SC

CHAPTER 11

**NOTICE OF APPOINTMENT OF A
CONSUMER PRIVACY
OMBUDSMAN**

[NO HEARING REQUIRED]

Pursuant to  11 U.S.C. § 332(a) and the Order Directing the Appointment of a

Consumer Privacy Ombudsman and Requring Notice entered on July 12, 2023 [Bankr. Dkt.

# 226], the United States Trustee hereby appoints Lucy L. Thomson to serve as Consumer

Privacy Ombudsman.  To the best of the United States Trustee's knowledge, Ms.

Thomson's connections with the Debtor, and any other parties in interest, their respective

attorneys and accountants, the United States Trustee, and persons employed in the Office of

1

the United States Trustee are limited to the connections set forth in the attached Ombudsman Acceptance of Appointment and Verified Statement of Consumer Privacy Ombudsman.

This appointment is made this 17th day of July, 2023.

Peter C. Anderson
United States Trustee, Region 16

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANNA DIVISION**

-------------------------------------------------------------x
:
*In re*                                                                        :     Case No. 8:23-bk-10571-SC
:
THE LITIGATION PRACTICE GROUP, P.C.,     :     Chapter 11
:
:
Debtor.                         :
-------------------------------------------------------------x

**ACCEPTANCE OF APPOINTMENT AND VERIFIED STATEMENT
OF CONSUMER PRIVACY OMBUDSMAN**

I, the undersigned, Lucy L. Thomson, do hereby accept my appointment by the United States Trustee as Consumer Privacy Ombudsman (CPO) in the above-captioned case and declare as follows:

1.      I am a person eligible and competent to perform the duties of Consumer Privacy Ombudsman, as set forth in 11 U.S.C. § 332, in the above-captioned case.

2.      I am a Certified Information Privacy Professional (CIPP/US), a Certified Information Systems Security Professional (CISSP), and an experienced consumer privacy professional, having been appointed CPO in 33 federal bankruptcy cases prior to this one.

3.      Pursuant to the requirements of Federal Rule of Bankruptcy Procedure 6004(g)(2), I state that I have no connection with the debtors, creditors, other parties in interest, and their respective attorneys and accountants, the United States Trustee, and any person employed by the Office of the United States Trustee.

4.      I am not a creditor, an equity security holder, or an insider (as those terms are defined in 11 U.S.C. § 101(31)), of The Litigation Practice Group, P.C.

5.      I am not, and have not been, a director, officer, or employee of the Debtor within two years before the date of the filing of the petition.

6.      I do not hold or represent an interest adverse to the Debtor or the Debtor's estate.

7.      Based upon the foregoing, I believe that I am a "disinterested person" within the meaning

of §§ 101(14) and 332(a) of the Bankruptcy Code.

8.      I do not have any financial connection with the Debtor or the estate.

9.      I have not received any compensation from any party with respect to my appointment in

this case, nor have I made any agreements or arrangements with the Debtor or any other party for

compensation.

10.     I agree to serve as Consumer Privacy Ombudsman and to seek reimbursement of fees and

expenses from the estate based on an application to be filed with and subject to approval by the

Court as provided in 11 U.S.C. § 330. My billable rate is $550/hour.

11.     I acknowledge my statutory obligation not to disclose any personally identifiable

information obtained by me, and I agree to comply with 11 U.S.C. § 332(c).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge, information and belief.

Dated: July15, 2023

/s/ Lucy L. Thomson
Lucy L. Thomson
1455 Pennsylvania Avenue, N.W.  Suite 400
Washington, D.C. 20004
lucythomson_cpo@earthlink.net

# LUCY L. THOMSON

The Willard, 1455 Pennsylvania Avenue, N.W. Suite 400; Washington, D.C. 20004
lucythomson_cpo@earthlink.net

## Employment

Livingston PLLC, Washington, D.C., *Founder and Principal*

> Advise clients on legal and technology issues related to cybersecurity, global data privacy, and compliance and risk management.

CSC, Fairfax, VA, a Fortune 200 global technology company (now GD IT and DXC)    2002-2012

CSC Global Cybersecurity
*Senior Principal Engineer, Information Security; Privacy Advocate*

> *DHS Customs and Border Protection (CBP-ACE) and Internal Revenue Service (IRS) Modernization*
> Provided privacy and information security consulting, strategic planning, and security architecture and engineering support on two of the government's largest IT modernization projects. Appointed a DHS Information Systems Security Officer (ISSO).

United States Bankruptcy Courts, Consumer Privacy Ombudsman    2008-present

> Appointed Consumer Privacy Ombudsman (CPO) in 33 federal bankruptcy cases. Responsible for evaluating the sale of "assets" consisting of sensitive personal information and financial and healthcare records; oversaw the disposition of more than 350 million electronic consumer records.

United States Department of Justice, Washington, D.C.    1977-2000

Criminal Division
*Trial Attorney, Fraud Section*
*Senior Attorney, Office of Legislation and Policy*
*Chief, Task Force on the FBI Laboratory*

Civil Rights Division, *Trial Attorney*

U.S. Department of Health, Education and Welfare (HEW), Office for Civil Rights

## Education and Professional Certifications

> M.S., Rensselaer Polytechnic Institute (RPI), Lally School of Management, 2001
> J.D., Georgetown University Law Center
> B.A., Connecticut College, Political Science and Economics

## Leadership Positions in the American Bar Association (ABA)

> Elected member of the House of Delegates since 2004 (governing and policy-making body)
> *Section of Science & Technology Law* (SciTech), 2012-13 Chair
> *ABA Cybersecurity Legal Task Force*, 2012-present, founding member

## Publications

> *The Internet of Things (IoT): Legal Issues, Policy, and Practical Strategies* (co-editor)
> *Data Breach and Encryption Handbook* (editor)
> Contributing author on cybersecurity and privacy in *Bioinformatics Law, The ABA Cybersecurity Handbook* (3d Ed.), *Homeland Security and Emergency Management* (3rd Ed), and *America Votes! Challenges to Modern Election Law and Voting Rights* (4th Ed.).

July 15, 2023

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**411 West Fourth Street, Suite 7160, Santa Ana, CA 92701**

A true and correct copy of the foregoing document entitled (*specify*):

**NOTICE OF APPOINTMENT OF A CONSUMER PRIVACY OMBUDSMAN**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (date) **July 17, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒  Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:  On (date) **July 17, 2023,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒  Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **July 17, 2023,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 17, 2023 | Jaimee Zayicek | *Jaimee Zayicek* |
|---|---|---|
| Date | Print Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| Name | Capacity | Email Address |
|---|---|---|
| Byron Moldo | | bmoldo@ecjlaw.com |
| Ronald Brown | SDCO Tustin Executive Center, Inc. | ron@rkbrownlaw.com |
| Joon Khang | Debtor's Attorney | joon@khanglaw.com |
| Ira Kharasch | | ikharasch@pszjlaw.com |
| Olivia Scott | Azzure Capital LLC | olivia.scott3@bclplaw.com |
| Olivia Scott | Hi Bar Capital LLC | olivia.scott3@bclplaw.com |
| Sharon Weiss | Azzure Capital LLC | sharon.weiss@bclplaw.com |
| Daniel Edelman | Carolyn Beech | dedelman@edcombs.com |
| Eric Bensamochan | | eric@eblawfirm.us |
| Alan Craig Hochheiser | City Capital NY | ahochheiser@mauricewutscher.com |
| Randall Baldwin Clark | | rbc@randallbclark.com |
| Nicholas Koffroth | Committee of Unsecured Creditors | nkoffroth@foxrothschild.com |
| Shawn Christianson | | cmcintire@buchalter.com |
| Leslie Cohen | | leslie@lesliecohenlaw.com |
| Jeffrey Golden | | jgolden@go2.law |
| D Edward Hays | | ehays@marshackhays.com |
| David Kupetz | | David.Kupetz@lockelord.com |
| Christopher Langley | | chris@slclawoffice.com |
| Daniel Lev | | daniel.lev@gmlaw.com |
| Laila Masud | | lmasud@marshackhays.com |
| Alan Nahmias | | anahmias@mbn.law |
| Victoria Newmark | | vnewmark@pszjlaw.com |
| Ronald Richards | | ron@ronaldrichards.com |
| Gregory Salvato | | gsalvato@salvatoboufadel.com |
| Andrew Still | | astill@swlaw.com |
| Johnny White | | JWhite@wrslawyers.com |
| Richard Golubow | Debt Validation Fund II LLC | rgolubow@wghlawyers.com |
| Richard Golubow | MC DVI Fund 1, LLC | rgolubow@wghlawyers.com |
| Richard Golubow | MC DIV Fund 2, LLC | rgolubow@wghlawyers.com |
| Garrick Hollander | | ghollander@wghlawyers.com |
| Christopher Celentino | Trustee's Special Counsel | christopher.celentino@dinsmore.com |
| Christopher Ghio | | christopher.ghio@dinsmore.com |
| Yosina Lissebeck | | Yosina.Lissebeck@Dinsmore.com |
| Jonathan Serrano | | jonathan.serrano@dinsmore.com |
| Teri Pham | | tpham@epglawyers.com |
| Michael Lieberman | Phillip A. Greenblatt, PLLC | mlieberman@lipsonneilson.com |
| Paul Shankman | United Partnerships, LLC | PShankman@fortislaw.com |
| Kenneth Misken | UST | Kenneth.M.Misken@usdoj.gov |
| Leslie Skorheim | UST | leslie.skorheim@usdoj.gov |
| Queenie Ng | UST | Queenie.K.Ng@usdoj.gov |
| Jenny L Doling | | jd@jdl.law |

***SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.***

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**

2.     <u>**SERVED BY U.S. MAIL**</u>

Debtor:
**The Litigation Practice Group P.C.**
17542 17th St., Suite 100
Tustin, CA 92780

**Jason Patterson Stopnitzky**
52 Cupertino Circle
Aliso Viejo, CA 92656

**Grobstein Teeple LLP**
23832 Rockfield Blvd suite 245
Lake Forest, CA 92630

**Consumer Privacy Ombudsman**
Lucy L. Thomson
1455 Pennsylvania Avenue, N.W. Suite 400
Washington, D.C. 20004

3.     <u>**SERVED BY (state method for each person served):**</u>

<u>**PERSONAL DELIVERY, FACSIMILE OR EMAIL**</u>

Judge's Copy

Honorable Scott C. Clarkson – bin on the 5th Floor

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*        **F 9013-3.1.PROOF.SERVICE**