PETER C. ANDERSON
United States Trustee
Kenneth M. Misken (SBN 349167)
Assistant United States Trustee
Ronald Reagan Federal Building
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Tel: (714) 338-3400
Fax: (714) 338-3421
Kenneth.M.Misken@usdoj.gov

FILED & ENTERED

JUL 17 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte     DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

**THE LITIGATION PRACTICE GROUP, P.C.,**

    Debtor.

CASE NUMBER: **8:23-bk-10571-SC**

CHAPTER 11

ORDER APPROVING THE APPOINTMENT OF A CONSUMER PRIVACY OMBUDSMAN

[NO HEARING REQUIRED]

The Court having read and considered the United States Trustee's Notice of Appointment of Consumer Privacy Ombudsman and having reviewed the Acceptance of Appointment and Verified Statement of Consumer Privacy Ombudsman, [Docket #251], and good cause appearing therefore:

IT IS HEREBY ORDERED, that Lucy L. Thomson is appointed Consumer Privacy Ombudsman.

Date: July 17, 2023

Scott C. Clarkson
United States Bankruptcy Judge

1