ERIC BENSAMOCHAN, Esq.   SBN 255482
THE BENSAMOCHAN LAW FIRM, INC.
9025 Wilshire Blvd. Suite 215
Beverly Hills, CA 90211
Tel. (818) 574-5740
Fax. (818) 961-0138
Email: eric@eblawfirm.us

Jeffrey I. Golden, State Bar No. 133040
Email: jgolden@go2.law
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorney for Creditor Affirma, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| In re:<br><br>THE LITIGATION PRACTICE GROUP.<br><br>Debtor | Case No.: 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**STATEMENT BY AFFIRMA, LLC IN SUPPORT OF CHAPTER 11 TRUSTEE'S MOTION TO SELL PROPERTY OF THE ESTATE AND TO THE TRUSTEE'S POCKET BRIEF OF CHAPTER 11 TRUSTEE RICHARD A. MARSHACK ON COURT'S AUTHORITY TO APPROVE THE SALE MOTION, (DOCKET NOS. 191 and 260)** |
|---|---|

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR AND ITS COUNSEL, THE CHAPTER 11 TRUSTEE AND HIS COUNSEL, THE OFFICE OF THE UNITED STATES TRUSTEE, THE TWENTY LARGEST UNSECURED CREDITORS, IF KNOWN, AND ALL OTHER CREDITORS AND PARTIES IN INTEREST:**

Creditor, Affirma LLC, through and by counsel does hereby file this statement in support of the Trustee's motion to sell property of the estate (Docket No. 191) and the Pocket Brief of Chapter 11 Trustee Richard A. Marshack on Court's Authority to Approve the Sale Motion, (Docket No. 260). Affirma reserves all rights to supplement or object to any proposed buyer.

Dated: July 19, 2023                                The Bensamochan Law Firm, Inc.

/s/Eric Bensamochan
Eric Bensamochan, Esq.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

9025 Wilshire Blvd. Suite 215
Beverly Hills, CA 90211

A true and correct copy of the foregoing document entitled (*specify*): __ **STATEMENT BY AFFIRMA, LLC IN SUPPORT OF CHAPTER 11 TRUSTEE'S MOTION TO SELL PROPERTY OF THE ESTATE AND TO THE TRUSTEE'S POCKET BRIEF OF CHAPTER 11 TRUSTEE RICHARD A. MARSHACK ON COURT'S AUTHORITY TO APPROVE THE SALE MOTION, (DOCKET NOS. 191 and 260)** ____will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **_07/19/2023_**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**United States Trustee (SA):** ustpregion16.sa.ecf@usdoj.gov
**Kenneth Misken:** Kenneth.M.Misken@usdoj.gov
**Queenie K Ng:** queenie.k.ng@usdoj.gov
**Leslie Skorheim:** leslie.skorheim@usdoj.gov
**The Litigation Practice Group P.C., represented by: Joon M Khang:** joon@khanglaw.com
**United Partnerships, LLC:** info@fortislaw.com, represented by:
**Paul R Shankman:** PShankman@fortislaw.com
**Lucy L. Thomson:** lucythomson_cpo@earthlink.net
**Paul R. Shankman:** PShankman@fortislaw.com
**SDCO Tustin Executive Center, Inc., Ronald K Brown:** ron@rkbrownlaw.com
**Phillip A. Greenblatt, PLLC:** mlieberman@lipsonneilson.com
**Teri T Pham:** tpham@epglawyers.com
**OHP-CDR, LP, Razmig Izakelian:** razmigizakelian@quinnemanuel.com
**Byron Z Moldo:** bmoldo@ecjlaw.com
**Richard A Marshack (TR):** pkraus@marshackhays.com
**Christopher Celentino:** christopher.celentino@dinsmore.com
**Christopher Ghio:** christopher.ghio@dinsmore.com
**D Edward Hays:** ehays@marshackhays.com
**Yosina M Lissebeck:** Yosina.Lissebeck@Dinsmore.com
**Laila Masud:** lmasud@marshackhays.com
**Jonathan Serrano:** jonathan.serrano@dinsmore.com
**Richard H Golubow:** rgolubow@wghlawyers.com
**Garrick A Hollander:** ghollander@wghlawyers.com
**Daniel A Lev:** daniel.lev@gmlaw.com
**Jenny L Doling:** jd@jdl.law
**Hi Bar Capital LLC,  Olivia Scott:** olivia.scott3@bclplaw.com
                        **Sharon Z. Weiss:** sharon.weiss@bclplaw.com
**Grobstein Teeple LLP:** jteeple@gtllp.com
**Debt Relief Group, LLC,   Johnny White:** JWhite@wrslawyers.com
**Ira David Kharasch:** ikharasch@pszjlaw.com
**Shawn M Christianson:** cmcintire@buchalter.com
**Leslie A Cohen:** leslie@lesliecohenlaw.com
**Jeffrey I Golden:**  jgolden@go2.law
**Meredith King:** mking@fsl.law
**David S Kupetz:**  David.Kupetz@lockelord.com
**Christopher J Langley:** chris@slclawoffice.com
**Daniel A Lev:**  daniel.lev@gmlaw.com
**Laila Masud:**  lmasud@marshackhays.com
**Alan I Nahmias:** anahmias@mbn.law

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                      **F 9013-3.1.PROOF.SERVICE**

**Victoria Newmark:** vnewmark@pszjlaw.com
**Ronald N Richards:** ron@ronaldrichards.com
**Gregory M Salvato:** gsalvato@salvatoboufadel.com
**Andrew Still:** astill@swlaw.com
**Johnny White:** JWhite@wrslawyers.com
**Daniel A Lev:** daniel.lev@gmlaw.com
**Committee of Unsecured Creditors:** nkoffroth@foxrothschild.com
**Nicholas A Koffroth:** nkoffroth@foxrothschild.com
**Keith C Owens:** kowens@foxrothschild.com
**Randall Baldwin Clark:** rbc@randallbclark.com
**Alan Craig Hochheiser:** ahochheiser@mauricewutscher.com
**Carolyn Beech:** courtecl@edcombs.com
**Daniel A Edelman:** dedelman@edcombs.com
**Olivia Scott:** olivia.scott3@bclplaw.com
**Sharon Z. Weiss:** sharon.weiss@bclplaw.com
**Mari Agape:** js@brockgonzales.com
**Gregory M Salvato:** gsalvato@salvatoboufadel.com
**Ira David Kharasch:** ikharasch@pszjlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) __**07/19/2023**__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**Hon. Scott C. Clarkson**
**United States Bankruptcy Court**
**Central District of California**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Suite 5130 / Courtroom 5C**
**Santa Ana, CA 92701-4593**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/19/2023 | Paulina Buitron | /s/Paulina Buitron |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing          City Capital NY                          Committee of Unsecured Creditors
0973-8                                    c/o Maurice Wutscher LLP                c/o Fox Rothschild LLP
Case 8:23-bk-10571-SC                     23611 Chagrin Blvd. Suite 207           Attn: Nicholas A. Koffroth
Central District of California            Beachwood, OH 44122-5540                10250 Constellation Blvd.
Santa Ana                                                                         Suite 900
Wed Jul 19 10:25:39 PDT 2023                                                      Los Angeles, CA 90067-6275

Dinsmore & Shohl LLP                      Grobstein Teeple LLP                    Marshack Hays LLP
655 W Broadway Ste 800                    Grobstein Teeple LLP                    870 Roosevelt
San Diego, Ca 92101-8482                  23832 Rockfield Blvd suite 245          Irvine, CA 92620-3663
                                          Lake Forest, CA 92630-2884


SDCO Tustin Executive Center, Inc.        The Litigation Practice Group P.C.     United Partnerships, LLC
c/o RONALD K. BROWN, JR.                  17542 17th St                           Fortis LLP
901 DOVE ST., SUITE 120                   Suite 100                               650 Town Center Drive
NEWPORT BEACH, CA 92660-3018              Tustin, CA 92780-1981                   Ste 1530
                                                                                  Costa Mesa, CA 92626-7021


Santa Ana Division                        ACB Holdings, LP                        Aaron Davis
411 West Fourth Street, Suite 2030,       c/o Old Hickory Partners                P.O. Box 735
Santa Ana, CA 92701-4500                  303 Colorado Street, Suite 2550         Custer, SD 57730-0735
                                          Austin, TX 78701-0023


Abigail Beaudin                           Affirma, LLC                            Ajilon
64 Thompson Street, APT 16                c/o Caesar Mercado                      Lockbox: Dept CH 14031
New York, NY 10012-4317                   P.O. Box 515827                         Palatine, IL 60055-0001
                                          Los Angeles, CA 90051-3127


Alan Roberts                              Alexandra H Lutfi                       Alice Stanton
1014 Broadway                             11020 Alta Mesa Road                    160 Brookdale Ln
325                                       Victorville Ca 92392-1828               Indiana PA 15701-6301
Santa Monica CA 90401
Santa Monica, CA 90401-2808


American Express National Bank            Angela Denise Blair                     Anibal Colon Jr
c/o Becket and Lee LLP                    8711 HAYSHED LN                         c/o Alexander Taylor, Esq.
PO Box 3001                               APT 24                                  Sulaiman Law Group Ltd
Malvern  PA 19355-0701                    COLUMBIA, MD 21045-2849                 2500 S. Highland Ave, Ste 200
                                                                                  Lombard, IL 60148-7103


Anthem Blue Cross                         April Riedy                             Arizona Dept of Economic Security
PO Box 511300                             3949 Clubview Avenue                    PO Box 6028
Los Angeles, CA 90051-7855                West Bloomfield Township, MI 48324-2807 Phoenix, AZ 85005-6028


Arkansas Department of Finance and Administr  Arkansas Dept of Finance & Admin    Arven Allen Knight
Revenue Legal Counsel                     PO Box 9941, Little Rock, AR 72203-9941 1805 23rd St SE Apt 252B
P.O. Box 1272, Rm. 2380                   Little Rock, AR 72203-9941              Washington DC 20020-4550
Little Rock, AR 72203-1272


Ashley Glockner                           Azevedo Solutions Groups, Inc           Beverly Graham
369 W bay street                          420 Adobe Canyon Rd                     c/o Bobby Walker, Esq.
Unit D                                    Kenwood, CA 95452-9048                  Sulaiman Law Group
Costa Mesa, CA 92627-5748                                                         2500 S. Highland Ave, Ste 200
                                                                                  Lombard, IL 60148-7103
```

| | | |
|---|---|---|
| Blanche whealdon<br>1317 harvard avenue<br>Natrona heights, PA 15065-1424 | Blue Cross of California d/b/a Anthem Blue C<br>c/o Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1803 | Bonita Marie Scott<br>2132 Ohio Ave<br>Columbus, IN 47201-6444 |
| Bradley James Mazan<br>2073 US Hwy 50<br>Batavia, OH 45103-8616 | Brianne Pusztai<br>27784 Inverness<br>Mission Viejo, CA 92692-1544 | Brittany Weston, Esq.<br>3070 Bristol Pike, Suite 1-115<br>Bensalem, PA 19020-5356 |
| Business Centers of America<br>1100 Sir Francis Drake Blvd<br>Ste 1<br>Kentfield, CA 94904-1476 | CT Corporation - Inv<br>PO Box 4349<br>Carol Stream, IL 60197-4349 | California Dept. of Tax and Fee Administrati<br>Collections Support Bureau, MIC: 55<br>PO Box 942879<br>Sacramento, CA 94279-0001 |
| California Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257-0001 | Carl Oswald Wuestehube<br>33832 Diana Drive<br>Dana Point, CA 92629-2309 | Carolina Technologies & Consulting Invoice<br>1854 Hendersonville Road, Suite A<br>PMB #178<br>Asheville, NC 28803-2495 |
| Carolyn Beech<br>c/o Daniel Edelman, Esq.<br>20 South Clark St., Ste1500<br>Chicago, IL 60603-1824 | Christine Johnson<br>7807 171st Place<br>Tinley Park, IL 60477-3267 | Cindy Newman<br>19962 Nipona ct<br>Riverside CA 92508-3231 |
| City Capital NY<br>1135 Kane Concourse<br>Bay Harbour Islands, FL 33154-2025 | Collaboration Advisors<br>400 Dorla Court<br>Zephyr Cove, NV 89448 | Cory Reade Dows and Shafer<br>1333 N Buffalo Drive<br>Suite 210<br>Las Vegas, NV 89128-3636 |
| Credit Reporting Service Inc<br>548 Market St, Suite 72907<br>San Francisco, CA 94104-5401 | Darcy Williamson, Trustee<br>510 SW 10th<br>Topeka, KS 66612-1606 | David Orr, Esq.<br>26053 Balsawood Ct<br>Wesley Chape, FL 33544-2008 |
| David Ulery<br>c/o Joshua Eggnatz, Esq,<br>EGGNATZ<br> PASCUCCI<br>7450 Griffin Road, Suite 230<br>Davie, FL 33314-4104 | Debra M Archambault<br>5 Carlann Lane<br>Valley Cottage, NY 10989-1409 | Debra Price<br>c/o Robert Cocco<br>1500 Walnut St, Ste 900<br>Philadelphia, PA 19102-3518 |
| Debt Pay Pro<br>1900 E Golf Road, Suite 550<br>Schaumburg, IL 60173-5870 | Debt Validation Fund II, LLC<br>5075 Lower Valley Road<br>Atglen, PA 19310-1774 | Denise Burtchell<br>185 Old Canterbury Tpke<br>Norwich, CT 06360-1709 |
| Dennis Theriault<br>PO Box 110<br>Milan, NH 03588-0110 | (p)WA STATE DEPT OF LABOR & INDUSTRIES<br>BANKRUPTCY UNIT<br>PO BOX 44171<br>OLYMPIA WA 98504-4171 | Diverse Capital LLC<br>323 Sunny Isles Blvd, Ste 503<br>Sunny Isles, FL 33160-4675 |

Document Fulfillment Services
2930 Ramona Ave #100
Sacramento, CA 95826-3838

Donald and Sharon Seal
338 N Adams St
Plentywood, MT 59254-1666

Douglas F. Stiele
6870 Flemming Circle
Prior Lake, MN 55372-2622


Douglas Stiele
6870 Flemming Circle
Prior Lake, MN 55372-2622

Edwin Valdivia Fitz
666 W 18th St
APt 9
Costa Mesa, CA 92627-5024

Employment Development Department
Bankruptcy Group MIC 92E, PO BOX 826880
Sacramento, CA 95814


EnergyCare, LLC
2925 N. Green Valley Parkway
Suite C
Henderson, NV 89014-0418

Executive Center LLC
5960 South Jones Blvd
Las Vegas, NV 89118-2610

Exela Enterprise Solutions
2701 E. Grauwyler Road
Irving, TX 75061-3414


Firas Abunada
18927 Hickory Creek Drive, Suite 115
Mokena, IL 60448-8660

First Legal Network, LLC
PO Box 743451
Los Angeles, CA 90074-3451

Forth Technology, Inc.
1900 E. Golf Road
Suite 550
Schaumburg, IL 60173-5870


Fundura Capital Group
80 Broad Street, Ste 3303
New York, NY 10004-2845

GHA Technologies Inc
8998 E Raintree Dr
Scottsdale, AZ 85260-7024

GHA Technologies Inc
Dept #2090
PO Box 29661
Phoenix, AZ 85038-9661


Gabriel Fernando Monroy
831 W Romneya Drive #831
Anaheim, CA 92801-2311

Geneve and Myranda Sheffield
c/o Jeremiah Heck, Esq
Luftman Heck & Assoc
6253 Riverside Dr, Ste 200
Dublin, OH 43017-5450

Georgia Dept of Labor
148 Andrew Young International Blvd, NE,
Atlanta, GA 30303-1751


Gerardo Guzman
5515 S. Emporia
Wichita, KS 67216-3610

Gloria Eaton
c/o Kris Skaar, Esq.
133 Mirramont Lake Dr.
Woodstock, GA 30189-8215

Haley Simmoneau
PO BOX 1364
Mustang, OK 73064-8364


Han Trinh
2128 W Cherry Dr
Orange, CA 92868-1927

Harrington Electric Inc
PO Box 886
Skyland, NC 28776-0886

Heba Qandeel-Kishta
7625 Brookside Glen Drive
Tinley Park, IL 60487-5197


Heidi Hirsch
726 N Beachwood Dr
Burbank, CA 91506-1630

Helen C Banks
9338 S Emerald Ave
Chicago, IL 60620-2743

Hunter Hastings
26847 Ellis Mill Rd
Seaford, DE 19973-4656


Imagine Reporting
1350 Columbia Street
Suite 703
San Diego, CA 92101-3456

(p)INDIANA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY
100 N SENATE AVE
INDIANAPOLIS IN 46204-2253

Indiana Dept of Revenue
PO Box 1028
INDIANAPOLIS, IN 46206-1028

| | | |
|---|---|---|
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Israel Orozco<br>115 E Date St<br>Brea, CA 92821-5428 | Ivy Burden-Pope<br>291 Altamonte Bay Club Circle<br>Apt 207<br>Altamonte Springs, FL 32701-5877 |
| JACLYN GOMEZ<br>109 Tottenham Lane<br>Elk Grove Village, IL 60007-3818 | JP Morgan Chase<br>3 Park Plaza, Ste 900<br>Irvine, CA 92614-5208 | James Hammett<br>c/o Jenna Dakraub<br>Price Law Group<br>8245 N. 85th Way<br>Scottsdale, AZ 85258-4349 |
| Jane Ann Dearwester<br>P.O. Box 7084<br>Asheville, NC 28802-7084 | Jason  Stopnitzky<br>Law Offices of Leslie E. Chayo<br>9454 Wilshire Blvd.,<br>Penthouse<br>Beverly Hills, CA 90212-2937 | Jennifer Ann McLaughlin<br>2145 Country Knoll Ct<br>Elgin, IL 60123-4903 |
| Jessica Jarboe<br>PO BOX 4392<br>KINGMAN AZ 86402<br>Kingman, AZ 86402-4392 | Joan P Schott<br>9303 Lands Point<br>San Antonio TX 78250-2876 | John Charles Porter<br>308 South Ramsey St<br>Manchester TN 37355-1735 |
| John Ray Soriano<br>1805 SE Lund Ave #1010<br>Port Orchard, WA 98366-5555 | Johnny RIzo<br>c/o Bobby Walker, Esq.<br>Sulaiman Law Group<br>2500 S. Highland Ave, Ste 200<br>Lombard, IL 60148-7103 | Jordan Michael Kurth<br>205 Walnut Drive<br>Eighty Four, PA 15330-8625 |
| Joseph C. Zoltek<br>1975 Terwood Road<br>Huntingdon Valley, PA 19006-5501 | Juize, Inc<br>PO Box 505<br>Murrieta, CA 92564-0505 | Justin Nguyen<br>3164 East Hazelwood, Unit A<br>Orange, CA 92869-7569 |
| Kaprise Cooper<br>5470 NW 88th Ave F104<br>Sunrise, FL 33351-4809 | Karen Suell<br>c/o Nathan C. Volheim, Esq<br>Sulaiman Law Group<br>2500 S. Highland Ave, Ste 200<br>Lombard, IL 60148-7103 | Kari B. Coniglio, Chapter 7 Trustee<br>200 Public Square, Suite 1400<br>Cleveland, OH 44114-2327 |
| Kathleen Lacey<br>c/o David Chami, Esq.<br>Price Law Group<br>8245 N. 85th Way<br>Scottsdale, AZ 85258-4349 | Kathleen Scarlett<br>c/o Jeremiah Heck, Esq.<br>Luftman Heck & Assoc<br>6253 Riverside Dr, Ste 200<br>Dublin, OH 43017-5450 | Kelley M. Stiele<br>6870 Flemming Circle<br>Prior Lake, MN 55372-2622 |
| Kelly Dooley<br>12591 Bryant St<br>Broomfield CO 80020-3847 | Kenneth Hutchins<br>PO Box 162035<br>Sacramento, CA 95816-2035 | Kenneth Topp<br>c/o Nathan Volheim, Esq<br>Sulaiman Law Group Ltd<br>2500 S Highland Ave, Ste 200<br>Lombard, IL 60148-7103 |
| Kevin Carpenter<br>c/o Alexander Taylor, Esq,<br>Sulaiman Law Group Ltd<br>2500 S. Highland Ave, Ste 200<br>Lombard, IL 60148-7103 | Kimberly Birdsong<br>c/o Alexander J. Taylor, Esq.<br>SULAIMANLAW GROUP<br>2500 South Highland Ave<br>Suite 200<br>Lombard, IL 60148-7103 | Krisp Technologies, Inc<br>2150 Shattuck Ave<br>Penthouse 1300<br>Berkeley, CA 94704-1347 |

| | | |
|---|---|---|
| LHH RS<br>c/o Steven Rebidas<br>4800 Deerwood Campus Parkway<br>BLDG 800<br>Jacksonville FL 32246-8319 | Laura Cerv<br>280 Black Oak Cove Road<br>Candler, NC 28715-8139 | LexisNexus<br>15500 B Rockfield Blvd<br>Irvine, CA 92618-2722 |
| Liberty Mutual<br>PO Box 91013<br>Chicago, IL 60680-1171 | Lisa Gore<br>2734 W. 18th Avenue, Apt. 1F<br>Chicago, IL 60608-1798 | Lorraine Dineen<br>1026 Swinton Ave<br>Bronx, NY 10465-1921 |
| MC DVI Fund 1, LLC; MC DVI Fund 2, LLC<br>1598 Cottonwood Dr<br>Glenview, IL 60026-7769 | MDL Group c/o Executive Center LLC<br>5960 South Jones Boulevard<br>Las Vegas, NV 89118-2610 | Marc LeMauviel<br>326 Macneil Way<br>Weaverville, NC 28787-6700 |
| Marc Lemauviel - Allegra<br>326 MacNeil Way<br>Weaverville, NC 28787-6700 | Marich Bein LLC<br>99 Wall Street<br>Ste 2669<br>New York, NY 10005-4301 | MarkSYS Holdings, LLC<br>3725 Cincinnati Ave<br>Suite 200<br>Rocklin, CA 95765-1220 |
| Melissa L. and Shiva L. Sooknanan<br>1584 Apache Way<br>Clarksville, TN 37042-8178 | Michael D Lieberman<br>3910 Telegraph Road, Suite 200<br>Bloomfield Hills, MI 48302-1461 | Michael O'Sullivan<br>1530 River Drive<br>Apt K300<br>Tampa, FL 33603-3050 |
| Michael Schwartz<br>3968 Lowry Avenue<br>Cincinnati, OH 45229-1310 | Michael Yancey III<br>8245 N 85th Way<br>Scottsdale, AZ 85258-4349 | Michael and Sarah Pierce<br>122 Southshore Drive<br>Jackson, TN 38305-6223 |
| Miguel A Zuanabar Jr<br>812 Sumner Street<br>Addison, IL 60101-1338 | Mississippi Department of Revenue<br>ATTN: Bankruptcy Section<br>P. O. Box 22808<br>Jackson, MS 39225-2808 | Mississippi Dept of Revenue<br>PO Box 23075<br>Jackson, MS 39225-3075 |
| Murry S. Bushnell<br>1717 s cushman ave<br>Tacoma, WA 98405-3535 | Natalka Palmer<br>217 NW Riverfront Street<br>Bend, OR 97703-2528 | Nationwide Appearance Attorneys<br>5737 Kanan Rd #628<br>Agoura Hills, CA 91301-1601 |
| Netsuite-Oracle<br>2300 Oracle Way<br>Austin, TX 78741-1400 | Nevada Dept of Taxation<br>1550 College Parkway, Suite 115<br>Carson City, NV 89706-7939 | OHP-CDR, LP<br>c/o Quinn Emanuel Urquhart & Sullivan LL<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-5003 |
| Olga Lucia Esquivel<br>25526 Maier Circle<br>Menifee, CA 92585-8881 | Outsource Accelerator Ltd<br>City Marque Limited, Unit 8801-2<br>Bldg 244-248 Des Voeux Rd<br>Central Hong Kong | Paola Gomez<br>19542 Pompano Ln<br>103<br>Huntington Beach, CA 92648-6424 |

| | | |
|---|---|---|
| Peter Schneider<br>12115 NE 165th PL<br>Bothell, WA 98011-7115 | Phillip A. Greenblatt, PLLC<br>P.O. Box 4270<br>Suite 200<br>Southfield, MI 48037-4270 | Phuong Trinh<br>2128 W Cherry Dr<br>Orange, CA 92868-1927 |
| Pitney Bowes<br>PO Box 981026<br>Boston, MA 02298-1026 | Pitney Bowes Inc<br>27 Waterview Dr, 3rd Fl<br>Shelton, CT 06484-4361 | R. Reed Pruyn<br>3524 West Overlook Drive<br>Layton, UT 84041-7144 |
| Rapid Credit Inc<br>3558 Round Barn Blvd<br>Suite 200<br>Santa Rosa, CA 95403-0991 | Rebecca S. Coulter<br>358 Cass Pl<br>Canton, IL 61520-1720 | Robert Newman<br>2800 Southwind Ave<br>Lake Havasu, AZ 86406-8574 |
| Ronald W. Moore<br>101 Aberdeen Chase Dr., Apt. D<br>Easley, SC 29640-3079 | Rosie Niku<br>9061 Keith Ave #101<br>West Hollywood, CA 90069-5532 | SBS Leasing A Program of De Lage Landen<br>PO Box 41602<br>Philadelphi, PA 19101-1602 |
| STATE OF NEVADA DEPARTMENT OF TAXATION<br>700 E WARM SPRINGS RD STE 200<br>LAS VEGAS, NV 89119-4311 | Sabrina Cazeau<br>3623 nw 30th place apt 305<br>Fort Lauderdale, FL 33311-8575 | Salvatore Porcaro<br>72 Dorset Drive<br>Clark, NJ 07066-3010 |
| Security Solutions<br>10911 Bloomfield St<br>Los Alamitos, CA 90720-2506 | Sharp Business Systems<br>8670 Argent St<br>Santee, CA 92071-4172 | Sherri Chen<br>3164 East Hazelwood<br>Unit A<br>Orange, CA 92869-7569 |
| Stefan Dahlkvist<br>7876 Laurel Canyon Blvd<br>Los Angeles CA 90046 | Steve Malu<br>2582 Se 18th Ave<br>Gainesville FL 32641-1211 | Streamline Performance Inc<br>1551 N Tustin, #555<br>Santa Ana, CA 92705-8634 |
| Stris & Maher LLP<br>777 S Figueroa St, Ste 3850<br>Los Angeles, CA 90017-5838 | TaskUs Holdings, Inc.<br>1650 Independence Dr<br>New Braunfels, TX 78132-3959 | Teresa A. Piccolo<br>50 Fair Street, Apt. #1<br>Wallingford, CT 06492-4209 |
| Thanhhang Nguyen<br>2128 W Cherry Dr<br>Orange, CA 92868-1927 | The Bankruptcy Estate of<br>Steven Robert Verzal<br>1251 North Eddy Street<br>Suite 203<br>South Bend IN 46617-1478 | The Placide Group Co<br>624 Brookwood Lane<br>Maitland, FL 32751-5115 |
| The Woods Law Firm, LLC<br>360 Bloomfield Avenue<br>Suite 301<br>Windsor, CT 06095-2700 | The Woods Law Firm, P.C.<br>520 White Plains Road<br>Suite 500<br>Tarrytown, NY 10591-5118 | Thomas Ray<br>2312 Platinum Dr<br>Sun City Center, FL 33573-6495 |

| | | |
|---|---|---|
| Thomson Reuters<br>610 Opperman Drive<br>Eagen, MN 55123-1340 | Tustin Executive Center<br>1630 S Sunkist Street<br>Ste A<br>Anaheim, CA 92806-5816 | Twilio, Inc<br>101 Spear Street<br>Suite 500<br>San Francisco, CA 94105-1559 |
| Unified Global Research Group<br>1660 HOTEL CIR N STE S620<br>SAN DIEGO, CA 92108-2806 | United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4500 | Utah State Tax Commission<br>210 N 1950 W<br>Salt Lake City, UT 84134-9000 |
| Validation Partners LLC<br>1300 Sawgrass Pkwy<br>Ste 110<br>Sunrise, FL 33323 | Venture Partners LLC<br>1309 Coffeen Avenue STE 1200<br>Sheridan, WY 82801-5777 | Wisconsin Dept of Revenue<br>PO Box 8901<br>Madison, WI 53708-8901 |
| Byron Moldo<br>9401 Wilshire Boulevard, Twelfth Floor<br>Beverly Hills, CA 90212-2928 | Carolyn Beech<br>c/o Edelman, Combs, Latturner & Goodwin<br>20 S. Clark Street Ste 1500<br>Chicago, IL 60603-1824 | Eric Bensamochan<br>The Bensamochan Law Firm, Inc.<br>9025 Wilshire Blvd Suite 215<br>Beverly Hills, CA 90211-1825 |
| Jason Patterson Stopnitzky<br>52 Cupertino Circle<br>Aliso Viejo, CA 92656-8076 | Joon M Khang<br>KHANG & KHANG LLP<br>4000 Barranca Parkway, Suite 250<br>Irvine, CA 92604-1713 | Lucy L. Thomson<br>1455 Pennsylvania Avenue, N.W.<br>Suite 400<br>Washington, DC 20004-1017 |
| Mari Agape<br>c/o Brock & Gonzales, LLP<br>Attn: Jesse S. Stratos, Esq.<br>6701 Center Drive West, Ste 610<br>Los Angeles, CA 90045-1597 | Paul R. Shankman<br>Fortis LLP<br>650 Town Center Drive<br>Suite 1530<br>Suite 1530<br>Costa Mesa, CA 92626-7021 | Randall Baldwin Clark<br>Randall Baldwin Clark, Attorney at Law,<br>80A W Hollis Rd<br>Address2:<br>Address2:<br>Hollis, NH 03049-6406 |
| (p)RICHARD A MARSHACK<br>ATTN MARSHACK HAYS LLP<br>870 ROOSEVELT<br>IRVINE CA 92620-3663 | Teri Pham<br>Enenstein, Pham and Glass<br>3200 Bristol Street<br>Suite 500<br>Costa Mesa, CA 92626-1810 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dept of Labor and Industries<br>PO Box 34022<br>Seattle, WA 98124 | Indiana Department of Revenue<br>100 N. Senate Ave<br>Indianapolis, IN 46204 | Internal Revenue Service (IRS)<br>Internal Revenue Service<br>Ogden, UT 84201 |
| Richard A Marshack (TR)<br>Marshack Hays LLP<br>870 Roosevelt<br>Irvine, CA 92620 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ad Hoc Consumer Claimants Committee | (u)Anaheim Arena Management, LLC | (u)Anaheim Ducks Hockey Club, LLC |
| (u)Azzure Capital LLC | (u)Bicher & Associates | (u)Consumer Legal Group, P.C. |
| (u)Courtesy NEF | (u)Debt Relief Group, LLC | (u)Debt Validation Fund II, LLC |
| (u)Hi Bar Capital LLC | (u)INTERESTED PARTY | (u)Liberty Acquisitions Group Inc. |
| (u)MC DVI Fund 1, LLC | (u)MC DVI Fund 2, LLC | (u)OHP-CDR, LP |

(u)Phillip A. Greenblatt, PLLC

(d)Bonita Marie Scott
2132 Ohio Avenue
Columbus, IN 47201-6444

(d)City Capital NY
c/o Maurice Wutscher LLP
23611 Chagrin Blvd. Suite 207
Beachwood, OH 44122-5540

(d)WA State Department of Labor and Industrie
Bankruptcy unit
PO Box 44171
Olympia, WA 98504-4171

End of Label Matrix
Mailable recipients    199
Bypassed recipients     19
Total                  218