ERIC BENSAMOCHAN, Esq.   SBN 255482
THE BENSAMOCHAN LAW FIRM, INC.
9025 Wilshire Blvd. Suite 215
Beverly Hills, CA 90211
Tel. (818) 574-5740
Fax. (818) 961-0138
Email: eric@eblawfirm.us

Jeffrey I. Golden, State Bar No. 133040
Email: jgolden@go2.law
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone      714-966-1000
Facsimile      714-966-1002

Attorney for Creditor Oxford Knox, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP.<br><br><br><br>Debtor | Case No.: 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**STATEMENT BY OXFORD KNOX, LLC IN SUPPORT OF CHAPTER 11 TRUSTEE'S MOTION TO SELL PROPERTY OF THE ESTATE AND TO THE TRUSTEE'S POCKET BRIEF OF CHAPTER 11 TRUSTEE RICHARD A. MARSHACK ON COURT'S AUTHORITY TO APPROVE THE SALE MOTION, (DOCKET NOS. 191 and 260)** |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR AND ITS COUNSEL, THE CHAPTER 11 TRUSTEE AND HIS COUNSEL, THE OFFICE OF THE UNITED STATES TRUSTEE, THE TWENTY LARGEST UNSECURED CREDITORS, IF KNOWN, AND ALL OTHER CREDITORS AND PARTIES IN INTEREST:**

1

Creditor, Oxford Knox, LLC, through and by counsel does hereby file this statement in support of the Trustee's motion to sell property of the estate (Docket No. 191) and the Pocket Brief of Chapter 11 Trustee Richard A. Marshack on Court's Authority to Approve the Sale Motion, (Docket No. 260). Oxford Knox reserves all rights to supplement or object to any proposed buyer.

Dated: July 19, 2023					The Bensamochan Law Firm, Inc.

								/s/Eric Bensamochan
								Eric Bensamochan, Esq.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

9025 Wilshire Blvd. Suite 215
Beverly Hills, CA 90211

A true and correct copy of the foregoing document entitled (*specify*): **STATEMENT BY OXFORD KNOX, LLC IN SUPPORT OF CHAPTER 11 TRUSTEE'S MOTION TO SELL PROPERTY OF THE ESTATE AND TO THE TRUSTEE'S POCKET BRIEF OF CHAPTER 11 TRUSTEE RICHARD A. MARSHACK ON COURT'S AUTHORITY TO APPROVE THE SALE MOTION, (DOCKET NOS. 191 and 260)**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  **07/19/2023**  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**United States Trustee (SA):** ustpregion16.sa.ecf@usdoj.gov
**Kenneth Misken:** Kenneth.M.Misken@usdoj.gov
**Queenie K Ng:** queenie.k.ng@usdoj.gov
**Leslie Skorheim:** leslie.skorheim@usdoj.gov
**The Litigation Practice Group P.C., represented by: Joon M Khang:** joon@khanglaw.com
**United Partnerships, LLC:** info@fortislaw.com, represented by:
**Paul R Shankman:** PShankman@fortislaw.com
**Lucy L. Thomson:** lucythomson_cpo@earthlink.net
**Paul R. Shankman:** PShankman@fortislaw.com
**SDCO Tustin Executive Center, Inc., Ronald K Brown:** ron@rkbrownlaw.com
**Phillip A. Greenblatt, PLLC:** mlieberman@lipsonneilson.com
**Teri T Pham:** tpham@epglawyers.com
**OHP-CDR, LP, Razmig Izakelian:** razmigizakelian@quinnemanuel.com
**Byron Z Moldo:** bmoldo@ecjlaw.com
**Richard A Marshack (TR):** pkraus@marshackhays.com
**Christopher Celentino:** christopher.celentino@dinsmore.com
**Christopher Ghio:** christopher.ghio@dinsmore.com
**D Edward Hays:** ehays@marshackhays.com
**Yosina M Lissebeck:** Yosina.Lissebeck@Dinsmore.com
**Laila Masud:** lmasud@marshackhays.com
**Jonathan Serrano:** jonathan.serrano@dinsmore.com
**Richard H Golubow:** rgolubow@wghlawyers.com
**Garrick A Hollander:** ghollander@wghlawyers.com
**Daniel A Lev:** daniel.lev@gmlaw.com
**Jenny L Doling:**  jd@jdl.law
**Hi Bar Capital LLC,  Olivia Scott:** olivia.scott3@bclplaw.com
                     **Sharon Z. Weiss:** sharon.weiss@bclplaw.com
**Grobstein Teeple LLP:** jteeple@gtllp.com
**Debt Relief Group, LLC,   Johnny White:** JWhite@wrslawyers.com
**Ira David Kharasch:** ikharasch@pszjlaw.com
**Shawn M Christianson:** cmcintire@buchalter.com
**Leslie A Cohen:** leslie@lesliecohenlaw.com
**Jeffrey I Golden:**  jgolden@go2.law
**Meredith King:** mking@fsl.law
**David S Kupetz:** David.Kupetz@lockelord.com
**Christopher J Langley:** chris@slclawoffice.com
**Daniel A Lev:** daniel.lev@gmlaw.com
**Laila Masud:** lmasud@marshackhays.com
**Alan I Nahmias:** anahmias@mbn.law

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                **F 9013-3.1.PROOF.SERVICE**

**Victoria Newmark:** vnewmark@pszjlaw.com
**Ronald N Richards:** ron@ronaldrichards.com
**Gregory M Salvato:** gsalvato@salvatoboufadel.com
**Andrew Still:** astill@swlaw.com
**Johnny White:** JWhite@wrslawyers.com
**Daniel A Lev:** daniel.lev@gmlaw.com
**Committee of Unsecured Creditors:** nkoffroth@foxrothschild.com
**Nicholas A Koffroth:** nkoffroth@foxrothschild.com
**Keith C Owens:** kowens@foxrothschild.com
**Randall Baldwin Clark:** rbc@randallbclark.com
**Alan Craig Hochheiser:** ahochheiser@mauricewutscher.com
**Carolyn Beech:** courtecl@edcombs.com
**Daniel A Edelman:** dedelman@edcombs.com
**Olivia Scott:** olivia.scott3@bclplaw.com
**Sharon Z. Weiss:** sharon.weiss@bclplaw.com
**Mari Agape:** js@brockgonzales.com
**Gregory M Salvato:** gsalvato@salvatoboufadel.com
**Ira David Kharasch:** ikharasch@pszjlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) __**07/19/2023**__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**Hon. Scott C. Clarkson**
**United States Bankruptcy Court**
**Central District of California**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Suite 5130 / Courtroom 5C**
**Santa Ana, CA 92701-4593**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/19/2023 | Paulina Buitron | /s/Paulina Buitron |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-8<br>Case 8:23-bk-10571-SC<br>Central District of California<br>Santa Ana<br>Wed Jul 19 10:25:39 PDT 2023 | City Capital NY<br>c/o Maurice Wutscher LLP<br>23611 Chagrin Blvd. Suite 207<br>Beachwood, OH 44122-5540 | Committee of Unsecured Creditors<br>c/o Fox Rothschild LLP<br>Attn: Nicholas A. Koffroth<br>10250 Constellation Blvd.<br>Suite 900<br>Los Angeles, CA 90067-6275 |
| Dinsmore & Shohl LLP<br>655 W Broadway Ste 800<br>San Diego, Ca 92101-8482 | Grobstein Teeple LLP<br>Grobstein Teeple LLP<br>23832 Rockfield Blvd suite 245<br>Lake Forest, CA 92630-2884 | Marshack Hays LLP<br>870 Roosevelt<br>Irvine, CA 92620-3663 |
| SDCO Tustin Executive Center, Inc.<br>c/o RONALD K. BROWN, JR.<br>901 DOVE ST., SUITE 120<br>NEWPORT BEACH, CA 92660-3018 | The Litigation Practice Group P.C.<br>17542 17th St<br>Suite 100<br>Tustin, CA 92780-1981 | United Partnerships, LLC<br>Fortis LLP<br>650 Town Center Drive<br>Ste 1530<br>Costa Mesa, CA 92626-7021 |
| Santa Ana Division<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701-4500 | ACB Holdings, LP<br>c/o Old Hickory Partners<br>303 Colorado Street, Suite 2550<br>Austin, TX 78701-0023 | Aaron Davis<br>P.O. Box 735<br>Custer, SD 57730-0735 |
| Abigail Beaudin<br>64 Thompson Street, APT 16<br>New York, NY 10012-4317 | Affirma, LLC<br>c/o Caesar Mercado<br>P.O. Box 515827<br>Los Angeles, CA 90051-3127 | Ajilon<br>Lockbox: Dept CH 14031<br>Palatine, IL 60055-0001 |
| Alan Roberts<br>1014 Broadway<br>325<br>Santa Monica CA 90401<br>Santa Monica, CA 90401-2808 | Alexandra H Lutfi<br>11020 Alta Mesa Road<br>Victorville Ca 92392-1828 | Alice Stanton<br>160 Brookdale Ln<br>Indiana PA 15701-6301 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Angela Denise Blair<br>8711 HAYSHED LN<br>APT 24<br>COLUMBIA, MD 21045-2849 | Anibal Colon Jr<br>c/o Alexander Taylor, Esq.<br>Sulaiman Law Group Ltd<br>2500 S. Highland Ave, Ste 200<br>Lombard, IL 60148-7103 |
| Anthem Blue Cross<br>PO Box 511300<br>Los Angeles, CA 90051-7855 | April Riedy<br>3949 Clubview Avenue<br>West Bloomfield Township, MI 48324-2807 | Arizona Dept of Economic Security<br>PO Box 6028<br>Phoenix, AZ 85005-6028 |
| Arkansas Department of Finance and Administr<br>Revenue Legal Counsel<br>P.O. Box 1272, Rm. 2380<br>Little Rock, AR 72203-1272 | Arkansas Dept of Finance & Admin<br>PO Box 9941, Little Rock, AR 72203-9941<br>Little Rock, AR 72203-9941 | Arven Allen Knight<br>1805 23rd St SE Apt 252B<br>Washington DC 20020-4550 |
| Ashley Glockner<br>369 W bay street<br>Unit D<br>Costa Mesa, CA 92627-5748 | Azevedo Solutions Groups, Inc<br>420 Adobe Canyon Rd<br>Kenwood, CA 95452-9048 | Beverly Graham<br>c/o Bobby Walker, Esq.<br>Sulaiman Law Group<br>2500 S. Highland Ave, Ste 200<br>Lombard, IL 60148-7103 |

```
Blanche whealdon                 Blue Cross of California d/b/a Anthem Blue C    Bonita Marie Scott
1317 harvard avenue              c/o Shipman & Goodwin LLP                       2132 Ohio Ave
Natrona heights, PA 15065-1424   One Constitution Plaza                          Columbus, IN 47201-6444
                                 Hartford, CT 06103-1803


Bradley James Mazan              Brianne Pusztai                                 Brittany Weston, Esq.
2073 US Hwy 50                   27784 Inverness                                 3070 Bristol Pike, Suite 1-115
Batavia, OH 45103-8616           Mission Viejo, CA 92692-1544                    Bensalem, PA 19020-5356


Business Centers of America      CT Corporation - Inv                            California Dept. of Tax and Fee Administrati
1100 Sir Francis Drake Blvd      PO Box 4349                                     Collections Support Bureau, MIC: 55
Ste 1                            Carol Stream, IL 60197-4349                     PO Box 942879
Kentfield, CA 94904-1476                                                         Sacramento, CA 94279-0001


California Franchise Tax Board   Carl Oswald Wuestehube                          Carolina Technologies & Consulting Invoice
PO Box 942857                    33832 Diana Drive                               1854 Hendersonville Road, Suite A
Sacramento, CA 94257-0001        Dana Point, CA 92629-2309                       PMB #178
                                                                                 Asheville, NC 28803-2495


Carolyn Beech                    Christine Johnson                               Cindy Newman
c/o Daniel Edelman, Esq.         7807 171st Place                                19962 Nipona ct
20 South Clark St., Ste1500      Tinley Park, IL 60477-3267                      Riverside CA 92508-3231
Chicago, IL 60603-1824


City Capital NY                  Collaboration Advisors                          Cory Reade Dows and Shafer
1135 Kane Concourse              400 Dorla Court                                 1333 N Buffalo Drive
Bay Harbour Islands, FL 33154-2025  Zephyr Cove, NV 89448                        Suite 210
                                                                                 Las Vegas, NV 89128-3636


Credit Reporting Service Inc     Darcy Williamson, Trustee                       David Orr, Esq.
548 Market St, Suite 72907       510 SW 10th                                     26053 Balsawood Ct
San Francisco, CA 94104-5401     Topeka, KS 66612-1606                           Wesley Chape, FL 33544-2008


David Ulery                      Debra M Archambault                             Debra Price
c/o Joshua Eggnatz, Esq,         5 Carlann Lane                                  c/o Robert Cocco
EGGNATZ                          Valley Cottage, NY 10989-1409                   1500 Walnut St, Ste 900
 PASCUCCI                                                                        Philadelphia, PA 19102-3518
7450 Griffin Road, Suite 230
Davie, FL 33314-4104

Debt Pay Pro                     Debt Validation Fund II, LLC                    Denise Burtchell
1900 E Golf Road, Suite 550      5075 Lower Valley Road                          185 Old Canterbury Tpke
Schaumburg, IL 60173-5870        Atglen, PA 19310-1774                           Norwich, CT 06360-1709


Dennis Theriault                 (p)WA STATE DEPT OF LABOR & INDUSTRIES          Diverse Capital LLC
PO Box 110                       BANKRUPTCY UNIT                                 323 Sunny Isles Blvd, Ste 503
Milan, NH 03588-0110             PO BOX 44171                                    Sunny Isles, FL 33160-4675
                                 OLYMPIA WA 98504-4171
```

| | | |
|---|---|---|
| Document Fulfillment Services<br>2930 Ramona Ave #100<br>Sacramento, CA 95826-3838 | Donald and Sharon Seal<br>338 N Adams St<br>Plentywood, MT 59254-1666 | Douglas F. Stiele<br>6870 Flemming Circle<br>Prior Lake, MN 55372-2622 |
| Douglas Stiele<br>6870 Flemming Circle<br>Prior Lake, MN 55372-2622 | Edwin Valdivia Fitz<br>666 W 18th St<br>APt 9<br>Costa Mesa, CA 92627-5024 | Employment Development Department<br>Bankruptcy Group MIC 92E, PO BOX 826880<br>Sacramento, CA 95814 |
| EnergyCare, LLC<br>2925 N. Green Valley Parkway<br>Suite C<br>Henderson, NV 89014-0418 | Executive Center LLC<br>5960 South Jones Blvd<br>Las Vegas, NV 89118-2610 | Exela Enterprise Solutions<br>2701 E. Grauwyler Road<br>Irving, TX 75061-3414 |
| Firas Abunada<br>18927 Hickory Creek Drive, Suite 115<br>Mokena, IL 60448-8660 | First Legal Network, LLC<br>PO Box 743451<br>Los Angeles, CA 90074-3451 | Forth Technology, Inc.<br>1900 E. Golf Road<br>Suite 550<br>Schaumburg, IL 60173-5870 |
| Fundura Capital Group<br>80 Broad Street, Ste 3303<br>New York, NY 10004-2845 | GHA Technologies Inc<br>8998 E Raintree Dr<br>Scottsdale, AZ 85260-7024 | GHA Technologies Inc<br>Dept #2090<br>PO Box 29661<br>Phoenix, AZ 85038-9661 |
| Gabriel Fernando Monroy<br>831 W Romneya Drive #831<br>Anaheim, CA 92801-2311 | Geneve and Myranda Sheffield<br>c/o Jeremiah Heck, Esq<br>Luftman Heck & Assoc<br>6253 Riverside Dr, Ste 200<br>Dublin, OH 43017-5450 | Georgia Dept of Labor<br>148 Andrew Young International Blvd, NE,<br>Atlanta, GA 30303-1751 |
| Gerardo Guzman<br>5515 S. Emporia<br>Wichita, KS 67216-3610 | Gloria Eaton<br>c/o Kris Skaar, Esq.<br>133 Mirramont Lake Dr.<br>Woodstock, GA 30189-8215 | Haley Simmoneau<br>PO BOX 1364<br>Mustang, OK 73064-8364 |
| Han Trinh<br>2128 W Cherry Dr<br>Orange, CA 92868-1927 | Harrington Electric Inc<br>PO Box 886<br>Skyland, NC 28776-0886 | Heba Qandeel-Kishta<br>7625 Brookside Glen Drive<br>Tinley Park, IL 60487-5197 |
| Heidi Hirsch<br>726 N Beachwood Dr<br>Burbank, CA 91506-1630 | Helen C Banks<br>9338 S Emerald Ave<br>Chicago, IL 60620-2743 | Hunter Hastings<br>26847 Ellis Mill Rd<br>Seaford, DE 19973-4656 |
| Imagine Reporting<br>1350 Columbia Street<br>Suite 703<br>San Diego, CA 92101-3456 | (p)INDIANA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY<br>100 N SENATE AVE<br>INDIANAPOLIS IN 46204-2253 | Indiana Dept of Revenue<br>PO Box 1028<br>INDIANAPOLIS, IN 46206-1028 |

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Israel Orozco
115 E Date St
Brea, CA 92821-5428

Ivy Burden-Pope
291 Altamonte Bay Club Circle
Apt 207
Altamonte Springs, FL 32701-5877

JACLYN GOMEZ
109 Tottenham Lane
Elk Grove Village, IL 60007-3818

JP Morgan Chase
3 Park Plaza, Ste 900
Irvine, CA 92614-5208

James Hammett
c/o Jenna Dakraub
Price Law Group
8245 N. 85th Way
Scottsdale, AZ 85258-4349

Jane Ann Dearwester
P.O. Box 7084
Asheville, NC 28802-7084

Jason Stopnitzky
Law Offices of Leslie E. Chayo
9454 Wilshire Blvd.,
Penthouse
Beverly Hills, CA 90212-2937

Jennifer Ann McLaughlin
2145 Country Knoll Ct
Elgin, IL 60123-4903

Jessica Jarboe
PO BOX 4392
KINGMAN AZ 86402
Kingman, AZ 86402-4392

Joan P Schott
9303 Lands Point
San Antonio TX 78250-2876

John Charles Porter
308 South Ramsey St
Manchester TN 37355-1735

John Ray Soriano
1805 SE Lund Ave #1010
Port Orchard, WA 98366-5555

Johnny RIzo
c/o Bobby Walker, Esq.
Sulaiman Law Group
2500 S. Highland Ave, Ste 200
Lombard, IL 60148-7103

Jordan Michael Kurth
205 Walnut Drive
Eighty Four, PA 15330-8625

Joseph C. Zoltek
1975 Terwood Road
Huntingdon Valley, PA 19006-5501

Juize, Inc
PO Box 505
Murrieta, CA 92564-0505

Justin Nguyen
3164 East Hazelwood, Unit A
Orange, CA 92869-7569

Kaprise Cooper
5470 NW 88th Ave F104
Sunrise, FL 33351-4809

Karen Suell
c/o Nathan C. Volheim, Esq
Sulaiman Law Group
2500 S. Highland Ave, Ste 200
Lombard, IL 60148-7103

Kari B. Coniglio, Chapter 7 Trustee
200 Public Square, Suite 1400
Cleveland, OH 44114-2327

Kathleen Lacey
c/o David Chami, Esq.
Price Law Group
8245 N. 85th Way
Scottsdale, AZ 85258-4349

Kathleen Scarlett
c/o Jeremiah Heck, Esq.
Luftman Heck & Assoc
6253 Riverside Dr, Ste 200
Dublin, OH 43017-5450

Kelley M. Stiele
6870 Flemming Circle
Prior Lake, MN 55372-2622

Kelly Dooley
12591 Bryant St
Broomfield CO 80020-3847

Kenneth Hutchins
PO Box 162035
Sacramento, CA 95816-2035

Kenneth Topp
c/o Nathan Volheim, Esq
Sulaiman Law Group Ltd
2500 S Highland Ave, Ste 200
Lombard, IL 60148-7103

Kevin Carpenter
c/o Alexander Taylor, Esq,
Sulaiman Law Group Ltd
2500 S. Highland Ave, Ste 200
Lombard, IL 60148-7103

Kimberly Birdsong
c/o Alexander J. Taylor, Esq.
SULAIMANLAW GROUP
2500 South Highland Ave
Suite 200
Lombard, IL 60148-7103

Krisp Technologies, Inc
2150 Shattuck Ave
Penthouse 1300
Berkeley, CA 94704-1347

LHH RS
c/o Steven Rebidas
4800 Deerwood Campus Parkway
BLDG 800
Jacksonville FL 32246-8319

Laura Cerv
280 Black Oak Cove Road
Candler, NC 28715-8139

LexisNexus
15500 B Rockfield Blvd
Irvine, CA 92618-2722


Liberty Mutual
PO Box 91013
Chicago, IL 60680-1171

Lisa Gore
2734 W. 18th Avenue, Apt. 1F
Chicago, IL 60608-1798

Lorraine Dineen
1026 Swinton Ave
Bronx, NY 10465-1921


MC DVI Fund 1, LLC; MC DVI Fund 2, LLC
1598 Cottonwood Dr
Glenview, IL 60026-7769

MDL Group c/o Executive Center LLC
5960 South Jones Boulevard
Las Vegas, NV 89118-2610

Marc LeMauviel
326 Macneil Way
Weaverville, NC 28787-6700


Marc Lemauviel - Allegra
326 MacNeil Way
Weaverville, NC 28787-6700

Marich Bein LLC
99 Wall Street
Ste 2669
New York, NY 10005-4301

MarkSYS Holdings, LLC
3725 Cincinnati Ave
Suite 200
Rocklin, CA 95765-1220


Melissa L. and Shiva L. Sooknanan
1584 Apache Way
Clarksville, TN  37042-8178

Michael D Lieberman
3910 Telegraph Road, Suite 200
Bloomfield Hills, MI 48302-1461

Michael O'Sullivan
1530 River Drive
Apt K300
Tampa, FL 33603-3050


Michael Schwartz
3968 Lowry Avenue
Cincinnati, OH 45229-1310

Michael Yancey III
8245 N 85th Way
Scottsdale, AZ 85258-4349

Michael and Sarah Pierce
122 Southshore Drive
Jackson, TN 38305-6223


Miguel A Zuanabar Jr
812 Sumner Street
Addison, IL 60101-1338

Mississippi Department of Revenue
ATTN: Bankruptcy Section
P. O. Box 22808
Jackson, MS 39225-2808

Mississippi Dept of Revenue
PO Box 23075
Jackson, MS 39225-3075


Murry S. Bushnell
1717 s cushman ave
Tacoma, WA 98405-3535

Natalka Palmer
217 NW Riverfront Street
Bend, OR 97703-2528

Nationwide Appearance Attorneys
5737 Kanan Rd #628
Agoura Hills, CA 91301-1601


Netsuite-Oracle
2300 Oracle Way
Austin, TX 78741-1400

Nevada Dept of Taxation
1550 College Parkway, Suite 115
Carson City, NV 89706-7939

OHP-CDR, LP
c/o Quinn Emanuel Urquhart & Sullivan LL
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017-5003


Olga Lucia Esquivel
25526 Maier Circle
Menifee, CA 92585-8881

Outsource Accelerator Ltd
City Marque Limited, Unit 8801-2
Bldg 244-248 Des Voeux Rd
Central Hong Kong

Paola Gomez
19542 Pompano Ln
103
Huntington Beach, CA 92648-6424

| | | |
|---|---|---|
| Peter Schneider<br>12115 NE 165th PL<br>Bothell, WA 98011-7115 | Phillip A. Greenblatt, PLLC<br>P.O. Box 4270<br>Suite 200<br>Southfield, MI 48037-4270 | Phuong Trinh<br>2128 W Cherry Dr<br>Orange, CA 92868-1927 |
| Pitney Bowes<br>PO Box 981026<br>Boston, MA 02298-1026 | Pitney Bowes Inc<br>27 Waterview Dr, 3rd Fl<br>Shelton, CT 06484-4361 | R. Reed Pruyn<br>3524 West Overlook Drive<br>Layton, UT 84041-7144 |
| Rapid Credit Inc<br>3558 Round Barn Blvd<br>Suite 200<br>Santa Rosa, CA 95403-0991 | Rebecca S. Coulter<br>358 Cass Pl<br>Canton, IL 61520-1720 | Robert Newman<br>2800 Southwind Ave<br>Lake Havasu, AZ 86406-8574 |
| Ronald W. Moore<br>101 Aberdeen Chase Dr., Apt. D<br>Easley, SC 29640-3079 | Rosie Niku<br>9061 Keith Ave #101<br>West Hollywood, CA 90069-5532 | SBS Leasing A Program of De Lage Landen<br>PO Box 41602<br>Philadelphi, PA 19101-1602 |
| STATE OF NEVADA DEPARTMENT OF TAXATION<br>700 E WARM SPRINGS RD STE 200<br>LAS VEGAS, NV 89119-4311 | Sabrina Cazeau<br>3623 nw 30th place apt 305<br>Fort Lauderdale, FL 33311-8575 | Salvatore Porcaro<br>72 Dorset Drive<br>Clark, NJ 07066-3010 |
| Security Solutions<br>10911 Bloomfield St<br>Los Alamitos, CA 90720-2506 | Sharp Business Systems<br>8670 Argent St<br>Santee, CA 92071-4172 | Sherri Chen<br>3164 East Hazelwood<br>Unit A<br>Orange, CA 92869-7569 |
| Stefan Dahlkvist<br>7876 Laurel Canyon Blvd<br>Los Angeles CA 90046 | Steve Malu<br>2582 Se 18th Ave<br>Gainesville FL 32641-1211 | Streamline Performance Inc<br>1551 N Tustin, #555<br>Santa Ana, CA 92705-8634 |
| Stris & Maher LLP<br>777 S Figueroa St, Ste 3850<br>Los Angeles, CA 90017-5838 | TaskUs Holdings, Inc.<br>1650 Independence Dr<br>New Braunfels, TX 78132-3959 | Teresa A. Piccolo<br>50 Fair Street, Apt. #1<br>Wallingford, CT 06492-4209 |
| Thanhhang Nguyen<br>2128 W Cherry Dr<br>Orange, CA 92868-1927 | The Bankruptcy Estate of<br>Steven Robert Verzal<br>1251 North Eddy Street<br>Suite 203<br>South Bend IN 46617-1478 | The Placide Group Co<br>624 Brookwood Lane<br>Maitland, FL 32751-5115 |
| The Woods Law Firm, LLC<br>360 Bloomfield Avenue<br>Suite 301<br>Windsor, CT 06095-2700 | The Woods Law Firm, P.C.<br>520 White Plains Road<br>Suite 500<br>Tarrytown, NY 10591-5118 | Thomas Ray<br>2312 Platinum Dr<br>Sun City Center, FL 33573-6495 |

| | | |
|---|---|---|
| Thomson Reuters<br>610 Opperman Drive<br>Eagen, MN 55123-1340 | Tustin Executive Center<br>1630 S Sunkist Street<br>Ste A<br>Anaheim, CA 92806-5816 | Twilio, Inc<br>101 Spear Street<br>Suite 500<br>San Francisco, CA 94105-1559 |
| Unified Global Research Group<br>1660 HOTEL CIR N STE S620<br>SAN DIEGO, CA 92108-2806 | United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4500 | Utah State Tax Commission<br>210 N 1950 W<br>Salt Lake City, UT 84134-9000 |
| Validation Partners LLC<br>1300 Sawgrass Pkwy<br>Ste 110<br>Sunrise, FL 33323 | Venture Partners LLC<br>1309 Coffeen Avenue STE 1200<br>Sheridan, WY 82801-5777 | Wisconsin Dept of Revenue<br>PO Box 8901<br>Madison, WI 53708-8901 |
| Byron Moldo<br>9401 Wilshire Boulevard, Twelfth Floor<br>Beverly Hills, CA 90212-2928 | Carolyn Beech<br>c/o Edelman, Combs, Latturner & Goodwin<br>20 S. Clark Street Ste 1500<br>Chicago, IL 60603-1824 | Eric Bensamochan<br>The Bensamochan Law Firm, Inc.<br>9025 Wilshire Blvd Suite 215<br>Beverly Hills, CA 90211-1825 |
| Jason Patterson Stopnitzky<br>52 Cupertino Circle<br>Aliso Viejo, CA 92656-8076 | Joon M Khang<br>KHANG & KHANG LLP<br>4000 Barranca Parkway, Suite 250<br>Irvine, CA 92604-1713 | Lucy L. Thomson<br>1455 Pennsylvania Avenue, N.W.<br>Suite 400<br>Washington, DC 20004-1017 |
| Mari Agape<br>c/o Brock & Gonzales, LLP<br>Attn: Jesse S. Stratos, Esq.<br>6701 Center Drive West, Ste 610<br>Los Angeles, CA 90045-1597 | Paul R. Shankman<br>Fortis LLP<br>650 Town Center Drive<br>Suite 1530<br>Suite 1530<br>Costa Mesa, CA 92626-7021 | Randall Baldwin Clark<br>Randall Baldwin Clark, Attorney at Law,<br>80A W Hollis Rd<br>Address2:<br>Address2:<br>Hollis, NH 03049-6406 |
| (p)RICHARD A MARSHACK<br>ATTN MARSHACK HAYS LLP<br>870 ROOSEVELT<br>IRVINE CA 92620-3663 | Teri Pham<br>Enenstein, Pham and Glass<br>3200 Bristol Street<br>Suite 500<br>Costa Mesa, CA 92626-1810 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dept of Labor and Industries<br>PO Box 34022<br>Seattle, WA 98124 | Indiana Department of Revenue<br>100 N. Senate Ave<br>Indianapolis, IN 46204 | Internal Revenue Service (IRS)<br>Internal Revenue Service<br>Ogden, UT 84201 |
| Richard A Marshack (TR)<br>Marshack Hays LLP<br>870 Roosevelt<br>Irvine, CA 92620 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ad Hoc Consumer Claimants Committee | (u)Anaheim Arena Management, LLC | (u)Anaheim Ducks Hockey Club, LLC |
| (u)Azzure Capital LLC | (u)Bicher & Associates | (u)Consumer Legal Group, P.C. |
| (u)Courtesy NEF | (u)Debt Relief Group, LLC | (u)Debt Validation Fund II, LLC |
| (u)Hi Bar Capital LLC | (u)INTERESTED PARTY | (u)Liberty Acquisitions Group Inc. |
| (u)MC DVI Fund 1, LLC | (u)MC DVI Fund 2, LLC | (u)OHP-CDR, LP |
| (u)Phillip A. Greenblatt, PLLC | (d)Bonita Marie Scott<br>2132 Ohio Avenue<br>Columbus, IN 47201-6444 | (d)City Capital NY<br>c/o Maurice Wutscher LLP<br>23611 Chagrin Blvd. Suite 207<br>Beachwood, OH 44122-5540 |

(d)WA State Department of Labor and Industrie
Bankruptcy unit
PO Box 44171
Olympia, WA 98504-4171

End of Label Matrix
Mailable recipients    199
Bypassed recipients     19
Total                  218