Jeffrey I. Golden, State Bar No. 133040
jgolden@go2.law
**GOLDEN GOODRICH LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone   714-966-1000
Facsimile    714-966-1002

Counsel for Anaheim Arena Management, LLC
and Anaheim Ducks Hockey Club, LLC

**FILED & ENTERED**

**JUL 20 2023**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION BY AND AMONG (1) ANAHEIM ARENA MANAGEMENT, LLC, (2) ANAHEIM DUCKS HOCKEY CLUB, LLC, AND (3) RICHARD A. MARSHACK, CHAPTER 11 TRUSTEE, REGARDING REJECTION OF LICENSE AGREEMENT AND MEMBERSHIP AGREEMENT**<br><br>[No Hearing Required] |

The Court having reviewed and considered the Stipulation Regarding Rejection of License Agreement and Membership Agreement ("Stipulation") filed on July 13, 2023 as Docket #237, and for good cause shown,

IT IS ORDERED that the Stipulation is approved in its entirety.

###

Date: July 20, 2023

Scott C. Clarkson
United States Bankruptcy Judge