

**FILED & ENTERED**

**JUL 20 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte          DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.<br><br><br><br>Debtor(s). | Case No.: 8:23-bk-10571-SC<br><br>CHAPTER 11<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF**<br><br>Hearing on Sale Motion [Dk. 191]<br>Date:        July 21, 2023<br>Time:       10:00 AM<br>Courtroom: 5C |

On July 19, 2023, interested parties National Association of Consumer Bankruptcy Attorneys and National Consumer Bankruptcy Rights Center filed a Motion to File Amicus Brief and Amicus Brief in Support of the Objections of Carolyn Beech and Diane Scanavack to the Motion for Sale of Property of the Estate Under Section 363(b) [Dk. 288] ("Motion"). Having fully considered the Motion and the well-taken arguments raised therein, and the docket as a whole, the Court finds that this matter is appropriate for disposition without a hearing, and finds good cause to GRANT the Motion. The Court

will review and consider the Amicus Brief filed concurrently with the Motion in anticipation of the hearing scheduled for July 21, 2023, at 10:00 a.m., regarding the Motion for Sale [Dk. 191] and all related pleadings as requested.

**IT IS SO ORDERED.**

Date: July 20, 2023

Scott C. Clarkson
United States Bankruptcy Judge