Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
Jonathan Serrano (State Bar No. 333225)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501
christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com
jonathan.serrano@dinsmore.com

Special Counsel to Richard A. Marshack

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**REQUEST FOR SPECIAL NOTICE OF MONITOR** |

On July 21, 2023, on the 10:00 a.m. calendar, the Court held a hearing (the "Sale Hearing") on the *Motion of Trustee Richard A. Marshack for Entry of an Order (A) Approving Sale, Subject to Overbid, of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests Pursuant to 11 U.S.C. § 363(b) and (B) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Other Agreements* (the "Sale Motion"). The Sale Motion and that certain Agreement of Purchase and Sale and Joint Escrow Instructions, which is attached to the Sale Motion as Exhibit 2, both contemplate and provide for the appointment of a monitor in this case. At the Sale Hearing, the Court granted the Sale Motion and appointed Nancy B. Rapoport as the monitor in this case.

As such, Mr. Rapoport requests special notice of (i) all notices given or required to be given in this case; and (ii) all pleadings and correspondence served or required to be served in this case on directed to her at the following email address, effective immediately: nancy.rapoport@unlv.edu.

This request encompasses all notices, copies, and pleadings referred to in Rules 2002, 9007, or 9008 of the Federal Rules of Bankruptcy Procedure, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, requests, applications, schedules, statements, plans, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

Dated: July 24, 2023           Respectfully submitted,

                                                 DINSMORE & SHOHL LLP

                                                 By:   /s/ Jonathan Serrano
                                                      Christopher B. Ghio
                                                      Christopher Celentino
                                                      Jonathan Serrano
                                                      Special Counsel to Richard A. Marshack,
                                                      Chapter 11 Trustee

1