ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRANSCRIPT ORDER FORM

CHAPTER 11

APPEAL? ☐ Yes ☒ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: Yosina Lissebeck    Attorney Bar# 201654

Law Firm: Dinsmore & Shohl LLP

Mailing Address: 655 W Broadway, Suite 800
San Diego, CA  92101

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***): Caron Burke

Telephone: (619) 400-0522    E-mail: caron.burke@dinsmore.com

Bankruptcy Case #: 8:23-10571    Adversary Proceeding #/MP #: _____

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 07/21/2023  Time: 10:00 AM

Debtor: The Litigation Practice Group P.C.

Adversary Proceeding Name: _____ vs. _____

Hearing Judge: S. Clarkson    Courtroom #: SA 5C

**TRANSCRIBER:** Briggs Reporting    **ALTERNATE:** Echo Reporting

(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**

**NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

- ☐ Ordinary (30 days)
- ☐ 14 Days
- ☐ 7 Days
- ☐ 3 Days
- ☒ Daily (24 hours)
- ☒ Entire Hearing
- ☐ Ruling/Opinion of Judge only
- ☐ Testimony of Witness _____
- ☐ Other* _____ (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐ FDS ☐ Mail ☐ Messenger

Digital Recording (or Analog Tape Recording)

(Tape #:___) Time Start (Index #): ___ Time End (Index #): ___ Time Start: ___ Time End: ___

(Tape #:___) Time Start (Index #): ___ Time End (Index #): ___ Time Start: ___ Time End: ___

Court Recorder: _____  Division: _____  Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*