

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA- SANTA ANA DIVISION

Christopher B. Chio  
Christopher Celentino  
Dinsmore &Shohl LLP  
655 West Broad Way, Suite 800  
San Diego, Ca. 92101  
Attorney for Richard Marshack, Chapter 11 Trustee

Case No.8:23-bk-10571SC  
Chapter 11

### Client's Request For Information from Debtor

The Client Judith Skiba, involved with the Debtor LPG/Phoenix Law, in this Bankruptcy case has requested information. Ms. Skiba needs information as to who certain parties are and who exactly in involved in this matter. Ms. Skiba was a victim of fraud with this company. She has been referred to Dinsmore &Shohl for information and they have been very uncooperative. Ms. Skiba plans were to arrest these owners of this company LPG/Phoenix Law for fraud, but she needs the correct information to who the owners are then she can properly make her case with the F.B.I. She would like to have the following questions answered.

1, Who is Richard Marshack and what is his position with LPG/Phoenix Law?  
2. Who is William Taylor Carss and what his position with LPG/Phoenix Law?  
3. Who is R.Reed Pruyn what is his involment in this matter?  
4. Who are the correct owners of this business LPG/Phoenix Law?  
5. Who is the United States Trustee of this case?

Client Judith Skiba  
P.O. Box 1016  
Pascagoula, Ms. 39568

228 369 2070

*Judith Skiba*

## CERTIFICATE OF SERVICE

I certify that on the 17 of July, 2023, service was made of a copy of the foregoing *Request of Information* by certified mail to Richard Marshack in care of Dinsmore &Shohl LLP 655 West Broadway, Suite 800 San Diego, Ca. 92101, also a copy sent to Court Clerks Office Courtroom 5C 411 W. Fourth St. Santa Ana, Ca. 92701.

*Judith Skiba*
P.O. Box 1016
Pascagoula, Ms. 39568
228 369 2070

### EMAIL SERVICE

Christopher.ghio@dinsmore.com
Christopher.Celentino@dinsmore.com