**FILED & ENTERED**

AUG 07 2023

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.<br><br>Debtor(s). | Case No.: 8:23-bk-10571-SC<br><br>CHAPTER 11<br><br>**ORDER CONTINUING UNITED STATES TRUSTEE'S MOTION TO CONVERT [DK. 232]**<br><br><u>Continued Hearing</u><br>Date:    September 14, 2023<br>Time:    11:00 AM<br>Courtroom: 5C – virtual |

Having reviewed the United States Trustee's Reply filed August 3, 2023 [Dk. 358] ("Reply"), and noting that (1) it asserts new grounds for conversion and (2) contains a request to continue, the Court finds good cause to CONTINUE the hearing on the United States Trustee's Motion to Convert filed July 13, 2023 [Dk. 232] from August 10, 2023, to **September 14, 2023, at 11:00 a.m**. Responses to the new grounds asserted in the Reply shall be due August 24, 2023. The United States Trustee shall have the

-1-

opportunity to file a supplemental reply to the responses by not later than August 31, 2023.

**IT IS SO ORDERED.**

Date: August 7, 2023

Scott C. Clarkson
United States Bankruptcy Judge