D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee
RICHARD A. MARSHACK

Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
Jeremy B. Freedman (State Bar No. 308752)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501
Christopher.ghio@dinsmore.com
Christopher.celentino@dinsmore.com
Jeremy.freedman@dinsmore.com

Special Counsel to Richard A. Marshack,
Chapter 11 Trustee for the Bankruptcy Estate
of The Litigation Practice Goup P.C.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>CHAPTER 11 TRUSTEE'S STATUS REPORT<br><br>Date:    August 10, 2023<br>Time:    10:00 a.m.<br>Ctrm:    Courtroom 5C – Virtual[1]<br>             411 West Fourth Street<br>             Santa Ana, CA 92701 |

---

[1] This hearing date is designated Zoom Only, pursuant to Judge Clarkson's self-calendaring procedures. Video and audio connection information for each hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC.

1

TRUSTEE'S STATUS REPORT

TO THE HONORABLE JUDGE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY COURT JUDGE AND ALL INTERESTED PARTIES:

Richard A. Marshack, in his capacity as the Chapter 11 Trustee ("Trustee") of the bankruptcy estate ("Estate") of The Litigation Practice Group P.C. ("Debtor"), submits this status report ("Status Report"). The information provided in this Status Report supplements and updates the information set forth in Trustee's previous Status Report filed on July 5, 2023, as Dk. No. 172:

1. <u>Trustee's Sale has Closed</u>

On July 7, 2023, as Dk. No. 191, Trustee filed Motion for Entry of an Order (A) Approving Sale, Subject to Overbid, of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests Pursuant To 11 U.S.C. § 363(b) and (B) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Other Agreements ("Sale Motion"). On July 21, 2023, the Court conducted an all-day hearing. At the conclusion of the hearing, the Court announced its decision to grant the Sale Motion and stated substantial findings and conclusions on the record. On July 22, 2023, as Dk. No. 320, the Court entered its order approving the Sale Motion, finding the Trustee could properly sell the assets identified in the Sale Motion. On August 3, 2023, as Dk. No. 352, the Court entered a further order granting the Sale Motion and approving the asset purchase agreement with the successful overbidder. On August 4, 2023, the sale funded and closed.

2. <u>The Post-Sale Monitor has been Appointed</u>

On August 7, 2023, as Dk. No. 363, the Court entered its order appointing Nancy Rapoport as the post-sale monitor ("Monitor Order"). Unless otherwise ordered, the Monitor will serve for a period of one year after her appointment. As set forth in the Monitor Order, the fees and expenses of the Monitor shall be paid by the Estate, up to the first $100,000.00, upon proper application to the Bankruptcy Court, and additional fees and expenses of the Monitor shall be paid by Buyer, up to $100,000.00. Any amounts in excess of $200,000.00 will be the responsibility of the Seller's Estate.

3. <u>Motion to Convert filed by the Office of the United States Trustee</u>

  A. On July 13, 2023, as Dk. No. 232,[2] the Office of the United States Trustee filed a Motion to Convert Case to Chapter 7 Pursuant to 11 U.S.C. § 1112(b) ("Motion to Convert"). On July 19, 2023, as Dk. No. 286, Trustee filed his Preliminary Opposition to Motion by Office of the United States Trustee to Convert Case to Chapter 7 Pursuant to 11 U.S.C. § 1112(b). On July 20, 2023, as Dk. No. 306, Creditors Debt Validation Fund II, LLC, MC DVI Fund 1, LLC, MC DVI Fund 2, LLC filed a Preliminary Opposition to the Motion and a Joinder to the Trustee's Preliminary Opposition. On July 27, 2023, as Dk. No. 340, the Committee of Unsecured Creditors ("Committee") filed its Joinder to the Trustee's Opposition. On August 3, 2023, as Dk. No. 358, the UST filed a Reply brief to the oppositions to its Motion.

  In its Reply, the UST indicated that it sought to dismiss certain claims as grounds for conversion:

  a. "The U.S. Trustee will not reargue the illegality of LPG's business and the consumer contracts. These issues were considered by the Court in connection with the Sale." 3:18-20;

  b. "[A] bond has been obtained by the Trustee and thus, this issue has been cured." 3:26-27; and

  c. Adequate proof of insurance has been provided and this issue has been cured. 4:18-22.

  Additionally, the UST Reply noted that "[t]o date, the Trustee has not filed Form 11-MOR for April, May, and June 2023. The Trustee asserts he is unable to complete the required UST Form 11-MOR because he is unable to answer various questions…However, the Trustee could attach a supplement to the filed UST Form 11-MOR explaining or clarifying his answer and explaining what the Trustee was doing to get the answer." Because the UST has requested that the Trustee elaborate on answers in UST Form 11-MOR in an addendum to the MOR, Trustee will do and file the MORs with addendums.

---

[2] Originally filed on July 12, 2023, at Dk. No. 218 but refiled pursuant to Court instructions.

Lastly, the Reply included a new claim for conversion that "assuming the Sale closes, the estate's assets will have been sold. LPG has no business to reorganize. There is nothing else for the Trustee to do in chapter 11 that cannot be done in chapter 7…" 2:15-3:8. As set forth in LBR 9013-1(g)(4), however, "[n]ew arguments or matters raised for the first time in reply documents will not be considered." The UST acknowledges that the claim that the sale constitutes grounds for conversion is a new claim and may not be properly considered at the currently scheduled hearing on August 10, 2023. As such, it has requested that the Parties stipulate to continue the hearing to provide time for the Parties to file responses to this new claim. The Parties were documenting a stipulation to continue the hearing when the Court entered its Order continuing the hearing to September 14, 2023, as Dk. No. 366.

All parties that opposed the Motion to Convert are intending to file supplemental oppositions to conversion on this new claim that the closing of the sale provides cause for conversion. Trustee contends that remaining in Chapter 11 provides the maximum flexibility to redress the claims filed by Debtor's former clients whose contracts were sold. For example, a separate class can be formed to repay consumers who may have been double-charged a higher distribution percentage than other unsecured creditors based on their differing rights and claims. Pursuant to 11 U.S.C. 1106(a)(5), Trustee currently believes that he can file a plan as soon as practicable and believes that this can be done within the next 60 days.

4. <u>Motion to Approve Management Agreement with Resolution Processing</u>

On July 7, 2023, as Dk. No. 188, Trustee filed a Motion to Approve Management Agreement with Resolution Processing. On July 10, 2023, as Dk. No. 204, Trustee filed an Amended Motion to Approve Management Agreement with Resolution Processing, hearing is scheduled for August 10, 2023. At this time, Trustee requests approval of the Motion with any payment to be made pursuant to a future noticed motion and court order.[3]

---

[3] As a note, former management member Russ Squires withdrew from the management team on July 21, 2023, as part of the bid of Morning Law Group.

5. <u>Final Hearing on Motion to Borrow from Liberty Acquisitions Group, Inc.</u>

On June 29, 2023, as Dk. No. 156, Trustee filed an Ex Parte Notice proposing to use a separate lender, Liberty Acquisitions Group, Inc., to provide the balance of the original court-approved loan borrowed from Resolution Ventures. On July 3, 2023, as Dk. No. 168, the Court entered its order granting the ex parte. A final hearing was set for August 10, 2023. Trustee requests that the Court enter a final order approving this loan.

6. <u>Final Hearing on Motion to Borrow from Liberty Acquisitions Group, Inc. and Resolution Ventures</u>

On July 16, 2023, as Dk. No. 249, Trustee filed an Emergency Motion (I) for Entry of a Second Interim Order: (A) Authorizing the Trustee to Obtain Additional Post-Petition Financing and Superpriority Administrative Expense Claim Pursuant to 11 U.S.C. § 364; and (B) Setting Final Hearing; and Pursuant to Final Hearing, (II) for Entry of Final Order Approving Post-Petition Financing on a Final Basis. On July 18, 2023, the Committee filed its opposition to the motion. On July 19, 2023, the Court conducted a hearing and approved the financing on an interim basis with the hearing continued to August 10, 2023, for final approval. On July 20, 2023, the Court entered its order granting the financing on an interim basis. Trustee requests entry of an order granting final approval.

7. <u>Consumer Law Group ("CLG") Settlement Motion</u>

On July 6, 2023, as Dk. No. 178, Trustee filed a Motion to Approve Compromise Under Rule 9019 re Stipulation with Consumer Legal Group, PC, LGS Holdco, LLC, and Set Forth, Inc. f/k/a DebtPayPro; Declaration of Richard A. Marshack. On July 19, 2023, as Dk. No. 291, the Committee filed opposition to the motion. On July 20, 2023, as Dk. No. 307, CLG filed a reply. The hearing was continued to August 10, 2023. The Committee has requested further information and documents to support the Stipulation and CLG has requested global settlement talks, which the Committee has indicated it is willing to entertain. Given these developments, Trustee expects a stipulation to withdraw the Motion will be forthcoming.

/ / /

/ / /

8.   Compromise with Phoenix Law Approved

On July 6, 2023, as Dk. No. 176, Trustee filed a motion seeking to approve a compromise with Phoenix Law. The proposed settlement involved Phoenix stipulating to avoidance, recovery, and preservation of the transfers of property it received from Debtor including the contracts to be sold to Morning Law pursuant to the Court's approved sale. On August 7, 2023, as Dk. No. 365, the Court entered its order granting the motion.

9.   Administrative Claims Bar Date

Trustee believes that case administration will benefit from the setting of a deadline to file administrative claims that arose or accrued on or before the August 4, 2023, date that the sale closed. Trustee is in the process of drafting such a motion and expects it to be filed shortly.

10.   Other Litigation Claims and Potential Compromises

Trustee is actively negotiating settlements of various claims with several different parties. Trustee is soliciting input from the Committee to determine if its approval can be secured prior to filing such motions.

11.   Conclusion

Trustee requests that the Court continue the Status Conference for a period of approximately 60 days to early October 2023.

DATED: August 8, 2023

DINSMORE & SHOHL LLP
Special Counsel for Chapter 11 Trustee
RICHARD A. MARSHACK

AND

MARSHACK HAYS LLP

By: */s/ D. Edward Hays*
    D. EDWARD HAYS
    LAILA MASUD
    General Counsel for Chapter 11 Trustee
    RICHARD A. MARSHACK

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **CHAPTER 11 TRUSTEE'S STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 8, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **August 8, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR – MAIL REDIRECTED TO TRUSTEE**
THE LITIGATION PRACTICE GROUP P.C.
~~17542 17TH ST, SUITE 100~~
~~TUSTIN, CA 92780-1981~~

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 8, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 8, 2023 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **INTERESTED PARTY COURTESY NEF:** Eric Bensamochan eric@eblawfirm.us, G63723@notify.cincompass.com
   - **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC.:** Ronald K Brown ron@rkbrownlaw.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Christopher Celentino christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
   - **INTERESTED PARTY COURTESY NEF:** Shawn M Christianson cmcintire@buchalter.com, schristianson@buchalter.com
   - **INTERESTED PARTY COURTESY NEF:** Randall Baldwin Clark rbc@randallbclark.com
   - **INTERESTED PARTY COURTESY NEF:** Leslie A Cohen leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com; clare@lesliecohenlaw.com
   - **ATTORNEY FOR CREDITOR CAROLYN BEECH:** Daniel A Edelman dedelman@edcombs.com, courtecl@edcombs.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Christopher Ghio christopher.ghio@dinsmore.com
   - **INTERESTED PARTY COURTESY NEF:** Jeffrey I Golden jgolden@go2.law, kadele@ecf.courtdrive.com; cbmeeker@gmail.com; lbracken@wgllp.com; gestrada@wgllp.com; golden.jeffreyi.b117954@notify.bestcase.com
   - **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC:** Richard H Golubow rgolubow@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR CITY CAPITAL NY:** Alan Craig Hochheiser ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
   - **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC:** Garrick A Hollander ghollander@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
   - **ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP P.C.:** Joon M Khang joon@khanglaw.com
   - **ATTORNEY FOR INTERESTED PARTY AD HOC CONSUMER CLAIMANTS COMMITTEE:** Ira David Kharasch ikharasch@pszjlaw.com
   - **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS:** Nicholas A Koffroth nkoffroth@foxrothschild.com, khoang@foxrothschild.com
   - **ATTORNEY FOR DEFENDANT MARICH BEIN, LLC:** David S Kupetz David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
   - **INTERESTED PARTY COURTESY NEF:** Christopher J Langley chris@slclawoffice.com, omar@slclawoffice.com; langleycr75251@notify.bestcase.com; ecf123@casedriver.com
   - **INTERESTED PARTY COURTESY NEF:** Daniel A Lev daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com; dlev@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR PHILLIP A GREENBLATT, PLLC:** Michael D Lieberman mlieberman@lipsonneilson.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Yosina M Lissebeck Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
   - **CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
   - **ATTORNEY FOR US TRUSTEE:** Kenneth Misken Kenneth.M.Misken@usdoj.gov
   - **INTERESTED PARTY COURTESY NEF:** Byron Z Moldo bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com, dperez@ecjlaw.com
   - **INTERESTED PARTY COURTESY NEF:** Alan I Nahmias anahmias@mbn.law, jdale@mbnlawyers.com
   - **INTERESTED PARTY COURTESY NEF:** Victoria Newmark vnewmark@pszjlaw.com
   - **ATTORNEY FOR US TRUSTEE:** Queenie K Ng queenie.k.ng@usdoj.gov
   - **INTERESTED PARTY COURTESY NEF:** Teri T Pham tpham@enensteinlaw.com, 3135.002@enensteinlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              F 9013-3.1.PROOF.SERVICE

- **ATTORNEY FOR DEFENDANT GREYSON LAW CENTER PC:** Douglas A Plazak dplazak@rhlaw.com
- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, PC:** Ronald N Richards ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **INTERESTED PARTY COURTESY NEF:** Gregory M Salvato gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com; jboufadel@salvatoboufadel.com; gsalvato@ecf.inforuptcy.com
- **ATTORNEY FOR CREDITOR AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC:** Olivia Scott olivia.scott3@bclplaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Jonathan Serrano jonathan.serrano@dinsmore.com
- **ATTORNEY FOR CREDITOR UNITED PARTNERSHIPS, LLC:** Paul R Shankman PShankman@fortislaw.com, info@fortislaw.com
- **ATTORNEY FOR US TRUSTEE:** Leslie Skorheim leslie.skorheim@usdoj.gov
- **INTERESTED PARTY COURTESY NEF:** Andrew Still astill@swlaw.com, kcollins@swlaw.com
- **US TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR CREDITOR AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC:** Sharon Z. Weiss sharon.weiss@bclplaw.com, raul.morales@bclplaw.com, REC_KM_ECF_SMO@bclplaw.com
- **INTERESTED PARTY COURTESY NEF:** Johnny White JWhite@wrslawyers.com, jlee@wrslawyers.com; eweiman@wrslawyers.com

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:

**20 LARGEST CREDITOR**
ANTHEM BLUE CROSS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 511300
LOS ANGELES, CA 90051-7855

**20 LARGEST CREDITOR**
AZEVEDO SOLUTIONS GROUPS, INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
420 ADOBE CANYON RD
KENWOOD, CA 95452-9048

**20 LARGEST CREDITOR**
BUSINESS CENTERS OF AMERICA
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1100 SIR FRANCIS DRAKE BLVD, SUITE 1
KENTFIELD, CA 94904-1476

**20 LARGEST CREDITOR**
CALIFORNIA FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO, CA 94257-0001

**RTD 05/30/23 UTF**
**20 LARGEST CREDITOR**
COLLABORATION ADVISORS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
400 DORLA COURT
ZEPHYR COVE, NV 89448

**20 LARGEST CREDITOR**
CREDIT REPORTING SERVICE INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
548 MARKET ST, SUITE 72907
SAN FRANCISCO, CA 94104-5401

**20 LARGEST CREDITOR**
DEBT PAY PRO
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1900 E GOLF ROAD, SUITE 550
SCHAUMBURG, IL 60173-5870

**20 LARGEST CREDITOR**
DEBT VALIDATION FUND II, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
5075 LOWER VALLEY ROAD
ATGLEN, PA 19310-1774

**20 LARGEST CREDITOR**
DOCUMENT FULFILLMENT SERVICES
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2930 RAMONA AVE #100
SACRAMENTO, CA 95826-3838

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**20 LARGEST CREDITOR**
EXECUTIVE CENTER LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
5960 SOUTH JONES BLVD
LAS VEGAS, NV 89118-2610

**20 LARGEST CREDITOR / POC ADDRESS**
EXELA ENTERPRISE SOLUTIONS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2701 E. GRAUWYLER ROAD
IRVING, TX 75061-3414

**20 LARGEST CREDITOR / POC ADDRESS**
FIRST LEGAL NETWORK, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 743451
LOS ANGELES, CA 90074-3451

**20 LARGEST CREDITOR**
JP MORGAN CHASE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
3 PARK PLAZA, STE 900
IRVINE, CA 92614-5208

**20 LARGEST CREDITOR**
LEXISNEXUS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
15500 B ROCKFIELD BLVD
IRVINE, CA 92618-2722

**20 LARGEST CREDITOR**
MARICH BEIN LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
99 WALL STREET, STE 2669
NEW YORK, NY 10005-4301

**20 LARGEST CREDITOR**
MC DVI FUND 1, LLC; MC DVI FUND 2, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1598 COTTONWOOD DR
GLENVIEW, IL 60026-7769

**20 LARGEST CREDITOR**
NETSUITE-ORACLE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2300 ORACLE WAY
AUSTIN, TX 78741-1400

**20 LARGEST CREDITOR / POC ADDRESS**
OUTSOURCE ACCELERATOR LTD
C/O PAUL R. SHANKMAN, ESQ
FORTIS LLP
650 TOWN CENTER DRIVE, SUITE 1530
COSTA MESA, CA 92626

**20 LARGEST CREDITOR**
SHARP BUSINESS SYSTEMS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
8670 ARGENT ST
SANTEE, CA 92071-4172

**20 LARGEST CREDITOR**
TASKUS HOLDINGS, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1650 INDEPENDENCE DR
NEW BRAUNFELS, TX 78132-3959

**20 LARGEST CREDITOR**
TUSTIN EXECUTIVE CENTER
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1630 S SUNKIST STEET, STE A
ANAHEIM, CA 92806-5816

**RTD 06/05/23 UTF**
**20 LARGEST CREDITOR**
VALIDATION PARTNERS LLC
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~1300 SAWGRASS PKWY, STE 110~~
~~SUNRISE, FL 33323~~

**CREDITOR / POC ADDRESS**
JASON PATTERSON STOPNITZKY
C/O LESLIE E. CHAYO, ESQ.
9454 WILSHIRE BLVD., PH
BEVERLY HILLS, CA 90212

**RTD 06/14/23 UTF**
**SECURED CREDITOR**
CITY CAPITAL NY
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~1135 KANE CONCOURSE~~
~~BAY HARBOUR ISLANDS, FL 33154-2025~~

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                            F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **SECURED CREDITOR**<br>DIVERSE CAPITAL LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>323 SUNNY ISLES BLVD, STE 503<br>SUNNY ISLES, FL 33160-4675 | **SECURED CREDITOR**<br>FUNDURA CAPITAL GROUP<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>80 BROAD STREET, STE 3303<br>NEW YORK, NY 10004-2845 | **SECURED CREDITOR / POC ADDRESS**<br>OHP-CDR, LP<br>C/O JEREMY ANDERSEN, RAZMIG IZAKELIAN<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 S. FIGUEROA STREET, 10TH FLOOR<br>LOS ANGELES, CA 90017 |
| **CREDITOR / POC ADDRESS**<br>AARON DAVIS<br>P.O. BOX 735<br>CUSTER, SD 57730-0735 | **CREDITOR / POC ADDRESS**<br>ACB HOLDINGS, LP<br>C/O OLD HICKORY PARTNERS / DAN YOUNG<br>303 COLORADO STREET, SUITE 2550<br>AUSTIN, TX 78701 | **CREDITOR**<br>AJILON<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>LOCKBOX: DEPT CH 14031<br>PALATINE, IL 60055-0001 |
| **CREDITOR / POC ADDRESS**<br>ALICE STANTON<br>160 BROOKDALE LN<br>INDIANA, PA 15701 | **CREDITOR / POC ADDRESS**<br>AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 | **CREDITOR / POC ADDRESS**<br>ANGELA DENISE BLAIR<br>8711 HAYSHED LN, APT 24<br>COLUMBIA, MD 21045-2849 |
| **CREDITOR**<br>ANIBAL COLON JR<br>C/O ALEXANDER TAYLOR, ESQ.<br>SULAIMAN LAW GROUP LTD<br>2500 SOUTH HIGHLAND AVE, SUITE 200<br>LOMBARD, IL 60148-7103 | **CREDITOR**<br>ARIZONA DEPT OF ECONOMIC SECURITY<br>PO BOX 6028<br>PHOENIX, AZ 85005-6028 | **CREDITOR / POC ADDRESS**<br>ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTR<br>REVENUE LEGAL COUNSEL<br>PO BOX 1272, RM 2380<br>LITTLE ROCK, AR 72203-1272 |
| **CREDITOR**<br>ARKANSAS DEPT OF FINANCE & ADMIN<br>PO BOX 9941<br>LITTLE ROCK, AR 72203-9941 | **CREDITOR / POC ADDRESS**<br>ARVEN ALLEN KNIGHT<br>1805 23RD ST, SE APT 252B<br>WASHINGTON, DC 20020 | **CREDITOR / POC ADDRESS**<br>ASHLEY GLOCKNER<br>369 W BAY STREET, UNIT D<br>COSTA MESA, CA 92627-5748 |
| **CREDITOR**<br>BEVERLY GRAHAM<br>C/O BOBBY WALKER, ESQ.<br>SULAIMAN LAW GROUP<br>2500 SOUTH HIGHLAND AVE, SUITE 200<br>LOMBARD, IL 60148-7103 | **CREDITOR / POC ADDRESS**<br>BLANCHE WHEALDON<br>1317 HARVARD AVENUE<br>NATRONA HEIGHTS, PA 15065 | **CREDITOR / POC ADDRESS**<br>BLUE CROSS OF CALIFORNIA DBA ANTHEM BLUE CROSS<br>ONE CONSTITUTION PLAZA<br>HARTFORD, CT 06103 |
| **CREDITOR / POC ADDRESS**<br>BONITA MARIE SCOTT<br>2132 OHIO AVE<br>COLUMBUS, IN 47201 | **CREDITOR / POC ADDRESS**<br>BRIANNE PUSZTAI<br>27784 INVERNESS<br>MISSION VIEJO, CA 92692 | **CREDITOR / POC ADDRESS**<br>BRITTANY WESTON, ESQ.<br>3070 BRISTOL PIKE, SUITE 1-115<br>BENSALEM, PA 19020-5356 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                                          F 9013-3.1.PROOF.SERVICE

| **CREDITOR / POC ADDRESS**<br>CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0055 | **CREDITOR / POC ADDRESS**<br>CALIFORNIA DEPT. OF TAX AND FEE ADMINISTRATION<br>COLLECTIONS SUPPORT BUREAU, MIC: 55<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0001 | **CREDITOR / POC ADDRESS**<br>CARL WUESTEHUBE<br>33832 DIANA DRIVE<br>DANA POINT, CA 92629 |
|---|---|---|
| **CREDITOR**<br>CAROLINA TECHNOLOGIES & CONSULTING INVOICE<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1854 HENDERSONVILLE ROAD, SUITE A<br>PMB #178<br>ASHEVILLE, NC 28803-2495 | **CREDITOR / POC ADDRESS**<br>CHRISTINE JOHNSON<br>7807 171ST PLACE<br>TINLEY PARK, IL 60477-3267 | **CREDITOR / POC ADDRESS**<br>CINDY NEWMAN<br>19962 NIPONA CT<br>RIVERSIDE, CA 92508 |
| **CREDITOR / POC ADDRESS**<br>CORY READE DOWS AND SHAFER<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1333 N BUFFALO DRIVE, SUITE 210<br>LAS VEGAS, NV 89128-3636 | **CREDITOR**<br>CT CORPORATION - INV<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 4349<br>CAROL STREAM, IL 60197-4349 | **CREDITOR**<br>DARCY WILLIAMSON, TRUSTEE<br>510 SW 10TH<br>TOPEKA, KS 66612-1606 |
| **CREDITOR / POC ADDRESS**<br>DAVID ORR, ESQ.<br>26053 BALSAWOOD CT<br>WESLEY CHAPE, FL 33544 | **CREDITOR**<br>DAVID ULERY<br>C/O JOSHUA EGGNATZ, EGGNATZ PASCUCCI<br>7450 GRIFFIN ROAD, SUITE 230<br>DAVIE, FL 33314-4104 | **CREDITOR / POC ADDRESS**<br>DEBRA M. ARCHAMBAULT<br>5 CARLANN LANE<br>VALLEY COTTAGE, NY 1989 |
| **CREDITOR / POC ADDRESS**<br>DEBRA PRICE<br>C/O ROBERT COCCO<br>1500 WALNUT ST, STE 900<br>PHILADELPHIA, PA 19102-3518 | **CREDITOR**<br>DEPT OF LABOR AND INDUSTRIES<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 34022<br>SEATTLE, WA 98124 | **CREDITOR / POC ADDRESS**<br>DONALD AND SHARON SEAL<br>338 N. ADAMS ST<br>PLENTYWOOD, MT 59254 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

| **CREDITOR / POC ADDRESS**<br>DOUGLAS F. STIELE<br>6870 FLEMMING CIRCLE<br>PRIOR LAKE, MN 55372 | **CREDITOR / POC ADDRESS**<br>EDWIN VALDIVIA FITZ<br>666 W 18TH ST, APT 9<br>COSTA MESA, CA 92627 | **CREDITOR / POC ADDRESS**<br>EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E<br>PO BOX 826880<br>SACRAMENTO, CA 95814 |
|---|---|---|
| **CREDITOR**<br>ENERGYCARE, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>2925 N. GREEN VALLEY PARKWAY, SUITE C<br>HENDERSON, NV 89014-0418 | **CREDITOR / POC ADDRESS**<br>FIRAS ABUNADA<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>18927 HICKORY CREEK DRIVE, SUITE 115<br>MOKENA, IL 60448-8660 | **CREDITOR / POC ADDRESS**<br>FORTH TECHNOLOGY, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1900 E GOLF ROAD, SUITE 550<br>SCHAUMBURG, IL 60173-5870 |
| **CREDITOR / POC ADDRESS**<br>GABRIEL FERNANDO MONROY<br>831 W ROMNEYA DRIVE #831<br>ANAHEIM, CA 92801 | **CREDITOR**<br>GENEVE AND MYRANDA SHEFFIELD<br>C/O JEREMIAH HECK, ESQ<br>LUFTMAN HECK & ASSOC<br>6253 RIVERSIDE DR, STE 200<br>DUBLIN, OH 43017-5450 | **CREDITOR**<br>GEORGIA DEPT OF LABOR<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>148 ANDREW YOUNG INTERNATIONAL BLVD, NE, SUITE 752<br>ATLANTA, GA 30303-1751 |
| **CREDITOR / POC ADDRESS**<br>GERARDO GUZMAN<br>5515 S. EMPORIA<br>WICHITA, KS 67216 | **CREDITOR**<br>GHA TECHNOLOGIES INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>DEPT #2090<br>PO BOX 29661<br>PHOENIX, AZ 85038-9661 | **CREDITOR / POC ADDRESS**<br>GHA TECHNOLOGIES INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>8998 E RAINTREE DR<br>SCOTTSDALE, AZ 85260-7024 |
| **CREDITOR**<br>GLORIA EATON<br>C/O KRIS SKAAR, ESQ.<br>133 MIRRAMONT LAKE DR.<br>WOODSTOCK, GA 30189-8215 | **CREDITOR / POC ADDRESS**<br>HAN TRINH<br>2128 W CHERRY DR<br>ORANGE, CA 92868 | **CREDITOR**<br>HARRINGTON ELECTRIC INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 886<br>SKYLAND, NC 28776-0886 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

| **CREDITOR / POC ADDRESS**<br>HEBA QANDEEL-KISHTA<br>7625 BROOKSIDE GLEN DRIVE<br>TINLEY PARK, IL 60487-5197 | **CREDITOR / POC ADDRESS**<br>HEIDI HIRSCH<br>726 N BEACHWOOD DRIVE<br>BURBANK, CA 91506 | **CREDITOR / POC ADDRESS**<br>HELEN C. BANKS<br>9338 SOUTH EMERALD AVE<br>CHICAGO, IL 60620 |
|---|---|---|
| **CREDITOR / POC ADDRESS**<br>HUNTER HASTINGS<br>26847 ELLIS MILLS RD<br>SEAFORD, DE 19973 | **CREDITOR**<br>IMAGINE REPORTING<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1350 COLUMBIA STREET, SUITE 703<br>SAN DIEGO, CA 92101-3456 | **CREDITOR / POC ADDRESS**<br>INDIANA DEPARTMENT OF REVENUE<br>ATTN: BANKRUPTCY<br>100 N SENATE AVE<br>INDIANAPOLIS, IN 46204-2253 |
| **CREDITOR**<br>INDIANA DEPT OF REVENUE<br>PO BOX 1028<br>INDIANAPOLIS, IN 46206-1028 | **CREDITOR / POC ADDRESS**<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INVSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | **CREDITOR / POC ADDRESS**<br>INTERNAL REVENUE SERVICE<br>OGDEN, UT 84201 |
| **CREDITOR / POC ADDRESS**<br>IVY BURDEN-POPE<br>291 ALTAMONTE BAY CLUB CIRCLE, APT 207<br>ALTAMONTE SPRINGS, FL 32701 | **CREDITOR / POC ADDRESS**<br>JACLYN GOMEZ<br>109 TOTTENHAM LANE<br>ELK GROVE VILLAGE, IL 60007-3818 | **CREDITOR**<br>JAMES HAMMETT<br>C/O JENNA DAKRAUB<br>PRICE LAW GROUP<br>8245 N. 85TH WAY<br>SCOTTSDALE, AZ 85258-4349 |
| **CREDITOR / POC ADDRESS**<br>JANE ANN DEARWESTER<br>P.O. BOX 7084<br>ASHEVILLE, NC 28802-7084 | **CREDITOR / POC ADDRESS**<br>JENNIFER ANN MCLAUGHLIN<br>2145 COUNTRY KNOLL CT<br>ELGIN, IL 60123-2145 | **CREDITOR / POC ADDRESS**<br>JESSICA JARBOE<br>PO BOX 4392<br>KINGMAN AZ 86402<br>KINGMAN, AZ 86402-4392 |
| **CREDITOR / POC ADDRESS**<br>JOAN P. SCHOTT<br>9303 LANDS POINT<br>SAN ANTONIO, TX 78250 | **CREDITOR / POC ADDRESS**<br>JOHN CHARLES PORTER<br>308 SOUTH RAMSEY STREET<br>MANCHESTER, TN 37355 | **CREDITOR / POC ADDRESS**<br>JOHN RAY SORIANO<br>1805 SE LUND AVE #1010<br>PORT ORCHARD, WA 98366-5555 |
| **CREDITOR**<br>JOHNNY RIZO<br>C/O BOBBY WALKER, ESQ.<br>SULAIMAN LAW GROUP<br>2500 SOUTH HIGHLAND AVE, SUITE 200<br>LOMBARD, IL 60148-7103 | **CREDITOR / POC ADDRESS**<br>JORDAN MICHAEL KURTH<br>205 WALNUT DRIVE<br>EIGHTY FOUR, PA 15330-8625 | **CREDITOR**<br>JUIZE, INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 505<br>MURRIETA, CA 92564-0505 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                        F 9013-3.1.PROOF.SERVICE

| **CREDITOR / POC ADDRESS**<br>JUSTIN NGUYEN<br>3164 EAST HAZELWOOD, UNIT A<br>ORANGE, CA 92869 | **CREDITOR**<br>KAREN SUELL<br>C/O NATHAN C. VOLHEIM, ESQ<br>SULAIMAN LAW GROUP<br>2500 SOUTH HIGHLAND AVE, SUITE 200<br>LOMBARD, IL 60148-7103 | **CREDITOR / POC ADDRESS**<br>KARI B. CONIGLIO, CHAPTER 7 TRUSTEE FOR<br>BANKRUPTCY ESTATE OF MARK LYNN KRICK AND KAYLA MARIE KRICK<br>200 PUBLIC SQUARE, SUITE 1400<br>CLEVELAND, OH 44114-2327 |
|---|---|---|
| **CREDITOR / POC ADDRESS**<br>KATHLEEN LACEY<br>C/O DAVID CHAMI, ESQ.<br>PRICE LAW GROUP<br>8245 N. 85TH WAY<br>SCOTTSDALE, AZ 85258-4349 | **CREDITOR**<br>KATHLEEN SCARLETT<br>C/O JEREMIAH HECK, ESQ.<br>LUFTMAN HECK & ASSOC<br>6253 RIVERSIDE DR, STE 200<br>DUBLIN, OH 43017-5450 | **CREDITOR / POC ADDRESS**<br>KELLEY M. STIELE<br>6870 FLEMMING CIRCLE<br>PRIOR LAKE, MN 55372 |
| **CREDITOR / POC ADDRESS**<br>KELLY DOOLEY<br>12591 BRYANT ST<br>BROOMFIELD, CO 80020 | **CREDITOR / POC ADDRESS**<br>KENNETH HUTCHINS<br>PO BOX 162035<br>SACRAMENTO, CA 95816-2035 | **CREDITOR**<br>KENNETH TOPP<br>C/O NATHAN VOLHEIM, ESQ<br>SULAIMAN LAW GROUP LTD<br>2500 SOUTH HIGHLAND AVE, STE 200<br>LOMBARD, IL 60148-7103 |
| **CREDITOR**<br>KEVIN CARPENTER<br>C/O ALEXANDER TAYLOR, ESQ,<br>SULAIMAN LAW GROUP LTD<br>2500 SOUTH HIGHLAND AVE, SUITE 200<br>LOMBARD, IL 60148-7103 | **CREDITOR**<br>KIMBERLY BIRDSONG<br>C/O ALEXANDER J. TAYLOR, ESQ.<br>SULAIMANLAW GROUP<br>2500 SOUTH HIGHLAND AVE, SUITE 200<br>LOMBARD, IL 60148-7103 | <u>RTD 06/14/23 UTF</u><br>**CREDITOR**<br>~~KRISP TECHNOLOGIES, INC~~<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~<br>~~2150 SHATTUCK AVE~~<br>~~PENTHOUSE 1300~~<br>~~BERKELEY, CA 94704-1347~~ |
| **CREDITOR / POC ADDRESS**<br>LAURA CEVA<br>280 BLACK OAK COVE ROAD<br>CANDLER, NC 28715-8139 | **CREDITOR / POC ADDRESS**<br>LHH RS<br>C/O STEVEN REBIDAS<br>4800 DEERWOOD CAMPUS PARKWAY, BLDG 800<br>JACKSONVILLE FL 32246-8319 | **CREDITOR**<br>LIBERTY MUTUAL<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 91013<br>CHICAGO, IL 60680-1171 |
| **CREDITOR / POC ADDRESS**<br>LISA GORE<br>2734 W 18TH AVENUE, APT 1F<br>CHICAGO, IL 60608 | **CREDITOR / POC ADDRESS**<br>LORRAINE DINEEN<br>1026 SWINTON AVE<br>BRONX, NY 10465 | **CREDITOR / POC ADDRESS**<br>MARC LEMAUVIEL<br>326 MACNEIL WAY<br>WEAVERVILLE, NC 28787-6700 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                      F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **CREDITOR**<br>MARC LEMAUVIEL - ALLEGRA<br>326 MACNEIL WAY<br>WEAVERVILLE, NC 28787-6700 | <u>RTD 05/31/23 UTF</u><br>**CREDITOR**<br>MARKSYS HOLDINGS, LLC<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~<br>~~3725 CINCINNATI AVE, SUITE 200~~<br>~~ROCKLIN, CA 95765-1220~~ | **CREDITOR / POC ADDRESS**<br>MDL GROUP C/O EXECUTIVE CENTER LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>5960 SOUTH JONES BOULEVARD<br>LAS VEGAS, NV 89118-2610 |
| **CREDITOR / POC ADDRESS**<br>MELISSA L. AND SHIVA L. SOOKNANAN<br>1584 APACHE WAY<br>CLARKSVILLE, TN  37042-8178 | **CREDITOR / POC ADDRESS**<br>MICHAEL AND SARAH PIERCE<br>122 SOUTHSHORE DRIVE<br>JACKSON, TN 38305 | **CREDITOR**<br>MICHAEL SCHWARTZ<br>3968 LOWRY AVENUE<br>CINCINNATI, OH 45229-1310 |
| **CREDITOR / POC ADDRESS**<br>MIGUEL A ZUANABAR JR<br>812 SUMNER STREET<br>ADDISON, IL 60101-1338 | **CREDITOR / POC ADDRESS**<br>MISSISSIPPI DEPARTMENT OF REVENUE<br>ATTN: BANKRUPTCY SECTION<br>P. O. BOX 22808<br>JACKSON, MS 39225-2808 | **CREDITOR**<br>MISSISSIPPI DEPT OF REVENUE<br>PO BOX 23075<br>JACKSON, MS 39225-3075 |
| **CREDITOR / POC ADDRESS**<br>NATALKA PALMER<br>217 NW RIVERFRONT STREET<br>BEND, OR 97703 | **CREDITOR**<br>NATIONWIDE APPEARANCE ATTORNEYS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>5737 KANAN RD #628<br>AGOURA HILLS, CA 91301-1601 | **CREDITOR**<br>NEVADA DEPT OF TAXATION<br>1550 COLLEGE PARKWAY, SUITE 115<br>CARSON CITY, NV 89706-7939 |
| **CREDITOR / POC ADDRESS**<br>OLGA LUCIA ESQUIVEL<br>25526 MAIER CIRCLE<br>MENIFEE, CA 92586 | **CREDITOR / POC ADDRESS**<br>PAOLA GOMEZ<br>19542 POMPANO LN, #103<br>HUNTINGTON BEACH, CA 92648-6424 | **CREDITOR / POC ADDRESS**<br>PETER SCHNEIDER<br>12115 NE 165TH PL<br>BOTHELL, WA 98011-1211 |
| **CREDITOR / POC ADDRESS**<br>PHILLIP A. GREENBLATT, PLLC<br>PO BOX 4270<br>SUITE 200<br>SOUTHFIELD, MI 48037 | **CREDITOR / POC ADDRESS**<br>PHUONG TRINH<br>2128 W CHERRY DR<br>ORANGE, CA 92868 | **CREDITOR**<br>PITNEY BOWES<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 981026<br>BOSTON, MA 02298-1026 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                      F 9013-3.1.PROOF.SERVICE

| **CREDITOR / POC ADDRESS**<br>R. REED PRUYN<br>3524 WEST OVERLOOK DRIVE<br>LAYTON, UT 84041 | **CREDITOR**<br>RAPID CREDIT INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>3558 ROUND BARN BLVD, SUITE 200<br>SANTA ROSA, CA 95403-0991 | **CREDITOR / POC ADDRESS**<br>REBECCA S. COULTER<br>358 CASS PL<br>CANTON, IL 61520 |
|---|---|---|
| **CREDITOR / POC ADDRESS**<br>RONALD MOORE<br>101 ABERDEEN CHASE DR, APT D<br>EASLEY, SC 29640 | **CREDITOR / POC ADDRESS**<br>SABRINA CAZEAU<br>3623 NW 30TH PLACE, APT 305<br>FORT LAUDERDALE, FL 33311 | **CREDITOR / POC ADDRESS**<br>SALVATORE PORCARO<br>72 DORSET DRIVE<br>CLARK, NJ 07066-3010 |
| **CREDITOR**<br>SBS LEASING A PROGRAM OF DE LAGE LANDEN<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 41602<br>PHILADELPHI, PA 19101-1602 | **CREDITOR**<br>SECURITY SOLUTIONS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>10911 BLOOMFIELD ST<br>LOS ALAMITOS, CA 90720-2506 | **CREDITOR / POC ADDRESS**<br>SHERRI CHEN<br>3164 EAST HAZELWOOD, UNIT A<br>ORANGE, CA 92869 |
| **CREDITOR / POC ADDRESS**<br>STATE OF NEVADA DEPARTMENT OF TAXATION<br>700 E WARM SPRINGS RD STE 200<br>LAS VEGAS, NV 89119-4311 | **CREDITOR / POC ADDRESS**<br>STEVE MALU<br>2582 SE 18TH AVE<br>GAINESVILLE, FL 32641 | **CREDITOR**<br>STREAMLINE PERFORMANCE INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1551 N TUSTIN, #555<br>SANTA ANA, CA 92705-8634 |
| **CREDITOR / POC ADDRESS**<br>STRIS & MAHER LLP<br>777 S FIGUEROA ST, STE 3850<br>LOS ANGELES, CA 90017 | **CREDITOR / POC ADDRESS**<br>THANHHANG NGUYEN<br>2128 W CHERRY DR<br>ORANGE, CA 92868 | **CREDITOR / POC ADDRESS**<br>THE BANKRUPTCY ESTATE OF STEPHANIE LYNNE NICCUM<br>C/O JACQUELINE SELLS HOMANN, CHAPTER 7 TRUSTEE<br>1251 NORTH EDDY STREET, SUITE 203<br>SOUTH BEND, IN 46617 |
| **CREDITOR / POC ADDRESS**<br>THE BANKRUPTCY ESTATE OF STEVEN ROBERT VERZAL<br>C/O JACQUELINE SELLS HOMANN, CHAPTER 7 TRUSTEE<br>1251 NORTH EDDY STREET, SUITE 203<br>SOUTH BEND IN 46617-1478 | **CREDITOR / POC ADDRESS**<br>THE PLACIDE GROUP CO<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>624 BROOKWOOD LANE<br>MAITLAND, FL 32751 | **CREDITOR**<br>THOMSON REUTERS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>610 OPPERMAN DRIVE<br>EAGEN, MN 55123-1340 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

| **CREDITOR** | **CREDITOR / POC ADDRESS** | **CREDITOR / POC ADDRESS** |
|---|---|---|
| TWILIO, INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>101 SPEAR STREET, SUITE 500<br>SAN FRANCISCO, CA 94105-1559 | UNIFIED GLOBAL RESEARCH GROUP<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1660 HOTEL CIR N, STE S620<br>SAN DIEGO, CA 92108-2806 | UTAH STATE TAX COMMISSION<br>210 N 1950 W<br>SALT LAKE CITY, UT 84134-9000 |

| **CREDITOR / POC ADDRESS** | **CREDITOR** | **INTERESTED PARTY** |
|---|---|---|
| WA STATE DEPARTMENT OF LABOR AND INDUSTRIES<br>BANKRUPTCY UNIT<br>PO BOX 44171<br>OLYMPIA, WA 98504-4171 | WISCONSIN DEPT OF REVENUE<br>PO BOX 8901<br>MADISON, WI 53708-8901 | SHARP ELECTRONICS COPR<br>C/O DAVID CRAPO, ESQ<br>ONE GATEWAY CENTER<br>NEWARK, NJ 07102 |

4863-9691-2494, v. 1

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                      **F 9013-3.1.PROOF.SERVICE**