United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10571-SC |
| The Litigation Practice Group P.C. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 07, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2023:**

**Recip ID        Recipient Name and Address**
db                #+   The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2023                           Signature:      /s/Gustava Winters

Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
Yosina M. Lissebeck (State Bar No. 201654)
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone:  619.400.0500
Facsimile:  619.400.0501
christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com

Special Counsel to Richard A. Marshack, Chapter 11 Trustee

**FILED & ENTERED**

**AUG 07 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte        **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Chapter 11 |
| Debtor. | **ORDER GRANTING MOTION FOR ORDER APPROVING STIPULATION RE AVOIDANCE AND RECOVERY OF AVOIDABLE TRANSFERS TO DEFENDANT PHOENIX LAW, PC AND TURNOVER OF ALL RELATED PROPERTY TO THE TRUSTEE AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS WILLIAM TAYLOR CARSS AND MARIA EEYAH TAN AKA EEYA TAN** |
| | Date:  July 21, 2023
Time:  10:00 a.m.
Judge: Hon. Scott C. Clarkson
Place:  Courtroom 5C
            411 West Fourth Street
            Santa Ana, CA 92701 |

On July 21, 2023, on the 10:00 a.m. calendar, in Courtroom 5C of the United States Bankruptcy Court, located at 411 West Fourth Street, Santa Ana, California 92701, the Honorable Scott C. Clarkson, United States Bankruptcy Judge, conducted a hearing on the *Chapter 11 Trustee's Motion for Order Approving Stipulation re Avoidance and Recovery pf Avoidable Transfers to Defendant Phoenix Law, PC and Turnover of All Related Property to the Trustee and Order of Dismissal Without Prejudice of Defendants William Taylor Carss and Maria Eeya Tan* [Docket No. 176] (the "Motion")[1] filed on July 6, 2023 by Richard A. Marshack, the Chapter 11 Trustee (the "Trustee") for the bankruptcy estate (the "Estate") of The Litigation Practice Group P.C. ("LPG") in the above-captioned bankruptcy case. Appearances were identified on the Court record.

The Motion seeks Court approval of that certain Stipulation for Agreed Judgment (1) Avoiding, Recovering, and Preserving Transfers to Defendant, Phoenix Law Group, Inc. ("Phoenix"); (2) Turning Over All of Transferred Property to Trustee, including but limited to files of and contracts with consumer clients of LPG; and (3) Dismissing Without Prejudice Defendants William Taylor Carss and Maria Eeya Tan (the "Stipulation") by and between the Trustee, in his capacity as the duly appointed and acting Trustee for the Debtor, on the one hand, and Phoenix Law, PC, William Taylor "Ty" Carss, and Eeya Tan, on the other hand (collectively the "Parties").

The Court, having considered the Motion, all pleadings filed in support of, and in opposition to, the Motion, good cause appearing, and for the reasons stated on the record and in the Motion:

1. Grants the Motion;

2. Approves the terms of the Stipulation, intended to resolve disputes related to avoidance actions between the Parties;

3. Authorizes the dismissal without prejudice of Defendants William Taylor Carss and Maria Eeyah Tan aka Eeya Tan from this adversary proceeding;

4. Grants the Avoidance by the Trustee of the transfer of the Files by LPG, and all material and property related thereto including but not limited to payments, communications, and documents, along with any contracts and agreements, to Phoenix as a preferential and/or fraudulent transfer subject to avoidance and recovery by the Debtor pursuant to 11 U.S.C. § 547, 548, and 550;

---

[1] Terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

1

5. Provides that all liability associated with the Transferred Property and the avoidance of the transfers identified in paragraph 4, remains with Phoenix, and such liability is not a charge or liability of the Trustee, LPG or the Estate;

6. Authorizes the Trustee to (a) execute and enter into the Stipulation in substantially the same form as the Stipulation attached as Exhibit 1 to the Motion and (b) tender same for entry in this adversary proceeding after execution as Judgment against the Defendants;

7. Reserves jurisdiction to determine any disputes arising in connection with the Stipulation; and

8. Finds that notice of the Motion was adequate and proper.

**IT IS SO ORDERED.**

###

Date: August 7, 2023

Scott C. Clarkson
United States Bankruptcy Judge

2