Page: 1

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | Flagstar Bank, N.A. |
| | | | **Account:** | ******9960 - Checking |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | $0.00 (per case limit) |
| **Period Ending:** | 05/31/23 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/26/23 | Asset #9 | Bank of America | Refund pre-petition account | 1229-000 | 176.00 | | 176.00 |
| 05/26/23 | Asset #9 | Bank of America | Refund pre-petition account | 1229-000 | 20.00 | | 196.00 |
| 05/26/23 | Asset #9 | Oregon Dept of Revenue | Refund payroll tax 12-31-21 | 1229-000 | 184.59 | | 380.59 |
| 05/26/23 | Asset #10 | Client Services, Inc. | full settlement payment for client Nathan Becker in action v Client Services, Inc. along with forgiving Nathan's full balance. Nathan is owed 60%. | 1229-000 | 2,000.00 | | 2,380.59 |
| 05/26/23 | Asset #10 | Karine Young | Pre-petition monthly payment that was received in debtor's mail post-petition | 1229-000 | 461.50 | | 2,842.09 |

|  | | |
|---|---|---|
| **ACCOUNT TOTALS** | 2,842.09 | 0.00 | $2,842.09 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 2,842.09 | 0.00 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2,842.09** | **$0.00** | |

| | |
|---|---|
| Net Receipts: | $2,842.09 |
| Net Estate: | $2,842.09 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******9960** | 2,842.09 | 0.00 | 2,842.09 |
| | $2,842.09 | $0.00 | $2,842.09 |