# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | Flagstar Bank, N.A. |
| | | **Account:** | ******9960 - Checking |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | $0.00 (per case limit) |
| **Period Ending:** | 06/30/23 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/26/23 | Asset #9 | Bank of America | Refund pre-petition account | 1229-000 | 176.00 | | 176.00 |
| 05/26/23 | Asset #9 | Bank of America | Refund pre-petition account | 1229-000 | 20.00 | | 196.00 |
| 05/26/23 | Asset #9 | Oregon Dept of Revenue | Refund payroll tax 12-31-21 | 1229-000 | 184.59 | | 380.59 |
| 05/26/23 | Asset #10 | Client Services, Inc. | full settlement payment for client Nathan Becker in action v Client Services, Inc. along with forgiving Nathan's full balance. Nathan is owed 60%. | 1229-000 | 2,000.00 | | 2,380.59 |
| 05/26/23 | Asset #10 | Karine Young | Pre-petition monthly payment that was received in debtor's mail post-petition | 1229-000 | 461.50 | | 2,842.09 |
| 06/02/23 | Asset #10 | Karine Young | NSF - Deposit #1005 - Pre-petition monthly payment that was received in debtor's mail post-petition | 1229-000 | -461.50 | | 2,380.59 |
| 06/02/23 | | Flagstar Bank, N.A. | Bank fee | 2600-000 | | 10.00 | 2,370.59 |
| 06/05/23 | Asset #8 | Wells Fargo Bank | Acct 9879 | 1221-000 | 5,909.55 | | 8,280.14 |
| 06/05/23 | Asset #8 | Wells Fargo Bank | Acct 9887 | 1221-000 | 5.95 | | 8,286.09 |
| 06/05/23 | Asset #8 | Wells Fargo Bank | Acct 9895 | 1221-000 | 5.95 | | 8,292.04 |
| 06/05/23 | | Flagstar Bank, N.A. | Refund - Bank fee | 2600-000 | | -10.00 | 8,302.04 |
| 06/13/23 | Asset #11 | Maverick Management Group LLC | Recovery of transfer | 1241-000 | 239,197.01 | | 247,499.05 |
| 06/13/23 | Asset #11 | Vantiv ECommerce | Worldpay / FIS Wire turnover | 1241-000 | 83,694.31 | | 331,193.36 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 23-10571 SC | Trustee: | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| Case Name: | The Litigation Practice Group PC | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******9960 - Checking |
| Taxpayer ID#: | **-***5343 | Blanket Bond: | $0.00 (per case limit) |
| Period Ending: | 06/30/23 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/13/23 | Asset #11 | Vantiv ECommerce | Worldpay / FIS Wire turnover | 1241-000 | 93,895.54 | | 425,088.90 |
| 06/13/23 | 1001 | Office of the U.S. Trustee | 1Q2023 quarterly fees; 16-02 / 738-23-10571 | 2950-000 | | 250.00 | 424,838.90 |
| 06/14/23 | Asset #11 | Vantiv ECommerce | Worldpay / FIS Wire turnover | 1241-000 | 348,680.63 | | 773,519.53 |
| 06/15/23 | | To Account# XXXXXX2953 | Maverick turnover | 9999-000 | | 239,197.01 | 534,322.52 |
| 06/15/23 | | To Account# XXXXXX2953 | | 9999-000 | | 83,694.31 | 450,628.21 |
| 06/15/23 | | To Account# XXXXXX2953 | | 9999-000 | | 93,895.54 | 356,732.67 |
| 06/15/23 | | To Account# XXXXXX2953 | | 9999-000 | | 348,680.63 | 8,052.04 |
| 06/20/23 | Asset #11 | Vantiv ECommerce | Worldpay / FIS Wire turnover | 1241-000 | 700,615.88 | | 708,667.92 |
| 06/21/23 | Asset #11 | Vantiv ECommerce | Worldpay / FIS Wire turnover | 1241-000 | 217,686.51 | | 926,354.43 |
| 06/22/23 | Asset #11 | Bank of America | Turnover Prime Logix accts 2231 and 9201 | 1241-000 | 1,223,787.59 | | 2,150,142.02 |
| 06/22/23 | | To Account# XXXXXX2953 | | 9999-000 | | 700,615.88 | 1,449,526.14 |
| 06/23/23 | Asset #11 | Vantiv ECommerce | Worldpay / FIS Wire turnover | 1241-000 | 174,748.62 | | 1,624,274.76 |
| 06/27/23 | Asset #11 | Vantiv ECommerce | Worldpay / FIS Wire turnover | 1241-000 | 624,037.71 | | 2,248,312.47 |
| 06/28/23 | Asset #11 | Vantiv ECommerce | Worldpay / FIS Wire turnover | 1241-000 | 371,476.54 | | 2,619,789.01 |
| 06/29/23 | Asset #11 | Vantiv ECommerce | Worldpay / FIS Wire turnover | 1241-000 | 41,158.94 | | 2,660,947.95 |
| 06/29/23 | | To Account# XXXXXX2953 | | 9999-000 | | 217,686.51 | 2,443,261.44 |
| 06/29/23 | | To Account# XXXXXX2953 | | 9999-000 | | 1,223,787.59 | 1,219,473.85 |

# Form 2
## Cash Receipts and Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | Flagstar Bank, N.A. |
| | | | **Account:** | ******9960 - Checking |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | $0.00 (per case limit) |
| **Period Ending:** | 06/30/23 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/29/23 | | To Account# XXXXXX2953 | | 9999-000 | | 174,748.62 | 1,044,725.23 |
| 06/29/23 | | To Account# XXXXXX2953 | | 9999-000 | | 624,037.71 | 420,687.52 |
| 06/30/23 | Asset #11 | Vantiv ECommerce | Worldpay / FIS Wire turnover | 1241-000 | 78,502.39 | | 499,189.91 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | **4,205,783.71** | **3,706,593.80** | **$499,189.91** |
| Less: Bank Transfers | | 0.00 | 3,706,343.80 | |
| **Subtotal** | | **4,205,783.71** | **250.00** | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$4,205,783.71** | **$250.00** | |

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| --- | --- | --- | --- | --- |
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | Flagstar Bank, N.A. |
| | | | **Account:** | ******2953 - ACH Segregated no fee account |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | $0.00 (per case limit) |
| **Period Ending:** | 06/30/23 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/15/23 | | From Account# XXXXXX9960 | Maverick turnover | 9999-000 | 239,197.01 | | 239,197.01 |
| 06/15/23 | | From Account# XXXXXX9960 | | 9999-000 | 83,694.31 | | 322,891.32 |
| 06/15/23 | | From Account# XXXXXX9960 | | 9999-000 | 93,895.54 | | 416,786.86 |
| 06/15/23 | | From Account# XXXXXX9960 | | 9999-000 | 348,680.63 | | 765,467.49 |
| 06/22/23 | | From Account# XXXXXX9960 | | 9999-000 | 700,615.88 | | 1,466,083.37 |
| 06/29/23 | | From Account# XXXXXX9960 | | 9999-000 | 217,686.51 | | 1,683,769.88 |
| 06/29/23 | | From Account# XXXXXX9960 | | 9999-000 | 1,223,787.59 | | 2,907,557.47 |
| 06/29/23 | | From Account# XXXXXX9960 | | 9999-000 | 174,748.62 | | 3,082,306.09 |
| 06/29/23 | | From Account# XXXXXX9960 | | 9999-000 | 624,037.71 | | 3,706,343.80 |

|   |   |   | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 3,706,343.80 | 0.00 | **$3,706,343.80** |
| Less: Bank Transfers | 3,706,343.80 | 0.00 | |
| **Subtotal** | 0.00 | 0.00 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

# Form 2
## Cash Receipts and Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee | |
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | Flagstar Bank, N.A. | |
| | | **Account:** | ******4611 - Payroll Account | |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | $0.00 (per case limit) | |
| **Period Ending:** | 06/30/23 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/30/23 | | LAW OFFICES OF RONALD RICHARDS IOLTA Account | for Liberty Acquisitions Group Inc. REF# 20230630B6B7261F00487306301732FT03 0000010453    FROM: LAW OFFICES OF RONALD RICHARDS | 1290-000 | 500,000.00 | | 500,000.00 |
| | | | **ACCOUNT TOTALS** | | 500,000.00 | 0.00 | $500,000.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 500,000.00 | 0.00 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$500,000.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2953** | 0.00 | 0.00 | 3,706,343.80 |
| **Checking # ******4611** | 500,000.00 | 0.00 | 500,000.00 |
| **Checking # ******9960** | 4,205,783.71 | 250.00 | 499,189.91 |
| | $4,705,783.71 | $250.00 | $4,705,533.71 |