United States Bankruptcy Court

Central District of California

Marshack,
    Plaintiff

Adv. Proc. No. 23-01046-SC

Diab,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 31, 2024 | Form ID: pdf031 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Law Offices of Ronald Richards, Ronald Richards, Esq, PO Box 11480, Beverly Hills, CA 90213-4480 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Authorize Net |
| dft | | B.A.T. Inc. |
| dft | | BAT Inc. dba Coast Processing |
| dft | | BankUnited, N.A. |
| wit | | Bradford Lee |
| dft | | Consumer Legal Group, PC |
| intp | | Courtesy NEF |
| dft | | Daniel S. March |
| cr | | Debt Validation Fund II, LLC |
| dft | | Dongliang Jiang |
| dft | | Dwolla, Inc. |
| dft | | EPPS |
| dft | | Eng Taing |
| dft | | Eng Tang |
| dft | | Equipay |
| dft | | Fidelity National Information Services, Inc. |
| dft | | Fidelity National Information Services, Inc. dba F |
| dft | | Gallant Law Group |
| dft | | Greyson Law Center PC |
| dft | | Guardian |
| dft | | Guardian Processing, LLC |
| dft | | Han Trinh |
| dft | | Heng Taing |
| dft | | Jake Akers |
| dft | | Jayde Trinh |
| dft | | Jimmy Chhor |
| dft | | LGS Holdco, LLC |
| dft | | Lisa Cohen |
| cr | | MC DVI Fund 1, LLC |
| cr | | MC DVI Fund 2, LLC |
| dft | | Maria Eeya Tan |
| dft | | Marich Bein, LLC |
| dft | | Maverick Management Group, LLC |
| dft | | Maverick Management, LLC |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 4 |
| Date Rcvd: Jan 31, 2024 | Form ID: pdf031 | Total Noticed: 1 |

| | |
|---|---|
| dft | Max Chou |
| dft | Merit Fund, LLC |
| intp | Morning Law Group, P.C. |
| dft | Oakstone Law Group PC |
| dft | OptimumBank Holdings, Inc. |
| dft | Optimumbank Holdings, Inc. |
| dft | Payliance, LLC |
| dft | Phoenix Law Group, Inc. |
| dft | Phoenix Law, PC |
| dft | Prime Logix, LLC |
| dft | Revolv3, Inc. |
| pla | Richard A. Marshack |
| dft | Rosa Bianca Loli |
| dft | Scott James Eadie |
| dft | Seamless Chex Inc. |
| dft | Stripe, Inc. |
| dft | Teracel Blockchain Fund II LLC |
| dft | The United States Postal Service |
| dft | Tony Diab |
| dft | Touzi Capital, LLC |
| dft | Vulcan Consulting Group LLC |
| dft | Wes Thomas |
| dft | William Taylor Carss |
| dft | World Global |
| dft | Worldpay Group |
| dft | Worldpay, Inc. |
| dft | Worldpay, LLC |

TOTAL: 61 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2024                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2024 at the address(es) listed below:

**Name**         **Email Address**

Andrew Still
on behalf of Interested Party Courtesy NEF astill@swlaw.com  kcollins@swlaw.com

Christopher Celentino
on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Celentino
on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Ghio
on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com
nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com

Christopher Ghio
on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com

nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com

Daniel A Lev
on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com  cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
on behalf of Defendant Consumer Legal Group  PC daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
on behalf of Defendant LGS Holdco  LLC daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel H Reiss
on behalf of Defendant Touzi Capital  LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel H Reiss
on behalf of Defendant Eng Taing dhr@lnbyg.com  dhr@ecf.inforuptcy.com

Daniel S March
on behalf of Defendant Daniel S. March marchlawoffice@gmail.com  marchdr94019@notify.bestcase.com

David S Kupetz
on behalf of Defendant Marich Bein  LLC David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

Douglas A Plazak
on behalf of Defendant Scott James Eadie dplazak@rhlaw.com

Eric Bensamochan
on behalf of Interested Party Courtesy NEF eric@eblawfirm.us  G63723@notify.cincompass.com

Eric D Goldberg
on behalf of Defendant Stripe  Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Howard Steinberg
on behalf of Defendant BankUnited  N.A. steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Jeremy Freedman
on behalf of Plaintiff Richard A. Marshack jeremy.freedman@dinsmore.com  nicolette.murphy@dinsmore.com

Jeremy Freedman
on behalf of Trustee Richard A Marshack (TR) jeremy.freedman@dinsmore.com  nicolette.murphy@dinsmore.com

Johnny White
on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com  jlee@wrslawyers.com

Jonathan Serrano
on behalf of Plaintiff Richard A. Marshack jonathan.serrano@dinsmore.com

Kathleen P March
on behalf of Defendant Greyson Law Center PC kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Defendant Jayde Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Defendant Han Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Keith Barnett
on behalf of Defendant Payliance  LLC keith.barnett@troutman.com, kelley.wade@troutman.com

Kenneth Misken
on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

Leslie A Cohen
on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Leslie A Cohen
on behalf of Defendant Lisa Cohen leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Leslie A Cohen
on behalf of Defendant Rosa Bianca Loli leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Lisa Patel
on behalf of Defendant OptimumBank Holdings  Inc. lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com

Matthew A Lesnick
on behalf of Defendant OptimumBank Holdings  Inc. matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Meredith King
on behalf of Defendant Gallant Law Group mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Case 8:23-bk-10571-SC    Doc    Filed 02/02/24    Entered 02/02/24 21:23:41    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0973-8 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 31, 2024 | Form ID: pdf031 | Total Noticed: 1 |

Meredith King
    on behalf of Interested Party Courtesy NEF mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Michael T Delaney
    on behalf of Defendant Fidelity National Information Services  Inc. dba FIS mdelaney@bakerlaw.com, TBreeden@bakerlaw.com

Queenie K Ng
    on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Richard A Marshack (TR)
    pkraus@marshackhays.com  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Richard H Golubow
    on behalf of Creditor MC DVI Fund 1  LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Creditor Debt Validation Fund II  LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Creditor MC DVI Fund 2  LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Ronald N Richards
    on behalf of Defendant Consumer Legal Group  PC ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Sweeney Kelly
    on behalf of Defendant Worldpay  LLC kelly@ksgklaw.com

Sweeney Kelly
    on behalf of Defendant Fidelity National Information Services  Inc. dba FIS kelly@ksgklaw.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

William J Wall
    on behalf of Witness Bradford Lee wwall@wall-law.com

Yosina M Lissebeck
    on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com  caron.burke@dinsmore.com

Zev Shechtman
    on behalf of Interested Party Morning Law Group  P.C. zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

TOTAL: 45

CHRISTOPHER B. GHIO (259094)
christopher.ghio@dinsmore.com
CHRISTOPHER CELENTINO (131688)
christopher.celentino@dinsmore.com
JEREMY B. FREEDMAN (308752)
Jeremy.freedman@dinsmmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California 92101
Tele:    619.400.0500
Fax:    619.400.0501

Special Counsel to Richard A. Marshack
Chapter 11 Trustee for the Bankruptcy Estate of
The Litigation Practice Group PC

**FILED & ENTERED**

**JAN 31 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte    DEPUTY CLERK**

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor.<br><br>RICHARD A. MARSHACK,<br><br>Plaintiff,<br><br>v.<br><br>TONY DIAB, et al.<br><br>Defendants. | Case No.: 8:23-bk-10571-SC<br><br>Adv. Proc. No. 8:23-ap-01046-SC<br><br>Chapter 11<br><br>**ORDER (1) AFTER HEARING ON MOTION FOR PROTECTIVE ORDER AND MOTION TO QUASH [DK. 347]; AND (2) AMENDING ORDER APPEARING ON DOCKET NO. 333**<br><br>Date:       January 24, 2024<br>Time:      10:00 a.m.<br>Place:      Courtroom 5C<br>               411 West Fourth Street<br>               Santa Ana, California  92701 |

**TO THE COURT, HONORABLE SCOTT C. CLARKSON, OFFICE OF THE UNITED STATES TRUSTEE, DEFENDANTS, AND ALL INTERESTED PARTIES:**

On January 24, 2024, at 10:00 a.m., in Courtroom 5C of the Bankruptcy Court, located at 411 West Fourth Street, Santa Ana, California 92701, the Honorable Scott C. Clarkson, United States Bankruptcy Judge, conducted an emergency hearing on Bradford Lee's Emergency Motion for Protective Order and to Quash Subpoena or in the Alternative to Limit Scope of Deposition [Adv. Dkt. No. 347] ("Motion to Quash").

The Court, having considered the Motion to Quash, all pleadings filed in support of, and in opposition to, and oral argument at the foregoing hearing granted in part, and, denied in part, the Motion to Quash, continued the Deposition of Bradford Lee noticed by Defendant Greyson Law Center, PC ("Greyson") and further ordered that the January 16, 2024 Scheduling Order [Adv. Dkt. No. 333] be modified to allow for discovery related to Greyson's Motion to Vacate the Preliminary Injunction [Dkt. No. 290] and any opposition thereto, as follows[1]:

The dates set forth in Adversary Docket No. 333 are modified as follows:

1) The deposition of Bradford ("Brad") Lee, previously noticed by Defendant Greyson for January 24, 2024 at 10:00 a.m. at The Bankruptcy Law Firm, PC located at 10524 West Pico Boulevard, Suite 212, Los Angeles California be continued to February 2, 2024 at 10:00 a.m. at the same location to be attended in person.

2) Any party or non-party may file a motion for a protective order as to the foregoing continued Deposition of Brad Lee on or before January 29, 2024.

3) Defendant Greyson's deadline to file briefing and evidentiary objections is hereby continued from January 30, 2024 to February 29, 2024.

---

[1] The Objection filed by Greyson Law Center PC on January 26, 2024 [Dk. 361] is sustained in part and denied in part, the results being as set forth in this order.

4) A supplemental brief pursuant to the Scheduling Order [Adv. Dkt. No. 333] in support of its Motion to Vacate the Preliminary Injunction [Adv. Dkt. No. 290] is continued from January 30, 2024 to February 29, 2024.

5) Chapter 11 Trustee Richard Marshack's ("Trustee") deadline to file a response in opposition to any supplemental brief, is continued from February 13, 2024 to March 14, 2024.

6) Defendant Greyson's deadline to file any Reply to Trustee's opposition, if it so chooses, is continued from February 20, 2024 to March 21, 2024.

7) No further briefing shall be submitted in contravention or following the foregoing deadlines.

8) The hearing on Defendant Greyson's Motion to Vacate [Adv. Dkt No. 290], currently scheduled to be heard on February 28, 2024, is hereby VACATED and CONTINUED to March 27, 2024 at 1:30 pm in Courtroom 5C, which will be held remotely pursuant to the Hon. Judge Scott Clarkson's Chamber rules requiring remote appearance absent further instruction from the Court requiring in person appearances. The parties must review the Court's tentative ruling prior to the hearing to determine whether remote or in person appearances are required.

This Court's Scheduling Order [Adv. Dkt. No. 333] and the orders of this Court therein, which are incorporated by reference, remain the order of this Court subject only to the foregoing modifications and shall be complied with by the parties.

**IT IS SO ORDERED**.

Date: January 31, 2024

Scott C. Clarkson
United States Bankruptcy Judge