D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee,
RICHARD A. MARSHACK

FILED & ENTERED

AUG 11 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>ORDER RE: APPLICATION BY CHAPTER 11 TRUSTEE TO EMPLOY KHANG & KHANG LLP AS GENERAL COUNSEL<br><br>Hearing:<br>Date:  July 19, 2023<br>Time:  1:30 p.m.<br>Ctrm;  5C |

On July 19, 2023, the Court held a hearing on the *Application to Employ Khang & Khang LLP as General Bankruptcy Counsel to the Debtor* ("K&K Application"), filed by Debtor, on April 18, 2023, as Dk. No. 42. D. Edward Hays of Marshack Hays LLP, appeared on behalf of the Chapter 11 Trustee, Richard A. Marshack, Joon M. Khang of Khang & Khang appeared on behalf of the Debtor, The Litigation Practice Group. All other appearances were noted on the record. After considering the Application, the Supplemental Declaration of Joon M. Khang filed in support of the Application on June 23, 2023, as Dk. No. 137, hearing the arguments of counsel at the hearing, and for good cause, the court orders as follows:

/ / /

/ / /

1

IT IS ORDERED that:

1. The Application is granted and Khang & Khang LLP ("Firm") is employed as Debtor's counsel from the petition date of March 20, 2023, through the date that the Chapter 11 trustee was appointed on May 8, 2023;

2. The $80,000 retainer paid to the Firm by Vulcan Consulting Group, LLC post-petition on March 21, 2023, constitutes property of the Estate;

3. The $14,738 drawn down by the Firm from the post-petition retainer without Court authorization shall be immediately turned over to Trustee;

4. The $64,462 balance of the retainer held by the Firm in Trust shall be turned over to Trustee no later than August 9, 2023; and

5. Any allowed compensation or reimbursement of costs shall only be determined pursuant to a properly noticed application pursuant to 11 U.S.C. §§ 330 or 331.

### # # #

Date: August 11, 2023

Scott C. Clarkson
United States Bankruptcy Judge

4880-6285-8613, v. 1