United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10571-SC |
| The Litigation Practice Group P.C. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 11, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2023        Signature:    /s/Gustava Winters

D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**AUG 11 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte        DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>ORDER RE: APPLICATION BY CHAPTER 11 TRUSTEE TO EMPLOY KHANG & KHANG LLP AS GENERAL COUNSEL<br><br>Hearing:<br>Date:   July 19, 2023<br>Time:  1:30 p.m.<br>Ctrm;  5C |

On July 19, 2023, the Court held a hearing on the *Application to Employ Khang & Khang LLP as General Bankruptcy Counsel to the Debtor* ("K&K Application"), filed by Debtor, on April 18, 2023, as Dk. No. 42.  D. Edward Hays of Marshack Hays LLP, appeared on behalf of the Chapter 11 Trustee, Richard A. Marshack, Joon M. Khang of Khang & Khang appeared on behalf of the Debtor, The Litigation Practice Group. All other appearances were noted on the record. After considering the Application, the Supplemental Declaration of Joon M. Khang filed in support of the Application on June 23, 2023, as Dk. No. 137, hearing the arguments of counsel at the hearing, and for good cause, the court orders as follows:

/ / /

/ / /

1

IT IS ORDERED that:

1. The Application is granted and Khang & Khang LLP ("Firm") is employed as Debtor's counsel from the petition date of March 20, 2023, through the date that the Chapter 11 trustee was appointed on May 8, 2023;

2. The $80,000 retainer paid to the Firm by Vulcan Consulting Group, LLC post-petition on March 21, 2023, constitutes property of the Estate;

3. The $14,738 drawn down by the Firm from the post-petition retainer without Court authorization shall be immediately turned over to Trustee;

4. The $64,462 balance of the retainer held by the Firm in Trust shall be turned over to Trustee no later than August 9, 2023; and

5. Any allowed compensation or reimbursement of costs shall only be determined pursuant to a properly noticed application pursuant to 11 U.S.C. §§ 330 or 331.

### ###

Date: August 11, 2023

Scott C. Clarkson
United States Bankruptcy Judge

4880-6285-8613, v. 1

2