GREGORY M. SALVATO (SBN 126285)
   Gsalvato@salvatolawoffices.com
JOSEPH BOUFADEL (SBN 267312)
   Jboufadel@salvatolawoffices.com
SALVATO BOUFADEL LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90017-9500
Telephone:   (213) 484-8400
Facsimile:   (213) 401-2411

Attorneys for Creditor
MARI AGAPE

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>            Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**Proof of Service of Motion for Relief from Stay and related documents (Mari Agape - Action in Non-bankruptcy Forum)**<br><br>        Hearing:<br>Date:    August 29, 2023<br>Time:    10:30 a.m.<br>Place:    Ronald Reagan Federal Bldg.<br>           Courtroom 5C<br>           411 West Fourth Street<br>           Santa Ana, CA 92701 |

| NAME OF PARTY / ACCOUNT REFERENCE | DECLARATION OF MAILING CERTIFICATE OF SERVICE |
|---|---|
| Gonzales - Agape | |

On 8/1/2023, I did cause a copy of the following documents, described below,

Motion for Relief from Stay and Attachments

Amended Notice of Hearing

Subpoena for Production of Documents

Notice of Subpoena to Debtor for Documents

to be served for delivery by the United States Postal Service, via First Class United States Mail, First Class, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

Parties who were mailed documents via certified mail, return receipt requested, are those listed as certified on the attached mailing matrix.

I caused these documents to be served by utilizing the services of CertificateofService.com.  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 8/1/2023

/s/ Gregory M. Salvato
Gregory M. Salvato
Salvato Boufadel, LLP
355 South Grand Avenue, Suite 2450
Los Angeles, CA  90071-9500
213 484 8400

This is a receipt for mailing services and a normal and customary business record of the business transaction between Salvato Boufadel, LLP and CertificateofService.com, an authorized Third Party Notice Provider by the Administrator of the United States Bankruptcy Courts.

**RECEIPT FOR DIRECT MAILING SERVICE**

Salvato Boufadel, LLP
Gregory M. Salvato
355 South Grand Avenue, Suite 2450
Los Angeles, CA  90071-9500

On 8/1/2023, a copy of the following documents, described below,

Mailing List:  SEE ATTACHED LIST

Documents Served:

Motion for Relief from Stay and Attachments

Amended Notice of Hearing

Subpoena for Production of Documents

Notice of Subpoena to Debtor for Documents

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

Documents served via Certified Mail, Return Receipt Requested are denoted on the attached mailing list, attched hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/1/2023

Jay S. Jump
CertificateofService.com for
Gregory M. Salvato
Salvato Boufadel, LLP
355 South Grand Avenue, Suite 2450
Los Angeles, CA  90071-9500

This is a receipt for mailing services and a normal and customary business record of the business transaction between Salvato Boufadel, LLP and CertificateofService.com, an authorized Third Party Notice Provider by the Administrator of the United States Bankruptcy Courts.

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class US Mail Service.

FIRST CLASS
JOON KHANG, ESQ.
KHANG & KHANG LLP
4000 BARRANCA, SUITE 250
IRVINE CA 92604

FIRST CLASS
THE LITIGATION PRACTICE GROUP
ATTN:  DANIEL MARSH
17542 17TH STREET, SUITE 100
TUSTIN CA 92780

FIRST CLASS
RICHARD A. MARSHACK, TRUSTEE
MARSHACK HAYS LLP
870 ROOSEVELT AVENUE
IRVINE CA 92620

FIRST CLASS
CHRISTOPHER CELENTINO, ESQ.
DINSMORE & SHOHL, LLP
655 W. BROADWAY, SUITE 800
SAN DIEGO CA 92101

FIRST CLASS
NICHOLAS A. KOFFROTH, ESQ.
FOX ROTHSCHILD LLP
10250 CONSTELLATION BLVD., SUITE 900
LOS ANGELES CO 90067