D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No: 8-23-bk-10571-SC<br><br>Chapter 11<br><br>NOTICE OF MOTION TO APPROVE COMPROMISE BETWEEN TRUSTEE AND AZZURE CAPITAL LLC<br><br><u>Hearing:</u><br>Date:   September 13, 2023<br>Time:  1:30 p.m.<br>Judge: Hon. Scott C. Clarkson<br>Place: Courtroom 5C – Via ZoomGov<br>           411 W. Fourth Street<br>           Santa Ana, CA  92701 |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on September 13, 2023, at 1:30 p.m., in Courtroom 5C, via ZoomgGov, a hearing will be held on the Motion ("Motion") of Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy Estate of The Litigation Practice Group P.C., to approve the settlement agreement ("Agreement") with Azzure Capital LLC ("Azzure") to fully resolve all issues, disputes, liabilities, and claims existing between them regarding the issues described below. The Agreement avoids the cost and risk of litigation, and in the business judgment of Trustee is in the best interest of creditors and the Estate.

1

Prepetition, Azzure made a secured loan to Debtor in the principal amount of $2.55 million. Azzure contends that the amount due now exceeds $5 million ("Loan"). Trustee disputes the amount owed on multiple grounds including, but not limited to, whether the embedded annual 170% fixed interest rate in the Loan is enforceable against Debtor under California law and whether the lien created and previously-recorded UCC-1 assigned to Azzure properly perfected its lien. The perfection issues alone are novel and presents a matter of first impression. In order to resolve the dispute, the Parties have entered into an agreement which provides that: (1) Azzure will have an allowed secured claim of $3.5 million ("Compromised Secured Claim"); (2) on account of the Compromised Secured Claim, Trustee shall pay Azzure $1.9 million[1] with the lien securing the balance of the Compromise Secured Claim - $1.6 million - being avoided, recovered, and preserved for the benefit of the Estate; and (3) Azzure shall retain only a $1.6 million unsecured claim against the Estate; and (4) limited releases for actions arising from the Azzure Loan. A true and correct copy of the Agreement is attached to the Motion as Exhibit "1." The complete scope and terms of the Agreement are detailed in the Motion a copy of which can be obtained by contacting Trustee's counsel whose contact information is listed on the first page of this Notice.

PLEASE TAKE FURTHER NOTICE that if you do not oppose the Motion, you need take no further action. If you object to the Motion, however, pursuant to Rule 9013-1(f) of the Local Bankruptcy Rules, any opposition must be filed with the court no later than 14 days prior to the hearing. Any opposition must be filed with the Clerk of the Court and served on Trustee's counsel, other interested parties, and the Office of the United States Trustee (411 W 4th St #7160, Santa Ana, CA 92701) no later than 14 days prior to the date of the hearing.

DATED: August 16, 2023

MARSHACK HAYS LLP

By: /s/ D. Edward Hays
    D. EDWARD HAYS
    Attorneys for Chapter 11 Trustee
    RICHARD A. MARSHACK

---

[1] This amount shall be paid prior to the unsecured claims of all post-petition lenders that received super-administrative priority status and from the sale proceeds.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION TO APPROVE COMPROMISE BETWEEN TRUSTEE AND AZZURE CAPITAL LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 16, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **August 16, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR – MAIL REDIRECTED TO TRUSTEE**
THE LITIGATION PRACTICE GROUP P.C.
~~17542 17TH ST, SUITE 100~~
~~TUSTIN, CA 92780-1981~~

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 16, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 16, 2023 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                     F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **ATTORNEY FOR CREDITOR AFFIRMA, LLC and CREDITOR OXFORD KNOX, LLC:** Eric Bensamochan eric@eblawfirm.us, G63723@notify.cincompass.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Peter W Bowie peter.bowie@dinsmore.com, caron.burke@dinsmore.com
   - **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC.:** Ronald K Brown ron@rkbrownlaw.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Christopher Celentino christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
   - **INTERESTED PARTY COURTESY NEF:** Michael F Chekian mike@cheklaw.com, chekianmr84018@notify.bestcase.com
   - **INTERESTED PARTY COURTESY NEF:** Shawn M Christianson cmcintire@buchalter.com, schristianson@buchalter.com
   - **INTERESTED PARTY COURTESY NEF:** Randall Baldwin Clark rbc@randallbclark.com
   - **INTERESTED PARTY COURTESY NEF:** Leslie A Cohen leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com; clare@lesliecohenlaw.com
   - **INTERESTED PARTY COURTESY NEF:** Aaron E. DE Leest adeleest@DanningGill.com, danninggill@gmail.com; adeleest@ecf.inforuptcy.com
   - **ATTORNEY FOR INTERESTED PARTY NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEYS and INTERESTED PARTY NATIONAL CONSUMER BANKRUPTCY RIGHTS CENTER:** Jenny L Doling jd@jdl.law, dolingjr92080@notify.bestcase.com; 15994@notices.nextchapterbk.com
   - **ATTORNEY FOR CREDITOR CAROLYN BEECH:** Daniel A Edelman dedelman@edcombs.com, courtecl@edcombs.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Christopher Ghio christopher.ghio@dinsmore.com, Kristina.Heller@Dinsmore.com
   - **ATTORNEY FOR DEFENDANT STRIPE, INC.:** Eric D Goldberg eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
   - **ATTORNEY FOR CREDITOR AFFIRMA, LLC; CREDITOR ANAHEIM ARENA MANAGEMENT, LLC; CREDITOR ANAHEIM DUCKS HOCKEY CLUB, LLC; and CREDITOR OXFORD KNOX, LLC:** Jeffrey I Golden jgolden@go2.law, kadele@ecf.courtdrive.com; cbmeeker@gmail.com; lbracken@wgllp.com; gestrada@wgllp.com; golden.jeffreyi.b117954@notify.bestcase.com
   - **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC:** Richard H Golubow rgolubow@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
   - **INTERESTED PARTY COURTESY NEF:** David M Goodrich dgoodrich@go2.law, kadele@go2.law; dfitzgerald@go2.law; wggllp@ecf.courtdrive.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR CITY CAPITAL NY:** Alan Craig Hochheiser ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
   - **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC:** Garrick A Hollander ghollander@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
   - **ATTORNEY FOR CREDITOR OHP-CDR, LP:** Razmig Izakelian razmigizakelian@quinnemanuel.com
   - **ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP P.C.:** Joon M Khang joon@khanglaw.com
   - **ATTORNEY FOR INTERESTED PARTY AD HOC CONSUMER CLAIMANTS COMMITTEE:** Ira David Kharasch ikharasch@pszjlaw.com
   - **ATTORNEY FOR DEFENDANT GALLANT LAW GROUP:** Meredith King mking@fsl.law, ssanchez@fsl.law; jwilson@fsl.law
   - **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS:** Nicholas A Koffroth nkoffroth@foxrothschild.com, khoang@foxrothschild.com
   - **ATTORNEY FOR DEFENDANT MARICH BEIN, LLC:** David S Kupetz David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
   - **INTERESTED PARTY COURTESY NEF:** Christopher J Langley chris@slclawoffice.com, omar@slclawoffice.com; langleycr75251@notify.bestcase.com; ecf123@casedriver.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                F 9013-3.1.PROOF.SERVICE

- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, P.C.; DEFENDANT LGS HOLDCO, LLC; INTERESTED PARTY CONSUMER LEGAL GROUP, P.C.; and INTERESTED PARTY LIBERTY ACQUISITIONS GROUP INC:** Daniel A Lev daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com; dlev@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR PHILLIP A GREENBLATT, PLLC:** Michael D Lieberman mlieberman@lipsonneilson.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Yosina M Lissebeck Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- **CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **ATTORNEY FOR US TRUSTEE:** Kenneth Misken Kenneth.M.Misken@usdoj.gov
- **INTERESTED PARTY COURTESY NEF:** Byron Z Moldo bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com, dperez@ecjlaw.com
- **INTERESTED PARTY COURTESY NEF:** Alan I Nahmias anahmias@mbn.law, jdale@mbnlawyers.com
- **INTERESTED PARTY COURTESY NEF:** Victoria Newmark vnewmark@pszjlaw.com
- **ATTORNEY FOR US TRUSTEE:** Queenie K Ng queenie.k.ng@usdoj.gov
- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS:** Keith C Owens kowens@foxrothschild.com, khoang@foxrothschild.com
- **ATTORNEY FOR DEFENDANT DANIEL S. MARCH and DEFENDANT TONY DIAB:** Teri T Pham tpham@epglawyers.com, ttpassistant@epglawyers.com
- **ATTORNEY FOR DEFENDANT GREYSON LAW CENTER PC; DEFENDANT HAN TRINH; DEFENDANT JAYDE TRINH; and DEFENDANT SCOTT JAMES EADIE:** Douglas A Plazak dplazak@rhlaw.com
- **ATTORNEY FOR DEFENDANT TOUZI CAPITAL, LLC and DEFENDANT ENG TAING:** Daniel H Reiss dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, PC:** Ronald N Richards ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **ATTORNEY FOR CREDITOR MARI AGAPE:** Gregory M Salvato gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com; jboufadel@salvatoboufadel.com; gsalvato@ecf.inforuptcy.com
- **ATTORNEY FOR CREDITOR AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC:** Olivia Scott olivia.scott3@bclplaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Jonathan Serrano jonathan.serrano@dinsmore.com
- **ATTORNEY FOR CREDITOR UNITED PARTNERSHIPS, LLC:** Paul R Shankman PShankman@fortislaw.com, info@fortislaw.com
- **INTERESTED PARTY COURTESY NEF:** Zev Shechtman zs@DanningGill.com, danninggill@gmail.com; zshechtman@ecf.inforuptcy.com
- **ATTORNEY FOR US TRUSTEE:** Leslie Skorheim leslie.skorheim@usdoj.gov
- **ATTORNEY FOR DEFENDANT BANKUNITED, N.A.:** Howard Steinberg steinbergh@gtlaw.com, pearsallt@gtlaw.com; howard-steinberg-6096@ecf.pacerpro.com
- **ATTORNEY FOR CREDITOR ALTERYX, INC.:** Andrew Still astill@swlaw.com, kcollins@swlaw.com
- **US TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR CREDITOR AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC:** Sharon Z. Weiss sharon.weiss@bclplaw.com, raul.morales@bclplaw.com, REC_KM_ECF_SMO@bclplaw.com
- **ATTORNEY FOR CREDITOR DEBT RELIEF GROUP, LLC:** Johnny White JWhite@wrslawyers.com, jlee@wrslawyers.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**: CONTINUED:

**RTD 06/14/23 UTF**
**SECURED CREDITOR**
CITY CAPITAL NY
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS 1135 KANE CONCOURSE BAY HARBOUR ISLANDS, FL 33154-2025~~

**SECURED CREDITOR**
DIVERSE CAPITAL LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
323 SUNNY ISLES BLVD, STE 503
SUNNY ISLES, FL 33160-4675

**SECURED CREDITOR**
FUNDURA CAPITAL GROUP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
80 BROAD STREET, STE 3303
NEW YORK, NY 10004-2845

**SECURED CREDITOR / POC ADDRESS**
RIVER TREE LLC
C/O MAYS JOHNSON LAW FIRM
21 BATTERY PARK AVE, SUITE 201
ASHEVILLE, NC 28801

**SECURED CREDITOR / POC ADDRESS**
VENTURE PARTNERS LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1309 COFFEEN AVENUE, STE 1200
SHERIDAN, WY 82801

**COMMITTEE / CREDITOR / POC ADDRESS**
ABIGAIL BEAUDIN
64 THOMPSON STREET, APT 16
NEW YORK, NY 10012-64

**COMMITTEE / CREDITOR / POC ADDRESS**
ALEXANDRA H LUTFI
11020 ALTA MESA ROAD
VICTORVILLE, CA 92392

**COMMITTEE / CREDITOR / POC ADDRESS**
ANGELA DOWS, ESQ.
1333 N BUFFALO DR, STE 210
LAS VEGAS, NV 89128

**COMMITTEE / CREDITOR / POC ADDRESS**
APRIL RIEDY
3949 CLUBVIEW AVENUE
WEST BLOOMFIELD TOWNSHIP, MI 48324-2807

**COMMITTEE / CREDITOR / POC ADDRESS**
DENISE BURTCHELL
185 OLD CANTERBURY TPKE
NORWICH, CT 06360-185

**COMMITTEE / CREDITOR / POC ADDRESS**
THOMAS RAY
2312 PLATINUM DR
SUN CITY CENTER, FL 33573

**20 LARGEST CREDITOR**
ANTHEM BLUE CROSS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 511300
LOS ANGELES, CA 90051-7855

**20 LARGEST CREDITOR**
AZEVEDO SOLUTIONS GROUPS, INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
420 ADOBE CANYON RD
KENWOOD, CA 95452-9048

**20 LARGEST CREDITOR**
BUSINESS CENTERS OF AMERICA
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1100 SIR FRANCIS DRAKE BLVD, SUITE 1
KENTFIELD, CA 94904-1476

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-3.1.PROOF.SERVICE

**20 LARGEST CREDITOR**
CALIFORNIA FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO, CA 94257-0001

**RTD 05/30/23 UTF**
**20 LARGEST CREDITOR**
COLLABORATION ADVISORS
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~400 DORLA COURT~~
~~ZEPHYR COVE, NV 89448~~

**20 LARGEST CREDITOR**
CREDIT REPORTING SERVICE INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
548 MARKET ST, SUITE 72907
SAN FRANCISCO, CA 94104-5401

**20 LARGEST CREDITOR**
DEBT PAY PRO
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1900 E GOLF ROAD, SUITE 550
SCHAUMBURG, IL 60173-5870

**20 LARGEST CREDITOR**
DEBT VALIDATION FUND II, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
5075 LOWER VALLEY ROAD
ATGLEN, PA 19310-1774

**20 LARGEST CREDITOR**
DOCUMENT FULFILLMENT SERVICES
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2930 RAMONA AVE #100
SACRAMENTO, CA 95826-3838

**20 LARGEST CREDITOR**
EXECUTIVE CENTER LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
5960 SOUTH JONES BLVD
LAS VEGAS, NV 89118-2610

**20 LARGEST CREDITOR / POC ADDRESS**
EXELA ENTERPRISE SOLUTIONS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2701 E. GRAUWYLER ROAD
IRVING, TX 75061-3414

**20 LARGEST CREDITOR / POC ADDRESS**
FIRST LEGAL NETWORK, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 743451
LOS ANGELES, CA 90074-3451

**20 LARGEST CREDITOR**
JP MORGAN CHASE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
3 PARK PLAZA, STE 900
IRVINE, CA 92614-5208

**20 LARGEST CREDITOR**
LEXISNEXUS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
15500 B ROCKFIELD BLVD
IRVINE, CA 92618-2722

**20 LARGEST CREDITOR**
MARICH BEIN LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
99 WALL STREET, STE 2669
NEW YORK, NY 10005-4301

**20 LARGEST CREDITOR**
MC DVI FUND 1, LLC; MC DVI FUND 2, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1598 COTTONWOOD DR
GLENVIEW, IL 60026-7769

**20 LARGEST CREDITOR**
NETSUITE-ORACLE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2300 ORACLE WAY
AUSTIN, TX 78741-1400

**20 LARGEST CREDITOR / POC ADDRESS**
OUTSOURCE ACCELERATOR LTD
C/O PAUL R. SHANKMAN, ESQ
FORTIS LLP
650 TOWN CENTER DRIVE, SUITE 1530
COSTA MESA, CA 92626

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

**20 LARGEST CREDITOR**
SHARP BUSINESS SYSTEMS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
8670 ARGENT ST
SANTEE, CA 92071-4172

**20 LARGEST CREDITOR**
TASKUS HOLDINGS, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1650 INDEPENDENCE DR
NEW BRAUNFELS, TX 78132-3959

**20 LARGEST CREDITOR**
TUSTIN EXECUTIVE CENTER
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1630 S SUNKIST STEET, STE A
ANAHEIM, CA 92806-5816

**RTD 06/05/23 UTF**
**20 LARGEST CREDITOR**
VALIDATION PARTNERS LLC
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~1300 SAWGRASS PKWY, STE 110~~
~~SUNRISE, FL 33323~~

**CREDITOR / POC ADDRESS**
JASON PATTERSON STOPNITZKY
C/O LESLIE E. CHAYO, ESQ.
9454 WILSHIRE BLVD., PH
BEVERLY HILLS, CA 90212

**CREDITOR / POC ADDRESS**
AARON DAVIS
P.O. BOX 735
CUSTER, SD 57730-0735

**CREDITOR / POC ADDRESS**
ACB HOLDINGS, LP
C/O OLD HICKORY PARTNERS / DAN YOUNG
303 COLORADO STREET, SUITE 2550
AUSTIN, TX 78701

**CREDITOR / POC ADDRESS**
ADAM RENDLE
25541 CALABRIA DRIVE
MORENO VALLEY, CA 92551-22554

**CREDITOR**
AJILON
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
LOCKBOX: DEPT CH 14031
PALATINE, IL 60055-0001

**CREDITOR / POC ADDRESS**
ALAN ROBERTS
1014 BROADWAY, #325
SANTA MONICA, CA 90401

**CREDITOR / POC ADDRESS**
ALICE STANTON
160 BROOKDALE LN
INDIANA, PA 15701

**CREDITOR / POC ADDRESS**
AMERICAN EXPRESS NATIONAL BANK
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

**CREDITOR / POC ADDRESS**
ANGELA DENISE BLAIR
8711 HAYSHED LN, APT 24
COLUMBIA, MD 21045-2849

**CREDITOR**
ANIBAL COLON JR
C/O ALEXANDER TAYLOR, ESQ.
SULAIMAN LAW GROUP LTD
2500 SOUTH HIGHLAND AVE, SUITE 200
LOMBARD, IL 60148-7103

**CREDITOR**
ARIZONA DEPT OF ECONOMIC SECURITY
PO BOX 6028
PHOENIX, AZ 85005-6028

**CREDITOR / POC ADDRESS**
ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTR
REVENUE LEGAL COUNSEL
PO BOX 1272, RM 2380
LITTLE ROCK, AR 72203-1272

**CREDITOR**
ARKANSAS DEPT OF FINANCE & ADMIN
PO BOX 9941
LITTLE ROCK, AR 72203-9941

**CREDITOR / POC ADDRESS**
ARVEN ALLEN KNIGHT
1805 23RD ST, SE APT 252B
WASHINGTON, DC 20020

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              F 9013-3.1.PROOF.SERVICE

| **CREDITOR / POC ADDRESS**<br>ASHLEY GLOCKNER<br>369 W BAY STREET, UNIT D<br>COSTA MESA, CA 92627-5748 | **CREDITOR / POC ADDRESS**<br>BARBARA O'NEAL<br>10010 YORKTOWN RD<br>LYNDON, IL 61261 | **CREDITOR / POC ADDRESS**<br>BEATRICE CHERVONY<br>122 BRAISTED AVE<br>STATEN ISLAND, NY 10314 |
|---|---|---|
| **CREDITOR**<br>BEVERLY GRAHAM<br>C/O BOBBY WALKER, ESQ.<br>SULAIMAN LAW GROUP<br>2500 SOUTH HIGHLAND AVE, SUITE 200<br>LOMBARD, IL 60148-7103 | **CREDITOR / POC ADDRESS**<br>BLANCHE WHEALDON<br>1317 HARVARD AVENUE<br>NATRONA HEIGHTS, PA 15065 | **CREDITOR / POC ADDRESS**<br>BLUE CROSS OF CALIFORNIA<br>DBA ANTHEM BLUE CROSS<br>ONE CONSTITUTION PLAZA<br>HARTFORD, CT 06103 |
| **CREDITOR / POC ADDRESS**<br>BONITA MARIE SCOTT<br>2132 OHIO AVE<br>COLUMBUS, IN 47201 | **CREDITOR / POC ADDRESS**<br>BRADLEY JAMES MAZAN<br>2073 US HWY 50<br>BATAVIA, OH 45103 | **CREDITOR / POC ADDRESS**<br>BRIAN AND LAURA HATFIELD<br>4031 ADER HOLT RD<br>BRONSTON, KY 42518 |
| **CREDITOR / POC ADDRESS**<br>BRIANNE PUSZTAI<br>27784 INVERNESS<br>MISSION VIEJO, CA 92692 | **CREDITOR / POC ADDRESS**<br>BRITTANY WESTON, ESQ.<br>3070 BRISTOL PIKE, SUITE 1-115<br>BENSALEM, PA 19020-5356 | **CREDITOR / POC ADDRESS**<br>CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0055 |
| **CREDITOR / POC ADDRESS**<br>CALIFORNIA DEPT. OF TAX AND FEE ADMINISTRATION<br>COLLECTIONS SUPPORT BUREAU, MIC: 55<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0001 | **CREDITOR / POC ADDRESS**<br>CARL WUESTEHUBE<br>33832 DIANA DRIVE<br>DANA POINT, CA 92629 | **CREDITOR / POC ADDRESS**<br>CARLOS E. URIZAR<br>2424 GATES ST<br>LOS ANGELES, CA 90031 |
| **CREDITOR**<br>CAROLINA TECHNOLOGIES & CONSULTING INVOICE<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1854 HENDERSONVILLE ROAD, SUITE A<br>PMB #178<br>ASHEVILLE, NC 28803-2495 | **CREDITOR / POC ADDRESS**<br>CASEY WHITE<br>6565 DODGEN RD SW<br>MABLETON, GA 30126 | **CREDITOR / POC ADDRESS**<br>CHAD LIVINGSTON<br>5027 S 136TH E AVE, #620<br>TULSA, OK 74134 |
| **CREDITOR / POC ADDRESS**<br>CHRISTINE JOHNSON<br>7807 171ST PLACE<br>TINLEY PARK, IL 60477-3267 | **CREDITOR / POC ADDRESS**<br>CHRISTINE ONOFRIO<br>134 OAK ST<br>AUDUBON, NJ 08106 | **CREDITOR / POC ADDRESS**<br>CINDY NEWMAN<br>19962 NIPONA CT<br>RIVERSIDE, CA 92508 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                       F 9013-3.1.PROOF.SERVICE

**CREDITOR / POC ADDRESS**
CLEAR VISION FINANCIAL LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1 CORPORATE PARK, SUITE 200
IRVINE, CA 92606

**CREDITOR / POC ADDRESS**
COLONNA COHEN LAW, PLLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
861 MANHATTAN AVE, STE 20
BROOKLYN, NY 11222

**CREDITOR / POC ADDRESS**
CORY READE DOWS AND SHAFER
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1333 N BUFFALO DRIVE, SUITE 210
LAS VEGAS, NV 89128-3636

**CREDITOR**
CT CORPORATION - INV
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 4349
CAROL STREAM, IL 60197-4349

**CREDITOR / POC ADDRESS**
CULLIGAN FINANCE COMPANY
PO BOX 3256
MILWAUKEE, WI 53201-3256

**CREDITOR / POC ADDRESS**
DANIEL WINE
6054 RIVERSIDE BLVD, APT A-1
SACRAMENTO, CA 95831-6054

**CREDITOR / POC ADDRESS**
DANIELLE PRICE
1168 RAMBIN RD
STONEWALL, LA 71078

**CREDITOR**
DARCY WILLIAMSON, TRUSTEE
510 SW 10TH
TOPEKA, KS 66612-1606

**CREDITOR / POC ADDRESS**
DAVID ORR, ESQ.
26053 BALSAWOOD CT
WESLEY CHAPE, FL 33544

**CREDITOR**
DAVID ULERY
C/O JOSHUA EGGNATZ, EGGNATZ PASCUCCI
7450 GRIFFIN ROAD, SUITE 230
DAVIE, FL 33314-4104

**CREDITOR / POC ADDRESS**
DEBBIE MCFARLIN
1839 S WASHINGTON ST, #201
NAPERVILLE, IL 60565

**CREDITOR / POC ADDRESS**
DEBORAH HOWARD
706 W TIMBER RIDGE DR, APT 5
PEORIA, IL 61615

**CREDITOR / POC ADDRESS**
DEBRA M. ARCHAMBAULT
5 CARLANN LANE
VALLEY COTTAGE, NY 1989

**CREDITOR / POC ADDRESS**
DEBRA PRICE
C/O ROBERT COCCO
1500 WALNUT ST, STE 900
PHILADELPHIA, PA 19102-3518

**CREDITOR / POC ADDRESS**
DENNIS NAKAMICHI
35308 19TH AVE SW
FEDERAL WAY, WA 98023-3530

**CREDITOR / POC ADDRESS**
DENNIS THERIAULT
PO BOX 110
MILAN, NH 03588

**CREDITOR**
DEPT OF LABOR AND INDUSTRIES
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 34022
SEATTLE, WA 98124

**CREDITOR / POC ADDRESS**
DIALLO WHITAKER
15507 S NORMANDIE AVE #402
GARDENA, CA 90247

**CREDITOR / POC ADDRESS**
DICKSON NGUGI NJOKI
1702 98TH STREET CT S, APT M13
TACOMA, WA 98444-1702

**CREDITOR / POC ADDRESS**
DONALD AND SHARON SEAL
338 N. ADAMS ST
PLENTYWOOD, MT 59254

**CREDITOR / POC ADDRESS**
DOUGLAS F. STIELE
6870 FLEMMING CIRCLE
PRIOR LAKE, MN 55372

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

| **CREDITOR / POC ADDRESS**<br>EDWIN VALDIVIA FITZ<br>666 W 18TH ST, APT 9<br>COSTA MESA, CA 92627 | **CREDITOR / POC ADDRESS**<br>ELIZABETH A KUPER<br>37 EDEN STREET<br>BUFFALO, NY 14220 | **CREDITOR / POC ADDRESS**<br>ELIZABETH A SHORE<br>C/O MICHAEL CHEKIAN, ESQ.<br>445 SOUTH FIGUEROA STREET, 31ST FLOOR<br>LOS ANGELES, CA 90071 |
|---|---|---|
| **CREDITOR / POC ADDRESS**<br>EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E<br>PO BOX 826880<br>SACRAMENTO, CA 95814 | **CREDITOR**<br>ENERGYCARE, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>2925 N. GREEN VALLEY PARKWAY, SUITE C<br>HENDERSON, NV 89014-0418 | **CREDITOR / POC ADDRESS**<br>ERIN PROVINS<br>5071 ORCHARD ROAD<br>MENTOR, OH 44060 |
| **CREDITOR / POC ADDRESS**<br>EVELYN SANTOS<br>9117 CR 647A<br>BUSHNELL, FL 33513 | **CREDITOR / POC ADDRESS**<br>FEONA MARJOLINE BOBON<br>4631 W WARWICK AVE, APT 2<br>CHICAGO, IL 60641 | **CREDITOR / POC ADDRESS**<br>FIRAS ABUNADA<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>18927 HICKORY CREEK DRIVE, SUITE 115<br>MOKENA, IL 60448-8660 |
| **CREDITOR / POC ADDRESS**<br>FORTH TECHNOLOGY, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1900 E GOLF ROAD, SUITE 550<br>SCHAUMBURG, IL 60173-5870 | **CREDITOR / POC ADDRESS**<br>FTL 500 CORP.<br>ATTN: MARY IZRAILOV, VP<br>290 NW 165TH ST, SUITE M-400<br>MIAMI, FL 33169 | **CREDITOR / POC ADDRESS**<br>GABRIEL FERNANDO MONROY<br>831 W ROMNEYA DRIVE #831<br>ANAHEIM, CA 92801 |
| **CREDITOR / POC ADDRESS**<br>GARRETT KEANE<br>4 WELLESLEY DR<br>BEDFORD, NH 03100 | **CREDITOR / POC ADDRESS**<br>GEMMABELLE MANALO<br>733 RAPPE COURT<br>ANCHORAGE, AK 99518 | **CREDITOR**<br>GENEVE AND MYRANDA SHEFFIELD<br>C/O JEREMIAH HECK, ESQ<br>LUFTMAN HECK & ASSOC<br>6253 RIVERSIDE DR, STE 200<br>DUBLIN, OH 43017-5450 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

| **CREDITOR** | **CREDITOR / POC ADDRESS** | **CREDITOR / POC ADDRESS** |
|---|---|---|
| GEORGIA DEPT OF LABOR<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>148 ANDREW YOUNG INTERNATIONAL BLVD, NE, SUITE 752<br>ATLANTA, GA 30303-1751 | GERARDO GUZMAN<br>5515 S. EMPORIA<br>WICHITA, KS 67216 | GHA TECHNOLOGIES INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>DEPT #2090<br>PO BOX 29661<br>PHOENIX, AZ 85038-9661 |

| **CREDITOR / POC ADDRESS** | **CREDITOR** | **CREDITOR / POC ADDRESS** |
|---|---|---|
| GHA TECHNOLOGIES INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>8998 E RAINTREE DR<br>SCOTTSDALE, AZ 85260-7024 | GLORIA EATON<br>C/O KRIS SKAAR, ESQ.<br>133 MIRRAMONT LAKE DR.<br>WOODSTOCK, GA 30189-8215 | HALEY SIMMONEAU<br>PO BOX 1364<br>MUSTANG, OK 73065 |

| **CREDITOR / POC ADDRESS** | **CREDITOR** | **CREDITOR / POC ADDRESS** |
|---|---|---|
| HAN TRINH<br>2128 W CHERRY DR<br>ORANGE, CA 92868 | HARRINGTON ELECTRIC INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 886<br>SKYLAND, NC 28776-0886 | HEBA QANDEEL-KISHTA<br>7625 BROOKSIDE GLEN DRIVE<br>TINLEY PARK, IL 60487-5197 |

| **CREDITOR / POC ADDRESS** | **CREDITOR / POC ADDRESS** | **CREDITOR / POC ADDRESS** |
|---|---|---|
| HEIDI HIRSCH<br>726 N BEACHWOOD DRIVE<br>BURBANK, CA 91506 | HELEN C. BANKS<br>9338 SOUTH EMERALD AVE<br>CHICAGO, IL 60620 | HOLLY M GOLAB<br>5248 S MONITOR AVE<br>CHICAGO, IL 60638-1520 |

| **CREDITOR / POC ADDRESS** | **CREDITOR / POC ADDRESS** | **CREDITOR / POC ADDRESS** |
|---|---|---|
| HOPE CHAMPAGNE<br>883 KEMP RD<br>MINDEN, LA 71055 | HUMBERTO PINEDA PEREZ<br>985 W 64TH PL<br>HIALEAH, FL 33012 | HUNTER HASTINGS<br>26847 ELLIS MILLS RD<br>SEAFORD, DE 19973 |

| **CREDITOR** | **CREDITOR / POC ADDRESS** | **CREDITOR** |
|---|---|---|
| IMAGINE REPORTING<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1350 COLUMBIA STREET, STE 703<br>SAN DIEGO, CA 92101-3456 | INDIANA DEPARTMENT OF REVENUE<br>ATTN: BANKRUPTCY<br>100 N SENATE AVE<br>INDIANAPOLIS, IN 46204-2253 | INDIANA DEPT OF REVENUE<br>PO BOX 1028<br>INDIANAPOLIS, IN 46206-1028 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                    F 9013-3.1.PROOF.SERVICE

| **CREDITOR / POC ADDRESS**<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INVSOLVENCY<br>OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | **CREDITOR / POC ADDRESS**<br>INTERNAL REVENUE SERVICE<br>OGDEN, UT 84201 | **CREDITOR / POC ADDRESS**<br>ISRAEL OROZCO<br>115 E DATE ST<br>BREA, CA 92821 |
|---|---|---|
| **CREDITOR / POC ADDRESS**<br>IVY BURDEN-POPE<br>291 ALTAMONTE BAY CLUB<br>CIRCLE, APT 207<br>ALTAMONTE SPRINGS, FL 32701 | **CREDITOR / POC ADDRESS**<br>JACLYN GOMEZ<br>109 TOTTENHAM LANE<br>ELK GROVE VILLAGE, IL 60007-3818 | **CREDITOR / POC ADDRESS**<br>JAIMIE RUSSELL<br>36 BALDWIN AVE, APT 2<br>GLENSFALLS, NY 12801 |
| **CREDITOR**<br>JAMES HAMMETT<br>C/O JENNA DAKRAUB<br>PRICE LAW GROUP<br>8245 N. 85TH WAY<br>SCOTTSDALE, AZ 85258-4349 | **CREDITOR / POC ADDRESS**<br>JANE ANN DEARWESTER<br>P.O. BOX 7084<br>ASHEVILLE, NC 28802-7084 | **CREDITOR / POC ADDRESS**<br>JEFFERY R EVENSON<br>210 E ALGONQUIN RD, APT A<br>ALGONQUIN, IL 60102 |
| **CREDITOR / POC ADDRESS**<br>JENNIFER ANN MCLAUGHLIN<br>2145 COUNTRY KNOLL CT<br>ELGIN, IL 60123-2145 | **CREDITOR / POC ADDRESS**<br>JENNIFER MELENDEZ<br>835 MARCELLA LANE<br>TITUSVILLE, FL 32780 | **CREDITOR / POC ADDRESS**<br>JENNIFER SCOTT<br>304 CONKLIN STREET<br>SYRACUSE, NY 13209 |
| **CREDITOR / POC ADDRESS**<br>JESSICA JARBOE<br>PO BOX 4392<br>KINGMAN AZ 86402<br>KINGMAN, AZ 86402-4392 | **CREDITOR / POC ADDRESS**<br>JOAN P. SCHOTT<br>9303 LANDS POINT<br>SAN ANTONIO, TX 78250 | **CREDITOR / POC ADDRESS**<br>JOCTAVIOUS KELLEY<br>3526 HWY 31 SOUTH, APT 8A<br>DECATUR, AL 35603-3526 |
| **CREDITOR / POC ADDRESS**<br>JOHN CHARLES PORTER<br>308 SOUTH RAMSEY STREET<br>MANCHESTER, TN 37355 | **CREDITOR / POC ADDRESS**<br>JOHN DALY<br>3 BELMONT STREET, APT 1<br>BRUNSWICK, ME 04011 | **CREDITOR / POC ADDRESS**<br>JOHN RAY SORIANO<br>1805 SE LUND AVE #1010<br>PORT ORCHARD, WA 98366-5555 |
| **CREDITOR**<br>JOHNNY RIZO<br>C/O BOBBY WALKER, ESQ.<br>SULAIMAN LAW GROUP<br>2500 SOUTH HIGHLAND AVE,<br>SUITE 200<br>LOMBARD, IL 60148-7103 | **CREDITOR / POC ADDRESS**<br>JORDAN MICHAEL KURTH<br>205 WALNUT DRIVE<br>EIGHTY FOUR, PA 15330-8625 | **CREDITOR / POC ADDRESS**<br>JOSEPH C. ZOLTEK<br>1975 TERWOOD ROAD<br>HUNTINGDON VALLEY, PA 19006-1975 |
| **CREDITOR / POC ADDRESS**<br>JOSHUA LAWSON<br>191 W ARAGON LN<br>AVONDALE, AZ 85323 | **CREDITOR / POC ADDRESS**<br>JOSHUA MILES<br>812 SIERRA DR<br>DENTON, TX 76209 | **CREDITOR / POC ADDRESS**<br>JUDITH SKIBA<br>PO BOX 1016<br>PASCAGOULA, MS 39568 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

| CREDITOR | CREDITOR / POC ADDRESS | CREDITOR / POC ADDRESS |
|---|---|---|
| JUIZE, INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 505<br>MURRIETA, CA 92564-0505 | JUMPSTART FINANCIAL LLC<br>C/O MARK A FONT<br>16107 KENSINGTON DR #265<br>SUGAR LAND, TX 77479 | JUSTIN NGUYEN<br>3164 EAST HAZELWOOD, UNIT A<br>ORANGE, CA 92869 |

| CREDITOR / POC ADDRESS | CREDITOR / POC ADDRESS | CREDITOR |
|---|---|---|
| KAPRISE COOPER<br>5470 NW 88TH AVE, F104<br>SUNRISE, FL 33351 | KAREEN HALL<br>57 RAILROAD AVE<br>METUCHEN, NJ 08840-2012 | KAREN SUELL<br>C/O NATHAN C. VOLHEIM, ESQ<br>SULAIMAN LAW GROUP<br>2500 SOUTH HIGHLAND AVE, SUITE 200<br>LOMBARD, IL 60148-7103 |

| CREDITOR / POC ADDRESS | CREDITOR / POC ADDRESS | CREDITOR |
|---|---|---|
| KARI B. CONIGLIO, CHAPTER 7 TRUSTEE FOR BANKRUPTCY ESTATE OF MARK LYNN KRICK AND KAYLA MARIE KRICK<br>200 PUBLIC SQUARE, SUITE 1400<br>CLEVELAND, OH 44114-2327 | KATHLEEN LACEY<br>C/O DAVID CHAMI, ESQ.<br>PRICE LAW GROUP<br>8245 N. 85TH WAY<br>SCOTTSDALE, AZ 85258-4349 | KATHLEEN SCARLETT<br>C/O JEREMIAH HECK, ESQ.<br>LUFTMAN HECK & ASSOC<br>6253 RIVERSIDE DR, STE 200<br>DUBLIN, OH 43017-5450 |

| CREDITOR / POC ADDRESS | CREDITOR / POC ADDRESS | CREDITOR / POC ADDRESS |
|---|---|---|
| KATHLEEN T RAINEY<br>2542 SEA OATS CIR S<br>LAKELAND, FL 33815-0726 | KAYODE MAYOWA<br>9 DAIL DR<br>NORTH PROVIDENCE, RI 02911 | KELLEY M. STIELE<br>6870 FLEMMING CIRCLE<br>PRIOR LAKE, MN 55372 |

| CREDITOR / POC ADDRESS | CREDITOR / POC ADDRESS | CREDITOR / POC ADDRESS |
|---|---|---|
| KELLY DOOLEY<br>12591 BRYANT ST<br>BROOMFIELD, CO 80020 | KELLY KLEIN<br>159 CONOVER ROAD<br>EAST WINDSOR, NJ 08520 | KENNETH HUTCHINS<br>PO BOX 162035<br>SACRAMENTO, CA 95816-2035 |

| CREDITOR | CREDITOR | CREDITOR / POC ADDRESS |
|---|---|---|
| KENNETH TOPP<br>C/O NATHAN VOLHEIM, ESQ<br>SULAIMAN LAW GROUP LTD<br>2500 SOUTH HIGHLAND AVE, SUITE 200<br>LOMBARD, IL 60148-7103 | KEVIN CARPENTER<br>C/O ALEXANDER TAYLOR, ESQ,<br>SULAIMAN LAW GROUP LTD<br>2500 SOUTH HIGHLAND AVE, SUITE 200<br>LOMBARD, IL 60148-7103 | KEVIN SMITH<br>205 BLOSSOM COURT<br>BUFFALO GROVE, IL 60089 |

| CREDITOR / POC ADDRESS | CREDITOR / POC ADDRESS | CREDITOR |
|---|---|---|
| KHADRA G ABTDION<br>22416 88TH AVE S, K304<br>KENT, WA 98031-2241 | KIM BREEDLOVE<br>24170 S ELDORADO RD<br>MULINO, OR 97042 | KIMBERLY BIRDSONG<br>C/O ALEXANDER J. TAYLOR, ESQ.<br>SULAIMANLAW GROUP<br>2500 SOUTH HIGHLAND AVE, SUITE 200<br>LOMBARD, IL 60148-7103 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **RTD 06/14/23 UTF CREDITOR**<br>KRISP TECHNOLOGIES, INC<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~<br>~~2150 SHATTUCK AVE~~<br>~~PENTHOUSE 1300~~<br>~~BERKELEY, CA 94704-1347~~ | **CREDITOR / POC ADDRESS**<br>LAURA CEVA<br>280 BLACK OAK COVE ROAD<br>CANDLER, NC 28715-8139 | **CREDITOR / POC ADDRESS**<br>LAW OFFICE OF BLAKE J. DUGGER, P.C.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>732 E MICHIGAN DR, STE 500<br>HOBBS, NM 88240 |
| **CREDITOR / POC ADDRESS**<br>LEDA MANOOKIAN<br>8350 GLENCREST DR<br>SUN VALLEY, CA 91352 | **CREDITOR / POC ADDRESS**<br>LEE RUSSELL<br>1015 LENNOX CIRCLE<br>MARYVILLE, TN 37803 | **CREDITOR / POC ADDRESS**<br>LENNY HOWARD<br>706 W TIMBER RIDGE DR, APT 5<br>PEORIA, IL 61615 |
| **CREDITOR / POC ADDRESS**<br>LHH RS<br>C/O STEVEN REBIDAS<br>4800 DEERWOOD CAMPUS PARKWAY, BLDG 800<br>JACKSONVILLE FL 32246-8319 | **CREDITOR**<br>LIBERTY MUTUAL<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 91013<br>CHICAGO, IL 60680-1171 | **CREDITOR / POC ADDRESS**<br>LIBERTY MUTUAL INSURANCE<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>100 LIBERTY WAY<br>DOVER, NH 03820 |
| **CREDITOR / POC ADDRESS**<br>LINDA BUNKER<br>105 S MARKET ST<br>JOHNSTOWN, NY 12095 | **CREDITOR / POC ADDRESS**<br>LISA GORE<br>2734 W 18TH AVENUE, APT 1F<br>CHICAGO, IL 60608 | **CREDITOR / POC ADDRESS**<br>LORRAINE DINEEN<br>1026 SWINTON AVE<br>BRONX, NY 10465 |
| **CREDITOR / POC ADDRESS**<br>LOUISE RODRIQU<br>76 FAIRVIEW DRIVE<br>WETHERSFIELD, CT 06109 | **CREDITOR / POC ADDRESS**<br>LOWES<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 530914<br>ATLANTA, GA 30353 | **CREDITOR / POC ADDRESS**<br>LYNDA DENETTE WILCOX<br>401 CAMBERLEY WAY, APT F<br>CHESAPEAKE, VA 23320 |
| **CREDITOR / POC ADDRESS**<br>MARC LEMAUVIEL<br>326 MACNEIL WAY<br>WEAVERVILLE, NC 28787-6700 | **CREDITOR**<br>MARC LEMAUVIEL - ALLEGRA<br>326 MACNEIL WAY<br>WEAVERVILLE, NC 28787-6700 | **RTD 05/31/23 UTF CREDITOR**<br>MARKSYS HOLDINGS, LLC<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~<br>~~3725 CINCINNATI AVE, SUITE 200~~<br>~~ROCKLIN, CA 95765-1220~~ |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                           F 9013-3.1.PROOF.SERVICE

| **CREDITOR / POC ADDRESS**<br>MATTHEW F HARRISS<br>6700 CRA MEL DRIVE<br>MARION, IL 62959-6700 | **CREDITOR / POC ADDRESS**<br>MATTHEW GRENON<br>6 CENTRAL AVE<br>WARREN, RI 02885 | **CREDITOR / POC ADDRESS**<br>MDL GROUP C/O EXECUTIVE CENTER LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>5960 SOUTH JONES BOULEVARD<br>LAS VEGAS, NV 89118-2610 |
|---|---|---|
| **CREDITOR / POC ADDRESS**<br>MELISSA AVERY<br>17 CORLISS AVENUE<br>RENSSELEAR, NY 12144 | **CREDITOR / POC ADDRESS**<br>MELISSA L. AND SHIVA L. SOOKNANAN<br>1584 APACHE WAY<br>CLARKSVILLE, TN 37042-8178 | **CREDITOR / POC ADDRESS**<br>MELISSA RACKLEY<br>50 LITAKER RIDGE RD<br>DRASCO, AR 72530 |
| **CREDITOR / POC ADDRESS**<br>MICHAEL AND SARAH PIERCE<br>122 SOUTHSHORE DRIVE<br>JACKSON, TN 38305 | **CREDITOR / POC ADDRESS**<br>MICHAEL O'SULLIVAN<br>1530 RIVER DRIVE, APT K300<br>TAMPA, FL 33603 | **CREDITOR**<br>MICHAEL SCHWARTZ<br>3968 LOWRY AVENUE<br>CINCINNATI, OH 45229-1310 |
| **CREDITOR / POC ADDRESS**<br>MICHAELA MILLER<br>28030 CROW ROAD<br>EUGENE, OR 97402 | **CREDITOR / POC ADDRESS**<br>MICHELLE THOMAS<br>8636 SE LONGVIEW DR<br>HOBE SOUND, FL 33455 | **CREDITOR / POC ADDRESS**<br>MIGUEL A ZUANABAR JR<br>812 SUMNER STREET<br>ADDISON, IL 60101-1338 |
| **CREDITOR / POC ADDRESS**<br>MISSISSIPPI DEPARTMENT OF REVENUE<br>ATTN: BANKRUPTCY SECTION<br>P. O. BOX 22808<br>JACKSON, MS 39225-2808 | **CREDITOR**<br>MISSISSIPPI DEPT OF REVENUE<br>PO BOX 23075<br>JACKSON, MS 39225-3075 | **CREDITOR / POC ADDRESS**<br>MORGAN RAMOS<br>1606 COAL VALLEY DR<br>HENDERSON, NV 89014 |
| **CREDITOR / POC ADDRESS**<br>MURRY S. BUSHNELL<br>1717 S CUSHMAN AVE<br>TACOMA, WA 98405 | **CREDITOR / POC ADDRESS**<br>NATALKA PALMER<br>217 NW RIVERFRONT STREET<br>BEND, OR 97703 | **CREDITOR**<br>NATIONWIDE APPEARANCE ATTORNEYS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>5737 KANAN RD #628<br>AGOURA HILLS, CA 91301-1601 |
| **CREDITOR / POC ADDRESS**<br>NELSON SALDANA<br>4655 COMMODORE AVE<br>SPRING HILL, FL 34606-1616 | **CREDITOR**<br>NEVADA DEPT OF TAXATION<br>1550 COLLEGE PARKWAY, SUITE 115<br>CARSON CITY, NV 89706-7939 | **CREDITOR / POC ADDRESS**<br>OLGA LUCIA ESQUIVEL<br>25526 MAIER CIRCLE<br>MENIFEE, CA 92586 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                 F 9013-3.1.PROOF.SERVICE

| **CREDITOR / POC ADDRESS**<br>OLIVIA MICHELLE<br>1125 APPLE VALLEY ROAD<br>MADISON, TN 37115-1125 | **CREDITOR / POC ADDRESS**<br>PAMELA REYNOLDS<br>407 S 7TH STREET<br>STOCKDALE, TX 78160 | **CREDITOR / POC ADDRESS**<br>PAOLA GOMEZ<br>19542 POMPANO LN, #103<br>HUNTINGTON BEACH, CA 92648-6424 |
|---|---|---|
| **CREDITOR / POC ADDRESS**<br>PATRICK J PALMESE<br>30 HARTFORD AVE<br>BRISTOL, CT 06010 | **CREDITOR / POC ADDRESS**<br>PAULA PETERSON<br>211 WESTBROOK DR<br>ROGUE RIVER, OR 97537 | **CREDITOR / POC ADDRESS**<br>PERFECT FINANCIAL LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1 CORPORATE PARK, SUITE 200<br>IRVINE, CA 92606 |
| **CREDITOR / POC ADDRESS**<br>PETER SCHNEIDER<br>12115 NE 165TH PL<br>BOTHELL, WA 98011-1211 | **CREDITOR / POC ADDRESS**<br>PHILLIP A. GREENBLATT, PLLC<br>PO BOX 4270<br>SUITE 200<br>SOUTHFIELD, MI 48037 | **CREDITOR / POC ADDRESS**<br>PHOENIX LAW PC<br>PO BOX 749<br>MILVILLE, NJ 08332-8621 |
| **CREDITOR / POC ADDRESS**<br>PHUONG TRINH<br>2128 W CHERRY DR<br>ORANGE, CA 92868 | **CREDITOR**<br>PITNEY BOWES<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 981026<br>BOSTON, MA 02298-1026 | **CREDITOR / POC ADDRESS**<br>PITNEY BOWES, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>27 WATERVIEW DR, 3RD FL<br>SHELTON, CT 06484 |
| **CREDITOR / POC ADDRESS**<br>R. REED PRUYN<br>3524 WEST OVERLOOK DRIVE<br>LAYTON, UT 84041 | **CREDITOR**<br>RAPID CREDIT INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>3558 ROUND BARN BLVD, SUITE 200<br>SANTA ROSA, CA 95403-0991 | **CREDITOR / POC ADDRESS**<br>REBECCA LEE SCHIEK<br>2805 MINOT LANE<br>WAUKESHA, WI 53188 |
| **CREDITOR / POC ADDRESS**<br>REBECCA S. COULTER<br>358 CASS PL<br>CANTON, IL 61520 | **CREDITOR / POC ADDRESS**<br>RICARDO JOSE BAPTISTE<br>641 W ALDINE AVE, #403<br>CHICAGO, IL 60657 | **CREDITOR / POC ADDRESS**<br>ROBERT NEWMAN<br>2800 SOUTHWIND AVENUE<br>LAKE HAVASU CITY, AZ 86406 |
| **CREDITOR / POC ADDRESS**<br>RONALD MOORE<br>101 ABERDEEN CHASE DR, APT D<br>EASLEY, SC 29640 | **CREDITOR / POC ADDRESS**<br>ROOSEVELT KINNEY<br>5165 NE 64TH AVE<br>SILVER SPRINGS, FL 34488 | **CREDITOR / POC ADDRESS**<br>ROSANNA ROSALES<br>140 GOLF COURT DRIVE, APT 227<br>ROHNERT PARK, CA 94928 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**

| **CREDITOR / POC ADDRESS**<br>ROSIE NIKU<br>9061 KEITH AVE, #101<br>WEST HOLLEYWOOD, CA 90069 | **CREDITOR / POC ADDRESS**<br>SABRINA CAZEAU<br>3623 NW 30TH PLACE, APT 305<br>FORT LAUDERDALE, FL 33311 | **CREDITOR / POC ADDRESS**<br>SALVATORE PORCARO<br>72 DORSET DRIVE<br>CLARK, NJ 07066-3010 |
|---|---|---|
| **CREDITOR / POC ADDRESS**<br>SARAH KURTS<br>40 GARFIELD ST, STE F<br>DENVER, CO 80206 | **CREDITOR / POC ADDRESS**<br>SARAH SHAFFER<br>625 SAYLOR HILL RD<br>LIMESTONES, TN 37681 | **CREDITOR**<br>SBS LEASING A PROGRAM OF DE LAGE LANDEN<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 41602<br>PHILADELPHI, PA 19101-1602 |
| **CREDITOR / POC ADDRESS**<br>SCOTT EADIE<br>5000 BIRCH ST, STE 3000<br>NEWPORT BEACH, CA 92660 | **CREDITOR**<br>SECURITY SOLUTIONS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>10911 BLOOMFIELD ST<br>LOS ALAMITOS, CA 90720-2506 | **CREDITOR / POC ADDRESS**<br>SHANNON FORTIN<br>150 DORSET ST, STE 245 #338<br>SOUTH BURLINGTON, VT 05403 |
| **CREDITOR / POC ADDRESS**<br>SHERRI CHEN<br>3164 EAST HAZELWOOD, UNIT A<br>ORANGE, CA 92869 | **CREDITOR / POC ADDRESS**<br>SPENCER OBERLE<br>4721 SHERBORNE DRIVE<br>PFAFFTOWN, NC 27040 | **CREDITOR / POC ADDRESS**<br>STACEY NAKAMICHI<br>35308 19TH AVE SW<br>FEDERAL WAY, WA 98023-3530 |
| **CREDITOR / POC ADDRESS**<br>STATE OF NEVADA DEPARTMENT OF TAXATION<br>700 E WARM SPRINGS RD STE 200<br>LAS VEGAS, NV 89119-4311 | **CREDITOR / POC ADDRESS**<br>STEFAN DAHLKVIST<br>1876 LAUREL CN BLVD<br>LOS ANGELES, CA 90046 | **CREDITOR / POC ADDRESS**<br>STEPHAN KMETOVA<br>5531 NE 66TH AVE<br>VANCOUVER, WA 98661-5531 |
| **CREDITOR / POC ADDRESS**<br>STEVE MALU<br>2582 SE 18TH AVE<br>GAINESVILLE, FL 32641 | **CREDITOR**<br>STREAMLINE PERFORMANCE INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1551 N TUSTIN, #555<br>SANTA ANA, CA 92705-8634 | **CREDITOR / POC ADDRESS**<br>STRIS & MAHER LLP<br>777 S FIGUEROA ST, STE 3850<br>LOS ANGELES, CA 90017 |
| **CREDITOR / POC ADDRESS**<br>TERESA PICCOLO<br>50 FAIR ST, APT 1<br>WALLINGFORD, CT 06492 | **CREDITOR / POC ADDRESS**<br>TESSA CHASTANET-HOLDER<br>39 GILBERT RD<br>NEWINGTON, CT 06111 | **CREDITOR / POC ADDRESS**<br>THANHHANG NGUYEN<br>2128 W CHERRY DR<br>ORANGE, CA 92868 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**CREDITOR / POC ADDRESS**
THE BANKRUPTCY ESTATE OF
STEPHANIE LYNNE NICCUM
C/O JACQUELINE SELLS HOMANN,
CHAPTER 7 TRUSTEE
1251 NORTH EDDY STREET, SUITE 203
SOUTH BEND, IN 46617

**CREDITOR / POC ADDRESS**
THE BANKRUPTCY ESTATE OF
STEVEN ROBERT VERZAL
C/O JACQUELINE SELLS HOMANN,
CHAPTER 7 TRUSTEE
1251 NORTH EDDY STREET, SUITE 203
SOUTH BEND IN 46617-1478

**CREDITOR / POC ADDRESS**
THE PLACIDE GROUP CO
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
624 BROOKWOOD LANE
MAITLAND, FL 32751

**CREDITOR / POC ADDRESS**
THE WOODS LAW FIRM, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
360 BLOOMFIELD AVENUE, SUITE 301
WINDSOR, CT 06095

**CREDITOR / POC ADDRESS**
THE WOODS LAW FIRM, P.C.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
520 WHITE PLAINS ROAD, SUITE 500
TARRYTOWN, NY 10591

**CREDITOR**
THOMSON REUTERS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
610 OPPERMAN DRIVE
EAGEN, MN 55123-1340

**CREDITOR / POC ADDRESS**
TODD MARLAN
2910 CENTRAL AVENUE
BETTENDORF, IA 52722-2910

**CREDITOR**
TWILIO, INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
101 SPEAR STREET, SUITE 500
SAN FRANCISCO, CA 94105-1559

**CREDITOR / POC ADDRESS**
UNIFIED GLOBAL RESEARCH GROUP
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1660 HOTEL CIR N, STE S620
SAN DIEGO, CA 92108-2806

**CREDITOR / POC ADDRESS**
UTAH STATE TAX COMMISSION
210 N 1950 W
SALT LAKE CITY, UT 84134-9000

**CREDITOR / POC ADDRESS**
VALERIE S FURLOW
5710 HUMBERT RD
GODFREY, IL 62035

**CREDITOR / POC ADDRESS**
VI LUONG
1000 S COAST DR, V208
COSTA MESA, CA 92626

**CREDITOR / POC ADDRESS**
WA STATE DEPARTMENT OF
LABOR AND INDUSTRIES
BANKRUPTCY UNIT
PO BOX 44171
OLYMPIA, WA 98504-4171

**CREDITOR / POC ADDRESS**
WISCONSIN DEPT OF REVENUE
SPECIAL PROCEDURES UNIT
PO BOX 8901
MADISON, WI 53708-8901

**CREDITOR / POC ADDRESS**
YVONNE JOHNSON
1718 PRINCESS PLACE
ARLINGTON, TX 76014

4892-1446-9240, v. 1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE