1  Eric S. Pezold, Bar No. 255657
epezold@swlaw.com
2  Andrew B. Still, Bar No. 312444
astill@swlaw.com
3  SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
4  Costa Mesa, California 92626-7689
Telephone:    714.427.7000
5  Facsimile:    714.427.7799

6  Attorneys for Creditor
Alteryx, Inc.

7

8        **UNITED STATES BANKRUPTCY COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA**

10

11  In re:                              Case No. 8:23-bk-10571-SC

12  THE LITIGATION PRACTICE GROUP P.C.,   Chapter 11

13        Debtor.                      **DECLARATION OF CHRISTIAN
                                       BRYAN IN SUPPORT OF
14                                     APPLICATION FOR ORDER
                                       SHORTENING TIME RE MOTION
15                                     FOR RELIEF FROM STAY
                                       (UNLAWFUL DETAINER)**
16
                                       [No Hearing Required – LBR 9075-1(b)]
17

18

19        I, Christian Bryan, declare as follows,

20        1.      I am over the age of 18 and am qualified to make the within declaration. I make this

21  declaration in support of the Application for Order Setting Hearing on Shortened Notice

22  ("Application") filed by Alteryx, Inc. ("Alteryx") whereby Alteryx seeks to shorten notice

23  regarding its Motion for Relief from the Automatic Stay or for Order Confirming that the Automatic

24  Stay does not Apply ("Motion").[1] Except where indicated, the facts stated herein are based upon

25  my own personal knowledge, and if called upon to testify, I could and would competently testify

26  thereto.

27

28  [1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion or the
supporting Memorandum of Points and Authorities.

4885-4109-7591

*SNELL & WILMER
L.L.P.
LAW OFFICES
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689*

2.    I am the Vice President of Global Real Estate of Alteryx, and I am one of the individuals at Alteryx who is responsible for overseeing management and administration of the books, records and files of Alteryx, as those books, records, and files pertain to the Sublease and the Sublessees – Innovative Solutions Inc. ("Innovative") and Prime Logix LLC ("Prime Logix" and together with Innovative, "Sublessees"). As to the following facts, I know them to be true of my own knowledge or from my review of Alteryx's books, records, and files, which are prepared or otherwise maintained in the ordinary course of Alteryx's business by persons employed by Alteryx who had knowledge of the event being recorded and had a business duty to record accurately such event at or about the time of its occurrence.

3.    On or about March 4, 2022, Alteryx and Innovative entered into that certain Sublease Agreement whereby Alteryx, as sublessor, agreed to lease the property commonly known as Suites 400 and 490 of 3345 Michelson Drive and Suite 400 of 3347 Michelson Drive, Irvine, CA 92612 ("Property") to Innovative, as sublessee, as amended by that certain First Amendment to Sublease Agreement dated December 7, 2022, by and between Alteryx and Sublessees (the "Sublease"). The Litigation Practice Group, P.C. ("LPG") guaranteed the Sublessees' obligations under the Sublease. A true and correct copy of the Sublease, redacted as necessary to protect confidentiality, is attached to as Exhibit 1 to my declaration made in support of the Motion.

4.    Based on an Officer's Certificate provided by Innovative to Alteryx, Innovative is the sole member of Prime Logix. Based on the Officer's Certificate, Prime Logix provides administrative support services to Innovative and the law firms Innovative services.

5.    The Sublease requires that Sublessees obtain Alteryx's written consent prior to any sub-sublet of the Property. The First Amendment to Sublease Agreement asserts that no other individuals or entities occupy any portion of the Property, and that the same will not occur without Alteryx's prior written consent. Sublessees have not obtained consent for any person or entity, other than Sublessees, to occupy the Property. On information and belief, parties other than Sublessees and the Trustee are occupying the Property.

6.    The Sublease requires that Sublessees maintain sufficient minimum insurance in accordance with the terms of the Sublease.

SNELL & WILMER
L.L.P.
LAW OFFICES
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

4885-4109-7591

- 2 -

APPLICATION FOR ORDER
SHORTENING TIME

7.      Sublessees defaulted under the Sublease when they failed to make all payments required under the Sublease as and when due and deliver an additional letter of credit in favor of Alteryx as required under the Sublease. These defaults resulted in Alteryx serving 3-Day Notices to Pay or Quit on Sublessees on each of April 4, 2023, May 10, 2023, and June 5, 2023.

8.      Following service of the notice on June 5, 2023, Trustee's counsel contacted Alteryx to advise that the Trustee was now in possession of the Property. I am informed that the Trustee contends or has contended that the Sublease is property of the Debtor's bankruptcy estate. I am further informed that the Trustee contends or has contended that an oral sub-sublease agreement between Sublessees and The Phoenix Law Group, which calls for no monthly rent whatsoever, constitutes property of the estate.

9.      I am not aware of any sublease agreements as between Sublessees and any third parties.

10.     To date, Sublessees have failed to pay rent and other charges in the total amount of $492,078.72, all of which is on account of post-petition rent.

11.     Sublessees' insurance has lapsed. Insurance has not been renewed, despite demand.

12.     Certain repairs to the Property are necessary, which Alteryx is obligated to do under its master lease. Alteryx has been unable to complete the repairs, despite request for access to the Property to do so. While Alteryx has the right to access the Property to conduct necessary repairs, it has attempted in good faith to work with the Trustee given the current state of affairs and the various court orders.

13.     On information and belief, third parties other than Sublessees and the Trustee are in possession of the Property without Alteryx's written consent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of August 2023 at Harrington Park, New Jersey.


Christian Bryan (Aug 17, 2023 06:50 EDT)

Christian Bryan

APPLICATION FOR ORDER
SHORTENING TIME

SNELL & WILMER
L.L.P.
LAW OFFICES
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689