| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Eric S. Pezold (SBN 255657)<br>epezold@swlaw.com<br>Andrew B. Still (SBN 312444)<br>astill@swlaw.com<br>SNELL & WILMER LLP<br>600 Anton Blvd., Suite 1400<br>Costa Mesa, CA 92626<br>Tel.: 714-427-7000<br>Fax: 714-427-7799<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Movant | **FILED & ENTERED**<br><br>**AUG 17 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.<br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: 11<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |

**Movant** (*name*): Alteryx, Inc.

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: Motion for Relief from Stay (Unlawful Detainer)

    b. *Date of filing of motion:* 08/17/2023

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: 08/17/2023

3. Based upon the court's review of the application, it is ordered that:

    a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

    b. ☒ The Application is granted, and it is further ordered that:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013    Page 1    F 9075-1.1.ORDER.SHORT.NOTICE

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** 8/29/23 <br> **Time:** 10:30 a.m. <br> **Courtroom:** 5C - Virtual | Place: <br> ☐ 255 East Temple Street, Los Angeles, CA 90012 <br> ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 <br> ☐ 3420 Twelfth Street, Riverside, CA 92501 <br> ☒ 411 West Fourth Street, Santa Ana, CA 92701 <br> ☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| | |
|---|---|
| (A) *Deadlines:* <br> Date: 8/17/23 <br> Time: 6:00 p.m. | (B) *Persons/entities to be provided with telephonic notice:* <br> *Trustee's Counsel* <br> *Counsel for Unsecured Creditors Committee* <br> *The Morning Law Group PC* <br> *Any interested party* <br><br> ☐ See attached page <br><br> (C) *Telephonic notice is also required upon* the United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:  ☒ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery   ☒ Overnight Mail   ☐ First class mail   ☐ Facsimile*   ☒ Email*

| | |
|---|---|
| (B) *Deadlines:* <br> Date: 8/17/23 <br> Time: 6:00 p.m. | (C) *Persons/entities to be served with written notice and a copy of this order:* <br><br> *Trustee's Counsel* <br> *Counsel for Unsecured Creditors Committee* <br> *The Morning Law Group PC* <br> *Any interested party* <br><br> ☐ See attached page <br><br> (D) *Service is also required upon*: <br> -- United States trustee *(electronic service is not permitted)* <br> -- Judge's copy personally delivered to chambers <br>    (*see Court Manual for address*) |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☒ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ Email*

(B) *Deadlines:*
Date: 8/17/23
Time: 6:00 p.m.

(C) *Persons/entities to be served with motion, declarations, supporting documents:*

Trustee's Counsel
Counsel for Unsecured Creditors Committee
The Morning Law Group PC
Any interested party

☐ See attached page

(D) *Service is also required upon:*
-- United States trustee *(no electronic service permitted)*
-- Judge's copy personally delivered to chambers
  (*see Court Manual for address*)

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☒ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ Email*

(B) *Deadlines:*
Date: 8/23/23
Time:

(C) *Persons/entities to be served with written opposition to the motion:*
-- movant's attorney (or movant, if movant is not represented by an attorney)

(D) *Service is also required upon:*
-- United States trustee (*electronic service is not permitted*)
-- Judge's copy personally delivered to chambers
  (*see Court Manual for address*)

(6) ☒ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☒ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 3    **F 9075-1.1.ORDER.SHORT.NOTICE**

|  |  |
|---|---|
| (B) <u>Deadlines:</u><br><br>Date: *8/28/23*<br><br>Time: 12:00 p.m. | (C) <u>Persons/entities to be served with written reply to opposition:</u><br>-- All persons/entities who filed a written opposition<br><br>(D) <u>Service is also required upon</u>:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>(*see Court Manual for address*) |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

| |
|---|
| ☒ at least 2 days before the hearing. |
| ☐ no later than:    Date:                    Time: |

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: August 17, 2023

*Scott C. Clarkson*
Scott C. Clarkson
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 4                    **F 9075-1.1.ORDER.SHORT.NOTICE**