Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
Yosina M. Lissebeck (State Bar No. 201654)
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone:    619.400.0500
Facsimile:    619.400.0501
christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com

Special Counsel to Richard A. Marshack,
Chapter 11 Trustee

**FILED & ENTERED**

**AUG 21 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte        **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Chapter 11 |
| Debtor. | **ORDER GRANTING MOTION TO APPROVE MANAGEMENT AGREEMENT WITH RESOLUTION PROCESSING** |
| | Date:    August 10, 2023<br>Time:    10:00am<br>Judge: Hon. Scott C. Clarkson<br>Place:    Courtroom 5C<br>              411 West Fourth Street<br>              Santa Ana, CA 92701 |

On August 10, 2023, on the 10:00 a.m. calendar, in Courtroom 5C of the United States Bankruptcy Court, located at 411 West Fourth Street, Santa Ana, California 92701, the Honorable Scott C. Clarkson, United States Bankruptcy Judge, conducted a hearing on the *Trustee's Motion to Approve Management Agreement With Resolution Processing* (the "Motion") filed on July 7, 2023 [Docket No. 188] by Richard A. Marshack, the Chapter 11 Trustee (the "Trustee") for the

1

#31080386v1

bankruptcy estate (the "Estate") of The Litigation Practice Group, P.C., in the above-captioned bankruptcy case.

The Court, having considered the Motion, all pleadings filed in support of the Motion, acknowledging that no opposition was filed thereto, good cause appearing, and for the reasons stated on the record and in the Motion:

1. Grants the Motion, as modified herein;
2. Approves the terms of the Management Agreement, as follows:
   a. Russell Squires' employment is approved effective as of June 2, 2023, through and including the date of his resignation on July 20, 2023, and shall be entitled to file an administrative claim in the within case; and
   b. The employment of Gary DePew is approved as effective June 2, 2023, through and including August 4, 2023, and payment is to be made as an ordinary operating expense of the Estate.

**IT IS SO ORDERED.**

###

Date: August 21, 2023

Scott C. Clarkson
United States Bankruptcy Judge

2

##31169501v1