Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
Jonathan Serrano (State Bar No. 333225)
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile:  619.400.0501
christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com
jonathan.serrano@dinsmore.com

Special Counsel to Richard A. Marshack,
Chapter 11 Trustee

**FILED & ENTERED**

**AUG 21 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA- SANTA ANA DIVISION

In re:

THE LITIGATION PRACTICE GROUP P.C.,

   Debtor.

Case No. 8:23-bk-10571-SC

Chapter 11

**ORDER ON FINAL APPROVAL OF TRUSTEE'S SECOND POST-PETITION FINANCING**

Date:   August 10, 2023
Time:   10:00 a.m.
Judge:  Hon. Scott C. Clarkson
Place:  Courtroom 5C
        411 West Fourth Street
        Santa Ana, CA 92701

On July 16, 2023, Richard A. Marshack, the Chapter 11 Trustee (the "Trustee") for the bankruptcy estate (the "Estate") of The Litigation Practice Group, P.C., in the above-captioned bankruptcy case filed a *Notice of Motion and Emergency Motion (I) for Entry of a Second Interim Order: (A) Authorizing The Trustee to Obtain Post-Petition Financing and Superpriority Administrative Expense Claim Pursuant to 11 U.S.C. § 364; and (B) Setting Final Hearing; and*

///

1

#31682264v2

*Pursuant to Final Hearing, (II) for Entry of Final Order Approving Post-Petition Financing on a Final Basis* [Docket No. 249] (the "Second Financing Motion").

On or about July 18, 2023, the Official Committee of Unsecured Creditors (the "Committee") filed an Omnibus Limited Opposition and Reservation of Rights Concerning: (I) the Trustee's Emergency Motion for Entry of a Second Interim Order Authorizing Post-Petition Financing and Superpriority Administrative Expense Claim Pursuant to 11 U.S.C. § 364; and (II) Liberty Acquisitions Group, Inc.'s Statement in Support Thereof [Docket No. 282] (the "Committee Limited Objection"). The Committee Limited Objections were resolved.

This Court, having considered the Financing Motion, all pleadings file in support thereof, and the Committee Limited Objection, and having heard oral argument, entered a Second Interim Order on July 19, 2023 [Docket No. 310] granting the Second Financing Motion that, among other things, set a Final Hearing on August 10, 2023, authorized the Trustee to borrow up to $500,000.00 of Post-Petition Financing in advance of the Final Hearing, and gave the Trustee the authority to make non-material changes to the terms of the Post-Petition Financing in advance of the Final Hearing with proper notice.

Pursuant to the Order granting Trustee's Second Financing Motion (the "Second Financing Order"), the Trustee executed notes in the amounts of $250,336.02 ("Resolution Ventures Note No. 2") and $249,663.98 ("PanAmerican Note"), true and correct copies of which are attached to the Second Financing Order.

The Court, having considered the Second Financing Motion, all pleadings filed in support thereof, and the Committee Objections, having heard oral argument, and good cause appearing including the reasons stated on the record and in the Second Financing Motion, the Court ordered as follows:

IT IS ORDERED that:

1. The Second Financing Motion is granted, as modified herein;

2. Trustee is authorized to borrow $500,000.00 pursuant to the Resolution Ventures Note No. 2, in the amount of $250,336.02, and PanAmerican Note, in the amount of $249,663.02;

///

3.  Finds that there is no stay of this Order, including no stay pursuant to Rule 6004(h) of the Federal Rules of Bankruptcy Procedure (to the extent applicable);

4.  Retains jurisdiction with the Court with respect to all matters arising from or related to the implementation of this Order.

**IT IS SO ORDERED.**

###

Date: August 21, 2023

Scott C. Clarkson
United States Bankruptcy Judge

3

#31682264v2