1  Christopher B. Ghio (State Bar No. 259094)
   Christopher Celentino (State Bar No. 131688)
2  Yosina M. Lissebeck (State Bar No. 201654)
3  **DINSMORE & SHOHL LLP**
   655 West Broadway, Suite 800
4  San Diego, CA 92101
   Telephone:    619.400.0500
5  Facsimile:    619.400.0501
   christopher.ghio@dinsmore.com
6  christopher.celentino@dinsmore.com
7  yosina.lissebeck@dinsmore.com

8  Special Counsel to Richard A. Marshack, Chapter 11 Trustee

9

10            **UNITED STATES BANKRUPTCY COURT**

11      **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

12

13  In re:                                    Case No. 8:23-bk-10571-SC

14  The Litigation Practice Group P.C.,        Chapter 11

15          Debtor.                            **NOTICE OF MOTION AND MOTION
                                               FOR FIRST ORDER REJECTING**
16                                             **UNEXPIRED EXECUTORY CONTRACTS
                                               PURSUANT TO 11 U.S.C. § 365;**
17                                             **MEMORANDUM OF POINTS AND
                                               AUTHORITIES IN SUPPORT THEREOF;**
18                                             **DECLARATION OF RICHARD A.
                                               MARSHACK**
19
                                               Date:        September 14, 2023
20                                             Time:        11:00 a.m. (Pacific Time)
                                               Location:    Courtroom 5C[1]
21                                                           411 West Fourth Street
22                                                           Santa Ana, CA 92701

23

24

25

26

27
   ─────────────────────
   [1] Video and audio connection information for each hearing will be provided on Judge Clarkson's
28 publicly posted hearing calendar, which may be viewed online at:    http://ecf-
   ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC.

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR, AND ALL SCHEDULED CREDITORS AND THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that, on August 18, 2023, Richard A. Marshack, the Chapter 11 Trustee (the "Trustee") for the bankruptcy estate of The Litigation Practice Group P.C., (the "Debtor") in the above-captioned bankruptcy case (the "Case"), filed a motion (the "Motion") for entry of an order rejecting certain of the Debtor's Affiliate Agreements[2], the Maverick/Phoenix Agreement and the RH Contracts (collectively, the "Contracts"). This will be the first of several motions to reject various contracts that the Trustee will be filing. In this first request, the Trustee seeks an order that does the following:

1)  Grants the Motion.

2)  Deems rejected, pursuant to 11 U.S.C. § 365(a), effective as of the Petition date, the Contracts listed in Exhibit "A" attached to the Declaration of Richard A. Marshack[3] and incorporated by reference herein.

**NOTICE IS FURTHER GIVEN** that the Motion is made pursuant to 11 U.S.C. § 365(a) on the grounds that the rejection of the Contracts is necessary because they do not benefit the Debtor's Estate.

**NOTICE IS FURTHER GIVEN** that the Motion is based on (a) this Notice of Motion and Motion, Memorandum of Points and Authorities; Declaration of Richard A. Marshack, (b) the concurrently filed and served Notice of Hearing, (c) the pleadings on file in this case and related adversary proceedings of which the Court is requested to take judicial notice, and (d) such other pleadings and evidence as may be properly submitted in connection with the Motion.

**NOTICE IS FURTHER GIVEN** that a hearing to consider the Motion will take place before the Honorable Scott C. Clarkson in Courtroom 5C of the United States Bankruptcy Court,

///

---

[2] All capitalized terms not defined herein are defined in the accompanying Memorandum of Points and Authorities.

[3] Copies of the Contracts are not being provided as exhibits to the Motion as they are voluminous and in many instances contain private information.

1

located at 411 West Fourth Street, Santa Ana, California 92701, on September 14, 2023 at 11:00

ap.m.

**NOTICE IS FURTHER GIVEN** that, pursuant to LBR 9013-1(f), any response or

opposition to the Motion must be (i) in writing and include a complete written statement of all

reasons in opposition thereto or in support or joinder thereof, declarations and copies of all

photographs and documentary evidence on which the responding party intends to rely and any

responding memorandum of points and authorities, and (ii) filed with the Court and served on the

Trustee, counsel for the Trustee, the Debtor, and the United States Trustee no later than 14 days

prior to the hearing on this Motion.

**NOTICE IS FURTHER GIVEN** that, pursuant to LBR 9013-1(h) the failure to file and

serve a timely response to the Motion may be deemed by the Court to be consent to the granting

of the relief requested in the Motion.

Dated: August 21, 2023                    Respectfully submitted,

                                          DINSMORE & SHOHL LLP


                                          By: _/s/ Yosina M. Lissebeck_____
                                             Yosina M. Lissebeck
                                             Christopher B. Ghio
                                             Christopher Celentino
                                             Counsel to Richard A. Marshack,
                                             Chapter 11 Trustee

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

**I.    <u>INTRODUCTION</u>**

Richard A. Marshack, Chapter 11 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of The Litigation Practice Group P.C. ("LPG" or the "Debtor") submits this Memorandum of Points and Authorities in support of his motion (the "Motion") to reject certain contracts. Specifically, the Trustee seeks an order that does the following:

1) Grants the Motion.

2) Deems rejected, pursuant to 11 U.S.C. § 365(a), effective as of the Petition Date, certain Affiliate Agreements, the Maverick/Phoenix Agreement, and employee related contracts hereinafter defined, (collectively referred to referred to as the "Contracts").

**II.    <u>STATEMENT OF FACTS</u>**

**A.    <u>The Debtor's Bankruptcy Filing</u>**

On March 20, 2023 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, commencing the above-captioned bankruptcy case (the "Case"). [Dkt. No. 1].

**B.    <u>The Pre-Petition Debtor</u>**

As relevant hereto, prepetition, the Debtor engaged in the business of providing legal services generally described as debt resolution services provided by a network of attorneys licensed to practice law in all 50 states and the District of Columbia. [Dkt. No. 320, page 4].

As part of its business, Debtor entered into the contracts with multiple parties wherein Debtor agreed to pay compensation to the Affiliates in exchange for referrals of clients to the law practice (hereinafter "Affiliates"). Declaration of Richard Marshack, ¶ 4(a). A list of the Affiliates is attached to the Declaration of Richard A. Marshack as Exhibit "A."

**C.    <u>The Affiliate Agreements</u>**

The Affiliate Agreements provided that the Affiliate, as defined therein, would assist the Debtor in having interested consumers enroll in Debtor's services described above. Declaration of Richard Marshack, ¶4. The Affiliate Agreements are executory contracts. Affiliate would generate leads and have consumers enter into legal service agreements with Debtor. In exchange, the

Debtor would pay a portion of the compensation received for the services rendered by Debtor for each file placed with LPG. *Id., Carruth v. Eutsler (In re Eutsler)*, 585 B.R. 231, 236 (B.A.P. 9th Cir. 2017) (an executory contract: is "a contract under which the obligation of both the bankrupt and the other party to the contract are so far [unperformed that the failure of either to complete performance would constitute a material breach excusing the performance of the other.") Under the agreements the failure of the Affiliate to place files with LPG or LPG's failure to pay the required compensation constitutes a material breach. *Id., See paragraph 10 of the Affiliate Agreements.*

Upon the Trustee's appointment, Trustee recognized that these Affiliate Agreements were not beneficial to the creditors or the estate.  He immediately directed that the Affiliates stop providing any type of services to the Debtor.  Declaration of Richard Marshack, ¶ 5(a).  Recently, the Trustee was granted permission by this Court to sell the consumer customer contracts free and clear of all liens, claims, encumbrances or interests. [Dkt. No. 320].

### D.    The Maverick/Phoenix Agreement and Employee Agreements

On May 25, 2023, the Trustee filed an adversary proceeding against the Phoenix Law, PC, mistakenly initially named as Phoenix Law Group, Inc. ("Phoenix") and others in the above referenced bankruptcy, which was assigned the case number of 8:23-ap-01046-SC (the "Adversary Proceeding"). [Adversary Proceeding, Dkt. No. 1].

Therein, the Trustee was informed that Phoenix was a party to an executory contract with Maverick Management LLC ("Maverick") by which employees of Maverick were providing support services to Phoenix's consumer clients. Declaration of Richard Marshack, ¶ 4(b). Inasmuch as there were very few written documents ever exchanged between the Debtor and its various partners, like both Phoenix and Maverick, the Trustee was informed that the agreement was an oral agreement. *Id.* The Trustee was also informed by the operations manager of Maverick that the terms of the contract required Phoenix to pay an agreed upon hourly rate for actual hours worked by Maverick's employees who provided customer support under the direction of the Maverick operations manager for clients of Phoenix. Declaration of Richard Marshack, ¶ 4(c).

///

As this Court will recall, many of the customer files of LPG were transferred by LPG lead counsel, Mr. March, to Phoenix, and that the Trustee sought recovery of such files as part of the Adversary Proceeding. [Adversary Proceeding, Dkt. No. 1].

Immediately after service of the temporary restraining order in the Adversary Proceeding, Phoenix capitulated and agreed to transfer all assets, but not liabilities, back to Debtor. [Adversary Proceeding, Dkt. Nos. 21 and 77].

The Court approved the settlement by Order entered August 7, 2023 (the "Phoenix Asset Order"). [Dkt. No. 365].

One such asset recovered from Phoenix was the contract by which Maverick personnel provided support services to Phoenix, but the estate did not assume the liabilities associated with the contract, that remained with Phoenix. Declaration of Richard Marshack, ¶ 5(b).

From and after the services of the TRO, and through August 4, 2023, the Trustee performed under that Maverick/Phoenix Agreement. Declaration of Richard Marshack, ¶ 5(c).

Likewise the Trustee became aware that there were some agreements with Robert Half employment services for temporary employee help ("RH Contracts"). These agreements were entered into pre-petition with Phoenix and Valiant Law Office (another fraudulent conveyance "partner" with former principals of LPG). These employees were also paid by the Trustee, but the estate also did not assume the liabilities associated with the contract, which again remained with Phoenix. These RH Contracts are also of no benefit to the estate. Declaration of Richard Marshack, ¶ 4(h).

As this Court is aware, an Order approving the sale of the Debtor's assets, including reformed client contracts, to Morning Law Group was entered on July 22, 2023. [Dkt. No. 320]. The sale to Morning Law Group closed effective August 4, 2023. Declaration of Richard Marshack, ¶ 5(d). As a result, the Trustee understands that most of Maverick's personnel that provided services to Phoenix resigned and accepted employment with Morning Law Group. Declaration of Richard Marshack, ¶ 4(g).

Out of an abundance of caution, the Trustee desires to reject the Maverick/Phoenix Agreement, in all forms, between Phoenix and Maverick for payment for services of Maverick's

employees, which agreement was an asset of Phoenix transmitted to LPG by virtue of the Phoenix Asset Order.

Also out of an abundance of caution, the Trustee also desires to reject the RH Contacts, in all forms, and with whatever employees that may have existed, between Robert Half and Phoenix/Valiant.

Given that sale of the LPG consumer accounts, it is the Trustee's business judgment that the Debtor will not benefit from the retention of the Maverick/Phoenix Agreement. Declaration of Richard Marshack, ¶ 6.

## III.     THE COURT SHOULD PERMIT THE TRUSTEE TO REJECT THE AGREEMENTS

### A.     Standards for Rejection

Pursuant to Bankruptcy Code section 365(a), a chapter 11 debtor in possession, "subject to the court's approval, may . . . reject any executory contract or unexpired lease of the debtor." 11 U.S.C. § 365(a); *In re Player's Poker Club, Inc.*, 636 B.R. 811, 816-17 (Bankr. C.D. Cal. 2022). "In making its determination, a bankruptcy court need engage in 'only a cursory review of a [debtor in possession]'s decision to reject the contract. Specifically, a bankruptcy court applies the business judgment rule to evaluate a [debtor in possession]'s rejection decision.'" *Agarwal v. Pomona Valley Med. Group, Inc. (In re Pomona Valley Med. Group, Inc.)*, 476 F.3d 665, 670 (9th Cir. 2007) (quoting *Durkin v. Benedor (In re G.I. Indus.)*, 204 F.3d 1276, 1282 (9th Cir. 1999)).

Courts have embraced the "business judgment test" when reviewing these decisions and have held that rejection is satisfied when a trustee has determined, using its business judgment, that rejection will benefit the estate. *See, e.g.*, *NLRB v. Bildisco & Bildisco (In re Bildisco)*, 682 F.2d 72, 279 (3d Cir. 1982), *aff'd,* 465 U.S. 513 (1984); *In re Hertz*, 536 B.R. at 442; *Agarwal v. Pomona Valley Med. Grp., Inc. (In re Pomona Valley Med. Grp., Inc.)*, 476 F.3d 665, 670 (9th Cir. 2007).

Under the business judgment test, bankruptcy courts will uphold and not overturn a debtor-in-possession's decision regarding the use of property of the estate, including the decision to reject an executory contract, unless that decision is the product of "bad faith, whim, or caprice." *Pomona*

*Valley Med. Grp.*, 476 F.3d at 670 (quoting *Lubrizol Enters. v. Richmond Metal Finishers*, 756 F.2d 1043, 1047 (4th Cir. 1985), *cert. denied,* 475 U.S. 1057 (1986)); *see also In re Brugnara Props. VI*, No. C 18-02822 WHA, 2019 U.S. Dist. LEXIS 54611, at *7–8 (N.D. Cal. Mar. 29, 2019) (applying *Pomona Valley Med. Grp.* in the context of a trustee seeking to reject an executory contract).

"Since the debtor has the right under the Bankruptcy Code to reject the contract, the court's discretion is limited once it has determined that the debtor is exercising sound business judgment." *In re Health Plan of the Redwoods*, 286 B.R. 779, 780 (Bankr. N.D. Cal. 2002).

### B.    Basis for Rejection

Here, the Trustee has determined in a sound exercise of his business judgment that rejection of the Contracts is in the best interest of the Debtor's Estate and its creditors. Declaration of Richard Marshack, ¶ 6. Because this Court took control of this case so quickly after the Petition Date, and because the Trustee directed Debtor's personnel to ensure that none of the Affiliates were providing any post-petition services to the Estate, these Affiliates services were not used by the Estate. Declaration of Richard Marshack, ¶ 5(a). Thus, the Contracts are not beneficial.

With respect to the Maverick/Phoenix Contract and the RH Contracts, while the Trustee performed under the contract post-petition, now that the closing with Morning Law Group occurred and is effective as of August 4, 2023 and because the Trustee understands that most of Mavericks' personnel that provided services to Phoenix resigned and accepted employment with Morning Law Group, there is no longer a need for these contracts. Declaration of Richard Marshack, ¶ 4(b), 4(c), 5(b), 5(c) and 6.

Further, per this Court's Order Approving the Sale of the consumer customer contracts to Morning Law Group, there is no longer a need for the services and they are of no benefit to the estate. Declaration of Richard Marshack, ¶ 6.

Finally, there is no prejudice to any of the Affiliates, Maverick/Phoenix, or employees, as they can pursue remedies against non-debtor entities if applicable, and/or file a proof of claim if they believe they are owed anything and those claims will be reviewed and, if allowed, paid pursuant to a Plan.

## IV.    **CONCLUSION**

Based upon all of the foregoing, the Trustee submits that the relief requested is in the best interests of the Debtor's Estate and parties in interest, and respectfully requests that the Court grant the Motion and enter an order:

1.    authorizing rejection of the Contracts under section 365(a) of the Bankruptcy Code;

2.    granting the Trustee such other and further relief as the Court deems just and proper.

Dated: August 21, 2023                          DINSMORE & SHOHL LLP

By: _/s/ Yosina M. Lissebeck_
                                                          Yosina M. Lissebeck
                                                          Christopher B. Ghio
                                                          Christopher Celentino
                                                          Counsel to Richard A. Marshack,
                                                          Chapter 11 Trustee

8

## DECLARATION OF RICHARD A. MARSHACK

I, Richard A. Marshack, declare:

1.     I am the Chapter 11 Trustee (the "Trustee") of the bankruptcy estate (the "Estate") of the Debtor. As such, except as expressly stated otherwise, I have personal knowledge of the facts set forth below and could and would competently testify under oath thereto if requested to do so.

2.     I submit this Declaration in support of the *Motion for First Order Authorizing Debtor to Reject Contracts Pursuant to 11 U.S.C. § 365(a)* (the "Motion") to which this Declaration is attached. Capitalized terms not otherwise defined herein have the same meanings ascribed to them in the Motion.

3.     The Court may take judicial notice of the following:

a.     On March 20, 2023 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), commencing the above-captioned bankruptcy case (the "Case").

b.     I accepted my appointment for the Estate on May 8, 2023.

4.     Based on my investigation to date, I am informed and believe the following:

a.     The Debtor entered into the contracts listed and attached hereto Exhibit "A."

b.     The Affiliate Agreements all seem to be pretty similar regarding the terms. The agreements generally stated that the Affiliate would generate leads and have consumers enter into legal service agreements with Debtor.  In exchange, the Debtor would pay a portion of the compensation received for the services rendered by Debtor for each file placed with LPG. Generally, paragraph 6 of an agreement states the following:

> Affiliate shall be entitled to receive the following as full and complete compensation for its services to LPG: LPG shall pay 55% per file for each file that Affiliate places with LPG, not counting the monthly maintenance fee of $96.38, which LPG shall retain to cover administrative costs for each file. LPG shall calculate the amount of each file, apply the above-identified percentage fee, and remit the same to Affiliate pursuant to an agreed-upon schedule not to exceed one remittance per seven (7) calendar days. If any consumer cancels LPG's services, or demands a refund for payment for such services, or both, then LPG shall be solely responsive for such cost and Affiliate shall not have to share such expense. LPG has exclusive discretion to grant or deny a requested refund or cancellation. Finally, LPG may treat a consumer's failure to remit payment in a timely manner as a

9

cancellation of the legal services agreement executed by consumer with LPG, and has sole discretion to make such determination.

c. Under the agreements the failure of the Affiliate to place files with LPG or LPG's failure to pay the required compensation constitutes a material breach. Generally paragraph 10 of an agreement states the following:

If either party shall default under this Agreement, defined as a failure to comply with any of the obligations set forth above, the Agreement shall terminate following notice of default and a cure period of 30 days from the date postmarked on the notice of default. The notice of default must state with specificity the act of default alleged.

d. Upon my appointment, I recognized that these Affiliate Agreements were not beneficial to the creditors or the estate. I immediately directed that the Affiliates stop providing any type of services to the Debtor.

e. I was informed that Phoenix was a party to an executory contract with Maverick by which employees of Maverick were providing support services to Phoenix's consumer clients. The contract between Phoenix and Maverick was an oral contract.

f. I was informed by the operations manager of Maverick that the terms of the contract required Phoenix to pay an agreed upon hourly rate for actual hours worked by Maverick's employees who provided customer support under the direction of the Maverick operations manager for clients of Phoenix.

g. I understand that most of Maverick's personnel that provided services to Phoenix resigned and accepted employment with Morning Law Group.

h. I became aware that there were some agreements with Robert Half employment services for temporary employee help. Based on information and belief, these agreements were entered into pre-petition with Phoenix and Valiant Law Office. These employees were also paid by me post-petition, but the estate also did not assume the liabilities associated with the contract, which again remained with Phoenix. These employee agreements are also of no benefit to the estate.

5. Since being appointed the Trustee, I have taken the following actions:

a. The Debtor no longer works with the Affiliates.

///

b.     One of the assets recovered from Phoenix was the contract by which Maverick personnel provided support services to Phoenix.

c.     From and after the services of the TRO, and through August 4, 2023, I performed under that Maverick/Phoenix Agreement.

d.     The sale to Morning Law Group closed effective August 4, 2023.

6.     I am further informed and believe the following that the Debtor no longer benefits from the retention of the Contracts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  August 20, 2023

_____
Richard A. Marshack

11

1

**EXHIBIT "A"**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

## LIST OF REJECTED CONTRACTS

### 1) REJECTED AFFILIATE CONTRACTS:

NOTICE TO:

| | |
|---|---|
| Advocate Debt Relief<br>27599 Riverview Center Blvd,<br>Suite 201<br>Bonita Springs, FL 34134 | American Debt Advisors<br>a/k/a Luna Base Studios LLC<br>1301 Luna Street Building Two<br>Austin, TX 78721 |
| Benvi Inc<br>DBA FinBlink<br>1722 NW 21st Street<br>Miami, FL 33142 | Certified Document Services Inc<br>3334 E Pacific Coast Hwy #167<br>Corona Del Mar, CA 92625 |
| Clearcube LLC<br>DBA Litigation Practice Center<br>20280 SW Acacia St, Suite 330<br>Newport Beach, CA 92660<br>TroyC@litigationpc.com | Connected LLC<br>5816 S 238th Ct, D5<br>Kent, WA 98032 |
| Conversion Kings<br>7434 W Robin Lane<br>Glendale, AZ 85310 | CS Financial Associates<br>9920 Pacific Heights Blvd<br>San Diego, CA 92121 |
| Debt Relief Group LLC<br>1800 Old Okeechobee Rd, Suite 200<br>West Palm Beach, FL 33409<br>jritter@debtrg.com | Devoted Group LLC<br>P.O. Box 454<br>Sulphur Springs, TX 75483 |
| Four Pack Genesis<br>710 Pondella Rd, Suite 7<br>N Fort Myers, FL 33903<br>jessica.cantrell@freshstartlegals.com | Green River Financial<br>1013 Stamford Ct<br>Corona, CA 92878<br>greenriverdebtrelief@gmail.com<br>peter.a.lemus@gmail.com |
| Hope Credit<br>6375 S Pecos Rd 224<br>Las Vegas, NV 89120<br>Carey@hopecredit.net | Manifest One Marketing<br>3535 Windstorm Way<br>Riverside, CA 92503<br>kluna@manifestonemarketing.com<br>bamezcua@manifestonemarketing.com |

| | |
|---|---|
| Mobo Innovations LLC<br>1800 Old Okeechobee Rd, Suite 200A<br>West Palm Beach, FL 33409 | Multi Credit Solutions<br>5379 Lyons Rd #788<br>Coconut Creek, FL 33073<br>info@multicreditsolutions.com |
| Nations Debt Solutions<br>2 Enterprise, 2105<br>Aliso Viejo, CA 92656 | New Leaf Financial, LLC<br>DBA JumpStart Financial LLC<br>9595 Six Pines Drive Suite 8210<br>The Woodlands, TX 77380<br>andrewk@jump-startfinancial.com |
| New Horizon Finance LLC<br>8101 Biscayne Blvd #506<br>Miami, FL 33138<br>gregcurtis619@gmail.com<br>cw.newhorizon@gmail.com | New Vision Debt LLC<br>3857 Birch St #25<br>Newport Beach, CA 92660<br>Accounting@newvisiondebt.com<br>matty@newvisiondebtrelief.com |
| Paragon Financial Corp<br>6300 NW 5th Way Ste 100<br>Fort Lauderdale, FL 33309<br>compliance@consumercreditcardrelief.com | Phoenix Debt Pros, Inc.<br>8 The Grn, Suite 14056<br>Dover, DE 19901 |
| PILU, LLC<br>DBA Universal Debt Advisors<br>302 SW 1st Ave<br>Delray Beach, FL 33444 | ProofPositive LLC<br>30 N Gould St Ste R<br>Sheridan, WY 82801<br>monkeymindai@gmail.com |
| Sabia Financial Inc<br>444 N Michigan Ave, Suite 1200<br>Chicago, IL 60611<br>trey.barnhart@sabiafi.com<br>Chad.Rothrock@sabiafi.com | Signature One Financial, LLC<br>2641 Hammer Ave, Suite 209<br>Norco, CA 92860 |
| Smarter Debts LLC<br>238 Ambroise<br>Newport Coast, CA 92657 | Venture Partners LLC<br>Attn: Todd Hanson<br>1309 Coffeen Ave, Ste 1200<br>Sheridan, WY 82801<br>support@venturepartners.ai |
| Z.A.P. Marketing Corp<br>8845 Research Dr, Suite 120<br>Irvine, CA 92618<br>accounting@litigationpracticeintake.com<br>zeid@litigationpracticeintake.com | Leucadia Enterprises, Inc.<br>c\o Connie Merriett, Esq.<br>120 Via Cantebria, b25<br>Encinitas, CA 92024 |

## 2) REJECTED MAVERICK/PHOENIX EMPLOYEE CONTRACT

NOTICE TO:

| Name | Address | State | City | Zip |
|------|---------|-------|------|-----|
| Abe Flores | 1276 East Glenwood Avenue | California | Anaheim | 92805 |
| Seyed Amirreza Tabatabaii Nejad (amir nejad) | 21832 Windsong Circle | California | Huntington Beach | 92646 |
| Anjeanette Chek | 9441 Flower Street | California | Bellflower | 90706 |
| Belem Romero (bonnie romero) | 833 North Normandie Avenue | California | Los Angeles | 90029 |
| Christian Sangalang | 24921 Stagecoach Drive | California | Laguna Hills | 92653 |
| Jorge Sanchez | 2550 East Ward Terrace #63 | California | Anaheim | 92806 |
| Hiram Figueroa | 9175 Pinyon Point Court | California | Corona | 92883 |
| Hamza Shariff | 2113 East Catamaran Lane | California | Orange | 92867 |
| James Andra | 3410 Lasierra Ave #450 | California | Riverside | 92503 |
| Jarod Vaughn | 510 North Emerald Drive | California | Orange | 92868 |
| Jaslynn Sanchez | 2960 E Jackson Ave #R056 | California | Anaheim | 92806 |
| Jessica Pena | 1301 S Standard Ave #C | California | Santa Ana | 92707 |
| Josue Alvarez | 14300 Clinton St Spc 138 | California | Garden Grove | 92843 |
| Justin Andra | 3410 Lasierra Ave #450 | California | Riverside | 92503 |
| Kandise Segura | 25 Pacifica | California | Irvine | 92618 |
| Karen Saldana-Lopez | 26946 Pinckney Way | California | Menifee | 92586 |

| | | | | |
|---|---|---|---|---|
| Kimberly Olea | 25735 Via Lomas #128 | California | Laguna Hills | 92653 |
| Max Zinchini | 3400 Avenue Of The Arts #F122 | California | Costa Mesa | 92626 |
| Nicole Morris | 19241 Canyon Drive | California | Villa Park | 92861 |
| Phillip Kerns | 2347 West Mall Avenue | California | Anaheim | 92804 |
| Ronald Apodoca | 1204 West Katella Avenue | California | Anaheim | 92802 |
| Sulaiman Khan | 9662 Crestview Circle | California | Villa Park | 92861 |
| Anthony Sanchez | 9201 Mirasol | California | Irvine | 92620 |
| Sami Rashed | 3400 Avenue Of The Arts #G308 | California | Costa Mesa | 92626 |
| Salma Mahmoud | 2855 Pinecreek Drive #D-212 | California | Costa Mesa | 92626 |
| Selina Taing | 4241 Molino | California | Irvine | 92618 |

## 3) REJECTED ROBERT HALF/PHOENIX/VALIANT CONTRACTS

NOTICE TO:

Robert Half
Peter Yo, Branch Director, Vice President
Legal – Southern California
18200 Von Karman Ave, Suite 800
Irvine, CA 92612

Phoenix: [Ty.Carss@phoenixlaw.co](mailto:Ty.Carss@phoenixlaw.co)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
655 W. Broadway, Suite 800, San Diego, California  92101

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION FOR FIRST ORDER REJECTING UNEXPIRED EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. § 365; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF RICHARD A. MARSHACK**

 will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 22, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On August 22, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 22, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY - VIA FEDEX**
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 22, 2023 | Caron Burke | /s/ Caron Burke |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-.1.PROOF.SERVICE**

1.      **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Eric Bensamochan on behalf of Creditor Affirma, LLC
eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Creditor Oxford Knox, LLC
eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Interested Party Courtesy NEF
eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Interested Party Eric Bensamochan
eric@eblawfirm.us, G63723@notify.cincompass.com

Peter W Bowie on behalf of Trustee Richard A Marshack (TR)
peter.bowie@dinsmore.com, caron.burke@dinsmore.com

Ronald K Brown on behalf of Creditor SDCO Tustin Executive Center, Inc.
ron@rkbrownlaw.com

Christopher Celentino on behalf of Plaintiff Richard A. Marshack
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Trustee Richard A Marshack (TR)
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Michael F Chekian on behalf of Interested Party Michael Chekian
mike@cheklaw.com, chekianmr84018@notify.bestcase.com

Shawn M Christianson on behalf of Interested Party Courtesy NEF
cmcintire@buchalter.com, schristianson@buchalter.com

Randall Baldwin Clark on behalf of Interested Party Randall Baldwin Clark
rbc@randallbclark.com

Leslie A Cohen on behalf of Interested Party Courtesy NEF
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Aaron E. DE Leest on behalf of Interested Party Courtesy NEF
adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Jenny L Doling on behalf of Interested Party INTERESTED PARTY
jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com

Jenny L Doling on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys
jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com

Jenny L Doling on behalf of Interested Party National Consumer Bankruptcy Rights Center
jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com

Daniel A Edelman on behalf of Creditor Carolyn Beech
dedelman@edcombs.com, courtecl@edcombs.com

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com, Kristina.Heller@Dinsmore.com

Christopher Ghio on behalf of Trustee Richard A Marshack (TR)

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                      **F 9013-.1.PROOF.SERVICE**

christopher.ghio@dinsmore.com, Kristina.Heller@Dinsmore.com

Eric D Goldberg on behalf of Defendant Stripe, Inc.
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Jeffrey I Golden on behalf of Creditor Affirma, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Anaheim Arena Management, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Anaheim Ducks Hockey Club, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Oxford Knox, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Interested Party Courtesy NEF
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

Richard H Golubow on behalf of Creditor Debt Validation Fund II, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 1, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 2, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

David M Goodrich on behalf of Interested Party Courtesy NEF
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@
ecf.courtdrive.com

D Edward Hays on behalf of Trustee Richard A Marshack (TR)
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@
ecf.courtdrive.com

Alan Craig Hochheiser on behalf of Creditor City Capital NY
ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com

Garrick A Hollander on behalf of Creditor Debt Validation Fund II, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-.1.PROOF.SERVICE**

Garrick A Hollander on behalf of Creditor MC DVI Fund 1, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander on behalf of Creditor MC DVI Fund 2, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Razmig Izakelian on behalf of Creditor OHP-CDR, LP
razmigizakelian@quinnemanuel.com

Joon M Khang on behalf of Debtor The Litigation Practice Group P.C.
joon@khanglaw.com

Ira David Kharasch on behalf of Interested Party Ad Hoc Consumer Claimants Committee
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Interested Party Courtesy NEF
ikharasch@pszjlaw.com

Meredith King on behalf of Defendant Gallant Law Group
mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Meredith King on behalf of Interested Party Courtesy NEF
mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Nicholas A Koffroth on behalf of Creditor Committee Committee of Unsecured Creditors
nkoffroth@foxrothschild.com, khoang@foxrothschild.com

David S Kupetz on behalf of Defendant Marich Bein, LLC
David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

David S Kupetz on behalf of Interested Party Courtesy NEF
David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

Christopher J Langley on behalf of Interested Party Courtesy NEF
chris@slclawoffice.com,
omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

Daniel A Lev on behalf of Defendant Consumer Legal Group, PC
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev on behalf of Defendant LGS Holdco, LLC
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev on behalf of Interested Party Consumer Legal Group, P.C.
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev on behalf of Interested Party Courtesy NEF
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev on behalf of Interested Party Liberty Acquisitions Group Inc.
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Michael D Lieberman on behalf of Creditor Phillip A. Greenblatt, PLLC
mlieberman@lipsonneilson.com

Yosina M Lissebeck on behalf of Plaintiff Richard A. Marshack

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-.1.PROOF.SERVICE**

yosina.lissebeck@dinsmore.com, caron.burke@dinsmore.com

Yosina M Lissebeck on behalf of Trustee Richard A Marshack (TR)
yosina.lissebeck@dinsmore.com, caron.burke@dinsmore.com

Richard A Marshack (TR)
pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Laila Masud on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Interested Party Richard A. Marshack
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Plaintiff Richard Marshack
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Trustee Richard A Marshack (TR)
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Kenneth Misken on behalf of U.S. Trustee United States Trustee (SA)
Kenneth.M.Misken@usdoj.gov

Byron Z Moldo on behalf of Interested Party Byron Moldo
bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbn.law, jdale@mbn.law

Victoria Newmark on behalf of Interested Party Courtesy NEF
vnewmark@pszjlaw.com

Queenie K Ng on behalf of U.S. Trustee United States Trustee (SA)
queenie.k.ng@usdoj.gov

Keith C Owens on behalf of Creditor Committee Committee of Unsecured Creditors
kowens@foxrothschild.com, khoang@foxrothschild.com

Teri T Pham on behalf of Attorney Teri Pham
tpham@epgrlawyers.com, ttpassistant@epglawyers.com;dle@epglawyers.com

Teri T Pham on behalf of Defendant Daniel S. March
tpham@epgrlawyers.com, ttpassistant@epglawyers.com;dle@epglawyers.com

Teri T Pham on behalf of Defendant Tony Diab
tpham@epgrlawyers.com, ttpassistant@epglawyers.com;dle@epglawyers.com

Douglas A Plazak on behalf of Defendant Greyson Law Center PC
dplazak@rhlaw.com

Douglas A Plazak on behalf of Defendant Han Trinh
dplazak@rhlaw.com

Douglas A Plazak on behalf of Defendant Jayde Trinh
dplazak@rhlaw.com

Douglas A Plazak on behalf of Defendant Scott James Eadie

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-.1.PROOF.SERVICE**

dplazak@rhlaw.com

Daniel H Reiss on behalf of Defendant Touzi Capital, LLC
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel H Reiss on behalf of Defendant Eng Taing
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Ronald N Richards on behalf of Defendant Consumer Legal Group, PC
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Gregory M Salvato on behalf of Creditor Mari Agape
gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato on behalf of Interested Party Courtesy NEF
gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Olivia Scott on behalf of Creditor Azzure Capital LLC
olivia.scott3@bclplaw.com

Olivia Scott on behalf of Creditor Hi Bar Capital LLC
olivia.scott3@bclplaw.com

Jonathan Serrano on behalf of Plaintiff Richard A. Marshack
jonathan.serrano@dinsmore.com

Jonathan Serrano on behalf of Trustee Richard A Marshack (TR)
jonathan.serrano@dinsmore.com

Paul R Shankman on behalf of Attorney Paul R. Shankman
PShankman@fortislaw.com, info@fortislaw.com

Paul R Shankman on behalf of Creditor United Partnerships, LLC
PShankman@fortislaw.com, info@fortislaw.com

Zev Shechtman on behalf of Interested Party Danning Gill Israel & Krasnoff LLP
zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Leslie Skorheim on behalf of U.S. Trustee United States Trustee (SA)
leslie.skorheim@usdoj.gov

Howard Steinberg on behalf of Defendant BankUnited, N.A.
steinbergh@gtlaw.com, pearsallt@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Andrew Still on behalf of Creditor Alteryx, Inc.
astill@swlaw.com, kcollins@swlaw.com

Andrew Still on behalf of Interested Party Courtesy NEF
astill@swlaw.com, kcollins@swlaw.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-.1.PROOF.SERVICE**

Sharon Z. Weiss on behalf of Creditor Azzure Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Sharon Z. Weiss on behalf of Creditor Hi Bar Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Johnny White on behalf of Creditor Debt Relief Group, LLC
JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White on behalf of Interested Party Courtesy NEF
JWhite@wrslawyers.com, jlee@wrslawyers.com

2.    **SERVED BY UNITED STATES MAIL:**

Advocate Debt Relief
27599 Riverview Center Blvd, Suite 201
Bonita Springs, FL 34134

Benvi Inc
DBA FinBlink
1722 NW 21st Street
Miami, FL 33142

Clearcube LLC
DBA Litigation Practice Center
20280 SW Acacia St, Suite 330
Newport Beach, CA 92660

Conversion Kings
7434 W Robin Lane
Glendale, AZ 85310

Debt Relief Group LLC
1800 Old Okeechobee Rd, Suite 200
West Palm Beach, FL 33409

Four Pack Genesis
710 Pondella Rd, Suite 7
N Fort Myers, FL 33903

Hope Credit
6375 S Pecos Rd 224
Las Vegas, NV 89120

Mobo Innovations LLC
1800 Old Okeechobee Rd, Suite 200A
West Palm Beach, FL 33409

Nations Debt Solutions
2 Enterprise, 2105
Aliso Viejo, CA 92656

New Horizon Finance LLC
8101 Biscayne Blvd #506
Miami, FL 33138

Paragon Financial Corp

6300 NW 5th Way Ste 100
Fort Lauderdale, FL 33309

PILU, LLC
DBA Universal Debt Advisors
302 SW 1st Ave
Delray Beach, FL 33444

Sabia Financial Inc
444 N Michigan Ave, Suite 1200
Chicago, IL 60611

Smarter Debts LLC
238 Ambroise
Newport Coast, CA 92657

Z.A.P. Marketing Corp
8845 Research Dr, Suite 120
Irvine, CA 92618

American Debt Advisors
a/k/a Luna Base Studios LLC
1301 Luna Street Building Two
Austin, TX 78721

Certified Document Services Inc
3334 E Pacific Coast Hwy #167
Corona Del Mar, CA 92625

Connected LLC
5816 S 238th Ct, D5
Kent, WA 98032

CS Financial Associates
9920 Pacific Heights Blvd
San Diego, CA 92121

Devoted Group LLC
P.O. Box 454
Sulphur Springs, TX 75483

Green River Financial

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-.1.PROOF.SERVICE**

1013 Stamford Ct
Corona, CA 92878

Manifest One Marketing
3535 Windstorm Way
Riverside, CA 92503

Multi Credit Solutions
5379 Lyons Rd #788
Coconut Creek, FL 33073

New Leaf Financial, LLC
DBA JumpStart Financial LLC
9595 Six Pines Drive Suite 8210

The Woodlands, TX 77380
New Vision Debt LLC
3857 Birch St #25
Newport Beach, CA 92660

Phoenix Debt Pros, Inc.
8 The Grn, Suite 14056
Dover, DE 19901

ProofPositive LLC
30 N Gould St Ste R
Sheridan, WY 82801

Signature One Financial, LLC
2641 Hammer Ave, Suite 209
Norco, CA 92860

Venture Partners LLC
Attn:  Todd Hanson
1309 Coffeen Ave, Ste 1200
Sheridan, WY 82801

Leucadia Enterprises, Inc.
c\o Connie Merriett, Esq.
120 Via Cantebria, b25
Encinitas, CA 92024

Robert Half
Peter Yo, Branch Director, Vice
President
Legal – Southern California
18200 Von Karman Ave, Suite 800
Irvine, CA 92612

Abe Flores
1276 East Glenwood Avenue
Anaheim, California  92805

Seyed Amirreza Tabatabaii Nejad (Amir
Nejad)
21832 Windsong Circle
Huntington Beach, California  92646

Anjeanette Chek
9441 Flower Street
Bellflower, California  90706

Belem Romero (Bonnie Romero)
833 North Normandie Avenue
Los Angeles, California  90029

Christian Sangalang
24921 Stagecoach Drive
Laguna Hills, California  92653

Jorge Sanchez
2550 East Ward Terrace #63
Anaheim, California  92806

Hiram Figueroa
9175 Pinyon Point Court
Corona, California  92883

Humza Shariff
2113 East Catamaran Lane
Orange, California  92867

James Andra
3410 Lasierra Ave #450
Riverside, California  92503

Jarod Vaughn
510 North Emerald Drive
Orange, California  92868

Jaslynn Sanchez
2960 E Jackson Ave #R056
Anaheim, California  92806

Jessica Pena
1301 S Standard Ave #C
Santa Ana, California  92707

Josue Alvarez
14300 Clinton St Spc 138
Garden Grove, California  92843

Justin Andra
3410 Lasierra Ave #450
Riverside, California  92503

Kandise Segura
25 Pacifica
Irvine, California  92618

Karen Saldana-Lopez
26946 Pinckney Way
Menifee, California  92586

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Kimberly Olea
25735 Via Lomas #128
Laguna Hills, California  92653

Max Zinchini
3400 Avenue Of The Arts #F122
Costa Mesa, California  92626

Nicole Morris
19241 Canyon Drive
Villa Park, California  92861

Phillip Kerns
2347 West Mall Avenue
Anaheim, California  92804

Ronald Apodoca
1204 West Katella Avenue
Anaheim, California  92802

Sulaiman Khan
9662 Crestview Circle
Villa Park, California  92861

Anthony Sanchez
9201 Mirasol
Irvine, California  92620

Sami Rashed
3400 Avenue Of The Arts #G308
Costa Mesa, California  92626

Salma Mahmoud
2855 Pinecreek Drive #D-212
Costa Mesa, California  92626

Selina Taing
4241 Molino
Irvine, California  92618

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.