GREGORY M. SALVATO (SBN 126285)
   Gsalvato@salvatolawoffices.com
JOSEPH BOUFADEL (SBN 267312)
   Jboufadel@salvatolawoffices.com
SALVATO BOUFADEL LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90017-9500
Telephone:   (213) 484-8400
Facsimile:   (213) 401-2411

Attorneys for Creditor
MARI AGAPE

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>                Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**Withdrawal of document inadvertently filed [Dkt. No. 424]**<br><br>              Hearing:<br>Date:    August 29, 2023<br>Time:   10:30 a.m.<br>Place:   Ronald Reagan Federal Bldg.<br>          Courtroom 5C<br>          411 West Fourth Street<br>          Santa Ana, CA 92701 |

1 | The document inadvertently filed in this case as Docket No. 424 is hereby
2 | withdrawn.
3 |
4 | Dated: August 22, 2023                    SALVATO BOUFADEL LLP
5 |
6 |                                                   */s/ Gregory M. Salvato*
  |                                           By: _____
7 |                                                   Gregory M. Salvato
8 |                                                   Joseph Boufadel
9 |                                           Attorneys for Plaintiff, Creditor and Movant
10 |                                          MARI AGAPE