```
D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee
RICHARD A. MARSHACK
```

**FILED & ENTERED**

AUG 23 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

THE LITIGATION PRACTICE GROUP P.C.,

Debtor.

Case No: 8-23-bk-10571-SC

Chapter 11

ORDER GRANTING MOTION FOR ORDER AUTHORIZING PRODUCTION OF DOCUMENTS FROM BANK OF THE WEST PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004

[NO HEARING REQUIRED]

Date of Production:
Date:     September 22, 2023
Time:     10:00 a.m.
Location: Marshack Hays LLP
          870 Roosevelt
          Irvine, CA 92620

The Court has read and considered the notice of motion and motion for order authorizing production of documents from Bank of the West ("Bank") pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Rule 2004-1 of the Local Bankruptcy Rules, filed by Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of The Litigation Practice Group P.C. ("Debtor"), on August 22, 2023, as Dk. No. 420 ("Motion") and has found good cause to grant the Motion.

/ / /

/ / /

1

4887-5831-6646

IT IS ORDERED that:

1. The Motion is granted;

2. Bank shall produce all documents responsive to the categories of documents set forth in Exhibit "1" to the Motion no later than September 22, 2023, or at any other date and time as agreed upon in writing by Trustee and Bank;

3. Bank is to either (i) produce the original documents for inspection and copying at the law offices of Marshack Hays LLP, 870 Roosevelt, Irvine, CA 92620, (ii) mail copies of the documents to Marshack Hays LLP, 870 Roosevelt, Irvine, CA 92620 or (iii) e-mail said documents in pdf format to D. Edward Hays at ehays@marshackhays.com and Laila Masud at lmasud@marshackhays.com; and

4. Any agreement by the parties to continue any deadlines shall not terminate Bank's obligation to produce all documents responsive to the categories of documents set forth in the Motion.

###

Date: August 23, 2023

Scott C. Clarkson
United States Bankruptcy Judge

4867-5097-9962, v. 1