Michael A. Sweet (SBN 184345)
Keith C. Owens (SBN 184841)
Nicholas A. Koffroth (SBN 287854)
**FOX ROTHSCHILD LLP**
10250 Constellation Blvd., Suite 900
Los Angeles CA 90067
Telephone:    (310) 598-4150
Facsimile:    (310) 556-9828
msweet@foxrothschild.com
kowens@foxrothschild.com
nkoffroth@foxrothschild.com

FILED & ENTERED

AUG 24 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY **bolte**        DEPUTY CLERK

Proposed Counsel For Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

In re:

THE LITIGATION PRACTICE GROUP P.C.,

Debtor.

Chapter 11

Case No. 8:23-bk-10571-SC

**ORDER AUTHORIZING EMPLOYMENT OF FOX ROTHSCHILD LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF JUNE 29, 2023**

[*No Hearing Required Pursuant to LBR 9013-1(o)*]

The Court, having considered the *Application for Order Authorizing Employment of Fox Rothschild LLP as Counsel for the Official Committee of Unsecured Creditors, Effective as of June 29, 2023* [Docket No. 344] (the "Application") filed by the Official Committee of Unsecured Creditors (the "Committee") and the accompanying declarations in support thereof, and the Court being satisfied that Fox Rothschild LLP does not represent any entity having an adverse interest in connection with the above-captioned case and is a "disinterested person" as defined under 11 U.S.C. § 101(14); having found that notice of the Application is sufficient under the circumstances and that no further notice is required; and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1.      The Application is APPROVED.

2.      The Committee is authorized to retain and employ Fox Rothschild LLP as general bankruptcy counsel to the Committee, effective as of June 29, 2023, at the expense of the estate pursuant to 11 U.S.C. § 327(a).

3.      Except as the Court may otherwise determine and direct, the compensation to be awarded to Fox Rothschild LLP shall be fixed by the Court after notice and a hearing as may be required by the Bankruptcy Code, 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Central District of California and the practice and procedure of this Court.

###

Date: August 24, 2023

Scott C. Clarkson
United States Bankruptcy Judge