Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
Yosina M. Lissebeck (State Bar No. 201654)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501
christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com

Special Counsel to Richard A. Marshack, Chapter 11 Trustee

FILED & ENTERED

AUG 24 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Chapter 11 |
|     Debtor. | **ORDER GRANTING MOTION FOR ORDER AUTHORIZING PRODUCTION OF DOCUMENTS FROM THE CUSTODIAN OF RECORDS OF CT CORPORATION SYSTEM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004** |
| | **DATE OF PRODUCTION:**<br>Date: September 8, 2023<br>Time: 10:00 a.m.<br>Location: DINSMORE & SHOHL LLP<br>655 West Broadway, Suite 800<br>San Diego, CA 92101 |

The Court has read and considered the notice of motion and motion for order authorizing Production of documents from CT Corporation pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Rule 2004-1 of the Local Bankruptcy Rules, filed by Richard A.

#31737757v3

Marshack, in his capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of The Litigation Practice Group P.C. ("Debtor"), on August 17, 2023, as Dk. No. 395 ("Motion") and has found good cause to grant the Motion.

IT IS ORDERED THAT:

1. The Motion is granted;

2. CT Corporation shall produce all documents responsive to the categories of documents set forth in Exhibit 1 to the Motion no later than September 8, 2023, or at any other date and time as agreed upon in writing by Trustee and CT Corporation;

3. CT Corporation is to either (i) produce the original documents for inspection and copying at the law offices of DINSMORE & SHOHL LLP; 655 West Broadway, Suite 800 San Diego, CA 92101 (ii) mail copies of the documents to DINSMORE & SHOHL LLP 655 West Broadway, Suite 800; San Diego, CA 92101 or (iii) e-mail said documents in pdf format to Yosina M. Lissebeck at yosina.lissebeck@dinsmore.com; and

4. Any agreement by the parties to continue any deadlines shall not terminate CT Corporation's obligation to produce all documents responsive to the categories of documents set forth in the Motion.

###

Date: August 24, 2023

Scott C. Clarkson
United States Bankruptcy Judge