| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>LAILA MASUD, #311731<br>lmasud@marshackhays.com<br>BRADFORD N. BARNHARDT, #328705<br>bbarnhardt@marshackhays.com<br>MARSHACK HAYS WOOD LLP<br>870 Roosevelt<br>Irvine, California 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Chapter 11 Trustee RICHARD A. MARSHACK, for the Bankruptcy Estate of The Litigation Practice Group P.C. | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**AUG 24 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY bolte    DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*SANTA ANA* DIVISION**

| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.:  8:23-bk-10571-SC<br>CHAPTER:  11<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |

**Movant** (*name*): Chapter 11 Trustee RICHARD A. MARSHACK, for the Bankruptcy Estate of The Litigation Practice Group P.C.

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:
   a. *Title of motion*: AMENDED MOTION FOR ORDER TO LIMIT NOTICE PURSUANT TO RULES 2002 AND 9007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; MEMORANDUM OF POINTS OF AUTHORITIES; DECLARATION OF LAILA MASUD IN SUPPORT

   b. *Date of filing of motion:* August 24, 2023

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):
   *Date of filing of Application*: August 24, 2023

3. Based upon the court's review of the application, it is ordered that:
   a. ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ The Application is granted, and it is further ordered that:

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                      Page 1                                      **F 9075-1.1.ORDER.SHORT.NOTICE**

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** 8/29/23 | **Place:** |
| **Time:** 10:30 a.m. | ☐ 255 East Temple Street, Los Angeles, CA 90012 |
| **Courtroom:** 5C - Virtual | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
| | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
| | ☒ 411 West Fourth Street, Santa Ana, CA 92701 |
| | ☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) _Deadlines:_ | (B) _Persons/entities to be provided with telephonic notice:_ |
|---|---|
| Date: 8/24/23 | |
| | *Creditor Committee Counsel* |
| Time: 6:00 p.m. | |
| | ☐ See attached page |
| | (C) _Telephonic notice is also required upon_ the United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A)  ☐ Personal Delivery   ☐ Overnight Mail   ☒ First class mail   ☒ Facsimile*   ☒ Email*

| (B) _Deadlines:_ | (C) _Persons/entities to be served with written notice and a copy of this order:_ |
|---|---|
| Date: 8/24/23 | All creditors and parties in interest. |
| Time: 6:00 p.m. | |
| | ☐ See attached page |
| | (D) S_ervice is also required upon_: |
| | -- United States trustee *(electronic service is not permitted)* |
| | -- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                   Page 2                                   **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☒ First Class Mail ☒ Facsimile* ☒ Email*

(B) <u>*Deadlines:*</u>
Date: 8/24/23

Time: 6:00 p.m.

(C) <u>*Persons/entities to be served with motion, declarations, supporting documents:*</u>

*All creditors and parties in interest.*

☐ See attached page

(D) <u>*Service is also required upon*</u>:
-- United States trustee *(no electronic service permitted)*
-- Judge's copy personally delivered to chambers
  (*see Court Manual for address*)

(5) ☒ Regarding **opposition to the motion**

☒ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☒ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ Email*

(B) <u>*Deadlines:*</u>
Date:

Time:

(C) <u>*Persons/entities to be served with written opposition to the motion:*</u>
-- movant's attorney (or movant, if movant is not represented by an attorney)

(D) <u>*Service is also required upon*</u>:
-- United States trustee (*electronic service is not permitted*)
-- Judge's copy personally delivered to chambers
  (*see Court Manual for address*)

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 3    **F 9075-1.1.ORDER.SHORT.NOTICE**

|  |  |
|---|---|
| (B) *Deadlines:*<br>Date:<br>Time: | (C) *Persons/entities to be served with written reply to opposition:*<br>-- All persons/entities who filed a written opposition<br><br>(D) *Service is also required upon:*<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>    (*see Court Manual for address*) |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☒ at least 2 days before the hearing.
> ☐ no later than:    Date:        Time:

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: August 24, 2023

Scott C. Clarkson
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 4                                    **F 9075-1.1.ORDER.SHORT.NOTICE**