1  Christopher B. Ghio (State Bar No. 259094)
   Christopher Celentino (State Bar No. 131688)
2  Yosina M. Lissebeck (State Bar No. 201654)
   **DINSMORE & SHOHL LLP**
3  655 West Broadway, Suite 800
   San Diego, CA 92101
4  Telephone:  619.400.0500
   Facsimile:  619.400.0501
5  christopher.ghio@dinsmore.com
   christopher.celentino@dinsmore.com
6  yosina.lissebeck@dinsmore.com

7  Special Counsel to Richard A. Marshack, Chapter 11 Trustee

8

9                    **UNITED STATES BANKRUPTCY COURT**

10        **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

11

12   In re:                              Case No. 8:23-bk-10571-SC

13   THE LITIGATION PRACTICE GROUP P.C.,  Chapter 11

14            Debtor.                     **STATUS REPORT BY CHAPTER 11
                                          TRUSTEE RE: POST-PETITION AND
15                                        RECENT HISTORY OF DOUBLE
                                          PAYMENTS BY CONSUMER CLIENTS;
16                                        DECLARATION OF CHRISTOPHER
                                          CELENTINO IN SUPPORT
17
                                          Date:   November 8, 2023
18                                        Time:   1:30 p.m.
                                          Judge:  Hon. Scott C. Clarkson
19                                        Place:  Courtroom 5C
                                                  411 W. Fourth Street
20                                                Santa Ana, CA  92701

21

22

23

24

25

26

27

28

                                    1

Richard A. Marshack, Chapter 11 Trustee ("Trustee") of the bankruptcy estate of Litigation Practice Group P.C. ("Estate" or the "Bankruptcy Estate"), submits this Status Report re: Post-Petition and Recent History of Double Payments by Consumer Clients as follows:

**I.**

**INTRODUCTION**

1.      Upon his appointment, Trustee recognized that the "debt invalidation business" operated by this Debtor had a questionable "legitimacy" and stigma associated with it and that the reputation of the Debtor and its principal(s) was among the worst within the industry.  There was no "nuance" that could divert Trustee from his penultimate goal to bring transparency, ethics, and positivity to the consumer clients of this Debtor.

2.      While it was clear to Trustee that the handling of Debtor's business practices by its principal(s) left much to be desired, it was equally clear that, left unrepresented, many of the approximately 35,000 consumer clients would again fall prey to the hostile and aggressive tactics of the equally suspect credit card / debt acquisition community.  It was also clear to Trustee that the Court shared that penultimate consideration for the plight of the consumer caught between these two competing adversarial industries with each deploying questionable tactics.  Trustee's actions in the case remain driven by a goal that is consistent with the words of this Court enunciated at the sale hearing and auction that took place on Friday, July 21, 2023:

> This Court is satisfied that the herculean and, frankly, high-risk efforts of the Trustee have resulted in an excellent start, but it's only a start. And that the consumer protection aspects of this proposed sale cannot be discounted in any way. The continued efforts to redirect the legal and ethical compass of the prepetition company will likely in this Court's opinion succeed.

Sale Hearing Transcript [Dkt. No. 343] at 156: 17-23.  Celentino Declaration, Exhibit "A."

3.      At the status conference held on August 10, 2023, at 10:00 a.m., one of the many topics raised by Trustee on the record were "double pulls."  This issue describes the situation where a consumer client was charged twice in the same month.

4.      Debtor's consumer clients executed agreements that called for a myriad of legal services to be delivered by Debtor which were to be paid in installments.  Specifically, clients agreed

///

1

that a specified monthly payment would be drawn from their bank account or credit card for a specified number of months.  See 1046 Action, Dkt. No. 8, 341(a) Transcript at 41:7-20, 43:4-17.

5.      Prior to the sale hearing, this Court received testimony and learned of the issue of certain consumer clients of the Debtor having been "charged twice" in a particular month in apparent violation of their legal services agreement with the Debtor.  See e.g. Adversary Proceeding No. 8:23-ap-01046-SC ("1046 Action"), Dkt. No. 5 at ¶ 3, Exh. 1 at ¶¶ 55-99.

6.      At no time after Trustee took control of business operations upon service of the Court's TRO on June 2, 2023, did the Estate initiate or receive two payments from the same client in the same month.

7.      When Trustee first put his management team in place in early June 2023, this double pull issue was afforded high priority.

8.      As the Court stated at the last status conference, facing two significant draws in a one month[1] period could cause hardship to consumers.  As such, the Court requested a status report be filed by Trustee by August 24, 2023, regarding this "double pull" issue.

**II.**

**SUMMARY**

9.      Trustee served this Court's Temporary Restraining Order (1046 Action, Dkt. No. 13) on parties and non-party financial institutions early in the morning (in some cases, just after midnight) on Friday, June 2, 2023.  As of approximately 1:00 p.m. on that date, Trustee had gained entry into the premises from which Phoenix Law was operating and had established control over all known ACH processing accounts, and all known bank accounts into which funds deducted from consumer clients that were "pulled" post-petition.  The first ACH pulls that took place after Trustee took control occurred on June 3, 2023.  During the time from June 2, 2023, through the close of the sale of the Debtor's assets on August 4, 2023 (Sale Order, Dkt. No. 352), the total sum of $5,273,871.29 was received by Trustee from ACH pulls.  All such sum remain in a segregated trust account pursuant to order of this Court.  The breakdown of the specific sources of those funds is as follows:

---

[1]  Testimony at the sale hearing on July 21, 2023, established that the average monthly payment per consumer was approximately $335 and the average remaining term of payment was 19.5 months.  See Dkt. Nos. 316, Exh. 1 and 260-3 at ¶ 9.

a. Monies for which pulls were instituted by Debtor's principals before June 2, 2023, and which were deposited by Debtor's Principals into accounts at Bank of America and Wells Fargo Bank in the name of fraudulent conveyance partner, PrimeLogix: $1,223,787.59;

b. Monies for which pulls were instituted by automatic ACH directives in place on June 2, 2023, for which Trustee succeeded to control of the "suspense" and "payment" accounts[2] with WorldPay/Revolv3: $3,810,886.69; and

c. Monies that appear to have been deposited in a Wells Fargo account in the name of Maverick: $239,197.01 -- the sole source appears to be the above account of PrimeLogix.

10. Trustee believes the most important facts for this Court's consideration, as developed more fully below, are these:

a. From the period June 2, 2023, through August 4, 2023, -- while Trustee was in control of operations -- Trustee has determined there were only five (5) total "double pulls" that all occurred on the same June 2, 2023 transition day (or settled on that date), in the total amount of $1,600, which were NOT initiated by Trustee but which were initiated by others PRIOR to June 2, 2023, and appear to have "settled" on June 2, 2023. Trustee has satisfied these clients.

b. A comprehensive review of all the detailed account information for the consumer charges made after June 2, 2023, makes it clear that Trustee did not commence or receive any double pulls. The records for pulls received in the settlement account from processor World Pay correspond to payments received in the Trustee-controlled Revolv3 account -- and none were "double" pulls. Declaration of Christopher Celentino, at ¶5.

11. As to the vast majority of consumer customers who were otherwise the victims of "double pulls" at the hands of the former principals of the Debtor and their fraudulent conveyance

---

[2] For reference, an ACH payment processor, such as the latest Debtor's processor known as WorldPay, is an entity authorized by the Federal Reserve to pull ACH payments on behalf of its account holder (in this case, the Debtor) from that account holders' customer base based upon submitted written authorizations, and that pull is referenced to and directed to a suspense account held by the processor. The money pulled is held in that suspense account for a period of days to allow for and take into account NSF and cancellation chargebacks. After the specified period (the period is determined by the processor based upon the account holder, or Debtor's, credit and backcharge history) expires, the funds are transferred into a payment account held at the processor's related financial institution (in this case, the latest was Revolve). It is from that payment account that the settled funds are normally distributed to the account holder, in this case, the Debtor. However, as this Court learned from Mr. Diab's own testimony on June 12/14, 2023, Mr. Diab was able to "direct" those funds out of the Debtor's payment account into accounts held by PrimeLogix, Vulcan, Maverick and other of the Debtor's former fraudulent conveyance partners. See Preliminary Injunction Transcript at 173:8-18, 174: 17-25, Declaration of Celentino at ¶ 6, Exh. B.

1  partners, discussed further herein, the other take away is that Trustee and his team have substantially

2  (70%) resolved the issue to the clients' apparent satisfaction, as noted in detail below.  For the minority

3  of customers (30%) who are still victims of the "double" pulls made by Debtor's principals and the

4  fraudulent transferees, Trustee has a proposed resolution, as set forth below.

5                                        **III.**

6                                  **DISCUSSION**

7          12.      It is important to remember that of the approximately 50,000 consumer clients of the

8  Debtor whose details reside in the pre-petition CRMs, approximately 35,000 consumer customers

9  appear to have been "active" payers for services in the one-year prior to the bankruptcy petition and

10  before the sale date.  Accordingly, the sheer volume of the data analyzed to date, and which Trustee

11  will continue to analyze, is very voluminous.

12          13.      As a preliminary matter, Trustee's investigation remains ongoing, and his research is

13  not yet complete as noted below.  Despite the Court's Preliminary Injunction and mostly substantial

14  compliance therewith, some of the data necessary to fully drill-down on an account-by-account and

15  customer-by-customer basis remains elusive (some passwords have two-step confirmation that have

16  not worked, necessitating subpoenas) or is otherwise still the subject of an outstanding subpoena to a

17  financial institution (such as Bank of America, for example).

18          14.      It is also important to remember that there has been testimony that Debtor's principal(s)

19  were in the process of buying/selling consumer accounts for most of a year before Trustee was able

20  to take control on June 2, 2023 -- despite the questionable legality of such a practice.   See 1046

21  Action, Dkt. No. 8, 341(a) Transcript at 150:20-152:16, 153:19-154:21; Preliminary Injunction

22  Transcript at 167:22-169:12.

23          15.      Trustee continues to investigate the possibility, indeed probability, that he will uncover

24  additional files that were so transferred away from Debtor by Mr. Diab, Mr. March, and others; and/or

25  additional accounts to which monies of the Debtor pulled from clients were siphoned.  Trustee has

26  compiled a fairly-complete history of files transferred during calendar year 2023 (both pre-petition

27  ///

28  ///

and post-petition) from the admittedly challenged LUNA CRM[3] database, and based upon known complaints of customers.  From his investigation, Trustee has determined that during the few months before the petition date, consumer files/contracts were transferred to the following:  LPG to CLG; LPG to Valiant/Gallant; LPG to LPG; LPG to Phoenix; and LPG to Oakstone.

16.    Each set of client transfers, and the "double pulls" (if any) that may have been associated with those transfers, are discussed in turn:

a.    LPG to CLG: Trustee is currently involved in settlement negotiations with CLG and the Official Committee of Unsecured Creditors ("OCC") concerning the transfer of approximately 12,000 consumer files to CLG between January 2023 and February 2023.  From and after the transfers, CLG has been providing services to those clients.  While there are many outstanding issues to be resolved or litigated in that dispute, the issue of "double-pulls" does not appear to be relevant to this batch of customer files.

b.    LPG to Valiant/Gallant.  Upon his appointment, Trustee learned that LPG was in the process of transferring consumer files to a Pennsylvania-based entity, Valiant Law, and subsequently its successor, Gallant Law.  Rule 7026 oral disclosures by Gallant contend that it was Mr. Diab personally who was retained by Valiant and Gallant as a consultant to "market and secure" files for purchase by these entities.  Gallant law contends that it never received the transfer of any customer files.  Trustee's search of the LUNA database indicates that some files were designated for transfer to Valiant and/or Gallant.  But, those files appear to have actually been part of the transfers to CLG.  Trustee has not yet identified any payments to or pulls made by Valiant/Gallant (presumably because it never received transfers of client files).

c.    LPG to Phoenix:  As Mr. March conceded before the Court on June 12, 2023, in the weeks and days immediately before the filing of the bankruptcy petition, LPG migrated thousands of consumer files to newly formed Phoenix Law Group.  Ty Carss served as lead attorney for that firm.  Declaration of William "Ty" Carss, Dk. 191-2, paragraph 3.  Pursuant to this Court's order entered August 7, 2023, the transfers of those files were avoided and the files (but not any

---

[3]  The Court will recall that for most of its existence, Debtor was a licensee of the CRM from Force known as Debt Pay Pro.  Debtor migrated away from that system to its own proprietary database, LUNA, just prior to bankruptcy.  LUNA has substantial programmatic data retrieval limitations.  See 1046 Action, Dkt. No. 5 at ¶ 8, and Dkt. No. 45-6 at ¶ 8(c).

liabilities of Phoenix) were recovered by the Estate.  Pursuant to the Sale Order, these files have been sold to Morning Law Group.  Trustee's investigation reveals that LPG clients were migrated to Phoenix Law between the end of February 2023 and the beginning of March 2023.  It appears that clients were perplexed by the move because they apparently were not notified by LPG or Mr. March about the transfers before they occurred.  A batch of those consumer clients appear to have had their regular monthly payment charged twice (both by LPG)[4] on February 27, 2023, and February 28, 2023.  As set forth in Exhibit "B" to the Declaration of Celentino, Trustee believes known double pulls were taken by LPG from 115 clients, in the total sum of $74,430.86.

Also as set forth in Exhibit "B" to the Celentino Declaration, Trustee has substantially resolved these known double pulls instigated by LPG.  A majority of the clients were offered and accepted a "credit" toward future payments.  Separately, as to clients who have requested refunds, AND as to which Trustee received a payment from such clients between June 2, 2023, and August 4, 2023, Trustee intends to apply to the Court to use some of the funds on hand in the blocked account to make such refunds.  These clients are noted by the TFOH (Trustee Funds on Hand) reference on Exhibit "B" to the Celentino declaration.  For the remaining parties on Exhibit "B" who are mostly now "former" clients, and whose files were not transferred to MLG in the sale, Trustee intends to apply to the Court to determine that a portion of the blocked account equal to the proposed remaining refunds was "earned" for services rendered during that time, and proposes to distribute from those earned funds the proposed refunds.  In this respect, in short order, all 115 clients known to have had double pulls taken by LPG itself are currently whole, or will be made whole shortly.

d.    <u>LPG to Oakstone</u>:  Trustee understands that, simultaneously with the fraudulent transfers of files to Phoenix, files were nominally transferred to a creditor group known as PECC Corp. ("PECC").  Eng Taing is the principal of PECC and Touzi is an investor of PECC.  Trustee understands that Touzi had originally been an investor in Validation Partners, itself a creditor of LPG.  Once LPG stopped paying Validation, and thus PECC, PECC and Mr. Diab made a side deal wherein Diab obligated LPG to pay PECC pursuant to an August 2022 Note in the approximate amount of

---

[4] Trustee's initial investigation reveals that Mr. Diab "withheld" specific data entry information and that only certain select individuals may have been able to login to the interface platforms to allow for the charge; the Trustee intends to pursue 2004 exams relative to those persons in the near future.

$28M.  That Note went unpaid and on January 11, 2023, within the preference period, PECC and LPG entered into an A/R Purchase Agreement, purporting to transfer enumerated files to PECC in full satisfaction of the debt under the Note.  The files themselves apparently went to Oakstone (a law firm supposedly affiliated with Wes Thomas) and processing was handled by Guardian Processing.  It appears that Eng Taing was a some-time consultant of Guardian, which is now controlled solely by Wes Thomas.  While the details remain murky (and will be the subject of formal discovery in the very near future), it appears that batches of files "designated" for but not actually transferred to Phoenix were instead "nominally transferred" to this group, as a means to siphon cash.  For the purpose of this report, Trustee refers to PECC, Guardian, Taing, Touzi, and Oakstone as just "Oakstone."  It appears that this group operated for a short period of time, from approximately January 2023 to April 2023.  At this point, Eng Taing claims he was locked out of Guardian and PECC stopped receiving payments.  Nevertheless, some Oakstone pulls appeared to continue until June 2023.[5]  During this time, it appears that Oakstone made multiple pulls on the client files nominally transferred to it, and sometimes on other client accounts that were not nominally under its control.  It also appears that Touzi Capital may have directly paid some liabilities to some of the contract attorneys who were providing services to LPG consumer clients.  Trustee is unaware of any actual legal or other services having been provided by Oakstone to any consumer client, except as may have occurred by contract attorneys.  The Preliminary Injunction ("PI") was served on these entities, and it appears that the sum of approximately $661,000 is "frozen" pursuant to the PI, but has not yet been turned over to Trustee.  Negotiations are ongoing and it is expected that the funds will be turned over to Trustee in a few days, or Trustee will be seeking an OSC re: contempt for failure to turn over the funds prior to the next hearings set for September 14, 2023.

        i.        During this apparently chaotic scramble to transfer files to Phoenix and Oakstone, it appears that there was a period of time in which Phoenix and Oakstone both charged the consumer the same monthly fee.  As set forth on Exhibit "C" to the Declaration of Celentino, clients were charged by both Phoenix and Oakstone in March 2023. Even though Phoenix was servicing

---

[5]  Trustee's experience is that a monthly "pull" can be instigated and in the queue for up to 60 days (or more) in advance.

these customers, it appears Oakstone charged them as well.  Clients received a charge from Oakstone (OLG PC) via digital check withdrawal on March 7-9, 2023, which was immediately prior to the petition date.

ii.      The details of the known transactions in this category are set forth in Exhibit "C" to the Celentino Declaration.  Trustee has substantially resolved the issue of these double pulls with clients (even though the funds do not appear to have been deposited with LPG). Specifically, 87% of these clients were offered and accepted a "credit" toward future payments to be made.  Moreover, to the extent such credits have not yet been applied to any consumer's account, Trustee understands that the buyer, MLG, will honor such credits for clients that "opt in" as its own show of good faith.  As to the balance of the clients who have not received a refund and for which Trustee received payments as noted by the TFOH making, Trustee intends to file the motions discussed above to make refund payments.  Others will be the subject a settlement or turnover motion.

e.      <u>Additional Oakstone Pulls</u>.  Mr. Diab told this Court under oath that the relationship between LPG and Oakstone source.  As best as Trustee can tell, while it appears that Oakstone was not servicing any consumer clients, it was active in the charges it was making to such clients.  These charges appear designed not to generate revenue for services provided to consumer clients.  Instead, they seem to be a revenue stream diverting money from one creditor, Validation Partners, for a preferred insider of that creditor, Mr. Thomas.  It appears to be the case that the clients initially transferred to Oakstone were onboarded back to Phoenix in late April 2023 to early May 2023, right before Trustee's appointment.  Prior to the return of these clients and files, the clients were already charged two times, both by Oakstone.  It appears that on April 19, 2023, clients were charged by Oakstone, once by both Guardian Processing and once by Touzi Capital.  Based on the client list appended to the January 11, 2023, A/R Purchase agreement, Trustee's expert is confirming that Oakstone clients were on-boarded back to Phoenix, recovered by the Estate, and sold pursuant to the sale approved July 21, 2023.  Subpoenas to Guardian Processing may be required.

i.      As set forth in Exhibit "D" to the Celentino Declaration, Trustee has substantially resolved these double pulls (even though the funds do not appear to have been received by LPG).  Most of the clients were offered and accepted a "credit" toward future payments.  For those

8

clients who await a refund from Oakstone for monies not yet turned over to the Trustee, it appears that the sum of approximately $661,000 is "frozen" by the PI, but has not yet been turned over to Trustee.  Negotiations are ongoing and it is expected that the funds will be turned over to Trustee in a few days, or Trustee will be seeking an OSC re: contempt for failure to turn over the funds, prior to the next hearings set for September 13, 2023.  Trustee will seek to use these funds to pay the remaining refunds.  Additionally, for those designated as TFOH -- Trustee has Funds on Hand, and will be applying for permission to refund such double pulls.

    f. <u>Phoenix Law Group and Trustee pulls</u>.  As indicated earlier, there were five (5) ACH pulls that occurred on June 2, 2023.  These pulls were initiated by Phoenix before Trustee began service of the TRO on this date.  Despite not rendering any services, Oakstone made those five (5) double pulls before its "pulling" powers were enjoined by service of the TRO.  As indicated, for each of these five clients, Trustee has already resolved the matter by clients accepting a "credit" toward future payments, or by paying a requested refund before the sale closed on August 4, 2023.  The detail is set forth in Exhibit "E" to the Celentino Declaration.

**V.**

**<u>FUTURE ACTIONS BY TRUSTEE</u>**

  11. Trustee continues to work with the buyer, Morning Law Group, to have access to the LUNA database, and a comprehensive audit is underway to identify if there are any other "double pulls" or related anomalies that must be addressed.  At this point, Trustee has been able to confirm the double pulls set forth herein with the consumer customers.  Nevertheless, it is possible that the comprehensive audit demonstrates there are further anomalies to be explored.   Moreover, while details concerning known bank accounts to which funds were deposited are mostly known (two outstanding subpoenas for line item detail will be responded to in short order), Trustee's ongoing investigation may lead to the discovery of additional accounts into which consumer client payments were deposited.  Additionally, Trustee has access to the historic Debt Pay Pro CRM, and a comprehensive comparison of legacy data on that CRM, including the details of the pre-petition data migration to the LUNA CRM, is underway, and may disclose additional anomalies for further investigation.  While the search and compile functions of the LUNA CRM are limited, Trustee

9

believes the DPP CRM search and compile functions are not as limited; nevertheless, with an analysis of details of over 35,000 files as the "ask" it will take some time for the analysis to be complete. Based upon the hundreds of hours of analysis devoted to date, Trustee believes he has successfully managed the known "double pull" issues as well as can be expected. Trustee will move expeditiously to hold parties in contempt, or recover funds from Oakstone from which these double pulls not yet credited can be refunded.

**VI.**

**<u>CONCLUSION</u>**

12.    Trustee has conducted a fairly comprehensive, albeit initial, investigation of the double-pull issue and has identified known double-pulls in this status report. Today, Trustee has successfully resolved over 70% of the known double-pulls in the ordinary course of business by offering a credit which was accepted or paying a refund from funds on hand that were not encumbered by the Court's "hold" order. As to remaining refunds, Trustee will apply for use of "held" funds on hand, noted as TFOH on the spreadsheets, to pay refunds. Trustee also intends to diligently pursue turnover of funds from Oakstone to reimburse customers for known double-pulls occasioned by Oakstone, and as to which Trustee has not received any payments from such clients.

13.    The Court may rest assured that a final, and thorough, investigation and resolution of this issue is a top priority for Trustee.

Respectfully submitted,

DINSMORE & SHOHL LLP

Dated: August 24, 2023         By: */s/ Christopher Celentino*
                        Christopher Celentino
                        Christopher B. Ghio
                        Yosina M. Lissebeck
                        Special Counsel to Richard A. Marshack,
                        Chapter 11 Trustee

## DECLARATION OF CHRISTOPHER CELENTINO

I, Christopher, Celentino, declare:

I am an attorney duly licensed to practice before this Court.  I am a Partner of the law firm Dinsmore & Shohl LLP, Special Counsel to Richard A. Marshack, Chapter 11 Trustee (the "Trustee"). I make this Declaration based on personal knowledge and if called to testify to the truthfulness of its contents, could and would do so competently.

1.      At my direction, under my supervision and with my participation, a CRM database specialist employed by Dinsmore (with my personal oversight) conducted an analysis of the pulls instituted by the Trustee for the time period June 2, 2023, through August 4, 2023.  By review of each transaction of the WorldPay and Revolv3 accounts utilized by LPG, together we determined that no customer of LPG made a "double" monthly payment to the Trustee during that time period.

2.      Attached as Exhibit "A" and incorporated herein by reference is a true and correct excerpt from the July 21, 2023, Sale Hearing Transcript [Dkt. No. 343].

3.      Attached as Exhibit "B" and incorporated herein by reference is a true and correct spreadsheet, prepared at my direction, by personnel operating under Trustee's Management Agreement, which spreadsheet is an ordinary business record of the data maintained on the CRM database of the Debtor.  Exhibit "B" describes the known "double pulls" instituted by LPG in the month of February 2023, and described in the accompanying Trustee's Status Report as "LPG to LPG."

4.      Attached as Exhibit "C" and incorporated herein by reference is a true and correct spreadsheet, prepared at my direction, by personnel operating under Trustee's Management Agreement, which spreadsheet is an ordinary business record of the data maintained on the CRM database of the Debtor.   Exhibit "C" describes the known "double pulls" described in the accompanying Trustee's Status Report as "LPG to Oakstone."

5.      Attached as Exhibit "D" and incorporated herein by reference is a true and correct spreadsheet, prepared at my direction, by personnel operating under Trustee's Management Agreement, which spreadsheet is an ordinary business record of the data maintained on the CRM

///

11

1    database of the Debtor.   Exhibit "D" describes the known "double pulls" described in the

2    accompanying Trustee's Status Report as "Additional Oakstone Pulls."

3          6.     Attached as Exhibit "E" and incorporated herein by reference is a true and correct

4    spreadsheet, prepared at my direction, by personnel operating under Trustee's Management

5    Agreement, which spreadsheet is an ordinary business record of the data maintained on the CRM

6    database of the Debtor.   Exhibit "E" describes the known "double pulls" described in the

7    accompanying Trustee's Status Report as "Phoenix Law Group and Trustee Pulls."

8         I declare under penalty of perjury under the laws of the State of California and the United

9    States of America that the foregoing is true and correct and that this declaration was executed on this

10    24th day August 2023 at Port Orange, Florida.

12                */s/ Christopher Celentino*
                  Christopher Celentino

1

**EXHIBIT "A"**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                    UNITED STATES BANKRUPTCY COURT

2                    CENTRAL DISTRICT OF CALIFORNIA

3                              --oOo--

4  In Re:                        )   Case No. 8:23-bk-10571-SC
                                 )
5  THE LITIGATION PRACTICE GROUP )   Chapter 11
   PC,                           )
6                                )   Santa Ana, California
              Debtor.            )   Friday, July 21, 2023
7  _____ )   10:00 a.m.

8                                    CONT'D HEARING RE: CHAPTER 11
                                     TRUSTEE'S MOTION FOR ORDER
9                                    APPROVING STIPULATION BETWEEN
                                     THE DEBTOR; CONSUMER LEGAL
10                                   GROUP, PC; LGS HOLDCO, LLC;
                                     AND SET FORTH, INC. F/K/A
11                                   DEBTPAYPRO

12                                   CONT'D HEARING RE: CHAPTER 11
                                     TRUSTEE'S MOTION FOR ORDER
13                                   APPROVING STIPULATION RE
                                     AVOIDANCE AND RECOVERY OF
14                                   AVOIDABLE TRANSFERS TO
                                     DEFENDANT PHOENIX LAW, PC, AND
15                                   TURNOVER OF ALL RELATED
                                     PROPERTY TO THE TRUSTEE AND
16                                   ORDER OF DISMISSAL WITHOUT
                                     PREJUDICE OF DEFENDANTS
17                                   WILLIAM TAYLOR CARSS, AND
                                     MARIA EEYA TAN

18

19

20

21

22

23

24
   Proceedings produced by electronic sound recording;
25 transcript produced by transcription service.

ii

1                                HEARING RE: MOTION OF TRUSTEE
                                RICHARD A. MARSHACK FOR ENTRY

2                                OF AN ORDER (A) APPROVING
                                SALE, SUBJECT TO OVERBID, OF

3                                ASSETS FREE AND CLEAR OF ALL
                                LIENS, CLAIMS, ENCUMBRANCES

4                                AND INTERESTS PURSUANT TO 11
                                U.S.C. SECTION 363(B) AND (B)

5                                APPROVING ASSUMPTION AND
                                ASSIGNMENT OF CERTAIN

6                                EXECUTORY CONTRACTS AND
                                UNEXPIRED LEASES AND OTHER

7                                AGREEMENTS

8                      TRANSCRIPT OF PROCEEDINGS

9           BEFORE THE HONORABLE SCOTT C. CLARKSON
                UNITED STATES BANKRUPTCY JUDGE

10 APPEARANCES:

11 For Chapter 11 Trustee       CHRISTOPHER CELENTINO, ESQ.
     Richard Marshack:          CHRISTOPHER B. GHIO, ESQ.

12                            YOSINA M. LISSEBECK, ESQ.
                            PETER W. BOWIE, ESQ.

13                            Dinsmore & Shohl, LLP
                            655 West Broadway

14                            Suite 800
                            San Diego, California 92101

15                            (619) 400-0500

16                            D. EDWARD HAYS, ESQ.
                            Marshack Hays

17                            870 Roosevelt
                            Irvine, California 92620

18                            (949) 333-7777

19 For the Committee:           NICHOLAS A. KOFFROTH, ESQ.
                            KEITH C. OWENS, ESQ.

20                            Fox Rothschild
                            Constellation Place

21                            10250 Constellation Boulevard
                            Suite 900

22                            Los Angeles, California 90067
                            (424) 285-7070

23

24

25

EXHIBIT "A"

iii

```
 1  APPEARANCES:  (cont'd.)

 2  For the United States           KENNETH M. MISKEN, ESQ.
       Trustee:                     QUEENIE K. NG, ESQ.
 3                                  LESLIE SKORHEIM, ESQ.
                                    Ronald Reagan Federal Building
 4                                  411 West Fourth Street
                                    Santa Ana, California 92701
 5                                  (714) 338-3405

 6  For Consumer Legal Group:       RONALD RICHARDS, ESQ.
                                    Law Offices of Ronald Richards
 7                                    and Associates
                                    Post Office Box 11480
 8                                  Beverly Hills, California
                                      90213
 9                                  (310) 556-1001

10                                  DANIEL A. LEV, ESQ.
                                    Greenspoon Marder
11                                  333 South Grand Avenue
                                    Suite 3400
12                                  Los Angeles, California 90071
                                    (213) 626-2311
13

14  For Affirma LLC and Oxford      JEFFREY I. GOLDEN, ESQ.
       Knox LLC:                    DAVID M. GOODRICH, ESQ.
15                                  Golden Goodrich
                                    650 Town Center Drive
16                                  Suite 600
                                    Costa Mesa, California 92626
17                                  (714) 955-1000

18  For Debt Relief Group, LLC:     JOHNNY WHITE, ESQ.
                                    Wolf, Rifkin, Shapiro,
19                                    Schulman & Rabkin
                                    11400 West Olympic Boulevard
20                                  Ninth Floor
                                    Los Angeles, California 90064
21                                  (310) 478-4100

22  For the Proposed Monitor:       NANCY RAPOPORT, ESQ.

23

24

25
```

iv

```
 1   APPEARANCES:  (cont'd.)

 2   For Azure Capital, LLC:        SHARON Z. WEISS, ESQ.
                                    Bryan, Cave, Leighton &
 3                                    Paisner
                                    120 Broadway
 4                                  Suite 300
                                    Santa Monica, California 90601
 5                                  (310) 576-2276

 6   For the Consumer Privacy       LUCY THOMSON
       Ombudsman:
 7

 8   For Debt Validation Fund II,   RICHARD H. GOLUBOW, ESQ.
       LLC, MC DVI Fund I, LLC,     Winthrop, Golubow & Hollander
 9     and MC DVI Fund II, LLC:     1301 Dove Street
                                    Fifth Floor
10                                  Newport Beach, California
                                      92660
11                                  (949) 720-4100

12                                  DAVID L. COUSINEAU, ESQ.
                                    Cappello & Noel
13                                  831 State Street
                                    Santa Barbara, California
14                                    93101
                                    (805) 564-2444
15

16   For Sunset Coast Legal         ERIC BENSAMOCHAN, ESQ.
       Group:                       The Bensamochan Law Firm
17                                  9025 Wilshire Boulevard
                                    Suite 215
18                                  Beverly Hills, California
                                      90211
19                                  (818) 574-5740

20   For Oracle America, Inc.:      SHAWN M. CHRISTIANSON, ESQ.
                                    Buchalter
21                                  425 Market Street
                                    Suite 2900
22                                  San Francisco, California
                                      94105
23                                  (415) 227-0900

24

25
```

v

```
 1  APPEARANCES:  (cont'd.)

 2  For Carolyn Beech and Diane      DANIEL A. EDELMAN, ESQ.
       Scarnavack:                   Edelman, Combs, Latturner and
 3                                      Goodwin
                                     20 South Clark Street
 4                                   Suite 1500
                                     Chicago, Illinois 60603
 5                                   (312) 739-4200

 6  For the National Association     JENNY L. DOLING, ESQ.
       of Consumer Bankruptcy        J. Doling Law
 7     Attorneys and the National    36-915 Cook Street
       Consumer Bankruptcy Rights    Suite 101
 8     Center:                       Palm Desert, California 92211
                                     (760) 884-4444
 9

10  For OHP-CDR, LP:                 RAZMIG Y. IZAKELIAN, ESQ.
                                     Quinn, Emanuel, Urquhart &
11                                     Sullivan
                                     865 South Figueroa Street
12                                   Tenth Floor
                                     Los Angeles, California 90017
13                                   (213) 443-3000

14  For Creditor Alteryx, Inc.:      ANDREW B. STILL, ESQ.
                                     Snell & Wilmer
15                                   600 Anton Boulevard
                                     Suite 1400
16                                   Costa Mesa, California 92626
                                     (714) 427-7000
17

18  Court Recorder:                  Sally Daniels
                                     United States Bankruptcy Court
19                                   411 West Fourth Street
                                     Suite 2030
20                                   Santa Ana, California 92701

21  Transcriber:                     Briggs Reporting Company, Inc.
                                     9711 Cactus Street
22                                   Suite B
                                     Lakeside, California 92040
23                                   (310) 410-4151

24

25
```

*Briggs Reporting Company, Inc.*

156

1  system occurs.

2          In its order issued on July 10, 2023 at docket

3  number 206, this Court requested from any parties-in-

4  interest briefing on the issue of the past bad acts of

5  Debtor with respect to the lack of legal or ethical behavior

6  on its business practices and how that could affect a sale

7  under 363.

8          The Court has carefully reviewed all of these

9  carefully presented and thought out briefs, and the Court is

10  deeply appreciative of all points of view.  Their efforts

11  have assisted this Court enormously.

12          Through the continuing and persuasive insistence

13  of this Court and the U.S. Trustee, the Trustee and his

14  professionals have engaged in a unrelenting and expensive

15  process of converting the Debtor's business into a consumer

16  protection complaint business.

17          This Court is satisfied that the herculean and,

18  frankly, high-risk efforts of the Trustee have resulted in

19  an excellent start, but it's only a start.  And that the

20  consumer protection aspects of this proposed sale cannot be

21  discounted in any way.  The continued efforts to redirect

22  the legal and ethical compass of the prepetition company

23  will likely in this Court's opinion succeed.

24          The Court finds in examining all of the evidence

25  before it, and appreciating the totality of the

1                                        **EXHIBIT "B"**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LPG - Double Charges

| ID# | Amount | Overdraft Fees | File Status | Disposition 55% Credited/ Refunded | Commentary |
|---|---|---|---|---|---|
| | $74,430.86 | $0.00 | | | Assumption of 100% Satisfaction given credit/refund |
| XXXXX0990 | $200.94 x 3 = $602.82 | $45 | Cancelled | Awaiting Refund | Client was double charged by LPG on 3/3/23 and 3/6/23. Client requested to cancel on 3/15/23 and was not cancelled until 4/21/23. Client received 2 more charges of $200.94 from CLG on 3/20/23 and from legal fees on 3/31/23. |
| XXXXX1215 | $251.74 | | Cancelled | Awaiting Refund | Client had requested to cancel in February but was charged on 2/28/23 by LPG. |
| XXXXX1389 | 336.31 x 2 = $672.62 | | Cancelled | Awaiting Refund | Client cancelled with LPG on 1/20/23 but was charged by LPG on 1/30/23 and 4/4/23. |
| XXXXX1463 | $261.06 | $30 | Paused (Retention Flow) | Awaiting Refund | Client was double charged on 3-3-23 by Legal Service epay and by LPG on 3-6-23. |
| XXXXX1504 | $254.53 x 2 = $509.06 | | Cancelled | Awaiting Refund | Client was charged by LPG on 3/1 & by CLG on 3/7 |
| XXXXX1774 | $264.74 | $36 | Cancelled | Awaiting Refund | Client was cancelled on 2-24-2023 but was charged by LPG on 2-27-2023 |
| XXXXX1848 | 258.11 x 2 = $516.22 | | Cancelled | Awaiting Refund | Client requested to cancel with LPG on 2/14/23 but was charged by CLG on 3/17/23 and by LPG on 4/17/23. |
| XXXXX1904 | $71.54 x 3 = $214.62 | | Paused (Retention Flow) | Awaiting Refund | Client was charged $221.29 3 times instead of $149.75 by LPG on 2/10/23, 2/24/23, and 3/10/23. |
| XXXXX2350 | $354.45 | | Active | Awaiting Refund | Client was charged by LPG on 4-12-23 but was done paying on 08/20/22. |
| XXXXX2662 | $126.69 | | Paused (Retention Flow) | Awaiting Refund | Client was charged by LPG on 3/1/23 even though payment was confirmed to be moved to end of term. |
| XXXXX2799 | $250.23 x 2 = $500.46 | | Cancelled | Awaiting Refund | Client was double charged on 3-3-23 by Legal Service epay and by LPG on 3-6-23. |
| XXXXX2963 | $286.28 | | Active | Awaiting Refund | Client was charged by LPG on 2/10/23 even though remaing payments were canceled due to settlement. |
| XXXXX3111 | $317.60 x 2 = $635.2 | | Cancelled | Awaiting Refund | Client was double charged by LPG on 2-9-23. |
| XXXXX3296 | $268.73 + $242.91 = $511.64 | | Cancelled | Awaiting Refund | Client was double charged by LPG on 2/6 & 2/7 |
| XXXXX3588 | $369.29 | | Cancelled | Awaiting Refund | Client cancelled with LPG on 2/14/23 but was charged by LPG on 2/21/23. |
| XXXXX3662 | $310.43 x 2 = $620.86 | | Active | Awaiting Refund | Client was double charged by LPG on 2-7-23. |
| XXXXX3909 | $383.12 x 2 = $766.24 | $25 | Paused | Awaiting Refund | Double charged by LPG on 2/6 & 2/7. |
| XXXXX4041 | $260.27 | | Cancelled | Awaiting Refund | Client was double charged for their Feb'23 payment of $260.27 twice on 2-6-23 and 2-7-23. |
| XXXXX4079 | $203.94 x 3 = $611.82 | | Active | Awaiting Refund | Client's remaining payments were cancelled due to settlement but she was charged by LPG on 2/10/23, 2/24/23, and 3/10/23. |
| XXXXX4573 | $420.79 | | Cancelled | Awaiting Refund | Client was charged by LPG on 2/3/23 even though payment was confirmed to be moved to end of term. |
| XXXXX4762 | $278.66 | $31 | Cancelled | Awaiting Refund | Client was upset by the transition and wanted a refund |
| XXXXX4774 | $288.60 | | Cancelled | Awaiting Refund | Client was charged by LPG on 3/6. File was cancelled as of 2/24. |
| XXXXX4892 | $250.47 | | Paused | Awaiting Refund | Client called Phoenix on 2/25/23 to pause her and husband's accounts but they were both charged by LPG on 2/27/23 |
| XXXXX4936 | $251.78 x 2 = $503.56 | | Cancelled | Awaiting Refund | Client was double charged by LPG on 3-17-23. |
| XXXXX6136 | $271.97 | | Cancelled | Awaiting Refund | Client cancelled but charged by LPG on 3/7/23. |
| XXXXX6343 | $303.87 | | Cancelled | Awaiting Refund | Client was never refunded for the payment taken by LPG on 2-7-23. LPG had submitted a refund request on 2-10-23. |
| XXXXX6455 | $623.53 x 2 = $1247.06 | | Paused (Retention Flow) | Awaiting Refund | Double charged 2/6 & 2/7 |
| XXXXX7080 | $253.39 | | Cancelled | Awaiting Refund | Client was double charged by LPG on 3/1/23 even though they had requested to cancel on 2/22/23. |
| XXXXX7082 | $324.04 x 2 = $648.08 | | Cancelled | Awaiting Refund | Client was charged by LPG on 2/3 & 2/17 but file is cancelled |
| XXXXX7754 | $798.62 x 2 = $1597.24 | | Active | Awaiting Refund | Client was double charged by LPG on 2-6-23 and 2-7-23. |
| XXXXX7825 | $167.45 x 2 = $334.90 | | Cancelled | Awaiting Refund | Client was double charged on 02/17 and 03/03 |
| XXXXX8149 | $80.38 x 2 = $160.76 | | Active | Awaiting Refund | Client's remaining payments were cancelled but she was charged by LPG on 2/9/23 and 2/27/23. |
| XXXXX8183 | $427.61 + $416.68 = $844.29 | | Paused | Awaiting Refund | Client was double charged by LPG on 2/6/23 and 2/7/23. |
| XXXXX8313 | $321.73 x 2 = $643.46 | $62 | Cancelled | Awaiting Refund | Client was double charged by LPG on 2-7-23 and 2-8-23. |
| XXXXX8465 | $260.78 x 2 = $521.56 | | Cancelled | Awaiting Refund | Double Charged on 02/27 and 02/28 |
| XXXXX8512 | $314.24 | | Active | Awaiting Refund | Client was charged by LPG on 2/28/23 even though client was told she would have 24 payments cancelled due to settlement. |
| XXXXX8532 | ($562.46 x 2) + $518.42 = $1643.34 | | Cancelled | Awaiting Refund | x3 charge 02/07, 02/08, and 03/07 |
| XXXXX8752 | $254.16 | | Cancelled | Awaiting Refund | Client had requested to cancel in February but was charged on 3/14/23 by LPG. |
| XXXXX9417 | $256.05 + $253.25 = $509.3 | | Cancelled | Awaiting Refund | Client was charged twice by LPG on 3/23. |

| Account | Amount | | Cancelled | Awaiting Refund | Description |
|---|---|---|---|---|---|
| XXXXX0789 | $315.29 x 2 = $630.58 | | | Credited | Client was double charged by LPG on 2-6-23 and 2-7-23. |
| XXXXX0016 | $355.32 x 2 = $710.64 | | Active | Credited | Charged by LPG and OLG on 03/10 and 03/09 |
| XXXXX0243 | $606.28 x 2 = $1212.56 | | Active | Credited | Client was charged by LPG and OLG on 03/09 and 03/10 |
| XXXXX0249 | $187.26 x 2 = $374.52 | | Active | Credited | Client was charged twice by LPG and OLG on 3/10/2023 |
| XXXXX0473 | $302.76 x 2 = $605.52 | | Active | Credited | Client was double charged by LPG on 2/6 & 2/7 |
| XXXXX0491 | $283.93 x 2 = $567.86 | $40 | Active | Credited | Client was double charged by LPG on 2-6-23 and 2-7-23. |
| XXXXX0650 | $992.07 x 2 = $1984.14 | | Active | Credited | Double charged by LPG on 2/6 & 2/7 |
| XXXXX0930 | $369.70 x 2 = $739.40 | | Active | Credited | Client was double charged by LPG on 2-6-23 and 2-7-23. |
| XXXXX0947 | $277.38 x 2 = $554.76 | $10 | Active | Credited | Client was double charged on 2/6 & 2/7 |
| XXXXX1191 | $286.88 x 2 = $573.76 | | Active | Credited | Double charged by LPG on 02/06 and 02/07 |
| XXXXX1213 | $253.80 x 2 = $507.80 | | Active | Credited | x2 : Charged by LPG on 2/10 & 3/10 |
| XXXXX1419 | $365.56 x 2 = $731.12 | | Active | Credited | Client was charged twice by LPG on 03/08/2023 and 03/24/2023 |
| XXXXX1690 | $590.45+ $227.45 = $817.90 | $120 | Active | Credited | Client was double charged by LPG on 2/6/23 and 2/7/23. |
| XXXXX1788 | $292.09 | | Active | Credited | Client was charged by LPG on 3/22/23 even though file had transferred to Phoenix by mid February. |
| XXXXX2045 | $251.59 X 2 = $502.98 | | Active | Credited | Client was charged by LPG on 3-8-23. |
| XXXXX2113 | $485.02 x 2 = $970.04 | | Active | Credited | Double charged by LPG on 2/6 & 2/7 |
| XXXXX2486 | $402.64 | | Active | Credited | Client was charged by LPG on 2/27/23. |
| XXXXX2620 | $1229.14 x 2 = $2458.28 | | Active | Credited | Client was double charged by LPG on 2-6-23 and 2-7-23. |
| XXXXX2650 | $446.95 x 2 = $893.90 | $32.50 | Active | Credited | Client was double charged by LPG on 2-6-23 and 2-7-23. |
| XXXXX2716 | $282.82 x 2 = $565.64 | | Paused (Retention Status) | Credited | Client was double charged by LPG on 2/27/23 and 3/10/23. |
| XXXXX3331 | $251.76 x 2 = $503.52 | | Active | Credited | Double charged 2/6 & 2/7 |
| XXXXX3431 | $479.14 x 2 = $958.28 | | Active | Credited | Client was double charged by LPG on 2-6-23 and 2-7-23. |
| XXXXX3622 | $312.43 x 2 = $624.86 | | Active | Credited | Client was double charged on 2/7 & 2/8 |
| XXXXX3927 | $526.91 x 2 = $1053.82 | $32 | Active | Credited | Client was double charged by LPG on 2-6-23 and 2-7-23. |
| XXXXX3978 | $257.57 x 2 = $547.14 | | Active | Credited | x2 : Client was charged by LPG on 2/17 & 3/3 |
| XXXXX4248 | $302.15 x 2 = $604.30 | | Active | Credited | Client was double charged by LPG on 2/6 or 2/23/23 and 2/23/23. Both charges were credited |
| XXXXX4287 | $297.22 x 2 = $594.44 | | Active | Credited | Double charged by LPG and OLG on 03/06 |
| XXXXX4518 | $1166.98 x 2 = $2333.96 | | Active | Credited | Client was double charged by LPG on 2-6-23 and 2-7-23. |
| XXXXX4833 | $415.82 | | Active | Credited | Client was overcharged by LPG on 2-15-23, payment was lowered to $126.62 |
| XXXXX4846 | $402.40 x 2 = $804.80 | | Active | Credited | Double charged by LPG on 02/07 and 02/08 |
| XXXXX4882 | $423.68 x 2 = $847.36 | | Active | Credited | Client was double charged on 2/6 & 2/7 |
| XXXXX4900 | $256.20 x 2 = $512.40 | | Active | Credited | Client was double charged by LPG on 2-6-23 and 3-6-23. |
| XXXXX5061 | $616.03 x 2 = $1232.06 | | Active | Credited | Client was double charged by LPG on 2/6 & 2/7 |
| XXXXX5171 | $782.66 | | Active | Credited | Client was charged by LPG on 2/22/23. |
| XXXXX5280 | $386.91 x 2 = $773.82 | | Active | Credited | Double charged on 2/7 & 2/8 |
| XXXXX5362 | $587.76 | | Active | Credited | Client was charged for two payments as one transaction on 2/15/23. |
| XXXXX5542 | $326.19 x 2 = $652.38 | | Active | Credited | Client was double charged by LPG on 2/17/23 and 2/22/23, the 2/22/23 transaction was a check withdrawal. |
| XXXXX5635 | $254.28 | | Paused (Retention Status) | Credited | Client was charged by LPG on 2/14/23 even though he was had payment moved to EOT due to hardship. |
| XXXXX5731 | $299.22 | | Active | Credited | Client was double charged by LPG and OLG on the same day 3-6-23. |
| XXXXX6100 | $279.09 x 2 = $548.18 | | Active | Credited | Double charged by LPG on 2/7 & 2/21 |
| XXXXX6309 | $340.59 | | Active | Credited | Client was charged by LPG on 3/22/23 even though file had transferred to Phoenix by mid February. |
| XXXXX6814 | $255.75 + $293.30 = $549.05 | | Active | Credited | Double Charged by LPG on 01/26 and 01/27 |
| XXXXX7271 | $313.08 x 2 = $626.18 | | Active | Credited | Client was double charged by LPG on 2/6 & 2/7 |
| XXXXX7396 | $125.65 x 2 = $251.30 | $35 | Active | Credited | Client was double charged by LPG on 2-6-23 and 2-7-23. |
| XXXXX7412 | $537.05 x 2 = $1074.1 | $22.50 | Active | Credited | Client was charged by LPG on 2/2/23 and 3/2/23. |
| XXXXX7446 | $246.19 | | Active | Credited | Client was charged by LPG on 2/6/23 even though payments were paused until July/23 due to settlement. |
| XXXXX7597 | $702.99 x 2 = $1405.98 | | Active | Credited | Client was double charged by LPG on 2-6-23 and 2-7-23. |
| XXXXX7875 | $587.21 x 2 = $1174.42 | | Active | Credited | Client was double charged on 2/6 & 2/7 |

EXHIBIT "B"

| Account | Amount | Status | | Notes |
|---|---|---|---|---|
| XXXXX8826 | $369.26 | $28 Paused | Credited | Client was double charged by LPG on 2-6-23 and 3-6-23. |
| XXXXX9318 | $757.74 x 2 = $1515.48 | Active | Credited | Client was double charged by LPG and OLG on 3-10-23. |
| XXXXX9432 | $254.96 x 2 = $509.92 | Active | Credited | Double charged by LPG and OLG on 03/09 and 03/10 |
| XXXXX9451 | $265.92 x 2 = $531.84 | Active | Credited | Double charged by LPG on 02/06 and 02/07 |
| XXXXX9614 | 367.56 x 2 = $735.12 | $70 Active | Credited | Client was double charged by LPG on 2-6-23 and 2-7-23. |
| XXXXX9742 | $494.90 | Active | Credited | Client was overcharged by LPG on 2-24-23 because payments were lowered. |
| XXXXX9822 | $649.11 | Active | Credited | Client was overcharged by LPG on 2-21-23, payment was lowered to $358.20. |
| XXXXX9872 | $300.66 x 2 = $601.32 | Active | Credited | Client was double charged by LPG on 2/6 & 2/7 |
| XXXXX7227 | $249.39 | Active | Credited | Client was charged by LPG on 4-19-23. |
| XXXXX0427 | $347.13 x 2 = $694.26 | $33 Cancelled | Refunded | Client was charged by LPG on 3/2 & 3/16 |
| XXXXX1416 | $353.2 x 2 = $706.4 | Cancelled | Refunded | Client was double charged by LPG on 2/27/23 and 2/28/23. |
| XXXXX4755 | $256.05 x 2 = $512.10 | Active | Refunded | Double charged by LPG and PL on 02/27 - 02/28 |
| XXXXX8558 | $254.68 x 2 = $509.36 | Cancelled | Refunded | Client was double charged by LPG on 2-24-23 and 2-28-23 |
| XXXXX9919 | $330.36 | Cancelled | Refunded | Client was charged on 2/21/23 by LPG even though on 2/1/23, her account had 6 months of payments cancelled due out to settlement. |
| XXXXX0203 | $895.36 x 2 = $1790.72 | Active | Refunded by his bank | Client was double charged by LPG on 2/6 & 2/7 |
| XXXXX0216 | $281.82 x 2 = $563.64 | Paused | TFOH Awaiting Refund | Double charged by LPG on 02/06 and 02/07 |
| XXXXX0277 | $253.69 x 2 = $507.38 | Paused | TFOH Awaiting Refund | Client was charged by LPG on 2/6 & 2/7 |
| XXXXX0741 | $578.03 x 2 = $1156.06 | Active | TFOH Awaiting Refund | Client was double charged on 2/6 & 2/7 |
| XXXXX0876 | $294.65 x 3 = $883.95 | Cancelled | TFOH Awaiting Refund | Client was charged by LPG on 02/07, 02/08, and 03/08 |
| XXXXX2214 | $275.67 | Active | TFOH Awaiting Refund | Client was double charged by LPG on 3-2-23 for the full amount of $441.86 instead of the reduced amount of $166.19 due to a settlement. |
| XXXXX2923 | $317.74 x 2 = $635.48 | Active | TFOH Awaiting Refund | Client was double charged by LPG on 2-6-23 and 2-7-23. |
| XXXXX3056 | $259.28 | $36 Paused | TFOH Awaiting Refund | Client's wife called Phoenix on 2/25/23 to both accounts but they were both charged by LPG on 2/27/23 |
| XXXXX3132 | $319.29 x 2 = $638.58 | Paused (Retention Flow) | TFOH Awaiting Refund | Client was double charged by LPG on 2-6-23 and 2-7-23. |
| XXXXX4332 | 317.24 x 2 = $634.48 | $108 Active | TFOH Awaiting Refund | Client was double charged by LPG on 2/6 & 2/7 |
| XXXXX4421 | $256.46 x 2 = $512.92 | Active | TFOH Awaiting Refund | Client was double charged by LPG on 2/6 & 2/7 |
| XXXXX4878 | $325.35 x 2 = $650.70 | Active | TFOH Awaiting Refund | Client was double charged by LPG and OLG on 03/03/2023 |
| XXXXX6612 | 335.11 x 2 = $670.22 | Active | TFOH Awaiting Refund | Client was double charged on 2/21/23 by LPG, one of the transactions was a "check withdrawal." |
| XXXXX9035 | $260.79 x 2 = $521.58 | Active | | Double charged by LPG on 2/6 & 2/7 |

55% credited/refunded

11% TFOH Awaiting Refund

34% Awaiting Refund

**EXHIBIT "C"**

Phoenix (Charged by Oakstone)

| ID# | Amount | Overdraft Fees | File Status | Disposition 87% Credited/Refunded | Commentary Assumption of 100% Satisfaction given credit/refund |
|---|---|---|---|---|---|
| XXXXX6022 | $263.89 | $36 | Cancelled | Awaiting Refund | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX6552 | $160.35 | | Active | Awaiting Refund | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX2326 | $341.40 | $29 | Cancelled | Awaiting Refund | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX4668 | $424.26 | | Cancelled | Awaiting Refund | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX5475 | $252.60 | | Cancelled | Awaiting Refund | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX8843 | $314.62 | | Cancelled | Awaiting Refund | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX9544 | $254.07 | | Cancelled | Awaiting Refund | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX9639 | $351.09 | | Cancelled | Awaiting Refund | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX0271 | $251.26 | | Active | Credited | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX5171 | $782.66 | | Active | Credited | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX8489 | $256.73 | | Active | Credited | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX8756 | $135.97 | | Active | Credited | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX1351 | $350.86 | | Active | Credited | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX1950 | $570.89 | | Active | Credited | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX2200 | $379 | | Active | Credited | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX3042 | $356 | | Active | Credited | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX4698 | $355.50 | | Active | Credited | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX5121 | $254.16 | | Active | Credited | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX8420 | $347.75 | | Active | Credited | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX8992 | $461.16 | | Active | Credited | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX1459 | $561.99 | | Cancelled | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX4290 | $557.63 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX5813 | $290.76 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX6737 | $321.51 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX6936 | $25 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX7339 | $505.96 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX7753 | $254.84 | $30 | Cancelled | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX8485 | $369.35 | | Cancelled | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX9049 | $434.30 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX9290 | $854.68 | | Cancelled | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX9806 | $316.31 | | Cancelled | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX0130 | $355.96 | | Cancelled | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX0271 | $359.52 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX1300 | $293.75 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX1491 | $392.53 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX1859 | $279.18 | | Cancelled | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX2024 | $276.75 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX2179 | $709.96 | | Cancelled | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX2351 | $451.41 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX2887 | $440.24 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX2951 | $353.65 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX2956 | $465.99 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |

| Account | Amount | | Status | Refunded | Description |
|---|---|---|---|---|---|
| XXXXXX3036 | $399 | $62 | Cancelled | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX3115 | $287.81 | $30 | Cancelled | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX3298 | $260.54 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX3533 | $313.90 | | Cancelled | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX3559 | $250.76 | | Cancelled | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX3584 | $252.22 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX3994 | $353.87 | | Cancelled | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX4070 | $352.53 | | Cancelled | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX4297 | $299.70 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX4764 | $141.06 | | Cancelled | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX4777 | $644.67 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX4968 | $355.46 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX4996 | $353.10 | | Cancelled | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX5043 | $350.58 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX5159 | $337.96 | | Paused | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX5308 | $351.70 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX5327 | $496.51 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX5364 | $349.62 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX5414 | $498.82 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX5667 | $396.48 | | Cancelled | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX5669 | $251.15 | | Cancelled | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX6046 | $462.51 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX6158 | $320.86 | | Paused | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX6669 | $350.14 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX6864 | $280.29 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX7009 | $210.15 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX7105 | $264.57 | | Cancelled | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX7143 | $350.76 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX7218 | $252.01 | $34 | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX7253 | $445.81 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX7610 | $312.01 | | Cancelled | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX7683 | $252.74 | | Paused | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX7749 | $491.43 | $30 | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX7901 | $649.46 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX7973 | $277.69 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX8034 | $352.49 | | Paused | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX8268 | $251.69 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX8294 | $451.93 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX8385 | $256.48 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX8602 | $356.46 | | Paused | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX8641 | $304.15 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX8851 | $463.61 | | Cancelled | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX8863 | $587.81 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX8869 | $358.22 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX9134 | $386.04 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |

EXHIBIT "C"

| | | | | |
|---|---|---|---|---|
| XXXXXX9340 | $253.20 | | Paused | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX9364 | $350.75 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX9432 | $253.55 | $34 | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX9529 | $269.73 | | Cancelled | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX9619 | $261.35 | | Paused | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX9620 | $282.75 | | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXXX9752 | $273.90 | $20 | Active | Refunded | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX1296 | $309.25 | | Paused | TFOH Awaiting Refund | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX5916 | $254.73 | | Active | TFOH Awaiting Refund | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX1388 | $296.81 | | Active | TFOH Awaiting Refund | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX3244 | $256.18 | | Paused | TFOH Awaiting Refund | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |
| XXXXX5460 | $284.08 | | Paused | | Phoenix Client was charged by OLG via check withdrawal from 3/6/23 to 3/9/23. |

87% Credited/Refunded

8% Awaiting Refund

5% TFOH Awaiting Refund

1

**EXHIBIT "D"**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Oakstone - Prior to Transfer

| Date | ID# | Amount | Overdraft Fees | Total Amount | Enrollment Status | Disposition 52% Credited/Refunded | Commentary Assumption of 100% Satisfaction given credit/refund |
|---|---|---|---|---|---|---|---|
| 5/15/2023 | XXXX0454 | $253.17 | | $506.34 | Active | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/12/2023 | XXXX1968 | $107.65 | | $215.30 | Active | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/25/2023 | XXXX2475 | $118.36 | | $236.72 | Active | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/25/2023 | XXXX2634 | $251.08 | | $502.16 | Active | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/12/2023 | XXXX3501 | $298.56 | | $597.12 | Cancelled | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/11/2023 | XXXX3718 | $485.43 | | $970.86 | Active | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/17/2023 | XXXX3959 | $351.37 | $35.00 | $737.74 | Active | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/17/2023 | XXXX4035 | $252.24 | | $504.48 | Paused | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/18/2023 | XXXX4062 | $193.07 | | $386.14 | Active | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/18/2023 | XXXX5314 | $134.17 | | $268.34 | Paused | Awaiting refund | Double charged by Guardian and Touzi on 04/20 |
| 5/17/2023 | XXXX6491 | $351.70 | | $703.40 | Active | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/15/2023 | XXXX6728 | $310.84 | | $621.68 | Paused | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/18/2023 | XXXX7132 | $301.03 | | $602.06 | Active | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/18/2023 | XXXX8002 | $118.26 | | $236.52 | Cancelled | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/17/2023 | XXXX8416 | $328.03 | | $656.06 | Active | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/15/2023 | XXXX8643 | $343.05 | | $686.10 | Active | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/11/2023 | XXXX9197 | $144.35 | | $288.70 | Cancelled | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/18/2023 | XXXX9627 | $410.78 | | $821.56 | Cancelled | Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/22/2023 | XXXX0361 | $506.64 | | $1,013.28 | Active | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/19/2023 | XXXX1117 | $326.27 | | $652.54 | Active | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/17/2023 | XXXX1386 | $282.35 | | $564.70 | Active | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/16/2023 | XXXX1394 | $300.81 | | $601.62 | Active | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/11/2023 | XXXX1490 | $523.00 | | $1,046.00 | Active | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/15/2023 | XXXX1646 | $257.64 | | $515.28 | Active | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/24/2023 | XXXX1919 | $380.09 | | $760.18 | Active | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/15/2023 | XXXX2209 | $62.66 | | $125.32 | Active | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/19/2023 | XXXX2281 | $381.41 | | $762.82 | Active | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/12/2023 | XXXX2375 | $229.75 | | $459.50 | Active | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/18/2023 | XXXX3349 | $280.09 | | $560.18 | Active | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/18/2023 | XXXX4083 | $354.13 | | $708.26 | Active | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/19/2023 | XXXX4968 | $369.42 | | $738.84 | Active | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/15/2023 | XXXX5758 | $240.90 | | $481.80 | Active | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/17/2023 | XXXX5911 | $340.55 | | $681.10 | Active | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/19/2023 | XXXX5980 | $355.61 | | $711.22 | Active | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/18/2023 | XXXX6029 | $161.38 | | $322.76 | Active | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/24/2023 | XXXX6371 | $269.04 | | $538.08 | Active | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/18/2023 | XXXX6617 | $435.28 | | $870.56 | Active | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/15/2023 | XXXX7049 | $290.89 | | $581.78 | Active | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/15/2023 | XXXX7454 | $403.24 | | $806.48 | Active | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/19/2023 | XXXX7615 | $418.00 | | $836.00 | Active | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/17/2023 | XXXX7803 | $201.15 | | $402.30 | Active | Credited | Quadruple charged by Guardian and Touzi on 04/19 and 04/20 |
| 5/22/2023 | XXXX7980 | $271.16 | | $542.32 | Active | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/10/2023 | XXXX8752 | $271.09 | | $542.18 | Active | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/12/2023 | XXXX8939 | $377.23 | | $754.46 | Active | Credited | Double charged by Guardian and Touzi on 04/19 |

EXHIBIT "D"

| Date | Account | Amount | Amount | Status | | Notes |
|---|---|---|---|---|---|---|
| 5/18/2023 | XXXXX9018 | $345.96 | $691.92 | Active | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/12/2023 | XXXXX9112 | $341.91 | $683.82 | Active | Credited | Double charged by Guardian and Touzi on 04/19 |
| 5/17/2023 | XXXXX9285 | $314.10 | $628.20 | Active | Credited | Double charged by Guardian and Touzi on 04/20 |
| 5/24/2023 | XXXXX9306 | $441.82 | $883.64 | Active | Credited | Double charged by Guardian and Legal Services on 04/19 and 04/20 |
| 5/18/2023 | XXXXX2281 | $299.26 | $598.52 | Active | TFOH Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/24/2023 | XXXXX2667 | $436.00 | $872.00 | Active | TFOH Awaiting refund | Double charged by Guardian and Touzi on 04/20 |
| 5/19/2023 | XXXXX2749 | $279.10 | $558.20 | Active | TFOH Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/22/2023 | XXXXX3743 | $419.76 | $839.52 | Active | TFOH Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 4/20/2023 | XXXXX3926 | $342.58 | $685.16 | Active | TFOH Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/12/2023 | XXXXX4833 | $258.71 | $517.42 | Active | TFOH Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/19/2023 | XXXXX4865 | $344.45 | $688.90 | Active | TFOH Awaiting refund | Double charged by Guardian and Touzi on 04/20 |
| 5/22/2023 | XXXXX7532 | $257.56 | $515.12 | Active | TFOH Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/15/2023 | XXXXX7848 | $255.25 | $510.50 | Active | TFOH Awaiting refund | Double charged by Guardian and Touzi on 04/19 |
| 5/11/2023 | XXXXX7473 | $252.85 | $505.70 | Active | TFOH Awaiting refund | Double charged by Guardian and Touzi on 04/19 |

52% Credited/Refunded

18% TFOH Awaiting Refund

30% Awaiting Refund

EXHIBIT "D"
Page 30

**EXHIBIT "E"**

Related to Phoenix (June OLG PC)

| ID | Amount | Phoenix Transaction Date | OLG PC Transaction Date | File Status | Disposition |
|---|---|---|---|---|---|
| XXXXX4025 | $449.09 | 6/2/2023 | 5/31/2023 | Active | Client agreed to receiving a credit. |
| XXXXX2257 | $291.45 | 6/5/2023 | 6/5/2023 | Active | Client has received refund by Phoenix for the OLG transaction. |
| XXXXX4516 | $123.80 | 5/25/2023 | 6/6/2023 | Active | Client agreed to receiving a credit. |
| XXXXX6143 | $255.85 | 6/1/2023 | 5/31/2023 | Active | Client agreed to receiving a credit. |
| XXXXX0967 | $540.98 | 6/2/2023 | 6/1/2023 | Active | Client agreed to receiving a credit. |

**$1,661.17**

**100% Satisfaction**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:      655 W. Broadway, Suite 800, San Diego, California  92101

A true and correct copy of the foregoing document entitled **STATUS REPORT BY CHAPTER 11 TRUSTEE RE: POST-PETITION AND RECENT HISTORY OF DOUBLE PAYMENTS BY CONSUMER CLIENTS; DECLARATION OF CHRISTOPHER CELENTINO IN SUPPORT**

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 24, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On August 24, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 24, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

        **JUDGE'S COPY**
        The Honorable Scott C. Clarkson
        United States Bankruptcy Court
        Central District of California
        Ronald Reagan Federal Building and Courthouse
        411 West Fourth Street, Suite 5130 / Courtroom 5C
        Santa Ana, CA 92701-4593

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 24, 2023 | Caron Burke | /s/ Caron Burke |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August  2010*                                **F 9013-3.1.PROOF.SERVICE**

1.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Eric Bensamochan on behalf of Creditor Affirma, LLC
eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Creditor Oxford Knox, LLC
eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Interested Party Courtesy NEF
eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Interested Party Eric Bensamochan
eric@eblawfirm.us, G63723@notify.cincompass.com

Peter W Bowie on behalf of Trustee Richard A Marshack (TR)
peter.bowie@dinsmore.com, caron.burke@dinsmore.com

Ronald K Brown on behalf of Creditor SDCO Tustin Executive Center, Inc.
ron@rkbrownlaw.com

Christopher Celentino on behalf of Plaintiff Richard A. Marshack
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Trustee Richard A Marshack (TR)
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Michael F Chekian on behalf of Interested Party Michael Chekian
mike@cheklaw.com, chekianmr84018@notify.bestcase.com

Shawn M Christianson on behalf of Interested Party Courtesy NEF
cmcintire@buchalter.com, schristianson@buchalter.com

Randall Baldwin Clark on behalf of Interested Party Randall Baldwin Clark
rbc@randallbclark.com

Leslie A Cohen on behalf of Interested Party Courtesy NEF
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Aaron E. DE Leest on behalf of Interested Party Courtesy NEF
adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Jenny L Doling on behalf of Interested Party INTERESTED PARTY
jd@jdl.law,
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys
jd@jdl.law,
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling on behalf of Interested Party National Consumer Bankruptcy Rights Center
jd@jdl.law,
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Daniel A Edelman on behalf of Creditor Carolyn Beech
dedelman@edcombs.com, courtecl@edcombs.com

Christopher Ghio on behalf of Plaintiff Richard A. Marshack

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August  2010*                                                    **F 9013-3.1.PROOF.SERVICE**

christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;karina.reyes@dinsmore.com

Christopher Ghio on behalf of Trustee Richard A Marshack (TR)
christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;karina.reyes@dinsmore.com

Eric D Goldberg on behalf of Defendant Stripe, Inc.
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Jeffrey I Golden on behalf of Creditor Affirma, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Anaheim Arena Management, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Anaheim Ducks Hockey Club, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Oxford Knox, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Interested Party Courtesy NEF
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

Richard H Golubow on behalf of Creditor Debt Validation Fund II, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 1, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 2, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

David M Goodrich on behalf of Interested Party Courtesy NEF
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@
ecf.courtdrive.com

D Edward Hays on behalf of Trustee Richard A Marshack (TR)
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@
ecf.courtdrive.com

Alan Craig Hochheiser on behalf of Creditor City Capital NY
ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                          F 9013-.1.PROOF.SERVICE

Garrick A Hollander on behalf of Creditor Debt Validation Fund II, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander on behalf of Creditor MC DVI Fund 1, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander on behalf of Creditor MC DVI Fund 2, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Razmig Izakelian on behalf of Creditor OHP-CDR, LP
razmigizakelian@quinnemanuel.com

Joon M Khang on behalf of Debtor The Litigation Practice Group P.C.
joon@khanglaw.com

Ira David Kharasch on behalf of Interested Party Ad Hoc Consumer Claimants Committee
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Interested Party Courtesy NEF
ikharasch@pszjlaw.com

Meredith King on behalf of Defendant Gallant Law Group
mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Meredith King on behalf of Interested Party Courtesy NEF
mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Nicholas A Koffroth on behalf of Creditor Committee Committee of Unsecured Creditors
nkoffroth@foxrothschild.com, khoang@foxrothschild.com

David S Kupetz on behalf of Defendant Marich Bein, LLC
David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

David S Kupetz on behalf of Interested Party Courtesy NEF
David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

Christopher J Langley on behalf of Interested Party Courtesy NEF
chris@slclawoffice.com,
omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

Daniel A Lev on behalf of Defendant Consumer Legal Group, PC
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev on behalf of Defendant LGS Holdco, LLC
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev on behalf of Interested Party Consumer Legal Group, P.C.
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev on behalf of Interested Party Courtesy NEF
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev on behalf of Interested Party Liberty Acquisitions Group Inc.
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Michael D Lieberman on behalf of Creditor Phillip A. Greenblatt, PLLC
mlieberman@lipsonneilson.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-.1.PROOF.SERVICE

Yosina M Lissebeck on behalf of Plaintiff Richard A. Marshack
yosina.lissebeck@dinsmore.com, caron.burke@dinsmore.com

Yosina M Lissebeck on behalf of Trustee Richard A Marshack (TR)
yosina.lissebeck@dinsmore.com, caron.burke@dinsmore.com

Richard A Marshack (TR)
pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Laila Masud on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Interested Party Richard A. Marshack
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Plaintiff Richard Marshack
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Trustee Richard A Marshack (TR)
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Kenneth Misken on behalf of U.S. Trustee United States Trustee (SA)
Kenneth.M.Misken@usdoj.gov

Byron Z Moldo on behalf of Interested Party Byron Moldo
bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbn.law, jdale@mbn.law

Victoria Newmark on behalf of Interested Party Courtesy NEF
vnewmark@pszjlaw.com

Queenie K Ng on behalf of U.S. Trustee United States Trustee (SA)
queenie.k.ng@usdoj.gov

Keith C Owens on behalf of Creditor Committee Committee of Unsecured Creditors
kowens@foxrothschild.com, khoang@foxrothschild.com

Teri T Pham on behalf of Attorney Teri Pham
tpham@epgrlawyers.com, ttpassistant@epglawyers.com;dle@epglawyers.com

Teri T Pham on behalf of Defendant Daniel S. March
tpham@epgrlawyers.com, ttpassistant@epglawyers.com;dle@epglawyers.com

Teri T Pham on behalf of Defendant Tony Diab
tpham@epgrlawyers.com, ttpassistant@epglawyers.com;dle@epglawyers.com

Douglas A Plazak on behalf of Defendant Greyson Law Center PC
dplazak@rhlaw.com

Douglas A Plazak on behalf of Defendant Han Trinh
dplazak@rhlaw.com

Douglas A Plazak on behalf of Defendant Jayde Trinh
dplazak@rhlaw.com

Douglas A Plazak on behalf of Defendant Scott James Eadie

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-.1.PROOF.SERVICE

dplazak@rhlaw.com

Daniel H Reiss on behalf of Defendant Touzi Capital, LLC
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel H Reiss on behalf of Defendant Eng Taing
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Ronald N Richards on behalf of Defendant Consumer Legal Group, PC
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Gregory M Salvato on behalf of Creditor Mari Agape
gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato on behalf of Interested Party Courtesy NEF
gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Olivia Scott on behalf of Creditor Azzure Capital LLC
olivia.scott3@bclplaw.com

Olivia Scott on behalf of Creditor Hi Bar Capital LLC
olivia.scott3@bclplaw.com

Jonathan Serrano on behalf of Plaintiff Richard A. Marshack
jonathan.serrano@dinsmore.com

Jonathan Serrano on behalf of Trustee Richard A Marshack (TR)
jonathan.serrano@dinsmore.com

Paul R Shankman on behalf of Attorney Paul R. Shankman
PShankman@fortislaw.com, info@fortislaw.com

Paul R Shankman on behalf of Creditor United Partnerships, LLC
PShankman@fortislaw.com, info@fortislaw.com

Zev Shechtman on behalf of Interested Party Danning Gill Israel & Krasnoff LLP
zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Leslie Skorheim on behalf of U.S. Trustee United States Trustee (SA)
leslie.skorheim@usdoj.gov

Howard Steinberg on behalf of Defendant BankUnited, N.A.
steinbergh@gtlaw.com, pearsallt@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Andrew Still on behalf of Creditor Alteryx, Inc.
astill@swlaw.com, kcollins@swlaw.com

Andrew Still on behalf of Interested Party Courtesy NEF
astill@swlaw.com, kcollins@swlaw.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-.1.PROOF.SERVICE

Sharon Z. Weiss on behalf of Creditor Azzure Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Sharon Z. Weiss on behalf of Creditor Hi Bar Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Johnny White on behalf of Creditor Debt Relief Group, LLC
JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White on behalf of Interested Party Courtesy NEF
JWhite@wrslawyers.com, jlee@wrslawyers.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                            **F 9013-.1.PROOF.SERVICE**