D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee
RICHARD A. MARSHACK

Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
Yosina Lissebeck (State Bar No. 201654)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501
Christopher.ghio@dinsmore.com
Christopher.celentino@dinsmore.com
Yosina.lissebeck@dinsmore.com

Special Counsel to Richard A. Marshack,
Chapter 11 Trustee for the Bankruptcy Estate
of The Litigation Practice Goup P.C.

**FILED & ENTERED**

**AUG 25 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>SCHEDULING ORDER AFTER STATUS CONFERENCE<br><br>☒    EXHIBIT ATTACHED – SIGNATURE PAGE<br><br>Date:    August 10, 2023<br>Time:   10:00 a.m.<br>Ctrm:   Courtroom 5C – Virtual<br>            411 West Fourth Street<br>            Santa Ana, CA 92701 |

1

On August 10, 2023, at 10:00 a.m., the Court held a status conference in the above referenced matter. Appearances were as noted on the record. The Court has read and considered all relevant pleadings in the Debtor's case, and having heard the argument of counsel that made appearances at the hearing, the Court makes its order as follows:

**IT IS ORDERED** that:

1. Trustee shall file and serve a report identifying known instances of consumer clients being charged twice in any single month on or before August 24, 2023. The report should identify: (1) the total amount charged to the consumer clients; (2) the date(s) of the amount charged to the consumer clients; (3) the recipient(s) of the funds from the consumer clients; and (4) whether a refund was issued to the consumer clients. This report should not identify the consumers by name or include any personally identifiable information;

2. Trustee's deadline to file and serve a Chapter 11 Plan and Disclosure Statement is October 24, 2023; and

3. The Status Conference is continued to November 8, 2023, at 1:30 p.m.

###

Date: August 25, 2023

Scott C. Clarkson
United States Bankruptcy Judge

SIGNATURE PAGE FOR SCHEDULING ORDER AFTER STATUS CONFERENCE

APPROVED AS TO FORM

MARSHACK HAYS WOOD LLP

/s/ D. Edward Hays
_____
D. EDWARD HAYS
LAILA MASUD
Special Counsel to Richard A. Marshack,
Chapter 11 Trustee for the Bankruptcy Estate
of The Litigation Practice Group P.C.

DINSMORE & SHOHL LLP

[signature]
_____
~~CHRISTOPHER B. GHIO~~ YOSINA LISSEBECK
Counsel to Richard A. Marshack,
Chapter 11 Trustee for the Bankruptcy Estate
of The Litigation Practice Group P.C.

PETER C. ANDERSON
UNITED STATES TRUSTEE

[signature]
_____
QUEENIE K. NG
Attorneys for the U.S. Trustee

3