PETER C. ANDERSON
United States Trustee
Kenneth M. Misken (SBN 349167)
Assistant United States Trustee
Queenie K. Ng (SBN 223803)
Leslie Skorheim (SBN 293596)
Attorneys for the U.S. Trustee
Ronald Reagan Federal Building
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701-8000
Tel: (714) 338-3405
Fax: (714) 338-3421
Email: kenneth.m.misken@usdoj.gov

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**THE LITIGATION PRACTICE GROUP, P.C.,**<br><br>Debtor. | Case Number 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**STIPULATION TO DISMISS UNITED STATES TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b)**<br><br><u>Continued Hearing</u>:<br>DATE:    September 14, 2023<br>TIME:    11:00 a.m.<br>CTRM:    5C - Virtual<br>           411 W. 4th Street<br>           Santa Ana, CA 92701 |

**TO THE HONORABLE SCOTT CLARKSON, UNITED STATES BANKRUPTCY JUDGE, DEBTOR, DEBTOR'S COUNSEL, CHAPTER 11 TRUSTEE, AND ALL PARTIES IN INTEREST:**

The Stipulation (the "Stipulation") to Dismiss United States Trustee's Motion (the "Motion") to Convert Case to Chapter 7 Pursuant to 11 U.S.C. § 1112(b) is made by the United States Trustee (the "U.S. Trustee"), the Chapter 11 Trustee, the Official Committee of Unsecured Creditors (the "Committee"), and the Debt Validation Fund II, LLC, MC DVI Fund 1, LLC and MC DVI Fund 2, LLC (collectively referred as the

1

"Creditors"), by and through their respective counsel of record, with reference to the following facts:

## RECITALS

A. On July 13, 2023, the U.S. Trustee filed the Motion [Bankr. Dkt. # 232]. The initial hearing on the Motion was set for August 10, 2023, at 10 a.m.

B. On July 19, 2023, the Trustee filed a Preliminary Opposition (the "Trustee's Opposition") to the Motion [Bankr. Dkt. # 286].

C. In connection with the Trustee's Opposition, the Trustee provided Certificates (the "Certificates") of Liability Insurance showing proof of insurance. The Certificates list both the Trustee and the U.S. Trustee as additional insured and loss payees [Bankr. Dkt. # 286].

D. On July 20, 2023, the Creditors filed a Preliminary Opposition (the "Creditors' Opposition") to the Motion [Bankr. Dkt. # 306].

E. On July 22, 2023, the Court entered an Order approving the Sale Motion [Bankr. Dkt. # 320].

F. On July 27, 2023, the Committee filed a: (I) Joinder to the Trustee's Opposition; and (II) Reservations of Rights (the "Committee's Joinder") [Bankr. Dkt. # 340].

G. On August 2, 2023, the Court entered an Order: (A) Approving Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests Pursuant to 11 U.S.C. § 363(b); and (B) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Other Agreements; and (C) Granting Related Relief [Bankr. Dkt. # 352].

H. On August 3, 2023, the U.S. Trustee filed a Reply to the Trustee and Creditors' Oppositions and the Committee's Joinder [Bankr. Dkt. # 358].

I. On August 7, 2023, this Court entered an order continuing the hearing on the Motion to September 14, 2023, at 11:00 a.m.

J. On August 10, 2023, the Trustee filed Monthly Operating Reports ("MORs") for April 2023, May 2023, and June 2023, using the proper UST Form 11-MOR [Bankr. Dkt. # 374, #375, and #376].

K. During the status conference held on August 10, 2023, the Court ordered the Trustee to file and serve a Chapter 11 Plan and Disclosure Statement no later than October 24, 2023.

L. Based on the foregoing and the fact that: (a) the Trustee has cured the deficiencies set forth in the Motion; and (b) the Trustee agreed to file a Chapter 11 Plan and Disclosure Statement no later than October 24, 2023, the U.S. Trustee, the Trustee, the Committee, and the Creditors have agreed to dismiss the Motion.

**ACCORDINGLY, AND SUBJECT TO THE COURT'S APPROVAL, IT IS HEREBY STIPULATED THAT:**

1. The above recitals are incorporated herein by this reference.
2. The U.S. Trustee's Motion to Convert Case to Chapter 7 Pursuant to 11 U.S.C. § 1112(b), currently calendared for September 14, 2023, at 11:00 a.m., shall be and hereby is DISMISSED;
3. The U.S. Trustee withdraws the allegations of gross mismanagement set forth in the Motion;
4. This withdrawal and dismissal are without prejudice and the parties reserve all rights, claims, and defenses; and

//
//
//
//
//
//
//

5. The proposed order approving said Stipulation will be lodged with the Court by the United States Trustee via L.O.U.

|  |  |
|---|---|
|  | PETER C. ANDERSON<br>UNITED STATES TRUSTEE |
| Dated: August 24, 2023 | By: */s/ Kenneth M. Misken*<br>Kenneth M. Misken<br>Assistant United States Trustee |
| Dated: August ____, 2023 | MARSHACK HAYS LLP<br><br>By: _____<br>    D. EDWARD HAYS<br>    Attorney for Chapter 11 Trustee |
| Dated: August  25 , 2023 | FOX ROTHSCHILD LLP<br><br>By: _____<br>    KEITH C. OWENS<br>    NICHOLAS A. KOFFROTH<br>    Attorneys for the Committee |
| Dated: August 25 . 2023 | WINTHROP GOLUBOW HOLLANDER, LLP<br><br>By: _____<br>    RICHARD H. GOLUBOW<br>    Attorney for Debt Validation Fund II, LLC, MC DVI Fund 1, LLC an MC DVI Fund 2, LLC |

5. The proposed order approving said Stipulation will be lodged with the Court by the United States Trustee via L.O.U.

                                          PETER C. ANDERSON
                                          UNITED STATES TRUSTEE

Dated: August 24, 2023                    By: */s/ Kenneth M. Misken*

                                            Kenneth M. Misken
                                            Assistant United States Trustee

Dated: August  25 , 2023                MARSHACK HAYS LLP

                                            By: *D. Edward Hays* (signature)
                                                D. EDWARD HAYS
                                                Attorney for Chapter 11 Trustee

Dated: August ____, 2023               FOX ROTHSCHILD LLP

                                            By: _____
                                                KEITH C. OWENS
                                                NICHOLAS A. KOFFROTH
                                                Attorneys for the Committee

Dated: August ___. 2023                WINTHROP GOLUBOW HOLLANDER, LLP

                                            By: _____
                                                RICHARD H. GOLUBOW
                                                Attorney for Debt Validation Fund II,
                                                LLC, MC DVI Fund 1, LLC an MC DVI Fund 2, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**411 West Fourth Street, Suite 7160, Santa Ana, CA 92701**

A true and correct copy of the foregoing document entitled (*specify*):

**STIPULATION TO DISMISS UNITED STATES TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b)**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **August 25, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:  On (*date*) **August 25, 2023,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 25, 2023,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 25, 2023 | Jaimee Zayicek | /s/ Jaimee Zayicek |
|---|---|---|
| Date | Print Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| Name | Capacity | Email Address |
|---|---|---|
| Byron Moldo | | bmoldo@ecjlaw.com |
| Ronald Brown | SDCO Tustin Executive Center, Inc. | ron@rkbrownlaw.com |
| Joon Khang | Debtor's Attorney | joon@khanglaw.com |
| Ira Kharasch | | ikharasch@pszjlaw.com |
| Olivia Scott | Azzure Capital LLC | olivia.scott3@bclplaw.com |
| Olivia Scott | Hi Bar Capital LLC | olivia.scott3@bclplaw.com |
| Sharon Weiss | Azzure Capital LLC | sharon.weiss@bclplaw.com |
| Daniel Edelman | Carolyn Beech | dedelman@edcombs.com |
| Eric Bensamochan | | eric@eblawfirm.us |
| Alan Craig Hochheiser | City Capital NY | ahochheiser@mauricewutscher.com |
| Randall Baldwin Clark | | rbc@randallbclark.com |
| Nicholas Koffroth | Committee of Unsecured Creditors | nkoffroth@foxrothschild.com |
| Keith Owens | Committee of Unsecured Creditors | kowens@foxrothschild.com |
| Shawn Crhistianson | | cmcintire@buchalter.com |
| Leslie Cohen | | leslie@lesliecohenlaw.com |
| Jeffrey Golden | | jgolden@go2.law |
| D Edward Hays | | ehays@marshackhays.com |
| David Kupetz | | David.Kupetz@lockelord.com |
| Christopher Langley | | chris@slclawoffice.com |
| Daniel Lev | | daniel.lev@gmlaw.com |
| Laila Masud | | lmasud@marshackhays.com |
| Alan Nahmias | | anahmias@mbn.law |
| Victoria Newmark | | vnewmark@pszjlaw.com |
| Ronald Richards | | ron@ronaldrichards.com |
| Gregory Salvato | Mari Agape | gsalvato@salvatoboufadel.com |
| Andrew Still | | astill@swlaw.com |
| Johnny White | | JWhite@wrslawyers.com |
| Richard Golubow | Debt Validation Fund II LLC | rgolubow@wghlawyers.com |
| Richard Golubow | MC DVI Fund 1, LLC | rgolubow@wghlawyers.com |
| Richard Golubow | MC DIV Fund 2, LLC | rgolubow@wghlawyers.com |
| Garrick Hollander | | ghollander@wghlawyers.com |
| Christopher Celentino | Trustee's Special Counsel | christopher.celentino@dinsmore.com |
| Christopher Ghio | | christopher.ghio@dinsmore.com |
| Yosina Lissebeck | | Yosina.Lissebeck@Dinsmore.com |
| Jonathan Serrano | | jonathan.serrano@dinsmore.com |
| Teri Pham | | tpham@epglawyers.com |
| Michael Lieberman | Phillip A. Greenblatt, PLLC | mlieberman@lipsonneilson.com |
| Paul Shankman | United Partnerships, LLC | PShankman@fortislaw.com |
| Kenneth Misken | UST | Kenneth.M.Misken@usdoj.gov |
| Leslie Skorheim | UST | leslie.skorheim@usdoj.gov |
| Queenie Ng | UST | Queenie.K.Ng@usdoj.gov |
| Jenny L Doling | | jd@jdl.law |
| Michael Chekian | | mike@cheklaw.com |
| Aaron E. DE Leest | | adeleest@DanningGill.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| David Goodrich | | dgoodrich@go2.law |
| Meredith King | | mking@fsl.law |
| Zev Shechtman | | zs@DanningGill.com |
| Peter W. Bowie | | peter.bowie@dinsmore.com |
| Razmig Izakelian | OHP-CDR, LP | razmigizakelian@quinnemanuel.com |

*SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. **SERVED BY U.S. MAIL**

   Debtor:
   **The Litigation Practice Group P.C.**
   17542 17th St., Suite 100
   Tustin, CA 92780

   **Jason Patterson Stopnitzky**
   52 Cupertino Circle
   Aliso Viejo, CA 92656

   **Grobstein Teeple LLP**
   23832 Rockfield Blvd suite 245
   Lake Forest, CA 92630

   **Judith Skiba**
   PO Box 1016
   Pascagoula, MS 39568

   **Consumer Privacy Ombudsman**
   Lucy L. Thomson
   1455 Pennsylvania Avenue, N.W. Suite 400
   Washington, D.C. 20004

   **Nancy B. Rapoport**
   University of Nevada, Las Vegas
   4505 S. Maryland Parkway
   Box 451003
   Las Vegas, NV 89154

3. **SERVED BY (state method for each person served):**

   **PERSONAL DELIVERY, FACSIMILE OR EMAIL**

   Judge's Copy

   Honorable Scott C. Clarkson – bin on the 5th Floor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**