PETER C. ANDERSON
United States Trustee
Kenneth M. Misken (SBN 349167)
Assistant United States Trustee
Queenie K. Ng (SBN 223803)
Leslie Skorheim (SBN 293596)
Attorneys for the U.S. Trustee
Ronald Reagan Federal Building
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Tel: (714) 338-3405
Fax: (714) 338-3421
Email: kenneth.m.misken@usdoj.gov

FILED & ENTERED

AUG 25 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**THE LITIGATION PRACTICE GROUP, P.C.,**<br><br><br><br><br><br><br>Debtor. | CASE NUMBER: 8:23-bk-10571 SC<br><br>CHAPTER 11<br><br>**ORDER APPROVING STIPULATION TO DISMISS UNITED STATES TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b)**<br><br><u>Continued Hearing</u><br>Date:         September 14, 2023<br>Time:        11:00 a.m.<br>Courtroom: 5C – Virtual<br>                     411 W. Fourth Street<br>                     Santa Ana, CA 92701 |

The Court, having read and considered the Stipulation (the "Stipulation") to Dismiss United States Trustee's Motion to Convert Case to Chapter 7 Pursuant to 11 U.S.C. § 1112(b), filed on August 25, 2023, as Docket # 453, and for GOOD CAUSE APPEARING, the Court orders as follows:

   1. The Stipulation shall be and hereby is GRANTED in its entirety; and

2. The U.S. Trustee's Motion to Convert Case to Chapter 7 Pursuant to 11 U.S.C. § 1112(b), currently calendared for September 14, 2023, at 11:00 a.m., shall be and hereby is DISMISSED.

**IT IS SO ORDERED.**

###

Date: August 25, 2023

Scott C. Clarkson
United States Bankruptcy Judge