United States Bankruptcy Court

Central District of California

In re:                                                                                                    Case No. 23-10571-SC

The Litigation Practice Group P.C.                                                                        Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8                     User: admin                                    Page 1 of 5
Date Rcvd: Aug 24, 2023                  Form ID: pdf042                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#           Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 26, 2023                       Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2023 at the address(es) listed below:

**Name**                    **Email Address**

Aaron E. DE Leest
    on behalf of Interested Party Courtesy NEF adeleest@DanningGill.com  danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Alan Craig Hochheiser
    on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com  arodriguez@mauricewutscher.com

Alan I Nahmias
    on behalf of Interested Party Courtesy NEF anahmias@mbn.law  jdale@mbn.law

Andrew Still
    on behalf of Interested Party Courtesy NEF astill@swlaw.com  kcollins@swlaw.com

Andrew Still
    on behalf of Creditor Alteryx Inc. astill@swlaw.com, kcollins@swlaw.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 5 |
| Date Rcvd: Aug 24, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Byron Z Moldo
    on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com amatsuoka@ecjlaw.com,dperez@ecjlaw.com

Christopher Celentino
    on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Celentino
    on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Ghio
    on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com nicolette.murphy@dinsmore.com;karina.reyes@dinsmore.com

Christopher Ghio
    on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com nicolette.murphy@dinsmore.com;karina.reyes@dinsmore.com

Christopher J Langley
    on behalf of Interested Party Courtesy NEF chris@slclawoffice.com omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

D Edward Hays
    on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Interested Party Courtesy NEF ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Daniel A Edelman
    on behalf of Creditor Carolyn Beech dedelman@edcombs.com courtecl@edcombs.com

Daniel A Lev
    on behalf of Interested Party Liberty Acquisitions Group Inc. daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
    on behalf of Interested Party Consumer Legal Group P.C. daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
    on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
    on behalf of Defendant Consumer Legal Group PC daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
    on behalf of Defendant LGS Holdco LLC daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel H Reiss
    on behalf of Defendant Touzi Capital LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel H Reiss
    on behalf of Defendant Eng Taing dhr@lnbyg.com dhr@ecf.inforuptcy.com

David M Goodrich
    on behalf of Interested Party Courtesy NEF dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David S Kupetz
    on behalf of Defendant Marich Bein LLC David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

David S Kupetz
    on behalf of Interested Party Courtesy NEF David.Kupetz@lockelord.com mylene.ruiz@lockelord.com

Douglas A Plazak
    on behalf of Defendant Han Trinh dplazak@rhlaw.com

Douglas A Plazak
    on behalf of Defendant Greyson Law Center PC dplazak@rhlaw.com

Douglas A Plazak
    on behalf of Defendant Jayde Trinh dplazak@rhlaw.com

Douglas A Plazak
    on behalf of Defendant Scott James Eadie dplazak@rhlaw.com

Eric Bensamochan
    on behalf of Creditor Oxford Knox LLC eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan
    on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us G63723@notify.cincompass.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 3 of 5 |
| Date Rcvd: Aug 24, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Eric Bensamochan
    on behalf of Interested Party Courtesy NEF eric@eblawfirm.us G63723@notify.cincompass.com

Eric Bensamochan
    on behalf of Creditor Affirma LLC eric@eblawfirm.us, G63723@notify.cincompass.com

Eric D Goldberg
    on behalf of Defendant Stripe Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Garrick A Hollander
    on behalf of Creditor MC DVI Fund 1 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
    on behalf of Creditor Debt Validation Fund II LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
    on behalf of Creditor MC DVI Fund 2 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Gregory M Salvato
    on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
    on behalf of Creditor Mari Agape gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Howard Steinberg
    on behalf of Defendant BankUnited N.A. steinbergh@gtlaw.com, pearsallt@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Ira David Kharasch
    on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com

Jeffrey I Golden
    on behalf of Creditor Affirma LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
    on behalf of Creditor Anaheim Ducks Hockey Club LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
    on behalf of Creditor Anaheim Arena Management LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
    on behalf of Interested Party Courtesy NEF jgolden@go2.law kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
    on behalf of Creditor Oxford Knox LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jenny L Doling
    on behalf of Interested Party National Consumer Bankruptcy Rights Center jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling
    on behalf of Interested Party INTERESTED PARTY jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling
    on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Johnny White
    on behalf of Creditor Debt Relief Group LLC JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White
    on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com jlee@wrslawyers.com

Jonathan Serrano

Case 8:23-bk-10571-SC    Doc 460    Filed 08/26/23    Entered 08/26/23 21:15:51    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0973-8 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 24, 2023 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Trustee Richard A Marshack (TR) jonathan.serrano@dinsmore.com |
| Jonathan Serrano | |
| | on behalf of Plaintiff Richard A. Marshack jonathan.serrano@dinsmore.com |
| Joon M Khang | |
| | on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com |
| Keith C Owens | |
| | on behalf of Creditor Committee Committee of Unsecured Creditors kowens@foxrothschild.com khoang@foxrothschild.com |
| Kenneth Misken | |
| | on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov |
| Laila Masud | |
| | on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Laila Masud | |
| | on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Laila Masud | |
| | on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Laila Masud | |
| | on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Leslie Skorheim | |
| | on behalf of U.S. Trustee United States Trustee (SA) leslie.skorheim@usdoj.gov |
| Leslie A Cohen | |
| | on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com |
| Meredith King | |
| | on behalf of Interested Party Courtesy NEF mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law |
| Meredith King | |
| | on behalf of Defendant Gallant Law Group mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law |
| Michael D Lieberman | |
| | on behalf of Creditor Phillip A. Greenblatt PLLC mlieberman@lipsonneilson.com |
| Michael F Chekian | |
| | on behalf of Interested Party Michael Chekian mike@cheklaw.com chekianmr84018@notify.bestcase.com |
| Nicholas A Koffroth | |
| | on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com khoang@foxrothschild.com |
| Olivia Scott | |
| | on behalf of Creditor Hi Bar Capital LLC olivia.scott3@bclplaw.com |
| Olivia Scott | |
| | on behalf of Creditor Azzure Capital LLC olivia.scott3@bclplaw.com |
| Paul R Shankman | |
| | on behalf of Creditor United Partnerships LLC PShankman@fortislaw.com, info@fortislaw.com |
| Paul R Shankman | |
| | on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com info@fortislaw.com |
| Peter W Bowie | |
| | on behalf of Trustee Richard A Marshack (TR) peter.bowie@dinsmore.com caron.burke@dinsmore.com |
| Queenie K Ng | |
| | on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov |
| Randall Baldwin Clark | |
| | on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com |
| Razmig Izakelian | |
| | on behalf of Creditor OHP-CDR LP razmigizakelian@quinnemanuel.com |
| Richard A Marshack (TR) | |
| | pkraus@marshackhays.com rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com |
| Richard H Golubow | |
| | on behalf of Creditor Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard H Golubow | |
| | on behalf of Creditor MC DVI Fund 1 LLC rgolubow@wghlawyers.com, |

District/off: 0973-8 　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　Page 5 of 5
Date Rcvd: Aug 24, 2023 　　　　　　　　　　　　Form ID: pdf042　　　　　　　　　　　　Total Noticed: 1

| Name | Details |
|---|---|
| | jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard H Golubow | on behalf of Creditor MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Ronald K Brown | on behalf of Creditor SDCO Tustin Executive Center Inc. ron@rkbrownlaw.com |
| Ronald N Richards | on behalf of Defendant Consumer Legal Group PC ron@ronaldrichards.com, 7206828420@filings.docketbird.com |
| Ronald N Richards | on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com |
| Sharon Z. Weiss | on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com |
| Sharon Z. Weiss | on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com |
| Shawn M Christianson | on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com schristianson@buchalter.com |
| Teri T Pham | on behalf of Attorney Teri Pham tpham@epgrlawyers.com ttpassistant@epglawyers.com;dle@epglawyers.com |
| Teri T Pham | on behalf of Defendant Daniel S. March tpham@epgrlawyers.com ttpassistant@epglawyers.com;dle@epglawyers.com |
| Teri T Pham | on behalf of Defendant Tony Diab tpham@epgrlawyers.com ttpassistant@epglawyers.com;dle@epglawyers.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Victoria Newmark | on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com |
| Yosina M Lissebeck | on behalf of Plaintiff Richard A. Marshack yosina.lissebeck@dinsmore.com caron.burke@dinsmore.com |
| Yosina M Lissebeck | on behalf of Trustee Richard A Marshack (TR) yosina.lissebeck@dinsmore.com caron.burke@dinsmore.com |
| Zev Shechtman | on behalf of Interested Party Danning Gill Israel & Krasnoff LLP zs@DanningGill.com danninggill@gmail.com;zshechtman@ecf.inforuptcy.com |

TOTAL: 93

Michael A. Sweet (SBN 184345)
Keith C. Owens (SBN 184841)
Nicholas A. Koffroth (SBN 287854)
**FOX ROTHSCHILD LLP**
10250 Constellation Blvd., Suite 900
Los Angeles CA 90067
Telephone:    (310) 598-4150
Facsimile:    (310) 556-9828
msweet@foxrothschild.com
kowens@foxrothschild.com
nkoffroth@foxrothschild.com

Proposed Counsel For Official Committee of Unsecured Creditors

**FILED & ENTERED**

**AUG 24 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte    DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 8:23-bk-10571-SC<br><br>**ORDER AUTHORIZING EMPLOYMENT OF FOX ROTHSCHILD LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF JUNE 29, 2023**<br><br>[*No Hearing Required Pursuant to LBR 9013-1(o)*] |

The Court, having considered the *Application for Order Authorizing Employment of Fox Rothschild LLP as Counsel for the Official Committee of Unsecured Creditors, Effective as of June 29, 2023* [Docket No. 344] (the "Application") filed by the Official Committee of Unsecured Creditors (the "Committee") and the accompanying declarations in support thereof, and the Court being satisfied that Fox Rothschild LLP does not represent any entity having an adverse interest in connection with the above-captioned case and is a "disinterested person" as defined under 11 U.S.C. § 101(14); having found that notice of the Application is sufficient under the circumstances and that no further notice is required; and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The Application is APPROVED.

2. The Committee is authorized to retain and employ Fox Rothschild LLP as general bankruptcy counsel to the Committee, effective as of June 29, 2023, at the expense of the estate pursuant to 11 U.S.C. § 327(a).

3. Except as the Court may otherwise determine and direct, the compensation to be awarded to Fox Rothschild LLP shall be fixed by the Court after notice and a hearing as may be required by the Bankruptcy Code, 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Central District of California and the practice and procedure of this Court.

###

Date: August 24, 2023

Scott C. Clarkson
United States Bankruptcy Judge