United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10571-SC |
| The Litigation Practice Group P.C. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 5 |
| Date Rcvd: Aug 24, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2023 at the address(es) listed below:

**Name**    **Email Address**

Aaron E. DE Leest
    on behalf of Interested Party Courtesy NEF adeleest@DanningGill.com danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Alan Craig Hochheiser
    on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com arodriguez@mauricewutscher.com

Alan I Nahmias
    on behalf of Interested Party Courtesy NEF anahmias@mbn.law jdale@mbn.law

Andrew Still
    on behalf of Interested Party Courtesy NEF astill@swlaw.com kcollins@swlaw.com

Andrew Still
    on behalf of Creditor Alteryx Inc. astill@swlaw.com, kcollins@swlaw.com

Case 8:23-bk-10571-SC    Doc 461    Filed 08/26/23    Entered 08/26/23 21:15:51    Desc
Imaged Certificate of Notice    Page 2 of 7

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 5 |
| Date Rcvd: Aug 24, 2023 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Byron Z Moldo | on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com  amatsuoka@ecjlaw.com,dperez@ecjlaw.com |
| Christopher Celentino | on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com  caron.burke@dinsmore.com |
| Christopher Celentino | on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com  caron.burke@dinsmore.com |
| Christopher Ghio | on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com nicolette.murphy@dinsmore.com;karina.reyes@dinsmore.com |
| Christopher Ghio | on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com nicolette.murphy@dinsmore.com;karina.reyes@dinsmore.com |
| Christopher J Langley | on behalf of Interested Party Courtesy NEF chris@slclawoffice.com omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com |
| D Edward Hays | on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| D Edward Hays | on behalf of Interested Party Courtesy NEF ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| Daniel A Edelman | on behalf of Creditor Carolyn Beech dedelman@edcombs.com  courtecl@edcombs.com |
| Daniel A Lev | on behalf of Interested Party Liberty Acquisitions Group Inc. daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| Daniel A Lev | on behalf of Interested Party Consumer Legal Group  P.C. daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| Daniel A Lev | on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com  cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| Daniel A Lev | on behalf of Defendant Consumer Legal Group  PC daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| Daniel A Lev | on behalf of Defendant LGS Holdco  LLC daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| Daniel H Reiss | on behalf of Defendant Touzi Capital  LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com |
| Daniel H Reiss | on behalf of Defendant Eng Taing dhr@lnbyg.com  dhr@ecf.inforuptcy.com |
| David M Goodrich | on behalf of Interested Party Courtesy NEF dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David S Kupetz | on behalf of Defendant Marich Bein  LLC David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com |
| David S Kupetz | on behalf of Interested Party Courtesy NEF David.Kupetz@lockelord.com  mylene.ruiz@lockelord.com |
| Douglas A Plazak | on behalf of Defendant Han Trinh dplazak@rhlaw.com |
| Douglas A Plazak | on behalf of Defendant Greyson Law Center PC dplazak@rhlaw.com |
| Douglas A Plazak | on behalf of Defendant Jayde Trinh dplazak@rhlaw.com |
| Douglas A Plazak | on behalf of Defendant Scott James Eadie dplazak@rhlaw.com |
| Eric Bensamochan | on behalf of Creditor Oxford Knox  LLC eric@eblawfirm.us, G63723@notify.cincompass.com |
| Eric Bensamochan | on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us  G63723@notify.cincompass.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 3 of 5 |
| Date Rcvd: Aug 24, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Eric Bensamochan
    on behalf of Interested Party Courtesy NEF eric@eblawfirm.us G63723@notify.cincompass.com

Eric Bensamochan
    on behalf of Creditor Affirma LLC eric@eblawfirm.us, G63723@notify.cincompass.com

Eric D Goldberg
    on behalf of Defendant Stripe Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Garrick A Hollander
    on behalf of Creditor MC DVI Fund 1 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
    on behalf of Creditor Debt Validation Fund II LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
    on behalf of Creditor MC DVI Fund 2 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Gregory M Salvato
    on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
    on behalf of Creditor Mari Agape gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Howard Steinberg
    on behalf of Defendant BankUnited N.A. steinbergh@gtlaw.com, pearsallt@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Ira David Kharasch
    on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com

Jeffrey I Golden
    on behalf of Creditor Affirma LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
    on behalf of Creditor Anaheim Ducks Hockey Club LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
    on behalf of Creditor Anaheim Arena Management LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
    on behalf of Interested Party Courtesy NEF jgolden@go2.law kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
    on behalf of Creditor Oxford Knox LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jenny L Doling
    on behalf of Interested Party National Consumer Bankruptcy Rights Center jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling
    on behalf of Interested Party INTERESTED PARTY jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling
    on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Johnny White
    on behalf of Creditor Debt Relief Group LLC JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White
    on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com jlee@wrslawyers.com

Jonathan Serrano

Case 8:23-bk-10571-SC    Doc 461    Filed 08/26/23    Entered 08/26/23 21:15:51    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0973-8 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 24, 2023 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Trustee Richard A Marshack (TR) jonathan.serrano@dinsmore.com |
| Jonathan Serrano | |
| | on behalf of Plaintiff Richard A. Marshack jonathan.serrano@dinsmore.com |
| Joon M Khang | |
| | on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com |
| Keith C Owens | |
| | on behalf of Creditor Committee Committee of Unsecured Creditors kowens@foxrothschild.com khoang@foxrothschild.com |
| Kenneth Misken | |
| | on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov |
| Laila Masud | |
| | on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Laila Masud | |
| | on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Laila Masud | |
| | on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Laila Masud | |
| | on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Leslie Skorheim | |
| | on behalf of U.S. Trustee United States Trustee (SA) leslie.skorheim@usdoj.gov |
| Leslie A Cohen | |
| | on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com |
| Meredith King | |
| | on behalf of Interested Party Courtesy NEF mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law |
| Meredith King | |
| | on behalf of Defendant Gallant Law Group mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law |
| Michael D Lieberman | |
| | on behalf of Creditor Phillip A. Greenblatt PLLC mlieberman@lipsonneilson.com |
| Michael F Chekian | |
| | on behalf of Interested Party Michael Chekian mike@cheklaw.com chekianmr84018@notify.bestcase.com |
| Nicholas A Koffroth | |
| | on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com khoang@foxrothschild.com |
| Olivia Scott | |
| | on behalf of Creditor Hi Bar Capital LLC olivia.scott3@bclplaw.com |
| Olivia Scott | |
| | on behalf of Creditor Azzure Capital LLC olivia.scott3@bclplaw.com |
| Paul R Shankman | |
| | on behalf of Creditor United Partnerships LLC PShankman@fortislaw.com, info@fortislaw.com |
| Paul R Shankman | |
| | on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com info@fortislaw.com |
| Peter W Bowie | |
| | on behalf of Trustee Richard A Marshack (TR) peter.bowie@dinsmore.com caron.burke@dinsmore.com |
| Queenie K Ng | |
| | on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov |
| Randall Baldwin Clark | |
| | on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com |
| Razmig Izakelian | |
| | on behalf of Creditor OHP-CDR LP razmigizakelian@quinnemanuel.com |
| Richard A Marshack (TR) | |
| | pkraus@marshackhays.com rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com |
| Richard H Golubow | |
| | on behalf of Creditor Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard H Golubow | |
| | on behalf of Creditor MC DVI Fund 1 LLC rgolubow@wghlawyers.com, |

Case 8:23-bk-10571-SC    Doc 461    Filed 08/26/23    Entered 08/26/23 21:15:51    Desc
Imaged Certificate of Notice    Page 5 of 7

| District/off: 0973-8 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Aug 24, 2023 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard H Golubow | on behalf of Creditor MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Ronald K Brown | on behalf of Creditor SDCO Tustin Executive Center Inc. ron@rkbrownlaw.com |
| Ronald N Richards | on behalf of Defendant Consumer Legal Group PC ron@ronaldrichards.com, 7206828420@filings.docketbird.com |
| Ronald N Richards | on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com |
| Sharon Z. Weiss | on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com |
| Sharon Z. Weiss | on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com |
| Shawn M Christianson | on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com schristianson@buchalter.com |
| Teri T Pham | on behalf of Attorney Teri Pham tpham@epgrlawyers.com ttpassistant@epglawyers.com;dle@epglawyers.com |
| Teri T Pham | on behalf of Defendant Daniel S. March tpham@epgrlawyers.com ttpassistant@epglawyers.com;dle@epglawyers.com |
| Teri T Pham | on behalf of Defendant Tony Diab tpham@epgrlawyers.com ttpassistant@epglawyers.com;dle@epglawyers.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Victoria Newmark | on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com |
| Yosina M Lissebeck | on behalf of Plaintiff Richard A. Marshack yosina.lissebeck@dinsmore.com caron.burke@dinsmore.com |
| Yosina M Lissebeck | on behalf of Trustee Richard A Marshack (TR) yosina.lissebeck@dinsmore.com caron.burke@dinsmore.com |
| Zev Shechtman | on behalf of Interested Party Danning Gill Israel & Krasnoff LLP zs@DanningGill.com danninggill@gmail.com;zshechtman@ecf.inforuptcy.com |

TOTAL: 93

Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
Yosina M. Lissebeck (State Bar No. 201654)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501
christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com

Special Counsel to Richard A. Marshack, Chapter 11 Trustee

**FILED & ENTERED**

**AUG 24 2023**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY bolte    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Chapter 11 |
| Debtor. | **ORDER GRANTING MOTION FOR ORDER AUTHORIZING PRODUCTION OF DOCUMENTS FROM THE CUSTODIAN OF RECORDS OF CT CORPORATION SYSTEM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004** |
| | **DATE OF PRODUCTION:**<br>Date: September 8, 2023<br>Time: 10:00 a.m.<br>Location: DINSMORE & SHOHL LLP<br>655 West Broadway, Suite 800<br>San Diego, CA 92101 |

The Court has read and considered the notice of motion and motion for order authorizing Production of documents from CT Corporation pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Rule 2004-1 of the Local Bankruptcy Rules, filed by Richard A.

#31737757v3

Marshack, in his capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of The Litigation Practice Group P.C. ("Debtor"), on August 17, 2023, as Dk. No. 395 ("Motion") and has found good cause to grant the Motion.

IT IS ORDERED THAT:

1. The Motion is granted;

2. CT Corporation shall produce all documents responsive to the categories of documents set forth in Exhibit 1 to the Motion no later than September 8, 2023, or at any other date and time as agreed upon in writing by Trustee and CT Corporation;

3. CT Corporation is to either (i) produce the original documents for inspection and copying at the law offices of DINSMORE & SHOHL LLP; 655 West Broadway, Suite 800 San Diego, CA 92101 (ii) mail copies of the documents to DINSMORE & SHOHL LLP 655 West Broadway, Suite 800; San Diego, CA 92101 or (iii) e-mail said documents in pdf format to Yosina M. Lissebeck at yosina.lissebeck@dinsmore.com; and

4. Any agreement by the parties to continue any deadlines shall not terminate CT Corporation's obligation to produce all documents responsive to the categories of documents set forth in the Motion.

###

Date: August 24, 2023

Scott C. Clarkson
United States Bankruptcy Judge