1 | RICHARD A. MARSHACK
rmarshack@marshackhays.com
2 | MARSHACK HAYS LLP
870 Roosevelt
3 | Irvine, CA 92620
Telephone: (949) 333-7777
4 | Facsimile: (949) 333-7778

5 | Chapter 7 Trustee

6

7

8 | UNITED STATES BANKRUPTCY COURT

9 | CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

10

| | |
|---|---|
| 11  In re | Case No.  8:23-bk-10571-SC |
| 12  THE LITIGATION PRACTICE GROUP P.C., | Chapter 7 |
| 13                     Debtor. | TRUSTEE'S NOTICE OF INTENT TO ABANDON ESTATE'S INTEREST, IF ANY, IN CERTAIN ASSETS |
| 14 | |
| 15 | [Pursuant to 11 U.S.C. § 554(a) and LBR 6007-1] |

16

17 | TO ALL CREDITORS AND INTERESTED PARTIES:

18 |      PLEASE TAKE NOTICE that Richard A. Marshack, the duly appointed, qualified and

19 | acting Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of The Litigation

20 | Practice Group P.C. ("Debtor"), intends to abandon the Estate's interest, if any, in property of the

21 | Estate as detailed below, pursuant to 11 U.S.C. § 554(a) and Local Bankruptcy Rule ("LBR")

22 | 6007-1, without further Court order.

23 |      On March 20, 2023, Debtor filed a voluntary petition under Chapter 11 of Title 11 of the

24 | United States Code. On May 8, 2023, Richard A. Marshack was appointed Chapter 11 Trustee.

25 | **ASSET TO BE ABANDONED**

26 |      In its schedule A/B, Debtor an interest in office furniture ("Furniture" and/or "Assets") at

27 | its premises, located at 17542 E. 17th Street, Suites 100, 105, 250 and 330, Tustin, CA

28 | ("Premises").

1    On May 4, 2023 as Dk. No. 61, the Court entered an order granting the motion for relief

2  from stay (unlawful detainer) filed by SDCO Tustin Executive Center, Inc. ("Landlord").

3    Subsequently, Trustee's field agent, Lori Ensley, has made several trips to the Premises

4  and advised Trustee that she has inspected the Premises and Furniture and determined the

5  Furniture's value is de minimus and not worth trying to reclaim, store and sell. Attached as

6  Exhibit 1 is a list of the Assets with some photos.

7    Accordingly, Trustee believes it is in the best interest of the Estate to abandon the

8  Estate's interest, if any, in the remaining Furniture.

9    **PLEASE TAKE FURTHER NOTICE** that any response and request for hearing as to

10  the proposed abandonment must be in the form as required by Local Bankruptcy Rules 9013-1(f)

11  and (o) and filed with the Clerk of the above-entitled Court.  The deadline for any response and

12  request for hearing is 14 days after the date of service of this Notice, plus an additional 3 days

13  unless this Notice was served by personal delivery or posting as described in F.R.Civ.P.

14  5(b)(2)(A)-(B).  If no such objection or request for hearing is served and filed within the

15  seventeen (17) day period, the Trustee will proceed with the abandonment on or after the

16  eighteenth (18th) day after service of this Notice.

17    If no timely objection and request for hearing is filed and served, the property is deemed

18  abandoned without further order of the court.

19    A copy of any response or request for hearing must be served on Richard A. Marshack at

20  the address indicated above and served on the Office of the United States Trustee, 411 W. Fourth

21  Street, Suite 7160, Santa Ana, CA 92701.  Failure to timely respond may be deemed as

22  acceptance of the proposed abandonment.  See Local Bankruptcy Rules 6007-1and 9013-1(h).

23  DATED:  September 1, 2023                Respectfully Submitted,

24

25                                          By:___/s/  Richard A. Marshack_____
                                                 RICHARD A. MARSHACK
26                                               Chapter 7 Trustee

27

28

4861-9984-0117

EXHIBIT 1

| Qty | Year | Description | Model: |
|---|---|---|---|
| | | FUJITRONIC FAN | |
| LOT | | PILE OF 3 RING BINDERS | |
| 70 | | REAMS OF PAPER | |
| LOT | | BOXES OF CANNIBALIZED LAPRTOPS | |
| LOT | | PENDEFLEX FOLDERS | |
| 41 | | 3/4 HEIGHT CUBICLES | |
| 2 | | DOCUMENT PROTECTION BOXES (LEASED CORODATA.COM 888.238.8088) | |
| 1 | | 2 DRW LATERAL FILE | |
| LOT | | OFFICE SUPPLIES, HOLE PUNCHES, SCISSORS, PENS, PAPER TRAYS, KEYBOARD, HONEYWELL FAN, CALCULATORS, COMPUTER HAND RESTS, MOUSE PADS, | |
| 1 | | 2 DRW LATERAL FILE, LEGAL FILE AND TOP | |
| 5 | | FIRE EXTINGUISHERS | |
| 1 | | ASST. PHONE SWITCH RACK | |
| 1 | | MAINFRAME COMPUTER | |
| 2 | | ASST BOOKCASES | |
| 1 | | WOOD FRAMED MIRROR | |
| 3 | | 4 DRW LEGAL FILES | |
| 2 | | ASST WALL ART | |
| 3 | | ASST OFFICE CHAIRS | |
| 1 | | CORNER SHELF UNIT | |
| 1 | | DESK CHAIR MAT | |
| 5 | | COMPLETE OFFICE CUBICLES W/ DOORS | |
| 131 | | 1/2 HEIGHT SHARED WALL CUBICLES | |
| 9 | | MARKER, CORK & DRY ERASE BOARDS | |
| 2 | | CYBERPOWER BATTERY BACKUPS | |
| 3 | | ASST PRINTERS, CANON, HP & EPSON | |
| LOT | | HOLIDAY DECORATIONS, CHRISTMAS, HALLOWEEN | |
| 9 | | ASST BROWN DESKS | |
| 2 | | 3 DRW LATERAL FILE | |
| 1 | | AMANA REFRIGERATOR | ASD2620HR7 |
| LOT | | CLEANING SUPPLIES, DUST PANS | |
| 1 | | PARTY BALLOON HELIUM INFLATOR | |
| 14 | | HANGING LIGHT FIXTURES | |
| 1 | | LOVE SEAT | |
| 6 | | PRESENTATION BOARDS/EASELS | |
| 2 | | BANKS OF LOCKERS | |
| 2 | | 3 DRW PLASTIC BIN FILES | |
| 2 | | 2 DRW LEGAL FILES | |
| 2 | | ELECTROLUX IN COUNTER REFRIGERATORS | |
| 1 | | WATER DISPENSER | PWC-9100 |
| 1 | | KITCHENAID REFRIGERATOR | KBFC42FTS08 |
| 1 | | BLACK CRADENZA | |
| 2 | | PANDUIT PHONE PATCH RACKS | |
| 1 | | DELLEMC COMPUTER CABINET | |
| 1 | | FRAME LIGHTED WALL SIGNAGE | |
| 1 | | SUCCULENT PLANT | |
| 1 | | VIZIO LARGE SCREEN TELEVISION | P702UI-B3 |
| 1 | | BLACK WIRE RACK | |

EXHIBIT 1
Page 4



EXHIBIT 1
Page 5



EXHIBIT 1

Page 6



EXHIBIT 1
Page 7



EXHIBIT 1

Page 8



EXHIBIT 1
Page 9

EXHIBIT 1
Page 10



EXHIBIT 1
Page 11



EXHIBIT 1
Page 12



EXHIBIT
Page 12

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF INTENT TO ABANDON ASSETS OF THE ESTATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 3, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **September 5, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 5, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**EMAIL SERVICE 6-14-23**
**20 LARGEST CREDITOR / POC**
**ADDRESS**
EXELA ENTERPRISE SOLUTIONS

**EMAIL SERVICE 6-14-23**
**20 LARGEST CREDITOR / POC**
**ADDRESS**
FIRST LEGAL NETWORK, LLC

**EMAIL SERVICE 6-14-23**
**CREDITOR / POC ADDRESS**
JASON PATTERSON STOPNITZKY

**EMAIL SERVICE 6-14-23**
**INTERESTED PARTY**
SHARP ELECTRONICS COPR

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 5, 2023 | Pamela Kraus | /s/ Pamela Kraus |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **Eric Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com
- **Peter W Bowie**    peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC.: Ronald K Brown**    ron@rkbrownlaw.com
- **Christopher Celentino**    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Michael F Chekian**    mike@cheklaw.com, chekianmr84018@notify.bestcase.com
- **Shawn M Christianson**    cmcintire@buchalter.com, schristianson@buchalter.com
- **Randall Baldwin Clark**    rbc@randallbclark.com
- **Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Aaron E. DE Leest**    adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com
- **Jenny L Doling**    jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- **Daniel A Edelman**    dedelman@edcombs.com, courtecl@edcombs.com
- **Christopher Ghio**    christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;karina.reyes@dinsmore.com
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Jeffrey I Golden**    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **Richard H Golubow**    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **David M Goodrich**    dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Alan Craig Hochheiser**    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Garrick A Hollander**    ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Razmig Izakelian**    razmigizakelian@quinnemanuel.com
- **Joon M Khang**    joon@khanglaw.com
- **Ira David Kharasch**    ikharasch@pszjlaw.com
- **Meredith King**    mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **Nicholas A Koffroth**    nkoffroth@foxrothschild.com, khoang@foxrothschild.com
- **David S Kupetz**    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Christopher J Langley**    chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com
- **Daniel A Lev**    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Michael D Lieberman**    mlieberman@lipsonneilson.com
- **Yosina M Lissebeck**    yosina.lissebeck@dinsmore.com, caron.burke@dinsmore.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Laila Masud**    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **Byron Z Moldo**    bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com;dperez@ecjlaw.com
- **Alan I Nahmias**    anahmias@mbn.law, jdale@mbn.law
- **Victoria Newmark**    vnewmark@pszjlaw.com
- **Queenie K Ng**    queenie.k.ng@usdoj.gov
- **Keith C Owens**    kowens@foxrothschild.com, khoang@foxrothschild.com
- **ATTORNEY FOR DEFENDANT DANIEL S. MARCH and DEFENDANT TONY DIAB: Teri T Pham**    tpham@epgrlawyers.com, ttpassistant@epglawyers.com;dle@epglawyers.com
- **Douglas A Plazak**    dplazak@rhlaw.com
- **Daniel H Reiss**    dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

- **Gregory M Salvato**   gsalvato@salvatoboufadel.com,
  calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Olivia Scott**   olivia.scott3@bclplaw.com
- **Jonathan Serrano**   jonathan.serrano@dinsmore.com
- **Paul R Shankman**   PShankman@fortislaw.com, info@fortislaw.com
- **Zev Shechtman**   zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Leslie Skorheim**   leslie.skorheim@usdoj.gov
- **Howard Steinberg**   steinbergh@gtlaw.com, pearsallt@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Andrew Still**   astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Sharon Z. Weiss**   sharon.weiss@bclplaw.com,
  raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- **Johnny White**   JWhite@wrslawyers.com, jlee@wrslawyers.com

2. <u>**SERVED BY UNITED STATES MAIL**</u>: continued:

<u>**DEBTOR – MAIL REDIRECTED TO TRUSTEE**</u>
THE LITIGATION PRACTICE
GROUP P.C.
~~17542 17TH ST~~
~~SUITE 100~~
~~TUSTIN, CA 92780-1981~~

<u>**20 LARGEST CREDITOR**</u>
ANTHEM BLUE CROSS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
PO BOX 511300
LOS ANGELES, CA 90051-7855

<u>**20 LARGEST CREDITOR**</u>
AZEVEDO SOLUTIONS GROUPS,
INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
420 ADOBE CANYON RD
KENWOOD, CA 95452-9048

<u>**20 LARGEST CREDITOR**</u>
BUSINESS CENTERS OF
AMERICA
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1100 SIR FRANCIS DRAKE BLVD,
SUITE 1
KENTFIELD, CA 94904-1476

<u>**20 LARGEST CREDITOR**</u>
CALIFORNIA FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO, CA 94257-0001

RTD 05/30/23 UTF
<u>**20 LARGEST CREDITOR**</u>
COLLABORATION ADVISORS
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY~~
~~OTHER AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO~~
~~RECEIVE SERVICE OF PROCESS~~
~~400 DORLA COURT~~
~~ZEPHYR COVE, NV 89448~~

<u>**20 LARGEST CREDITOR**</u>
CREDIT REPORTING SERVICE
INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
548 MARKET ST, SUITE 72907
SAN FRANCISCO, CA 94104-5401

<u>**20 LARGEST CREDITOR**</u>
DEBT PAY PRO
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
1900 E GOLF ROAD, SUITE 550
SCHAUMBURG, IL 60173-5870

<u>**20 LARGEST CREDITOR**</u>
DEBT VALIDATION FUND II, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
5075 LOWER VALLEY ROAD
ATGLEN, PA 19310-1774

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**20 LARGEST CREDITOR**
DOCUMENT FULFILLMENT
SERVICES
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
2930 RAMONA AVE #100
SACRAMENTO, CA 95826-3838

**20 LARGEST CREDITOR**
EXECUTIVE CENTER LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
5960 SOUTH JONES BLVD
LAS VEGAS, NV 89118-2610

**20 LARGEST CREDITOR**
JP MORGAN CHASE
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
3 PARK PLAZA, STE 900
IRVINE, CA 92614-5208

**20 LARGEST CREDITOR**
LEXISNEXUS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
15500 B ROCKFIELD BLVD
IRVINE, CA 92618-2722

**20 LARGEST CREDITOR**
MARICH BEIN LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
99 WALL STREET, STE 2669
NEW YORK, NY 10005-4301

**20 LARGEST CREDITOR**
NETSUITE-ORACLE
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
2300 ORACLE WAY
AUSTIN, TX 78741-1400

**20 LARGEST CREDITOR**
SHARP BUSINESS SYSTEMS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
8670 ARGENT ST
SANTEE, CA 92071-4172

**20 LARGEST CREDITOR**
TASKUS HOLDINGS, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1650 INDEPENDENCE DR
NEW BRAUNFELS, TX 78132-3959

**RTD 06/05/23 UTF**
**20 LARGEST CREDITOR**
VALIDATION PARTNERS LLC
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY~~
~~OTHER AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO~~
~~RECEIVE SERVICE OF PROCESS~~
~~1300 SAWGRASS PKWY, STE 110~~
~~SUNRISE, FL 33323~~

**SECURED CREDITOR**
DIVERSE CAPITAL LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
323 SUNNY ISLES BLVD, STE 503
SUNNY ISLES, FL 33160-4675

**SECURED CREDITOR**
FUNDURA CAPITAL GROUP
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
80 BROAD STREET, STE 3303
NEW YORK, NY 10004-2845

**SECURED CREDITOR / POC
ADDRESS**
FUNDURA CAPITAL GROUP
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1545 ROUTE 202, SUITE 101
POMONA, NY 10970

**SECURED CREDITOR / POC ADDRESS**
RIVER TREE LLC
C/O MAYS JOHNSON LAW FIRM
21 BATTERY PARK AVE, SUITE 201
ASHEVILLE, NC 28801

**SECURED CREDITOR / POC
ADDRESS**
VENTURE PARTNERS LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1309 COFFEEN AVENUE, STE 1200
SHERIDAN, WY 82801

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**