

**RAUL E. DE QUESADA**
7947 S.W. 104 Street
Apartment C-101
Miami, Florida 33156

Tel: (310) 628-6067

30 August 2023

Bankruptcy Court, Central District of California
411 West 4th Street, Suite 2030
Santa Ana, California 92701

Judge: **Scott C. Clarks**
Case No.: **8:23-bk10571**

Attn: Clerk of the Court

## OFFICIAL NOTIFICATION OF PARTY'S RIGHT TO OPT OUT

**COMES NOW**, Raul E. De Quesada, *pro se*, pursuant to Rule 1.17, of the California Rules of Professional Conduct, and Opts Out in response herein to the Order and Notice of Rights Upon Sale, entered on 02 August 2023, requiring a reformation of agreement(s) on the above pending matter to allow for the lawful transfer of client files and transition from the Litigation Practice Group, P.C.; and, Phoenix Law Group, to the Morning Law Group, P. C.

More specifically stated, Raul E. De Quesada, does not wish to have any representation or any services of any kind, provided to him or his family by or from any of the law firms identified as or associated with David D. Orr, Esq.; The Law Practice Group, P.C.; Phoenix Law Group; Morning Law Group, P.C., or, any of their affiliates, entities or subsidiaries.

Respectfully submitted,

*/s/ Raul E. De Quesada*

Raul E. De Quesada, *pro se*
7947 S.W. 104 Street
Apartment C-101
Miami, Florida 33156

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of <u>Official Notification of Party's Right To Opt Out</u>, dated 30 August 2023, was mailed on this date, Thursday, 31 August 2023, via United States Postal Service to the attention of Clerk of the Court, Bankruptcy Court, Central District of California, at its listed business address of record: 411 West 4th Street, Suite 2030, Santa Ana, California 92701.

*[signature]*

Raul E. De Quesada
7947 S. W. 104 Street
Apartment C-101
Miami, Florida 33156