September 6, 2023

Ronald Reagan Federal Building and
U.S. Courthouse
411 West Fourth Street
Santa Ana, California 92701

Dear Court Clerk,

    In July, I filed a "Motion in Support of Proof of Claim". I am not sure if the Judge was suppose to make a reply to this kind of motion, but he never did.
    But on September 1, 2023 I filed a "Motion for Creditors Bill", I just want to impress upon you how important it is to me that the Judge looks at this motion at his convenience. Thank You for listening.

Creditor Judith Skiba
P.O. Box 1016
Pascagoula, Ms. 39568
(228) 369-2070