D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee
RICHARD A. MARSHACK

FILED & ENTERED

SEP 07 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No: 8-23-bk-10571-SC<br><br>Chapter 11<br><br>ORDER GRANTING MOTION FOR ORDER AUTHORIZING PRODUCTION OF DOCUMENTS FROM AMERICAN EXPRESS NATIONAL BANK AS SUCCESSOR INSTITUTION TO AMERICAN EXPRESS CENTURION BANK AND AMERICAN EXPRESS BANK, FSB PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004<br><br>[NO HEARING REQUIRED]<br><br>Date of Production:<br>Date:     September 22, 2023<br>Time:     10:00 a.m.<br>Location: Marshack Hays LLP<br>              870 Roosevelt<br>              Irvine, CA 92620 |

The Court has read and considered the notice of motion and motion for order authorizing production of documents from American Express National Bank As Successor Institution to American Express Centurion Bank and American Express Bank, FSB ("Bank") pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Rule 2004-1 of the Local Bankruptcy Rules, filed by Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy

1

4887-5831-6646

Estate ("Estate") of The Litigation Practice Group P.C. ("Debtor"), on September 6, 2023, as Dk. No. 485 ("Motion") and has found good cause to grant the Motion.

IT IS ORDERED that:

1. The Motion is granted;

2. Bank shall produce all documents responsive to the categories of documents set forth in Exhibit "1" to the Motion no later than September 22, 2023, or at any other date and time as agreed upon in writing by Trustee and Bank;

3. Bank is to either (i) produce the original documents for inspection and copying at the law offices of Marshack Hays LLP, 870 Roosevelt, Irvine, CA 92620, (ii) mail copies of the documents to Marshack Hays LLP, 870 Roosevelt, Irvine, CA 92620 or (iii) e-mail said documents in pdf format to D. Edward Hays at ehays@marshackhays.com and Laila Masud at lmasud@marshackhays.com; and

4. Any agreement by the parties to continue any deadlines shall not terminate Bank's obligation to produce all documents responsive to the categories of documents set forth in the Motion.

###

Date: September 7, 2023

Scott C. Clarkson
United States Bankruptcy Judge

4862-1684-1854, v. 1

4887-5831-6646

2