Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
Yosina M. Lissebeck (State Bar No. 201654)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone:   619.400.0500
Facsimile:   619.400.0501
christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com

Special Counsel to Richard A. Marshack, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>    Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**SUPPLEMENTAL PROOF OF SERVICE OF:**<br><br>**NOTICE OF MOTION AND MOTION FOR SECOND ORDER REJECTING UNEXPIRED EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365  MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF  DECLARATION OF RICHARD A. MARSHACK**<br><br>**NOTICE OF HEARING ON MOTION FOR SECOND ORDER REJECTING UNEXPIRED EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365  MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date:    September 27, 2023<br>Time:    1:30 p.m. (Pacific Time)<br>Location: Courtroom 5C<br>         411 West Fourth Street<br>         Santa Ana, CA 92701 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:      655 W. Broadway, Suite 800, San Diego, California  92101

A true and correct copy of the foregoing document entitled:

**Notice of Motion and Motion for Second Order Rejecting Unexpired Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365; Memorandum of Points and Authorities in Support Thereof; Declaration of Richard A. Marshack**

**Notice of Hearing on Motion for Second Order Rejecting Unexpired Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365; Memorandum of Points and Authorities in Support Thereof**

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 7, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On September 7, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 7, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 7, 2023 | Caron Burke | /s/ Caron Burke |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August  2010    **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

   None

2. **SERVED BY UNITED STATES MAIL**:

   Four Pack Genesis
   12630 Blue Banyon Ct
   North Fort Myers, FL 33903

   Next Step Financial
   101 Fowler
   Irvine, CA 92602

   Vercy LLC
   17748 Sky Park Circle
   Irvine, CA 92614

   WCMD Services
   400 Clay St.
   Ashland, OR 97520

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August  2010* **F 9013-3.1.PROOF.SERVICE**