D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee
RICHARD A. MARSHACK

**FILED & ENTERED**

**SEP 15 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte      DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No: 8-23-bk-10571-SC<br><br>Chapter 11<br><br>ORDER APPROVING STIPULATION BETWEEN CHAPTER 11 TRUSTEE AND OHP-CDR, LP AND PURCHASECO80, LLC RE: USE OF SALES PROCEEDS TO PAY OPERATING EXPENSES<br><br>[STIPULATION – DK. NO. 502]<br><br>[NO HEARING REQUIRED] |

The Court has read and considered the Stipulation ("Stipulation") entered into by and between Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy Estate of The Litigation Practice Group P.C., on the one hand, and OHP-CDR, LP ("OHP") and PurchaseCo80, LLC ("PurchaseCo"), on the other hand (collectively Trustee, OHP, and PurchaseCo are referred to herein as the "Parties"), by their respective counsel of record, filed on September 14, 2023, as Dk. No. 502, and has found good cause to approve the Stipulation.

IT IS ORDERED:

1. The Stipulation is approved;

1

2. To the extent that any of the existing Sales Proceeds[1] constitute OHP's collateral or property in which PurchaseCo has an interest, OHP and PurchaseCo agree that Trustee may use up to $100,000 of the Sale Proceeds to renew the Policy; and

3. Except as specifically set forth in the Stipulation, the Parties reserve all other rights, claims and defenses.

###

Date: September 15, 2023

Scott C. Clarkson
United States Bankruptcy Judge

---

[1] Terms not defined herein are as defined in the Stipulation.

2