D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee
RICHARD A. MARSHACK

FILED & ENTERED

SEP 15 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

THE LITIGATION PRACTICE GROUP P.C.,

Debtor.

Case No: 8-23-bk-10571-SC

Chapter 11

ORDER APPROVING STIPULATION BETWEEN CHAPTER 11 TRUSTEE AND AZZURE CAPITAL LLC RE: USE OF SALES PROCEEDS TO PAY OPERATING EXPENSE

[STIPULATION – DK. NO. 501]

[NO HEARING REQUIRED]

The Court has read and considered the Stipulation ("Stipulation") entered into by and between Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy Estate of The Litigation Practice Group P.C., on the one hand, and Azzure Capital LLC ("Azzure"), on the other hand (collectively Trustee and Azzure are referred to herein as the "Parties"), by their respective counsel of record, filed on September 14, 2023, as Dk. No. 501, and has found good cause to approve the Stipulation.

IT IS ORDERED:

1.    The Stipulation is approved;

1

2. To the extent that any of the existing Sales Proceeds[1] constitute Azzure's collateral, Azzure agrees that Trustee may surcharge such collateral under 11 U.S.C. § 506(c) and use up to $100,000 to renew the Policy and that such payment is a reasonable, necessary cost and expense of preserving or disposing of its collateral. Specifically, maintaining malpractice coverage is beneficial to secured creditors in that it will maximize the sales proceeds and minimize the risks of additional claims against the estate; and

3. Except as specifically set forth in the Stipulation, the Parties reserve all other rights, claims and defenses.

###

Date: September 15, 2023

Scott C. Clarkson
United States Bankruptcy Judge

---

[1] Terms not defined herein are as defined in the Stipulation.

2