# "Withdrawal of Claim"

Case  8:23-bK-10571-SC

Claim  629

Filed  9-11-23

**FILED**
SEP 15 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Please withdrawal my claim Clam #629 Case 8:23-BK-10571-SC I made mistakes Filling out the Form online!
Once you withdraw my claim I can submit another claim online.

Thank you,
George Stathoulis

George Stathoulis
22736 Date Ave
Torrance, Ca. 90505

310-404-1819
g.stathoulis@aol.com