D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee
RICHARD A. MARSHACK

**FILED & ENTERED**

**SEP 15 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte       DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No: 8:23-bk-10571-SC<br><br>Chapter 11<br><br>ORDER APPROVING STIPULATION BETWEEN CHAPTER 11 TRUSTEE AND MNS FUNDING LLC RE: USE OF SALES PROCEEDS TO PAY OPERATING EXPENSES<br><br>[STIPULATION – DK. NO. 509]<br><br>[NO HEARING REQUIRED] |

The Court has considered the Stipulation ("Stipulation") filed on September 15, 2023, as Dk. No. 509 and has found good cause to approve the Stipulation.

IT IS ORDERED:

1. The Stipulation is approved.

Date: September 15, 2023

*Scott C. Clarkson*
Scott C. Clarkson
United States Bankruptcy Judge

1