United States Bankruptcy Court

Central District of California

In re:  Case No. 23-10571-SC

The Litigation Practice Group P.C.  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 5
Date Rcvd: Sep 15, 2023      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2023      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2023 at the address(es) listed below:

**Name**      **Email Address**

Aaron E. DE Leest
     on behalf of Interested Party Courtesy NEF adeleest@DanningGill.com  danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Alan Craig Hochheiser
     on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com  arodriguez@mauricewutscher.com

Alan I Nahmias
     on behalf of Interested Party Courtesy NEF anahmias@mbn.law  jdale@mbn.law

Andrew Still
     on behalf of Interested Party Courtesy NEF astill@swlaw.com  kcollins@swlaw.com

Andrew Still
     on behalf of Creditor Alteryx Inc. astill@swlaw.com, kcollins@swlaw.com

Case 8:23-bk-10571-SC    Doc 516    Filed 09/17/23    Entered 09/17/23 21:12:12    Desc
Imaged Certificate of Notice    Page 2 of 7

| District/off: 0973-8 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Sep 15, 2023 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Britteny Leyva | on behalf of Interested Party Revolv3 Inc. bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;ladocket@mayerbrown.com;KAWhite@mayerbrown.com |
| Byron Z Moldo | on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com amatsuoka@ecjlaw.com,dperez@ecjlaw.com |
| Christopher Celentino | on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com caron.burke@dinsmore.com |
| Christopher Celentino | on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com caron.burke@dinsmore.com |
| Christopher Ghio | on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com nicolette.murphy@dinsmore.com;karina.reyes@dinsmore.com;deamira.romo@dinsmore.com |
| Christopher Ghio | on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com nicolette.murphy@dinsmore.com;karina.reyes@dinsmore.com;deamira.romo@dinsmore.com |
| Christopher J Langley | on behalf of Interested Party Courtesy NEF chris@slclawoffice.com omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com |
| D Edward Hays | on behalf of Interested Party Courtesy NEF ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| D Edward Hays | on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| Daniel A Edelman | on behalf of Creditor Carolyn Beech dedelman@edcombs.com courtecl@edcombs.com |
| Daniel A Lev | on behalf of Interested Party Liberty Acquisitions Group Inc. daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| Daniel A Lev | on behalf of Interested Party Consumer Legal Group P.C. daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| Daniel A Lev | on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| Daniel A Lev | on behalf of Defendant Consumer Legal Group PC daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| Daniel A Lev | on behalf of Defendant LGS Holdco LLC daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| Daniel H Reiss | on behalf of Defendant Touzi Capital LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com |
| Daniel H Reiss | on behalf of Defendant Eng Taing dhr@lnbyg.com dhr@ecf.inforuptcy.com |
| David M Goodrich | on behalf of Interested Party Courtesy NEF dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David S Kupetz | on behalf of Defendant Marich Bein LLC David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com |
| David S Kupetz | on behalf of Interested Party Courtesy NEF David.Kupetz@lockelord.com mylene.ruiz@lockelord.com |
| Douglas A Plazak | on behalf of Defendant Greyson Law Center PC dplazak@rhlaw.com |
| Douglas A Plazak | on behalf of Defendant Scott James Eadie dplazak@rhlaw.com |
| Eric Bensamochan | on behalf of Creditor Oxford Knox LLC eric@eblawfirm.us, G63723@notify.cincompass.com |
| Eric Bensamochan | on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us G63723@notify.cincompass.com |
| Eric Bensamochan | |

| District/off: 0973-8 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Sep 15, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Eric Bensamochan
    on behalf of Interested Party Courtesy NEF eric@eblawfirm.us G63723@notify.cincompass.com

    on behalf of Creditor Affirma LLC eric@eblawfirm.us, G63723@notify.cincompass.com

Eric D Goldberg
    on behalf of Defendant Stripe Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Garrick A Hollander
    on behalf of Creditor MC DVI Fund 1 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
    on behalf of Creditor Debt Validation Fund II LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
    on behalf of Creditor MC DVI Fund 2 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Gregory M Salvato
    on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
    on behalf of Creditor Mari Agape gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Howard Steinberg
    on behalf of Defendant BankUnited N.A. steinbergh@gtlaw.com, pearsallt@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Ira David Kharasch
    on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com

Jeffrey I Golden
    on behalf of Creditor Affirma LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
    on behalf of Creditor Anaheim Ducks Hockey Club LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
    on behalf of Interested Party Courtesy NEF jgolden@go2.law kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
    on behalf of Creditor Anaheim Arena Management LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
    on behalf of Creditor Oxford Knox LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jenny L Doling
    on behalf of Interested Party National Consumer Bankruptcy Rights Center jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling
    on behalf of Interested Party INTERESTED PARTY jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling
    on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Johnny White
    on behalf of Creditor Debt Relief Group LLC JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White
    on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com jlee@wrslawyers.com

Jonathan Serrano
    on behalf of Trustee Richard A Marshack (TR) jonathan.serrano@dinsmore.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 4 of 5 |
| Date Rcvd: Sep 15, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Jonathan Serrano
    on behalf of Plaintiff Richard A. Marshack jonathan.serrano@dinsmore.com

Joon M Khang
    on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com

Kathleen P March
    on behalf of Defendant Jayde Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
    on behalf of Defendant Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Keith C Owens
    on behalf of Creditor Committee Committee of Unsecured Creditors kowens@foxrothschild.com khoang@foxrothschild.com

Kenneth Misken
    on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

Laila Masud
    on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud
    on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud
    on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud
    on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Leslie Skorheim
    on behalf of U.S. Trustee United States Trustee (SA) leslie.skorheim@usdoj.gov

Leslie A Cohen
    on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Meredith King
    on behalf of Interested Party Courtesy NEF mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law

Meredith King
    on behalf of Defendant Gallant Law Group mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law

Michael D Lieberman
    on behalf of Creditor Phillip A. Greenblatt PLLC mlieberman@lipsonneilson.com

Mitchell B Ludwig
    on behalf of Creditor Fundura Capital Group mbl@kpclegal.com kad@kpclegal.com

Nicholas A Koffroth
    on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com khoang@foxrothschild.com

Olivia Scott
    on behalf of Creditor Hi Bar Capital LLC olivia.scott3@bclplaw.com

Olivia Scott
    on behalf of Creditor Azzure Capital LLC olivia.scott3@bclplaw.com

Paul R Shankman
    on behalf of Creditor United Partnerships LLC PShankman@fortislaw.com, info@fortislaw.com

Paul R Shankman
    on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com info@fortislaw.com

Peter W Bowie
    on behalf of Trustee Richard A Marshack (TR) peter.bowie@dinsmore.com caron.burke@dinsmore.com

Queenie K Ng
    on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Randall Baldwin Clark
    on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com

Razmig Izakelian
    on behalf of Plaintiff OHP-CDR LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
    on behalf of Plaintiff PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian
    on behalf of Creditor OHP-CDR LP razmigizakelian@quinnemanuel.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 5 of 5 |
| Date Rcvd: Sep 15, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Richard A Marshack (TR)
    pkraus@marshackhays.com  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Richard H Golubow
    on behalf of Creditor Debt Validation Fund II  LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Creditor MC DVI Fund 1  LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Creditor MC DVI Fund 2  LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Ronald K Brown
    on behalf of Creditor SDCO Tustin Executive Center  Inc. ron@rkbrownlaw.com

Ronald N Richards
    on behalf of Defendant Consumer Legal Group  PC ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Ronald N Richards
    on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com  7206828420@filings.docketbird.com

Sharon Z. Weiss
    on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Sharon Z. Weiss
    on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Shawn M Christianson
    on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com  schristianson@buchalter.com

Teri T Pham
    on behalf of Attorney Teri Pham tpham@epgrlawyers.com  ttpassistant@epglawyers.com;dle@epglawyers.com

Teri T Pham
    on behalf of Defendant Daniel S. March tpham@epgrlawyers.com  ttpassistant@epglawyers.com;dle@epglawyers.com

Teri T Pham
    on behalf of Defendant Tony Diab tpham@epgrlawyers.com  ttpassistant@epglawyers.com;dle@epglawyers.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

Victoria Newmark
    on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com

Yosina M Lissebeck
    on behalf of Plaintiff Richard A. Marshack yosina.lissebeck@dinsmore.com  caron.burke@dinsmore.com

Yosina M Lissebeck
    on behalf of Trustee Richard A Marshack (TR) yosina.lissebeck@dinsmore.com  caron.burke@dinsmore.com

Zev Shechtman
    on behalf of Interested Party Danning Gill Israel & Krasnoff LLP zs@DanningGill.com danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman
    on behalf of Interested Party Morning Law Group  P.C. zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

TOTAL: 97

D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee
RICHARD A. MARSHACK

**FILED & ENTERED**

**SEP 15 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No: 8-23-bk-10571-SC<br><br>Chapter 11<br><br>ORDER APPROVING STIPULATION BETWEEN CHAPTER 11 TRUSTEE AND AZZURE CAPITAL LLC RE: USE OF SALES PROCEEDS TO PAY OPERATING EXPENSE<br><br>[STIPULATION – DK. NO. 501]<br><br>[NO HEARING REQUIRED] |

The Court has read and considered the Stipulation ("Stipulation") entered into by and between Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy Estate of The Litigation Practice Group P.C., on the one hand, and Azzure Capital LLC ("Azzure"), on the other hand (collectively Trustee and Azzure are referred to herein as the "Parties"), by their respective counsel of record, filed on September 14, 2023, as Dk. No. 501, and has found good cause to approve the Stipulation.

IT IS ORDERED:

1. The Stipulation is approved;

1

2. To the extent that any of the existing Sales Proceeds[1] constitute Azzure's collateral, Azzure agrees that Trustee may surcharge such collateral under 11 U.S.C. § 506(c) and use up to $100,000 to renew the Policy and that such payment is a reasonable, necessary cost and expense of preserving or disposing of its collateral. Specifically, maintaining malpractice coverage is beneficial to secured creditors in that it will maximize the sales proceeds and minimize the risks of additional claims against the estate; and

3. Except as specifically set forth in the Stipulation, the Parties reserve all other rights, claims and defenses.

###

Date: September 15, 2023

Scott C. Clarkson
United States Bankruptcy Judge

---

[1] Terms not defined herein are as defined in the Stipulation.

2