

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER 11.00

APPEAL? ☐ Yes ☐ No

(File this form on the related case docket)

APPEAL No. _____
(if known)

Ordering Party's Name: **Razmig Izakelian**   Attorney Bar# **292137**

Law Firm: **Quinn Emanuel Urquhart & Sullivan LLP**

Mailing Address: **865 S. Figueroa Street, 10th Floor, Los Angeles, CA 90017**

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***): _____

Telephone: (**213**) **443-3668**   E-mail: **razmigizakelian@quinnemanuel.com**

Bankruptcy Case #: **23-10571**   Adversary Proceeding #/MP #: _____

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): **9/13/2023**   Time: **1:30 p.m.**

Debtor: **The Litigation Practice Group P.C.**

Adversary Proceeding Name: _____ vs. _____

Hearing Judge: **S. Clarkson**   Courtroom #: **SA 5C**

TRANSCRIBER: **Ben Hyatt**   ALTERNATE: **Briggs Reporting**

(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**

**NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

- ☐ Ordinary (30 days)
- ☒ 14 Days
- ☐ 7 Days
- ☐ 3 Days
- ☐ Daily (24 hours)
- ☒ Entire Hearing
- ☐ Ruling/Opinion of Judge only
- ☐ Testimony of Witness _____ (name of witness)
- ☐ Other*

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐ FDS ☐ Mail ☐ Messenger

Digital Recording (or Analog Tape Recording)

(Tape #:____)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

(Tape #:____)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

Court Recorder: _____ Division: _____ Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote *prior* to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*