1 | Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
2 | Yosina M. Lissebeck (State Bar No. 201654)
DINSMORE & SHOHL LLP
3 | 655 West Broadway, Suite 800
San Diego, CA 92101
4 | Telephone:  619.400.0500
Facsimile:  619.400.0501
5 | christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com
6 | yosina.lissebeck@dinsmore.com

**FILED & ENTERED**

**SEP 19 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

7 | Special Counsel to Richard A. Marshack, Chapter 11 Trustee

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Chapter 11 |
| Debtor. | **ORDER GRANTING FIRST MOTION REJECTING UNEXPIRED EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. § 365** |
| | Date:        September 14, 2023 |
| | Time:        11:00 p.m. (Pacific Time) |
| | Location:   Courtroom 5C |
| |             411 West Fourth Street |
| |             Santa Ana, CA 92701 |

On September 14, 2023, the Court held a hearing on the motion ("Motion") [Dkt. No. 417] of Richard A. Marshack, the Chapter 11 Trustee (the "Trustee"), for First Order Rejecting Unexpired Executory Contracts Pursuant to 11 U.S.C. §365 in which the Trustee sought approval to reject the executory contracts listed on Exhibit A to the Declaration of the Trustee filed in support of the Motion, effective as of March 20, 2023.

Having considered the Motion, and the docket as a whole, and finding good cause, hereby GRANTS the Motion.

**IT IS SO ORDERED.**

### ###

Date: September 19, 2023

Scott C. Clarkson
United States Bankruptcy Judge