Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
Yosina M. Lissebeck (State Bar No. 201654)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone:    619.400.0500
Facsimile:    619.400.0501
christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com

Special Counsel to Richard A. Marshack, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>　　　　Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**DECLARATION OF YOSINA M. LISSEBECK REGARDING SERVICE OF NOTICE OF MOTION AND MOTION FOR SECOND ORDER REJECTING UNEXPIRED EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365**<br><br>Date:　　　September 27, 2023<br>Time:　　　1:30 a.m. (Pacific Time)<br>Location:　Courtroom 5C[1]<br>　　　　　411 West Fourth Street<br>　　　　　Santa Ana, CA 92701 |

I, Yosina M. Lissebeck, declare:

　　　　1.　　　I am an attorney with Dinsmore & Shohl LLP, Special Counsel to the Chapter 11

Trustee, Richard M. Marshack (the "Trustee") of the bankruptcy estate (the "Estate") of the

---

[1] Video and audio connection information for each hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC.

Debtor. As such, except as expressly stated otherwise, I have personal knowledge of the facts set forth below and could and would competently testify under oath thereto if requested to do so.

2.      I submit this Declaration in support of the *Notice and Motion for Second Order Authorizing Debtor to Reject Contracts Pursuant to 11 U.S.C. § 365(a)* (the "Motion"). Capitalized terms not otherwise defined herein have the same meanings ascribed to them in the Motion.

3.      On September 6, 2023, my office caused to be filed and served the Motion by way of email and U.S. Mail on entities whose contracts the Estate wishes to reject. Unfortunately, some of the parties contact information that was provided to the Estate was not correct, and emails were returned.  Thus the following parties on the original Exhibit A to the Motion did not get served:

> 1st Choice Solutions
> Achme Inc.
> Acufi
> Acufi Finance
> Benefit 1st Financial
> Debt Ready
> Debt Relief Consultants
> Epicc Global Solutions
> EZ Debt Relief Inc.
> Investake Houston LLC
> JumpStart Financial, LLC
> Master Contact Centre, Ltd
> Mentor Financial
> Modern Debt Solution 2
> Modern Debt Solution LLC
> Modern Debt Solution LLC 2
> Next Gen Financial Services
> Painte Marketing
> Pathways Financial
> RedWood Processing
> Retirement Benefits Specialist
> Step by Step Capital
> Validation LLC
> VP Versatile Consultants LLC

4.      Accordingly, the Trustee will not be rejecting those contracts at this time and will attempt to find current contact information for those parties and request rejection of those in a future motion to reject.

5.      Thus, attached hereto as Exhibit A is the correct list of parties whose contracts will be rejected pursuant to the Motion. These parties were served and no objections were filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  September 21, 2023                    _/s/ Yosina M. Lissebeck_____
                                             Yosina M. Lissebeck

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "A"**

**LPG – EXHIBIT A – REJECTED CONTRACTS (and Notice for second motion)**

1800MYMONEY
kurt@oneloanplace.com
dave@oneloanplace.com

1st Choice Financial, LLC
2305 Historic Decatur Rd,
Ste 195
San Diego, CA 92103
nick.avila@uniteddebtrelief.com

~~1st Choice Solutions~~
~~jkashou@1stchoicehcs.net~~

1st US Financials
abigail@1stfinancialprep.com
gb.group@yahoo.com

40One 10 - ASF Partner
40one10@gmail.com

A Solution
Jason@ghiprogram.com

A Solution 2/ A Solution 3
Jason@ghiprogram.com

A Solution Debt Relief
17542 E 17th Street, Ste 100
Tustin, CA 92780
Jason@ghiprogram.com

A Solution Debt Relief 3
203 N Golden Circle Dr., Unit 200
Santa Ana, CA 92705
Jason@ghiprogram.com

A to Z Debt Solutions LLC
atozdebtsolutionsllc@gmail.com

ABC-Center, Inc.
ela@americanbestcredit.com

ACB Holdings, LP
adamblum@aol.com
kevin.yu93@gmail.com

ACE Tech Ops
9744 Wilshire Blvd
Beverly Hills, CA 90212
Admin@resolvo.io
anthony@easyfinance.ai

~~Achme Inc.~~
~~121 N Clark Dr #4~~
~~Beverly Hills, CA 90211 0~~
~~Acufi~~
~~accounting@acufi.com~~

~~Acufi Finance~~
~~accounting@acufi.com~~

Advantage 1st Financial
1712 Pioneer Ave, Suite 1835
Cheyenne, WY 82001
josh@adv1st.com

Advantage 1st Financial
53 Courant
Irvine, CA 92618
josh@adv1st.com

Advocate Debt Relief
josh@advocatedebtrelief.com

Afortus, LLC
ryan.jacobs@afortus.com
jesse.woodcox@afortus.com

AH Wentworth LLC
dhatton@hattonlaw.com

Alliance Advisors Group LLC
victor.vickery88@gmail.com

American Debt Enders LLC
33 Deepdale Dr
Middletown, NJ 07748
john@americandebtenders.com
chris@americandebtenders.com
fisureman@gmail.com

Americas Choice
lauraf@americaschoiceldr.com

Americas First Financial
1712 Pioneer Ave, Ste 500
Cheyenne, WY 82001
TODD@AMERICASFIRSTFIN.COM
j.preston@americasfirstfinancial.com

Anupam Technologies
anupam.satyasheel@occamsadvisory.com

Apex Marketing Group LLC
18 Sycamore Canyon Rd
Trabuco Canyon, CA 92679
patrickgrom@gmail.com

Apex Marketing Group – 2
Chris@evergreen-debt.com

ARC Alphonetics Call Center
rcubing01@arcalphonetics.com

**LPG – EXHIBIT A – REJECTED CONTRACTS (and Notice for second motion)**

ARI Partners, LLC
jehrl23@gmail.com

ASF - Ryan McKenna
ryan@mckennacapital.com

ASF Partner - Roll
Investment Group
jroll@rollinvestments.com

Atlas Financial
Consultants LLC
jon@afslc.us

Attorney Referral Services
thereallead@yahoo.com

Attorney Referral Services
2
thereallead@yahoo.com

Attorney Referral Services
3
thereallead@yahoo.com

AXX Financial
justinspencerlong@gmail.com

Back9 Venture Group LLC
back9venturegroupllc@gmail.com

BC Consulting Group
paralegalassistancecenter@gmail.com

Benefit 1st Financial
josh@benefit1st.com
Tyson@benefit1st.com

Bonus Financial
3991 MacArthur Blvd,
Suite 300
Newport Beach, CA 92660
Jordan@bonusfinancialgroup.com
patrick@bonusfinancialgroup.com

BrandStar Connect
jfelter@brandstar.com
bhall@brandstar.com

BRDD
12618 W State Ct
Glendale, AZ 85307
dbw052@gmail.com
blainscribner68@gmail.com
april.monique2017@gmail.com

BRDD
30 N Gould St, #4260
Sheridan, WY 82801
dbw052@gmail.com
blainscribner68@gmail.com
april.monique2017@gmail.com

Cactus Credit LLC
David@cactuscredit.com

CallBlade Inc.
Alex@callblademarketing.com
adam.awany@callblade.com

Century Relief, LLC
bshargel@gmail.com

Citizens Disability LLC
tbregoli@citizensdisability.com
jhensel@citizensdisability.com

Clear Vision Financial
LLC
d/b/a Liberty 1 Financial
1712 Pioneer Ave, Ste 500
Cheyenne, WY 82001
J.PRESTON@LIBERTY1FIN.COM
TODD@LIBERTY1FIN.COM

CMA Financial, LLC
mikeashabi@ashabiventures.com

Coast To Coast Marketing
Services
adelahomes@gmail.com
robertmarquez01@gmail.com

Collaboration Advisors
ryan@lpglaw.com

Connected LLC
5816 S 238th Ct, D5
Kent, WA 98032

Consumer Resource
Services
jlboylan760@gmail.com

Conversion Kings
fwood@conversionkingsleads.com

Core Resource Group
brian@tripointalliance.com

**LPG – EXHIBIT A – REJECTED CONTRACTS (and Notice for second motion)**

Countdown Capital
corey@malika.io

Countdown Capital Inc.
corey@malika.io

CRI Systems Inc
eddie@criresources.com
accounting@crisysinc.com
kelly@criresources.com

CS Financial Associates
9920 Pacific Heights Blvd
San Diego, CA 92121

DC Capital Solutions
2550 W Union Hills Dr,
Ste 350
Phoenix, AZ 85027

Debt Advisors
admin@debtadvisorshelp.com

Debt Advisors US LLC
12618 W State Ct
Glendale, AZ 85307
admin@debtadvisorshelp.com

Debt Dissolution
admin@debtdissolution.com

Debt Enrollment
anupam@anupamtechnologies.net
smita@anupamtechnologies.net

Debt Mediators
5950 Hazeltine National
Dr, Suite 615
Orlando, FL 32837
afrancisco@debtmedus.com
kwagner@debtmedus.com

Debt Pay Pro
1900 E. Golf , Suite 550
Schaumburg, IL 60173
m.mcknight@setforth.com

~~Debt Ready~~
~~Manjinder@msmleads.com~~

~~Debt Relief Consultants~~
~~ceo@yourdebtreliefconsultants.com~~
~~Emilee@yourdebtreliefconsultants.com~~

Debt Relief Group LLC
1800 Old Okeechobee Rd,
Suite 200
West Palm Beach, FL
33409
jritter@debtrg.com

Debt Resolution Direct
matt@contactdaa.com
krista@contactdaa.com

Debt Resolution
Enrollment
sales@nasmedicalcorp.com
aheathh@gmail.com

Debt Validation Clearing
josh.walker@thescoutcapitalgroup.com
ivan@morningfinancial.com

DebtReso
art@debtreso.com

DebtReso Company
art@debtreso.com

Devoted Group LLC
kevinmdevo@yahoo.com

Direct Account
Management
jlboylan760@gmail.com

DOD Debt Relief LLC
norm@angelsofdebt.com

DTH LLC
monkeymindai@gmail.com

ECE Financial, LLC
27599 Riverview Center
Blvd, #201B
Bonita Springs, FL 36134
Josh@ecefinancial.com

Elite Financial Consulting,
Inc.
1968 S Coast Hwy #1670
Laguna Beach, CA 92651
chris@evergreen-debt.com

Elite Legal
1530 Faraday Ave
Carlsbad, CA 92008
thom@elitelegalpractice.com

~~Epicc Global Solutions~~
~~ryan@eoiccglobal.com~~

Exela Enterprise Solutions
2701 E. Grauwyler Road
Irving, TX 75061
Ann.Kay@exelaonline.com

**LPG – EXHIBIT A – REJECTED CONTRACTS (and Notice for second motion)**

Express Enrollment LLC
mmanzi0813@gmail.com

EZ Debt Relief Inc.
admin@ezdebt.org

FHC Inc.
Amerlin37@gmail.com
grouettemelanie@gmail.com
fhclpg2@gmail.com

Fidelity Debt Relief
26895 Aliso Creek Road
Aliso Viejo, CA 92656
wade@unifiplus.com
wendyt@unifiplus.com
dan@fprscorp.com

Forth Technology
1900 E. Golf , Suite 550
Schaumburg, IL 60173
m.mcknight@setforth.com

Forward Financing LLC
53 State Street, 20th Floor
Boston, MA 02109

Four Pack Genesis
jessica.cantrell@freshstartlegals.com

Four Pack Genesis LLC
12630 Blue Banyon Ct
North Fort Myers, FL 33903
jessica.cantrell@freshstartlegals.com

FPRS Corp
dan@fprscorp.com
kai@fprscorp.com

Freedom Enrollment
Brian@freedomea.com

Fresh Start Legals
aniko@freshstartlegals.com

FTL 500 Corp.
290 NW 165th St, Suite M-400
Miami, FL 33169
mary@agspropertiescorp.com

Funding Metrics, LLC
d/b/a Lendini
3220 Tillman Drive, Suite 200
Bensalem, PA 19020

Funding Solutions
Jim@PlatinumCapitalConsulting.com

Gateway MGT Solutions Corp.
jerome.bustamante78@gmail.com

GGCC
ggccconsult@gmail.com

Global Document Express, LLC
GDXDirect@gmail.com

Gofi Finance/ Gofi LLC
nick@gofi.com

Golden Financial Services
pjpaquin1@gmail.com
Paul@GoldenFs.org

Green River Financial
greenriverdebtrelief@gmail.com
peter.a.lemus@gmail.com

Happy Debt Relief LLC
jeremiah@happydebtrelief.com

Herret Credit Consultants LLC
1946 N Sunset Mesa Loop
Washington, UT 84780
herretcreditconsultants@yahoo.com

Herret Credit Consultants – Kyle
herretcreditconsultants@yahoo.com

Herret Consultants
herretcreditconsultants@yahoo.com

Higher Media Solutions
infinitesolutionsllcsr@gmail.com

Hood Marketing
1968 S. Coast Hwy, Suite 2675
Laguna Beach, CA 92651
chris@evergreen-debt.com

Hope Credit/ Hope Credit Solutions
Carey@hopecredit.net

iMerge, LLC
701 Palomar Airport Rd #300
Carlsbad, CA 92011
Zach@imergefinancial.com

**LPG – EXHIBIT A – REJECTED CONTRACTS (and Notice for second motion)**

Innovation Group
Marketing
Sal@innovationgroupmarketing.com
mike@innovationgroupmarketing.com

Inprocesso LLC
1274 Interquest Pkwy, Ste 100
Colorado Springs, CO 80921
chelsey@inprocesso.com

Instinctive Edge, LLC
5030 Champion Blvd, Ste G11-119
Boca Raton, FL 33496
lthompson@instinctiveedge.com
grispler@gmail.com

Integrity Docs -2
4561 SW 34th St
Orlando, FL 32811
Richard@dflnow.com
Scott@dflnow.com

Intermarketing Media LLC
8961 Research Drive #200
Irvine, CA 92618
kimmer@uscreditbureau.com
Meshelle@uscreditbureau.com

~~Investake Houston LLC~~
~~g.cruz@trustlineservices.com~~

J&A Debt Solutions
jandadebtsolutions@gmail.com

JG Holdings
josh@adv1st.com

JGW Solutions, LLC
60 Palatine, Apt. 215
Irvine, CA 92612
jon@afslc.us

JOCO Enterprises
295 Palmas Innway, Suite 104
PMB163 Humacao Puerto Rico 00791
john@usadebtrelieftoday.com

JOCO Enterprises LLC
2420 Ave Albizu Campos
PMB280 Rincon, PR 00677
john@usadebtrelieftoday.com

~~JumpStart Financial LLC~~
~~andrewk@jump-startfinancial.com~~

King Consulting Group LLC
mrcoltonking@gmail.com

LeadLeaders Media
Van der Takstraat 8
Rotterdam, Zuid-Holland 3071LL
darryl@responseconcepts.com
jiri@responseconcepts.com

LeadLeaders Media B.V.
Van der Takstraat 8
Rotterdam, Zuid-Holland 3071LL
darryl@responseconcepts.com
jiri@responseconcepts.com

Leap Forward Financial
Brian@freedomea.com

Leucadia Enterprises Inc.
DBA First Step Debt Resolution
jmalik@firststepdebtresolution.com

Lexicon Consulting LLC
lexiconconsulting21@gmail.com

LHH RS
c/o Steven Rebidas
4800 Deerwood Campus Parkway, BLD 800
Jacksonville, FL 32246
steven.rebidas@adeccogroup.com

Liamia Group, Inc.
nathan@liamiagroupinc.com

Liberty 1 Financial
j.preston@liberty1fin.com
todd@liberty1fin.com

Liberty Mutual Insurance
aka Mutual Fire Insurance
100 Liberty Way
Dover, NH 03820

Lifeline Debt Relief
tjhedh1111@gmail.com

**LPG – EXHIBIT A – REJECTED CONTRACTS (and Notice for second motion)**

Litigation Practice Center
troyc@litigationpc.com

Litigation Practice Center - 2
troyc@litigationpc.com

Luna Base Studios LLC
fava.chris@gmail.com

Marich Bein LLC
hd@marichbein.com
israel@marichbein.com

Manifest One Marketing
kluna@manifestonemarketing.com
bamezcua@manifestonemarketing.com

~~Master Contact Centre, Ltd.~~
~~kamran@debtenrollteam.com~~
~~cameron@debtenrollteam.com~~

MDL Group c/o Executive Center LLC
5960 South Jones Boulevard
Las Vegas, NV 89118
bdensmore@mdlgroup.com

~~Mentor Financial~~
~~Anthony@mentorfinancial.net~~

Merit Credit Group LLC
info@meritcreditgroup.com

Miami Moves On
sariji@gmail.com

Milestone Consulting Services Inc.
80 SW 8th St
Miami, FL 33130
Brian@milestone-cs.com

Millenium Financial, LLC
17585-A Harvard Ave
Irvine, CA 92614
Joshuaeballard@gmail.com

~~Modern Debt Solution 2~~
~~info@moderndebtsolution.com~~

~~Modern Debt Solutions LLC~~
~~info@moderndebtsolution.com~~
~~jkashou@1stchoicehes.net~~

~~Modern Debt Solution LLC 2~~
~~info@moderndebtsolution.com~~

Morning Financial
info@morningfinancial.com
gary@morningfinancial.com
darius.newbold@morningfinancial.com

Mpower
jfarias@mpoweringamerica.com
nshaw@mpoweringamerica.com

MR Leads Group LLC
3201 Griffin Rd, Unit 204
Fort Lauderdale, FL 33312
shamrockdebt22@gmail.com

MRD Marketing LLC
6863 Friars Rd, Ste 101
San Diego, CA 92108
matt@contactdaa.com

Multi Credit Solutions
5379 Lyons Rd #788
Coconut Creek, FL 33073
info@multicreditsolutions.com

National Debt Relief
gmcarrillo05@gmail.com

National Debt Relief Services
dantheloanfundrr@yahoo.com

Nations Debt Solutions
2 Enterprise, 2105
Aliso Viejo, CA 92656

Nest Egg Financial, LLC
55 W Church St, Ste. 504
Orlando, FL 32801
max@nesteggfinancial.net

NetSuite
c/o Shawn M. Christianson, Esq.
Buchalter
425 Market Street, Suite 2900
San Francisco, CA 94105
SCHRISTIANSON@Buchalter.com

**LPG – EXHIBIT A – REJECTED CONTRACTS (and Notice for second motion)**

New Horizon Finance LLC
8101 Biscayne Blvd, #506
Miami, FL 33138
gregcurtis619@gmail.com
cw.newhorizon@gmail.com

New Horizon Financial
8101 Biscayne Blvd, #506
Miami, FL 33138
gregcurtis619@gmail.com
cw.newhorizon@gmail.com

New Vision Capital Group,
LLC
3857 Birch St #25
Newport Beach, CA 92660
Accounting@newvisiondebt.com

New Vision 6
accounting@newvisiondebt.com

New Vision Debt Relief
accounting@newvisiondebt.com
matty@newvisiondebt.com

New Vision Debt Relief - 2
Accounting@newvisiondebt.com
matty@newvisiondebtrelief.com

Next Gen Financial
Services
john@studentloandirect1.com

Next Step Financial
101 Fowler

Irvine, CA 92602
jerry.yirenkyi@nextstepfinancial.org
NextStep Financial Debt
Settlement LLC
jerry.b.yirenkyi@gmail.com

NOREAO
kmckay@mypcf.com

NSFMA3
jerry.yirenkyi@nextstepfinancial.org
jerry.b.yirenkyi@gmail.com

NV 3
Accounting@newvisiondebt.com

NV4/ New Vision Capital
Group, LLC
Accounting@newvisiondebt.com

Oceans Capital
brandon@oceanscapgroup.com

OHA Management LLC
gabe.mccarthy@gmail.com

OneTem
OneTen.com@gmail.com

OneTen Communications
OneTen.com@gmail.com

Oracle
c/o Shawn M.
Christianson, Esq.
Buchalter

425 Market Street, Suite
2900
San Francisco, CA 94105
SCHRISTIANSON@Buchalter.com

Outsource Accelerator
Limited
c/o Paul R. Shankman,
Esq.-Fortis LLP
650 Town Center Drive,
Suite 1530
Costa Mesa, CA 92626
pshankman@fortislaw.com

Painte Marketing
jimmy@lpglaw.com

Paragon Financial Corp
compliance@consumercreditcardrelief.com

Paralegal Assistance
Center
paralegalassistancecenter@gmail.com

Paralegal Assistance
Center 2
paralegalassistancecenter@gmail.com

Pathways Financial
tyson@pathwaysfin.com

Peachtree Debt Relief
1551 N Tustin Ave
Santa Ana, CA 92705
accounting@Peachtreedebtrelief.com

**LPG – EXHIBIT A – REJECTED CONTRACTS (and Notice for second motion)**

Perfect Financial LLC
PO Box 990
Las Vegas, NV 89125
TODD@AMERICASFIRSTFIN.COM
j.preston@americasfirstfinancial.com

Pharmacy Sales and Marketing
Artgeiss@gmail.com

Phoenix Debt Pros, Inc.
8 The Grn, Ste 14056
Dover, DE 19901
admin@phoenixdebtpros.com

Pitney Bowes
27 Waterview Drive, 3rd Floor
Shelton, CT 06484

Platinum Capital Consulting LLC
1835 Newport Blvd, A109 #156
Costa Mesa, CA 92627
jim@platinumcapitalconsulting.com

Point Break
thom@pointbreakholdings.com
dave@pointbreakholdings.com

Point Break Holdings LLC
thom@pointbreakholdings.com
dave@pointbreakholdings.com

Powerhouse Marketing Group LLC
powerhousemarketinggroup1@gmail.com

Prime One Doc Prep
11562 Hanna Cir
Garden Grove, CA 92840

Priority Plus Financial
dthomas@priorityplusfunding.com

Privy Enterprises Inc.
venturecapital365@gmail.com
kwheelans@shorelinefin.com

Professional Debt Solutions LLC
professionaldebtsolutionsllc@gmail.com
ProofPositive LLC
30 N Gould St, Ste R
Sheridan, WY 82801
monkeymindai@gmail.com

Puridy Financial Inc.
jeff@puridyfinance.com
james@puridyfinance.com

Radius Debt Pros
melissamiley@aol.com
gperez@radiusdebtpros.com
umesh@radiusdebtpros.com
dduenas@radiusdebtpros.com
rfallon@radiusdebtpros.com
aplacencia@radiusdebtpros.com
jmendiola@radiusdebtpros.com
plopez@radiusdebtpros.com
rfitzgerald@radiusdebtpros.com
jsalazar@radiusdebtpros.com
mmeyers@radiusdebtpros.com

coke@radiusdebtpros.com
qc@radiusdebtpros.com
jayrongamble@gmail.com
gterrazas@radiusdebtpros.com
mcarter@radiusdebtpros.com
imohamed@radiusdebtpros.com
izelada@radiusdebtpros.com
omontellano@radiusdebtpros.com
imohamed@radiusdebtpros.com
mikebarrios949@gmail.com
kdiaz@radiusdebtpros.com
wsmall@radiusdebtpros.com
gpastrana@radiusdebtpros.com
herrerabryant10@gmail.com
dlee@radiusdebtpros.com
asanchez@radiusdebtpros.com
rcalvillo@radiusfinancialsolutions.com
btempleman@radiusdebtpros.com
jreiber@radiusdebtpros.com
spalmer@radiusdebtpros.com
earanda@radiusdebtpros.com
jpuente@radiusdebtpros.com

Radius Financial
mikebarrios949@gmail.com

Radius Financial Solutions
info@radiusfinancialsolutions.com

RCircle Private Limited
msolution1120@gmail.com

Reale Family Irrevocable Trust
Brian@freedomea.com

Recovery Law Group
bharris@recoverylawgroup.com

**LPG – EXHIBIT A – REJECTED CONTRACTS (and Notice for second motion)**

RedWood Processing
admin@redwoodprocessin
g.com

Reliance Assistance Group
yuriyd@my-reliance.com

Reliance Assistance Group
Inc.
yuriyd@my-reliance.com
Reliant Solutions
mtdeakins@gmail.com
Matthew@reliantsolutions.
us

Retail Is Us – 2
zaki.riu.08@gmail.com
nir@leadbuyerhub.com

Retail is Us LLC
11020 Desert Dove
Las Vegas, NV 89144
zaki.riu.08@gmail.com
nir@leadbuyerhub.com

Retirement Association
LLC
lburbank@uniret.com
takota@uniret.com

Retirement Benefits
Specialist
christi@retirementbenefits
peacialist.com

Reveal Studio - ASF
Partner
ann.corcoran@revealstudio
.com
ivan@morningfinancial.co
m

River Tree, LLC
c/o Mays Johnson Law
Firm
21 Battery Park Ave., Suite
201
Asheville, NC 28801
rmays@maysjohnsonlaw.c
om

RRDT Ventures LLC
Tdrrm20@gmail.com

Sabia Financial, Inc.
444 N Michigan Ave,
Suite 1200
Chicago, IL 60611
trey.barnhart@sabiafi.com
Chad.Rothrock@sabiafi.co
m

Safestone Financial
nicole.villar@mysafestone.
com
SellX
deanglas1@gmail.com

Sharp
c/o David N. Crapo, Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ 07102
dcrapo@gibbonslaw.com

Signature One Financial,
LLC
2641 Hammer Ave, Suite
209
Norco, CA 92860

Smarter Debts, LLC
238 Ambroise
Newport Coast, CA 92657
jpilchman@live.com

Solutions by Summit
arthur@solutionsbysummit
.com

Step by Step Capital
kiwi@stepbystepcapital.co
m

Summit Asset
Management - ASF
Partner
dave@therealassetinvestor.
com

Summit Marketing
Solutions Inc.
17682 Beach Blvd, Suite
202
Huntington Beach, CA
92647
Elizabeth@solutionsbysum
mit.com
arthur@solutionsbysummit
.com

Supreme Advocates Inc.
bianca@lpglaw.com

Sye Giovani
bianca@lpglaw.com

Telecommunications
International
calidadti2021@gmail.com
jorge.sunlite1987@gmail.c
om

Teracel LLC
teraceladm@gmail.com

TKH Consulting Inc.
1946 N Sunset Mesa Loop
Washington, UT 84780
herretcreditconsultants@ya
hoo.com

**LPG – EXHIBIT A – REJECTED CONTRACTS (and Notice for second motion)**

Total Debt Eliminators
Greenwood12511@gmail.com
Admin@totaldebteliminators.com

True Alliance Pros
missfittssmanagement@gmail.com

Tux, LLC
info@coastcreditrestoration.com

Unifi LLC
26895 Aliso Creek Road
Aliso Viejo, CA 92656
wade@unifiplus.com
wendyt@unifiplus.com
dan@fprscorp.com

Unified Consulting Firm
dynamiqhowie@gmail.com
compliance@unifiedconsultingfirm.com

Unified Consulting Firm LLC
18012 Cowan, Suite 200
Irvine, CA 92614
dynamiqhowie@gmail.com
compliance@unifiedconsultingfirm.com

Unified Global Research Group Inc.
pamela@consumerservicesco.com
pamela@atlasmp.com

United Debt Consultants Inc.
12618 W State Ct
Glendale, AZ 85307
april.monique2017@gmail.com
blainscribner68@gmail.com
debtpro01@gmail.com
dbw052@gmail.com

Universal Business Systems and Forms, Inc.
11515 Prosperous Drive
Odessa, FL 33556

Upside Enrollment Group
john@upsideenroll.com

US Debt Assistance
rcubing01@arcalphonetics.com
rcubing01@gmail.com

USA Help Center
mike@usahelpcenter.com
randall@usahelpcenter.com

USCR Processing Corp
ap@uscr.com

~~Validation LLC~~
~~matt@validationllc.com~~
~~frank@validationllc.com~~

Validation Partners LLC
vpfinvestors@gmail.com
russsquires0321@gmail.com

Validation Partners Fund - ASF Partner
vpfinvestors@gmail.com
russsquires0321@gmail.com

Validify
jtitone@myresourcepro.com

Varneya LLC
brian@debtcares.com
brianbernell@gmail.com

Vasco Financial LLC
admin@vascofinancial.com

Vendor Direct
ryan@lawfirmaffiliate.com

Venture Partners LLC
1309 Coffeen Avenue, Suite 1200
Sheridan, WY 82801
dianahanson6691@gmail.com
todd.hanson@venturepartners.ai

Vercy LLC
17748 Sky Park Circle
Irvine, CA 92614
joe@vercy.com
chris@vercy.com

Victory Financial Solutions
jim@victoryfinancialsolutions.com

~~VP Versatile Consultants LLC~~
~~matt@validationllc.com~~

VPF 2 – ASF Partner
vpfinvestors@gmail.com
rajbatchu@gmail.com

Waze Capital
josh@wazecapital.com

**LPG – EXHIBIT A – REJECTED CONTRACTS (and Notice for second motion)**

WCMD Services, Inc.
400 Clay St.
Ashland, OR 97520
matt@validationllc.com

WCMD Services, Inc. (2)
matt@validationllc.com

Wedge, Inc.
steve@wedgeusa.com

Weightless Financial
bkennedy@weightlessfinancial.com
douglas@weightlessfinancial.com
sheri@weightlessfinancial.com

West Coast Enrollment Center
jlboylan760@gmail.com

WPR Group LLC
1444 Brookside Dr
High Ridge, MO 63049
Bill@midamericadebtrelief.com

Z.A.P. Marketing Corp
8845 Research Dr, Suite 120
Irvine, CA 92618
accounting@litigationpracticeintake.com
zeid@litigationpracticeintake.com

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:      655 W. Broadway, Suite 800, San Diego, California  92101

A true and correct copy of the foregoing document **DECLARATION OF YOSINA M. LISSEBECK REGARDING SERVICE OF NOTICE OF MOTION AND MOTION FOR SECOND ORDER REJECTING UNEXPIRED EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365**

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 21, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On September 21, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 21, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY - VIA FEDEX**
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 21, 2023 | Caron Burke | /s/ Caron Burke |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August  2010*                                                                **F 9013-3.1.PROOF.SERVICE**

1.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Eric Bensamochan on behalf of Creditor Affirma, LLC
eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Creditor Oxford Knox, LLC
eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Interested Party Courtesy NEF
eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Interested Party Eric Bensamochan
eric@eblawfirm.us, G63723@notify.cincompass.com

Peter W Bowie on behalf of Trustee Richard A Marshack (TR)
peter.bowie@dinsmore.com, caron.burke@dinsmore.com

Ronald K Brown on behalf of Creditor SDCO Tustin Executive Center, Inc.
ron@rkbrownlaw.com

Christopher Celentino on behalf of Plaintiff Richard A. Marshack
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Trustee Richard A Marshack (TR)
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Shawn M Christianson on behalf of Interested Party Courtesy NEF
cmcintire@buchalter.com, schristianson@buchalter.com

Randall Baldwin Clark on behalf of Interested Party Randall Baldwin Clark
rbc@randallbclark.com

Leslie A Cohen on behalf of Interested Party Courtesy NEF
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Aaron E. DE Leest on behalf of Interested Party Courtesy NEF
adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Jenny L Doling on behalf of Interested Party INTERESTED PARTY
jd@jdl.law,
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys
jd@jdl.law,
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling on behalf of Interested Party National Consumer Bankruptcy Rights Center
jd@jdl.law,
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Daniel A Edelman on behalf of Creditor Carolyn Beech
dedelman@edcombs.com, courtecl@edcombs.com

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com,
nicolette.murphy@dinsmore.com;karina.reyes@dinsmore.com;deamira.romo@dinsmore.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August  2010*                                                                                  **F 9013-3.1.PROOF.SERVICE**

Christopher Ghio on behalf of Trustee Richard A Marshack (TR)
christopher.ghio@dinsmore.com,
nicolette.murphy@dinsmore.com;karina.reyes@dinsmore.com;deamira.romo@dinsmore.com

Eric D Goldberg on behalf of Defendant Stripe, Inc.
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Jeffrey I Golden on behalf of Creditor Affirma, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Anaheim Arena Management, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Anaheim Ducks Hockey Club, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Oxford Knox, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Interested Party Courtesy NEF
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

Richard H Golubow on behalf of Creditor Debt Validation Fund II, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 1, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 2, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

David M Goodrich on behalf of Interested Party Courtesy NEF
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@
ecf.courtdrive.com

D Edward Hays on behalf of Trustee Richard A Marshack (TR)
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@
ecf.courtdrive.com

Alan Craig Hochheiser on behalf of Creditor City Capital NY
ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com

Garrick A Hollander on behalf of Creditor Debt Validation Fund II, LLC

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              F 9013-1.PROOF.SERVICE

ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander on behalf of Creditor MC DVI Fund 1, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander on behalf of Creditor MC DVI Fund 2, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Razmig Izakelian on behalf of Creditor OHP-CDR, LP
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Plaintiff OHP-CDR, LP
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Plaintiff PurchaseCo 80, LLC
razmigizakelian@quinnemanuel.com

Joon M Khang on behalf of Debtor The Litigation Practice Group P.C.
joon@khanglaw.com

Ira David Kharasch on behalf of Interested Party Ad Hoc Consumer Claimants Committee
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Interested Party Courtesy NEF
ikharasch@pszjlaw.com

Meredith King on behalf of Defendant Gallant Law Group
mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Meredith King on behalf of Interested Party Courtesy NEF
mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Nicholas A Koffroth on behalf of Creditor Committee Committee of Unsecured Creditors
nkoffroth@foxrothschild.com, khoang@foxrothschild.com

David S Kupetz on behalf of Defendant Marich Bein, LLC
David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

David S Kupetz on behalf of Interested Party Courtesy NEF
David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

Christopher J Langley on behalf of Interested Party Courtesy NEF
chris@slclawoffice.com,
omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

Daniel A Lev on behalf of Defendant Consumer Legal Group, PC
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev on behalf of Defendant LGS Holdco, LLC
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev on behalf of Interested Party Consumer Legal Group, P.C.
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev on behalf of Interested Party Courtesy NEF
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev on behalf of Interested Party Liberty Acquisitions Group Inc.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                              F 9013-.1.PROOF.SERVICE

daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Britteny Leyva on behalf of Interested Party Revolv3, Inc.
bleyva@mayerbrown.com,
2396393420@filings.docketbird.com;ladocket@mayerbrown.com;KAWhite@mayerbrown.com

Michael D Lieberman on behalf of Creditor Phillip A. Greenblatt, PLLC
mlieberman@lipsonneilson.com

Yosina M Lissebeck on behalf of Plaintiff Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com

Yosina M Lissebeck on behalf of Trustee Richard A Marshack (TR)
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com

Mitchell B Ludwig on behalf of Creditor Fundura Capital Group
mbl@kpclegal.com, kad@kpclegal.com

Kathleen P March on behalf of Defendant Han Trinh
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Defendant Jayde Trinh
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Richard A Marshack (TR)
pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Laila Masud on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Interested Party Richard A. Marshack
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Plaintiff Richard Marshack
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Trustee Richard A Marshack (TR)
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Kenneth Misken on behalf of U.S. Trustee United States Trustee (SA)
Kenneth.M.Misken@usdoj.gov

Byron Z Moldo on behalf of Interested Party Byron Moldo
bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbn.law, jdale@mbn.law

Victoria Newmark on behalf of Interested Party Courtesy NEF
vnewmark@pszjlaw.com

Queenie K Ng on behalf of U.S. Trustee United States Trustee (SA)
queenie.k.ng@usdoj.gov

Keith C Owens on behalf of Creditor Committee Committee of Unsecured Creditors
kowens@foxrothschild.com, khoang@foxrothschild.com

Teri T Pham on behalf of Attorney Teri Pham

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-1.1.PROOF.SERVICE

tpham@epgrlawyers.com, ttpassistant@epglawyers.com;dle@epglawyers.com

Teri T Pham on behalf of Defendant Daniel S. March
tpham@epgrlawyers.com, ttpassistant@epglawyers.com;dle@epglawyers.com

Teri T Pham on behalf of Defendant Tony Diab
tpham@epgrlawyers.com, ttpassistant@epglawyers.com;dle@epglawyers.com

Douglas A Plazak on behalf of Defendant Greyson Law Center PC
dplazak@rhlaw.com

Douglas A Plazak on behalf of Defendant Scott James Eadie
dplazak@rhlaw.com

Daniel H Reiss on behalf of Defendant Touzi Capital, LLC
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel H Reiss on behalf of Defendant Eng Taing
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Ronald N Richards on behalf of Defendant Consumer Legal Group, PC
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Gregory M Salvato on behalf of Creditor Mari Agape
gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato on behalf of Interested Party Courtesy NEF
gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Olivia Scott on behalf of Creditor Azzure Capital LLC
olivia.scott3@bclplaw.com

Olivia Scott on behalf of Creditor Hi Bar Capital LLC
olivia.scott3@bclplaw.com

Jonathan Serrano on behalf of Plaintiff Richard A. Marshack
jonathan.serrano@dinsmore.com

Jonathan Serrano on behalf of Trustee Richard A Marshack (TR)
jonathan.serrano@dinsmore.com

Paul R Shankman on behalf of Attorney Paul R. Shankman
PShankman@fortislaw.com, info@fortislaw.com

Paul R Shankman on behalf of Creditor United Partnerships, LLC
PShankman@fortislaw.com, info@fortislaw.com

Zev Shechtman on behalf of Interested Party Danning Gill Israel & Krasnoff LLP
zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Interested Party Morning Law Group, P.C.
zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                    F 9013-1.PROOF.SERVICE

Leslie Skorheim on behalf of U.S. Trustee United States Trustee (SA)
leslie.skorheim@usdoj.gov

Howard Steinberg on behalf of Defendant BankUnited, N.A.
steinbergh@gtlaw.com, pearsallt@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Andrew Still on behalf of Creditor Alteryx, Inc.
astill@swlaw.com, kcollins@swlaw.com

Andrew Still on behalf of Interested Party Courtesy NEF
astill@swlaw.com, kcollins@swlaw.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Sharon Z. Weiss on behalf of Creditor Azzure Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Sharon Z. Weiss on behalf of Creditor Hi Bar Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Johnny White on behalf of Creditor Debt Relief Group, LLC
JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White on behalf of Interested Party Courtesy NEF
JWhite@wrslawyers.com, jlee@wrslawyers.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-.1.PROOF.SERVICE**