August 2023 MOR: Addendum, Schedule of Asset Sales
In re: The Litigation Practice Group PC

This schedule provides additional detail for information summarized in Part 3 of the MOR. For each sale transition or transfer of property made during the reporting period the following information is required:

| | |
|---|---|
| Date of the sale or transfer | 8/4/2023 |
| Description of the asset sold or transferred | 1. The Estate's interest in personal property leases
2. The Estate's interest in equipment and furniture
3. The Estate's interest in certain consumer client-related accounts receivable and notes receivable
4. The Estate's interest in prepaid expenses, deposits, and advances
5. The Estate's interest in the LSAs
6. The Estate's interest in the intellectual property owned including, but not limited to, patents, copyrights, trademarks, trade secrets, telephone numbers, data, and the server on which such intellectual property is stored and maintained, and any and all logins and related passwords
7. The Estate's interest in the pending applications, authorizations, and licenses relating to the Property including, but not limited to the agreements in connection with administrative, promotion, advertising, and marketing services related to destination management services provided as a marketing cooperative
8. The Estate's interest in debtor's proprietary CRM database, Luna, to the extent such transfer does not violate any laws, copyrights, licenses, and/or trademarks
9. The Estate's interest in the assets, properties, and rights identified in due diligence
10. The Estate's interest in those executory contracts and unexpired leases and other related agreements of Debtor and/or the Estate
11. All software licenses and access are included in the sale and will be immediately provided to Buyer on or before the Closing Date
12. On or before the Closing Date, Seller shall coordinate with Buyer to turn over access to, custody and control of the ACH payment processing portal(s) utilized by Seller including, but not limited to, FIS/Worldpay, subject to the Interim Association Agreement and Sale Order.
13. All documents and corporate records necessary, appropriate, or otherwise supporting the other Property acquired by Buyer |
| Gross sales price | $5,500,000.00 and 50% of all amounts collected by Buyer on Active Executory Contracts from and after the Closing, plus (b) forty percent (40%) of all amounts collected by Buyer on Inactive Executory Contracts |
| Payments made from the sale proceeds to or by third parties, if any | $0.00 |
| Net sale proceeds received on behalf of the estate, if any | $5,500,000.00 |