**ADDENDUM TO MONTHLY OPERATING REPORT**

In re The Litigation Practice Group, P.C.

Bankruptcy Case No. 8:23-bk-10571-SC

Month Ending 08/31/2023

Due to a lack of cooperation by Debtor's principals, Trustee is not able to definitively answer all questions set forth in the monthly operating report. Due to the fact that the form cannot be electronically submitted without a response to each and every question, Trustee has responded with either a "$0" or "no" for the questions to which he does not possess the information and elaborates on such answers with the following explanations and additional information:

| Question | Trustee's Explanation |
|---|---|
| Debtor's Full-Time Employees (current) | Trustee was not appointed until May 8, 2023.  As of the payroll spreadsheet titled "6-16-23 payroll spreadsheet updated 7-17-23 PK NOTES and corrections from Darius" there were approximately 46 full time employees.  Trustee was told by Debtor's former managing partner, Daniel March, that during this period he was providing legal services to approximately 200 clients with the assistance of two staff members.  Trustee does not know if these were employees of Debtor or Mr. March.  As of August 2023 all employees were terminated. |
| Debtor's Full-Time Employees (as of date of order for relief) | Trustee was not appointed until May 8, 2023, and has not received the payroll records as of the date of order for relief, and therefore cannot determine the number of full-time employees on that date.  To date, Trustee's investigation has revealed that, prior to entry of an order for relief, substantially all of the Debtor's employees were fraudulently transferred to, and/or employed by, other entities as alleged in the Adversary Proceeding, including but not limited to Maverick Consulting, Prime Logix and/or Vulcan Consulting. Upon his appointment, Trustee learned that Phoenix had an agreement with Maverick that Phoenix would pay the hourly rate of Maverick employees (many of which were formerly with the Debtor) then providing services to Phoenix; upon the service of the lawsuit and the issuance of the TRO, Phoenix capitulated to the transfer back to LPG of the assets, including LPG's ability |

| | |
|---|---|
| | to access the services of hourly personnel through the Phoenix contract with Maverick, which contract will be rejected, out of an abundance of caution, in the coming days. |
| **Supporting Documentation section[1]** | |
| Statement of cash receipts and disbursements | Trustee was not appointed until May 8, 2023, and has not received any such report or underlying data for August 2023 from the Debtor or its principals. However, the Trustee received $4,338,044.21 in August 2023 **(See attached Form 2)**. |
| Balance Sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit | Trustee was not appointed until May 8, 2023, and has not received any such report for August 2023 from the Debtor or its principals. The only information Trustee is in possession of is what was listed in the schedules filed under docket no. 33 on April 4, 2023, and a named "Balance Sheet FY 2022" provided as part of the UST 7-day package. QuickBooks records received by the Trustee include data through January 5, 2022. That said, Trustee is in possession of cash receipts as listed on Trustee's Form 2 **(See attached Form 2)**. |
| Statement of operations (profit or loss statement) | Trustee was not appointed until May 8, 2023, and has not received any such report or data for August 2023, from the Debtor or its principals. The QuickBooks records provided to Trustee only contain data through December 2021. The only information Trustee is in possession of is what was listed in the Statement of Financial Affairs ("SOFA") filed under docket no. 34 on April 4, 2023, and a file named "Income Statement FY 2022" provided as part of the UST 7-day package. **SEE BELOW.** That said, Trustee is in possession of |

---

[1] As mentioned above with respect to employees, and alleged in the Adversary Proceeding, pre-petition, substantially all of Debtor's assets were also fraudulently conveyed to transferees and fraudulent conveyance partners such as Phoenix Law, Greyson Law Center, PrimeLogix, Maverick and others. Perhaps this scheme explains why Debtor and its principals have refused to turn over the documents sought pursuant to this supporting documentation section. Upon the service of the TRO and PI, Trustee learned that all revenue formerly of LPG was, prior to the Trustee's appointment, being siphoned from LPG to go to these other entities; Mr. Diab testified as much at the hearing on the Preliminary Injunction. Trustee's Special Litigation Counsel is in the process of finalizing and serving subpoenas on all financial institutions and third parties that appear to have been engaged in or recipients of monies believed to belong to LPG that appear to have been siphoned and used for other purposes.

| | |
|---|---|
| | cash receipts as listed on Trustee's Form 2 **(See attached Form 2)**. |
| Accounts receivable aging | Trustee was not appointed until May 8, 2023, and has not received any such report for August 2023, from the Debtor or its principals. The only information Trustee is in possession of is what was listed in the schedules filed under docket no. 33 on April 4, 2023 and a filed named "AR Aging – April 28, 2023" provided as part of the UST 7-day package. **SEE BELOW.** That said, Trustee is in possession of cash receipts as listed on Trustee's Form 2 **(See attached Form 2)**. |
| Postpetition liabilities aging | Trustee was not appointed until May 8, 2023, and has not received any such report or data for August 2023, from the Debtor or its principals. The QuickBooks records provided to Trustee only contain data through January 5, 2022. |
| Statement of capital assets | Trustee was not appointed until May 8, 2023, and has not received any such report or data for August 2023, from the Debtor or its principals. The QuickBooks records provided to Trustee only contain data through January 5, 2022. |
| Schedule of payments to professionals | Trustee has not made any payments to any professionals since his appointment on May 8, 2023. The only information in possession of Trustee is found under docket no. 30. **SEE BELOW.** |
| Schedule of payments to insiders | Trustee was not appointed until May 8, 2023, and has not received any such report for August 2023 from the Debtor or its principals. The QuickBooks records provided to Trustee only contain data through December 2021, and SOFA Part 2, #4 states "None" |
| All bank statements and bank reconciliations for the reporting period | Trustee was not appointed until May 8, 2023, and has not received any bank statements for accounts held by the Debtor for August 2023. Trustee has received incomplete bank statements for an account held by Maverick Management Group, LLC for the months of April – August 2023. **Further, the Debtor only listed one pre-petition bank account in its schedules and UST's 7-day package, however, Trustee has become aware that the Debtor held multiple bank accounts. SEE BELOW.** |
| Description of the assets sold or transferred and the terms of the sale or transfer | Trustee was not appointed until May 8, 2023, and has not received any such report or data for the period prior to August 2023, from the Debtor or |

| | |
|---|---|
| | its principals, and SOFA Part 6, #13 states "None." That said, the Trustee conducted a sale of assets with the Court's approval in August 2023 for $5,500,000. **SEE ATTACHED ASSET SALE SCHEDULE.** |
| Part 1, a | Trustee was not appointed until May 8, 2023, and received the Debtor-In-Possession bank statements in August 2023. Trustee has not received any bank statements for any other accounts held by the Debtor for August 2023. The Trustee had $7,391,654.47 as of August 1, 2023.  The QuickBooks records provided to Trustee only contain data through December 2021. |
| Part 1, b | Trustee was not appointed until May 8, 2023, and received the Debtor-In-Possession bank statements in August 2023. Trustee has not received any bank statements for any other accounts held by the Debtor for August 2023. The QuickBooks records provided to the Trustee only contain data through December 2021. However, Trustee received $4,338,044.21 in August 2023 **(See attached Form 2)**. |
| Part 1, c | Trustee was not appointed until May 8, 2023, and received the Debtor-In-Possession bank statements in August 2023. Trustee has not received any bank statements for any other accounts held by the Debtor for August 2023. The Trustee made disbursements in the amount of $397,543.17 **(See attached Form 2)**.  The QuickBooks records provided to Trustee only contain data through December 2021.  The Trustee did not make any additional disbursements in August 2023. |
| Part 1, d | Trustee was not appointed until May 8, 2023, and received the Debtor-In-Possession bank statements in August 2023. Trustee has not received any bank statements for any other accounts held by the Debtor for August 2023. The QuickBooks records provided to Trustee only contain data through December 2021.   The Trustee had $11,332,155.51 in the Estate's bank accounts as of August 31, 2023.  **(See attached Form 2)**. |
| Part 1, e | Trustee was not appointed until May 8, 2023, and received the Debtor-In-Possession bank statements in August 2023. Trustee has not |

|  | |
|---|---|
|  | received any bank statements for any other accounts held by the Debtor for August 2023. The only bank statement received by Trustee for July 2023 are for Maverick Management Group, LLC, Wells Fargo #0496. **(SEE BELOW UNDER "All bank statements and bank reconciliations for the reporting period").** The QuickBooks records provided to Trustee only contain data through December 2021. |
| Part 1, f | See responses to Parts 1c and 1e |
| Part 2, a | Trustee was not appointed until May 8, 2023, and has not received any such report for August 2023 from the Debtor or its principals.  The only information Trustee is in possession of is what was listed in the schedules filed under docket no. 33 on April 4, 2023. (**SEE BELOW under Accounts receivable aging).**  The QuickBooks records only contain data through January 5, 2022. |
| Part 2, b | Trustee was not appointed until May 8, 2023, and has not received any such report for August 2023 from the Debtor or its principals.  The only information Trustee is in possession of is what was listed in the schedules filed under docket no. 33 on April 4, 2023. (**SEE BELOW under Accounts receivable aging).**  The QuickBooks records only contain data through January 5, 2022. |
| Part 2, c | Trustee was not appointed until May 8, 2023, and has not received any such report for August 2023 from the Debtor or its principals.  The only information Trustee is in possession of is what was listed in the schedules filed under docket no. 33 on April 4, 2023, Part 5. The QuickBooks records only contain data through January 5, 2022. |
| Part 2, d | Trustee was not appointed until May 8, 2023, and has not received any such report for August 2023 from the Debtor or its principals.  The only information Trustee is in possession of is what was listed in the schedules filed under docket no. 33 on April 4, 2023, Schedule A/B, Part 12, #92. The QuickBooks records only contain data through January 5, 2022.  **SEE BELOW.** |
| Part 2, e | Trustee was not appointed until May 8, 2023, and has not received any such report for August 2023 from the Debtor or its principals.  The only information Trustee is in possession of is what |

|  | was listed in the schedules filed under docket no. 33 on April 4, 2023, Part 12, #92. The QuickBooks records only contain data through January 5, 2022. **SEE BELOW.** |
|---|---|
| Part 2, f | Trustee was not appointed until May 8, 2023, and has not received any such report for August 2023 from the Debtor or its principals to provide for post-petition payables accrued.  The QuickBooks records only contain data through January 5, 2022. That said, the Trustee has remitted payment in the amount of $250.00 for the UST's quarterly fees. |
| Part 2, g | Trustee was not appointed until May 8, 2023, and has not received any such report for August 2023 from the Debtor or its principals to provide for past due post-petition payables accrued.  The QuickBooks records only contain data through January 5, 2022. |
| Part 2, h | Trustee was not appointed until May 8, 2023, and has not received any such report for August 2023 from the Debtor or its principals to provide for post-petition taxes accrued.  The QuickBooks records only contain data through January 5, 2022. |
| Part 2, i | Trustee was not appointed until May 8, 2023, and has not received any such report for August 2023 from the Debtor or its principals to provide for past due post-petition taxes accrued.  The QuickBooks records only contain data through January 5, 2022. |
| Part 2, j | See responses to Parts 2f and 2h. |
| Part 2, k | Trustee was not appointed until May 8, 2023, and has not received any such report or data for August 2023 from the Debtor or its principals to reflect the total pre-petition secured debt.  The only information Trustee is in possession of is what was listed in the schedules filed under docket no. 33 on April 4, 2023, Schedule D, Part 1, #3.  **SEE BELOW.**  The QuickBooks records only contain data through January 5, 2022, and do not identify which liabilities are secured vs. unsecured. |
| Part 2, l | Trustee was not appointed until May 8, 2023, and has not received any such report or data for August 2023 from the Debtor or its principals to reflect the total pre-petition priority debt.  The only information Trustee is in possession of is |

| | |
|---|---|
| | what was listed in the schedules filed under docket no. 33 on April 4, 2023, Schedule E/F, Part 4, #5a. **SEE BELOW.** The QuickBooks records only contain data through January 5, 2022, and list a total of $58,332.21 in tax liabilities. **SEE BELOW.** |
| Part 2, m | Trustee was not appointed until May 8, 2023, and has not received any such report or data for August 2023 from the Debtor or its principals to reflect the total pre-petition priority debt. The only information the Trustee is in possession of is what was listed in the schedules filed under docket no. 33 on April 4, 2023, Schedule E/F, Part 4, #5b. **SEE BELOW.** |
| Part 2, n | See responses to Parts 2j, 2k, 2l, and 2m. |
| Part 2, o | See responses to Parts 2e and 2n. |
| Part 3, a | Since the Trustee's appointment on May 8, 2023, there has been one reported asset sale. The sale details are provided in the filing of Docket 416, highlighting the total sale of $5,500,000.00. **SEE ATTACHED ASSET SALE SCHEDULE.** |
| Part 3, b | Trustee was not appointed until May 8, 2023, and has not received any such report or data for August 2023 from the Debtor or its principals with regard to payments to third parties incident to assets being sold or transferred outside the ordinary course of business. |
| Part 3, c | See responses to Parts 3a and 3b. |
| Part 4, a | Trustee was not appointed until May 8, 2023, and has not received any such report or data for August 2023, from the Debtor or its principals. The QuickBooks records provided to Trustee only contain data through December 2021. The only information Trustee is in possession of is what was listed in the Statement of Financial Affairs ("SOFA") filed under docket no. 34 on April 4, 2023. (**SEE BELOW - Statement of operations (profit or loss statement).** |
| Part 4, b | Trustee was not appointed until May 8, 2023, and has not received any such report or data for August 2023, from the Debtor or its principals. The QuickBooks records provided to Trustee only contain data through December 2021. |
| Part 4, c | See responses to Parts 4a and 4b. |
| Part 4, d | Trustee was not appointed until May 8, 2023, and has not received any such report or data for August 2023, from the Debtor or its principals. |

|  |  |
|---|---|
|  | The QuickBooks records provided to Trustee only contain data through December 2021. |
| Part 4, e | Trustee was not appointed until May 8, 2023, and has not received any such report or data for August 2023, from the Debtor or its principals. The QuickBooks records provided to Trustee only contain data through December 2021. |
| Part 4, f | Trustee was not appointed until May 8, 2023, and has not received any such report or data for August 2023, from the Debtor or its principals. The QuickBooks records provided to Trustee only contain data through December 2021. |
| Part 4, g | Trustee was not appointed until May 8, 2023, and has not received any such report or data for August 2023, from the Debtor or its principals. The QuickBooks records provided to Trustee only contain data through December 2021. |
| Part 4, h | Trustee was not appointed until May 8, 2023, and has not received any such report or data for August 2023, from the Debtor or its principals. The QuickBooks records provided to Trustee only contain data through December 2021. |
| Part 4, i | Trustee was not appointed until May 8, 2023, and has not received any such report or data for August 2023, from the Debtor or its principals. The QuickBooks records provided to Trustee only contain data through December 2021. |
| Part 4, j | Trustee was not appointed until May 8, 2023, and has not received any such report or data for August 2023, from the Debtor or its principals. The QuickBooks records provided to Trustee only contain data through December 2021. |
| Part 4, k | Trustee was not appointed until May 8, 2023, and has not received any such report or data for August 2023, from the Debtor or its principals. The QuickBooks records provided to Trustee only contain data through December 2021. |
| Part 5, a | Trustee has not made any payments to any professionals since his appointment on May 8, 2023.  The only information in possession of the Trustee is found under docket no. 30.  (**SEE BELOW - Schedule of payments to professionals)** |
| Part 5, b | Trustee has not made any payments to any professionals since his appointment on May 8, 2023.  The only information in possession of the |

|  | Trustee is found under docket no. 30. **(SEE BELOW - Schedule of payments to professionals)** |
|---|---|
| Part 5, c | See responses to Parts 5a and 5b. |
| Part 6, a | Trustee was not appointed until May 8, 2023, and has not received any such report or data for August 2023, from the Debtor or its principals. The QuickBooks records provided to Trustee only contain data through December 2021. |
| Part 6, b | Trustee was not appointed until May 8, 2023, and has not received any such report or data for August 2023, from the Debtor or its principals. The QuickBooks records provided to Trustee only contain data through December 2021. |
| Part 6, c | Trustee was not appointed until May 8, 2023, and has only received the payroll records for the periods after May 2023, , and the Trustee has paid the trust payroll taxes and employer payroll taxes. **(SEE FORM 2)** |
| Part 6, d | Trustee was not appointed until May 8, 2023, and has only received the payroll records for the periods after May 2023 and the Trustee has paid the trust payroll taxes and employer payroll taxes. **(SEE FORM 2)** |
| Part 6, e | Trustee was not appointed until May 8, 2023, and has not received any property tax records for the period covering August 1-31, 2023, and cannot determine if any property taxes were paid and how much was paid. |
| Part 6, f | Trustee was not appointed until May 8, 2023, and has not received any records reflecting taxes accrued by the Debtor for the period covering August 1-31, 2023. |
| Part 6, g | Trustee was not appointed until May 8, 2023, and has not received any records reflecting taxes paid by the Debtor for the period covering August 1-31, 2023. |
| Part 7, a | Trustee was not appointed until May 8, 2023, and has not received any banking records or other information confirming whether or not any pre-petition debts were paid by the Debtor from August 1-31, 2023. |
| Part 7, b | Trustee was not appointed until May 8, 2023, and has not received any banking records or other information confirming whether or not any pre-petition debts were paid by the Debtor from August 1-31, 2023. |

| Part 7, c | Trustee was not appointed until May 8, 2023, and has not received any banking records or other information confirming whether or not any pre-petition debts were paid by the Debtor from August 1-31, 2023. |
|---|---|
| Part 7, d | Trustee was not appointed until May 8, 2023, and does not know if the Debtor filed 2022 federal and state income tax returns.  Tax returns related to the bankruptcy estate are not due yet. |
| Part 7, e | Trustee was not appointed until May 8, 2023, and does not know if the Debtor made any estimated tax payments from August 1-31, 2023.  Trustee has not received any bank statements for accounts held by the Debtor during this time. (SEE BELOW - **All bank statements and bank reconciliations for the reporting period).** |
| Part 7, f | Trustee was not appointed until May 8, 2023, and does not know if the Debtor remitted all trust fund taxes for prior periods.  Trustee has not received the relevant payroll tax records.  However, the Trustee has remitted trust fund taxes as shown on Form 2. |
| Part 7, g | Trustee was not appointed until May 8, 2023, and does not know if the Debtor incurred additional debt in the prior periods.  The Trustee did secure post-petition financing.  The Trustee filed a motion seeking authorization to secure the post-petition financing (See Docket No. 119).  **(SEE BELOW -  LPG Post-Petition Lenders).** |
| Part 7, h | The Court has not approved any payments to professionals in the case so far. |
| Part 7, i | Trustee was not appointed until May 8, 2023, once appointed the Trustee was provided with the UST 7-day package by the US Trustee's office.  The UST 7-day package dated 4/25/2023 did not include proof of WC insurance.  The 7-day package did include a Certificate of Insurance reflecting coverage from 4/25/2023 – 4/25/2024 for general liability for named insured Daniel March.  The certificate did not list the Debtor as named insured. |
| Part 7, j | No |
| Part 7, k | No |
| Part 7, l | Yes |
| Part 8 | SECTION DOES NOT APPLY TO DEBTOR |

**Statement of operations (profit or loss statement)**

SOFA Part 1, #1:  Gross Income from 1/1/2023 – Filing Date:  $30,000,000.00

SOFA Part 2, #3:  Payments/Transfers within 90-days before the petition date:

    City Capital    $50,000

    Marich Bein    $12,000,000

**Accounts receivable aging**

Schedule A/B, Part 3, #11:  Accounts receivable 90-days old or less:  $120,000,000

"AR Aging – April 28, 2023":

| Row Labels | Sum of AMOUNT |
|---|---|
|  |  |
|  |  |
| 2023 |  |
| Apr | $240,000.00 |
| May | $740,000.00 |
| Jun | $1,200,000.00 |
| Jul | $1,200,000.00 |
| Aug | $1,200,000.00 |
| Sep | $1,200,000.00 |
| Oct | $1,200,000.00 |
| Nov | $1,200,000.00 |
| Dec | $1,200,000.00 |
| Total | $9,380,000.00 |

**Schedule of payments to professionals**

Disclosure of Compensation of Attorney for Debtor

    For legal services, I have agreed to accept    $100,000

    Prior to the filing of this statement I have received    $80,000

    Balance Due    $20,000

**All bank statements and bank reconciliations for the reporting period**

| Transaction Date | Transaction Type | Check Number | Credit/Deposit | Debit/Charge | Payee/Payor |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**Bank accounts held by Debtor:**

| Bank Name | Account Type | Account Name | Account Number |
|---|---|---|---|
| Chase | Checking | The Litigation Practice Group PC | 735863133 |
| Chase | Checking | The Litigation Practice Group PC | 735863158 |
| Chase | IOLTA Checking | The Litigation Practice Group PC, IOLTA Trust Account | 833813568 |
| Chase | Credit Card | LPG c/o Alex Tarkoff | 4485927900010935 |
| Chase | Credit Card | LPG VC c/o Alex Tarkoff | 4288377930006652 |
| Optimum | Checking | Secure Payment Services LLC dba Litigation Practice Group | 210030045 |
| Optimum | Checking | Coast Processing LLC dba LPG | 210026738 |
| Union | IOLTA Checking | The Litigation Practice Group PC | 21594874 |
| Union | Checking | The Litigation Practice Group PC | 21594858 |
| Union | Checking | The Litigation Practice Group PC | 21595319 |
| Union | Checking | The Litigation Practice Group PC | 12767570 |
| Bank of the West | Checking | The Litigation Practice Group PC | 065-293441 |
| Wells Fargo | Checking | Maverick Management Group LLC | 2161510496 |
| Wells Fargo | DIP | The Litigation Practice Group PC | x9895 |
| Wells Fargo | DIP | The Litigation Practice Group PC | x9879 |
| Wells Fargo | DIP | The Litigation Practice Group PC | x9887 |

**Part 2, d**

Schedule A/B, Part 12, #92:  Total of all property on Schedule A/B:  $132,186,500

**Part 2, e**

Schedule A/B, Part 12, #92:  Total of all property on Schedule A/B:  $132,186,500

**Part 2, k**

Schedule D, Part 1, #3:  Total:  $6,274,810

**Part 2, l**

Schedule E/F, Part 4, #5a:  Total claims from Part 1:  $374,060.04

**January 5, 2022 Balance Sheet:**

| | Jan 5, 22 |
|---|---|
| Misc Tax Liabilites | 0.00 |
| Notes Payable | 176,225.00 |
| Overdraft Liability | 0.00 |
| Payroll Liabilities | 2,295.64 |
| Payroll Tax Liabilities | 56,036.57 |

**Part 2, m**

Schedule E/F, Part 4, #5b:  Total claims from Part 2:  $141,439,158.05

**Part 7, g**

**LPG Post-Petition Lenders**

ALL TO BE PAID 1 YEAR FROM THE DATE FUNDED AS SUPER ADMINISTRATIVE PRIORITY CLAIM

| LENDER | AMOUNT | DATE FUNDED | RIGHT TO REDUCE LOAN | INTEREST OWED AS OF 8/15/23 | Total Amount Due as of 8/15/23 |
|---|---|---|---|---|---|
| PanAmerica Consulting LLC<br><br>Ali (?)<br>Jeff Golden(?) | $249,663.98 | July 20, 2023 | No right to reduce loan amount – there was right to reduce deposit for overbid | 26 days (@$54.72/per diem) = $1,422.72 | $251,086.70 |
| Liberty Acquisitions Group, Inc.<br><br>Ron Richards | $550,336.02 | June 30, 2023 | No right - they never gave us a deposit toward the APA; and they never were successful purchaser | 46 day (@ $120.62/per diem) = $5,548.52 | $555,884.54 |
| Resolution Ventures<br><br>Russ Squires | $250,336.02 | July 20, 2023 | N/A | 26 days (@ $54.87/per diem) = $1,426.62 | $251,762.64 |
| Resolution Ventures<br><br>Russ Squires | $249,663.98 | June 16, 2023 | N/A | 60 days (@ $54.72/diem) = $3,283.20 | $252,947.18 |