# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 23-10571 SC | | Trustee: | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| Case Name: | The Litigation Practice Group PC | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******9960 - Checking |
| Taxpayer ID#: | **-***5343 | | Blanket Bond: | N/A |
| Period: | 08/01/23 - 08/31/23 | | Separate Bond: | 17,250,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/04/23 | | ETERNAL STRATEGIES LLC | Incoming wire | 1129-000 | 4,500,000.00 | | 4,507,056.75 |
| 08/04/23 | | RESOLUTION VENTURES LLC | Incoming wire | 1129-000 | 250,000.00 | | 4,757,056.75 |
| 08/05/23 | | From Account# XXXXXX3526 | | 9999-000 | 999,963.98 | | 5,757,020.73 |
| 08/05/23 | 1003 | Bensamochan Law Firm, Inc. | Refund EMD | 1129-000 | -750,000.00 | | 5,007,020.73 |
| 08/07/23 | | To Account# XXXXXX4611 | for 8/7 termination payroll | 9999-000 | | 60,000.00 | 4,947,020.73 |
| 08/08/23 | | To Account# XXXXXX3526 | to correct wrong amount on initial transfer, s/b $999,663.98 | 9999-000 | | 300.00 | 4,946,720.73 |
| 08/08/23 | | To Account# XXXXXX4611 | for 8/8 termination payroll | 9999-000 | | 12,100.00 | 4,934,620.73 |
| 08/09/23 | | To Account# XXXXXX4611 | | 9999-000 | | 190,000.00 | 4,744,620.73 |
| 08/11/23 | | Khang & Khang LLP | Turnover from debtor's counsel | 1229-000 | 64,462.00 | | 4,809,082.73 |
| 08/11/23 | | Khang & Khang LLP | Turnover from debtor's counsel | 1229-000 | 14,738.00 | | 4,823,820.73 |
| 08/11/23 | | To Account# XXXXXX4611 | | 9999-000 | | 50,000.00 | 4,773,820.73 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 23-10571 SC | | Trustee: | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| Case Name: | The Litigation Practice Group PC | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******9960 - Checking |
| Taxpayer ID#: | **-***5343 | | Blanket Bond: | N/A |
| Period: | 08/01/23 - 08/31/23 | | Separate Bond: | 17,250,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/30/23 | Asset #11 | Stripe, Inc. | Stripe is a defendant in the Adv 8:23-ap-01046 (see Amended Complaint. Stripe processed roughly $2,000 worth of transactions for entities also named in the Adversary. Stripe held $80 in funds of said entities. | 1241-000 | 80.86 | | 4,773,901.59 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 11,342,541.36 | 6,568,639.77 | $4,773,901.59 |
| | | | Less: Bank Transfers | | 1,006,491.98 | 6,560,866.48 | |
| | | | **Subtotal** | | 10,336,049.38 | 7,773.29 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,336,049.38** | **$7,773.29** | |

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | Flagstar Bank, N.A. |
| | | | **Account:** | ******2953 - ACH Segregated no fee account |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | N/A |
| **Period:** | 08/01/23 - 08/31/23 | | **Separate Bond:** | 17,250,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 6,248,466.48 | 0.00 | $6,248,466.48 |
| | | | Less: Bank Transfers | | 6,248,466.48 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 23-10571 SC | | Trustee: | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| Case Name: | The Litigation Practice Group PC | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******4611 - Payroll and Operating Account |
| Taxpayer ID#: | **-***5343 | | Blanket Bond: | N/A |
| Period: | 08/01/23 - 08/31/23 | | Separate Bond: | 17,250,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/01/23 | | To Account# XXXXXX4344 | 7/28 payroll | 9999-000 | | 80,000.00 | 45,337.60 |
| 08/01/23 | 200336 | International Sureties, LTD | Bond #016239386, increase premium 5/8/23 to 5/8/24; Stopped on 09/06/2023 | 6950-004 | | 5,720.00 | 39,617.60 |
| 08/02/23 | | RESOLUTION VENTURES LLC | Partial payment of sale proceeds from Russ Squires / Incoming wire | 1129-000 | 250,000.00 | | 289,617.60 |
| 08/03/23 | | To Account# XXXXXX3526 | partial sale payment from Russ Squires / Resolution / Morning Law | 9999-000 | | 250,000.00 | 39,617.60 |
| 08/03/23 | 200337 | Benefit Resource, LLC | COBRA - minimum charge for May 2023; Invoice 961798;  Stopped on 08/23/2023 | 6950-004 | | 75.00 | 39,542.60 |
| 08/03/23 | 200338 | Bicher & Associates | July 2023 - 80% of agent fees per order 6/29/23 | 6700-000 | | 10,656.80 | 28,885.80 |
| 08/03/23 | 200339 | Bicher & Associates | July 2023 Expenses per order 6/29/23 | 6710-000 | | 313.95 | 28,571.85 |
| 08/07/23 | | From Account# XXXXXX9960 | for 8/7 termination payroll | 9999-000 | 60,000.00 | | 88,571.85 |
| 08/07/23 | 200340 | The Hartford | Bill Account 16982492; Maverick Management Group LLC | 6990-000 | | 706.69 | 87,865.16 |
| 08/07/23 | 200341 | Andra, James | Dividend of 100.000% | 6950-000 | | 244.94 | 87,620.22 |
| 08/07/23 | 200342 | Andra, Justin | Dividend of 100.000% | 6950-000 | | 197.47 | 87,422.75 |
| 08/07/23 | 200343 | Chen, Irwin T | Dividend of 100.000% | 6950-000 | | 4,192.32 | 83,230.43 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 23-10571 SC | Trustee: | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| Case Name: | The Litigation Practice Group PC | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******4611 - Payroll and Operating Account |
| Taxpayer ID#: | **-***5343 | Blanket Bond: | N/A |
| Period: | 08/01/23 - 08/31/23 | Separate Bond: | 17,250,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/07/23 | 200344 | Hu, Keneth | Dividend of 100.000% | 6950-000 | | 6,164.68 | 77,065.75 |
| 08/07/23 | 200345 | Hwang, Joseph | Dividend of 100.000% | 6950-000 | | 3,976.44 | 73,089.31 |
| 08/07/23 | 200346 | Joyner, Lauren | Dividend of 100.000% | 6950-000 | | 2,004.32 | 71,084.99 |
| 08/07/23 | 200347 | Lam, Thi Thu | Dividend of 100.000% | 6950-000 | | 2,565.18 | 68,519.81 |
| 08/07/23 | 200348 | Le, Kim Long | Dividend of 100.000% | 6950-000 | | 5,444.68 | 63,075.13 |
| 08/07/23 | 200349 | Marquez, Kevin | Dividend of 100.000% | 6950-000 | | 307.27 | 62,767.86 |
| 08/07/23 | 200350 | Mojica-Wanly, Madelline | Dividend of 100.000% | 6950-000 | | 4,275.52 | 58,492.34 |
| 08/07/23 | 200351 | Nguyen, Quoc Thinh | Dividend of 100.000% | 6950-000 | | 3,373.71 | 55,118.63 |
| 08/07/23 | 200352 | Phan, Peyton | Dividend of 100.000% | 6950-000 | | 2,270.23 | 52,848.40 |
| 08/07/23 | 200353 | Rashed, Sami | Dividend of 100.000% | 6950-000 | | 2,276.92 | 50,571.48 |
| 08/07/23 | 200354 | Tabatabaii Nejad, Seyed Amirreza | Dividend of 100.000% | 6950-000 | | 1,604.32 | 48,967.16 |
| 08/07/23 | 200355 | Zinchini, Max | Dividend of 100.000% ; Voided on 08/08/2023 | 6950-003 | | 952.88 | 48,014.28 |
| 08/08/23 | | From Account# XXXXXX9960 | for 8/8 termination payroll | 9999-000 | 12,100.00 | | 60,114.28 |
| 08/08/23 | | To Account# XXXXXX4344 | 8/7 terminations payroll | 9999-000 | | 6,300.00 | 53,814.28 |
| 08/08/23 | | To Account# XXXXXX4344 | 8/8 terminations payroll | 9999-000 | | 1,500.00 | 52,314.28 |

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | Flagstar Bank, N.A. |
| | | | **Account:** | ******4611 - Payroll and Operating Account |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | N/A |
| **Period:** | 08/01/23 - 08/31/23 | | **Separate Bond:** | 17,250,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/08/23 | 200355 | Zinchini, Max | Dividend of 100.000% ; Voided: Check issued on 08/07/2023 | 6950-003 | | -952.88 | 53,267.16 |
| 08/08/23 | 200356 | Alvarez, Josue A | Dividend of 100.000% | 6950-000 | | 1,782.59 | 51,484.57 |
| 08/08/23 | 200357 | Flores, Abrahm | Dividend of 100.000% | 6950-000 | | 938.12 | 50,546.45 |
| 08/08/23 | 200358 | Kerns, Phillip | Dividend of 100.000% | 6950-000 | | 433.10 | 50,113.35 |
| 08/08/23 | 200359 | Morris, Nicole M | Dividend of 100.000% | 6950-000 | | 731.18 | 49,382.17 |
| 08/08/23 | 200360 | Romero, Belem | Dividend of 100.000% | 6950-000 | | 1,271.73 | 48,110.44 |
| 08/08/23 | 200361 | Sanchez, Jaslynn | Dividend of 100.000% | 6950-000 | | 744.97 | 47,365.47 |
| 08/08/23 | 200362 | Sanchez, Jorge | Dividend of 100.000% | 6950-000 | | 285.13 | 47,080.34 |
| 08/08/23 | 200363 | Sangalang, Christian | Dividend of 100.000% | 6950-000 | | 1,306.08 | 45,774.26 |
| 08/08/23 | 200364 | Zinchini, Max | Dividend of 100.000% | 6950-000 | | 1,180.15 | 44,594.11 |
| 08/09/23 | | From Account# XXXXXX9960 | | 9999-000 | 190,000.00 | | 234,594.11 |
| 08/09/23 | | To Account# XXXXXX4344 | 8/8 terminations | 9999-000 | | 2,500.00 | 232,094.11 |
| 08/09/23 | | To Account# XXXXXX4344 | 8/7 terminations | 9999-000 | | 14,000.00 | 218,094.11 |
| 08/09/23 | | To Account# XXXXXX4344 | 8/11 (8/9 checks) final payroll | 9999-000 | | 55,000.00 | 163,094.11 |
| 08/09/23 | 200365 | Acevedo, Emely | Dividend of 100.000% | 6950-000 | | 1,232.59 | 161,861.52 |

## Form 2
## Cash Receipts and Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 23-10571 SC | |
| **Case Name:** | The Litigation Practice Group PC | |
| **Taxpayer ID#:** | **-***5343 | |
| **Period:** | 08/01/23 - 08/31/23 | |

| | |
|---|---|
| **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| **Bank Name:** | Flagstar Bank, N.A. |
| **Account:** | ******4611 - Payroll and Operating Account |
| **Blanket Bond:** | N/A |
| **Separate Bond:** | 17,250,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/09/23 | 200366 | Alshawosh, Ali | Dividend of 100.000% | 6950-000 | | 1,781.74 | 160,079.78 |
| 08/09/23 | 200367 | Alvarenga, Andre | Dividend of 100.000% | 6950-000 | | 2,343.88 | 157,735.90 |
| 08/09/23 | 200368 | Amezcua, Jasmin | Dividend of 100.000% | 6950-000 | | 459.98 | 157,275.92 |
| 08/09/23 | 200369 | Andra, Jennifer | Dividend of 100.000% | 6950-000 | | 1,616.23 | 155,659.69 |
| 08/09/23 | 200370 | Aranda Leon, Salma | Dividend of 100.000% | 6950-000 | | 1,890.64 | 153,769.05 |
| 08/09/23 | 200371 | Avina-Cardiel, Alejandro | Dividend of 100.000% | 6950-000 | | 1,359.62 | 152,409.43 |
| 08/09/23 | 200372 | Avina-Cardiel, Isaura | Dividend of 100.000% | 6950-000 | | 1,925.77 | 150,483.66 |
| 08/09/23 | 200373 | Bany-Mohammed, Mahmoud | Dividend of 100.000% | 6950-000 | | 1,833.01 | 148,650.65 |
| 08/09/23 | 200374 | Barraza, Jackelyne | Dividend of 100.000% | 6950-000 | | 1,548.15 | 147,102.50 |
| 08/09/23 | 200375 | Bishop, Brant | Dividend of 100.000% | 6950-000 | | 1,735.98 | 145,366.52 |
| 08/09/23 | 200376 | Bravo Aranda, Karla | Dividend of 100.000% | 6950-000 | | 1,693.64 | 143,672.88 |
| 08/09/23 | 200377 | Calunod, Archerie | Dividend of 100.000% | 6950-000 | | 1,657.22 | 142,015.66 |
| 08/09/23 | 200378 | Campuzano, Kaitlyn G | Dividend of 100.000% | 6950-000 | | 1,985.82 | 140,029.84 |
| 08/09/23 | 200379 | Carss, William | Dividend of 100.000% | 6950-000 | | 6,256.64 | 133,773.20 |
| 08/09/23 | 200380 | Cast, Jason | Dividend of 100.000% | 6950-000 | | 1,684.73 | 132,088.47 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 23-10571 SC | | Trustee: | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| Case Name: | The Litigation Practice Group PC | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******4611 - Payroll and Operating Account |
| Taxpayer ID#: | **-***5343 | | Blanket Bond: | N/A |
| Period: | 08/01/23 - 08/31/23 | | Separate Bond: | 17,250,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/09/23 | 200381 | Ceballos, Kevin | Dividend of 100.000% | 6950-000 | | 2,551.36 | 129,537.11 |
| 08/09/23 | 200382 | Chea, Justin | Dividend of 100.000% | 6950-000 | | 605.60 | 128,931.51 |
| 08/09/23 | 200383 | Cole, Christopher | Dividend of 100.000% | 6950-000 | | 2,063.22 | 126,868.29 |
| 08/09/23 | 200384 | Dang, Victoria | Dividend of 100.000% | 6950-000 | | 2,819.04 | 124,049.25 |
| 08/09/23 | 200385 | Delaura, Brandon | Dividend of 100.000% | 6950-000 | | 1,668.32 | 122,380.93 |
| 08/09/23 | 200386 | Diab, Nassir | Dividend of 100.000% | 6950-000 | | 1,533.55 | 120,847.38 |
| 08/09/23 | 200387 | Diament, Molly | Dividend of 100.000% | 6950-000 | | 1,739.31 | 119,108.07 |
| 08/09/23 | 200388 | Figueroa, Hiram | Dividend of 100.000% | 6950-000 | | 744.64 | 118,363.43 |
| 08/09/23 | 200389 | Garcia, Naazma | Dividend of 100.000% | 6950-000 | | 2,825.98 | 115,537.45 |
| 08/09/23 | 200390 | Glass, Hunter | Dividend of 100.000% | 6950-000 | | 157.83 | 115,379.62 |
| 08/09/23 | 200391 | Haliburton, Charles | Dividend of 100.000% | 6950-000 | | 1,617.69 | 113,761.93 |
| 08/09/23 | 200392 | Harrison, Suzanne | Dividend of 100.000% | 6950-000 | | 2,446.13 | 111,315.80 |
| 08/09/23 | 200393 | Harvey, Josey | Dividend of 100.000% | 6950-000 | | 1,656.66 | 109,659.14 |
| 08/09/23 | 200394 | Hu. Keneth | Dividend of 100.000% | 6950-000 | | 6,164.68 | 103,494.46 |
| 08/09/23 | 200395 | Huskisson, Connor | Dividend of 100.000% | 6950-000 | | 1,719.21 | 101,775.25 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 23-10571 SC | | Trustee: | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| Case Name: | The Litigation Practice Group PC | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******4611 - Payroll and Operating Account |
| Taxpayer ID#: | **-***5343 | | Blanket Bond: | N/A |
| Period: | 08/01/23 - 08/31/23 | | Separate Bond: | 17,250,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/09/23 | 200396 | Ismail, Sabah | Dividend of 100.000% | 6950-000 | | 94.57 | 101,680.68 |
| 08/09/23 | 200397 | Ismail, Saif | Dividend of 100.000% | 6950-000 | | 1,381.69 | 100,298.99 |
| 08/09/23 | 200398 | Ismail, Salman | Dividend of 100.000% | 6950-000 | | 1,656.38 | 98,642.61 |
| 08/09/23 | 200399 | Jones, Ashley T | Dividend of 100.000% | 6950-000 | | 545.02 | 98,097.59 |
| 08/09/23 | 200400 | Joyner, Lauren | Dividend of 100.000% | 6950-000 | | 2,004.32 | 96,093.27 |
| 08/09/23 | 200401 | Khalil, Beshoy | Dividend of 100.000% | 6950-000 | | 944.57 | 95,148.70 |
| 08/09/23 | 200402 | Khan, Golam T | Dividend of 100.000% | 6950-000 | | 1,793.76 | 93,354.94 |
| 08/09/23 | 200403 | Khan, Sulaiman | Dividend of 100.000% | 6950-000 | | 281.37 | 93,073.57 |
| 08/09/23 | 200404 | Kline, Erica | Dividend of 100.000% | 6950-000 | | 1,744.74 | 91,328.83 |
| 08/09/23 | 200405 | Lakhant, Sufyaan | Dividend of 100.000% | 6950-000 | | 790.62 | 90,538.21 |
| 08/09/23 | 200406 | Le, Christine | Dividend of 100.000% | 6950-000 | | 1,851.91 | 88,686.30 |
| 08/09/23 | 200407 | Lucaci, Bradford | Dividend of 100.000% | 6950-000 | | 15.92 | 88,670.38 |
| 08/09/23 | 200408 | Lucaci, Brian | Dividend of 100.000% | 6950-000 | | 1,822.38 | 86,848.00 |
| 08/09/23 | 200409 | Martinez, Daniel | Dividend of 100.000% | 6950-000 | | 1,686.86 | 85,161.14 |
| 08/09/23 | 200410 | Marza, Carmen | Dividend of 100.000% | 6950-000 | | 1,967.75 | 83,193.39 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 23-10571 SC | Trustee: | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| Case Name: | The Litigation Practice Group PC | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******4611 - Payroll and Operating Account |
| Taxpayer ID#: | **-***5343 | Blanket Bond: | N/A |
| Period: | 08/01/23 - 08/31/23 | Separate Bond: | 17,250,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/09/23 | 200411 | Mendoza, Robert | Dividend of 100.000% | 6950-000 | | 1,690.10 | 81,503.29 |
| 08/09/23 | 200412 | Meneses, Daisy | Dividend of 100.000% | 6950-000 | | 2,033.52 | 79,469.77 |
| 08/09/23 | 200413 | Morrow, Jason | Dividend of 100.000% | 6950-000 | | 1,470.85 | 77,998.92 |
| 08/09/23 | 200414 | Mossa, Nickolas | Dividend of 100.000% | 6950-000 | | 1,387.75 | 76,611.17 |
| 08/09/23 | 200415 | Muttalib, Omran | Dividend of 100.000% | 6950-000 | | 1,455.56 | 75,155.61 |
| 08/09/23 | 200416 | Nguyen, Quynh | Dividend of 100.000% | 6950-000 | | 911.35 | 74,244.26 |
| 08/09/23 | 200417 | O'Connell, Karen | Dividend of 100.000% | 6950-000 | | 1,503.40 | 72,740.86 |
| 08/09/23 | 200418 | Obeid, Ayman | Dividend of 100.000% | 6950-000 | | 1,446.91 | 71,293.95 |
| 08/09/23 | 200419 | Orellana, Daniel | Dividend of 100.000% | 6950-000 | | 1,780.44 | 69,513.51 |
| 08/09/23 | 200420 | Oseguera, Jessenia | Dividend of 100.000% | 6950-000 | | 1,800.24 | 67,713.27 |
| 08/09/23 | 200421 | Parada, Ivis | Dividend of 100.000% | 6950-000 | | 1,829.39 | 65,883.88 |
| 08/09/23 | 200422 | Perez, Eduardo N | Dividend of 100.000% | 6950-000 | | 2,085.06 | 63,798.82 |
| 08/09/23 | 200423 | Pierce, Samuel B | Dividend of 100.000% | 6950-000 | | 1,650.18 | 62,148.64 |
| 08/09/23 | 200424 | Ramirez, Jolanta | Dividend of 100.000% | 6950-000 | | 2,496.18 | 59,652.46 |
| 08/09/23 | 200425 | Refa, Rozita | Dividend of 100.000% | 6950-000 | | 1,482.53 | 58,169.93 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 23-10571 SC | | Trustee: | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| Case Name: | The Litigation Practice Group PC | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******4611 - Payroll and Operating Account |
| Taxpayer ID#: | **-***5343 | | Blanket Bond: | N/A |
| Period: | 08/01/23 - 08/31/23 | | Separate Bond: | 17,250,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/09/23 | 200426 | Reynoso-Banuelos, Stephanie | Dividend of 100.000% | 6950-000 | | 1,021.30 | 57,148.63 |
| 08/09/23 | 200427 | Rico, David | Dividend of 100.000% | 6950-000 | | 792.53 | 56,356.10 |
| 08/09/23 | 200428 | Rios, Kimberly | Dividend of 100.000% | 6950-000 | | 1,759.91 | 54,596.19 |
| 08/09/23 | 200429 | Ross, Sarah | Dividend of 100.000% | 6950-000 | | 1,734.75 | 52,861.44 |
| 08/09/23 | 200430 | Sanchez, Abraham | Dividend of 100.000% | 6950-000 | | 1,718.01 | 51,143.43 |
| 08/09/23 | 200431 | Sanchez, Miguel | Dividend of 100.000% | 6950-000 | | 1,487.32 | 49,656.11 |
| 08/09/23 | 200432 | Sharifi Narani, Kian | Dividend of 100.000% | 6950-000 | | 1,769.44 | 47,886.67 |
| 08/09/23 | 200433 | Stephens, Amanda | Dividend of 100.000% | 6950-000 | | 2,003.30 | 45,883.37 |
| 08/09/23 | 200434 | Tabatabaii Nejad, Seyed Amirreza | Dividend of 100.000% | 6950-000 | | 1,604.32 | 44,279.05 |
| 08/09/23 | 200435 | Taing, Selina K | Dividend of 100.000% | 6950-000 | | 1,940.00 | 42,339.05 |
| 08/09/23 | 200436 | Tan, Maria | Dividend of 100.000% | 6950-000 | | 6,079.54 | 36,259.51 |
| 08/09/23 | 200437 | Vazquez, Cindy | Dividend of 100.000% | 6950-000 | | 1,430.59 | 34,828.92 |
| 08/09/23 | 200438 | Zin, Reham E | Dividend of 100.000% | 6950-000 | | 765.01 | 34,063.91 |
| 08/09/23 | 200439 | Lahijani Nejad, Iman | 8/11 payroll | 6950-000 | | 1,699.17 | 32,364.74 |
| 08/11/23 | 200335 | Principal Life Insurance Company | Maverick Management acct 1161779-10001; Stopped: Check issued on 07/27/2023 | 6950-004 | | -8,758.56 | 41,123.30 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 23-10571 SC | Trustee: | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| Case Name: | The Litigation Practice Group PC | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******4611 - Payroll and Operating Account |
| Taxpayer ID#: | **-***5343 | Blanket Bond: | N/A |
| Period: | 08/01/23 - 08/31/23 | Separate Bond: | 17,250,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/11/23 | | From Account# XXXXXX9960 | | 9999-000 | 50,000.00 | | 91,123.30 |
| 08/11/23 | 200440 | Principal Life Insurance Company | REPLACES ck 200335 lost in mail; Maverick Management acct 1161779-10001 | 6950-000 | | 8,758.56 | 82,364.74 |
| 08/11/23 | 200441 | Principal Life Insurance Company | August premium per email 8-11-23 Maverick Management acct 1161779-10001 | 6950-000 | | 9,497.05 | 72,867.69 |
| 08/11/23 | 200442 | CaliforniaChoice | Acct 75446 for Maverick; August premium | 6950-000 | | 39,592.81 | 33,274.88 |
| 08/20/23 | 200443 | David Orr, Esq. | Expenses 5/8 to 8/15/23 | 6950-000 | | 2,525.00 | 30,749.88 |
| 08/20/23 | 200444 | Ginsburg Law Group P.C. | Expenses 3/20 to 5/8/23 $6185.00; 5/8 to 8/15 $8932.75 | 6950-000 | | 15,117.75 | 15,632.13 |
| 08/20/23 | 200445 | Alpha Omega Law Firm | Expenses 5/8 to 8/15 | 6950-000 | | 900.00 | 14,732.13 |
| 08/20/23 | 200446 | Robert Reed Pruyn, Attorney at Law | Expenses 3/20 to 5/8/23 $2133; 5/8 to 8/15 $3301.31 | 6950-000 | | 5,434.31 | 9,297.82 |
| 08/23/23 | 200337 | Benefit Resource, LLC | COBRA - minimum charge for May 2023; Invoice 961798; Stopped: Check issued on 08/03/2023 | 6950-004 | | -75.00 | 9,372.82 |
| 08/23/23 | 200447 | Benefit Resource, LLC | replaces ck 200337; COBRA - minimum charge for May 2023; Invoice 961798; | 6950-000 | | 75.00 | 9,297.82 |
| 08/23/23 | 200448 | Benefit Resource, LLC | COBRA - minimum charge for March 2023; Invoice 966275 | 6950-000 | | 75.00 | 9,222.82 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 23-10571 SC | | Trustee: | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| Case Name: | The Litigation Practice Group PC | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******4611 - Payroll and Operating Account |
| Taxpayer ID#: | **-***5343 | | Blanket Bond: | N/A |
| Period: | 08/01/23 - 08/31/23 | | Separate Bond: | 17,250,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/23/23 | 200449 | Benefit Resource, LLC | COBRA - minimum charge for July 2023; Invoice 966275 | 6950-000 | | 75.00 | 9,147.82 |

|  |  |  | | | |
|---|---|---|---|---|---|
| | **ACCOUNT TOTALS** | | 2,618,436.02 | 2,609,288.20 | **$9,147.82** |
| | Less: Bank Transfers | | 312,100.00 | 1,670,491.98 | |
| | **Subtotal** | | 2,306,336.02 | 938,796.22 | |
| | Less: Payment to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$2,306,336.02** | **$938,796.22** | |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 23-10571 SC | | Trustee: | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| Case Name: | The Litigation Practice Group PC | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******4344 - Payroll Tax |
| Taxpayer ID#: | **-***5343 | | Blanket Bond: | N/A |
| Period: | 08/01/23 - 08/31/23 | | Separate Bond: | 17,250,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/01/23 | | From Account# XXXXXX4611 | 7/28 payroll | 9999-000 | 80,000.00 | | 93,971.75 |
| 08/01/23 | 300006 | Internal Revenue Service Centralized Insolvency Operation | 3Q23 - 83-3885343 withholding and ER portion 7/28/2023 PIT $18,603.84 MED $3200.01 SSA $13,682.80<br>ER portion MED $3,200.01 SSA $13,682.80 | 6950-000 | | 52,369.46 | 41,602.29 |
| 08/01/23 | 300007 | Employment Development Department | 3Q23 - 125-5009-1 - withholding taxes 7/28/23 PIT $7,371.22 SDI $1,986.21 | 6950-000 | | 9,357.43 | 32,244.86 |
| 08/08/23 | | From Account# XXXXXX4611 | 8/7 terminations payroll | 9999-000 | 6,300.00 | | 38,544.86 |
| 08/08/23 | | From Account# XXXXXX4611 | 8/8 terminations payroll | 9999-000 | 1,500.00 | | 40,044.86 |
| 08/09/23 | | From Account# XXXXXX4611 | 8/8 terminations | 9999-000 | 2,500.00 | | 42,544.86 |
| 08/09/23 | | From Account# XXXXXX4611 | 8/7 terminations | 9999-000 | 14,000.00 | | 56,544.86 |
| 08/09/23 | | From Account# XXXXXX4611 | 8/11 (8/9 checks) final payroll | 9999-000 | 55,000.00 | | 111,544.86 |
| 08/11/23 | 300008 | Internal Revenue Service Centralized Insolvency Operation | 3Q23 - 83-3885343 withholding and ER portion 8/7, 8, and final 8/11 FIT $21,994.11 MED $3,291.70 SSA $14,074.87<br>ER portion MED $3,291.70 SSA $14,074.87 | 6950-000 | | 56,727.25 | 54,817.61 |

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | Flagstar Bank, N.A. |
| | | **Account:** | ******4344 - Payroll Tax |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | N/A |
| **Period:** | 08/01/23 - 08/31/23 | **Separate Bond:** | 17,250,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/11/23 | 300009 | Employment Development Department | 3Q23 - 125-5009-1 - withholding taxes 8/7, 8/8, 8/11 PIT $8,056.18 SDI $2,043.13 | 6950-000 | | 10,099.25 | 44,718.36 |

| | | | | | |
|---|---|---|---|---|---|
| | | **ACCOUNT TOTALS** | | 414,300.00 | 369,581.64 | $44,718.36 |
| | | Less: Bank Transfers | | 414,300.00 | 0.00 | |
| | | **Subtotal** | | 0.00 | 369,581.64 | |
| | | Less: Payment to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | **$0.00** | **$369,581.64** | |

**Form 2**
## Cash Receipts and Disbursements Record

| Case Number: | 23-10571 SC | Trustee: | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| Case Name: | The Litigation Practice Group PC | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******3526 - Sale proceeds both bidders |
| Taxpayer ID#: | **-***5343 | Blanket Bond: | N/A |
| Period: | 08/01/23 - 08/31/23 | Separate Bond: | 17,250,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/03/23 | | From Account# XXXXXX4611 | partial sale payment from Russ Squires / Resolution / Morning Law | 9999-000 | 250,000.00 | | 1,249,663.98 |
| 08/05/23 | | To Account# XXXXXX9960 | | 9999-000 | | 999,963.98 | 249,700.00 |
| 08/08/23 | | From Account# XXXXXX9960 | to correct wrong amount on initial transfer, s/b $999,663.98 | 9999-000 | 300.00 | | 250,000.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 1,249,963.98 | 999,963.98 | **$250,000.00** |
| Less: Bank Transfers | | 1,249,963.98 | 999,963.98 | |
| **Subtotal** | | 0.00 | 0.00 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | |
|---|---|
| Net Receipts: | $12,642,385.40 |
| Net Estate: | $12,642,385.40 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2953** | 0.00 | 0.00 | 6,248,466.48 |
| **Checking # ******3526** | 0.00 | 0.00 | 250,000.00 |
| **Checking # ******4344** | 0.00 | 369,581.64 | 44,718.36 |
| **Checking # ******4611** | 2,306,336.02 | 938,796.22 | 9,147.82 |
| **Checking # ******9960** | 10,336,049.38 | 7,773.29 | 4,773,901.59 |
| | **$12,642,385.40** | **$1,316,151.15** | **$11,326,234.25** |