D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>OMNIBUS RESPONSE AND REQUEST FOR SETTING OF HEARING ON CREDITOR JUDITH SKIBA'S (1) MOTION IN SUPPORT OF PROOF OF CLAIM; (2) AMENDED MOTION IN SUPPORT OF PROOF OF CLAIM; AND (3) MOTION FOR CREDITORS' BILL; DECLARATIONS OF D. EDWARD HAYS AND TY CARSS IN SUPPORT<br><br>Date:  October 18, 2023<br>Time:  1:30 p.m.<br>Courtroom: Virtual<br>Locations: 5C- Zoom.Gov[1] |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE,

THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

Pursuant to Rule 9013-1(o) of the Local Bankruptcy Rules ("LBR"), Richard A. Marshack,

in his capacity as Chapter 11 Trustee ("Trustee") for the bankruptcy estate ("Estate") of The

---

[1] ZoomGov: Video and audio connection information for each hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC, and then selecting "Judge Clarkson" from the tab on the left-hand side of the page.

Litigation Practice Group P.C. ("Debtor"), submits this response and request of hearing on the

following pleadings[2] filed by Ms. Judith Skiba ("Movant" or "Ms. Skiba"):

(1)  Motion for Creditors' Bill, filed on September 1, 2023, as Dk. No. 476 ("Bill Motion");

(2) "Amended Motion in Support of Proof of Claim, filed on August 5, 2023, as Dk. No. 364

    ("Amended Motion"); and

(3) Motion in Support of Proof of Claim, filed on July 31, 2023, as Dk. No. 346 ("Motion").

    **PLEASE TAKE NOTICE** that any Reply to this response must be filed and served not later

than seven days prior to the hearing. LBR 9013-1(g). The failure to timely serve a reply may be

deemed consent to the denial of the motion per LBR 9013-1(h).

    **PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO LOCAL**

**BANKRUPTCY RULE 9013-1(o)(4), A REQUEST FOR HEARING IS BEING FILED AND**

**SERVED REGARDING THE MOTION IN SUPPORT OF PROOF OF CLAIM AND**

**AMENDED MOTION IN SUPPORT OF PROOF OF CLAIM. WITHIN 14 DAYS FROM**

**THE DATE OF SERVICE OF THIS RESPONSE AND REQUEST FOR HEARING, THE**

**MOVING PARTY MUST SCHEDULE AND GIVE NOT LESS THAN 14 DAYS NOTICE OF**

**A HEARING TO THOSE RESPONDING AND TO THE UNITED STATES TRUSTEE. IF**

**MOVANT FAILS TO OBTAIN A HEARING DATE, THE COURT MAY DENY THE**

**MOTIONS WITHOUT PREJUDICE, WITHOUT FURTHER NOTICE OR A HEARING.**

## 1.    Summary of Argument

    Ms. Skiba has filed three motions, all essentially asserting damages against the Estate based

on a post-petition retainer agreement with Phoenix Law. Under the Bankruptcy Code's definitions,

however, she is not a creditor in this case because she does not hold a claim against the Debtor, and

her alleged claim did not arise pre-petition. Further, Ms. Skiba has no damages because all amounts

she paid to Phoenix Law were refunded to her. Trustee therefore requests that the Court deny her

three motions. Further, if Ms. Skiba does not timely set the Motion and Amended Motion for

---

[2] This request is only directed to the pleadings crafted/titled as motions and not the letter requests, Dk. Nos. 484, 356, 355.

hearing, Local Bankruptcy Rule 9013-1(o)(4) will provide an additional basis for denial of those two motions.

## 2.    Pertinent Factual Background

Post-petition,[3] on April 13, 2023, Ms. Skiba entered into a legal service agreement ("LSA") with Phoenix Law ("Phoenix") – not the Debtor. *See*, Amended Motion, Ex. A., pgs. 5 - 10[4]; *see also,* Declaration of Ty Carss ("Carss Declaration"), Ex. 1 for a true and correct copy of the LSA.

According to the LSA, Ms. Skiba authorized ACH withdrawals for the services to be rendered under the terms of the LSA. *See*, Carss Decl., Ex. 1, p. 16. The payment schedule provided on the third of every month for 21 months $297.50 would be withdrawn from Ms. Skiba's bank account ("Payment Schedule"). *Id.* Pursuant to the Payment Schedule, Ms. Skiba paid approximately $600 via two $300 ACH withdrawals made on May 3, 2023, and June 3, 2023. *See*, Carss Decl., ¶ 6.

Thereafter, on June 12, 2023, Ms. Skiba elected to cancel her LSA with Phoenix. *See*, Amended Motion, Ex. C., pg. 27. The LSA was cancelled, and Phoenix did not take any additional pulls. *See*, Carss Dec., ¶ 7.

Thereafter, Ms. Skiba filed the Motion. *See*, Dk. No. 346.

Prior to the filing of the Amended Motion and Bill Motion, counsel for Trustee reached out to Ms. Skiba to discuss the Motion. *See*, Declaration of D. Edward Hays ("Hays Declaration"), ¶ 6. Specifically, on August 3, 2023, Mr. Hays reached out to Ms. Skiba. During the conversation, Mr. Hays acknowledged receipt of her filed proof of claim and Motion, and discussed the case with her including the above facts learned from Phoenix. *Id.*, ¶ 6.

After the call, Trustee requested Phoenix issue Ms. Skiba a full refund of her approximate $600 - which it did immediately. *See*, Hays Decl.,¶ 7; Carss Decl., ¶ 8. The next day, on the afternoon of August 4, 2023, Mr. Hays called Ms. Skiba to inform her of the refund having been issued. Hays Decl., ¶ 8.

On August 5, 2023, as Dk. No. 364, Ms. Skiba filed her Amended Motion. Nothing in the

---

[3] Petition Date - March 20, 2023.

[4] As the exhibits are not Bates-stamped, the page references noted are to the page numbers located at the top center of each page done by the Court's electronic filing system.

Amended Motion reflects the calls with Trustee's counsel or that she was issued a refund. Similarly, nothing in the Bill Motion mentions the calls with Trustee's counsel or the refund issued by non-debtor entity Phoenix.

The Bill Motion has been set for hearing on October 18, 2023, at 1:30 p.m. *See*, Dk. No. 550.

## 3.    Legal Argument

Ms. Skiba's contract was with Phoenix (not Debtor) post-petition. In other words, she was never a client of the Debtor, and any claim she has is not properly asserted against Debtor's Estate. *See* 11 U.S.C. § 101(10)(A) (defining the team "creditor" as an entity that has a claim "against the debtor that arose at the time of or before the order for relief concerning the debtor").

Although Ms. Skiba seeks in her Bill Motion to pierce the corporate veil, she would still not hold a claim against the Estate that could be asserted by way of a proof of claim because her contract was executed postpetition. Further, to pierce the corporate veil, a party must show that (1) the controlling corporate entity exercises "total domination of the subservient corporation, to the extent that the subservient corporation manifests no separate corporate interests of its own;" (2) injustice will result from recognizing the subservient entity as a separate entity; and (3) the controlling entity "had a fraudulent intent or an intent to circumvent statutory or contractual obligations." *Pac. Gulf Shipping Co. v. Vigorous Shipping & Trading S.A.*, 992 F.3d 893, 898 (9th Cir. 2021). The Bill Motion does not clearly address these elements, and the Court has made no finding that Debtor and Phoenix are the "same company" like Ms. Skiba claims in her Bill Motion. Docket No. 476 at 2. In fact, on August 7, 2023, the Court entered an "Order Granting Motion for Order Approving Stipulation Re Avoidance and Recovery of Avoidable Transfers to Defendant Phoenix Law, PC and Turnover of All Related Property to the Trustee . . . ," Docket No. 365, which infers that Debtor and Phoenix are separate entities. Specifically, the Court entered judgment avoiding, recovering, and preserving Debtor's transfers of assets to Phoenix. The stipulation and resulting judgment further clarify that the Estate did not become obligated for any of Phoenix's debts.

Further, to the extent that Ms. Skiba seeks to assert claims for damages in her pleadings, a motion is the incorrect procedure to do so. *See generally* Fed. R. Bankr. P. 7001 (listing "adversary proceedings" to include "a proceeding to recover money or property . . .")." Moreover, a proof of

1  claim is deemed valid unless or until an objection is filed. 11 U.S.C. § 502(a).

2      Ms. Skiba further has not been damaged, nor has she provided proof of damages. She paid

3  approximately $600 via ACH withdrawals made on May 3, 2023, and June 3, 2023.[5] *See*, Carss

4  Decl., ¶ 6. On June 12, 2023, Ms. Skiba elected to cancel her LSA with Phoenix. *See*, Amended

5  Motion, Ex. C., pg. 27. The LSA was cancelled, and Phoenix did not take any additional pulls. *See*,

6  Carss Dec., ¶ 7. After Ms. Skiba filed the Motion, counsel for Trustee contacted her to discuss the

7  Motion. *See*, Hays Decl., ¶ 6. After the call, Trustee requested that Phoenix issue Ms. Skiba a full

8  refund of her approximate $600 - which it did promptly. *See*, Hays Decl.,¶ 7; Carss Decl., ¶ 8. The

9  next day, on the afternoon of August 4, 2023, Mr. Hays called Ms. Skiba to inform her of the refund

10 having been issued. Hays Decl.,¶ 8. Nothing in Ms. Skiba's pleadings, however, reflects this refund.

11      Ms. Skiba has no damages, and to the extent she seeks damages beyond the amount refunded

12 to her, she fails to state a valid claim for any damages. Trustee therefore requests that the Court deny

13 all her filed motions.

14 **4.    Conclusion**

15      For the reasons stated above, Trustee requests that the Court enter an order denying Debtor's

16 Bill Motion, Motion, and Amended Motion.

17

18 Date: October 4, 2023                    MARSHACK HAYS LLP

19                                 By: */s/ D. Edward Hays*
                                      D. EDWARD HAYS
20                                    LAILA MASUD
                                      BRADFORD N. BARNHARDT
21                                    Attorneys for Chapter 11 Trustee,
                                      RICHARD A. MARSHACK
22

23

24

25

26

27 [5] The May 3 withdrawal occurred before Trustee's appointment. *See* Docket No. 65 ("Order Approving the U.S.
   Trustee's Application for the Appointment of a Chapter 11 Trustee").

28

RESPONSE AND NOTICE OF SETTING HEARING

# Declaration of D. Edward Hays

I, D. Edward Hays, say and declare as follows:

1.      I am over the age of eighteen and have personal knowledge of the information contained herein and if called upon to testify, I could and would competently testify thereto.

2.      I am an attorney at law duly admitted to practice before this Court and in the State of California.

3.      I am a partner in the law firm of Marshack Hays Wood LLP, formerly known as Marshack Hays LLP, attorneys of record for Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") for the bankruptcy estate ("Estate") of The Litigation Practice Group P.C. ("Debtor").

4.      I reviewed the docket in this case prior to execution of this Declaration to refresh my memory as to the dates on which particular documents were filed.

5.      I make this Declaration in support of the Response and Request for Setting of Hearing on Creditor Judith Skiba's: (1) Motion in Support of Proof of Claim; (2) Amended Motion in Support of Proof of Claim; and (3) Motion for Creditors' Bill ("Response"). All capitalized terms not otherwise defined in this Declaration shall have the meaning ascribed to them in the Response.

6.      Prior to the filing of the Amended Motion and Bill Motion, I reached out to Ms. Skiba to discuss the Motion. Specifically, on August 3, 2023, I contacted Ms. Skiba. During the conversation, I acknowledged receipt of her filed proof of claim and Motion, and discussed the case with her including the facts learned from Phoenix.

7.      After the call, Trustee requested that Phoenix issue Ms. Skiba a full refund of her approximate $600 - which it did promptly.

/ / /

/ / /

/ / /

/ / /

/ / /

8.      On the afternoon of August 4, 2023, I called Ms. Skiba to inform her of the refund having been issued.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 4, 2023.

/s/D. Edward Hays
D. EDWARD HAYS

RESPONSE AND NOTICE OF SETTING HEARING

## **Declaration of Ty Carss**

I, Ty Carss, say and declare as follows:

1.    I am over the age of eighteen and have personal knowledge of the information contained herein and if called upon to testify, I could and would competently testify thereto.

2.    I am an attorney at law duly admitted to practice in the State of California.

3.    I am the managing attorney of Phoenix Law ("Phoenix").

4.    I make this Declaration in support of the Response and Request for Setting of Hearing on Creditor Judith Skiba's: (1) Motion in Support of Proof of Claim; (2) Amended Motion in Support of Proof of Claim; and (3) Motion for Creditors' Bill ("Response"). All capitalized terms not otherwise defined in this Declaration shall have the meaning ascribed to them in the Response.

5.    On April 13, 2023, Ms. Skiba entered into a legal service agreement ("LSA") with Phoenix ("Phoenix"). A true and correct copy of the LSA is attached as **Exhibit 1**.

6.    Pursuant to the Payment Schedule, Ms. Skiba paid Phoenix approximately $600 via ACH withdrawals made on May 3, 2023, and June 3, 2023.

7.    Thereafter, Ms. Skiba elected to cancel her LSA with Phoenix. The LSA was cancelled, and Phoenix did not take any additional pulls.

8.    Based on a request by the Trustee, Phoenix promptly issued Ms. Skiba a full refund of her approximate $600 on or about August 4, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 4, 2023.

_____
TY CARSS

8

**EXHIBIT 1**

BoldSign Document ID: da53dc36-62aa-432b-a1ff-40a4fbcb479d

PHOENIX
L A W

P: (424) 622-4044 | Service@phoenixlaw.co

RETAINER AGREEMENT

1. Services

Phoenix Law, a professional corporation licensed under the laws of the Commonwealth of California, hereby agrees to represent you in connection with     your ongoing disputes with certain of your creditors listed below (*see* List of Creditors in Dispute).  Phoenix Law hereby agrees to represent you in these disputes without limitation, including initiation of legal action against your creditors, defending any action brought by your creditors against you, enforcing your rights against harassment by your creditors pursuant to state and federal law, and counseling you on the possibility of filing bankruptcy1. Phoenix Law will keep you informed of its representation of you and will use all legal means to protect and enforce your rights under state and federal law.

2. Fee for Services Contemplated Herein

The fee Phoenix Law will charge for the services being provided to you is set forth below. This fee has been broken down into monthly or other installments to ease the financial burden of such fees on you.  The fee is for legal services provided to you by Phoenix Law, as outlined above, and includes all fees and costs associated with Phoenix Law's representation of you.  No other fee will be assessed by Phoenix Law and no other cost shall be passed on to you.  The fee is earned by Phoenix Law upon receipt due to services performed prior to the collection of such fee, and fees are not held in trust or escrow or used to pay creditors.  Any settlement you are required to payin the context of active litigation shall be borne separately by you and is unrelated to the fees you pay to Phoenix Law. Finally, you will not receive invoices or billing statements from Phoenix Law for services performed as the fee you agree to pay for such services is the flat fee contained in this agreement.

3. Failure to Resolve Account

The representation outlined herein is designed to bring a conclusion to all disputes with each of your creditors listed below. If an account remains unresolved at the conclusion of twenty-four months after Phoenix Law's representation of you commences, you will be entitled to a refund of all fees paid toward such unresolved account, which you can opt to keep or apply toward the resolution of such account at your discretion. You can also choose to have Phoenix Law continue to work on that account until it reaches a resolution instead of taking a refund, which it will do without limitation. Note that if a lawsuit is pending at the time you reach twenty-four months of representation by Phoenix Law, this provision shall not apply to such account and Phoenix Law shall conclude the representation in such lawsuit. In addition, to be clear, Phoenix Law will continue to represent you after the conclusion of twenty-four months for any account that is resolved to ensure that no creditor attempts to collect upon a bad or resolved debt, or to violate your rights under the Fair Credit Reporting Act by erroneously reporting a resolved debt.

4. Debt Settlement or Management

The representation outlined above is not a debt settlement or debt management "program" nor any other form of debt relief or credit repair.  You are agreeing to hire an attorney and pay fees to the attorney for services the attorney will provide to you and for work the attorney will perform on your behalf.  No promise or other representation has been made to you regarding the payment or settlement of your debts or regarding your credit score or repair of the same.

5. Your Rights and Responsibilities

You agree to execute a power of attorney permitting Phoenix Law to perform certain tasks on your behalf.  You further agree to forward all communication you receive from any creditor in dispute, or

any court or government agency in connection with any creditor in dispute, to Phoenix Law.  You may cancel this agreement at any time, but any fees paid for services rendered shall not be refundable.  You have the right to speak with your attorney upon reasonable notice, and shall be given regular updates regarding the work Phoenix Law is performing on your behalf.  You agree to communicate with Phoenix Law and provide it with all information requested to allow Phoenix Law to represent you.     You agree not to disclose the contents of Phoenix Law's representation of you as disclosure to a third party may waive the attorney-client privilege covering communications between you and Phoenix Law.

6. Electronic Authorization
   You acknowledge that Phoenix Law reserves the right to contact you electronically, which may include but is not limited to communication by email, text message, push notification, telephone, or e-signature platform.  You understand and agree that such communication involves the transmission of data electronically, which carries the risk of disclosure to a third party regarding financial data and that Phoenix Law will not be liable for any inadvertent disclosure of information. You further acknowledge that an electronic version of this signed agreement will be as valid as the original signed agreement.

7. Professional Liability Insurance
   Phoenix Law maintains professional liability insurance applicable to its representation of you.  The limit of this policy is $1,000,000.00 per claim filed by you pursuant to the terms of such policy. Any claim under this policy shall require you to contact Phoenix Law and disclose such claim, including all details regarding the same.

8. Confidentiality
   As a licensed professional law corporation, Phoenix Law is bound by the California Rules of Professional Conduct.  This includes strict rules concerning the confidentiality of client information (i.e., your information) and the attorney-client privilege.

1Note: if you decide to proceed with filing bankruptcy you may be entitled to a refund of fees paid to Phoenix Law.

1. Licensing
   You acknowledge that Phoenix Law is a California professional law corporation and employs or associates with attorneys licensed to practice law in both California and in the jurisdiction in which you reside.  Phoenix Law shall maintain an active, licensed attorney in all jurisdictions in which it operates, and you have a right to speak with such licensed counsel.  Although Phoenix Law is based in California, it employs or associates with attorneys in all jurisdictions in which its clients reside.
   Initials   *JS*

2. Performance of Legal Services
   You understand and acknowledge that you have contracted with Phoenix Law to perform legal services, and the performance of such services constitutes satisfaction of Phoenix Law's obligation to perform prior to collecting any fees in this matter.  You understand that the provision of legal services by Phoenix Law will commence immediately after the execution of this agreement, and that all fees paid are for the work of Phoenix Law in representing you and not for any other purpose, including the settlement of any debt or other debt management service.  By initialing below you acknowledge that your read and fully understand this specific paragraph.
   Initials   *JS*

3. Acknowledgement and Understanding
   By signing this agreement, you understand, acknowledge and agree that you have not been instructed by Phoenix Law or any agent of Phoenix Law to breach any legal duty you have undertaken,

including any contractual obligation.      You further understand, acknowledge and agree Phoenix Law may terminate this contract if required to do so under any applicable rule of professional conduct, any Court order, any failure to communicate with Phoenix Law where such communication relates to Phoenix Law's representation of you, or any failure to remit payment pursuant to this agreement.  You understand, acknowledge and agree that you will forward any and all communication you receive from any creditor in dispute or any court or government agency related to any creditor in dispute, and that you will track any and all telephonic or electronic communication from any creditor or credit reporting agency.  You understand, acknowledge and agree that Phoenix Law may obtain copies of your credit report at any time to assist it in the process of representing you in the disputes contemplated herein.  Finally, you understand, acknowledge and agree that the fees you pay to Phoenix Law are for its services and not for use in paying or settling your debts.

Client Signature:   *Judith Skiba*

Date: 04/13/2023

EXHIBIT 1, PAGE 11

## STATEMENT OF CLIENT'S RIGHTS

1. You are entitled to be treated with courtesy and consideration at all times by your lawyer and the other lawyers and personnel in your lawyer's office.
2. You are entitled to an attorney capable of handling your legal matter competently and diligently, in accordance with the highest standards of the profession. If you are not satisfied with how your matter is being handled, you have the right to withdraw from the attorney-client relationship at any time (court approval may be required in some matters and your attorney may have a claim against you for the value of services rendered to you up to the point of discharge.)
3. You are entitled to your lawyer's independent professional judgment and undivided loyalty uncompromised by conflicts of interest.
4. You are entitled to be charged a reasonable fee and to have your lawyer explain at the outset how the fee will be computed and the manner and frequency of billing. You are entitled to request and receive a written itemized bill from your attorney at reasonable intervals. You may refuse to enter into any fee arrangement that you find unsatisfactory.
5. You are entitled to have your questions and concerns addressed in a prompt manner and to have your telephone calls returned promptly.
6. You are entitled to be kept informed as to the status of your matter and to request and receive copies of papers. You are entitled to sufficient information to allow you to participate meaningfully in the development of your matter.
7. You are entitled to have your legitimate objectives respected by your attorney, including whether or not to settle your matter (court approval of a settlement is required in some matters.)
8. You have the right to privacy in your dealings with your lawyer and to have your secrets and confidences preserved to the extent permitted by law.
9. You are entitled to have your attorney conduct himself or herself ethically in accordance with the Code of Professional Responsibility.
10. You may not be refused representation on the basis of race, creed, color, religion, sex, sexual orientation, age, national origin or disability.

Initials _JS_

EXHIBIT 1, PAGE 12

## STATEMENT OF CLIENT'S RESPONSIBILITIES

Reciprocal trust, courtesy and respect are the hallmarks of the attorney-client relationship. Within that relationship, the client looks to the attorney for expertise, education, sound judgment, protection, advocacy and representation. These expectations can be achieved only if the client fulfills the following responsibilities:

1. The client is expected to treat the lawyer and the lawyer's staff with courtesy and consideration.
2. The client's relationship with the lawyer must be one of complete candor and the lawyer must be apprised of all facts or circumstances of the matter being handled by the lawyer even if the client believes that those facts may be detrimental to the client's cause or unflattering to the client.
3. The client must honor the fee arrangement as agreed to with the lawyer, in accordance with law.
4. All bills for services rendered which are tendered to the client pursuant to the agreed upon fee arrangement should be paid promptly.
5. The client may withdraw from the attorney-client relationship, subject to financial commitments under the agreed to fee arrangement, and, in certain circumstances, subject to court approval.
6. Although the client should expect that his or her correspondence, telephone calls and other communications will be answered within a reasonable time frame, the client should recognize that the lawyer has other clients equally demanding of the lawyer's time and attention.
7. The client should maintain contact with the lawyer, promptly notify the lawyer of any change in telephone number or address and respond promptly to a request by the lawyer for information and cooperation.
8. The client must realize that the lawyer need respect only legitimate objectives of the client and that the lawyer will not advocate or propose positions which are unprofessional or contrary to law or the Lawyer's Code of Professional Responsibility.
9. The lawyer may be unable to accept a case if the lawyer has previous professional commitments which will result in inadequate time being available for the proper representation of a new client.
10. A lawyer is under no obligation to accept a client if the lawyer determines that the cause of the client is without merit, a conflict of interest would exist or that a suitable working relationship with the client is not likely.

Initials *JS*

List of Creditors in Dispute

| # | Creditor Name | Account # | Balance |
|---|---|---|---|
| 1 | FSTHERITAG | ██ 42 | $2,431.00 |
| 2 | Republic Finance | ██ 514 | $3,216.00 |
| 3 | 1ST FRANKLIN | ███ 909 | $2,314.00 |
| 4 | Tower loan | ██ 51 | $2,000.00 |
| 5 | CREDITONEBNK | ████ 717 | $509.00 |
| 6 | MERRICK BK | ███ 252 | $953.00 |
| **Total Balance** | | | **$11,423.00** |

EXHIBIT 1, PAGE 14

Client Intake Form

Name: Judith Skiba

Address: 2014 11th St, Pascagoula, MS 39567

Phone: ███████████

Email: █████████████████

Las 4 SSN: ██████

EXHIBIT 1, PAGE 15

Payment Schedule

I agree to this payment schedule

Initials  *JS*

| # | Payment Date | Amount |
|---|---|---|
| 1 | May 03, 2023 | $297.59 |
| 2 | Jun 03, 2023 | $297.59 |
| 3 | Jul 03, 2023 | $297.59 |
| 4 | Aug 03, 2023 | $297.59 |
| 5 | Sep 03, 2023 | $297.59 |
| 6 | Oct 03, 2023 | $297.59 |
| 7 | Nov 03, 2023 | $297.59 |
| 8 | Dec 03, 2023 | $297.59 |
| 9 | Jan 03, 2024 | $297.59 |
| 10 | Feb 03, 2024 | $297.59 |
| 11 | Mar 03, 2024 | $297.59 |
| 12 | Apr 03, 2024 | $297.59 |
| 13 | May 03, 2024 | $297.59 |
| 14 | Jun 03, 2024 | $297.59 |
| 15 | Jul 03, 2024 | $297.59 |
| 16 | Aug 03, 2024 | $297.59 |
| 17 | Sep 03, 2024 | $297.59 |
| 18 | Oct 03, 2024 | $297.59 |
| 19 | Nov 03, 2024 | $297.59 |
| 20 | Dec 03, 2024 | $297.59 |
| 21 | Jan 03, 2025 | $297.59 |

EXHIBIT 1, PAGE 16

BoldSign Document ID: da53dc36-62aa-432b-a1ff-40a4fbcb479d

-

## Program Acknowledgements

---

The monthly payments I am making go towards Phoenix Law attorney representation fees.

Initial:   *JS*

---

The attorney fees I am paying will go to Phoenix Law and not to my creditors. The fees do not accumulate towards a settlement, and they will not be used to pay my creditors / debts.

Initial:   *JS*

---

Phoenix Law is a law firm specializing in debt resolution; NOT debt settlement. I understand the difference.

Initial:   *JS*

---

If I receive a lawsuit on an enrolled account, Phoenix Law will represent me and handle all legal proceedings at no additional cost.

Initial:   *JS*

---

Depending on my current credit standing, this program may have a temporary negative effect on my credit.

Initial:   *JS*

---

I understand that if any of the enrolled debts are auto loans, secured, or have any type of collateral, those items may be repossessed.

Initial:   *JS*

---

EXHIBIT 1, PAGE 17

Electronic Payment Authorization

Bank Name: ███████████

Name on Account: Judith S Skiba

Account Type: Checking Account _____      Other (specify: _____)

Routing Number: ██████████

Account Number: ██████████

Next Payment Date: May 03, 2023 Amount: $297.59

Recurring Payment Date: Jun 03, 2023

By signing below, I authorize and permit Phoenix Law or their designees to initiate electronic funds transfer via an Automated Clearing House system (ACH) from my account listed above.  I will also provide Phoenix Law with a voided check or savings deposit slip.

If necessary, Phoenix Law may make adjustments if errors have occurred during the transaction.  The date of the draft is listed above, however, if the draft date falls on a weekend or bank holiday, the debit transaction will take place on the next business day. This authority will remain in effect until Phoenix Law is notified by the member in writing at least 5 days prior to the next scheduled draft date.  No other forms of cancellation by members will be observed.  If the debit is returned because of non-sufficient funds or uncollected funds, then the originator and its financial institution may reinitiate the entry up to two (2) times.  The reversal of funds from a client's account that was drafted in error cannot be made until seven business days from the draft date.  The member agrees to waive all rights of reversal or refusal of any payment on any draft that Phoenix Law may make against the member's bank account while services are performed.  The member agrees with all of the provisions and conditions outlined within.

Acknowledgment of Refunds & Draft Date Changes

ACH Refunds: If a refund is due such will be made through the ACH process only. Refunds may take up to 10 days to process.  In the event my EFT or draft is returned from my bank unpaid, I agree that a fee of $25.00 or as allowed by law may be charged to my account via draft or EFT. Furthermore, I warrant that I am authorized to execute this payment authorization and the above information is true and correct.  Draft Date Changes: A client may stop any ACH debit by providing written notice to Phoenix Law at least three (3) business days prior to the scheduled payment. If you should need to notify us of your intent to cancel and/or revoke this authorization you must contact us three (3) business days prior to the questioned debit being initiated.

Printed Name: Judith Skiba

Client Signature: *Judith Skiba*        Date:04/13/2023

Preauthorized Checking and ACH Authorization Form

I hereby apply for and agree to establish a non-interest bearing special purpose account (the "Account") with a bank ("Bank") selected by Phoenix Law, its payments processors, and/or their successors for the purpose of accumulating funds to pay for such goods and services as I so direct Phoenix Law to perform. This application is subject to Bank's customer identification program, as required by the USA PATRIOT ACT and other applicable laws, and accordingly, I hereby represent that the above information is true and complete to the best of my knowledge and belief. The bank account information provided above may be subject to account validation processes to include pre-notation and a $0.01 micro-deposit.

---

Account Owner Name: Judith S Skiba

Address: 2014 11th St City: Pascagoula        State: MS    Zip:  39567

Mobile Phone #: ███████████        EMAIL:
████████████████

---

DESIGNATED BANK ACCOUNT INFORMATION

Bank Name: ████████████        Name as it appears on bank
ACCOUNT: Judith S Skiba

Routing Number: ████████        Account Number: ████████
 Checking or Saving: Checking Account

---

DESIGNATED BANK ACCOUNT PAYMENT AUTHORIZATION SCHEDULE

Total Amount of Debit: $297.59        Date of Next Debit:May 03, 2023

---

I hereby authorize Bank, directly or through PHOENIX LAW, or any other service provider selected by PHOENIX LAW, to administer the Account on my behalf by (a) periodically transferring and depositing funds to the Account, via any payment media currently in use, and (b) periodically disbursing funds from the Account pursuant to instructions that I may give from time to time. I hereby authorize payments from the Account for the fees and charges provided for in this application and in the agreement. I hereby grant permission for Bank to share information regarding the Account with PHOENIX LAW and any other service provider to facilitate the transactions I may initiate that involve the Account, and with any other party that is essential to the administration of the Account on my behalf. My signature below provides permission to be contacted by phone at the number provided with this authorization. A payment reminder will be sent to your phone number via Text Messaging prior to the payment scheduled above.

This authorization shall remain in full force and effect until I provide a verbal or written termination notice to PHOENIX LAW or such other service provider as is selected by PHOENIX LAW. Any such notice, and any other written notice that is provided for in this Application or the Agreement, shall be sent to PHOENIX LAW or to PHOENIX LAW directly at the address set forth in the Agreement. "Phoenix Law" will appear on your bank statement.

Account Holder's Signature:    *Judith Skiba*        Date: 04/13/2023

# *Certificate of completion*

## Summary

| | |
|---|---|
| **Document ID** | **Type** |
| da53dc36-62aa-432b-a1ff-40a4fbcb479d | Signature Request |
| **Document Name** | **Status** |
| Retainer Agreement - ACH | Completed |
| **Page Count** | **Signer/Reviewer Count** |
| 11 | 1 |
| **Sent At** | **Completed At** |
| Apr 13, 2023 09:32:45 PDT | Apr 13, 2023 10:02:03 PDT |
| **Title** | **Signing order** |
| Retainer Agreement - ACH | Disabled |

## Sender

| | |
|---|---|
| **Name** | **Email ID** |
| Long Le | long@prime-logix.co |
| **IP Address** | **Device** |
| 54.241.237.13 | Generic via Desktop |

## Recipients

| | |
|---|---|
| **Name** | **Email ID** |
| Judith Skiba | ██████████ |
| **IP Address** | **Device** |
| 174.203.35.247 | Chrome via Mobile |
| **Signature Type** | **Security Authentication** |
| Typed Signature | - |

**Timestamps**

Apr 13, 2023 10:02:02 PDT  - Embedded Signed

Apr 13, 2023 09:43:29 PDT - Viewed

Apr 13, 2023 09:32:45 PDT - Sent

**Signature**

*Judith Skiba*

## Audit Trail

EXHIBIT 1, PAGE 20

DA53DC36-62AA-432B-A1FF-40A4FBCB479D

| **Sent:** | Long Le sent the document to Judith Skiba (skibajudith@yahoo.com). | |
|---|---|---|
| Apr 13, 2023 09:32:45 PDT | | |

| **Viewed:** | Judith Skiba viewed the document. | |
|---|---|---|
| Apr 13, 2023 09:43:29 PDT | skibajudith@yahoo.com | IP: 174.203.35.247 |

| **Signed using an embedded signing link:** | Judith Skiba has signed the document using an embedded sign link. | |
|---|---|---|
| Apr 13, 2023 10:02:02 PDT | skibajudith@yahoo.com | IP: 174.203.35.247 |

| **Completed:** | Document has been completed. | |
|---|---|---|
| Apr 13, 2023 10:02:03 PDT | | |

EXHIBIT 1, PAGE 21

Generated by BoldSign

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **OMNIBUS RESPONSE AND REQUEST FOR SETTING OF HEARING ON CREDITOR JUDITH SKIBA'S (1) MOTION IN SUPPORT OF PROOF OF CLAIM; (2) AMENDED MOTION IN SUPPORT OF PROOF OF CLAIM; AND (3) MOTION FOR CREDITORS' BILL; DECLARATIONS OF D. EDWARD HAYS AND TY CARRS IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 4, 2023** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **October 4, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| MAIL REDIRECTED TO TRUSTEE<br>DEBTOR<br>THE LITIGATION PRACTICE GROUP P.C.<br>~~17542 17TH ST, SUITE 100~~<br>~~TUSTIN, CA 92780-1981~~ | CREDITOR / INTERESTED PARTY / PRO SE MOVANT<br>JUDITH SKIBA<br>PO BOX 1016<br>PASCAGOULA, MS 39568 |
|---|---|

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 4, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| VIA PERSONAL DELIVERY:<br>PRESIDING JUDGE'S COPY<br>HONORABLE SCOTT C. CLARKSON<br>UNITED STATES BANKRUPTCY COURT<br>RONALD REAGAN FEDERAL BUILDING<br>411 WEST FOURTH STREET, SUITE 5130<br>SANTA ANA, CA 92701-4593 |
|---|

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 4, 2023 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **INTERESTED PARTY:** Keith Barnett    keith.barnett@troutman.com
- **ATTORNEY FOR CREDITOR AFFIRMA, LLC and CREDITOR OXFORD KNOX, LLC:** Eric Bensamochan eric@eblawfirm.us, G63723@notify.cincompass.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Peter W Bowie peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC.:** Ronald K Brown ron@rkbrownlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Christopher Celentino christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **INTERESTED PARTY COURTESY NEF:** Shawn M Christianson cmcintire@buchalter.com, schristianson@buchalter.com
- **INTERESTED PARTY COURTESY NEF:** Randall Baldwin Clark rbc@randallbclark.com
- **INTERESTED PARTY COURTESY NEF:** Leslie A Cohen leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com; clare@lesliecohenlaw.com
- **INTERESTED PARTY COURTESY NEF:** Aaron E. DE Leest adeleest@DanningGill.com, danninggill@gmail.com; adeleest@ecf.inforuptcy.com
- **ATTORNEY FOR INTERESTED PARTY NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEYS and INTERESTED PARTY NATIONAL CONSUMER BANKRUPTCY RIGHTS CENTER:** Jenny L Doling jd@jdl.law, dolingjr92080@notify.bestcase.com; 15994@notices.nextchapterbk.com
- **ATTORNEY FOR CREDITOR CAROLYN BEECH:** Daniel A Edelman dedelman@edcombs.com, courtecl@edcombs.com
- **INTERESTED PARTY:** William P Fennell    william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Christopher Ghio christopher.ghio@dinsmore.com, Kristina.Heller@Dinsmore.com
- **ATTORNEY FOR DEFENDANT STRIPE, INC.:** Eric D Goldberg eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **ATTORNEY FOR CREDITOR AFFIRMA, LLC; CREDITOR ANAHEIM ARENA MANAGEMENT, LLC; CREDITOR ANAHEIM DUCKS HOCKEY CLUB, LLC; and CREDITOR OXFORD KNOX, LLC:** Jeffrey I Golden jgolden@go2.law, kadele@ecf.courtdrive.com; cbmeeker@gmail.com; lbracken@wgllp.com; gestrada@wgllp.com; golden.jeffreyi.b117954@notify.bestcase.com
- **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC:** Richard H Golubow rgolubow@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
- **INTERESTED PARTY COURTESY NEF:** David M Goodrich dgoodrich@go2.law, kadele@go2.law; dfitzgerald@go2.law; wggllp@ecf.courtdrive.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR CITY CAPITAL NY:** Alan Craig Hochheiser ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC:** Garrick A Hollander ghollander@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
- **ATTORNEY FOR CREDITOR and PLAINTIFF OHP-CDR, LP and PLAINTIFF PURCHASECO 80, LLC:** Razmig Izakelian razmigizakelian@quinnemanuel.com
- **ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP P.C.:** Joon M Khang joon@khanglaw.com
- **ATTORNEY FOR INTERESTED PARTY AD HOC CONSUMER CLAIMANTS COMMITTEE:** Ira David Kharasch ikharasch@pszjlaw.com
- **ATTORNEY FOR DEFENDANT GALLANT LAW GROUP:** Meredith King mking@fsl.law, ssanchez@fsl.law; jwilson@fsl.law
- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS:** Nicholas A Koffroth nkoffroth@foxrothschild.com, khoang@foxrothschild.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                      **F 9013-3.1.PROOF.SERVICE**

- **ATTORNEY FOR DEFENDANT MARICH BEIN, LLC:** David S Kupetz David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **INTERESTED PARTY COURTESY NEF:** Christopher J Langley chris@slclawoffice.com, omar@slclawoffice.com; langleycr75251@notify.bestcase.com; ecf123@casedriver.com
- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, P.C.; DEFENDANT LGS HOLDCO, LLC; INTERESTED PARTY CONSUMER LEGAL GROUP, P.C.; and INTERESTED PARTY LIBERTY ACQUISITIONS GROUP INC:** Daniel A Lev daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com; dlev@ecf.courtdrive.com
- **INTERESTED PARTY:** Britteny Leyva    bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;ladocket@mayerbrown.com;KAWhite@mayerbrown.com
- **ATTORNEY FOR CREDITOR PHILLIP A GREENBLATT, PLLC:** Michael D Lieberman mlieberman@lipsonneilson.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Yosina M Lissebeck Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- **ATTORNEY FOR CREDITOR FUNDURA CAPITAL GROUP:** Mitchell B Ludwig mbl@kpclegal.com, kad@kpclegal.com
- **ATTORNEY FOR DEFENDANT HAN TRINH and DEFENDANT JAYDE TRINH:** Kathleen P March kmarch@bkylawfirm.com, kmarch3@sbcglobal.net, kmarch@sbcglobal.net
- **CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **ATTORNEY FOR US TRUSTEE:** Kenneth Misken Kenneth.M.Misken@usdoj.gov
- **INTERESTED PARTY COURTESY NEF:** Byron Z Moldo bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com, dperez@ecjlaw.com
- **INTERESTED PARTY COURTESY NEF:** Alan I Nahmias anahmias@mbn.law, jdale@mbnlawyers.com
- **INTERESTED PARTY COURTESY NEF:** Victoria Newmark vnewmark@pszjlaw.com
- **ATTORNEY FOR US TRUSTEE:** Queenie K Ng queenie.k.ng@usdoj.gov
- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS:** Keith C Owens kowens@foxrothschild.com, khoang@foxrothschild.com
- **ATTORNEY FOR DEFENDANT DANIEL S. MARCH and DEFENDANT TONY DIAB:** Teri T Pham tpham@epglawyers.com, ttpassistant@epglawyers.com
- **ATTORNEY FOR DEFENDANT GREYSON LAW CENTER PC; DEFENDANT HAN TRINH; DEFENDANT JAYDE TRINH; and DEFENDANT SCOTT JAMES EADIE:** Douglas A Plazak dplazak@rhlaw.com
- **ATTORNEY FOR DEFENDANT TOUZI CAPITAL, LLC and DEFENDANT ENG TAING:** Daniel H Reiss dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, PC:** Ronald N Richards ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **ATTORNEY FOR CREDITOR MARI AGAPE:** Gregory M Salvato gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com; jboufadel@salvatoboufadel.com; gsalvato@ecf.inforuptcy.com
- **ATTORNEY FOR CREDITOR AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC:** Olivia Scott olivia.scott3@bclplaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Jonathan Serrano jonathan.serrano@dinsmore.com
- **ATTORNEY FOR CREDITOR UNITED PARTNERSHIPS, LLC:** Paul R Shankman PShankman@fortislaw.com, info@fortislaw.com
- **ATTORNEY FOR INTERESTED PARTY MORNING LAW GROUP, PC:** Zev Shechtman zs@DanningGill.com, danninggill@gmail.com; zshechtman@ecf.inforuptcy.com
- **ATTORNEY FOR US TRUSTEE:** Leslie Skorheim leslie.skorheim@usdoj.gov
- **ATTORNEY FOR DEFENDANT BANKUNITED, N.A.:** Howard Steinberg steinbergh@gtlaw.com, pearsallt@gtlaw.com; howard-steinberg-6096@ecf.pacerpro.com
- **ATTORNEY FOR CREDITOR ALTERYX, INC.:** Andrew Still astill@swlaw.com, kcollins@swlaw.com
- **US TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR CREDITOR AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC:** Sharon Z. Weiss sharon.weiss@bclplaw.com, raul.morales@bclplaw.com, REC_KM_ECF_SMO@bclplaw.com
- **ATTORNEY FOR CREDITOR DEBT RELIEF GROUP, LLC:** Johnny White JWhite@wrslawyers.com, jlee@wrslawyers.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.