Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
Yosina M. Lissebeck (State Bar No. 201654)
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501
christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com

Special Counsel to Richard A. Marshack, Chapter 11 Trustee

FILED & ENTERED

OCT 05 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>CHAPTER 11<br><br>**ORDER GRANTING SECOND MOTION REJECTING UNEXPIRED EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. § 365**<br><br>Hearing Held<br>Date:     September 27, 2023<br>Time:     1:30 p.m. (Pacific Time)<br>Location: Courtroom 5C<br>              411 West Fourth Street<br>              Santa Ana, CA 92701<br>              Or Via Zoom |

On September 27, 2023, the Court held a hearing on the motion ("Motion") [Dkt. No. 486] of Richard A. Marshack, the Chapter 11 Trustee (the "Trustee"), for Second Order Rejecting Unexpired Executory Contracts pursuant to Sections 365(a) in which the Trustee sought approval to reject the executory contracts listed on Exhibit A to the Declaration of Trustee filed in support of

///

1

the Motion, effective as of March 20, 2023.  This Motion was supplemented by Exhibit A to the Declaration of Yosina M. Lissebeck filed on September 21, 2013 [Dkt No. 529] and the Notice of Errata withdrawing certain entities from the initial exhibit list for failure to adequately serve them, filed on September 25, 2023 [Dkt. No. 536].

Having considered the Motion, the Supplemental Declaration and its Exhibit A, the Notice of Errata, and the docket as a whole, and finding good cause, hereby GRANTS the Motion.

**IT IS SO ORDERED.**

### 

Date: October 5, 2023

Scott C. Clarkson
United States Bankruptcy Judge

2