D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**OCT 16 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte       DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>ORDER APPROVING STIPULATION BETWEEN CHAPTER 11 TRUSTEE, OFFICE OF THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO SET ADMINISTRATIVE BAR DATE<br><br>[STIPULATION FILED AS DK. NO. 575]<br><br>[NO HEARING REQUIRED] |

The Court has read and considered the Stipulation ("Stipulation") entered into by and between Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy Estate of The Litigation Practice Group P.C. ("LPG" or "Debtor"), Office of the United States Trustee ("UST"), and Official Committee of Unsecured Creditors ("Committee") (Trustee, UST, and Committee are collectively referred to as the "Parties"), by their respective counsel of record, filed on October 13, 2023, as Dk. No. 575 and has found good cause to approve the Stipulation.

/ / /

/ / /

/ / /

/ / /

IT IS ORDERED:

1. The Stipulation is approved.

2. The deadline for the filing of any motion to obtain an allowed administrative claim arising at any time from the March 20, 2023, petition date, through and including the August 4, 2023, Closing Date is **November 21, 2023** ("Non-Professional Administrative Claims Bar Date").

3. Notice of the Non-Professional Administrative Claims Bar Date, will be in substantially the same form as Exhibit "1," which is attached to the Stipulation, and shall be served by Trustee within seven days after entry of this Order approving the Stipulation.

###

Date: October 16, 2023

Scott C. Clarkson
United States Bankruptcy Judge