Michael A. Sweet (SBN 184345)
Keith C. Owens (SBN 184841)
Nicholas A. Koffroth (SBN 287854)
**FOX ROTHSCHILD LLP**
10250 Constellation Blvd., Suite 900
Los Angeles CA 90067
Telephone:    (310) 598-4150
Facsimile:    (310) 556-9828
msweet@foxrothschild.com
kowens@foxrothschild.com
nkoffroth@foxrothschild.com

Counsel For Official Committee of Unsecured Creditors

FILED & ENTERED

OCT 16 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 8:23-bk-10571-SC<br><br>**ORDER AUTHORIZING EMPLOYMENT OF FORCE TEN PARTNERS, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF SEPTEMBER 18, 2023**<br><br>[*No Hearing Required Pursuant to LBR 9013-1(o)*] |

The Court, having considered the *Application for Order Authorizing Employment of Force Ten Partners, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, Effective as of September 18, 2023* [Docket No. 526] (the "Application")[1] filed by the Official Committee of Unsecured Creditors (the "Committee"), and the Court being satisfied that Force 10 does not represent any entity having an adverse interest in connection with the above-captioned case and is a "disinterested person" as defined under 11 U.S.C. § 101(14); having found that notice

---

[1] Unless otherwise defined herein, all capitalized terms shall have the definitions set forth in the Application.

of the Application is sufficient under the circumstances and that no further notice is required; and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is APPROVED.

2. The Committee is authorized to retain and employ Force 10 as financial advisor, effective as of September 18, 2023, at the expense of the estate pursuant to 11 U.S.C. § 1103(a).

3. Except as the Court may otherwise determine and direct, the compensation to be awarded to Force 10 shall be fixed by the Court after notice and a hearing as may be required by the §§ 330 and 331, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Central District of California, and the practice and procedure of this Court.

###

Date: October 16, 2023

Scott C. Clarkson
United States Bankruptcy Judge