UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

CREDITOR, Judith Skiba,
P.O. Box 1016
Pascagoula, Ms. 39568
(228) 369-2070
skibajudith@yahoo.com

Case No. 8:23-bk-10571-SC
Chapter 11

RE: Debitor,
Litigation Praction Group

**Objection to Attorney Hay's Omnibus Response to Creditors Motions**

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE OFFICE AND ALL INTERESTED PARTIES

In pursuant to local Bankruptcy rules 9013-1 (o) Attorney Ed Hays of the United States Trustee's Office has OBJECTED to Creditor Ms. Skiba Motions in an OMNIBUS manner. First, Attorney Hays stated that Creditor failed to state claim. In the **Proof of Claim, Exhibit A**, Creditor did file the contract that was showing in what the duties were that Phoenix Law was suppose to perform, and did not. Mr. Hays also stated in his objection that Phoenix Law was taking money out of my account every month and Creditor did state in a claim, Creditor did explain that Yes they did take money out of my account and then abandoned client, that there was a **Breach of Contract** Creditor did explain that she had forty-two complaints with the Better Business Bureau that the same thing happened to them. At that time she immediaetly fired Phoenix Law and voided contract, in which I provided letter of termination in Proof of claim. On June 12, 2023 Phoenix Law was terminated and i asked for a refund, to this day I never received it. Other claims were made such as **Defrauding Creditor, Damaging Credit, and Defamation.**

Attorney Hays made accusations that Phoenix Law is a separate company than LPG I would like to challenege Mr. Hay's in his Response at the Hearing which would be more appropriate.

10/16/23                                                                                  *Judith Skiba*

Certificate of Service

I hereby certify that on the 16th of October 2023, a copy of **Objection to Attorney Hay's Omnibus Response to Creditor's Motion's** in Dropbox of the California Bankruptcy Court For the Central Division . Sent copies to United States Bankruptcy Court Central District of California 411 West Fourth St. Santa Ana, California 92701. Also sent copy to Attorney Hays Trustee's Office,

%Dinsmore & Shohl LLP
655 West Broadway Suite 800
San Diego, California 92101

Copies sent by email;

Ehays@marshackhays.com
christopher.ghio@dinsmore.com

10/16/23                                                                                  *Judith Skiba*

Judith Skiba
P.O. Box 1016
Pascagoula, Ms. 39568
(228)369-2070
skibajudith@yahoo.com

June 12, 2023

Phoenix Law
6080 Center Dr. 6th floor
Los Angeles. Ca. 90045

Dear Phoenix Law,

    As of June 12, 2023 your company, Phoenix Law and it's employees' will be no longer employed with myself Judith Skiba. You have violated our agreement, so at this time any contracts or agreements are voided. You will not have my permission to access my bank accounts for any reason what so ever. At this time I am demanding a refund of $600.00 of what has been taken out of my account.

    I will provide you two weeks, from the time you recieve this letter to refund my $600.00 or I will have the Los Angeles F.B. I. office knocking on your door ready to arrest your company for Fraud. I am also contemplating a lawsuit for ($10,000.) ten thousand dollars for Fraud. At this time alot of damage has been done to my self in regards to my creditors and I do not want to file for bankruptcy. I also wil file a complaint with the Better Business Bureau, along with the twenty-eight complaints that was previously filed.

Judith Skiba
P.O. Box 1016
Pascagoula, Ms. 39568
228 369 2070

*[signature: Judith Skiba]*