Michael A. Sweet (SBN 184345)
Keith C. Owens (SBN 184841)
Nicholas A. Koffroth (SBN 287854)
**FOX ROTHSCHILD LLP**
10250 Constellation Blvd., Suite 900
Los Angeles CA 90067
Telephone:    (310) 598-4150
Facsimile:    (310) 556-9828
msweet@foxrothschild.com
kowens@foxrothschild.com
nkoffroth@foxrothschild.com

Counsel For Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 8:23-bk-10571-SC<br><br>**STIPULATION TO EXTEND DEADLINE FOR CHAPTER 11 TRUSTEE TO FILE A PLAN AND DISCLOSURE STATEMENT** |

1

150503466.1

    The Official Committee of Unsecured Creditors (the "Committee") of The Litigation Practice Group P.C., Richard A. Marshack, in his capacity as the chapter 11 trustee of The Litigation Practice Group P.C. (the "Trustee" and, together with the Committee, the "Parties"), stipulate and agree as follows (the "Stipulation").

## RECITALS

A.  On March 20, 2023 (the "Petition Date"), The Litigation Practice Group P.C. (the "Debtor"), filed a voluntary petition under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California (the "Court"), commencing the above-captioned bankruptcy case (the "Bankruptcy Case").

B.  On May 8, 2023, the Court entered an order [Docket No. 65] approving the appointment of the Trustee.

C.  On June 23, 2023, the Office of the United States Trustee appointed [Docket No. 134] the Committee, which was amended [Docket No. 157] to increase the number of Committee members on June 29, 2023.

D.  On August 2, 2023, the Court entered an order [Docket No. 352] (the "Sale Order") approving the sale of certain assets, pursuant to that certain *Agreement of Purchase and Sale and Joint Escrow Instructions* (the "APA").

E.  On August 18, 2023, the Committee and the Trustee initiated a standing weekly case negotiation and status meeting among their respective professionals and the Trustee.

F.  On August 25, 2023, the Court entered a *Scheduling Order After Status Conference* [Docket No. 452] (the "Scheduling Order") setting October 24, 2023, as the deadline for the Trustee to file and serve a chapter 11 plan and related disclosure statement (the "Filing Deadline").

G.  Since the entry of the Scheduling Order, the Parties have been engaged in ongoing and substantive negotiations with the aim of filing a joint chapter 11 plan of liquidation and related disclosure statement. Among other things, the Parties have engaged in substantive negotiations and discussions concerning a potential joint plan during their weekly status meetings and in separate meetings intended to address specific areas of concern related to such joint plan. Moreover, the

1

150503466.1

Parties continue to evaluate, among other things, post-closing financial reporting, pursuant to audit requests submitted by the Committee under the APA, necessary to complete a fulsome plan analysis, including a liquidating analysis and plan projections. The Parties have made material progress toward negotiating a joint plan and disclosure statement; however, the Parties have determined that further negotiations and financial information are required.

      H.     In light of the foregoing, the Parties have agreed that it is in the best interests of the estate and the Parties' further negotiations to agree to an extension of the Filing Deadline to provide additional time for the Parties to continue efforts to negotiate a joint plan and disclosure statement.

## STIPULATION

NOW, THEREFORE, based on the foregoing, the Parties agree and stipulate as follows:

1. The Parties restate and incorporate the foregoing Recitals set forth above.

2. The Filing Deadline for the Trustee to file a chapter 11 plan and disclosure statement shall be extended from October 24, 2023, through and including December 5, 2023.

DATED this 16th day of October 2023.

**FOX ROTHSCHILD LLP**

By: /s/ Michael Sweet
    Michael A. Sweet (Bar No. 184345)
    Keith C. Owens (Bar No. 184841)
    Nicholas A. Koffroth (Bar No. 287854)
    Constellation Place
    10250 Constellation Blvd., Suite 900
    Los Angeles, California 90067
*Counsel for the Committee*

**MARSHACK WOOD HAYS LLP**

By: /s/ D. Edward Hays
    D. Edward Hays (Bar No. 162507)
    Laila Masud (Bar No. 311731)
    870 Roosevelt
    Irvine, California 92620
*Counsel for Trustee*

150503466.1

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 900, Los Angeles, CA 90067.

A true and correct copy of the foregoing documents entitled: STIPULATION TO EXTEND DEADLINE FOR CHAPTER 11 TRUSTEE TO FILE A PLAN AND DISCLOSURE STATEMENT on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 10/17/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Eric Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com
- **Ronald K Brown**    ron@rkbrownlaw.com
- **Christopher Celentino**    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Shawn M Christianson**    cmcintire@buchalter.com, schristianson@buchalter.com
- **Randall Baldwin Clark**    rbc@randallbclark.com
- **Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Daniel A Edelman**    dedelman@edcombs.com, courtecl@edcombs.com
- **Christopher Ghio**    christopher.ghio@dinsmore.com, Kristina.Heller@Dinsmore.com
- **Jeffrey I Golden**    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com;golden.jeffreyi.b117954@notify.bestcase.com
- **Richard H Golubow**    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Alan Craig Hochheiser**    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Garrick A Hollander**    ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Razmig Izakelian**    razmigizakelian@quinnemanuel.com
- **Joon M Khang**    joon@khanglaw.com
- **Ira David Kharasch**    ikharasch@pszjlaw.com
- **Nicholas A Koffroth**    nkoffroth@foxrothschild.com, khoang@foxrothschild.com
- **David S Kupetz**    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Christopher J Langley**    chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com
- **Daniel A Lev**    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Michael D Lieberman**    mlieberman@lipsonneilson.com
- **Yosina M Lissebeck**    Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Laila Masud**    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **Byron Z Moldo**    bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com
- **Alan I Nahmias**    anahmias@mbn.law, jdale@mbnlawyers.com
- **Victoria Newmark**    vnewmark@pszjlaw.com

Active\118774763.v1-1/20/21

- **Queenie K Ng**    queenie.k.ng@usdoj.gov
- **Teri T Pham**    tpham@epglawyers.com, ttpassistant@epglawyers.com
- **Douglas A Plazak**    dplazak@rhlaw.com
- **Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Gregory M Salvato**    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Olivia Scott**    olivia.scott3@bclplaw.com
- **Jonathan Serrano**    jonathan.serrano@dinsmore.com
- **Paul R Shankman**    PShankman@fortislaw.com, info@fortislaw.com
- **Leslie Skorheim**    leslie.skorheim@usdoj.gov
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- **Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com;eweiman@wrslawyers.com

**2.    SERVED BY UNITED STATES MAIL**: On 10/17/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

Debtor
The Litigation Practice Group P.C.
17542 17th St., Suite 100
Tustin, CA 92780

**See attached for additional parties**

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 17, 2023, I served the following persons and/or entities by personal delivery, mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson
United States Bankruptcy Court, Central District of California
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/17/2023 | Kimberly Hoang | /s/ Kimberly Hoang |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**Additional Parties Served by U.S. Mail**

**Creditors who have the 20 largest unsecured claims**

Debt Validation Fund II, LLC
5075 Lower Valley Road,
Atglen, PA 19310

MC DVI Fund 1, LLC; MC DVI Fund 2, LLC
598 Cottonwood Dr.,
Glenview, IL 60026

Validation Partners LLC
1300 Sawgrass Pkwy, Ste. 110
Sunrise, FL 33323

Marich Bein LLC
99 Wall Street, Ste 2669
New York, NY 10005

Business Centers of America
1100 Sir Francis Drake Blvd,
Ste 1, Kentfield, CA 94904

JP Morgan Chase
3 Park Plaza, Ste 900
Irvine, CA 92614

CA Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0511

Outsource Accelerator Ltd
City Marque Limited
Unit 8801-2 Bldg. 244-248
Des Voeux Rd.
Central Hong Kong

Collaboration Advisors
400 Dorla Court
Zephyr Cove, NV 89448

Anthem Blue Cross
PO Box 511300
Los Angeles, CA 90051-7855

Azevedo Solutions Groups, Inc.
420 Adobe Canyon Rd.
Kenwood, CA 95452

Debt Pay Pro
1900 E Golf Road, Suite 550
Schaumburg, IL 60173

| | |
|---|---|
| 1 | Sharp Business Systems |
| | 8670 Argent St |
| 2 | Santee, CA 92071 |
| 3 | Tustin Executive Center |
| | 1630 S Sunkist Steet, Ste A |
| 4 | Anaheim, CA 92806 |
| 5 | Exela Enterprise Solutions |
| | 2701 E. Grauwyler Road |
| 6 | Irving, TX 75061 |
| 7 | Netsuite-Oracle |
| | 2300 Oracle Way |
| 8 | Austin, TX 78741 |
| 9 | Credit Reporting Service Inc |
| | 548 Market St, Suite 72907 |
| 10 | San Francisco, CA 94104-5401 |
| 11 | Document Fulfillment Services |
| | 2930 Ramona Ave #100 |
| 12 | Sacramento, CA 95826 |
| 13 | Executive Center LLC |
| | 5960 South Jones Blvd |
| 14 | Las Vegas, NV 89118 |
| 15 | LexisNexus |
| | 15500 B Rockfield Blvd |
| 16 | Irvine, CA 92618 |
| 17 | |
| 18 | **Secured Creditors** |
| 19 | Diverse Capital LLC |
| | 323 Sunny Isles Blvd., Suite 503 |
| 20 | Sunny Isles, FL 33154 |
| 21 | City Capital NY |
| | 1135 Kane Concourse |
| 22 | Bay Harbour Islands, FL 33154 |
| 23 | <u>Counsel for secured creditor Fundura Capital Group</u> |
| | Mitchell B. Ludwig |
| 24 | Knapp, Petersen & Clarke |
| | 550 North Brand Blvd., Suite 1500 |
| 25 | Glendale, CA  91203 |
| 26 | |
| 27 | |
| 28 | |