|  | FOR COURT USE ONLY |
|---|---|
|  | **FILED** <br> OCT 18 2023 <br> CLERK U.S. BANKRUPTCY COURT <br> CENTRAL DISTRICT OF CALIFORNIA <br> BY: _____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - _____ DIVISION**

| Name of Debtor(s) listed on the bankruptcy case: <br> Litigation Practice Group | CASE NO.: 8:23-bk-10571-SC <br> CHAPTER: |
|---|---|
|  | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:    ☐ Debtor    ☐ Joint-Debtor    ☒ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s): John Ray Soriano
   Mailing Address: 1805 SE Lund Ave #1010
   City, State, Zip Code: Port Orchard, WA, 98366

3. **New Address:**
   Mailing Address: 37650 W. San Capistrano Ave
   City, State, Zip Code: Maricopa, AZ, 85138

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 06 Oct 2023

John Ray Soriano
Requestor's printed name(s)

_[signature]_
Requestor's signature(s)

_____
Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                                                                  F 1002-1.3.CHANGE.ADDRESS