Michael A. Sweet (SBN 184345)
Keith C. Owens (SBN 184841)
Nicholas A. Koffroth (SBN 287854)
**FOX ROTHSCHILD LLP**
10250 Constellation Blvd., Suite 900
Los Angeles CA 90067
Telephone:    (310) 598-4150
Facsimile:    (310) 556-9828
msweet@foxrothschild.com
kowens@foxrothschild.com
nkoffroth@foxrothschild.com

Counsel For Official Committee of Unsecured Creditors



**FILED & ENTERED**

**OCT 18 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>Debtor. | Chapter 11<br><br>Case No. 8:23-bk-10571-SC<br><br>**ORDER APPROVING STIPULATION TO EXTEND DEADLINE FOR CHAPTER 11 TRUSTEE TO FILE A PLAN AND DISCLOSURE STATEMENT** |

1

150559901.1

The Court, having considered the *Stipulation to Extend Deadline for Chapter 11 Trustee to File a Plan and Disclosure Statement* [Docket No. 582] (the "Stipulation[1]") by and between The Official Committee of Unsecured Creditors (the "Committee") of The Litigation Practice Group P.C., and Richard A. Marshack, in his capacity as the chapter 11 trustee of The Litigation Practice Group P.C. (the "Trustee" and, together with the Committee, the "Parties"), and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is APPROVED in its entirety.

2. The Filing Deadline for the Trustee to file a chapter 11 plan and disclosure statement shall be extended from October 24, 2023, through and including December 5, 2023.

# # #

Date: October 18, 2023

Scott C. Clarkson
United States Bankruptcy Judge

---

[1] Unless otherwise defined herein, all capitalized terms have the definitions set forth in the Stipulation.

1

150559901.1