Joon M. Khang (CSBN 188722)
Judy L. Khang (CSBN 192454)
**KHANG & KHANG LLP**
4000 Barranca Parkway, Suite 250
Irvine, California 92604
Telephone:  (949) 419-3834
Facsimile:  (949) 385-5868
Email: joon@khanglaw.com

Attorneys for Debtor, The Litigation Practice Group, PC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No.: 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP, PC, | Chapter 11 |
| Debtor. | **WITHDRAWAL OF NOTICE TO PROFESSIONALS OF INTENDED HEARING DATE ON FIRST INTERIM APPLICATION FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES** |
| | <u>WITHDRAWN - Hearing Date, Time and Place</u><br>Date:   November 22, 2023<br>Time:   1:30 pm<br>Place:  Via ZoomGov |

1

TO ALL PROFESSIONAL RETAINED IN THIS CASE AND THE OFFICE OF THE UNITED STATES TRUSTEE:

**NOTICE IS HEREBY GIVEN** that Khang & Khang LLP ("K&K") hereby withdraws its notice of its intention ("Notice") to: (1) file its first interim application (the "Application") for compensation and reimbursement of expenses as counsel for debtor, The Litigation Practice Group, PC ("Debtor"); and (2) file and serve notice on all parties-in-interest that the hearing (the "Hearing") on the Application. The hearing on the Notice previously noticed for November 22, 2023, at 1:30 p.m. is hereby withdrawn and will not proceed.

DATED: October 20, 2023        KHANG & KHANG LLP


                               By: /s/ *Joon M. Khang*
                                     Joon M. Khang

                               Attorneys for Debtor,
                               The Litigation Practice Group, PC