D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee
RICHARD A. MARSHACK

**FILED & ENTERED**

**OCT 26 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte     **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re

THE LITIGATION PRACTICE GROUP P.C.,

Debtor.

Case No. 8:23-bk-10571-SC

Chapter 11

ORDER DENYING: 1) AMENDED MOTION IN SUPPORT OF PROOF OF CLAIM FILED BY JUDITH SKIBA; AND 2) MOTION FOR CREDITORS' BILL FILED BY JUDITH SKIBA

[MOTION DOCKET NOS. 364 AND 476]

Hearing:
Date:  October 18, 2023
Time:  1:30 p.m.
Judge: Hon. Scott C. Clarkson
Place: Courtroom 5C
       411 W. Fourth Street
       Santa Ana, CA  92701

On October 18, 2023, at 1:30 p.m., the Court held a hearing on alleged creditor, Judith Skiba's, Motion for Creditors' Bill, filed on September 1, 2023, as Dk. No. 476 ("Bill Motion") and the Amended Motion in Support of Proof of Claim, filed on August 5, 2023, as Dk. No. 364[1] ("Amended Motion" collectively with the Bill Motion is "Motions"). At the hearing, Movant appeared *in pro per* via telephone. D. Edward Hays appeared on behalf of Richard A. Marshack, the

---

[1] On July 31, 2023, as Dk. No. 346, Ms. Judith Skiba filed a Motion in Support of Proof of Claim, ("Motion"). The Amended Motion amends and replaces in its entirety the initial Motion.

1

1 duly appointed and acting chapter 11 trustee ("Trustee") for the bankruptcy estate ("Estate") of The
2 Litigation Practice Group PC ("Debtor"). All other appearances were as noted on the record.
3    Having considered the Bill Motion, the Amended Motion, Trustee Omnibus Response, filed
4 on October 4, 2023, as Dk. No. 553 ("Response"), Judith Skiba's Objection to the Response, filed on
5 October 16, 2023, as Dk. No. 579, and all other pleadings and proceedings before the Court in this
6 case, and for the reasons stated in the Court's tentative ruling, Trustee's Response, and as stated on
7 the record at the hearing, the Court ruled as follows:
8    IT IS ORDERED that the Motions are denied without prejudice.

### # # #

Date: October 26, 2023

Scott C. Clarkson
United States Bankruptcy Judge

4859-9404-1224, v. 1

2

4855-3023-0911