Nancy Rapoport
William S. Boyd School of Law
University of Nevada, Las Vegas
4505 S. Maryland Parkway
Box 451003
Las Vegas, Nevada 89154-1003
nancy.rapoport@unlv.edu

Court Appointed Ethics Compliance Monitor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**COURT APPOINTED MONITOR'S MONTHLY FEE STATEMENT FOR THE PERIOD OF OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023** |

Nancy Rapoport (the "Monitor), hereby submits her first monthly fee statement (the "Fee Statement") for the period of October 1, 2023 through October 31, 2013 (the "Fee Period") for services rendered and expenses incurred in her duties as Monitor. In support of this Fee Statement, the Monitor respectfully represents as follows:

1. The Monitor was appointed pursuant to this Court's Order Appointing Nancy Rapoport as Ethics Compliance Monitor entered on August 7, 2023 (the "Appointment Order") [Dkt. No. 363].

2. The Appointment Order provides: "… Bankruptcy Court will authorize the payment of 80% of fees and 100% expenses each month, based on a monthly fee statement to be filed with the Bankruptcy Court." Appointment Order at 6:1-2.

///

3. The Monitor hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Fee Period.

4. During the Fee Period, Monitor incurred a total of $10,920.00 in fees and $662.80 in expenses.

5. Attached hereto as Exhibit "A" is Monitor's detailed time and expense statement for the Fee Period. In an effort to ensure efficiency, the fees and expenses incurred include time for the Monitor's research paralegal, Aaron Kempf.

6. The compensation and reimbursement of expenses sought in this Fee Statement is not final. Monitor will seek approval from the Court of the fees and expenses incurred in this Case in her interim fee application be filed on an interim basis pursuant to the Appointment Order at 5:25-28. Any compensation received by Monitor pursuant to the Appointment Order will be credited towards the final fees and expenses as may be allowed by the Court. WHEREFORE, Monitor respectfully requests that the Trustee pay compensation to the Monitor as requested herein pursuant to the Appointment Order.

Respectfully submitted,

Dated: November 1, 2023

Nancy Rapoport
Ethics Compliance Monitor

EXHIBIT "A"

Nancy Rapoport- Oct. 2023

| Date | Description | Time | Hourly rate | Total time/day | Expenses | NOTES |
|---|---|---|---|---|---|---|
| 10/1/23 | Review A Kempf bill and send his and my monthly statement to C Celentino and C Burke | 0.1 | $975.00 | $ 97.50 | $ 29.00 | Inforuptcy subscription |
| 10/2/23 | Emails with AG/Consumer Protection lawyer [names available to the Court upon request] re adding MLG lawyers to all-AG call | 0.1 | $975.00 | $ 97.50 | | |
| 10/3/23 | Email AG/Consumer Protection lawyers [names available to the Court upon request) re inviting Tracy Roman, J Armstrong, and Z Shechtman to 10/19 meeting | 0.1 | $975.00 | $ 97.50 | | |
| 10/4/23 | Emails w C Ghio, Z Shechtman, N Koffruth re meeting re timing of notices; email with E Hays re missing July/Aug payments | 0.1 | $975.00 | $ 97.50 | | |
| 10/4/23 | Review POA draft and respond to T Roman re same | 0.1 | $975.00 | $ 97.50 | | |
| 10/4/23 | TW C Ghio, Z Shechtman, N Koffruth re timing of notices | 0.5 | $975.00 | $ 487.50 | | |
| 10/5/23 | TW Z Shechtman re notice of assumption | 0.3 | $975.00 | $ 325.00 | | |
| 10/5/23 | Emails with T Roman about AG request for state-by-state letter info; emails re same to AG/Consumer Protection lawyers [names available to the Court upon request] | 0.1 | $975.00 | $ 97.50 | | |
| 10/6/23 | Review docket nos 557 and 558 | 0.1 | $975.00 | $ 97.50 | | |
| 10/7/23 | Email T Roman, J Armstrong, Z Shechter with answers to their questions about the notice of assumption/assignment after thinking through those questions | 0.4 | $975.00 | $ 390.00 | | |
| 10/8/23 | Rough out shell of First Report | 0.7 | $975.00 | $ 682.50 | | |

| Date | Description | Hours | Rate | Amount | Notes |
|---|---|---|---|---|---|
| 10/9/23 | Review POA/LSA comparison chart and email T Roman re same | 0.1 | $975.00 | $ 97.50 | |
| 10/9/23 | Review A Kempf memo on 47 USCA § 227; edit it; send to T Roman, J Armstrong, Z Shechtman | 0.3 | $975.00 | $ 292.50 | |
| 10/9/23 | TW T Roman, J Armstrong, A Stander re upcoming AG conference call | 0.7 | $975.00 | $ 715.00 | |
| 10/9/23 | Get list of notices per state and send to AG/Consumer Protection lawyers [names available to the Court upon request] after reviewing | 0.1 | $975.00 | $ 97.50 | |
| 10/10/23 | Review UCC draft stipulations re audits/protective orders; email to C Celentino and E Mays re continued delay of payment to me | 0.2 | $975.00 | $ 195.00 | |
| 10/11/23 | Emails with Daniel Connolly of Law360 about LPG and MLG (and the AG conversations) | 0.1 | $975.00 | $ 97.50 | |
| 10/11/23 | Emails with Tracy Roman, J Armstrong, Z Shechtman, A Kempf, and A de Leest re the stipulated protective order concept | 0.3 | $975.00 | $ 292.50 | Pacer quarterly invoice $ 63.80 |
| 10/11/23 | Emails with A Kempf, Z Shechtman, T Roman, J Armstrong re randomizing client identities for future audits; draft portion of first report dealing with delays in my payment and send to C Celentino and E Mays | 0.2 | $975.00 | $ 195.00 | |
| 10/12/23 | Review email from Z Shechtman to C Celentino and N Koffruth re notice of assumption (N/C) | 0 | $975.00 | $ - | |
| 10/12/23 | Review proposed MLG to Committee NDA and review text from C Celentino re outstanding payments | 0.1 | $975.00 | $ 97.50 | |
| 10/13/23 | Send July/Aug/Sept monthly statements and w9 to MLG for payment; review docket no 572 | 0.1 | $975.00 | $ 97.50 | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/13/23 | Review emails from N Koffruth, A de Leest re proposed NDA & review emails from C Ghio and Z Shechtman re Notice of Assumption | 0.1 | $975.00 | $ 97.50 |
| 10/17/23 | Ask T Roman and J Armstrong about docket 579; review docket nos 578, 574, 575 | 0.1 | $975.00 | $ 97.50 |
| 10/17/23 | Emails with Tracy Roman about Docket No. 578 and the allegations in that document | 0.1 | $975.00 | $ 97.50 |
| 10/17/23 | Review latest assumption/assignment notice draft and send comments to T Roman, J Armstrong, A de Leest, A Stander, and Z Shechtman | 0.3 | $975.00 | $ 292.50 |
| 10/17/23 | Conf call on Zoom with A Kempf, T Roman, J Armstrong, and a subset of AG/Consumer Protection lawyers [names available to the Court upon request] re licensing and bonding | 1.2 | $975.00 | $ 1,137.50 |
| 10/17/23 | Review A Kempf's notes and send to T Roman and J Armstrong | 0.2 | $975.00 | $ 195.00 |
| 10/18/23 | Review N Koffruth's email re the protective order and respond; emails with Z Shechtman re same | 0.1 | $975.00 | $ 97.50 |
| 10/19/23 | TW Z Shechtman re NDA | 0.4 | $975.00 | $ 390.00 |
| 10/19/23 | Call w/AG/Consumer Protection lawyers [names available to the Court upon request]; send notes to T Roman, J Armstrong, Z Shechtman (1); send request to Trustee/counsel re request from AG/Consumer Protection lawyers [names available to the Court upon request] | 0.5 | $975.00 | $ 487.50 |
| 10/19/23 | Email to R Marshack, E Hays, C Celentino, N Koffruth, Z Shechtman, A Kempf, Y Lissbeck, C Ghio, K Owens re finding a time for a call re the NDA and any other business; edit first draft of report | 0.1 | $975.00 | $ 97.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/19/23 | Call w/Keith Owens, C Celentino, N Koffruth, Z Shechtman, A Kempf, R Marshack, J Armstrong, T Roman re NDA and related issues | 0.7 | $975.00 | $ 650.00 |
| 10/19/23 | TW T Roman about ethics issue related to an LPG client | 0.1 | $975.00 | $ 97.50 |
| 10/19/23 | Review A Kempf's notes of the meet and confer yesterday and respond to A Kempf | 0.1 | $975.00 | $ 97.50 |
| 10/20/23 | Review latest draft assumption/assignment notice and send back to C Ghio, C Celentino, Z Shechtman, K Owens, N Koffruth | 0.2 | $975.00 | $ 195.00 |
| 10/20/23 | Review stipulated protective order draft and respond | 0.2 | $975.00 | $ 195.00 |
| 10/21/23 | Emails with Z Shechtman re draft assumption/assignment notice (.1); prepare check to pay A Kempf (N/C) | 0.1 | $975.00 | $ 97.50 |
| 10/23/23 | Emails to C Celentino about getting an order to pay me from estate funds and to T Roman about how to randomize client names | 0.1 | $975.00 | $ 97.50 |
| 10/23/23 | Review stipulation regarding payment of my fees and provide feedback to C Celentino | 0.1 | $975.00 | $ 97.50 |
| 10/23/23 | Review latest draft assumption/assignment notice and send back to C Ghio, C Celentino, Z Shechtman, K Owens, N Koffruth | 0.1 | $975.00 | $ 97.50 |
| 10/23/23 | Emails w/ T Roman, Z Shechtman, J Armstrong, A Kempf re client identities in assumption/assignment notice after call with T Roman about the same | 0.2 | $975.00 | $ 195.00 |
| 10/24/23 | Write to C Ghio, C Celentino, N Koffruth, K Owens, Z Shechtman re issue of publishing client names in the assumption/assignment notice | 0.2 | $975.00 | $ 195.00 |

| Date | Description | Hours | Rate | Amount | | Expense |
|---|---|---|---|---|---|---|
| 10/23/23 | Review A de Leest's draft of joint letter to state courts from Trustee and NBR and revise/return to A de Leest, Z Shechtman, T Roman, J Armstrong, and C Celentino | 0.1 | $975.00 | $ 97.50 | | |
| 10/24/23 | Review email from C Celentino about Dan March's non-appearance in certain cases and respond | 0.1 | $975.00 | $ 97.50 | | |
| 10/24/23 | Review latest draft of assumption/assignment notice and respond to C Ghio re same | 0.1 | $975.00 | $ 97.50 | | |
| 10/27/23 | Emails with T Roman and J Armstrong about Law360 article, followed with a call with T Roman re same | 0.3 | $975.00 | $ 292.50 | | |
| 10/28/23 | Emails with Z Shechtman and C Celentino re Law360 reporter (N/C) | 0 | $975.00 | $ - | | |
| 10/29/23 | Review docket nos 599, 601, 602 | 0.1 | $975.00 | $ 97.50 | | |
| 10/31/23 | Review website for T Roman and email with Tracy about same/joint trustee-NBR letter to courts/class action lawsuit | 0.3 | $975.00 | $ 292.50 | | |
| 10/31/23 | Review T Roman email about Phoenix/LPG issue and respond to Tracy/Zev Shechtman/J Armstrong | 0.2 | $975.00 | $ 195.00 | | |
| | Inforuptcy and PACER expenses | | | $ - | $ | 92.80 |
| | **TOTAL FEES TO BE PAID TO NANCY RAPOPORT IF HOURLY** | 11.2 | | $10,920.00 | | |
| | **TOTAL TO BE PAID TO BOYD LAW (expense)** | | | $ 250.00 | $ | $92.80 |
| | Law student work | 16 | $20.00 | $ 320.00 | | |
| | Total expenses (including law student work, Inforuptcy, PACER, and Boyd Law donation) | | | $662.80 | | |
| | 80% of total (for 20% holdback)/100% of expenses | | | $ 9,398.80 | | |
| | 20% holdback | | | $ 2,184.00 | | |

| Amount over/under $5,000 |
|---|
| $5,920.00 |
|  |
|  |
|  |

Aaron Kempf--October 2023

| Date | Description | Time | Hourly rate | Total time/day |
|---|---|---|---|---|
| 10/6/23 | Case research RE 47 U.S.C. § 227 | 3.4 | $20.00 | $ 68.00 |
| 10/7/23 | Further case research RE 47 U.S.C. § 227 | 1.1 | $20.00 | $ 22.00 |
| 10/8/23 | Drafting of 47 U.S.C. § 227 memo | 9.7 | $20.00 | $ 194.00 |
| 10/17/23 | Meeting between the PA AG's office/MLG | 1.1 | $20.00 | $ 22.00 |
| 10/23/2023 | Meet and confer: MLG, Trustee, Zev | 0.7 | $20.00 | $ 14.00 |
| | TOTAL | 16.0 | | $320.00 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:    655 W. Broadway, Suite 800, San Diego, California  92101

A true and correct copy of the foregoing document **COURT APPOINTED MONITOR'S MONTHLY FEE STATEMENT FOR THE PERIOD OF OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 1, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On November 1, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 1, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 1, 2023 | Caron Burke | /s/ Caron Burke |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F 9013-3.1.PROOF.SERVICE**

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Eric Bensamochan on behalf of Creditor Affirma, LLC
eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Creditor Oxford Knox, LLC
eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Interested Party Courtesy NEF
eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Interested Party Eric Bensamochan
eric@eblawfirm.us, G63723@notify.cincompass.com

Peter W Bowie on behalf of Trustee Richard A Marshack (TR)
peter.bowie@dinsmore.com, caron.burke@dinsmore.com

Ronald K Brown on behalf of Creditor SDCO Tustin Executive Center, Inc.
ron@rkbrownlaw.com

Christopher Celentino on behalf of Plaintiff Richard A. Marshack
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Trustee Richard A Marshack (TR)
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Shawn M Christianson on behalf of Interested Party Courtesy NEF
cmcintire@buchalter.com, schristianson@buchalter.com

Randall Baldwin Clark on behalf of Interested Party Randall Baldwin Clark
rbc@randallbclark.com

Leslie A Cohen on behalf of Defendant Lisa Cohen
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Leslie A Cohen on behalf of Defendant Rosa Bianca Loli
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Leslie A Cohen on behalf of Interested Party Courtesy NEF
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Aaron E. DE Leest on behalf of Interested Party Courtesy NEF
adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Jenny L Doling on behalf of Interested Party INTERESTED PARTY
jd@jdl.law,
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys
jd@jdl.law,
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling on behalf of Interested Party National Consumer Bankruptcy Rights Center
jd@jdl.law,
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Daniel A Edelman on behalf of Creditor Carolyn Beech

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F 9013-3.1.PROOF.SERVICE**

dedelman@edcombs.com, courtecl@edcombs.com

William P Fennell on behalf of Creditor Validation Partners LLC
william.fennell@fennelllaw.com,
luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com,
nicolette.murphy@dinsmore.com;karina.reyes@dinsmore.com;deamira.romo@dinsmore.com

Christopher Ghio on behalf of Trustee Richard A Marshack (TR)
christopher.ghio@dinsmore.com,
nicolette.murphy@dinsmore.com;karina.reyes@dinsmore.com;deamira.romo@dinsmore.com

Eric D Goldberg on behalf of Defendant Stripe, Inc.
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Jeffrey I Golden on behalf of Creditor Affirma, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Anaheim Arena Management, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Anaheim Ducks Hockey Club, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Oxford Knox, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Interested Party Courtesy NEF
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Richard H Golubow on behalf of Creditor Debt Validation Fund II, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 1, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 2, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

David M Goodrich on behalf of Interested Party Courtesy NEF
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

D Edward Hays on behalf of Interested Party Courtesy NEF

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-.1.PROOF.SERVICE

ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Trustee Richard A Marshack (TR)
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Alan Craig Hochheiser on behalf of Creditor City Capital NY
ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com

Garrick A Hollander on behalf of Creditor Debt Validation Fund II, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander on behalf of Creditor MC DVI Fund 1, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander on behalf of Creditor MC DVI Fund 2, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard L. Hyde on behalf of Interested Party Courtesy NEF
richard@amintalati.com

Razmig Izakelian on behalf of Creditor OHP-CDR, LP
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Plaintiff OHP-CDR, LP
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Plaintiff PurchaseCo 80, LLC
razmigizakelian@quinnemanuel.com

Joon M Khang on behalf of Attorney Khang & Khang LLP
joon@khanglaw.com

Joon M Khang on behalf of Debtor The Litigation Practice Group P.C.
joon@khanglaw.com

Ira David Kharasch on behalf of Interested Party Ad Hoc Consumer Claimants Committee
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Interested Party Courtesy NEF
ikharasch@pszjlaw.com

Meredith King on behalf of Defendant Gallant Law Group
mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Meredith King on behalf of Interested Party Courtesy NEF
mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Nicholas A Koffroth on behalf of Creditor Committee Committee of Unsecured Creditors
nkoffroth@foxrothschild.com, khoang@foxrothschild.com

David S Kupetz on behalf of Defendant Marich Bein, LLC
David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

David S Kupetz on behalf of Interested Party Courtesy NEF

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                        F 9013-.1.PROOF.SERVICE

David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

Christopher J Langley on behalf of Interested Party Courtesy NEF
chris@slclawoffice.com,
omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

Matthew A Lesnick on behalf of Defendant OptimumBank Holdings, Inc.
matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Daniel A Lev on behalf of Defendant Consumer Legal Group, PC
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev on behalf of Defendant LGS Holdco, LLC
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev on behalf of Interested Party Consumer Legal Group, P.C.
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev on behalf of Interested Party Courtesy NEF
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev on behalf of Interested Party Liberty Acquisitions Group Inc.
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Britteny Leyva on behalf of Interested Party Revolv3, Inc.
bleyva@mayerbrown.com,
2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com

Michael D Lieberman on behalf of Creditor Phillip A. Greenblatt, PLLC
mlieberman@lipsonneilson.com

Yosina M Lissebeck on behalf of Counter-Claimant Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com

Yosina M Lissebeck on behalf of Defendant Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com

Yosina M Lissebeck on behalf of Plaintiff Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com

Yosina M Lissebeck on behalf of Trustee Richard A Marshack (TR)
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com

Mitchell B Ludwig on behalf of Creditor Fundura Capital Group
mbl@kpclegal.com, kad@kpclegal.com

Kathleen P March on behalf of Defendant Greyson Law Center PC
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Defendant Han Trinh
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Defendant Jayde Trinh
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Richard A Marshack (TR)
pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-.1.PROOF.SERVICE**

Laila Masud on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Interested Party Richard A. Marshack
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Plaintiff Richard Marshack
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Trustee Richard A Marshack (TR)
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Kenneth Misken on behalf of U.S. Trustee United States Trustee (SA)
Kenneth.M.Misken@usdoj.gov

Byron Z Moldo on behalf of Interested Party Byron Moldo
bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbn.law, jdale@mbn.law

Victoria Newmark on behalf of Interested Party Courtesy NEF
vnewmark@pszjlaw.com

Queenie K Ng on behalf of U.S. Trustee United States Trustee (SA)
queenie.k.ng@usdoj.gov

Keith C Owens on behalf of Creditor Committee Committee of Unsecured Creditors
kowens@foxrothschild.com, khoang@foxrothschild.com

Lisa Patel on behalf of Defendant OptimumBank Holdings, Inc.
lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com

Douglas A Plazak on behalf of Defendant Scott James Eadie
dplazak@rhlaw.com

Daniel H Reiss on behalf of Defendant Touzi Capital, LLC
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel H Reiss on behalf of Defendant Eng Taing
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Ronald N Richards on behalf of Defendant Consumer Legal Group, PC
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Gregory M Salvato on behalf of Creditor Mari Agape
gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato on behalf of Interested Party Courtesy NEF
gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Olivia Scott on behalf of Creditor Azzure Capital LLC
olivia.scott3@bclplaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                  F 9013-.1.PROOF.SERVICE

Olivia Scott on behalf of Creditor Hi Bar Capital LLC
olivia.scott3@bclplaw.com

Jonathan Serrano on behalf of Plaintiff Richard A. Marshack
jonathan.serrano@dinsmore.com

Jonathan Serrano on behalf of Trustee Richard A Marshack (TR)
jonathan.serrano@dinsmore.com

Paul R Shankman on behalf of Attorney Paul R. Shankman
PShankman@fortislaw.com, info@fortislaw.com

Paul R Shankman on behalf of Creditor United Partnerships, LLC
PShankman@fortislaw.com, info@fortislaw.com

Zev Shechtman on behalf of Interested Party Danning Gill Israel & Krasnoff LLP
zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Interested Party Morning Law Group, P.C.
zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Leslie Skorheim on behalf of U.S. Trustee United States Trustee (SA)
leslie.skorheim@usdoj.gov

Howard Steinberg on behalf of Defendant BankUnited, N.A.
steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Andrew Still on behalf of Creditor Alteryx, Inc.
astill@swlaw.com, kcollins@swlaw.com

Andrew Still on behalf of Interested Party Courtesy NEF
astill@swlaw.com, kcollins@swlaw.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Sharon Z. Weiss on behalf of Creditor Azzure Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Sharon Z. Weiss on behalf of Creditor Hi Bar Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Sharon Z. Weiss on behalf of Defendant Azzure Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Johnny White on behalf of Creditor Debt Relief Group, LLC
JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White on behalf of Interested Party Courtesy NEF
JWhite@wrslawyers.com, jlee@wrslawyers.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012 **F 9013-.1.PROOF.SERVICE**