# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>      Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Pioneer Funding Group II, LLC | jeettransport llc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim #:     1650-2
Claim Amount:     $366,500.00
Date Claim Filed:     10/31/2023

Pioneer Funding Group II, LLC
232 W. 116th St.
P.O. Box 1735
New York, NY 10026

Phone: (646) 237-6969

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Adam D. Stein-Sapir                    Date:     11/01/2023
      Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO:       United States Bankruptcy Court ("Court")
          Central District of California - Santa Ana Division
          Attn: Court Clerk

AND TO:   The Litigation Practice Group P.C. (Case No. 23-10571)

Claim # 1650

Jeet Transport LLC ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Pioneer Funding Group II, LLC
232 West 116th St., PO Box 1735
New York, NY 10026

its successors, assigns or designees ("Assignee"), pursuant to the terms of an Assignment of Claim Agreement between Assignor and Assignee, all of Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Claim Number 1650 (the "Claim") against The Litigation Practice Group P.C. (the "Debtor"), Debtor in Chapter 11 proceedings for liquidation in the United States Bankruptcy Court for the Central District of California - Santa Ana Division (the "Court"), Case No. 23-10571, and the relevant portion of any and all proofs of claim filed by Assignor or its predecessor-in-interest with the Court in respect to the foregoing claim.

The Debtor, Court, claims agent and all other interested parties are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Assignor transferring to Assignee the foregoing Claim and recognizing the Assignee as the sole owner and holder of the Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on: 10/31/2023

| JEET TRANSPORT LLC | PIONEER FUNDING GROUP II, LLC |
|---|---|
| (Signature) — DocuSigned by: 864020C9679543F... | (Signature) — DocuSigned by: C652784787A8477... |
| Paramjit Singh (Print Name) | Adam D. Stein-Sapir (Print Name) |
| Owner (Title) | Managing Member (Title) |