Pursuant to the Notice to Consumers for **In Re LITIGATION PRACTICE GROUP, PC Case No. 8:23-bk-10571**, this confirms my request to opt-out of continued legal representation and of the transfer of my legal representation.

I have spoken with a case manager and have been informed of the effects of opting-out. I have also been advised to consult with independent counsel before opting out, and further, that if I am a party to any pending lawsuits, I should immediately hire a new attorney to represent me and to ensure that no court deadlines are missed.

By signing below, I acknowledge and confirm each of the following:

1. I opt out of transferring my legal representation to Morning Law Group, P.C.

2. I do not have any attorney-client relationship with Morning Law Group, P.C., and Morning Law Group, P.C. is not my attorney in any legal matters;

3. I hereby terminate my legal representation and Original Agreement with Litigation Practice Group, PC or one of its affiliated entities (if applicable), including without limitation, Phoenix Law Group, PC, Greyson Law Center PC, Oakstone Law Group PC, or Gallant Law Group, PC (collectively, the "Previous Law Firm"), effective immediately;

4. I hereby terminate my legal representation and Reformed Agreement with the Previous Law Firm, effective immediately;

5. I understand that the Previous Law Firm will maintain my legal file for a period of sixty (60) days, or for as long as required by applicable state law or ethics rules, after the date of this opt-out notice; and

6. I can request that a digital copy of my legal file be transferred to myself or to a new attorney by sending an email to service@phoenixlaw.co within fourteen (14) days that provides the name, address, and email address to where I want my file sent. (*Include "File Transfer" in the email subject line for faster processing*).


Signature: *Maryann Davis*   Date: 10/11/2023

FILED
NOV - 3 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:              Deputy Clerk

# Certificate of completion

## Summary

**Document ID**
decae6f8-5c0e-469d-aef9-d8e749001c59

**Document Name**
Opt Out Acknowledgment

**Page Count**
1

**Sent At**
Oct 11, 2023 10:38:50 PDT

**Title**
Opt Out Acknowledgment

**Type**
Signature Request

**Status**
Completed

**Signer/Reviewer Count**
1

**Completed At**
Oct 11, 2023 10:40:37 PDT

**Signing order**
Disabled

## Sender

**Name**
Keneth Hu

**IP Address**
54.241.237.13

**Email ID**
keneth@maverickmgmt.co

**Device**
Generic via Desktop

## Recipients

**Name**
Maryann Davis

**IP Address**
73.101.236.106

**Signature Type**
Typed Signature

**Timestamps**

Oct 11, 2023 10:40:36 PDT  - Embedded Signed

Oct 11, 2023 10:39:54 PDT - Viewed

Oct 11, 2023 10:38:50 PDT - Sent

**Email ID**
davismad156@gmail.com

**Device**
Chrome via Mobile

**Security Authentication**
-

**Signature**
*Maryann Davis*

## Audit Trail

DECAE6F8-5C0E-469D-AEF9-D8E749001C59

Page 2 of 2

**Sent:**
Oct 11, 2023 10:38:50 PDT

Keneth Hu sent the document to Maryann Davis (davismad156@gmail.com).

**Viewed:**
Oct 11, 2023 10:39:54 PDT

Maryann Davis viewed the document.
davismad156@gmail.com                                                                                          IP: 73.101.236.106

**Signed using an embedded signing link:**
Oct 11, 2023 10:40:36 PDT

Maryann Davis has signed the document using an embedded sign link.
davismad156@gmail.com                                                                                          IP: 73.101.236.106

**Completed:**
Oct 11, 2023 10:40:37 PDT

Document has been completed.