Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
Yosina M. Lissebeck (State Bar No. 201654)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501
christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com

Special Counsel to Richard A. Marshack, Chapter 11 Trustee

**FILED & ENTERED**

**NOV 07 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte **DEPUTY CLERK**

CHANGES MADE BY COURT

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>　　Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR ORDER AUTHORIZING PRODUCTION OF DOCUMENTS FROM EVERYDAY FUNDING GROUP, LLC PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**<br><br>**DATE OF PRODUCTION:**<br>Date:　November 27, 2023<br>Time:　10:00 a.m.<br>Location: DINSMORE & SHOHL LLP<br>655 West Broadway, Suite 800<br>San Diego, CA 92101 |

　　The Court has read and considered the notice of motion and motion for order authorizing Production of documents from Everyday Funding Group, LLC pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Rule 2004-1 of the Local Bankruptcy Rules, filed by Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of The Litigation Practice Group P.C. ("Debtor"), on November 6, 2023, as Dkt. No. 626 ("Motion") and has found good cause to grant the Motion. In doing so, the Court is waiving, in this instance,

the requirements of LBR 2004-1(a)-(b) which requires that "the moving party must attempt to confer (in person or telephonically) with the entity to be examined, or its counsel, to arrange for a mutually agreeable date, time, place, and scope of an examination or production" and that the motion contain "a declaration of counsel stating whether the required conference was held and the efforts made to obtain an agreeable date, time, place, and scope of an examination or production." Movant's declaration did not comply for the foregoing, nor did the Motion indicate applicable compliance. The Court will expect future compliance with the entirety of LBR 2004-1; the failure to do so may result in the denial of future motions.

IT IS ORDERED THAT:

1. The Motion is granted;

2. Everyday Funding Group, LLC shall produce all documents responsive to the categories of documents set forth in Exhibit 1 to the Motion no later than November 27, 2023, or at any other date and time as agreed upon in writing by Trustee and CT Corporation;

3. Everyday Funding Group, LLC is to either (i) produce the original documents for inspection and copying at the law offices of DINSMORE & SHOHL LLP; 655 West Broadway, Suite 800 San Diego, CA 92101 (ii) mail copies of the documents to DINSMORE & SHOHL LLP 655 West Broadway, Suite 800; San Diego, CA 92101 or (iii) e-mail said documents in pdf format to Yosina M. Lissebeck at yosina.lissebeck@dinsmore.com; and

4. Any agreement by the parties to continue any deadlines shall not terminate Everyday Funding Group, LLC obligation to produce all documents responsive to the categories of documents set forth in the Motion.

Date: November 7, 2023

Scott C. Clarkson
United States Bankruptcy Judge