D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee
RICHARD A. MARSHACK

FILED & ENTERED

NOV 07 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No: 8-23-bk-10571-SC<br><br>Chapter 11<br><br>ORDER APPROVING STIPULATION FOR RETURN OF POSSESSION OF PREMISES AFTER REJECTION OF COMMERCIAL LEASE RE: 6725 116th AVENUE NE, STE 160, KIRKLAND, WA 98033<br><br>[STIPULATION – DK. NO. 632]<br><br>[NO HEARING REQUIRED] |

The Court has read and considered the Stipulation ("Stipulation")[1] entered into by and between Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of The Litigation Practice Group P.C. ("Debtor"), and Lakeview 6725, L.L.C. ("Landlord" and with Trustee, the "Parties") by their respective counsel of record, filed on November 6, 2023, as Dk. No. 632 and has found good cause to approve the Stipulation.

IT IS ORDERED:

1. The Stipulation is approved in its entirety;

2. The Lease is rejected as of July 18, 2023;

---

[1] Terms not defined herein are as defined in the Stipulation.

1

3. Trustee has turned over possession to Landlord which shall take all actions reasonably necessary to mitigate its damages by reletting the premises;

4. Any claims for damage including from rejection of the Lease shall be filed only as a general unsecured claim within 28 days after entry of an order approving the Stipulation and shall be capped as set forth in 11 U.S.C. § 502(b)(6) ("Unsecured Claim");

5. There remains *de minimus* personal property left by Debtor on the premises including printers, furniture, and other office items ("Personal Property"). Trustee has determined that such Personal Property is burdensome and of inconsequential value to the estate. Pursuant to Local Bankruptcy Rule 6007-1(a), Trustee will abandon any interest in the Personal Property by way of a separately-filed notice. To the extent that any of the Personal Property is leased and does not belong to Debtor, Landlord shall use its best efforts to contact any such lessors and make arrangements for the return of such property to its owners. Any Personal Property not claimed by any lessor may be disposed of by Landlord commencing 28 days after entry of an order approving the Stipulation. Landlord may remove the Personal Property from the premises if doing so facilitates its efforts to relet the premises; and

6. The Stipulation resolves all issues between the Parties.

### 

Date: November 7, 2023

Scott C. Clarkson
United States Bankruptcy Judge