Creditor, Judith Skiba, Pro-Se,
P.O.Box 1016
Pascagoula, Ms. 39568
(228)369-2070
skibajudith@yahoo.com

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA-SANTA ANA DIVISION

Re;  
Litigation Practice Group/  
Phoenix Law

Case no. 8;23-bk-10571-SC  
Chapter 11

**Motion of Judith Skiba's  
Allowance of Administrative Claim**

I, Judith Skiba, by and through herself as Pro-Se, hereby request the entry of an order in pursuant of bankruptcy code U.S.C, 503 (b) (9), allowing Judith Skiba an Administrative Claim in the amount of $20,000.00 (twenty thousand). In support of the Motion Ms. Skiba states as follows; She is asking for compensation for Breach of Contract, Defrauding Creditor, Harming her Credit, and Defamation of Character.

JURISDICTION

1. On March 20, 2023 each of the aboved caption debitors, Litigation Practice Group, filed a voluntary bankruptcy petition for relief under chapter 11 of title 11 of the United States Bankruptcy Code section 301,303 in the United States Bankruptcy Court for the Central District of California Santa Ana Division.

BACKGROUND

2, Judith Skiba was a Client of Litigation Practice Group/Phoenix Law after they filed bankruptcy. The firm was taking money out of Ms. Skiba's bank account without

performing any services. LPG / Phoenix Law breached their contract when they said that they would immediately would begin on her case as soon as they came into an agreement. Taking money from Client without performing services is Defrauding the Creditor. In the couple months while being abandoned Ms. Skiba's credit score went down to the lowest. And now the loan companies and credit card companies will not give Ms. Skiba's any future loans and they view her as an insolvent, this was much damaging to Ms. Skiba's character.

As of this date of Motion, Judith Skiba has not recieved any payment.

Relief Request

3. Judith Skiba respectfully request that this Court allow Judith Skiba's adminstrative claim in the amount of $20,000. (twenty thousand), for the harm and the compensation that she has suffered.

Basis for Relief

4. Section 503 (b) (9) of the Bankruptcy Code provides that, after a Notice and a Hearing, there should be allowed, administrative expense. This incident commenced during the time that debitor was in bankruptcy.

5. 11 USC (b) (9)

6. As evidence Ms. Skiba attached a copy of her loan companies and credit card companies, when she signed on in April, she had $11,423.00 in debt. Over the couple of months all that increased $2,000. from late fees and late payments.

7. Wherefore, Judith Skiba respectfully requests that the Court enter an order substantially in the form attached hereto as Exhibit B; (i) allowing Judith Skiba's Administrative Claim in the amount of $20,000. (twenty-thousand) in pursuant to the Bankruptcy Code 503 (b) (9) and (ii) granting such other and further relief that may be just and proper under the circumstances.

*November 8, 2023*
Date

*Judith Skiba* (signature)
Judith Skiba

P.O. Box 1016
Pascagoula, Ms. 39568
(228) 369 2070
skibajudith@yahoo.com


## CERTIFICATE OF SERVICE

    I hereby certify that on ___8th___ day of November, a copy of Motion of Judith Skiba's Administrative Claim was filed in the Dropbox of the California Bankruptcy Court for the Central Division, also mailed a copy to 411 West Fourth St. Santa Ana, California 92701 Also mailed to Ed Hays United States Trustee's Office:

% Dinsmore and Shohl LLP
655 West Brpadway Suite 800
SanDiego, California 92101

Copies sent by email:

Ehays@marshackhays.com

christopher.ghio@dinsmore.com

*November 8, 2023*
Date

Judith Skiba
P.O. Box 1016
Pascagoula, Ms. 39568
(228) 369 2070
skibajudith@yahoo.com

Exhibit A

List of Creditors in Dispute

| # | Creditor Name | Account # | Balance |
|---|---|---|---|
| 1 | FSTHERITAG | 44142 | $2,431.00 |
| 2 | Republic Finance | 125124514 | $3,216.00 |
| 3 | 1ST FRANKLIN | 863601908909 | $2,314.00 |
| 4 | Tower loan | 2565451 | $2,000.00 |
| 5 | CREDITONEBNK | 4447962618398717 | $509.00 |
| 6 | MERRICK BK | 5463166705331252 | $953.00 |
| **Total Balance** | | As of April 24 2023 | $11,423.00 |

4c

Creditor, Judith Skiba, Pro-Se
P.O. Box 1016
Pascagoula, Ms. 39568
(228) 369 2070
skibajudith@yahoo.com

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA- SANTA ANA DIVISION

Re:
Litigation Practice Group/
Phoenix Law

Case No. 8:23-bk-10571
Chapter 11

**Order Granting Ms. Skiba's
Administative Claim**

TO THE HONORABLE JUDGE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE OFFICE AND INTERESTED PARTIES:

Comes Forth, Judith Skiba, Pro-Se with her Order Granting Ms. Skiba's Administative Claim, in pursuant of Bankruptcy Code 503 (b) (9), Ms. Skiba is pleading with the Court to grant the Administrative Claim of 20,000. (twenty-thousand).

**SO ORDERED,**

_____

Dated

_____

Signed

5c