1  Christopher B. Ghio (State Bar No. 259094)
   Christopher Celentino (State Bar No. 131688)
2  Yosina M. Lissebeck (State Bar No. 201654)
   DINSMORE & SHOHL LLP
3  655 West Broadway, Suite 800
   San Diego, CA 92101
4  Telephone: 619.400.0500
   Facsimile: 619.400.0501
5  christopher.ghio@dinsmore.com
   christopher.celentino@dinsmore.com
6  yosina.lissebeck@dinsmore.com

FILED & ENTERED

NOV 13 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK

Special Counsel to Richard A. Marshack, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>CHAPTER 11<br><br>**ORDER APPROVING STIPULATION BETWEEN CHAPTER 11 TRUSTEE AND MORNING LAW GROUP, P.C. RE: PAYMENT OF MONITOR'S FEES**<br><br>[STIPULATION – DKT. NO. 622]<br><br>[NO HEARING REQUIRED] |

The Court has read and considered the Stipulation ("Stipulation") entered into by and between Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy Estate of The Litigation Practice Group P.C. ("Estate") and Morning Law Group, P.C. ("MLG") (Trustee and MLG collectively referred to herein as the "Parties"), by their respective counsel of record, filed on November 6, 2023, as Dkt. No. 622, and has found good cause to approve the Stipulation.

1

**IT IS SO ORDERED**:

1. The Stipulation is approved;

2. The first four monthly payments owed by the Estate to the Monitor as part of the Monitor's Initial Coverage fees will be paid by MLG, which will include payment to satisfy the July Fee Statement, August Fee Statement, September Fee Statement, and payment for the pay period of October 1, 2023 through October 31, 2023, once submitted by Monitor;

3. The total amount paid by MLG to the Monitor on behalf of the Estate will be applied as a credit to the overall balance of the purchase price owed by MLG to the Estate, pursuant to the Asset Purchase Agreement;

4. The Estate will resume payment of the Monitor's Initial Coverage fees beginning November 1, 2023, and continuing thereafter.

### ###

Date: November 13, 2023

Scott C. Clarkson
United States Bankruptcy Judge