| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>LAILA MASUD, #311731<br>lmasud@marshackhays.com<br>MARSHACK HAYS WOOD LLP<br>870 Roosevelt<br>Irvine, California 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☒ *Attorney for Chapter 11 Trustee, RICHARD A. MARSHACK*<br>☐ *Movant appearing without an attorney* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**NOV 16 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte    **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -_SANTA ANA_ DIVISION**

| In re:<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: 11<br><br>**ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>DATE:  September 28, 2023<br>TIME:  11:00 a.m.<br>COURTROOM: 5C<br>PLACE:  411 West Fourth Street<br>Santa Ana, CA 92701 |
|---|---|

**Movant:** MARI AGAPE

1. The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Not Prosecuted

2. The description of the Property or Nonbankruptcy Action to which this order applies is as follows *(specify street address, legal description, personal property description or Nonbankruptcy Action)*:

    Mari Agape v. The Litigation Practice Group, etc., et al.
    Docket No. 30-2023-01304067-CU-WT-CJC
    Orange County Superior Court, Dept. CX102 (Hon Linda Marks)

3. The Motion is denied:    ☒ without prejudice    ☐ with prejudice    ☐ on the following grounds:

    a.    ☒ Based upon the findings of fact and conclusions of law made on the record at the hearing

    b.    ☐ Unexcused non-appearance by Movant

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014    Page 1    F 4001-1.RFS.DENY.ORDER

    c. ☐ Lack of proper service

    d. ☐ Lack of good cause shown for relief from stay

    e. ☐ No stay is in effect under:

        (1) ☐ 11 U.S.C. § 362(c)(2)(A)

        (2) ☐ 11 U.S.C. § 362(c)(2)(B)

        (3) ☐ 11 U.S.C. § 362(c)(3)(A)

        (4) ☐ 11 U.S.C. § 362(c)(4)(A)

    f. ☐ Other *(specify)*:


4. ☐ Movant may not file another motion for relief from the stay in this bankruptcy case absent a court order authorizing the filing of another motion.


###


Date: November 16, 2023

*/s/ Scott C. Clarkson*
Scott C. Clarkson
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*    Page 2    **F 4001-1.RFS.DENY.ORDER**