Kathleen P. March, Esq., (CA SBN 80366)
**THE BANKRUPTCY LAW FIRM, PC**
10524 W. Pico Blvd, Suite 212, LA, CA 90064
Phone: 310-559-9224; Fax: 310-559-9133
Email: kmarch@BKYLAWFIRM.com
*Counsel of Record for Han Trinh*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>                    Debtor. | Bankruptcy Case No. 8:23-bk-10571-SC<br>Chapter 11<br><br>**NOTICE OF MOTION AND MOTION** OF **HAN TRINH FOR AN ORDER GRANTING ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM, PURSUANT TO 11 U.S.C. §503(b)(1)(A)(i); HAN TRINH DECLARATION W/EXHS., PHUONG (AKA JAYDE) TRINH DECLARATION, KATHLEEN P. MARCH, ESQ DECLARATION W/EXHS.**<br><br>Hearing on this Motion (and on other parties' Motions) for allowance and payment of administrative claim are all set for:<br>Date: January 19, 2024<br>Time:  11:00 a.m.<br>Place:  Courtroom of Bankruptcy Judge Scott Clarkson, by Zoom or in person at:<br>411 West Fourth Street, Courtroom 5C<br>Santa Ana, CA 92701-4593 |

## NOTICE OF MOTION

**TO CHAPTER 11 TRUSTEE RICHARD MARSHACK, AND TO THE OFFICE OF THE UNITED STATES TRUSTEE, AND TO ALL OTHER PARTIES IN INTEREST, AND TO COUNSEL OF RECORD FOR ALL OF THESE PARTIES:**

**PLEASE TAKE NOTICE** that on January 19, 2024 at 11:00 a.m., in the United States Bankruptcy Court for the Central District of California, Santa Ana Division, either in person at 411 West Fourth Street, Courtroom 5C, Santa Ana, CA 92701-4593 or by Zoom, to be determined by the Court, Han Trinh ("Han") will and does move for an Order granting allowance and payment of Han's herein Motion for allowance and payment of Han's administrative claim, pursuant to 11 U.S.C. §503(b)(1)(A).

**PLEASE TAKE FURTHER NOTICE** that the Motion is based on this Notice, the attached Memorandum of Points & Authorities, the attached Declaration of Han Trinh, with attached exhibits, the attached Declaration of Phuong (aka Jayde) Trinh, and on the attached Declaration of Kathleen P. March, Esq., with attached exhibits, plus on any additional matter of which the Court may take judicial notice, including pleadings and documents filed in this case.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1(f), that no later than fourteen (14) days before the above stated hearing date set forth above, any Response/Opposition to the Motion must be written and

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

must be filed in Bankruptcy Court, CD CA, at 411 W. Fourth Street, Santa Ana,

California, 92701, and must be served upon counsel for Han Trinh as listed on the

upper-left hand of the first page of this Notice and Motion.  A copy of

Response/Opposition must be delivered to chambers of the Hon. Scott Clarkson,

United States Bankruptcy Court, 411 W. Fourth Street, Suite 5130, Santa Ana,

California, 92701-4593, if over 25 pages long.

**PLEASE TAKE FURTHER NOTICE** that the failure to respond in writing

by the above stated deadline may be deemed by the Court to be a lack of objection to

the relief requested in the Motion.

Dated: November 17, 2023                    THE BANKRUPTCY LAW FIRM, PC

                                            __/s/ Kathleen P. March_____
                                            By: Kathleen P. March, Esq
                                            *Attorneys for Han Trinh on this Motion*

## TABLE OF CONTENTS

Notice of Motion……………………………………………………...........ii

Memorandum of Points and Authorities ……………………………….............1

I.      Controlling Law is 11 USC §503(B)(1)(A)(I)……………………….......1

II.     Facts Entitling Han to Allowance and Payment of This Administrative Claim for Salary LPG Owes Han, for 11 Full Work-Weeks of Post-petition Work Han Performed For LPG………………………………...........................1

III.    Penalty for Late Payment of Salary Gets Added to Salary, Pursuant to California Labor Code § 203………………………………………...........8

IV.   Pursuant to CA Labor Code § 227.3, Han is Entitled to be Paid for Accrued Vacation Time, for Which She Did Not Take Vacation……......................10

V.     LPG's Bankruptcy Estate Owes Han $14,433.56 for Han's Personal Items, Which Were in Han's Office At Greyson, When Han Was Locked Out Of Han's Office By Trustee Personnel, on 6/2/23, But Then "Disappeared" from That Locked Office……………………….........................................10

VI.   Conclusion……………………………………………….................12

Han Trinh Decl, with Exhibit A……………………………………..........13

Jayde Trinh Decl, with Exhibit A………………………………….............23

Kathleen March Decl w/Exhibits A-G……………………………….........34

# <u>TABLE OF AUTHORITIES</u>

11 USC §503(b)(1)(A)(i)..........................................................................................1, 12

California Labor Code §203..........................................................................................9

California Labor Code §227.3......................................................................................10

### <u>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF HAN TRINH'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM</u>

## I.    CONTROLLING LAW IS 11 USC §503(b)(1)(A)(i)

The controlling law on Han Trinh's Motion for Allowance and Payment of

Administrative Claim is 11 USC §503(b)(1)(A)(i), which states:

"(b)  After notice and a hearing, there shall be allowed administrative expenses, other than claims allowed under section 502(f) of this title, including—

(1)(A) the actual, necessary costs and expenses of preserving the estate including—

(i)    **<u>wages, salaries and commissions for services rendered after the commencement of the case</u>**;"

## II.    FACTS ENTITLING HAN TO ALLOWANCE AND PAYMENT OF THIS ADMINISTRATIVE CLAIM FOR SALARY LPG OWES HAN, FOR 11 FULL WORK-WEEKS OF <u>POSTPETITION</u> WORK HAN PERFORMED FOR LPG

Han makes this Motion for Allowance and Payment of Administrative Claim,

seeking allowance and payment of unpaid salary the bankruptcy estate of bankruptcy

debtor Litigation Practice Group PC ("LPG") owes Han, a W-2 employee of LPG, for

work Han did for LPG, **post-petition**, from 3/20/23 (date LPG filed bankruptcy)

through 6/2/23 (the date Trustee Marshack, by his attorney Celetino, first informed

Han and Jayde Trinh he was appointed and in charge.  6/2/23 is the date Marshack, by

his field agents,  and locked Han, Jayde, and other employees out) (Han Decl hereto).

That is 11 full 5-day work weeks of work.

From 01/29/21 through 6/2/23, Han was employed as a W-2 employee of LPG. When first employed, Han's started at an hourly rate of $17.31 and eventually increased to an annual salary of $300,000 per year, the salary in effect during the 11 weeks of work in this Motion.   (Han Decl hereto, Jayde Decl hereto)

Attached as to Han's Declaration hereto, as **Exhibit A** is a Paychex "pay stub" for Han, showing the last paycheck Han received from LPG.  That Paychex "pay stub" shows Han was being paid $11,538.47 per a 2 week pay period (pay period of 2/13/23/ to 2/26/23).  A year has 52 weeks in it, which is 26 two week pay periods. $11,538.47 x 26 = $300,000 salary per year (plus the additional benefits and penalties discussed infra).  $11,538.47 per 2 week pay period = $5,769.23 per week.  For the 11 full work- weeks Han worked post-petition, LPG owes Han $5,769.23 per week x 11 weeks = **$63,461.54** salary that LPG owes Han for her **post-petition** work from 3/20/23 through 6/2/23. (Han Decl hereto)

The Declaration of Kathleen P. March, Esq. hereto attaches, as **Exhibit A** to March Declaration, the relevant pages of LPG's pacer bankruptcy docket.  The pacer docket shows LPG filed its Chapter 11 bankruptcy case on 3/20/23, and was originally a debtor in possession.  Per the Declarations of Han and Jayde Trinh hereto, Tony Diab and attorney Daniel March, were in charge of LPG before LPG filed bankruptcy, and continued to be in charge of LPG after LPG filed bankruptcy.  Han Trinh's

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Declaration hereto attests that toward the end of March 2023, Tony Diab told Han and

Jayde, that they, and the other LPG employees still in LPG's offices in Tustin, should

keep working for LPG, that LPG would keep running for a year, and that attorney Dan

March of LPG,  and Diab, would have the bankruptcy court approve LPG paying the

salaries of Han, Jayde, and the other employees of LPG.  (Jayde Decl, Han Decl) Han

and Jayde kept working for LPG, partly at LPG's offices in Tustin, and partly

remotely, until May 29, 2023, when LPG's rented space was released to the landlord,

per relief from stay, and the landlord ordered everyone out of the Tustin offices by

6:00 AM on May 30, 2023. After the landlord took back LPG's offices, until 6/2/23,

Han and Jayde worked remotely. (Jayde Decl., Han Decl)

　　　　In their 2 plus years as LPG employees, to and including 6/2/23, Han and Jayde

were **<u>essential</u>** employees of LPG, because Han and Jayde were the LPG employees

who administered approximately 28,000 active litigation files of LPG clients,

including hiring, managing, assigning, and monitoring performance of attorneys to

represent LPG clients, for clients whose matters were not resolved short of law suit.

(Jayde Decl, Han Decl). They were the only LPG employees administering LPG's

28,000 active litigation files. (Han Decl, Jayde Decl)

　　　　Han and Jayde continued to do this work for LPG, administering LPG's

thousands of active litigation files, during their 11 weeks of work Han and Jayde did

for LPG **<u>postpetition</u>**.  (Han Decl, Jayde Decl) During those 11 weeks, Han and Jayde

continued to respond to the many emails sent to LPG every day, by LPG's clients

(people with debt problems who had contracted with LPG to represent them in trying to resolve/defend those clients' debt problems). (Jayde Decl., Han Decl.)  Those LPG clients emailed LPG asking where were their attorneys, what was status on their matters,  etc.  (Han Decl, Jayde Decl)

The last salary that LPG paid Han was submitted on 3/3/23 but not funded until 3/10/23 through LPG's payroll processor "Paychex".  **Exhibit A** to Han's Declartion to this Motion is a true and correct copy to Han's "Paychex" salary check.  (Han Decl).  **Exhibit A** shows the check stub was delivered to Han on 3/3/23 but was paying for work done for LPG from 2/13/23 to 2/26/23.

**Unbeknownst to Han and Jayde Trinh until 6/2/23**, on 5/8/23 the Bankruptcy Court had entered an Order [Dkt65] granting Application of USTrustee to appoint Richard Marshack as Chapter 11 Trustee for LPG.  That Order is **Exhibit B** to Declaration of attorney Kathleen P. March hereto.  It was not served on Han or Jayde Trinh.  The relevant pages of LPG's bankruptcy case pacer docket are **Exhibit A** to March Decl. hereto).

On 5/25/23 Marshack filed adversary proceeding 8:23-ap-01046-SC [dkt entry 93 on main case docket].  The pacer docket shows that the summones for that adversary proceeding, to serve  Han, Jayde, and  Greyson, was not issued until 6/2/23—a week **after** the 5/26/23 lockout order and preliminary injunction [dkt.13] was granted..  As soon as he filed his adversary proceeding, Marshack, on 5/25/23 filed **under seal**, a motion [dkt.4 in adversary proceeding docket], moving for lockout

and preliminary injunction. Marshack's motion to seal is dkt 3 in adv proc docket and

is attached as **Exhibit E** to this Declaration.  Marshack's Motion to seal states

Marshack requests sealing because Marshack does not want to alert debtor to

Marshack's investigation and strategy.  BkyCt's order granting sealing is dkt.11 in

adv proceeding, and is attached as **Exhibit F** to March Decl hereto).

The adversary proceeding docket is **Exhibit C** to March Decl, and shows

Motion for lockout and preliminary injunction was **filed under seal**. By Order entered

5/26/23 [dkt13 in the adversary proceeding docket], the Bankruptcy Court granted

Trustee's Motion for lockout and preliminary injunction. That Lockout and

Preliminary injunction Order [dkt.13], granted 5/26/23 is **Exhibit D** to March Decl.

Han and Jayde had no notice or knowledge that trustee had filed that adversary

proceeding, or that trustee had moved for lockout and preliminary injunction, or that

such a Lockout Order and Preliminary Injunction [dkt13 in the adversary proceeding

docket] had been granted by the Bankruptcy Court on 5/26/23, until Trustee's attorney

Celentino spoke to Han Trinh by phone on 6/2/23, and Trustee personnel locked

certain Greyson personnel out of the Greyson offices, also on 6/2/23.  (Jayde Decl,

Han Decl).  Jayde and Han were still administering thousands of LPG litigation files,

from when LPG filed bankruptcy on 3/20/23, up to 6/2/23.  (Han Decl., Jayde Decl).

Though Marshack was appointed on 5/8/23, Marschack **concealed** this fact

from Han and Jayde Trinh, until 6/2/23,  (Han Decl, Jayde Decl).  6/2/23 was the first

date on which any of Marshack, or Marshack's attorneys, or Marshack's field agents,

**first contacted** Jayde Trinh, and Han Trinh, in any manner. (Jayde Decl, Han Decl).

On 6/2/23, Tony Diab conferenced Han into a phone call with Diab and with

Marshack's attorney Celentino.  (Han Decl). In that call, Celentino told Han that

Marshack has been appointed as Chapter 11 Trustee, that Celentino was Marshack's

special counsel, that Tony Diab was no longer in control of debtor LPG, that

Marshack was now in control of debtor LPG, and that Marshack had obtained an

Order of the Bankruptcy Court **locking out** certain Greyson personnel (including

locking out Jayde and Han) from the Greyson Law Center PC offices located at 3345

Michelson Dr., Irvine, CA, 92612, Suite 400. (Han Decl). That phone conversation

was the first time Han found out any of these things.  (Han Decl).  Han then told this

information to Jayde. Jayde did not hear from the Trustee or Celentino until Jayde was

served, by mail, with a copy of the 6/2/23 lockout order, which arrived several days

after 6/2/23. (Jayde Decl).

Despite Trustee getting the lockout order and preliminary injunction against

Greyson, on 5/26/23 [dkt.13 in adversary proceeding docket, attached as **Exhibit D** to

March Declaration, by alleging Greyson was an alter ego of debtor LPG, Trustee's

counsel Celentino later admitted, at the hearing held 6/12/23, that Greyson was **NOT**

**an alter ego** of debtor LPG.  **Exhibit G** to March Declaration are pages 33-34 of the

6/12/23 hearing transcript, where Celentino admitted this.

---

The Declaration of attorney March hereto attests that trustees usually promptly inform parties in interest that they have been appointed.  But here,  the LPG main case pacer docket, and adversary proceeding docket, shows Trustee Marshack and his attorneys **concealed** that Trustee Marshack had been appointed, **concealed** (by not having summonses issued until 6/2/23) that on 5/25/23, Trustee had filed an adversary proceeding (8:23-ap-01046-SC) against Tony Diab and many additional defendants, including Han and Jayde Trinh and Greyson; **concealed** that on 5/25/23, Trustee had moved for a lockout order and preliminary injunction in that adversary proceeding, with Trustee's motion for lockout order and preliminary injunction being  **filed under seal**; and **concealed** that on 5/26/23, Trustee's motion for lockout and preliminary injunction had been granted by an Order [dkt13 in adversary proceeding docket, attached as **Exhibit D** to March Decl].

The result, as Han and Jayde's declarations hereto attest, is that Han and Jayde had no notice or knowledge of any of these things Trustee had done, until 6/2/23, when Trustee's attorney Celentino first spoke to Han by phone, and when trustee personnel arrived on 6/2/23 and locked Han, Jayde and other Greyson personnel out of the Greyson offices at 3345 Michelson Dr., Irvine, CA, 92612, Suite 400, on 6/2/23.

When Trustee personnel performed the lockout on 6/2/23, only Trustee personnel and certain Greyson staff that Trustee personnel instructed to continue working—NOT Han and Jayde---were allowed into the Greyson offices.  (Jayde Decl, Han Decl).

Due to Trustee's failure to notify Han or Jayde Trinh of any of the above, until Celentino spoke to Han Trinh on 6/2/23 (as Trustee personnel were performing the lockout), Han and Jayde are entitled to be paid for the **essential** work they did for LPG, from 3/20/23 to 6/2/23. (Jayde Decl, Han Decl, March Decl).

### III.    PENALTY FOR LATE PAYMENT OF SALARY GETS ADDED TO SALARY, PURSUANT TO CALIFORNIA LABOR CODE § 203.

In addition to that $63,461.54 of salary, discussed in **II**. supra, LPG owes Han **late payment penalties** per non-bankruptcy law, for not paying Han her salary as it came due) for the **11 full weeks of post-petition work** that Han did for LPG, from 3/20/23 (date LPG filed bankruptcy) to 6/2/23 (date Chapter 11 Trustee Marshack, by his attorney Celentino, first contacted Han telling her that he was in charge and had obtained a lockout order and preliminary injunction from the Bankruptcy Court).

Bankruptcy debtors are required to comply with non-bankruptcy laws, such as laws requiring employers to pay their W-2 employees timely, and assessing penalties against an employer who fails to pay a W-2 employee timely.  Here, non-bankruptcy law is California Labor Code §203. Section 203(a) requires an employer (here LPG) which fails to pay a W-2 employee the employee's salary on time, to pay penalties— for up to 30 days--for each day the pay is late. Specifically, California Labor Code §203 (a) states:

"(a) If an employer willfully fails to pay, without abatement or reduction, in accordance with Sections 201, 201.3, 201.5, 201.6, 201.8, 201.9, 202, and 205.5, any wages of an employee who is discharged or who quits, **the wages of the employee shall continue as a penalty from the due date**

**thereof at the same rate until paid** or until an action therefor is commenced; but the wages shall not continue for more than **30 days**. An employee who secretes or absents themselves to avoid payment to them, or who refuses to receive the payment when fully tendered to them, including any penalty then accrued under this section, is not entitled to any benefit under this section for the time during which the employee so avoids payment.

(b) Suit may be filed for these penalties at any time before the expiration of the statute of limitations on an action for the wages from which the penalties arise."

Because LPG still has not paid Han for Han's 11 workweeks of post-petition W-2 work for LPG, LPG owes Han **30 days** of penalties, pursuant to California Labor Code §203(a). The statutory penalty is daily wage x 30 days. Han's daily wage was $1,153.85 per day, calculated as follows:  Start with $300,000 annual salary, divide by 26 pay periods = $11,538.46 per pay period.  Then divide $11,538.46 by 10, because there are 10 working days in each 2 week pay period = $1,153.85 per day. Then multiply the $1,153.85 per day salary x 30 days of penalty = LPG owes Han **$34,615.38** in penalties. (March Decl, Han Decl).

## IV.    PURSUANT TO CA LABOR CODE § 227.3,  HAN IS ENTITLED TO BE PAID FOR ACCRUED VACATION TIME,  FOR WHICH SHE DID NOT TAKE VACATION

California Labor Code § 227.3 states:

"Unless otherwise provided by a collective-bargaining agreement, whenever a contract of employment or employer policy provides for paid vacations, and an employee is terminated without having taken off his vested vacation time, **all vested vacation shall be paid to him as wages at his final rate**".

---

1

2

Han's Declaration hereto attests that LPG owes Han for 264.88 hours of

3

vacation Han accrued but had not taken off, as of 6/2/23.  Per the statute, all vested

4

5

vacation was required to be paid to Han on the final date Han was employed by

6

LPG, which was 6/2/23. That  264.88 hours of vacation adds to **$38,203.64**

7

calculated by taking Han's daily rate of $1,153.85 per day (discussed in III supra)

8

and dividing that by 8 as there are 8 hours in a non-overtime workday.  $1,153.85

9

10

divided by 8 = $144.23 per hour.  $144.23 per hour x 264.88 hours = **$38,203.64**.

11

**V.    LPG'S BANKRUPTCY ESTATE OWES HAN $14,433.56 FOR**

12

**HAN'S PERSONAL ITEMS, WHICH WERE IN HAN'S OFFICE AT**

13

**GREYSON, WHEN HAN WAS LOCKED OUT OF HAN'S OFFICE**

14

**BY TRUSTEE PERSONNEL, ON 6/2/23, BUT THEN**

15

**"DISAPPEARED" FROM THAT LOCKED OFFICE**

16

Han had items Han owned personally in the Greyson Law Center PC office Han

17

18

occupied, which Trustee personnel locked Han out of, on 6/2/23, changing the lock to

19

the door. (Han Decl).  Han's personally owned items in Han's office at Greyson, when

20

Trustee's field agents locked Han out of Han's office, on 6/2/23, included that Han

21

22

owned an 86 inch screen TV,  which was installed on the wall of Han's office, bolted

23

to the wall.  Plus Han owned an oriental vase which was a present to Han by persons

24

unrelated to LPG.  Plus Han personally owned computers/computer equipment and

25

26

additional items Han had bought, with Han's own money.  (All in Han Decl hereto)

27

28

The LPG bankruptcy estate owes Han for Han's personally owned items Trustee's field agents "lost" from that locked office, locked by Trustee's field agents on 6/2/23.  **Exhibit B** to Han's Declaration hereto is a list of what Han paid for those items which Trustee personnel "lost" from Han's locked office, which Han will now have to replace.  The amount owed to Han, by the bankruptcy estate, for Han's personally owned items, which "disappeared" from the locked office, is **$14,433.56** as shown on **Exhibit B**. (Han Decl)

Trustee's field agents told Han that they could not locate Han's 86 inch screen TV, even though that TV was installed on the wall in the office Han occupied, **bolted to the wall of that office**.  (Han Decl)

Han's counsel March had to send multiple emails to Trustee counsel Christopher Ghio, to get Han's TV and any other belongings returned to Han.  (March Decl)

It took Han several trips to that locked office, for Han to get her TV back, which was still installed, bolted to the wall in the locked office, and which Han had to bring workers to remove from the wall.  (Han Decl) Trustee's field agents simply lied, when they told Han they could not locate Han's 86 inch TV, even after Han explained that TV was in the locked office—bolted to the wall--that Trustee's field agents had locked Han out of, on 6/2/23.  (Han Decl).

## VI.    CONCLUSION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to 11 USC §503(b)(1)(A)(i), LPG's bankruptcy estate owes Han

**$63,461.54** W-2 salary unpaid salary, for Han's post-petition work for LPG of, plus

owes Han late pay penalties of **$34,615.38**, plus owes Han vacation pay of

**$38,203.64**.  Together those items add to **$136,280.56** owed to Han by the LPG

bankruptcy estate. For all of the reasons discussed herein, Han Trinh respectfully

requests that this Court issue an order granting Han's Motion, allowing Han an

**$136,280.56** administrative claim, pursuant to 11 USC §503(b)(1)(A)(i), and ordering

the LPG bankruptcy estate to forthwith pay Han **$136,280.56**.

In addition, the LPG bankruptcy estate owes Han **$14,433.56**, also pursuant to 11

USC 503, for Han's personally owned items that "disappeared" from Han's office,

after Trustee Marshack had Marshack's field agents locked Han out of Han's office at

Greyson, on 6/2/23.

Dated: November 17, 2023                    THE BANKRUPTCY LAW FIRM, PC


                                            __/s/ Kathleen P. March _____
                                            By: Kathleen P. March, Esq
                                            *Attorneys for Han Trinh*

---

# **DECLARATION OF HAN TRINH**

I, Han Trinh ("Han") declare:

1.  I am the Movant in my herein Motion moving the Bankruptcy Court, pursuant to 11 USC §503(b)(1)(A)(i), to grant allowance of, and payment of, from the bankruptcy estate of debtor Litigation Practice Group, PC ("LPG"),  my unpaid salary for work I performed for LPG **post-petition**, plus my unpaid vacation pay owed per California state law, plus late-pay penalties owed per California state law.

2.  LPG owes me for all 3 of these items, for which LPG has paid me ZERO, as of the date I am filing my herein Motion, in LPG's Chapter 11 bankruptcy case.

3.  **$63,461.54** is owed me for my W-2 unpaid **salary**, for my **post-petition work** for LPG from 3/20/23 (date LPG filed bankruptcy) through 6/2/23 (date Trustee Marshack had his field agents lock me and Jayde Trinh ("Jayde") out of our offices at Greyson Law Center PC ("Greyson").  That is 11 full 5-day work-weeks of work.

4.  Plus, LPG owes me **late-pay penalties**, owed per California law, of **$34,615.38**, for not paying the $63,461.54 salary from 6/2/23 to present.

5.  Plus, LPG owes me vacation pay of **$38,203.64** owed per California law, for vacation I had earned, but had not taken, as of 6/2/23-- the date Marshack's field agents locked me and Jayde Trinh ("Jayde") out of our offices.

6.  Together those three items add to **$136,280.56** owed to me by the LPG bankruptcy estate.

7.  I was employed by LPG as a W-2 employee, from 1/29/21 through 6/2/23.  When first employed, I started work at an hourly rate of $17.31.  LPG thereafter increased my salary. By the time I was doing the 11 weeks of work from 3/20/23 to 6/2/23, my salary at LPG was $300,000 per year.

8.  Attached as **<u>Exhibit A</u>** to this Declaration is a Paychex "pay stub" for me, showing the last paycheck I received from LPG.  That Paychex "pay stub" shows 1 was being paid $11,538.47 for that 2 week pay period (pay period of 2/13/23/ to 2/26/23).  A year has 52 weeks in it, which is 26 two week pay periods. $11,538.47 x 26 = $300,000 salary per year (plus the additional benefits and penalties discussed infra).  $11,538.47 per 2 week pay period = $5,769.23 per week.  For the 11 full work-weeks I worked post-petition, LPG owes me $5,769.23 per week x 11 weeks = **<u>$63,461.54</u>** salary, that LPG owes me for my **<u>post-petition</u>** work I did for LPG, from 3/20/23 through 6/2/23.

9.   Around the first week of April 2023, Tony Diab and attorney Daniel March of LPG-- who had been in charge of LPG during the years Jayde and I had worked for LPG-- told me that LPG had filed bankruptcy, and that Diab and Dan March would continue to be in charge of LPG, now that LPG had filed bankruptcy. They told me that Jayde and I and the other LPG W-2 employees that were left should continue working for LPG, that LPG would keep running for a year, and that attorney Dan March and Diab would have the bankruptcy court approve LPG paying the salaries of me, Jayde, and the other remaining employees of LPG.   I kept

working for LPG, based on Tony Diab's telling me that Diab and attorney Dan

March of LPG would get the Bankruptcy Court to approve LPG paying the salaries of

me, Jayde, and the other LPG W-2 employees.

10.    Jayde and I worked partly at LPG's offices in Tustin, and partly

remotely, until May 29, 2023, when LPG's rented space was released to the landlord,

per relief from stay, and the landlord ordered everyone out of the Tustin offices by

6:00 AM on May 30, 2023. After the landlord took back LPG's offices, until 6/2/23, I

worked remotely.

11.    In our 2 plus years as LPG employees, to and including 6/2/23, Jayde and

I were **essential** employees of LPG, because Jayde and I were the LPG employees

who administered approximately 28,000 active litigation files of LPG clients,

including hiring, managing, assigning, and monitoring performance of attorneys to

represent LPG clients, for clients whose matters were not resolved short of lawsuits.

Jayde and I were the **only** LPG employees administering LPG's 28,000 active

litigation files.  Without us administering LPG's 28,000 active litigation files, LPG

could not carry on its business.

12.    Jayde and I continued to do this **essential** work for LPG, administering

LPG's thousands of active litigation files, during their 11 weeks of work Jayde and I

did for LPG **post-petition**.  During those 11 weeks, Jayde and I continued to respond

to the many emails sent to LPG every day, by LPG's clients (people with debt

problems who had contracted with LPG to represent them in trying to resolve/defend

those clients' debt problems).  Those LPG clients emailed LPG asking where were

their attorneys, what was status of their lawsuits,  etc.

13.    The last salary check that LPG paid me, was paid to me on 3/3/23,

through LPG's payroll processor "Paychex".  **Exhibit A** to hereto is a true and

correct copy to my "Paychex" salary paystub.  **Exhibit A** shows my paycheck from

LGP was delivered to me on 3/3/23 but was paying for work I did for LPG from

2/13/23 to 2/26/23.   Though delivered to me on 3/3/23, it was not funded until

3/10/23 and posted in my bank account on 3/13/23.

14.    Unbeknownst to me and Jayde--until 6/2/23 (the date Trustee's field

agents locked us out of our offices at Greyson)--the Bankruptcy Court had on 5/8/23

entered an Order [Dkt65] granting the Application of the Office of US Trustee,  to

appoint Richard Marshack as Chapter 11 Trustee for LPG.  Jayde and I had no notice

or knowledge that a Trustee had been appointed.  We had no notice or knowledge

that Trustee Marshack had on 5/25/23 filed an adversary proceeding  and on 5/25/23

filed a Motion (**under seal**) for Lockout Orders and Preliminary Injunction against

many defendants named in the adversary proceeding, including me, Jayde and

Greyson.  Though Greyson, Jayde and I were all  named as defendants in that

adversary proceeding, the adversary proceeding pacer docket--attached to attorney.

March's Declaration hereto--shows no summons were issued, to be served on me,

Jayde, or Greyson, until 6/2/23.  6/2/23 was 7 days **after** 5/26/23, the date Trustee

obtained his Lock-Out Order and Preliminary Injunction [dkt13 in the adversary

proceeding docket, attached as an exhibit to March Decl hereto]  against me, Jayde,

Greyson and numerous additional defendants.

15.    I did not find out about any of the things stated in paragraph 14, until

6/2/23, when Trustee Marshack's attorney, Celentino spoke to me by phone on

6/2/23, and when Trustee's  personnel locked me, Jayde, and other Greyson

personnel out of the Greyson's office on 6/2/23.

16.    Jayde and I were still administering thousands of LPG litigation files,

from when LPG filed bankruptcy on 3/20/23, up to 6/2/23.

17.    Though Marshack was appointed on 5/8/23, Marschack concealed the

activities stated in paragraph 14 supra,  from me and Jayde and Greyson, until 6/2/23.

6/2/23 was the first date on which any of Marshack, or Marshack's attorneys, or

Marshack's filed agents, **first contacted** me and Jayde, in any manner.

18.    On 6/2/23, Tony Diab conferenced me into a phone call with Diab and

with Marshack's attorney Celentino.  In that call, Celentino told me that Marshack

has been appointed as Chapter 11 Trustee, that Celentino was Marshack's special

counsel, that Tony Diab was no longer in control of debtor LPG, that Marshack was

now in control of debtor LPG, and that Marshack had obtained an Order of the

Bankruptcy Court **locking out** certain Greyson personnel (including locking out me

and Jayde) from the Greyson Law Center PC offices located at 3345 Michelson Dr.,

Irvine, CA, 92612, Suite 400. That phone conversation was the first time I found out

any of these things. I told Celentino I had told the Greyson staff they were not

required to continue working, that they could go home, because there was no money

to pay them.  Celentino told me to call the Greyson staff back to work.

19.    After my phone call with Celentino, I told Jayde what had been said in

that conversation.  To my knowledge,  Jayde did not hear from the Trustee or

Celentino or any other Trustee personnel, until Jayde was served, by mail, with a

copy of the 6/2/23 lockout order, which arrived several days after 6/2/23.

20.    In addition to the $63,461.54 of salary that LPG owes me for my 11

weeks of post-petition work for LPG, LPG owes me **late payment penalties** per non-

bankruptcy law (California state law), for not paying me my W-2 salary as it came

due, for the  **11 full weeks of  post-petition work** I did for LPG, from 3/20/23 (date

LPG filed bankruptcy) to 6/2/23 (date Chapter 11 Trustee Marshack, by his attorney

Celentino, first contacted me telling me that he was in charge and had obtained a

lockout order and preliminary injunction from the Bankruptcy Court, and locked me,

Jayde and other  Greyson staff out of Greyson's offices pursuant to that order, and

froze  Greyson's bank accounts, prevented us from accessing Greyson's email,

prevented us from accessing Greyson's website, etc.

21.    The whole lockout was wrongful and preliminary injunction was

wrongful as to Greyson, as to me, and as to Han, because it was based on Trustee's

erroneous, and unsupported, allegations that Greyson was an "alter ego" of LPG, and

Greyson was NOT an alter ego of LPG.  At the hearing on 6/12/23, Trustee

Marshack's attorney Celentino admitted that Greyson was not an alter ego of LPG,

1
2
3
4
5

and amended Trustee's adversary proceeding, to remove the allegation that Greyson

was an alter ego of LPG. (March Decl hereto attaches, as **Exhibit G** to March

Declaration,  pages 33-34 of the 6/12/23 hearing transcript, where Celentino stated "It

does not appear that Greyson is an alter ego" [of debtor LPG].

6
7
8
9
10
11
12
13
14
15
16

    22.     Because LPG still has not paid me for my 11 workweeks of post-

petition W-2 work for LPG, LPG owes me **30 days** of penalties, pursuant to

California Labor Code §203(a). The statutory penalty is daily wage x 30 days. My

daily wage was $1,153.85 per day, calculated as follows:  Start with $300,000 annual

salary, divide by 26 pay periods = $11,538.46 per pay period.  Then divide

$11,538.46 by 10, because there are 10 working days in each 2 week pay period =

$1,153.85 per day. Then multiply the $1,153.85 per day salary x 30 days of penalty =

LPG owes me **$34,615.38** in penalties.

17
18
19
20
21
22
23
24
25
26
27
28

    23.     In addition, I am entitled to be paid for my vacation time that I earned,

but had not taken as of 6/2/23, the date I ceased to be employed by LPG. I accrued

LPG owes me payment for 264.88 hours of vacation I had accrued,  but had not taken

off, as of 6/2/23.  Jayde and I each accrued 6.16 hours of vacation time, for each 2

week pay period.  Per the statute cited in the Memorandum of Points & Authorities

supra, all accrued (aka "vested") vacation, that had not been taken,  was required to

be paid to me on the final date I was employed by LPG, which was 6/2/23. That

264.88 hours of vacation adds to **$38,203.64**, calculated by taking my daily rate of

$1,153.85 per day (discussed supra) and dividing that by 8 as there are 8 hours in a

non-overtime workday.  $1,153.85 divided by 8 =$144.23 per hour.  $144.23 per

hour x  264.88 hours = **$38,203.64**.

24.    In addition to being owed my salary, vacation pay, and late pay penalties,

I had items I owned personally in the office I occupied at Greyson, which Trustee

personnel locked me out of, on 6/2/23.  These items include an 86 inch TV, which

was installed and bolted to the wall of my office, an oriental vase which was a

present to me, by persons unrelated to LPG along with computers/computer

equipment and additional items I had bought, with my own money.

25.    The LPG bankruptcy estate owes me for the items Trustee's field agents

"lost" from the Greyson office, after they locked me out of it.  **Exhibit B** to this

Declaration is a list of what I had paid for those "lost" items, which I will now have

to replace.  The amount owed to me, by the bankruptcy estate, for my personally

owned items, which "disappeared"/were "lost" from the locked office, after the

lockout on 6/2/23, is **$14,433.56 as** shown on **Exhibit B**.

26.    Trustee's field agent even told me that the field agents could not locate

my 86 inch TV, even though that TV was installed on the wall in the locked office I

occupied, **bolted to the wall of that office**.  Trustee's field agent telling me she

could not locate my 86 inch screen TV, which was bolted to the wall in my Greyson

office that Trustee's field agent locked me out of, was a lie.

27.    Attorney March had to send multiple emails to Trustee counsel

Christopher Ghio, to get my 86 inch TV returned to me.  It took me several trips to

the locked Greyson offices, for me to get Trustee's field agents to give me back my TV, my oriental vase, and a few other small items they eventually admitted they had.

I had to bring workers to remove the TV from where it was bolted to the wall. Trustee's field agents simply lied, when they told me they could not locate my 86 inch TV, even after I told Trustee's field agents (and attorney March told Trustee's attorney Ghio) that my TV was bolted to the wall in my office that that Trustee's personnel had locked me out of on 6/2/23. Trustee personnel should not have been allowed to act the way the Trustee's field agents acted, toward me.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed at Orange, California, on November 09, 2023.

**HAN TRINH**

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

LOC:LPG Law CA
EE ID: 1031          DD

HAN TRINH

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Han Trinh | | |
| Soc Sec #: xxx-xx-xxxx | Employee ID: 1031 | |
| Home Department: 1 LPG CA | | |
| Pay Period: 02/13/23 to 02/26/23 | | |
| Check Date: 03/03/23   Check #: 13033 | | |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 860 | 5297.84 | 32087.05 |
| **NET PAY** | **5297.84** | **32087.05** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 11538.47 | | 69230.82 |
| | | Holiday | | | | M24.0000 24.0000 | |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | 11538.47 | | 69230.82 |
| | | **Total Hrs Worked** | | | | | |
| | | Dir Dep Reimb | | | | | 300.00 |
| | | **REIMB & OTHER PAYMENTS** | | | | | 300.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 690.62 | 4143.73 |
| | Medicare | | 161.52 | 969.10 |
| | Fed Income Tax | SMS | 1841.42 | 11048.52 |
| | CA Income Tax | SMI2 1 0 | 739.71 | 4438.26 |
| | CA Disability | | 100.25 | 601.50 |
| | **TOTAL** | | 3533.52 | 21201.11 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 2307.69 | 13846.14 |
| | Medical Pre-tax | 399.42 | 2396.52 |
| | **TOTAL** | 2707.11 | 16242.66 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **5297.84** | **32087.05** |

Payrolls by Paychex, Inc.

**0942 1607-7926**  Litigation Practice Group PC DBA  • 17542 17th St Ste 100 • Tustin CA  92780 • (949) 715-0648



# EXHIBIT A

22

## DECLARATION OF PHUONG (AKA JAYDE) TRINH

I, Phuong Trinh (aka Jayde Trinh, and referred to as "Jayde" hereinafter), declare:

1.  I am the Movant in my herein Motion moving the Bankruptcy Court, pursuant to 11 USC §503(b)(1)(A)(i), to grant allowance of, and payment of, from the bankruptcy estate of debtor Litigation Practice Group, PC ("LPG"),  my unpaid salary for work I performed for LPG **post-petition**, plus my unpaid vacation pay owed per California state law, plus late-pay penalties owed per California state law.

2.  LPG owes me for all 3 of these items, for which LPG has paid me ZERO, as of the date I am filing my herein Motion, in LPG's Chapter 11 bankruptcy case.

3.  **$52,884.64** is owed me for my W-2 unpaid **salary**, for my **post-petition work** for LPG from 3/20/23 (date LPG filed bankruptcy) through 6/2/23 (date Trustee Marshack had his field agents lock me and Han Trinh ("Han") out of our offices at Greyson Law Center PC ("Greyson").  That is 11 full 5-day work-weeks of work.

4.  Plus LPG owes me **late-pay penalties**, owed per California law, of **$28,846.15**, for not paying the $52,884.64 salary from 6/2/23 to present.

---

**NOTICE OF MOTION AND MOTION OF PHUONG (AKA JAYDE) TRINH FOR AN ORDER GRANTING ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIMS PURSUANT TO 11 U.S.C. §503(b)(1)(A); DECLARATIONS OF JAYDE TRINH, HAN TRINH AND KATHLEEN P. MARCH, ESQ. W/EXHS.**

5. Plus LPG owes me vacation pay of **$31,825.35** owed per California law, for vacation I had earned, but had not taken, as of 6/2/23-- the date Marshack's field agents locked me and Han Trinh ("Han") out of our offices.

6. Together 3 those items add to **$114,825.14** owed to me by the LPG bankruptcy estate.

7. I was employed by LPG as a W-2 employee, from 11/29/20 through 6/2/23. When first employed, I started work at a salary of $120,000. LPG thereafter increased my salary. By the time I was doing the 11 weeks of work from 3/20/23 to 6/2/23, my salary at LPG was $250,000 per year.

8. Attached as **Exhibit A** to this Declaration is a Paychex "pay stub" for me, showing the last paycheck I received from LPG. That Paychex "pay stub" shows 1 was being paid $11,538.47 for that 2 week pay period (pay period of 2/13/23/ to 2/26/23). A year has 52 weeks in it, which is 26 two week pay periods. $11,538.47 x 26 = $300,000 salary per year (plus the additional benefits and penalties discussed infra). $11,538.47 per 2 week pay period = $5,769.23 per week. For the 11 full work- weeks I worked post-petition, LPG owes me $5,769.23 per week x 11 weeks = **$52,884.64** salary, that LPG owes me for my **post-petition** work I did for LPG, from 3/20/23 through 6/2/23.

9. Around the first week of April 2023, Tony Diab and attorney Daniel March of LPG-- who had been in charge of LPG during the years Han and I had

---

**NOTICE OF MOTION AND MOTION OF PHUONG (AKA JAYDE) TRINH FOR AN ORDER GRANTING ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIMS PURSUANT TO 11 U.S.C. §503(b)(1)(A); DECLARATIONS OF JAYDE TRINH, HAN TRINH AND KATHLEEN P. MARCH, ESQ. W/EXHS.**

worked for LPG—told my sister, Han Trinh, that LPG had filed bankruptcy, and

that Diab and Dan March would continue to be in charge of LPG, now that LPG

had filed bankruptcy, that LPG would operate for a year, and that Han and I and

other LPG W-2 employees that were left should continue working for LPG, that

LPG would keep running for a year, and that attorney Dan March and Diab would

have the bankruptcy court approve LPG paying the salaries of me, Jayde, and the

other remaining employees of LPG.   Han told me all this, and based on this, I kept

working for LPG, based on Tony Diab's telling me that Diab and attorney Dan

March of LPG would get the Bankruptcy Court to approve LPG paying the salaries

of me, Jayde, and the other LPG W-2 employees.

    10.    Han and I worked partly at LPG's offices in Tustin, and partly remotely,

until May 29, 2023, when LPG's rented space was released to the landlord, per

relief from stay, and the landlord ordered everyone out of the Tustin offices by

6:00 AM on May 30, 2023. After the landlord took back LPG's offices, until

6/2/23, I worked remotely.

    11.    In our 2 plus years as LPG employees, to and including 6/2/23, Han and I

were **essential** employees of LPG, because Han and I were the LPG employees

who administered approximately 28,000 active litigation files of LPG clients,

including hiring, managing, assigning, and monitoring performance of attorneys

to represent LPG clients, for clients whose matters were not resolved short of

NOTICE OF MOTION AND MOTION OF PHUONG (AKA JAYDE) TRINH FOR AN ORDER GRANTING
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIMS PURSUANT TO 11 U.S.C. §503(b)(1)(A);
DECLARATIONS OF JAYDE TRINH, HAN TRINH AND KATHLEEN P. MARCH, ESQ. W/EXHS.

25

lawsuits.  Han and I were the **only** LPG employees administering LPG's 28,000

active litigation files.  Without us administering LPG's 28,000 active litigation

files, LPG could not carry on its business.

12.    Han and I continued to do this **essential** work for LPG, administering

LPG's thousands of active litigation files, during their 11 weeks of work Han

and I

did for LPG **post-petition**.  During those 11 weeks, Han and I continued to respond to

the many emails sent to LPG every day, by LPG's clients (people with debt problems

who had contracted with LPG to represent them in trying to resolve/defend those

clients 'debt problems).  Those LPG clients emailed LPG asking where were their

attorneys, what was status of their lawsuits,  etc.

13.    The last salary check that LPG paid me, was paid to me on 3/3/23,

through LPG's payroll processor "Paychex".  **Exhibit A** to hereto is a true and

correct copy to my "Paychex" salary paystub.  **Exhibit A** shows my paycheck

from LGP was delivered to me on 3/3/23 but was paying for work I did for LPG

from 2/13/23 to 2/26/23.   Though delivered to me on 3/3/23, it was not funded

until 3/10/23.  As shown on Exhibit A, my gross pay for the 2 week period was

$9,615.39, which is $250,000 per year.

---

**NOTICE OF MOTION AND MOTION OF PHUONG (AKA JAYDE) TRINH FOR AN ORDER GRANTING
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIMS PURSUANT TO 11 U.S.C. §503(b)(1)(A);
DECLARATIONS OF JAYDE TRINH, HAN TRINH AND KATHLEEN P. MARCH, ESQ. W/EXHS.**

14.    Unbeknownst to me and Han--until 6/2/23 (the date Trustee's field agents

locked us out of our offices at Greyson)--the Bankruptcy Court had on 5/8/23

entered an Order [Dkt65] granting the Application of the Office of US Trustee,

to appoint Richard Marshack as Chapter 11 Trustee for LPG.  Han and I had no

notice or knowledge that a Trustee had been appointed.  We had no notice or

knowledge that Trustee Marshack had on 5/25/23 filed an adversary proceeding

and on 5/25/23 filed a Motion (**under seal**) for Lockout Orders and Preliminary

Injunction against many defendants named in the adversary proceeding,

including me, Han and  Greyson.  Though Greyson, Han, and I, were all  named

as defendants in that adversary proceeding, the adversary proceeding pacer

docket--attached to attorney. March's Declaration hereto--shows no summonses

were issued, to be served on me, Jayde, or Greyson, until 6/2/23.  6/2/23 was 7

days **after** 5/26/23, the date Trustee obtained his Lock-Out Order and

Preliminary Injunction [dkt13 in the adversary proceeding docket, attached as

**Exhibit D**  to March Decl hereto]  against me, Han, Greyson and numerous

additional defendants.

15.    I didn't find out about any of the things stated in paragraph 14, supra,

until 6/2/23, when Trustee Marshack's attorney, Celentino spoke to Han by

NOTICE OF MOTION AND MOTION OF PHUONG (AKA JAYDE) TRINH FOR AN ORDER GRANTING
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIMS PURSUANT TO 11 U.S.C. §503(b)(1)(A);
DECLARATIONS OF JAYDE TRINH, HAN TRINH AND KATHLEEN P. MARCH, ESQ. W/EXHS.

27

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

phone on 6/2/23, and when Trustee's  personnel locked me, Han,  and other

Greyson personnel out of the Greyson offices on 6/2/23.

16.    Han and I were still administering thousands of LPG litigation files, from

when LPG filed bankruptcy on 3/20/23, up to 6/2/23.

17.    Though Marshack was appointed on 5/8/23, Marschack concealed the

activities stated in paragraph 14 supra,  from me and Han  and Greyson, until

6/2/23.  6/2/23 was the first date on which any of Marshack, or Marshack's

attorneys, or Marshack's field agents, **first contacted** me or Han, in any manner,

so far as I am aware.

18.    On 6/2/23, Han told me that Tony Diab conferenced Han into a phone

call with Diab and with Marshack's attorney Celentino.  In that call, Celentino

told Han that Marshack has been appointed as Chapter 11 Trustee, that Celentino

was Marshack's special counsel, that Tony Diab was no longer in control of

debtor LPG, that Marshack was now in control of debtor LPG, and that

Marshack had obtained an Order of the Bankruptcy Court **locking out** certain

Greyson personnel (including locking out me and Han) from the Greyson Law

Center PC offices located at 3345 Michelson Dr., Irvine, CA, 92612, Suite 400.

When Han told me what was said by Celentino in that phone call on 6/2/23, that

was the first time I found out any of these things. Han told me that Han had told

NOTICE OF MOTION AND MOTION OF PHUONG (AKA JAYDE) TRINH FOR AN ORDER GRANTING
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIMS PURSUANT TO 11 U.S.C. §503(b)(1)(A);
DECLARATIONS OF JAYDE TRINH, HAN TRINH AND KATHLEEN P. MARCH, ESQ. W/EXHS.

28

Celentino that the Greyson staff they were not required to continue working, that they could go home, because there was no money to pay them.  Han told me that Celentino told Han to call the Greyson staff back to work.

19.    I did not hear from the Trustee or Celentino or any other Trustee personnel, until I was served, by mail, with a copy of the 6/2/23 lockout order, which arrived several days after 6/2/23.

20.    In addition to the $52,884.64 of W-2 salary that the LPG bankruptcy estate owes me for my 11 weeks of post-petition work for LPG, LPG owes me **$28,846.15** of  **late payment penalties** per non-bankruptcy law (California state law), for not paying me my W-2 salary as it came due, for the  **11 full weeks of post-petition work** I did for LPG, from 3/20/23 (date LPG filed bankruptcy) to 6/2/23 (date Chapter 11 Trustee Marshack, by field agents, locked me, Han and other Greyson personnel out of Greyson's offices, froze  Greyson's bank accounts, prevented us from accessing Greyson's email, prevented us from accessing Greyson's website, etc. The statutory penalty is daily wage x 30 days. My daily wage was $961.53 per day, calculated as follows:  Start with $250,000 annual salary, divide by 26 pay periods = $9,6185.38 per pay period.  Then divide $9,615.38 by 10, because there are 10 working days in each 2 week pay period = $961.53 per day.  Then multiply the $961.53 per day salary x 30 days of penalty = LPG owes me **$28,846.15** in penalties.

---

**NOTICE OF MOTION AND MOTION OF PHUONG (AKA JAYDE) TRINH FOR AN ORDER GRANTING ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIMS PURSUANT TO 11 U.S.C. §503(b)(1)(A); DECLARATIONS OF JAYDE TRINH, HAN TRINH AND KATHLEEN P. MARCH, ESQ. W/EXHS.**

21.     Plus, the LPG bankruptcy estate owes me vacation pay of **$31,094.35**, for

vacation time I accrued before 6/2/23, but had not taken.  As of 6/2/23, I had

accrued  258.71 hours of vacation, but had not taken that vacation.  I accrued

vacation at 6.16 hours per 2 week pay period.  Per the statute discussed in

Memorandum of P & A supra, all vested vacation was required to be paid to me

on the final date I was employed by LPG, which was 6/2/23.  That 258.72 hours

of vacation adds to **$31,094.35**, calculated by taking my daily rate of $961.53

per day (discussed supra) ) and dividing that by 8, as there are 8 hours in a non-

overtime work day.  $961.53 divided by 8 =$120.19 per hour.  $120.19 per hour

x 258.71 hours =**$31,094.35**.

22.     The whole lockout was wrongful and preliminary injunction was

wrongful as to Greyson, as to me, and as to Han, because it was based on

Trustee's erroneous, and unsupported, allegations that Greyson was an "alter

ego" of LPG.   Greyson was NOT an alter ego of LPG.  At the hearing on

6/12/23, Trustee Marshack's attorney Celentino admitted that Greyson was not

an alter ego of LPG, and amended Trustee's adversary proceeding, to remove the

allegation that Greyson was an alter ego of LPG. (March Decl hereto attaches, as

Exhibit G to March Declaration,  pages 33-34 of the 6/12/23 hearing transcript,

where Celentino stated "It does not appear that Greyson is an alter ego" [of

debtor LPG].

**NOTICE OF MOTION AND MOTION OF PHUONG (AKA JAYDE) TRINH FOR AN ORDER GRANTING
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIMS PURSUANT TO 11 U.S.C. §503(b)(1)(A);
DECLARATIONS OF JAYDE TRINH, HAN TRINH AND KATHLEEN P. MARCH, ESQ. W/EXHS.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

23.     Because LPG still has not paid me for my 11 workweeks of post-petition W-2 work for LPG, LPG owes me **30 days** of penalties, pursuant to California Labor Code §203(a). The statutory penalty is daily wage x 30 days. My.  daily wage was $961.53 per day, calculated as follows:  Start with $250,000 annual salary, divide by 26 pay periods = $9,6185.38 per pay period. Then divide $9,615.38 by 10, because there are 10 working days in each 2 week pay period = $961.53 per day.  Then multiply the $961.53 per day salary x 30 days of penalty = LPG owes Jayde **$28,846.15**. in penalties.

24.    In addition, I am entitled to be paid for my vacation time that I earned, but had not taken as of 6/2/23, the date I ceased to be employed by LPG. I accrued  LPG owes me payment for 258.71 hours of vacation I had accrued,  but had not taken off, as of 6/2/23.  Han and I each accrued 6.16 hours of vacation time, for each 2 week pay period.  Per the statute cited in the Memorandum of Points & Authorities supra, all accrued (aka "vested") vacation, that had not been taken,  was required to be paid to me on the final date I was employed by LPG, which was 6/2/23. That  258.71 hours of vacation adds to **$31,094.35**, calculated by taking my daily rate of $961.53 per day (discussed supra) and dividing that by 8 as there are 8 hours in a non-overtime workday.  $961.53 divided by 8 = $120.19 per hour. $120.19 per hour x  224.83 hours = **$31,094.35**.

NOTICE OF MOTION AND MOTION OF PHUONG (AKA JAYDE) TRINH FOR AN ORDER GRANTING
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIMS PURSUANT TO 11 U.S.C. §503(b)(1)(A);
DECLARATIONS OF JAYDE TRINH, HAN TRINH AND KATHLEEN P. MARCH, ESQ. W/EXHS.

31

25. As additional compensation, LPG agreed, when it hired me, to pay my student loans off, before those loans started to accrue interest, and did that. Consequently, my herein Motion does not seek any payment relating to student loan debt, as LPG paid that timely. As that was paid, it is not part of my herein administrative claim.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed at _Orange_____, California, on November 14, 2023.

_PHUONG (AKA JAYDE) TRINH_

NOTICE OF MOTION AND MOTION OF PHUONG (AKA JAYDE) TRINH FOR AN ORDER GRANTING ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIMS PURSUANT TO 11 U.S.C. §503(b)(1)(A); DECLARATIONS OF JAYDE TRINH, HAN TRINH AND KATHLEEN P. MARCH, ESQ. W/EXHS

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780

LOC:LPG Law CA
EE ID: 1032        DD



PHUONG TRINH

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh

**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 02/13/23 to 02/26/23
**Check Date:** 03/03/23    **Check #:** 13034
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | -12448.55 |
| Chkg 643 | 6224.27 | 44069.93 |
| **NET PAY** | **6224.27** | **31621.38** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | | Salary | | 9615.39 | | 48076.95 |
| | | **Total Hours** | | | | |
| | | **Gross Earnings** | | 9615.39 | | 48076.95 |
| | | **Total Hrs Worked** | | | | |
| | | Dir Dep Reimb | | | | 500.00 |
| | | **REIMB & OTHER PAYMENTS** | | | | 500.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 591.20 | 2955.96 |
| | Medicare | | 138.26 | 691.31 |
| | Fed Income Tax | SMS | 1826.69 | 9133.45 |
| | CA Income Tax | SMI2 1 0  No | | |
| | **TOTAL** | | 2556.15 | 12780.72 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 750.00 | 3750.00 |
| | Medical Pre-tax | 80.05 | 400.25 |
| | PostTx EE healt | 4.92 | 24.60 |
| | **TOTAL** | 834.97 | 4174.85 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **6224.27** | **31621.38** |

Payrolls by Paychex, Inc.

**0942 1607-7926** Litigation Practice Group PC DBA · 17542 17th St Ste 100 · Tustin CA  92780 · (949) 715-0648

# EXHIBIT A

## **DECLARATION OF KATHLEEN P. MARCH ESQ.**

I, KATHLEEN P. MARCH, declare:

1.  I am an attorney in good standing, admitted to practice law in California and New York.  I own and run The Bankruptcy Law Firm, PC, counsel to Han and Jayde Trinh on their respective 11 USC 503(b)(1)(A)(i) Motions for Allowance and Payment of Administrative Claims.

2.  Attached to my herein Declaration, as **Exhibit A**, are the relevant pages of  debtor Litigation Practice Group PC's ("LPG") pacer bankruptcy docket.  The pacer docket shows LPG filed its Chapter 11 bankruptcy case on 3/20/23, and was originally a debtor in possession.

28.  Bankruptcy Court had, on 5/8/23, entered an Order [Dkt65], granting the Application of the Office of US Trustee, to appoint Richard Marshack as Chapter 11 Trustee for LPG.  That Order [dkt.65] is **Exhibit B** to this Declaration.  The Notice of Entry on that Order shows that  Order was not served on Han or Jayde Trinh.

29.  On 5/25/23 Marshack filed adversary proceeding 8:23-ap-01046-SC [dkt entry 93 on main case docket].  The relevant pages of the adversary proceeding pacer docket are **Exhibit C** hereto.

30.  On 5/25/23-- the same day Marshack filed his adversary proceeding-- Marshack, filed **under seal**, a motion [dkt.4 in adversary proceeding docket], moving for lockout and preliminary injunction.  Marshack's motion to seal is dkt 3 in adv proc docket (attached as **Exhibit E** to this Declaration), and states Marshack requests

sealing because Marshack does not want to alert debtor to Marshack's investigation and strategy. BkyCt's order granting sealing is dkt.11 in adv proceeding (and is attached as **Exhibit** F to this Declaration).

31. On 5/26/23 the Bankruptcy Court granted Trustee Marshack dkt.13, the lockout and preliminary injunction order [copy of that Order is **Exhibit D** to this Declaration. So far as the pacer docket for the adversary proceeding shows, no defendants had notice of that 5/26/23 hearing, they hadn't been served with the adversary proceeding or with Trustee's emergency motion for the lockout and preliminary injunction order, and no defendants had notice on 5/26/23, that the Bankruptcy Court had granted the 5/26/23 lockout and preliminary injunction Order.

32. That adversary proceeding docket shows that the summonses for that adversary proceeding, to serve Han, Jayde, and Greyson with Trustee's adversary proceeding complaint, were not issued until 6/2/23—which was a week **after** the 5/26/23 lockout order and preliminary injunction [dkt.13 in adv proc docket, attached as **Exhibit D** hereto] was granted to Trustee Marshack by the Bankruptcy Court.

33. In my 35 years of bankruptcy experience, trustees usually promptly inform parties in interest that they have been appointed as trustees. That is NOT the case here. The LPG pacer docket shows Trustee Marshack and his attorneys **concealed** that Trustee Marshack had been appointed; concealed (by not serving summonses) that Trustee had filed an adversary proceeding (8;23-ap-01046-SC) against Tony Diab and many additional defendants, including Han and Jayde Trinh

and Greyson Law Center PC; concealed that Trustee had moved for a lockout order

and preliminary injunction (by Trustee **filing** Trustee's emergency motion for lockout

order and preliminary injunction **under seal)**;  and concealed that Trustee's motion

for lockout and preliminary injunction had been granted on 5/26/23, until Trustee

personnel arrived to lock the Greyson personnel out of the Greyson offices at 3345

Michelson Dr., Irvine, CA, 92612, Suite 400, on 6/2/23.

34.    Han and Jayde's Declarations hereto attest that when Trustee personnel

performed the lockout on 6/2/23, only trustee personnel and certain Greyson staff that

Trustee personnel instructed to continue working—NOT Han and Jayde---were

allowed into the Greyson offices.

35.    Due to Trustee's failure to notify Han or Jayde Trinh of any of the above,

until Celentino spoke to Han Trinh on 6/2/23 (as Trustee personnel were performing

the lockout)--Han and Jayde are entitled to be paid for the **essential** work they did for

LPG, from 3/20/23 to 6/2/23.

36.    Trustee's attorney Christopher Ghio, and Trustee's field agents, were

resistant to returning to Han Trinh, Han's personally owned items that had been

locked inside Han's office at Greyson, in the 6/2/23 lockout.  I had to send multiple

emails to Trustee Marshack's attorney Christopher Ghio, Esq., to get Han's

personally owned 86 inch big screen TV returned to Han, by Trustee's field agents.

Ghio told me, in one of his emails to me, that Han's big screen TV could not be

located.  That was obviously not correct, because that TV was still bolted to the wall

1    in Han's office at Greyson Law Center PC ("Greyson), which Trustee personnel had

2    locked Han out of on 6/2/23, changing the lock on that office.

3
4      37. Locking Greyson personnel out of the Greyson offices was error, because

5    Trustee Marshack obtained the 5/26/23 "Lockout" order and preliminary injunction,

6    against many defendants, including Greyson, based on false allegations of Trustee

7
8    declarants that  Greyson was an alter ego of debtor LPG.

9      38. At the later hearing, held on 6/12 23, Trustee attorney Celentino

10   **admitted that Greyson was not an alter ego of LPG**.  **Exhibit G** hereto is pages

11
12   33-34 of the 6/12/23 Bankruptcy Court hearing transcript, where Trustee's attorney

13   Celentino admitted that Greyson Law Center PC was not an alter ego of debtor LPG.

14     39. Greyson personnel, including Han, should not have been locked out of

15
16   Greyson's offices on 6/2/23.   The LPG bankruptcy estate is liable to pay Han for

17   Han's personally owned items that "disappeared" from Han's office at Greyson, after

18   Trustee's field agents locked Han out of her office, on 6/2/23.

19
20     I declare under penalty of perjury that the foregoing is true and correct and that

21   this Declaration is executed at Los Angeles, California, on November 8, 2023.

22
23          ____/s/ Kathleen P. March_____
            **KATHLEEN P. MARCH**

24
25
26
27
28

11/15/23, 2:10 PM Case 8:23-bk-10571-SC Doc 674 CM/ECF U.S. Bankruptcy Central/11/17/23 Entered 11/17/23 17:55:17 Desc
Main Document Page 43 of 108

DsclsDue, PlnDue, DEFER, APPEAL

**U.S. Bankruptcy Court**
**Central District of California (Santa Ana)**
**Bankruptcy Petition #: 8:23-bk-10571-SC**

*Date filed:* 03/20/2023
*341 meeting:* 04/24/2023
*Deadline for objecting to discharge:* 06/23/2023

*Assigned to:* Scott C Clarkson
Chapter 11
Voluntary
Asset

| | |
|---|---|
| ***Debtor*** | represented by **Joon M Khang** |
| **The Litigation Practice Group P.C.** | KHANG & KHANG LLP |
| 17542 17th St | 4000 Barranca Parkway, Suite 250 |
| Suite 100 | Irvine, CA 92604 |
| Tustin, CA 92780 | 949-419-3834 |
| ORANGE-CA | Fax : 949-419-3835 |
| Tax ID / EIN: 83-3885343 | Email: joon@khanglaw.com |

| | |
|---|---|
| ***Trustee*** | represented by **Peter W Bowie** |
| **Richard A Marshack (TR)** | Dinsmore & Shohl LLP |
| Marshack Hays Wood LLP | 655 W. Broadway |
| 870 Roosevelt | Suite 800 |
| Irvine, CA 92620 | San Diego, CA 92101 |
| 949-333-7777 | 619-400-4521 |
| | Fax : 619-400-0501 |
| | Email: peter.bowie@dinsmore.com |

**Christopher Celentino**
Dinsmore & Shohl LLP
655 W. Broadway
Suite 800
San Diego, CA 92101
619-400-0519
Fax : 619-400-0501
Email: christopher.celentino@dinsmore.com

**Christopher Ghio**
Dinsmore & Shohl, LLP
655 W. Broadway
Suite 800
92101
San Diego, CA 92101
619-400-0500
Fax : 619-238-1981
Email: christopher.ghio@dinsmore.com

# EXHIBIT A

**D Edward Hays**
Marshack Hays LLP
870 Roosevelt Ave

38

Irvine, CA 92620
949-333-7777
Fax : 949-333-7778
Email: ehays@marshackhays.com

**Yosina M Lissebeck**
Dinsmore & Shohl, LLP
655 W. Broadway
Suite 800
92101
San Diego, CA 92129
619-400-0473
Fax : 619-400-0501
Email: Yosina.Lissebeck@Dinsmore.com

**Laila Masud**
Marshack Hays Wood LLP
870 Roosevelt
Irvine, CA 92620
949-333-777
Fax : 949-333-7778
Email: lmasud@marshackhays.com

**Jonathan Serrano**
Dinsmore & Shohl LLP
550 S Hope Street
Suite 1765
Los Angeles, CA 91741
213-335-7758
Email: jonathan.serrano@dinsmore.com

*U.S. Trustee*
**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

represented by **Kenneth Misken**
DOJ-Ust
Office of the United States Trustee
411 W. Fourth Street, #7160
Santa Ana, CA 92701
714-338-3405
Email: Kenneth.M.Misken@usdoj.gov

**Queenie K Ng**
411 West Fourth St.
Suite 7160
Santa Ana, CA 92701
714-338-3403
Fax : 714-338-3421
Email: queenie.k.ng@usdoj.gov

**Leslie Skorheim**
Office of the United States Trustee
411 W Fourth St Ste 7160
Santa Ana, CA 92701
714-338-3400
Email: leslie.skorheim@usdoj.gov

*Creditor Committee*
**Committee of Unsecured Creditors**
c/o Fox Rothschild LLP
Attn: Nicholas A. Koffroth
10250 Constellation Blvd.
Suite 900
Los Angeles, CA 90067
(310) 598-4150

represented by **Nicholas A Koffroth**
Fox Rothschild LLP
10250 Constellation Boulevard
Suite 900
Los Angeles, CA 90067
310-598-4150
Fax : 310-556-9828
Email: nkoffroth@foxrothschild.com

**Keith C Owens**
Fox Rothschild LLP
10250 Constellation Blvd.
Suite 900
Los Angeles, CA 90067
310-598-4150
Email: kowens@foxrothschild.com

| Filing Date | # | Docket Text |
|---|---|---|
| 05/01/2023 | 52 (3 pgs) | Amending Schedules (D) Filed by Debtor The Litigation Practice Group P.C.. (Khang, Joon) (Entered: 05/01/2023) |
| 05/01/2023 | | Receipt of Amending Schedules D and/or E/F (Official Form 106D, 106E/F, 206D, or 206E/F) (Fee)( 8:23-bk-10571-SC) [misc,amdsch] ( 32.00) Filing Fee. Receipt number A55409720. Fee amount 32.00. (re: Doc# 52) (U.S. Treasury) (Entered: 05/01/2023) |
| 05/01/2023 | 53 (1 pg) | Schedule G Non-Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) Filed by Debtor The Litigation Practice Group P.C.. (Khang, Joon) (Entered: 05/01/2023) |
| 05/01/2023 | 54 (18 pgs) | Statement of Financial Affairs for Non-Individual Filing for Bankruptcy (Official Form 107 or 207) *Amended* Filed by Debtor The Litigation Practice Group P.C.. (Khang, Joon) (Entered: 05/01/2023) |
| 05/01/2023 | 55 (17 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 03/31/2023 Filed by Debtor The Litigation Practice Group P.C.. (Khang, Joon) (Entered: 05/01/2023) |
| 05/02/2023 | 56 (10 pgs) | Objection (related document(s): 41 Notice filed by Debtor The Litigation Practice Group P.C.) /*Objection to Notice of Setting/Increasing Insider Compensation of Daniel March and Request for Hearing Thereon; Declaration of Marilyn Sorensen in Support Thereof; along with Proof of Service* Filed by U.S. Trustee United States Trustee (SA) (Ng, Queenie) (Entered: 05/02/2023) |
| 05/03/2023 | 57 (4 pgs) | Objection (related document(s): 56 Objection filed by U.S. Trustee United States Trustee (SA) *Joinder in Objection to Notice of Insider Compensation Filed by the Office of the United States Trustee* Filed by Creditors Debt Validation Fund II, LLC, MC DVI Fund 1, LLC, MC DVI Fund 2, LLC (Hollander, Garrick) (Entered: 05/03/2023) |
| 05/03/2023 | 68 | Hearing Held (RE: related document(s) 19 Motion for Relief from Stay - Unlawful Detainer RE: 17542 E. 17th Street, Suites 100, 105, 250 & 330, Tustin, CA 92780 filed by Creditor SDCO Tustin Executive Center, Inc.) |

40

| | | |
|---|---|---|
| | | ...Grants relief from sections 362(d)(1) and (d)(2) with 4001(a)(3) waiver. Extraordinary Relief Denied - Order by attorney. (JL) Modified on 5/18/2023 (NB8). (Entered: 05/09/2023) |
| 05/03/2023 | 69 | Hearing Held (RE: related document(s)21 Motion By United States Trustee To Dismiss Or Convert Case Pursuant To 11 U.S.C. Section 1112(b) filed by U.S. Trustee United States Trustee (SA)) Motion Denied. Order by Attorney. (JL) Modified on 5/18/2023 (NB8). (Entered: 05/09/2023) |
| 05/04/2023 | 58 (2 pgs) | Order Directing United States Trustee To Appoint Chapter 11 Trustee. IT IS ORDERED: The Motion Shall Be And Hereby Is GRANTED, As Set Forth Herein. The United States Trustee Is Directed To Appoint A Chapter 11 Trustee In This Case. (BNC-PDF) (Related Doc # 21 ) Signed on 5/4/2023 (NB8) (Entered: 05/04/2023) |
| 05/04/2023 | 59 (3 pgs) | Order Granting Motion for relief from stay UNLAWFUL DETAINER To SDCO Tustin Executive Center, Inc. RE: 17542 E. 17th Street, Suites 100, 105, 250 And 330, Tustin, CA 92780 (Orange County) (BNC-PDF) (Related Doc # 19 ) Signed on 5/4/2023 (NB8) (Entered: 05/04/2023) |
| 05/06/2023 | 60 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)58 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 05/06/2023. (Admin.) (Entered: 05/06/2023) |
| 05/06/2023 | 61 (5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)59 Motion for relief from stay UNLAWFUL DETAINER (BNC-PDF)) No. of Notices: 1. Notice Date 05/06/2023. (Admin.) (Entered: 05/06/2023) |
| 05/08/2023 | 62 (3 pgs) | Notice *of Appointment of Chapter 11 Trustee; along with Proof of Service* Filed by U.S. Trustee United States Trustee (SA). (Ng, Queenie) (Entered: 05/08/2023) |
| 05/08/2023 | 63 (3 pgs) | Notice */Acceptance of Appointment as Chapter 11 Trustee; along with Proof of Service* Filed by U.S. Trustee United States Trustee (SA). (Ng, Queenie) (Entered: 05/08/2023) |
| 05/08/2023 | 64 (7 pgs) | Application *For Order Approving Appointment of Trustee and Fixing Bond; along with Proof of Service* Filed by U.S. Trustee United States Trustee (SA) (Ng, Queenie) (Entered: 05/08/2023) |
| 05/08/2023 | 65 (1 pg) | Order Approving the U.S. Trustee's Application for the Appointment of a Chapter 11 Trustee. Richard A. Marshack is appointed as the Chapter 11 Trustee in the above captioned case. (BNC-PDF) (Related Doc 64) Signed on 5/8/2023 (AM). Modified on 5/8/2023 (AM). (Entered: 05/08/2023) |
| 05/09/2023 | 66 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Hays, D. (Hays, D) (Entered: 05/09/2023) |
| 05/09/2023 | 67 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Masud, Laila. (Masud, Laila) (Entered: 05/09/2023) |
| 05/10/2023 | 70 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)65 Order on Generic Application (BNC-PDF)) No. of Notices: 1. Notice Date 05/10/2023. (Admin.) (Entered: 05/10/2023) |

| 05/11/2023 | 71<br>(3 pgs) | Request for special notice *and Notice of Appearance* Filed by Creditor City Capital NY. (Hochheiser, Alan) (Entered: 05/11/2023) |
|---|---|---|
| 05/15/2023 | 72<br>(3 pgs) | Voluntary Dismissal of Motion *Notice Of Withdrawal Of Notice Of Motion And Motion Of Debt Validation Fund II, LLC, MC DVI Fund 1, LLC, And MC DVI Fund 2, LLC To Dismiss Chapter 11 Case Pursuant To 11 U.S.C. §§ 105, 305, 349, & 1112, Or In The Alternarive Convert This Case To Chapter 7 Or Appoint A Trustee* Filed by Creditors Debt Validation Fund II, LLC, MC DVI Fund 1, LLC, MC DVI Fund 2, LLC (RE: related document(s)44 Motion to Dismiss Debtor *Notice Of Motion And Motion By DVF And MC DVI To Dismiss Chapter 11 Case Pursuant To 11 U.S.C. Sections 105, 305, 349, & 1112, Or In The Alternative Convert This Case To Chapter 7 Or Appoint A Trustee*). (Hollander, Garrick) (Entered: 05/15/2023) |
| 05/17/2023 | 73<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Richards, Ronald. (Richards, Ronald) (Entered: 05/17/2023) |
| 05/17/2023 | 74 | Hearing Continued On Motion (RE: related document 44 Motion By DVF And MC DVI To Dismiss Chapter 11 Case Pursuant To 11 U.S.C. Sections 105, 305, 349, And 1112, Or In The Alternative Convert This Case To Chapter 7 Or Appoint A Trustee) - HEARING ON MOTION CONTINUED TO JUNE 14, 2023 AT 1:30 P.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REPORT DUE (14) FOURTEEN DAYS IN ADVANCE, The case judge is Scott C Clarkson (NB8) (Entered: 05/19/2023) |
| 05/19/2023 | 75<br>(23 pgs) | Notice of Motion and Motion in Individual Ch 11 Case for Order Employing Professional (LBR 2014-1): Marshack Hays LLP as General Counsel *Application by Chapter 11 Trustee to Employ Marshack Hays LLP as General Counsel; Memorandum of Points and Authorities; Declaration of D. Edward Hays in Support; with proof of service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 05/19/2023) |
| 05/19/2023 | 76<br>(13 pgs) | Notice of motion/application Filed by Trustee Richard A Marshack (TR) (RE: related document(s)75 Notice of Motion and Motion in Individual Ch 11 Case for Order Employing Professional (LBR 2014-1): Marshack Hays LLP as General Counsel *Application by Chapter 11 Trustee to Employ Marshack Hays LLP as General Counsel; Memorandum of Points and Authorities; Declaration of D. Edward Hays in Support; with proof of service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 05/19/2023) |
| 05/22/2023 | 77<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Golubow, Richard. (Golubow, Richard) (Entered: 05/22/2023) |
| 05/22/2023 | 78<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Kupetz, David. (Kupetz, David) (Entered: 05/22/2023) |
| 05/24/2023 | 79<br>(1 pg) | Request for special notice Filed by Creditor Jason Patterson Stopnitzky. (Chayo, Leslie) (Entered: 05/24/2023) |
| 05/25/2023 | 93<br>(29 pgs) | Adversary case 8:23-ap-01046. Complaint by Plaintiff: Richard A. Marshack against Defendants: Tony Diab , Daniel S. March , Rosa Bianca Loli , Lisa Cohen , William Taylor Carss , Eng Tang , Maria Eeya Tan , Jake Akers , Han Trinh , Jayde Trinh , Wes Thomas , Scott James Eadie , Jimmy Chhor , Dongliang Jiang , Oakstone Law Group PC , Greyson Law |

| | | |
|---|---|---|
| | | ... Legal Group, Inc. , Maverick Management, LLC , LGS Holdco, LLC , Consumer Legal Group, PC , Vulcan Consulting Group LLC , B.A.T. Inc. , Prime Logix, LLC , Teracel Blockchain Fund II LLC , EPPS , Equipay , Authorize Net , World Global , Optimumbank Holdings, Inc. , Marich Bein, LLC , BankUnited, N.A. , Revolv3, Inc. , Fidelity National Information Services, Inc. , Worldpay, Inc. , Worldpay Group , Merit Fund, LLC , Guardian , The United States Postal Service . Fee Amount $350 Nature of Suit: (72 (Injunctive relief - other)) ,(13 (Recovery of money/property - 548 fraudulent transfer)) ,(11 (Recovery of money/property - 542 turnover of property)) (VN) (Entered: 06/08/2023) |
| 05/31/2023 | [80](#) (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Lieberman, Michael. (Lieberman, Michael) (Entered: 05/31/2023) |
| 05/31/2023 | [81](#) (4 pgs) | Status Report for Chapter 11 Status Conference *with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Hays, D) (Entered: 05/31/2023) |
| 06/05/2023 | [82](#) (1 pg) | Notice of Change of Address of Ronald W. Moore. Filed by Creditor Ronald W. Moore. [EDB] (VN) (Entered: 06/05/2023) |
| 06/06/2023 | [83](#) (1 pg) | Amended Notice of Change of Address (Zip Code) of Ronald W Moore. Filed by Creditor Ronald W. Moore. [EDB](VN) (Entered: 06/06/2023) |
| 06/06/2023 | [84](#) (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Salvato, Gregory. (Salvato, Gregory) (Entered: 06/06/2023) |
| 06/06/2023 | [85](#) (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Misken, Kenneth. (Misken, Kenneth) (Entered: 06/06/2023) |
| 06/07/2023 | [86](#) (17 pgs) | Application to Employ Bicher & Associates as Field Agent and Forensic Analyst *and Declaration in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Marshack (TR), Richard) (Entered: 06/07/2023) |
| 06/07/2023 | [87](#) (7 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[86](#) Application to Employ Bicher & Associates as Field Agent and Forensic Analyst *and Declaration in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Marshack (TR), Richard)). (Marshack (TR), Richard) (Entered: 06/07/2023) |
| 06/07/2023 | [88](#) (2 pgs) | Order Advancing Status Conference To Be Heard Concurrently With Related Matters And Requiring Notice. IT IS ORDERED: The Court Hereby ORDERS That The Status Conference Be ADVANCED To JUNE 12, 2023, AT 1:30 P.M. To Be Heard Concurrently With Matters In Related Adversary Proceedings, And That The Chapter 11 Trustee Serve A Copy Of This Order To The Noticed Parties Within 24 Hours Of Entry Of This Order. (BNC-PDF) (Related Doc # [14](#) ) Signed on 6/7/2023 (NB8) (Entered: 06/07/2023) |
| 06/07/2023 | [89](#) (9 pgs) | Proof of service Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[88](#) ORDER to continue/reschedule hearing (BNC-PDF)). (Hays, D) (Entered: 06/07/2023) |
| 06/07/2023 | [90](#) (42 pgs; 2 docs) | Application to Employ Dinsmore & Shohl LLP as Special Counsel to Chapter 11 Trustee Filed by Trustee Richard A Marshack (TR) |

43

| | | Attachments: # 1 Declaration of Christopher Celentino) (Celentino, Christopher) (Entered: 06/07/2023) |
|---|---|---|
| 06/07/2023 | [91](#)<br>(6 pgs) | Notice *Of Filing Application Pursuant To 11 U.S.C. Section 327(a) Authorizing The Retention And Employment Of Dinsmore & Shohl LLP As Special Counsel For Chapter 11 Trustee Richard A. Marshack And Opportunity To Request A Hearing* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[90](#) Application to Employ Dinsmore & Shohl LLP as Special Counsel to Chapter 11 Trustee Filed by Trustee Richard A Marshack (Attachments: # 1 Declaration of Christopher Celentino)). (Celentino, Christopher) (Entered: 06/07/2023) |
| 06/07/2023 | [92](#)<br>(6 pgs) | Statement *Of Disinterestedness For Employment Of Professional Person Under FRBP 2014* Filed by Trustee Richard A Marshack (TR). (Celentino, Christopher) (Entered: 06/07/2023) |
| 06/08/2023 | [94](#)<br>(9 pgs) | Proof of service *Supplemental Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[91](#) Notice). (Celentino, Christopher) (Entered: 06/08/2023) |
| 06/09/2023 | [95](#)<br>(20 pgs) | Application to Employ Grobstein Teeple LLP as Accountant *Notice of Application and Application of Chapter 11 Trustee, Richard A. Marshack, for Authorization to Employ Grobstein Teeple LLP as Accountants Effective May 12, 2023; Statement of Disinterestedness; Proof of Service; Exhibits A-B* Filed by Accountant Grobstein Teeple LLP. (Teeple, Joshua) (Entered: 06/09/2023) |
| 06/09/2023 | [96](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Still, Andrew. (Still, Andrew) (Entered: 06/09/2023) |
| 06/09/2023 | [97](#)<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[88](#) ORDER to continue/reschedule hearing (BNC-PDF)) No. of Notices: 1. Notice Date 06/09/2023. (Admin.) (Entered: 06/09/2023) |
| 06/12/2023 | 98 | Hearing Continued On Status Conference (RE: related document [14](#) - Status Conference RE: (1) Case Management Conference And (2) Requiring Status Report) - STATUS CONFERENCE HEARING CONTINUED TO JULY 19, 2023 AT 1:30 P.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REPORT DUE FOURTEEN (14) DAYS IN ADVANCE. The case judge is Scott C Clarkson (NB8) (Entered: 06/13/2023) |
| 06/13/2023 | [99](#)<br>(70 pgs) | Transcript regarding Hearing Held 05/25/23 RE: HEARING RE: EMERGENCY MOTION. Remote electronic access to the transcript is restricted until 09/11/2023. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: BRIGGS REPORTING COMPANY, INC., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By 6/20/2023. Redaction Request Due By 07/5/2023. Redacted Transcript Submission Due By 07/14/2023. Transcript access will be restricted through 09/11/2023. (Steinhauer, Holly) (Entered: 06/13/2023) |
| 06/13/2023 | [100](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Langley, Christopher. (Langley, Christopher) (Entered: 06/13/2023) |

44

| | | |
|---|---|---|
| 06/13/2023 | [101](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Bensamochan, Eric. (Bensamochan, Eric) (Entered: 06/13/2023) |
| 06/13/2023 | [102](#)<br>(25 pgs) | Emergency motion *Notice of Emergency Motion and Emergency Motion for Order Authorizing the Chapter 11 Trustee to Enter Into an Expense Reimbursement Agreement with the Ad Hoc Committee; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) - [ORDER SHORTENING TIME GRANTED 6-13-2023. HEARING ON MOTION SET FOR JUNE 28, 2023 AT 11:00 A.M. IN COURTROOM 5C - ATTORNEY TO GIVE NOTICE] Modified on 6/14/2023 (NB8). (Entered: 06/13/2023) |
| 06/13/2023 | [103](#)<br>(15 pgs) | Application shortening time Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 06/13/2023) |
| 06/13/2023 | [104](#)<br>(1 pg) | Order Continuing Status Conference. IT IS ORDERED: The Status Conference Is Hereby CONTINUED TO JULY 19, 2023, AT 1:30 P.M. In Courtroom 5C, Located At 411 West Fourth Street, Santa Ana, CA 92701. A Status Report By The Chapter 11 Trustee Is Due 14 Days In Advance. The Chapter 11 Trustee Is To Provide Notice Of The Status Conference To All Creditors And File A Proof Of Service Within Seventy-Two Hours Of Entry Of This Order. (BNC-PDF) (Related Doc # [14](#) ) Signed on 6/13/2023 (NB8) (Entered: 06/13/2023) |
| 06/13/2023 | [105](#)<br>(4 pgs) | Order Granting Application And Setting Hearing On Shortened Notice. The Hearing On The Notice Of Emergency Motion And Emergency Motion For Order Authorizing The Chapter 11 Trustee To Enter Into An Expense Reimbursement Agreement With Ad Hoc Committee Will Take Place On June 28, 2023 At 11:00 A.M. In Courtroom 5C, Located At 411 West Fourth Street, Santa Ana, CA 92701. (BNC-PDF) (Related Doc # [103](#) ) Signed on 6/13/2023 (NB8) (Entered: 06/13/2023) |
| 06/13/2023 | 106 | Hearing Set (RE: related document(s)[102](#) Emergency Motion For Order Authorizing The Chapter 11 Trustee To Enter Into An Expense Reimbursement Agreement With The Ad Hoc Committee filed by Trustee Richard A Marshack (TR) The Hearing date is set for 6/28/2023 at 11:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (NB8) (Entered: 06/13/2023) |
| 06/14/2023 | [107](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Shankman, Paul. (Shankman, Paul) (Entered: 06/14/2023) |
| 06/14/2023 | [108](#)<br>(17 pgs) | Notice of Hearing Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[102](#) Emergency motion *Notice of Emergency Motion and Emergency Motion for Order Authorizing the Chapter 11 Trustee to Enter Into an Expense Reimbursement Agreement with the Ad Hoc Committee; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) - [ORDER SHORTENING TIME GRANTED 6-13-2023. HEARING ON MOTION SET FOR JUNE 28, 2023 AT 11:00 A.M. IN COURTROOM 5C - ATTORNEY TO GIVE NOTICE] Modified on 6/14/2023 (NB8).). (Masud, Laila) (Entered: 06/14/2023) |
| 06/14/2023 | [109](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Kharasch, Ira. (Kharasch, Ira) (Entered: 06/14/2023) |
| 06/14/2023 | [110](#) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Newmark, |

| | | Marshack (Newmark, Victoria) (Entered: 06/14/2023) |
|---|---|---|
| 06/14/2023 | 132 | Hearing Advanced On Status Conference (RE: related document 14 Status Conference RE: (1) Case Management Conference And (2) Requiring Status Report) - STATUS CONFERENCE HEARING ADVANCED TO JUNE 12, 2023 AT 1:30 P.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701PER ORDER ADVANCING STATUS CONFERENCE TO BE HEARD CONCURRENTLY WITH RELATED MATTERS AND REQUIRING NOTICE ENTERED 6-7-2023 - (DOCKET NO. 88) (NB8) (Entered: 06/22/2023) |
| 06/15/2023 | 111 (12 pgs) | Errata Filed by Trustee Richard A Marshack (TR) (RE: related document(s)102 Emergency motion *Notice of Emergency Motion and Emergency Motion for Order Authorizing the Chapter 11 Trustee to Enter Into an Expense Reimbursement Agreement with the Ad Hoc Committee; with Proof of Service*). (Hays, D) (Entered: 06/15/2023) |
| 06/15/2023 | 112 (4 pgs) | Declaration re: *Declaration of Trustee in Lieu of filing Monthly Operating Reports for April and May 2023 at this time; with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard) (Entered: 06/15/2023) |
| 06/15/2023 | 113 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by White, Johnny. (White, Johnny) (Entered: 06/15/2023) |
| 06/15/2023 | 114 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)104 ORDER to continue/reschedule hearing (BNC-PDF)) No. of Notices: 1. Notice Date 06/15/2023. (Admin.) (Entered: 06/15/2023) |
| 06/15/2023 | 115 (7 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)105 ORDER shortening time (BNC-PDF)) No. of Notices: 1. Notice Date 06/15/2023. (Admin.) (Entered: 06/15/2023) |
| 06/16/2023 | 116 (1 pg) | Transcript Order Form, regarding Hearing Date 06/12/23 Filed by Attorney Teri Pham. (Pham, Teri) ORDER NOT PROCESSED. Ordering Party to Contact Briggs Reporting for a Copy of the Transcript. Transcript was ordered in the adversary case in 8:23-AP-10146-SC. Modified on 6/20/2023 (JL). (Entered: 06/16/2023) |
| 06/16/2023 | 117 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Lev, Daniel. (Lev, Daniel) (Entered: 06/16/2023) |
| 06/16/2023 | 118 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Clark, Randall. (Clark, Randall) (Entered: 06/16/2023) |
| 06/16/2023 | 119 (38 pgs; 6 docs) | Motion to Borrow *Trustees Notice of Motion and Emergency Motion (I) for Entry of Interim Order: (A) Authorizing the Trustee to Obtain Post-Petition Financing and Superpriority Administrative Expense Claim Pursuant to 11 U.S.C. § 364; and (B) Setting Final Hearing; and Pursuant to Final Hearing, (II) for Entry of Final Order Approving Post-Petition Financing on a Final Basis; Memorandum of Points and Authorities; Declaration of Richard A. Marshack in Support Thereof; and Exhibits* Filed by Trustee Richard A Marshack (TR) (Attachments: # 1 Affidavit Declaration of Richard A. Marshack # 2 Exhibit Exhibit 1: Proposed Interim Order Granting Emergency Superpriority Financing by the Chapter 11 Trustee # 3 Exhibit Exhibit 2: Super-Priority Promissory Note # 4 |

46

| | | |
|---|---|---|
| | | Exhibit Exhibit 4 and Exhibit 5 Proof of Service) (Serrano, Jonathan) (Entered: 06/16/2023) |
| 06/16/2023 | 122 | Hearing Set (RE: related document(s)119 Trustee's Motion (I) For Entry Of Interim Order: (A) Authorizing The Trustee To Obtain Post-Petitioning Financing And Superpriority Administrative Expense Claim Pursuant To 11 U.S.C. Section 364; And (B) Setting Final Hearing; And Pursuant To Final Hearing, (II) For Entry Of Final Order Approving Post-Petition Financing On A Final Basis filed by Trustee Richard A Marshack (TR) The Hearing date is set for 6/20/2023 at 03:00 PM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (NB8) (Entered: 06/20/2023) |
| 06/17/2023 | 120 (4 pgs) | Statement *Statement Regarding Cash Collateral or Debtor in Possession Financing [FRBP 4001; LBR 4001-2]* Filed by Trustee Richard A Marshack (TR). (Serrano, Jonathan) (Entered: 06/17/2023) |
| 06/20/2023 | 121 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Skorheim, Leslie. (Skorheim, Leslie) (Entered: 06/20/2023) |
| 06/20/2023 | 123 (8 pgs) | Declaration re: *of Chapter 11 Trustee's Counsel Regarding Proof of Notice of Hearing and Service of Emergency Financing Motion* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)119 Motion to Borrow *Trustees Notice of Motion and Emergency Motion (I) for Entry of Interim Order: (A) Authorizing the Trustee to Obtain Post-Petition Financing and Superpriority Administrative Expense Claim Pursuant to 11 U.S.C. § 364; and (B) Set).* (Serrano, Jonathan) (Entered: 06/20/2023) |
| 06/20/2023 | 124 (6 pgs) | Notice of Appearance and Request for Notice *, with proof of service* by Olivia Scott Filed by Creditors Azzure Capital LLC, Hi Bar Capital LLC. (Scott, Olivia) (Entered: 06/20/2023) |
| 06/20/2023 | 125 | Hearing Held On Motion (RE: related document(s)119 Trustee's Emergency Motion (I) For Entry Of Interim Order: (A) Authorizing The Trustee To Obtain Post-Petition Financing And Superpriority Administrative Expense Claim Pursuant To 11 U.S.C. Section 364; And (B) Setting Final Hearing; And Pursuant To Final Hearing, (II) For Entry Of Final Order Approving Post-Petition Financing On A Final Basis filed by Trustee Richard A Marshack (TR)) - ORDER BY ATTORNEY - MOTION GRANTED (NB8) (Entered: 06/20/2023) |
| 06/21/2023 | 126 (41 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Trustee Richard A Marshack (TR) (RE: related document(s)75 Notice of Motion and Motion in Individual Ch 11 Case for Order Employing Professional (LBR 2014-1): Marshack Hays LLP as General Counsel *Application by Chapter 11 Trustee to Employ Marshack Hays LLP as General Counsel; Memorandum of Points and Author).* (Masud, Laila) (Entered: 06/21/2023) |
| 06/22/2023 | 127 (12 pgs) | Objection (related document(s): 102 Emergency motion *Notice of Emergency Motion and Emergency Motion for Order Authorizing the Chapter 11 Trustee to Enter Into an Expense Reimbursement Agreement with the Ad Hoc Committee; with Proof of Service* filed by Trustee Richard A Marshack (TR)) *United States Trustees Opposition To Emergency Motion Authorizing The Chapter 11 Trustee To Enter Into An Expense Reimbursement Agreement With The Ad Hoc Committee* Filed by U.S. |

47

United States Trustee (SA) (Misken, Kenneth) (Entered: 06/22/2023)

| | | |
|---|---|---|
| 06/22/2023 | [128](#) (2 pgs) | Sua Sponte Request For Status Reports To Be Filed By (1) The Chapter 11 Trustee And (2) The United States Trustee By 5:00 P.M. Pacific Time, On June 23, 2023. IT IS ORDERED: By This Order, The Court Respectfully Requests That Trustees Prepare Brief Individual Status Reports On The Following Matters: 1. Understanding That The Chapter 11 Trustee Is Receiving Information On The Case On A Day-By Day, Perhaps Hour-By-Hour, Basis, The Chapter 11 Trustee Is To Provide A Report Updating The Information Contained In The Complaint (Docket [93](#) Of The Main Case). In Particular, The General Allegations Contained In Section B, Paragraphs 44 Through 47 (LPG's Ownership And Management) And Section C, Paragraphs 48 Through 52 (LPG's Business Structure, (Inclusive, Should Be Updated. 2. The United States Trustee Is To Report Its Intentions To Appoint A Committee To Represent The Interests Of The Clients/Customers Of The Debtor. (BNC-PDF) (Related Doc # [1](#) ) Signed on 6/22/2023 (NB8) (Entered: 06/22/2023) |
| 06/22/2023 | [129](#) (2 pgs) | Order Granting Application By Chapter 11 Trustee To Employ Marshack Hays LLP As General Counsel. IT IS ORDERED: The Application Is APPROVED. Trustee Is Authorized To Employ The Firm As His General Counsel Pursuant To 11 U.S.C. Section 327 At The Firm's Hourly Rates With Any Compensation And Reimbursement Of Costs To Be Paid By The Estate Only Upon Application To And Approval By The Court Pursuant To 11 U.S.C. Sections 330 And 331. In The Event The Underlying Bankruptcy Case Is Converted To A Chapter 7, There Is No Need For Firm To Seek To Be Re-Employed In The Converted Case. (BNC-PDF) Marshack Hays LLP (Related Doc # [75](#)) Signed on 6/22/2023. (NB8) (Entered: 06/22/2023) |
| 06/22/2023 | [130](#) (8 pgs) | Notice of lodgment *Notice of Lodgment of Order re Trustee's Notice of Motion and Emergency Motion (I) for Entry of Interim Order: (A) Authorizing The Trustee to Obtain Post-Petition Financing and Superpriority Administrative Expense Claim Pursuant to 11 U.S.C. § 364; and (B) Setting Final Hearing; and Pursuant to Final Hearing, (II) for Entry of Final Order Approving Post-Petition Financing on a Final Basis* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[119](#) Motion to Borrow *Trustees Notice of Motion and Emergency Motion (I) for Entry of Interim Order: (A) Authorizing the Trustee to Obtain Post-Petition Financing and Superpriority Administrative Expense Claim Pursuant to 11 U.S.C. § 364; and (B) Setting Final Hearing; and Pursuant to Final Hearing, (II) for Entry of Final Order Approving Post-Petition Financing on a Final Basis; Memorandum of Points and Authorities; Declaration of Richard A. Marshack in Support Thereof; and Exhibits* Filed by Trustee Richard A Marshack (TR) (Attachments: # 1 Affidavit Declaration of Richard A. Marshack # 2 Exhibit Exhibit 1: Proposed Interim Order Granting Emergency Superpriority Financing by the Chapter 11 Trustee # 3 Exhibit Exhibit 2: Super-Priority Promissory Note # 4 Exhibit Exhibit 3: UCC Search # 5 Proof of Service)). (Serrano, Jonathan) (Entered: 06/22/2023) |
| 06/22/2023 | [131](#) (4 pgs) | Interim Order Granting Emergency Superpriority Financing By The Chapter 11 Trustee. IT IS ORDERED: The Court GRANTS The Motion. APPROVES The Terms Of That Certain Super-Priority Promissory Note (The "Note") As Attached As Exhibit 2 To The Trustee's Declaration. Authorizes The Trustee To Borrow, And The Lender (As Defined In The Motion) To Advance Up To $800,000 In The Aggregate, Including An Initial Advance In The Amount Of $350,000 And A Subsequent Advance |

| | | |
|---|---|---|
| | | ...pay the sum of $450,000, at an interest Rate Of 8% Per Annum, With The Full Balance, Including All Accrued Interest, Due And Payable In One Year From The Start Date (As Defined In The Note), With Payments First Credited To Interest Due And Any Remainder Credited To Principal, As Provided Under The Note, Subject To The Terms Of This Order. Sets A Final Hearing On The Motion For July 20, 2023 At 9:30 A.M. In Courtroom 5C, Located At 41 West Fourth Street, Santa Ana, CA 92701. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # [119](#) ) Signed on 6/22/2023 (NB8) (Entered: 06/22/2023) |
| 06/23/2023 | [133](#) (5 pgs) | Notice *of Billing Rates re Trustee's Emergency Motion re Expense Reimbursement Agreement* Filed by Interested Party Ad Hoc Consumer Claimants Committee (RE: related document(s)[102](#) Emergency motion *Notice of Emergency Motion and Emergency Motion for Order Authorizing the Chapter 11 Trustee to Enter Into an Expense Reimbursement Agreement with the Ad Hoc Committee; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) - [ORDER SHORTENING TIME GRANTED 6-13-2023. HEARING ON MOTION SET FOR JUNE 28, 2023 AT 11:00 A.M. IN COURTROOM 5C - ATTORNEY TO GIVE NOTICE] Modified on 6/14/2023 (NB8).). (Kharasch, Ira) (Entered: 06/23/2023) |
| 06/23/2023 | [134](#) (3 pgs) | Unsecured creditors' committee appointed *Appointment and Notice of Appointment of Official Committee of Unsecured Creditors by United States Trustee* Filed by U.S. Trustee United States Trustee (SA). (Skorheim, Leslie) (Entered: 06/23/2023) |
| 06/23/2023 | [135](#) (5 pgs) | Status report *United States Trustee's Status Report in Response to the Court's Sua Sponte Request* Filed by U.S. Trustee United States Trustee (SA) (RE: related document(s)[128](#) Order (Generic) (BNC-PDF)). (Skorheim, Leslie) - See docket entry no.: 138 for corrections - Modified on 6/23/2023 (NB8). (Entered: 06/23/2023) |
| 06/23/2023 | [136](#) (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Cohen, Leslie. (Cohen, Leslie) (Entered: 06/23/2023) |
| 06/23/2023 | [137](#) (10 pgs) | Declaration re: *Supplemental Declaration of Joon M Khang in Support of Application to Employ Khang & Khang LLP* Filed by Debtor The Litigation Practice Group P.C. (RE: related document(s)[42](#) Application to Employ KHANG & KHANG LLP as DEBTOR'S GENERAL BANKRUPTCY COUNSEL ). (Khang, Joon) (Entered: 06/23/2023) |
| 06/23/2023 | 138 | Notice to Filer of Error and/or Deficient Document **Document filed without electronic /s/ or holographic signature. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE PROPER SIGNATURES.** (RE: related document(s)[135](#) Status report filed by U.S. Trustee United States Trustee (SA)) (NB8) (Entered: 06/23/2023) |
| 06/23/2023 | [139](#) (5 pgs) | Status report *United States Trustee's Status Report in Response to the Court's Sua Sponte Request - corrected to add signature* Filed by U.S. Trustee United States Trustee (SA) (RE: related document(s)[128](#) Order (Generic) (BNC-PDF)). (Skorheim, Leslie) (Entered: 06/23/2023) |
| 06/24/2023 | [140](#) (5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[128](#) Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 06/24/2023. (Admin.) (Entered: 06/24/2023) |

49

| | | |
|---|---|---|
| 06/24/2023 | [141](#)<br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[129](#) Order on Motion For Order Employing Professional (Ch 11)-(LBR 2014-1) (BNC-PDF)) No. of Notices: 1. Notice Date 06/24/2023. (Admin.) (Entered: 06/24/2023) |
| 06/24/2023 | [142](#)<br>(7 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[131](#) Order on Motion to Borrow (BNC-PDF)) No. of Notices: 1. Notice Date 06/24/2023. (Admin.) (Entered: 06/24/2023) |
| 06/26/2023 | [143](#)<br>(20 pgs) | Notice of Hearing Filed by Trustee Richard A Marshack (TR). (Serrano, Jonathan) (Entered: 06/26/2023) |
| 06/26/2023 | [144](#)<br>(103 pgs) | Objection (related document(s): [102](#) Emergency motion *Notice of Emergency Motion and Emergency Motion for Order Authorizing the Chapter 11 Trustee to Enter Into an Expense Reimbursement Agreement with the Ad Hoc Committee; with Proof of Service* filed by Trustee Richard A Marshack (TR)) Filed by Creditor Carolyn Beech (Langley, Christopher) (Entered: 06/26/2023) |
| 06/26/2023 | [145](#)<br>(49 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[90](#) Application to Employ Dinsmore & Shohl LLP as Special Counsel to Chapter 11 Trustee ). (Ghio, Christopher) (Entered: 06/26/2023) |
| 06/26/2023 | [146](#)<br>(7 pgs) | Notice of lodgment *of Order* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[90](#) Application to Employ Dinsmore & Shohl LLP as Special Counsel to Chapter 11 Trustee ). (Ghio, Christopher) (Entered: 06/26/2023) |
| 06/26/2023 | [147](#)<br>(7 pgs) | Application Of Non-Resident Attorney To Appear In A Specific Case Per Local Bankruptcy Rule [LBR- 2090-1(b)] Filed by Daniel A. Edelman (NB8) (Entered: 06/26/2023) |
| 06/26/2023 | [148](#)<br>(1 pg) | Order On Application Of Non-Resident Attorney To Appear In A Specific Case [LBR 2090-1(b)] IT IS ORDERED: The Application Is GRANTED And The Following Person May Appear As Requested In The Above-Entitled Case: Daniel A. Edelman. (BNC-PDF) Signed on 6/26/2023 (RE: related document(s)[147](#) Application of non-resident attorney to appear in a specific case). (NB8) (Entered: 06/26/2023) |
| 06/26/2023 | [149](#)<br>(6 pgs) | Stipulation By Richard A Marshack (TR) and *Office of the United States Trustee and Creditor Carolyn Beech for Dismissal of Emergency Motion for Order Authorizing the Chapter 11 Trustee to Enter Into An Expense Agreement with the Ad Hoc Committee [Re: Dk 102]; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 06/26/2023) |
| 06/27/2023 | [150](#)<br>(269 pgs) | Transcript regarding Hearing Held 06/12/23 RE: HEARING RE: PRELIMINARY INJUNCTION STATUS CONFERENCE HEARING RE: (1) CASE MANAGEMENT CONFERENCE AND (2) REQUIRING STATUS REPORT. Remote electronic access to the transcript is restricted until 09/25/2023. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: BRIGGS REPORTING COMPANY, INC., Telephone number 310-410-4151.]. Notice of Intent to |

| | | |
|---|---|---|
| | | Redacted Transcript Deadline Set By 7/5/2023. Redaction Request Due By 07/18/2023. Redacted Transcript Submission Due By 07/28/2023. Transcript access will be restricted through 09/25/2023. (Steinhauer, Holly) (Entered: 06/27/2023) |
| 06/27/2023 | [151](#) (2 pgs) | Order Approving Stipulation For Dismissal Of Emergency Motion For Order Authorizing The Chapter 11 Trustee To Enter Into An Expense Reimbursement Agreement With The Ad Hoc Committee. IT IS ORDERED: The Stipulation Is APPROVED In Its Entirety. The Motion Is DISMISSED Under FRCP 41(a)(1)(A)(ii) And LBR 9013-1(k). The Hearing On The Motion Scheduled For June 28, 2023, At 11:00 A.M., Is OFF CALENDAR Without The Need For Appearances. (BNC-PDF) (Related Doc # [149](#) ) Signed on 6/27/2023 (NB8) (Entered: 06/27/2023) |
| 06/28/2023 | [152](#) (30 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[86](#) Application to Employ Bicher & Associates as Field Agent and Forensic Analyst *and Declaration in support; with Proof of Service*). (Marshack (TR), Richard) (Entered: 06/28/2023) |
| 06/28/2023 | [153](#) (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[148](#) ORDER on application of non-resident attorney to appear in a specific case per Local Bankruptcy rule (BNC-PDF)) No. of Notices: 1. Notice Date 06/28/2023. (Admin.) (Entered: 06/28/2023) |
| 06/28/2023 | 227 | Hearing Held On Motion (RE: related document(s)[102](#) Emergency Motion For Order Authorizing The Chapter 11 Trustee To Enter Into An Expense Reimbursement Agreement With The Ad Hoc Committee filed by Trustee Richard A Marshack (TR)) - HEARING ON MOTION OFF CALENDAR PER ORDER APPROVING STIPULATION FOR DISMISSAL OF EMERGENCY MOTION FOR ORDER AUTHORIZING THE CHAPTER 11 TRUSTEE TO ENTER INTO AN EXPENSE REIMBURSEMENT AGREEMENT WITH THE AD HOC COMMITTEE ENTERED 6-27-2023 - (DOCKET NO. [151](#)) (NB8) (Entered: 07/12/2023) |
| 06/29/2023 | [154](#) (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Golden, Jeffrey. (Golden, Jeffrey) (Entered: 06/29/2023) |
| 06/29/2023 | [155](#) (1 pg) | Order Granting Trustee's Application to Employ Bicher & Associates as Field Agent and Forensic Analyst (BNC-PDF) (Related Doc # [86](#)) Signed on 6/29/2023. (JL) (Entered: 06/29/2023) |
| 06/29/2023 | [156](#) (21 pgs) | Notice *Trustees Ex Parte Notice of Non-Material Modification to Promissory Note With Additional Lender as Part of Previously Approved Post-Petition Financing and Request for Approval of Same; Declaration of Richard A. Marshack in Support Thereof; and Exhibits* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[131](#) Interim Order Granting Emergency Superpriority Financing By The Chapter 11 Trustee. IT IS ORDERED: The Court GRANTS The Motion. APPROVES The Terms Of That Certain Super-Priority Promissory Note (The "Note") As Attached As Exhibit 2 To The Trustee's Declaration. Authorizes The Trustee To Borrow, And The Lender (As Defined In The Motion) To Advance Up To $800,000 In The Aggregate, Including An Initial Advance In The Amount Of $350,000 And A Subsequent Advance Of Up To $450,000, At An Interest Rate Of 8% Per Annum, With The Full Balance, Including All Accrued Interest, Due And Payable In One Year From The Start Date (As Defined In The Note), With Payments First Credited To Interest Due And Any Remainder Credited To Principal, As Provided Under The Note, Subject To The Terms Of This Order. Sets A Final Hearing On The Motion For July 20, 2023 At 9:30 A.M. In Courtroom 5C, |

| | | West Fourth Street, Santa Ana, CA 92701. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 119) Signed on 6/22/2023 (NB8)). (Ghio, Christopher) (Entered: 06/29/2023) |
|---|---|---|
| 06/29/2023 | 157 (3 pgs) | Unsecured creditors' committee appointed *Amended Appointment and Notice of Appointment of Official Committee of Unsecured Creditors by United States Trustee* Filed by U.S. Trustee United States Trustee (SA). (Skorheim, Leslie) (Entered: 06/29/2023) |
| 06/29/2023 | 158 (2 pgs) | Order Setting Trustee's Ex Parte Notice Of Non-Material Modification To Promissory Note With Additional Lender As Part Of Previously Approved Post-Petition Financing And Request For Approval Of Same (Docket 156 For Hearing And Requiring Notice. IT IS ORDERED: The Court Sets The Motion For Hearing On June 30, 2023, AT 12:30 P.M. Movant Is Required To Provide Notice Of The Hearing By Not Later Than 6:00 P.M. On June 29, 2023, To Debtor, The United States Trustee, All Creditors And Any Other Interested Parties. Opposition, If Any, May Be Raised At The Hearing. (BNC-PDF) (Related Doc # 156 ) Signed on 6/29/2023 (NB8) (Entered: 06/29/2023) |
| 06/29/2023 | 159 | Hearing Set (RE: related document 156 Order Setting Trustee's Ex Parte Notice Of Non-Material Modification To Promissory Note With Additional Lender As Part Of Previously Approved Post-Petition Financing And Request For Approval Of Same (Docket 156 For Hearing And Requiring Notice. The Hearing date is set for 6/30/2023 at 12:30 PM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (NB8) (Entered: 06/29/2023) |
| 06/29/2023 | 160 (9 pgs) | Notice *of Order Setting Trustees Ex Parte Notice of Non-Material Modification to Promissory Note With Additional Lender as Part of Previously Approved Post-Petition Financing and Request For Approval of Same [Dk.156] for Hearing and Requiring Notice* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)156 Notice *Trustees Ex Parte Notice of Non-Material Modification to Promissory Note With Additional Lender as Part of Previously Approved Post-Petition Financing and Request for Approval of Same; Declaration of Richard A. Marshack in Support Thereof; and Exhibits* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)131 Interim Order Granting Emergency Superpriority Financing By The Chapter 11 Trustee. IT IS ORDERED: The Court GRANTS The Motion. APPROVES The Terms Of That Certain Super-Priority Promissory Note ("The "Note") As Attached As Exhibit 2 To The Trustee's Declaration. Authorizes The Trustee To Borrow, And The Lender (As Defined In The Motion) To Advance Up To $800,000 In The Aggregate, Including An Initial Advance In The Amount Of $350,000 And A Subsequent Advance Of Up To $450,000, At An Interest Rate Of 8% Per Annum, With The Full Balance, Including All Accrued Interest, Due And Payable In One Year From The Start Date (As Defined In The Note), With Payments First Credited To Interest Due And Any Remainder Credited To Principal, As Provided Under The Note, Subject To The Terms Of This Order. Sets A Final Hearing On The Motion For July 20, 2023 At 9:30 A.M. In Courtroom 5C, Located At 41 West Fourth Street, Santa Ana, CA 92701. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc 119) Signed on 6/22/2023 (NB8)).). (Lissebeck, Yosina) (Entered: 06/29/2023) |
| 06/29/2023 | 161 (4 pgs) | Request for special notice *Notice of Appearance and Request For Special Notice and Service of Papers, and Request For Inclusion on Master Mailing List* Filed by Creditor Committee Committee of Unsecured Creditors. (Koffroth, Nicholas) (Entered: 06/29/2023) |
| 06/29/2023 | 162 (5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)151 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 06/29/2023. (Admin.) (Entered: 06/29/2023) |

52

| | | |
|---|---|---|
| 06/30/2023 | [163](#)<br>(24 pgs) | Declaration re: *Declaration that No Party Requested a Hearing on Motion with Proof of Service and Attachment* Filed by Accountant Grobstein Teeple LLP (RE: related document(s)[95](#) Application to Employ Grobstein Teeple LLP as Accountant *Notice of Application and Application of Chapter 11 Trustee, Richard A. Marshack, for Authorization to Employ Grobstein Teeple LLP as Accountants Effective May 12, 2023; Statement of Disinterestedness; Proof of Service; Exhibits A-B* Filed by Accountant Grobstein Teeple LLP.). (Teeple, Joshua) (Entered: 06/30/2023) |
| 06/30/2023 | [164](#)<br>(18 pgs) | Declaration re: *of Richard A. Marshack, Chapter 11 Trustee, Providing Copies of Executed Notes* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[156](#) Notice). (Lissebeck, Yosina) (Entered: 06/30/2023) |
| 06/30/2023 | 167 | Hearing Continued (RE: related document [156](#) Trustee's Ex Parte Notice Of Non-Material Modification To Promissory Note With Additional Lender As Part Of Previously Approved Post-Petition Financing And Request For Approval Of Same) HEARING ON MOTION CONTINUED TO AUGUST 10, 2023 AT 10:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. The case judge is Scott C Clarkson (NB8) Modified on 7/10/2023 (NB8). (Entered: 07/03/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/15/2023 14:11:28 | | | |
| **PACER Login:** | kmarch80366 | **Client Code:** | P Han Jayde Trinh |
| **Description:** | Docket Report | **Search Criteria:** | 8:23-bk-10571-SC Fil or Ent: filed From: 5/1/2023 To: 6/30/2023 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 13 | **Cost:** | 1.30 |

1

2

3

4

5

6

7

PETER C. ANDERSON
UNITED STATES TRUSTEE
KENNETH M. MISKEN
ASSISTANT UNITED STATES TRUSTEE
QUEENIE K. NG (State Bar No. 223803)
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
411 W. 4th St., Suite 7160
Santa Ana, CA 92701
Phone (714) 338-3400
Fax (714) 338-3421
Queenie.K.Ng@usdoj.gov

**FILED & ENTERED**

MAY 08 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK

8

9

10

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

11

12

13

14

15

16

In re:

**THE LITIGATION PRACTICE GROUP,
P.C.,**

                              Debtor.

Case Number 8:23-bk-10571-SC

CHAPTER 11

**ORDER APPROVING THE U.S. TRUSTEE'S
APPLICATION FOR THE APPOINTMENT
OF A CHAPTER 11 TRUSTEE**

[NO HEARING REQUIRED]

17      Upon consideration of the Application (the "Application") for the Appointment of a Chapter 11

18   Trustee (filed on May 8, 2023, as Bankr. Dkt. # 64) filed by the United States Trustee for Region 16 ("U.S.

19   Trustee") and good cause appearing therefore:

20      **IT IS HEREBY ORDERED THAT** the U.S. Trustee's Application is approved and Richard A.

21   Marshack is appointed as the Chapter 11 Trustee in the above captioned case.

22      **IT IS SO ORDERED**.

23      Date: May 8, 2023

24

*Scott C. Clarkson*
Scott C. Clarkson
United States Bankruptcy Judge

25

26

27

28

# EXHIBIT B

# U.S. Bankruptcy Court
## Central District of California (Santa Ana)
## Adversary Proceeding #: 8:23-ap-01046-SC

*Assigned to:* Scott C Clarkson                                    *Date Filed:* 05/25/23
*Lead BK Case:* 23-10571
*Lead BK Title:* The Litigation Practice Group P.C.
*Lead BK Chapter:* 11
*Demand:*

*Nature[s] of Suit:* 72 Injunctive relief - other
                     13 Recovery of money/property - 548 fraudulent transfer
                     11 Recovery of money/property - 542 turnover of property

**Plaintiff**
-----------------------
**Richard A. Marshack,** *Chapter 11 Trustee*            represented by **Christopher Celentino**
                                                         Dinsmore & Shohl LLP
                                                         655 W. Broadway
                                                         Suite 800
                                                         San Diego, CA 92101
                                                         619-400-0519
                                                         Fax : 619-400-0501
                                                         Email: christopher.celentino@dinsmore.com

                                                         **Christopher Ghio**
                                                         Dinsmore & Shohl, LLP
                                                         655 W. Broadway Suite 800
                                                         San Diego, CA 92101
                                                         619-400-0500
                                                         Fax : 619-238-1981
                                                         Email: christopher.ghio@dinsmore.com
                                                         *LEAD ATTORNEY*

                                                         **Yosina M Lissebeck**
                                                         Dinsmore & Shohl, LLP
                                                         655 W. Broadway
                                                         Suite 800
                                                         92101
                                                         San Diego, CA 92129
                                                         619-400-0473
                                                         Fax : 619-400-0501
                                                         Email: Yosina.Lissebeck@Dinsmore.com

                                                         **Jonathan Serrano**
                                                         Dinsmore & Shohl LLP
                                                         550 S Hope Street
                                                         Suite 1765
                                                         Los Angeles, CA 91741
                                                         213-335-7758
                                                         Email: jonathan.serrano@dinsmore.com

**EXHIBIT C**

55

V.

*Defendant*
----------------------

**Tony Diab**                                        represented by **Tony Diab**
                                                                  PRO SE

                                                                  **Teri T Pham**
                                                                  Enenstein Pham Glass & Rabbat, LLP
                                                                  3200 Bristol St Ste 500
                                                                  Costa Mesa, CA 92626
                                                                  (714) 292-0262
                                                                  Fax : (714) 464-4770
                                                                  Email: tpham@epgrlawyers.com
                                                                  *TERMINATED: 10/17/2023*


*Defendant*
----------------------

**Daniel S. March**                                  represented by **Daniel S March**
                                                                  17291 Irvine Blvd Ste 101
                                                                  Tustin, CA 92780
                                                                  714-665-4223
                                                                  Fax : 714-665-4323
                                                                  Email: marchlawoffice@gmail.com

                                                                  **Teri T Pham**
                                                                  Enenstein Pham Glass & Rabbat, LLP
                                                                  3200 Bristol St Ste 500
                                                                  Costa Mesa, CA 92626
                                                                  (714) 292-0262
                                                                  Fax : (714) 464-4770
                                                                  Email: tpham@epgrlawyers.com
                                                                  *TERMINATED: 09/21/2023*


*Defendant*
----------------------

**Rosa Bianca Loli**                                 represented by **Leslie A Cohen**
                                                                  Leslie Cohen Law PC
                                                                  1615-A Montana Ave
                                                                  Santa Monica, CA 90403
                                                                  310-394-5900
                                                                  Fax : 310-394-9280
                                                                  Email: leslie@lesliecohenlaw.com


*Defendant*
----------------------

**Lisa Cohen**                                       represented by **Leslie A Cohen**
                                                                  (See above for address)

                                                                  56

*Defendant*
------------------------
**William Taylor Carss**

represented by **William Taylor Carss**
PRO SE


*Defendant*
------------------------
**Eng Tang**

represented by **Eng Tang**
PRO SE


*Defendant*
------------------------
**Maria Eeya Tan**

represented by **Maria Eeya Tan**
PRO SE


*Defendant*
------------------------
**Jake Akers**

represented by **Jake Akers**
PRO SE


*Defendant*
------------------------
**Han Trinh**

represented by **Kathleen P March**
The Bankruptcy Law Firm, PC
10524 W. Pico Blvd Ste 212
Los Angeles, CA 90064
310-559-9224
Fax : 310-559-9133
Email: kmarch@bkylawfirm.com

**Douglas A Plazak**
POB 1300
Riverside, CA 92502
951-682-1771
Fax : 951-686-2415
Email: dplazak@rhlaw.com
*TERMINATED: 09/12/2023*


*Defendant*

57

**Jayde Trinh**                          represented by **Kathleen P March**
                                                         (See above for address)

                                                         **Douglas A Plazak**
                                                         (See above for address)
                                                         *TERMINATED: 09/12/2023*


*Defendant*
-----------------------

**Wes Thomas**                           represented by **Wes Thomas**
                                                         PRO SE


*Defendant*
-----------------------

**Scott James Eadie**                    represented by **Douglas A Plazak**
                                                         (See above for address)


*Defendant*
-----------------------

**Jimmy Chhor**                          represented by **Jimmy Chhor**
                                                         PRO SE


*Defendant*
-----------------------

**Dongliang Jiang**                      represented by **Dongliang Jiang**
                                                         PRO SE


*Defendant*
-----------------------

**Oakstone Law Group PC**                represented by **Oakstone Law Group PC**
                                                         PRO SE


*Defendant*
-----------------------

**Greyson Law Center PC**                represented by **Kathleen P March**
                                                         (See above for address)

                                                         **Douglas A Plazak**

58

(See above for address)
*TERMINATED: 10/25/2023*

*Defendant*
----------------------
**Phoenix Law Group, Inc.**                    represented by **Phoenix Law Group, Inc.**
                                                                PRO SE


*Defendant*
----------------------
**Maverick Management, LLC**                   represented by **Maverick Management, LLC**
                                                                PRO SE


*Defendant*
----------------------
**LGS Holdco, LLC**                            represented by **Daniel A Lev**
                                                                Greenspoon Marder, PA
                                                                1875 Century Park East
                                                                Ste 1900
                                                                Los Angeles, CA 90067
                                                                213-626-2311
                                                                Fax : 954-771-9264
                                                                Email: daniel.lev@gmlaw.com


*Defendant*
----------------------
**Consumer Legal Group, PC**                   represented by **Daniel A Lev**
                                                                (See above for address)

                                                                **Ronald N Richards**
                                                                Law Offices of Ronald Richards & Assoc
                                                                PO Box 11480
                                                                Beverly Hills, CA 90213
                                                                310-556-1001
                                                                Fax : 310-277-3325
                                                                Email: ron@ronaldrichards.com


*Defendant*
----------------------
**Vulcan Consulting Group LLC**                represented by **Vulcan Consulting Group LLC**
                                                                PRO SE


59

*Defendant*
-----------------------
**B.A.T. Inc.**
*dba* **Coast Processing**

represented by **B.A.T. Inc.**
PRO SE


*Defendant*
-----------------------
**Prime Logix, LLC**

represented by **Prime Logix, LLC**
PRO SE


*Defendant*
-----------------------
**Teracel Blockchain Fund II LLC**

represented by **Teracel Blockchain Fund II LLC**
PRO SE


*Defendant*
-----------------------
**EPPS**

represented by **EPPS**
PRO SE


*Defendant*
-----------------------
**Equipay**

represented by **Equipay**
PRO SE


*Defendant*
-----------------------
**Authorize Net**

represented by **Authorize Net**
PRO SE


*Defendant*
-----------------------
**World Global**

represented by **World Global**
PRO SE

60

*Defendant*

-----------------------

**Optimumbank Holdings, Inc.**                    represented by **Optimumbank Holdings, Inc.**
*dba* **Optimum Bank**                                              PRO SE


*Defendant*

-----------------------

**Marich Bein, LLC**                              represented by **David S Kupetz**
                                                                   Locke Lord LLP
                                                                   300 South Grand Ave Ste 2600
                                                                   Los Angeles, CA 90071
                                                                   (213) 485-1500
                                                                   Fax : (213) 485-1200
                                                                   Email: David.Kupetz@lockelord.com


*Defendant*

-----------------------

**BankUnited, N.A.**                              represented by **Howard Steinberg**
                                                                   Greenberg Traurig LLP
                                                                   1840 Century Park East Ste 1900
                                                                   Los Angeles, CA 90067-2121
                                                                   310-586-7702
                                                                   Fax : 310-586-0228
                                                                   Email: steinbergh@gtlaw.com


*Defendant*

-----------------------

**Revolv3, Inc.**                                 represented by **Revolv3, Inc.**
                                                                   PRO SE


*Defendant*

-----------------------

**Fidelity National Information Services,**       represented by **Fidelity National Information Services, Inc.**
**Inc.**                                                           PRO SE
*dba* **FIS**


*Defendant*

-----------------------

                                                  represented by **Worldpay, Inc.**

61

Worldpay, Inc.                                                      PRO SE

**Defendant**
-----------------------
**Worldpay Group**                          represented by **Worldpay Group**
                                                              PRO SE

**Defendant**
-----------------------
**Merit Fund, LLC**                         represented by **Merit Fund, LLC**
                                                              PRO SE

**Defendant**
-----------------------
**Guardian**                                represented by **Guardian**
                                                              PRO SE

**Defendant**
-----------------------
**The United States Postal Service**        represented by **The United States Postal Service**
                                                              PRO SE

**Defendant**
-----------------------
**Fidelity National Information Services,   represented by **Michael T Delaney**
Inc. dba FIS**                                                Baker & Hostetler LLP
                                                              Key Tower
                                                              127 Public Square
                                                              Ste 2000
                                                              Cleveland, OH 44114-1214
                                                              216-621-0200
                                                              Email: mdelaney@bakerlaw.com

**Defendant**
-----------------------
**Worldpay, LLC**                           represented by **Worldpay, LLC**
                                                              PRO SE

                                                                                      62

**Defendant**
-----------------------
**Touzi Capital, LLC**

                                       represented by **Daniel H Reiss**
Levene, Neale, Bender, Yoo & Golubchik L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
310-229-1234
Fax : 310-229-1244
Email: dhr@lnbyg.com

**Defendant**
-----------------------
**Heng Taing**

represented by **Heng Taing**
PRO SE

**Defendant**
-----------------------
**Eng Taing**

represented by **Daniel H Reiss**
(See above for address)

**Defendant**
-----------------------
**Stripe, Inc.**

represented by **Eric D Goldberg**
DLA Piper LLP
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
310.595.3000
Fax : 310.595.3357
Email: eric.goldberg@dlapiper.com

**Defendant**
-----------------------
**Seamless Chex Inc.**

represented by **Seamless Chex Inc.**
PRO SE

**Defendant**
-----------------------
**Phoenix Law, PC**

represented by **Phoenix Law, PC**
PRO SE

63

*Defendant*
----------------------
**Payliance, LLC**

represented by **Keith Barnett**
Troutman Pepper Hamilton Sanders LLP
600 Peachtree St Ste 3000
Suite 3000
Atlanta, GA 30308
404-885-3000
Email: keith.barnett@troutman.com

*Defendant*
----------------------
**Maverick Management Group, LLC**

represented by **Maverick Management Group, LLC**
PRO SE

*Defendant*
----------------------
**Guardian Processing, LLC**

represented by **Guardian Processing, LLC**
PRO SE

*Defendant*
----------------------
**Dwolla, Inc.**

represented by **Dwolla, Inc.**
PRO SE

*Defendant*
----------------------
**Max Chou**

represented by **Max Chou**
PRO SE

*Defendant*
----------------------
**BAT Inc. dba Coast Processing**

represented by **BAT Inc. dba Coast Processing**
PRO SE

64

*Defendant*
-----------------------

**Gallant Law Group**                    represented by **Meredith King**
                                           Franklin Soto Leeds LLP
                                           444 West C Street
                                           Ste 300
                                           San Diego, CA 92101
                                           619-872-2520
                                           Fax : 619-566-0221
                                           Email: mking@fsl.law


*Defendant*
-----------------------

**OptimumBank Holdings, Inc.**            represented by **Matthew A Lesnick**
*dba* **Optimum Bank**                      Lesnick Prince & Pappas LLP
                                           315 W. Ninth St #705
                                           Los Angeles, CA 90015
                                           213-493-6496
                                           Fax : 310-396-0963
                                           Email: matt@lesnickprince.com

                                           **Lisa Patel**
                                           Lesnick Prince and Pappas, LLP
                                           315 W. Ninth St., Ste. 705
                                           Los Angeles, CA 90015
                                           213-224-7860
                                           Fax : 213-493-6596
                                           Email: lpatel@lesnickprince.com


*Trustee*
-----------------------

**Richard A Marshack (TR)**               represented by **Christopher Celentino**
Marshack Hays Wood LLP                     (See above for address)
870 Roosevelt
Irvine, CA 92620                           **Christopher Ghio**
949-333-7777                               Dinsmore & Shohl, LLP
                                           655 W. Broadway
                                           Suite 800
                                           92101
                                           San Diego, CA 92101
                                           619-400-0500
                                           Fax : 619-238-1981
                                           Email: christopher.ghio@dinsmore.com


*U.S. Trustee*
-----------------------

**United States Trustee (SA)**            represented by **Kenneth Misken**

                                                                    65

411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

Office of the United States Trustee
411 W. Fourth Street, #7160
Santa Ana, CA 92701
714-338-3405
Email: Kenneth.M.Misken@usdoj.gov
*LEAD ATTORNEY*

**Queenie K Ng**
411 West Fourth St.
Suite 7160
Santa Ana, CA 92701
714-338-3403
Fax : 714-338-3421
Email: queenie.k.ng@usdoj.gov
*LEAD ATTORNEY*

| Filing Date | # | Docket Text |
|---|---|---|
| 05/25/2023 | 1<br>(29 pgs) | Adversary case 8:23-ap-01046. Complaint by Plaintiff: Richard A. Marshack against Defendants: Tony Diab , Daniel S. March , Rosa Bianca Loli , Lisa Cohen , William Taylor Carss , Eng Tang , Maria Eeya Tan , Jake Akers , Han Trinh , Jayde Trinh , Wes Thomas , Scott James Eadie , Jimmy Chhor , Dongliang Jiang , Oakstone Law Group PC , Greyson Law Center PC , Phoenix Law Group, Inc. , Maverick Management, LLC , LGS Holdco, LLC , Consumer Legal Group, PC , Vulcan Consulting Group LLC , B.A.T. Inc. , Prime Logix, LLC , Teracel Blockchain Fund II LLC , EPPS , Equipay , Authorize Net , World Global , Optimumbank Holdings, Inc. , Marich Bein, LLC , BankUnited, N.A. , Revolv3, Inc. , Fidelity National Information Services, Inc. , Worldpay, Inc. , Worldpay Group , Merit Fund, LLC , Guardian , The United States Postal Service . Fee Amount $350 Nature of Suit: (72 (Injunctive relief - other)) ,(13 (Recovery of money/property - 548 fraudulent transfer)) ,(11 (Recovery of money/property - 542 turnover of property)) (VN) (Entered: 06/08/2023) |
| 05/25/2023 | 2<br>(3 pgs) | Document Sealed - Motion to file under seal (HC) (Entered: 05/25/2023) (NB8) (Entered: 06/08/2023) |
| 05/25/2023 | 3<br>(5 pgs) | Document Sealed - Memorandum of Points and Authorities in support of motion to file under seal. (HC) (Entered: 05/25/2023) (NB8) (Entered: 06/08/2023) |
| 05/25/2023 | 4<br>(37 pgs) | Document Sealed - Omnibus emergency motion. (HC) (Entered: 05/25/2023) (NB8) (Entered: 06/08/2023) |
| 05/25/2023 | 5<br>(52 pgs) | Document Sealed - Declaration #1 in support of emergency motion. (HC) (Entered: 05/25/2023) (NB8) (Entered: 06/08/2023) |

| 05/25/2023 | [6](#)<br>(21 pgs) | Document Sealed - Declaration #2 in support of emergency motion. (HC) (Entered: 05/25/2023) (NB8) (Entered: 06/08/2023) |
| --- | --- | --- |
| 05/25/2023 | [7](#)<br>(72 pgs) | Document Sealed - Declaration #3 in support of emergency motion. (HC) (Entered: 05/25/2023) (NB8) (Entered: 06/08/2023) |
| 05/25/2023 | [8](#)<br>(217 pgs; 3 docs) | Document Sealed - Declaration #4 in support of emergency motion. (HC) Additional attachment(s) added on 5/25/2023 (HC). Additional attachment(s) added on 5/25/2023 (HC). (Entered: 05/25/2023) (NB8) (Entered: 06/08/2023) |
| 05/25/2023 | 9 | Hearing Set (RE: Emergency Motion) The Hearing date is set for 5/25/2023 at 04:00 PM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (NB8) (Entered: 05/25/2023) (NB8) (Entered: 06/08/2023) |
| 05/25/2023 | 10 | Hearing Held (RE: related document - Emergency Motion) ORDER BY ATTORNEY; MOTION GRANTED. PRELIMINARY INJUNCTION: JUNE 12, 2023 AT 1:30 P.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701 (NB8) (Entered: 05/25/2023) (NB8) (Entered: 06/08/2023) |
| 05/26/2023 | [11](#)<br>(2 pgs) | Document Sealed - Order (NB8) (Entered: 05/26/2023) (NB8) (Entered: 06/08/2023) |
| 05/26/2023 | 12 | Request for a Certified Copy Fee Amount $11. (RE: related document(s) [11](#) Document Sealed) (HC) (Entered: 05/26/2023) (NB8) (Entered: 06/08/2023) |
| 05/26/2023 | [13](#)<br>(13 pgs) | Document Sealed - Order On Omnibus Emergency Motion (NB8) (Entered: 05/26/2023) (NB8) (Entered: 06/08/2023) |
| 05/26/2023 | 14 | Request for a Certified Copy Fee Amount $11. The document will be sent via email to :chris.celentino@dinsmore.com: Filed by Litigant Master File 2023-1 (RE: related document(s)[13](#) Document Sealed). (Celentino, Christopher) (Entered: 05/26/2023) (NB8) (Entered: 06/08/2023) |
| 05/26/2023 | [15](#)<br>(8 pgs) | Summons Issued On Tony Diab Date Issued 5/26/2023, Answer Due June 30, 2023; Daniel S. March Date Issued 5/26/2023, Answer Due June 30, 2023; Rosa Bianca Loli Date Issued 5/26/2023, Answer Due June 30, 2023; Lisa Cohen Date Issued 5/26/2023, Answer Due June 30, 2023; William Taylor Carss Date Issued 5/26/2023, Answer Due June 30, 2023; Eng Tang Date Issued 5/26/2023, Answer Due June 30, 2023; Maria Eeya Tan Date Issued 5/26/2023, Answer Due June 30, 2023; Jake Akers Date Issued 5/26/2023, Answer Due June 30, 2023; Han Trinh Date Issued 5/26/2023, Answer |

67

| | | |
|---|---|---|
| | | Due June 30, 2023; Jayde Trinh Date Issued 5/26/2023, Answer Due June 30, 2023; Wes Thomas Date Issued 5/26/2023, Answer Due June 30, 2023; Scott James Eadie Date Issued 5/26/2023, Answer Due June 30, 2023; Jimmy Chhor Date Issued 5/26/2023, Answer Due June 30, 2023; Dongliang Jiang Date Issued 5/26/2023, Answer Due June 30, 2023; Oakstone Law Group PC Date Issued 5/26/2023, Answer Due June 30, 2023; Greyson Law Center PC Date Issued 5/26/2023, Answer Due June 30, 2023; Phoenix Law Group, Inc. Date Issued 5/26/2023, Answer Due June 30, 2023; Maverick Management, LLC Date Issued 5/26/2023, Answer Due June 30, 2023; LGS Holdco, LLC Date Issued 5/26/2023, Answer Due June 30, 2023; Consumer Legal Group, P.C. Date Issued 5/26/2023, Answer Due June 30, 2023; Vulcan Consulting Group LLC Date Issued 5/26/2023, Answer Due June 30, 2023; B.A.T. Inc. d/b/a Coase Processing Date Issued 5/26/2023, Answer Due June 30, 2023; Prime Logix, LLC Date Issued 5/26/2023, Answer Due June 30, 2023; Teracel Blockchain Fund II LLC Date Issued 5/26/2023, Answer Due June 30, 2023; Equipay Date Issued 5/26/2023, Answer Due June 30, 2023; Authorize.Net Date Issued 5/26/2023, Answer Due June 30, 2023; World Global Date Issued 5/26/2023, Answer Due June 30, 2023; Optimumbank Holdings, Inc. d/b/a Optimum Bank Date Issued 5/26/2023, Answer Due June 30, 2023; Marich Bein, LLC Date Issued 5/26/2023, Answer Due June 30, 2023; BankUnited, N.A. Date Issued 5/26/2023, Answer Due June 30, 2023; Revolv3, Inc. Date Issued 5/26/2023, Answer Due June 30, 2023; Fidelity National Information Services, Inc. d/b/a FIS Date Issued 5/26/2023, Answer Due June 30, 2023; Worldpay, Inc. Date Issued 5/26/2023, Answer Due June 30, 2023; Worldpay Group Date Issued 5/26/2023, Answer Due June 30, 2023 Merit Fund, LLC Date Issued 5/26/2023, Answer Due June 30, 2023; Guardian Date Issued 5/26/2023, Answer Due June 30, 2023; The United States Postal Service Date Issued 5/26/2023, Answer Due June 30, 2023. The Status Conference hearing to be held on August 15, 2023 at 10:30 AM at Courtroom 5C, 411 W Fourth Street, Santa Ana, CA 92701. The case judge is Scott C. Clarkson. (NB8) (Entered: 05/26/2023) (NB8) (Entered: 06/08/2023) |
| 05/26/2023 | 16 | Certified Copy Emailed to chris.celentino@dinsmore.com (Entered: 05/26/2023) (NB8) (Entered: 06/08/2023) |
| 05/30/2023 | 17 | Hearing Set (RE: Preliminary Injunction) The Hearing date is set for 6/12/2023 at 01:30 PM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (NB8) (Entered: 05/30/2023) (NB8) (Entered: 06/08/2023) |
| 05/30/2023 | 18 | Hearing Set (RE: Complaint) Status Conference hearing to be held on 8/15/2023 at 10:30 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (NB8) (Entered: 05/30/2023) (NB8) (Entered: 06/08/2023) |

| 06/02/2023 | [19](#)<br>(17 pgs) | Declaration In Support Issuance Of Amended Order [Docket No. 13] (NB8) (Entered: 06/02/2023) (NB8) (Entered: 06/08/2023) |
| --- | --- | --- |
| 06/02/2023 | [20](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Richards, Ronald. (Richards, Ronald) (Entered: 06/02/2023) (NB8) (Entered: 06/08/2023) |
| 06/02/2023 | [21](#)<br>(13 pgs) | Amended Order On Omnibus Emergency Motion (BNC-PDF) Signed on 6/2/2023. (NB8) (Entered: 06/02/2023) (NB8) (Entered: 06/08/2023) |
| 06/04/2023 | [22](#)<br>(14 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[21](#) Amended Order (BNC-PDF)) No. of Notices: 0. Notice Date 06/04/2023. (Admin.) (Entered: 06/04/2023) (NB8) (Entered: 06/08/2023) |
| 06/06/2023 | [23](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) by Kenneth Misken, Assistant United States Trustee Filed by Misken, Kenneth. (Misken, Kenneth) (Entered: 06/06/2023) (NB8) (Entered: 06/08/2023) |
| 06/06/2023 | [24](#)<br>(3 pgs) | Request that the Clerk Issue Another Summons and Notice of Status Conference (LBR 7004-1(a)(1)(B)) (NB8) (Entered: 06/06/2023) (NB8) (Entered: 06/08/2023) |
| 06/06/2023 | [25](#)<br>(8 pgs) | Another Summons Issued On Rosa Biancia Loli Date Issued 06/06/2023, Answer Due 07/11/2023; And Lisa Cohen Date Issued 06/06/2023, Answer Due 07/11/2023. Status Conference Hearing To Be Held On 08/29/2023 At 10:30 A.M. At Courtroom 5C, 411 West Fourth Street, Santa Ana, CA 92701. The Case Judge Is Scott C. Clarkson. (NB8) (Entered: 06/06/2023) (NB8) (Entered: 06/08/2023) |
| 06/07/2023 | [26](#)<br>(2 pgs) | Chapter 11 Trustee's Motion To Unseal Case 8:23-mp-102 (NB8) (Entered: 06/07/2023) (NB8) (Entered: 06/08/2023) |
| 06/07/2023 | [27](#)<br>(2 pgs) | Order On Chapter 11 Trustee's Motion To Unseal Case. IT IS ORDERED: That Certain ORDER GRANTING TRUSTEE'S MOTION FOR PERMISSION TO FILE OMNIBUS EMERGENCY MOTION AFTER SERVICE OF COURTESY COPY AND AFTER HEARING, AND UNDER SEAL Is Hereby Dissolved And The Identified Matters Within Adversary Proceeding Are No Longer Subject To SEAL. (SEE ORDER FOR FURTHER RULING) (Related Doc # [26](#)) Signed on 6/7/2023 (NB8) (Entered: 06/07/2023) (NB8) (Entered: 06/08/2023) |
| 06/08/2023 | [28](#)<br>(1 pg) | Transcript Order Form , regarding Hearing Date 05/25/23 Filed by U.S. Trustee United States Trustee (SA) (RE: related |

| | | |
|---|---|---|
| | | document(s)24 Omnibus Emergency Motion). (SD8) (Entered: 06/08/2023) (NB8). (Entered: 06/08/2023) |
| 06/08/2023 | 29 | Transcript Record Transmittal (Court transcript records have been uploaded to FDS). For Order Number: 23-SC-26. RE Hearing Date: 05/25/23, [TRANSCRIPTION SERVICE PROVIDER: Briggs Reporting Co, Inc, Telephone number (310) 410-4151.] (RE: related document(s)28 Transcript Order Form (Public Request) filed by U.S. Trustee United States Trustee (SA)) (SD8) (Entered: 06/08/2023) (NB8) (Entered: 06/08/2023) |
| 06/08/2023 | [30](#) (9 pgs) | Proof of service *of Order Advancing Status Conference to Be Heard Concurrently with the Related Matters and Requiring Notice* Filed by Trustee Richard A Marshack (TR). (Celentino, Christopher) (Entered: 06/08/2023) |
| 06/08/2023 | [31](#) (12 pgs) | Summons Service Executed on Jake Akers 6/2/2023; Authorize Net 6/2/2023; B.A.T. Inc. 6/2/2023; BankUnited, N.A. 6/2/2023; William Taylor Carss 6/2/2023; Jimmy Chhor 6/2/2023; Lisa Cohen 6/2/2023; Consumer Legal Group, PC 6/2/2023; Tony Diab 6/2/2023; Scott James Eadie 6/2/2023; Equipay 6/2/2023; Fidelity National Information Services, Inc. 6/2/2023; Greyson Law Center PC 6/2/2023; Guardian 6/2/2023; Dongliang Jiang 6/2/2023; LGS Holdco, LLC 6/2/2023; Rosa Bianca Loli 6/2/2023; Daniel S. March 6/2/2023; Marich Bein, LLC 6/2/2023; Maverick Management, LLC 6/2/2023; Merit Fund, LLC 6/2/2023; Oakstone Law Group PC 6/2/2023; Optimumbank Holdings, Inc. 6/2/2023; Phoenix Law Group, Inc. 6/2/2023; Prime Logix, LLC 6/2/2023; Revolv3, Inc. 6/2/2023; Maria Eeya Tan 6/2/2023; Eng Tang 6/2/2023; Teracel Blockchain Fund II LLC 6/2/2023; Wes Thomas 6/2/2023; Han Trinh 6/2/2023; Jayde Trinh 6/2/2023; Vulcan Consulting Group LLC 6/2/2023; World Global 6/2/2023; Worldpay Group 6/2/2023; Worldpay, Inc. 6/2/2023 (Celentino, Christopher) (Entered: 06/08/2023) |
| 06/08/2023 | [32](#) (10 pgs) | Summons Service Executed on Tony Diab 6/2/2023 (Celentino, Christopher) (Entered: 06/08/2023) |
| 06/08/2023 | [33](#) (10 pgs) | Summons Service Executed on B.A.T. Inc. 6/2/2023 (Celentino, Christopher) (Entered: 06/08/2023) |
| 06/08/2023 | [34](#) (4 pgs) | Proof of service *for Approvely Inc.* Filed by Plaintiff Richard A. Marshack. (Celentino, Christopher) (Entered: 06/08/2023) |
| 06/08/2023 | [35](#) (4 pgs) | Proof of service *for Amazon.com, Inc.* Filed by Plaintiff Richard A. Marshack. (Celentino, Christopher) (Entered: 06/08/2023) |

| | | |
|---|---|---|
| 06/08/2023 | [36](#)<br>(4 pgs) | Proof of service *for Bank United N.A.* Filed by Plaintiff Richard A. Marshack. (Celentino, Christopher) (Entered: 06/08/2023) |
| 06/08/2023 | [37](#)<br>(4 pgs) | Proof of service *for Optimum Bank Holdings Inc.* Filed by Plaintiff Richard A. Marshack. (Celentino, Christopher) (Entered: 06/08/2023) |
| 06/08/2023 | | Receipt of Adversary Filing Fee - $350.00 by 16. Receipt Number 80076736. (admin) (Entered: 06/08/2023) |
| 06/09/2023 | [38](#)<br>(9 pgs) | Summons Service Executed on Lisa Cohen 6/6/2023; Rosa Bianca Loli 6/6/2023 (Celentino, Christopher) (Entered: 06/09/2023) |
| 06/09/2023 | [39](#)<br>(10 pgs) | Summons Service Executed on William Taylor Carss 6/2/2023 (Celentino, Christopher) (Entered: 06/09/2023) |
| 06/09/2023 | [40](#)<br>(4 pgs) | Proof of service *for Stephanie King* Filed by Plaintiff Richard A. Marshack. (Celentino, Christopher) (Entered: 06/09/2023) |
| 06/09/2023 | [41](#)<br>(3 pgs) | Proof of service *for Han Trinh* Filed by Plaintiff Richard A. Marshack. (Celentino, Christopher) (Entered: 06/09/2023) |
| 06/09/2023 | [42](#)<br>(7 pgs) | Proof of service *for Approvely, Inc., Maverick Bankcard, Inc., Occams Advisory, Inc.* Filed by Plaintiff Richard A. Marshack. (Celentino, Christopher) (Entered: 06/09/2023) |
| 06/09/2023 | [43](#)<br>(7 pgs) | Proof of service *for World Globe, WorldPay, Inc., WorldPay Group* Filed by Plaintiff Richard A. Marshack. (Celentino, Christopher) (Entered: 06/09/2023) |
| 06/09/2023 | [44](#)<br>(4 pgs) | Proof of service *for Revolv3, Inc.* Filed by Plaintiff Richard A. Marshack. (Celentino, Christopher) (Entered: 06/09/2023) |
| 06/12/2023 | [45](#)<br>(116 pgs; 7 docs) | Status report Filed by Plaintiff Richard A. Marshack (RE: related document(s)[1](#) Complaint). (Attachments: # [1](#) Declaration of Richard A. Marshack # [2](#) Declaration of Christopher Celentino # [3](#) Declaration of Jonathan Serrano # [4](#) Declaration of Jeremy B. Freedman # [5](#) Declaration of Peter M. Schneider # [6](#) Declaration of Ty Carss) (Celentino, Christopher) (Entered: 06/12/2023) |
| 06/12/2023 | [46](#)<br>(7 pgs) | Opposition to (related document(s): [4](#) Document) *Motion for Turnover, Preliminary Injunction, Lock-Out, Redirection of US Mail* Filed by Defendant Greyson Law Center PC (Plazak, Douglas) (Entered: 06/12/2023) |
| 06/12/2023 | [47](#)<br>(90 pgs; 13 docs) | Opposition to (related document(s): [4](#) Document) *Motion for Turnover, et al.* Filed by Defendant Greyson Law Center PC (Attachments: # [1](#) Dec of Scott Eadie # [2](#) Declaration of Han |

| | | |
|---|---|---|
| | | Trinh # 3 Declaration of Sally Yde # 4 Declaration of Peter Yde III # 5 Declaration of Steven Mader # 6 Declaration of Thomas Ayen # 7 Declaration of Lynn Kohn # 8 Declaration of Danita Goss # 9 Declaration o Leann Babcock-McCallu # 10 Declaration of Debora Jones # 11 Declaration of Keith Weaver # 12 Declaration of Tamer Fawzy) (Plazak, Douglas) (Entered: 06/12/2023) |
| 06/12/2023 | 48 (9 pgs) | Declaration re: *of Scott Eadie with Exhibits* Filed by Defendant Greyson Law Center PC. (Plazak, Douglas) (Entered: 06/12/2023) |
| 06/12/2023 | 49 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Richards, Ronald. (Richards, Ronald) (Entered: 06/12/2023) |
| 06/12/2023 | 50 | Hearing Held On Motion (RE: related document 1 Preliminary Injunction) - ORDER BY ATTORNEY - PRELIMINARY INJUNCTION GRANTED (NB8) (Entered: 06/13/2023) |
| 06/13/2023 | 51 (1 pg) | Notice *Request Courtesy Notification of Electronic Filing (NEF)* Filed by Creditors MC DVI Fund 2, LLC, MC DVI Fund 1, LLC, Debt Validation Fund II, LLC. (Golubow, Richard) (Entered: 06/13/2023) |
| 06/13/2023 | 52 (4 pgs) | Proof of service *for Netsuite* Filed by Plaintiff Richard A. Marshack. (Celentino, Christopher) (Entered: 06/13/2023) |
| 06/13/2023 | 53 (4 pgs) | Proof of service *for Quickbooks - Intiut* Filed by Plaintiff Richard A. Marshack. (Celentino, Christopher) (Entered: 06/13/2023) |
| 06/13/2023 | 54 (4 pgs) | Proof of service *for Google* Filed by Plaintiff Richard A. Marshack. (Celentino, Christopher) (Entered: 06/13/2023) |
| 06/13/2023 | 55 (4 pgs) | Proof of service *for Microsoft* Filed by Plaintiff Richard A. Marshack. (Celentino, Christopher) (Entered: 06/13/2023) |
| 06/13/2023 | 56 (4 pgs) | Proof of service *for Amazon.com* Filed by Plaintiff Richard A. Marshack. (Celentino, Christopher) (Entered: 06/13/2023) |
| 06/13/2023 | 57 (10 pgs) | Summons Service Executed on Authorize Net 6/1/2023 (Celentino, Christopher) (Entered: 06/13/2023) |
| 06/13/2023 | 58 (10 pgs) | Summons Service Executed on Fidelity National Information Services, Inc. 6/1/2023 (Celentino, Christopher) (Entered: 06/13/2023) |
| 06/14/2023 | 59 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Still, Andrew. (Still, Andrew) (Entered: 06/14/2023) |

| | | |
|---|---|---|
| 06/15/2023 | [60](#)<br>(1 pg) | Request for Recording of Court Proceedings . Fee Amount $32, Filed by U.S. Trustee United States Trustee (SA) . (JL) (Entered: 06/15/2023) |
| 06/15/2023 | [61](#)<br>(2 pgs; 2 docs) | Transcript Order Form , regarding Hearing Date 6/12/23 Filed by U.S. Trustee United States Trustee (SA) . (JL) Additional attachment(s) added on 6/15/2023 (JL). (Entered: 06/15/2023) |
| 06/15/2023 | [62](#)<br>(31 pgs) | Amended Complaint by Christopher Ghio on behalf of Richard A. Marshack against Fidelity National Information Services, Inc. dba FIS, Worldpay, LLC, Touzi Capital, LLC, Heng Taing, Eng Taing, Stripe, Inc., Seamless Chex Inc., Phoenix Law, PC, Payliance, LLC, Optimumbank Holdings, Inc. dba Optimum Bank, Maverick Management Group, LLC, Guardian Processing, LLC, Dwolla, Inc., Max Chou, BAT Inc. dba Coast Processing, Jake Akers, Authorize Net, BankUnited, N.A., William Taylor Carss, Jimmy Chhor, Lisa Cohen, Consumer Legal Group, PC, Tony Diab, EPPS, Scott James Eadie, Equipay, Greyson Law Center PC, Dongliang Jiang, LGS Holdco, LLC, Rosa Bianca Loli, Daniel S. March, Marich Bein, LLC, Merit Fund, LLC, Oakstone Law Group PC, Prime Logix, LLC, Revolv3, Inc., Maria Eeya Tan, Teracel Blockchain Fund II LLC, Wes Thomas, Han Trinh, Jayde Trinh, Vulcan Consulting Group LLC, World Global, Worldpay Group. (Ghio, Christopher) (Entered: 06/15/2023) |
| 06/15/2023 | [63](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by White, Johnny. (White, Johnny) (Entered: 06/15/2023) |
| 06/15/2023 | 64 | Transcript Record Transmittal (Court transcript records have been uploaded to FDS). For Order Number: 23-SC-27. RE Hearing Date: 6/12/23, [TRANSCRIPTION SERVICE PROVIDER: BRIGGS REPORTING CO., INC., Telephone number Ph: (310) 410-4151.] (RE: related document(s)[61](#) Transcript Order Form (Public Request) filed by U.S. Trustee United States Trustee (SA)) (JL) (Entered: 06/15/2023) |
| 06/16/2023 | [65](#)<br>(18 pgs) | Notice of lodgment *of Order in Adversary Case* Filed by Plaintiff Richard A. Marshack (RE: related document(s)[3](#) Document). (Celentino, Christopher) (Entered: 06/16/2023) |
| 06/16/2023 | [66](#)<br>(22 pgs) | Declaration re: *Declaration of Christopher Celentino in Support of Notice of Lodgment of Preliminary Injunction* Filed by Plaintiff Richard A. Marshack (RE: related document(s)[65](#) Notice of Lodgment). (Celentino, Christopher) (Entered: 06/16/2023) |
| 06/16/2023 | [67](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Lev, Daniel. (Lev, Daniel) (Entered: 06/16/2023) |

73

| | | |
|---|---|---|
| 06/20/2023 | [68](#) (4 pgs) | Summons Returned Unexecuted Re: Gallant Law Group, Jake Akers, Authorize Net, BAT Inc. dba Coast Processing, BankUnited, N.A., William Taylor Carss, Jimmy Chhor, Max Chou, Lisa Cohen, Consumer Legal Group, PC, Tony Diab, Dwolla, Inc., EPPS, Scott James Eadie, Equipay, Fidelity National Information Services, Inc. dba FIS, Greyson Law Center PC, Guardian Processing, LLC, Dongliang Jiang, LGS Holdco, LLC, Rosa Bianca Loli, Daniel S. March, Marich Bein, LLC, Maverick Management Group, LLC, Merit Fund, LLC, Oakstone Law Group PC, Optimumbank Holdings, Inc. dba Optimum Bank, Payliance, LLC, Phoenix Law, PC, Prime Logix, LLC, Revolv3, Inc., Seamless Chex Inc., Stripe, Inc., Eng Taing, Heng Taing, Maria Eeya Tan, Eng Tang, Teracel Blockchain Fund II LLC, The United States Postal Service, Wes Thomas, Touzi Capital, LLC, Han Trinh, Jayde Trinh, Vulcan Consulting Group LLC, World Global, Worldpay Group, Worldpay, LLC (Celentino, Christopher) (Entered: 06/20/2023) |
| 06/22/2023 | [69](#) (6 pgs) | Request that the Clerk Issue Another Summons and Notice of Status Conference (LBR 7004-1(a)(1)(B)) Filed by Plaintiff Richard A. Marshack. (Ghio, Christopher) (Entered: 06/22/2023) |
| 06/23/2023 | [70](#) (15 pgs) | Order On Trustee, Richard Marshack's Omnibus Motion Granting: (1) Turnover Of Estate Property And Recorded Information Pursuant To 11 U.S.C. Section 542; (2) Preliminary Injunction; (3) Lock-Out; (4) Re-Direction Of United States Parcel Services Mail; (5) Order To Show Cause RE Compliance With Court Order; And (6) Other Relief As Necessary To Efficient Administration Of This Matter. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # [4](#) ) Signed on 6/23/2023 (NB8) (Entered: 06/23/2023) |
| 06/23/2023 | [71](#) (9 pgs; 2 docs) | Another Summons Issued on BAT Inc. dba Coast Processing Date Issued 6/23/2023, Answer Due 7/24/2023; Jimmy Chhor Date Issued 6/23/2023, Answer Due 7/24/2023; Max Chou Date Issued 6/23/2023, Answer Due 7/24/2023; Dwolla, Inc. Date Issued 6/23/2023, Answer Due 7/24/2023; Guardian Processing, LLC Date Issued 6/23/2023, Answer Due 7/24/2023; Maverick Management Group, LLC Date Issued 6/23/2023, Answer Due 7/24/2023; Payliance, LLC Date Issued 6/23/2023, Answer Due 7/24/2023; Phoenix Law, PC Date Issued 6/23/2023, Answer Due 7/24/2023; Seamless Chex Inc. Date Issued 6/23/2023, Answer Due 7/24/2023; Stripe, Inc. Date Issued 6/23/2023, Answer Due 7/24/2023; Eng Taing Date Issued 6/23/2023, Answer Due 7/24/2023; Heng Taing Date Issued 6/23/2023, Answer Due 7/24/2023; Touzi Capital, LLC Date Issued 6/23/2023, Answer Due 7/24/2023; Worldpay, LLC Date Issued 6/23/2023, Answer Due 7/24/2023 (RE: related document(s)[69](#) Request that the Clerk Issue Another Summons and Ntc of Status Conf (AP) filed by Plaintiff Richard A. Marshack) Status Conference |

| | | hearing to be held on 9/12/2023 at 01:30 PM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (NB8) (Entered: 06/23/2023) |
|---|---|---|
| 06/23/2023 | [72](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Cohen, Leslie. (Cohen, Leslie) (Entered: 06/23/2023) |
| 06/23/2023 | [73](#)<br>(15 pgs; 4 docs) | Notice *Notice of Required Compliance with Rule 7026 of the Federal Rules of Bankruptcy Procedure and Rule 7026-1 of the Local Bankruptcy Rules* Filed by Plaintiff Richard A. Marshack. (Attachments: # [1](#) Exhibit Exhibit 1 # [2](#) Exhibit Exhibit 1(b) # [3](#) Exhibit Exhibit 2)(Serrano, Jonathan) (Entered: 06/23/2023) |
| 06/23/2023 | [74](#)<br>(13 pgs) | Status report *Status Conference Report* Filed by Plaintiff Richard A. Marshack (RE: related document(s)[71](#) Another Summons Issued). (Serrano, Jonathan) (Entered: 06/23/2023) |
| 06/25/2023 | [75](#)<br>(18 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[70](#) Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 06/25/2023. (Admin.) (Entered: 06/25/2023) |
| 06/27/2023 | [76](#)<br>(269 pgs) | Transcript regarding Hearing Held 06/12/23 RE: HEARING RE: PRELIMINARY INJUNCTION STATUS CONFERENCE HEARING RE: (1) CASE MANAGEMENT CONFERENCE AND (2) REQUIRING STATUS REPORT. Remote electronic access to the transcript is restricted until 09/25/2023. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: BRIGGS REPORTING COMPANY, INC., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By 7/5/2023. Redaction Request Due By 07/18/2023. Redacted Transcript Submission Due By 07/28/2023. Transcript access will be restricted through 09/25/2023. (Steinhauer, Holly) (Entered: 06/27/2023) |
| 06/27/2023 | [77](#)<br>(6 pgs) | Stipulation By Richard A. Marshack and *Stipulation for Judgment (1) Avoiding, Recovering, and Preserving Transfers to Defendant, Phoenix Law Group, Inc.; (2) Turning Over of All Transferred Property to Trustee; and (3) Dismissing Without Prejudice Defendants William Taylor Carss and Maria Eeya Tan* Filed by Plaintiff Richard A. Marshack (Ghio, Christopher) (Entered: 06/27/2023) |
| 06/28/2023 | [78](#)<br>(3 pgs) | Proof of service *Supplemental Proof of Service For Stipulation (1) Avoiding, Recovering, and Preserving Transfers to Defendant, Phoenix Law Group, Inc.; (2) Turning Over of All Transferred Property to Trustee; and (3)* |

75

| | | |
|---|---|---|
| | | *Dismissing Without Prejudice Defendants William Taylor Carss and Maria Eeya Tan* Filed by Plaintiff Richard A. Marshack (RE: related document(s)[77] Stipulation By Richard A. Marshack and *Stipulation for Judgment (1) Avoiding, Recovering, and Preserving Transfers to Defendant, Phoenix Law Group, Inc.; (2) Turning Over of All Transferred Property to Trustee; and (3) Dismissing Without Prejudice).* (Serrano, Jonathan) (Entered: 06/28/2023) |
| 06/30/2023 | [79]<br>(20 pgs) | Answer to Complaint *Defendant Marich Bein, LLC's Answer To Plaintiff Richard A. Marshack's Amended Complaint* Filed by Marich Bein, LLC. (Kupetz, David) (Entered: 06/30/2023) |
| 06/30/2023 | [80]<br>(5 pgs) | Notice *Notice of Appearance Of Counsel For Defendant Marich Bein, LLC* Filed by Defendant Marich Bein, LLC. (Kupetz, David) (Entered: 06/30/2023) |
| 06/30/2023 | [81]<br>(15 pgs) | Stipulation By Richard A. Marshack and *Stipulation re Partial Settlement of Claims and Modification of Order on Trustee, Richard Marshack's Omnibus Emergency Motion as to Covered Parties and Defendants, Consumer Legal Group, P.C. and LGS HoldCo, LLC* Filed by Plaintiff Richard A. Marshack (Ghio, Christopher) (Entered: 06/30/2023) |
| 06/30/2023 | [82]<br>(3 pgs) | Proof of service *Supplemental Proof of Service for Stipulation re Partial Settlement of Claims and Modification of Order on Trustee, Richard Marshack's Omnibus Emergency Motion as to Covered Parties and Defendants, Consumer Legal Group, P.C. and LGS Holdco, LLC* Filed by Plaintiff Richard A. Marshack. (Serrano, Jonathan) (Entered: 06/30/2023) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 11/15/2023 14:14:39 | | |
| **PACER Login:** | kmarch80366 | **Client Code:** | P Han Jayde Trinh |
| **Description:** | Docket Report | **Search Criteria:** | 8:23-ap-01046-SC Fil or Ent: filed To: 6/30/2023 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |





CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re: | Case No.: 8:23-MP-00102 |
| THE LITIGATION PRACTICE GROUP P.C., | Chapter 11: 8:23-bk-10571 |
| Debtor. | |

RICHARD A. MARSHACK,
Chapter 11 Trustee,

           Plaintiff,

      v.

TONY DIAB, an individual; DANIEL S. MARCH, an individual; ROSA BIANCA LOLI, an individual; LISA COHEN, an individual; WILLIAM TAYLOR CARSS, an individual; ENG TANG, an individual; MARIA EEYA TAN, an individual; JAKE AKERS, an individual; HAN TRINH, an individual; JAYDE TRINH, an individual; WES THOMAS, an individual; SCOTT JAMES EADIE, an individual; JIMMY CHHOR, an individual; DONGLIANG JIANG, an individual; OAKSTONE LAW GROUP PC; GREYSON LAW CENTER PC; PHOENIX LAW GROUP, INC.; MAVERICK MANAGEMENT, LLC; LGS HOLDCO, LLC; CONSUMER LEGAL GROUP, P.C.; VULCAN CONSULTING GROUP LLC; B.A.T. INC. d/b/a COAST PROCESSING; PRIME LOGIX, LLC; TERACEL BLOCKCHAIN FUND II LLC; EPPS; EQUIPAY; AUTHORIZE.NET; WORLD GLOBAL; OPTIMUMBANK HOLDINGS, INC. d/b/a OPTIMUM BANK; MARICH BEIN, LLC;

**ORDER ON TRUSTEE, RICHARD MARSHACK'S OMNIBUS *EMERGENCY* MOTION FOR:**
**1) TURNOVER OF ESTATE PROPERTY AND RECORDED INFORMATION PURSUANT TO 11 U.S.C. § 542;**
**2) PRELIMINARY INJUNCTION;**
**3) LOCK-OUT;**
**4) RE-DIRECTION OF UNITED STATES PARCEL SERVICES MAIL;**
**5) ORDER TO SHOW CAUSE RE COMPLIANCE WITH COURT ORDER; AND**
**6) OTHER RELIEF AS NECESSARY TO EFFICIENT ADMINISTRATION OF THIS MATTER**

Date:  May 25, 2023
Time:  **4:00 P.M.**
Judge: Hon. Scott C. Clarkson
Place:  Courtroom 5C
       411 W. Fourth Street
       Santa Ana, CA 92701

**EXHIBIT D**

1  | BANKUNITED, N.A.; REVOLV3, INC.;
   | FIDELITY NATIONAL INFORMATION
2  | SERVICES, INC. d/b/a FIS; WORLDPAY, INC.;
   | WORLDPAY GROUP; MERIT FUND, LLC;
3  | GUARDIAN PROCESSING, LLC; THE
   | UNITED STATES POSTAL SERVICE; and
4  | DOES 1 through 100, inclusive,

5  |         Defendants.

78

In his capacity as the duly appointed and acting Chapter 11 Trustee, Richard Marshack ("Trustee") filed an Omnibus Emergency Motion for Turnover of Estate Property and Recorded Information Pursuant to 11 U.S.C. § 542; Preliminary Injunction; Lock-Out; Re-Direction of United States Postal Service Mail; Setting an Order To Show Cause re Compliance with the Court's Order as to Tony Diab, Rosa Loli aka Rosa Bianca Loli aka Bianca Loli ("Rosa Loli"), Lisa Cohen, Daniel March and William Tyson "Ty" Carss; and Other As Necessary to the Efficient Administration of this Matter under seal on May 25, 2023, which matter was heard on May 25, 2023, pursuant to Local Bankruptcy Rule 9075-1. The Court, having considered the pleadings on file and the discussion of the parties at the hearing, and having placed its findings of fact and conclusions of law in support of this order orally on the record at the hearing, and finding that exigent circumstances exist and good cause appearing therefor, hereby **ORDERS AS FOLLOWS**:

**TURNOVER ORDER OF ESTATE PROPERTY AND RECORDED INFORMATION:**

**A. RECORDED INFORMATION**

Within twenty-four (24) hours from the date of this Order or notice thereof, whichever is later, the following information regarding any and all persons who signed a Legal Services Contract with LPG or whose file was purchased or otherwise transferred to LPG; OakStone Legal Group, P.C. ("OakStone"); Greyson Law, P.C. ("Greyson"); Gallant Law Group ("Gallant"); Phoenix Law Group, P.C. (Phoenix); LGS Holdco., LLC; Consumer Legal Group, P.C. ("CLG"); Maverick Management, LLC ("Maverick"); Vulcan Consulting Group, LLC ("Vulcan"); BAT Inc. d/b/a Coast Processing ("Coast Processing"); Strategic Consulting Solutions, LLC ("SCS"); Prime Logix, LLC ("Prime Logix"); Tony Diab; Rosa Loli aka Rosa Bianca Loli aka Bianca Loli ("Rosa Loli"); Lisa Cohen; Eng Tang; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, Jummi Chhor; Dongliang Jiang; and/or any other alias', agents or corporate entities affiliated with same, for which the client's file remains open and/or continues to make payments under an agreed upon installment contract, except those clients who signed a Legal Services Contract post-petition (hereinafter "Client") shall be turned over to the Trustee by Debtor:

1. All Client files, including but not limited to names, contact information, client file management, communications, account information, letters, pleadings, communications, payment

history, financial account information, credit reports, executed legal services contracts, automated
clearing house ("ACH") contracts, executed installment contracts, account balances, debts in dispute,
payment history, file status, settlements, debt invalidations and/or any other information created,
managed and stored electronically utilizing DebtPayPro, a Forth, Inc. ("DPP") software program's
software license, key or account, that was opened and is maintained and controlled by LPG;
OakStone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG; Maverick; Vulcan; Coast
Processing; SCS; Prime Logix; Tony Diab; Rosa Loli; Lisa Cohen; Eng Tang; Maria Eeya Tan; Jake
Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, Jummi Chhor; Dongliang Jiang; and/or any
other alias', agents or corporate entities affiliated with same (the "DPP Data");

2. All administrative usernames and passwords that give the Trustee access to any DPP
account held, maintained or controlled by LPG; OakStone; Greyson; Gallant; Phoenix; LGS Holdco.,
LLC; CLG; Maverick; Vulcan; SCS; Coast Processing; Prime Logix; Tony Diab; Rosa Loli; Lisa
Cohen; Eng Tang; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie,
Jummi Chhor; Dongliang Jiang; and/or any other alias', agents or corporate entities affiliated with
same;

3. All Client files, including but not limited to names, contact information, client file
management, communications, account information, letters, pleadings, communications, payment
history, financial account information, credit reports, executed legal services contracts, ACH
contracts, executed installment contracts, account balances, debts in dispute, payment history, file
status, settlements, debt invalidations and/or any other information created, managed and stored
electronically utilizing proprietary software program "LUNA" hosted on Amazon Web Services
("AWS") and located at the current domain "lunapp.com" that is maintained and controlled by LPG;
OakStone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG; Maverick; Vulcan; SCS; Coast
Processing; Prime Logix; Tony Diab; Rosa Loli; Lisa Cohen; Eng Tang; Maria Eeya Tan; Jake
Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, Jummi Chhor; Dongliang Jiang; and/or any
other alias', agents or corporate entities affiliated with same (the "Luna Data");

4. All administrative usernames and passwords that give the Trustee access to any AWS
account where Luna, its software program, databases and client information is held, stored and hosted

2

that is maintained or controlled by LPG; OakStone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG; Maverick; SCS; Vulcan; Coast Processing; Prime Logix; Tony Diab; Rosa Loli; Lisa Cohen; Eng Tang; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, Jummi Chhor; Dongliang Jiang; and/or any other alias', agents or corporate entities affiliated with same;

5. All ACH files related to Client information, details, accounts, history of electronic fund transfers ("EFT"), payments, amounts held, interest on held amounts, penalty fees, nonsufficient fund fees or other ACH related charges to the Clients stored electronically or in hard copy associated with ACH processing service providers and/or affiliated financial institutions, including but not limited to EPPS; EquiPay, LLC ("EquiPay"); Merit Fund, LLC ("Merit Fund"); Authorize.net a subsidiary of Visa, Inc. ("Authorize.net"); World Global; OptimumBank Holdings, Inc. dba Optimum Bank ("Optimum Bank"); BankUnited, Inc. ("BankUnited"); Marich Bein, LLC ("Marich Bein"); Revolv3, Inc. ("Revolv3"); Fidelity National Information Services, Inc. dba FIS , including but not limited to its subsidiaries Worldpay, Inc., Worldpay Group or any other subsidiaries providing ACH processing services ("FIS"); Guardian Processing, LLC ("Guardian"); and/or any entity associated with the ACH identification transaction "LPG 949-226-6262 #5 2363 RT 9 TOMS RIVER NJ 0875" or any such substantially similar ACH identification transaction (hereinafter the "ACH Data");

6. All files, information, reports, spreadsheets, account numbers, routing numbers, and databases related to transfer of funds out of any account opened, maintained and controlled by LPG; OakStone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG; Maverick; SCS; Vulcan; Coast Processing; Prime Logix; Tony Diab; Rosa Loli; Lisa Cohen; Eng Tang; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, Jummi Chhor; Dongliang Jiang; and/or any other alias', agents or corporate entities affiliated with same that were processed and executed by ACH processing service providers and/or their affiliated financial institutions, including but not limited to EPPS; EquiPay; Merit Fund; Authorize.net; World Global; Optimum Bank; BankUnited; Marich Bein; Revolv3; FIS; Guardian; and/or any entity associated with the ACH identification transaction "LPG 949-226-6262 #5 2363 RT 9 TOMS RIVER NJ 0875" or any such substantially similar ACH identification transaction (hereinafter the "ACH Transfer Data");

3

7. All administrative usernames and passwords that give the Trustee access to any ACH processing accounts, software, database or other program at ACH processing service providers and/or affiliated financial institutions, including but not limited to EPPS; EquiPay; Merit Fund; Authorize.net; World Global; Optimum Bank; BankUnited; Marich Bein; Revolv3; FIS; Guardian; and/or any entity associated with the ACH identification transaction "LPG 949-226-6262 #5 2363 RT 9 TOMS RIVER NJ 0875" or any such substantially similar ACH identification transaction used to upload or input Client information, initiate Client ACH EFTs, transfer Client ACH funds to outside financial institutions or otherwise manage any account opened, maintained and controlled by LPG; OakStone; Greyson; Phoenix; LGS Holdco., LLC; CLG; SCS; Vulcan; Coast Processing; Prime Logix; Tony Diab; Rosa Loli; Lisa Cohen; Eng Tang; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, Jummi Chhor; Dongliang Jiang; and/or any other alias', agents or corporate entities affiliated with same;

8. All accounting records, files, data and information for LPG; OakStone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG; SCS; Vulcan; Coast Processing; and Prime Logix stored on NetSuite, Quickbooks and Microsoft SharePoint, G-Suite or other permanent or cloud based systems (hereinafter the "Accounting Data");

9. All contracts, records, reports, information, data and details regarding the transfer or sale of any Client files or future Client ACH payments to any other law firm, organization, corporate entity, person(s), or investment group (otherwise known as factoring companies) by LPG; OakStone; Greyson; Phoenix; LGS Holdco., LLC; and/or CLG (hereinafter the "Client Transfer-Out Data");

10. All contracts, records, reports, information, data, cost basis, payment information and details regarding the transfer or receipt of any Client files or future Client ACH payments from any other law firm, organization, corporate entity, person(s), investment or marketing group (otherwise known as capping companies) to LPG; OakStone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; Maverick; and/or CLG (hereinafter the "Client Transfer-In Data");

11. All information, data, tables, spreadsheets and reports regarding Client information stored on Formgrid, Inc. dba Airtable's ("Airtable") cloud based data management system used by LPG;

4

82

1  OakStone; Greyson; Phoenix; LGS Holdco., LLC; and/or CLG to manage the aforementioned

2  information (hereinafter the "Airtable Data"); and

3      12. All administrative usernames and passwords that give the Trustee access to any Airtable

4  account opened, maintained or controlled by LPG; OakStone; Greyson, Phoenix; LGS Holdco., LLC;

5  Maverick; and/or CLG; and

6      13. All email accounts related to LPG; OakStone; Greyson; Gallant; Phoenix; LGS Holdco.,

7  LLC; and/or CLG stored maintained and/or hosted on Office 365, g-suite or any other email server,

8  whether physical or cloud based servers (hereinafter "Email Data").

9    **B. ESTATE FUNDS**

10     Within five (5) calendar days from the date of this order or notice thereof, whichever is later,

11  the following shall be turned over to the Trustee by Debtor:

12     1. All post-petition Client ACH payments processed and received by LPG; OakStone;

13  Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG; Maverick; SCS; Vulcan; Coast Processing;

14  Prime Logix; Tony Diab; Rosa Loli; Lisa Cohen; Eng Tang; Maria Eeya Tan; Jake Akers; Jayde

15  Trinh; Wes Thomas; Scott James; Eadie, Jummi Chhor; Dongliang Jiang; and/or any other alias',

16  agents or corporate entities affiliated with same related to LPG Clients who entered into a Legal

17  Services Agreement pre-petition and who have received the services provided in the contract;

18     2. The $6,308,702.72 million dollars in post-petition ACH EFTs processed through LPG's

19  Revolv3, Inc. merchant account from March 2023 to the present, including any amounts that have

20  been transferred, wired or otherwise withdrawn from LPG's Revolv3, Inc. merchant account to

21  OakStone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG; Maverick; SCS; Vulcan; Coast

22  Processing; Prime Logix; Tony Diab; Rosa Loli; Lisa Cohen; Eng Tang; Maria Eeya Tan; Jake

23  Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, Jummi Chhor; Dongliang Jiang; and/or any

24  other alias', agents or corporate entities affiliated with same;

25    **TEMPORARY RESTRAINING ORDER**

26     From the date of this **ORDER** through and including, June 12, 2023, or as further Ordered

27  by this Court:

28

5

83

1    **1. Control Over ACH Transfers:** All covered entities and individuals (defined below) are

2    hereby enjoined and shall not interfere with any ACH electronic funds transfer being executed

3    pursuant to documents authorizing such transfers to be executed in favor of LPG as follows:

4         a) Covered Entities and Individuals: The following entities and individuals, and

5    anyone acting on their behalf: LPG; OakStone; Greyson; Gallant; Phoenix; LGS Holdco., LLC;

6    CLG; Maverick; Vulcan; Coast Processing; Prime Logix; SCS; Tony Diab; Rosa Loli; Lisa Cohen;

7    Eng Tang; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, Jummi

8    Chhor; Dongliang Jiang; and/or any other alias', agents or corporate entities affiliated with same

9    shall, absent further order from this Court:

10         i) Enjoined Conduct re ACH Instructions: No covered entity or individual

11    shall initiate, cause to be initiated, or instruct any company or person that processes ACH transfers

12    and/or their affiliated financial institutions, including EPPS; EquiPay; Merit Fund; Authorize.net;

13    World Global; Optimum Bank; BankUnited; Marich Bein; Revolv3; FIS; Guardian; and/or any entity

14    associated with the ACH identification transaction "LPG 949-226-6262 #5 2363 RT 9 TOMS RIVER

15    NJ 0875" or any such substantially similar ACH identification transaction, to execute any ACH EFT

16    on any file, financial institution, or current or former client of LPG, to or for the benefit of LPG,

17    including but not limited to OakStone; Greyson; Phoenix; CLG; Prime Logix; SCS; Maverick;

18    and/or Vulcan, without the express authorization of Trustee;

19         ii) Enjoined Conduct re Bank Accounts: No covered entity or individual shall

20    open, or cause to be opened, any account, whether business or personal, that can receive or send

21    money or anything of value, at any company including banking, financial, or similar institutions

22    and/or receive, directly or indirectly, any funds drawn from ACH electronic fund transfers;

23        **2. Execution of ACH Transfer**: All covered entities and individuals (defined below) are

24    hereby enjoined and prohibited from interfering with any ACH electronic funds transfer being

25    executed pursuant to documents authorizing such transfers to be executed in favor of LPG as follows:

26         a) Covered Entities and Individuals: All companies capable of processing ACH

27    electronic funds transfers, including EPPS; EquiPay; Merit Fund; Authorize.net; World Global;

28    Optimum Bank; BankUnited; Marich Bein; Revolv3; FIS; Guardian; and/or any entity associated

with the ACH identification transaction "LPG 949-226-6262 #5 2363 RT 9 TOMS RIVER NJ 0875"
or any such substantially similar ACH identification transaction are enjoined absent further order of
this court, from:

i) <u>Enjoined Conduct re ACH Transfers</u>: No covered entity or individual shall
transfer, wire, divert or otherwise permit the withdraw any funds received from any ACH electronic
funds transfer on any client file, financial institution, or current or former client of LPG, to or for the
benefit of LPG or any or more of its alleged assignees or transferees, including but not limited to
OakStone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG and/or Maverick to any financial
account maintained, owned or controlled by Vulcan; Coast Processing; Prime Logix; SCS; Tony
Diab; Rosa Loli; Lisa Cohen; Eng Tang; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas;
Scott James; Eadie, Jummi Chhor; Dongliang Jiang; and/or any other alias', agents or corporate
entities affiliated with same. All ACH funds held by any covered entity or individual shall be held in
trust until such time as written authorization and instruction is provided by Trustee;

ii) <u>Injunction Mandating Turnover to Trustee</u>: all covered entities and
individuals shall hold in trust any and all funds, receipts, and transfers related to any account, file, or
current or former client of LPG; OakStone; Greyson; Phoenix; LGS Holdco., LLC; CLG; Maverick;
Vulcan; Coast Processing; Prime Logix; SCS; Tony Diab; Rosa Loli; Lisa Cohen; Eng Tang; Maria
Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, Jummi Chhor; Dongliang
Jiang; and/or other alias', agents or corporate entities affiliated with same until expressly directed to
release, wire or transfer such funds by the Trustee and to a bank account whose information shall be
provided with any such request; and, shall upon request by the Trustee provide an accounting of any
and all such funds held in trust to the Trustee upon written request within 10 days of said request;

3. LPG; OakStone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG; SCS; Vulcan;
Coast Processing; Prime Logix; SCS; Tony Diab; Rosa Loli; Lisa Cohen; Eng Tang; Maria Eeya
Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, Jummi Chhor; Dongliang Jiang;
and/or any other alias', agents or corporate entities affiliated with same are hereby enjoined and shall
not incur, take out or pledge any receivables of LPG; OakStone; Greyson; Gallant; Phoenix; Prime
Logix; SCS; Maverick; and/or CLG without seeking leave of court;

7

85

4. Any and all funds held at Bank of America on behalf of Prime Logix and/or Vulcan, including but not limited to account Nos. ending in xxx951 and xxx9021 and/or any other financial accounts having received funds originating from LPG; OakStone; Greyson; Gallant; Phoenix; LGS HoldCo., LLC; CLG; and/or Maverick shall be held in trust and shall not be with withdrawn, wired, drawn against, moved, or otherwise transferred without the express consent of the Trustee in writing and to a financial account identified by the Trustee at the time the authorization is provided.

## **LOCKOUT ORDER**

From the date of this **ORDER**:

1. All persons identified below are enjoined and shall not access or attempt to gain access whether physically, remotely, electronically, or virtually to the following locations associated with LPG; OakStone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG; Maverick; Vulcan; Coast Processing; Prime Logix; SCS; Tony Diab; Rosa Loli; Lisa Cohen; Eng Tang; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott James; Eadie, Jummi Chhor; Dongliang Jiang; and/or any other alias', agents or corporate entities affiliated with same: a) 3343 Michelson Drive, Suite 400, Irvine, California 92612; b) 17542 17th St Suite 100, Tustin, California 92780; b) Luna's domain located on AWS; c) DPP Data or accounts; d) Accounting Data and/or accounts on NetSuite, Quickbooks and Microsoft SharePoint, G-Suite or other permanent or cloud based systems; e) ACH processing accounts, whether individual, merchant or business, held at any ACH processing or affiliated financial institution, including but not limited to EPPS; EquiPay; Merit Fund; Authorize.net; World Global; Optimum Bank; BankUnited; Marich Bein; Revolv3; FIS; Guardian; and/or any entity associated with the ACH identification transaction "LPG 949-226-6262 #5 2363 RT 9 TOMS RIVER NJ 0875" or any such substantially similar ACH identification transaction; f) Vulcan and/or PrimeLogix' financial accounts at Bank of America, including but not limited to Account Nos. ending in xxx951 and xxx9021; and g) the Email Data, as follows:

i) Tony Diab;

ii) Rosa Loli aka Rosa Bianca Loli aka Bianca Loli;

iii) Lisa Cohen;

iv) Daniel March;

8

86

v) Eng Taing;

vi) Maria Eeya Tan;

vii) Jake Akers;

viii) Han Trinh;

ix) Jayde Trinh;

x) Wes Thomas;

xi) William Taylor "Ty" Carss;

x) Scott James Eadie;

xi) Jimmy Chhor;

xii) Brad Lee; and

xiii) Dongliang Jiang.

## ORDER TO RE-DIRECT MAIL

From the date of this **ORDER**:

1. Trustee is hereby authorized to instruct the United States Postal Service to re-direct any and all mail processed by the United States Postal Service Directed to: a) LPG, 17542 17th St Suite 100, Tustin, California 92780; b) OakStone, 888 Prospect Street, Suite 200 La Jolla, California 92037; c) Phoenix, 3343 Michelson Drive, Suite 400, Irvine, California 92612; d) Prime Logix, 3343 Michelson Drive, Suite 400, Irvine, California 92612; e) CLG, PO Box 412 Elmsford, NY 10523; f) Greyson, 3343 Michelson Drive, Suite 400, Irvine, California 92612; and/or any other address associated with such entities, shall be forwarded and re-directed to an address provided by the Trustee until such time as ordered by the Court.

## ORDER TO SHOW CAUSE RE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE AND LIMITED EXAMINATION

Tony Diab, Lisa Cohen, Rosa Loli, Daniel March, and William Taylor "Ty" Carss are hereby ordered, provided that the summons and complaint in this adversarial proceeding captioned above have been served upon said individuals, to appear on **Monday, June 12, 2023, at 1:30 pm** in Courtroom 5C of the above captioned court located at 411 W. Fourth Street Santa Ana, California 92701:

9

87

1     1. For an order to show cause regarding why a preliminary injunction should not issue

2 regarding the Court's forgoing Temporary Restraining Order; and

3     2. To sit for a limited examination before the Court regarding the $6,308,702.72 million

4 dollars in ACH EFTs processed through Revolv3, Inc. from March 2023 to the present, and other

5 ACH ETFs processed post-petition through EPPS; EquiPay; Merit Fund; Authorize.net; World

6 Global; Optimum Bank; BankUnited; Marich Bein; Revolv3; FIS; Guardian; and/or any entity

7 associated with LPG and or the ACH identification transaction "LPG 949-226-6262 #5 2363 RT 9

8 TOMS RIVER NJ 0875" or any such substantially similar ACH identification transaction; or any

9 other ACH process company LPG; OakStone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG;

10 Maverick; Vulcan; Coast Processing; Prime Logix; SCS; or any ACH EFTs known to Tony Diab;

11 Rosa Loli; Lisa Cohen; Eng Tang; Maria Eeya Tan; Jake Akers; Jayde Trinh; Wes Thomas; Scott

12 James; Eadie, Jummi Chhor; Dongliang Jiang relating in any way to LPG or current or former

13 customers of LPG; and/or any other alias', agents or corporate entities affiliated with same have used,

14 initiated ACH EFTs, opened an account with or maintained since March 20, 2023.

15              **NOTICE TO LPG CLIENTS**

16     Trustee is hereby authorized to provide notice to any and all LPG clients, including those

17 transferred and/or assigned to OakStone; Greyson; Gallant; Phoenix; LGS Holdco., LLC; CLG;

18 and/or Maeverick regarding: i) LPG's Bankruptcy filing; ii) pending evaluation of their file; and iii)

19 status prior to assuming or rejecting their contract in substantially the same form of notice attached

20 to this Order as Exhibit 1.

21                 # # #

24 Date: 5/26/23

Honorable Scott C. Clarkson
United States Bankruptcy Judge

Exhibit 1

[Client Name]
   [Date]
[Address Line 1]
[Address Line 2]
[Address Line 3]
Tel:
Email:


**RE: STATUS REGARDING YOUR MATTER WITH THE
LITIGATION PRACTICE GROUP**

Dear [Name],

Please be advised that on May 20, 2023, The Litigation Practice Group
("LPG") filed for protection under Chapter 11 of the Bankruptcy Code. On May 8,
2023, the United States Bankruptcy Court—Central District of California, Case No.
8:23-bk-10571, appointed Richard Marshack, Esq. as the duly appointed Chapter
11 Trustee to oversee the administration of LPG's Bankruptcy matter. See Docket
No. 65.

Subsequently, the United States Bankruptcy Court authorized Trustee to obtain
information in order to review and evaluate the status of your file at LPG and/or
any other debt relief law firm your file may have been transferred or assigned to at
or around the time LPG filed for Bankruptcy, including but not limited to OakStone
Legal Group, P.C.; Greyson Law, P.C.; Gallant Law Group; Phoenix Law Group,
P.C.; LGS Holdco., LLC; Consumer Legal Group, P.C and/or Maverick
Management, LLC.

Over the coming weeks, Trustee Richard Marshack will provide status of
your file and continuation of legal services pursuant to the Legal Services
Agreement with LPG.

We greatly appreciate your patience and cooperation while we work on your
behalf.

Sincerely,


[Signatory name]

11

89

1 | Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
2 | Jeremy B. Freedman (State Bar No. 308752)
**DINSMORE & SHOHL LLP**
3 | 655 West Broadway, Suite 800
San Diego, CA 92101
4 | Telephone: 619.400.0500
Facsimile: 619.400.0501
5 | christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com
6 | jeremy.freedman@dinsmore.com

7 | Proposed Special Counsel to Richard A. Marshack



FILED

MAY 25 2023

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

8

9 |             **UNITED STATES BANKRUPTCY COURT**

10 |      **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

11

12 | In re:                                | Case No.: 8:23-bk-10571-SC

13 | THE LITIGATION PRACTICE GROUP P.C.,   | Adv. Proc. No.

14 |        Debtor.                        | Chapter 11

15 | RICHARD A. MARSHACK,                  | **MEMORANDUM OF POINTS AND**
                                          | **AUTHORITIES IN SUPPORT OF**
16 | Chapter 11 Trustee,                   | **TRUSTEE, RICHARD A. MARSHACK'S**
                                          | **MOTION FOR PERMISSION TO FILE**
17 |        Plaintiff,                     | **OMNIBUS EMERGENCY MOTION**
                                          | **AFTER SERVICE OF COURTESY COPY**
18 |        v.                             | **AND AFTER HEARING, AND UNDER**
                                          | **SEAL**
19 | TONY DIAB, an individual; DANIEL S.
MARCH, an individual; ROSA BIANCA LOLI, | Date: May 26, 2023
20 | an individual; LISA COHEN, an individual; | Time: **T.B.D. By Clerk of Court**
WILLIAM TAYLOR CARSS, an individual;   | Judge: Hon. Scott C. Clarkson
21 | ENG TANG, an individual; MARIA EEYA TAN, | Place: Courtroom 5C
an individual; JAKE AKERS, an individual; HAN |        411 W. Fourth Street
22 | TRINH, an individual; JAYDE TRINH, an  |        Santa Ana, CA 92701
individual; WES THOMAS, an individual;
23 | SCOTT JAMES EADIE, an individual; JIMMY
CHHOR, an individual; DONGLIANG JIANG,
24 | an individual; OAKSTONE LAW GROUP PC;
GREYSON LAW CENTER PC; PHOENIX
25 | LAW GROUP, INC.; MAVERICK
MANAGEMENT, LLC; LGS HOLDCO, LLC;
26 | CONSUMER LEGAL GROUP, P.C.; VULCAN
CONSULTING GROUP LLC; B.A.T. INC. d/b/a
27 | COAST PROCESSING; PRIME LOGIX, LLC;
TERACEL BLOCKCHAIN FUND II LLC;
28 | EPPS; EQUIPAY; AUTHORIZE.NET; WORLD
GLOBAL; OPTIMUMBANK HOLDINGS, INC.; |

# EXHIBIT E

90

1 d/b/a OPTIMUM BANK; MARICH BEIN, LLC;
  BANKUNITED, N.A.; REVOLV3, INC.;
2 FIDELITY NATIONAL INFORMATION
  SERVICES, INC. d/b/a FIS; WORLDPAY, INC.;
3 WORLDPAY GROUP; MERIT FUND, LLC;
  GUARDIAN PROCESSING, LLC; THE
4 UNITED STATES POSTAL SERVICE; and
  DOES 1 through 100, inclusive,

5
                      Defendants.
6

7

8                **MEMORANDUM OF POINTS AND AUTHORITIES**

9        Richard A. Marshack ("Trustee" or "Plaintiff"), the Court-appointed Chapter 11 Trustee in

10 the Chapter 11 Bankruptcy Case No. 8:23-bk-10571-SC and Plaintiff in the as yet to be filed

11 Adversary Case No. 1 which will be appended to the OMNIBUS EMERGENCY MOTION FOR: 1)

12 TURNOVER OF ESTATE PROPERTY AND RECORDED INFORMATION PURSUANT TO 11

13 U.S.C. § 542; 2) PRELIMINARY INJUNCTION; 3) LOCK-OUT; 4) RE-DIRECTION OF UNITED

14 STATES PARCEL SERVICES MAIL; AND 5) ISSUANCE OF ORDER TO SHOW CAUSE RE

15 COMPLIANCE WITH COURT ORDER; AND [PROPOSED] ORDER THEREON ("Omnibus

16 Emergency Motion"), hereby respectfully submits EMERGENCY MOTION FOR PERMISSION

17 TO FILE OMNIBUS EMERGENCY MOTION AFTER SERVICE OF COURT'S COURTESY

18 COPY AND AFTER HEARING, AND UNDER SEAL ("Seal Motion"), pursuant to Local Rule

19 5003-2(c) and 11 U.S.C. § 107, to prevent filed copies of the within Motion from appearing on the

20 docket until such relief, if any be granted by the Court, can be effected.

21                        **I. INTRODUCTION.**

22        This Seal Motion is made on the grounds that the facts alleged and relief requested in the

23 Omnibus Motion for Turnover of Bankruptcy Property contain confidential research as it pertains to

24 claims the Trustee is investigating, analyzing and pursuing as to third parties who may be liable to

25 the bankruptcy estate for losses, damages, or other forms of harm. It is critical that the work performed

26 by Dinsmore & Shohl LLP ("Dinsmore") on these matters, including on the assessment of various

27 potential claims and litigation strategies, remains confidential. Were such information to be disclosed

28 publicly, it could materially disadvantage the bankruptcy estate and the Trustee's efforts to secure the

91

1 | maximum recovery. Accordingly, the Trustee requests permission to file under seal his Omnibus
2 | Emergency Motion.

3 | ## II. DISCUSSION.

4 | Local Rule 5003-2(c) provides, "[s]ubject to 11 U.S.C. § 107, a document may not be filed
5 | under seal without a prior written order of the court." "On request of a party in interest, the bankruptcy
6 | court ***shall***… protect an entity with respect to a trade secret or ***confidential research***, development,
7 | or commercial information." 11 USC § 107(b)(1).

8 | "A party seeking to seal a judicial record then bears the burden… by meeting the compelling
9 | reasons standard. That is, the party must articulate compelling reasons supported by specific factual
10 | findings… that outweigh the general history of access and the public policies favoring disclosure…"
11 | *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006). "Relevant factors
12 | include the public interest in understanding the judicial process and whether disclosure of the material
13 | could result in improper use of the material for scandalous or libelous purposes or infringement upon
14 | trade secrets." *Id*. at 679, n.6 (internal citations and quotations omitted). "In general, compelling
15 | reasons sufficient to outweigh the public's interest in disclosure and justify sealing court records exist
16 | when such court files might have become a vehicle for improper purposes, such as the use of records
17 | to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets."
18 | *Kamakana*, 447 F.3d at 1179 (internal citations and quotations omitted).

19 | Here, compelling reasons exist to prevent the public disclosure of the Trustee's Omnibus
20 | Motion. The Trustee's Omnibus Motion reveals the Trustee's confidential research and investigation
21 | into the Debtor's conduct and transactions, and includes information concerning the potential claims,
22 | defenses, and litigation strategies. Specifically, the information contained in the Omnibus Motion
23 | reveals the Trustee's strategies to regain assets which appear to have been fraudulently transferred
24 | from the bankruptcy estate. The information would alert the Debtor of the Trustee's investigation and
25 | allow the Debtor to thwart the Trustee's efforts by diverting further assets from the Bankruptcy estate
26 | into other entities. Further, the Omnibus Emergency Motion contains confidential research and
27 | reveals the Trustee's strategy throughout its entirety, not just in portions, therefore the Trustee
28 | requests the Court's permission to file the Omnibus Emergency Motion under seal in its entirety.

1      The Omnibus Emergency Motion relies on confidential information obtained from the factual

2 investigation conducted by Trustee's counsel. For example, Trustee's general counsel, Ed Hays

3 caught the Debtor's person most knowledgeable concerning LPG's dealings with vendors, Tony Diab

4 ("Diab"), in an outright lie regarding his access to LPG's merchant portal and confirming that in

5 excess of $6,000,000 dollars have been diverted from Debtor in the post-petition period. (Declaration

6 of Trustee Richard Marshack in Support of Omnibus Emergency Motion "Marshack Decl." at ¶¶ 6-

7 7.)

8      Exigent circumstances exist to grant the requested relief. It is anticipated that Diab by and

9 through the entities he controls will continue to initiate ACH transfers of client funds – to which LPG

10 is entitled – including for the bulk of LPG's prior clients on June 1, 2023, which is expected to exceed

11 $1 million dollars. Without an order granting the requested injunctive relief, Mr. Diab would again

12 have the ability to transfer such funds to other corporate entities he controls, including Vulcan

13 Consulting, Maverick Management, LLC, Prime Logix, LLC among many others under his control.

14 (Marshack Decl, at ¶ 15.)

15      As such, property of Debtor's Estate as set forth in the Omnibus Emergency Motion and

16 proposed order, is at great risk of further dissipation, loss, destruction, and fraudulent transfer.

17 (Marshack Decl, at ¶ 16.) In fact, it has been brought to the Trustee's attention that Diab is in the

18 process of creating new corporate entities in furtherance of his attempts to transfer property in which

19 Debtor has an interest as part of his deliberate efforts to hinder, delay, and defraud LPG's creditors.

20 (*Id.*)

21      The Omnibus Emergency Motion, if not filed under seal, would give Diab notice of the

22 Trustee's strategy and would give Diab an opportunity to transfer the property into other entities

23 which have not yet been discovered by the Trustee. Therefore, the Trustee respectfully requests the

24 Omnibus Emergency Motion be filed under seal in order to allow the Trustee to stop the dissipation

25 of property.

26 */ / /*

27 */ / /*

28 */ / /*

93

## III. CONCLUSION.

For the foregoing reasons, the Trustee requests permission to file his Omnibus Emergency after service of Court's courtesy copy and after hearing, and under seal. The Trustee further requests this Court hold an emergency hearing without notice to grant restraining orders to protect the status quo and prevent further dissipation of estate property.

Dated: May 25, 2023

Respectfully submitted,

DINSMORE & SHOHL LLP

By: /s/ Christopher B. Ghio
    Christopher B. Ghio
    Christopher Celentino
    Proposed Special Counsel to
    Richard A. Marshack

94

FILED & ENTERED

MAY 26 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP, P.C.<br><br><br><br><br><br><br><br>                           Debtor(s). | Misc. Case No.: 8:23-mp-00102-SC<br>Ch 11 Case No. 8:23-bk-10571-SC<br><br>CHAPTER 11<br><br>**ORDER GRANTING MOTION TO SEAL**<br><br>Date:        May 25, 2023<br>Time:        4:00 p.m.<br>Courtroom:   5C |

    Upon consideration of the Motion to Seal filed by Chapter 11 Trustee Richard Marshack on May 25, 2023, and for good cause shown, it is hereby ORDERED as follows:

    1.  The Motion to Seal is GRANTED pursuant to 11 U.S.C. Section 107.

    2.  The following documents shall be sealed and restricted from public access:

        a.  Motion to Seal

# EXHIBIT F

-1-

95

b. Trustee, Richard Marshack's Omnibus Emergency Motion for: (1)
   Turnover of Estate Property and Recorded Information Pursuant to
   11 U.S.C. §542; (2) Preliminary Injunction; (3) Lock-out; (4) Re-
   direction of United States Parcel Services Mail; (5) Order to Show
   Cause re: Compliance with Court Order; (6) Other Relief as
   Necessary to the Efficient Administration of this Matter.

c. Declaration of Russ Squires

d. Declaration of Darius Newbold

e. Declaration of Richard Marshack

f. Declaration of Christopher Ghio

g. Related Adversary Complaint

3. The Clerk of Court is directed to implement appropriate measures to
   restrict public access to the sealed documents listed in paragraph 2, in
   accordance with the Court's procedures and applicable laws and
   regulations.

4. Parties to this case, their respective attorneys, and any other individuals
   who have access to the sealed documents shall maintain the
   confidentiality of the sealed documents and shall not disclose their
   contents or any information contained therein, except as otherwise
   required by law or with the express permission of the Court.

5. This Order shall remain in effect until further order of the Court.

   **IT IS SO ORDERED.**

Date: May 26, 2023

Scott C. Clarkson
United States Bankruptcy Judge



1        UNITED STATES BANKRUPTCY COURT

2        CENTRAL DISTRICT OF CALIFORNIA

3        --oOo--

4  In Re:                        ) Case No. 8:23-bk-10571-SC
                                 )

5  THE LITIGATION PRACTICE GROUP ) Chapter 11
   P.C.,                             )

6                                    ) Santa Ana, California
          Debtor.            ) Monday, June 12, 2023

7  _____ ) 1:30 p.m.
                                  )

8  MARSHACK,                     ) Adv. No. 8:23-ap-01046-SC
                                  )

9          Plaintiff,          )
                                  )

10     vs.                           )
                                  )

11 DIAB, ET AL.,                )
                                  )

12         Defendants.         )

13 _____ )

14                           HEARING RE: PRELIMINARY
                          INJUNCTION

15

16                           STATUS CONFERENCE HEARING RE:
                          (1) CASE MANAGEMENT CONFERENCE
                          AND (2) REQUIRING STATUS

17                           REPORT

18                 TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE SCOTT CLARKSON

19              UNITED STATES BANKRUPTCY JUDGE

20

21

22

23

24

25 Proceedings recorded by electronic sound recording;
    transcript produced by transcription service.

*Briggs Reporting Company, Inc.*

# EXHIBIT G

33

1 law firm which has 48 confirmed clients and there is some

2 dispute as to whether or not those clients ever were in the

3 LPG, Oakstone, Gallant, Phoenix system or not.  Those 48

4 clients with an expected monthly ACH pull of roughly $15,000

5 are clients of a law firm that has a payroll -- according to

6 that law firm's director of human resources, they have a

7 payroll -- assuming the hourly employees only work one hour

8 a year, the payroll is $5.67 million a year or 565,000 a

9 month.

10          So in the last few weeks, the direction was given

11 to pull the LPG client money, and then the direction was

12 given for that money to go to Prime Logix or Maverick.  And

13 that money was used at those locations to either compensate

14 personnel at Greyson and/or personnel at Phoenix and/or a

15 series of other purposes that were detailed to the to the

16 Court.  The point of course being no rational person would

17 run a law firm at a $5-million annual human resources cost

18 with a current revenue of 15,000 a month and continue to

19 have the pulls come from the Chapter 11 Debtors' account on

20 behalf of Chapter 11 Debtor clients.  He wouldn't be

21 operating that law firm legitimately.

22          It does not appear -- and this is one thing I want

23 to credit the folks that are appearing on behalf of Greyson.

24 We are going to want to modify -- the trustee is going to

25 want to amend its complaint.  It does not appear that

34

1  Greyson is an alter ego. I'll take it at face value that

2  it's not, and that the two parties that founded it decided

3  to found it just for the purpose of siphoning the money from

4  LPG, not as an alter ego of LPG, but as an attempt to

5  destroy LPG and/or Phoenix.

6          So I believe, your Honor, the point here is I'm

7  happy, very happy to have Greyson, to the extent that the

8  services they're providing are being provided legally, take

9  their 48 clients and pay back the hundreds of thousands of

10  dollars of LPG money that has been utilized by them to pay

11  their employees.

12          Now, you're going to hear from Greyson, that

13  they're upset at the trustee because they had a payroll that

14  they were hoping that would go out on June 2nd, and they had

15  a payroll they were hoping would go out this Friday. And

16  you can explain to them as much as I have explained to them,

17  your order doesn't put the trustee in charge. The order

18  enjoins the use of the money. But the notion that they're

19  upset that their attempt to take that money, regardless of

20  who authorized them to do so, from LPG clients for the

21  purposes of paying the expenses of a myriad of employees.

22  You can see in Mr. Plazak's papers, there are a myriad of

23  employees that work there that they were hoping LPGs

24  authorization would pay.

25          So when we get to what the injunction should look

*Briggs Reporting Company, Inc.*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10524 W. Pico Blvd., Ste. 212, Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION OF HAN TRINH FOR AN ORDER GRANTING ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM, PURSUANT TO 11 U.S.C. §503(b)(1)(A)(i); HAN TRINH DECLARATION W/EXHS., PHUONG (AKA JAYDE) TRINH DECLARATION, KATHLEEN P. MARCH, ESQ DECLARATION W/EXHS.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___11/17/23___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See next page

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) ___11/17/23___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Litigation Practice Group P.C.
17542 17th St
Suite 100
Tustin, CA 92780

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___11/17/23___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott Clarkson
United States Bankruptcy Court
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/17/23 | Kathleen P. March | /s/ Kathleen P. March |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**
100

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Eric Bensamochan**     eric@eblawfirm.us, G63723@notify.cincompass.com
- **Peter W Bowie**     peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- **Ronald K Brown**     ron@rkbrownlaw.com
- **Christopher Celentino**     christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Shawn M Christianson**     cmcintire@buchalter.com, schristianson@buchalter.com
- **Randall Baldwin Clark**     rbc@randallbclark.com
- **Leslie A Cohen**     leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Aaron E. DE Leest**     adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com
- **Jenny L Doling**     jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- **Daniel A Edelman**     dedelman@edcombs.com, courtecl@edcombs.com
- **William P Fennell**     william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com
- **Christopher Ghio**     christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- **Eric D Goldberg**     eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Jeffrey I Golden**     jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **Richard H Golubow**     rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **David M Goodrich**     dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- **D Edward Hays**     ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Alan Craig Hochheiser**     ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Garrick A Hollander**     ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Richard L. Hyde**     richard@amintalati.com
- **Razmig Izakelian**     razmigizakelian@quinnemanuel.com
- **Joon M Khang**     joon@khanglaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- **Ira David Kharasch**    ikharasch@pszjlaw.com
- **Meredith King**    mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **Nicholas A Koffroth**    nkoffroth@foxrothschild.com, khoang@foxrothschild.com
- **David S Kupetz**    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Christopher J Langley**    chris@slclawoffice.com,
  omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com
- **Matthew A Lesnick**    matt@lesnickprince.com,
  matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Daniel A Lev**    daniel.lev@gmlaw.com,
  cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Britteny Leyva**    bleyva@mayerbrown.com,
  2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com
- **Michael D Lieberman**    mlieberman@lipsonneilson.com
- **Yosina M Lissebeck**    Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- **Mitchell B Ludwig**    mbl@kpclegal.com, kad@kpclegal.com
- **Daniel S March**    marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **Kathleen P March**    kmarch@bkylawfirm.com,
  kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Richard A Marshack (TR)**    pkraus@marshackhays.com,
  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Laila Masud**    lmasud@marshackhays.com,
  lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **Byron Z Moldo**    bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com
- **Glenn D. Moses**    gmoses@venable.com,
  cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com
- **Alan I Nahmias**    anahmias@mbn.law, jdale@mbn.law
- **Victoria Newmark**    vnewmark@pszjlaw.com
- **Queenie K Ng**    queenie.k.ng@usdoj.gov
- **Keith C Owens**    kowens@foxrothschild.com, khoang@foxrothschild.com
- **Lisa Patel**    lpatel@lesnickprince.com,
  jmack@lesnickprince.com;jnavarro@lesnickprince.com
- **Michael R Pinkston**    rpinkston@seyfarth.com,
  jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,
  bankruptcydocket@seyfarth.com
- **Douglas A Plazak**    dplazak@rhlaw.com
- **Daniel H Reiss**    dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Gregory M Salvato**    gsalvato@salvatoboufadel.com,
  calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

- **Olivia Scott**    olivia.scott3@bclplaw.com
- **Jonathan Serrano**    jonathan.serrano@dinsmore.com
- **Paul R Shankman**    PShankman@fortislaw.com, info@fortislaw.com
- **Zev Shechtman**    zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Leslie Skorheim**    leslie.skorheim@usdoj.gov
- **Adam D Stein-Sapir**    info@pfllc.com
- **Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- **Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

103