# <u>DECLARATION OF DOUGLAS PLAZAK, ESQ.</u>

I, DOUGLAS PLAZAK, ESQ., declare:

1.  I am an attorney in good standing, admitted to practice law in California, and am admitted to US District Court and Bankruptcy Court, CD CA.

2.  I make this Declaration in support of the Motion for Allowance and Payment of Administrative Expense of Greyson Law Center, PC ("Greyson") regarding phone calls and emails I had with Trustee Marshack's attorney, Christopher Celentino of Dinsmore & Shohl LLP ("Dinsmore"), for my then client, Greyson Law Center PC ("Greyson"), requesting the Chapter 11 Trustee to return Greyson's client files (which Trustee personnel had seized from Greyson) to Greyson, and requesting that the Chapter 11 Trustee/Dinsmore restore Greyson's access to its data and emails to which they had locked Greyson out.

3.  I represented Greyson at the June 12, 2023, bankruptcy court hearing, wherein Mr. Celentino admitted that Greyson was **<u>not</u>** an alter ego of debtor LPG. (see p. 33-34 of hearing transcript, attached to the Kathleen March Declaration in support of Greyson's Motion).

4.  On June 13, 2023, Mr. Celentino emailed me requesting that Gresyon provide signed retention agreements for 48 clients that had moved to Greyson from the Litigation Practice Group and other firms before the Chapter 11 Trustee/Dinsmore would return the 48 client files to Greyson.  Attached hereto as Exhibit A is a true and correct copy of the June 13, 2023 sent to me by Mr.

Celentino.  The Chapter 11 Trustee/Dinsmore/field agents had seized the 48 client

files (Greyson's property) from Greyson during the June 2, 2023, lockout of

Greyson from Greyson's offices.  Additionally, the Chapter 11 Trustee/Dinsmore

had locked Greyson and the Greyson attorneys out of Greyson's LUNA account,

as well as the Greyson email accounts.  The Chapter 11 Trustee/Dinsmore/field

agents locked the Greyson email accounts from June 2, 2023, to June 12, 2023,

and continuing after the June 12th court hearing.

5.    On June 13, 2023, I had a lengthy telephone call with Mr. Celentino in

response to his email of that day.  (See Exhibit A)  He had not requested the signed

retention agreements during the June 12, 2023, hearing.

6.    On June 20, 2023, I emailed Mr. Celentino to follow up  regarding the

discussion we had regarding my understanding that LPG already had access to the

48 signed retention agreements through Greyson's Luna account, thereby

obviating any need for Greyson to provide the retention agreements to the Chapter

11 Trustee.  Attached hereto as Exhibit B is a true and correct copy of the June 20,

2023 I sent.   Further, I noted in the email that Greyson could not provide the

requested retention agreements because they did not yet have access to their Luna

account.  Accordingly, I requested that the Chapter 11 Trustee/Dinsmore

immediately return Greyson's 48 client files. When Mr. Celentino did not respond

to my June 20th email, I emailed his Dinsmore colleague, Christopher Ghio, on

June 28, 2023 for a follow- up.  Attached hereto as Exhibit C is a true and correct

copy of my June 28th email to Mr. Ghio.  I followed up with Mr. Ghio again on

July 3, 2023, regarding this matter.  Attached hereto as Exhibit D is a true and

correct copy of the my July 3rd email.  On July 7, 2023,  I received an email from

a Dinsmore associate, Gina Kripotos, providing login information to access

Greyson's Luna account (which was needed to access Greyson's client files).

Attached hereto as Exhibit E is a true and correct copy of the July 7th email.

7.    During that June 13, 2023, telephone call, Mr. Celentino set forth a

protocol that he was wanted Greyson's attorneys to follow: He wanted Greyson's

attorneys to send an email to Alex Rubin, Ty Carss (Phoenix Law Group's

Managing Attorney), and to himself providing: (A) a priority list of clients that had

needs between June 14-16, 2023, 23 – 6/16/23); and (B) an additional list of all

clients for whom they have been assigned.  He also wanted the Greyson attorneys

to advise: (A) if they were owed money; (B) whether they have a fee agreement

with either the client and/or Greyson; and (C) if so, how much was the fee

agreement.

I declare under penalty of perjury that the foregoing is true and correct and

that this Declaration is executed at Riverside, California on November 17, 2023.

DOUGLAS PLAZAK, ESQ.

# EXHIBIT "A"

**Douglas Plazak**

| | |
|---|---|
| **From:** | Celentino, Christopher <Christopher.Celentino@DINSMORE.COM> |
| **Sent:** | Tuesday, June 13, 2023 10:37 AM |
| **To:** | Douglas Plazak |
| **Subject:** | FW: Confirmed Greyson's Clients List |
| **Attachments:** | Greyson Client List (Signed NOT in Greyson CRM).csv |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Doug – per the Court's oral order which you and I should work to document today, we have prepared a CVS data file for the 48 clients on the above list provided to us by Han Trinh – her email below and the list attached is forwarded to you.

I am unsure if it is Scott Eadie or Jayde Trinh who serves as the counsel of record – I will leave that to them.

Please send the signed retention agreements for these 48 clients, and we will get those data files to you.

Chris.

# Dinsmôre

**Christopher Celentino**
Partner
Dinsmore & Shohl LLP • Legal Counsel
655 West Broadway
Suite 800
San Diego, CA 92101
C (619) 218-3229 • F (619) 400-0501 O (619) 400-0519
E christopher.celentino@dinsmore.com • dinsmore.com

**From:** GLC Admin <Admin@greysonlawpc.com>
**Sent:** Friday, June 2, 2023 7:26 PM
**To:** Celentino, Christopher <Christopher.Celentino@DINSMORE.COM>
**Subject:** Confirmed Greyson's Clients List

Hello Christopher-

# EXHIBIT "B"

**Douglas Plazak**

| | |
|---|---|
| **From:** | Douglas Plazak |
| **Sent:** | Tuesday, June 20, 2023 3:41 PM |
| **To:** | 'Celentino, Christopher'; Ghio, Christopher |
| **Cc:** | Wendy Patrick |
| **Subject:** | RE: Confirmed Greyson's Clients List G0990-001 |

Chris,

I'm following up regarding the below.  As we discussed, LPG has the access to the signed retention agreements (I believe through Luna) and Greyson does not.  Therefore, my assumption is there is nothing else Greyson needs to provide in order for the Chapter 11 Trustee to forward the 48 files.  Assuming that's the case, please forward the 48 files at your earliest convenience.  If you do require something further, please advise what you need.

Thanks,
Doug

**From:** Celentino, Christopher <Christopher.Celentino@DINSMORE.COM>
**Sent:** Tuesday, June 13, 2023 10:37 AM
**To:** Douglas Plazak <dplazak@rhlaw.com>
**Subject:** FW: Confirmed Greyson's Clients List

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Doug – per the Court's oral order which you and I should work to document today, we have prepared a CVS data file for the 48 clients on the above list provided to us by Han Trinh – her email below and the list attached is forwarded to you.

I am unsure if it is Scott Eadie or Jayde Trinh who serves as the counsel of record – I will leave that to them.

Please send the signed retention agreements for these 48 clients, and we will get those data files to you.

Chris.

Dinsmôre

1

# EXHIBIT "C"

## Douglas Plazak

| | |
|---|---|
| **From:** | Douglas Plazak |
| **Sent:** | Wednesday, June 28, 2023 4:22 PM |
| **To:** | 'Ghio, Christopher' |
| **Cc:** | Wendy Patrick; 'Celentino, Christopher'; Terry Zembrzuski; 'Sam Sackett' |
| **Subject:** | RE: 48 Files G0990-001 |

Chris,

I do not believe Chris Celentino responded to the below email regarding the 48 files. This issue is different from the issue involving the four email accounts that Terry Zembrzuski corresponded with you earlier today.

If there is something that Greyson needs to provide in order for the Chapter 11 Trustee to forward the 48 files, please advise. If not, then please advise how you'd like to proceed with the transfer of the 48 files.

Thanks,
Doug

**From:** Douglas Plazak
**Sent:** Tuesday, June 20, 2023 3:41 PM
**To:** 'Celentino, Christopher' <Christopher.Celentino@DINSMORE.COM>; Ghio, Christopher <Christopher.Ghio@Dinsmore.com>
**Cc:** Wendy Patrick <wpatrick@rhlaw.com>
**Subject:** RE: Confirmed Greyson's Clients List G0990-001

Chris,

I'm following up regarding the below. As we discussed, LPG has the access to the signed retention agreements (I believe through Luna) and Greyson does not. Therefore, my assumption is there is nothing else Greyson needs to provide in order for the Chapter 11 Trustee to forward the 48 files. Assuming that's the case, please forward the 48 files at your earliest convenience. If you do require something further, please advise what you need.

Thanks,
Doug

**From:** Celentino, Christopher <Christopher.Celentino@DINSMORE.COM>
**Sent:** Tuesday, June 13, 2023 10:37 AM
**To:** Douglas Plazak <dplazak@rhlaw.com>
**Subject:** FW: Confirmed Greyson's Clients List

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Doug – per the Court's oral order which you and I should work to document today, we have prepared a CVS data file for the 48 clients on

# EXHIBIT "D"

**Douglas Plazak**

| | |
|---|---|
| **From:** | Douglas Plazak |
| **Sent:** | Monday, July 03, 2023 4:44 PM |
| **To:** | 'Ghio, Christopher' |
| **Cc:** | Wendy Patrick; 'Celentino, Christopher'; 'Terry Zembrzuski'; 'Sam Sackett' |
| **Subject:** | RE: 48 Files G0990-001 |

Chris,

Please advise regarding the below at your earliest opportunity.  Please let me know if you think we need to have a telephone call to discuss what needs to be done to provide the 48 files.

Thank you,
Doug

**From:** Douglas Plazak
**Sent:** Wednesday, June 28, 2023 4:22 PM
**To:** 'Ghio, Christopher' <Christopher.Ghio@Dinsmore.com>
**Cc:** Wendy Patrick <wpatrick@rhlaw.com>; 'Celentino, Christopher' <Christopher.Celentino@DINSMORE.COM>; Terry Zembrzuski <terry@virtualtoursllc.com>; 'Sam Sackett' <samuelsackett@gmail.com>
**Subject:** RE: 48 Files G0990-001

Chris,

I do not believe Chris Celentino responded to the below email regarding the 48 files.  This issue is different from the issue involving the four email accounts that Terry Zembrzuski corresponded with you earlier today.

If there is something that Greyson needs to provide in order for the Chapter 11 Trustee to forward the 48 files, please advise.  If not, then please advise how you'd like to proceed with the transfer of the 48 files.

Thanks,
Doug

**From:** Douglas Plazak
**Sent:** Tuesday, June 20, 2023 3:41 PM
**To:** 'Celentino, Christopher' <Christopher.Celentino@DINSMORE.COM>; Ghio, Christopher <Christopher.Ghio@Dinsmore.com>

1

# EXHIBIT "E"

**Douglas Plazak**

| | |
|---|---|
| **From:** | Kripotos, Gina <Gina.Kripotos@DINSMORE.COM> |
| **Sent:** | Friday, July 07, 2023 4:16 PM |
| **To:** | Douglas Plazak |
| **Cc:** | Celentino, Christopher; Serrano, Jonathan; Lissebeck, Yosina; Ghio, Christopher |
| **Subject:** | Data Access- Greyson Client Files |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Doug,

Please see the login information below. This should provide you with access to the data re client files that you requested via GLC Admin. The login credentials will be valid for 2 weeks and then they will expire. Please let us know if you have any questions.

Luna CRM: https://gs.lunapps.co/
Login: dplazak@rhlaw.com
Password:

Best,

# Dinsmôre

**Gina Kripotos**
Associate

Dinsmore & Shohl LLP • Legal Counsel
550 S. Hope Street
Suite 1765
Los Angeles, CA 90071
T (213) 335-7746
E Gina.Kripotos@DINSMORE.COM • dinsmore.com

---

NOTICE: This electronic mail transmission from the law firm of Dinsmore & Shohl may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.