1  Ronald K. Brown, Jr., Esq. (Bar No.: 102012)
   LAW OFFICES OF RONALD K. BROWN, JR.
2  901 Dove Street, Suite 120
   Newport Beach, California 92660
3  Telephone: (949) 250-3322
4
   Attorneys for Creditor,
5  SDCO Tustin Executive Center, Inc.
6
7
8              UNITED STATES BANKRUPTCY COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10
11 In re:                              ) CHAPTER 11
                                       ) CASE NO.: 8:23-bk-10571-SC
12                                     )
                                       ) **DECLARATION OF RONALD K.**
13 THE LITIGATION PRACTICE GROUP P.C., ) **BROWN, JR. IN SUPPORT OF**
                                       ) **SDCO TUSTIN EXECUTIVE CENTER,**
14                                     ) **INC.'S MOTION FOR ALLOWANCE**
                                       ) **AND PAYMENT OF**
15              Debtor.                ) **ADMINISTRATIVE EXPENSE CLAIM**
                                       )
16 _____    )
17
18 I, Ronald K. Brown, Jr., declare:
19      1. I am an attorney admitted to practice law before all of the courts of the State of
20 California, as well as in the Central District of California. I am the attorney representing
21 Defendant SDCO Tustin Executive Center, Inc. ("SDCO" or "Landlord") in this action. I make
22 this declaration in support of Plaintiff's Motion for Allowance and Payment of Administrative
23 Expense Claim. Except as may be indicated to the contrary, I have firsthand knowledge of the
24 facts stated herein.
25      2. Debtor filed its Chapter 11 Petition on March 20, 2023.
26      3. On or about March 29, 2023, SDCO filed its Motion for Relief from the
27 Automatic Stay – Unlawful Detainer ("RFS Motion") seeking an order allowing SDCO to
28

1  proceed with its nonbankruptcy remedies to obtain possession of the Premises located at 17542

2  E. 17th Street, Suites 100, 105, 250 & 330, Tustin, CA 92780 ("Premises") and to dispose of any

3  furniture, furnishings, office equipment and other personal property ("Personal Property") in the

4  Premises (Docket No. 19). The Relief from Stay Motion was based on the Debtor's non-

5  payment of rent under the parties' Lease ("Lease"). The hearing on the RFS Motion was held in

6  this Court on May 3, 2023. The Court granted SDCO's Motion and ordered that SDCO shall

7  have relief from stay to recover possession of the Premises and dispose of said Personal Property

8  in any manner that SDCO sees fit (i) without giving a statutory notice of right to reclaim

9  personal property to Debtor or Trustee under California Civil Code Section 1980, et seq.; and (ii)

10  without liability to Debtor or any other person, party or entity (Docket No. 61).

11      3.  A Writ for Possession for the Property was issued in the State Court eviction action

12  and transferred to the Orange County Sheriff for posting and lock-out of Debtor from the

13  Premises.

14      4.  On May 10, 2023, I emailed Richard Marshack, the trustee appointed in the Chapter

15  11 bankruptcy, and requested that possession of the Premises be returned to my client and that

16  changing the locks be authorized.

17      5.  On May 17, 2023, I received a response from Attorney Ed Hays in Mr. Marshack's

18  office, Ed Hays, wherein he advised me that the "Trustee is willing to work with you (me) to

19  return possession as soon as possible."

20      6.  On June 1, 2023, I responded to Mr. Hays and stated that my client was informed

21  that the Debtor vacated the Premises on May 30, 2023. I asked him to confirm that in writing so

22  that SDCO could proceed to change the locks since the Sheriff was in the process of posting a

23  lockout notice, but had not returned yet to complete the lockout.

24      7.  On or about June 2, 2023, Mr. Hays confirmed that SDCO could change the locks at

25  the Premises, which SDCO did on that date. The email chain with Messrs. Marshack and Hays

26  are attached hereto collectively as Exhibit "A" and made a part hereof.

27      8.  The Debtor/Trustee left personal property in the Premises after they vacated.

28

1        8.  The Debtor/Trustee left personal property in the Premises after they vacated.

2        9.   On August 1, 2023, I emailed Mr. Marshack's office and confirmed the Trustee did

3    not have any interest in the remaining personal property in the unit and that my client would be

4    handling it according to the reclaim notice and the Civil Code per the Order for Relief from Stay

5    authorizing my client to do so. The emails confirming the same are attached hereto collectively

6    as Exhibit "B."

7        10.  SDCO holds an administrative expense claim against the Debtor's estate for

8    attorneys' fees and costs accrued from the Petition Date through the effective date that Trustee

9    confirmed that the Trustee relinquished any interest in the personal property in the Premises

10   (August 1, 2023) in the sum of $13,908.00.

11

12       I declare under penalty of perjury under the laws of the United States of America that the

13   foregoing is true and correct and that this declaration was executed on November 20, 2023, at

14   Newport Beach, California.

15

16                                    RONALD K. BROWN, JR, OF COUNSEL

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit "A"

0004

**Lesley Sich**

| | |
|---|---|
| **From:** | Ed Hays <EHays@MarshackHays.com> |
| **Sent:** | Wednesday, June 21, 2023 10:26 AM |
| **To:** | Ronald K. Brown; Richard Marshack |
| **Cc:** | Lesley Sich; Pam Kraus; Lori Ensley |
| **Subject:** | Re: The Litigation Practice Group - Tustin Location |

Lori, if you haven't already completed your review and made your recommendation to Richard, please do so promptly and advise as to Richard's decision. Thanks.

Ed

---

**From:** Ronald K. Brown <ron@rkbrownlaw.com>
**Date:** Wednesday, June 21, 2023 at 11:20 AM
**To:** Ed Hays <EHays@MarshackHays.com>, Richard Marshack <RMarshack@MarshackHays.com>
**Cc:** Lesley Sich <lesley@rkbrownlaw.com>, Pam Kraus <pkraus@marshackhays.com>, Lori Ensley <ljensley@aol.com>
**Subject:** RE: The Litigation Practice Group - Tustin Location

Hi Ed: I am following up to see if Lori completed her review of the FF&E in the space. My client is going to move forward with reclaim notices and an auction if no one claims the items within the statutory time period. If the trustee plans on removing all the items, please let me know right away to save my client the time and expense of sending out reclaim notices and proceeding thru with an auction. I attach a copy of the inventory and valuation that my client obtained from the auctioneer. Thanks, Ron

**From:** Ronald K. Brown
**Sent:** Friday, June 02, 2023 6:12 PM
**To:** Ed Hays <EHays@MarshackHays.com>; Richard Marshack <RMarshack@MarshackHays.com>
**Cc:** Lesley Sich <lesley@rkbrownlaw.com>; Pam Kraus <pkraus@marshackhays.com>; Lori Ensley <ljensley@aol.com>
**Subject:** RE: The Litigation Practice Group - Tustin Location

Will do, thank you Ed. Ron

**From:** Ed Hays <EHays@MarshackHays.com>
**Sent:** Friday, June 2, 2023 6:09 PM
**To:** Ronald K. Brown <ron@rkbrownlaw.com>; Richard Marshack <RMarshack@MarshackHays.com>
**Cc:** Lesley Sich <lesley@rkbrownlaw.com>; Pam Kraus <pkraus@marshackhays.com>; Lori Ensley <ljensley@aol.com>
**Subject:** Re: The Litigation Practice Group - Tustin Location

Ron:

I met with Tony earlier today and suggested he hand over the keys.

Please reply all with contact information for trustee's field agent, Lori Ensley (copied here) to make arrangements to go inspect the remaining contents.

0005

I would suggest your client change the locks as soon as it is able so that the space is secure and Lori can make arrangements to view it. We don't need to change the locks because we are not asserting a right of possession. Thanks.

Ed

---

**From:** Ronald K. Brown <ron@rkbrownlaw.com>
**Date:** Friday, June 2, 2023 at 5:57 PM
**To:** Ed Hays <EHays@MarshackHays.com>, Richard Marshack <RMarshack@MarshackHays.com>
**Cc:** Lesley Sich <lesley@rkbrownlaw.com>, Pam Kraus <pkraus@marshackhays.com>, Lori Ensley <ljensley@aol.com>
**Subject:** RE: The Litigation Practice Group - Tustin Location

Ed: Tony Diab from LPG came into my client's office and returned all the keys to the space. My client did a quick walk thru to see what was in there. Generally speaking, there are desks, chairs, cabinets, a couple of computers (but they may be air purifiers or similar devices); numerous cubicles, dividers and built in desks, files, filing cabinets and other items.

In that my client has keys to the space, do you want them to change the locks now? If so, that won't happen until at least Monday. Ron

---

**From:** Ed Hays <EHays@MarshackHays.com>
**Sent:** Thursday, June 1, 2023 10:13 AM
**To:** Ronald K. Brown <ron@rkbrownlaw.com>; Richard Marshack <RMarshack@MarshackHays.com>
**Cc:** Lesley Sich <lesley@rkbrownlaw.com>; Pam Kraus <pkraus@marshackhays.com>; Lori Ensley <LJENSLEY@AOL.COM>
**Subject:** Re: The Litigation Practice Group - Tustin Location

Ron:

Please get us the name of your client's LPG contact that was moving property. We will prepare a proposed stipulation. Thanks.

Ed

---

**From:** Ronald K. Brown <ron@rkbrownlaw.com>
**Date:** Thursday, June 1, 2023 at 10:11 AM
**To:** Ed Hays <EHays@MarshackHays.com>, Richard Marshack <RMarshack@MarshackHays.com>
**Cc:** Lesley Sich <lesley@rkbrownlaw.com>, Pam Kraus <pkraus@marshackhays.com>, Lori Ensley <LJENSLEY@AOL.COM>
**Subject:** RE: The Litigation Practice Group - Tustin Location

Ed: The motion for relief from stay had all the eviction notices attached to it. Check that in answer to your question on that issue.

Without waiving the attorney client privilege, below is an email from my client's property manager on removal of the FF&E:

"My Tenant contact has stated they would be 100% out by Tuesday 5/30. They had moving vans there over the weekend and moved most of their property out. Now he has gone dark on me. Can you reach out on your end to see if we can speed things up?"

Again, let me know if we have possession and can change the locks. We naturally will give the trustee and any secured lenders access to the space to remove any remaining items, if desired. Ron

**From:** Ed Hays <EHays@MarshackHays.com>
**Sent:** Thursday, June 1, 2023 9:53 AM
**To:** Ronald K. Brown <ron@rkbrownlaw.com>; Richard Marshack <RMarshack@MarshackHays.com>
**Cc:** Lesley Sich <lesley@rkbrownlaw.com>; Pam Kraus <pkraus@marshackhays.com>; Lori Ensley <ljensley@aol.com>
**Subject:** Re: The Litigation Practice Group - Tustin Location

Ron:

When the debtor vacated, was anything left behind? Does your client know when debtor removed most of the contents of the premises? We would be very interested in knowing whether they removed property after trustee's appointment on May 8, 2023. Was there a 3-day notice to pay or quit that was served prior to the bankruptcy filing on March 20, 2023? If so, there may not be a lease to reject. Instead, any stipulation would be limited to return of possession pursuant to your relief from stay order. Let me know. Thanks.

Ed

---

**From:** Ronald K. Brown <ron@rkbrownlaw.com>
**Date:** Thursday, June 1, 2023 at 9:38 AM
**To:** Ed Hays <EHays@MarshackHays.com>, Richard Marshack <RMarshack@MarshackHays.com>
**Cc:** Lesley Sich <lesley@rkbrownlaw.com>
**Subject:** RE: The Litigation Practice Group BK TWTE-007

Hi Ed: My client was informed that the debtor vacated the premises by 5/30. Can you please confirm that so my client can proceed to change the locks. I know the Sheriff posted a lockout notice several days ago, but has not returned yet to complete the lockout. Thanks. Ron

**From:** Ed Hays <EHays@MarshackHays.com>
**Sent:** Wednesday, May 17, 2023 11:32 AM
**To:** Ronald K. Brown <ron@rkbrownlaw.com>; Richard Marshack <RMarshack@MarshackHays.com>
**Cc:** Lesley Sich <lesley@rkbrownlaw.com>
**Subject:** Re: The Litigation Practice Group BK TWTE-007

Ron:

Trustee is willing to work with you to return possession as soon as possible. But, we first need to secure debtor's books and records and computers. We are in the process of doing so. Do you want to start working on a draft stipulation for rejection and return of possession? Thanks.

Ed

---

**From:** Ronald K. Brown <ron@rkbrownlaw.com>
**Date:** Wednesday, May 17, 2023 at 11:28 AM

**To:** Richard Marshack <RMarshack@MarshackHays.com>
**Cc:** Lesley Sich <lesley@rkbrownlaw.com>, Ed Hays <EHays@MarshackHays.com>
**Subject:** RE: The Litigation Practice Group BK TWTE-007

Hi: I am following up on this. Is possession going to be returned to my client? Ron

**From:** Richard Marshack <RMarshack@MarshackHays.com>
**Sent:** Thursday, May 11, 2023 8:08 AM
**To:** Ronald K. Brown <ron@rkbrownlaw.com>
**Cc:** Lesley Sich <lesley@rkbrownlaw.com>; Ed Hays <EHays@MarshackHays.com>
**Subject:** Re: The Litigation Practice Group BK TWTE-007

I'm driving. Ed handle

Richard Marshack
Marshack Hays LLP
Sent from my iPhone

> On May 10, 2023, at 4:48 PM, Ronald K. Brown <ron@rkbrownlaw.com> wrote:

Hi Richard: Hope you are well. I know you were just appointed as Trustee in this Chapter 11 case and you probably haven't wrapped your hands around it yet. Notwithstanding, I represent the owner/landlord for the Tustin property. I have been trying to recover possession of the property from the Debtor since this case was filed as we believe they ceased operations in the property some time ago. The Debtor's counsel would not respond to my requests for possession and I filed a motion for relief from stay to proceed with our state court UD. The RFS motion was granted on May 3rd. A copy of the Order is attached.

Both at the 341 hearing (on May 2nd) and at the RFS hearing, the Debtor and Debtor's counsel represented that they had some furniture and furnishings to remove from the property and that they would turn over keys and possession of the property no later than May 8th. Big surprise, May 8th came and went and they failed to deliver possession.

Now that you are Trustee, can you return possession of the property to my client and authorize them to change the locks? That will help to minimize our administrative rent claim against the estate. Our RFS order allows us to dispose of any personal property remaining in the premises per the Civil Code. We will do an inventory of anything left in the space; provide notice of what's left to you and the Debtor and counsel: and you can decide what you want us to do with it. We have not run a UCC-1 search, but I am guessing there are secured creditors who also would be entitled to notice to reclaim, but we can cross that bridge once possession is returned. Thanks, Ron Brown

# Exhibit "B"

**Lesley Sich**

| | |
|---|---|
| **From:** | Ronald K. Brown |
| **Sent:** | Tuesday, August 01, 2023 12:20 PM |
| **To:** | Lori Bicher |
| **Cc:** | Ed Hays; Pam Kraus; Vivian Snelling; Richard Marshack; Lesley Sich; documents+marshack@txitrustee.com; Laila Masud |
| **Subject:** | RE: The Litigation Practice Group - Tustin Location 23-10571 TWTE-007 |

Thanks, so based on Lori's email, it does not appear that the trustee has any interest in the remaining personal property in the unit and my client will handle it according to the reclaim notice and the Civil Code per the Order for Relief from Stay authorizing my client to do so. I appreciate the response. Ron Brown

**From:** Lori Bicher <ljensley@aol.com>
**Sent:** Tuesday, August 01, 2023 11:58 AM
**To:** Ronald K. Brown <ron@rkbrownlaw.com>
**Cc:** Ed Hays <EHays@MarshackHays.com>; Pam Kraus <pkraus@marshackhays.com>; Vivian Snelling <Vivian.Snelling@transwestern.com>; Richard Marshack <RMarshack@MarshackHays.com>; Lesley Sich <lesley@rkbrownlaw.com>; documents+marshack@txitrustee.com; Laila Masud <LMasud@marshackhays.com>
**Subject:** Re: The Litigation Practice Group - Tustin Location 23-10571

The furniture is of no value - there are no computers nor books nor records.

> On Aug 1, 2023, at 11:20 AM, Ronald K. Brown <ron@rkbrownlaw.com> wrote:
>
> Hi: Following up one last time on the emails below before my client proceeds to handle the property in accordance with the reclaim notice. Let me know if the trustee is removing anything from the leased premises. If so, it needs to be out of the premises by week end. Ron

**From:** Ronald K. Brown
**Sent:** Wednesday, July 26, 2023 9:58 AM
**To:** Ed Hays <EHays@MarshackHays.com>; Lori Bicher <ljensley@aol.com>
**Cc:** Pam Kraus <pkraus@marshackhays.com>; Vivian Snelling <Vivian.Snelling@transwestern.com>; Richard Marshack <RMarshack@MarshackHays.com>; Lesley Sich <lesley@rkbrownlaw.com>; documents+marshack@txitrustee.com; Laila Masud <LMasud@marshackhays.com>
**Subject:** RE: The Litigation Practice Group - Tustin Location 23-10571
**Importance:** High

Hi Ed: I know you've been busy with the sale of assets on this matter, but my client needs to clear out the personal property so they can market and try to relet the units. Is the trustee removing anything or not? If there is going to be a removal, it needs to get done now. Thanks, Ron

**From:** Ronald K. Brown
**Sent:** Wednesday, July 12, 2023 9:22 AM
**To:** Ed Hays <EHays@MarshackHays.com>; Lori Bicher <ljensley@aol.com>
**Cc:** Pam Kraus <pkraus@marshackhays.com>; Vivian Snelling <Vivian.Snelling@transwestern.com>; Richard Marshack <RMarshack@MarshackHays.com>; Lesley Sich <lesley@rkbrownlaw.com>; documents+marshack@txitrustee.com; Laila Masud

1

0010

<LMasud@marshackhays.com>
**Subject:** RE: The Litigation Practice Group - Tustin Location 23-10571

Ed: I just want to give the trustee and your team a head's up in relation to the reclaim of any personal property out of the premises. My client requires that the party removing any items to have insurance. We checked back to see if the tenant/debtor's insurance was still in effect. It is not. Here is what my client reported:

The tenant's insurance has expired.  We have listed the following expiration dates in our system.
General Liability: 7/1/23
Auto Liability: 11/2/22
Property Insurance: 7/1/23
Umbrella: 7/1/23
Workers Comp: 4/27/23
Thanks. Ron

**From:** Ed Hays <EHays@MarshackHays.com>
**Sent:** Tuesday, July 11, 2023 9:41 AM
**To:** Lori Bicher <ljensley@aol.com>; Ronald K. Brown <ron@rkbrownlaw.com>
**Cc:** Pam Kraus <pkraus@marshackhays.com>; Vivian Snelling <Vivian.Snelling@transwestern.com>;
Richard Marshack <RMarshack@MarshackHays.com>; Lesley Sich
<lesley@rkbrownlaw.com>; documents+marshack@txitrustee.com; Laila Masud
<LMasud@marshackhays.com>
**Subject:** Re: The Litigation Practice Group - Tustin Location 23-10571

Thanks.

Ed

---

**From:** Lori Bicher <ljensley@aol.com>
**Date:** Tuesday, July 11, 2023 at 9:22 AM
**To:** Ronald K. Brown <ron@rkbrownlaw.com>
**Cc:** Pam Kraus <pkraus@marshackhays.com>, Vivian Snelling
<Vivian.Snelling@transwestern.com>, Ed Hays <EHays@MarshackHays.com>, Richard
Marshack <RMarshack@MarshackHays.com>, Lesley Sich
<lesley@rkbrownlaw.com>, documents+marshack@txitrustee.com <documents+marshack@txi
trustee.com>, Laila Masud <LMasud@marshackhays.com>
**Subject:** Re: The Litigation Practice Group - Tustin Location 23-10571

I have an appointment at 3:00 pm this Friday July 14th to inspect the offices and determine if we need anything.

On Jul 10, 2023, at 3:02 PM, Ronald K. Brown <ron@rkbrownlaw.com> wrote:

Hi: The period in the Notice to Reclaim Property has now expired. I have not heard back from any of you whether the estate has an interest in any of the property and wish to remove it. If not, my client will proceed with disposition in accordance with the Notice. Please respond by return email. Thanks, Ron

**From:** Ronald K. Brown
**Sent:** Wednesday, June 21, 2023 6:00 PM
**To:** Pam Kraus <pkraus@marshackhays.com>; Vivian Snelling
<Vivian.Snelling@transwestern.com>; Lori Bicher <ljensley@aol.com>; Ed Hays
<EHays@MarshackHays.com>
**Cc:** Richard Marshack <RMarshack@MarshackHays.com>; Lesley Sich
<lesley@rkbrownlaw.com>;documents+marshack@txitrustee.com; Laila Masud
<LMasud@marshackhays.com>
**Subject:** RE: The Litigation Practice Group - Tustin Location 23-10571

Yes; same property Pam. Rick and I are co-counsel to the landlord. I handle the BK
issues. Rick is handling the state court matters, including FF&E disposition. Ron

**From:** Pam Kraus <pkraus@marshackhays.com>
**Sent:** Wednesday, June 21, 2023 4:47 PM
**To:** Vivian Snelling <Vivian.Snelling@transwestern.com>; Ronald K. Brown
<ron@rkbrownlaw.com>; Lori Bicher <ljensley@aol.com>; Ed Hays
<EHays@MarshackHays.com>
**Cc:** Richard Marshack <RMarshack@MarshackHays.com>; Pam Kraus
<pkraus@marshackhays.com>; Lesley Sich
<lesley@rkbrownlaw.com>; documents+marshack@txitrustee.com; Laila Masud
<LMasud@marshackhays.com>
**Subject:** RE: The Litigation Practice Group - Tustin Location 23-10571

All, I'm traveling but received the attached notice to reclaim from Richard Seide,
attorney for the landlord at 17542 E. 17th.

Is that the property you are discussing below?

Pam Kraus
Trustee Case Administrator
Paralegal
Marshack Hays LLP
Direct Dial 530-295-1044
Office 949-333-7777
pkraus@marshackhays.com

**From:** Vivian Snelling <Vivian.Snelling@transwestern.com>
**Sent:** Wednesday, June 21, 2023 3:13 PM
**To:** Ronald K. Brown <ron@rkbrownlaw.com>; Lori Bicher <ljensley@aol.com>; Ed Hays
<EHays@MarshackHays.com>
**Cc:** Richard Marshack <RMarshack@MarshackHays.com>; Lesley Sich
<lesley@rkbrownlaw.com>; Pam Kraus <pkraus@marshackhays.com>
**Subject:** RE: The Litigation Practice Group - Tustin Location

Hi Lori,

0012

I can provide access to the suites. I am scheduled to be on site on Friday at 9 AM for another meeting. Are you available to meet on site on Friday?

Please advise.

Thanks,

**Vivian Snelling** | Lic #: 02070267 | **TRANSWESTERN** | Property Manager | Direct: 714.202.2936

**From:** Ronald K. Brown <ron@rkbrownlaw.com>
**Sent:** Wednesday, June 21, 2023 3:11 PM
**To:** Lori Bicher <ljensley@aol.com>; Ed Hays <EHays@MarshackHays.com>
**Cc:** Richard Marshack <RMarshack@MarshackHays.com>; Lesley Sich <lesley@rkbrownlaw.com>; Pam Kraus <pkraus@marshackhays.com>; Vivian Snelling <Vivian.Snelling@transwestern.com>
**Subject:** RE: The Litigation Practice Group - Tustin Location


Lori: Vivian; She is copied on this email. Also see below. Ron

**Vivian Snelling** | Lic #: 02070267 | **TRANSWESTERN** | Property Manager | Direct: 714.202.2936


**From:** Lori Bicher <ljensley@aol.com>
**Sent:** Wednesday, June 21, 2023 1:49 PM
**To:** Ed Hays <EHays@MarshackHays.com>
**Cc:** Ronald K. Brown <ron@rkbrownlaw.com>; Richard Marshack <RMarshack@MarshackHays.com>; Lesley Sich <lesley@rkbrownlaw.com>; Pam Kraus <pkraus@marshackhays.com>
**Subject:** Re: The Litigation Practice Group - Tustin Location

Who has the keys to get me access?


On Jun 21, 2023, at 10:26 AM, Ed Hays <EHays@MarshackHays.com> wrote:

Lori, if you haven't already completed your review and made your recommendation to Richard, please do so promptly and advise as to Richard's decision. Thanks.

Ed


**From:** Ronald K. Brown <ron@rkbrownlaw.com>
**Date:** Wednesday, June 21, 2023 at 11:20 AM
**To:** Ed Hays <EHays@MarshackHays.com>, Richard Marshack <RMarshack@MarshackHays.com>

4

0013

**Cc:** Lesley Sich <lesley@rkbrownlaw.com>, Pam Kraus
<pkraus@marshackhays.com>, Lori Ensley <ljensley@aol.com>
**Subject:** RE: The Litigation Practice Group - Tustin Location

Hi Ed: I am following up to see if Lori completed her review of the FF&E
in the space. My client is going to move forward with reclaim notices
and an auction if no one claims the items within the statutory time
period. If the trustee plans on removing all the items, please let me
know right away to save my client the time and expense of sending out
reclaim notices and proceeding thru with an auction. I attach a copy of
the inventory and valuation that my client obtained from the
auctioneer. Thanks, Ron

**From:** Ronald K. Brown
**Sent:** Friday, June 02, 2023 6:12 PM
**To:** Ed Hays <EHays@MarshackHays.com>; Richard Marshack
<RMarshack@MarshackHays.com>
**Cc:** Lesley Sich <lesley@rkbrownlaw.com>; Pam Kraus
<pkraus@marshackhays.com>; Lori Ensley <ljensley@aol.com>
**Subject:** RE: The Litigation Practice Group - Tustin Location

Will do, thank you Ed. Ron

**From:** Ed Hays <EHays@MarshackHays.com>
**Sent:** Friday, June 2, 2023 6:09 PM
**To:** Ronald K. Brown <ron@rkbrownlaw.com>; Richard Marshack
<RMarshack@MarshackHays.com>
**Cc:** Lesley Sich <lesley@rkbrownlaw.com>; Pam Kraus
<pkraus@marshackhays.com>; Lori Ensley <ljensley@aol.com>
**Subject:** Re: The Litigation Practice Group - Tustin Location

Ron:

I met with Tony earlier today and suggested he hand over the keys.

Please reply all with contact information for trustee's field agent, Lori
Ensley (copied here) to make arrangements to go inspect the remaining
contents.

I would suggest your client change the locks as soon as it is able so that
the space is secure and Lori can make arrangements to view it. We don't
need to change the locks because we are not asserting a right of
possession. Thanks.

Ed

**From:** Ronald K. Brown <ron@rkbrownlaw.com>
**Date:** Friday, June 2, 2023 at 5:57 PM
**To:** Ed Hays <EHays@MarshackHays.com>, Richard Marshack
<RMarshack@MarshackHays.com>

5

0014

Cc: Lesley Sich <lesley@rkbrownlaw.com>, Pam Kraus
<pkraus@marshackhays.com>, Lori Ensley <ljensley@aol.com>
Subject: RE: The Litigation Practice Group - Tustin Location

Ed: Tony Diab from LPG came into my client's office and returned all the
keys to the space. My client did a quick walk thru to see what was in
there. Generally speaking, there are desks, chairs, cabinets, a couple of
computers (but they may be air purifiers or similar devices); numerous
cubicles, dividers and built in desks, files, filing cabinets and other items.

In that my client has keys to the space, do you want them to change the
locks now? If so, that won't happen until at least Monday. Ron


From: Ed Hays <EHays@MarshackHays.com>
Sent: Thursday, June 1, 2023 10:13 AM
To: Ronald K. Brown <ron@rkbrownlaw.com>; Richard Marshack
<RMarshack@MarshackHays.com>
Cc: Lesley Sich <lesley@rkbrownlaw.com>; Pam Kraus
<pkraus@marshackhays.com>; Lori Ensley <LJENSLEY@AOL.COM>
Subject: Re: The Litigation Practice Group - Tustin Location

Ron:

Please get us the name of your client's LPG contact that was moving
property. We will prepare a proposed stipulation. Thanks.

Ed


From: Ronald K. Brown <ron@rkbrownlaw.com>
Date: Thursday, June 1, 2023 at 10:11 AM
To: Ed Hays <EHays@MarshackHays.com>, Richard Marshack
<RMarshack@MarshackHays.com>
Cc: Lesley Sich <lesley@rkbrownlaw.com>, Pam Kraus
<pkraus@marshackhays.com>, Lori Ensley <LJENSLEY@AOL.COM>
Subject: RE: The Litigation Practice Group - Tustin Location

Ed: The motion for relief from stay had all the eviction notices attached
to it. Check that in answer to your question on that issue.

Without waiving the attorney client privilege, below is an email from my
client's property manager on removal of the FF&E:


"My Tenant contact has stated they would be 100% out by Tuesday
5/30. They had moving vans there over the weekend and moved most
of their property out. Now he has gone dark on me. Can you reach out
on your end to see if we can speed things up?"

6

0015

Again, let me know if we have possession and can change the locks. We naturally will give the trustee and any secured lenders access to the space to remove any remaining items, if desired. Ron

**From:** Ed Hays <EHays@MarshackHays.com>
**Sent:** Thursday, June 1, 2023 9:53 AM
**To:** Ronald K. Brown <ron@rkbrownlaw.com>; Richard Marshack <RMarshack@MarshackHays.com>
**Cc:** Lesley Sich <lesley@rkbrownlaw.com>; Pam Kraus <pkraus@marshackhays.com>; Lori Ensley <ljensley@aol.com>
**Subject:** Re: The Litigation Practice Group - Tustin Location

Ron:

When the debtor vacated, was anything left behind? Does your client know when debtor removed most of the contents of the premises? We would be very interested in knowing whether they removed property after trustee's appointment on May 8, 2023. Was there a 3-day notice to pay or quit that was served prior to the bankruptcy filing on March 20, 2023? If so, there may not be a lease to reject. Instead, any stipulation would be limited to return of possession pursuant to your relief from stay order. Let me know. Thanks.

Ed

**From:** Ronald K. Brown <ron@rkbrownlaw.com>
**Date:** Thursday, June 1, 2023 at 9:38 AM
**To:** Ed Hays <EHays@MarshackHays.com>, Richard Marshack <RMarshack@MarshackHays.com>
**Cc:** Lesley Sich <lesley@rkbrownlaw.com>
**Subject:** RE: The Litigation Practice Group BK TWTE-007

Hi Ed: My client was informed that the debtor vacated the premises by 5/30. Can you please confirm that so my client can proceed to change the locks. I know the Sheriff posted a lockout notice several days ago, but has not returned yet to complete the lockout. Thanks. Ron

**From:** Ed Hays <EHays@MarshackHays.com>
**Sent:** Wednesday, May 17, 2023 11:32 AM
**To:** Ronald K. Brown <ron@rkbrownlaw.com>; Richard Marshack <RMarshack@MarshackHays.com>
**Cc:** Lesley Sich <lesley@rkbrownlaw.com>
**Subject:** Re: The Litigation Practice Group BK TWTE-007

Ron:

Trustee is willing to work with you to return possession as soon as possible. But, we first need to secure debtor's books and records and computers. We are in the process of doing so. Do you want to start

0016

working on a draft stipulation for rejection and return of possession?
Thanks.

Ed

---

**From:** Ronald K. Brown <ron@rkbrownlaw.com>
**Date:** Wednesday, May 17, 2023 at 11:28 AM
**To:** Richard Marshack <RMarshack@MarshackHays.com>
**Cc:** Lesley Sich <lesley@rkbrownlaw.com>, Ed Hays
<EHays@MarshackHays.com>
**Subject:** RE: The Litigation Practice Group BK TWTE-007

Hi: I am following up on this. Is possession going to be returned to my
client? Ron

**From:** Richard Marshack <RMarshack@MarshackHays.com>
**Sent:** Thursday, May 11, 2023 8:08 AM
**To:** Ronald K. Brown <ron@rkbrownlaw.com>
**Cc:** Lesley Sich <lesley@rkbrownlaw.com>; Ed Hays
<EHays@MarshackHays.com>
**Subject:** Re: The Litigation Practice Group BK TWTE-007

I'm driving. Ed handle

Richard Marshack
Marshack Hays LLP
Sent from my iPhone

> On May 10, 2023, at 4:48 PM, Ronald K. Brown
> <ron@rkbrownlaw.com> wrote:
>
> Hi Richard: Hope you are well. I know you were just
> appointed as Trustee in this Chapter 11 case and you
> probably haven't wrapped your hands around it yet.
> Notwithstanding, I represent the owner/landlord for the
> Tustin property. I have been trying to recover
> possession of the property from the Debtor since this
> case was filed as we believe they ceased operations in
> the property some time ago. The Debtor's counsel
> would not respond to my requests for possession and I
> filed a motion for relief from stay to proceed with our
> state court UD. The RFS motion was granted on May 3rd.
> A copy of the Order is attached.
>
> Both at the 341 hearing (on May 2nd) and at the RFS
> hearing, the Debtor and Debtor's counsel represented
> that they had some furniture and furnishings to remove
> from the property and that they would turn over keys
> and possession of the property no later than May 8th.

8

0017

Big surprise, May 8th came and went and they failed to deliver possession.

Now that you are Trustee, can you return possession of the property to my client and authorize them to change the locks? That will help to minimize our administrative rent claim against the estate. Our RFS order allows us to dispose of any personal property remaining in the premises per the Civil Code. We will do an inventory of anything left in the space; provide notice of what's left to you and the Debtor and counsel: and you can decide what you want us to do with it. We have not run a UCC-1 search, but I am guessing there are secured creditors who also would be entitled to notice to reclaim, but we can cross that bridge once possession is returned.
Thanks, Ron Brown

This email and any files transmitted with it are the property of Transwestern and its affiliated companies, are confidential, and are intended solely for the use of the individual or entity to which this email is addressed. If you are not one of the named recipients or if you have reason to believe you have received this message in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing or copying of this email is strictly prohibited.

0018

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

901 Dove Street, Suite 120
Newport Beach, California 92660

A true and correct copy of the foregoing document entitled (*specify*):   ***DECLARATION OF RONALD K.
BROWN, JR. IN SUPPORT OF SDCO TUSTIN EXECUTIVE CENTER, INC.'S MOTION FOR ALLOWANCE AND
PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM*** will be served or was served **(a)** on the judge in chambers in the
form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
11/20/23, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

***SEE ATTACHED SERVICE LIST***

☒  Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL**:
On (*date*) 11/20/23, I served the following persons and/or entities at the last known addresses in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class,
postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will
be completed</u> no later than 24 hours after the document is filed.

The Litigation Practice Group P.C.
Attn: President
17542 17th St., Suite 100
Tustin, CA 92780
***Debtor***

☐  Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>11/20/23</u> I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is
filed.

Honorable Scott C. Clarkson
United States Bankruptcy Court -Central District of California
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 11/20/23 | LESLEY ALDAMA | *Aldama* |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

**8:23-bk-10571-SC Notice will be electronically mailed to:**

Eric Bensamochan on behalf of Creditor Affirma, LLC
eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Creditor Oxford Knox, LLC
eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Interested Party Courtesy NEF
eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Interested Party Eric Bensamochan
eric@eblawfirm.us, G63723@notify.cincompass.com

Peter W Bowie on behalf of Trustee Richard A Marshack (TR)
peter.bowie@dinsmore.com, caron.burke@dinsmore.com

Ronald K Brown on behalf of Creditor SDCO Tustin Executive Center, Inc.
ron@rkbrownlaw.com

Christopher Celentino on behalf of Plaintiff Richard A. Marshack
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Trustee Richard A Marshack (TR)
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Shawn M Christianson on behalf of Interested Party Courtesy NEF
cmcintire@buchalter.com, schristianson@buchalter.com

Randall Baldwin Clark on behalf of Interested Party Randall Baldwin Clark
rbc@randallbclark.com

Leslie A Cohen on behalf of Defendant Lisa Cohen
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Leslie A Cohen on behalf of Defendant Rosa Bianca Loli
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Leslie A Cohen on behalf of Interested Party Courtesy NEF
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Aaron E. DE Leest on behalf of Interested Party Courtesy NEF
adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Jenny L Doling on behalf of Interested Party INTERESTED PARTY
jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Jenny L Doling on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys
jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling on behalf of Interested Party National Consumer Bankruptcy Rights Center
jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Daniel A Edelman on behalf of Creditor Carolyn Beech
dedelman@edcombs.com, courtecl@edcombs.com

William P Fennell on behalf of Creditor Validation Partners LLC
william.fennell@fennelllaw.com,
luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fen
nelllaw.com;samantha.larimer@fennelllaw.com

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com,
nicolette.murphy@dinsmore.com;karina.reyes@dinsmore.com;deamira.romo@dinsmore.com

Christopher Ghio on behalf of Trustee Richard A Marshack (TR)
christopher.ghio@dinsmore.com,
nicolette.murphy@dinsmore.com;karina.reyes@dinsmore.com;deamira.romo@dinsmore.com

Eric D Goldberg on behalf of Defendant Stripe, Inc.
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Jeffrey I Golden on behalf of Creditor Affirma, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b
117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Anaheim Arena Management, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b
117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Anaheim Ducks Hockey Club, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b
117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Oxford Knox, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b
117954@notify.bestcase.com

Jeffrey I Golden on behalf of Interested Party Courtesy NEF
jgolden@go2.law,

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b
117954@notify.bestcase.com

Richard H Golubow on behalf of Creditor Debt Validation Fund II, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 1, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 2, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

David M Goodrich on behalf of Interested Party Courtesy NEF
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.cour
tdrive.com

D Edward Hays on behalf of Trustee Richard A Marshack (TR)
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.cour
tdrive.com

Alan Craig Hochheiser on behalf of Creditor City Capital NY
ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com

Garrick A Hollander on behalf of Creditor Debt Validation Fund II, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander on behalf of Creditor MC DVI Fund 1, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander on behalf of Creditor MC DVI Fund 2, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard L. Hyde on behalf of Interested Party Courtesy NEF
richard@amintalati.com

Razmig Izakelian on behalf of Creditor OHP-CDR, LP
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Plaintiff OHP-CDR, LP
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Plaintiff PurchaseCo 80, LLC

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    F 9013-3.1.PROOF.SERVICE

razmigizakelian@quinnemanuel.com

Joon M Khang on behalf of Attorney Khang & Khang LLP
joon@khanglaw.com

Joon M Khang on behalf of Debtor The Litigation Practice Group P.C.
joon@khanglaw.com

Ira David Kharasch on behalf of Interested Party Ad Hoc Consumer Claimants Committee
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Interested Party Courtesy NEF
ikharasch@pszjlaw.com

Meredith King on behalf of Defendant Gallant Law Group
mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Meredith King on behalf of Interested Party Courtesy NEF
mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Nicholas A Koffroth on behalf of Creditor Committee Committee of Unsecured Creditors
nkoffroth@foxrothschild.com, khoang@foxrothschild.com

David S Kupetz on behalf of Defendant Marich Bein, LLC
David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

David S Kupetz on behalf of Interested Party Courtesy NEF
David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

Christopher J Langley on behalf of Interested Party Courtesy NEF
chris@slclawoffice.com,
omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

Matthew A Lesnick on behalf of Defendant OptimumBank Holdings, Inc.
matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Daniel A Lev on behalf of Defendant Consumer Legal Group, PC
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev on behalf of Defendant LGS Holdco, LLC
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev on behalf of Interested Party Consumer Legal Group, P.C.
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev on behalf of Interested Party Courtesy NEF
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

Daniel A Lev on behalf of Interested Party Liberty Acquisitions Group Inc.
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Britteny Leyva on behalf of Interested Party Revolv3, Inc.
bleyva@mayerbrown.com,
2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com

Michael D Lieberman on behalf of Creditor Phillip A. Greenblatt, PLLC
mlieberman@lipsonneilson.com

Yosina M Lissebeck on behalf of Counter-Claimant Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com

Yosina M Lissebeck on behalf of Defendant Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com

Yosina M Lissebeck on behalf of Plaintiff Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com

Yosina M Lissebeck on behalf of Trustee Richard A Marshack (TR)
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com

Mitchell B Ludwig on behalf of Creditor Fundura Capital Group
mbl@kpclegal.com, kad@kpclegal.com

Kathleen P March on behalf of Defendant Greyson Law Center PC
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Defendant Han Trinh
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Defendant Jayde Trinh
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Richard A Marshack (TR)
pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Laila Masud on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Interested Party Richard A. Marshack
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Plaintiff Richard Marshack
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

Laila Masud on behalf of Trustee Richard A Marshack (TR)
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Kenneth Misken on behalf of U.S. Trustee United States Trustee (SA)
Kenneth.M.Misken@usdoj.gov

Byron Z Moldo on behalf of Interested Party Byron Moldo
bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbn.law, jdale@mbn.law

Victoria Newmark on behalf of Interested Party Courtesy NEF
vnewmark@pszjlaw.com

Queenie K Ng on behalf of U.S. Trustee United States Trustee (SA)
queenie.k.ng@usdoj.gov

Keith C Owens on behalf of Creditor Committee Committee of Unsecured Creditors
kowens@foxrothschild.com, khoang@foxrothschild.com

Douglas A Plazak on behalf of Defendant Scott James Eadie
dplazak@rhlaw.com

Daniel H Reiss on behalf of Defendant Touzi Capital, LLC
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel H Reiss on behalf of Defendant Eng Taing
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Ronald N Richards on behalf of Defendant Consumer Legal Group, PC
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Gregory M Salvato on behalf of Creditor Mari Agape
gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato on behalf of Interested Party Courtesy NEF
gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Olivia Scott on behalf of Creditor Azzure Capital LLC
olivia.scott3@bclplaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    F 9013-3.1.PROOF.SERVICE

Olivia Scott on behalf of Creditor Hi Bar Capital LLC
olivia.scott3@bclplaw.com

Jonathan Serrano on behalf of Plaintiff Richard A. Marshack
jonathan.serrano@dinsmore.com

Jonathan Serrano on behalf of Trustee Richard A Marshack (TR)
jonathan.serrano@dinsmore.com

Paul R Shankman on behalf of Attorney Paul R. Shankman
PShankman@fortislaw.com, info@fortislaw.com

Paul R Shankman on behalf of Creditor United Partnerships, LLC
PShankman@fortislaw.com, info@fortislaw.com

Zev Shechtman on behalf of Interested Party Danning Gill Israel & Krasnoff LLP
zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Interested Party Morning Law Group, P.C.
zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Leslie Skorheim on behalf of U.S. Trustee United States Trustee (SA)
leslie.skorheim@usdoj.gov

Howard Steinberg on behalf of Defendant BankUnited, N.A.
steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Andrew Still on behalf of Creditor Alteryx, Inc.
astill@swlaw.com, kcollins@swlaw.com

Andrew Still on behalf of Interested Party Courtesy NEF
astill@swlaw.com, kcollins@swlaw.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Sharon Z. Weiss on behalf of Creditor Azzure Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Sharon Z. Weiss on behalf of Creditor Hi Bar Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Sharon Z. Weiss on behalf of Defendant Azzure Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Johnny White on behalf of Creditor Debt Relief Group, LLC
JWhite@wrslawyers.com, jlee@wrslawyers.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

Johnny White on behalf of Interested Party Courtesy NEF
JWhite@wrslawyers.com, jlee@wrslawyers.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                    F 9013-3.1.PROOF.SERVICE