Party Name, Address, Telephone & FAX Nos. & Email Address:

Melina Beltran
22700 Lake Forest Dr.
Apt 131
Lake Forest, CA 92630
P: 714-269-0395
Email: Melindabeltran@ymail.com

**FILED**
NOV 20 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

Debtor(s),

The Litigation Practice Group

Case No.: 8:23-bk-10571-SC

Chapter: 11

Title: Application for payment of Administrative claim

☒ No hearing
☐ Hearing

DATE:
TIME:
COURTROOM:
PLACE: 411 W Fourth St
Santa Ana, CA 92701

See attachment

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA -
SANTA ANA DIVISION

In re                                                         Case No. 8:23-bk-10571-SC
   THE LITIGATION PRACTICE                          Chapter 11
   GROUP (Debtor*)

## APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE

Movant, Melina Beltran, requests entry of an order allowing payment of an administrative expense and states:

1. Debtor filed this Chapter 11 bankruptcy case on March 20, 2023.

2. Debtor and/or one of its aliases owes late wages, unlawful paycheck deductions and late payment penalty fees to Melina Beltran.

3. $30,400.00 in wages and penalties.

WHEREFORE, Movant respectfully requests that the Court enter an order granting this application, approving the payment of the requested administrative expense, and for such further relief as the Court deems appropriate.

Dated: 11/20/2023

_____
/s/ Signature

## PROOF OF SERVICE

A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail on _____ to:

/s/ Signature