Party Name, Address, Telephone & FAX Nos. & Email Address:

Kimberly Torres
1177 W Chateau Ave
Anaheim, CA 92802
P: 714-852-7323
Gmail: kimtorres@gmail.com

**FILED**
NOV 20 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

Debtor(s),

The Litigation Practice Group

Case No.: 8:23-BK-10571-SC
Chapter: 11
Title: Application for payment of Administrative expense

[X] No hearing
[ ] Hearing

DATE:
TIME:
COURTROOM:
PLACE: 411 W Fourth St
       Santa Ana, CA 92701

See Attached

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA -
SANTA ANA DIVISION

In re
THE LITIGATION PRACTICE
GROUP (Debtor*)

Case No. 8:23-bk-10571-SC
Chapter 11

## APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE

Movant, Kimberly Torres, requests entry of an order allowing payment of an administrative expense and states:

1. Debtor filed this Chapter 11 bankruptcy case on March 20, 2023.

2. Debtor and/or one of its aliases owes late wages, unlawful paycheck deductions and late payment penalty fees to Kimberly Torres.

3. $20,000.00 in wages and penalties.

WHEREFORE, Movant respectfully requests that the Court enter an order granting this application, approving the payment of the requested administrative expense, and for such further relief as the Court deems appropriate.

Dated: 11/20/2023

_____
/s/ Signature

## PROOF OF SERVICE

A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail on _____ to:

_____
/s/ Signature