Melissa A. Wilkes, Esq.
8888 Keystone Crossing Pkwy., Ste. 300
Indianapolis, IN 46240
Telephone No (765) 299-0427
mwilkes@mwilkeslaw.com

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA-SANTA ANA DIVISION

In re

THE LITIGATION PRACTICE GROUP,

    Debtor.

Case No. 8:23-bk-10571-SC

Chapter 11

**MOTION BY CREDITOR MELISSA WILKES FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

---

Creditor, Melissa Wilkes ("Wilkes"), through her own representation, files this Motion for Allowance and Payment of an Administrative Expense Claim under 11 U.S.C. § 503 for post-petition attorney services rendered to clients of the Litigation Practice Group ("LPG"). In support thereof, Wilkes relies upon the Affidavit of Melissa Wilkes, attached hereto as **Exhibit A** (the "Wilkes Affidavit") and in support, states as follows:

## I.    INTRODUCTION

Wilkes's administrative claim stems from the post-petition representation of LPG clients that she provided which directly and substantially benefited the Estate. Wilkes has not received compensation for said work, though a significant benefit was conferred upon the Estate, prompting the filing of this Motion.

## II.    STATEMENT OF FACTS

On March 20, 2023, the Debtor filed for voluntary relief under chapter 11 of Title 11 of the United States Code (the "Case"). The deadline for filing an administrative claim arising after March 20, 2023, to and including August 2, 2023, is November 21, 2023.

Shortly after the bankruptcy was filed, Wilkes, along with other LPG Attorneys, were notified that LPG files were transferred to Phoenix Law. As a result, Wilkes reached out to Ty Carss, the Managing Attorney of Phoenix Law, on April 4, 2023, via e-mail, attached hereto as **Exhibit B**,

and asked if he would like Wilkes to continue representing the transferred clients. Ty responded via e-mail in the affirmative and advised that Phoenix would pay $750 per case via 1099, attached hereto as **Exhibit C**. According to the agreement, Wilkes continued to represent the clients but was never compensated. The total amount due is $36,747.50 (which takes into account the sum of $2,252.50 which was paid to Wilkes), invoices attached hereto as **Exhibit D.**

During the course of the bankruptcy, it was determined that the accounts transferred to Phoenix were transferred so that LPG could avoid paying creditors. As a result, adequate consideration was not given for the transfer/purchase of the accounts and the accounts were actually the property of the bankruptcy estate. Therefore, the clients that I represented are in fact clients of LPG.

### III.    ARGUMENT

#### Wilkes's Claim is Allowable Under the Bankruptcy Code

The Bankruptcy Code provides that "the actual, necessary costs and expenses of preserving the estate including…services rendered after the commencement of the case" shall be allowed as an administrative expense. 11 U.S.C. §503(b)(1)(A)(i). Further, Section § 507(a)(2) provides that said claims have priority. 11 U.S.C. § 507(a)(2). A request for priority payment of an administrative expense pursuant to 503(b) qualifies under two (2) circumstances: arose post-petition and directly benefited the estate. *In re Machevsky*, 637 B.R. 510, 524 (Bankr. C.D. Cal. 2021) (citing) *In re Abercrombie*, 139 F. 3d 755, 756-57 (9th Cir. 1998).

The cases that Wilkes continued working on, in agreement with Phoenix, were cases which Litigation Practice Group assigned to her post-petition. Further, the LPG clients continued to receive the benefit of legal counsel, per their Legal Services Agreement with LPG, despite the fact that no compensation was provided. Additionally, most former LPG Attorneys were not servicing clients due to the lack of payment. During the turbulent time that clients and former LPG employees experienced during the aftermath of the bankruptcy, the clients that Wilkes represented had at least a point of contact who was able to assist them with the assigned lawsuits. Value was provided to the Estate on a post-petition basis. Therefore, the Court should allow the administrative expense claim.

### IV.    CONCLUSION

Wherefore, Creditor, Wilkes, respectfully request the Court enter to: 1. Grant this Motion, 2. Allow and authorize Wilkes an administrative expense claim in the amount of $36,747.50, 3.

Direct the immediate payment of the claim to Wilkes, and 4. For any other further relief the

Court deems proper and just.

Dated: November 17, 2023                    Respectfully submitted,

                                            By:   /s/ Melissa A. Wilkes
                                            Melissa A. Wilkes, Esq.

# EXHIBIT A

## AFFIDAVIT OF MELISSA WILKES

I, Melissa Wilkes, declare as follows:

1.  I am the creditor of the bankruptcy estate ("Estate") of The Litigation Practice Group P.C. ("LPG").  I know each of the following facts to be true based upon my personal knowledge, except as otherwise stated, and, if needed, I would competently be able to testify with respect thereto. I make this declaration in support of the Motion for Allowance and Payment of Administrative Claim.

2.  On March 20, 2023, LPG filed for Chapter 11 relief, and the deadline for filing a request to allow an administrative claim arising at any time from the March 20, 2023, through and including August 4, 2023, is November 21, 2023.

3.  Wilkes performed legal services for the clients listed in Exhibit D, attached to the Motion.

4.  Phoenix Law promised Wilkes that she would be compensated for each case she continued to work on after LPG transferred its cases to Phoenix.

5.  Wilkes was promised the sum of $750 per each transferred LPG case.

6.  During the course of the bankruptcy, it was found that the client files transferred to Phoenix from LPG were in fact transferred without consideration and transferred in an effort to avoid LPG's creditors. As a result, the client files actually belonged to LPG.

7.  Therefore, the client files that Wilkes was working on were actually LPG files, and it was LPG that received the benefit of Wilkes's continued work.

8.  The work Wilkes performed on the LPG cases commenced after LPG filed for bankruptcy on March 20, 2023.

9.  Wilkes has not been compensated for the work she performed on said client files.

10. The clients that Wilkes represented continued to receive the benefit of legal representation even though LPG was going through bankruptcy.

11. Wilkes is owed $36,747.50 for post petition legal services provided to LPG client. Wilkes believes the Estate will have more than sufficient funds to pay for said expenses, and that a clear benefit was received by LPG for the services provided by Wilkes to LPG.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of November, 2023, at Lafayette, IN.

_____
Melissa Wilkes, Esq.

# EXHIBIT B

11/19/23, 1:58 PM                                Xfinity Connect Transferred Client Representation Printout

**Melissa Wilkes <melissa.wilkes@comcast.net>**                                    4/4/2023 5:36 PM

Transferred Client Representation

To ty.carss@phoenixlaw.co <ty.carss@phoenixlaw.co>

Ty,

Good evening. I was an Attorney for Litigation Practice Group, and I have some LPG files that were transferred
to your firm. Do you want me to continue representation, or do you have other attorneys to handle these cases?
I am licensed in Ohio, Michigan, Indiana, and Wisconsin. Please let me know, and if you do need an attorney for
any of the 4 states I am licensed in, please let me know. I would imagine a 1099 agreement would make the
most sense. Thank you for your time.

Best regards,

Melissa Wilkes
Phone: 765-878-9177

# EXHIBIT C



11/19/23, 1:59 PM            Xfinity Connect Re_ Transferred Client Representation Printout

**Ty Carss <ty.carss@phoenixlaw.co>**           4/6/2023 10:50 AM

## Re: Transferred Client Representation

To Melissa Wilkes <melissa.wilkes@comcast.net>   Copy Phoenix Paralegal <paralegal@phoenixlaw.co>

Good morning Melissa,

I hope this email finds you doing well.  Thank you for reaching out.

Please continue to represent the clients that are being serviced by us here at Phoenix Law, that would be a tremendous help.

At this point in time, yes, I think that a 1099 agreement works for now.  How does $750.00 per case sound?

When sending your invoices, please include my paralegal, Sally, along with myself, as she will be assisting me in keeping track of the clients who are represented by Local Counsel.  Sally's email is: paralegal@phoenixlaw.co .

I look forward to working with you as we move into the future.

I hope you have a fantastic day.

On Tue, Apr 4, 2023 at 2:36 PM Melissa Wilkes <melissa.wilkes@comcast.net> wrote:

> Ty,
>
> Good evening. I was an Attorney for Litigation Practice Group, and I have some LPG files that were transferred to your firm. Do you want me to continue representation, or do you have other attorneys to handle these cases? I am licensed in Ohio, Michigan, Indiana, and Wisconsin. Please let me know, and if you do need an attorney for any of the 4 states I am licensed in, please let me know. I would imagine a 1099 agreement would make the most sense. Thank you for your time.
>
> Best regards,
>
> Melissa Wilkes
> Phone: 765-878-9177

# EXHIBIT D

*Melissa Wilkes*

*Attorney at Law*

# INVOICE

749 Wexford Court
Lafayette, IN 47905
Phone: 317-918-3932
E-mail: melissa.wilkes@comcast.net

RE: Eric Amankwah/ Luna ID: 324118088

DATE: 4.10.23

**TO:**
Accounting
Phoenix Law

| ATTORNEY | | TIME | TOTAL |
|---|---|---|---|
| MELISSA | Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email, sent signed agreement to opposing counsel.<br><br>LVNV Funding (Case No. 2023CVF007046) | | $750 |
| | | | |
| | Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email, sent signed agreement to opposing counsel.<br><br>Accelerated Inventory Management (Case No. 22CV-09-6557) | | $750 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **SUBTOTAL** | **$1500** |
| | | | |
| | | | |
| | | TOTAL DUE | $1500 |

*Melissa Wilkes*

# INVOICE

*Attorney at Law*

749 Wexford Court                          RE: Lynda Fletcher/ Luna ID: 555614986
Lafayette, IN 47905
Phone: 317-918-3932
E-mail: melissa.wilkes@comcast.net                              DATE: 4.10.23

**TO:**
Accounting
Phoenix Law

| ATTORNEY | | TIME | TOTAL |
|---|---|---|---|
| MELISSA | Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email, sent signed agreement to opposing counsel.<br><br>AMEX (Case No. 22-7678-GC)<br>Zwicker | | $750 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | **SUBTOTAL** | **750.00** |
|---|---|---|---|
| | | | |
| | | | |
| | | TOTAL DUE | $750.00 |

*Melissa Wilkes*

*Attorney at Law*

**INVOICE**

749 Wexford Court
Lafayette, IN 47905
Phone: 317-918-3932
E-mail: melissa.wilkes@comcast.net

RE: Christine and Dennis Fritz/
Luna ID: 401616297

DATE: 4.10.23

**TO:**
Accounting
Phoenix Law

| ATTORNEY | | TIME | TOTAL |
|---|---|---|---|
| MELISSA | Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email, sent signed agreement to opposing counsel.<br><br>LVNV Funding (File No. 242502)<br>Roosen Law Firm | | $750 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | **SUBTOTAL** | **750.00** |
| | | |
| | | |
| | TOTAL DUE | $750.00 |

*Melissa Wilkes*

# INVOICE

*Attorney at Law*

749 Wexford Court
Lafayette, IN 47905
Phone: 317-918-3932
E-mail: melissa.wilkes@comcast.net

RE: Jillian Luttrell/ Luna ID: 444860985

DATE: 4.10.23

**TO:**
Accounting
Phoenix Law

| ATTORNEY | | TIME | TOTAL |
|---|---|---|---|
| MELISSA | Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email, sent signed agreement to opposing counsel.<br><br>LVNV Funding (Case No. 79D01-2302-CC-000293) | | $750 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| | | **SUBTOTAL** | **750.00** |
| | | | |
| | | | |
| | | TOTAL DUE | $750.00 |

*Melissa Wilkes*

*Attorney at Law*

# INVOICE

749 Wexford Court
Lafayette, IN 47905
Phone: 317-918-3932
E-mail: melissa.wilkes@comcast.net

RE: Nancy Smathers/ Luna ID: 544241923

DATE: 4.10.23

**TO:**
Accounting
Phoenix Law

| ATTORNEY | | TIME | TOTAL |
|---|---|---|---|
| MELISSA | Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email, sent signed agreement to opposing counsel.<br><br>BofA (Case No. 2023CVF00168) (against Rocky Smathers) Lloyd | | $750 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | **SUBTOTAL** | | **750.00** |
| | | | |
| | | | |
| | TOTAL DUE | | $750.00 |

*Melissa Wilkes*

# INVOICE

*Attorney at Law*

749 Wexford Court
Lafayette, IN 47905
Phone: 317-918-3932
E-mail: melissa.wilkes@comcast.net

RE: Pamela Wiley/ Luna ID: 470676778

DATE: 4.10.23

**TO:**
Accounting
Phoenix Law

| ATTORNEY | | TIME | TOTAL |
|---|---|---|---|
| MELISSA | Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email, sent signed agreement to opposing counsel.<br><br>Cavalry SPV I (Case No. 23CVF00542)<br>Javitch | | $750 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | **SUBTOTAL** | **750.00** |
| | | |
| | | |
| | TOTAL DUE | $750.00 |

*Melissa Wilkes*

# INVOICE

*Attorney at Law*

749 Wexford Court
Lafayette, IN 47905
Phone: 317-918-3932
E-mail: melissa.wilkes@comcast.net

RE: Various Clients

Date: 5.17.23 (as of this date billing is up to date)

*Melissa Wilkes*

# INVOICE

*Attorney at Law*

749 Wexford Court
Lafayette, IN 47905
Phone: 317-918-3932
E-mail: melissa.wilkes@comcast.net

RE: Various Clients

Date: 5.17.23 (as of this date billing is up to date)

Accounting
Phoenix Law

| Attorney | | Time | TOTAL |
|---|---|---|---|
| MELISSA | **Mary A. Ford** 308807307<br><br>Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email, sent signed agreement to opposing counsel. | | $750 |
| | Wesley Gregory 436483428<br><br>Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email, sent signed agreement to opposing counsel | | $750 |
| | Diane Marie Schneidt, 449087755<br><br>Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email, sent signed agreement to opposing counsel | | $750 |
| | **Hobert Neal,** 458324739<br><br>Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email, sent signed agreement to opposing counsel | | $750 |
| | **Martuan Simpson,** 292741651<br><br>Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: | | $750 |

| | | | |
|---|---|---|---|
| | settlement; sent settlement agreement to client as well as closing email, sent signed agreement to opposing counsel | | |
| | **Deborah Martz Morris,** 473277548<br><br>Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email, sent signed agreement to opposing counsel | | $750 |
| | **Stefanie Hull,** 664298465<br><br>Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email, sent signed agreement to opposing counsel | | $750 |
| | **Kathleen Ewing,** 695096624<br><br>Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email, sent signed agreement to opposing counsel | | $750 |
| | **Rene Cabello Gonzalez,** 551757865<br>Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email, sent signed agreement to opposing counsel | | $750 |
| | **Patricia Shepherd Buchanan,** 647553230<br><br>Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email, sent signed agreement to opposing counsel | | $750 |
| | **Thomas Burleson,** 453217971<br>Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email, sent signed agreement to opposing counsel | | $750 |
| | Candy Jacobs, ID: 617428612 | | $750 |

| | | |
|---|---|---|
| | Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email, sent signed agreement to opposing counsel | |
| | Charles Bischoff, 658345025<br><br>Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email, sent signed agreement to opposing counsel | $750 |
| | Thomas Rice, 456584861<br>Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email, sent signed agreement to opposing counsel | $750 |
| | Kelly Hass, 345828593<br>Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email, sent signed agreement to opposing counsel | $750 |
| | Shannon Mullis, 426911532 | $750 |
| | Andrea Cononico, 343441415 | $750 |
| | Deborah Knaak, 459123207 | $750 |
| | Colleen Cannon, 444294990 | $750 |
| | Nicole Defer, ID: 535626808 | $750 |
| | Julie Makad, 469053572 | $750 |
| | Tyrone Harvey, 359817679 | $750 |
| | Douglas Wolf, 699623318 | $750 |
| | James Mike, 592046323 | $750 |
| | Angelia Thomas, 421803891 | $750 |
| | Devin Craft, 708936866 | $750 |
| | Jeffrey Schmidt, 419118027 | $750 |
| | Ronald Schmidig, 529447180 | $750 |
| | | $750 |
| | | $750 |
| | | $750 |

|  |  |  | $750 |
|  |  |  | $750 |
| **SUBTOTAL** |  |  | **28 x $750** |
|  |  |  |  |
|  |  |  |  |
| TOTAL due |  |  | $21,000.00 |

*Melissa Wilkes*

**INVOICE**

*Attorney at Law*

749 Wexford Court
Lafayette, IN 47905
Phone: 317-918-3932
E-mail: melissa.wilkes@comcast.net

RE: Various Clients

DATE: 5.7.23

**TO:**
Accounting
Phoenix Law

| ATTORNEY | | TIME | TOTAL |
|---|---|---|---|
| MELISSA | Nahla Zarour **ID: 528655289**<br><br>Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email,  sent signed agreement to opposing counsel.<br><br>Citibank | | $750 |
| | Lisa Shomo **ID: 398796884**<br><br>Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email,  sent signed agreement to opposing counsel<br><br>LVNV | | $750 |
| | Cheryl Fox **ID: 436151324**<br><br>Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email,  sent signed agreement to opposing counsel<br><br>Velocity | | $750 |
| | Terrie Allen **ID: 460934511**<br><br>Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email,  sent signed agreement to opposing counsel<br><br>Synchrony | | $750 |

| | | | |
|---|---|---|---|
| | Amy Wright ID: 444457584<br><br>Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email, sent signed agreement to opposing counsel<br><br>LVNV | | $750 |
| | Angela Crane ID: 331917833<br><br>Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email, sent signed agreement to opposing counsel<br><br>Roosen | | $750 |
| | Martina Bukrhart ID: 447491736<br><br>Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email, sent signed agreement to opposing counsel<br><br>Stenger | | $750 |
| | Michelle Johnson, ID: 524043160<br><br>Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email, sent signed agreement to opposing counsel<br><br>Stenger | | $750 |
| | Terry Benetis, ID: 560988598<br><br>Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email, sent signed agreement to opposing counsel<br><br>Capital One | | $750 |
| | Lafayette Arthur ID: 587255968<br><br>Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email, sent signed agreement to opposing counsel<br><br>Atomic Credit | | $750 |

| | | |
|---|---|---|
| Jose Garcia **ID: 534535996**<br><br>*Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email, sent signed agreement to opposing counsel*<br><br>Midland | | $750 |
| Heather Brown **ID: 460703703**<br><br>*Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email, sent signed agreement to opposing counsel*<br><br>Javitch | | $750 |
| Guirlene Thomas-Durosier **ID: 522456223**<br><br>*Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email, sent signed agreement to opposing counsel*<br><br>Mariner | | $750 |
| Christine Fritz, **ID: 401616297**<br><br>*Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email, sent signed agreement to opposing counsel*<br><br>Second Lawsuit, LVNV/Roosen | | $750 |
| | **SUBTOTAL** | **750.00 x 14** |
| | | |
| | | |
| | TOTAL DUE | $10,500.00 |

14

*Melissa Wilkes*

# INVOICE

*Attorney at Law*

749 Wexford Court
Lafayette, IN 47905
Phone: 317-918-3932
E-mail: melissa.wilkes@comcast.net

RE: Various Clients

Date: 7.12.23

`o:`
Accounting
Phoenix Law

| Description/Case | Time | TOTAL |
|---|---|---|
| Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent settlement agreement to client as well as closing email, sent signed agreement to opposing counsel.<br><br>Stephanie Luther, ID: 431424579 | | $750 |
| Reviewed complaint and client's file, communicated with client multiple times re: settlement etc.; communicated with OC re: settlement; sent closing email to client<br><br>Latonia Lowe, 3873898649 | | $750 |
| Reviewed complaint and client's file, communicated with client regarding her belief that she does not owe the debt; filed Answer, communicated with opposing counsel regarding request for additional documents; filed termination of representation<br><br>Cristal Casler, 422775213 | | $750 |
| | | |
| | | |
| **SUBTOTAL** | | **2250** |
| | | |
| | | |
| TOTAL due | | $2,250 |

15

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 8888 Keystone Crossing Parkway, Suite 1300, Indianapolis, IN 46240.

A true and correct copy of the foregoing document entitled (*specify*): **Motion by Melissa Wilkes for Allowance and Payment of Administrative Expense Claim (a)** on the judge in chambers in the form and manner required by LBR 5005- 2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 17, 2023,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

16

| 11/17/2023 | Melissa A. Wilkes, Esq. | /s/ Melissa A. Wilkes, Esq. |
|---|---|---|
| Date | Printed Name | Signature |

**8:23-bk-10571-SC Notice will be electronically mailed to:**

Eric Bensamochan on behalf of Creditor Affirma,
LLC eric@eblawfirm.us,
G63723@notify.cincompass.com

Eric Bensamochan on behalf of Creditor Oxford
Knox, LLC eric@eblawfirm.us,
G63723@notify.cincompass.com

Eric Bensamochan on behalf of Interested Party
Courtesy NEF eric@eblawfirm.us,
G63723@notify.cincompass.com

Eric Bensamochan on behalf of Interested Party
Eric Bensamochan eric@eblawfirm.us,
G63723@notify.cincompass.com

Peter W Bowie on behalf of Trustee Richard A
Marshack (TR) peter.bowie@dinsmore.com,
caron.burke@dinsmore.com

Ronald K Brown on behalf of Creditor SDCO Tustin Executive
Center, Inc. ron@rkbrownlaw.com

Christopher Celentino on behalf of Plaintiff
Richard A. Marshack
christopher.celentino@dinsmore.com,
caron.burke@dinsmore.com

Christopher Celentino on behalf of Trustee Richard A Marshack (TR)
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Shawn M Christianson on behalf of Interested
Party Courtesy NEF cmcintire@buchalter.com,
schristianson@buchalter.com

17

Randall Baldwin Clark on behalf of Interested Party Randall
Baldwin Clark rbc@randallbclark.com

Leslie A Cohen on behalf of Defendant Lisa Cohen
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Leslie A Cohen on behalf of Defendant Rosa Bianca Loli
leslie@lesliecohenlaw.com,
jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Leslie A Cohen on behalf of Interested Party Courtesy NEF
leslie@lesliecohenlaw.com,
jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Aaron E. DE Leest on behalf of Interested Party Courtesy NEF
adeleest@DanningGill.com,
danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Jenny L Doling on behalf of Interested Party INTERESTED PARTY
jd@jdl.law,
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
Daniel A Edelman on behalf of Creditor Carolyn
Beech dedelman@edcombs.com,
courtecl@edcombs.com

William P Fennell on behalf of Creditor Validation
Partners LLC william.fennell@fennelllaw.com,
luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.
cwalinski@fen nelllaw.com;samantha.larimer@fennelllaw.com

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com,
nicolette.murphy@dinsmore.com;karina.reyes@dinsmore.com;deamira.romo
@dinsmore.com

Christopher Ghio on behalf of Trustee Richard A Marshack (TR)
christopher.ghio@dinsmore.com,
nicolette.murphy@dinsmore.com;karina.reyes@dinsmore.com;deamira.romo
@dinsmore.com

Eric D Goldberg on behalf of Defendant Stripe,
Inc. eric.goldberg@dlapiper.com, eric-goldberg-
1103@ecf.pacerpro.com

18

Jeffrey I Golden on behalf of Creditor Affirma,
LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;g
olden.jeffreyi.b 117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Anaheim Arena
Management, LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;g
olden.jeffreyi.b 117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Anaheim Ducks Hockey
Club, LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;g
olden.jeffreyi.b 117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Oxford
Knox, LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;g
olden.jeffreyi.b 117954@notify.bestcase.com

Jeffrey I Golden on behalf of Interested Party
Courtesy NEF jgolden@go2.law,

kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;g
olden.jeffreyi.b 117954@notify.bestcase.com

Richard H Golubow on behalf of Creditor Debt Validation Fund II,
LLC rgolubow@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 1, LLC
rgolubow@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 2, LLC
rgolubow@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

David M Goodrich on behalf of Interested Party Courtesy NEF
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

D Edward Hays on behalf of Interested Party
Courtesy NEF ehays@marshackhays.com,

19

ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmen
doza@ecf.cour tdrive.com

D Edward Hays on behalf of Trustee Richard A
Marshack (TR) ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmen
doza@ecf.cour tdrive.com

Alan Craig Hochheiser on behalf of Creditor City
Capital NY ahochheiser@mauricewutscher.com,
arodriguez@mauricewutscher.com

Garrick A Hollander on behalf of Creditor Debt Validation Fund II,
LLC ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander on behalf of Creditor MC DVI Fund 1, LLC
ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander on behalf of Creditor MC DVI Fund 2, LLC
ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard L. Hyde on behalf of Interested Party
Courtesy NEF richard@amintalati.com

Razmig Izakelian on behalf of Creditor OHP-CDR,
LP razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Plaintiff OHP-CDR,
LP razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Plaintiff PurchaseCo 80, LLC

razmigizakelian@quinnemanuel.com

Joon M Khang on behalf of Attorney Khang &
Khang LLP joon@khanglaw.com

Joon M Khang on behalf of Debtor The Litigation Practice Group
P.C. joon@khanglaw.com

Ira David Kharasch on behalf of Interested Party Ad Hoc Consumer Claimants
Committee ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Interested Party
Courtesy NEF ikharasch@pszjlaw.com

Meredith King on behalf of Defendant Gallant Law
Group mking@fsl.law,
ssanchez@fsl.law;jwilson@fsl.law

Meredith King on behalf of Interested Party
Courtesy NEF mking@fsl.law,
ssanchez@fsl.law;jwilson@fsl.law

Nicholas A Koffroth on behalf of Creditor Committee Committee of Unsecured
Creditors nkoffroth@foxrothschild.com, khoang@foxrothschild.com

David S Kupetz on behalf of Defendant Marich
Bein, LLC David.Kupetz@lockelord.com,
mylene.ruiz@lockelord.com

David S Kupetz on behalf of Interested Party
Courtesy NEF David.Kupetz@lockelord.com,
mylene.ruiz@lockelord.com

Christopher J Langley on behalf of Interested Party Courtesy NEF
chris@slclawoffice.com,
omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123
@casedriver.com

Matthew A Lesnick on behalf of Defendant OptimumBank
Holdings, Inc. matt@lesnickprince.com,
matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Daniel A Lev on behalf of Defendant Consumer Legal Group,
PC daniel.lev@gmlaw.com,
cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev on behalf of Defendant LGS Holdco, LLC
daniel.lev@gmlaw.com,
cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev on behalf of Interested Party Consumer Legal
Group, P.C. daniel.lev@gmlaw.com,
cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev on behalf of Interested Party Courtesy NEF
daniel.lev@gmlaw.com,

21

cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev on behalf of Interested Party Liberty
Acquisitions Group Inc. daniel.lev@gmlaw.com,
cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Britteny Leyva on behalf of Interested Party
Revolv3, Inc. bleyva@mayerbrown.com,
2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com

Michael D Lieberman on behalf of Creditor Phillip A. Greenblatt,
PLLC mlieberman@lipsonneilson.com

Yosina M Lissebeck on behalf of Counter-Claimant Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com

Yosina M Lissebeck on behalf of Defendant
Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com,
caron.burke@dinsmore.com

Yosina M Lissebeck on behalf of Plaintiff Richard
A. Marshack Yosina.Lissebeck@Dinsmore.com,
caron.burke@dinsmore.com

Yosina M Lissebeck on behalf of Trustee Richard
A Marshack (TR)
Yosina.Lissebeck@Dinsmore.com,
caron.burke@dinsmore.com

Mitchell B Ludwig on behalf of Creditor Fundura
Capital Group mbl@kpclegal.com,
kad@kpclegal.com

Kathleen P March on behalf of Defendant Greyson Law Center
PC kmarch@bkylawfirm.com,
kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Defendant Han Trinh
kmarch@bkylawfirm.com,
kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Defendant Jayde Trinh
kmarch@bkylawfirm.com,
kmarch3@sbcglobal.net,kmarch@sbcglobal.net

22

Richard A Marshack (TR)
pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Laila Masud on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Interested Party Richard A. Marshack
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Plaintiff Richard Marshack
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Trustee Richard A Marshack (TR)
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Kenneth Misken on behalf of U.S. Trustee United States Trustee
(SA) Kenneth.M.Misken@usdoj.gov

Byron Z Moldo on behalf of Interested Party
Byron Moldo bmoldo@ecjlaw.com,
amatsuoka@ecjlaw.com,dperez@ecjlaw.com

Alan I Nahmias on behalf of Interested Party
Courtesy NEF anahmias@mbn.law,
jdale@mbn.law

Victoria Newmark on behalf of Interested Party
Courtesy NEF vnewmark@pszjlaw.com

Queenie K Ng on behalf of U.S. Trustee United
States Trustee (SA) queenie.k.ng@usdoj.gov

Keith C Owens on behalf of Creditor Committee Committee of Unsecured Creditors
kowens@foxrothschild.com, khoang@foxrothschild.com

Douglas A Plazak on behalf of Defendant Scott
James Eadie dplazak@rhlaw.com

Daniel H Reiss on behalf of Defendant Touzi
Capital, LLC dhr@lnbyg.com,
dhr@ecf.inforuptcy.com

Daniel H Reiss on behalf of Defendant Eng
Taing dhr@lnbyg.com,
dhr@ecf.inforuptcy.com

Ronald N Richards on behalf of Defendant Consumer Legal
Group, PC ron@ronaldrichards.com,
7206828420@filings.docketbird.com

Ronald N Richards on behalf of Interested
Party Courtesy NEF
ron@ronaldrichards.com,
7206828420@filings.docketbird.com

Gregory M Salvato on behalf of Creditor Mari
Agape gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato on behalf of Interested Party
Courtesy NEF gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Olivia Scott on behalf of Creditor Azzure Capital
LLC olivia.scott3@bclplaw.com

Olivia Scott on behalf of Creditor Hi Bar Capital
LLC olivia.scott3@bclplaw.com

Jonathan Serrano on behalf of Plaintiff Richard A.
Marshack jonathan.serrano@dinsmore.com

Jonathan Serrano on behalf of Trustee Richard A
Marshack (TR) jonathan.serrano@dinsmore.com

Paul R Shankman on behalf of Attorney Paul R.
Shankman PShankman@fortislaw.com,
info@fortislaw.com

Paul R Shankman on behalf of Creditor United
Partnerships, LLC PShankman@fortislaw.com,
info@fortislaw.com

Zev Shechtman on behalf of Interested Party Danning Gill Israel
& Krasnoff LLP zs@DanningGill.com,
danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

24

Zev Shechtman on behalf of Interested Party Morning Law
Group, P.C. zs@DanningGill.com,
danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Leslie Skorheim on behalf of U.S. Trustee United States Trustee
(SA) leslie.skorheim@usdoj.gov

Howard Steinberg on behalf of Defendant BankUnited, N.A.
steinbergh@gtlaw.com,   pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-
6096@ecf.pacerpro.com

Andrew Still on behalf of Creditor Alteryx,
Inc. astill@swlaw.com, kcollins@swlaw.com

Andrew Still on behalf of Interested Party Courtesy
NEF astill@swlaw.com, kcollins@swlaw.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Sharon Z. Weiss on behalf of Creditor Azzure Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Sharon Z. Weiss on behalf of Creditor Hi Bar Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Sharon Z. Weiss on behalf of Defendant Azzure Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Johnny White on behalf of Creditor Debt Relief
Group, LLC JWhite@wrslawyers.com,
jlee@wrslawyers.com

Johnny White on behalf of Interested Party
Courtesy NEF JWhite@wrslawyers.com,
jlee@wrslawyers.com

25

26