| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Mark J. Markus, Esq.**<br>**Law Office of Mark J. Markus**<br>**11684 Ventura Blvd. #403**<br>**Studio City, CA 91604**<br>**818-509-1173 Fax: 818-332-1180**<br>**152807 CA**<br>**bklawr@bklaw.com** | |

☐ *Individual appearing without attorney*
☑ Attorney for: Administrative Claimant David Orr, Esq.

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

| In re:<br>    **The Litigation Practice Group, PC**<br><br>                                      Debtor. | CASE NO.: **8:23-bk-10571-SC**<br>CHAPTER: **11** |
|---|---|
| | **NOTICE OF MOTION FOR:**<br><br>ALLOWANCE OF ADMINISTRATIVE CLAIM OF DAVID ORR, ESQ. UNDER 11 U.S.C. 503(b)(1)<br><br>*(Specify name of Motion)* |
| | **DATE: January 19, 2024**<br>**TIME: 11:00 AM**<br>**COURTROOM: 5C**<br>**PLACE: 411 Fourth St. Santa Ana, CA 92701** |

1.      TO (specify name): **The Honorable Scott Clarkson, United States Bankruptcy Judge, The Office of the U.S. Trustee, Official Committee of Unsecured Creditors and Counsel, Chapter 11 Trustee and Counsel, and Parties-in-Interest**

2.      NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3.      **Your rights may be affected.**   You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

4.      **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                   Page 1                              **F 9013-1.1.HEARING.NOTICE**

5.    **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date: 11/20/2023

| | |
|---|---|
| | **Law Office of Mark J. Markus** |
| | Printed name of law firm |
| | |
| | /s/ Mark J. Markus |
| | Signature |
| | **Mark J. Markus** |
| | Printed name of attorney |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**11684 Ventura Blvd. #403**
**Studio City, CA 91604**

A true and correct copy of the foregoing document entitled (*specify*):   **Notice of Motion (with Hearing) and** MOTION FOR
ALLOWANCE OF ADMINISTRATIVE CLAIM UNDER 11 U.S.C. 503(b)(1) will be served or was
served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR,
the foregoing document will be served by the court via NEF and hyperlink to the document. On 11/21/2023, I checked the CM/ECF
docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice
List to receive NEF transmission at the email addresses stated below:

Eric Bensamochan    eric@eblawfirm.us, G63723@notify.cincompass.com
Peter W Bowie    peter.bowie@dinsmore.com, caron.burke@dinsmore.com
Ronald K Brown    ron@rkbrownlaw.com
Christopher Celentino    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
Randall Baldwin Clark    rbc@randallbclark.com
Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
Aaron E. DE Leest    adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com
Jenny L Doling    jd@jdl.law,
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
Daniel A Edelman    dedelman@edcombs.com, courtecl@edcombs.com
William P Fennell    william.fennell@fennelllaw.com,
luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennell
law.com;samantha.larimer@fennelllaw.com
Christopher Ghio    christopher.ghio@dinsmore.com,
nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
Jeffrey I Golden    jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b11
7954@notify.bestcase.com
Richard H Golubow    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
David M Goodrich    dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
D Edward Hays    ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.court
drive.com
Alan Craig Hochheiser    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
Garrick A Hollander    ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
Richard L. Hyde    richard@amintalati.com
Razmig Izakelian    razmigizakelian@quinnemanuel.com
Joon M Khang    joon@khanglaw.com
Ira David Kharasch    ikharasch@pszjlaw.com
Meredith King    mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
Nicholas A Koffroth    nkoffroth@foxrothschild.com, khoang@foxrothschild.com
David S Kupetz    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
Christopher J Langley    chris@slclawoffice.com,
omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com
Matthew A Lesnick    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
Daniel A Lev    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
Britteny Leyva    bleyva@mayerbrown.com,

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                                      Page 3                                      **F 9013-1.1.HEARING.NOTICE**

2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com
**Michael D Lieberman**   mlieberman@lipsonneilson.com
**Yosina M Lissebeck**   Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
**Mitchell B Ludwig**   mbl@kpclegal.com, kad@kpclegal.com
**Daniel S March**   marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
**Kathleen P March**   kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
**Richard A Marshack (TR)**   pkraus@marshackhays.com,
rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
**Laila Masud**   lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
**Kenneth Misken**   Kenneth.M.Misken@usdoj.gov
**Byron Z Moldo**   bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com
**Glenn D. Moses**   gmoses@venable.com,
cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com
**Alan I Nahmias**   anahmias@mbn.law, jdale@mbn.law
**Victoria Newmark**   vnewmark@pszjlaw.com
**Queenie K Ng**   queenie.k.ng@usdoj.gov
**Keith C Owens**   kowens@foxrothschild.com, khoang@foxrothschild.com
**Lisa Patel**   lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
**Michael R Pinkston**   rpinkston@seyfarth.com,
jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@s
eyfarth.com
**Douglas A Plazak**   dplazak@rhlaw.com
**Daniel H Reiss**   dhr@lnbyg.com, dhr@ecf.inforuptcy.com
**Ronald N Richards**   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
**Gregory M Salvato**   gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
**Olivia Scott**   olivia.scott3@bclplaw.com
**Jonathan Serrano**   jonathan.serrano@dinsmore.com
**Paul R Shankman**   PShankman@fortislaw.com, info@fortislaw.com
**Zev Shechtman**   zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
**Leslie Skorheim**   leslie.skorheim@usdoj.gov
**Adam D Stein-Sapir**   info@pfllc.com
**Howard Steinberg**   steinbergh@gtlaw.com,
pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
**Andrew Still**   astill@swlaw.com, kcollins@swlaw.com
**United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
**Sharon Z. Weiss**   sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
**Johnny White**   JWhite@wrslawyers.com, jlee@wrslawyers.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On 11/21/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary
proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and
addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours
after the document is filed.

 **PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                      Page 4                          **F 9013-1.1.HEARING.NOTICE**

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **11-21-2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.


**By EMAIL:**

**Counsel for Chapter 11 Trustee:**

**D. Edward Hayes: ehays@marshackhayes.com**

**Laila Masud: lmasud@marshackhayes.com**

**Bradford N. Barnhardt: bbarnhardt@marshackhayes.com**

**Counsel for Official Committee of Unsecured Creditors**:

**Fox Rothschild, LLP, Attn: Keith Owens and Nick Koffroth: Kowens @foxrothschild.com and Nkoffroth@foxrothschild.com**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11-21-2023 | **Mark J. Markus** | /s/ Mark J. Markus |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                     Page 5                          **F 9013-1.1.HEARING.NOTICE**

1  MARK J. MARKUS -- SBN #152807
   Law Offices of Mark J. Markus
2  11684 Ventura Blvd. #403
   Studio City, California  91604
3  Telephone (818) 509-1173
   Facsimile (818) 332-1180
4  mark@bklaw.com

5  Attorneys for Administrative Claimant, David Orr, Esq.

6

7                    UNITED STATES BANKRUPTCY COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9                        SANTA ANA DIVISION

10

11  In re                      )    Case No. 8:23-bk-10571-SC
                               )
12                             )    Chapter 11
                               )
13                             )    **MOTION FOR ALLOWANCE OF**
                               )    **ADMINISTRATIVE CLAIM OF**
14                             )    **DAVID ORR, ESQ. UNDER 11**
    **The Litigation Practice Group P.C.**  )    **U.S.C. 503(b)(1);**
15                             )    **DECLARATION OF DAVID ORR IN**
                               )    **SUPPORT THEREOF**
16                             )
                               )    DATE: January 19, 2024
17                             )    TIME: 11:00 a.m.
                Debtor         )    CTRM: 5C, 411 W. Fourth St.,
18  _____)    Santa Ana, CA 92701

19

20      **TO THE HONORABLE SCOTT CLARKSON, UNITED STATES**

21  **BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE**

22  **DEBTOR, CHAPTER 11 TRUSTEE,  CREDITORS, AND PARTIES IN INTEREST:**

23  David Orr, Esq. ("Orr"), by and through the undersigned attorneys,

24  hereby requests the entry of an order, pursuant to 11 U.S.C. §

25  503(b)(1), allowing Orr an administrative expense claim in the

26  amount of $31,068.45 plus costs in filing and serving this Motion.

27      In support of his Motion, Orr states as follows:

28

1

2

3

**JURISDICTION**

4

1.   On March 20, 2023 (the "Petition Date"), Debtor filed its

5

voluntary petition for relief under chapter 7 of title 11 of the

6

United States Code (the "Bankruptcy Code") in the United States

7

Bankruptcy Court for the Central District of California (the

8

"Court").

9

10

2. This Court has jurisdiction over this motion pursuant to 28

11

U.S.C. §157 and 1334(b).  This matter is a core proceeding pursuant

12

to 28 U.S.C. §157(b)(2)(A) and (B). Venue is proper in this District

13

pursuant to 28 U.S.C. §1408 and 1409.

14

**BACKGROUND**

15

16

3.   Debtor is a law firm which represented clients who were in debt,

17

and employed attorneys across the country to represent its clients

18

in any lawsuits filed against them to collect on those debts.

19

4.   David Orr, Esq.("ORR")is an attorney practicing in the State of

20

Florida who was employed by Debtor as the sole Florida attorney

21

handling litigation cases as part of debtor's practice under a

22

prepetition salary contract at the rate of $180,000 per year[1], which

23

is $493.15 per day in non-leap years.

24

25

5.   On May 4, 2023 this court entered its order directing the United

26

States Trustee to appoint a Chapter 11 Trustee.  On May 8, 2023 this

27

28

---

[1] Declaration of David Orr, Exh. 1.

court entered its order approving the appointment of Richard A. Marshack as Chapter 11 Trustee ("Trustee") in this case.[2]

6.    On May 25, 2023, the Trustee filed adversary proceeding **8:23-ap-01046-SC** seeking, among other things, injunctive relief against continued representation of the debtor's clients by certain attorneys and law firms. It appears from the adversary docket that a temporary restraining order was issued, and then a preliminary injunction was entered on June 23, 2023.[3]

7.    With the consent via e-mail and telephone by staff of the Trustee in this case, Orr continued representing debtor's clients in Florida in this case.  Orr's continued representation in these cases was authorized, obviously, to prevent any defaults or issues with the various cases, which would have led to liability and diminution of value to this estate, as well as to preserve the value of LPG as a going concern.  Thus, Orr continued representing LPG's clients to avoid any malpractice issues and liability that would inure to the bankruptcy estate, as well as to preserve the value of LPG's business for any possible sale.

8.    Consequently, on July 7, 2023 this court entered its order authorizing the sale of all assets of LPG to Morning Law Group ("MLG"), which sale took place, certainly in part due to Orr's efforts, as of August 5, 2023.[4]

---

[2] Doc. 58 and 65.

[3] Adv. Doc. 70

[4] Doc. 320

9.   As of the date of this Motion, Orr has not received payment for services rendered on behalf of this bankruptcy estate for the period of June 2, 2023 to August 4, 2023.  A summary of the 252 Florida cases pending during this time which Orr handled on behalf of this estate is attached as Exhibit "2" to the attached Declaration of David Orr.

10.  The Trustee requested billing statements from Orr.  However, since Orr was on salary, he did not routinely prepare or keep billing records for these clients.  And, having to create those retroactively and forensically for the number of cases involved, would be, to understate it, very difficult. More importantly, it is really unnecessary.

By example, at a modest and conservative billing rate of $300.00 per hour, Orr would exceed the above daily salary rate by merely billing over two (2)hours per day on ALL the cases combined. Two hours on all cases breaks down to an average of thirty-six seconds per case per day. As set forth in the attached Declaration of David Orr, Orr greatly exceed that amount of time on all the cases over the requested period. If Orr were to prepare billing statements and account for all the time he spent on these cases at any reasonable rate, the amount of his claim requested herein would be substantially higher than the amount requested based on his prepetition salary.

<u>**RELIEF REQUESTED**</u>

11. Orr respectfully requests that this Court allow an administrative expense claim in the amount of $31,068.45 plus $1,000 costs and fees incurred in preparing this Motion, for services provided and benefits conferred to the Debtor pursuant to section 503(b)(1) of the Bankruptcy Code.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### ORR RENDERED SERVICES WHICH PRESERVED THE VALUE OF THIS ESTATE

11 U.S.C. §503(b)(1) provides, in pertinent part, that:

"(b) After notice and a hearing, there shall be allowed, administrative expenses... including —

(1)(A) the actual, necessary costs and expenses of preserving the estate including —

(i) wages, salaries, and commissions for services rendered after the commencement of the case;"

While the terms of a rejected prepetition employment contract are not presumptive on the value of postpetition services, they are probative. See *In re Cook Inlet Energy*, LLC 583 B.R. 494 (9th Cir. BAP 2018)

As the sole Florida attorney handling over 200 active litigation cases for this estate postpetition, Orr directly preserved the value of these cases and debtor's practice overall for

this estate.  This directly led to the Chapter 11 Trustee being able to sell the debtor's practice as set forth above.

It is unclear from a review of the case docket in this case whether Orr's prepetition contract was rejected.  If it was not, at Orr's prepetition contractual rate of $180,000 per year, which translates to a daily rate of $493.15, Orr rendered services to this estate of $31,068.45 for which he has not been compensated.

If the prepetition contract has been rejected, using a modest hourly rate of $300.00 for Orr's services at 2 hours per day on the 252 cases would result in an amount significantly higher than the calculated salary amount requested herein.

There can be little doubt that Orr's services rendered postpetition to this estate conferred a direct benefit to the estate and preserved the value of debtor's practice enabling it to be sold by the Trustee. The value of Orr's services for the period herein requested, under any objective method, would be at least his salary amount of $31,068.45.

**WHEREFORE**, Orr respectfully requests that the Court enter an order: (i) allowing an administrative expense claim in the amount of $32,068.45 plus costs of printing and serving this motion and related documents, pursuant to section 503(b)(1) of the Bankruptcy Code and (ii) granting such other and further relief as may be just and proper under the circumstances.

**Motion For Allowance of Administrative Expense**

Dated:   November 21, 2023

Respectfully Submitted,
LAW OFFICE OF MARK J. MARKUS

By:                                    /s/ Mark J. Markus

Mark J. Markus   *Attorneys for
Administrative Claimant David
Orr*

**Motion For Allowance of Administrative Expense**

## DECLARATION OF DAVID ORR

I, David Orr, declare as follows:

1.  I am an attorney licensed to practice law in the State of Florida.

2.  On March 23, 2022 I was offered employment by The Litigation Practice Group, PC ("LPG") at an annual salary of $180,000.00.  LPG  assisted debtors with state court claims against them, and I was LPG's sole attorney in the State of Florida.  A true and correct copy of my contract with LPG dated March 23, 2022 is attached hereto, marked **Exhibit "1".**

3.  After LPG filed its Chapter 11 bankruptcy case on March 20, 2023, I continued representing its clients in Florida, having several cases pending on that date, and new cases that came through postpetition operations of LPG.

4. On May 25, 2023, the Chapter 11 Trustee, Richard A. Marshack, filed adversary proceeding **8:23-ap-01046-SC** seeking, among other things, injunctive relief against continued representation of the debtor's clients by certain attorneys and law firms. It appears from the adversary docket that a temporary restraining order was issued, and then a preliminary injunction was entered on June 23, 2023 (Adv. Doc. 70)

5. On July 7, 2023 the bankruptcy court entered its order authorizing the sale of all assets of LPG to Morning Law Group ("MLG"), which sale took place, certainly in part due to Orr's efforts, as of August 5, 2023. (Doc. 320)

6.   After numerous correspondence and phone calls with staff attorneys for the Chapter 11 Trustee providing their consent, I continued representation of the Florida clients of LPG during the post injunction time frame prior to the takeover of the business by sale of LPG to Morning Law Group. This was done to avoid any malpractice issues and liability that would inure to the bankruptcy estate, as well as to preserve the value of LPG's business for any possible sale.

6.   For the period of June 2, 2023 to August 4, 2023 I did not receive any payment for services I rendered to or on behalf of LPG's clients and, hence, to this bankruptcy estate.  That 62-day period at my daily rate of $493.15 ($180,000/365) results in an amount owed by this estate of  $31,068.45.  I have additionally paid $1,000 for attorney fees for preparation of this Motion.  A true and correct summary of the 252 Florida cases I was handling for LPG during the above timeframe is attached hereto, marked **Exhibit "2"**.

7.   Since I was on salary, I did not prepare or keep billing records for each of the client cases.  At a conservative standard billing rate of $300.00 per hour, I would exceed the above daily salary rate by billing merely 2 hours per day on ALL the cases combined.  I spent far more than 2 hours per day on these cases on average.  2 hours on all cases breaks down to an average of less than one minute per case per day (36 seconds actually).  If I were to account for all the time I spent on these cases during the above period, my claim amount would be many times higher than what is being requested herein.

1      8.   The foregoing facts are within my personal knowledge and if

2  called upon I can competently testify thereto.

3

4      I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED

   STATES OF AMERICA AND STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE

5

   AND CORRECT.

6

7      Executed this 20th day of November 2023 at Davie, FLORIDA.

8

9

10

11                                    _____

                                      David Orr

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 10 -

Motion For Allowance of Administrative Expense

# EXHIBIT "1"

**Motion For Allowance of Administrative Expense**



Mr. David Orr

March 23, 2022

Dear David,

Congratulations! It is with great pleasure that The Litigation Practice Group PC ("LPG") would like to offer full-time employment to you for the position of Associate Attorney. The terms and conditions of employment are outlined below. The Company reserves the right to alter or rescind this offer at any time during the employment process. The following outlines the details of this offer.

**Start Date**
TBD

**Compensation**
You will be classified as an exempt employee with an annual salary of $180,000 per year paid in accordance with Company payroll practices.

The Employee agrees to represent all clients of LPG assigned to Employee who have active matters located in any jurisdiction in which Employee is admitted practicing law. The Employee may employ the assistance of appearance or coverage counsel at Employee's discretion to manage Employee's docket of cases, and LPG agrees to cover such cost on behalf of Employee.

The Employee will be provided office space in a Florida. All bar dues and malpractice insurance will be covered by LPG.

**Benefits**
Should you choose to enroll, the benefits will be effective the first day of the month following your hire date. LPG offers a competitive benefit plan which includes the following:

- Paid Time Off – You will be eligible to accrue three weeks of Vacation and 40 hours of sick per year
- Medical, Dental, and Vision Plan
- 401(k) Plan and company-match (if eligibility requirements are met)
- Paid Holidays

# EXHIBIT "2"

| No. | Name | Plaintiff | Suit Amount | County | Case | Hearing Date/Deadline | Last Offer/Notes |
|---|---|---|---|---|---|---|---|
| 1 | James Davis | GTE FCU | | Pasco | 21-SC-1752 | | 1)MSJ filed. |
| 2 | Alberto Garlobo | MidFlorida Credit Union | $9,895.08 | Hillsborough | 22-CC-15938 | | 1)OC offered $200 per month on balance (including costs and fees). 2) I counter-offered princiapl balance over 40 months. |
| 3 | Christina Langlois | Accesslex | | Pinellas | 21-CO-5764 | | 1)OC never provided RFP docs. Client wants to see them before discussing settlement. 2. per docket notice of hearing 3/16/23 |
| 4 | Sue Kremelberg | Discover | $10,233.74 | Brevard | 21-CC-26083 | | |
| 5 | Donna Schenkel | PGA | | Pinellas | 21-7909-CO | 8/4/22 - M2 Amend Complaint | 1)Client can offer $50/m. |
| 6 | Richard Simon | Amex | | Broward | COWE-22-000779 | | 1) Offered $200 per month on balance / Case is still pending as of 1/5/2023 per docket |
| 7 | Charity Phillips | Goldman Sachs | | Hillsborough | 21-CC-87019 | | 1)$300/m is $7,200 (60%) over 24 months. Probably not enough to settle. OC's 24m offer was $10,717 (still $3,517 apart). |
| 8 | Linda Bishop | BoA | $4,885.83 | Polk | 2020SC0000640000WH | | 1)In garnishment. |
| 9 | Carla Bermudez | DSNB | $4,528.98 | Miami-Dade | 2022-011978-SP-23 | | |
| 10 | Walter Neilsen | LVNV | $2,162.32 | Pasco | 2022SC001875SCAXWS | | notice of intent sent on 12/05/2022 |
| 11 | Gloria Johnson | Cap One | $7,736.46 | Marion | 21SC005468AX | | Pending M2 Withdraw |
| 12 | Philip Smith | TD Bank | $4,232.97 | Brevard | 05-2019-SC-016042 | | |
| 13 | Joyce Trobridge | Citi | $4,981.94 | Miami-Dade | | | OC did not send stip |
| 14 | Stephanie Thomas | LVNV | | Brevard | 052021SC057590 | | Waiting for OC to return release |
| 15 | Susan Kennedy | LVNV | scott | Manatee | 412022SC001919SCAXMA | | case is settled |
| 16 | Patricia Kuzmiak | Discover | $7,569.46 | Sarasota | 2022SC002515SC | 6/30/22 - Deadline to file for fees | 1)Dismissed for FTA at PTC. |
| 17 | Michele Stern | Discover | $5,034.35 | Hillsborough | 22-CC-027661 | 8/17/22 - PTC | Sent OC offer of $3,020.61 at $251.72/ month for 12 months. 7/15 F/U sent to OC 12/8 |
| 18 | Idelisa Cruz | Synchrony | $3,546.20 | Volusia | 202213660CODL | | |
| 19 | Charlene Hilton | Amex | $12,002.97 | Collier | 2022-CC-000786-001 | | Offered 6,000 payable at $100 per month 10/11 sent oc offer of $7,000 at $250/month |
| 20 | frank camps | Wells Fargo | $8,354.00 | Sarasota | | | Offered $6,265 at $200 per month |
| 21 | Cyndi Cardinale | Oliphant | $7,085.68 | Orange | 2022-SC-016243-O | | |
| 22 | Martin Jones | BoA | $6,052.47 | Collier | 112022SC0000030001 | | |
| 23 | Rhonda Love | Citi | $8,599.51 | Polk | 2021CC-004938 | | 1)Defendant on suit is Larry Tullis. |
| 24 | Adam Bourland | Synchrony | $2,261.47 | Hillsborough | 22-CC-026797 | 7/18/22 - PTC | Offer sent to OC of $1,243.80 (55%) at $103.65/ month for 12 months. no payment made. |
| 25 | Clifford Wilkins | First National Bank of Omaha | $11,285.25 | Okaloosa | 2022CC000027C | | Offered $7,099 in monthly payments of $700 (first payment can be $799.13) |
| 26 | Christine Cardinali | Vistana Spa | $2,349.29 | Orange | 2022-CA-000125-O | | 1)Strange foreclosure type case. Not filing NoA until client contact. |
| 27 | Jacqueline Ottosen | TD Bank | $3,134.44 | Clay | 2021SC003552 | | 2/21 sent $2,037.36 at $169.78/ month for 12 months. |
| 28 | Clovis Lee Hicks | LVNV Funding | $1,949.16 | Collier | 11-2022-SC-001339-0001 | 07/15/22 - PTC | 1) walk away offer sent |
| 29 | Rohan Dawkins | AMEX | $4,055.47 | Palm Beach | 2020-SC-003660 | | in garnishment |
| 30 | Orlando Estupinan | BoA | $4,986.58 | Broward | COCE-20-035782 | | in garnishment 12/8/22 sent OC offer of $300/m on remaining balance |
| 31 | Sharon Padilla | Goldman Sachs | $12,121.54 | Polk | 2022CC-002215-0000-00 | | 11/17 sent offer of $6000 at $100/ month |
| 32 | Lisa M Larsen | Citibank | $2,738.15 | Sarasota | 2022SC001204NC | | default |
| 33 | Stacy Gill | BoA | $9,264.51 | Manatee | 2022CC000135 | | default |
| 34 | Rohan Dawkins | Discover | $9,177.00 | Palm Beach | 50-2021-CC-007391 | | default |
| 35 | Aleshia Barkley | Velocity | $5,112.92 | Orange | 26770 | | Walk away offer sent to OC |
| 36 | Dale Oldani | Citibank | $9,993.13 | Palm Beach | 3000955864 | | default |
| 37 | Dale Oldani | Citibank | $2,547.10 | Palm Beach | 50-2021-CC-013256-XXXX-MB | | dismissed for failure to advance cause |
| 38 | Gershom Smith | Synchrony | $4,144.87 | Broward | 562022SC001455  COCE22024018 | 08/29 -PTC | Offer sent to OC of $2,486.88 (60%) at $138.16/ month for 18 months. 2) accepted OC counter of $2,901.41 over 18 months. |
| 39 | Stephanie Diaz | TD Bank | $513.86 | Miami-Dade | aron rollins | 07/07 - PTC | |
| 40 | Dieufort Irilus | Cap One | $3,447.36 | Manatee | 2021SC008598AX | 07/25 - PTC | 4/19 sent $2,413.20 at $100.55/ month for 24 months. |
| 41 | Nicholas Spanos Dovellos | Wells Fargo | $20,175.93 | Pasco | 2022CC002449CCAXWS | | 11/15 CL stated that he does not want to settle |
| 42 | Niura Perez | DSNB | $7,057.15 | Broward | COCE-22-00968647 | | |
| 43 | Melody Smith | Chase | $11,750.00 | Pasco | 2021CC004713CCAXWS | | default |
| 44 | Melody Smith | NASA FCU | $12,472.66 | Pasco | 2022CC001422CCAXES | | default |
| 45 | Donald Crothers | Discover | $2,683.95 | Hillsborough | 22-CC-041750 | 08/11 - PTC | |
| 46 | Ann Schliemann | Synchrony | $11,405.12 | Marion | 22CC000800AX | | Offer sent $6,842.40 at $285.10/ month for 24 months. [CLIENT FILING BK] |
| 47 | Angela Forni | TD Bank | $11,002.98 | Hernando | 2022CC0003 | | 1) Offer sent to OC  $4,951.44 (45%) at $206.31/ 24 |
| 48 | Luis Guerra | Discover | $6,131.00 | Miami-Dade | 2021-005241-SP-26 | | cl in judgement |
| 49 | Jose Del Valle | BofA | $8,331.11 | Orange | 2021-CC-011496-O | | sent OC offer of $6000 over 24 months |
| 50 | Tonya Alford | Wells Fargo | $16,250.41 | Duval | 2021-CC-011915 | | |
| 51 | Ann Lazarski | Citibank | $2,465.74 | Pasco | 2020SC001624SCAXWS | | OC accepts offer of $1,602.72 at $66.78/ month for 24 months (need inital payment date) |
| 52 | Ann Lazarski | Citibank | $3,160.00 | Pasco | 20202SC001861SCAXWS | | |

| No. | Name | Plaintiff | Suit Amount | County | Hearing Date/Deadline | Last Offer/Notes |
|-----|------|-----------|-------------|--------|----------------------|------------------|
| 53 | Frank Camps | Security Credit Services | $7,516.87 | Miami-Dade | 2021-032717-SP-25 | Walk away offer sent to OC |
| 54 | William Shoemaker | NAR INC | $8,824.52 | Broward | COCE-22-037876 | Walk away offer sent to OC |
| 55 | Willard Rochester | Cavalry | $3,126.97 | St. Johns | SP22-1883 | Walk away offer sent to OC |
| 56 | Kelly Githens | Discover | $10,946.00 | DUVAL | 16-2022-CC-006791-XXXX-MA | 9/19 sent $6,567.48 at $182.43/ month for 36 months. |
| 57 | Felix Arroyo | Synchrony Bank | $12,973.88 | Seminole | 2022C002326 | 10/28 sent co of $7,782.96 at $324.29 for 24 months. |
| 58 | Felicia Ballard | Discover | $2,477.02 | Orange | 2022-SC-024443-O | 07/29-PTC | 1/26/23 offer to OC at $1238.51 over 24 at $51.60 monthly |
| 59 | Verdier Clement | Capital One Bank | $11,769.18 | Lee | 21-CC-005507 | | Sent OC settlement offer of $9,000 at $150/ month for 60 months. |
| 60 | Diamond Mangum | LVNV | $5,823.56 | Pinellas | 21-011691-SC | | 8/10 walk away sent<br>8/16 Sent OC offer of $1,000 at $100/ month. |
| 61 | Darin Wyngarden | Suncoast Credit Union | $14,561.90 | Lee | 21-CC-006502 | 08/09 - M4 Order of Contempt | filing for BK |
| 62 | Firiame Telson | BofA | $3,375.00 | Orange | 2021-SC-056001-O | | 9/7 sent OC offer of $2,360.52 at $131.14/ month for 18 months. |
| 63 | Donna Mckenzie | LVNV | $2,527.00 | Columbia | 21-1323-SC | | 9/7 walkaway sent |
| 64 | Judith Halls | LVNV | $2,199.13 | Polk | 2021SC-009944-0000-00 | | 9/15 walkaway sent |
| 65 | KENNETH ANDREWS | PUNTA GORDA | $8,668.99 | CHARLOTTE | 22000661CC | | 3/2 $4,334.50 at $90.30 a month for 48 months |
| 66 | Daniel Cowart | Citibank | $3,069.99 | Nassau | 21SC561 | | 5/19 counter of $1800 @ $600/m sent to OC |
| 67 | Michael Casper | Wells Fargo | $9,289.67 | Broward | CONO-22-004486 | | Client considering BK // info sent 2/28 |
| 68 | Michael Casper | AMEX | $4,645.82 | Broward | COCE-21-049322 | | OC Accepts $2900 lump sum |
| 69 | Prashanthi Samuel | Absolute Resolution Investments | $16,978.39 | Seminole | 2022CC002646 | | 10/10 offer of court costs sent to OC |
| 70 | Jessy Blanco | Capital One | $2,056.71 | MIAMI-DADE | 2022-000600-SP-25 | | |
| 71 | Gershom Smith | Midland Credit Management | $9,181.79 | Broward | COSO-22-003103 | | 10/7 walkaway sent |
| 72 | Penelope Grant | Discover | $1,441.00 | Wakulla | 22SC119 | | |
| 73 | Beverly Carney | Citibank | $11,382.76 | Orange | 2021-CC-014055-O | | 122/21 cl stated they will most likly be filing bk |
| 74 | Karen Hall | Crown Asset | $28,321.04 | Pinellas | 22-005585-CO | | 8/24 walk away sent |
| 75 | Patricia Prado | Synchrony | $3,822.53 | Broward | COCE-22-042890 | 11/28-PTC | |
| 76 | Alisha Passaretti | AMEX | $17,660.49 | Pinellas | 21-003712-CO | | $12,361.92 with $2,400 as a down payment. Then the remaining $9,961.92 at $415.08/ month for 24 months. |
| 77 | Randy Smith Sr | Wells Fargo | $9,421.41 | Polk | 532021CC0045800 | | 12/20 sent $7500 at $150/ m |
| 78 | Nathan Kroger | Grow Financial FCU | $5,085.42 | Pinellas | 22-006235-SC | 09/13-PTC | 4/21 sent lump sum payment of $2,500.00 |
| 79 | Cynthia Faye Joubert | Crown Asset Management | $14,849.25 | Orange | 2022-CC-13518 | | 4/25 walkaway sent |
| 80 | Silvia E Fernandez(quirch) | Synchrony Bank | $2,967.18 | Miami-Dade | 2022-021858-SP-25 | 09/22-PTC | |
| 81 | Velvet Arnold | AMEX | $6,692.00 | Manatee | 412022SC002243SCAXMA | 09/12-PTC | medical hardship - can't afford sttlement |
| 82 | Ronald William Gurney | Axiom Acquisitions | $10,631.94 | Pinellas | 22-005966-CO | | 12/28 walkaway sent |
| 83 | Steve Erickson | LVNV | $11,365.41 | Escambia | 2022 CC 004444 | | 4/25 walkaway sent |
| 84 | (James) Betty  Hill | LVNV | $2,593.64 | Polk | 2022SC-004813 | | 9/13 walkaway sent |
| 85 | Kathryn Martinez | Discover | $7,223.75 | Hernando | 2022-SC-1637 | 09/14-PTC | |
| 86 | Priscilla Brown | LVNV | $1,104.15 | Manatee | 2021SC004625AX | | 9/14 sent $516.00 at $43/ month for 12 months |
| 87 | Patricia Prado | Citibank | $3,447.33 | Broward | COCE-22-045248 | | |
| 88 | Stacia Mackie | BofA | $15,664.79 | Brevard | 05-2022-CC-042141-XXXX-XX | | |
| 89 | Frank Evans | AMEX | $9,930.00 | Marion | 422022CC000918CCA | | 2/2 $5,959.00 at $125 a month for 48 months |
| 90 | Brenda Jimenez (John Bonilla on DPP) | DNF | $2,008.23 | Lee | 22-SC-006734 | 10/19-PTC | walk away sent. need auth from client to offer court costs. |
| 91 | Jeannette Torres | LVNV | $1,757.17 | Orange | 2021-SC-056674-O | | 10/10 sent $600.00 at $150/ month for 4 months. |
| 92 | Sarah Hojnacki | BofA | $1,2094.55 | Miami-Dade | 2021-017151-CC-26 | | |
| 93 | Terrence Dumas | Velocity | $25,014.94 | Duval | 16-2022-CC-006265 | | |
| 94 | Fasika Assefa | Velocity | $16,613.06 | Duval | 16-2022-CC-011131-XXXX-MA | | 10/10 walkaway sent |
| 95 | Raymond Jean | Galaxy International | $21,748.71 | Broward | COSO-22-005237 | | 10/18 counter of CC sent to OC |
| 96 | Stacey Reade | Synchrony | $3,409.06 | Santa Rosa | 2022-SC-1635 | 10/25-PTC | 10/12 sent $2,727.36 at $113.64/ month for 24 months. |
| 97 | Carmen Dejesus | BofA | $6,459.00 | Pinellas | 22-007113-SC | 10/18-PTC | |
| 98 | Tracy Gazzerro (Mckenzie on DPP) | CKS Prime Investments | $16,713.77 | Citrus | 2022 CC 000731 | | 11/9 walkaway sent |
| 99 | William Jones | Velocity Investments | $1,633.03 | Duval | 16-2022-SC-022209 | 11/17-PTC | 10/21 walkaway sent |
| 100 | Karen Beckman | Capital One Bank | $11,228.00 | Highland | 2200037ACCAXMX | 11/14 MSJ | 11/10 sent $5,613.96 at $467.83/ month for 12 months. |
| 101 | Jerome Cannon | Wells Fargo Bank | $29,298.39 | Orange | 2021-CC-011808-O | | |
| 102 | Raul De Quesada | Discover | $14,536.36 | Miami-Dade | 2022-004752-CC | | 3/1 $7,268.18 at $151.42 a month for 48 months |
| 103 | Charles E McCullum | Capital One Bank | $3,442.35 | Orange | 2022 SC 041701-0 | 11/7-PTC | 4/12 sent $2,409.60 at $100.40 / month for 24 months. |
| 104 | Amanda Rella | Suncoast Credit | $12,490.27 | Charlotte | 22000919CC | | 2/14 sent $8,743.00 at $437.15/ month for 20 months |
| 105 | Yesy Cruz | Truist Bank | $13,999.75 | Pinellas | 22 007049-CO | | 12/7 sent $9,000 at $500/ month for 18 months. |
| 106 | Frank Fulginiti | Synchrony | $4,198.95 | Lee | 22-SC-006876 | | |
| 107 | Kim Johnson | Galaxy International Purchasing | $5,587.72 | Broward | COCE21065857 | | 11/9 walkaway sent |
| 108 | Xiomara Gonzalez | Discover | $6,493.92 | Duval | 16-2021-SC-024622 | | 11/8 sent $4,500 at $125/ month for 36 months. |
| 109 | Gerlienus Hester | CKS Prime | $8,269.68 | Palm Beach | 502022CC011778 | | 11/9 walkaway sent |
| 110 | Michael Abrams | LVNV | $34,431.96 | Miami-Dade | 2022-019383-CA-01 | | 11/9 walkaway sent |
| 111 | Vanessa Arvelo Pletikosa (Lerys Gonzalez on DPP) | Wilmington Savings | $8,505.19 | Miami-Dade | 2022-040606-CC-05 | | |
| 112 | Jacqueline Maglio | Capital One | $24,280.70 | Bay | 22002320CC | | 2/20 sent $14,568.40 at $520.30/ month for 28 months |
| 113 | Stella Turner | Synchrony | $3,438.87 | Duval | 16-2022-SC-024939 | 01/05-PTC | sent $2,751.12 at $229.26/ month for 12 months. |
| 114 | Nicky Woods (Shelly Manleywoods on DPP) | AMEX | $4,546.62 | Pinellas | 22-008516SC | 12/13-PTC | 12/6 sent$2,727.84 at $113.66/ month for 24 months. |
| 115 | Jay Graves | Portfolio Recovery | $992.05 | Miami-Dade | 2022-011511-SP-21 | 01/23-PTC | 11/28 walkaway sent |
| 116 | Lynn Rosa | LVNV | $3,588.80 | Manatee | 2022SC006441AX | 04/03-PTC | 11/28 walkaway sent |

| No. | Name | Plaintiff | Suit Amount | County | Case | Item Date/Deadline | Last Offer/Notes |
|---|---|---|---|---|---|---|---|
| 117 | Janet Tomkinson | AMEX | $7,463.96 | Escambia | 2022SC005931 | 12/14-PTC | |
| 118 | Karen Lawrence | Synchrony | $2,323.64 | Lee | 22-SC-008316 | 12/21-PTC | 1/13 sent $1,858.80 at $77.45/ month for 24 months. |
| 119 | Thomas Wykoff | Synchrony | $2,439.69 | Putnam | 2022-001242-SC | 12/09-PTC | 1/4 sent $1,951.74 at $325.29/ month for 6 months. |
| 120 | Susan Velivil | AMEX | $60,977.00 | Pasco | 2022CA002931 | | 1/10 sent $30,480 at 508.00/ month for 60 months. |
| 121 | Elda Gation | Synchrony | $870.00 | Lake | 35-2022-SC-006123 | 01/05-PTC | |
| 122 | John Wease | BofA | $3,611.13 | Hernando | 2022-SC-2374 | 12/19-PTC | 12/14 sent $1,805.52 at $75.23/ month for 24 months. |
| 123 | Angela Odom | LVNV | $1,139.00 | Duval | 16-2022-SC-2106 | 12/21-mediation | 12/14 walkaway sent |
| 124 | Gloria Holiday | Synchrony | $6,095.19 | Duval | 16-2022-SC-024955 | 01/05-PTC | 4/13 sent $4,876.20 at $406.35/ month for 12 months. |
| 125 | Woodrow Gaskins | Midland Credit | $17,802.34 | Lake | 35-2022-CC-001398 | | 12/12 sent $5,400.00 at $225.00/ month for 24 months. |
| 126 | Rene Yanson | USF | $8,639.00 | Hillsborough | 22CC103857 | | 2/3 5,184.00 at $216 a month for 24 months |
| 127 | Reginald Barrett | Wells Fargo | $17,366.00 | Nassau | 22-CC-345 | | 2/3 sent $14,335.20 at $477.84/ month for 30 months.<br>2/14 sent $480/m on balance |
| 128 | Ivan Gomez | Citibank | $3,043.84 | Miami-Dade | 2022-044490-SP-23 | 12/14-PTC | |
| 129 | Lilly Rivero Quintanilla | Synchrony | $4,106.25 | Miami-Dade | 2022-013319-SP-21 | 12/19-PTC | |
| 130 | Susan Velivil | Citibank | $15,992.02 | Pasco | 2022CC00435SCCAXE | | 1/9 sent $7,998.00 at $333.25/ month for 24 months. |
| 131 | Nandkishore Rajkumar | BofA | $13,861.29 | Miami-Dade | 2022-038696-CC-26 | | 1/11 sent $9,702.72 at $202.14/ month for 48 months. |
| 132 | Amelinda Colon | Synchrony | $3,386.06 | Orange | 482022SC049575 | 01/06-PTC | 4/12 sent $2,032.80 at $84.70/ month for 24 months. |
| 133 | Amelinda Colon | Discover | $19,103.00 | Orange | 2021-CC-012407-O | | |
| 134 | Javier Abreu | Synchrony | $2,808.96 | Miami-Dade | 2022-040398-SP-25 | 1/19-PTC | |
| 135 | Rosetta Custer | Truist Bank | $10,283.79 | Pinellas | 22-008367-CO | | 1/3 cease rep |
| 136 | Lisa Guertin | BofA | $22,013.51 | Broward | COWE-22-003065 | | 1/18 BK info sent to cl. 4/25 cl still plans on filing BK |
| 137 | Lisa Guertin | BofA | $21,929.84 | Broward | COWE-22-002689 | | 1/18 BK info sent to cl. 4/25 cl still plans on filing BK |
| 138 | Lisa Guertin | Synchrony | $8,469.16 | Broward | COSO-22-006580 | | 1/18 BK info sent to cl. 4/25 cl still plans on filing BK |
| 139 | Mariluz Rodriguez | Jpmorgan | $9,888.06 | Miami-Dade | 2022-007515-CC-20 | | 3/2  $5,000 at $100 a month for 50 months |
| 140 | Diane Reuter | Citibank | $10,785.10 | Broward | COSO-22-007389 | | 2/24 client not worried about judgment, not settling for anything above last offe |
| 141 | Veronica Riveiro | Synchrony | $2,960.54 | Miami-Dade | 2022-039081-SP-26 | | |
| 142 | Christopher T Wilson | LVNV | $12,532.60 | Manatee | 2022CA7277 | | 1/20 walkaway sent |
| 143 | Mija k Bridges | Synchrony | $8,141.45 | Nassau | 22-CC-425 | | |
| 144 | Daniel Tabares | Synchrony | $3,562.77 | Duval | 16-2022-SC-027353 | 2/09-PTC | |
| 145 | Storm G Steadman | Discover | $2,684.52 | Manatee | 2022SC7129 | 1/23-PTC | 1/20 sent offer of $1,476.49 at $61.52 month for 24 months |
| 146 | Penelope Warner | Citibank | $2,579.10 | Sumter | 2022SC001318 | 1/20-PTC | 1/11 offer to OC $1,031.64 at $43 a month for 24 months. |
| 147 | Anita Lessman | Warehouse Home Furnish | $2,465.32 | Suwannee | 22SC330 | 1/20-PTC | settlement reached. CL payment in question as of 2/1/23 |
| 148 | Marlana Wyatt | LVNV | $2,917.13 | Hernando | 2022-SC-2496 | 1/25-PTC | 1/20 walkaway sent |
| 149 | Jairo Canas | AMEX | $2,441.74 | Miami-Dade | 2022-034734-SP-25 | 1/27-PTC | 1/30 sent offer to OC at $1,250 at $105 month for 12 months |
| 150 | Shelly Manleywoods | AMEX | $4,321.80 | Pinellas | 22-009290-SC | 1/17-PTC | 2/13 sent $3,024.00 at $126.00/ month for 24 months. |
| 151 | Madely Zamora | Portfolio Recovery | $2,939.42 | Miami-Dade | 2022-012192-SP-21 | 2/6-PTC | 1/27 walkaway sent |
| 152 | Graviel Perez Roman | Crown Asset | $1,812.01 | Miami-Dade | 2022-034036-SP-26 | 2/6-PTC | 1/20 walkaway sent |
| 153 | Sue Helms | Suncoast | $7,860.24 | Manatee | 2022SC7154 | 1/23-PTC | 2/6 offer to OC $3,931 for 48 months |
| 154 | Clifford Wilkins | Synchrony | $9,620.45 | Okaloosa | 2022 SC 002735 C | | 2/15 $4,810.23 at $100.21 a month for 48 months |
| 155 | Derenda Cooke | LVNV | $2,056.32 | Santa Rosa | 22-SC-2401 | 1/24-PTC | Walkaway sent on 1/19/23 |
| 156 | Raul De Quesada | AMEX | $10,734.66 | Miami-Dade | 2022-025284-CC-26 | 2/1-PTC | 3/1 $5,367.33 at $223.64 month for 24 months |
| 157 | Ana Delgado | AMEX | $17,957.56 | Miami-Dade | 2022-013659-CC-21 | | 2/15 sent $9,915.00 at $330.50/ month for 30 months. |
| 158 | Ronald LaJoy | Discover | $4,076.08 | Sumter | 2021SC000759AXMX | 01/23-M2Set Aside | $815.21 at $67.93 for 12 months 1/26/23 |
| 159 | Donny Garcia | Capital One | $3,926.27 | Miami-Dade | 2022-029095-SP-25 | | 1/17 sent $2,748.39 at $91.63 month for 30 months |
| 160 | Luis Guerra | Synchrony | $2,619.83 | Miami-Dade | 2022-043053-SP-23 | 2/15-PTC | 2/10 sent $1,600 at $25/ month for 60 months. |
| 161 | Jairo Canas | Synchrony | $2,188.69 | Miami-Dade | 2021-028731-SP-25 | | |
| 162 | Edna Maxwell | Capital One | $2,301.62 | Duval | 16-2021-SC-030878 | 1/26-PTC | 6/8 sent $1,149.60 at $47.90/ month for 24 months. |
| 163 | Humberto Pineda Perez | LVNV | $2,290.84 | Miami-Dade | 2022-013574-SP-21 | 3/13-PTC | Walkaway sent on 1/19/23 |
| 164 | Susan Creekmore | AMEX | $9,952.74 | Palm Beach | 502023CC000502 | | 4/19 sent $5,971.68 at $248.82/ month for 24 months |
| 165 | Janet de Jesus/ Rodolfo Maisonet | OneMain | $9,129.06 | Leon | 2022 CC 003642 | | 1/30 sent offer to OC at $3,651.62 at $152.15 month for 24 months |
| 166 | Tracy Lowe | LVNV | $7,439.56 | Volusia | 2022 23630 CODL | 2/9-PTC | 1/25 walkaway to OC |
| 167 | Gerald Gluck | Discover | $3,565.00 | Pasco | 2022SC006313SCAXW | 3/02-PTC | |
| 168 | Jeanette Lugo | AMEX | $14,371.23 | Broward | CONO-22-009171 | | |
| 169 | Barbara Fairbairn | Citibank | $4,675.35 | Palm Beach | 50-2023-SC-000501 | 2/7-PTC | 1/30 sent OC 2,805.12 at $116.88/ month for 24 months. |
| 170 | Diana Perkins | Goldman Sachs | $6,926.67 | Santa Rosa | 23-SC-29 | 2/14-PTC | 3/1 sent $4,156.20 at $115.45/ month for 36 months. |
| 171 | Vanessa Aevelo | Resurgent Receivables | $1,413.68 | Miami-Dade | 2022-040538-SP-05 | 2/28-PTC | 1/31 mutual walkaway to OC |
| 172 | Carla V Bermudez | Crown Asset | $3,382.95 | Miami-Dade | 2022-013763-SP-21 | 3/13-PTC | 1/31 mutual walkaway to OC |
| 173 | Jose Pardo Alva | LVNV | $1,941.65 | Miami-Dade | 2022-014697-SP-21 | 2/13-PTC | 1/31 offered mutual walkaway to OC |
| 174 | Jacqueline Ottosen | LVNV | $5,572.72 | Clay | 2023SC000040 | | 1/31 offered mutual walkaway to OC |
| 175 | Eva Cruz | LVNV | $1,430.36 | Osceola | 2023 SC 000266 SP | 2/9-PTC | 1/31 offered mutual walkaway to OC |
| 176 | Yannie Perez | LVNV | $3,001.55 | Miami-Dade | 2022-044778-SP-23 | 3/1-PTC | 1/31 offered mutual walkaway to OC |
| 177 | Nelson J Gonzalez | Citibank | $4,367.90 | Miami-Dade | 2022-050678-SP-23 | | 1/30 sent offer to OC at $2,183.95 at $91 month for 24 months |
| 178 | Glorimar Perez Zeda | LVNV | $1,807.67 | Orange | 2023-SC-003064-O | 2/23-PTC | 2/3 offered mutual walkaway to OC |
| 179 | Janet Lewis | Crown Asset | $2,232.72 | Hernando | 2023-SC-0073 | 3/2-PTC | 2/2 offered mutual walkaway to OC |
| 180 | Jose Del Valle | Cavalry SPV | $1,805.95 | Orange | 2023-SC-003864-O | 2/27-PTC | 2/2 offered mutual walkaway to OC |
| 181 | Monica Lopez | Crown Asset | $3,776.91 | Miami-Dade | 2022-034912-SP-25 | 3/2-PTC | 2/2 offered mutual walkaway to OC |

| No. | Name | Plaintiff | Suit Amount | County | Case | Hearing Date/Deadline | Last Offer/Notes |
|---|---|---|---|---|---|---|---|
| 182 | Jill Dooley | JPMorgan | $10,609.17 | Seminole | 2023CC000102 | | 4/12 $7,426.56 at $309.44/ month for 24 months. |
| 183 | Dorothy Wilkerson | LVNV | $4,181.00 | Hillsborough | 23-CC-003853 | 2/27-PTC | 2/9 offered mutual walkawt to OC |
| 184 | Jayne Worrell | AMEX | $3,621.88 | Duval | 16-2022-sc-026992 | 2/6-PTC | 2/14 $1,993 at $56 a month for 36 months |
| 185 | Jayne Worrell | Synchrony | $3,357.42 | Duval | 16-2023-SC-001675 | 3/9-PTC | 2/14 $1,847.00 at $52.00 a month for 36 months |
| 186 | Shelly Manleywoods | Citibank | $3,078.78 | Pinellas | 23-000704-SC | 3/1-PTC | 2/13 sent $2,155.20 at $89.80/ month for 24 months. |
| 187 | Shelly Manleywoods | Synchrony | $3,570.02 | Pinellas | 23-000678-SC | 3/1-PTC | 2/13 sent $2,499.60 at $104.15/m for 24 months. |
| 188 | Dawn Broji | US Bank | $8,928.00 | Lee | 23-CC-000350 | | |
| 189 | Francisco Castellanos | LVNV | $1,519.12 | St. Lucie | 2022SC004745 | 2/13-PTC | 2/6 walkaway sent |
| 190 | Richard Mongeur | Synchrony | $2,180.25 | Osceola | 2022SC006064SP | | 2/2/2023 $1,308.00 at $218.00/ month for 6 months |
| 191 | Patricia Prado | Synchrony | $3,344.94 | Broward | COCE-23-004967 | 5/31-PTC | 5/25 $1,406.96 at $58.62 per month for 24 months |
| 192 | Karen Maylor Graham | BofA | $3,047.05 | Orange | 2023-SC-003771-O | 3/10-PTC | 2/24 sent $2,133.00 at $177.75/ month for 12 months. |
| 193 | Mirela Muhic | LVNV | $1,110.97 | St. Johns | SP23-0362 | 3/6-PTC | 2/27 walkaway sent |
| 194 | Frank Evans | BofA | $38,684.69 | Marion | 23-CC-0077 | | |
| 195 | Jeanette Lugo | LVNV | $3,373.21 | Broward | COCE-23-007739 | 6/12-PTC | 2/24 walkaway sent |
| 196 | Leodan Montano | Truist Bank | $19,806.55 | Lee | Case No. 23-CC-000823 | | 4/19  $12,000.00 paid over 40 months at $300.00 a month. |
| 197 | JORGE L ZAPATA | BofA | $4,321 | Seminole | 2022SC003518 | 03/21- PTC | |
| 198 | Helen Kaluza | Citibank | $2,969.60 | Clay | 2023SC000009 | | 3/24 sent $1788 @ $74.50 for 24 months |
| 199 | Michael Provost | Citibank | $7,090.50 | Miami-Dade | 2023-000466-SP-23 | 02/23-PTC | |
| 200 | Colleen F Sands | Cavalry SPV | $2,225.58 | Leon | 2023 SC 000257 | 03/14 PTC | 2/27 walkaway sent |
| 201 | Graviel Perez Roman | Cavalry SPV | $1,679.00 | Miami-Dade | 2023-001482-SP-26 | 3/2-PTC | 3/1 walkway sent |
| 202 | Berta Morales | Citibank | $5,623.47 | Broward | COCE-23-011470 | 6/28-PTC | 3/20 OC sent 50% over 60 months |
| 203 | Theresa Febles Valdes | TD Bank | $3,311.69 | Miami-Dade | 2023-002580-SP-23 | 4/14-PTC | |
| 204 | Miguel Santana Pino | BofA | $13,913.75 | Seminole | 2023CC000869 | | 4/12  $6,956.88 at $193.25 a  month for 36 months |
| 205 | Adam Zicha | LVNV | $1,154.96 | Hillsborough | 23-CC-013931 | 3/28-PTC | 3/14 walkaway sent |
| 206 | Thomas G Sayles | Discover | $4,354.43 | Marion | 23-SC-0589 | 3/21-PTC | 4/14 $1,959.49 at  $81.64 a month for 24 months. |
| 207 | Regina Pilozzi | Synchrony | $4,465.04 | Palm Beach | 50-2023-SC-002722 | 3/29-PTC | 3/23 $2,232.52 at $93.02 a month for 24 months |
| 208 | Nelson Saldana | PNC Bank | $13,640.66 | Hernando | 23000208CAXMX | | |
| 209 | Edward Orozco | Discover | $2,571.81 | Miami-Dade | 2022-045834-SP-23 | | |
| 210 | Ana Delgado | Citibank | $2,442.29 | Miami-Dade | 2023-005536-SP-23 | 3/16-PTC | 4/12 sent $1,587.60 at $66.15/ month for 24 months. |
| 211 | Jale Strom | TD Bank | $904.00 | Broward | COCE-23-013739 | 7/10-PTC | |
| 212 | Irisol Rueda | Synchrony | $2,550.19 | Broward | COCE-23-010555 | 6/26-PTC | |
| 213 | William Whittenberger | LVNV | $1,265.58 | Bay | 23000501SC | 4/11-PTC | 4/3 walkaway sent |
| 214 | Charles Warner | ISPC | $12,464.90 | Hillsborough | 23-CC-016068 | | |
| 215 | Amanda Morrell | Synchrony | $3,055.22 | Columbia | 23000195SCAXMX | 4/5-PTC | 4/26 sent $2,138.70 at $213.87/ month for 10 months. |
| 216 | Gilbert Rodriguez | Synchrony | N/A | Marion | 23-SC-0838 | 4/4-PTC | |
| 217 | Paula Coleman | Synchrony | $2,286.92 | Escambia | 2023-SC-001149 | 4/14-PTC | |
| 218 | Edwin Stern | Synchrony | $2,244.38 | St. Lucie | 562023SC000706 | 4/26-PTC | 4/26 $1,009.97 at $84.16 a month for 12 months |
| 219 | Aracelis Valentin | LVNV | $2,045.24 | Hillsborough | 23-C-017178 | 4/10-PTC | 4/3 walkaway sent |
| 220 | Tony Diaz Sr | Citibank | $16,199.40 | Miami-Dade | 2023-002702-CC-23 | | 4/27 sent $9,719.64 at $347.13/ month for 28 months. |
| 221 | Gabriela Vallejo | TD Bank | $853.51 | Collier | 11-2023-SC-000718-0001-XX | 4/28-PTC | 4/25  $300 at $50 per month for 6 months |
| 222 | Jody Itzel | Citibank | $8,474.37 | Manatee | 2023CC1427 | | |
| 223 | Christine Sigley | Cavalry SPV | | Orange | 2023-SC-013081-O | 4/18-PTC | 4/11 Walkaway sent to OC |
| 224 | Christopher Wood | Midland Credit | $9,058.31 | Miami-Dade | 2022-005997-CC-25 | | 4/11 Walkaway sent to OC |
| 225 | Lillian Dembinski | LVNV | $5,292.69 | Palm Beach | 50-2023-SC-003630 | 4/13-PTC | 4/6 walkaway sent |
| 226 | Niura Tamayo Perez | Synchrony | $3,692.56 | Broward | COCE-23-005142 | 5/31-PTC | 5/30 $1,500 at $50 a month for 30 months |
| 227 | Cynthia Wallen | Synchrony | $2,567.23 | Citrus | 2023SC000406 | 5/3-PTC | |
| 228 | Edward Rodriguez Morales | Synchrony | $2,131.46 | Polk | 2023SC-002364 | 4/11-PTC | 5/23 Order 2 W/draw granted |
| 229 | Joann Staley | TD Bank | $860.49 | St. Lucie | 562023SC000974 | 5/1-PTC | |
| 230 | Nicole Smith | LVNV | $983.14 | Marion | 23-SC-1465 | 5/9-PTC | 4/13 walkaway sent |
| 231 | Anthony Fedderly | LVNV | $10,382.10 | Nassau | 21CC000381AXYX | | 5/18 sent offer of court costs |
| 232 | Thomas Ray | Citibank | $10,264.48 | Hillsborough | 22-CC-006600 | | |
| 233 | Sue Helms | BofA | $2,830.34 | Manatee | 412023SC001176SCAX | 5/1-PTC | 4/28 sent $1,416.00 at $29.50/ month for 48 months. |
| 234 | Carmen Egea | Synchrony | $3,120.98 | Broward | COCE-23-010199 | 6/22-PTC | |
| 235 | Nacole Sousa | LVNV | $3,570.74 | Lake | 35-2023-SC-002035 | 5/3-PTC | 4/18 walkaway sent to OC |
| 236 | Walter Nielsen | LVNV | $1,849.71 | Pasco | 23-SC-001359 | 6/15-PTC | 4/21 mutual walkaway sent to OC |
| 237 | Lynn Kohn | Credit Corp | 5,213.22 | Alachua | 01-2023-SC-000912 | 04/21- PTC | 6/1 mutual walkaway sent to OC |
| 238 | Evelyn Coira | AMEX | $5,769.00 | Volusia | 2023-12781-CODL | 5/24-PTC | |
| 239 | Migdalia Bracero | Discover | $3,288.69 | Volusia | 2023 13143 CODL | 5/4-PTC | 4/26 sent $2,301.84 at $191.82/ month for 12 months. |
| 240 | Lynn Kohn | LVNV | | Alachua | 2023 SC 00174 | 4/28-PTC | 4/26 walkawaysent to OC |
| 241 | Edward Rodriguez Morales | Synchrony Bank | $4,449.55 | Polk | 2023SC-001232 | | 5/23 Order 2 W/draw granted |
| 242 | Luis Macias | BofA | $4,808.24 | Orange | 2023-SC-010356-O | 5/3-PTC | |
| 243 | Mirela Muhic | LVNV | | St. Johns | CC23-2922 | | |
| 244 | Niura Tamayo Perez | Synchrony Bank | $4,036.47 | Broward | COCE-23-033082 | 5/16-PTC | 5/18 $1,816.41 at $75.68 a month for 24 months |
| psp | Donnamarie Prinsket | Citibank | $3,685.62 | Brevard | 05-2023-SC-026254 | 6/15-PTC | 6/1 $1,842.81 at $ 76.78 a month for 24 months |
| 246 | Yaneisy Perez | LVNV | | Broward | COCE-23-029834 | 8/16-PTC | 5/12 walkaway sent to OC |
| 247 | Lizbek Castillo | Synchrony | $2,661.55 | Miami-Dade | 2023-027824-SP-23 | | |
| 248 | Gianna Micozzi | LVNV | $2,733.29 | Brevard | 05-2023-SC-027346 | 6/29-PTC | 5/5 walkaway sent to OC |

| No. | Name | Plaintiff | Suit Amount | County | Case | Hearing Date/Deadline | Last Offer/Notes |
|---|---|---|---|---|---|---|---|
| 249 | Hector Ulloa | LVNV | $3,313 | Orange | 2023-SC-017678-O | | 5/11 walkaway sent to OC |
| 250 | Luis GuerraDominguez | Synchrony | $4,634.61 | Miami-Dade | 2023-029522-SP-25 | 05/19-PTC | |
| 251 | Clifford Wilkins | Synchrony Bank | 6348.24 | Okaloosa | 2023-SC-000933-C | 06/05-PTC | |
| 252 | Paul Stevens | LVNV | $5,633.48 | Citrus | 2023 SC 00067 | 06/12-PTC | |
| | GREYSON CASES (USE GREYSON EMAIL) | | | | | | |
| 253 | Diana Perkins | BofA | $6,009.59 | Santa Rosa | 23-SC-688 | 06/06-PTC | |
| 254 | Diana Perkins | Synchrony | $6,633.70 | Santa Rosa | 23000721SCMXAX | 06/06-PTC | |
| 255 | Patsy Voto | PNC Bank | $28,911.56 | Sarasota | 2023CC002208NC | | |
| 256 | Tracy Lowe | Synchrony Bank | 1834.71 | Volusia | 2023-15017-CODL | 06/01-PTC | |
| 257 | Donna Findley | LVNV | $1,532.29 | Escambia | 2023 SC 00249 | 06/14-PTC | |