# EXHIBIT 1
to Verified Motion of R. Reed Pruyn for Administrative Expense filed November 21, 2023 in 8:23-bk-10571-SC



R. Reed Pruyn <rrpglaw@gmail.com>

## New Hire

**Admin** <admin@lpglaw.com>                                                    Sun, Oct 10, 2021 at 4:04 PM
To: Cecilia White <Cecilia@lpglaw.com>
Cc: "R. Reed Pruyn" <rrpglaw@gmail.com>, "R. Reed Pruyn" <reed@litigationpracticegroup.com>

Hi Cecilia -

Reed is now a W2 employee of LPG effective. The effective date is October 1 and the monthly salary is $32,500. Because payroll has yet to run in October he should be ok, correct?

Please forward documentation to Reed, including benefits information.

Thanks!

**The Litigation Practice Group PC**
**17542 E. 17th St., Ste 100**
**Tustin, CA 92780**
p: 949.715.0644
f:  949.315.4332

www.lpglaw.com



NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780-1981

1607-7926
LPG CA 04
EE ID: 1314      DD

*Payrolls by Paychex, Inc.*

ROBERT R PRUYN
276 SOUTH 1000 EAST
SALT LAKE CITY UT  84102-2404

**NON-NEGOTIABLE**

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Robert R Pruyn | | |
| 276 South 1000 East | | |
| Salt Lake City, UT  84102-2404 | | |
| **Soc Sec #:** xxx-xx-xxxx   **Employee ID:** 1314 | | |
| **Home Department:** 1 LPG CA | | |
| **Pay Period:** 10/25/21 **to** 11/07/21 | | |
| **Check Date:** 11/12/21   **Check #:** 5160 | | |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Check Amount | 0.00 | 0.00 |
| Chkg 663 | 10132.23 | 28089.32 |
| **NET PAY** | **10132.23** | **28089.32** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 0.00 hrs | 1.54 hrs | 0.00 hrs | 0.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
| Vacation | 0.00 hrs | 1.54 hrs | 0.00 hrs | 0.00 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---:|---|---:|
| | Salary | | | 15000.00 | | 45000.00 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 15000.00 | | 45000.00 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---:|---:|
| | Social Security | | 930.00 | 2790.00 |
| | Medicare | | 217.50 | 652.50 |
| | Fed Income Tax | J | 2977.77 | 11240.68 |
| | UT Income Tax | S 0 | 742.50 | 2227.50 |
| | **TOTAL** | | 4867.77 | 16910.68 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| | **10132.23** | **28089.32** |

*Payrolls by Paychex, Inc.*

0942  1607-7926  Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA  92780-1981 • (949) 715-0648

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780

1607-7926
Local Pawor
EE ID: 1314         DD

ROBERT R PRUYN
276 SOUTH 1000 EAST
SALT LAKE CITY UT  84102-2404

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Robert R Pruyn
276 South 1000 East
Salt Lake City, UT  84102-2404
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1314

**Home Department:** 1 LPG CA

**Pay Period:** 01/30/23 **to** 02/12/23
**Check Date:** 02/17/23    **Check #:** 12664
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Check Amount | 0.00 | -20080.63 |
| Chkg 663 | 10040.32 | 60241.91 |
| **NET PAY** | **10040.32** | **40161.28** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
| Vacation | 66.22 hrs | 3.08 hrs | 0.00 hrs | 69.30 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---:|---|---:|
| | | Salary | | | 15000.00 | | 60000.00 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | 15000.00 | | 60000.00 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---:|---:|
| | Social Security | | 903.73 | 3614.93 |
| | Medicare | | 211.36 | 845.43 |
| | Fed Income Tax | J | 2696.48 | 10785.92 |
| | UT Income Tax | S 0 | 706.95 | 2827.80 |
| | **TOTAL** | | 4518.52 | 18074.08 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---:|---:|
| | Medical Pre-tax | 423.67 | 1694.68 |
| | PostTx EE healt | 17.49 | 69.96 |
| | **TOTAL** | 441.16 | 1764.64 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| | **10040.32** | **40161.28** |

*Payrolls by Paychex, Inc.*
0942  1607-7926  Litigation Practice Group PC DBA • 17542 17th St Ste 100 • Tustin CA  92780 • (949) 715-0648



+1 858-330-3009 — 888 Prospect Street, Ste 200, La Jolla, CA 92037 — support@oakstonepc.com

R. Reed Pruyn  
daddyreedster@gmail.com

February 18, 2023

Dear Mr. Pruyn,

Congratulations! It is with great pleasure that Oakstone Law Group PC ("OLG") would like to offer full-time employment to you for the position of Associate Attorney. The terms and conditions of employment are outlined below. The Firm reserves the right to alter or rescind this offer at any time during the employment process. The following outlines the details of this offer.

1. **Start Date**
   February 20, 2023

2. **Compensation**
   You will be classified as an exempt employee with an annual salary of $390,000.00 per year paid in accordance with Firm payroll practices. Employee agrees to maintain a license in good standing in Colorado, Idaho and Utah.

   The Employee agrees to represent all clients of OLG assigned to Employee who have active matters located in any jurisdiction in which Employee is admitted to practice law. The Employee may employ the assistance of appearance or coverage counsel at Employee's discretion to manage Employee's docket of cases, and OLG agrees to cover such cost on behalf of Employee.

   The Employee will be provided office space convenient to their current residence. All bar dues and malpractice insurance will be covered by OLG. The Employee may also retain a legal administrative assistant or paralegal to assist in the management of Employee's docket of cases.

   **Annual Salary Increase.** The Employee shall be eligible for salary increases annually of zero to three percent (0-3%). Such salary increase shall be based upon the overall performance of the Employee during the preceding twelve (12)-month period.

3. **Benefits**

   a. **Enrollment.** Should you choose to enroll, the benefits will be effective the first day of the month following your hire date. OLG offers a competitive benefit plan which includes the following:
      i. Paid Time Off.

- You will be eligible to accrue three (3) weeks of Vacation and forty (40) hours of Sick Time per year. You will need to inform Human Resources prior to your Vacation.
    ii. Medical, Dental, and Vision Plan
    iii. 401(k) Plan and company-match (if eligibility requirements are met)
    iv. Paid Holidays

4. **Duties**
    a. Attorney-Employees are required to represent clients of OLG in accordance with the applicable rules of professional conduct governing the jurisdiction in which such legal representation is rendered.
    b. The Employee is not required to maintain records of hours except as required by any applicable rule of professional conduct.
    c. If any ethical conflict arises, Employee may decline a case assignment, but must promptly notify OLG of such denial and must assist OLG in good faith to find representation for such client.
    d. If Employee requires any support material to provide legal services in accordance with the applicable rules of professional conduct, Employee shall promptly notify OLG of the same and OLG agrees to comply with such requests in good faith and with the exercise of reasonable diligence.
    e. The Employee agrees to permit OLG to publish Employee's profile to its website, mobile application, and on any firm letterhead or correspondence.
    f. The Employee agrees to complete all required continuing legal education coursework and to comply with ethical standards expected of any officer of the court.
    g. The Employee agrees to serve as counsel for the Firm and its clients for all purposes in the jurisdiction(s) in which Employee is licensed.
    h. The Employee agrees to use OLG's customer relations management software.
    i. The Employee agrees to use their name and information on correspondence directed to OLG's clients in the state(s) in which the attorney is licensed.

5. **Outside Activities**

    a. **General.** During the term of this Agreement you may not, without the prior written consent of the Firm, directly or indirectly as principal, agent, shareholder, partner, employee or otherwise engage in or be interested in any other business which will require your attendance or attention during the Firm's business hours or which is or may be contrary to the interest of, or in competition with, the Firm or which may require the use of confidential information of the Firm.

6. **Confidentiality**

    a. **General Confidentiality.** You shall not disclose or use either during or after your employment with the Firm any secret or confidential information, or information which in good faith and good conscience ought to be treated as confidential relating to the Firm, its employees, or its customers without the prior written consent of the Firm.
    b. **Confidential information.** Confidential information includes, but is not limited to, customer lists, supplier lists and lists of employees and contractors and information about the Firm's finances, business plans, proposals, technologies, and developments.
    c. **Absenteeism and Illness.** Punctual attendance is necessary. It is the responsibility of the Employee to inform OLG prior to your start of any absenteeism and illness. The Firm has the right to require you to supply proof of illness and fitness to return to work in the form of a doctor's certificate or other form satisfactory to the Firm.

7. **At-Will Statement**

a. **General At-Will.** This letter constitutes the full commitments that have been extended to you. However, OLG does not guarantee employment for a specified length of time.
b. **Mutual Consent.** Employment is at the mutual consent of each employee and OLG.
c. **Right to Terminate.** Accordingly, both parties retain the right to terminate the employment relationship at-will with or without cause.
d. **Identification Documents and Other Paperwork.** Upon employment, you will be asked to provide identification documents in accordance with the provisions of the Immigration Reform Act of 1986 and complete the I-9 form within three days of employment. You will also be given additional paperwork necessary to complete your file.

If the terms and conditions stated above are acceptable to you, please indicate by signing below and returning to me via email. Please respond within two business days of the date on this correspondence. If you have any questions, please contact me at admin@oakstonepc.com.

We look forward to a favorable reply!

Sincerely,

*Scott J. Eadie*

Managing Attorney

-------------------------------------------------------------------------------------------------------------------------------------------------

I accept the above offer to be employed by Oakstone Law Group and understand the terms and conditions set forth in this letter.

_____*Reed Pruyn*_____    Dated: __February 20, 2023_____
R. Reed Pruyn

3



# GREYSON LAW CENTER

**R. Reed Pruyn**  March 21, 2023

Dear Mr. Pruyn,

Congratulations! It is with great pleasure that Greyson Law Center PC would like to offer full-time employment to you for the position of Associate Attorney. The terms and conditions of employment are outlined below. The Firm reserves the right to alter or rescind this offer at any time during the employment process. The following outlines the details of this offer.

**1. Start Date**
March 27, 2023

**2. Compensation**
You will be classified as an exempt employee with an annual salary of $390,000.00 per year paid in accordance with Firm payroll practices. Employee agrees to maintain a license in good standing in Colorado, Idaho and Utah.

> The Employee agrees to represent all clients of Greyson Law Center assigned to Employee who have active matters located in any jurisdiction in which Employee is admitted to practice law. The Employee may employ the assistance of appearance or coverage counsel at Employee's discretion to manage Employee's docket of cases, and Greyson Law Center agrees to cover such cost on behalf of Employee.

> The Employee will be provided office space convenient to their current residence. All bar dues and malpractice insurance will be covered by Greyson Law Center. The Employee may also retain a legal administrative assistant or paralegal to assist in the management of Employee's docket of cases.

> **Annual Salary Increase.** The Employee shall be eligible for salary increases annually of zero to three percent (0-3%). Such salary increase shall be based upon the overall performance of the Employee during the preceding twelve (12)-month period.

**3. Benefits**
   a) **Enrollment.** Should you choose to enroll, the benefits will be effective the first day of the month following your hire date. Greyson Law Center offers a competitive benefit plan which includes the following:



# GREYSON LAW CENTER

    I. Paid Time Off: You will be eligible to accrue three (3) weeks of Vacation and forty (40) hours of Sick Time per year. You will need to inform Human Resources prior to your Vacation.
    II. Medical, Dental, and Vision Plan
    III. 401(k) Plan and company-match (if eligibility requirements are met)
    IV. Paid Holidays

**4. Duties**
    a) Attorney-Employees are required to represent clients of Greyson Law Center in accordance with the applicable rules of professional conduct governing the jurisdiction in which such legal representation is rendered.
    b) The Employee is not required to maintain records of hours except as required by any applicable rule of professional conduct.
    c) If any ethical conflict arises, Employee may decline a case assignment, but must promptly notify Greyson Law Center of such denial and must assist Greyson Law Center in good faith to find representation for such client.
    d) If Employee requires any support material to provide legal services in accordance with the applicable rules of professional conduct, Employee shall promptly notify Greyson Law Center of the same and Greyson Law Center agrees to comply with such requests in good faith and with the exercise of reasonable diligence.
    e) The Employee agrees to permit Greyson Law Center to publish Employee's profile to its website, mobile application, and on any firm letterhead or correspondence.
    f) The Employee agrees to complete all required continuing legal education coursework and to comply with ethical standards expected of any officer of the court.
    g) The Employee agrees to serve as counsel for the Firm and its clients for all purposes in the jurisdiction(s) in which Employee is licensed.
    h) The Employee agrees to use Greyson Law Center's customer relations management software.
    i) The Employee agrees to use their name and information on correspondence directed to Greyson Law Center's clients in the state(s) in which the attorney is licensed.

**5. Outside Activities**
    a) **General.** During the term of this Agreement you may not, without the prior written consent of the Firm, directly or indirectly as principal, agent, shareholder, partner, employee or otherwise engage in or be interested in any other business which will require your attendance or attention during the Firm's business hours or which is or may be contrary to the interest of, or in competition with, the Firm or which may require the use of confidential information of the Firm.



# GREYSON LAW CENTER

**6. Confidentiality**
   a) **General Confidentiality.** You shall not disclose or use either during or after your employment with the Firm any secret or confidential information, or information which in good faith and good conscience ought to be treated as confidential relating to the Firm, its employees, or its customers without the prior written consent of the Firm.
   b) **Confidential information.** Confidential information includes, but is not limited to, customer lists, supplier lists and lists of employees and contractors and information about the Firm's finances, business plans, proposals, technologies, and developments.
   c) **Absenteeism and Illness.** Punctual attendance is necessary. It is the responsibility of the Employee to inform Greyson Law Center prior to your start of any absenteeism and illness. The Firm has the right to require you to supply proof of illness and fitness to return to work in the form of a doctor's certificate or other form satisfactory to the Firm.

**7. At-Will Statement**
   a) **General At-Will.** This letter constitutes the full commitments that have been extended to you. However, Greyson Law Center does not guarantee employment for a specified length of time.
   b) **Mutual Consent.** Employment is at the mutual consent of each employee and Greyson Law Center.
   c) **Right to Terminate.** Accordingly, both parties retain the right to terminate the employment relationship at-will with or without cause.
   d) **Identification Documents and Other Paperwork.** Upon employment, you will be asked to provide identification documents in accordance with the provisions of the Immigration Reform Act of 1986 and complete the I-9 form within three days of employment. You will also be given additional paperwork necessary to complete your file.

If the terms and conditions stated above are acceptable to you, please indicate by signing below and returning to me via email. Please respond within two business days of the date on this correspondence. If you have any questions, please contact me at admin@greysonpc.com.

We look forward to a favorable reply! Sincerely,

Sincerely,

*Scott J Eadie*

Scott J. Eadie
Managing Attorney



# GREYSON LAW CENTER

I accept the above offer to be employed by Greyson Law Center PC and understand the terms and conditions set forth in this letter.

Robert Reed Pruyn
Print: First name and last name

/s/ *Reed Pruyn*              March 24, 2023
Signature                      Date

440 N. Barranca Ave. #1331, Covina, CA 91723 • greysonpc.com