

Ms. Amy Ginsburg                                                                                                               May 10, 2022

Dear Amy,

Congratulations! It is with great pleasure that The Litigation Practice Group PC ("LPG") would like to offer full-time employment to you for the position of Associate Attorney. The terms and conditions of employment are outlined below. The Company reserves the right to alter or rescind this offer at any time during the employment process. The following outlines the details of this offer.

**Start Date**
May 11, 2022

**Compensation**
You will be classified as an exempt employee with an annual salary of $144,000 per year paid in accordance with Company payroll practices.

The Employee agrees to represent all clients of LPG assigned to Employee who have active matters located in any jurisdiction in which Employee is admitted practicing law. The Employee may employ the assistance of appearance or coverage counsel at Employee's discretion to manage Employee's docket of cases, and LPG agrees to cover such cost on behalf of Employee.

The Employee will be provided office space and all bar dues and malpractice insurance will be covered by LPG.

**Benefits**
Should you choose to enroll, the benefits will be effective the first day of the month following your hire date. LPG offers a competitive benefit plan which includes the following:

• Paid Time Off – You will have no limitation regarding the number of vacation or sick days taken during the year, provided Employee fulfills obligations to the client for requested representations for client matters and the Employee is responsive to requests from LPG and completion of tasks assigned by LPG or active client matters. If Employee anticipates being unavailable for any extended period of greater than five days, Employee shall notify his/her immediate supervisor.

• Medical, Dental, and Vision Plan
• 401(k) Plan and company-match (if eligibility requirements are met)
• Paid Holidays

**Duties**
Attorney-Employees are required to represent clients of LPG in accordance with the applicable rules of professional conduct governing the jurisdiction in which such legal representation is rendered.  The Employee is not required to maintain records of hours except as required by any applicable rule of professional conduct.  If any ethical conflict arises, Employee may decline a case assignment, but must promptly notify LPG of such denial and must assist LPG in good faith to find representation for such client.  If Employee requires any support material to provide legal services in accordance with the applicable rules of professional conduct, Employee shall promptly notify LPG of the same and LPG agrees to comply with such requests in good faith and with the exercise of reasonable diligence.  The Employee further agrees to complete all required continuing legal education coursework and to comply at all times with ethical standards expected of any officer of the court.

**Confidentiality**
You shall not disclose or use either during or after your employment with the company any secret or confidential information, or information which in good faith and good conscience ought to be treated as confidential relating to the company, its employees, or its customers without the prior written consent of the company. Included in such confidential information are customer lists, supplier lists and lists of employees and contractors and information about the company's finances, business plans, proposals, technologies, and developments.

**At-Will Statement**
This letter constitutes the full commitments that have been extended to you. However, LPG does not guarantee employment for a specified length of time. Employment is at the mutual consent of each employee and LPG. Accordingly, both parties retain the right to terminate the employment relationship at-will with or without cause. Upon employment you will be asked to provide identification documents in accordance with the provisions of the Immigration Reform Act of 1986 and complete the I-9 form within three days of employment. You will also be given additional paperwork necessary to complete your file.

If the terms and conditions stated above are acceptable to you, please indicate by signing below and returning to me via email. Please respond on or before May 11th, 2022. If you have any questions, please do not hesitate to contact me at 714-478-3699.
We look forward to a favorable reply!

Sincerely,

*Cecilia White*

Director Human Resources
**The Litigation Practice Group PC**
**P.O. Box 513018**
**Los Angeles, CA 90051**
p: 714-478-3699

-------------------------------------------------------------------------------------------------------------------------------

I accept the above offer to be employed by Litigation Practice Group and understand the terms and conditions set forth in this letter.

_____ _____
Amy Ginsburg