**amylynnginsburg@gmail.com**

| | |
|---|---|
| **From:** | HR Greyson <hr@greysonlawcenterpc.com> |
| **Sent:** | Sunday, June 18, 2023 5:11 PM |
| **Subject:** | Layoff Notification |

To Whom It May Concern:

Over the last couple months, Greyson Law Center PC has experienced financial difficulties due to lack of work and limited client base. Most recently, this has been exasperated due to outside forces freezing our launch for new clients. We have explored many options, but unfortunately, our efforts have been unsuccessful, and we find that we must drastically reduce our workforce to ensure the financial stability of the company. It is with deepest regret that Greyson has no choice but to go through with a mass layoff, effective as of June 9, 2023, when all employees were asked to leave work due to issues with pay.

Originally, we wanted to furlough all of you but decided a layoff would be best so that you would all be able to apply for unemployment benefits. Regarding checks for 05/26/2023 and 06/09/2023, we are in no position to fund those payrolls. We had submitted both payrolls with the expectation that those of the Trustee's office and those who work under him would make sure funds would be given to Greyson from Phoenix's multiple overdue invoices. Unfortunately, there was no communication given to me to provide an explanation to you during the whole process. Four out of the five emails providing the cash requirements and payroll journals from Paychex that I had sent to everyone working for the Trustee went unanswered. For the last email I had sent, I received a response that provided no answer. They only asked me for every employee's name, position, and pay, which I provided. I had assumed we were getting somewhere and that the need for this information was to confirm payroll and I was also under the impression that when they took over Greyson's office and announced that they were in charge of operations that they would understand that the fundamental part of operations was payroll. I was proven wrong. As of right now, we are searching for an employment attorney to claw back the pay that is owed to you all. We here at Greyson have FULL intention on making sure that both payrolls will be honored.

We are hopeful that we will be able to restore you to your prior position with our company on or around August 01, 2023. However, it is important to note that we reserve the right to change this date based on our business needs. Please know that we greatly appreciate the contributions you have made during your time at Greyson Law Center PC.

If you have any questions or concerns regarding your termination, please contact me at hr@greysonlawcenterpc.com or at 626-264-5225.

*Sincerely,*

**Maria Thach**
**HR Director**
**Greyson Law Center PC**

*NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you.*