# Form 2
## Cash Receipts and Disbursements Record

| | |
|---|---|
| **Case Number:** | 23-10571 SC |
| **Case Name:** | The Litigation Practice Group PC |
| **Taxpayer ID#:** | **-***5343 |
| **Period:** | 10/01/23 - 10/31/23 |

| | |
|---|---|
| **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| **Bank Name:** | WELLS FARGO BANK |
| **Account:** | ******9879 - DIP Account |
| **Blanket Bond:** | $0.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 12,004.78 | 12,004.78 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 12,004.78 | 12,004.78 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12,004.78** | **$12,004.78** | |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 23-10571 SC | | Trustee: | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| Case Name: | The Litigation Practice Group PC | | Bank Name: | WELLS FARGO BANK |
| | | | Account: | ******9887 - DIP Account |
| Taxpayer ID#: | **-***5343 | | Blanket Bond: | $0.00 (per case limit) |
| Period: | 10/01/23 - 10/31/23 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **100.00** | **100.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **100.00** | **100.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$100.00** | **$100.00** | |

**Form 2**
## Cash Receipts and Disbursements Record

| | |
|---|---|
| **Case Number:** | 23-10571 SC |
| **Case Name:** | The Litigation Practice Group PC |
| **Taxpayer ID#:** | **-***5343 |
| **Period:** | 10/01/23 - 10/31/23 |

| | |
|---|---|
| **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| **Bank Name:** | WELLS FARGO BANK |
| **Account:** | ******9895 - DIP Account |
| **Blanket Bond:** | $0.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 100.00 | 100.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 100.00 | 100.00 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$100.00** | **$100.00** | |

**Form 2**
**Cash Receipts and Disbursements Record**

| | | |
|---|---|---|
| **Case Number:** | 23-10571 SC | |
| **Case Name:** | The Litigation Practice Group PC | |
| **Taxpayer ID#:** | **-***5343 | |
| **Period:** | 10/01/23 - 10/31/23 | |

| | |
|---|---|
| **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| **Bank Name:** | Flagstar Bank, N.A. |
| **Account:** | ******9960 - Checking |
| **Blanket Bond:** | $0.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/13/23 | | To Account# XXXXXX8404 | transfer to money market | 9999-000 | | 4,900,000.00 | 25,351.59 |
| 10/22/23 | 1005 | Office of the U.S. Trustee | 3Q2023 quarterly fees; 738-23-10571; Voided on 11/01/2023 | 2950-003 | | 11,677.78 | 13,673.81 |
| 10/28/23 | | From Account# XXXXXX8404 | surcharge order for Resolution Processing fees and expenses | 9999-000 | 203,256.81 | | 216,930.62 |
| 10/28/23 | 1006 | Resolution Processing LLC | Management Fees through 8/4/23; per order 10/27/23 | 6700-000 | | 163,960.00 | 52,970.62 |
| 10/28/23 | 1007 | Resolution Processing | Management expenses through 8/4/23; per order 10/27/23 | 6710-000 | | 39,296.81 | 13,673.81 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 11,795,798.17 | 11,782,124.36 | $13,673.81 |
| Less: Bank Transfers | 1,459,748.79 | 11,462,866.48 | |
| **Subtotal** | 10,336,049.38 | 319,257.88 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$10,336,049.38** | **$319,257.88** | |

**Form 2**
## Cash Receipts and Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 23-10571 SC | |
| **Case Name:** | The Litigation Practice Group PC | |
| | | |
| **Taxpayer ID#:** | **-***5343 | |
| **Period:** | 10/01/23 - 10/31/23 | |

| | |
|---|---|
| **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| **Bank Name:** | Flagstar Bank, N.A. |
| **Account:** | ******2953 - ACH Segregated no fee account |
| **Blanket Bond:** | $0.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **6,250,466.48** | **6,202,000.00** | **$48,466.48** |
| | | | Less: Bank Transfers | | 6,250,466.48 | 6,202,000.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

**Form 2**
## Cash Receipts and Disbursements Record

| Case Number: | 23-10571 SC | Trustee: | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| Case Name: | The Litigation Practice Group PC | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******4611 - Payroll and Operating Account |
| Taxpayer ID#: | **-***5343 | Blanket Bond: | $0.00 (per case limit) |
| Period: | 10/01/23 - 10/31/23 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/03/23 | 200443 | David Orr, Esq. | ; Expenses 5/8 to 8/15/23;  Voided: Check issued on 08/20/2023 | 6950-003 | | -2,525.00 | 2,756.07 |
| 10/03/23 | 200453 | Bicher & Associates | September 2023 - 80% of agent fees per order 6/29/23 | 6700-000 | | 976.80 | 1,779.27 |
| 10/06/23 | 200454 | Tabatabaii Nejad, Seyed Amirreza | Balance due | 6950-000 | | 509.39 | 1,269.88 |
| 10/24/23 | 200178 | Lizarraga, Aaron | stop pay Dividend of 100.000% ;  Stopped: Check issued on 07/19/2023 | 6950-004 | | -744.87 | 2,014.75 |
| 10/25/23 | 200455 | Lizarraga, Aaron | Replaces Ck 200178 Dividend of 100.000% ; | 6950-000 | | 744.87 | 1,269.88 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 2,618,436.02 | 2,617,166.14 | **$1,269.88** |
| Less: Bank Transfers | 312,100.00 | 1,675,691.98 | |
| **Subtotal** | 2,306,336.02 | 941,474.16 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2,306,336.02** | **$941,474.16** | |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 23-10571 SC | | Trustee: | Richard A. Marshack, Chapter 11 Trustee |
| Case Name: | The Litigation Practice Group PC | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******4344 - Payroll Tax |
| Taxpayer ID#: | **-***5343 | | Blanket Bond: | $0.00 (per case limit) |
| Period: | 10/01/23 - 10/31/23 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **421,500.00** | **413,135.67** | **$8,364.33** |
| | | | Less: Bank Transfers | | 421,500.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **413,135.67** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$413,135.67** | |

### Form 2
### Cash Receipts and Disbursements Record

| Case Number: | 23-10571 SC | Trustee: | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| Case Name: | The Litigation Practice Group PC | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******3526 - Sale proceeds both bidders |
| Taxpayer ID#: | **-***5343 | Blanket Bond: | $0.00 (per case limit) |
| Period: | 10/01/23 - 10/31/23 | Separate Bond: | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **1,249,963.98** | **1,249,963.98** | **$0.00** |
| | | | Less: Bank Transfers | | 1,249,963.98 | 1,249,963.98 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 23-10571 SC | Trustee: | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| Case Name: | The Litigation Practice Group PC | Bank Name: | Fidelity |
| | | Account: | ******7725 - T-Bill Account |
| Taxpayer ID#: | **-***5343 | Blanket Bond: | $0.00 (per case limit) |
| Period: | 10/01/23 - 10/31/23 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 6,200,000.00 | 0.00 | **$6,200,000.00** |
| | | | Less: Bank Transfers | | 6,200,000.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

**Form 2**

**Cash Receipts and Disbursements Record**

| Case Number: | 23-10571 SC | Trustee: | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| Case Name: | The Litigation Practice Group PC | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******8404 - Money Market Account |
| Taxpayer ID#: | **-***5343 | Blanket Bond: | $0.00 (per case limit) |
| Period: | 10/01/23 - 10/31/23 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/13/23 | | From Account# XXXXXX9960 | transfer to money market | 9999-000 | 4,900,000.00 | | 4,900,000.00 |
| 10/28/23 | | To Account# XXXXXX9960 | surcharge order for Resolution Processing fees and expenses | 9999-000 | | 203,256.81 | 4,696,743.19 |
| 10/31/23 | | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 106.84 | | 4,696,850.03 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **4,900,106.84** | **203,256.81** | **$4,696,850.03** |
| Less: Bank Transfers | 4,900,000.00 | 203,256.81 | |
| **Subtotal** | **106.84** | **0.00** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$106.84** | **$0.00** | |

| | |
|---|---|
| Net Receipts: | $12,654,697.02 |
| Plus Gross Adjustments: | 0.34 |
| Net Estate: | $12,654,697.36 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******2953** | 0.00 | 0.00 | 48,466.48 |
| **Checking # ******3526** | 0.00 | 0.00 | 0.00 |
| **Checking # ******4344** | 0.00 | 413,135.67 | 8,364.33 |
| **Checking # ******4611** | 2,306,336.02 | 941,474.16 | 1,269.88 |
| **Checking # ******7725** | 0.00 | 0.00 | 6,200,000.00 |
| **Checking # ******8404** | 106.84 | 0.00 | 4,696,850.03 |
| **Checking # ******9879** | 12,004.78 | 12,004.78 | 0.00 |
| **Checking # ******9887** | 100.00 | 100.00 | 0.00 |
| **Checking # ******9895** | 100.00 | 100.00 | 0.00 |
| **Checking # ******9960** | 10,336,049.38 | 319,257.88 | 13,673.81 |
| | $12,654,697.02 | $1,686,072.49 | $10,968,624.53 |