1   Michael A. Sweet (SBN 184345)
    Keith C. Owens (SBN 184841)
2   Nicholas A. Koffroth (SBN 287854)
    **FOX ROTHSCHILD LLP**
3   10250 Constellation Blvd., Suite 900
    Los Angeles CA 90067
4   Telephone:    (310) 598-4150
    Facsimile:    (310) 556-9828
5   msweet@foxrothschild.com
    kowens@foxrothschild.com
6   nkoffroth@foxrothschild.com

7

8   Counsel For Official Committee of Unsecured Creditors



**FILED & ENTERED**

**DEC 01 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte      DEPUTY CLERK**

9

10                  **UNITED STATES BANKRUPTCY COURT**
                    **CENTRAL DISTRICT OF CALIFORNIA**
                    **SANTA ANA DIVISION**
11

12   In re:                                    Chapter 11

13   THE LITIGATION PRACTICE GROUP,            Case No. 8:23-bk-10571-SC
     P.C.,
14                                             **ORDER APPROVING SECOND**
                                               **STIPULATION TO EXTEND DEADLINE**
15        Debtor.                              **FOR CHAPTER 11 TRUSTEE TO FILE**
                                               **A PLAN AND DISCLOSURE**
16                                             **STATEMENT**

17

18

19

20

21

22

23

24

25

26

27

28

                                        1

FOX ROTHSCHILD LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
(310) 598-4150
(310) 556-9828 (fax)

152397986.1

FOX ROTHSCHILD LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
(310) 598-4150
(310) 556-9828 (fax)

1    The Court, having considered the *Second Stipulation to Extend Deadline for Chapter 11*

2    *Trustee to File a Plan and Disclosure Statement* [Docket No. 742] (the "Stipulation[1]") by and between

3    the Official Committee of Unsecured Creditors of The Litigation Practice Group P.C., and Richard

4    A. Marshack, in his capacity as the chapter 11 trustee of The Litigation Practice Group P.C., and good

5    cause appearing therefor,

6    **IT IS HEREBY ORDERED** as follows:

7    1.    The Stipulation is APPROVED in its entirety.

8    2.    The Filing Deadline for the Trustee to file a chapter 11 plan and disclosure statement

9    shall be extended from December 5, 2023, through and including December 22, 2023.

11    # # #

Date: December 1, 2023

Scott C. Clarkson
United States Bankruptcy Judge

---

[1] Unless otherwise defined herein, all capitalized terms have the definitions set forth in the Stipulation.

1

152397986.1