Jeffrey M. Singletary, Bar No. 233528
jsingletary@swlaw.com
Andrew B. Still, Bar No. 312444
astill@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone:   714.427.7000
Facsimile:    714.427.7799

Attorneys for Creditor
Alteryx, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. § 503(b)**<br><br>Hearing Information:<br>Date:    January 19, 2024<br>Time:   11:00 a.m.<br>Place:   Courtroom 5C<br>            411 W. Fourth Street<br>            Santa Ana, CA 92701 |

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on January 19, 2024, at 11:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 5C of the United States Bankruptcy Court located at 411 W. Fourth Street, Santa Ana, CA 92701, before the Honorable Scott C. Clarkson, United States Bankruptcy Judge for the Central District of California, Alteryx, Inc. ("Alteryx"), creditor of the above-captioned debtor The Litigation Practice Group P.C. ("Debtor" or "LPG"), and sub-landlord of the real property located at Suites 400 and 490 of 3345 Michelson Drive and Suite 400 of 3347 Michelson Drive, Irvine, CA 92612 ("Property"), by and through undersigned counsel, will and hereby does move the Court pursuant to 11 U.S.C. § 503 (the "Motion") for an

4866-4729-6405

1  order allowing Alteryx's administrative expense claim in the amount of $703,089.94, which
2  represents the fair rental value of the Property for the amounts owed for the post-petition use of
3  the Property by the Debtor and the Debtor's bankruptcy estate ("Estate") through October 11,
4  2023 ("Administrative Claim") and authorizing and directing payment thereof.

5  PLEASE TAKE FURTHER NOTICE that this Motion is made pursuant to 11 U.S.C. §§
6  503(a)-(b), 507(a)(2), the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy
7  Rules for the Central District of California, and is made on the grounds that Alteryx's
8  Administrative Claim arises from post-petition transactions with the Estate that directly and
9  substantially benefitted the Estate.

10  The Motion is based on this Notice, the Memorandum of Points and Authorities and
11  supporting declaration of Christian Bryan appended to the Motion, the pleadings and papers on
12  file in this case, the arguments of counsel at the hearing on the Motion and on such other matters
13  as the Court may allow. A copy of the Motion is on file with the Court and may be obtained by
14  contacting counsel for movant.

15  PLEASE TAKE FURTHER NOTICE that any opposition or response to the granting of
16  the Motion must be in writing and filed with the Court at least fourteen (14) days before the
17  hearing on the Motion, and must be served on counsel for the movant at the address in the upper
18  left-hand corner of this notice, and the Office of the United States Trustee, 411 W. Fourth Street,
19  Suite 7160, Santa Ana, California 92701.

20  PLEASE TAKE FURTHER NOTICE that Local Bankruptcy Rule 9013-1(h) states that if
21  you do not timely file and serve an objection or response to the Motion, the Court may find that
22  you have consented to the relief requested herein.

23  //
24  //
25  //
26
27
28

PLEASE TAKE FURTHER NOTICE that prior to the hearing, the Court will post a calendar with instructions regarding whether appearances will be conducted remotely or in person. The calendar can be accessed, and video and audio connection information can be viewed online at: https://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC.

Dated: December 6, 2023

SNELL & WILMER L.L.P.

By:   */s/ Andrew B. Still*
     Jeffrey M. Singletary
     Andrew B. Still

Attorneys for Creditor
Alteryx, Inc.

4866-4729-6405

- 3 -

NOTICE OF HEARING ON MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
600 Anton Boulevard, Suite 1400, Costa Mesa, CA  92626-7689.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. § 503(b)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 6, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Eric Bensamochan     eric@eblawfirm.us, G63723@notify.cincompass.com**
- **Peter W Bowie     peter.bowie@dinsmore.com, caron.burke@dinsmore.com**
- **Ronald K Brown     ron@rkbrownlaw.com**
- **Christopher Celentino     christopher.celentino@dinsmore.com, caron.burke@dinsmore.com**
- **Shawn M Christianson     cmcintire@buchalter.com, schristianson@buchalter.com**
- **Randall Baldwin Clark     rbc@randallbclark.com**
- **Leslie A Cohen     leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com**
- **Aaron E. DE Leest     adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com**
- **Jenny L Doling     jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net**
- **Daniel A Edelman     dedelman@edcombs.com, courtecl@edcombs.com**
- **William P Fennell     william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com**
- **Eric Gassman     erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com**
- **Christopher Ghio     christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com**
- **Amy Lynn Ginsburg     efilings@ginsburglawgroup.com**
- **Eric D Goldberg     eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com**
- **Jeffrey I Golden     jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com**
- **Richard H Golubow     rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com**
- **David M Goodrich     dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com**
- **D Edward Hays     ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com**
- **Alan Craig Hochheiser     ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com**
- **Garrick A Hollander     ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com**
- **Brian L Holman     b.holman@musickpeeler.com**
- **Richard L. Hyde     richard@amintalati.com**
- **Razmig Izakelian     razmigizakelian@quinnemanuel.com**
- **Joon M Khang     joon@khanglaw.com**
- **Ira David Kharasch     ikharasch@pszjlaw.com**
- **Meredith King     mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law**

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                       **F 9013-3.1.PROOF.SERVICE**
4858-0482-8273

- **Nicholas A Koffroth** nkoffroth@foxrothschild.com, khoang@foxrothschild.com
- **David S Kupetz** David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Christopher J Langley** chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com
- **Matthew A Lesnick** matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Daniel A Lev** daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Britteny Leyva** bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com
- **Michael D Lieberman** mlieberman@lipsonneilson.com
- **Yosina M Lissebeck** Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- **Mitchell B Ludwig** mbl@kpclegal.com, kad@kpclegal.com
- **Daniel S March** marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **Kathleen P March** kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Mark J Markus** bklawr@bklaw.com, markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com
- **Richard A Marshack (TR)** pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Laila Masud** lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Byron Z Moldo** bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com
- **Glenn D. Moses** gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com
- **Alan I Nahmias** anahmias@mbn.law, jdale@mbn.law
- **Victoria Newmark** vnewmark@pszjlaw.com
- **Queenie K Ng** queenie.k.ng@usdoj.gov
- **Keith C Owens** kowens@foxrothschild.com, khoang@foxrothschild.com
- **Lisa Patel** lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- **Michael R Pinkston** rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com
- **Douglas A Plazak** dplazak@rhlaw.com
- **Daniel H Reiss** dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Ronald N Richards** ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Kevin Alan Rogers** krogers@wellsmar.com
- **Gregory M Salvato** gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Olivia Scott** olivia.scott3@bclplaw.com
- **Jonathan Serrano** jonathan.serrano@dinsmore.com
- **Maureen J Shanahan** Mstotaro@aol.com
- **Paul R Shankman** PShankman@fortislaw.com, info@fortislaw.com
- **Zev Shechtman** zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Leslie Skorheim** leslie.skorheim@usdoj.gov
- **Adam D Stein-Sapir** info@pfllc.com
- **Howard Steinberg** steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Andrew Still** astill@swlaw.com, kcollins@swlaw.com
- **Michael R Totaro** Ocbkatty@aol.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Sharon Z. Weiss** sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- **Johnny White** JWhite@wrslawyers.com, jlee@wrslawyers.com

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

4858-0482-8273

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 6, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor:**

The Litigation Practice Group P.C.
17542 17th St
Suite 100
Tustin, CA 92780

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 6, 2023, served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via FedEx:**

The Honorable Scott C. Clarkson
United States Bankruptcy Court, Central District
411 West Fourth Street, Suite 5130, Crtrm 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 6, 2023 | Kimberly A. Collins | /s/ Kimberly A. Collins |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.