Amy L. B. Ginsburg
GINSBURG LAW GROUP, P.C.
1012 N. Bethlehem Pike, Suite 103, Box #9
Ambler, PA 19002
Telephone: (855) 978-6564
Facsimile: (855) 777-0043
Email: aginsburg@ginsburglawgroup.com

*Attorneys for Creditor*
*Amy L.B. Ginsburg, Shannon Bellfield, and Kenton Cobb*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| IN RE<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>    Debtor. | Case No. 8:23-cv-10571-SC<br><br>**Chapter 11**<br><br>**AMENDED NOTICE OF MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. §503; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATIONS OF AMY L. B. GINSBURG, SHANNON BELLFIELD, AND KENTON COBB**<br><br>DATE:  JANUARY 19, 2024<br>TIME:   11:00 AM<br>CTRM:  5C<br>            411 W. FOURTH STREET<br>            SANTA ANA, CA 92701 |

**TO ALL PARTIES IN INTEREST**

PLEASE TAKE NOTICE that on January 19, 2024 at 11:00 a.m. or as soon thereafter as the matter may be heard, the Court will conduct a hearing on the above-captioned matter on the Motion for Allowance of Administrative Claim Pursuant to 11 U.S.C. § 503 filed by Amy Ginsburg, Kenton Cobb, and Shannon Bellfield, creditors of the bankruptcy estate of The Litigation Practice Group, P.C.

PLEASE TAKE FURTHER NOTICE that, as set forth in the Motion, Amy Ginsburg, Kenton Cobb, and Shannon Bellfield, seek an order approving and allowing the payment of an administrative expense claim under 11 U.S.C. § 503(b) and 507(a)(2) in the amount of $79,419.61. A copy of the Motion is on file with the Court and available by contacting counsel for Amy Ginsburg, Kenton Cobb, and Shannon Bellfield.

PLEASE TAKE FURTHER NOTICE that any response to the Motion must conform with Local Bankruptcy Rule 9013-1(f)(1), must be filed with the Bankruptcy Court no less than 14 days prior to the above hearing date, and must be served no less than 14 days prior to the above hearing date on Amy Ginsburg, Kenton Cobb, and Shannon Bellfield's counsel. Pursuant to Local Bankruptcy Rule 9013-1(h), the failure to timely file and serve an opposition to the Motion may be deemed by the Court to be consent to the relief requested in the Motion.

PLEASE TAKE FURTHER NOTICE that the hearing will be conducted remotely using ZoomGov. Video and audio connection information for the hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which may be viewed online at http://ecfciao.cacb.uscourts.gov/CiaoPosted/?jid=SC.

DATED this 7TH day of December, 2023

GINSBURG LAW GROUP, PC

*/s/ Amy L. B. Ginsburg*
AMY L. B. GINSBURG

Dated: 12/7/23