1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

Eric Bensamochan eric@eblawfirm.us, G63723@notify.cincompass.com

Peter W Bowie peter.bowie@dinsmore.com, caron.burke@dinsmore.com

Ronald K Brown ron@rkbrownlaw.com

Christopher Celentino christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Shawn M Christianson cmcintire@buchalter.com, schristianson@buchalter.com

Randall Baldwin Clark rbc@randallbclark.com

Leslie A Cohen leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Aaron E. DE Leest adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Jenny L Doling jd@jdl.law,
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk. net

Daniel A Edelman dedelman@edcombs.com, courtecl@edcombs.com

William P Fennell william.fennell@fennelllaw.com,
luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;na
omi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com

Christopher Ghio christopher.ghio@dinsmore.com,
nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.c om

Eric D Goldberg eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Jeffrey I Golden jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.la
w;golden.jeffreyi.b117954@notify.bestcase.com

Richard H Golubow rgolubow@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

David M Goodrich dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

D Edward Hays ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;c
mendoza@ecf.courtdrive.com

Alan Craig Hochheiser ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com

Garrick A Hollander ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard L. Hyde richard@amintalati.com

Razmig Izakelian razmigizakelian@quinnemanuel.com

Joon M Khang joon@khanglaw.com

• Ira David Kharasch ikharasch@pszjlaw.com

Meredith King mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Nicholas A Koffroth nkoffroth@foxrothschild.com, khoang@foxrothschild.com

David S Kupetz David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

Christopher J Langley chris@slclawoffice.com,
omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

Matthew A Lesnick matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Daniel A Lev daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Britteny Leyva bleyva@mayerbrown.com,
2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown. com

Michael D Lieberman mlieberman@lipsonneilson.com

 Yosina M Lissebeck Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com

Mitchell B Ludwig mbl@kpclegal.com, kad@kpclegal.com

Daniel S March marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com

Kathleen P March kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Richard A Marshack (TR) pkraus@marshackhays.com,
rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Laila Masud lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Kenneth Misken Kenneth.M.Misken@usdoj.gov

Byron Z Moldo bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com

Glenn D. Moses gmoses@venable.com,
cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com

Alan I Nahmias anahmias@mbn.law, jdale@mbn.law

Victoria Newmark vnewmark@pszjlaw.com

Queenie K Ng queenie.k.ng@usdoj.gov

Keith C Owens kowens@foxrothschild.com, khoang@foxrothschild.com

Lisa Patel lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com

Michael R Pinkston rpinkston@seyfarth.com,
jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,
bankruptcydocket@seyfarth.com

Douglas A Plazak dplazak@rhlaw.com

Daniel H Reiss dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Ronald N Richards ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Gregory M Salvato gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy. Com

Olivia Scott olivia.scott3@bclplaw.com

 Jonathan Serrano jonathan.serrano@dinsmore.com

Paul R Shankman PShankman@fortislaw.com, info@fortislaw.com

Zev Shechtman zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
Leslie Skorheim leslie.skorheim@usdoj.gov

Adam D Stein-Sapir info@pfllc.com

Howard Steinberg steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF  BK@gtlaw.com;howard-
steinberg-6096@ecf.pacerpro.com

Andrew Still astill@swlaw.com, kcollins@swlaw.com

United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

Sharon Z. Weiss sharon.weiss@bclplaw.com,
raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

 Johnny White JWhite@wrslawyers.com, jlee@wrslawyers.com