United States Bankruptcy Court

Central District of California

In re:  Case No. 23-10571-SC

The Litigation Practice Group P.C.  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 1
Date Rcvd: Dec 07, 2023      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 09, 2023      Signature:      /s/Gustava Winters

**FILED & ENTERED**

**DEC 07 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re: | CHAPTER 11 |
| The Litigation Practice Group P.C. | Case No.: 8:23-bk-10571-SC<br>Adv No: 8:23-ap-01046-SC |
| Debtor(s). | **ORDER (1) SETTING HEARING ON MOTION OF GREYSON LAW CENTER PC TO VACATE 5/26/23 LOCKOUT AND PRELIMINARY INJUNCTION ORDER AS TO GREYSON LAW, ORDER TRUSTEE ATTY CELENTINO TO RETURN ALL GREYSON'S SEIZED PROPERTY, AND ORDER CELENTINO TO IMMEDIATELY RESTORE GREYSON'S ACCESS TO ALL GREYSON LAW CENTER PC; (2) CONSOLIDATING RELATED MOTIONS AND, (3) REQUIRING THE PARTIES TO MEET AND CONFER** |
| Richard A. Marshack, Chapter 7 Trustee,<br>Plaintiff(s),<br>v.<br>Tony Diab, et al.,<br>Defendant(s). | Date: January 17, 2024<br>Time: 11:00 AM<br>Courtroom: 5C |

-1-

The Court has received two identical motions filed December 6, 2023, by Greyson Law Center "to Vacate 5/26/23 Lockout and Preliminary Injunction Order as to Greyson Law, Order Trustee Atty Celentino to Return all Greyson's Seized Property, and Order Celentino to Immediately Restore Greyson's Access to all Greyson Law Center PC". One of the motions was filed in the main case as Docket 749 and the other was filed in this adversary as Docket 290. Finding good cause, the Court hereby orders as follows:

1. As both motions are identical, the Court will treat the motions as consolidated and hold a single hearing, docketed in the adversary proceeding. Any order resulting from the Court's ruling on the motion will be applicable, if appropriate, throughout this case.
2. A hearing on the motion will occur on January 17, 2024, at 11:00 a.m.
3. The parties are to meet and confer by no later than December 27, 2023, regarding all of the issues raised in the motion, including, without limitation, any issues regarding (a) ownership of the property, (b) identification of the property; and (c) what would be required to move and return the property. As both parties are represented by sophisticated counsels well known to the Court, the Court expects that the meet and confer will be fruitful and conducted with an approach directed towards resolution. If, after the meet and confer, a dispute still exists which requires Court intervention, the parties are to file a joint statement by no later than January 8, 2024, detailing the dispute and the parties' relative positions which should be supported by

declarations, if appropriate. The joint statement will replace the normal procedures for an opposed motion, as set forth in Local Bankruptcy Rule 9013-1.

**IT IS SO ORDERED.**

Date: December 7, 2023

Scott C. Clarkson
United States Bankruptcy Judge