1  Christopher B. Ghio (State Bar No. 259094)
   christopher.ghio@dinsmore.com
2  Christopher Celentino (State Bar No. 131688)
   christopher.celentino@dinsmore.com
3  Yosina M. Lissebeck (State Bar No. 201654)
   yosina.lissebeck@dinsmore.com
4  DINSMORE & SHOHL LLP
   655 West Broadway, Suite 800
5  San Diego, CA 92101
   Telephone:    619.400.0500
6  Facsimile:    619.400.0501

7  Special Counsel to Richard A. Marshack, Chapter 11 Trustee

8

9              UNITED STATES BANKRUPTCY COURT

10       CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

11

12  In re:                                    Case No. 8:23-bk-10571-SC

13  THE LITIGATION PRACTICE GROUP, PC,        Chapter 11

14            Debtor.

15                                            **ORDER ON CHAPTER 11 TRUSTEE
                                              NOTICE OF MOTION AND MOTION TO
16                                            FILE EXHIBIT "A" TO THE MOTION FOR
                                              ORDER REJECTING CONSUMER
17                                            CONTRACTS UNDER SEAL**

18

19                                            Date:       [*No Hearing Required*]
                                              Time:       [*No Hearing Required*]
20                                            Judge:      Hon. Scott C. Clarkson
                                              Place:      Courtroom 5C
21                                                        411 W. Fourth Street
22                                                        Santa Ana, California  92701

23

24          On December 13, 2023, Richard A. Marshack, in his capacity as Chapter 11 Trustee

25  ("Trustee") of the Bankruptcy Estate ("Estate") of The Litigation Practice Group P.C. ("LPG" or

26  "Debtor"), filed his Motion to File Exhibit "A" to the Notice of Motion and Motion for Order Rejecting

27  Consumer Contracts Under Seal ("Motion") [Dkt. No. 760].

28  ///

                                            1

FILED & ENTERED

DEC 14 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

1    Having considered the Motion, and the docket as a whole, and finding good cause, hereby

2  GRANTS the Motion.

3    Trustee is authorized to file Exhibit "A" to the Notice of Motion and Motion for Order

4  Rejecting Consumer Contracts, under seal.

5    Exhibit "A" to the Notice of Motion and Motion for Order Rejecting Consumer Contracts will

6  remain under seal by the Court indefinitely, and will only be available to the Court, the United States

7  Trustee, bankruptcy administrator, trustee, and any auditor serving under Section 586(f) of Title 28,

8  as set forth in 11 U.S.C. § 107(c)(3).

9    **IT IS SO ORDERED.**

10                                    ###

11

12

13

14

15

16

17

18

19

20

21

22

23
Date: December 14, 2023

24                                    Scott C. Clarkson
                                    United States Bankruptcy Judge
25

26

27

28