RICHARD A. MARSHACK
rmarshack@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Chapter 7 Trustee

FILED & ENTERED

DEC 15 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 7<br><br>ORDER ABANDONING THE ESTATE'S INTEREST, IF ANY, IN MAIL AND AUTHORIZING THE MAIL TO BE SHREDDED<br><br>[NO HEARING REQUIRED] |

The Court has considered the Trustee's Notice of Intent to Abandon the Estate's Interest, if any, in property of the Estate, filed on November 27, 2023 as Docket No. 725. The Court finds that no opposition was received and good cause exists under Bankruptcy Rule 6007-1(d)(2) to authorize the Trustee to abandon certain property of Debtor's bankruptcy estate, as follows:

IT IS ORDERED:

1.    The Estate's interest in the Debtor's mail ("Mail"), consisting of monthly credit card and other loan statements of Debtor's clients, currently stored at a facility box in New Jersey, is abandoned pursuant to 11 U.S.C §554(a) and Local Bankruptcy Rule 6007 and the Mail is no longer an asset of the Estate; and

1

2.  Dinsmore & Shohl are authorized to coordinate the removal and shredding of the Mail.

**IT IS SO ORDERED.**

### 

Date: December 15, 2023

Scott C. Clarkson
United States Bankruptcy Judge