# Form 2
## Cash Receipts and Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | WELLS FARGO BANK |
| | | | **Account:** | ******9879 - DIP Account |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | $0.00 (per case limit) |
| **Period:** | 11/01/23 - 11/30/23 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Direct Deposit Account Account Balance |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 6,095.42 | 6,095.42 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 6,095.42 | 6,095.42 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$6,095.42** | **$6,095.42** | |

# Form 2
## Cash Receipts and Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | WELLS FARGO BANK |
| | | | **Account:** | ******9887 - DIP Account |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | $0.00 (per case limit) |
| **Period:** | 11/01/23 - 11/30/23 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Direct Deposit Account Account Balance |
| | | | **ACCOUNT TOTALS** | | 50.00 | 50.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 50.00 | 50.00 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$50.00** | **$50.00** | |

**Form 2**
## Cash Receipts and Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | WELLS FARGO BANK |
| | | **Account:** | ******9895 - DIP Account |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | $0.00 (per case limit) |
| **Period:** | 11/01/23 - 11/30/23 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Direct Deposit Account Account Balance |
| | | | **ACCOUNT TOTALS** | | 50.00 | 50.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 50.00 | 50.00 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$50.00** | **$50.00** | |

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | Flagstar Bank, N.A. |
| | | | **Account:** | ******9960 - Checking |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | $0.00 (per case limit) |
| **Period:** | 11/01/23 - 11/30/23 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Direct Deposit Account Account Balance |
| 11/01/23 | 1005 | Office of the U.S. Trustee | 3Q2023 quarterly fees; 738-23-10571; Voided: Check issued on 10/22/2023 | 2950-003 | | -11,677.78 | 25,351.59 |
| 11/01/23 | 1008 | Office of the U.S. Trustee | 3Q2023 quarterly fees; 738-23-10571 plus $2.15 balance due for 2Q23 | 2950-000 | | 11,679.93 | 13,671.66 |
| | | | **ACCOUNT TOTALS** | | 11,795,798.17 | 11,782,126.51 | **$13,671.66** |
| | | | Less: Bank Transfers | | 1,459,748.79 | 11,462,866.48 | |
| | | | **Subtotal** | | 10,336,049.38 | 319,260.03 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,336,049.38** | **$319,260.03** | |

Page: 5

# Form 2
## Cash Receipts and Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | Flagstar Bank, N.A. |
| | | **Account:** | ******2953 - ACH Segregated no fee account |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | $0.00 (per case limit) |
| **Period:** | 11/01/23 - 11/30/23 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 Receipts $ | 6 Disbursements $ | 7 Direct Deposit Account Account Balance |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | | | | |
| | | | **ACCOUNT TOTALS** | | 6,250,466.48 | 6,202,000.00 | $48,466.48 |
| | | | Less: Bank Transfers | | 6,250,466.48 | 6,202,000.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Page: 6

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | Flagstar Bank, N.A. |
| | | | **Account:** | ******4611 - Payroll and Operating Account |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | $0.00 (per case limit) |
| **Period:** | 11/01/23 - 11/30/23 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Direct Deposit Account Account Balance |
| 11/02/23 | 200303 | Pena, Jessica | STOP PAY 11/2 Dividend of 100.000% ; Stopped: Check issued on 07/27/2023 | 6950-004 | | -228.26 | 1,498.14 |
| 11/03/23 | 200346 | Joyner, Lauren | ISSUED IN ERROR Dividend of 100.000% ; Stopped: Check issued on 08/07/2023 | 6950-004 | | -2,004.32 | 3,502.46 |
| 11/03/23 | 200394 | Hu. Keneth | ISSUED IN ERROR Dividend of 100.000% ; Stopped: Check issued on 08/09/2023 | 6950-004 | | -6,164.68 | 9,667.14 |
| 11/03/23 | 200456 | Pena, Jessica | REPLACES CK 200303 Dividend of 100.000% ; | 6950-000 | | 228.26 | 9,438.88 |
| 11/03/23 | 200457 | Bicher & Associates | October 2023 - 80% of agent fees per order 6/29/23 | 6700-000 | | 1,276.00 | 8,162.88 |
| 11/10/23 | 200434 | Tabatabaii Nejad, Seyed Amirreza | never cashed ISSUED IN ERROR - double payment Dividend of 100.000% ;  Stopped: Check issued on 08/09/2023 | 6950-004 | | -1,604.32 | 9,767.20 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 2,618,436.02 | 2,608,668.82 | $9,767.20 |
| Less: Bank Transfers | | 312,100.00 | 1,675,691.98 | |
| **Subtotal** | | 2,306,336.02 | 932,976.84 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$2,306,336.02** | **$932,976.84** | |

**Form 2**
## Cash Receipts and Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| **Case Name:** The Litigation Practice Group PC | **Bank Name:** | Flagstar Bank, N.A. |
| | **Account:** | ******4344 - Payroll Tax |
| **Taxpayer ID#:** **-***5343 | **Blanket Bond:** | $0.00 (per case limit) |
| **Period:** 11/01/23 - 11/30/23 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Direct Deposit<br>Account<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS**<br>Less: Bank Transfers | | 421,500.00<br>421,500.00 | 413,135.67<br>0.00 | $8,364.33 |
| | | | **Subtotal**<br>Less: Payment to Debtors | | 0.00 | 413,135.67<br>0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$413,135.67** | |

**Form 2**

## Cash Receipts and Disbursements Record

Page: 8

| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | Flagstar Bank, N.A. |
| | | **Account:** | ******3526 - Sale proceeds both bidders |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | $0.00 (per case limit) |
| **Period:** | 11/01/23 - 11/30/23 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Direct Deposit Account Account Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **1,249,963.98** | **1,249,963.98** | $0.00 |
| | | | Less: Bank Transfers | | 1,249,963.98 | 1,249,963.98 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | Fidelity |
| | | | **Account:** | ******7725 - T-Bill Account |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | $0.00 (per case limit) |
| **Period:** | 11/01/23 - 11/30/23 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Direct Deposit Account Account Balance |
| 11/30/23 | | Flagstar Advisors | income plus accrued interest plus/minus market fluctuation during calendar month (the T-bills were purchased mid-month) | 1270-000 | 26,581.99 | | 6,255,185.02 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | **6,255,185.02** | **0.00** | $6,255,185.02 |
| Less: Bank Transfers | | 6,200,000.00 | 0.00 | |
| **Subtotal** | | **55,185.02** | **0.00** | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$55,185.02** | **$0.00** | |

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | Flagstar Bank, N.A. |
| | | | **Account:** | ******8404 - Money Market Account |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | $0.00 (per case limit) |
| **Period:** | 11/01/23 - 11/30/23 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Direct Deposit Account Account Balance |
| 11/30/23 | | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 193.03 | | 4,697,043.06 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 4,900,299.87 | 203,256.81 | **$4,697,043.06** |
| Less: Bank Transfers | 4,900,000.00 | 203,256.81 | |
| **Subtotal** | 299.87 | 0.00 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$299.87** | **$0.00** | |

**Form 2**
**Cash Receipts and Disbursements Record**

|  |  |
|---|---:|
| Net Receipts: | $12,704,065.71 |
| Plus Gross Adjustments: | 0.34 |
| Net Estate: | $12,704,066.05 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| Direct Deposit Account # ******2953 | 0.00 | 0.00 | 48,466.48 |
| Direct Deposit Account # ******3526 | 0.00 | 0.00 | 0.00 |
| Direct Deposit Account # ******4344 | 0.00 | 413,135.67 | 8,364.33 |
| Direct Deposit Account # ******4611 | 2,306,336.02 | 932,976.84 | 9,767.20 |
| Direct Deposit Account # ******7725 | 55,185.02 | 0.00 | 6,255,185.02 |
| Direct Deposit Account # ******8404 | 299.87 | 0.00 | 4,697,043.06 |
| Direct Deposit Account # ******9879 | 6,095.42 | 6,095.42 | 0.00 |
| Direct Deposit Account # ******9887 | 50.00 | 50.00 | 0.00 |
| Direct Deposit Account # ******9895 | 50.00 | 50.00 | 0.00 |
| Direct Deposit Account # ******9960 | 10,336,049.38 | 319,260.03 | 13,671.66 |
|  | **$12,704,065.71** | **$1,671,567.96** | **$11,032,497.75** |