CHRISTOPHER B. GHIO (259094)
christopher.ghio@dinsmore.com
CHRISTOPHER CELENTINO (131688)
christopher.celentino@dinsmore.com
YOSINA M. LISSEBECK (201654)
yosina.lissebeck@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501

Special Counsel to Richard A. Marshack, Chapter 11 Trustee

**FILED & ENTERED**

**DEC 15 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>　　Debtor. | Chapter 11<br><br>Case No. 8:23-bk-10571-SC<br><br>**ORDER GRANTING NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF CONTRACTS WITH CONSUMER CLIENTS OF THE LITIGATION PRACTICE GROUP, P.C.**<br><br>**Hearing Held**<br>Date:　　December 6, 2023<br>Time:　　1:30 p.m. (Pacific Time)<br>Location:　Courtroom 5C<br>　　　　　411 West Fourth Street<br>　　　　　Santa Ana, California 92701<br>　　　　　Or Via Zoom |

On December 6, 2023, the Court held a hearing on the motion ("Motion") [Dkt. No. 642] of Richard A. Marshack, the Chapter 11 Trustee (the "Trustee"), for Order Assuming and Assigning Contracts with Consumer Clients of the Litigation Practice Group, P.C. in which the Trustee sought approval to assume the executory contracts listed on Exhibit A to the Notice of the Motion filed in support thereof [Dkt. No. 527].

///

1

Having considered the Motion, and the docket as a whole, and finding good cause, hereby GRANTS the Motion.

**IT IS SO ORDERED.**

### 

Date: December 15, 2023

Scott C. Clarkson
United States Bankruptcy Judge