FILED & ENTERED

DEC 18 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle          DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>Debtor(s). | Case No.: 8:23-bk-10571-SC<br><br>CHAPTER 11<br><br>**ORDER DIRECTING CHAPTER 11 TRUSTEE TO PREPARE AND FILE A LIST RE: INTERESTS IN ESTATE PROPERTY IN PREPARATION FOR STATUS CONFERENCE**<br><br>Case Status Conference:<br>Date: February 7, 2024<br>Time: 1:30 p.m.<br>Ctrm: 5C - Virtual |

    The Court, having reviewed the docket as a whole, and in preparation for the case status conference to be held on February 7, 2024, at 1:30 p.m., finds good cause to order as follows:

1. The Chapter 11 Trustee is to prepare and file, by no later than January 20, 2024, a current list of all known security interests or alleged competing ownership interests in any assets claimed by the Trustee to be part of the Estate ("List").

2. The List will be non-binding on any party, including the Trustee.
3. The List should include the identity of the entity asserting the interests, identification of the assets, an estimate of the asserted value of the interests, the name and contact information, if known, of the counsels of the interests holders, and if no counsels are involved or known, then the name and contact information of the responsible party of the entity asserting the interests, the filed claims (if any) or the particular reference within any pleading filed by the interest-asserting party.
4. The List should also include the Trustee's current best estimate of the relative positions of asserted interests.
5. The Trustee should ensure that all entities identified on the List are served with the List and a copy of this order.
6. At the February 7, 2024, status conference, all parties should be prepared to discuss the List and the establishment of procedures to determine the relative priorities of interest holders of assets of the Estate.

**IT IS SO ORDERED.**

Date: December 18, 2023

Scott C. Clarkson
United States Bankruptcy Judge