

FILED

NOV 13 2023

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE NINTH CIRCUIT

| | |
|---|---|
| In re: | BAP No. CC-23-1160 |
| LITIGATION PRACTICE GROUP, P.C., | Bk. No. 23-bk-10571-SC |
| Debtor. | |
| OHP-CDR, LP; PURCHASECO80, LLC, | |
| Appellants, | |
| v. | ORDER DISMISSING APPEAL |
| RICHARD A MARSHACK, Chapter 11 Trustee; OFFICIAL COMMITTEE OF UNSECURED CREDITIORS; AZZURE CAPITAL, LLC; FUNDURA CAPITAL GROUP, | |
| Appellees. | |

Before: GAN, FARIS, and SPRAKER, Bankruptcy Judges.

On October 13, 2023, the BAP issued a Notice of Deficient Appeal and Impending Dismissal ("NOD"), indicating that an order had not been entered with respect to this appeal and requiring a response from appellants.

On October 26, 2023, appellants filed a response to the NOD and requested dismissal of this appeal. *See* Fed. R. Bankr. P. 8023.

This appeal is ORDERED DISMISSED. All parties must bear their own fees and costs on appeal.

BAP No. CC-23-1160

DEBTOR: LITIGATION PRACTICE GROUP,
P.C.

RE: ORDER OF DISMISSAL

## CERTIFICATE OF MAILING

The undersigned, deputy Clerk of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, hereby certifies that a copy of the document to which this certificate is attached was transmitted this date to all parties of record to this appeal, to the United States Trustee and to the Clerk of the Bankruptcy Court.

**By:** Cecil Lizandro Silva, Deputy Clerk
**Date:** November 13, 2023