

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER_____

APPEAL?   ☐ Yes  ☐ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: **D. Edward Hays**          Attorney Bar# **162507**
Law Firm: **Marshack Hays Wood LLP**
Mailing Address: **870 Roosevelt, Irvine, CA 92620**

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***): _____
Telephone: ( **949** ) **333-7777**       E-mail: **lbuchanan@marshackhays.com**
Bankruptcy Case #: **8:23-bk-10571-SC**       Adversary Proceeding #/MP #: _____
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): **10/19/2023**   Time: **11:00 am**
Debtor: **The Litigation Practice Group P.C.**
Adversary Proceeding Name: _____ vs. _____
Hearing Judge: **S. Clarkson**                Courtroom #: **SA 5C**
**TRANSCRIBER:** **Briggs Reporting**         **ALTERNATE:** **Ben Hyatt**
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

| **Transcript Type:** | **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form. |
|---|---|
|  | **Copy of Existing Transcript:** Contact the transcriber directly for a copy. |

☐ 30 Days (Ordinary)    ☐ 3 Days              ☒ Entire Hearing
☐ 14 Days               ☒ Next Day (24 hours) ☐ Ruling/Opinion of Judge only
☐ 7 Days                                      ☐ Testimony of Witness _____
                                              ☐ Other* _____ (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____   Date Sent to Transcriber: _____   By ☐ FDS ☐ Mail ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #:____) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
(Tape #:____) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
Court Recorder: _____   Division: _____   Processed by: _____

### \*\*TRANSCRIBER INSTRUCTIONS
**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. October 2023. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*