| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>CHRISTOPHER B. GHIO (259094)<br>christopher.ghio@dinsmore.com<br>DINSMORE & SHOHL LLP<br>655 West Broadway, Suite 800<br>San Diego, California 92101<br>Tele: 619.400.0500<br>Fax:  619.400.0501<br><br>☒ Attorney for: Richard A. Marshack, Chapter 11 Trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**DEC 21 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** jle        **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – _SANTA ANA_ DIVISION**

| In re:<br><br>The Litigation Practice Group P.C.<br><br><div align="right">Debtor(s)</div><br><div align="right">Plaintiff(s)</div><br>vs.<br><br><div align="right">Defendant(s)</div> | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: 11<br>ADVERSARY NO.:<br><br>**ORDER ON APPLICATION OF**<br>**NON-RESIDENT ATTORNEY TO APPEAR IN**<br>**A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |
|---|---|

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒ The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):  Tyler Powell

☐ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

<div align="center">###</div>

Date: December 21, 2023

Scott C. Clarkson
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016                                                                                                                F 2090-1.2.ORDER.NONRES.ATTY