Creditor, Judith Skiba
P.O. Box 1016
Pascagoula, Ms. 30568
(228) 369 2070
skibajudith@yahoo.com

Case No.

8:23-bk-10571-SC

Chapter 11

IN THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA- SANTA ANA DIVISION

RE: Litigation Practice Group                    **Notice of Zoom**
**Hearing in**

                                                 **Regards to**
**Administrative**

                                                 **Claims**
                                                 January 19, 2024
                                                 11:00 a.m.
                                                 Room 5c
                                                 United States
Bankruptcy

                                                 Court-Samta Ana

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY
JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED
PARTIES:

In pursuant the Zoom Conference Hearing, Creditor Judith Skiba is requesting that
she be notified by a Court Officer when this Zoom hearing can take place. On January
19, 2024 is the date for Litigation Practice Group but there is no Zoom Hearings
scheduled. I need a Court Officer to Contact me for the scheduling of this hearing, will it
be on Friday January 19, 2024 or will it be Wednesday January 17, 2024 for Zoom
hearings.

Judith Skiba
P.O. Box 1016
Pascagoula, Ms. 39568

(228) 369 2070                           *Judith Skiba*

skibajudith@yahoo.com


### Certificate of Service

I hereby certify that on the 22nd day of December 2023 a copy of a _Notice for Zoom Hearing in regards to Administrative Claims_ was place in the Dropbox of the Central California Bankruptcy Court and a copy was mailed to 411 West Fourth St. Santa Ana, California. A copy was also sent to:

Ed Hays Trustee
% Dinsmore&Shohl LLP
655 West Broaddway Suite 800
San Diego, Calif. 92101

Service by email:
Christopher.ghio@dinsmore.com
Ehays@marshackhays.com

Judith Skiba                            *Judith Skiba*

P.O. Box 1016
Pascagoula, Ms. 39568
(228) 369-2070
skibajudith@yahoo.com