Christopher B. Ghio (State Bar No. 259094)
christopher.ghio@dinsmore.com
Christopher Celentino (State Bar No. 131688)
christopher.celentino@dinsmore.com
Yosina M. Lissebeck (State Bar No. 201654)
yosina.lissebeck@dinsmore.com
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone:    619.400.0500
Facsimile:    619.400.0501

Special Counsel to Richard A. Marshack, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>    Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**AMENDED NOTICE OF HEARING ON AMENDED MOTION FOR ORDER REJECTING CONSUMER CONTRACTS WHICH WERE EXCLUDED OR REMOVED PURSUANT TO 11 U.S.C. § 365**<br><br>Date:    January 31, 2024<br>Time:    1:30 P.M. (Pacific Time)<br>Location: Courtroom 5C[1]<br>    411 West Fourth Street<br>    Santa Ana, CA 92701<br><br>**Objection Deadline**: January 17, 2024 |

---

[1] Video and audio connection information for each hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC.

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR, CONSUMERS, PARTIES IN INTEREST, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on January 31, 2024 at 1:30 p.m. a hearing will be held before the Honorable Scott C. Clarkson in his Courtroom 5C located at 411 W. Fourth Street, Santa Ana, CA 92701, for the Court to consider the AMENDED MOTION FOR ORDER REJECTING CONSUMER CONTRACTS WHICH WERE EXCLUDED OR REMOVED PURSUANT TO 11 U.S.C. § 365; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF RICHARD A. MARSHACK (the "Motion") filed by Richard A. Marshack, the Chapter 11 Trustee (the "Trustee") for the bankruptcy estate of The Litigation Practice Group P.C., (the "Debtor") in the above-captioned bankruptcy case (the "Case").[2]

**PLEASE TAKE FURTHER NOTICE** that as set forth more fully in the Motion, the Trustee seeks entry of an Order rejecting the consumer client contracts for those clients which were excluded or removed by MLG as provided for in the Agreement of Purchase and Sale and Joint Escrow Instructions dated as of August 4, 2023, by and between the Trustee and MLG (the "Purchase Agreement") (collectively, the "Rejected Consumer Contracts").

**PLEASE TAKE FURTHER NOTICE** that the Motion is made pursuant to 11 U.S.C. § 365 on the grounds that the rejection of the Rejected Consumer Contracts is necessary as it is in the best interests of the Debtor's Estate and parties in interest.

Copies of the Motion are available upon your request from the Trustee's Counsel.

**DEADLINE FOR OPPOSITION:** January 17, 2024

**PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 9013-1(f), any response or opposition to the Motion must be (i) in writing and include a complete written statement of all reasons in opposition thereto or in support or joinder thereof, declarations and copies of all photographs and documentary evidence on which the responding party intends to rely and any

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

responding memorandum of points and authorities, and (ii) filed with the Court and served on the Trustee, counsel for the Trustee, the Debtor, and the United States Trustee no later than 14 days prior to the hearing on this Motion.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 9013-1(h) the failure to file and serve a timely response to the Motion may be deemed by the Court to be consent to the granting of the relief requested in the Motion.

Dated: December 27, 2023

Respectfully submitted,

DINSMORE & SHOHL LLP

By: */s/ Yosina M. Lissebeck*
Yosina M. Lissebeck
Christopher B. Ghio
Christopher Celentino
Special Counsel to Richard A. Marshack,
Chapter 11 Trustee