Creditor, Judith Skiba  
P.O. Box 1016  
Pascagoula, Ms. 30568  
(228) 369 2070  
skibajudith@yahoo.com

Case No. 8:23-bk-10571-SC  
Chapter 11

IN THE UNITED STATES BANKRUPTCY COURT  
CENTRAL DISTRICT OF CALIFORNIA- SANTA ANA DIVISION

Re : Litigation Practice Group

**Amended Notice of Zoom Hearing in Regards to Administrative Claims**

January 9, 2024  
1:30 p.m.  
Room 5c  
United States Bankruptcy  
Court-Samta Ana

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

In pursuant the Zoom Conference Hearing, Creditor Judith Skiba is changing her Zoom Hearing date to January 9, 2024 at 1;30, due to the fact that there are no set-up for a Zoom Hearings on January 19, 2023. On this date there are two vacated cases that will give her case room for hearing. Also the Opponent Attorney, Edward Hays will already be making appearances in other cases on that day, so he will be available.

Judith Skiba  
P.O. Box 1016  
Pascagoula, Ms. 39568  
(228) 369 2070  
skibajudith@yahoo.com

Dated December 29,2023

*Judith Skiba*

# Certificate of Service

I hereby certify that on the 29nd day of December 2023 a copy of a <u>*Notice for Zoom Hearing in regards to Administrative Claims*</u> was place in the Dropbox of the Central California Bankruptcy Court and a copy was mailed to 411 West Fourth St. Santa Ana, California. A copy was also sent to:

Ed Hays Trustee
℅ Dinsmore&Shohl LLP
655 West Broaddway Suite 800
San Diego, Calif. 92101

Service by email:
Christopher.ghio@dinsmore.com
Ehays@marshackhays.com


Judith Skiba
P.O. Box 1016
Pascagoula, Ms. 39568
 (228) 369-2070
skibajudith@yahoo.com


Dated December 29, 2023

*Judith Skiba*