1   CHRISTOPHER B. GHIO (259094)
    christopher.ghio@dinsmore.com
2   CHRISTOPHER CELENTINO (131688)
    christopher.celentino@dinsmore.com
3   YOSINA M. LISSEBECK (201654)
    yosina.lissebeck@dinsmore.com
4   **DINSMORE & SHOHL LLP**
    655 West Broadway, Suite 800
5   San Diego, California 92101
    Telephone:  619.400.0500
6   Facsimile:  619.400.0501

7   TYLER POWELL (Ky. Bar No. 90520 – Admitted pro hac vice)
    tyler.powell@dinsmore.com
8   **DINSMORE & SHOHL LLP**
    100 West Main Street, Suite 900
9   Lexington, Kentucky 40507
    Telephone: 859.425.1056
10  Facsimile:  859.425.1099

11  Special Counsel to Richard A. Marshack, Chapter 11 Trustee

12

13              **UNITED STATES BANKRUPTCY COURT**

14      **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

15

| | |
|---|---|
| 16   In re: | Case No.: 8:23-bk-10571-SC |
| 17   THE LITIGATION PRACTICE GROUP P.C., | Chapter 11 |
| 18        Debtor. | **OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 FILED BY MERCHANTS CREDIT CORPORATION** |
| 19 | |
| 20 | |
| 21 | |
| 22 | Date:  January 17, 2024 |
| 23 | Time:  1:30 p.m.<br>Judge: Hon. Scott C. Clarkson |
| 24 | Place: Courtroom 5C<br>411 W. Fourth Street<br>Santa Ana, CA  92701 |

25

26

27

28

1    Richard A. Marshack (the "Trustee") of the bankruptcy estate (the "Estate") of The Litigation

2   Practice Group P.C. ("LPG" or the "Debtor") in the above-captioned bankruptcy case (the "Case"),

3   through undersigned counsel, hereby files this Opposition to the Motion for Relief from the

4   Automatic Stay under 11 U.S.C. § 362 filed by Merchants Credit Corporation (the "Motion") [Bankr.

5   Doc. No. 767] and respectfully states as follows:

6   **I.    INTRODUCTION**

7       1.    On or about March 20, 2023, the Debtor filed a voluntary petition for relief under

8   Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court of the Central District of

9   California.  On May 4, 2021, the Court entered the *Order Directing United States Trustee to Appoint*

10   *Chapter 11 Trustee* [Bankr. Docket No. 58].  Pursuant to his May 8, 2023, *Acceptance of Appointment*

11   *as Chapter 11 Trustee* [Bankr. Docket No. 63], the Trustee accepted his appointment as the Chapter

12   11 Trustee in the Case, and he continues to serve in this capacity at this time.

13       2.    The Motion seeks relief from the automatic stay to permit the Washington State Court

14   of Appeals to rule on a dispute between the Debtor and Movant, Merchants Credit Corporation

15   ("MCC").  As the Motion outlines, MCC paid approximately $26,000 into escrow (the "Judgment

16   Funds") pending the appeal.  The Judgment Funds represents the attorneys' fees and costs that the

17   Superior Court of the State of Washington in and for the County of King awarded to the Debtor after

18   finding MCC's claims against LPG to be "frivolous" that "had no merit (none) and were filed in bad

19   faith."  A true and accurate copy of the underlying Third Party Complaint filed by MCC and the trial

20   court's May 18, 2022, Judgment Summary and Order on Motion for Prevailing Party Costs and Fees

21   Pursuant to RCW 4.84.185 (collectively, the "Judgment") are attached hereto as **Exhibit 1 and 2**

22   **respectively**.  MCC appealed the Judgment to the Washington Court of Appeals before the petition

23   date.

24   **II.    ARGUMENT**

25       3.    The Trustee is mindful of the need to conserve Estate resources. An unnecessary

26   modification of the stay is not only a burden on the Estate, but would permit the Washington Court

27   of Appeals to usurp this Court's jurisdiction and the rights of the Trustee or other parties in interest

28   in this Case.

1

1    4.    11 U.S.C. § 362(d)(1) permits the modification of the automatic stay for "cause";

2  however, bankruptcy courts must determine "cause" on a case by case basis and have discretion in

3  granting or denying relief from the automatic stay.  *In re Am. Spectrum Realty, Inc.*, 540 B.R. 730,

4  737 (Bankr. C.D. Cal. 2015) (*citing Kronemyer v. Am. Contractors Indem. Co. (In re Kronemyer)*,

5  405 B.R. 915, 919, 921 (9th Cir. BAP 2009); *In re Plumberex Specialty Products, Inc.*, 311 B.R. 551,

6  556–57 (Bankr. C.D. Cal. 2004)).  As set forth below, the Trustee submits that cause does not exist

7  to support the requested stay relief.

8    5.    In response to Paragraph 4 in the standard form Motion, Movant asserts it is entitled

9  to relief from stay for the following reasons:

10    • 4(c) – Mandatory abstention applies under 28 U.S.C. § 1334(c)(2);

11    • 4(d) –The Movant's claims are nondischargeable in nature and can be most expeditiously

12    resolved in the nonbankruptcy forum; and

13    • 4(e) – The Movant's claims arise under nonbankruptcy law and can be most expeditiously

14    resolved in the nonbankruptcy forum.

15    6.    The Trustee disagrees that mandatory abstention applies under 28 U.S.C. § 1334(c)(2).

16  MCC's Third Party Complaint asserted claims under both the Credit Repair Organizations Act, which

17  is a federal statute, and Washington's consumer protection act.  Thus, the cause of action on appeal

18  in Washington is not based solely on a "State law claim or State law cause of action" and the federal

19  district courts would have jurisdiction over those claims.  The Trustee also questions whether MCC's

20  Third Party Complaint could be "timely adjudicated" in the unlikely event it is remanded to the trial

21  court given that MCC's own briefing notes that only limited discovery was completed.

22    7.    The Trustee assumes 4(d) was checked in error.  There is no assertion that the

23  Judgment Funds in escrow or the potential claims of MCC against LPG are non-dischargeable.

24  Furthermore, the discharge of a debt in a liquidating chapter 11 case is not relevant.

25    8.    With respect to the assertion in 4(e), while the issues raised in the appeal arise under

26  federal and Washington state law, the Trustee disagrees that the non-bankruptcy forum is the "most

27  expeditious" way to resolve these issues.  There is no guarantee that an appellate ruling would fully

28  resolve the outstanding claims between the parties whereas this Court could provide such finality.

2

9.      Many courts, including those in the Central District of California, have used the so-called "*Curtis* factors" to determine whether the stay should be modified to permit litigation to proceed in another form.  The *Curtis* factors are taken from *In re Curtis*, 40 B.R. 795 (Bankr. D. Utah 1984).  While not all factors will be applicable to every situation, the factors to consider are

1.      Whether the relief will result in a partial or complete resolution of the issues;
2.      The lack of any connection with or interference with the bankruptcy case;
3.      Whether the foreign proceeding involves the debtor as a fiduciary;
4.      Whether a specialized tribunal has been established to hear the particular cause of action and whether that tribunal has the expertise to hear such cases;
5.      Whether the debtor's insurance carrier has assumed full financial responsibility for defending the litigation;
6.      Whether the action essentially involves third parties, and the debtor functions only as a bailee or conduit for the goods or proceeds in question;
7.      Whether the litigation in another forum would prejudice the interests of other creditors, the creditors' committee and other interested parties;
8.      Whether the judgment claim arising from the foreign action is subject to equitable subordination under Section 510(c);
9.      Whether movant's success in the foreign proceeding would result in a judicial lien avoidable by the debtor under Section 522(f);
10.     The interests of judicial economy and the expeditious and economical determination of litigation for the parties;
11.     Whether the foreign proceedings have progressed to the point where the parties are prepared for trial; and
12.     The impact of the stay on the parties and the "balance of hurt."

*In re Am. Spectrum Realty, Inc.,* 540 B.R. 730, 737 (Bankr. C.D. Cal. 2015) *quoting*
*In re Plumberex Specialty Products, Inc*., 311 B.R. 551, 559 (Bankr .C.D. Cal. 2004
*citing In re Curtis*, 40 B.R. 795 (Bankr. D. Utah 1984).

10.     While many of these factors are not applicable to the present dispute, those that do apply weigh in favor of denying the Motion.[1]  The first *Curtis* factor cannot be met because the Court of Appeals would have to evaluate, in some form, the validity of MCC's claims against LPG but such evaluation will not resolve or finalize those claims. Regardless of the Court of Appeal's conclusions, its decision could be appealed or the case remanded back to trial court, and either outcome would prolong the matter and create an unnecessary administrative burden on the Estate.

11.     The Judgment Funds currently held in escrow subject to the outcome of the appeal are property of LPG's Estate, and their disposition is directly tied to this Chapter 11 case. Because

---

[1] While counsel for the Trustee has only reviewed limited documents from the state court record, it does not appear that the third, fourth, fifth, sixth, eighth, or ninth *Curtis* factors are implicated in this dispute.

3

1    a claim to recover funds of the Estate is best resolved by the Bankruptcy Court, the second *Curtis*

2    factor, "lack of connection with or interference with the bankruptcy case" also fails.

3         12.    The potential of the appeal to usurp this Court's jurisdiction over the core

4    proceedings of "allowance or disallowance of claims against the estate" and "other proceedings

5    affecting the liquidation of the assets of the estate" run counter to the auspices of bankruptcy court

6    jurisdiction. 28 U.S.C. § 157(2)(B) and (O). The Trustee has taken great pains to establish an

7    orderly claims administration process to treat the many creditors in this Case equitably. Allowance

8    of stay relief for a party seeking to recover Estate assets in another forum runs counter to the

9    seventh *Curtis* factor, that the litigation would not "prejudice the interests of other creditors" whose

10   claims are pending before this Court. Furthermore, denying the stay relief requested and

11   administering the claims in this Court is not only fair to the other parties in interest in the Case,

12   but also evens the "balance of hurt" between the parties as advised by the twelfth *Curtis* factor.

13        13.    Finally, at first glance, the tenth (judicial economy) and eleventh (readiness for

14   trial) *Curtis* factors might seem to support granting the Motion, given that the appeal briefs are

15   completed. The Movant seeks to brush away the professional burden of the appeal process on the

16   Estate by suggesting that the Trustee simply waive oral argument, which the Trustee submits

17   would curtail his ability to protect the assets of the Estate. As explained above, any finding of the

18   Court of Appeals other than an affirmation of the trial court would still require litigation and

19   adjudication of another state court as well as this Court, which is the opposite of judicial economy.

20   When all relevant *Curtis* factors are applied to MCC's appeal in the present context of this Case,

21   they weigh against granting stay relief to MCC.

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

4

**III.    CONCLUSION**

14.    Based on the foregoing, the Trustee respectfully requests that this Court deny the Motion.

Dated:  January 3, 2024

Respectfully submitted,

DINSMORE & SHOHL LLP

/s/ Christopher B. Ghio
Christopher B. Ghio
Christopher Celentino
Yosina M. Lissebeck
Tyler Powell (pro hac vice)

5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California  92101

A true and correct copy of the foregoing document entitled (*specify*): **OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 FILED BY MERCHANTS CREDIT CORPORATION**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 3, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Eric Bensamochan on behalf of Creditor Affirma, LLC | eric@eblawfirm.us G63723@notify.cincompass.com |
| Eric Bensamochan on behalf of Creditor Oxford Knox, LLC | eric@eblawfirm.us G63723@notify.cincompass.com |

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 3, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY - VIA FEDEX**
Honorable Scott C. Clarkson
United States Bankruptcy Court, Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| January 3, 2024 | Angelica Urena | */s/ Angelica Urena* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**1.**      <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

| | |
|---|---|
| Eric Bensamochan<br>on behalf of Creditor Oxford Knox, LLC | eric@eblawfirm.us<br>G63723@notify.cincompass.com |
| Eric Bensamochan<br>on behalf of Interested Party Courtesy NEF | eric@eblawfirm.us<br>G63723@notify.cincompass.com |
| Eric Bensamochan<br>on behalf of Interested Party Eric Bensamochan | eric@eblawfirm.us<br>G63723@notify.cincompass.com |
| Peter W Bowie<br>on behalf of Trustee Richard A Marshack (TR) | peter.bowie@dinsmore.com<br>caron.burke@dinsmore.com |
| Ronald K Brown<br>on behalf of Creditor SDCO Tustin Executive Center, Inc. | ron@rkbrownlaw.com |
| Christopher Celentino<br>on behalf of Plaintiff Richard A. Marshack | christopher.celentino@dinsmore.com<br>caron.burke@dinsmore.com |
| Christopher Celentino<br>on behalf of Trustee Richard A Marshack (TR) | christopher.celentino@dinsmore.com<br>caron.burke@dinsmore.com |
| Shawn M Christianson<br>on behalf of Interested Party Courtesy NEF | cmcintire@buchalter.com<br>schristianson@buchalter.com |
| Randall Baldwin Clark<br>on behalf of Interested Party Randall Baldwin Clark | rbc@randallbclark.com |
| Leslie A Cohen<br>on behalf of Defendant Lisa Cohen | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Leslie A Cohen<br>on behalf of Defendant Rosa Bianca Loli | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Leslie A Cohen<br>on behalf of Interested Party Courtesy NEF | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Aaron E. De Leest<br>on behalf of Interested Party Courtesy NEF | adeleest@danninggill.com<br>danninggill@gmail.com<br>adeleest@ecf.inforuptcy.com |
| Michael T Delaney<br><br>on behalf of Defendant Fidelity National Information<br>Services, Inc. dba FIS | mdelaney@bakerlaw.com<br><br>TBreeden@bakerlaw.com |
| Jenny L Doling<br>on behalf of Interested Party INTERESTED PARTY | jd@jdl.law<br>dolingjr92080@notify.bestcase.com<br>15994@notices.nextchapterbk.com<br>jdoling@jubileebk.net |
| Jenny L Doling<br>on behalf of Interested Party National Association of<br>Consumer Bankruptcy Attorneys | jd@jdl.law<br>dolingjr92080@notify.bestcase.com<br>15994@notices.nextchapterbk.com<br>jdoling@jubileebk.net |
| Jenny L Doling<br>on behalf of Interested Party National Consumer<br>Bankruptcy Rights Center | jd@jdl.law<br>dolingjr92080@notify.bestcase.com<br>15994@notices.nextchapterbk.com<br>jdoling@jubileebk.net |
| Daniel A Edelman<br>on behalf of Creditor Carolyn Beech | dedelman@edcombs.com<br>courtecl@edcombs.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| William P Fennell<br>on behalf of Creditor Validation Partners LLC | william.fennell@fennelllaw.com<br>luralene.schultz@fennelllaw.com<br>wpf@ecf.courtdrive.com<br>hala.hammi@fennelllaw.com<br>naomi.cwalinski@fennelllaw.com<br>samantha.larimer@fennelllaw.com |
| Eric Gassman<br>on behalf of Creditor Herret Credit | erg@gassmanlawgroup.com<br>gasman.ericb112993@notifybestcase.com |
| Christopher Ghio<br>on behalf of Plaintiff Richard A. Marshack | christopher.ghio@dinsmore.com<br>nicolette.murphy@dinsmore.com<br>angelica.urena@dinsmore.com<br>deamira.romo@dinsmore.com |
| Christopher Ghio<br>on behalf of Trustee Richard A. Marshack (TR) | christopher.ghio@dinsmore.com<br>nicolette.murphy@dinsmore.com<br>karina.reyes@dinsmore.com<br>deamira.romo@dinsmore.com |
| Amy Lynn Ginsburg<br>on behalf of Creditor Amy Ginsbug | efilings@ginsburglawgroup.com |
| Amy Lynn Ginsburg<br>on behalf of Creditor Kenton Cobb | efilings@ginsburglawgroup.com |
| Amy Lynn Ginsburg<br>on behalf of Creditor Shannon Bellfield | efilings@ginsburglawgroup.com |
| Eric D. Goldberg<br>on behalf of Defendant Stripe, Inc. | eric.goldberg@dlapiper.com<br>eric-goldberg-1103@ecf.pacerpro.com |
| Jeffrey I Golden<br>on behalf of Creditor Affirma, LLC | jgolden@go2.law<br>kadele@ecf.courtdrive.com<br>cbmeeker@gmail.com<br>lbracken@wgllp.com<br>dfitzgerald@go2.law<br>golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden<br>on behalf of Creditor Anaheim Arena Management, LLC | jgolden@go2.law<br>kadele@ecf.courtdrive.com<br>cbmeeker@gmail.com<br>lbracken@wgllp.com<br>dfitzgerald@go2.law<br>golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden<br>on behalf of Creditor Anaheim Ducks Hockey Club, LLC | jgolden@go2.law<br>kadele@ecf.courtdrive.com<br>cbmeeker@gmail.com<br>lbracken@wgllp.com<br>dfitzgerald@go2.law<br>golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden<br>on behalf of Creditor Oxford Knox, LLC | jgolden@go2.law<br>kadele@ecf.courtdrive.com<br>cbmeeker@gmail.com<br>lbracken@wgllp.com<br>dfitzgerald@go2.law<br>golden.jeffreyi.b117954@notify.bestcase.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| Jeffrey I Golden<br>on behalf of Interested Party Courtesy NEF | jgolden@go2.law<br>kadele@ecf.courtdrive.com<br>cbmeeker@gmail.com<br>lbracken@wgllp.com<br>dfitzgerald@go2.law<br>golden.jeffreyi.b117954@notify.bestcase.com |
| Richard H Golubow<br>on behalf of Creditor Debt Validation Fund II, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Richard H Golubow<br>on behalf of Creditor MC DVI Fund 1, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Richard H Golubow<br>on behalf of Creditor MC DVI Fund 2, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| David M Goodrich<br>on behalf of Creditor United Partnerships, LLC | dgoodrich@go2.law<br>kadele@go2.law<br>dfitzgerald@go2.law<br>wggllp@ecf.courtdrive.com |
| David M Goodrich<br>on behalf of Interested Party Courtesy NEF | dgoodrich@go2.law<br>kadele@go2.law<br>dfitzgerald@go2.law<br>wggllp@ecf.courtdrive.com |
| D Edward Hays<br>on behalf of Creditor Committee Committee of Unsecured Creditors | ehays@marshackhays.com<br>ehays@ecf.courtdrive.com<br>kfrederick@ecf.courtdrive.com<br>cmendoza@marshackhays.com<br>cmendoza@ecf.courtdrive.com |
| D Edward Hays<br>on behalf of Interested Party Courtesy NEF | ehays@marshackhays.com<br>ehays@ecf.courtdrive.com<br>kfrederick@ecf.courtdrive.com<br>cmendoza@marshackhays.com<br>cmendoza@ecf.courtdrive.com |
| D Edward Hays<br>on behalf of Interested Party Courtesy NEF | ehays@marshackhays.com<br>ehays@ecf.courtdrive.com<br>kfrederick@ecf.courtdrive.com<br>cmendoza@marshackhays.com<br>cmendoza@ecf.courtdrive.com |
| D Edward Hays<br>on behalf of Trustee Richard A Marshack (TR) | ehays@marshackhays.com<br>ehays@ecf.courtdrive.com<br>kfrederick@ecf.courtdrive.com<br>cmendoza@marshackhays.com<br>cmendoza@ecf.courtdrive.com |
| Alan Craig Hochheiser<br>on behalf of Creditor City Capital NY | ahochheiser@mauricewutscher.com<br>arodriguez@mauricewutscher.com |
| Garrick A Hollander<br>on behalf of Creditor Debt Validation Fund II, LLC | ghollander@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Garrick A Hollander<br>on behalf of Creditor MC DVI Fund 1, LLC | ghollander@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| Garrick A Hollander<br>on behalf of Creditor MC DVI Fund 2, LLC | ghollander@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Brian L Holman<br>on behalf of Creditor Sharp Electronics Corporation | b.holman@musickpeeler.com |
| Richard L. Hyde<br>on behalf of Interested Party Courtesy NEF | richard@amintalati.com |
| Peter L Isola<br>on behalf of Interested Party Merchants Credit Corporation | pisola@hinshawlaw.com<br>lnystrom@hinshawlaw.com |
| Razmig Izakelian<br>on behalf of Counter-Defendant OHP-CDR, LP | razmigizakelian@quinnemanuel.com |
| Razmig Izakelian<br>on behalf of Counter-Defendant PurchaseCo 80, LLC | razmigizakelian@quinnemanuel.com |
| Razmig Izakelian<br>on behalf of Creditor OHP-CDR, LP | razmigizakelian@quinnemanuel.com |
| Razmig Izakelian<br>on behalf of Plaintiff OHP-CDR, LP | razmigizakelian@quinnemanuel.com |
| Razmig Izakelian<br>on behalf of Plaintiff PurchaseCo 80, LLC | razmigizakelian@quinnemanuel.com |
| Sweeney Kelly<br><br>on behalf of Defendant Fidelity National Information Services, Inc. dba FIS | kelly@ksgklaw.com |
| Sweeney Kelly<br><br>on behalf of Defendant Worldpay, LLC | kelly@ksgklaw.com |
| Joon M Khang<br>on behalf of Attorney Khang & Khang LLP | joon@khanglaw.com |
| Joon M Khang<br>on behalf of Debtor The Litigation Practice Group P.C. | joon@khanglaw.com |
| Ira David Kharasch<br>on behalf of Interested Party Ad Hoc Consumer Claimants Committee | ikharasch@pszjlaw.com |
| Ira David Kharasch<br>on behalf of Interested Party Courtesy NEF | ikharasch@pszjlaw.com |
| Meredith King<br>on behalf of Defendant Gallant Law Group | mking@fsl.law<br>ssanchez@fsl.law<br>jwilson@fsl.law |
| Meredith King<br>on behalf of Interested Party Courtesy NEF | mking@fsl.law<br>ssanchez@fsl.law<br>jwilson@fsl.law |
| Nicholas A Koffroth<br>on behalf of Creditor Committee of Unsecured Creditors | nkoffroth@foxrothschild.com<br>khoang@foxrothschild.com |
| David S Kupetz<br>on behalf of Defendant Marich Bein, LLC | david.kupetz@lockelord.com<br>mylene.ruiz@lockelord.com |
| David S Kupetz<br>on behalf of Interested Party Courtesy NEF | david.kupetz@lockelord.com<br>mylene.ruiz@lockelord.com |
| Christopher J Langley<br>on behalf of Interested Party Courtesy NEF | chris@slclawoffice.com<br>omar@slclawoffice.com<br>langleycr75251@notify.bestcase.com<br>ecf123@casedriver.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| Matthew A. Lesnick<br>on behalf of Defendant Optimumbank Holdings, Inc. d/b/a Optimum Bank | matt@lesnickprince.com<br>matt@ecf.inforuptcy.com<br>jmack@lesnickprince.com |
| Daniel A Lev<br>on behalf of Defendant Consumer Legal Group, P.C. | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Daniel A Lev<br>on behalf of Defendant LGS Holdco, LLC | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Daniel A Lev<br>on behalf of Interested Party Consumer Legal Group, P.C. | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Daniel A Lev<br>on behalf of Interested Party Courtesy NEF | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Daniel A Lev<br>on behalf of Interested Party Liberty Acquisitions Group Inc. | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Britteny Leyva<br>on behalf of Interested Party Revolv3, Inc. | bleyva@mayerbrown.com<br>2396393420@filings.docketbird.com<br>KAWhite@mayerbrown.com<br>ladocket@mayerbrown.com |
| Michael D Lieberman<br>on behalf of Creditor Phillip A. Greenblatt, PLLC | mlieberman@lipsonneilson.com |
| Yosina M Lissebeck<br>on behalf of Counter-Claimant Richard A. Marshack | yosina.lissebeck@dinsmore.com<br>caron.burke@dinsmore.com |
| Yosina M Lissebeck<br>on behalf of Defendant Richard A. Marshack | yosina.lissebeck@dinsmore.com<br>caron.burke@dinsmore.com |
| Yosina M Lissebeck<br>on behalf of Plaintiff Richard A. Marshack | yosina.lissebeck@dinsmore.com<br>caron.burke@dinsmore.com |
| Yosina M Lissebeck<br>on behalf of Trustee Richard A Marshack (TR) | yosina.lissebeck@dinsmore.com<br>caron.burke@dinsmore.com |
| Mitchell B Ludwig<br>on behalf of Creditor Fundura Capital Group | mbl@kpclegal.com<br>kad@kpclegal.com |
| Daniel S March<br>on behalf of Defendant Daniel S March | marchlawoffice@gmail.com<br>marchdr94019@notify.bestcase.com |
| Kathleen P March<br>on behalf of Creditor Greyson Law Center PC | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbcglobal.net |
| Kathleen P March<br>on behalf of Creditor Han Trinh | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbcglobal.net |
| Kathleen P March<br>on behalf of Creditor Phuong (Jayde) Trinh | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbcglobal.net |
| Kathleen P March<br>on behalf of Defendant Greyson Law Center PC | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbcglobal.net |
| Kathleen P March<br>on behalf of Defendant Han Trinh | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbcglobal.net |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| Kathleen P March<br>on behalf of Defendant Jayde Trinh | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbcglobal.net |
| Mark J Markus<br>on behalf of Creditor David Orr | bklawr@bklaw.com<br>markjmarkus@gmail.com<br>markus.markj.r112926@notify.bestcase.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com<br>rmarshack@iq7technology.com<br>ecf.alert+Marshack@titlexi.com |
| Laila Masud<br>on behalf of Interested Party Courtesy NEF | lmasud@marshackhays.com<br>lmasud@ecf.courtdrive.com<br>ecf.alert+Marshack@titlexi.com |
| Laila Masud<br>on behalf of Interested Party Courtesy NEF | lmasud@marshackhays.com<br>lmasud@ecf.courtdrive.com<br>ecf.alert+Marshack@titlexi.com |
| Laila Masud<br>on behalf of Interested Party Richard A. Marshack | lmasud@marshackhays.com<br>lmasud@ecf.courtdrive.com<br>ecf.alert+Marshack@titlexi.com |
| Laila Masud<br>on behalf of Plaintiff Richard Marshack | lmasud@marshackhays.com<br>lmasud@ecf.courtdrive.com<br>ecf.alert+Marshack@titlexi.com |
| Laila Masud<br>on behalf of Trustee Richard A. Marshack (TR) | lmasud@marshackhays.com<br>lmasud@ecf.courtdrive.com<br>ecf.alert+Marshack@titlexi.com |
| Sarah S. Mattingly<br>on behalf of Plaintiff Richard A Marshack, Chapter 11<br>Trustee | sarah.mattingly@dinsmore.com |
| Sarah S. Mattingly<br>on behalf of Plaintiff Richard A. Marshack | sarah.mattingly@dinsmore.com |
| Kenneth Misken<br>on behalf of U.S. Trustee United States Trustee (SA) | Kenneth.M.Misken@usdoj.gov |
| Byron Z Moldo<br>on behalf of Interested Party Byron Moldo | bmoldo@ecjlaw.com<br>amatsuoka@ecjlaw.com<br>dperez@ecjlaw.com |
| Glenn D. Moses<br>on behalf of Creditor ADP, Inc. | gmoses@venable.com<br>cascavone@venable.com<br>ipmalcolm@venable.com<br>jadelgado@venable.com |
| Alan I Nahmias<br>on behalf of Interested Party Courtesy NEF | anahmias@mbn.law<br>jdale@mbn.law |
| Victoria Newmark<br>on behalf of Interested Party Courtesy NEF | vnewmark@pszjlaw.com |
| Queenie K Ng<br>on behalf of U.S. Trustee United States Trustee (SA) | queenie.k.ng@usdoj.gov |
| Keith C Owens<br>on behalf of Creditor Committee of Unsecured Creditors | kowens@foxrothschild.com<br>khoang@foxrothschild.com |
| Lisa Patel<br>on behalf of Defendant OptimumBank Holdings, Inc. | lpatel@lesnickprince.com<br>jmack@lesnickprince.com<br>jnavarro@lesnickprince.com |
| Michael R Pinkston<br>on behalf of Creditor Wells Marble and Hurst, PLLC | rpinkston@seyfarth.com<br>jmcdermott@seyfarth.com<br>sfocalendar@seyfarth.com<br>5314522420@filings.docketbird.com<br>bankruptcydocket@seyfarth.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| Douglas A Plazak<br>on behalf of Defendant Scott James Eadie | dplazak@rhlaw.com |
| Daniel H. Reiss<br>on behalf of Defendant Eng Taing | dhr@lnbyg.com<br>dhr@ecf.inforuptcy.com |
| Daniel H. Reiss<br>on behalf of Defendant Touzi Capital, LLC | dhr@lnbyg.com<br>dhr@ecf.inforuptcy.com |
| Ronald N. Richards<br>on behalf of Defendant Consumer Legal Group, P.C. | ron@ronaldrichards.com<br>7206828420@filings.docketbird.com |
| Ronald N. Richards<br>on behalf of Interested Party Courtesy NEF | ron@ronaldrichards.com<br>7206828420@filings.docketbird.com |
| Kevin Alan Rogers<br>on behalf of Creditor Wells Marble and Hurst, PLLC | krogers@wellsmar.com |
| Gregory M Salvato<br>on behalf of Creditor Mari Agape | gsalvato@salvatoboufadel.com<br>calendar@salvatolawoffices.com<br>jboufadel@salvatoboufadel.com<br>gsalvato@ecf.inforuptcy.com |
| Gregory M Salvato<br>on behalf of Interested Party Courtesy NEF | gsalvato@salvatoboufadel.com<br>calendar@salvatolawoffices.com<br>jboufadel@salvatoboufadel.com<br>gsalvato@ecf.inforuptcy.com |
| Olivia Scott<br>on behalf of Creditor Azzure Capital LLC | olivia.scott3@bclplaw.com |
| Olivia Scott<br>on behalf of Creditor Hi Bar Capital LLC | olivia.scott3@bclplaw.com |
| Jonathan Serrano<br>on behalf of Plaintiff Richard A. Marshack | jonathan.serrano@dinsmore.com |
| Jonathan Serrano<br>on behalf of Trustee Richard A Marshack (TR) | jonathan.serrano@dinsmore.com |
| Maureen J Shanahan<br>on behalf of Creditor Randall Clark Attorney at Law PLLC | Mstotaro@aol.com |
| Paul R Shankman<br>on behalf of Attorney Paul R. Shankman | PShankman@fortislaw.com<br>info@fortislaw.com |
| Paul R Shankman<br>on behalf of Creditor United Partnerships, LLC | PShankman@fortislaw.com<br>info@fortislaw.com |
| Zev Shechtman<br>on behalf of Interested Party Danning Gill Israel & Krasnoff LLP | zs@DanningGill.com<br>danninggill@gmail.com<br>zshechtman@ecf.inforuptcy.com |
| Zev Shechtman<br>on behalf of Interested Party Morning Law Group, P.C. | zs@DanningGill.com<br>danninggill@gmail.com<br>zshechtman@ecf.inforuptcy.com |
| Leslie Skorheim<br>on behalf of U.S. Trustee United States Trustee (SA) | leslie.skorheim@usdoj.gov |
| Adam D. Stein-Sapir<br>on behalf of Creditor Pioneer Funding Group, LLC | info@pfllc.com |
| Howard Steinberg<br>on behalf of Defendant BankUnited, N.A | steinbergh@gtlaw.com<br>pearsallt@gtlaw.com<br>howard-steinberg-6096@ecf.pacerpro.com |
| Andrew Still<br>on behalf of Creditor Alteryx, Inc. | astill@swlaw.com<br>kcollins@swlaw.com |
| Andrew Still<br>on behalf of Interested Party Courtesy NEF | astill@swlaw.com<br>kcollins@swlaw.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| Michael R Totaro<br>on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC | Ocbkatty@aol.com |
|---|---|
| Michael R Totaro<br>on behalf of Interested Party Randall Baldwin Clark | Ocbkatty@aol.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Sharon Z. Weiss<br>on behalf of Creditor Azzure Capital LLC | sharon.weiss@bclplaw.com<br>raul.morales@bclplaw.com<br>REC_KM_ECF_SMO@bclplaw.com |
| Sharon Z. Weiss<br>on behalf of Creditor Hi Bar Capital LLC | sharon.weiss@bclplaw.com<br>raul.morales@bclplaw.com<br>REC_KM_ECF_SMO@bclplaw.com |
| Sharon Z. Weiss<br>on behalf of Defendant Azzure Capital LLC | sharon.weiss@bclplaw.com<br>raul.morales@bclplaw.com<br>REC_KM_ECF_SMO@bclplaw.com |
| Johnny White<br>on behalf of Creditor Debt Relief Group, LLC | JWhite@wrslawyers.com<br>jlee@wrslawyers.com |
| Johnny White<br>on behalf of Interested Party Courtesy NEF | JWhite@wrslawyers.com<br>jlee@wrslawyers.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.