# EXHIBIT 2

Hon. Veronica Alicea Galvan

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON**

**IN AND FOR THE COUNTY OF KING**

DAVID TRAHAN, a Washington resident,

Plaintiff,

vs.

MERCHANTS CREDIT CORPORATION aka
MERCHANTS CREDIT ASSOCIATION, a
Washington corporation and licensed collection
agency,

Defendant.

MERCHANTS CREDIT CORPORATION aka
MERCHANTS CREDIT ASSOCIATION, a
Washington corporation and licensed collection
agency,

Third-Party Plaintiff,

vs.

LITIGATION PRACTICE GROUP, PC, a
foreign professional service corporation; and
PETER SCHNEIDER, an individual,

Third- Party Defendants.

NO.  22-2-01322-2 SEA

**JUDGMENT SUMMARY**

**JUDGMENT SUMMARY**

JUDGMENT SUMMARY                                      1
22-2-01322-2 SEA

| | | |
|---|---|---|
| 1. | Judgment Creditor: | LITIGATION PRACTICE GROUP |
| 2. | Judgment Debtors: | MERCHANTS CREDIT CORPORATION aka MERCHANTS CREDIT ASSOCIATION, a Washington corporation and licensed collection agency |
| 3. | Attorney's Fees: | $25,600 |
| 4. | Costs: | $430 |
| 5. | Total Judgment: | $ |
| 6. | Interest Rate: | 12.0000% Per Annum |
| 7. | Attorney for Judgment Creditor: | Robert Mitchell, Attorney at Law |

THIS MATTER having come on regularly before the undersigned Judge of the above-entitled Court, with LITIGATION PRACTICE GROUP being represented by Attorney Robert Mitchell, and with MERCHANTS CREDIT CORPORATION being represented by its attorney, Marc Rosenberg, Now therefore it is hereby,

ORDERED, ADJUDGED AND DECREED that judgment shall be entered in favor of LITIGATION PRACTICE GROUP against MERCHANTS CREDIT CORPORATION, for the sum of $26,030_____, together with 12% per annum interest from May 20, 2022.

**IT IS SO ORDERED**

DATED this 18 day of May, 2022.

By _____
The Honorable Veronica Alicea Galvan

JUDGMENT SUMMARY                                    2
22-2-01322-2 SEA

Hon. Veronica Alicea Galvan

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING**

DAVID TRAHAN, a Washington resident,

              Plaintiff,

    vs.

MERCHANTS CREDIT CORPORATION
aka MERCHANTS CREDIT
ASSOCIATION, a Washington corporation
and licensed collection agency,

              Defendant.

MERCHANTS CREDIT CORPORATION
aka MERCHANTS CREDIT
ASSOCIATION, a Washington corporation
and licensed collection agency,

              Third-Party Plaintiff,

    vs.

LITIGATION PRACTICE GROUP, PC, a
foreign professional service corporation; and
PETER SCHNEIDER, an individual,

              Third-Party Defendants.

NO.   22-2-01322-2 SEA

**ORDER ON MOTION FOR
PREVAILING PARTY COSTS AND
FEES PURSUANT TO RCW
4.84.185**

ORDER ON MOTION FOR COSTS AND
FEES
22-2-01322-2 SEA

                             1

## I.    FINDINGS OF FACT

THE COURT having ruled:

1)    After a hearing held on April 22, 2022, this Court entered an oral ruling that MERCHANTS CREDIT CORPORATION's claims against LITIGATION PRACTICE GROUP were frivolous, had no merit ("none"), and were filed in bad faith;

2)    This Court entered an oral ruling that sanctions are appropriate, pursuant to RCW 4.84.185, and ordered LITIGATION PRACTICE GROUP to file a motion for an award of costs and attorney's fees; and

THE COURT having reviewed the following:

1)    LITIGATION PRACTICE GROUP's motion for prevailing party costs and attorney's fees;

2)    MERCHANTS CREDIT CORPORATION's response in opposition to LITIGATION PRACTICE GROUP's motion for prevailing party costs and attorney's fees; and

3)    LITIGATION PRACTICE GROUP's reply to MERCHANTS CREDIT CORPORATION's response in opposition to LITIGATION PRACTICE GROUP's motion for prevailing party costs and attorney's fees; and

THE COURT hereby finding:

1)    $400.00 per hour is a reasonable hourly rate for the services Attorney Robert Mitchell provided in this matter;

2)    Attorney Robert Mitchell reasonably and necessarily expended 64 hours to obtain the results obtained in this action; and

ORDER ON MOTION FOR COSTS AND                    2
FEES
22-2-01322-2 SEA

3)    Attorney Robert Mitchell reasonably and necessarily incurred attorney's fees of $25,600.00.

4)    Attorney Robert Mitchell reasonably and necessarily expended $430.00 costs to obtain the results obtained in this action.

## II.    CONCLUSIONS OF LAW

THE COURT finds that LITIGATION PRACTICE GROUP is entitled to an award of costs and reasonable attorney's fees, pursuant to RCW 4.84.185, in the amount of:

Costs:                              $      430

Reasonable Attorney's Fees:        $      25,600

Lodestar Multiplier Amount:        $

## III.    ORDER

IT IS NOW HEREBY ORDERED, ADJUDGED, and DECREED that MERCHANTS CREDIT CORPORATION shall pay the following amounts to LITIGATION PRACTICE GROUP, within 30 days of entry of this order:

Costs:                              $      430.00

Reasonable Attorney's Fees:        $      25,600.00

Total Judgment Amount:             $      26,030

## IV.    JUDGMENT

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that JUDGMENT SHALL BE ENTERED against MERCHANTS CREDIT CORPORATION, in the following amount:

ORDER ON MOTION FOR COSTS AND                3
FEES
22-2-01322-2 SEA

Total Judgment Amount:           $26,030

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the JUDGMENT SHALL accrue 12% per annum interest from the date of entry.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that if MERCHANTS CREDIT CORPORATION appeals this ORDER and JUDGMENT, MERCHANTS CREDIT CORPORATION shall post an appeal bond in the following amount:

Total Judgment Amount:           $26,030_____

DATED this 18 day of May, 2022.

The Honorable Veronica Alicea Galvan

ORDER ON MOTION FOR COSTS AND           4
FEES
22-2-01322-2 SEA