CHRISTOPHER B. GHIO (259094)
christopher.ghio@dinsmore.com
CHRISTOPHER CELENTINO (131688)
christopher.celentino@dinsmore.com
YOSINA M. LISSEBECK (201654)
yosina.lissebeck@dinsmore.com
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, California 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501

TYLER POWELL (Ky. Bar No. 90520 – Admitted pro hac vice)
tyler.powell@dinsmore.com
**DINSMORE & SHOHL LLP**
100 West Main Street, Suite 900
Lexington, Kentucky 40507
Telephone: 859.425.1056
Facsimile: 859.425.1099

Special Counsel to Richard A. Marshack, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>    Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**DECLARATION OF TYLER POWELL IN SUPPORT OF THE OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 FILED BY MERCHANTS CREDIT CORPORATION**<br><br><br>Date:  January 17, 2024<br>Time:  1:30 p.m.<br>Judge: Hon. Scott C. Clarkson<br>Place: Courtroom 5C<br>           411 W. Fourth Street<br>           Santa Ana, CA  92701 |

# **DECLARATION OF TYLER POWELL**

I, Tyler Powell, declare as follows:

1. I am an attorney in the bankruptcy department at Dinsmore & Shohl LLP ("Dinsmore" or the "Firm"), special counsel to Richard A. Marshack, Chapter 11 Trustee (the "Trustee") for The Litigation Practice Group, P.C. (the "Debtor" or "LPG") in the above-captioned bankruptcy case (the "Case"). I am one of the attorneys at Dinsmore with responsibility for representation of the Trustee. I have personal knowledge of the facts in this declaration and, if called as a witness, I could and would testify competently thereto. Capitalized terms not otherwise defined herein have the same meanings ascribed to them in the pleading to which this declaration is attached.

2. I contacted Robert Mitchell, Esq. in Spokane Washington who is counsel of record for LPG in the Washington state lawsuit filed by MCC. Mr. Mitchell provided me the copies of both (i) MCC's Third-Party Complaint which is attached to the Opposition as Exhibit 1, and (ii) the Judgment dated May 18, 2022, which is attached to the Opposition as Exhibit 2 from his file. Upon information and belief, I believe these pleadings to be true and accurate copies of the actual pleadings filed in the underlying Washington state court case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 3, 2024                                   */s/ Tyler Powell*
                                                                   Tyler Powell

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California  92101

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF TYLER POWELL IN SUPPORT OF THE OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 FILED BY MERCHANTS CREDIT CORPORATION**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 3, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Eric Bensamochan<br>on behalf of Creditor Affirma, LLC | eric@eblawfirm.us<br>G63723@notify.cincompass.com |
| Eric Bensamochan<br>on behalf of Creditor Oxford Knox, LLC | eric@eblawfirm.us<br>G63723@notify.cincompass.com |

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 3, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY - VIA FEDEX**
Honorable Scott C. Clarkson
United States Bankruptcy Court, Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 3, 2024 | Angelica Urena | */s/ Angelica Urena* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                      Page 1                               **F 9013-3.1.PROOF.SERVICE**

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

| | |
|---|---|
| Eric Bensamochan<br>on behalf of Creditor Oxford Knox, LLC | eric@eblawfirm.us<br>G63723@notify.cincompass.com |
| Eric Bensamochan<br>on behalf of Interested Party Courtesy NEF | eric@eblawfirm.us<br>G63723@notify.cincompass.com |
| Eric Bensamochan<br>on behalf of Interested Party Eric Bensamochan | eric@eblawfirm.us<br>G63723@notify.cincompass.com |
| Peter W Bowie<br>on behalf of Trustee Richard A Marshack (TR) | peter.bowie@dinsmore.com<br>caron.burke@dinsmore.com |
| Ronald K Brown<br>on behalf of Creditor SDCO Tustin Executive Center, Inc. | ron@rkbrownlaw.com |
| Christopher Celentino<br>on behalf of Plaintiff Richard A. Marshack | christopher.celentino@dinsmore.com<br>caron.burke@dinsmore.com |
| Christopher Celentino<br>on behalf of Trustee Richard A Marshack (TR) | christopher.celentino@dinsmore.com<br>caron.burke@dinsmore.com |
| Shawn M Christianson<br>on behalf of Interested Party Courtesy NEF | cmcintire@buchalter.com<br>schristianson@buchalter.com |
| Randall Baldwin Clark<br>on behalf of Interested Party Randall Baldwin Clark | rbc@randallbclark.com |
| Leslie A Cohen<br>on behalf of Defendant Lisa Cohen | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Leslie A Cohen<br>on behalf of Defendant Rosa Bianca Loli | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Leslie A Cohen<br>on behalf of Interested Party Courtesy NEF | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Aaron E. De Leest<br>on behalf of Interested Party Courtesy NEF | adeleest@danninggill.com<br>danninggill@gmail.com<br>adeleest@ecf.inforuptcy.com |
| Michael T Delaney<br><br>on behalf of Defendant Fidelity National Information Services, Inc. dba FIS | mdelaney@bakerlaw.com<br>TBreeden@bakerlaw.com |
| Jenny L Doling<br>on behalf of Interested Party INTERESTED PARTY | jd@jdl.law<br>dolingjr92080@notify.bestcase.com<br>15994@notices.nextchapterbk.com<br>jdoling@jubileebk.net |
| Jenny L Doling<br>on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys | jd@jdl.law<br>dolingjr92080@notify.bestcase.com<br>15994@notices.nextchapterbk.com<br>jdoling@jubileebk.net |
| Jenny L Doling<br>on behalf of Interested Party National Consumer Bankruptcy Rights Center | jd@jdl.law<br>dolingjr92080@notify.bestcase.com<br>15994@notices.nextchapterbk.com<br>jdoling@jubileebk.net |
| Daniel A Edelman<br>on behalf of Creditor Carolyn Beech | dedelman@edcombs.com<br>courtecl@edcombs.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                              Page 2                                              **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| William P Fennell<br>on behalf of Creditor Validation Partners LLC | william.fennell@fennelllaw.com<br>luralene.schultz@fennelllaw.com<br>wpf@ecf.courtdrive.com<br>hala.hammi@fennelllaw.com<br>naomi.cwalinski@fennelllaw.com<br>samantha.larimer@fennelllaw.com |
| Eric Gassman<br>on behalf of Creditor Herret Credit | erg@gassmanlawgroup.com<br>gasman.ericb112993@notifybestcase.com |
| Christopher Ghio<br>on behalf of Plaintiff Richard A. Marshack | christopher.ghio@dinsmore.com<br>nicolette.murphy@dinsmore.com<br>angelica.urena@dinsmore.com<br>deamira.romo@dinsmore.com |
| Christopher Ghio<br>on behalf of Trustee Richard A. Marshack (TR) | christopher.ghio@dinsmore.com<br>nicolette.murphy@dinsmore.com<br>karina.reyes@dinsmore.com<br>deamira.romo@dinsmore.com |
| Amy Lynn Ginsburg<br>on behalf of Creditor Amy Ginsbug | efilings@ginsburglawgroup.com |
| Amy Lynn Ginsburg<br>on behalf of Creditor Kenton Cobb | efilings@ginsburglawgroup.com |
| Amy Lynn Ginsburg<br>on behalf of Creditor Shannon Bellfield | efilings@ginsburglawgroup.com |
| Eric D. Goldberg<br>on behalf of Defendant Stripe, Inc. | eric.goldberg@dlapiper.com<br>eric-goldberg-1103@ecf.pacerpro.com |
| Jeffrey I Golden<br>on behalf of Creditor Affirma, LLC | jgolden@go2.law<br>kadele@ecf.courtdrive.com<br>cbmeeker@gmail.com<br>lbracken@wgllp.com<br>dfitzgerald@go2.law<br>golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden<br>on behalf of Creditor Anaheim Arena Management, LLC | jgolden@go2.law<br>kadele@ecf.courtdrive.com<br>cbmeeker@gmail.com<br>lbracken@wgllp.com<br>dfitzgerald@go2.law<br>golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden<br>on behalf of Creditor Anaheim Ducks Hockey Club, LLC | jgolden@go2.law<br>kadele@ecf.courtdrive.com<br>cbmeeker@gmail.com<br>lbracken@wgllp.com<br>dfitzgerald@go2.law<br>golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden<br>on behalf of Creditor Oxford Knox, LLC | jgolden@go2.law<br>kadele@ecf.courtdrive.com<br>cbmeeker@gmail.com<br>lbracken@wgllp.com<br>dfitzgerald@go2.law<br>golden.jeffreyi.b117954@notify.bestcase.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* Page 3 **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| Jeffrey I Golden<br>on behalf of Interested Party Courtesy NEF | jgolden@go2.law<br>kadele@ecf.courtdrive.com<br>cbmeeker@gmail.com<br>lbracken@wgllp.com<br>dfitzgerald@go2.law<br>golden.jeffreyi.b117954@notify.bestcase.com |
| Richard H Golubow<br>on behalf of Creditor Debt Validation Fund II, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Richard H Golubow<br>on behalf of Creditor MC DVI Fund 1, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Richard H Golubow<br>on behalf of Creditor MC DVI Fund 2, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| David M Goodrich<br>on behalf of Creditor United Partnerships, LLC | dgoodrich@go2.law<br>kadele@go2.law<br>dfitzgerald@go2.law<br>wggllp@ecf.courtdrive.com |
| David M Goodrich<br>on behalf of Interested Party Courtesy NEF | dgoodrich@go2.law<br>kadele@go2.law<br>dfitzgerald@go2.law<br>wggllp@ecf.courtdrive.com |
| D Edward Hays<br>on behalf of Creditor Committee Committee of Unsecured Creditors | ehays@marshackhays.com<br>ehays@ecf.courtdrive.com<br>kfrederick@ecf.courtdrive.com<br>cmendoza@marshackhays.com<br>cmendoza@ecf.courtdrive.com |
| D Edward Hays<br>on behalf of Interested Party Courtesy NEF | ehays@marshackhays.com<br>ehays@ecf.courtdrive.com<br>kfrederick@ecf.courtdrive.com<br>cmendoza@marshackhays.com<br>cmendoza@ecf.courtdrive.com |
| D Edward Hays<br>on behalf of Interested Party Courtesy NEF | ehays@marshackhays.com<br>ehays@ecf.courtdrive.com<br>kfrederick@ecf.courtdrive.com<br>cmendoza@marshackhays.com<br>cmendoza@ecf.courtdrive.com |
| D Edward Hays<br>on behalf of Trustee Richard A Marshack (TR) | ehays@marshackhays.com<br>ehays@ecf.courtdrive.com<br>kfrederick@ecf.courtdrive.com<br>cmendoza@marshackhays.com<br>cmendoza@ecf.courtdrive.com |
| Alan Craig Hochheiser<br>on behalf of Creditor City Capital NY | ahochheiser@mauricewutscher.com<br>arodriguez@mauricewutscher.com |
| Garrick A Hollander<br>on behalf of Creditor Debt Validation Fund II, LLC | ghollander@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Garrick A Hollander<br>on behalf of Creditor MC DVI Fund 1, LLC | ghollander@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    Page 4    **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| Garrick A Hollander<br>on behalf of Creditor MC DVI Fund 2, LLC | ghollander@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Brian L Holman<br>on behalf of Creditor Sharp Electronics Corporation | b.holman@musickpeeler.com |
| Richard L. Hyde<br>on behalf of Interested Party Courtesy NEF | richard@amintalati.com |
| Peter L Isola<br>on behalf of Interested Party Merchants Credit Corporation | pisola@hinshawlaw.com<br>lnystrom@hinshawlaw.com |
| Razmig Izakelian<br>on behalf of Counter-Defendant OHP-CDR, LP | razmigizakelian@quinnemanuel.com |
| Razmig Izakelian<br>on behalf of Counter-Defendant PurchaseCo 80, LLC | razmigizakelian@quinnemanuel.com |
| Razmig Izakelian<br>on behalf of Creditor OHP-CDR, LP | razmigizakelian@quinnemanuel.com |
| Razmig Izakelian<br>on behalf of Plaintiff OHP-CDR, LP | razmigizakelian@quinnemanuel.com |
| Razmig Izakelian<br>on behalf of Plaintiff PurchaseCo 80, LLC | razmigizakelian@quinnemanuel.com |
| Sweeney Kelly<br>on behalf of Defendant Fidelity National Information Services, Inc. dba FIS | kelly@ksgklaw.com |
| Sweeney Kelly<br>on behalf of Defendant Worldpay, LLC | kelly@ksgklaw.com |
| Joon M Khang<br>on behalf of Attorney Khang & Khang LLP | joon@khanglaw.com |
| Joon M Khang<br>on behalf of Debtor The Litigation Practice Group P.C. | joon@khanglaw.com |
| Ira David Kharasch<br>on behalf of Interested Party Ad Hoc Consumer Claimants Committee | ikharasch@pszjlaw.com |
| Ira David Kharasch<br>on behalf of Interested Party Courtesy NEF | ikharasch@pszjlaw.com |
| Meredith King<br>on behalf of Defendant Gallant Law Group | mking@fsl.law<br>ssanchez@fsl.law<br>jwilson@fsl.law |
| Meredith King<br>on behalf of Interested Party Courtesy NEF | mking@fsl.law<br>ssanchez@fsl.law<br>jwilson@fsl.law |
| Nicholas A Koffroth<br>on behalf of Creditor Committee of Unsecured Creditors | nkoffroth@foxrothschild.com<br>khoang@foxrothschild.com |
| David S Kupetz<br>on behalf of Defendant Marich Bein, LLC | david.kupetz@lockelord.com<br>mylene.ruiz@lockelord.com |
| David S Kupetz<br>on behalf of Interested Party Courtesy NEF | david.kupetz@lockelord.com<br>mylene.ruiz@lockelord.com |
| Christopher J Langley<br>on behalf of Interested Party Courtesy NEF | chris@slclawoffice.com<br>omar@slclawoffice.com<br>langleycr75251@notify.bestcase.com<br>ecf123@casedriver.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     Page 5     **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| Matthew A. Lesnick<br>on behalf of Defendant Optimumbank Holdings, Inc. d/b/a Optimum Bank | matt@lesnickprince.com<br>matt@ecf.inforuptcy.com<br>jmack@lesnickprince.com |
| Daniel A Lev<br>on behalf of Defendant Consumer Legal Group, P.C. | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Daniel A Lev<br>on behalf of Defendant LGS Holdco, LLC | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Daniel A Lev<br>on behalf of Interested Party Consumer Legal Group, P.C. | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Daniel A Lev<br>on behalf of Interested Party Courtesy NEF | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Daniel A Lev<br>on behalf of Interested Party Liberty Acquisitions Group Inc. | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Britteny Leyva<br>on behalf of Interested Party Revolv3, Inc. | bleyva@mayerbrown.com<br>2396393420@filings.docketbird.com<br>KAWhite@mayerbrown.com<br>ladocket@mayerbrown.com |
| Michael D Lieberman<br>on behalf of Creditor Phillip A. Greenblatt, PLLC | mlieberman@lipsonneilson.com |
| Yosina M Lissebeck<br>on behalf of Counter-Claimant Richard A. Marshack | yosina.lissebeck@dinsmore.com<br>caron.burke@dinsmore.com |
| Yosina M Lissebeck<br>on behalf of Defendant Richard A. Marshack | yosina.lissebeck@dinsmore.com<br>caron.burke@dinsmore.com |
| Yosina M Lissebeck<br>on behalf of Plaintiff Richard A. Marshack | yosina.lissebeck@dinsmore.com<br>caron.burke@dinsmore.com |
| Yosina M Lissebeck<br>on behalf of Trustee Richard A Marshack (TR) | yosina.lissebeck@dinsmore.com<br>caron.burke@dinsmore.com |
| Mitchell B Ludwig<br>on behalf of Creditor Fundura Capital Group | mbl@kpclegal.com<br>kad@kpclegal.com |
| Daniel S March<br>on behalf of Defendant Daniel S March | marchlawoffice@gmail.com<br>marchdr94019@notify.bestcase.com |
| Kathleen P March<br>on behalf of Creditor Greyson Law Center PC | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbcglobal.net |
| Kathleen P March<br>on behalf of Creditor Han Trinh | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbcglobal.net |
| Kathleen P March<br>on behalf of Creditor Phuong (Jayde) Trinh | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbcglobal.net |
| Kathleen P March<br>on behalf of Defendant Greyson Law Center PC | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbcglobal.net |
| Kathleen P March<br>on behalf of Defendant Han Trinh | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbcglobal.net |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     Page 6     **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| Kathleen P March<br>on behalf of Defendant Jayde Trinh | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbcglobal.net |
| Mark J Markus<br>on behalf of Creditor David Orr | bklawr@bklaw.com<br>markjmarkus@gmail.com<br>markus.markj.r112926@notify.bestcase.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com<br>rmarshack@iq7technology.com<br>ecf.alert+Marshack@titlexi.com |
| Laila Masud<br>on behalf of Interested Party Courtesy NEF | lmasud@marshackhays.com<br>lmasud@ecf.courtdrive.com<br>ecf.alert+Marshack@titlexi.com |
| Laila Masud<br>on behalf of Interested Party Courtesy NEF | lmasud@marshackhays.com<br>lmasud@ecf.courtdrive.com<br>ecf.alert+Marshack@titlexi.com |
| Laila Masud<br>on behalf of Interested Party Richard A. Marshack | lmasud@marshackhays.com<br>lmasud@ecf.courtdrive.com<br>ecf.alert+Marshack@titlexi.com |
| Laila Masud<br>on behalf of Plaintiff Richard Marshack | lmasud@marshackhays.com<br>lmasud@ecf.courtdrive.com<br>ecf.alert+Marshack@titlexi.com |
| Laila Masud<br>on behalf of Trustee Richard A. Marshack (TR) | lmasud@marshackhays.com<br>lmasud@ecf.courtdrive.com<br>ecf.alert+Marshack@titlexi.com |
| Sarah S. Mattingly<br>on behalf of Plaintiff Richard A Marshack, Chapter 11 Trustee | sarah.mattingly@dinsmore.com |
| Sarah S. Mattingly<br>on behalf of Plaintiff Richard A. Marshack | sarah.mattingly@dinsmore.com |
| Kenneth Misken<br>on behalf of U.S. Trustee United States Trustee (SA) | Kenneth.M.Misken@usdoj.gov |
| Byron Z Moldo<br>on behalf of Interested Party Byron Moldo | bmoldo@ecjlaw.com<br>amatsuoka@ecjlaw.com<br>dperez@ecjlaw.com |
| Glenn D. Moses<br>on behalf of Creditor ADP, Inc. | gmoses@venable.com<br>cascavone@venable.com<br>ipmalcolm@venable.com<br>jadelgado@venable.com |
| Alan I Nahmias<br>on behalf of Interested Party Courtesy NEF | anahmias@mbn.law<br>jdale@mbn.law |
| Victoria Newmark<br>on behalf of Interested Party Courtesy NEF | vnewmark@pszjlaw.com |
| Queenie K Ng<br>on behalf of U.S. Trustee United States Trustee (SA) | queenie.k.ng@usdoj.gov |
| Keith C Owens<br>on behalf of Creditor Committee of Unsecured Creditors | kowens@foxrothschild.com<br>khoang@foxrothschild.com |
| Lisa Patel<br>on behalf of Defendant OptimumBank Holdings, Inc. | lpatel@lesnickprince.com<br>jmack@lesnickprince.com<br>jnavarro@lesnickprince.com |
| Michael R Pinkston<br>on behalf of Creditor Wells Marble and Hurst, PLLC | rpinkston@seyfarth.com<br>jmcdermott@seyfarth.com<br>sfocalendar@seyfarth.com<br>5314522420@filings.docketbird.com<br>bankruptcydocket@seyfarth.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| Douglas A Plazak<br>on behalf of Defendant Scott James Eadie | dplazak@rhlaw.com |
| Daniel H. Reiss<br>on behalf of Defendant Eng Taing | dhr@lnbyg.com<br>dhr@ecf.inforuptcy.com |
| Daniel H. Reiss<br>on behalf of Defendant Touzi Capital, LLC | dhr@lnbyg.com<br>dhr@ecf.inforuptcy.com |
| Ronald N. Richards<br>on behalf of Defendant Consumer Legal Group, P.C. | ron@ronaldrichards.com<br>7206828420@filings.docketbird.com |
| Ronald N. Richards<br>on behalf of Interested Party Courtesy NEF | ron@ronaldrichards.com<br>7206828420@filings.docketbird.com |
| Kevin Alan Rogers<br>on behalf of Creditor Wells Marble and Hurst, PLLC | krogers@wellsmar.com |
| Gregory M Salvato<br>on behalf of Creditor Mari Agape | gsalvato@salvatoboufadel.com<br>calendar@salvatolawoffices.com<br>jboufadel@salvatoboufadel.com<br>gsalvato@ecf.inforuptcy.com |
| Gregory M Salvato<br>on behalf of Interested Party Courtesy NEF | gsalvato@salvatoboufadel.com<br>calendar@salvatolawoffices.com<br>jboufadel@salvatoboufadel.com<br>gsalvato@ecf.inforuptcy.com |
| Olivia Scott<br>on behalf of Creditor Azzure Capital LLC | olivia.scott3@bclplaw.com |
| Olivia Scott<br>on behalf of Creditor Hi Bar Capital LLC | olivia.scott3@bclplaw.com |
| Jonathan Serrano<br>on behalf of Plaintiff Richard A. Marshack | jonathan.serrano@dinsmore.com |
| Jonathan Serrano<br>on behalf of Trustee Richard A Marshack (TR) | jonathan.serrano@dinsmore.com |
| Maureen J Shanahan<br>on behalf of Creditor Randall Clark Attorney at Law PLLC | Mstotaro@aol.com |
| Paul R Shankman<br>on behalf of Attorney Paul R. Shankman | PShankman@fortislaw.com<br>info@fortislaw.com |
| Paul R Shankman<br>on behalf of Creditor United Partnerships, LLC | PShankman@fortislaw.com<br>info@fortislaw.com |
| Zev Shechtman<br>on behalf of Interested Party Danning Gill Israel & Krasnoff LLP | zs@DanningGill.com<br>danninggill@gmail.com<br>zshechtman@ecf.inforuptcy.com |
| Zev Shechtman<br>on behalf of Interested Party Morning Law Group, P.C. | zs@DanningGill.com<br>danninggill@gmail.com<br>zshechtman@ecf.inforuptcy.com |
| Leslie Skorheim<br>on behalf of U.S. Trustee United States Trustee (SA) | leslie.skorheim@usdoj.gov |
| Adam D. Stein-Sapir<br>on behalf of Creditor Pioneer Funding Group, LLC | info@pfllc.com |
| Howard Steinberg<br>on behalf of Defendant BankUnited, N.A | steinbergh@gtlaw.com<br>pearsallt@gtlaw.com<br>howard-steinberg-6096@ecf.pacerpro.com |
| Andrew Still<br>on behalf of Creditor Alteryx, Inc. | astill@swlaw.com<br>kcollins@swlaw.com |
| Andrew Still<br>on behalf of Interested Party Courtesy NEF | astill@swlaw.com<br>kcollins@swlaw.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| Michael R Totaro<br>on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC | Ocbkatty@aol.com |
| Michael R Totaro<br>on behalf of Interested Party Randall Baldwin Clark | Ocbkatty@aol.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Sharon Z. Weiss<br>on behalf of Creditor Azzure Capital LLC | sharon.weiss@bclplaw.com<br>raul.morales@bclplaw.com<br>REC_KM_ECF_SMO@bclplaw.com |
| Sharon Z. Weiss<br>on behalf of Creditor Hi Bar Capital LLC | sharon.weiss@bclplaw.com<br>raul.morales@bclplaw.com<br>REC_KM_ECF_SMO@bclplaw.com |
| Sharon Z. Weiss<br>on behalf of Defendant Azzure Capital LLC | sharon.weiss@bclplaw.com<br>raul.morales@bclplaw.com<br>REC_KM_ECF_SMO@bclplaw.com |
| Johnny White<br>on behalf of Creditor Debt Relief Group, LLC | JWhite@wrslawyers.com<br>jlee@wrslawyers.com |
| Johnny White<br>on behalf of Interested Party Courtesy NEF | JWhite@wrslawyers.com<br>jlee@wrslawyers.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     Page 9     **F 9013-3.1.PROOF.SERVICE**