D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>CHAPTER 7 TRUSTEE'S OMNIBUS STATUS REPORT RE: MOTIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIMS UNDER 11 U.S.C. §503(B)<br><br><u>Hearing Date</u><br>Date:  January 19, 2024<br>Time: 11:00 a.m..<br>Ctrm: 5C - ViaZoom |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY COURT

JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED

PARTIES:

  Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") for the bankruptcy

estate ("Estate") of The Litigation Practice Group P.C. ("Debtor"), files this omnibus status report

regarding the status of the approximate two dozen requests for allowance of administrative expense

claims under 11 U.S.C. §503(b) as well as Proofs of Claim that were not filed as Administrative

Claim Motions but nonetheless appear to seek administrative claims, as set forth below.

1

## 1. Omnibus Status Report

The tables below are organized by motions filed with hearing date of January 19, 2024, and then motions filed without a hearing date.

## 1. Motions with scheduled hearing date of January 19, 2024.

| Cal No. | Docket No. | Claimant | Trustee's Current Position |
|---|---|---|---|
|  | 645; 647 | Judith Skiba | Trustee intends to oppose this claim which seeks relief "for harm and compensation" for LPG defrauding her. But, the motion does not assert any required facts for allowance of an administrative claim under §503. Skiba's asserted claim is based on the amounts she herself owes to her various creditors. Because she alleges that she contracted with Phoenix and not Debtor, Trustee disputes any liability. Moreover, Trustee has been informed that Phoenix refunded the two payments made by Ms. Skiba totaling approximately $600. |
| 1[1] | 665 | ADP | Trustee needs to conduct further investigation to verify the validity and amount of any administrative claim. ADP's claim is based on a contract with Maverick (not LPG). |
| 2 | 671 | United Partnerships | Trustee needs to conduct further investigation to verify the validity and amount of any administrative claim. United Partnership (UP) alleges that it is a Colombia-based customer call center that allegedly provided post-petition |

---

[1] Calendar numbers reflect entries in Court's Tentative Ruling for January 19,2024, upload dated 12/20/23 08:31:34 AM

| Cal No. | Docket No. | Claimant | Trustee's Current Position |
|---|---|---|---|
| | | | services to LPG. Trustee needs to conduct discovery to determine if any services rendered were in fact for the benefit of LPG because Debtor fraudulently transferred its clients prior to bankruptcy and never conducted business during the Chapter 11. Moreover, the motion acknowledges that the services were in fact provided to Phoenix Law and Prime Logix (Dk. No. 671, pg. 3, lines 6-7). |
| 3 | 674 | Han Trinh | Trustee intends to oppose this claim in its entirety because the claimant is an insider whom Trustee is already suing in this bankruptcy case for avoidance, recovery, and preservation of fraudulent transfers (Dk. No. 93). Unless any avoided transfer is repaid, Trustee also contends that any allowed administrative claim would be subject to disallowance under 11 U.S.C. § 502(d). |
| 6 | 675 | Phuong (aka Jayde) Trinh | Trustee intends to oppose this claim in its entirety because the claimant is an insider whom Trustee is already suing in this bankruptcy case for avoidance, recovery, and preservation of fraudulent transfers (Dk. No. 93). Unless any avoided transfer is repaid, Trustee also contends that any allowed administrative claim would be subject to disallowance under 11 U.S.C. § 502(d). |

3

| Cal No. | Docket No. | Claimant | Trustee's Current Position |
|---|---|---|---|
| 4 | 676 | Greyson Law Center, PC | Trustee needs time to investigate and verify that Greyson Law Center's ("GLC's") claim does not contain any overlap or double billing with any of the other Admin Claimants who allege they worked for GLC. Trustee needs to verify that there multiple claims are not allowed for the identical services. Trustee also requires time to conduct discovery into the amount of any allowable claim. Trustee is informed that the fee structure and rates sought by Greyson differ markedly from Debtor's previous agreements with outside counsel. |
| 5 | 679 | Wells Marble and Hurst, PLLC | Trustee does not oppose allowance of administrative claims for attorneys that provided services to the consumer clients after Trustee avoided LPG's transfers to Phoenix up until the sale to Morning Law closed. Trustee also needs further evidence that any services rendered to consumers post-petition and prior to Trustee's recovery from Phoenix actually provided a benefit to LPG's estate. Trustee recovered the files but not the revenues Phoenix received from the consumer clients and the stipulation avoiding the transfers makes clear that the LPG estate is not liable for Phoenix's debts. |

| Cal No. | Docket No. | Claimant | Trustee's Current Position |
|---|---|---|---|
| 7 | 686 | SDCO Tustin Executive Center, Inc. | Trustee has exchanged communications with counsel for SDCO Tustin and expects to be able to reach an agreement regarding the amount of any allowed administrative claim. |
| 9 | 697 | David Orr, Esq. | After Trustee concludes his investigation and verification of the claim based on his post-petition legal services of Debtor's Florida clients, Trustee will make a determination of the allowable Admin Claim amount. Trustee also needs further evidence that any services rendered to consumers post-petition and prior to Trustee's recovery from Phoenix actually provided a benefit to LPG's estate. Trustee recovered the files but not the revenues Phoenix received from the consumer clients and the stipulation avoiding the transfers makes clear that the LPG estate is not liable for Phoenix's debts. Lastly, Trustee needs to assure that there is no double billing with Greyson Law Center or any other attorneys who have submitted Admin Claims. |
| 8 | 702 | Peter Schneider | After Trustee concludes his investigation and verification of the claim based on his post-petition legal services of Debtor's Florida clients, Trustee will make a determination of the allowable Admin Claim amount. Trustee also needs further evidence that any services |

5

|    |    |    |    |    |
|----|----|----|----|----|
|    |    |    |    | rendered to consumers post-petition and prior to Trustee's recovery from Phoenix actually provided a benefit to LPG's estate. Trustee recovered the files but not the revenues Phoenix received from the consumer clients and the stipulation avoiding the transfers makes clear that the LPG estate is not liable for Phoenix's debts. Lastly, Trustee needs to assure that there is no double billing with Greyson Law Center or any other attorneys who have submitted Admin Claims. |
| 12 | 706 |    | Amy Ginsburg, Kenton Cobb and Shannon Bellfield | After Trustee concludes his investigation and verification of the claim based on his post-petition legal services of Debtor's Florida clients, Trustee will make a determination of the allowable Admin Claim amount. Trustee also needs further evidence that any services rendered to consumers post-petition and prior to Trustee's recovery from Phoenix actually provided a benefit to LPG's estate. Trustee recovered the files but not the revenues Phoenix received from the consumer clients and the stipulation avoiding the transfers makes clear that the LPG estate is not liable for Phoenix's debts. Lastly, Trustee needs to assure that there is no double billing with Greyson Law Center or any other attorneys who have submitted Admin Claims. |

6

| | | | |
|---|---|---|---|
| 10 | 707; 717 | Randall Baldwin Clark, Attorney at Law, PLLC | After Trustee concludes his investigation and verification of the claim based on his post-petition legal services of Debtor's Florida clients, Trustee will make a determination of the allowable Admin Claim amount. Trustee also needs further evidence that any services rendered to consumers post-petition and prior to Trustee's recovery from Phoenix actually provided a benefit to LPG's estate. Trustee recovered the files but not the revenues Phoenix received from the consumer clients and the stipulation avoiding the transfers makes clear that the LPG estate is not liable for Phoenix's debts. Lastly, Trustee needs to assure that there is no double billing with Greyson Law Center or any other attorneys who have submitted Admin Claims. |
| 11 | 708 | Herret Credit Consultants | Trustee intends to investigate and verify this claim, including the assertion that Herret Credit Consultants ("Herret") worked on files of 65,000 of Debtor's clients. |
| 13 | 729 | Sharp Electronics Corporation | Trustee needs to investigate, verify, and confirm that the estate received actual benefit of services post-petition from Sharp Electronics before determining what portion of the $132,526.53 Admin Claim to not oppose. Trustee has exchanged numerous communications with counsel for the claimant |

7

| | | | |
|---|---|---|---|
| | | | and expects to reach a consensual resolution of the motion. |
| 14 | 750 | Alteryx | Trustee and counsel for Alteryx have exchanged numerous communications regarding the subject claim. The claim is based Alteryx having entered a sub-lease with Phoenix which was guaranteed by LPG. Trustee contends that LPG received no benefit from guaranteeing the debts of its fraudulent transferee (Phoenix). Moreover, LPG obtained a letter of credit in favor of Alteryx from JP Morgan Chase. Debtor pledged cash on deposit with JP Morgan Chase as collateral for the letter of credit. Post-petition, Alteryx drew down on the line of credit in an amount in excess of $400,000. JP Morgan Chase is now attempting to negotiate an agreement for relief from stay to repay itself from Debtor's cash. Trustee contends that LPG's pledge of cash to obtain the line of credit in favor of Alteryx is a fraudulent transfer. If the parties cannot negotiate a compromise, the various claims between the parties likely will need to be resolved via an adversary proceeding. |

## 2. Motions with no hearing date

| Docket No. | Date Filed | Claimant | Trustee's Current Position |
|---|---|---|---|
| 693 | 11/20/23 | Melina Beltran | Trustee intends to investigate and verify the amount of the alleged post-petition wage claim to assure LPG was the employer or that the services rendered provided benefit to LPG's estate. |
| 694 | 11/20/23 | Kimberly Torres | Trustee intends to investigate and verify the amount of the alleged post-petition wage claim to assure LPG was the employer or that the services rendered provided benefit to LPG's estate. |
| 695, amended by 727 | 11/20/23 (695) 11/28/23 (727) | Melissa Wilkes | After the Trustee concludes his investigation and verification of Melissa Wilkes' claim based on her post-petition legal services of Debtor's clients, Trustee will make a determination of the allowable Admin Claim amount. Trustee also needs further evidence that any services rendered to consumers post-petition and prior to Trustee's recovery from Phoenix actually provided a benefit to LPG's estate. Trustee recovered the files but not the revenues Phoenix received from the consumer clients and the stipulation avoiding the transfers makes clear that the LPG estate is not liable for Phoenix's debts. Trustee likewise needs to assure that there is no double billing with |

| | | | |
|---|---|---|---|
| | | | Greyson Law Center or any other attorneys who have submitted Admin Claims. Further, Trustee needs investigate why Melissa Wilkes amended her claim post Administrative Claim Bar Date, increasing the claim from $36,747.50 to $59,500.35 and verify that the amended amount is final and valid as it pertains to preservation of the estate. |
| 698 | 11/21/23 | R. Reed Pruyn | Trustee needs to meet and confer with R. Reed Pruyn since he did not actually assert an amount in his Admin Claim Motion. Trustee also needs further evidence that any services rendered to consumers post-petition and prior to Trustee's recovery from Phoenix actually provided a benefit to LPG's estate. Trustee recovered the files but not the revenues Phoenix received from the consumer clients and the stipulation avoiding the transfers makes clear that the LPG estate is not liable for Phoenix's debts. Lastly, Trustee needs to ensure that there is no double billing with Greyson Law Center. |
| 700 | 11/21/23 | Jorge E. Sanchez | Trustee intends to investigate and verify the amount of the alleged post-petition wage claim to assure LPG was the employer or that the services rendered provided benefit to LPG's estate. |

| | | | | |
|---|---|---|---|---|
| 701 | 11/21/23 | Jaslynn Sanchez | | Trustee intends to investigate and verify the amount of the alleged post-petition wage claim to assure LPG was the employer or that the services rendered provided benefit to LPG's estate. |
| UNFILED | | FTL 500 Corp. Larry Glick is the FTL 500 attorney (sometimes docket only has his name) | | This claim has been resolved with the Claimant. |
| UNFILED; Doc 412 is an order *allowing* an admin. claim | | Russell Squires | | This claim has been resolved and Trustee paid Russell Squires (Resolution Processing LLC) on 10/28/2023 through a surcharge on secured creditors pursuant to Court's order in Dk. No. 601 in the amount of $163,960.00 (check #1006) for Management fees and in the amount of $39,296.81 (check #1007) for Management Expenses. |
| UNFILED; Doc 522 is an order *allowing* an admin. claim | | River Tree, LLC | | Because this is already an allowed Admin Claim as per Court's order, there is no need for further briefing or resolution by the. Court. Trustee, however, cannot pay this or any other allowed administrative expense claim until he is in possession of unencumbered funds. All funds received to date are subject to multiple disputed liens. |
| UNFILED as an admin claim, but Claim 95-1 in | 6/30/23 in the claims register as Claim 95- | Olga Esquivel | | Trustee needs to verify and confirm Olga Esquivel's calculation of the $31,779.65 |

11

| | | | |
|---|---|---|---|
| the claims register appears to be a likely admin claim | 1 | | amount that she filed as a Proof of Claim but which appears to seek a §503 admin claim. Trustee further needs to confirm that any services provided benefitted LPG and not any of the fraudulent transferees. |
| UNFILED as an admin claim, but Claim 87-1 in the claims register appears to be a likely admin claim | 6/22/23 in the claims register as Claim 87-1 | Edwin Fitz | Trustee needs to verify and confirm Olga Esquivel's calculation of the $31,779.65 amount that she filed as a Proof of Claim but which appears to seek a §503 admin claim. Trustee further needs to confirm that any services provided benefitted LPG and not any of the fraudulent transferees. |
| UNFILED as an admin claim, but Claim 2180 in the claims register appears to be a likely admin claim | 12/4/23 | Brianne Puszai | Trustee needs to verify and confirm Olga Esquivel's calculation of the $31,779.65 amount that she filed as a Proof of Claim but which appears to seek a §503 admin claim. Trustee further needs to confirm that any services provided benefitted LPG and not any of the fraudulent transferees. |

DATED: January 5, 2024              MARSHACK HAYS WOOD LLP

By: /s/ D. Edward Hays
    D. EDWARD HAYS
    Attorneys for Chapter 11 Trustee,
    RICHARD A. MARSHACK

4860-0612-4954, v. 1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **CHAPTER 7 TRUSTEE'S OMNIBUS STATUS REPORT RE: MOTIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIMS UNDER 11 U.S.C. §503(B)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **D January 5, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **January 5, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR – MAIL REDIRECTED TO TRUSTEE**
THE LITIGATION PRACTICE GROUP P.C.
~~17542 17TH ST, SUITE 100~~
~~TUSTIN, CA 92780-1981~~

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 5, 2024 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **ATTORNEY FOR CREDITOR AFFIRMA, LLC and CREDITOR OXFORD KNOX, LLC:** Eric Bensamochan eric@eblawfirm.us, G63723@notify.cincompass.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Peter W Bowie peter.bowie@dinsmore.com, caron.burke@dinsmore.com
   - **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC.:** Ronald K Brown ron@rkbrownlaw.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Christopher Celentino christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
   - **INTERESTED PARTY COURTESY NEF:** Shawn M Christianson cmcintire@buchalter.com, schristianson@buchalter.com
   - **INTERESTED PARTY COURTESY NEF:** Randall Baldwin Clark rbc@randallbclark.com
   - **ATTORNEY FOR DEFENDANT LISA COHEN and DEFENDANT ROSA BIANCA LOLI:** Leslie A Cohen leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com; clare@lesliecohenlaw.com
   - **INTERESTED PARTY COURTESY NEF:** Aaron E. DE Leest adeleest@DanningGill.com, danninggill@gmail.com; adeleest@ecf.inforuptcy.com
   - **ATTORNEY FOR INTERESTED PARTY NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEYS and INTERESTED PARTY NATIONAL CONSUMER BANKRUPTCY RIGHTS CENTER:** Jenny L Doling jd@jdl.law, dolingjr92080@notify.bestcase.com; 15994@notices.nextchapterbk.com; jdoling@jubileebk.net
   - **ATTORNEY FOR CREDITOR CAROLYN BEECH:** Daniel A Edelman dedelman@edcombs.com, courtecl@edcombs.com
   - **ATTORNEY FOR CREDITOR VALIDATION PARTNERS LLC:** William P Fennell william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com; wpf@ecf.courtdrive.com; hala.hammi@fennelllaw.com; naomi.cwalinski@fennelllaw.com; samantha.larimer@fennelllaw.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jeremy Freedman**     jeremy.freedman@dinsmore.com
   - **ATTORNEY FOR CREDITOR HERRET CREDIT:** Eric Gassman erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Christopher Ghio christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com; angelica.urena@dinsmore.com; deamira.romo@dinsmore.com
   - **ATTORNEY FOR CREDITOR AMY GINSBURG; CREDITOR KENTON COBB; and CREDITOR SHANNON BELLFIELD:** Amy Lynn Ginsburg efilings@ginsburglawgroup.com
   - **ATTORNEY FOR DEFENDANT STRIPE, INC.:** Eric D Goldberg eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
   - **ATTORNEY FOR CREDITOR AFFIRMA, LLC; CREDITOR ANAHEIM ARENA MANAGEMENT, LLC; CREDITOR ANAHEIM DUCKS HOCKEY CLUB, LLC; and CREDITOR OXFORD KNOX, LLC:** Jeffrey I Golden jgolden@go2.law, kadele@ecf.courtdrive.com; cbmeeker@gmail.com; lbracken@wgllp.com; dfitzgerald@go2.law; golden.jeffreyi.b117954@notify.bestcase.com
   - **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC:** Richard H Golubow rgolubow@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
   - **ATTORNEY FOR CREDITOR UNITED PARTNERSHIPS, LLC:** David M Goodrich dgoodrich@go2.law, kadele@go2.law; dfitzgerald@go2.law; wggllp@ecf.courtdrive.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR CITY CAPITAL NY:** Alan Craig Hochheiser ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
   - **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC:** Garrick A Hollander ghollander@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
   - **ATTORNEY FOR CREDITOR SHARP ELECTRONICS CORPORATION:** Brian L Holman b.holman@musickpeeler.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                                         **F 9013-3.1.PROOF.SERVICE**

- **INTERESTED PARTY COURTESY NEF:** Richard L. Hyde richard@amintalati.com
- **ATTORNEY FOR INTERESTED PARTY MERCHANTS CREDIT CORPORATION:** Peter L Isola pisola@hinshawlaw.com, lnystrom@hinshawlaw.com
- **ATTORNEY FOR CREDITOR, PLAINTIFF, and COUNTER-DEFENDANT OHP-CDR, LP and PLAINTIFF and COUNTER-DEFENDANT PURCHASECO 80, LLC:** Razmig Izakelian razmigizakelian@quinnemanuel.com
- **ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP P.C.:** Joon M Khang joon@khanglaw.com
- **ATTORNEY FOR INTERESTED PARTY AD HOC CONSUMER CLAIMANTS COMMITTEE:** Ira David Kharasch ikharasch@pszjlaw.com
- **ATTORNEY FOR DEFENDANT GALLANT LAW GROUP:** Meredith King mking@fsl.law, ssanchez@fsl.law; jwilson@fsl.law
- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS:** Nicholas A Koffroth nkoffroth@foxrothschild.com, khoang@foxrothschild.com
- **ATTORNEY FOR DEFENDANT MARICH BEIN, LLC:** David S Kupetz David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **INTERESTED PARTY COURTESY NEF:** Christopher J Langley chris@slclawoffice.com, omar@slclawoffice.com; langleycr75251@notify.bestcase.com; ecf123@casedriver.com
- **ATTORNEY DEFENDANT OPTIMUMBANK HOLDINGS, INC.:** Matthew A Lesnick matt@lesnickprince.com, matt@ecf.inforuptcy.com; jmack@lesnickprince.com
- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, P.C.; DEFENDANT LGS HOLDCO, LLC; INTERESTED PARTY CONSUMER LEGAL GROUP, P.C.; and INTERESTED PARTY LIBERTY ACQUISITIONS GROUP INC:** Daniel A Lev daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com; dlev@ecf.courtdrive.com
- **ATTORNEY FOR INTERESTED PARTY REVOLV3, INC.:** Britteny Leyva bleyva@mayerbrown.com, 2396393420@filings.docketbird.com; KAWhite@mayerbrown.com; ladocket@mayerbrown.com
- **ATTORNEY FOR CREDITOR PHILLIP A GREENBLATT, PLLC:** Michael D Lieberman mlieberman@lipsonneilson.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Yosina M Lissebeck Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- **ATTORNEY FOR CREDITOR FUNDURA CAPITAL GROUP:** Mitchell B Ludwig mbl@kpclegal.com, kad@kpclegal.com
- **ATTORNEY FOR DEFENDANT DANIEL S MARCH:** Daniel S March marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **ATTORNEY FOR CREDITOR and DEFENDANT GREYSON LAW CENTER PC, CREDITOR and DEFENDANT HAN TRINH; and CREDITOR and DEFENDANT PHUONG (JAYDE) TRINH:** Kathleen P March kmarch@bkylawfirm.com, kmarch3@sbcglobal.net, kmarch@sbcglobal.net
- **ATTORNEY FOR CREDITOR DAVID ORR:** Mark J Markus bklawr@bklaw.com, markjmarkus@gmail.com; markus.markj.r112926@notify.bestcase.com
- **CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Sarah S Mattingly sarah.mattingly@dinsmore.com
- **ATTORNEY FOR US TRUSTEE:** Kenneth Misken Kenneth.M.Misken@usdoj.gov
- **INTERESTED PARTY COURTESY NEF:** Byron Z Moldo bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com, dperez@ecjlaw.com
- **ATTORNEY FOR CREDITOR ADP, INC:** Glenn D Moses gmoses@venable.com, cascavone@venable.com; ipmalcolm@venable.com; jadelgado@venable.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jamie D Mottola**   Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com
- **INTERESTED PARTY COURTESY NEF:** Alan I Nahmias anahmias@mbn.law, jdale@mbnlawyers.com
- **INTERESTED PARTY COURTESY NEF:** Victoria Newmark vnewmark@pszjlaw.com
- **ATTORNEY FOR US TRUSTEE:** Queenie K Ng queenie.k.ng@usdoj.gov
- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS:** Keith C Owens kowens@foxrothschild.com, khoang@foxrothschild.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                **F 9013-3.1.PROOF.SERVICE**

- **ATTORNEY FOR DEFENDANT OPTIMUMBANK HOLDINGS, INC.:** Lisa Patel lpatel@lesnickprince.com, jmack@lesnickprince.com; jnavarro@lesnickprince.com
- **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC:** Michael R Pinkston rpinkston@seyfarth.com, jmcdermott@seyfarth.com, sfocalendar@seyfarth.com, 5314522420@filings.docketbird.com, bankruptcydocket@seyfarth.com
- **ATTORNEY FOR DEFENDANT SCOTT JAMES EADIE:** Douglas A Plazak dplazak@rhlaw.com
- **ATTORNEY FOR DEFENDANT TOUZI CAPITAL, LLC and DEFENDANT ENG TAING:** Daniel H Reiss dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, PC:** Ronald N Richards ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC:** Kevin Alan Rogers krogers@wellsmar.com
- **ATTORNEY FOR CREDITOR MARI AGAPE:** Gregory M Salvato gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com; jboufadel@salvatoboufadel.com; gsalvato@ecf.inforuptcy.com
- **ATTORNEY FOR CREDITOR AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC:** Olivia Scott olivia.scott3@bclplaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Jonathan Serrano jonathan.serrano@dinsmore.com
- **ATTORNEY FOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC:** Maureen J Shanahan Mstotaro@aol.com
- **ATTORNEY FOR CREDITORS UNITED PARTNERSHIPS, LLC and MNS FUNDING LLC:** Paul R Shankman PShankman@fortislaw.com, info@fortislaw.com
- **ATTORNEY FOR INTERESTED PARTY MORNING LAW GROUP, PC:** Zev Shechtman zs@DanningGill.com, danninggill@gmail.com; zshechtman@ecf.inforuptcy.com
- **ATTORNEY FOR US TRUSTEE:** Leslie Skorheim leslie.skorheim@usdoj.gov
- **ATTORNEY FOR CREDITOR PIONEER FUNDING GROUP, LLC:** Adam D Stein-Sapir info@pfllc.com
- **ATTORNEY FOR DEFENDANT BANKUNITED, N.A.:** Howard Steinberg steinbergh@gtlaw.com, pearsallt@gtlaw.com; NEF-BK@gtlaw.com; howard-steinberg-6096@ecf.pacerpro.com
- **ATTORNEY FOR CREDITOR ALTERYX, INC.:** Andrew Still astill@swlaw.com, kcollins@swlaw.com
- **ATTORNEY FOR CREDITOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC and INTERESTED PARTY RANDALL BALDWIN CLARK:** Michael R Totaro Ocbkatty@aol.com
- **US TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR CREDITOR and DEFENDANT AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC:** Sharon Z. Weiss sharon.weiss@bclplaw.com, raul.morales@bclplaw.com, REC_KM_ECF_SMO@bclplaw.com
- **ATTORNEY FOR CREDITOR DEBT RELIEF GROUP, LLC:** Johnny White JWhite@wrslawyers.com, jlee@wrslawyers.com

## 2. SERVED BY UNITED STATES MAIL:

| ADMIN CLAIMANT INTERESTED PARTY | INTERESTED PARTY | CREDITOR / POC ADDRESS |
|---|---|---|
| ADP<br>C/O CHRISTINA IATROU, ESQ.<br>71 HANOVER ROAD<br>FLORHAM PARK, NJ 07932 | ALTERYX<br>C/O JEFFREY M. SINGLETARY, COUNSEL<br>600 ANTON BLVD, SUITE 1400<br>COSTA MESA, CA 92626 | BRIANNE PUSZTAI<br>27784 INVERNESS<br>MISSION VIEJO, CA 92692 |
| **CREDITOR / POC ADDRESS** | **INTERESTED PARTY** | **INTERESTED PARTY** |
| EDWIN VALDIVIA FITZ<br>666 W 18TH ST, APT 9<br>COSTA MESA, CA 92627 | JASLYNN SANCHEZ<br>2960 E. JACKSON AVE., #R056<br>ANAHEIM, CA 92806 | JORGE E. SANCHEZ<br>2550 E. WARD TERRACE, APT. 63<br>ANAHEIM, CA 92806 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              F 9013-3.1.PROOF.SERVICE

| **CREDITOR / POC ADDRESS**<br>JUDITH SKIBA<br>PO BOX 1016<br>PASCAGOULA, MS 39568 | **INTERESTED PARTY**<br>KIMBERLY TORRES<br>1177 W. CHATEAU AVE<br>ANAHEIM, CA 92802 | **INTERESTED PARTY**<br>MELINA BELTRAN<br>22700 LAKE FOREST DR., APT 131<br>LAKE FOREST, CA 92630 |
|---|---|---|
| **INTERESTED PARTY**<br>MELISSA A. WILKES, ESQ.<br>8888 KEYSTONE CROSSING PWKY, STE. 300<br>INDIANAPOLIS, IN 46240 | **CREDITOR / POC ADDRESS**<br>OLGA LUCIA ESQUIVEL<br>25526 MAIER CIRCLE<br>MENIFEE, CA 92586 | **INTERESTED PARTY**<br>PETER SCHNEIDER<br>10900 NE 4TH ST, STE. 2300<br>BELLEVUE, WA 98004 |
| **INTERESTED PARTY**<br>R. REED PRUYN<br>276 S. 1000 E.<br>SALT LAKE CITY, UT 84102 | **INTERESTED PARTY**<br>WELLS MARBLE AND HURST, PLLC<br>ATTN: KEVIN A. ROGERS<br>300 CONCOURSE BLVD, SUITE 200<br>RIDGELAND, MS 39157 | |

4857-9621-5962

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**