D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**JAN 08 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte    DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 7<br><br>ORDER GRANTING TRUSTEE'S OMNIBUS MOTION FOR ORDER CONTINUING HEARINGS ON THE MOTIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. §503(B<br><br>**[LBR 9013-1(m)]** |

Having considered Trustee's motion, filed on January 5, 2024, as Docket 816, for an order limiting the initial January 19, 2024, hearings to status conferences and to continue the hearings with regard to the merits of the various motions for allowance of administrative claims, the Court enters its order as follows:

IT IS ORDERED:

1. The Motion is granted, in part, as set forth herein.

2. The initial hearings on all matters are continued to February 29, 2024, at 11:00 a.m. and will be treated as status conferences. The continuance will permit the parties to continue the voluntary exchange of documents for the purposes of analyzing claims and defenses. A status report is due 14 days in advance. At Trustee's discretion, Trustee may file an omnibus unilateral, or a joint,

1

report; the report(s), however, must address each claim, and the parties' anticipated amount of time necessary for discovery and briefing.

   3.  The following motions and requests are subject to this Order:

     a.  Docket No. 647, filed by Judith Skiba;

     b.  Docket No. 665, filed by ADP;

     c.  Docket No. 671, filed by United Partnerships;

     d.  Docket No. 674, filed by Han Trinh;

     e.  Docket No. 675, filed by Phuong (aka Jayde) Trinh;

     f.  Docket No. 676, filed by Greyson Law Center, PC;

     g.  Docket No. 679, filed by Wells Marlbe and Hurst, PLLC;

     h.  Docket No. 686, filed by SDCO Tustin Executive Center, Inc.;

     i.  Docket No. 693, filed by Melina Beltran;

     j.  Docket No. 694, filed by Kimberly Torres;

     k.  Docket No. 695 (amended by 727), filed by Melissa Wilkes;

     l.  Docket No. 697, filed by David Orr, Esq.;

     m.  Docket No. 698, filed by R. Reed Pruyn;

     n.  Docket No. 700, filed by Jorge E. Sanchez;

     o.  Docket No. 701, filed by Jaslynn Sanchez;

     p.  Docket No. 702, filed by Peter Schneider;

///

| | | |
|---|---|---|
| q. | Docket No. 706, filed by Amy Ginsburg, Kenton Cobb and Shannon Bellfield; |
| r. | Docket No. 707, filed by Randall Baldwin Clark, Attorney at Law, PLLC; |
| s. | Docket No. 708, filed by Herret Credit Consultants; |
| t. | Docket No. 729, filed by Sharp Electronics Corporation; and |
| u. | Docket No. 750, filed by Alteryx. |

###

Date: January 8, 2024

Scott C. Clarkson
United States Bankruptcy Judge