Creditor, Judith Skiba, Pro-Se
P.O. Box 1016
Pascagoula, Ms. 39568
(228) 369-2070
skibajudith@yahoo.com

Case No. 8:23-bk-10571-SC
Chapter 11

THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA- SANTA ANA DIVISION

RE: Litgation Practice Group

**Amending Ms. Skiba's
Order for Relief**

TO THE HONORABLE SCOTT CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE'S OFFICE, AND ALL INTERESTED PARTIES:

In pursuant to rule 7015 of the local bankruptcy rules, Creditor Judith Skiba has amended her Order for Relief with adding to the Exhibits. Ms. Skiba has added an Email from the City of Irvine showing that Phoenix Law previously Litigation Practice Group had no ***business license*** to be operating. They were taking client's money from their bank account and was not even in a legal standing to do it.

Dated January 9, 2024

*Judith Skiba*

Judith Skiba
P.O. Box 1016
Pascagoula, Ms. 39568
(228) 369-2070
skibajudith@yahoo.com

## Certificate of Service

I hereby certify that on the 9th day of January, a copy of *Amending Ms. Skiba's Order for Relief,* was filed in the dropbox of the California Bankruptcy Court for the Central Division. A copy was also mailed to 411 West Fourth St. Santa Ana, Calif. 92701. Also a copy was mailed to Ed Hays United States Trustee.

℅ Dinsmore and Shoh, LLC
  655 Broadway Suite 800
  San Diego, California 92101

Dated January 9, 2024
*Judith Skiba*

Sent By Email;
christopher.ghio@dinsmore.com
Ehay@marshackhays.com

4:24    📶 31%

←    **RE: Business license for Phoenix ...**


Dear Business office, I am trying to get a email letter stating that a company
View message


**Business License & Me**
Expand all messages


**Business License**
to Me & 1 more
Nov 9, 11:24 AM

Hello Judith,

I tried to call you a few days ago and left a message. Unfortunately we do not necessarily draft a letter stating that. You can use this email to state that the business Phoenix Law at the address of 3347 Michaelson Dr. #400 Irvine, Ca. is not found in our system.

**Michelle Park | Permit Specialist**

**CITY OF IRVINE-COMMUNITY DEVELOPMENT**

949-724-7128

mpark@cityofirvine.org

