MEREDITH FAHN
1702-L Meridian Ave. #151
San Jose, CA  95125
Tel. (408)947-1512
fahn@sbcglobal.net

    Self-represented Creditor in Pro Se

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re: | No.  8:23-bk-10571-SC |
| The Litigation Practice Group P.C., | Chapter 11 |
| Debtor. | ***AMENDED PROOF OF SERVICE*** **OF OBJECTION AND OPPOSITION TO MOTION FOR ORDER REJECTING CONSUMER CONTRACTS** |
| | **Date:  January 31, 2024** **Time: 1:30 pm PST** **Location:  Courtroom 5C, 411 West Fourth St., Santa Ana, CA  92701** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (*specify*): _____
OBJECTION AND OPPOSITION TO MOTION FOR ORDER REJECTING CONSUMER CONTRACTS
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/17/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

The Trustee, counsel for the Trustee, and counsel for the Debtor, all through ECF system.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 01/17/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott Clarkson
U.S. Bankruptcy Court, Santa Ana Division - Ronald Reagan Federal Building
411 W. 4th Street - Suite 5130
Santa Ana, CA  92701

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 01/17/2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/17/2024 | Meredith Fahn | /s/Meredith Fahn |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                             F 9013-3.1.PROOF.SERVICE

Served via email, from my regular email address of record, Fahn@sbcglobal.net, to the parties and counsel at their email addresses listed below:

kowens@roxrothschild.com

nkoffroth@foxrothschild.com

zshechtman@danninggil.com

jarmstrong@invictusadvisors.com

nancy.rapoport@unlv.edu

kenneth.m.misken@usdoj.gov

Richard A. Marshack, Chapter 11 Trustee
marshacktrustee@marshackhays.com
documents+marshack@txitrustee.com

Christopher B. Ghio christopher.ghio@dinsmore.com
Christopher Celentino christopher.celentino@dinsmore.com
Yosina M. Lissebeck yosina.lissebeck@dinsmore.com
DINSMORE & SHOHL LLP
Special Counsel to Richard A. Marshack, Chapter 11 Trustee