Creditor, Judith Skiba, Pro-Se
P.O. Box 1016
Pascagoula, Ms. 39568
(228) 369-2070                                                                                    Case No. 8:23-bk-10571-SC
skibajudith@yahoo.com                                                                  Chapter 11

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA-SANTA ANA DIVISION

RE:
 Litigation Practice Group/                                           **Permission to change**
**hearing**
     Phoenix Law                                                            **date of February 29, 2024**
**for**
                                                                                        **Administration Claims**

    TO THE HONORABLE SCOTT CLARKSON, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES TRUSTEE'S OFFICE, AND ALL INTERESTED PARTIES,

    In pursuant to rule 9013-1 (d) of local bankruptcy rules, Creditor, Judith Skiba pleads with the Court for permission to change her hearing date only for herself. Ms. Skiba will be conducting a zoom hearing and on the date of Feburary 29, 2024, this date is only for "in person" only.  Ms. Skiba is asking for January 31, 2024 or February 7,2024 for zoom hearing.

    Second, Ms. Skiba feels that Mr Marshack's office had from November 22, 2023 to January 15,2024 to conduct conferences with clients. This was two months to conduct these conferences. Ms. Skiba is well aware that this is one of the biggest bankruiptcy cases and alot of persons are involved, it is well understood that this is an intense case. Two months would have put a dent in the timing.

    Conclusion:

        Ms. Skiba pleads for a change in the date for herself so there wont be any problems in the zoom hearing.

Dated January 18, 2024                        *Judith Skiba*

Certificate of Service

I hereby certify that on the 18th daiy of January, a copy of *permission to change hearing date of February 29, 2024* was filed in the dropbox of the California Bankruptcy Court for the Central Division. A copy was mailed to 411 West Fourth St. Santa Ana, Calif. 92701. Also, a copy was mailed to Ed Hays United States Trustee.

℅ Dinsmore and Shoh, LLC

    655 Broadway Suite 800                     Dated January 18. 2024

    San Diego, California 92101                *Judith Skiba*

Sent by Email:
christopher.ghio@dinsmore.com

Ehays@marshackhays.com