**Form 2**

**Cash Receipts and Disbursements Record**

Page: 1

| | |   | | |   |   |
|---|---|---|---|---|---|---|
| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee | | |
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | WELLS FARGO BANK | | |
| | | | **Account:** | ******9879 - DIP Account | | |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | $0.00 (per case limit) | | |
| **Period:** | 12/01/23 - 12/31/23 | | **Separate Bond:** | N/A | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | 6,095.42 | 6,095.42 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,095.42 | 6,095.42 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,095.42** | **$6,095.42** | |

# Form 2
## Cash Receipts and Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee | |
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | WELLS FARGO BANK | |
| | | **Account:** | ******9887 - DIP Account | |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | $0.00 (per case limit) | |
| **Period:** | 12/01/23 - 12/31/23 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | **50.00** | **50.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **50.00** | **50.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$50.00** | **$50.00** | |

**Form 2**
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | WELLS FARGO BANK |
| | | **Account:** | ******9895 - DIP Account |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | $0.00 (per case limit) |
| **Period:** | 12/01/23 - 12/31/23 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **50.00** | **50.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **50.00** | **50.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$50.00** | **$50.00** | |

# Form 2
## Cash Receipts and Disbursements Record

| | |   | | |
|---|---|---|---|---|
| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | Flagstar Bank, N.A. |
| | | | **Account:** | ******9960 - Checking |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | $0.00 (per case limit) |
| **Period:** | 12/01/23 - 12/31/23 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS**        | | **11,795,798.17** | **11,782,126.51** | **$13,671.66** |
| | | | Less: Bank Transfers       | | 1,459,748.79       | 11,462,866.48       |                 |
| | | | **Subtotal**               | | **10,336,049.38** | **319,260.03**      |                 |
| | | | Less: Payment to Debtors   | |                    | 0.00                 |                 |
| | | | **NET Receipts / Disbursements** | | **$10,336,049.38** | **$319,260.03** |                 |

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | Flagstar Bank, N.A. |
| | | **Account:** | ******2953 - ACH Segregated no fee account |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | $0.00 (per case limit) |
| **Period:** | 12/01/23 - 12/31/23 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | **6,250,466.48** | **6,202,000.00** | **$48,466.48** |
| | | | Less: Bank Transfers | | 6,250,466.48 | 6,202,000.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | Flagstar Bank, N.A. |
| | | | **Account:** | ******4611 - Payroll and Operating Account |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | $0.00 (per case limit) |
| **Period:** | 12/01/23 - 12/31/23 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/05/23 | 200458 | Bicher & Associates | November 2023 - 80% of agent fees per order 6/29/23 | 6700-000 | | 396.00 | 9,371.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 2,618,436.02 | 2,609,064.82 | $9,371.20 |
| | | | Less: Bank Transfers | | 312,100.00 | 1,675,691.98 | |
| | | | **Subtotal** | | 2,306,336.02 | 933,372.84 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,306,336.02** | **$933,372.84** | |

# Form 2
## Cash Receipts and Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | Flagstar Bank, N.A. |
| | | | **Account:** | ******4344 - Payroll Tax |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | $0.00 (per case limit) |
| **Period:** | 12/01/23 - 12/31/23 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | | | | | |
|---|---|---|---|---|---|
| | | **ACCOUNT TOTALS** | | **421,500.00** | **413,135.67** | **$8,364.33** |
| | | Less: Bank Transfers | | 421,500.00 | 0.00 | |
| | | **Subtotal** | | **0.00** | **413,135.67** | |
| | | Less: Payment to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | **$0.00** | **$413,135.67** | |

# Form 2
## Cash Receipts and Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | Flagstar Bank, N.A. |
| | | **Account:** | ******3526 - Sale proceeds both bidders |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | $0.00 (per case limit) |
| **Period:** | 12/01/23 - 12/31/23 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | **1,249,963.98** | **1,249,963.98** | **$0.00** |
| | | | Less: Bank Transfers | | 1,249,963.98 | 1,249,963.98 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Case 8:23-bk-10571-SC    Doc 857-2    Filed 01/19/24    Entered 01/19/24 12:42:31    Desc
Form 2    Page 9 of 10

# Form 2
## Cash Receipts and Disbursements Record

Page: 9

| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | Fidelity |
| | | **Account:** | ******7725 - T-Bill Account |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | $0.00 (per case limit) |
| **Period:** | 12/01/23 - 12/31/23 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/31/23 | | Flagstar Advisors | income plus accrued interest plus/minus market fluctuation during calendar month (the T-bills were purchased mid-month) | 1270-000 | 29,482.27 | | 6,284,667.29 |
| | | | **ACCOUNT TOTALS** | | 6,284,667.29 | 0.00 | $6,284,667.29 |
| | | | Less: Bank Transfers | | 6,200,000.00 | 0.00 | |
| | | | **Subtotal** | | 84,667.29 | 0.00 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$84,667.29** | **$0.00** | |

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | Flagstar Bank, N.A. |
| | | | **Account:** | ******8404 - Money Market Account |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | $0.00 (per case limit) |
| **Period:** | 12/01/23 - 12/31/23 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/29/23 | | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 199.47 | | 4,697,242.53 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 4,900,499.34 | 203,256.81 | $4,697,242.53 |
| Less: Bank Transfers | | 4,900,000.00 | 203,256.81 | |
| **Subtotal** | | 499.34 | 0.00 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$499.34** | **$0.00** | |

| | | |
|---|---|---|
| Net Receipts: | $12,733,747.45 |
| Plus Gross Adjustments: | 0.34 |
| Net Estate: | $12,733,747.79 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2953** | 0.00 | 0.00 | 48,466.48 |
| **Checking # ******3526** | 0.00 | 0.00 | 0.00 |
| **Checking # ******4344** | 0.00 | 413,135.67 | 8,364.33 |
| **Checking # ******4611** | 2,306,336.02 | 933,372.84 | 9,371.20 |
| **Checking # ******7725** | 84,667.29 | 0.00 | 6,284,667.29 |
| **Checking # ******8404** | 499.34 | 0.00 | 4,697,242.53 |
| **Checking # ******9879** | 6,095.42 | 6,095.42 | 0.00 |
| **Checking # ******9887** | 50.00 | 50.00 | 0.00 |
| **Checking # ******9895** | 50.00 | 50.00 | 0.00 |
| **Checking # ******9960** | 10,336,049.38 | 319,260.03 | 13,671.66 |
| | $12,733,747.45 | $1,671,963.96 | $11,061,783.49 |