D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

General Counsel for Chapter 11 Trustee
RICHARD A. MARSHACK

Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
Yosina M. Lissebeck (State Bar No. 201654)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501
Christopher.ghio@dinsmore.com
Christopher.celentino@dinsmore.com
Yosina.Lissebeck@dinsmore.com

Special Counsel to Richard A. Marshack,
Chapter 11 Trustee for the Bankruptcy Estate
of The Litigation Practice Goup P.C.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>CHAPTER 11 TRUSTEE'S STATUS REPORT<br><br>Date:    February 7, 2024<br>Time:    1:30 p.m.<br>Ctrm:    Courtroom 5C – Virtual[1]<br>            411 West Fourth Street<br>            Santa Ana, CA 92701 |

---

[1] This hearing date is designated Zoom Only, pursuant to Judge Clarkson's self-calendaring procedures. Video and audio connection information for each hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC.

1

TRUSTEE'S STATUS REPORT

4863-3467-2799

TO THE HONORABLE JUDGE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY COURT JUDGE AND ALL INTERESTED PARTIES:

Richard A. Marshack, in his capacity as the Chapter 11 Trustee ("Trustee") of the bankruptcy estate ("Estate") of The Litigation Practice Group P.C. ("Debtor/LPG"), respectfully submits this status report ("Status Report") in compliance with the Court's Order entered on December 18, 2023 [Docket #774]. In that Order, the Court specifically asked for information related to secured parties and other parties asserting an interest in property of the estate. A summary of those matters is provided herein, with the specific information related to the secured creditors attached as Exhibit A.

1. **Secured Parties:** Upon filing its bankruptcy case, LPG did not disclose all of its secured creditors. Trustee did the required investigation to determine those entities that had recorded UCC1 Secured Financing Statements. Trustee and his counsel attempted to correspond with all lienholders, obtained 2004 subpoenas for documents, and analyzed LPG bank records and agreements. Trustee and his counsel organized the secured creditors into two categories: 1) those that had documents to support its claims and filed liens, but who Trustee still believed had issues related to those documents and liens; and 2) those that did not have documents to support their claim and filed liens.

An adversary proceeding for declaratory relief to determine validity, priority, and extent of the various competing liens, along with other claims for relief related to those entities will be brought as to those in category 1 against the following: Bridge Funding (Fundura); Azzure; MNS Funding; Marich Bein (reservation of rights); OHP (consolidate with existing adversary proceeding); PECC (reservation of rights); ProofPositive; Venture Partners; and the MCDVF various entities). Trustee intends to file this adversary proceeding prior to the February 7, 2024, status conference.

As to the category 2 parties, Trustee found no evidence that claims existed at the time the bankruptcy was filed (notwithstanding that UCC-1 financing statements remained of record). Trustee requested that these potential secured parties file termination statements. Some agreed, some requested that Trustee file termination statements, and some did not respond. Thus, Trustee sent these parties a letter required under Uniform Commercial Code Section 9-315 stating that Trustee would terminate the lien if they failed to respond. Trustee will now be filing a Motion pursuant Rule

3012 of the Federal Rules of Bankruptcy Procedure, seeking an order valuing these claims at zero, and authorizing Trustee to file the termination statements (because you can't have a lien without a claim). The category 2 parties are: Everyday Funding Group; Green Fund; World Global Fund; MCA Capital Holdings; Stratcap Management; Cobalt (said they would release copy requested); Cloudfund (released); BMF (agreed that there is no lien; requested termination statement); Kevlar (released); and Franklin Capital (released).

The remaining secured party, City Capital, has agreed that it has no lien and is entering into a settlement agreement with Trustee. Trustee will draft the settlement and a 9019 Motion to approve that agreement.

Attached as Exhibit A is the information requested by the Court in its Order related to these entities.

2.  **Marketing/Affiliate Entities:**

The Court also asked for information related to any party claiming an interest in property of the estate. As the Court knows, Trustee is pursuing adversary complaints against the Marketing/Affiliate entities. Trustee has identified over 300 of these entities. Some of these entities claim that they purchased "receivables," which would be an interest in property of the estate. Trustee disputes the legality of these transactions and disputes that these parties purchased receivables. The Court can review the complaint styled *Richard A. Marshack, Chapter 11 Trustee, vs. JGW Solutions, LLC*; Adversary Case 8:23-ap–01148-SC, filed on December 18, 2023, for a review of the claims for relief being pursued.

//
//
//
//
//
//

Trustee is investigating these entities, reviewing bank information, agreements, and upon having the necessary support for the allegations, Trustee will file adversary proceedings against them. These entities do not appear to assert that they are secured parties.

DATED: January 19, 2024

DINSMORE & SHOHL LLP

Special Counsel for Chapter 11 Trustee
RICHARD A. MARSHACK

AND

MARSHACK HAYS LLP

By: */s/ D. Edward Hays*
D. EDWARD HAYS
LAILA MASUD
General Counsel for Chapter 11 Trustee
RICHARD A. MARSHACK

EXHIBIT "A"

| Creditor with Filed UCC in Order of Filing | Filing Date of Purported Security Interest | Status for Report to Court | POC Info | Attorney Name | Notes | State of Formation and Registered Agent | Additional Address information |
|---|---|---|---|---|---|---|---|
| Fundura | 5/19/2021 | Litigation - Complaint for declaratory relief & additional claims to be filed week of January 22nd | POC No. 335 for $2.3M+ | Berkovitch & Bouskila PLLC c/o Ariel Bouskila 1545 Route 202, Suite 101 Pomona, NY 10970 | UCC is listed as released; right to file UCC was waived. Settlement is possible | New York - Domestic Limited Liability Company Bridge Funding Cap LLC No Registered Agent but NY SOS to mail copy of any process to: Bridge Funding Cap LLC 538 13th Avenue, Suite 324 Brooklyn, New York 11219 | Fundura Capital Group 80 Broad Street Suite 3303 New York, NY 10004 |
| Azzure | 5/28/2021 | Assigned UCC filed on 5/28/21; settlement failed. Litigation - Complaint for declaratory relief & additional claims to be filed week of January 22nd | POC No. 127 for $5M+ | Bryan Cave Leighton Paisner LLP c/o Sharon Weiss 120 Broadway Ste 300 Santa Monica CA 90401 | Settlement is possible | New York - Domestic Limited Liability Company Azzure Capital LLC Registered Agent: The LLC 1820 Avenue M, Suite #695 Brooklyn, New York 11230 | |
| MNS Funding | 5/28/2021 | MH to contact; Complaint for declaratory relief & additional claims to be filed week of January 22nd | POC No. 1060 for $15.3M | MNS FUNDING LLC c/o Paul R Shankman, Of Counsel Fortis LLP-650 Town Center Dr., Ste 1530 Costa Mesa CA 92626 | Settlement is possible - Trustee does not believe secured claim is supported by documents. | New York - Domestic Limited Liability Company MNS Funding LLC Registered Agent: File Right LLC 5314 16th Avenue, Suite 139 Brooklyn, New York 11204 | MNS Funding LLC 3611 15th Avenue Brooklyn, NY 11218 |
| Everyday Funding Group | 6/2/2021 | Requested release per 9-315 via 12/20 letter. Post office has not confirmed certified mail delivery. Requesting USPS follow up. A Motion under 3012 will be filed requesting authority to value claim at 0 and to file termination statement. | None Filed. Everyday filed suit in August 2021 seeking to recover $189K under a MCA agreement. Lawsuit was discontinued a few days later. Trustee does not believe anything is owed. | | | New York - Domestic Limited Liability Company Everyday Funding Group LLC Registered Agent: The LLC 1308 Kings Highway Brooklyn, New York 11229 | Everyday Funding Group 132 32nd Street Brooklyn, NY 11232 |

EXHIBIT A

Page 5

| Creditor | Date | Notes | Filed | | Address | Additional Address |
|---|---|---|---|---|---|---|
| Marich Bein lien position assigned by Clearfund Solutions LLC | 6/17/2021 | Clearfund assigned UCC filed on 6/17/21 to Marich Bein. Marich Bein is a defendant in Adversary Pro. No. 8:23-ap-010146 filed on May 25, 2023; they will be dismissed from that and another case filed directly against them for various claims for relief; they will also be part of the Complaint for declaratory relief & additional claims to be filed week of January 22nd. | None Filed. Marich purchased accounts from LPG and claims to have paid more than $10M for those files. So their claim is really only against the files they purchased and not for a specific dollar amount. | | New York - Domestic Limited Liability Company<br>Marich Bein LLC<br><u>Registered Agent</u>:<br>The LLC<br>99 Wall Street, 3618<br>New York, New York 10005 | |
| Green Fund | 6/17/2021 | No response from letters and service of Rule 2004 motion. Sending letter requesting release per 9-315 on 1/8/24. A Motion under 3012 will be filed requesting authority to value claim at 0 and to file termination statement. | None Filed. Trustee has no related documents. | | New York - Domestic Limited Liability Company<br>Green Fund of Manhattan LLC<br><u>Registered Agent</u>:<br>BBF Partners LLC<br>461 Van Brunt St, Ste. 14A<br>Brooklyn, New York 11231 | |
| World Global Fund LLC | 6/24/2021 | Trustee found no evidence of a claim being owed; Requested release per 9-315 via 12/20 letter. Certified mail delivered. Time to release expires in mid January. No response received. A Motion under 3012 will be filed requesting authority to value claim at 0 and to file termination statement. | None Filed. Release letter received and no response within statutory time. Lien can be released. | | New York - Domestic Limited Liability Company<br>World Global Fund LLC<br><u>Registered Agent</u>:<br>File Right LLC<br>5314 16 Avenue, Suite 139<br>Brooklyn, New York 11204 | World Global Fund LLC<br>c/o File Right LLC, Agent for Service of Process<br>5314 16 Avenue, Suite 139<br>Brooklyn, NY 11204<br><br>World Global Fund LLC<br>5309 13th Avenue<br>Brooklyn, NY 11220<br>SPRFiling@cscglobal.com |
| Cobalt Funding Solutions LLC | 7/6/2021 | Attorney has advised UCC will be released and no debt is owed. A Motion under 3012 will be filed requesting authority to value claim at 0 and to file termination statement. | None Filed. Per attorney, nothing is owed. | Not Yet Released | New York - Domestic Limited Liability Company<br>Cobalt Funding Solutions LLC<br><u>Registered Agent</u>:<br>The LLC<br>99 Wall Street, 3618<br>New York, New York 10005 | |

| Name | Date | Status / Notes | Claim Info | | | Entity Info | Address |
|---|---|---|---|---|---|---|---|
| MCA Capital Holdings LLC | 8/16/2021 | Trustee found no evidence of claim being owed. No response from letters and service of Rule 2004 motion. Sending letter requesting release per 9-315 on 1/8/24. A Motion under 3012 will be filed requesting authority to value claim at 0 and to file termination statement | None Filed. Trustee has a document appearing to be a 6/22/21 MCA agreement allegedly purchasing $3.2M+ for $4.8M+. No other info. | | | New York - Domestic Limited Liability Company<br>MCA Capital Holdings LLC<br><u>Registered Agent</u>:<br>The LLC<br>254 32nd Street, Bldg. 2 C303<br>Brooklyn, New York 11232 | MCA Capital Holdings LLC<br>802 Avenue U<br>Brooklyn, NY 11223 |
| BMF Advance LLC | 10/4/2021 | Counsel has advised that they have no objection to termination statement being filed by Trustee. State court lawsuit dismissed with prejudice. A Motion under 3012 will be filed requesting authority to value claim at 0 and to file termination statement | None Filed. State court lawsuit dismissed with prejudice on 4/26/23. No debt is owed. | | | New York - Domestic Limited Liability Company<br>BMF Advance LLC<br>No RA listed on NY Division of Corporations site but site reflects Secretary of State would use address below for process:<br>BMF Advance LLC<br>1820 Ave M, Ste 125<br>Brooklyn, New York 11230 | BMF Advance<br>1022 Avenue M<br>Brooklyn, NY 11230 |
| Diverse Capital LLC | 9/15/21 and 12/1/2021 | MH to contact; Litigation - Complaint for declaratory relief & additional claims to be filed week of January 22nd | None Filed. Diverse sued the debtor in 2021 to collect on $2.4M in outstanding MCA agreements. Trustee believes this is roughly the purported current balance. | | | Connecticut - Domestic Limited Liability Company<br>Diverse Capital, LLC<br><u>Registered Agent</u>:<br>Registered Agent Solutions, Inc.<br>2138 Silas Deane Hwy, Ste 101<br>Rocky Hill, Connecticut 06067 | Diverse Capital LLC<br>750 Main Street, Suite 906<br>Hartford, CT 06103<br><br>Diverse Capital LLC<br>243 Tresser Blvd., 17th Floor<br>Stamford, CT 06901-3436 |
| Stratcap Management LLC | ######## | Trustee found no evidence of claim being owed. Requested release per 9-315 via 12/20 letter. Letter to office address returned. Email and mail to other addresses not returned. Letter resent via email and certified mail on 1/4. A Motion under 3012 will be filed requesting authority to value claim at 0 and to file termination statement | None Filed. AR agreements were transferred to Stratcap for no consideration. Trustee does not believe that anything is owed. | | | California - Domestic Limited Liability Company<br>Stratcap Management LLC<br><u>Registered Agent</u>:<br>Wes Thomas<br>2030 Main Street, Ste. 1300<br>Irvine, California 92614 | |

| | | | | | |
|---|---|---|---|---|---|
| OHP-CDR LP | 1/25/2023 | AP No. 8:23-ap-01098 filed on 9/11/23- will probably need to consolidate with other AP so that lien priority can be determined. | POC No. 44 for $17M+ | c/o Quinn Emanuel Urquhart & Sullivan LLC Attn: Jeremy Andersen 865 S. Figueroa Street, 10th Floor Los Angeles, CA 90017 | Settlement is possible | Delaware - Limited Partnership OHP - CDR, LP Registered Agent: Capitol Services, Inc. 108 Lakeland Ave. Dover, Delaware 19901 |
| PECC Corp | 2/2/2023 | Adversary Proceeding will be filed asserting various claims for relief; additionally PECC will be part of the Complaint for declaratory relief & additional claims to be filed week of January 22nd | POC No. 740 for $28M+ | Wick Phillips Gould & Martin LLP c/o Rusty O'Kane 3131 McKinney Avenue, Suite 500 Dallas, TX 75204 | | Delaware - Corporation PECC CORP. Registered Agent: Registered Agent Solutions, Inc. 838 Walker Road Suite 21-2 Dover, Delaware 19904 |
| Proofpositive LLC | 2/9/2023 | Letter sent on 1/5/24 requesting release of UCC. Complaint for declaratory relief & additional claims to be filed week of January 22nd. | POC NO. 105 for $15M+ | (not official yet) Winthrop Golubow Hollander c/o Richard Golubow 1301 Dove St #500 Newport Beach, CA 92660 | Recording of UCC is preference; if security interest is valid it is subject to prior liens and is likely unsecured. | Wyoming - Limited Liability Company ProofPositive LLC Registered Agent: Registered Agents, Inc. 30 N Gould St, Ste R Sheridan, Wyoming 82801 |
| MCDVI Fund 2 LLC etc. | 2/10/2023 | Lien is avoidable; MH handling; Complaint for declaratory relief & additional claims to be filed week of January 22nd. | State court complaint sought in excess of $70M. | Winthrop Golubow Hollander c/o Richard Golubow 1301 Dove St #500 Newport Beach, CA 92660 and Cappello & Noel, LLP c/o A. Barry Cappello Cappello & Noël LLP 831 State Street Santa Barbara, California 93101-3227 | Recording of UCC is preference; if security interest is valid it is subject to prior liens and is likely unsecured. MCDVI Fund 1 LLC; and Debt Validation Fund II, LLC are parties as well | Wyoming - Limited Liability Company; Wyoming - Limited Liability Company MC DVI Fund 1 LLC Registered Agent: Corporate Direct, Inc. 300 N Center Street, Unit 6 Casper, Wyoming 82601 Wyoming - Limited Liability Company Debt Validation Fund II, LLC Registered Agent: Cloud Peak Law, LLC 1095 Sugar View Dr, Ste. 500 Sheridan, Wyoming 82801 MC DVI Fund 2 LLC Registered Agent: Corporate Direct, Inc. 300 N Center Street, Unit 6 Casper, Wyoming 82601 |

EXHIBIT A
Page 8

| | | | | | | |
|---|---|---|---|---|---|---|
| Venture Partners LLC | 3/9/2023 | Letter sent on 1/5/24 requesting release of UCC. Complaint for declaratory relief & additional claims to be filed week of January 22nd. | POC NO. 105 for $15M+ | (not official yet) Winthrop Golubow Hollander c/o Richard Golubow 1301 Dove St #500 Newport Beach, CA 92660 | Recording of UCC is preference; if security interest is valid it is subject to prior liens and is likely unsecured. | Wyoming - Limited Liability Company Venture Partners LLC <u>Registered Agent</u>: Cloud Peak Law, LLC 1095 Sugar View Dr, Ste 500 Sheridan, Wyoming 82801 | |
| City Capital NY LLC | 3/16/2023 | Release of Lien requested. Trustee is settling this action to provide unsecured claim; settlement and 9019 motion will be filed. | POC No. 89 for $2.95M+ | MauriceWutscher LLP c/o Alan C. Hochheiser 23611 Chagrin Blvd. Suite 207 Beachwood, OH 44122 | Lien filed a week before the Petition Date and is subordinate to any security interests found valid. | New York - Domestic Limited Liability Company City Capital NY LLC <u>Registered Agent</u>: The LLC 164 20th Street 4E Brooklyn, New York 11232 | |

EXHIBIT A

Page 9

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **STATUS REPORT RE: SECURED PARTIES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 18, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On **January 19, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR – MAIL REDIRECTED TO TRUSTEE**
THE LITIGATION PRACTICE GROUP P.C.
~~17542 17TH ST, SUITE 100~~
~~TUSTIN, CA 92780-1981~~

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 19, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 19, 2024 | Pamela Kraus | /s/ Pamela Kraus |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

1. **<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: CONTINUED:

| | | |
|---|---|---|
| **ATTORNEY FOR CREDITOR AFFIRMA, LLC and CREDITOR OXFORD KNOX, LLC** | Eric Bensamochan | eric@eblawfirm.us, G63723@notify.cincompass.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Peter W Bowie | peter.bowie@dinsmore.com, caron.burke@dinsmore.com |
| **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC** | Ronald K Brown | ron@rkbrownlaw.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Christopher Celentino | christopher.celentino@dinsmore.com, caron.burke@dinsmore.com |
| **INTERESTED PARTY COURTESY NEF** | Shawn M Christianson | cmcintire@buchalter.com, schristianson@buchalter.com |
| **INTERESTED PARTY COURTESY NEF** | Randall Baldwin Clark | rbc@randallbclark.com |
| **ATTORNEY FOR DEFENDANT LISA COHEN and DEFENDANT ROSA BIANCA LOLI:** | Leslie A Cohen | leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com |
| **INTERESTED PARTY COURTESY NEF** | Aaron E. DE Leest | adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com |
| **INTERESTED PARTY COURTESY NEF** | Anthony Paul Diehl | anthony@apdlaw.net, Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net |
| **ATTORNEY FOR INTERESTED PARTY NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEYS and INTERESTED PARTY NATIONAL CONSUMER BANKRUPTCY RIGHTS CENTER** | Jenny L Doling | jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net |
| **ATTORNEY FOR CREDITOR CAROLYN BEECH** | Daniel A Edelman | dedelman@edcombs.com, courtecl@edcombs.com |
| **ATTORNEY FOR CREDITOR VALIDATION PARTNERS LLC** | William P Fennell | william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Jeremy Freedman | jeremy.freedman@dinsmore.com |
| **ATTORNEY FOR CREDITOR HERRET CREDIT** | Eric Gassman | erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Christopher Ghio | christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **ATTORNEY FOR CREDITOR AMY GINSBURG; CREDITOR KENTON COBB; and CREDITOR SHANNON BELLFIELD** | Amy Lynn Ginsburg | efilings@ginsburglawgroup.com |
| **ATTORNEY FOR DEFENDANT STRIPE, INC** | Eric D Goldberg | eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| **ATTORNEY FOR CREDITOR AFFIRMA, LLC; CREDITOR ANAHEIM ARENA MANAGEMENT, LLC; CREDITOR ANAHEIM DUCKS HOCKEY CLUB, LLC; and CREDITOR OXFORD KNOX, LLC** | Jeffrey I Golden | jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com; lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC** | Richard H Golubow | rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| **ATTORNEY FOR CREDITOR UNITED PARTNERSHIPS, LLC** | David M Goodrich | dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wgllp@ecf.courtdrive.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | D Edward Hays | ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| **ATTORNEY FOR CREDITOR CITY CAPITAL NY** | Alan Craig Hochheiser | ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com |
| **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC** | Garrick A Hollander | ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| **ATTORNEY FOR CREDITOR SHARP ELECTRONICS CORPORATION** | Brian L Holman | b.holman@musickpeeler.com |
| **INTERESTED PARTY COURTESY NEF** | Richard L. Hyde | richard@amintalati.com |
| **ATTORNEY FOR INTERESTED PARTY MERCHANTS CREDIT CORPORATION** | Peter L Isola | pisola@hinshawlaw.com |
| **ATTORNEY FOR CREDITOR, PLAINTIFF, and COUNTER-DEFENDANT OHP-CDR, LP and PLAINTIFF and COUNTER-DEFENDANT PURCHASECO 80, LLC** | Razmig Izakelian | razmigizakelian@quinnemanuel.com |
| **ATTORNEY FOR FIDELITY NATIONAL INFORMATION SERVICES, INC. DBA FIS** | Sweeney Kelly | kelly@ksgklaw.com |
| **ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP P.C.** | Joon M Khang | joon@khanglaw.com |
| **ATTORNEY FOR INTERESTED PARTY AD HOC CONSUMER CLAIMANTS COMMITTEE** | Ira David Kharasch | ikharasch@pszjlaw.com |
| **ATTORNEY FOR DEFENDANT GALLANT LAW GROUP** | Meredith King | mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS | Nicholas A Koffroth | nkoffroth@foxrothschild.com, khoang@foxrothschild.com |
|---|---|---|
| ATTORNEY FOR DEFENDANT MARICH BEIN, LLC | David S Kupetz | David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com |
| INTERESTED PARTY COURTESY NEF | Christopher J Langley | chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com |
| ATTORNEY DEFENDANT OPTIMUMBANK HOLDINGS, INC | Matthew A Lesnick | matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com |
| ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, P.C.; DEFENDANT LGS HOLDCO, LLC; INTERESTED PARTY CONSUMER LEGAL GROUP, P.C.; and INTERESTED PARTY LIBERTY ACQUISITIONS GROUP INC | Daniel A Lev | daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| ATTORNEY FOR INTERESTED PARTY REVOLV3, INC. | Britteny Leyva | bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com |
| INTERESTED PARTY COURTESY NEF ADVERSARY PROCEEDING #: 8:23-AP-01148-SC | Marc A Lieberman | marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com |
| ATTORNEY FOR CREDITOR PHILLIP A GREENBLATT, PLLC | Michael D Lieberman | mlieberman@lipsonneilson.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Yosina M Lissebeck | Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com |
| ATTORNEY FOR CREDITOR FUNDURA CAPITAL GROUP | Mitchell B Ludwig | mbl@kpclegal.com, kad@kpclegal.com |
| INTERESTED PARTY AND ATTORNEY | Daniel S March | marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com |
| ATTORNEY FOR CREDITOR and DEFENDANT GREYSON LAW CENTER PC, CREDITOR and DEFENDANT HAN TRINH; and CREDITOR and DEFENDANT PHUONG (JAYDE) TRINH | Kathleen P March | kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| ATTORNEY FOR CREDITOR DAVID ORR | Mark J Markus | bklawr@bklaw.com, markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com |
| CHAPTER 11 TRUSTEE | Richard A Marshack (TR) | pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Laila Masud | lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Sarah S. Mattingly | sarah.mattingly@dinsmore.com |
|---|---|---|
| ATTORNEY FOR US TRUSTEE | Kenneth Misken | Kenneth.M.Misken@usdoj.gov |
| INTERESTED PARTY COURTESY NEF | Byron Z Moldo | bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com |
| ATTORNEY FOR CREDITOR ADP, INC | Glenn D. Moses | gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Jamie D Mottola | Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com |
| INTERESTED PARTY COURTESY NEF | Alan I Nahmias | anahmias@mbn.law, jdale@mbn.law |
| INTERESTED PARTY COURTESY NEF | Victoria Newmark | vnewmark@pszjlaw.com |
| ATTORNEY FOR US TRUSTEE | Queenie K Ng | queenie.k.ng@usdoj.gov |
| ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS | Keith C Owens | kowens@foxrothschild.com, khoang@foxrothschild.com |
| ATTORNEY FOR DEFENDANT OPTIMUMBANK HOLDINGS, INC. | Lisa Patel | lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com |
| ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC | Michael R Pinkston | rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com |
| ATTORNEY FOR DEFENDANT SCOTT JAMES EADIE | Douglas A Plazak | dplazak@rhlaw.com |
| ATTORNEY FOR DEFENDANT TOUZI CAPITAL, LLC and DEFENDANT ENG TAING | Daniel H Reiss | dhr@lnbyg.com, dhr@ecf.inforuptcy.com |
| ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, PC | Ronald N Richards | ron@ronaldrichards.com, 7206828420@filings.docketbird.com |
| ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC | Kevin Alan Rogers | krogers@wellsmar.com |
| ATTORNEY FOR CREDITOR MARI AGAPE | Gregory M Salvato | gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| ATTORNEY FOR CREDITOR AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC | Olivia Scott | olivia.scott3@bclplaw.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Jonathan Serrano | jonathan.serrano@dinsmore.com |
| ATTORNEY FOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC | Maureen J Shanahan | Mstotaro@aol.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **ATTORNEY FOR CREDITORS UNITED PARTNERSHIPS, LLC and MNS FUNDING LLC** | Paul R Shankman | PShankman@fortislaw.com, info@fortislaw.com |
| **ATTORNEY FOR INTERESTED PARTY MORNING LAW GROUP, PC** | Zev Shechtman | zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com |
| **ATTORNEY FOR US TRUSTEE** | Leslie Skorheim | leslie.skorheim@usdoj.gov |
| **ATTORNEY FOR CREDITOR PIONEER FUNDING GROUP, LLC** | Adam D Stein-Sapir | info@pfllc.com |
| **ATTORNEY FOR DEFENDANT BANKUNITED, N.A.** | Howard Steinberg | steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com |
| **ATTORNEY FOR CREDITOR ALTERYX, INC.** | Andrew Still | astill@swlaw.com, kcollins@swlaw.com |
| **ATTORNEY FOR CREDITOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC and INTERESTED PARTY RANDALL BALDWIN CLARK** | Michael R Totaro | Ocbkatty@aol.com |
| **US TRUSTEE** | United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| **ATTORNEY FOR CREDITOR and DEFENDANT AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC** | Sharon Z. Weiss | sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com |
| **ATTORNEY FOR CREDITOR DEBT RELIEF GROUP, LLC** | Johnny White | JWhite@wrslawyers.com, jlee@wrslawyers.com |

2. **SERVED BY UNITED STATES MAIL**: continued:

**INTERESTED / SECURED PARTY**
FUNDURA CAPITAL GROUP
BERKOVITCH & BOUSKILA PLLC
C/O ARIEL BOUSKILA
1545 ROUTE 202, SUITE 101
POMONA, NY  10970

**INTERESTED / SECURED PARTY**
FUNDURA CAPITAL GROUP
C/O BRIDGE FUNDING CAP LLC / ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
538 13TH AVENUE, SUITE 324
BROOKLYN, NEW YORK 11219

**INTERESTED / SECURED PARTY**
FUNDURA CAPITAL GROUP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENTOR LAW TO RECEIVE SERVICE OF PROCESS
80 BROAD STREET, SUITE 3303
NEW YORK, NY 10004

**INTERESTED / SECURED PARTY**
AZZURE CAPITAL GROUP
REGISTERED AGENT:
THE LLC
1820 AVENUE M, SUITE #695
BROOKLYN, NEW YORK 11230

**INTERESTED / SECURED PARTY**
MNS FUNDING LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1900 E GOLF ROAD, SUITE 550

**INTERESTED / SECURED PARTY**
MNS FUNDING LLC
REGISTERED AGENT:
FILE RIGHT LLC
5314 16TH AVENUE, SUITE 139
BROOKLYN, NEW YORK 11204

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                     F 9013-3.1.PROOF.SERVICE

SCHAUMBURG, IL 60173-5870

**INTERESTED / SECURED PARTY**
MNS FUNDING LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
3611 15TH AVENUE
BROOKLYN, NY 11218

**INTERESTED / SECURED PARTY**
EVERYDAY FUNDING GROUP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
132 32ND STREET
BROOKLYN, NY 11232

**INTERESTED / SECURED PARTY**
EVERYDAY FUNDING GROUP LLC
REGISTERED AGENT:
THE LLC
1308 KINGS HIGHWAY
BROOKLYN, NEW YORK 11229

**INTERESTED / SECURED PARTY**
MARICH BEIN LLC
REGISTERED AGENT:
THE LLC
99 WALL STREET, 3618
NEW YORK, NEW YORK 10005

**INTERESTED / SECURED PARTY**
MARICH BEIN LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
99 WALL STREET, STE 2669
NEW YORK, NY 10005-4301

**INTERESTED / SECURED PARTY**
GREEN FUND OF MANHATTAN LLC
REGISTERED AGENT:
BBF PARTNERS LLC
461 VAN BRUNT ST, STE. 14A
BROOKLYN, NEW YORK 11231

**INTERESTED / SECURED PARTY**
WORLD GLOBAL FUND LLC
REGISTERED AGENT:
FILE RIGHT LLC
5314 16 AVENUE, SUITE 139
BROOKLYN, NEW YORK 11204

**INTERESTED / SECURED PARTY**
WORLD GLOBAL FUND LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
5309 13TH AVENUE
BROOKLYN, NY 11220

**INTERESTED / SECURED PARTY**
COBALT FUNDING SOLUTIONS LLC
REGISTERED AGENT:
THE LLC
99 WALL STREET, 3618
NEW YORK, NEW YORK 10005

**INTERESTED / SECURED PARTY**
FUNDURA CAPITAL GROUP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1545 ROUTE 202, SUITE 101
POMONA, NY 10970

**INTERESTED / SECURED PARTY**
MCA CAPITAL HOLDINGS LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
802 AVENUE U
BROOKLYN, NY 11223

**INTERESTED / SECURED PARTY**
MCA CAPITAL HOLDINGS LLC
REGISTERED AGENT:
THE LLC
254 32ND STREET, BLD 2 C303
BROOKLYN, NEW YORK 11232

**INTERESTED / SECURED PARTY**
BMF ADVANCE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1022 AVENUE M
BROOKLYN, NY 11230

**INTERESTED / SECURED PARTY**
BMF ADVANCE LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1820 AVE M, STE 125
BROOKLYN, NEW YORK 11230

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**INTERESTED / SECURED PARTY**
DIVERSE CAPITAL LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO
 ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW
 TO RECEIVE SERVICE OF PROCESS
750 MAIN STREET, SUITE 906
HARTFORD, CT 06103

**INTERESTED / SECURED PARTY**
DIVERSE CAPITAL LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT,
OR TO ANY OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE SERVICE OF
PROCESS
243 TRESSER BLVD., 17TH FLOOR
STAMFORD, CT 06901-3436

**INTERESTED / SECURED PARTY**
DIVERSE CAPITAL, LLC
REGISTERED AGENT:
REGISTERED AGENT SOLUTIONS, INC.
2138 SILAS DEANE HWY, STE 101
ROCKY HILL, CONNECTICUT 06067

**INTERESTED / SECURED PARTY**
STRATCAP MANAGEMENT LLC
REGISTERED AGENT:
WES THOMAS
2030 MAIN STREET, STE. 1300
IRVINE, CALIFORNIA 92614

**INTERESTED / SECURED PARTY**
OHP-CDR LP
REGISTERED AGENT:
CAPITOL SERVICES, INC.
108 LAKELAND AVE.
DOVER, DELAWARE 19901

**INTERESTED / SECURED PARTY**
PECC CORP
C/O WICK PHILLIPS GOULD & MARTIN LLP
ATTN: RUSTY O'KANE
3131 MCKINNEY AVENUE, SUITE 500
DALLAS, TX 75204

**INTERESTED / SECURED PARTY**
PROOFPOSITIVE LLC
REGISTERED AGENT:
REGISTERED AGENTS, INC.
30 N GOULD ST, STE R
SHERIDAN, WYOMING 82801

**INTERESTED / SECURED PARTY**
MC DVI FUND 2 LLC
REGISTERED AGENT:
CORPORATE DIRECT, INC.
300 N CENTER STREET, UNIT 6
CASPER, WYOMING 82601

**INTERESTED / SECURED PARTY**
MC DVI FUND 1 LLC
REGISTERED AGENT:
CORPORATE DIRECT, INC.
300 N CENTER STREET, UNIT 6
CASPER, WYOMING 82601

**INTERESTED / SECURED PARTY**
DEBT VALIDATION FUND II, LLC
REGISTERED AGENT:
CLOUD PEAK LAW, LLC
1095 SUGAR VIEW DR, STE. 500
SHERIDAN, WYOMING 82801

**INTERESTED / SECURED PARTY**
VENTURE PARTNERS LLC
REGISTERED AGENT:
CLOUD PEAK LAW, LLC
1095 SUGAR VIEW DR, STE 500
SHERIDAN, WYOMING 82801

**INTERESTED / SECURED PARTY**
VENTURE PARTNERS LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT,
OR TO ANY OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE SERVICE OF
PROCESS
1309 COFFEEN AVENUE, STE 1200
SHERIDAN, WY 82801

**INTERESTED / SECURED PARTY**
CITY CAPITAL NY LLC
C/O MAURICEWUTSCHER LLP
ATTN: ALAN C. HOCHHEISER
23611 CHAGRIN BLVD. SUITE 207
BEACHWOOD, OH 44122

**INTERESTED / SECURED PARTY**
CITY CAPITAL NY LLC
REGISTERED AGENT:
THE LLC
164 20TH STREET 4E
BROOKLYN, NEW YORK 11232

4881-8016-6559

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**