# Exhibit "Q"

**From:** **Marshack Trustee** marshacktrustee@marshackhays.com
**Subject:** RE: LPG 23-10571
**Date:** November 29, 2023 at 10:21 AM
**To:** Israel O israelocc@gmail.com, Marshack Trustee marshacktrustee@marshackhays.com
**Cc:** Laila Masud LMasud@marshackhays.com, documents+marshack@txitrustee.com

You will receive further instructions.

Pam Kraus
Trustee Case Administrator
Paralegal
Marshack Hays Wood LLP
Direct Dial 530-295-1044
Office 949-333-7777
pkraus@marshackhays.com

**From:** Israel O <israelocc@gmail.com>
**Sent:** Wednesday, November 22, 2023 6:37 PM
**To:** Marshack Trustee <marshacktrustee@marshackhays.com>
**Cc:** Ed Hays <EHays@MarshackHays.com>; Laila Masud <LMasud@marshackhays.com>; documents+marshack@txitrustee.com
**Subject:** Re: LPG 23-10571

Ms. Kraus:

Thank you for the information. Do I, or the attorneys as a whole, need to file a separate stipulation for extension of administrative claim filing, or will the stipulation with the OCC take care of that? Thank you for your time.

Israel Orozco, Esq.
714.351.0258

On Tue, Nov 21, 2023 at 2:10 PM Marshack Trustee <marshacktrustee@marshackhays.com> wrote:

> To attorneys formerly associated with LPG or Phoenix Law:
>
> On October 16, 2023, the Court in the LPG case entered an order setting November 21, 2023, as the deadline for any party to file a motion for allowance of an administrative claim for services rendered or costs incurred during the period of time between when LPG filed bankruptcy on March 20, 2023, and the date on which Trustee's sale of certain legal services agreements closed on August 4, 2023. Trustee is aware that attorneys formerly associated with LPG or Phoenix continued to provide services during this time period.
>
> Many of these attorneys have reached out to Trustee confused about the process and what was involved in filing a motion for allowance of an administrative claim. To simplify the process for these attorneys whom Trustee recognizes the benefit conferred on the consumer clients during a period of time that involved much uncertainty, Trustee is stipulating with the Official Committee of Unsecured Creditors to extend the deadline for the filing of these motions for this group of attorneys. After the court approves the new deadline, Trustee will provide you with notice and a form requesting certain information. Trustee will review your completed forms and then propose a stipulation to allow administrative claims for all services and costs for which there is no dispute.

administrative claims for all services and costs for which there is no dispute.

If you have any questions, please direct them to me in my capacity as Trustee's administrator. I will obtain responses from Trustee or Trustee's counsel and coordinate responses to your inquiries. Thank you.

Richard Marshack, Trustee

cc: Trustee's counsel: Ed Hays, Laila Masud

Pam Kraus
Trustee Case Administrator
Marshack Hays Wood LLP