# Exhibit "R"

D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>TRUSTEE'S OMNIBUS MOTION FOR ORDER THAT (1) INITIAL HEARINGS BE STATUS CONFERENCES; AND (2) TO CONTINUE HEARINGS ON MERITS OF MOTIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. §503(B); MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF D. EDWARD HAYS<br><br>[LBR 9013-1(m)]<br><br><u>Current Hearing Date</u><br>Date: January 19, 2024<br>Time: 11:00 a.m.<br>Ctrm: 5C - V ViaZoom[1] |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY COURT

JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED

PARTIES:

Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") for the bankruptcy

estate ("Estate") of The Litigation Practice Group P.C. ("LPG / Debtor"), moves the Court to enter

an order that the initial hearings on the two dozen motions for allowance of administrative claims be

---

[1] Check Judge Clarkson's tentative prior to hearing for further Zoom instructions.

1

limited to status conferences and to continue the hearings on the merits to dates to be set at the status conferences as follows:

**1.     Motions with scheduled hearing date of January 19, 2024.**

| Docket No. | Date Filed | Claimant |
|---|---|---|
| 645; 647 | 11/8/23 | Judith Skiba |
| 665 | 11/15/2023 | ADP |
| 671 | 11/16/23 | United Partnerships |
| 674 | 11/17/23 | Han Trinh |
| 675 | 11/17/23 | Phuong (aka Jayde) Trinh |
| 676 | 11/17/23 | Greyson Law Center, PC |
| 679 | 11/20/23 | Wells Marble and Hurst, PLLC |
| 686 | 11/20/23 | SDCO Tustin Executive Center, Inc. |
| 697 | 11/21/23 | David Orr, Esq. |
| 702 | 11/21/23 | Peter Schneider |
| 706 | 11/21/23 | Amy Ginsburg, Kenton Cobb and Shannon Bellfield |
| 707 | 11/21/23 | Randall Baldwin Clark, Attorney at Law, PLLC |
| 708 | 11/21/23 | Herret Credit Consultants |
| 729 | 11/28/23 | Sharp Electronics Corporation |
| 750 | 12/6/23 | Alteryx |

collectively, the "Scheduled Admin Claim Motions."

**2.     Motions with no hearing date**

| Docket No. | Date Filed | Claimant |
|---|---|---|
| 693 | 11/20/23 | Melina Beltran |
| 694 | 11/20/23 | Kimberly Torres |
| 695, amended by 727 | 11/20/23 (695)<br><br>11/28/23 (727) | Melissa Wilkes |

2

| | | |
|---|---|---|
| 698 | 11/21/23 | R. Reed Pruyn |
| 700 | 11/21/23 | Jorge E. Sanchez |
| 701 | 11/21/23 | Jaslynn Sanchez |
| UNFILED as an admin claim, but Claim 95-1 in the claims register appears to be a likely admin claim | 6/30/23 in the claims register as Claim 95-1 | Olga Esquivel |
| UNFILED as an admin claim, but Claim 87-1 in the claims register appears to be a likely admin claim | 6/22/23 in the claims register as Claim 87-1 | Edwin Fitz |
| UNFILED as an admin claim, but Claim 2180 in the claims register appears to be a likely admin claim | 12/4/23 | Brianne Puszai |

collectively, the "Unscheduled Admin Claim Motions," and with the Scheduled Admin Claim Motions, referred to as the "**Admin Claim Motions**."

### 3. Summary of Argument

Given that there are two dozen parties that have filed or sought allowance of administrative claims, Trustee believes that the most efficient way towards resolution of the various contested matters is to order that the initial hearings be limited to status conferences. During the conferences, the Court can assess the amount of time the parties need to conduct discovery and to have the matters set for hearings on the merits. A continuance will also permit Trustee and the Committee to investigate and verify the nature of each Admin Claim and to meet and confer with claimants to determine if consensual resolutions are possible.

## 4. Pertinent Factual Background

### A. Debtor's Business, Bankruptcy Filing, and Appointment of a Trustee

Pre-petition, Debtor was a law firm that provided consumer debt resolution services and creditor litigation services to clients, servicing more than 50,000 customers across the United States. In 2022, Debtor's annual revenue exceeded $150 million.

On March 20, 2023, Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code, initiating bankruptcy Case No. 8:23-bk-10571-SC in the United States Bankruptcy Court for the Central District of California, Santa Ana Division ("Bankruptcy Case"). Prior to bankruptcy, Debtor fraudulently transferred substantially all its assets and clients. As of the petition date, Debtor had virtually no assets or clients.

On March 30, 2023, as Dk. No. 21, the Office of the United States Trustee ("UST") filed a motion to dismiss or convert the Bankruptcy Case under 11 U.S.C. § 1112(b) for failure to comply with its guidelines and requirements for a chapter 11 case. No opposition to the motion was filed.

On May 3, 2023, a hearing was held on the motion to dismiss or convert. At the hearing, the Court directed the UST to appoint a Chapter 11 Trustee. Richard A. Marshack was appointed the Chapter 11 trustee of the Debtor's Estate. *See*, Dk. No. 65.

Upon his appointment, Trustee filed litigation seeking, among other things, to avoid and recover Debtor's fraudulent transfers of its assets and client base. See, Adv. Case No. 8:23-ap-01046-SC. On June 27, 2023, Trustee filed a stipulation with Defendant, Phoenix Law Group, Inc., avoiding, recovering, and preserving the legal service agreements between Debtor and its clients.

On July 22, 2023, as Dk. No. 320, the Court granted Trustee's sale motion of such contracts, as reformed, and entered an order approving the sale of estate assets. Pursuant to the Sale Order, the buyer closed on August 4, 2023. Trustee is in receipt of approximately $5.1 million of sales proceeds ("Sales Proceeds"). Further Sale Proceeds will be received in the future beginning in Q1 2024.

On October 13, 2023, as Dk. No. 575, Trustee, the Office of the United States Trustee, and the Official Committee of Unsecured Creditors entered into a Stipulation to Set Administrative Bar Date ("Bar Date Stipulation").

On October 16, 2023, as Dk. No. 577, the Court entered an order approving the Bar Date Stipulation ("Bar Date Order") and setting November 21, 2023, as the deadline for filing of any motion to obtain an allowed administrative claim arising at any time from the March 20, 2023, petition date, through and including the sale closing date of August 4, 2023 ("Non-Professional Administrative Claims Bar Date").

On October 23, 2023, as Dk. No. 596, the Trustee filed the First Notice of Administrative Claims Bar Date ("Bar Date Notice").

To date, two dozen claimants have filed motions or sought allowance of administrative claims. Given the volume of the pending motions, Trustee believes that the most efficient path forward is to treat the initial hearings as status conferences and to then schedule further hearings to resolve the merits of the various motions.

**5.      Legal Argument**

**A.      Good cause exists to order that the initial hearings be limited to status conferences with future hearings to be scheduled to resolve the merits of the various motions.**

A court has the inherent authority to control its calendar and the disposition of its cases with economy of time and effort for both the court and the parties. *Esparza v. Lizarraga*, 2019 U.S. Dist. LEXIS 188452, at *11-12 (C.D. Cal. Aug. 7, 2019). In the U.S. Bankruptcy Court for the Central District of California, a motion for continuance must: (1) state the detailed reasons for the continuance; (2) state whether any prior continuance has been granted; (3) be accompanied by a declaration of a competent witness attesting to the necessity for the continuance; and (4) be accompanied by a proposed order - which has been lodged - in accordance with LBR 9021-1(b). See LBR 9013-1(m)(A)-(B).

Trustee requests that Court continue all the hearings on the merits and treat the existing January 19, 2024, hearings as status conferences. Trustee is in the process of finishing his review of the two dozen motions, deciding what discovery is necessary, and to reach out to the various claimants to meet and confer and determine whether consensual resolutions can be reached on some

or all of the issues raised in each motion. Some of the requests for administrative expenses were not filed as motions but instead were filed as proofs of claim.

Because the claims register has already reached 2,332 claims as of the filing of this Omnibus Motion, a continuance is necessary to assure that all §503 claims are properly collated for response on the merits. Moreover, there appears to be significant overlap in several of the Admin Claim Motions regarding the amount claimed for post-petition legal services provided to the consumers.

Trustee requests time to meet and confer with these claimants to investigate and verify that there is no double accounting; e.g., a claimant like Greyson Law Center, PC., is asserting a claim for work done by attorneys who worked with Greyson but who are apparently filing claims on their own behalf. Likewise, several post-petition wage claims do not identify their alleged employer (i.e. LPG or Phoenix or Maverick) or the basis for calculating claimed wages.

Trustee requests that the Court continue the hearings on the merits for approximately 60 days. A proposed order limiting the initial hearings to status conferences is being lodged with the Court contemporaneously with the filing of this motion. Hays Declaration.

## B. Procedural Requirements Under the Local Rules.

"Unless otherwise ordered, a motion for the continuance of a hearing under this rule must be filed as a separately captioned motion, and must be filed with the court and served upon all previously noticed parties by facsimile, email, personal service, or overnight mail at least 3 days before the date set for the hearing." LBR 9013-1(m). Further, the local rules provide that a motion for continuance must "state whether any prior continuance has been granted." LBR 9013-1(m)(1)(A).

This motion requesting continuance of the hearing on the Admin Claim Motions has been filed 14 days prior to the hearing on the Admin Claim Motions. As such, it is timely. This motion is also being served on all the parties who filed or are seeking administrative claims.

## 6. Conclusion

For the reasons set forth above, Trustee requests that the Court limit the existing hearings to be status conferences. During the conferences, the Court can schedule further hearings on the merits after hearing from all parties.

DATED: January 5, 2024          MARSHACK HAYS WOOD LLP

By: */s/ D. Edward Hays*
    D. EDWARD HAYS
    Attorneys for Chapter 11 Trustee,
    RICHARD A. MARSHACK

7

## Declaration of D. Edward Hays

I, D. EDWARD HAYS, say and declare as follows:

1. I am an individual over 18 years of age and competent to make this Declaration.

2. If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3. The facts set forth below are true of my personal knowledge.

4. All terms not otherwise defined herein are used as they are defined in the motion for continuance to which this declaration is appended.

5. I am an attorney at law licensed to practice before all courts in California and this Court.

6. I am a partner in the law firm of Marshack Hays Wood LLP, counsel of record for Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") for the bankruptcy estate ("Estate") of The Litigation Practice Group P.C. ("Debtor").

7. I make this Declaration in support of the motion for a continuance ("Motion") of the hearings scheduled for January 19, 2024, at 11:00 a.m., and to set hearings on calendar related to the motions for allowance of administrative expense claim under 11 U.S.C. §503(b) filed by multiple parties, pursuant to Local Bankruptcy Rule 9013-1(m)(1)(A).

8. On October 13, 2023, as Dk. No. 575, Trustee, the Office of the United States Trustee, and the Official Committee of Unsecured Creditors entered into a Stipulation to Set Administrative Bar Date ("Bar Date Stipulation").

9. On October 16, 2023, as Dk. No. 577, the Court entered an order approving the Bar Date Stipulation ("Bar Date Order") and setting November 21, 2023, as the deadline for filing of any motion to obtain an allowed administrative claim arising at any time from the March 20, 2023, petition date, through and including August 4, 2023 ("Non-Professional Administrative Claims Bar Date").

10. On October 23, 2023, as Dk. No. 596, Trustee filed and served the First Notice of Administrative Claims Bar Date ("Bar Date Notice").

11. The following motions were filed with a hearing date of January 14, 2024:

| Docket No. | Date Filed | Claimant |
|---|---|---|
| 645; 647 | 11/8/23 | Judith Skiba |
| 665 | 11/15/2023 | ADP |
| 671 | 11/16/23 | United Partnerships |
| 674 | 11/17/23 | Han Trinh |
| 675 | 11/17/23 | Phuong (aka Jayde) Trinh |
| 676 | 11/17/23 | Greyson Law Center, PC |
| 679 | 11/20/23 | Wells Marble and Hurst, PLLC |
| 686 | 11/20/23 | SDCO Tustin Executive Center, Inc. |
| 697 | 11/21/23 | David Orr, Esq. |
| 702 | 11/21/23 | Peter Schneider |
| 706 | 11/21/23 | Amy Ginsburg, Kenton Cobb and Shannon Bellfield |
| 707 | 11/21/23 | Randall Baldwin Clark, Attorney at Law, PLLC |
| 708 | 11/21/23 | Herret Credit Consultants |
| 729 | 11/28/23 | Sharp Electronics Corporation |
| 750 | 12/6/23 | Alteryx |

collectively, the "Scheduled Admin Claim Motions."

12. The following motions were filed with no hearing date:

| Docket No. | Date Filed | Claimant |
|---|---|---|
| 693 | 11/20/23 | Melina Beltran |
| 694 | 11/20/23 | Kimberly Torres |
| 695, amended by 727 | 11/20/23 (695) 11/28/23 (727) | Melissa Wilkes |
| 698 | 11/21/23 | R. Reed Pruyn |
| 700 | 11/21/23 | Jorge E. Sanchez |
| 701 | 11/21/23 | Jaslynn Sanchez |

9

| | | |
|---|---|---|
| UNFILED | | FTL 500 Corp.<br><br>Larry Glick is the FTL 500 attorney (sometimes docket only has his name) |
| UNFILED;<br><br>Doc 412 is an order *allowing* an admin. claim | | Russell Squires |
| UNFILED;<br><br>Doc 522 is an order *allowing* an admin. claim | | River Tree, LLC |
| UNFILED as an admin claim Claim 95-1 | 6/30/23 in the claims register | Olga Esquivel |
| UNFILED | | Edwin Fitz |
| UNFILED | | Brianne (?) |

collectively, the "Unscheduled Admin Claim Motions", and with the Scheduled Admin Claim Motions, referred to herein as "**Admin Claim Motions**."

13. This motion is being filed 14 days prior to the hearing on the Admin Claim Motions. As such, it is timely.

14. This motion is being served on all the parties who have filed or are seeking allowance of administrative claims.

15. A proposed order limiting the initial hearings to be status conferences and to continue the hearings on the merits of the various requests is being lodged with the Court contemporaneously with the filing of this motion.

16. Prior to the filing of this Motion, I spoke with counsel for the Official Committee of Unsecured Creditors and it is in agreement with Trustee's request to limit the initial hearings to status conferences.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 5, 2024.

/s/ D. Edward Hays

D. EDWARD HAYS

10

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **TRUSTEE'S OMNIBUS MOTION FOR ORDER THAT (1) INITIAL HEARINGS BE STATUS CONFERENCES; AND (2) TO CONTINUE HEARINGS ON MERITS OF MOTIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. §503(B); MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF D. EDWARD HAYS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **D January 5, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **January 5, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR – MAIL REDIRECTED TO TRUSTEE**
THE LITIGATION PRACTICE GROUP P.C.
~~17542 17TH ST, SUITE 100~~
~~TUSTIN, CA 92780-1981~~

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 5, 2024 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **ATTORNEY FOR CREDITOR AFFIRMA, LLC and CREDITOR OXFORD KNOX, LLC:** Eric Bensamochan eric@eblawfirm.us, G63723@notify.cincompass.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Peter W Bowie peter.bowie@dinsmore.com, caron.burke@dinsmore.com
   - **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC.:** Ronald K Brown ron@rkbrownlaw.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Christopher Celentino christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
   - **INTERESTED PARTY COURTESY NEF:** Shawn M Christianson cmcintire@buchalter.com, schristianson@buchalter.com
   - **INTERESTED PARTY COURTESY NEF:** Randall Baldwin Clark rbc@randallbclark.com
   - **ATTORNEY FOR DEFENDANT LISA COHEN and DEFENDANT ROSA BIANCA LOLI:** Leslie A Cohen leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com; clare@lesliecohenlaw.com
   - **INTERESTED PARTY COURTESY NEF:** Aaron E. DE Leest adeleest@DanningGill.com, danninggill@gmail.com; adeleest@ecf.inforuptcy.com
   - **ATTORNEY FOR INTERESTED PARTY NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEYS and INTERESTED PARTY NATIONAL CONSUMER BANKRUPTCY RIGHTS CENTER:** Jenny L Doling jd@jdl.law, dolingjr92080@notify.bestcase.com; 15994@notices.nextchapterbk.com; jdoling@jubileebk.net
   - **ATTORNEY FOR CREDITOR CAROLYN BEECH:** Daniel A Edelman dedelman@edcombs.com, courtecl@edcombs.com
   - **ATTORNEY FOR CREDITOR VALIDATION PARTNERS LLC:** William P Fennell william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com; wpf@ecf.courtdrive.com; hala.hammi@fennelllaw.com; naomi.cwalinski@fennelllaw.com; samantha.larimer@fennelllaw.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jeremy Freedman**  jeremy.freedman@dinsmore.com
   - **ATTORNEY FOR CREDITOR HERRET CREDIT:** Eric Gassman erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Christopher Ghio christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com; angelica.urena@dinsmore.com; deamira.romo@dinsmore.com
   - **ATTORNEY FOR CREDITOR AMY GINSBURG; CREDITOR KENTON COBB; and CREDITOR SHANNON BELLFIELD:** Amy Lynn Ginsburg efilings@ginsburglawgroup.com
   - **ATTORNEY FOR DEFENDANT STRIPE, INC.:** Eric D Goldberg eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
   - **ATTORNEY FOR CREDITOR AFFIRMA, LLC; CREDITOR ANAHEIM ARENA MANAGEMENT, LLC; CREDITOR ANAHEIM DUCKS HOCKEY CLUB, LLC; and CREDITOR OXFORD KNOX, LLC:** Jeffrey I Golden jgolden@go2.law, kadele@ecf.courtdrive.com; cbmeeker@gmail.com; lbracken@wgllp.com; dfitzgerald@go2.law; golden.jeffreyi.b117954@notify.bestcase.com
   - **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC:** Richard H Golubow rgolubow@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
   - **ATTORNEY FOR CREDITOR UNITED PARTNERSHIPS, LLC:** David M Goodrich dgoodrich@go2.law, kadele@go2.law; dfitzgerald@go2.law; wggllp@ecf.courtdrive.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR CITY CAPITAL NY:** Alan Craig Hochheiser ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
   - **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC:** Garrick A Hollander ghollander@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
   - **ATTORNEY FOR CREDITOR SHARP ELECTRONICS CORPORATION:** Brian L Holman b.holman@musickpeeler.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

- **INTERESTED PARTY COURTESY NEF:** Richard L. Hyde richard@amintalati.com
- **ATTORNEY FOR INTERESTED PARTY MERCHANTS CREDIT CORPORATION:** Peter L Isola pisola@hinshawlaw.com, lnystrom@hinshawlaw.com
- **ATTORNEY FOR CREDITOR, PLAINTIFF, and COUNTER-DEFENDANT OHP-CDR, LP and PLAINTIFF and COUNTER-DEFENDANT PURCHASECO 80, LLC:** Razmig Izakelian razmigizakelian@quinnemanuel.com
- **ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP P.C.:** Joon M Khang joon@khanglaw.com
- **ATTORNEY FOR INTERESTED PARTY AD HOC CONSUMER CLAIMANTS COMMITTEE:** Ira David Kharasch ikharasch@pszjlaw.com
- **ATTORNEY FOR DEFENDANT GALLANT LAW GROUP:** Meredith King mking@fsl.law, ssanchez@fsl.law; jwilson@fsl.law
- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS:** Nicholas A Koffroth nkoffroth@foxrothschild.com, khoang@foxrothschild.com
- **ATTORNEY FOR DEFENDANT MARICH BEIN, LLC:** David S Kupetz David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **INTERESTED PARTY COURTESY NEF:** Christopher J Langley chris@slclawoffice.com, omar@slclawoffice.com; langleycr75251@notify.bestcase.com; ecf123@casedriver.com
- **ATTORNEY DEFENDANT OPTIMUMBANK HOLDINGS, INC.:** Matthew A Lesnick matt@lesnickprince.com, matt@ecf.inforuptcy.com; jmack@lesnickprince.com
- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, P.C.; DEFENDANT LGS HOLDCO, LLC; INTERESTED PARTY CONSUMER LEGAL GROUP, P.C.; and INTERESTED PARTY LIBERTY ACQUISITIONS GROUP INC:** Daniel A Lev daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com; dlev@ecf.courtdrive.com
- **ATTORNEY FOR INTERESTED PARTY REVOLV3, INC.:** Britteny Leyva bleyva@mayerbrown.com, 2396393420@filings.docketbird.com; KAWhite@mayerbrown.com; ladocket@mayerbrown.com
- **ATTORNEY FOR CREDITOR PHILLIP A GREENBLATT, PLLC:** Michael D Lieberman mlieberman@lipsonneilson.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Yosina M Lissebeck Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- **ATTORNEY FOR CREDITOR FUNDURA CAPITAL GROUP:** Mitchell B Ludwig mbl@kpclegal.com, kad@kpclegal.com
- **ATTORNEY FOR DEFENDANT DANIEL S MARCH:** Daniel S March marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **ATTORNEY FOR CREDITOR and DEFENDANT GREYSON LAW CENTER PC, CREDITOR and DEFENDANT HAN TRINH; and CREDITOR and DEFENDANT PHUONG (JAYDE) TRINH:** Kathleen P March kmarch@bkylawfirm.com, kmarch3@sbcglobal.net, kmarch@sbcglobal.net
- **ATTORNEY FOR CREDITOR DAVID ORR:** Mark J Markus bklawr@bklaw.com, markjmarkus@gmail.com; markus.markj.r112926@notify.bestcase.com
- **CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Sarah S Mattingly sarah.mattingly@dinsmore.com
- **ATTORNEY FOR US TRUSTEE:** Kenneth Misken Kenneth.M.Misken@usdoj.gov
- **INTERESTED PARTY COURTESY NEF:** Byron Z Moldo bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com, dperez@ecjlaw.com
- **ATTORNEY FOR CREDITOR ADP, INC:** Glenn D Moses gmoses@venable.com, cascavone@venable.com; ipmalcolm@venable.com; jadelgado@venable.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jamie D Mottola** Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com
- **INTERESTED PARTY COURTESY NEF:** Alan I Nahmias anahmias@mbn.law, jdale@mbnlawyers.com
- **INTERESTED PARTY COURTESY NEF:** Victoria Newmark vnewmark@pszjlaw.com
- **ATTORNEY FOR US TRUSTEE:** Queenie K Ng queenie.k.ng@usdoj.gov
- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS:** Keith C Owens kowens@foxrothschild.com, khoang@foxrothschild.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

- **ATTORNEY FOR DEFENDANT OPTIMUMBANK HOLDINGS, INC.:** Lisa Patel lpatel@lesnickprince.com, jmack@lesnickprince.com; jnavarro@lesnickprince.com
- **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC:** Michael R Pinkston rpinkston@seyfarth.com, jmcdermott@seyfarth.com, sfocalendar@seyfarth.com, 5314522420@filings.docketbird.com, bankruptcydocket@seyfarth.com
- **ATTORNEY FOR DEFENDANT SCOTT JAMES EADIE:** Douglas A Plazak dplazak@rhlaw.com
- **ATTORNEY FOR DEFENDANT TOUZI CAPITAL, LLC and DEFENDANT ENG TAING:** Daniel H Reiss dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, PC:** Ronald N Richards ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC:** Kevin Alan Rogers krogers@wellsmar.com
- **ATTORNEY FOR CREDITOR MARI AGAPE:** Gregory M Salvato gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com; jboufadel@salvatoboufadel.com; gsalvato@ecf.inforuptcy.com
- **ATTORNEY FOR CREDITOR AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC:** Olivia Scott olivia.scott3@bclplaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Jonathan Serrano jonathan.serrano@dinsmore.com
- **ATTORNEY FOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC:** Maureen J Shanahan Mstotaro@aol.com
- **ATTORNEY FOR CREDITORS UNITED PARTNERSHIPS, LLC and MNS FUNDING LLC:** Paul R Shankman PShankman@fortislaw.com, info@fortislaw.com
- **ATTORNEY FOR INTERESTED PARTY MORNING LAW GROUP, PC:** Zev Shechtman zs@DanningGill.com, danninggill@gmail.com; zshechtman@ecf.inforuptcy.com
- **ATTORNEY FOR US TRUSTEE:** Leslie Skorheim leslie.skorheim@usdoj.gov
- **ATTORNEY FOR CREDITOR PIONEER FUNDING GROUP, LLC:** Adam D Stein-Sapir info@pfllc.com
- **ATTORNEY FOR DEFENDANT BANKUNITED, N.A.:** Howard Steinberg steinbergh@gtlaw.com, pearsallt@gtlaw.com; NEF-BK@gtlaw.com; howard-steinberg-6096@ecf.pacerpro.com
- **ATTORNEY FOR CREDITOR ALTERYX, INC.:** Andrew Still astill@swlaw.com, kcollins@swlaw.com
- **ATTORNEY FOR CREDITOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC and INTERESTED PARTY RANDALL BALDWIN CLARK:** Michael R Totaro Ocbkatty@aol.com
- **US TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR CREDITOR and DEFENDANT AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC:** Sharon Z. Weiss sharon.weiss@bclplaw.com, raul.morales@bclplaw.com, REC_KM_ECF_SMO@bclplaw.com
- **ATTORNEY FOR CREDITOR DEBT RELIEF GROUP, LLC:** Johnny White JWhite@wrslawyers.com, jlee@wrslawyers.com

2. **SERVED BY UNITED STATES MAIL**:

| ADMIN CLAIMANT INTERESTED PARTY | INTERESTED PARTY | CREDITOR / POC ADDRESS |
|---|---|---|
| ADP<br>C/O CHRISTINA IATROU, ESQ.<br>71 HANOVER ROAD<br>FLORHAM PARK, NJ 07932 | ALTERYX<br>C/O JEFFREY M. SINGLETARY, COUNSEL<br>600 ANTON BLVD, SUITE 1400<br>COSTA MESA, CA 92626 | BRIANNE PUSZTAI<br>27784 INVERNESS<br>MISSION VIEJO, CA 92692 |
| **CREDITOR / POC ADDRESS**<br>EDWIN VALDIVIA FITZ<br>666 W 18TH ST, APT 9<br>COSTA MESA, CA 92627 | **INTERESTED PARTY**<br>JASLYNN SANCHEZ<br>2960 E. JACKSON AVE., #R056<br>ANAHEIM, CA 92806 | **INTERESTED PARTY**<br>JORGE E. SANCHEZ<br>2550 E. WARD TERRACE, APT. 63<br>ANAHEIM, CA 92806 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                     F 9013-3.1.PROOF.SERVICE

**CREDITOR / POC ADDRESS**
JUDITH SKIBA
PO BOX 1016
PASCAGOULA, MS 39568

**INTERESTED PARTY**
KIMBERLY TORRES
1177 W. CHATEAU AVE
ANAHEIM, CA 92802

**INTERESTED PARTY**
MELINA BELTRAN
22700 LAKE FOREST DR., APT 131
LAKE FOREST, CA 92630

**INTERESTED PARTY**
MELISSA A. WILKES, ESQ.
8888 KEYSTONE CROSSING PWKY, STE. 300
INDIANAPOLIS, IN 46240

**CREDITOR / POC ADDRESS**
OLGA LUCIA ESQUIVEL
25526 MAIER CIRCLE
MENIFEE, CA 92586

**INTERESTED PARTY**
PETER SCHNEIDER
10900 NE 4TH ST, STE. 2300
BELLEVUE, WA 98004

**INTERESTED PARTY**
R. REED PRUYN
276 S. 1000 E.
SALT LAKE CITY, UT 84102

**INTERESTED PARTY**
WELLS MARBLE AND HURST, PLLC
ATTN: KEVIN A. ROGERS
300 CONCOURSE BLVD, SUITE 200
RIDGELAND, MS 39157

4857-9621-5962

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE