# Exhibit "T"

1  Israel Orozco, Esq. (340722)
   **ISRAEL OROZCO LAW PC**
2  700 E Date St, Unit 69
   Brea, CA 92822
3  Tel:    (657) 468-9066
   Fax:    N/A
4  israel@iolawcorp.com

5  *In Pro Per*

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:23-bk-10571-SC |
| The Litigation Practice Group P.C., | Chapter 11 |
| Debtor. | **ORDER GRANTING MOTION OF ISRAEL OROZCO FOR AN ORDER FOR ALLOWANCE OF ADMINISTRATIVE CLAIM** |

This matter came before the Court upon the motion (the "Motion") by Claimant Israel Orozco ("Claimant"), seeking entry of an Order allowing and directing payment of Claimant's administrative expense claim pursuant to 11 U.S.C. §§ 503(b) and 507(a)(2), as well as under §§ 363 and 105(a). The Court, having reviewed the Motion, and having held a hearing to consider the relief requested in the Motion, the Court finds that the legal and factual bases set forth in the Motion establish just cause for the relief requested therein and it is therefore:

1. The Motion is GRANTED.

2. Claimant is granted an administrative expense pursuant to 11 U.S.C. §§ 503(b) and 507(a)(2) relating to (i) unpaid postpetition wages; (ii) unpaid postpetition reimbursable business expenses; and pursuant to 11 U.S.C. §§ 363 and 105(a) for prepetition reimbursable business expenses in the amount of $58,158.84 ("Administrative Claim").

3.    Debtor shall pay the Administrative Claim to Claimant within ten (10) days of the date of this order.

4.    The Court shall retain jurisdiction over all matters arising from or related to the implementation, interpretation, and enforcement of this order.

Dated: _____, 2024

                                          _____
                                          HONORABLE SCOTT C. CLARKSON
                                          UNITED STATES BANKRUPTCY JUDGE

ORDER GRANTING MOTION OF ISRAEL OROZCO FOR AN ORDER FOR ALLOWANCE OF ADMINISTRATIVE CLAIM