JOSHUA R. TEEPLE, CPA
Grobstein Teeple LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
Telephone:    (949) 381-5655
Facsimile:    (949) 381-5665
Email:    jteeple@gtllp.com; documents@gtllp.com

Accountants for Richard A. Marshack,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**THE LITIGATION PRACTICE GROUP P.C.,**<br><br><br><br><br><br>Debtor. | Case No.: **8:23-bk-10571-SC**<br><br>Chapter 11<br><br>**NOTICE OF CHANGE IN BILLING RATES OF GROBSTEIN TEEPLE, LLP** |

PLEASE TAKE NOTICE that, effective January 1, 2024, the billing rates of Grobstein Teeple, LLP, shall be the rates set forth in the schedule attached hereto as Exhibit "1".

Dated: January 23, 2024                     GROBTEIN TEEPLE, LLP

*Kailey Wright*
KAILEY WRIGHT, Principal of Grobstein
Teeple LLP, Accountants for Richard A.
Marshack, Chapter 11 Trustee

---

In re: The Litigation Practice Group P.C.        1        Case No.: 8:23-bk-10571-SC

 

# 2024 BILLING RATES

## Partners and Principals

| Name | Rate |
| --- | --- |
| Grobstein, Howard | $700.00 |
| Teeple, Joshua | $600.00 |
| Boffill, Kermith | $550.00 |
| Chamichyan, Silva | $450.00 |
| Garlie, Michael | $550.00 |
| Howard, Benjamin | $595.00 |
| Lundeen, Brian | $550.00 |
| Mehra, Dimple | $475.00 |
| Rasmussen, Erik | $550.00 |
| Roopenian, Steven | $400.00 |
| Shamas, Eddie | $425.00 |
| Stake, Kurt | $595.00 |
| Wright, Kailey | $495.00 |

## Managers and Directors

| Name | Rate |
| --- | --- |
| Adams, Dehlia | $400.00 |
| McCarthy, Michael | $385.00 |
| Marinofsky, David | $450.00 |
| Medina, Tony | $350.00 |
| Solares, Ken | $385.00 |
| Thomsen, William | $485.00 |

## Professionals

| Name | Rate |
| --- | --- |
| Butler, Tom | $375.00 |
| Ciezczak, Matt | $250.00 |
| Cooper, Nicholas | $275.00 |
| Davidovsky, Daniel | $260.00 |
| De Souza Ferreyra, Kevin | $350.00 |
| Faith, Benjamin | $175.00 |
| Grobstein, Aaron | $145.00 |
| Kent, Ryusei | $250.00 |
| McCallum, Breanna | $250.00 |
| McCarthy, Nolan | $195.00 |
| Meacham, Kevin | $325.00 |
| Muga, Tracey | $250.00 |

Los Angeles Headquarters
6300 W Canoga Avenue Ste 1500
Woodland Hills, California 91367
818.532.1020 | gtllp.com

Los Angeles County, CA
Orange County, CA
Riverside County, CA
San Francisco, CA

Boston, MA
Las Vegas, NV
Washington D.C. Metro
Mérida, MX

Exhibit "1"

| | |
|---|---:|
| Pei-Wen, Lin (Lynn) | $325.00 |
| Qin, Kunpeng (aka Ada Qin) | $225.00 |
| Ratner, Justin | $200.00 |
| Siegel, Brian | $300.00 |

## Paraprofessionals

| **Name** | **Rate** |
|---|---:|
| Borba, Brooke | $200.00 |
| Carranza, Wendi | $200.00 |
| Cortez, Dina | $115.00 |
| Galarza, Clara | $175.00 |
| Lee, Sophia | $175.00 |
| Nino, Claudia | $115.00 |
| Rice, Lynn | $200.00 |
| Weiss, Denise | $185.00 |
| Zerehi, Ken | $185.00 |

Exhibit "1"

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**PO BOX 253, WOONSOCKET, RI 02895**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHANGE IN BILLING RATES OF GROBSTEIN TEEPLE, LLP with EXHIBIT "1" and PROOF OF SERVICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __January 23, 2024__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Aaron E. DE Leest on behalf of Interested Party Courtesy NEF adeleest@DanningGill.com danninggill@gmail.com; adeleest@ecf.inforuptcy.com
- Adam D Stein-Sapir on behalf of Creditor Pioneer Funding Group LLC info@pfllc.com
- Alan Craig Hochheiser on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com arodriguez@mauricewutscher.com
- Alan I Nahmias on behalf of Interested Party Courtesy NEF anahmias@mbn.law jdale@mbn.law
- Amy Lynn Ginsburg on behalf of Creditor Shannon Bellfield efilings@ginsburglawgroup.com
- Amy Lynn Ginsburg on behalf of Creditor Kenton Cobb efilings@ginsburglawgroup.com
- Amy Lynn Ginsburg on behalf of Creditor Amy Ginsburg efilings@ginsburglawgroup.com
- Andrew Still on behalf of Creditor Alteryx Inc. astill@swlaw.com, kcollins@swlaw.com
- Andrew Still on behalf of Interested Party Courtesy NEF astill@swlaw.com kcollins@swlaw.com
- Anthony Paul Diehl on behalf of Interested Party Courtesy NEF anthony@apdlaw.net Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net
- Brian L Holman on behalf of Creditor Sharp Electronics Corporation b.holman@musickpeeler.com
- Britteny Leyva on behalf of Interested Party Revolv3 Inc. bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com
- Byron Z Moldo on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com amatsuoka@ecjlaw.com, dperez@ecjlaw.com
- Christopher Celentino on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com caron.burke@dinsmore.com
- Christopher Celentino on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com caron.burke@dinsmore.com
- Christopher Ghio on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- Christopher Ghio on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- Christopher J Langley on behalf of Interested Party Courtesy NEF chris@slclawoffice.com omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com
- D Edward Hays on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- D Edward Hays on behalf of Interested Party Courtesy NEF ehays@marshackhays.com ehays@ecf.courtdrive.com; alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- D Edward Hays on behalf of Creditor Committee Committee of Unsecured Creditors ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Daniel A Edelman on behalf of Creditor Carolyn Beech dedelman@edcombs.com courtecl@edcombs.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

- Daniel A Lev on behalf of Defendant Consumer Legal Group PC daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- Daniel A Lev on behalf of Defendant LGS Holdco LLC daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com; dlev@ecf.courtdrive.com
- Daniel A Lev on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com; dlev@ecf.courtdrive.com
- Daniel A Lev on behalf of Interested Party Liberty Acquisitions Group Inc. daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- Daniel A Lev on behalf of Interested Party Consumer Legal Group P.C. daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com; dlev@ecf.courtdrive.com
- Daniel H Reiss on behalf of Defendant Eng Taing dhr@lnbyg.com dhr@ecf.inforuptcy.com
- Daniel H Reiss on behalf of Defendant Touzi Capital LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- Daniel S March on behalf of Defendant Daniel S. March marchlawoffice@gmail.com marchdr94019@notify.bestcase.com
- David M Goodrich on behalf of Creditor United Partnerships LLC dgoodrich@go2.law, kadele@go2.law; dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- David M Goodrich on behalf of Interested Party Courtesy NEF dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- David S Kupetz on behalf of Defendant Marich Bein LLC David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- David S Kupetz on behalf of Interested Party Courtesy NEF David.Kupetz@lockelord.com mylene.ruiz@lockelord.com
- Douglas A Plazak on behalf of Defendant Scott James Eadie dplazak@rhlaw.com
- Eric Bensamochan on behalf of Interested Party Courtesy NEF eric@eblawfirm.us G63723@notify.cincompass.com
- Eric Bensamochan on behalf of Creditor Affirma LLC eric@eblawfirm.us, G63723@notify.cincompass.com
- Eric Bensamochan on behalf of Creditor Oxford Knox LLC eric@eblawfirm.us, G63723@notify.cincompass.com
- Eric Bensamochan on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us G63723@notify.cincompass.com
- Eric Gassman on behalf of Creditor Herret Credit erg@gassmanlawgroup.com gassman.ericb112993@notify.bestcase.com
- Eric D Goldberg on behalf of Defendant Stripe Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Garrick A Hollander on behalf of Creditor Debt Validation Fund II LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Garrick A Hollander on behalf of Creditor MC DVI Fund 1 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Garrick A Hollander on behalf of Creditor MC DVI Fund 2 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Glenn D. Moses on behalf of Creditor ADP Inc gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com
- Gregory M Salvato on behalf of Creditor Mari Agape gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- Gregory M Salvato on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- Howard Steinberg on behalf of Defendant BankUnited N.A. steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com Ira
- David Kharasch on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com Ira
- David Kharasch on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com
- Jamie D Mottola on behalf of Plaintiff Richard A. Marshack Chapter 11 Trustee Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com
- Jeffrey I Golden on behalf of Creditor Anaheim Ducks Hockey Club LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b estcase.com
- Jeffrey I Golden on behalf of Creditor Oxford Knox LLC jgolden@go2.law, kadele@ecf.courtdrive.com; cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b estcase.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

- Jeffrey I Golden on behalf of Creditor Anaheim Arena Management LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b estcase.com
- Jeffrey I Golden on behalf of Interested Party Courtesy NEF jgolden@go2.law kadele@ecf.courtdrive.com; cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b estcase.com
- Jeffrey I Golden on behalf of Creditor Affirma LLC jgolden@go2.law, kadele@ecf.courtdrive.com; cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b estcase.com
- Jenny L Doling on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- Jenny L Doling on behalf of Interested Party National Consumer Bankruptcy Rights Center jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- Jenny L Doling on behalf of Interested Party INTERESTED PARTY jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- Jeremy Freedman on behalf of Trustee Richard A Marshack (TR) jeremy.freedman@dinsmore.com
- Jeremy Freedman on behalf of Plaintiff Richard A. Marshack jeremy.freedman@dinsmore.com
- Johnny White on behalf of Creditor Debt Relief Group LLC JWhite@wrslawyers.com, jlee@wrslawyers.com
- Johnny White on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com jlee@wrslawyers.com
- Jonathan Serrano on behalf of Trustee Richard A Marshack (TR) jonathan.serrano@dinsmore.com
- Jonathan Serrano on behalf of Plaintiff Richard A. Marshack jonathan.serrano@dinsmore.com
- Joon M Khang on behalf of Attorney Khang & Khang LLP joon@khanglaw.com
- Joon M Khang on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com
- Kathleen P March on behalf of Defendant Jayde Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- Kathleen P March on behalf of Creditor Phuong (Jayde) Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- Kathleen P March on behalf of Defendant Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net, kmarch@sbcglobal.net
- Kathleen P March on behalf of Creditor Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- Kathleen P March on behalf of Defendant Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- Kathleen P March on behalf of Creditor Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net, kmarch@sbcglobal.net
- Keith C Owens on behalf of Creditor Committee Committee of Unsecured Creditors kowens@foxrothschild.com khoang@foxrothschild.com
- Kenneth Misken on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov
- Kevin Alan Rogers on behalf of Creditor Wells Marble and Hurst PLLC krogers@wellsmar.com
- Laila Masud on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- Laila Masud on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- Laila Masud on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- Laila Masud on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com; lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- Leslie Skorheim on behalf of U.S. Trustee United States Trustee (SA) leslie.skorheim@usdoj.gov
- Leslie A Cohen on behalf of Defendant Rosa Bianca Loli leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- Leslie A Cohen on behalf of Defendant Lisa Cohen leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com; clare@lesliecohenlaw.com
- Leslie A Cohen on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com; clare@lesliecohenlaw.com
- Lisa Patel on behalf of Defendant OptimumBank Holdings Inc. lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

- Marc A Lieberman on behalf of Interested Party Courtesy NEF marc.lieberman@flpllp.com safa.saleem@flpllp.com,addy@flpllp.com
- Mark J Markus on behalf of Creditor David Orr bklawr@bklaw.com markjmarkus@gmail.com; markus.markj.r112926@notify.bestcase.com
- Matthew A Lesnick on behalf of Defendant OptimumBank Holdings Inc. matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- Maureen J Shanahan on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Mstotaro@aol.com
- Meredith King on behalf of Defendant Gallant Law Group mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law
- Meredith King on behalf of Interested Party Courtesy NEF mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law
- Michael D Lieberman on behalf of Creditor Phillip A. Greenblatt PLLC mlieberman@lipsonneilson.com
- Michael R Pinkston on behalf of Creditor Wells Marble and Hurst PLLC rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com
- Michael R Totaro on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Ocbkatty@aol.com
- Michael R Totaro on behalf of Interested Party Randall Baldwin Clark Ocbkatty@aol.com
- Mitchell B Ludwig on behalf of Creditor Fundura Capital Group mbl@kpclegal.com kad@kpclegal.com
- Nicholas A Koffroth on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com khoang@foxrothschild.com
- Olivia Scott on behalf of Creditor Azzure Capital LLC olivia.scott3@bclplaw.com
- Olivia Scott on behalf of Creditor Hi Bar Capital LLC olivia.scott3@bclplaw.com
- Paul R Shankman on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com info@fortislaw.com
- Paul R Shankman on behalf of Creditor United Partnerships LLC PShankman@fortislaw.com, info@fortislaw.com
- Peter L Isola on behalf of Interested Party Merchants Credit Corporation pisola@hinshawlaw.com
- Peter W Bowie on behalf of Trustee Richard A Marshack (TR) peter.bowie@dinsmore.com caron.burke@dinsmore.com
- Queenie K Ng on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov
- Randall Baldwin Clark on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com
- Razmig Izakelian on behalf of Plaintiff OHP-CDR LP razmigizakelian@quinnemanuel.com
- Razmig Izakelian on behalf of Counter-Defendant PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com
- Razmig Izakelian on behalf of Plaintiff PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com
- Razmig Izakelian on behalf of Counter-Defendant OHP-CDR LP razmigizakelian@quinnemanuel.com
- Razmig Izakelian on behalf of Creditor OHP-CDR LP razmigizakelian@quinnemanuel.com
- Richard A Marshack (TR) pkraus@marshackhays.com rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- Richard H Golubow on behalf of Creditor Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Richard H Golubow on behalf of Creditor MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Richard H Golubow on behalf of Creditor MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Richard L. Hyde on behalf of Interested Party Courtesy NEF richard@amintalati.com
- Ronald K Brown on behalf of Creditor SDCO Tustin Executive Center Inc. ron@rkbrownlaw.com
- Ronald N Richards on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com
- Ronald N Richards on behalf of Defendant Consumer Legal Group PC ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Sarah S. Mattingly on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com
- Sarah S. Mattingly on behalf of Plaintiff Richard A. Marshack Chapter 11 Trustee sarah.mattingly@dinsmore.com
- Sharon Z. Weiss on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- Sharon Z. Weiss on behalf of Defendant Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com, REC_KM_ECF_SMO@bclplaw.com
- Sharon Z. Weiss on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

- Shawn M Christianson on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com schristianson@buchalter.com
- Sweeney Kelly on behalf of Defendant Fidelity National Information Services Inc. dba FIS kelly@ksgklaw.com
- Sweeney Kelly on behalf of Defendant Worldpay LLC kelly@ksgklaw.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Victoria Newmark on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com
- William P Fennell on behalf of Creditor Validation Partners LLC william.fennell@fennelllaw.com
- Yosina M Lissebeck on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com
- Yosina M Lissebeck on behalf of Defendant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com
- Yosina M Lissebeck on behalf of Trustee Richard A Marshack (TR) Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com
- Yosina M Lissebeck on behalf of Counter-Claimant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com
- Zev Shechtman on behalf of Interested Party Danning Gill Israel & Krasnoff LLP zs@DanningGill.com danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- Zev Shechtman on behalf of Interested Party Morning Law Group P.C. zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __January 23, 2024__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**:  The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981

Judge:  The Honorable Scott C. Clarkson, U.S. Bankruptcy Court, 411 W. Fourth Street, Suite 5130, Santa Ana, California 92701

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 23, 2024 | Denise Weiss | *Denise Weiss* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                       **F 9013-3.1.PROOF.SERVICE**