Christopher B. Ghio (State Bar No. 259094)
christopher.ghio@dinsmore.com
Christopher Celentino (State Bar No. 131688)
christopher.celentino@dinsmore.com
Yosina M. Lissebeck (State Bar No. 201654)
yosina.lissebeck@dinsmore.com
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone:    619.400.0500
Facsimile:    619.400.0501

Special Counsel to Richard A. Marshack, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**OMNIBUS REPLY TO OBJECTIONS TO MOTION FOR ORDER REJECTING CONSUMER CONTRACTS WHICH WERE EXCLUDED OR REMOVED PURSUANT TO 11 U.S.C. § 365; DECLARATION OF YOSINA M. LISSEBECK**<br><br>Date:    January 31, 2024<br>Time:    1:30 P.M. (Pacific Time)<br>Location: Courtroom 5C[1]<br>          411 West Fourth Street<br>          Santa Ana, CA 92701 |

On December 27, 2023, Richard A. Marshack, the Chapter 11 Trustee (the "Trustee") for the bankruptcy estate of The Litigation Practice Group P.C., (the "Debtor") in the above-captioned bankruptcy case (the "Case"), filed this motion (the "Motion") for entry of an order rejecting the consumer client contracts for those clients which were excluded or removed by MLG as provided

---

[1] Video and audio connection information for each hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC.

1

for in the Agreement of Purchase and Sale and Joint Escrow Instructions dated as of August 4, 2023, by and between the Trustee and MLG (the "Purchase Agreement") (collectively, the "Rejected Consumer Contracts"). This Motion was served on all parties in interest, including of course, those parties whose files were being rejected. The deadline to object to the Motion was January 17, 2023. Two parties filed objections, Meredith Fahn [Doc #851] and Jon Newman [Doc #853]; and a late response was filed by Tracy Carrington [Docket #866]. The Trustee hereby files this Omnibus Reply to those responses.

As set forth in the Motion, pursuant to the terms of the Court's Order (A) Approving Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests Pursuant to 11 USC § 363(b), (B) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Dkt. No. 352] (the "Sale Order"), MLG is entitled to exclude or remove consumer client contracts it identifies.

**A.  Legal Standard**

Pursuant to Bankruptcy Code section 365(a), a chapter 11 debtor in possession, "subject to the court's approval, may . . . reject any executory contract or unexpired lease of the debtor." 11 U.S.C. § 365(a); *In re Player's Poker Club, Inc.*, 636 B.R. 811, 816-17 (Bankr. C.D. Cal. 2022). "In making its determination, a bankruptcy court need engage in 'only a cursory review of a [debtor in possession]'s decision to reject the contract. Specifically, a bankruptcy court applies the business judgment rule to evaluate a [debtor in possession]'s rejection decision.'" *Agarwal v. Pomona Valley Med. Group, Inc. (In re Pomona Valley Med. Group, Inc.)*, 476 F.3d 665, 670 (9th Cir. 2007) (quoting *Durkin v. Benedor (In re G.I. Indus.)*, 204 F.3d 1276, 1282 (9th Cir. 1999)). "Since the debtor has the right under the Bankruptcy Code to reject the contract, the court's discretion is limited once it has determined that the debtor is exercising sound business judgment." *In re Health Plan of the Redwoods*, 286 B.R. 779, 780 (Bankr. N.D. Cal. 2002).

**B.  Basis for Rejection**

Pursuant to MLG's rights under the Sale Order, it has determined it will not be accepting representation of the Consumer Contracts identified in the Sealed Exhibit A. Because the Estate is not in a position to provide legal representation to these consumers, Trustee has properly exercised

2

his business judgment to reject these contracts. There is no prejudice to the Consumer Contract parties. On January 23, 2024, the Trustee served the claims bar date notice and proof of claim forms to all parties, including all consumers contained in the Luna database. Further, this motion requests that the Court set a 60-day deadline after entry of the order for any party asserting an administrative claim to file a properly noticed motion. Thus, if a consumer client believes they have an unsecured or administrative claim, they can file one.

### C. The Responses

Ms. Fahn submitted an objection. Ms. Lissebeck, the Trustee's special counsel, contacted MLG and verified that Ms. Fahn's file was not included in the sale, as Mr. Daniel March served as her attorney of record. Ms. Fahn's objection confirms the fact that Mr. Marsh was her attorney and that on February 9, 2023, she had a telephone conversation with Mr. March and "he personally assured me of continued representation." See, Objection, Doc #851, pg, 3, paragraph 6. Mr. March stated to this Court, at a hearing on the Preliminary Injunction on June 12, 2023, in Adversary Proceeding 23-01046, that he would continue as the attorney of record for the approximately 200 files he handled for LPG. A copy of the pertinent parts of the transcript are attached to the Declaration of Ms. Lissebeck as Exhibit 1. Despite Mr. March's representation to both Ms. Fahn and to this Court, based on Ms. Fahn's objection it appears Mr. March has abandoned her. The Estate cannot represent Ms. Fahn and the request to reject is still reasonable. Ms. Fahn indicated she already filed a proof of claim, which is her remedy for a rejection.

Mr. Newman provided an opposition. Ms. Lissebeck, the Trustee's special counsel, contacted MLG and verified that neither the Estate nor MLG withdrew any funds from Mr. Newman. In his opposition, Mr. Newman corroborated that he made his last payment in September 2022. See, Opposition, Doc 853, pg. 4, paragraph 3. Ms. Lissebeck also confirmed that MLG provided Opt-Out documents to Mr. Newman, as he requested. Mr. Newman states that he wanted to speak with Lex prior to returning the Opt-Out documents. Ms. Lissebeck asked MLG to review its files, and it verified that Lex did call Mr. Newman back, but Mr. Newman did not answer and they never did speak. The Estate cannot represent Mr. Newman, and MLG has rejected the client file pursuant to its rights under the Sale Order. Mr. Newman is of course able to file a proof of

claim with the Estate for the $7,560.00. On January 23, 2024, the Estate emailed Mr. Newman the Bar Date Notice and the Proof of Claim Forms.

Ms. Carrington, filed a late response to the Motion on January 23, 2024. Ms. Lissebeck, the Trustee's special counsel, contacted MLG and confirmed that neither the Estate nor MLG had withdrawn any funds from Ms. Carrington and that her last payment was made to LPG on October 23, 2021. The Estate cannot represent Ms. Carrington, and MLG has rejected the client file pursuant to its rights under the Sale Order. Ms. Carrington can submit a proof of claim for any amount owed to her with the Estate. On January 23, 2024, the Estate emailed Ms. Carrington the Bar Date Notice and the Proof of Claim Forms.

The Trustee understands that the rejected consumer clients may need to obtain new legal representation. In response to the hundreds of creditor emails and phone calls, Trustee has already suggested that parties reach out to their local bar association for assistance. As part of the Motion, the Trustee also requests authority to file a motion seeking an order authorizing him to refund such monies to the rejected consumer clients, in his sole discretion and upon a reasonable request with evidence supporting such refunds. In that Motion he intends to follow the Court's instructions at the hearing on the sale motion, to provide those consumers not only a mechanism to obtain refunds from the Estate, but also contact information for several consumer groups that can assist this clients with future legal representation.

**IV.    CONCLUSION**

Based upon the foregoing, along with the Motion, the Trustee submits that the relief requested is in the best interest of the Estate and that while the Trustee understands the frustration the consumer clients are facing, the remedy is to file a claim. Thus, as none of these objecting parties provided a legal basis to overturn the sound business judgment of the Trustee, he respectfully requests that the Court grant the Motion and enter an order:

1.    Authorizing rejection of the Contracts under section 365(a) of the Bankruptcy Code;

///

///

    2.    Ordering that any unsecured claim arising from rejection must be filed by the deadline set by the Court for the filing of any unsecured claim (set for February 23, 2024 at 4:00 p.m. PST);

    3.    Setting a 60-day deadline for the filing of any motion seeking allowance of an administrative claim arising from rejection;

    4.    Allows the Trustee to file a motion seeking an order authorizing him to refund such monies to the rejected consumer clients, in his sole discretion and upon a reasonable request with evidence supporting such refunds; and

    5.    Granting the Trustee such other and further relief as the Court deems just and proper.

Dated: January 24, 2024                  Respectfully submitted,

                                        DINSMORE & SHOHL LLP

By: */s/ Yosina M. Lissebeck*
     Yosina M. Lissebeck
     Christopher B. Ghio
     Christopher Celentino
     Counsel to Richard A. Marshack,
     Chapter 11 Trustee

## DECLARATION OF YOSINA M. LISSEBECK IN SUPPORT OF REPLY

I, Yosina M. Lissebeck, declare:

1. I am a Partner at Dinsmore and Shohl, LLP, Special Counsel to the Chapter 11 Trustee (the "Trustee") of the bankruptcy estate (the "Estate") of the Debtor. As such, except as expressly stated otherwise, I have personal knowledge of the facts set forth below and could and would competently testify under oath thereto if requested to do so.

2. I submit this Declaration in support of the *Omnibus Reply to the Objections to Motion for Order Rejecting Consumer Contracts That Were Excluded or Removed Pursuant to 11 U.S.C. § 365* (the "Motion") to which this Declaration is attached. Capitalized terms not otherwise defined herein have the same meanings ascribed to them in the Motion.

3. After receiving Ms. Fahn's objection, I contacted MLG and verified that Ms. Fahn's file was not included in the sale, as Mr. Daniel March served as her attorney of record. Mr. March stated to this Court, at a hearing on the Preliminary Injunction on June 12, 2023, in Adversary Proceeding 23-01046, that he would continue as the attorney of record for the approximately 200 files he handled for LPG. A copy of the pertinent parts of the transcript are attached hereto as Exhibit 1.

4. After receiving, Mr. Newman's opposition, I contacted MLG and verified that neither the Estate nor MLG withdrew any funds from Mr. Newman. I also confirmed that MLG provided Opt-Out documents to Mr. Newman, as he requested. I asked MLG to review its files, and it verified that Lex did call Mr. Newman back, but Mr. Newman did not answer and they never did speak.

5. After receiving, Ms. Carrington's late response, I contacted MLG and confirmed that neither the Estate nor MLG had withdrawn any funds from Ms. Carrington and that her last payment was made to LPG on October 23, 2021.

*///*

*///*

*///*

*///*

6

6. On January 23, 2024, the Estate emailed the Bar Date Notice and the Proof of Claim Forms to all creditors, including Ms. Fahn, Mr. Newman and Mr. Carrington.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 24, 2024

*/s/ Yosina M. Lissebeck*
Yosina M. Lissebeck

7

**EXHIBIT "1"**

```
 1                UNITED STATES BANKRUPTCY COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3                         --oOo--
 4  In Re:                        ) Case No. 8:23-bk-10571-SC
                                  )
 5  THE LITIGATION PRACTICE GROUP ) Chapter 11
    P.C.,                         )
 6                                ) Santa Ana, California
              Debtor.             ) Monday, June 12, 2023
 7  _____) 1:30 p.m.
                                  )
 8  MARSHACK,                     ) Adv. No. 8:23-ap-01046-SC
                                  )
 9            Plaintiff,          )
                                  )
10       vs.                      )
                                  )
11  DIAB, ET AL.,                 )
                                  )
12            Defendants.         )
13  _____)

14                                HEARING RE: PRELIMINARY
                                  INJUNCTION
15
                                  STATUS CONFERENCE HEARING RE:
16                                (1) CASE MANAGEMENT CONFERENCE
                                  AND (2) REQUIRING STATUS
17                                REPORT

18               TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE SCOTT CLARKSON
19            UNITED STATES BANKRUPTCY JUDGE
20
21
22
23
24
    Proceedings recorded by electronic sound recording;
25  transcript produced by transcription service.
```

*Briggs Reporting Company, Inc.*

EXHIBIT 1
Page 9

```
                                                              124
 1           THE CLERK:  If you could speak into the mic.
 2           THE WITNESS:  Sure.
 3           THE CLERK:  Thank you.
 4           THE COURT:  But the microphone is very sensitive,
 5  so you don't need to get close to it.  They're so sensitive
 6  that I can hear the people that are whispering in the last
 7  row from these microphones here, and I pay attention to
 8  everything.  Go ahead.
 9                       DIRECT EXAMINATION
10  BY MR. CELENTINO:
11  Q    Mr. March, thank you.  I understand from earlier you
12  are the attorney of record for the Debtor out of possession,
13  Litigation Practice Group, correct?
14  A    Correct.
15  Q    We heard earlier that you have approximately 200
16  clients left that you continue to provide services for, that
17  were services of Litigation -- clients of Litigation
18  Practice Group, correct?
19  A    Yes, Litigation California (indiscernible).
20  Q    Thank you.  As to those clients, are you aware that any
21  of them still have financial obligations owing to Litigation
22  Practice Group on their contract with Litigation Practice
23  Group?
24  A    I believe that none of them owed any money to LPG, and
25  if they did, I believe it was probably waived anyway.  So
```

*Briggs Reporting Company, Inc.*

EXHIBIT 1

Page 10

125

1 no, nobody owes anything.
2 Q    And you are the attorney of record for those clients in
3 pending cases now?
4 A    Yes, it's LPG, Litigation Practice Group P.C., my name
5 and then my bar number.
6 Q    And you've agreed to continue to finish out those cases
7 pursuant to the terms with those clients, correct?
8 A    I will, yes, and I have.
9 Q    Thank you.  Do you know who Wes Thomas is?
10 A    Not exactly.
11 Q    Do you remember that he was the chief financial officer
12 of LPG?
13 A    He was there -- he wasn't the CFO, but he was an -- he
14 was in charge, yeah.
15 Q    Okay.  You understand how -- let me start over.
16      The main source of revenue for LPG was through
17 contracts that allowed ACH draws from its clients, correct?
18 A    Yes.
19 Q    And those contracts were primarily monthly draws,
20 correct?
21 A    Yes.
22 Q    And there was a term period that was typically --
23         THE COURT:  Mr. Celentino.  Mr. Celentino, in
24 running this evidentiary hearing, I realized that there is
25 very few people here who are willing to or want to object to

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:     655 W. Broadway, Suite 800, San Diego, California  92101

A true and correct copy of the foregoing document: **OMNIBUS REPLY TO OBJECTIONS TO MOTION FOR ORDER REJECTING CONSUMER CONTRACTS WHICH WERE EXCLUDED OR REMOVED PURSUANT TO 11 U.S.C. § 365; DECLARATION OF YOSINA M. LISSEBECK**

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 24, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On January 24, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 24, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY - VIA FEDEX**
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 24, 2024 | Caron Burke | /s/ Caron Burke |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August  2010                                                                                           **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

   Eric Bensamochan on behalf of Creditor Affirma, LLC
   eric@eblawfirm.us, G63723@notify.cincompass.com

   Eric Bensamochan on behalf of Creditor Oxford Knox, LLC
   eric@eblawfirm.us, G63723@notify.cincompass.com

   Eric Bensamochan on behalf of Interested Party Courtesy NEF
   eric@eblawfirm.us, G63723@notify.cincompass.com

   Eric Bensamochan on behalf of Interested Party Eric Bensamochan
   eric@eblawfirm.us, G63723@notify.cincompass.com

   Peter W Bowie on behalf of Trustee Richard A Marshack (TR)
   peter.bowie@dinsmore.com, caron.burke@dinsmore.com

   Ronald K Brown on behalf of Creditor SDCO Tustin Executive Center, Inc.
   ron@rkbrownlaw.com

   Christopher Celentino on behalf of Plaintiff Richard A. Marshack
   christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

   Christopher Celentino on behalf of Trustee Richard A Marshack (TR)
   christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

   Shawn M Christianson on behalf of Interested Party Courtesy NEF
   cmcintire@buchalter.com, schristianson@buchalter.com

   Randall Baldwin Clark on behalf of Interested Party Randall Baldwin Clark
   rbc@randallbclark.com

   Leslie A Cohen on behalf of Defendant Lisa Cohen
   leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

   Leslie A Cohen on behalf of Defendant Rosa Bianca Loli
   leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

   Leslie A Cohen on behalf of Interested Party Courtesy NEF
   leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

   Aaron E. DE Leest on behalf of Interested Party Courtesy NEF
   adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

   Anthony Paul Diehl on behalf of Interested Party Courtesy NEF
   anthony@apdlaw.net, Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net

   Jenny L Doling on behalf of Interested Party INTERESTED PARTY
   jd@jdl.law,
   dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

   Jenny L Doling on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys
   jd@jdl.law,
   dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

   Jenny L Doling on behalf of Interested Party National Consumer Bankruptcy Rights Center

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August  2010                                                                                                          **F 9013-3.1.PROOF.SERVICE**

jd@jdl.law,
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Daniel A Edelman on behalf of Creditor Carolyn Beech
dedelman@edcombs.com, courtecl@edcombs.com

Meredith Fahn on behalf of Creditor Meredith Fahn
fahn@sbcglobal.net

William P Fennell on behalf of Creditor Validation Partners LLC
william.fennell@fennelllaw.com,
luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com

Jeremy Freedman on behalf of Plaintiff Richard A. Marshack
jeremy.freedman@dinsmore.com

Jeremy Freedman on behalf of Trustee Richard A Marshack (TR)
jeremy.freedman@dinsmore.com

Eric Gassman on behalf of Creditor Herret Credit
erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com,
nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com

Christopher Ghio on behalf of Trustee Richard A Marshack (TR)
christopher.ghio@dinsmore.com,
nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com

Amy Lynn Ginsburg on behalf of Creditor Amy Ginsburg
efilings@ginsburglawgroup.com

Amy Lynn Ginsburg on behalf of Creditor Kenton Cobb
efilings@ginsburglawgroup.com

Amy Lynn Ginsburg on behalf of Creditor Shannon Bellfield
efilings@ginsburglawgroup.com

Eric D Goldberg on behalf of Defendant Stripe, Inc.
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Jeffrey I Golden on behalf of Creditor Affirma, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Anaheim Arena Management, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Anaheim Ducks Hockey Club, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-.1.PROOF.SERVICE

Jeffrey I Golden on behalf of Creditor Oxford Knox, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Interested Party Courtesy NEF
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Richard H Golubow on behalf of Creditor Debt Validation Fund II, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 1, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 2, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

David M Goodrich on behalf of Creditor United Partnerships, LLC
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Interested Party Courtesy NEF
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

D Edward Hays on behalf of Creditor Committee Committee of Unsecured Creditors
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Trustee Richard A Marshack (TR)
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Alan Craig Hochheiser on behalf of Creditor City Capital NY
ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com

Garrick A Hollander on behalf of Creditor Debt Validation Fund II, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander on behalf of Creditor MC DVI Fund 1, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander on behalf of Creditor MC DVI Fund 2, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Brian L Holman on behalf of Creditor Sharp Electronics Corporation

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-.1.PROOF.SERVICE

b.holman@musickpeeler.com

Richard L. Hyde on behalf of Interested Party Courtesy NEF
richard@amintalati.com

Peter L Isola on behalf of Interested Party Merchants Credit Corporation
pisola@hinshawlaw.com

Razmig Izakelian on behalf of Counter-Defendant OHP-CDR, LP
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Counter-Defendant PurchaseCo 80, LLC
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Creditor OHP-CDR, LP
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Plaintiff OHP-CDR, LP
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Plaintiff PurchaseCo 80, LLC
razmigizakelian@quinnemanuel.com

Sweeney Kelly on behalf of Defendant Fidelity National Information Services, Inc. dba FIS
kelly@ksgklaw.com

Sweeney Kelly on behalf of Defendant Worldpay, LLC
kelly@ksgklaw.com

Joon M Khang on behalf of Attorney Khang & Khang LLP
joon@khanglaw.com

Joon M Khang on behalf of Debtor The Litigation Practice Group P.C.
joon@khanglaw.com

Ira David Kharasch on behalf of Interested Party Ad Hoc Consumer Claimants Committee
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Interested Party Courtesy NEF
ikharasch@pszjlaw.com

Meredith King on behalf of Defendant Gallant Law Group
mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Meredith King on behalf of Interested Party Courtesy NEF
mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Nicholas A Koffroth on behalf of Creditor Committee Committee of Unsecured Creditors
nkoffroth@foxrothschild.com, khoang@foxrothschild.com

David S Kupetz on behalf of Defendant Marich Bein, LLC
David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

David S Kupetz on behalf of Interested Party Courtesy NEF
David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

Christopher J Langley on behalf of Interested Party Courtesy NEF

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                **F 9013-.1.PROOF.SERVICE**

chris@slclawoffice.com,
omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

Matthew A Lesnick on behalf of Defendant OptimumBank Holdings, Inc.
matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Daniel A Lev on behalf of Defendant Consumer Legal Group, PC
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev on behalf of Defendant LGS Holdco, LLC
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev on behalf of Interested Party Consumer Legal Group, P.C.
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev on behalf of Interested Party Courtesy NEF
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev on behalf of Interested Party Liberty Acquisitions Group Inc.
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Britteny Leyva on behalf of Interested Party Revolv3, Inc.
bleyva@mayerbrown.com,
2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com

Marc A Lieberman on behalf of Defendant JGW Solutions, LLC
marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com

Marc A Lieberman on behalf of Interested Party Courtesy NEF
marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com

Michael D Lieberman on behalf of Creditor Phillip A. Greenblatt, PLLC
mlieberman@lipsonneilson.com

Yosina M Lissebeck on behalf of Counter-Claimant Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com

Yosina M Lissebeck on behalf of Defendant Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com

Yosina M Lissebeck on behalf of Plaintiff Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com

Yosina M Lissebeck on behalf of Trustee Richard A Marshack (TR)
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com

Mitchell B Ludwig on behalf of Creditor Fundura Capital Group
mbl@kpclegal.com, kad@kpclegal.com

Daniel S March on behalf of Defendant Daniel S. March
marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com

Kathleen P March on behalf of Creditor Greyson Law Center PC
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Creditor Han Trinh
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    **F 9013-.1.PROOF.SERVICE**

Kathleen P March on behalf of Creditor Phuong (Jayde) Trinh
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Defendant Greyson Law Center PC
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Defendant Han Trinh
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Defendant Jayde Trinh
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Mark J Markus on behalf of Creditor David Orr
bklawr@bklaw.com, markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com

Richard A Marshack (TR)
pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Laila Masud on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud on behalf of Interested Party Richard A. Marshack
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud on behalf of Plaintiff Richard Marshack
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud on behalf of Trustee Richard A Marshack (TR)
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Sarah S. Mattingly on behalf of Plaintiff Richard A. Marshack, Chapter 11 Trustee
sarah.mattingly@dinsmore.com

Sarah S. Mattingly on behalf of Plaintiff Richard A. Marshack
sarah.mattingly@dinsmore.com

Kenneth Misken on behalf of U.S. Trustee United States Trustee (SA)
Kenneth.M.Misken@usdoj.gov

Byron Z Moldo on behalf of Interested Party Byron Moldo
bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com

Glenn D. Moses on behalf of Creditor ADP, Inc
gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com

Jamie D Mottola on behalf of Plaintiff Richard A. Marshack, Chapter 11 Trustee
Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbn.law, jdale@mbn.law

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    **F 9013-.1.PROOF.SERVICE**

Victoria Newmark on behalf of Interested Party Courtesy NEF
vnewmark@pszjlaw.com

Queenie K Ng on behalf of U.S. Trustee United States Trustee (SA)
queenie.k.ng@usdoj.gov

Israel Orozco on behalf of Creditor Israel Orozco
israel@iolawcorp.com

Keith C Owens on behalf of Creditor Committee Committee of Unsecured Creditors
kowens@foxrothschild.com, khoang@foxrothschild.com

Lisa Patel on behalf of Defendant OptimumBank Holdings, Inc.
lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com

Michael R Pinkston on behalf of Creditor Wells Marble and Hurst, PLLC
rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com

Douglas A Plazak on behalf of Defendant Scott James Eadie
dplazak@rhlaw.com

Daniel H Reiss on behalf of Defendant Touzi Capital, LLC
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel H Reiss on behalf of Defendant Eng Taing
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Ronald N Richards on behalf of Defendant Consumer Legal Group, PC
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Kevin Alan Rogers on behalf of Creditor Wells Marble and Hurst, PLLC
krogers@wellsmar.com

Gregory M Salvato on behalf of Creditor Mari Agape
gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato on behalf of Interested Party Courtesy NEF
gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Olivia Scott on behalf of Creditor Azzure Capital LLC
olivia.scott3@bclplaw.com

Olivia Scott on behalf of Creditor Hi Bar Capital LLC
olivia.scott3@bclplaw.com

Jonathan Serrano on behalf of Plaintiff Richard A. Marshack
jonathan.serrano@dinsmore.com

Jonathan Serrano on behalf of Trustee Richard A Marshack (TR)
jonathan.serrano@dinsmore.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-.1.PROOF.SERVICE

Maureen J Shanahan on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC
Mstotaro@aol.com

Paul R Shankman on behalf of Attorney Paul R. Shankman
PShankman@fortislaw.com, info@fortislaw.com

Paul R Shankman on behalf of Creditor United Partnerships, LLC
PShankman@fortislaw.com, info@fortislaw.com

Zev Shechtman on behalf of Interested Party Danning Gill Israel & Krasnoff LLP
zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Interested Party Morning Law Group, P.C.
zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Leslie Skorheim on behalf of U.S. Trustee United States Trustee (SA)
leslie.skorheim@usdoj.gov

Adam D Stein-Sapir on behalf of Creditor Pioneer Funding Group, LLC
info@pfllc.com

Howard Steinberg on behalf of Defendant BankUnited, N.A.
steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Andrew Still on behalf of Creditor Alteryx, Inc.
astill@swlaw.com, kcollins@swlaw.com

Andrew Still on behalf of Interested Party Courtesy NEF
astill@swlaw.com, kcollins@swlaw.com

Michael R Totaro on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC
Ocbkatty@aol.com

Michael R Totaro on behalf of Interested Party Randall Baldwin Clark
Ocbkatty@aol.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

William J Wall on behalf of Witness Bradford Lee
wwall@wall-law.com

Sharon Z. Weiss on behalf of Creditor Azzure Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Sharon Z. Weiss on behalf of Creditor Hi Bar Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Sharon Z. Weiss on behalf of Defendant Azzure Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Johnny White on behalf of Creditor Debt Relief Group, LLC
JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White on behalf of Interested Party Courtesy NEF
JWhite@wrslawyers.com, jlee@wrslawyers.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    **F 9013-.1.PROOF.SERVICE**