Richard A. Marshack (TR)
870 Roosevelt
Irvine, California 92620

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No: 8-23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Chapter 11 |
| Debtor. | **PROOF OF PUBLICATION** |

DATED: January 26, 2024

/s/ Richard A. Marshack

Richard A. Marshack

Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

|  |  |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br>　　　　　Debtor. | Chapter 11<br><br>Case No. 8:23-bk-10571-SC |

## <u>PROOF OF PUBLICATION</u>

  Attached hereto as Exhibit A is the Proof of Publication for the *Notice of Bar Date for Filing Proofs of Claim* as follows:

| Publication | Publication Date |
|---|---|
| USA Today | January 23, 2024 |

DATED: January 26, 2024

Randy Lowry
Omni Agent Solutions, Inc.
5955 DeSoto Avenue, Suite 100
Woodland Hills, California 91367
(818) 906-8300
*Claims, Noticing, and Administrative Agent for the Debtor*

# EXHIBIT A



**VERIFICATION OF PUBLICATION**

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Vanessa Salvo says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Tuesday, January 23, 2024**, the following legal advertisement – **THE LITIGATION PRACTICE GROUP, P.C.** was published in the national edition of **USA TODAY.**

*Vanessa Salvo*

Principal Clerk of USA TODAY
January 23, 2024

**SPORTS**

USA TODAY ❚ TUESDAY JANUARY 23, 2024 ❚ **5C**

NFL DIVISIONAL ROUND  SUNDAY WINNERS

# Young Lions, resilient Chiefs triumph

**Lorenzo Reyes**
USA TODAY

The matchups to determine the participants in Super Bowl 58 are set.

In the early leg of Sunday's divisional round playoff games, the Detroit Lions outlasted the Tampa Bay Buccaneers, bringing the franchise its first conference championship appearance in 32 seasons. In the late game, a pair of familiar foes in the Kansas City Chiefs and Buffalo Bills renewed their rivalry. And for the host Bills, it was a different, more painful, renewal: a pivotal field goal inside of two minutes sailed wide right. That means the Lions will travel to Santa Clara, California, to face the San Francisco 49ers and the Chiefs will head to Baltimore in a date with the Ravens in the conference championship games next Sunday.

## The resilience of the Chiefs

Written off late in the regular season, right after a stretch when Kansas City lost five of eight games from Weeks 8 through 16, the Chiefs showed, once again, how gritty they are and how dangerous their championship experience can be.

Kansas City went into a hostile envi-



Lions running back Craig Reynolds scores a TD during the second half.
LON HORWEDEL/USA TODAY SPORTS

ronment and played almost flawless football. The Chiefs had just two penalties enforced for only 15 yards and their lone turnover, a Mecole Hardman fumble into the end zone, was almost devastating.

But the Chiefs defense held and made it irrelevant.

Kansas City's stars showed up, which is what championship teams do. Patrick Mahomes had just six incompletions and threw for 215 yards and two scores. Both those touchdowns went to tight end Travis Kelce, who also poured in a team-high 75 yards. The defense completely clamped down on Buffalo's re-

ceivers and made Stefon Diggs a non-factor. Turns out the Chiefs can win in the postseason away from Arrowhead, too.

## Ben Johnson and the Detroit offense didn't panic

Credit the Lions offense and coordinator Ben Johnson – who appears very likely to end up with a head coaching gig whenever the Detroit offseason arrives – for working through early-game adversity. Through their first six offensive possessions (not counting a kneel at the end of the first half), the Lions had recorded three three-and-outs and had crossed midfield just twice.

Then, quarterback Jared Goff started to work the ball down the field. The Lions scored touchdowns on their seventh, eighth and ninth possessions and averaged 8.3 plays and 76 yards in those. Tampa Bay and coach Todd Bowles did a tremendous job early of shutting down the rush, and Detroit's offense stalled. Johnson didn't panic and allowed the pass to open up the rush – namely in a beautifully timed counter that went 31 yards and was a Jahmyr Gibbs touchdown early in the fourth quarter that helped Detroit run away with it.

## The young Lions weapons

It's not just that Detroit reached its first NFC title game in 32 seasons, it's also that they've set themselves up for the future, especially on offense. The Lions have a nice trio of emerging stars at running back, receiver and tight end.

Jahmyr Gibbs, 21, is a rookie running back who had 114 yards from scrimmage and one TD on 13 touches. Amon-Ra St. Brown, 24, is already a downfield threat who led the Lions in receiving yards (77) and scored the game-sealing TD. Sam LaPorta, 23, is a rookie tight end who paced Detroit in catches with nine and was a steady threat all day.

## Travis Kelce

Known as a big-game tight end, Travis Kelce did not disappoint. The Bills failed to cover him once Kansas City marched closer to the end zone. Kelce finished with team highs in catches (five), receiving yards (75) and receiving touchdowns (two). Against the Bills, Kelce and quarterback Patrick Mahomes set the NFL record for most postseason touchdowns from a quarterback-receiver duo, with 16, surpassing legendary New England Patriots duo Tom Brady and Rob Gronkowski.

---

# Eagles defensive coordinators out

**Martin Frank**
Delaware News Journal
USA TODAY Network

It wasn't a surprise that defensive coordinator Sean Desai was fired, or that his replacement, Matt Patricia is leaving as well, as the NFL Network first reported Sunday night.

The fact that the report said Nick Sirianni was the one who fired Desai could be a sign that he is remaining as the Philadelphia Eagles head coach.

Patricia is leaving to "explore other opportunities," the NFL Network reported.

That Sirianni would be returning isn't surprising after he took the Eagles to the playoffs in each of his three seasons, something no other coach in Eagles history has done.

But there was speculation that Sirianni's job could be in jeopardy after the Eagles finished out the season with six losses in seven games, including a 32-9 loss to Tampa Bay in the NFC wild-card round last Monday.

There's a good chance that Desai and Patricia won't be the only coaches leaving. Desai had already been replaced on Dec. 16 by Patricia, who was hired last spring as a special defensive assistant. Desai kept



Defensive coordinator Sean Desai talks to Eagles players during a game in November.
CHARLIE RIEDEL/AP

the title of defensive coordinator, but Patricia called all the defensive plays while Desai was moved upstairs to the coach's box.

The Eagles defense didn't improve under Patricia as the Eagles finished 31st in the NFL in pass defense and 30th in points allowed per game.

Sirianni, meanwhile, was expected to meet with Eagles chairman and CEO Jeffrey Lurie last Friday in order to make sure a finish like this doesn't happen again.

That will likely mean changes in Sirianni's staff.

That could also include offensive coordinator Brian Johnson. After all, Jalen Hurts regressed during the season-ending slide as well. Johnson, who has known Hurts since Hurts was a toddler, had served as the Eagles quarterbacks coach the previous two seasons.

Johnson is also a candidate for some head coach openings. He interviewed with the Atlanta Falcons last week. Johnson was in his first season as offensive coordinator. He replaced Shane Steichen, who left to become the Indianapolis Colts head coach, following the Eagles' Super Bowl loss last February. Desai had succeeded Jonathan Gannon, who became the Arizona Cardinals head coach after the Super Bowl as well.

But Sirianni appears to be staying. And some veterans expressed surprise that his return was even in question.

"I don't understand that," left tackle Jordan Mailata said. "He's taken us to the playoffs three consecutive years. He's taken us to the Super Bowl last year. That's got to account for something. He's a hell of a coach.

"I feel stupid saying that, but how did we get there?"

---

# Alcaraz sets up quarterfinal vs. Zverev

**John Pye**
ASSOCIATED PRESS

MELBOURNE, Australia – Wimbledon champion Carlos Alcaraz will meet Olympic gold medalist Alexander Zverev in the Australian Open quarterfinals and Daniil Medvedev is also back in a last eight that is stacked with the top six seeds.

While the men's competition is playing fairly true to the rankings, the women's really is a tale of two halves.

No. 12-seeded Zheng Qinwen, a quarterfinalist at last year's US Open, is the highest-ranked player left in the top half of the bracket, where all four women who won Melbourne Park for the first time.

"The people who arrive to quarterfinals, for sure they're all feeling really well in this tournament," Zheng said after her 6-0, 6-3 win over No. 95 Oceane Dodin. "It's one player against another player, and we will compete."

She'll next play No. 75-ranked Anna Kalinskaya. No. 50 Linda Noskova, who beat top-ranked Iga Swiatek in the third round, will meet No. 93 Dayana Yastremska.



Zheng Qinwen reacts after defeating Oceane Dodin on Monday in Melbourne.
ANDY WONG/AP

There's still three Grand Slam winners in the other half of the bracket. No. 2 Aryna Sabalenka, the defending champion, will take on 2021 French Open champion Barbora Krejcikova and U.S. Open winner Coco Gauff will play Marta Kostyuk in quarterfinals on Tuesday.

The first of the men's quarterfinals – 10-time Australian Open champion Novak Djokovic vs. No. 12 Taylor Fritz and No. 4 Jannik Sinner vs. No. 5 Andrey Rublev – were set on Sunday, well before Alcaraz completed a Grand Slam set by reaching the last eight in Australia for the first time.

The 20-year-old Alcaraz missed the 2023 Australian

Open because of injury but is making up for lost time.

He beat Miomir Kecmanovic 6-4, 6-4, 6-0 in less than two hours to open Monday's night session on Rod Laver Arena.

"Every match I'm playing, I'm feeling better and better on a court I didn't play so much," Alcaraz, the only man to beat Djokovic in a major last year, said of his buildup here. "Hopefully the same as Wimbledon. Yeah, could be the same."

He has dropped just one set. Zverev is into the quarterfinals here for the third time but is coming off some long five-set wins, including a four-hour, 7-5, 3-6, 6-3, 4-6, 7-6 (3) fourth-round victory over No. 19 Cameron Norrie.

It was the 32nd five-set match so far at the tournament, an Open era record in Australia.

Their match on Margaret Court Arena was prolonged after being delayed briefly when a protester threw anti-war pamphlets onto the back of the court in the third set. The protester was escorted out by security.

No. 3 Medvedev, a two-time Australian Open runner-up, beat No. 69-ranked Nuno Borges 6-3, 7-6 (4), 5-7, 6-1 and will next face No. 9 Hubert Hurkacz.

---

## MARKETPLACE TODAY

For advertising information: 1.800.397.0070    www.russellglobns.com/usat

### NOTICES
#### LEGAL NOTICE

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION
In re: THE LITIGATION PRACTICE GROUP P.C.,    Chapter 11
Debtor.    Case No. 8:23-bk-10571-SC

**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM**

*[small legal notice text]*

### LEGAL NOTICE

WISCONSIN REINSURANCE CORPORATION and
1st AUTO & CASUALTY INSURANCE COMPANY
ORDER FOR LIQUIDATION ENTERED

On January 2, 2024, Wisconsin Reinsurance Corporation (WRC) and its subsidiary, 1st Auto & Casualty Insurance Company (1st Auto), were ordered to be liquidated by the Dane County Circuit Court, State of Wisconsin, effective January 1, 2024. WRC and 1st Auto are Wisconsin domiciled stock property and casualty insurance companies, with their main administrative office at 2810 City View Drive, Madison, WI 53718. The court appointed Wisconsin Commissioner of Insurance Nathan Houdek, and his successors in office, as the Liquidator and Justin Schrader as the Special Deputy Liquidator.

Pursuant to Wis. Stat. § 645.43, all insurance policies issued by WRC and 1st Auto will be terminated on the earliest of the following dates:

(a) 15 days from the date of entry of the liquidation order; or
(b) The normal date for the expiration of coverage; or
(c) The date the person insured replaces the coverage with equivalent coverage in another insurer; or
(d) When the Liquidator has effected a transfer of the policy obligation pursuant to Wis. Stat. § 645.46(8), whichever time is less.

The Liquidation Order establishes a claims filing deadline of July 1, 2024 for all potential claims against WRC or 1st Auto. A copy of the Liquidation Order and other filings, the Proof of Claim form, frequently asked questions, and current information on the Liquidation of WRC and 1st Auto can be found on the OCI's website at oci.wi.gov/WRC.

### Place your advertisement in USA TODAY Marketplace!

To advertise, call: 800-397-0070