PETER L. ISOLA (SBN 144146)
pisola@hinshawlaw.com
HINSHAW & CULBERTSON LLP
50 California Street, Suite 2900
San Francisco, CA 94111
Telephone:    415-362-6000
Facsimile:    415-834-9070

Attorneys for Movant
MERCHANTS CREDIT CORPORATION

**FILED & ENTERED**

**JAN 30 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**ORDER APPROVING SECOND STIPULATION FOR CONTINUANCE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362 BY MERCHANTS CREDIT CORPORATION**<br><br>Current Hearing Date: February 7, 2024<br>Continued Hearing Date:  March 13, 2024<br>Time:  1:30 p.m.<br>Place:  Courtroom 5C<br>　　　　411 West Fourth Street<br>　　　　Santa Ana, CA 92701 |

The Court, having considered the Second Stipulation by and between Moving party Merchants Credit Corporation ("Movant") and Richard A. Marshack, in his capacity as the chapter 11 trustee of The Litigation Practice Group P.C. (the "Trustee" and, together with Movant, the "Parties") for continuance of hearing on Movant's motion for relief from stay ("Motion"; Docket No. 767), and finding that no other service or notice is necessary, and having considered the record before the Court on the Motion, and good cause appearing therefor,

///

1

ORDER APPROVING 2ND STIPULATION FOR CONTINUANCE OF HEARING ON MOTION
FOR RELIEF FROM THE AUTOMATIC STAY
Case No. 8:23-bk-10571-SC
1065766\320079742.v1

**IT IS HEREBY ORDERED** as follows:

1. The STIPULATION is APPROVED in its entirety.

2. The hearing on Movant's Motion for Relief from Stay is continued from Wednesday February 7, 2024 to Wednesday March 13, 2024, at 1:30 PM in Courtroom 5C, 411 West Fourth Street, Santa Ana, CA 92701.

3. Movant's reply in support of the Motion is and shall be due based on new hearing date set by the Court.

** ** **

Date: January 30, 2024

*Scott C. Clarkson*
Scott C. Clarkson
United States Bankruptcy Judge