Creditor, Judith Skiba, Pro-Se  
P.O. Box 1016  
Passcagoula, Ms. 39568            Case No. 8:23-bk-10571-SC  
(228) 369-2070                Chapter 11  
skibajudith@yahoo.com  

UNITED STATES BANKRUPTCY COURT  
CENTRAL DISTRICT OF CALIFORNIA- SANTA ANA DIVISION  

RE:                    **Amended**  
Litigation Practice Group/        **Request for Court Order**  
Phoenix Law            **For Information from Trustee's**  
                **Office Richard Marshack**

TO THE HONORABLE SCOTT CLARKSON, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES TRUSTEE"S OFFICE, AND ALL INTERESTED PARTIES,

The Creditor, Judith Skiba, in pursuant to Local Rule 7026 requesting information in regards to Trustee's accusations made in *Trustee's Omnibus Status report regarding Motions for allowance of Administrative Expense claims under Chapter 11 USC.* The Trustee made accusations that two refund checks of $600.00 were sent out to Ms. Skiba.

She is requests an Order for the following:

(a) Certified numbers for both the mailing receipts and dates of mailing

(b) Proof that these checks was cashed by Judith Skiba

(c) Please provide an Ein number for Phoenix Law to verify tax affiliation, or tax I.D. number.

(d) Please provide physical address of Phoenix Law, such as street address and town.

(e) Please provide owner and CEO of Phoenix Law.

(f) Who is the person of Phoenix Law that is responsible for any liablity for the company

## Conclusion

If Ms. Skiba obtained this information she will be in a better position to face the accusations that the Trustee's Office made in regards to her Claim. So Ms. Skiba pleads with the Court to grant this information.

Dated Febuary 1, 2024

*Judith Skiba*

## Certificate of Service

I hereby certify that on this day1st day of Febuary a copy of <u>Amended Requesting informationFor Court Order for Information from Trustee's Office Richard Marshack</u> was placed in the dropbox of the California Bankruptcy Court for the Central Division. A copy was mailed is 411 West Fourth ST. Santa Ana, California. 92701. Also, a copy was mailed to

ED Hays at :

℅ Dinsmore and Shoh LLC
   655 Broadway Suite 800
   San Diego, California 92101

Sent by Email:
christopher.ghio@dinsmore.com
Edhays@marshackhays.com

Dated Febuary 1, 2024

*Judith Skiba*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA-SANTA ANA DIVISION

Creditor, Judith Skiba,Pro-Se
P.O. Box 1016                                              Case No. 8;23-bk-10571-SC
Pascagoula, Ms. 39568                                       Chapter 11
228 369-2070
skibajudith@yahoo.com

RE:
   Litigation Praction Group/
    Phoenix Law

# Order

**So Ordered,**

Dated _____

Signed_____