Christopher B. Ghio (State Bar No. 259094)
christopher.ghio@dinsmore.com
Christopher Celentino (State Bar No. 131688)
christopher.celentino@dinsmore.com
Yosina M. Lissebeck (State Bar No. 201654)
yosina.lissebeck@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone:    619.400.0500
Facsimile:    619.400.0501

Special Counsel to Richard A. Marshack, Chapter 11 Trustee

FILED & ENTERED

FEB 08 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP, PC,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR TURNOVER PURSUANT TO 11 U.S.C. SECTION 542(e)**<br><br>Hearing Held<br>Date:        January 31, 2024<br>Time:       1:30 p.m. (Pacific Time)<br>Place:      Courtroom 5C<br>               411 W. Fourth Street<br>               Santa Ana, California  92701 |

On January 31, 2024, the Court held a hearing on the motion ("Motion") [Dkt. No. 828] of Richard A. Marshack, the Chapter 11 Trustee (the "Trustee"), for Order requiring Turnover Pursuant to 11 U.S.C. Section 542(e), in which the Trustee sought turnover of the Debtor's files in possession of Colonna Cohen Law, PLLC.

///

///

1

Having considered the Motion, the objection filed, oral argument, and the docket as a whole, and finding good cause, hereby GRANTS the Motion.

Colonna Cohen Law, PLLC shall turnover all of Debtor's files in its possession to Trustee forthwith, as those are property of the estate.

Any lien that Colonna Cohen Law, PLLC may have remains subject to 11 U.S.C section 542(e) and 502(d). However, the rights and claims of both Colonna Cohen Law, PLLC and Trustee are reserved.

**IT IS SO ORDERED.**

###

Date: February 8, 2024

Scott C. Clarkson
United States Bankruptcy Judge