1  Christopher B. Ghio (State Bar No. 259094)
   christopher.ghio@dinsmore.com
2  Christopher Celentino (State Bar No. 131688)
   christopher.celentino@dinsmore.com
3  Yosina M. Lissebeck (State Bar No. 201654)
   yosina.lissebeck@dinsmore.com
4  DINSMORE & SHOHL LLP
   655 West Broadway, Suite 800
5  San Diego, CA 92101
   Telephone:     619.400.0500
6  Facsimile:     619.400.0501

FILED & ENTERED

FEB 08 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte         DEPUTY CLERK

7  Special Counsel to Richard A. Marshack, Chapter 11 Trustee

8

9                  UNITED STATES BANKRUPTCY COURT

10        CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

11

12 | In re:                              | Case No. 8:23-bk-10571-SC

13 | THE LITIGATION PRACTICE GROUP, PC,  | Chapter 11

14 |                                     |
   |             Debtor.                 |

15 |                                     | **ORDER GRANTING MOTION**
   |                                     | **REJECTING CONSUMER CONTRACTS**

16 |                                     |
   |                                     | Hearing Held

17 |                                     | Date:      January 31, 2024

18 |                                     | Time:      1:30 p.m. (Pacific Time)
   |                                     | Place:     Courtroom 5C

19 |                                     |            411 W. Fourth Street
   |                                     |            Santa Ana, California  92701

20

21

22        On January 31, 2024, the Court held a hearing on the amended motion ("Motion") [Dkt. No.

23 793] of Richard A. Marshack, the Chapter 11 Trustee (the "Trustee"), for Order Rejecting Consumer

24 Contracts Which Were Excluded or Removed Pursuant to 11 U.S.C. Section 365,  in which the Trustee

25 sought approval to reject the executory contracts listed on Exhibit A (filed under seal).

26 ///

27 ///

28 ///

Having considered the Motion, the objections filed, oral argument, and the docket as a whole, and finding good cause, hereby GRANTS the Motion.

**IT IS SO ORDERED.**

### ###

Date: February 8, 2024

Scott C. Clarkson
United States Bankruptcy Judge