D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee,
RICHARD A. MARSHACK

FILED & ENTERED

FEB 08 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| In re | Case No. 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Chapter 11 |
| Debtor. | ORDER GRANTING TRUSTEE'S MOTION TO SURCHARGE SECURED CREDITORS TO PAY THE MONTHLY FEES AND EXPENSES OF ETHICS COMPLIANCE MONITOR, NANCY B. RAPOPORT |
| | Hearing Date<br>Date:  January 31, 2024<br>Time: 1:30 p.m.<br>Ctrm: 5C - ViaZoom<br>Place: 411 West Fourth Street<br>           Santa Ana, CA  92701 |

Trustee's Motion ("Motion") to Surcharge Secured Creditors to Pay Ethics Compliance Monitor, Nancy Rapoport's ("Monitor's"), fees and expenses ("Motion")[1], filed on January 3, 2024, as Dk. No. 806 came on for hearing on January 31, 2024, at 1:30 p.m., before the Honorable Scott C. Clarkson, United States Bankruptcy Jude, presiding. Appearances were as noted on the record.

The Court has read and considered the Motion, and lack of opposition, and has found that proper notice has been given. For the reasons set forth in the Motion, and the Court's January 31, 2024 Tentative Ruling, and as stated on the record during the hearing, the Court has found good cause to grant the Motion.

---

[1] All terms not defined herein are used as they are defined in the Motion.

1

IT IS ORDERED:

1. The Motion is granted.

2. Proceeds of sale are surcharged (without regard to the priority of the Secured Creditors or the allowance of their claims) the full $100,000.00[2] for payment of the Monitor's fees and expenses and allowing *future* surcharge of any excess of $200,000.00 cumulative amount of Monitor's fees and expenses (the Buyer is responsible for the $100,000.00 difference between the two);

3. Such surcharge be without prejudice to any further surcharge to be brought by way of separately noticed motion;

4. Trustee is authorized to pay Monitor's fees and expenses, within five (5) Court days of Monitor filing a monthly fee statement with the Court, beginning with the Monitor's December 2023 Fee Statement or on any other such terms or agreement made by the Trustee and the Monitor and otherwise consistent with the Monitor Order [Dk. 363].

### # # #

Date: February 8, 2024

Scott C. Clarkson
United States Bankruptcy Judge

4876-2489-1299, v. 1

---

[2] Of which $22,533.75 in fees and $1,651.80 in expenses have been advanced by MLG.

2