Keith C. Owens (SBN 184841)
Nicholas A. Koffroth (SBN 287854)
**FOX ROTHSCHILD LLP**
10250 Constellation Blvd., Suite 900
Los Angeles CA 90067
Telephone:    (310) 598-4150
Facsimile:    (310) 556-9828
kowens@foxrothschild.com
nkoffroth@foxrothschild.com

Counsel For Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| In re: | Chapter 11 |
|---|---|
| THE LITIGATION PRACTICE GROUP, P.C., | Case No. 8:23-bk-10571-SC |
| Debtor. | **FIFTH STIPULATION TO EXTEND DEADLINE FOR CHAPTER 11 TRUSTEE TO FILE A PLAN AND DISCLOSURE STATEMENT** |

FOX ROTHSCHILD LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
(310) 598-4150
(310) 556-9828 (fax)

154862124.1

FOX ROTHSCHILD LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
(310) 598-4150
(310) 556-9828 (fax)

1    The Official Committee of Unsecured Creditors (the "Committee") of The Litigation Practice

2 Group P.C., Richard A. Marshack, in his capacity as the chapter 11 trustee of The Litigation Practice

3 Group P.C. (the "Trustee" and, together with the Committee, the "Parties"), stipulate and agree as

4 follows (the "Stipulation").

5                                                **RECITALS**

6    A.    On March 20, 2023 (the "Petition Date"), The Litigation Practice Group P.C. (the

7 "Debtor"), filed a voluntary petition under chapter 11 of title 11 of the United States Code, 11 U.S.C.

8 §§ 101 *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District

9 of California (the "Court"), commencing the above-captioned bankruptcy case (the "Bankruptcy

10 Case").

11    B.    On May 8, 2023, the Court entered an order [Docket No. 65] approving the

12 appointment of the Trustee.

13    C.    On June 23, 2023, the Office of the United States Trustee appointed [Docket No. 134]

14 the Committee, which was amended [Docket No. 157] to increase the number of Committee members

15 on June 29, 2023.

16    D.    On August 2, 2023, the Court entered an order [Docket No. 352] (the "Sale Order")

17 approving the sale of certain assets, pursuant to that certain *Agreement of Purchase and Sale and*

18 *Joint Escrow Instructions* (the "APA").

19    E.    On August 18, 2023, the Committee and the Trustee initiated a standing weekly case

20 negotiation and status meeting among their respective professionals and the Trustee.

21    F.    On August 25, 2023, the Court entered a *Scheduling Order After Status Conference*

22 [Docket No. 452] (the "Scheduling Order") setting October 24, 2023, as the deadline for the Trustee

23 to file and serve a chapter 11 plan and related disclosure statement.

24    G.    The Court has entered four stipulated [Docket Nos. 582, 742, 786, 908] orders [Docket

25 Nos. 584, 744, 789, 912] extending the deadline for the Trustee to file and serve a chapter 11 plan

26 and related disclosure statement.  As of the date of this Stipulation, the current deadline to file and

27 serve a chapter 11 plan and related disclosure statement is February 9, 2024 (the "Filing Deadline").

28

1

154862124.1

FOX ROTHSCHILD LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
(310) 598-4150
(310) 556-9828 (fax)

1    H.    Since the entry of the Scheduling Order on August 25, 2023, the Parties have been

2  engaged in ongoing and substantive negotiations during their weekly status meetings and in separate

3  meetings with the aim of filing a joint chapter 11 plan of liquidation and related disclosure statement.

4  The Parties exchanged multiple sets of comments to a draft plan and liquidating trust agreement.

5  Despite reaching agreement on numerous substantive issues, the Parties have potentially reached an

6  impasse on finalizing the terms of the liquidating trust.

7    I.    To provide additional time to determine if an agreement can be reached, the Parties

8  agree to an additional one-week extension of the Filing Deadline.

9                                        **STIPULATION**

10    NOW, THEREFORE, based on the foregoing, the Parties agree and stipulate as follows:

11    1.    The Parties restate and incorporate the foregoing Recitals set forth above.

12    2.    The Filing Deadline for the Trustee to file a chapter 11 plan and disclosure statement

13  shall be extended from February 9, 2024, through and including February 16, 2024.

14    DATED this 9th day of February 2024.

15

16  **FOX ROTHSCHILD LLP**                    **MARSHACK HAYS WOOD LLP**

17  By: _/s/ Nicholas A. Koffroth_            By: _D. Edward Hays_

18    Keith C. Owens (Bar No. 184841)         D. Edward Hays (Bar No. 162507)
      Nicholas A. Koffroth (Bar No. 287854)   Laila Masud (Bar No. 311731)
19    Constellation Place                     870 Roosevelt
      10250 Constellation Blvd., Suite 900    Irvine, California 92620
      Los Angeles, California 90067           *Counsel for Trustee*
20  *Counsel for the Committee*

21

22

23

24

25

26

27

28

                                        2

154862124.1

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 10250 Constellation Boulevard, Suite 900, Los Angeles, CA 90067.

A true and correct copy of the foregoing documents entitled: FIFTH STIPULATION TO EXTEND DEADLINE FOR CHAPTER 11 TRUSTEE TO FILE A PLAN AND DISCLOSURE STATEMENT  on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.      TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On 2/09/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Eric Bensamochan**      eric@eblawfirm.us, G63723@notify.cincompass.com
- **Ronald K Brown**     ron@rkbrownlaw.com
- **Christopher Celentino**     christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Shawn M Christianson**     cmcintire@buchalter.com, schristianson@buchalter.com
- **Randall Baldwin Clark**     rbc@randallbclark.com
- **Leslie A Cohen**     leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Daniel A Edelman**     dedelman@edcombs.com, courtecl@edcombs.com
- **Christopher Ghio**     christopher.ghio@dinsmore.com, Kristina.Heller@Dinsmore.com
- **Jeffrey I Golden**     jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com;golden.jeffreyi.b117954@notify.bestcase.com
- **Richard H Golubow**     rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **D Edward Hays**     ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Alan Craig Hochheiser**     ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Garrick A Hollander**     ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Razmig Izakelian**     razmigizakelian@quinnemanuel.com
- **Joon M Khang**     joon@khanglaw.com
- **Ira David Kharasch**     ikharasch@pszjlaw.com
- **Nicholas A Koffroth**     nkoffroth@foxrothschild.com, khoang@foxrothschild.com
- **David S Kupetz**     David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Christopher J Langley**     chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com
- **Daniel A Lev**     daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Michael D Lieberman**     mlieberman@lipsonneilson.com
- **Yosina M Lissebeck**     Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- **Richard A Marshack (TR)**     pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Laila Masud**     lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Kenneth Misken**     Kenneth.M.Misken@usdoj.gov
- **Byron Z Moldo**     bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com
- **Alan I Nahmias**     anahmias@mbn.law, jdale@mbnlawyers.com

Active\118774763.v1-1/20/21

1
- **Victoria Newmark**    vnewmark@pszjlaw.com
- **Queenie K Ng**    queenie.k.ng@usdoj.gov
2
- **Teri T Pham**    tpham@epglawyers.com, ttpassistant@epglawyers.com
- **Douglas A Plazak**    dplazak@rhlaw.com
3
- **Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Gregory M Salvato**    gsalvato@salvatoboufadel.com,
4
   calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Olivia Scott**    olivia.scott3@bclplaw.com
5
- **Jonathan Serrano**    jonathan.serrano@dinsmore.com
- **Paul R Shankman**    PShankman@fortislaw.com, info@fortislaw.com
6
- **Leslie Skorheim**    leslie.skorheim@usdoj.gov
7
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
8
- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com,
   raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
9
- **Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com;eweiman@wrslawyers.com

10
**2.**    **SERVED BY UNITED STATES MAIL**:  On 2/09/2024, I served the following persons and/or
11
entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and
correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed
12
as follows.

Debtor
13
The Litigation Practice Group P.C.
17542 17th St., Suite 100
14
Tustin, CA 92780

15
**See attached for additional parties**

16

17
**3.**    **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION
OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling
18
LBR, on 2/02/2024, I served the following persons and/or entities by personal delivery,  mail service, or (for
those who consented in writing to such service method), by facsimile transmission and/or email as follows.
19
Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will
be completed no later than 24 hours after the document is filed.

20
The Honorable Scott C. Clarkson
21
United States Bankruptcy Court, Central District of California
411 West Fourth Street, Suite 5130 / Courtroom 5C
22
Santa Ana, CA 92701-4593

23

24
I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

25
| 2/09/2024 | Kimberly Hoang | */s/ Kimberly Hoang* |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |
26

27

28

**Additional Parties Served by U.S. Mail**

**Creditors who have the 20 largest unsecured claims**

Debt Validation Fund II, LLC
5075 Lower Valley Road,
Atglen, PA 19310

MC DVI Fund 1, LLC; MC
DVI Fund 2, LLC
598 Cottonwood Dr.,
Glenview, IL 60026

Validation Partners LLC
1300 Sawgrass Pkwy, Ste. 110
Sunrise, FL 33323

Marich Bein LLC
99 Wall Street, Ste 2669
New York, NY 10005

Business Centers of America
1100 Sir Francis Drake Blvd,
Ste 1, Kentfield, CA 94904

JP Morgan Chase
3 Park Plaza, Ste 900
Irvine, CA 92614

CA Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0511

Outsource Accelerator Ltd
City Marque Limited
Unit 8801-2 Bldg. 244-248
Des Voeux Rd.
Central Hong Kong

Collaboration Advisors
400 Dorla Court
Zephyr Cove, NV 89448

Anthem Blue Cross
PO Box 511300
Los Angeles, CA 90051-7855

Azevedo Solutions Groups, Inc.
420 Adobe Canyon Rd.
Kenwood, CA 95452

Debt Pay Pro
1900 E Golf Road, Suite 550
Schaumburg, IL 60173

1

Sharp Business Systems
2    8670 Argent St
Santee, CA 92071

3

Tustin Executive Center
4    1630 S Sunkist Steet, Ste A
Anaheim, CA 92806

5

Exela Enterprise Solutions
6    2701 E. Grauwyler Road
Irving, TX 75061

7

Netsuite-Oracle
8    2300 Oracle Way
Austin, TX 78741

9

Credit Reporting Service Inc
10    548 Market St, Suite 72907
San Francisco, CA 94104-5401

11

Document Fulfillment Services
12    2930 Ramona Ave #100
Sacramento, CA 95826

13

Executive Center LLC
14    5960 South Jones Blvd
Las Vegas, NV 89118

15

LexisNexus
16    15500 B Rockfield Blvd
Irvine, CA 92618

17

18    **Secured Creditors**

19    Diverse Capital LLC
323 Sunny Isles Blvd., Suite 503
20    Sunny Isles, FL 33154

21    City Capital NY
1135 Kane Concourse
22    Bay Harbour Islands, FL 33154

23    Counsel for secured creditor Fundura Capital Group
Mitchell B. Ludwig
24    Knapp, Petersen & Clarke
550 North Brand Blvd., Suite 1500
25    Glendale, CA  91203

26

27

28