United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10571-SC |
| The Litigation Practice Group P.C. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 7 |
| Date Rcvd: Feb 08, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2024:**

**Recip ID           Recipient Name and Address**
db                 #+  The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2024            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2024 at the address(es) listed below:

**Name                    Email Address**

Aaron E. DE Leest
                    on behalf of Interested Party Courtesy NEF adeleest@DanningGill.com danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Adam D Stein-Sapir
                    on behalf of Creditor Pioneer Funding Group LLC info@pfllc.com

Alan Craig Hochheiser
                    on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com arodriguez@mauricewutscher.com

Alan I Nahmias
                    on behalf of Interested Party Courtesy NEF anahmias@mbn.law jdale@mbn.law

Amy Lynn Ginsburg
                    on behalf of Creditor Shannon Bellfield efilings@ginsburglawgroup.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 7 |
| Date Rcvd: Feb 08, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Amy Lynn Ginsburg
    on behalf of Creditor Kenton Cobb efilings@ginsburglawgroup.com

Amy Lynn Ginsburg
    on behalf of Creditor Amy Ginsburg efilings@ginsburglawgroup.com

Andrew Still
    on behalf of Creditor Alteryx Inc. astill@swlaw.com, kcollins@swlaw.com

Andrew Still
    on behalf of Interested Party Courtesy NEF astill@swlaw.com kcollins@swlaw.com

Anthony Paul Diehl
    on behalf of Interested Party Courtesy NEF anthony@apdlaw.net Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net

Bradford Barnhardt
    on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt
    on behalf of Trustee Richard A Marshack (TR) bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Brian L Holman
    on behalf of Creditor Sharp Electronics Corporation b.holman@musickpeeler.com

Britteny Leyva
    on behalf of Interested Party Revolv3 Inc. bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com

Byron Z Moldo
    on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com amatsuoka@ecjlaw.com,dperez@ecjlaw.com

Christopher Celentino
    on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Celentino
    on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Ghio
    on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com

Christopher Ghio
    on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com

Christopher J Langley
    on behalf of Interested Party Courtesy NEF chris@slclawoffice.com langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com

D Edward Hays
    on behalf of Creditor Committee Committee of Unsecured Creditors ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Interested Party Courtesy NEF ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Daniel A Edelman
    on behalf of Creditor Carolyn Beech dedelman@edcombs.com courtecl@edcombs.com

Daniel A Lev
    on behalf of Defendant Consumer Legal Group PC daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
    on behalf of Defendant LGS Holdco LLC daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
    on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
    on behalf of Interested Party Liberty Acquisitions Group Inc. daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
    on behalf of Interested Party Consumer Legal Group P.C. daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 3 of 7 |
| Date Rcvd: Feb 08, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Daniel H Reiss
    on behalf of Defendant Eng Taing dhr@lnbyg.com dhr@ecf.inforuptcy.com

Daniel H Reiss
    on behalf of Defendant Touzi Capital  LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel S March
    on behalf of Defendant Daniel S. March marchlawoffice@gmail.com marchdr94019@notify.bestcase.com

David M Goodrich
    on behalf of Creditor United Partnerships  LLC dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
    on behalf of Interested Party Courtesy NEF dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David S Kupetz
    on behalf of Defendant Marich Bein  LLC David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

David S Kupetz
    on behalf of Interested Party Courtesy NEF David.Kupetz@lockelord.com mylene.ruiz@lockelord.com

Douglas A Plazak
    on behalf of Defendant Scott James Eadie dplazak@rhlaw.com

Eric Bensamochan
    on behalf of Interested Party Courtesy NEF eric@eblawfirm.us G63723@notify.cincompass.com

Eric Bensamochan
    on behalf of Creditor Affirma  LLC eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan
    on behalf of Creditor Oxford Knox  LLC eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan
    on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us G63723@notify.cincompass.com

Eric Gassman
    on behalf of Creditor Herret Credit erg@gassmanlawgroup.com gassman.ericb112993@notify.bestcase.com

Eric D Goldberg
    on behalf of Defendant Stripe  Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Garrick A Hollander
    on behalf of Creditor Debt Validation Fund II  LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
    on behalf of Creditor MC DVI Fund 1  LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
    on behalf of Creditor MC DVI Fund 2  LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Glenn D. Moses
    on behalf of Creditor ADP  Inc gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com

Gregory M Salvato
    on behalf of Creditor Mari Agape gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
    on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Howard Steinberg
    on behalf of Defendant BankUnited  N.A. steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Ira David Kharasch
    on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com

Israel Orozco
    on behalf of Creditor Israel Orozco israel@iolawcorp.com

Jamie D Mottola
    on behalf of Plaintiff Richard A. Marshack  Chapter 11 Trustee Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 4 of 7 |
| Date Rcvd: Feb 08, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Jeffrey I Golden
    on behalf of Creditor Anaheim Ducks Hockey Club  LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
    on behalf of Creditor Oxford Knox  LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
    on behalf of Creditor Anaheim Arena Management  LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
    on behalf of Interested Party Courtesy NEF jgolden@go2.law kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
    on behalf of Creditor Affirma  LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jenny L Doling
    on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling
    on behalf of Interested Party National Consumer Bankruptcy Rights Center jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling
    on behalf of Interested Party INTERESTED PARTY jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jeremy Freedman
    on behalf of Trustee Richard A Marshack (TR) jeremy.freedman@dinsmore.com  nicolette.murphy@dinsmore.com

Jeremy Freedman
    on behalf of Plaintiff Richard A. Marshack jeremy.freedman@dinsmore.com  nicolette.murphy@dinsmore.com

Johnny White
    on behalf of Creditor Debt Relief Group  LLC JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White
    on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com  jlee@wrslawyers.com

Jonathan Serrano
    on behalf of Trustee Richard A Marshack (TR) jonathan.serrano@dinsmore.com

Jonathan Serrano
    on behalf of Plaintiff Richard A. Marshack jonathan.serrano@dinsmore.com

Joon M Khang
    on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com

Joon M Khang
    on behalf of Attorney Khang & Khang LLP joon@khanglaw.com

Kathleen P March
    on behalf of Defendant Greyson Law Center PC kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
    on behalf of Creditor Han Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
    on behalf of Creditor Phuong (Jayde) Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
    on behalf of Defendant Jayde Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
    on behalf of Defendant Han Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
    on behalf of Creditor Greyson Law Center PC kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Keith C Owens
    on behalf of Creditor Committee Committee of Unsecured Creditors kowens@foxrothschild.com  khoang@foxrothschild.com

Kenneth Misken

Case 8:23-bk-10571-SC    Doc 935    Filed 02/10/24    Entered 02/10/24 21:16:02    Desc
Imaged Certificate of Notice    Page 5 of 9

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 5 of 7 |
| Date Rcvd: Feb 08, 2024 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov |
| Kevin Alan Rogers | |
| | on behalf of Creditor Wells Marble and Hurst PLLC krogers@wellsmar.com |
| Laila Masud | |
| | on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com |
| Laila Masud | |
| | on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com |
| Laila Masud | |
| | on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com |
| Laila Masud | |
| | on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com |
| Leslie Skorheim | |
| | on behalf of U.S. Trustee United States Trustee (SA) leslie.skorheim@usdoj.gov |
| Leslie A Cohen | |
| | on behalf of Defendant Lisa Cohen leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com |
| Leslie A Cohen | |
| | on behalf of Defendant Rosa Bianca Loli leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com |
| Leslie A Cohen | |
| | on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com |
| Lisa Patel | |
| | on behalf of Defendant OptimumBank Holdings Inc. lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com |
| Marc A Lieberman | |
| | on behalf of Defendant JGW Solutions LLC marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com |
| Marc A Lieberman | |
| | on behalf of Interested Party Courtesy NEF marc.lieberman@flpllp.com safa.saleem@flpllp.com,addy@flpllp.com |
| Marc C Forsythe | |
| | on behalf of Defendant Point Break Holdings LLC mcforsythe@goeforlaw.com mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com |
| Marc C Forsythe | |
| | on behalf of Defendant Clear Vision Financial LLC mcforsythe@goeforlaw.com mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com |
| Mark J Markus | |
| | on behalf of Creditor David Orr bklawr@bklaw.com markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com |
| Matthew A Lesnick | |
| | on behalf of Defendant OptimumBank Holdings Inc. matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com |
| Maureen J Shanahan | |
| | on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Mstotaro@aol.com |
| Meredith Fahn | |
| | on behalf of Creditor Meredith Fahn fahn@sbcglobal.net |
| Meredith King | |
| | on behalf of Defendant Gallant Law Group mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law |
| Meredith King | |
| | on behalf of Interested Party Courtesy NEF mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law |
| Michael D Lieberman | |
| | on behalf of Creditor Phillip A. Greenblatt PLLC mlieberman@lipsonneilson.com |
| Michael R Pinkston | |
| | on behalf of Creditor Wells Marble and Hurst PLLC rpinkston@seyfarth.com, jmcdermott@seyfarth.com;sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com |
| Michael R Totaro | |
| | on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Ocbkatty@aol.com |
| Michael R Totaro | |
| | on behalf of Interested Party Randall Baldwin Clark Ocbkatty@aol.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 6 of 7 |
| Date Rcvd: Feb 08, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Mitchell B Ludwig
    on behalf of Creditor Fundura Capital Group mbl@kpclegal.com kad@kpclegal.com

Nicholas A Koffroth
    on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com khoang@foxrothschild.com

Olivia Scott
    on behalf of Creditor Azzure Capital LLC olivia.scott3@bclplaw.com

Olivia Scott
    on behalf of Creditor Hi Bar Capital LLC olivia.scott3@bclplaw.com

Paul R Shankman
    on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com info@fortislaw.com

Paul R Shankman
    on behalf of Creditor United Partnerships LLC PShankman@fortislaw.com, info@fortislaw.com

Peter L Isola
    on behalf of Interested Party Merchants Credit Corporation pisola@hinshawlaw.com

Peter W Bowie
    on behalf of Trustee Richard A Marshack (TR) peter.bowie@dinsmore.com caron.burke@dinsmore.com

Queenie K Ng
    on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Randall Baldwin Clark
    on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com

Razmig Izakelian
    on behalf of Plaintiff OHP-CDR LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
    on behalf of Counter-Defendant PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian
    on behalf of Plaintiff PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian
    on behalf of Counter-Defendant OHP-CDR LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
    on behalf of Creditor OHP-CDR LP razmigizakelian@quinnemanuel.com

Richard A Marshack (TR)
    pkraus@marshackhays.com rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Richard H Golubow
    on behalf of Creditor Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Creditor MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Creditor MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard L. Hyde
    on behalf of Interested Party Courtesy NEF richard@amintalati.com

Ronald K Brown
    on behalf of Creditor SDCO Tustin Executive Center Inc. ron@rkbrownlaw.com

Ronald N Richards
    on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com

Ronald N Richards
    on behalf of Defendant Consumer Legal Group PC ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Sarah S. Mattingly
    on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com

Sarah S. Mattingly
    on behalf of Plaintiff Richard A. Marshack Chapter 11 Trustee sarah.mattingly@dinsmore.com

Sharon Z. Weiss
    on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Sharon Z. Weiss

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 7 of 7 |
| Date Rcvd: Feb 08, 2024 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Defendant Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com |
| Sharon Z. Weiss | |
| | on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com |
| Shawn M Christianson | |
| | on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com schristianson@buchalter.com |
| Sweeney Kelly | |
| | on behalf of Defendant Fidelity National Information Services Inc. dba FIS kelly@ksgklaw.com |
| Sweeney Kelly | |
| | on behalf of Defendant Worldpay LLC kelly@ksgklaw.com |
| Tyler Powell | |
| | on behalf of Plaintiff Richard A. Marshack tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;rosetta.mitchell@dinsmore.com |
| United States Trustee (SA) | |
| | ustpregion16.sa.ecf@usdoj.gov |
| Vanessa Rodriguez | |
| | on behalf of Plaintiff Richard A. Marshack vanessa.rodriguez@dinsmore.com angelica.urena@dinsmore.com |
| Victoria Newmark | |
| | on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com |
| William McCormick | |
| | on behalf of Creditor TN Dept of Revenue Bill.McCormick@ag.tn.gov |
| William J Wall | |
| | on behalf of Witness Bradford Lee wwall@wall-law.com |
| William P Fennell | |
| | on behalf of Creditor Validation Partners LLC william.fennell@fennelllaw.com luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com |
| Yosina M Lissebeck | |
| | on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com |
| Yosina M Lissebeck | |
| | on behalf of Defendant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com |
| Yosina M Lissebeck | |
| | on behalf of Trustee Richard A Marshack (TR) Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com |
| Yosina M Lissebeck | |
| | on behalf of Counter-Claimant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com |
| Zev Shechtman | |
| | on behalf of Interested Party Danning Gill Israel & Krasnoff LLP zs@DanningGill.com danninggill@gmail.com;zshechtman@ecf.inforuptcy.com |
| Zev Shechtman | |
| | on behalf of Interested Party Morning Law Group P.C. zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com |

TOTAL: 146

D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**FEB 08 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte        DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

In re

THE LITIGATION PRACTICE GROUP P.C.,

Debtor.

Case No. 8:23-bk-10571-SC

Chapter 11

ORDER GRANTING TRUSTEE'S MOTION TO SURCHARGE SECURED CREDITORS TO PAY THE MONTHLY FEES AND EXPENSES OF ETHICS COMPLIANCE MONITOR, NANCY B. RAPOPORT

Hearing Date
Date:   January 31, 2024
Time:  1:30 p.m.
Ctrm:  5C - ViaZoom
Place: 411 West Fourth Street
           Santa Ana, CA  92701

Trustee's Motion ("Motion") to Surcharge Secured Creditors to Pay Ethics Compliance Monitor, Nancy Rapoport's ("Monitor's"), fees and expenses ("Motion")[1], filed on January 3, 2024, as Dk. No. 806 came on for hearing on January 31, 2024, at 1:30 p.m., before the Honorable Scott C. Clarkson, United States Bankruptcy Jude, presiding. Appearances were as noted on the record.

The Court has read and considered the Motion, and lack of opposition, and has found that proper notice has been given. For the reasons set forth in the Motion, and the Court's January 31, 2024 Tentative Ruling, and as stated on the record during the hearing, the Court has found good cause to grant the Motion.

---

[1] All terms not defined herein are used as they are defined in the Motion.

1

IT IS ORDERED:

1. The Motion is granted.

2. Proceeds of sale are surcharged (without regard to the priority of the Secured Creditors or the allowance of their claims) the full $100,000.00[2] for payment of the Monitor's fees and expenses and allowing *future* surcharge of any excess of $200,000.00 cumulative amount of Monitor's fees and expenses (the Buyer is responsible for the $100,000.00 difference between the two);

3. Such surcharge be without prejudice to any further surcharge to be brought by way of separately noticed motion;

4. Trustee is authorized to pay Monitor's fees and expenses, within five (5) Court days of Monitor filing a monthly fee statement with the Court, beginning with the Monitor's December 2023 Fee Statement or on any other such terms or agreement made by the Trustee and the Monitor and otherwise consistent with the Monitor Order [Dk. 363].

### 

Date: February 8, 2024

Scott C. Clarkson
United States Bankruptcy Judge

4876-2489-1299, v. 1

---

[2] Of which $22,533.75 in fees and $1,651.80 in expenses have been advanced by MLG.

2