D. EDWARD HAYS, #162507
ehays@marshackhays.com
ALINA MAMLYUK, #284154
amamlyuk@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>CHAPTER 11 TRUSTEE'S OMNIBUS UNILATERAL REPORT REGARDING STATUS OF MOTIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. §503(b) |
| | Date: February 29, 2024<br>Time: 11:00 a.m.<br>Ctrm: Courtroom 5C – Virtual[1]<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

TO THE HONORABLE JUDGE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY COURT JUDGE AND ALL INTERESTED PARTIES:

    Richard A. Marshack, in his capacity as the Chapter 11 Trustee ("Trustee") of the bankruptcy estate ("Estate") of The Litigation Practice Group P.C. ("Debtor"), respectfully submits this omnibus unilateral status report ("Status Report") in advance of the status conferences to be held on February 29, 2024 regarding motions or applications seeking allowance of administrative expense claim

---

[1] This hearing date is designated Zoom Only, pursuant to Judge Clarkson's self-calendaring procedures. Video and audio connection information for each hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC.

1

TRUSTEE'S OMNIBUS UNILATERAL STATUS REPORT RE: ADMINISTRATIVE CLAIMS

("Admin Claim") under 11 U.S.C. §503(b). Pursuant to Court order entered on January 8, 2024, as Dk. No. 818, this Status Report will address each claim and the parties' anticipated amount of time necessary for discovery and briefing. This Status Report will also address administrative claim of Israel Orozco, Dk. No. 862, which was filed on January 20, 2024, after Court entered its order but which is nonetheless on the docket for the February 29, 2024 hearing ("2/29 Hearing").

## ADMINISTRATIVE CLAIM MOTIONS SUBJECT TO COURT ORDER

**Dk. No. 647, filed by Judith Skiba**

No further discovery needed. Upon completing the investigation, Trustee will shortly be filing a claim objection, opposing the entirety of Ms. Skiba's administrative claim based on her failing to allege any facts that would conform to requirements set out in 11 U.S.C. §503(b).

On July 30, 2023, Ms. Skiba filed a Proof of Claim No. 134 and then on September 14, 2023, Ms. Skiba filed an amended Proof of Claim No. 134-1 in the amount of $20,000.00 for "refund, fees, personal injury." Ms. Skiba's administrative claim motion, filed on November 8, 2023, seeks $20,000.00 "for compensation for the harm that was done to her with Breach of Contract, Defrauding the Creditor, Damaging her Creditor Score, and Defamation of Character." In support of her motion, Ms. Skiba attached her retainer agreement with Phoenix Law. In investigating Ms. Skiba's claim, Trustee found that Phoenix Law, through its lead attorney Ty Carss, had issued a refund to Ms. Skiba in the amount of $600, and mailed it to her on August 3, 2023. The refund check, according to Trustee's communication with Ty Carss, appears to have been uncashed. A copy of check #1000 and a copy of the letter accompanying the check are included as **Exhibit 1**, partially in response to Ms. Skiba's filing of two requests for court order for information (Dk. No. 867 and Dk. No. 902).

**Dk. No. 665, filed by ADP**

Trustee is currently investigating and verifying the $246,700.94 ADP claim. Trustee anticipates requiring 4 weeks post-2/29 Hearing to complete discovery and for Trustee to brief and file a substantive response.

//

**Dk. No. 671, filed by United Partnerships**

Trustee is currently investigating and verifying the $178,665.70 United Partnerships claim. Based on ongoing communication with United Partnerships' counsel, Trustee anticipates requiring 6 weeks post-2/29 Hearing to complete discovery and for Trustee to brief and file a substantive response.

**Dk. No. 674, filed by Han Trinh**

Trustee is currently investigating and verifying the $136,280.56 Han Trinh claim. Based on ongoing communication with Han Trinh's counsel, Trustee anticipates requiring 6 weeks post-2/29 Hearing to complete discovery and to file a substantive response. Current investigation of Han Trinh's admin claim hinges on the exact date and the reason that her salary as Debtor's employee increased nearly ten-fold in the span of two and a half years, from $17.31/hr to $300,000/yr, to determine whether Han Trinh received any payments that may be considered preferential. Han Trinh's declaration attached to Dk. No. 822, which states that she is "not financially well off" indicates that the timing of the salary increase may fall within the preferential payment period and Trustee may have to request Han Trinh to disgorge excess salary payment she received pre-petition.

As Han Trinh is no longer party to an adversary proceeding, Trustee is within his rights to conduct a 2004 examination but anticipates that voluntary exchange of documents at this point may suffice.

**Dk. No. 675, filed by Phuong (aka Jayde) Trinh**

Trustee is currently investigating and verifying the $114,825.14 Phuong (aka Jayde) Trinh claim ("Jayde Claim"). Based on ongoing communication with Jayde Trinh's counsel, Trustee anticipates requiring 6 weeks post-2/29 Hearing to complete discovery and for Trustee to brief and file a substantive response. Current investigation of Jayde Trinh's admin claim hinges on the exact date and the reason that her salary as Debtor's employee more than doubled, from $120,000/yr to $250,000/yr to determine whether Jayde Trinh received any payments that may be considered preferential. Jayde Trinh's declaration attached to Dk. No. 822, which states that she is "not financially well off" indicates that the timing of the salary increase may fall within the preferential

payment period and Trustee may have to request Jayde Trinh to disgorge excess salary payment she received pre-petition.

Further, Trustee is currently investigating a non-traditional salary arrangement Jayde Trinh appears to have had in that Debtor paid Jayde Trinh's student loans. As Jayde Trinh is no longer party to an adversary proceeding, Trustee is within his rights to conduct a 2004 examination but anticipates that voluntary exchange of documents at this point may suffice.

**Dk. No. 676, filed by Greyson Law Center, PC**

Trustee is currently investigating and verifying the $5,134,000.00 Greyson Law Center claim ("Greyson Claim"). Based on the fact that Greyson Claim alleges that its attorneys handled 2,567 lawsuits in the post-petition admin period, Trustee anticipates requiring at least 8 weeks post-2/29 Hearing to complete discovery and for Trustee to brief and file a substantive response. Greyson Claim did not identify the attorneys that Greyson alleges worked on Greyson's behalf and so there is considerable difficulty in assuring no overlap exists between Greyson claim and claims of individual attorneys and other law firms listed below. Unless Greyson voluntarily produces documents that Trustee requested of Greyson's counsel, Trustee will submit formal discovery requests because Greyson is a party in an adversary and so a 2004 examination is not possible.

**Dk. No. 679, filed by Wells, Marble and Hurst, PLLC**

Trustee is currently investigating and verifying the $67,786.14 Wells, Marble and Hurst, PLLC claim ("MHW Claim"). MHW falls under similarly situated "attorney claimants" category that Trustee is carefully investigating to assure there is no overlap with Greyson Claim and that MHW's allowed claim reflects the benefit done for the estate. Trustee anticipates requiring at least 6 weeks post-2/29 Hearing to complete discovery and for Trustee to brief and file a substantive response.

**Dk. No. 686, filed by SDCO Tustin Executive Center, Inc.,**

Trustee is currently investigating and verifying the $206,045.84 SDCO Tustin Executive Center, Inc. Claim ("SDCO Claim"). Based on exchange with SDCO's counsel, Trustee anticipates requiring 4 weeks post-2/29 Hearing to complete discovery and for Trustee to brief and file a

substantive response.

**Dk. No. 693, filed by Melina Beltran**

Trustee is currently investigating and verifying the $30,400.00 Melina Beltran claim. Based on the current state of the investigation, Trustee anticipates requiring 4 weeks post-2/29 Hearing to complete discovery and for Trustee to brief and file a substantive response.

**Dk. No. 694, filed by filed by Kimberly Torres**

Trustee is currently investigating and verifying the $20,000.00 Kimberly Torres claim. Based on the current state of the investigation, Trustee anticipates requiring 4 weeks post-2/29 Hearing to complete discovery and for Trustee to brief and file a substantive response.

**Dk. No. 695 (amended by 727), filed by Melissa Wilkes**

Trustee is currently investigating and verifying the $59,500.35 Melissa Wilkes claim ("Wilkes Claim"). Wilkes falls under similarly situated "attorney claimants" category that Trustee is carefully investigating to assure there is no overlap with Greyson Claim and that Wilkes' allowed claim reflects the benefit done for the estate. Trustee anticipates requiring at least 6 weeks post-2/29 Hearing to complete discovery and for Trustee to brief and file a substantive response.

**Dk. No. 697, filed by David Orr, Esq.**

Trustee is currently investigating and verifying the $31,068.45 David Orr, Esq. claim ("Orr Claim"). Orr falls under similarly situated "attorney claimants" category that Trustee is carefully investigating to assure there is no overlap with Greyson Claim and that Orr's allowed claim reflects the benefit done for the estate. Trustee anticipates requiring at least 6 weeks post-2/29 Hearing to complete discovery and for Trustee to brief and file a substantive response.

**Dk. No. 698, filed by R. Reed Pruyn**

Trustee is currently investigating and verifying the R. Reed Pruyn claim ("Pruyn Claim"). Trustee requested that Pruyn make a formal calculation of his claim as currently Pruyn does not put forth a specific monetary amount owed to him. Pruyn falls under similarly situated "attorney claimants" category that Trustee is carefully investigating to assure there is no overlap with Greyson Claim and that Pruyn's allowed claim reflects the benefit done for the estate. Trustee anticipates

requiring at least 6 weeks post-2/29 Hearing to complete discovery and for Trustee to brief and file a substantive response.

**Dk. No. 700, filed by Jorge E. Sanchez**

Trustee is currently investigating and verifying the $20,824.00 Jorge E. Sanchez claim. Based on the current state of the investigation, Trustee anticipates requiring 4 weeks post-2/29 Hearing to complete discovery and for Trustee to brief and file a substantive response.

**Dk. No. 701, filed by Jaslynn Sanchez**

Trustee is currently investigating and verifying the $18,930.91 Jasslyn Sanchez claim. Based on the current state of the investigation, Trustee anticipates requiring 4 weeks post-2/29 Hearing to complete discovery and for Trustee to brief and file a substantive response.

**Dk. No. 702, filed by Peter Schneider**

Trustee is currently investigating and verifying the $67,252.77 Peter Schneider claim ("Schneider Claim"). Schneider falls under similarly situated "attorney claimants" category that Trustee is carefully investigating to assure there is no overlap with Greyson Claim and that Schneider's allowed claim reflects the benefit done for the estate. Trustee anticipates requiring at least 6 weeks post-2/29 Hearing to complete discovery and for Trustee to brief and file a substantive response.

**Dk. No. 706, filed by Amy Ginsburg, Kenton Cobb and Shannon Bellfield**

Trustee is currently investigating and verifying the Ginsburg, Cobb and Bellfield claims that have been submitted as part of one motion. Ginsburg and Cobb fall under similarly situated "attorney claimants" category that Trustee is carefully investigating to assure there is no overlap with Greyson Claim and that Ginsburg and Cobb's allowed claims reflect the benefit done for the estate. Bellfield is a paralegal who also handled legal files and whose work will be verified to have been done for the benefit of the estate. Trustee anticipates requiring at least 6 weeks post-2/29 Hearing to complete discovery and for Trustee to brief and file a substantive response.

/ /

/ /

**Dk. No. 707, filed by Randall Baldwin Clark, Attorney at Law, PLLC**

Trustee is currently investigating and verifying the $45,741.26 Randall Baldwin Clark claim ("Clark Claim"). Clark falls under similarly situated "attorney claimants" category that Trustee is carefully investigating to assure there is no overlap with Greyson Claim and that Clark's allowed claim reflects the benefit done for the estate. Trustee anticipates requiring at least 6 weeks post-2/29 Hearing to complete discovery and for Trustee to brief and file a substantive response.

**Dk. No. 708, filed by Herret Credit Consultants**

Trustee is currently investigating and verifying the $450,000.00 Herret Credit Consultants' claim ("Herret Claim"). Trustee anticipates requiring 4 weeks post-2/29 Hearing to complete discovery and for Trustee to brief and file a substantive response.

**Dk. No. 709, filed by Sharp Electronics Corporation**

In Trustee's investigating and verifying the $132,526.53 Sharp Electronics Corporation's claim ("Sharp Claim"), Trustee discovered that only $5,213.79 is alleged to have been accrued during the post-petition admin claim period. Trustee has informed Sharp's counsel that at most the $5,213.79 would be allowable under §503(b). Trustee does not anticipate extensive discovery for Sharp claim and will likely complete discovery and file a substantive response shortly after the 2/29 hearing. It may still be prudent to continue the hearing by 4 weeks.

**Dk. No. 750, filed by Alteryx**

Trustee is currently investigating and verifying the $703,089.94 Alteryx Claim. Trustee anticipates requiring 6 weeks post-2/29 Hearing to complete discovery and for Trustee to brief and file a substantive response.

## ADMINISTRATIVE CLAIMS NOT SUBJECT TO COURT ORDER

**Dk. No. 862, filed by Israel Orozco**

On January 20, 2024, two months after the administrative claims bar date of November 21, 2023 passed, Israel Orozco filed "Motion to File Claim After Claims Bar Date," seemingly without entering into a stipulation with Trustee ("Orozco Claim"). Court set the motion for a hearing on February 29, 2024, presumably to be a status conference, as with other admin claims filed in this

case. Trustee preserves Trustee's right to object to late filing but nonetheless began investigating and verifying the claim.

Orozco falls under similarly situated "attorney claimants" category that Trustee is carefully investigating to assure there is no overlap with Greyson Claim and that Orozco's allowed claim reflects the benefit done for the estate. Trustee anticipates requiring at least 6 weeks post-2/29 Hearing to complete discovery and for Trustee to brief and file a substantive response.

## Conclusion

Trustee requests that the Court continue the Status Conferences based on Trustee's anticipated time for discovery.

Trustee requests that the following Dk. No. status conferences be continued by 4 weeks, to **March 28, 2024**: 645, 665, 686, 693, 694, 700, 701, 708, 729.

Trustee requests that the following Dk. No. status conferences be continued by 6 weeks, to **April 11, 2024**: 671, 674, 675, 679, 695, 697, 698, 702, 706, 707, 750, 862.

Trustee requests that Dk. No. 676, Greyson status conferences be continued by 8 weeks, to **April 25, 2024**.

DATED: February 15, 2024    MARSHACK HAYS LLP

By: /s/ D. Edward Hays
    D. EDWARD HAYS
    ALINA MAMLYUK
    General Counsel for Chapter 11 Trustee
    RICHARD A. MARSHACK

4865-9962-3846, v. 1

**EXHIBIT 1**



Phoenix Law Group
3347 Michelson Drive, Ste. 400
Irvine, CA 92612
(424) 622-4044
service @phoenixlaw.co

August 3, 2023

Ms. Judith Skiba



**RE:**   *Refund Check #1000 - $600*

Dear Ms. Skiba,

It was a pleasure to have you as a client of Phoenix Law, as indicated, we have terminated your contract and enclosed, please find a check for a full refund of payments made.

All the best to you and yours in the future.

Sincerely,

Wm. Ty Carss, Esq.
Phoenix Law

*Enclosed: Check #1000*

EXHIBIT 1, PAGE 9



# PROOF OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **ADMINISTRATIVE CLAIM STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 15, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On  **February 15, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR – MAIL REDIRECTED TO TRUSTEE**
THE LITIGATION PRACTICE GROUP P.C.
~~17542 17TH ST, SUITE 100~~
~~TUSTIN, CA 92780-1981~~

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 15, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 15, 2024 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

| | | |
|---|---|---|
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Bradford Barnhardt | bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com |
| **ATTORNEY FOR CREDITOR AFFIRMA, LLC and CREDITOR OXFORD KNOX, LLC** | Eric Bensamochan | eric@eblawfirm.us, G63723@notify.cincompass.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Peter W Bowie | peter.bowie@dinsmore.com, caron.burke@dinsmore.com |
| **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC** | Ronald K Brown | ron@rkbrownlaw.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Christopher Celentino | christopher.celentino@dinsmore.com, caron.burke@dinsmore.com |
| **INTERESTED PARTY COURTESY NEF** | Shawn M Christianson | cmcintire@buchalter.com, schristianson@buchalter.com |
| **INTERESTED PARTY COURTESY NEF** | Randall Baldwin Clark | rbc@randallbclark.com |
| **ATTORNEY FOR DEFENDANT LISA COHEN and DEFENDANT ROSA BIANCA LOLI:** | Leslie A Cohen | leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com |
| **INTERESTED PARTY COURTESY NEF** | Aaron E. DE Leest | adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com |
| **INTERESTED PARTY COURTESY NEF** | Anthony Paul Diehl | anthony@apdlaw.net, Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net |
| **ATTORNEY FOR INTERESTED PARTY NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEYS and INTERESTED PARTY NATIONAL CONSUMER BANKRUPTCY RIGHTS CENTER** | Jenny L Doling | jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net |
| **ATTORNEY FOR CREDITOR CAROLYN BEECH** | Daniel A Edelman | dedelman@edcombs.com, courtecl@edcombs.com |
| **CREDITOR** | Meredith Fahn | fahn@sbcglobal.net |
| **ATTORNEY FOR CREDITOR VALIDATION PARTNERS LLC** | William P Fennell | william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com; hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                            **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **ATTORNEY FOR DEFENDANT CLEAR VISION LLC dba LIBERTY1 FINANCIAL** | Marc C Forsythe | mcforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Jeremy Freedman | jeremy.freedman@dinsmore.com, nicolette.murphy@dinsmore.com |
| **ATTORNEY FOR CREDITOR HERRET CREDIT** | Eric Gassman | erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Christopher Ghio | christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com |
| **ATTORNEY FOR CREDITOR AMY GINSBURG; CREDITOR KENTON COBB; and CREDITOR SHANNON BELLFIELD** | Amy Lynn Ginsburg | efilings@ginsburglawgroup.com |
| **ATTORNEY FOR DEFENDANT STRIPE, INC** | Eric D Goldberg | eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| **ATTORNEY FOR CREDITOR AFFIRMA, LLC; CREDITOR ANAHEIM ARENA MANAGEMENT, LLC; CREDITOR ANAHEIM DUCKS HOCKEY CLUB, LLC; and CREDITOR OXFORD KNOX, LLC** | Jeffrey I Golden | jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC** | Richard H Golubow | rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| **ATTORNEY FOR CREDITOR UNITED PARTNERSHIPS, LLC** | David M Goodrich | dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | D Edward Hays | ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| **ATTORNEY FOR CREDITOR CITY CAPITAL NY** | Alan Craig Hochheiser | ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com |
| **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC** | Garrick A Hollander | ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| **ATTORNEY FOR CREDITOR SHARP ELECTRONICS CORPORATION** | Brian L Holman | b.holman@musickpeeler.com |
| **INTERESTED PARTY COURTESY NEF** | Richard L. Hyde | richard@amintalati.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                         **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **ATTORNEY FOR INTERESTED PARTY MERCHANTS CREDIT CORPORATION** | Peter L Isola | pisola@hinshawlaw.com |
| **ATTORNEY FOR CREDITOR, PLAINTIFF, and COUNTER-DEFENDANT OHP-CDR, LP and PLAINTIFF and COUNTER-DEFENDANT PURCHASECO 80, LLC** | Razmig Izakelian | razmigizakelian@quinnemanuel.com |
| **ATTORNEY FOR FIDELITY NATIONAL INFORMATION SERVICES, INC. DBA FIS** | Sweeney Kelly | kelly@ksgklaw.com |
| **ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP P.C.** | Joon M Khang | joon@khanglaw.com |
| **ATTORNEY FOR INTERESTED PARTY AD HOC CONSUMER CLAIMANTS COMMITTEE** | Ira David Kharasch | ikharasch@pszjlaw.com |
| **ATTORNEY FOR DEFENDANT GALLANT LAW GROUP** | Meredith King | mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law |
| **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS** | Nicholas A Koffroth | nkoffroth@foxrothschild.com, khoang@foxrothschild.com |
| **ATTORNEY FOR DEFENDANT MARICH BEIN, LLC** | David S Kupetz | David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com |
| **INTERESTED PARTY COURTESY NEF** | Christopher J Langley | chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com |
| **ATTORNEY DEFENDANT OPTIMUMBANK HOLDINGS, INC** | Matthew A Lesnick | matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com |
| **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, P.C.; DEFENDANT LGS HOLDCO, LLC; INTERESTED PARTY CONSUMER LEGAL GROUP, P.C.; and INTERESTED PARTY LIBERTY ACQUISITIONS GROUP INC** | Daniel A Lev | daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| **ATTORNEY FOR INTERESTED PARTY REVOLV3, INC.** | Britteny Leyva | bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com |
| **INTERESTED PARTY COURTESY NEF ADVERSARY PROCEEDING #: 8:23-AP-01148-SC** | Marc A Lieberman | marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com |
| **ATTORNEY FOR CREDITOR PHILLIP A GREENBLATT, PLLC** | Michael D Lieberman | mlieberman@lipsonneilson.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Yosina M Lissebeck | Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com |
| **ATTORNEY FOR CREDITOR FUNDURA CAPITAL GROUP** | Mitchell B Ludwig | mbl@kpclegal.com, kad@kpclegal.com |
| **INTERESTED PARTY AND ATTORNEY** | Daniel S March | marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com |
| **ATTORNEY FOR CREDITOR and DEFENDANT GREYSON LAW CENTER PC, CREDITOR and DEFENDANT HAN TRINH; and CREDITOR and DEFENDANT PHUONG (JAYDE) TRINH** | Kathleen P March | kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| **ATTORNEY FOR CREDITOR DAVID ORR** | Mark J Markus | bklawr@bklaw.com, markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com |
| **CHAPTER 11 TRUSTEE** | Richard A Marshack (TR) | pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Laila Masud | lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Sarah S. Mattingly | sarah.mattingly@dinsmore.com |
| **INTERESTED PARTY COURTESY NEF** | William McCormick | Bill.McCormick@ag.tn.gov |
| **ATTORNEY FOR US TRUSTEE** | Kenneth Misken | Kenneth.M.Misken@usdoj.gov |
| **INTERESTED PARTY COURTESY NEF** | Byron Z Moldo | bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com |
| **ATTORNEY FOR CREDITOR ADP, INC** | Glenn D. Moses | gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Jamie D Mottola | Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com |
| **INTERESTED PARTY COURTESY NEF** | Alan I Nahmias | anahmias@mbn.law, jdale@mbn.law |
| **INTERESTED PARTY COURTESY NEF** | Victoria Newmark | vnewmark@pszjlaw.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Jacob Newsum-Bothamley | jacob.bothamley@dinsmore.com, angelica.urena@dinsmore.com;deamira.romo@dinsmore.com |
| **ATTORNEY FOR US TRUSTEE** | Queenie K Ng | queenie.k.ng@usdoj.gov |
| **CREDITOR** | Israel Orozco | israel@iolawcorp.com |
| **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS** | Keith C Owens | kowens@foxrothschild.com, khoang@foxrothschild.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **ATTORNEY FOR DEFENDANT OPTIMUMBANK HOLDINGS, INC.** | Lisa Patel | patel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com |
| **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC** | Michael R Pinkston | rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com |
| **ATTORNEY FOR DEFENDANT SCOTT JAMES EADIE** | Douglas A Plazak | dplazak@rhlaw.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Tyler Powell | tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;rosetta.mitchell@dinsmore.com |
| **ATTORNEY FOR DEFENDANT TOUZI CAPITAL, LLC and DEFENDANT ENG TAING** | Daniel H Reiss | dhr@lnbyg.com, dhr@ecf.inforuptcy.com |
| **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, PC** | Ronald N Richards | ron@ronaldrichards.com, 7206828420@filings.docketbird.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Vanessa Rodriguez | vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com |
| **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC** | Kevin Alan Rogers | krogers@wellsmar.com |
| **ATTORNEY FOR CREDITOR MARI AGAPE** | Gregory M Salvato | gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| **ATTORNEY FOR CREDITOR AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC** | Olivia Scott | olivia.scott3@bclplaw.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Jonathan Serrano | jonathan.serrano@dinsmore.com |
| **ATTORNEY FOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC** | Maureen J Shanahan | Mstotaro@aol.com |
| **ATTORNEY FOR CREDITORS UNITED PARTNERSHIPS, LLC and MNS FUNDING LLC** | Paul R Shankman | PShankman@fortislaw.com, info@fortislaw.com |
| **ATTORNEY FOR INTERESTED PARTY MORNING LAW GROUP, PC** | Zev Shechtman | zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com |
| **ATTORNEY FOR US TRUSTEE** | Leslie Skorheim | leslie.skorheim@usdoj.gov |
| **ATTORNEY FOR CREDITOR PIONEER FUNDING GROUP, LLC** | Adam D Stein-Sapir | info@pfllc.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                            **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **ATTORNEY FOR DEFENDANT BANKUNITED, N.A.** | Howard Steinberg | steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com |
| **ATTORNEY FOR CREDITOR ALTERYX, INC.** | Andrew Still | astill@swlaw.com, kcollins@swlaw.com |
| **ATTORNEY FOR CREDITOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC and INTERESTED PARTY RANDALL BALDWIN CLARK** | Michael R Totaro | Ocbkatty@aol.com |
| **US TRUSTEE** | United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| **ATTORNEY FOR WITNESS BRADFORD LEE 8:23-ap-01046-SC** | William J Wall | wwall@wall-law.com |
| **ATTORNEY FOR CREDITOR and DEFENDANT AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC** | Sharon Z. Weiss | sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com |
| **ATTORNEY FOR CREDITOR DEBT RELIEF GROUP, LLC** | Johnny White | JWhite@wrslawyers.com, jlee@wrslawyers.com |

2. **SERVED BY UNITED STATES MAIL**:

**ADMINISTRATIVE CLAIMANT (DK 665)**
ADP
C/O CHRISTINA IATROU, ESQ.
71 HANOVER ROAD
FLORHAM PARK, NJ 07932

**ADMINISTRATIVE CLAIMANT (DK 750)**
ALTERYX
C/O JEFFREY M. SINGLETARY, COUNSEL
600 ANTON BLVD, SUITE 1400
COSTA MESA, CA 92626

**ADMINISTRATIVE CLAIMANT (DK 701)**
JASLYNN SANCHEZ
2960 E. JACKSON AVE., #R056
ANAHEIM, CA 92806

**ADMINISTRATIVE CLAIMANT (DK 700)**
JORGE E. SANCHEZ
2550 E. WARD TERRACE, APT. 63
ANAHEIM, CA 92806

**ADMINISTRATIVE CLAIMANT (DK 647) CREDITOR / POC ADDRESS**
JUDITH SKIBA
PO BOX 1016
PASCAGOULA, MS 39568

**ADMINISTRATIVE CLAIMANT (DK 862)**
ISRAEL OROZCO, ESQ.
ISRAEL OROZCO LAW PC
700 E DATE ST, UNIT 69
BREA, CA 92822

**ADMINISTRATIVE CLAIMANT (DK 694)**
KIMBERLY TORRES
1177 W. CHATEAU AVE
ANAHEIM, CA 92802

**ADMINISTRATIVE CLAIMANT (DK 693)**
MELINA BELTRAN
22700 LAKE FOREST DR., APT 131
LAKE FOREST, CA 92630

**ADMINISTRATIVE CLAIMANT (DK 727)**
MELISSA A. WILKES, ESQ.
8888 KEYSTONE CROSSING PWKY, STE. 300
INDIANAPOLIS, IN 46240

**ADMINISTRATIVE CLAIMANT (DK 702)**
PETER SCHNEIDER
10900 NE 4TH ST, STE. 2300
BELLEVUE, WA 98004

**ADMINISTRATIVE CLAIMANT (DK 698)**
R. REED PRUYN
276 S. 1000 E.
SALT LAKE CITY, UT 84102

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          **F 9013-3.1.PROOF.SERVICE**