Kathleen P. March, Esq., (CA SBN 80366)
**THE BANKRUPTCY LAW FIRM, PC**
10524 W. Pico Blvd, Suite 212, LA, CA 90064
Phone: 310-559-9224; Fax: 310-559-9133
Email: kmarch@BKYLAWFIRM.com
*Counsel of Record for Han Trinh*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

| | |
|---|---|
| In re | Bankruptcy Case No. 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP, P.C., | Chapter 11 |
| Debtor. | **ERRATUM TO MOTION OF HAN TRINH FOR AN ORDER GRANTING ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM, PURSUANT TO 11 U.S.C. §503(b)(1)(A)(i) [DKT. 674, FILED 11/17/23]; ERRATUM ATTACHES EXHIBIT B WHICH WAS ERRONEOUSLY LEFT OFF** |

<u>Next hearing on Han's Motion (and on other parties' Motions) for allowance and payment of administrative claim, to be treated as a status conference, set for</u>:
Date: February 29, 2024
Time:  11:00 a.m.
Place:  Courtroom of Bankruptcy Judge Scott Clarkson, by Zoom or in person at:
411 West Fourth Street, Courtroom 5C
Santa Ana, CA 92701-4593

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

This ERRATUM to Han Trinh's ("Han's") Motion for allowance and payment of Han's administrative claim, pursuant to 11 U.S.C. §503(b)(1)(A), is being filed to attach **Exhibit B**, which was erroneously not attached when the Motion was filed. **Exhibit B**, as described in Han's Declaration to the Motion, is a list of what Han paid for the items that Trustee's field agents "lost" from the Greyson office, after they locked Han out of it.  The amount owed to Han, by the bankruptcy estate, for her personally owned items, which "disappeared"/were "lost" from the locked office, after the lockout on 6/2/23, is $14,433.56 as shown on attached **Exhibit B**.

Dated: February 16, 2024                        THE BANKRUPTCY LAW FIRM, PC

                                                          __/s/ Kathleen P. March_____
                                                          By: Kathleen P. March, Esq
                                                          *Attorneys for Han Trinh on Motion*

**amazon**.com

**Final Details for Order** ███████████

Print this page for your records.

**Order Placed:** September 23, 2021
**Amazon.com order number:** ███████████
**Order Total:** $233.82

| Shipped on September 24, 2021 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *HP 24mh FHD Monitor - Computer Monitor with 23.8-Inch IPS Display (1080p) - Built-In Speakers and VESA Mounting - Height/Tilt Adjustment for Ergonomic Viewing - HDMI and DisplayPort - (1D0J9AA#ABA)* <br> Sold by: DealeXuess (SN Recorded) (seller profile) <br> Supplied by: Other | $217.00 |
| Condition: New | |

**Shipping Address:**
Han Trinh
████████████

**Shipping Speed:**
Standard Shipping

| Payment information | |
|---|---|
| **Payment Method:** <br> Amazon.com Visa Signature \| Last digits: 3132 | Item(s) Subtotal: $217.00 <br> Shipping & Handling: $0.00 <br> ----- |
| **Billing address** <br> Han Trinh <br> ████████████ | Total before tax: $217.00 <br> Estimated tax to be collected: $16.82 <br> ----- <br> **Grand Total:$233.82** |
| **Credit Card transactions** | Visa ending in 3132: September 24, 2021: $233.82 |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2023, Amazon.com, Inc. or its affiliates.

---

**amazon**.com

**Final Details for Order** ███████████

Print this page for your records.

**Order Placed:** July 10, 2021
**Amazon.com order number:** ███████████
**Order Total:** $0.00

| Shipped on July 10, 2021 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Daily Ritmo Small Lined Pastel Sticky Notes [Turquoise, Peach, Lilac, Grey Checklist] 3 in x 3 in, 50 Sheets/Pad, 4 Pads* <br> Sold by: Daily Ritmo (seller profile) <br> Supplied by: Other | $9.99 |
| Condition: New | |
| 1 of: *Vebach Wireless Charger, Metal Frame Qi Certified Fast Wireless Charging Pad 7.5W fo iPhone 12 Pro Max/12/12 Mini/SE/11/11 Pro/11 Pro Max/XS/XR/8, 10W for Samsung Galaxy S20/S10/S9/Note 10* <br> Sold by: Hey Store (seller profile) <br> Supplied by: Other | $21.99 |
| Condition: New | |

**Shipping Address:**
Han Trinh
████████████

**Shipping Speed:**
FREE Prime Delivery

| Shipped on July 10, 2021 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Aelfox Memory Foam Keyboard Wrist Rest&Gaming Mouse Wrist Rest, Ergonomic Design for Office, Home Office, Laptop, Desktop Computer, Gaming Keyboard (Black)* <br> Sold by: Aelfox (seller profile) <br> Supplied by: Other | $20.99 |
| Condition: New | |
| 1 of: *DAILY RITMO Large Lined Sticky Notes, Pastel Collection, 4 in x 6 in, 50 Sheets/Pad, 4 Pads* <br> Sold by: Daily Ritmo (seller profile) <br> Supplied by: Other | $12.99 |
| Condition: New | |

**Partial**

**Shipping Address:**
Han Trinh
████████████

**Shipping Speed:**
FREE Prime Delivery

| Payment information | |
|---|---|
| **Payment Method:** <br> Amazon.com Visa Signature \| Last digits: 3132 <br> Gift Card | Item(s) Subtotal: $65.96 <br> Shipping & Handling: $0.00 |

**EXHIBIT B**

Condition: New

**Shipping Address:**
Han Trinh

**Shipping Speed:**
FREE Prime Delivery

| | |
|---|---|
| **Shipped on July 10, 2021** | |

| Items Ordered | Price |
|---|---|
| 1 of: Aelfox Memory Foam Keyboard Wrist Rest&Gaming Mouse Wrist Rest, Ergonomic Design for Office, Home Office, Laptop, Desktop Computer, Gaming Keyboard (Black)<br>Sold by: Aelfox (seller profile)<br>Supplied by: Other | $20.99 |
| Condition: New | |
| 1 of: DAILY RITMO Large Lined Sticky Notes, Pastel Collection, 4 in x 6 in, 50 Sheets/Pad, 4 Pads<br>Sold by: Daily Ritmo (seller profile)<br>Supplied by: Other | $12.99 |

Partial

Condition: New

**Shipping Address:**
Han Trinh

**Shipping Speed:**
FREE Prime Delivery

| | |
|---|---|
| **Payment information** | |

| Payment Method: | |
|---|---|
| Amazon.com Visa Signature \| Last digits: 3132 | Item(s) Subtotal: $65.96 |
| Gift Card | Shipping & Handling: $0.00 |
| | ----- |
| | Total before tax: $65.96 |
| **Billing address** | Estimated tax to be collected: $5.11 |
| Han Trinh | Gift Card Amount: -$71.07 |
| | ----- |
| | **Grand Total: $0.00** |

To view the status of your order, return to Order Summary.

Have an issue with your gift card? Read about common issues or contact us.

Conditions of Use | Privacy Notice © 1996-2023, Amazon.com, Inc. or its affiliates

amazon.com

**Final Details for Order**
Print this page for your records.

Order Placed: June 16, 2021
Amazon.com order number:
Order Total: $355.41

| | |
|---|---|
| **Shipped on June 17, 2021** | |

| Items Ordered | Price |
|---|---|
| 1 of: HON Ignition 2.0 Mid-Back Adjustable Lumbar Work Mesh Computer Chair for Office Desk (Black Fabric)<br>Sold by: Amazon.com Services LLC<br>Supplied by: Other | $313.86 |

Condition: New

**Shipping Address:**
Han Trinh

**Shipping Speed:**
FREE Prime Delivery

| | |
|---|---|
| **Shipped on June 17, 2021** | |

**Shipping Address:**
Han Trinh

**Shipping Speed:**
FREE Prime Delivery

| | |
|---|---|
| **Payment information** | |

| Payment Method: | |
|---|---|
| Visa \| Last digits: 8977 | Item(s) Subtotal: $329.85 |
| | Shipping & Handling: $0.00 |
| Billing address | ----- |

| **Items Ordered** | **Price** |
|---|---|
| 1 of: *HON Ignition 2.0 Mid-Back Adjustable Lumbar Work Mesh Computer Chair for Office Desk (Black Fabric)*<br>Sold by: Amazon.com Services LLC<br>Supplied by: Other<br><br>Condition: New | $313.86 |

**Shipping Address:**
Han Trinh
█████████████

**Shipping Speed:**
FREE Prime Delivery

| **Shipped on June 17, 2021** |
|---|
| ████████████████████████████████████████ |

**Shipping Address:**
Han Trinh
█████████████

**Shipping Speed:**
FREE Prime Delivery

| **Payment information** | |
|---|---|
| **Payment Method:**<br>Visa | Last digits: 8977<br><br>**Billing address**<br>██████████ | Item(s) Subtotal: $329.85<br>Shipping & Handling: $0.00<br>------<br>Total before tax: $329.85<br>Estimated tax to be collected: $25.56<br>------<br>**Grand Total:$355.41** |
| **Credit Card transactions** | Visa ending in 8977: June 17, 2021: $17.23<br>Visa ending in 8977: June 17, 2021: $338.18 |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2023, Amazon.com, Inc. or its affiliates

amazon.com

**Final Details for Order** ████████████████
Print this page for your records.

**Order Placed:** June 2, 2021
**Amazon.com order number:** ████████████
**Order Total: $177.78**

| **Shipped on June 2, 2021** | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Office Chair, High Back Premium PU Leather Office Computer Swivel Desk Task Chair, Ergonomic Executive Chair with Lumbar Padding and Flip-up Armrests (61AB33WH)*<br>Sold by: XLYMS2018 (seller profile)<br>Supplied by: Other<br><br>Condition: New | $164.99 |

**Shipping Address:**
Han Trinh
█████████████

**Shipping Speed:**
Standard Shipping

| **Payment information** | |
|---|---|
| **Payment Method:**<br>Visa | Last digits: 8977<br><br>**Billing address**<br>██████████ | Item(s) Subtotal: $164.99<br>Shipping & Handling: $0.00<br>------<br>Total before tax: $164.99<br>Estimated tax to be collected: $12.79<br>------<br>**Grand Total:$177.78** |
| **Credit Card transactions** | Visa ending in 8977: June 2, 2021:$177.78 |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2023, Amazon.com, Inc. or its affiliates

| | Price |
|---|---|
| Condition: New | |
| 1 of: *Rose Gold Desk Organizer for Women Cute Home Office Accessories & Supplies Decor, Girly Desktop Stationary Essentials Organization Set, Mesh Caddy Storage 5 Compartments +1 Mini Sliding Drawer* | $19.99 |
| Sold by: Three Way Cut (seller profile) | Product question? Ask Seller | |
| Supplied by: Other | |
| Condition: New | |
| 1 of: *Aelfox Memory Foam Keyboard Wrist Rest&Gaming Mouse Wrist Rest, Ergonomic Design for Office, Home Office, Laptop, Desktop Computer, Gaming Keyboard (Black)* | $20.99 |
| Sold by: Aelfox (seller profile) | |
| Supplied by: Other | |
| Condition: New | |
| 1 of: *KIDMEN Rosegold Desk Accessory Kit,Set of Stapler, Staple Remover,1000pcs Staples,Tape Dispenser,Big Diamond Ballpoint Pen and 10pcs Binder Clips* | $19.99 |
| Sold by: kidmen (seller profile) | |
| Supplied by: Other | |
| Condition: New | |
| 1 of: *Knodel Dual-Sided Desk Mat, Desk Pad, Upgrade Sewing PU Leather Desk Blotter Protector, Mouse Pad, Writing Mat for Office and Home (35.4" x 17", Dark Blue)* | $14.99 |
| Sold by: Knodel (seller profile) | |
| Supplied by: Other | |
| Condition: New | |
| 1 of: *Logitech G502 HERO High Performance Wired Gaming Mouse, HERO 25K Sensor, 25,600 DPI, RGB, Adjustable Weights, 11 Programmable Buttons, On-Board Memory, PC / Mac* | $46.99 |
| Sold by: Amazon.com Services LLC | |
| Supplied by: Other | |
| Condition: New | |
| 5 of: *WALI Tempered Glass Monitor Riser Desktop Stand Height Adjustable Table Top for Flat Screen LCD LED TV, Laptop, Notebook, Display (GTT01)* | $16.99 |
| Sold by: Wali Electric (seller profile) | Product question? Ask Seller | |
| Supplied by: Other | |
| Condition: New | |

**Shipping Address:**
Han Trinh
████████████

**Shipping Speed:**
Amazon Day Delivery

| Payment information | |
|---|---|
| **Payment Method:** | **Item(s) Subtotal:** $303.89 |
| Visa | Last digits: 8977 | **Shipping & Handling:** $0.00 |
| **Billing address** | ----- |
| ████████████ | **Total before tax:** $303.89 |
| | **Estimated tax to be collected:** $23.57 |
| | ----- |
| | **Grand Total:** **$327.46** |
| **Credit Card transactions** | Visa ending in 8977: May 25, 2021: $327.46 |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2023, Amazon.com, Inc. or its affiliates

**amazon**.com

**Final Details for Order** ████████████
Print this page for your records.

**Order Placed:** May 24, 2021
**Amazon.com order number:** ████████████
**Order Total:** $1,142.90

| Shipped on May 25, 2021 | |
|---|---|
| **Items Ordered** | **Price** |
| 2 of: *Knodel Dual-Sided Desk Mat, Desk Pad, Upgrade Sewing PU Leather Desk Blotter Protector, Mouse Pad, Writing Mat for Office and Home (35.4" x 17", Pink)* | $14.99 |
| Sold by: Knodel (seller profile) | |
| Supplied by: Other | |
| Condition: New | |
| 2 of: *Cloud Nine C989 Ergonomic Mechanical Keyboard for PC - Cherry MX Blue Switches - RGB Light Up LED Backlit with USB - Ergo Split Key Board with Macro* <span style="color:red">Partial</span> | $219.00 |
| Sold by: Cloud Nine Ergo (seller profile) | |
| Supplied by: Other | |
| Condition: New | |

**Shipping Address:**
Han Trinh
████████████

**Shipping Speed:**
FREE Prime Delivery

| Shipped on May 25, 2021 | |
|---|---|
| **Items Ordered** | **Price** |
| 2 of: *Jelly Comb KS65 Ergonomic Wireless Keyboard and Mouse, 2.4Hz Full-Sized Ergonomic Keyboard with Palm Rest and Wireless Mouse for PC, Computer, Laptops, Windows XP/7/8/10-Black* | $24.99 |
| Sold by: DENG CAI (seller profile) | |
| Supplied by: Other | |
| Condition: New | |
| 1 of: *MultiBey NE0600607 Light Luxury Fashion Paper Clips, Rose Gold Edition, In Round Paper Clip Holder With Magnetic Lid, 28 mm, 100 Piece Per Box* | $8.99 |
| Sold by: MULTIBEY TECH WORLD (seller profile) | Product question? Ask Seller | |
| Supplied by: Other | |
| Condition: New | |
| 1 of: *Wireless Keyboard Mouse, Jelly Comb 2.4GHz Ultra Slim Full Size Rechargeable Wireless Keyboard and Mouse Combo for Windows, Laptop, Notebook, PC, Desktop, Computer (White and Gold)* | $39.99 |
| Sold by: Jelly Comb Direct (seller profile) | Product question? Ask Seller | |
| Supplied by: Other | |
| Condition: New | |

**Shipping Address:**
Han Trinh
████████████

**Shipping Speed:**
FREE Prime Delivery

---

### Shipped on May 26, 2021

| Items Ordered | Price |
|---|---|
| 1 of: *HP 27-Inch FHD Monitor with Built-in Audio (27fwa, White)*<br>Sold by: Amazon.com Services LLC<br>Supplied by: Other | $242.24 |

Condition: New

**Shipping Address:**
Han Trinh
████████████7

**Shipping Speed:**
FREE Prime Delivery

---

### Shipped on May 26, 2021

| Items Ordered | Price |
|---|---|
| 1 of: *HP 27-Inch FHD Monitor with Built-in Audio (27fwa, White)*<br>Sold by: Amazon.com Services LLC<br>Supplied by: Other | $242.24 |

Condition: New

**Shipping Address:**
Han Trinh
████████████

**Shipping Speed:**
FREE Prime Delivery

---

### Payment information

| Payment Method: | | |
|---|---|---|
| Visa \| Last digits: 8977 | Item(s) Subtotal: | $1,051.42 |
| | Shipping & Handling: | $0.00 |
| **Billing address** | | ----- |
| ████████████ | Total before tax: | $1,051.42 |
| | Estimated tax to be collected: | $81.48 |
| | CA Electronic Waste Recycling Fee | $10.00 |
| | | ----- |
| | **Grand Total:** | **$1,142.90** |

amazon.com

**Final Details for Order** ████████████
Print this page for your records.

**Order Placed:** April 14, 2022
**Amazon.com order number:** ████████████
**Order Total: $259.95**

---

### Shipped on April 15, 2022

████████████████████████████████████████████████

Condition: New
1 of: *Klein Tools 32581 4-in-1 Electronics Screwdriver Set with Precision Machines Bits: 2 Slotted, 2 Phillips, and Cushion Grip Handles, 4-Piece*   $9.97
Sold by: Amazon.com Services LLC
Supplied by: Other

████████████████████████████████████████████████

**Shipping Address:**
Han Trinh
17542 17TH ST STE 105
TUSTIN, CA 92780-7934
United States

**Shipping Speed:**
FREE Prime Delivery

---

### Shipped on April 17, 2022

| Items Ordered | Price |
|---|---|
| 1 of: *Precision Screwdriver Set with Case, All-in-One Multi-Function Repair Tool Kit Includes 39 Bits for Apple Products Klein Tools 32717*<br>Sold by: Amazon.com Services LLC<br>Supplied by: Other | $29.97 |
| Condition: New | |
| 1 of: *CRAFTSMAN Pliers, 6-Piece Mini Set with Pouch (CMHT81716)*<br>Sold by: Amazon.com Services LLC<br>Supplied by: Other | $22.00 |
| Condition: New | |
| 2 of: *Mounting Dream UL Listed TV Mount for Most 37-70 Inch TV, Universal Tilt TV Wall Mount Fit 16", 18", 24" Stud with Loading 132 lbs & Max VESA 600x400mm, Low Profile Flat Wall Mount Bracket MD2268-LK*<br>Sold by: Mounting Dream (seller profile) \| Product question? Ask Seller<br>Supplied by: Other | $29.99 |
| Condition: New | |

| | |
|---|---|
| 1 of: *Precision Screwdriver Set with Case, All-in-One Multi-Function Repair Tool Kit Includes 39 Bits for Apple Products Klein Tools 32717*<br>Sold by: Amazon.com Services LLC<br>Supplied by: Other | $29.97 |
| Condition: New | |
| 1 of: *CRAFTSMAN Pliers, 6-Piece Mini Set with Pouch (CMHT81716)*<br>Sold by: Amazon.com Services LLC<br>Supplied by: Other | $22.00 |
| Condition: New | |
| 2 of: *Mounting Dream UL Listed TV Mount for Most 37-70 Inch TV, Universal Tilt TV Wall Mount Fit 16", 18", 24" Stud with Loading 132 lbs & Max VESA 600x400mm, Low Profile Flat Wall Mount Bracket MD2268-LK*<br>Sold by: Mounting Dream (seller profile) | Product question? Ask Seller<br>Supplied by: Other | $29.99 |
| Condition: New | |
| 1 of: *Magnetic Wireless Car Charger for Magsafe Mount iPhone 13/13 Pro/ 13 Pro Max/ 13 Mini/iPhone12/12 Pro/ 12 Pro Max/12 Mini, QI 15 W Car Charging, Car Dashboard and Air Vent Car Phone Holder*<br>Sold by: Magzeva (seller profile)<br>Supplied by: Other | $33.99 |
| Condition: New | |
| 1 of: *2 in 1 Magnetic Wireless Charger Stand - Max 15W Fast Wireless Charging Station Compatible with Mag-Safe Charger, iPhone 13 12/13 12 Pro/13 12 Pro Max/13 12 Mini/AirPods 2/3/Pro,with QC 3.0 Adapter*<br>Sold by: enten (seller profile)<br>Supplied by: Other | $35.99 |
| Condition: New | |
| 1 of: *ZUBARR Magnetic Wireless Charger Pad Compatible with MagSafe case,Only Supports iPhone Series 12/13/ Mini Pro Pro max and Wireless-Charger AirPods Series* 【with USB-C 20W PD Adapter and Storage Case】<br>Sold by: ZUBARR Seller (seller profile)<br>Supplied by: Other | $24.99 |
| Condition: New | |

**Shipping Address:**
Han Trinh
17542 17TH ST STE 105
TUSTIN, CA 92780-7934
United States

**Shipping Speed:**
FREE Prime Delivery

| Payment information | |
|---|---|
| **Payment Method:**<br>Amazon.com Visa Signature \| Last digits: 3132 | Item(s) Subtotal: $249.26<br>Shipping & Handling: $0.00<br>Your Coupon Savings: -$8.00 |
| **Billing address**<br>Han Trinh | -----<br>Total before tax: $241.26<br>Estimated tax to be collected: $18.69 |
| | -----<br>**Grand Total: $259.95** |
| **Credit Card transactions** | Visa ending in 3132: April 18, 2022:<br>Visa ending in 3132: April 15, 2022: |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2023, Amazon.com, Inc. or its affiliates

**Final Details for Order**

Print this page for your records.

**Order Placed:** January 17, 2022
**Amazon.com order number:**
**Order Total: $34.47**

| Shipped on January 22, 2022 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *SHS Round Mesh Stainless Steel Wastebasket Trash Can Recycling Bin for Home, Office, Bathroom, Bedroom & Kitchen, 3.5 Gallon / 12L, 11" Height x 10" Diameter Garbage Can (Rose Gold)*<br>Sold by: Saddlehorn Studios / FRANKs HANKS (seller profile)<br>Supplied by: Other | $31.99 |
| Condition: New | |

**Shipping Address:**
17542 E. 17th St.
Suite 105
Tustin, CA 92780
United States

**Shipping Speed:**
Two-Day Shipping

| Payment information | |
|---|---|
| **Payment Method:**<br>Amazon.com Visa Signature \| Last digits: 3132 | Item(s) Subtotal: $31.99<br>Shipping & Handling: $0.00 |
| **Billing address**<br>Han Trinh | Total before tax: $31.99<br>Estimated tax to be collected: $2.48 |
| | -----<br>**Grand Total: $34.47** |
| **Credit Card transactions** | Visa ending in 3132: January 22, 2022: $34.47 |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2023, Amazon.com, Inc. or its affiliates

amazon.com

**Final Details for Order ▓▓▓▓▓▓▓**

Print this page for your records.

Order Placed: January 12, 2022
Amazon.com order number: ▓▓▓▓▓▓
Order Total: $432.47

| Shipped on January 12, 2022 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Soft Close, Rectangular Trash Can 5L with Anti – Bag Slip Liner and Lid, Use as Mini Garbage Basket, Slim Dust Bin, or Decor in Bathroom, Restroom, Kitchen, or Bedroom (Rose Gold)* <br> Sold by: Bringing Back Creativity (seller profile) <br> Supplied by: Other <br> Condition: New | $29.99 |
| 1 of: *MIULEE Pack of 2 Decorative Velvet Throw Pillow Cover Soft Pillowcase Solid Square Cushion Case for Sofa Bedroom Car 20x20 Inch 50x50 cm Grey* <br> Sold by: Miulee Home (seller profile) <br> Supplied by: Other <br> Condition: New | $18.99 |
| 1 of: *TIMEYARD Macrame Shelf Hanging Shelves, Wood Wall Shelf with Woven Rope, Rustic Floating Shelves Storage Organizer, 3 Tier Shelf Boho Decor for Living Room, Bathroom, Bedroom* <br> Sold by: TIMEYARD Direct (seller profile) <br> Supplied by: Other <br> Condition: New | $29.99 |

**Shipping Address:**
▓▓▓▓▓
17542 E. 17th St.
Suite 105
Tustin, CA 92780
United States

**Shipping Speed:**
One-Day Shipping

| Shipped on January 12, 2022 | |
|---|---|
| **Items Ordered** | **Price** |
| 2 of: *18 x 18 Inches Pack of 1 Woven Tufted Boho Throw Pillow Cover, Pink Modern Decorative Geometric Cushion with Tassels, Farmhouse Tribal Pillowcase for Couch Sofa Bedroom Living Room, Light Blush* <br> Sold by: recpower (seller profile) <br> Supplied by: Other <br> Condition: New | $17.99 |
| 1 of: *Wireless Keyboard and Mouse, WisFox Full-Size Wireless Mouse and Keyboard Combo, 2.4GHz Silent USB Wireless Keyboard Mouse Combo for PC Desktops Computer, Laptops, Windows (White)* <br> Sold by: SQSG US (seller profile) <br> Supplied by: Other <br> Condition: New | $26.99 |
| 1 of: *Edow Throw Pillow Inserts, Set of 2 Lightweight Down Alternative Polyester Pillow, Couch Cushion, Sham Stuffer, Machine Washable. (White, 20x20)* <br> Sold by: edow (seller profile) <br> Supplied by: Other <br> Condition: New | $21.99 |
| 1 of: *Moon Phase Mirror Set, 5 Piece Scandinavian Natural Decor Moonphase Moon Decor Bohemian Moon Mirror Wall Decoration for Living Room Bedroom, Acrylic Mirror* <br> Sold by: Mawrock (seller profile) <br> Supplied by: Other <br> Condition: New | $25.95 |

**Shipping Address:**
▓▓▓▓▓
17542 E. 17th St.
Suite 105
Tustin, CA 92780
United States

**Shipping Speed:**
One-Day Shipping

| Shipped on January 13, 2022 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Pink Abstract Canvas Wall Art For Living Room Large Gold Abstract Painting Water Flow Shape For Bedroom Modern Home Decor Ready to Hang 28x60 inches* <br> Sold by: Mingdian Art (seller profile) <br> Supplied by: Other <br> Condition: New | $118.54 |

**Shipping Address:**
▓▓▓▓▓
17542 E. 17th St.
Suite 105
Tustin, CA 92780
United States

**Shipping Speed:**
One-Day Shipping

| Shipped on January 14, 2022 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *STAOLENE Soft Faux Fur Rug White Sheepskin Seat Covers Shag Fluffy Area Rug for Bedroom Floor Sofa Living Room(2 x 6ft,White Rug)* <br> Sold by: Look in the mirror (seller profile) <br> Supplied by: Other <br> Condition: New | $36.99 |

**Shipping Address:**
▓▓▓▓▓
17542 E. 17th St.
Suite 105
Tustin, CA 92780
United States

**Shipped on January 14, 2022**

| Items Ordered | Price |
|---|---|
| 1 of: *AtailorBird Mouse Pad 5Pcs Set, 800x400mm PU Leather Desk Pad& Ergonomic Memory Foam Keyboard Wrist Pad&Mouse Wrist Rest for Laptop Office, Including 2 Free PU&Cork Coaster, Pink&Green*<br>Sold by: VapowStore (seller profile)<br>Supplied by: Other<br><br>Condition: New | $21.99 |

**Shipping Address:**
▭
17542 E. 17th St.
Suite 105
Tustin, CA 92780
United States

**Shipping Speed:**
One-Day Shipping

**Shipped on January 13, 2022**

| Items Ordered | Price |
|---|---|
| 1 of: *KIDMEN Rosegold Desk Accessory Kit,Set of Stapler, Staple Remover,1000pcs Staples,Tape Dispenser,Big Diamond Ballpoint Pen and 10pcs Binder Clips*<br>Sold by: kidmen (seller profile)<br>Supplied by: Other<br><br>Condition: New | $19.99 |
| 1 of: *Utopia Bedding Throw Pillows Insert (Pack of 2, White) – 18 x 18 Inches Bed and Couch Pillows – Indoor Decorative Pillows*<br>Sold by: Utopia Deals (seller profile) | Product question? Ask Seller<br>Supplied by: Other<br><br>Condition: New | $15.99 |

**Shipping Address:**
▭
17542 E. 17th St.
Suite 105
Tustin, CA 92780
United States

**Shipping Speed:**
One-Day Shipping

**Payment information**

| | |
|---|---|
| **Payment Method:**<br>Amazon Visa Signature | Last digits: 3132<br><br>**Billing address**<br>Han Trinh | Item(s) Subtotal: $403.38<br>Shipping & Handling: $0.00<br>Your Coupon Savings: -$2.00<br>-----<br>Total before tax: $401.38<br>Estimated tax to be collected: $31.09 |

amazon.com

**Final Details for Order** ▭
Print this page for your records.

**Order Placed:** September 23, 2021
**Amazon.com order number:** ▭
**Order Total: $689.58**

**Shipped on September 24, 2021**

▭

**Shipping Address:**
Han Trinh
▭

**Shipping Speed:**
Standard Shipping

**Payment information**

| | |
|---|---|
| **Payment Method:**<br>Amazon.com Visa Signature | Last digits: 3132<br><br>**Billing address**<br>Han Trinh | Item(s) Subtotal: $639.98<br>Shipping & Handling: $0.00<br>-----<br>Total before tax: $639.98<br>Estimated tax to be collected: $49.60<br>-----<br>**Grand Total:$689.58** |
| **Credit Card transactions** | Visa ending in 3132: September 24, 2021: $689.58 |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2023, Amazon.com, Inc. or its affiliates

**Final Details for Order** ████████████

Print this page for your records.

Order Placed: July 10, 2021
Amazon.com order number: ████████████
Order Total: $240.43

| Shipped on July 11, 2021 |
|---|

████████████████████████████████████

**Shipping Address:**
Han Trinh
██████████████

**Shipping Speed:**
Two-Day Shipping

| Payment information |
|---|

Payment Method:
Amazon.com Visa Signature | Last digits: 3132
Gift Card

Billing address
Han Trinh
██████████████

| | |
|---|---|
| Item(s) Subtotal: | $249.99 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $249.99 |
| Estimated tax to be collected: | $19.37 |
| Gift Card Amount: | -$28.93 |
| | |
| **Grand Total: $240.43** | |

Credit Card transactions                                   Visa ending in 3132: July 11, 2021: $240.43

To view the status of your order, return to Order Summary.

Have an issue with your gift card? Read about common issues or contact us.

Conditions of Use | Privacy Notice © 1996-2023, Amazon.com, Inc. or its affiliates.

---

amazon.com

**Final Details for Order** ████████████

Print this page for your records.

Order Placed: May 24, 2021
Amazon.com order number: ████████████
Order Total: $327.46

| Shipped on May 25, 2021 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: Logitech MX Vertical Wireless Mouse – Advanced Ergonomic Design Reduces Muscle Strain, Control and Move Content Between 3 Windows and Apple Computers (Bluetooth or USB), Rechargeable, Graphite  Sold by: Amazon.com Services LLC  Supplied by: Other | $95.99 |
| **Partial – Incorrect Cables Provided** | |
| Condition: New | |
| 1 of: Rose Gold Desk Organizer for Women Cute Home Office Accessories & Supplies Decor, Girly Desktop Stationary Essentials Organization Set, Mesh Caddy Storage 5 Compartments +1 Mini Sliding Drawer  Sold by: Three Way Cut (seller profile) | Product question? Ask Seller | $19.99 |
| Condition: New | |
| 1 of: Aelfox Memory Foam Wrist Rest&Gaming Mouse Wrist Rest, Ergonomic Design for Office, Home Office, Laptop, Desktop Computer, Gaming Keyboard (Black)  Sold by: Aelfox (seller profile)  Supplied by: Other | $20.99 |
| Condition: New | |
| 1 of: KIDMEN Rosegold Desk Accessory Kit,Set of Stapler, Staple Remover,1000pcs Staples,Tape Dispenser,Big Diamond Ballpoint Pen and 10pcs Binder Clips  Sold by: kidmen (seller profile)  Supplied by: Other | $19.99 |
| Condition: New | |
| 1 of: Knodel Dual-Sided Desk Mat, Desk Pad, Upgrade Sewing PU Leather Desk Blotter Protector, Mouse Pad, Writing Mat for Office and Home (35.4" x 17", Dark Blue)  Sold by: Knodel (seller profile)  Supplied by: Other | $14.99 |
| Condition: New | |
| 1 of: Logitech G502 HERO High Performance Wired Gaming Mouse, HERO 25K Sensor, 25,600 DPI, RGB, Adjustable Weights, 11 Programmable Buttons, On-Board Memory, PC / Mac  Sold by: Amazon.com Services LLC  Supplied by: Other | $46.99 |
| Condition: New | |
| 5 of: WALI Tempered Glass Monitor Riser Desktop Stand Height Adjustable Table Top for Flat Screen LCD LED TV, Laptop, Notebook, Display (GTT01)  Sold by: Wali Electric (seller profile) | Product question? Ask Seller  Supplied by: Other | $16.99 |
| Condition: New | |
| **Shipping Address:**  Han Trinh  ██████████████ | |
| **Shipping Speed:**  Amazon Day Delivery | |

# SOUTHERN CALIF SECURITY CENTER

16711 PARKSIDE AVE, CERRITOS, CA 90703

| | |
|---|---|
| TRANSACTION # | 10460502-2958 |
| DATE | 05/15/2023 2:30 PM |
| RESULT | APPROVED |
| AUTH CODE | 376015 |
| TRANSACTION METHOD | KEYED |
| TRANSACTION TYPE | SALE |
| CARD | XXXX-XXXXXX-X8624 |
| CARD TYPE | AMEX |

| | |
|---|---|
| 1 × Quick Item | $795.22 |
| Subtotal | $795.22 |

TOTAL  **$795.22**



**<span style="color:red">Items that were locked behind my office door that I could not find receipts for. Tax is obviously not included in most of these since I cannot calculate that.</span>**

TWO of these 32" monitors [$699 x2]

https://www.lg.com/us/monitors/lg-32uq750-w-4k-uhd-monitor#

ONE of this 38" monitor [$1,599.99]

https://www.lg.com/us/monitors/lg-38wn95c-w-ultrawide-monitor

One Dynabook Docking Station [$239.99]

https://us.dynabook.com/accessory/PA5356U-1PRP

One 20W USB-C Power Adapter [$19]

https://www.apple.com/shop/product/MHJA3AM/A/20w-usb-c-power-adapter?fnode=62ffaaef937ca49246833b87c9285a3fc04a2a607f49ccfbeedc56f390159d56ef2181151d733775cfcaffadbc6dee913545220a747e883bc8a21fd7f0adbaf98fe9d2d368034c84ddac6fb127aa34c4ee610dc598cbaa9d95706e1e9271ea7d

One 240W USB-C Charge Cable (2m) [$29]

https://www.apple.com/shop/product/MU2G3AM/A/240w-usb-c-charge-cable-2-m?fnode=62ffaaef937ca49246833b87c9285a3fc04a2a607f49ccfbeedc56f390159d56ef2181151d733775cfcaffadbc6dee913545220a747e883bc8a21fd7f0adbaf98fe9d2d368034c84ddac6fb127aa34c4ee610dc598cbaa9d95706e1e9271ea7d

One Wireless Charger [$23.89]

https://www.amazon.com/gp/product/B07F9RBSP5/ref=ppx_yo_dt_b_search_asin_title?ie=UTF8&th=1

One 8-Count Sharpie S-Gel Pens [$10.19]

https://www.amazon.com/gp/product/B08BX64NFK/ref=ppx_yo_dt_b_search_asin_title?ie=UTF8&th=1

One 12-Count Sharpie Gel Pens [$14.49]

https://www.amazon.com/gp/product/B082PMSSS7/ref=ppx_yo_dt_b_search_asin_title?ie=UTF8&th=1

One Bath and Body Works Lotion (Perfect Peony Fragrance) [$29.75]

https://www.amazon.com/Perfect-Peony-Body-Lotion-2020/dp/B087YYLRBW/ref=sr_1_1?crid=1VRDR6J0DJ54T&keywords=bath+and+body+works+peony+body+lotion&qid=1696224560&sprefix=bath+and+body+works+peony+body+lotion%2Caps%2C145&sr=8-1

One 2-pack 10 outlet Long Power Strips [$88.99]

https://www.amazon.com/gp/product/B08GCRXBC4/ref=ppx_yo_dt_b_asin_title_o00_s00?ie=UTF8&psc=1

One Logitech MX Vertical Wireless Mouse [$99.99]

https://www.amazon.com/gp/product/B07FNJB8TT/ref=ppx_yo_dt_b_search_asin_title?ie=UTF8&psc=1

One Wireless Keyboard and Mouse (white) [$27.99]

https://www.amazon.com/gp/product/B086KX4Q6C/ref=ppx_yo_dt_b_search_asin_title?ie=UTF8&th=1

One 8-pack rectangle Puffs Plus Lotion Facial Tissue [$13.49]

https://www.target.com/p/puffs-plus-lotion-facial-tissue/-/A-84780543?preselect=84637339#lnk=sametab

One Office Desk Organizer Office [$34.99]

https://www.walmart.com/ip/Nvzi-Office-Desk-Organizer-Office-Supplies-Caddy-5-Compartments-Metal-Desktop-Organizers-Storage-with-Removable-Wooden-Partition-Black/1925073795?wmlspartner=wlpa&selectedSellerId=101307082

One USB-C to USB-C 3.1 Gen 2 Cable [$24.99]

https://www.dell.com/en-us/shop/usb-c-to-usb-c-31-gen-2-cable-100w-power-delivery-10gbps-dp-alt-mode/apd/ac251905/pc-accessories?gacd=9684992-1102-5761040-266906002-0&dgc=ST&SA360CID=71700000109860316&gad=1&gclid=Cj0KCQjw1OmoBhDXARIsAAAYGSGpRxn9o9wYeOYJ2jEG68eItHlYbgLXEr3glP70DYEUnoo3zo-OT4AaAp5xEALw_wcB&gclsrc=aw.ds

One Swingline Stapler [$17.99]

https://www.amazon.com/Swingline-SWI74701-Classic-Stapler-Sheets/dp/B0006HUQ9M/ref=sr_1_46?crid=1VOAGTQHJ2005&keywords=staple&qid=1696293765&s=office-products&sprefix=staples%2Coffice-products%2C168&sr=1-46&th=1

One Scotch Magic Tape 6 Tape Rolls w/ Dispenser [$24.49]

https://www.amazon.com/Scotch-Brand-Applications-Engineered-810K6C38/dp/B000Y52D5G/ref=sxin_16_pa_sp_search_thematic_sspa?content-id=amzn1.sym.9cbe3359-611f-40e8-a779-21650339bb99%3Aamzn1.sym.9cbe3359-611f-40e8-a779-21650339bb99&crid=3RM6UFCI284Y4&cv_ct_cx=tape+dispenser&keywords=tape+dispenser&pd_rd_i=B000Y52D5G&pd_rd_r=db3397be-c5e6-4e46-97a9-183cf28c441e&pd_rd_w=4vHtL&pd_rd_wg=OK0T9&pf_rd_p=9cbe3359-611f-40e8-a779-21650339bb99&pf_rd_r=RWGVMY9YEXG8KZQYEVXS&qid=1696293908&s=office-products&sbo=RZvfv%2F%2FHxDF%2BO5021pAnSA%3D%3D&sprefix=tape+dispenser%2Coffice-products%2C135&sr=1-1-364cf978-ce2a-480a-9bb0-bdb96faa0f61-spons&sp_csd=d2lkZ2V0TmFtZT1zcF9zZWFyY2hfdGhlbWF0aWM&psc=1

One 32 FL OZ hand sanitizer [$16.79]

https://www.amazon.com/365-Everyday-Value-Sanitizer-Lavender/dp/B07GLN1YBG/ref=sr_1_55_f3_0o_wf?keywords=hand+sanitizer+pump&qid=1696294077&sr=8-55

One HP LaserJet Pro Printer [$759.00]

https://www.amazon.com/HP-LaserJet-Multifunction-M428fdw-Wireless/dp/B07RRFFMNN/ref=sr_1_30?crid=TPAT6VTFQBOS&keywords=hp+printer&qid=1696294346&sprefix=hp+printer%2Caps%2C140&sr=8-30&ufe=app_do%3Aamzn1.fos.ac2169a1-b668-44b9-8bd0-5ec63b24bcb5

One ThinkPad P16 Gen 2 Intel (16') Mobile Workstation + added on software  [$6,096.25]

https://www.lenovo.com/us/en/p/laptops/thinkpad/thinkpadp/thinkpad-p16-gen-2-(16-inch-intel)/21fa0028us?cid=us:sem|se|google|pmax_smb_pcs|||21FA0028US|18337003604|||shopping|mix|commercialconsumer&gclid=Cj0KCQjw1OmoBhDXARIsAAAYGSHLe02EJ-60iK8-C90LCWhb-gnVzOq-EW1ABSkTUpFj_UrfwC3m_esaAtqpEALw_wcB

One 2 Pack EOS Lip Balm (Strawberry Sorbet) [$5.99]

https://www.amazon.com/eos-Organic-Stick-Lip-Balm/dp/B01MF63BCU/ref=sr_1_2?crid=3DEO9WG1EP8LQ&keywords=esos+lip+chapstick&qid=1696295068&rdc=1&sprefix=esos+lip+chapstick%2Caps%2C139&sr=8-2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10524 W. Pico Blvd., Ste. 212, Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled (*specify*): **ERRATUM TO MOTION OF HAN TRINH FOR AN ORDER GRANTING ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM, PURSUANT TO 11 U.S.C. §503(b)(1)(A)(i) [DKT. 674, FILED 11/17/23]; ERRATUM ATTACHES EXHIBIT B WHICH WAS ERRONEOUSLY LEFT OFF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ____2/16/24____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See next page

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) ____2/16/24____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Litigation Practice Group P.C.
17542 17th St
Suite 100
Tustin, CA 92780

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____2/16/24____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

No Judge's Copy required because this document is under 25 pages.

By email, to Alina Mamlyuk, Esq. at amamlyuk@marshackhays.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/16/24 | Kathleen P. March | /s/ Kathleen P. March |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Bradford Barnhardt**    bbarnhardt@marshackhays.com,
  bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **Eric Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com
- **Peter W Bowie**    peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- **Ronald K Brown**    ron@rkbrownlaw.com
- **Christopher Celentino**    christopher.celentino@dinsmore.com,
  caron.burke@dinsmore.com
- **Shawn M Christianson**    cmcintire@buchalter.com, schristianson@buchalter.com
- **Randall Baldwin Clark**    rbc@randallbclark.com
- **Leslie A Cohen**    leslie@lesliecohenlaw.com,
  jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Aaron E. DE Leest**    adeleest@DanningGill.com,
  danninggill@gmail.com;adeleest@ecf.inforuptcy.com
- **Anthony Paul Diehl**    anthony@apdlaw.net,
  Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net
- **Jenny L Doling**    jd@jdl.law,
  dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.
  net
- **Daniel A Edelman**    dedelman@edcombs.com, courtecl@edcombs.com
- **Meredith Fahn**    fahn@sbcglobal.net
- **William P Fennell**    william.fennell@fennelllaw.com,
  luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;na
  omi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com
- **Marc C Forsythe**    mcforsythe@goeforlaw.com,
  mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com
- **Jeremy Freedman**    jeremy.freedman@dinsmore.com, nicolette.murphy@dinsmore.com
- **Eric Gassman**    erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com
- **Christopher Ghio**    christopher.ghio@dinsmore.com,
  nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.c
  om
- **Amy Lynn Ginsburg**    efilings@ginsburglawgroup.com
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Jeffrey I Golden**    jgolden@go2.law,
  kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.la
  w;golden.jeffreyi.b117954@notify.bestcase.com
- **Richard H Golubow**    rgolubow@wghlawyers.com,
  jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **David M Goodrich**    dgoodrich@go2.law,
  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**

- **D Edward Hays**    ehays@marshackhays.com,
  ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cm
  endoza@ecf.courtdrive.com
- **Alan Craig Hochheiser**    ahochheiser@mauricewutscher.com,
  arodriguez@mauricewutscher.com
- **Garrick A Hollander**    ghollander@wghlawyers.com,
  jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Brian L Holman**    b.holman@musickpeeler.com
- **Richard L. Hyde**    richard@amintalati.com
- **Peter L Isola**    pisola@hinshawlaw.com
- **Razmig Izakelian**    razmigizakelian@quinnemanuel.com
- **Sweeney Kelly**    kelly@ksgklaw.com
- **Joon M Khang**    joon@khanglaw.com
- **Ira David Kharasch**    ikharasch@pszjlaw.com
- **Meredith King**    mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **Nicholas A Koffroth**    nkoffroth@foxrothschild.com, khoang@foxrothschild.com
- **David S Kupetz**    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Christopher J Langley**    chris@slclawoffice.com,
  langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com
- **Matthew A Lesnick**    matt@lesnickprince.com,
  matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Daniel A Lev**    daniel.lev@gmlaw.com,
  cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Britteny Leyva**    bleyva@mayerbrown.com,
  2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.
  com
- **Marc A Lieberman**    marc.lieberman@flpllp.com,
  safa.saleem@flpllp.com,addy@flpllp.com
- **Michael D Lieberman**    mlieberman@lipsonneilson.com
- **Yosina M Lissebeck**    Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- **Mitchell B Ludwig**    mbl@kpclegal.com, kad@kpclegal.com
- **Daniel S March**    marchlawoffice@gmail.com, marchdr94019@notify.bestcase
- **Kathleen P March**    kmarch@bkylawfirm.com,
  kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Mark J Markus**    bklawr@bklaw.com,
  markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com,
  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Laila Masud**    lmasud@marshackhays.com,
  lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **Sarah S. Mattingly**    sarah.mattingly@dinsmore.com
- **William McCormick**    Bill.McCormick@ag.tn.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **Byron Z Moldo**    bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com
- **Glenn D. Moses**    gmoses@venable.com,
  cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com
- **Jamie D Mottola**    Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com
- **Alan I Nahmias**    anahmias@mbn.law, jdale@mbn.law
- **Victoria Newmark**    vnewmark@pszjlaw.com
- **Jacob Newsum-Bothamley**    jacob.bothamley@dinsmore.com,
  angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- **Queenie K Ng**    queenie.k.ng@usdoj.gov
- **Israel Orozco**    israel@iolawcorp.com
- **Keith C Owens**    kowens@foxrothschild.com, khoang@foxrothschild.com
- **Lisa Patel**    lpatel@lesnickprince.com,
  jmack@lesnickprince.com;jnavarro@lesnickprince.com
- **Michael R Pinkston**    rpinkston@seyfarth.com,
  jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,
  bankruptcydocket@seyfarth.com
- **Douglas A Plazak**    dplazak@rhlaw.com
- **Tyler Powell**    tyler.powell@dinsmore.com,
  jennifer.pitcock@dinsmore.com;rosetta.mitchell@dinsmore.com
- **Daniel H Reiss**    dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Vanessa Rodriguez**    vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com
- **Kevin Alan Rogers**    krogers@wellsmar.com
- **Gregory M Salvato**    gsalvato@salvatoboufadel.com,
  calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.
  com
- **Olivia Scott**    olivia.scott3@bclplaw.com
- **Jonathan Serrano**    jonathan.serrano@dinsmore.com
- **Maureen J Shanahan**    Mstotaro@aol.com
- **Paul R Shankman**    PShankman@fortislaw.com, info@fortislaw.com
- **Zev Shechtman**    zs@DanningGill.com,
  danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Leslie Skorheim**    leslie.skorheim@usdoj.gov
- **Adam D Stein-Sapir**    info@pfllc.com
- **Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-
  BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **Michael R Totaro**    Ocbkatty@aol.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **William J Wall**    wwall@wall-law.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com,
  raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- **Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                        **F 9013-3.1.PROOF.SERVICE**