Keith C. Owens (SBN 184841)
Nicholas A. Koffroth (SBN 287854)
**FOX ROTHSCHILD LLP**
10250 Constellation Blvd., Suite 900
Los Angeles CA 90067
Telephone:   (310) 598-4150
Facsimile:    (310) 556-9828
kowens@foxrothschild.com
nkoffroth@foxrothschild.com

Counsel For Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| THE LITIGATION PRACTICE GROUP, P.C., | Case No. 8:23-bk-10571-SC |
| Debtor. | **SIXTH STIPULATION TO EXTEND DEADLINE FOR CHAPTER 11 TRUSTEE TO FILE A PLAN AND DISCLOSURE STATEMENT** |

1

155219132.1

1  The Official Committee of Unsecured Creditors (the "Committee") of The Litigation Practice Group P.C., Richard A. Marshack, in his capacity as the chapter 11 trustee of The Litigation Practice Group P.C. (the "Trustee" and, together with the Committee, the "Parties"), stipulate and agree as follows (the "Stipulation").

## RECITALS

A. On March 20, 2023 (the "Petition Date"), The Litigation Practice Group P.C. (the "Debtor"), filed a voluntary petition under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California (the "Court"), commencing the above-captioned bankruptcy case (the "Bankruptcy Case").

B. On May 8, 2023, the Court entered an order [Docket No. 65] approving the appointment of the Trustee.

C. On June 23, 2023, the Office of the United States Trustee appointed [Docket No. 134] the Committee, which was amended [Docket No. 157] to increase the number of Committee members on June 29, 2023.

D. On August 2, 2023, the Court entered an order [Docket No. 352] (the "Sale Order") approving the sale of certain assets, pursuant to that certain *Agreement of Purchase and Sale and Joint Escrow Instructions* (the "APA").

E. On August 18, 2023, the Committee and the Trustee initiated a standing weekly case negotiation and status meeting among their respective professionals and the Trustee.

F. On August 25, 2023, the Court entered a *Scheduling Order After Status Conference* [Docket No. 452] (the "Scheduling Order") setting October 24, 2023, as the deadline for the Trustee to file and serve a chapter 11 plan and related disclosure statement.

G. The Court has entered five stipulated [Docket Nos. 582, 742, 786, 908, 932] orders [Docket Nos. 584, 744, 789, 912, 936] extending the deadline for the Trustee to file and serve a chapter 11 plan and related disclosure statement. As of the date of this Stipulation, the current deadline to file and serve a chapter 11 plan and related disclosure statement is February 16, 2024 (the "Filing Deadline").

FOX ROTHSCHILD LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
(310) 598-4150
(310) 556-9828 (fax)

155219132.1

1

H.  Since the entry of the Scheduling Order on August 25, 2023, the Parties have been engaged in ongoing and substantive negotiations during their weekly status meetings and in separate meetings with the aim of filing a joint chapter 11 plan of liquidation and related disclosure statement. The Parties have also exchanged comments to a draft plan and liquidating trust agreement, which are substantive in nature and require additional time to evaluate and review specific areas of concern. As of the previous stipulation [Docket No. 932], the Parties had potentially reached an impasse finalizing the terms of a liquidating trust agreement. The previous extension of the Filing Deadline provided the Parties additional time to resolve the outstanding issue. As of the date of this Stipulation, the Parties have reached agreement concerning the terms of a liquidating trust agreement.

I.  The Parties and their professionals continue to evaluate, among other things, post-closing financial reporting pursuant to audit requests submitted by the Committee under the APA, and responses to those requests from the purchaser, which are necessary to complete a fulsome plan analysis, including a liquidating analysis and plan projections.

J.  On January 2, 2024, the Court entered an order [Docket No. 804] establishing February 23, 2024 as the deadline for filing certain claims, including general unsecured claims (the "Bar Date"). In light of the forthcoming Bar Date, the Parties believe an extension of the Filing Deadline beyond the Bar Date will provide additional time to prepare a more fulsome liquidation analysis for submission concurrently with a plan and disclosure statement.

K.  In light of the foregoing, and with the expectation of finalizing negotiations on the plan, disclosure statement, and related confirmation procedures motion, the Parties have agreed that it is in the best interests of the estate to agree to an extension of the Filing Deadline.

## STIPULATION

NOW, THEREFORE, based on the foregoing, the Parties agree and stipulate as follows:

1.  The Parties restate and incorporate the foregoing Recitals set forth above.

2.  The Filing Deadline for the Trustee to file a chapter 11 plan and disclosure statement shall be extended from February 16, 2024, through and including March 8, 2024.

3.  Notwithstanding anything to the contrary contained herein, this Stipulation is without prejudice to further requests for an extension of the deadlines set forth in this Stipulation.

2

155219132.1

1   DATED this 16th day of February 2024.

2

3   **FOX ROTHSCHILD LLP**                    **MARSHACK HAYS WOOD LLP**

4   By: _/s/ Nicholas A. Koffroth_            By: _D. Edward Hays_
       Keith C. Owens (Bar No. 184841)            D. Edward Hays (Bar No. 162507)
5      Nicholas A. Koffroth (Bar No. 287854)     Laila Masud (Bar No. 311731)
       Constellation Place                        870 Roosevelt
6      10250 Constellation Blvd., Suite 900       Irvine, California 92620
       Los Angeles, California 90067           *Counsel for Trustee*
7   *Counsel for the Committee*

FOX ROTHSCHILD LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
(310) 598-4150
(310) 556-9828 (fax)

3

155219132.1

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 900, Los Angeles, CA 90067.

A true and correct copy of the foregoing documents entitled: SIXTH STIPULATION TO EXTEND DEADLINE FOR CHAPTER 11 TRUSTEE TO FILE A PLAN AND DISCLOSURE STATEMENT on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 2/16/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Eric Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com
- **Ronald K Brown**    ron@rkbrownlaw.com
- **Christopher Celentino**    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Shawn M Christianson**    cmcintire@buchalter.com, schristianson@buchalter.com
- **Randall Baldwin Clark**    rbc@randallbclark.com
- **Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Daniel A Edelman**    dedelman@edcombs.com, courtecl@edcombs.com
- **Christopher Ghio**    christopher.ghio@dinsmore.com, Kristina.Heller@Dinsmore.com
- **Jeffrey I Golden**    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com;golden.jeffreyi.b117954@notify.bestcase.com
- **Richard H Golubow**    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Alan Craig Hochheiser**    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Garrick A Hollander**    ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Razmig Izakelian**    razmigizakelian@quinnemanuel.com
- **Joon M Khang**    joon@khanglaw.com
- **Ira David Kharasch**    ikharasch@pszjlaw.com
- **Nicholas A Koffroth**    nkoffroth@foxrothschild.com, khoang@foxrothschild.com
- **David S Kupetz**    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Christopher J Langley**    chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com
- **Daniel A Lev**    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Michael D Lieberman**    mlieberman@lipsonneilson.com
- **Yosina M Lissebeck**    Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Laila Masud**    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **Byron Z Moldo**    bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com
- **Alan I Nahmias**    anahmias@mbn.law, jdale@mbnlawyers.com

Active\118774763.v1-1/20/21

- **Victoria Newmark**   vnewmark@pszjlaw.com
- **Queenie K Ng**   queenie.k.ng@usdoj.gov
- **Teri T Pham**   tpham@epglawyers.com, ttpassistant@epglawyers.com
- **Douglas A Plazak**   dplazak@rhlaw.com
- **Ronald N Richards**   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Gregory M Salvato**   gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Olivia Scott**   olivia.scott3@bclplaw.com
- **Jonathan Serrano**   jonathan.serrano@dinsmore.com
- **Paul R Shankman**   PShankman@fortislaw.com, info@fortislaw.com
- **Leslie Skorheim**   leslie.skorheim@usdoj.gov
- **Andrew Still**   astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Sharon Z. Weiss**   sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- **Johnny White**   JWhite@wrslawyers.com, jlee@wrslawyers.com;eweiman@wrslawyers.com

**2.   SERVED BY UNITED STATES MAIL**: On 2/16/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

Debtor
The Litigation Practice Group P.C.
17542 17th St., Suite 100
Tustin, CA 92780

**See attached for additional parties**

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 2/02/2024, I served the following persons and/or entities by personal delivery, mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson
United States Bankruptcy Court, Central District of California
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/16/2024 | Kimberly Hoang | */s/ Kimberly Hoang* |
|-----------|----------------|---------------------|
| *Date*    | *Printed Name* | *Signature*         |

**Additional Parties Served by U.S. Mail**

**Creditors who have the 20 largest unsecured claims**

Debt Validation Fund II, LLC
5075 Lower Valley Road,
Atglen, PA 19310

MC DVI Fund 1, LLC; MC DVI Fund 2, LLC
598 Cottonwood Dr.,
Glenview, IL 60026

Validation Partners LLC
1300 Sawgrass Pkwy, Ste. 110
Sunrise, FL 33323

Marich Bein LLC
99 Wall Street, Ste 2669
New York, NY 10005

Business Centers of America
1100 Sir Francis Drake Blvd,
Ste 1, Kentfield, CA 94904

JP Morgan Chase
3 Park Plaza, Ste 900
Irvine, CA 92614

CA Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0511

Outsource Accelerator Ltd
City Marque Limited
Unit 8801-2 Bldg. 244-248
Des Voeux Rd.
Central Hong Kong

Collaboration Advisors
400 Dorla Court
Zephyr Cove, NV 89448

Anthem Blue Cross
PO Box 511300
Los Angeles, CA 90051-7855

Azevedo Solutions Groups, Inc.
420 Adobe Canyon Rd.
Kenwood, CA 95452

Debt Pay Pro
1900 E Golf Road, Suite 550
Schaumburg, IL 60173

Sharp Business Systems
8670 Argent St
Santee, CA 92071

Tustin Executive Center
1630 S Sunkist Steet, Ste A
Anaheim, CA 92806

Exela Enterprise Solutions
2701 E. Grauwyler Road
Irving, TX 75061

Netsuite-Oracle
2300 Oracle Way
Austin, TX 78741

Credit Reporting Service Inc
548 Market St, Suite 72907
San Francisco, CA 94104-5401

Document Fulfillment Services
2930 Ramona Ave #100
Sacramento, CA 95826

Executive Center LLC
5960 South Jones Blvd
Las Vegas, NV 89118

LexisNexus
15500 B Rockfield Blvd
Irvine, CA 92618

**Secured Creditors**

Diverse Capital LLC
323 Sunny Isles Blvd., Suite 503
Sunny Isles, FL 33154

City Capital NY
1135 Kane Concourse
Bay Harbour Islands, FL 33154

Counsel for secured creditor Fundura Capital Group
Mitchell B. Ludwig
Knapp, Petersen & Clarke
550 North Brand Blvd., Suite 1500
Glendale, CA  91203