| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Mark J. Markus, Esq.**<br>**Law Office of Mark J. Markus**<br>**11684 Ventura Blvd. #403**<br>**Studio City, CA 91604**<br>**818-509-1173 Fax: 818-332-1180**<br>State Bar Number: **152807 CA**<br>**bklawr@bklaw.com**<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Movant David Orr* | **FILED & ENTERED**<br><br>**FEB 20 2024**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte    **DEPUTY CLERK** |

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

| In re:<br><br>**The Litigation Practice Group, PC**<br><br>Debtor(s) | CASE NO.: **8:23-bk-10571-SC**<br>CHAPTER: **11**<br><br>**ORDER ON MOTION FOR PROTECTIVE ORDER PURSUANT TO 11 U.S.C. § 107(c) AND FRBP 9037 TO RESTRICT ACCESS TO FILED DOCUMENTS CONTAINING PERSONAL DATA IDENTIFIERS**<br><br>[No hearing Required] |

**Movant** *(name)*:    **DAVID ORR**

Having considered Movant's Motion for Protective Order Pursuant to 11 U.S.C. § 107(c) and FRBP 9037 to Restrict Access to Filed Documents Containing Personal Data Identifiers (Motion), filed on 2/19/2024 (docket entry number **946**), the court orders as follows:

☒ The Motion is granted. The court further orders as follows:

1. Movant is authorized and instructed to file amended versions of the documents identified in the Motion with the personal identifiers redacted. (A copy of the list of documents identified in the Motion to be redacted and public access to be restricted is attached.)

2. The clerk of the court is directed to restrict public access to the originally filed documents identified in the Motion in order to keep the personal data identifiers confidential disclosed in the original documents. (A copy of the list of documents identified in the Motion to be redacted and public access to be restricted is attached.)

☐ The Motion is denied.

Date: February 20, 2024

Scott C. Clarkson
United States Bankruptcy Judge

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

November 2014    Page 1    F 9037-1.1.ORDER.RESTRICT.PERS.ID

ATTACHMENT TO ORDER GRANTING MOTION FOR PROTECTIVE ORDER PURSUANT TO
11 U.S.C. § 107(c) AND FRBP 9037 TO RESTRICT ACCESS TO FILED
DOCUMENTS CONTAINING PERSONAL DATA IDENTIFIERS

**LIST OF DOCUMENTS IDENTIFIED IN MOTION TO BE REDACTED
AND PUBLIC ACCESS TO BE RESTRICTED**

| Docket or Claim No. | Date filed | Name of Document |
|---|---|---|
| **697** | **11/21/2023** | **Entire Exhibit "2"(pp. 19 to 23 of pdf file) to MOTION FOR ALLOWANCE OF ADMINISTRATIVECLAIM OF DAVID ORR, ESQ. UNDER 11 U.S.C. 503(b)(1)** |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*November 2014*     Page 2     **F 9037-1.1.ORDER.RESTRICT.PERS.ID**