1  Keith C. Owens (SBN 184841)
   Nicholas A. Koffroth (SBN 287854)
2  **FOX ROTHSCHILD LLP**
   10250 Constellation Blvd., Suite 900
3  Los Angeles CA 90067
   Telephone:    (310) 598-4150
4  Facsimile:    (310) 556-9828
   kowens@foxrothschild.com
5  nkoffroth@foxrothschild.com

6  Counsel For Official Committee of Unsecured Creditors



7

8           **UNITED STATES BANKRUPTCY COURT**
            **CENTRAL DISTRICT OF CALIFORNIA**
9              **SANTA ANA DIVISION**

10

| In re: | Chapter 11 |
|---|---|
| THE LITIGATION PRACTICE GROUP, P.C., | Case No. 8:23-bk-10571-SC |
| Debtor. | **ORDER APPROVING SIXTH STIPULATION TO EXTEND DEADLINE FOR CHAPTER 11 TRUSTEE TO FILE A PLAN AND DISCLOSURE STATEMENT** |

1

155219137.1

The Court, having considered the *Sixth Stipulation to Extend Deadline for Chapter 11 Trustee to File a Plan and Disclosure Statement* [Docket No. 944] (the "Stipulation[1]") by and between the Official Committee of Unsecured Creditors (the "Committee") of The Litigation Practice Group P.C., and Richard A. Marshack, in his capacity as the chapter 11 trustee of The Litigation Practice Group P.C., and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is APPROVED in its entirety.

2. The Filing Deadline for the Trustee to file a chapter 11 plan and disclosure statement shall be extended from February 16, 2024, through and including March 8, 2024.

# # #

Date: February 20, 2024

Scott C. Clarkson
United States Bankruptcy Judge

---

[1] Unless otherwise defined herein, all capitalized terms have the definitions set forth in the Stipulation.

1

155219137.1