Page: 1

# Form 2
## Cash Receipts and Disbursements Record

| | |   | | |
|---|---|---|---|---|
| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | WELLS FARGO BANK |
| | | | **Account:** | ******9879 - DIP Account |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | N/A |
| **Period:** | 01/01/24 - 01/31/24 | | **Separate Bond:** | 17,900,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | 6,095.42 | 6,095.42 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,095.42 | 6,095.42 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,095.42** | **$6,095.42** | |

**Form 2**

Page: 2

## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | WELLS FARGO BANK |
| | | **Account:** | ******9887 - DIP Account |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | N/A |
| **Period:** | 01/01/24 - 01/31/24 | **Separate Bond:** | 17,900,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **50.00** | **50.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **50.00** | **50.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$50.00** | **$50.00** | |

# Form 2
## Cash Receipts and Disbursements Record

| | |  | |
|---|---|---|---|
| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | WELLS FARGO BANK |
| | | **Account:** | ******9895 - DIP Account |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | N/A |
| **Period:** | 01/01/24 - 01/31/24 | **Separate Bond:** | 17,900,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | **50.00** | **50.00** | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **50.00** | **50.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$50.00** | **$50.00** | |

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | Flagstar Bank, N.A. |
| | | **Account:** | ******9960 - Checking |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | N/A |
| **Period:** | 01/01/24 - 01/31/24 | **Separate Bond:** | 17,900,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/03/24 | | Morning Law Group, PC | Section I(c) of the Purchase Agreement requires Buyer to refund to Seller all ACH pulls received by Buyer from any consumer clients whose LSAs are removed from the Schedule of Assumed Contracts under Section I(c) (the "Refund Amount"). | 1230-000 | 808,068.20 | | 821,739.86 |
| 01/06/24 | | To Account# XXXXXX3629 | | 9999-000 | | 808,068.20 | 13,671.66 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 12,603,866.37 | 12,590,194.71 | **$13,671.66** |
| Less: Bank Transfers | | 1,459,748.79 | 12,270,934.68 | |
| **Subtotal** | | 11,144,117.58 | 319,260.03 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$11,144,117.58** | **$319,260.03** | |

# Form 2
## Cash Receipts and Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee | |
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | Flagstar Bank, N.A. | |
| | | **Account:** | ******2953 - ACH Segregated no fee account | |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | N/A | |
| **Period:** | 01/01/24 - 01/31/24 | **Separate Bond:** | 17,900,000.00 | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | | | | |
| | | | **ACCOUNT TOTALS** | | **6,250,466.48** | **6,202,000.00** | **$48,466.48** |
| | | | Less: Bank Transfers | | 6,250,466.48 | 6,202,000.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

# Form 2
## Cash Receipts and Disbursements Record

Page: 6

| Case Number: | 23-10571 SC | Trustee: | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| Case Name: | The Litigation Practice Group PC | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******4611 - Payroll and Operating Account |
| Taxpayer ID#: | **-***5343 | Blanket Bond: | N/A |
| Period: | 01/01/24 - 01/31/24 | Separate Bond: | 17,900,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/24 | 200459 | Bicher & Associates | December 2023 - 80% of agent fees per order 6/29/23 | 6700-000 | | 220.00 | 9,151.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 2,618,436.02 | 2,609,284.82 | **$9,151.20** |
| | | | Less: Bank Transfers | | 312,100.00 | 1,675,691.98 | |
| | | | **Subtotal** | | 2,306,336.02 | 933,592.84 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,306,336.02** | **$933,592.84** | |

Page: 7

# Form 2
## Cash Receipts and Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | Flagstar Bank, N.A. |
| | | **Account:** | ******4344 - Payroll Tax |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | N/A |
| **Period:** | 01/01/24 - 01/31/24 | **Separate Bond:** | 17,900,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **421,500.00** | **413,135.67** | **$8,364.33** |
| | | | Less: Bank Transfers | | 421,500.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **413,135.67** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$413,135.67** | |

**Form 2**

## Cash Receipts and Disbursements Record

Page: 8

| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | Flagstar Bank, N.A. |
| | | **Account:** | ******3526 - Sale proceeds both bidders |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | N/A |
| **Period:** | 01/01/24 - 01/31/24 | **Separate Bond:** | 17,900,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS**<br>Less: Bank Transfers | | **1,249,963.98**<br>1,249,963.98 | **1,249,963.98**<br>1,249,963.98 | **$0.00** |
| | | | **Subtotal**<br>Less: Payment to Debtors | | **0.00** | **0.00**<br>0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Page: 9

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | Fidelity |
| | | | **Account:** | ******7725 - T-Bill Account |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | N/A |
| **Period:** | 01/01/24 - 01/31/24 | | **Separate Bond:** | 17,900,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/24 | | Flagstar Advisors | income plus accrued interest plus/minus market fluctuation during calendar month (the T-bills were purchased mid-month) | 1270-000 | 26,681.65 | | 6,311,348.94 |
| | | | **ACCOUNT TOTALS** | | **6,311,348.94** | **0.00** | **$6,311,348.94** |
| | | | Less: Bank Transfers | | 6,200,000.00 | 0.00 | |
| | | | **Subtotal** | | **111,348.94** | **0.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$111,348.94** | **$0.00** | |

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| --- | --- | --- | --- |
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | Flagstar Bank, N.A. |
| | | **Account:** | ******8404 - MMA - Sale Proceeds |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | N/A |
| **Period:** | 01/01/24 - 01/31/24 | **Separate Bond:** | 17,900,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 01/31/24 | | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 199.48 | | 4,697,442.01 |
| | | | **ACCOUNT TOTALS** | | **4,900,698.82** | **203,256.81** | **$4,697,442.01** |
| | | | Less: Bank Transfers | | 4,900,000.00 | 203,256.81 | |
| | | | **Subtotal** | | **698.82** | **0.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$698.82** | **$0.00** | |

# Form 2
## Cash Receipts and Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 23-10571 SC | |
| **Case Name:** | The Litigation Practice Group PC | |
| **Taxpayer ID#:** | **-***5343 | |
| **Period:** | 01/01/24 - 01/31/24 | |

| | |
|---|---|
| **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| **Bank Name:** | Flagstar Bank, N.A. |
| **Account:** | ******3629 - Refunds from MLG for not assumed LSAs |
| **Blanket Bond:** | N/A |
| **Separate Bond:** | 17,900,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/06/24 | | From Account# XXXXXX9960 | | 9999-000 | 808,068.20 | | 808,068.20 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 808,068.20 | 0.00 | $808,068.20 |
| Less: Bank Transfers | | 808,068.20 | 0.00 | |
| **Subtotal** | | 0.00 | 0.00 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | |
|---|---|
| Net Receipts: | $13,568,696.78 |
| Plus Gross Adjustments: | 0.34 |
| Net Estate: | $13,568,697.12 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| **Checking # ******2953** | 0.00 | 0.00 | 48,466.48 |
| **Checking # ******3526** | 0.00 | 0.00 | 0.00 |
| **Checking # ******3629** | 0.00 | 0.00 | 808,068.20 |
| **Checking # ******4344** | 0.00 | 413,135.67 | 8,364.33 |
| **Checking # ******4611** | 2,306,336.02 | 933,592.84 | 9,151.20 |
| **Checking # ******7725** | 111,348.94 | 0.00 | 6,311,348.94 |
| **Checking # ******8404** | 698.82 | 0.00 | 4,697,442.01 |
| **Checking # ******9879** | 6,095.42 | 6,095.42 | 0.00 |
| **Checking # ******9887** | 50.00 | 50.00 | 0.00 |
| **Checking # ******9895** | 50.00 | 50.00 | 0.00 |
| **Checking # ******9960** | 11,144,117.58 | 319,260.03 | 13,671.66 |
| | $13,568,696.78 | $1,672,183.96 | $11,896,512.82 |