

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER 11.00

APPEAL? ☐ Yes ☒ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: Razmig Izakelian          Attorney Bar# 292137
Law Firm: Quinn Emanuel Urquhart & Sullivan LLP
Mailing Address: 865 S. Figueroa Street, 10th Floor Los Angeles, CA 90017

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***): Razmig Izakelian
Telephone: (213) 443-3668   E-mail: razmigizakelian@quinnemanuel.com
Bankruptcy Case #: 8:23-bk-10571   Adversary Proceeding #/MP #: \_\_\_\_\_
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 12/13/23   Time: 1:30 p.m.
Debtor: The Litigation Practice Group, P.C.
Adversary Proceeding Name: \_\_\_\_\_ vs. \_\_\_\_\_
Hearing Judge: S. Clarkson       Courtroom #: SA 5C
**TRANSCRIBER:** Ben Hyatt    **ALTERNATE:** Briggs Reporting
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

| **Transcript Type:** | **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form. **Copy of Existing Transcript:** Contact the transcriber directly for a copy. |
|---|---|

☐ 30 Days (Ordinary)   ☐ 3 Days             ☒ Entire Hearing
☐ 14 Days              ☒ Next Day (24 hours) ☐ Ruling/Opinion of Judge only
☐ 7 Days                                     ☐ Testimony of Witness \_\_\_\_\_
                                             ☐ Other*         (name of witness)

*Special Instructions: \_\_\_\_\_
**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: \_\_\_\_\_ Date Sent to Transcriber: \_\_\_\_\_ By ☐ FDS ☐ Mail ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #:\_\_\_)Time Start (Index #): \_\_\_\_\_Time End (Index #): \_\_\_\_\_Time Start: \_\_\_\_\_Time End: \_\_\_\_\_
(Tape #:\_\_\_)Time Start (Index #): \_\_\_\_\_Time End (Index #): \_\_\_\_\_Time Start: \_\_\_\_\_Time End: \_\_\_\_\_
Court Recorder: \_\_\_\_\_ Division: \_\_\_\_\_ Processed by: \_\_\_\_\_

### **\*\*TRANSCRIBER INSTRUCTIONS**

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. October 2023. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*