United States Bankruptcy Court

Central District of California

In re:                                                                      Case No. 23-10571-SC

The Litigation Practice Group P.C.                                          Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 7 |
| Date Rcvd: Feb 20, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#           Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+  The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2024         Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron E. DE Leest | on behalf of Interested Party Courtesy NEF adeleest@DanningGill.com  danninggill@gmail.com;adeleest@ecf.inforuptcy.com |
| Adam D Stein-Sapir | on behalf of Creditor Pioneer Funding Group  LLC info@pfllc.com |
| Alan Craig Hochheiser | on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com  arodriguez@mauricewutscher.com |
| Alan I Nahmias | on behalf of Interested Party Courtesy NEF anahmias@mbn.law  jdale@mbn.law |
| Amy Lynn Ginsburg | on behalf of Creditor Shannon Bellfield efilings@ginsburglawgroup.com |

Amy Lynn Ginsburg
                on behalf of Creditor Kenton Cobb efilings@ginsburglawgroup.com

Amy Lynn Ginsburg
                on behalf of Creditor Amy Ginsburg efilings@ginsburglawgroup.com

Andrew Still
                on behalf of Creditor Alteryx  Inc. astill@swlaw.com, kcollins@swlaw.com

Andrew Still
                on behalf of Interested Party Courtesy NEF astill@swlaw.com  kcollins@swlaw.com

Anthony Paul Diehl
                on behalf of Interested Party Courtesy NEF anthony@apdlaw.net  Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net

Bradford Barnhardt
                on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com
                bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt
                on behalf of Trustee Richard A Marshack (TR) bbarnhardt@marshackhays.com
                bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Brian L Holman
                on behalf of Creditor Sharp Electronics Corporation b.holman@musickpeeler.com

Britteny Leyva
                on behalf of Interested Party Revolv3  Inc. bleyva@mayerbrown.com,
                2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com

Byron Z Moldo
                on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com  amatsuoka@ecjlaw.com,dperez@ecjlaw.com

Christopher Celentino
                on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Celentino
                on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Ghio
                on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com
                nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com

Christopher Ghio
                on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com
                nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com

Christopher J Langley
                on behalf of Interested Party Courtesy NEF chris@slclawoffice.com
                langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com

D Edward Hays
                on behalf of Creditor Committee Committee of Unsecured Creditors ehays@marshackhays.com
                ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
                on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com
                ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
                on behalf of Interested Party Courtesy NEF ehays@marshackhays.com
                ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Daniel A Edelman
                on behalf of Creditor Carolyn Beech dedelman@edcombs.com  courtecl@edcombs.com

Daniel A Lev
                on behalf of Defendant Consumer Legal Group  PC daniel.lev@gmlaw.com,
                cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
                on behalf of Defendant LGS Holdco  LLC daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
                on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com  cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
                on behalf of Interested Party Liberty Acquisitions Group Inc. daniel.lev@gmlaw.com
                cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
                on behalf of Interested Party Consumer Legal Group  P.C. daniel.lev@gmlaw.com,
                cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

District/off: 0973-8
Date Rcvd: Feb 20, 2024

User: admin
Form ID: pdf042

Page 3 of 7
Total Noticed: 1

Daniel H Reiss
on behalf of Defendant Eng Taing dhr@lnbyg.com  dhr@ecf.inforuptcy.com

Daniel H Reiss
on behalf of Defendant Touzi Capital  LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel S March
on behalf of Defendant Daniel S. March marchlawoffice@gmail.com  marchdr94019@notify.bestcase.com

David M Goodrich
on behalf of Creditor United Partnerships  LLC dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
on behalf of Interested Party Courtesy NEF dgoodrich@go2.law
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David S Kupetz
on behalf of Defendant Marich Bein  LLC David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

David S Kupetz
on behalf of Interested Party Courtesy NEF David.Kupetz@lockelord.com  mylene.ruiz@lockelord.com

Douglas A Plazak
on behalf of Defendant Scott James Eadie dplazak@rhlaw.com

Eric Bensamochan
on behalf of Interested Party Courtesy NEF eric@eblawfirm.us  G63723@notify.cincompass.com

Eric Bensamochan
on behalf of Creditor Affirma  LLC eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan
on behalf of Creditor Oxford Knox  LLC eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan
on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us  G63723@notify.cincompass.com

Eric Gassman
on behalf of Creditor Herret Credit erg@gassmanlawgroup.com  gassman.ericb112993@notify.bestcase.com

Eric D Goldberg
on behalf of Defendant Stripe  Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Garrick A Hollander
on behalf of Creditor Debt Validation Fund II  LLC ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
on behalf of Creditor MC DVI Fund 1  LLC ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
on behalf of Creditor MC DVI Fund 2  LLC ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Glenn D. Moses
on behalf of Creditor ADP  Inc gmoses@venable.com,
cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com

Gregory M Salvato
on behalf of Creditor Mari Agape gsalvato@salvatoboufadel.com
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Howard Steinberg
on behalf of Defendant BankUnited  N.A. steinbergh@gtlaw.com,
pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Ira David Kharasch
on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com

Israel Orozco
on behalf of Creditor Israel Orozco israel@iolawcorp.com

Jacob Newsum-Bothamley
on behalf of Plaintiff Richard A. Marshack jacob.bothamley@dinsmore.com

District/off: 0973-8 | User: admin | Page 4 of 7
Date Rcvd: Feb 20, 2024 | Form ID: pdf042 | Total Noticed: 1

angelica.urena@dinsmore.com;deamira.romo@dinsmore.com

Jamie D Mottola

on behalf of Plaintiff Richard A. Marshack  Chapter 11 Trustee Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com

Jeffrey I Golden

on behalf of Creditor Affirma  LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jeffrey I Golden

on behalf of Creditor Anaheim Ducks Hockey Club  LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jeffrey I Golden

on behalf of Creditor Oxford Knox  LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jeffrey I Golden

on behalf of Creditor Anaheim Arena Management  LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jeffrey I Golden

on behalf of Interested Party Courtesy NEF jgolden@go2.law
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jenny L Doling

on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys jd@jdl.law
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling

on behalf of Interested Party National Consumer Bankruptcy Rights Center jd@jdl.law
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling

on behalf of Interested Party INTERESTED PARTY jd@jdl.law
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jeremy Freedman

on behalf of Trustee Richard A Marshack (TR) jeremy.freedman@dinsmore.com  nicolette.murphy@dinsmore.com

Jeremy Freedman

on behalf of Plaintiff Richard A. Marshack jeremy.freedman@dinsmore.com  nicolette.murphy@dinsmore.com

Johnny White

on behalf of Creditor Debt Relief Group  LLC JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White

on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com  jlee@wrslawyers.com

Jonathan Serrano

on behalf of Trustee Richard A Marshack (TR) jonathan.serrano@dinsmore.com

Jonathan Serrano

on behalf of Plaintiff Richard A. Marshack jonathan.serrano@dinsmore.com

Joon M Khang

on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com

Joon M Khang

on behalf of Attorney Khang & Khang LLP joon@khanglaw.com

Kathleen P March

on behalf of Defendant Greyson Law Center PC kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March

on behalf of Creditor Han Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March

on behalf of Creditor Phuong (Jayde) Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March

on behalf of Defendant Jayde Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March

on behalf of Defendant Han Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March

on behalf of Creditor Greyson Law Center PC kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

District/off: 0973-8                          User: admin                          Page 5 of 7
Date Rcvd: Feb 20, 2024                        Form ID: pdf042                      Total Noticed: 1

Keith C Owens
                    on behalf of Creditor Committee Committee of Unsecured Creditors kowens@foxrothschild.com  khoang@foxrothschild.com

Kenneth Misken
                    on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

Kevin Alan Rogers
                    on behalf of Creditor Wells Marble and Hurst  PLLC krogers@wellsmar.com

Laila Masud
                    on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com
                    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud
                    on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com
                    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud
                    on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com
                    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud
                    on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com
                    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Leslie Skorheim
                    on behalf of U.S. Trustee United States Trustee (SA) leslie.skorheim@usdoj.gov

Leslie A Cohen
                    on behalf of Defendant Lisa Cohen leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Leslie A Cohen
                    on behalf of Defendant Rosa Bianca Loli leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Leslie A Cohen
                    on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Lisa Patel
                    on behalf of Defendant OptimumBank Holdings  Inc. lpatel@lesnickprince.com,
                    jmack@lesnickprince.com;jnavarro@lesnickprince.com

Marc A Lieberman
                    on behalf of Defendant JGW Solutions  LLC marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com

Marc A Lieberman
                    on behalf of Interested Party Courtesy NEF marc.lieberman@flpllp.com  safa.saleem@flpllp.com,addy@flpllp.com

Marc C Forsythe
                    on behalf of Defendant Clear Vision Financial LLC mcforsythe@goeforlaw.com
                    mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com

Marc C Forsythe
                    on behalf of Defendant Point Break Holdings LLC mcforsythe@goeforlaw.com
                    mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com

Marc C Forsythe
                    on behalf of Defendant Perfect Financial  LLC mcforsythe@goeforlaw.com,
                    mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com

Mark J Markus
                    on behalf of Creditor David Orr bklawr@bklaw.com  markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com

Matthew A Lesnick
                    on behalf of Defendant OptimumBank Holdings  Inc. matt@lesnickprince.com,
                    matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Maureen J Shanahan
                    on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Mstotaro@aol.com

Meredith Fahn
                    on behalf of Creditor Meredith Fahn fahn@sbcglobal.net

Meredith King
                    on behalf of Interested Party Courtesy NEF mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Meredith King
                    on behalf of Defendant Gallant Law Group mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Michael D Lieberman
                    on behalf of Creditor Phillip A. Greenblatt  PLLC mlieberman@lipsonneilson.com

Michael R Pinkston
                    on behalf of Creditor Wells Marble and Hurst  PLLC rpinkston@seyfarth.com,

jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com

Michael R Totaro
  on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Ocbkatty@aol.com

Michael R Totaro
  on behalf of Interested Party Randall Baldwin Clark Ocbkatty@aol.com

Mitchell B Ludwig
  on behalf of Creditor Fundura Capital Group mbl@kpclegal.com  kad@kpclegal.com

Nicholas A Koffroth
  on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com  khoang@foxrothschild.com

Olivia Scott
  on behalf of Creditor Azzure Capital LLC olivia.scott3@bclplaw.com

Olivia Scott
  on behalf of Creditor Hi Bar Capital LLC olivia.scott3@bclplaw.com

Paul R Shankman
  on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com  info@fortislaw.com

Paul R Shankman
  on behalf of Creditor United Partnerships  LLC PShankman@fortislaw.com, info@fortislaw.com

Peter L Isola
  on behalf of Interested Party Merchants Credit Corporation pisola@hinshawlaw.com

Peter W Bowie
  on behalf of Trustee Richard A Marshack (TR) peter.bowie@dinsmore.com  caron.burke@dinsmore.com

Queenie K Ng
  on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Randall Baldwin Clark
  on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com

Razmig Izakelian
  on behalf of Plaintiff OHP-CDR  LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
  on behalf of Counter-Defendant PurchaseCo 80  LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian
  on behalf of Plaintiff PurchaseCo 80  LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian
  on behalf of Counter-Defendant OHP-CDR  LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
  on behalf of Creditor OHP-CDR  LP razmigizakelian@quinnemanuel.com

Richard A Marshack (TR)
  pkraus@marshackhays.com  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Richard H Golubow
  on behalf of Creditor Debt Validation Fund II  LLC rgolubow@wghlawyers.com,
  jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
  on behalf of Creditor MC DVI Fund 2  LLC rgolubow@wghlawyers.com,
  jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
  on behalf of Creditor MC DVI Fund 1  LLC rgolubow@wghlawyers.com,
  jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard L. Hyde
  on behalf of Interested Party Courtesy NEF richard@amintalati.com

Ronald K Brown
  on behalf of Creditor SDCO Tustin Executive Center  Inc. ron@rkbrownlaw.com

Ronald N Richards
  on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com  7206828420@filings.docketbird.com

Ronald N Richards
  on behalf of Defendant Consumer Legal Group  PC ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Sarah S. Mattingly
  on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com

Sarah S. Mattingly
on behalf of Plaintiff Richard A. Marshack  Chapter 11 Trustee sarah.mattingly@dinsmore.com

Sharon Z. Weiss
on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com
raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Sharon Z. Weiss
on behalf of Defendant Azzure Capital LLC sharon.weiss@bclplaw.com
raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Sharon Z. Weiss
on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com
raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Shawn M Christianson
on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com  schristianson@buchalter.com

Sweeney Kelly
on behalf of Defendant Fidelity National Information Services  Inc. kelly@ksgklaw.com

Sweeney Kelly
on behalf of Defendant Worldpay Group kelly@ksgklaw.com

Sweeney Kelly
on behalf of Defendant Fidelity National Information Services  Inc. dba FIS kelly@ksgklaw.com

Sweeney Kelly
on behalf of Defendant Worldpay  LLC kelly@ksgklaw.com

Tyler Powell
on behalf of Plaintiff Richard A. Marshack tyler.powell@dinsmore.com
jennifer.pitcock@dinsmore.com;rosetta.mitchell@dinsmore.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Vanessa Rodriguez
on behalf of Plaintiff Richard A. Marshack vanessa.rodriguez@dinsmore.com  angelica.urena@dinsmore.com

Victoria Newmark
on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com

William McCormick
on behalf of Creditor TN Dept of Revenue Bill.McCormick@ag.tn.gov

William J Wall
on behalf of Witness Bradford Lee wwall@wall-law.com

William P Fennell
on behalf of Creditor Validation Partners LLC william.fennell@fennelllaw.com
luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com

Yosina M Lissebeck
on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com  caron.burke@dinsmore.com

Yosina M Lissebeck
on behalf of Defendant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com  caron.burke@dinsmore.com

Yosina M Lissebeck
on behalf of Trustee Richard A Marshack (TR) Yosina.Lissebeck@Dinsmore.com  caron.burke@dinsmore.com

Yosina M Lissebeck
on behalf of Counter-Claimant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com  caron.burke@dinsmore.com

Zev Shechtman
on behalf of Interested Party Danning Gill Israel & Krasnoff LLP zs@DanningGill.com
danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman
on behalf of Interested Party Morning Law Group  P.C. zs@DanningGill.com,
danninggill@gmail.com;zshechtman@ecf.inforuptcy.com


TOTAL: 150

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

**Mark J. Markus, Esq.**
**Law Office of Mark J. Markus**
**11684 Ventura Blvd. #403**
**Studio City, CA 91604**
**818-509-1173 Fax: 818-332-1180**
State Bar Number: **152807 CA**
**bklawr@bklaw.com**

☐ *Individual appearing without attorney*
☒ *Attorney for Movant David Orr*

FOR COURT USE ONLY

**FILED & ENTERED**

**FEB 20 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte     DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

In re:

**The Litigation Practice Group, PC**

Debtor(s)

CASE NO.: **8:23-bk-10571-SC**
CHAPTER: **11**

**ORDER ON MOTION FOR PROTECTIVE
ORDER PURSUANT TO 11 U.S.C. § 107(c)
AND FRBP 9037 TO RESTRICT ACCESS TO FILED DOCUMENTS
CONTAINING
PERSONAL DATA IDENTIFIERS**

[No hearing Required]

**Movant** *(name):*    **DAVID ORR**

Having considered Movant's Motion for Protective Order Pursuant to 11 U.S.C. § 107(c) and FRBP 9037 to Restrict Access to Filed Documents Containing Personal Data Identifiers (Motion), filed on 2/19/2024 (docket entry number **946**), the court orders as follows:

☒ The Motion is granted. The court further orders as follows:

1.  Movant is authorized and instructed to file amended versions of the documents identified in the Motion with the personal identifiers redacted. (A copy of the list of documents identified in the Motion to be redacted and public access to be restricted is attached.)

2.  The clerk of the court is directed to restrict public access to the originally filed documents identified in the Motion in order to keep the personal data identifiers confidential disclosed in the original documents. (A copy of the list of documents identified in the Motion to be redacted and public access to be restricted is attached.)

☐ The Motion is denied.

Date: February 20, 2024

Scott C. Clarkson
United States Bankruptcy Judge

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

ATTACHMENT TO ORDER GRANTING MOTION FOR PROTECTIVE ORDER PURSUANT TO
11 U.S.C. § 107(c) AND FRBP 9037 TO RESTRICT ACCESS TO FILED
DOCUMENTS CONTAINING PERSONAL DATA IDENTIFIERS

### LIST OF DOCUMENTS IDENTIFIED IN MOTION TO BE REDACTED
### AND PUBLIC ACCESS TO BE RESTRICTED

| Docket or Claim No. | Date filed | Name of Document |
|---|---|---|
| 697 | 11/21/2023 | **Entire Exhibit "2"(pp. 19 to 23 of pdf file) to MOTION FOR ALLOWANCE OF ADMINISTRATIVECLAIM OF DAVID ORR, ESQ. UNDER 11 U.S.C. 503(b)(1)** |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.