D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**FEB 23 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte      DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>ORDER GRANTING MOTION FOR ENTRY OF AN ORDER:<br>(1) ESTABLISHING MODIFIED BAR DATES FOR FILING PROOFS OF CLAIM; AND (2) APPROVING THE FORM AND MANNER OF NOTICE OF THE MODIFIED BAR DATE<br><br>[No Hearing or Additional Notice Required Pursuant to LBR 3003-1(a)(1) and 9013-1(q)(9)] |

The Court, having considered the *Motion for Entry of an Order: (1) Establishing Modified Bar Dates for Creditors to File Proofs of Claim against the Debtor in the Bankruptcy Case; and (2) Approving the Form and Manner of Notice of the Modified Bar Date* ("Motion"),[1] filed by Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") of the bankruptcy estate ("Estate") of The Litigation Practice Group P.C. ("Debtor"), on February 22, 2024, as Docket No. 960, and finding that service and notice of the Motion was proper and reasonable under the circumstances and

---

[1] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Motion.

1

complies with Rule 3003-1(a)(1) and 9013-1(q) of the Local Bankruptcy Rules of this Court, and finding that no other service or notice is necessary, the Court has found good cause to grant the Motion.

    IT IS ORDERED:

1. The Motion is granted.
2. The Bar Date Order is modified as follows ("Modified Bar Dates"):

| | |
|---|---|
| Modified Bar Date for Parties Served by Email on January 24 and 25, 2024 | **February 25, 2024, at 4:00 p.m. prevailing Pacific Time** is the deadline for the consumer clients, holding a General Claim that were provided notice of the Bar Dates on January 24, 2024, or January 25, 2024 |
| Modified Bar Date for Parties to be Served by Means Other than Email | **4:00 p.m. prevailing Pacific Time** on the date that is 30 days after entry of an order by this Court granting this Motion. |

3. The Modified Bar Date Notice, in substantially similar substance as attached to the Motion as Exhibit "3," is approved.

### #

Date: February 23, 2024

Scott C. Clarkson
United States Bankruptcy Judge

4884-6768-9640, v. 1

2