United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10571-SC |
| The Litigation Practice Group P.C. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 7 |
| Date Rcvd: Feb 23, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol  Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2024          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron E. DE Leest | on behalf of Interested Party Courtesy NEF adeleest@DanningGill.com  danninggill@gmail.com;adeleest@ecf.inforuptcy.com |
| Adam D Stein-Sapir | on behalf of Creditor Pioneer Funding Group  LLC info@pfllc.com |
| Alan Craig Hochheiser | on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com  arodriguez@mauricewutscher.com |
| Alan I Nahmias | on behalf of Interested Party Courtesy NEF anahmias@mbn.law  jdale@mbn.law |
| Amy Lynn Ginsburg | on behalf of Creditor Shannon Bellfield efilings@ginsburglawgroup.com |

Case 8:23-bk-10571-SC    Doc 967    Filed 02/25/24    Entered 02/25/24 21:19:11    Desc
Imaged Certificate of Notice    Page 2 of 9

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 7 |
| Date Rcvd: Feb 23, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Amy Lynn Ginsburg
    on behalf of Creditor Kenton Cobb efilings@ginsburglawgroup.com

Amy Lynn Ginsburg
    on behalf of Creditor Amy Ginsburg efilings@ginsburglawgroup.com

Andrew Still
    on behalf of Creditor Alteryx Inc. astill@swlaw.com, kcollins@swlaw.com

Andrew Still
    on behalf of Interested Party Courtesy NEF astill@swlaw.com kcollins@swlaw.com

Anthony Paul Diehl
    on behalf of Interested Party Courtesy NEF anthony@apdlaw.net Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net

Bradford Barnhardt
    on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt
    on behalf of Trustee Richard A Marshack (TR) bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Brian L Holman
    on behalf of Creditor Sharp Electronics Corporation b.holman@musickpeeler.com

Britteny Leyva
    on behalf of Interested Party Revolv3 Inc. bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com

Byron Z Moldo
    on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com amatsuoka@ecjlaw.com,dperez@ecjlaw.com

Christopher Celentino
    on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Celentino
    on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Ghio
    on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com

Christopher Ghio
    on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com

Christopher J Langley
    on behalf of Interested Party Courtesy NEF chris@slclawoffice.com langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com

D Edward Hays
    on behalf of Creditor Committee Committee of Unsecured Creditors ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Interested Party Courtesy NEF ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Daniel A Edelman
    on behalf of Creditor Carolyn Beech dedelman@edcombs.com courtecl@edcombs.com

Daniel A Lev
    on behalf of Defendant Consumer Legal Group PC daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
    on behalf of Defendant LGS Holdco LLC daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
    on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
    on behalf of Interested Party Liberty Acquisitions Group Inc. daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
    on behalf of Interested Party Consumer Legal Group P.C. daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Case 8:23-bk-10571-SC    Doc 967    Filed 02/25/24    Entered 02/25/24 21:19:11    Desc
Imaged Certificate of Notice    Page 3 of 9

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 3 of 7 |
| Date Rcvd: Feb 23, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Daniel H Reiss
    on behalf of Defendant Eng Taing dhr@lnbyg.com dhr@ecf.inforuptcy.com

Daniel H Reiss
    on behalf of Defendant Touzi Capital LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel S March
    on behalf of Defendant Daniel S. March marchlawoffice@gmail.com marchdr94019@notify.bestcase.com

David M Goodrich
    on behalf of Creditor United Partnerships LLC dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
    on behalf of Interested Party Courtesy NEF dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David S Kupetz
    on behalf of Defendant Marich Bein LLC David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

David S Kupetz
    on behalf of Interested Party Courtesy NEF David.Kupetz@lockelord.com mylene.ruiz@lockelord.com

Douglas A Plazak
    on behalf of Defendant Scott James Eadie dplazak@rhlaw.com

Eric Bensamochan
    on behalf of Interested Party Courtesy NEF eric@eblawfirm.us G63723@notify.cincompass.com

Eric Bensamochan
    on behalf of Creditor Affirma LLC eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan
    on behalf of Creditor Oxford Knox LLC eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan
    on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us G63723@notify.cincompass.com

Eric Gassman
    on behalf of Creditor Herret Credit erg@gassmanlawgroup.com gassman.ericb112993@notify.bestcase.com

Eric D Goldberg
    on behalf of Defendant Stripe Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Garrick A Hollander
    on behalf of Creditor Debt Validation Fund II LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
    on behalf of Creditor MC DVI Fund 1 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
    on behalf of Creditor MC DVI Fund 2 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Glenn D. Moses
    on behalf of Creditor ADP Inc gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com

Gregory M Salvato
    on behalf of Creditor Mari Agape gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
    on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Howard Steinberg
    on behalf of Defendant BankUnited N.A. steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Ira David Kharasch
    on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com

Israel Orozco
    on behalf of Creditor Israel Orozco israel@iolawcorp.com

Jacob Newsum-Bothamley
    on behalf of Plaintiff Richard A. Marshack jacob.bothamley@dinsmore.com

Case 8:23-bk-10571-SC    Doc 967    Filed 02/25/24    Entered 02/25/24 21:19:11    Desc
Imaged Certificate of Notice    Page 4 of 9

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 4 of 7 |
| Date Rcvd: Feb 23, 2024 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | angelica.urena@dinsmore.com;deamira.romo@dinsmore.com |
| Jamie D Mottola | |
| | on behalf of Plaintiff Richard A. Marshack Chapter 11 Trustee Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com |
| Jeffrey I Golden | |
| | on behalf of Creditor Affirma LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden | |
| | on behalf of Creditor Anaheim Ducks Hockey Club LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden | |
| | on behalf of Creditor Oxford Knox LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden | |
| | on behalf of Creditor Anaheim Arena Management LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden | |
| | on behalf of Interested Party Courtesy NEF jgolden@go2.law kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jenny L Doling | |
| | on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net |
| Jenny L Doling | |
| | on behalf of Interested Party National Consumer Bankruptcy Rights Center jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net |
| Jenny L Doling | |
| | on behalf of Interested Party INTERESTED PARTY jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net |
| Jeremy Freedman | |
| | on behalf of Trustee Richard A Marshack (TR) jeremy.freedman@dinsmore.com nicolette.murphy@dinsmore.com |
| Jeremy Freedman | |
| | on behalf of Plaintiff Richard A. Marshack jeremy.freedman@dinsmore.com nicolette.murphy@dinsmore.com |
| Johnny White | |
| | on behalf of Creditor Debt Relief Group LLC JWhite@wrslawyers.com, jlee@wrslawyers.com |
| Johnny White | |
| | on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com jlee@wrslawyers.com |
| Jonathan Serrano | |
| | on behalf of Trustee Richard A Marshack (TR) jonathan.serrano@dinsmore.com |
| Jonathan Serrano | |
| | on behalf of Plaintiff Richard A. Marshack jonathan.serrano@dinsmore.com |
| Joon M Khang | |
| | on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com |
| Joon M Khang | |
| | on behalf of Attorney Khang & Khang LLP joon@khanglaw.com |
| Kathleen P March | |
| | on behalf of Defendant Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | |
| | on behalf of Creditor Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | |
| | on behalf of Creditor Phuong (Jayde) Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | |
| | on behalf of Defendant Jayde Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | |
| | on behalf of Defendant Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | |
| | on behalf of Creditor Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 5 of 7 |
| Date Rcvd: Feb 23, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Keith C Owens
    on behalf of Creditor Committee Committee of Unsecured Creditors kowens@foxrothschild.com  khoang@foxrothschild.com

Kenneth Misken
    on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

Kevin Alan Rogers
    on behalf of Creditor Wells Marble and Hurst  PLLC krogers@wellsmar.com

Laila Masud
    on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com
    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud
    on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com
    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud
    on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com
    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud
    on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com
    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Leslie Skorheim
    on behalf of U.S. Trustee United States Trustee (SA) leslie.skorheim@usdoj.gov

Leslie A Cohen
    on behalf of Defendant Lisa Cohen leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Leslie A Cohen
    on behalf of Defendant Rosa Bianca Loli leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Leslie A Cohen
    on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Lisa Patel
    on behalf of Defendant OptimumBank Holdings  Inc. lpatel@lesnickprince.com,
    jmack@lesnickprince.com;jnavarro@lesnickprince.com

Marc A Lieberman
    on behalf of Defendant JGW Solutions  LLC marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com

Marc A Lieberman
    on behalf of Interested Party Courtesy NEF marc.lieberman@flpllp.com  safa.saleem@flpllp.com,addy@flpllp.com

Marc C Forsythe
    on behalf of Defendant Clear Vision Financial LLC mcforsythe@goeforlaw.com
    mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com

Marc C Forsythe
    on behalf of Defendant Point Break Holdings LLC mcforsythe@goeforlaw.com
    mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com

Marc C Forsythe
    on behalf of Defendant Perfect Financial  LLC mcforsythe@goeforlaw.com,
    mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com

Mark J Markus
    on behalf of Creditor David Orr bklawr@bklaw.com  markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com

Matthew A Lesnick
    on behalf of Defendant OptimumBank Holdings  Inc. matt@lesnickprince.com,
    matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Maureen J Shanahan
    on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Mstotaro@aol.com

Meredith Fahn
    on behalf of Creditor Meredith Fahn fahn@sbcglobal.net

Meredith King
    on behalf of Interested Party Courtesy NEF mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Meredith King
    on behalf of Defendant Gallant Law Group mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Michael D Lieberman
    on behalf of Creditor Phillip A. Greenblatt  PLLC mlieberman@lipsonneilson.com

Michael R Pinkston
    on behalf of Creditor Wells Marble and Hurst  PLLC rpinkston@seyfarth.com,

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 6 of 7 |
| Date Rcvd: Feb 23, 2024 | Form ID: pdf042 | Total Noticed: 1 |

jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com

Michael R Totaro
    on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Ocbkatty@aol.com

Michael R Totaro
    on behalf of Interested Party Randall Baldwin Clark Ocbkatty@aol.com

Mitchell B Ludwig
    on behalf of Defendant Bridge Funding Cap  LLC mbl@kpclegal.com, kad@kpclegal.com

Mitchell B Ludwig
    on behalf of Creditor Fundura Capital Group mbl@kpclegal.com  kad@kpclegal.com

Nicholas A Koffroth
    on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com  khoang@foxrothschild.com

Olivia Scott
    on behalf of Creditor Azzure Capital LLC olivia.scott3@bclplaw.com

Olivia Scott
    on behalf of Creditor Hi Bar Capital LLC olivia.scott3@bclplaw.com

Paul R Shankman
    on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com  info@fortislaw.com

Paul R Shankman
    on behalf of Creditor United Partnerships  LLC PShankman@fortislaw.com, info@fortislaw.com

Peter L Isola
    on behalf of Interested Party Merchants Credit Corporation pisola@hinshawlaw.com

Peter W Bowie
    on behalf of Trustee Richard A Marshack (TR) peter.bowie@dinsmore.com  caron.burke@dinsmore.com

Queenie K Ng
    on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Randall Baldwin Clark
    on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com

Razmig Izakelian
    on behalf of Plaintiff OHP-CDR  LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
    on behalf of Counter-Defendant PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian
    on behalf of Plaintiff PurchaseCo 80  LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian
    on behalf of Counter-Defendant OHP-CDR  LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
    on behalf of Creditor OHP-CDR  LP razmigizakelian@quinnemanuel.com

Richard A Marshack (TR)
    pkraus@marshackhays.com  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Richard H Golubow
    on behalf of Creditor Debt Validation Fund II  LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Creditor MC DVI Fund 2  LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Creditor MC DVI Fund 1  LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard L. Hyde
    on behalf of Interested Party Courtesy NEF richard@amintalati.com

Ronald K Brown
    on behalf of Creditor SDCO Tustin Executive Center  Inc. ron@rkbrownlaw.com

Ronald N Richards
    on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com  7206828420@filings.docketbird.com

Ronald N Richards
    on behalf of Defendant Consumer Legal Group  PC ron@ronaldrichards.com, 7206828420@filings.docketbird.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 7 of 7 |
| Date Rcvd: Feb 23, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Sarah S. Mattingly
    on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com

Sarah S. Mattingly
    on behalf of Plaintiff Richard A. Marshack  Chapter 11 Trustee sarah.mattingly@dinsmore.com

Sharon Z. Weiss
    on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com
    raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Sharon Z. Weiss
    on behalf of Defendant Azzure Capital LLC sharon.weiss@bclplaw.com
    raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Sharon Z. Weiss
    on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com
    raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Shawn M Christianson
    on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com  schristianson@buchalter.com

Sweeney Kelly
    on behalf of Defendant Fidelity National Information Services  Inc. kelly@ksgklaw.com

Sweeney Kelly
    on behalf of Defendant Worldpay Group kelly@ksgklaw.com

Sweeney Kelly
    on behalf of Defendant Fidelity National Information Services  Inc. dba FIS kelly@ksgklaw.com

Sweeney Kelly
    on behalf of Defendant Worldpay  LLC kelly@ksgklaw.com

Tyler Powell
    on behalf of Plaintiff Richard A. Marshack tyler.powell@dinsmore.com
    jennifer.pitcock@dinsmore.com;rosetta.mitchell@dinsmore.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

Vanessa Rodriguez
    on behalf of Plaintiff Richard A. Marshack vanessa.rodriguez@dinsmore.com  angelica.urena@dinsmore.com

Victoria Newmark
    on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com

William McCormick
    on behalf of Creditor TN Dept of Revenue Bill.McCormick@ag.tn.gov

William J Wall
    on behalf of Witness Bradford Lee wwall@wall-law.com

William P Fennell
    on behalf of Creditor Validation Partners LLC william.fennell@fennelllaw.com
    luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com

Yosina M Lissebeck
    on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com  caron.burke@dinsmore.com

Yosina M Lissebeck
    on behalf of Defendant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com  caron.burke@dinsmore.com

Yosina M Lissebeck
    on behalf of Trustee Richard A Marshack (TR) Yosina.Lissebeck@Dinsmore.com  caron.burke@dinsmore.com

Yosina M Lissebeck
    on behalf of Counter-Claimant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com  caron.burke@dinsmore.com

Zev Shechtman
    on behalf of Interested Party Danning Gill Israel & Krasnoff LLP zs@DanningGill.com
    danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman
    on behalf of Interested Party Morning Law Group  P.C. zs@DanningGill.com,
    danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

TOTAL: 151

D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**FEB 23 2024**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY **bolte**    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>ORDER GRANTING MOTION FOR ENTRY OF AN ORDER: (1) ESTABLISHING MODIFIED BAR DATES FOR FILING PROOFS OF CLAIM; AND (2) APPROVING THE FORM AND MANNER OF NOTICE OF THE MODIFIED BAR DATE<br><br>[No Hearing or Additional Notice Required Pursuant to LBR 3003-1(a)(1) and 9013-1(q)(9)] |

The Court, having considered the *Motion for Entry of an Order: (1) Establishing Modified Bar Dates for Creditors to File Proofs of Claim against the Debtor in the Bankruptcy Case; and (2) Approving the Form and Manner of Notice of the Modified Bar Date* ("Motion"),[1] filed by Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") of the bankruptcy estate ("Estate") of The Litigation Practice Group P.C. ("Debtor"), on February 22, 2024, as Docket No. 960, and finding that service and notice of the Motion was proper and reasonable under the circumstances and

---

[1] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Motion.

1

complies with Rule 3003-1(a)(1) and 9013-1(q) of the Local Bankruptcy Rules of this Court, and finding that no other service or notice is necessary, the Court has found good cause to grant the Motion.

IT IS ORDERED:

1. The Motion is granted.

2. The Bar Date Order is modified as follows ("Modified Bar Dates"):

| | |
|---|---|
| Modified Bar Date for Parties Served by Email on January 24 and 25, 2024 | **February 25, 2024, at 4:00 p.m. prevailing Pacific Time** is the deadline for the consumer clients, holding a General Claim that were provided notice of the Bar Dates on January 24, 2024, or January 25, 2024 |
| Modified Bar Date for Parties to be Served by Means Other than Email | **4:00 p.m. prevailing Pacific Time** on the date that is 30 days after entry of an order by this Court granting this Motion. |

3. The Modified Bar Date Notice, in substantially similar substance as attached to the Motion as Exhibit "3," is approved.

### 

Date: February 23, 2024

Scott C. Clarkson
United States Bankruptcy Judge

4884-6768-9640, v. 1

2