United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10571-SC |
| The Litigation Practice Group P.C. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 7 |
| Date Rcvd: Feb 23, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2024          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron E. DE Leest | on behalf of Interested Party Courtesy NEF adeleest@DanningGill.com danninggill@gmail.com;adeleest@ecf.inforuptcy.com |
| Adam D Stein-Sapir | on behalf of Creditor Pioneer Funding Group LLC info@pfllc.com |
| Alan Craig Hochheiser | on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com arodriguez@mauricewutscher.com |
| Alan I Nahmias | on behalf of Interested Party Courtesy NEF anahmias@mbn.law jdale@mbn.law |
| Amy Lynn Ginsburg | on behalf of Creditor Shannon Bellfield efilings@ginsburglawgroup.com |

| | |
|---|---|
| Amy Lynn Ginsburg | on behalf of Creditor Kenton Cobb efilings@ginsburglawgroup.com |
| Amy Lynn Ginsburg | on behalf of Creditor Amy Ginsburg efilings@ginsburglawgroup.com |
| Andrew Still | on behalf of Creditor Alteryx  Inc. astill@swlaw.com, kcollins@swlaw.com |
| Andrew Still | on behalf of Interested Party Courtesy NEF astill@swlaw.com  kcollins@swlaw.com |
| Anthony Paul Diehl | on behalf of Interested Party Courtesy NEF anthony@apdlaw.net  Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net |
| Bradford Barnhardt | on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com |
| Bradford Barnhardt | on behalf of Trustee Richard A Marshack (TR) bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com |
| Brian L Holman | on behalf of Creditor Sharp Electronics Corporation b.holman@musickpeeler.com |
| Britteny Leyva | on behalf of Interested Party Revolv3  Inc. bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com |
| Byron Z Moldo | on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com  amatsuoka@ecjlaw.com,dperez@ecjlaw.com |
| Christopher Celentino | on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com  caron.burke@dinsmore.com |
| Christopher Celentino | on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com  caron.burke@dinsmore.com |
| Christopher Ghio | on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com |
| Christopher Ghio | on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com |
| Christopher J Langley | on behalf of Interested Party Courtesy NEF chris@slclawoffice.com langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com |
| D Edward Hays | on behalf of Creditor Committee Committee of Unsecured Creditors ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| D Edward Hays | on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| D Edward Hays | on behalf of Interested Party Courtesy NEF ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| Daniel A Edelman | on behalf of Creditor Carolyn Beech dedelman@edcombs.com  courtecl@edcombs.com |
| Daniel A Lev | on behalf of Defendant Consumer Legal Group  PC daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| Daniel A Lev | on behalf of Defendant LGS Holdco  LLC daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| Daniel A Lev | on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com  cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| Daniel A Lev | on behalf of Interested Party Liberty Acquisitions Group Inc. daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| Daniel A Lev | on behalf of Interested Party Consumer Legal Group  P.C. daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |

District/off: 0973-8    User: admin    Page 3 of 7
Date Rcvd: Feb 23, 2024    Form ID: pdf042    Total Noticed: 1

| | |
|---|---|
| Daniel H Reiss | on behalf of Defendant Eng Taing dhr@lnbyg.com dhr@ecf.inforuptcy.com |
| Daniel H Reiss | on behalf of Defendant Touzi Capital LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com |
| Daniel S March | on behalf of Defendant Daniel S. March marchlawoffice@gmail.com marchdr94019@notify.bestcase.com |
| David M Goodrich | on behalf of Creditor United Partnerships LLC dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David M Goodrich | on behalf of Interested Party Courtesy NEF dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David S Kupetz | on behalf of Defendant Marich Bein LLC David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com |
| David S Kupetz | on behalf of Interested Party Courtesy NEF David.Kupetz@lockelord.com mylene.ruiz@lockelord.com |
| Douglas A Plazak | on behalf of Defendant Scott James Eadie dplazak@rhlaw.com |
| Eric Bensamochan | on behalf of Interested Party Courtesy NEF eric@eblawfirm.us G63723@notify.cincompass.com |
| Eric Bensamochan | on behalf of Creditor Affirma LLC eric@eblawfirm.us, G63723@notify.cincompass.com |
| Eric Bensamochan | on behalf of Creditor Oxford Knox LLC eric@eblawfirm.us, G63723@notify.cincompass.com |
| Eric Bensamochan | on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us G63723@notify.cincompass.com |
| Eric Gassman | on behalf of Creditor Herret Credit erg@gassmanlawgroup.com gassman.ericb112993@notify.bestcase.com |
| Eric D Goldberg | on behalf of Defendant Stripe Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| Garrick A Hollander | on behalf of Creditor Debt Validation Fund II LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Garrick A Hollander | on behalf of Creditor MC DVI Fund 1 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Garrick A Hollander | on behalf of Creditor MC DVI Fund 2 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Glenn D. Moses | on behalf of Creditor ADP Inc gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com |
| Gregory M Salvato | on behalf of Creditor Mari Agape gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Gregory M Salvato | on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Howard Steinberg | on behalf of Defendant BankUnited N.A. steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com |
| Ira David Kharasch | on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com |
| Ira David Kharasch | on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com |
| Israel Orozco | on behalf of Creditor Israel Orozco israel@iolawcorp.com |
| Jacob Newsum-Bothamley | on behalf of Plaintiff Richard A. Marshack jacob.bothamley@dinsmore.com |

Case 8:23-bk-10571-SC    Doc 968    Filed 02/25/24    Entered 02/25/24 21:19:11    Desc
Imaged Certificate of Notice    Page 4 of 9

| District/off: 0973-8 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Feb 23, 2024 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | angelica.urena@dinsmore.com;deamira.romo@dinsmore.com |
| Jamie D Mottola | on behalf of Plaintiff Richard A. Marshack Chapter 11 Trustee Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com |
| Jeffrey I Golden | on behalf of Creditor Affirma LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden | on behalf of Creditor Anaheim Ducks Hockey Club LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden | on behalf of Creditor Oxford Knox LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden | on behalf of Creditor Anaheim Arena Management LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden | on behalf of Interested Party Courtesy NEF jgolden@go2.law kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jenny L Doling | on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net |
| Jenny L Doling | on behalf of Interested Party National Consumer Bankruptcy Rights Center jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net |
| Jenny L Doling | on behalf of Interested Party INTERESTED PARTY jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net |
| Jeremy Freedman | on behalf of Trustee Richard A Marshack (TR) jeremy.freedman@dinsmore.com nicolette.murphy@dinsmore.com |
| Jeremy Freedman | on behalf of Plaintiff Richard A. Marshack jeremy.freedman@dinsmore.com nicolette.murphy@dinsmore.com |
| Johnny White | on behalf of Creditor Debt Relief Group LLC JWhite@wrslawyers.com, jlee@wrslawyers.com |
| Johnny White | on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com jlee@wrslawyers.com |
| Jonathan Serrano | on behalf of Trustee Richard A Marshack (TR) jonathan.serrano@dinsmore.com |
| Jonathan Serrano | on behalf of Plaintiff Richard A. Marshack jonathan.serrano@dinsmore.com |
| Joon M Khang | on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com |
| Joon M Khang | on behalf of Attorney Khang & Khang LLP joon@khanglaw.com |
| Kathleen P March | on behalf of Defendant Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | on behalf of Creditor Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | on behalf of Creditor Phuong (Jayde) Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | on behalf of Defendant Jayde Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | on behalf of Defendant Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | on behalf of Creditor Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |

Case 8:23-bk-10571-SC    Doc 968    Filed 02/25/24    Entered 02/25/24 21:19:11    Desc
Imaged Certificate of Notice    Page 5 of 9

| District/off: 0973-8 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Feb 23, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Keith C Owens
    on behalf of Creditor Committee Committee of Unsecured Creditors kowens@foxrothschild.com  khoang@foxrothschild.com

Kenneth Misken
    on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

Kevin Alan Rogers
    on behalf of Creditor Wells Marble and Hurst  PLLC krogers@wellsmar.com

Laila Masud
    on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com
    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud
    on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com
    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud
    on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com
    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud
    on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com
    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Leslie Skorheim
    on behalf of U.S. Trustee United States Trustee (SA) leslie.skorheim@usdoj.gov

Leslie A Cohen
    on behalf of Defendant Lisa Cohen leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Leslie A Cohen
    on behalf of Defendant Rosa Bianca Loli leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Leslie A Cohen
    on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Lisa Patel
    on behalf of Defendant OptimumBank Holdings  Inc. lpatel@lesnickprince.com,
    jmack@lesnickprince.com;jnavarro@lesnickprince.com

Marc A Lieberman
    on behalf of Defendant JGW Solutions  LLC marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com

Marc A Lieberman
    on behalf of Interested Party Courtesy NEF marc.lieberman@flpllp.com  safa.saleem@flpllp.com,addy@flpllp.com

Marc C Forsythe
    on behalf of Defendant Clear Vision Financial LLC mcforsythe@goeforlaw.com
    mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com

Marc C Forsythe
    on behalf of Defendant Point Break Holdings LLC mcforsythe@goeforlaw.com
    mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com

Marc C Forsythe
    on behalf of Defendant Perfect Financial  LLC mcforsythe@goeforlaw.com,
    mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com

Mark J Markus
    on behalf of Creditor David Orr bklawr@bklaw.com  markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com

Matthew A Lesnick
    on behalf of Defendant OptimumBank Holdings  Inc. matt@lesnickprince.com,
    matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Maureen J Shanahan
    on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Mstotaro@aol.com

Meredith Fahn
    on behalf of Creditor Meredith Fahn fahn@sbcglobal.net

Meredith King
    on behalf of Interested Party Courtesy NEF mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Meredith King
    on behalf of Defendant Gallant Law Group mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Michael D Lieberman
    on behalf of Creditor Phillip A. Greenblatt  PLLC mlieberman@lipsonneilson.com

Michael R Pinkston
    on behalf of Creditor Wells Marble and Hurst  PLLC rpinkston@seyfarth.com,

Case 8:23-bk-10571-SC    Doc 968    Filed 02/25/24    Entered 02/25/24 21:19:11    Desc
Imaged Certificate of Notice    Page 6 of 9

| District/off: 0973-8 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Feb 23, 2024 | Form ID: pdf042 | Total Noticed: 1 |

jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com

Michael R Totaro

on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Ocbkatty@aol.com

Michael R Totaro

on behalf of Interested Party Randall Baldwin Clark Ocbkatty@aol.com

Mitchell B Ludwig

on behalf of Defendant Bridge Funding Cap LLC mbl@kpclegal.com, kad@kpclegal.com

Mitchell B Ludwig

on behalf of Creditor Fundura Capital Group mbl@kpclegal.com kad@kpclegal.com

Nicholas A Koffroth

on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com khoang@foxrothschild.com

Olivia Scott

on behalf of Creditor Azzure Capital LLC olivia.scott3@bclplaw.com

Olivia Scott

on behalf of Creditor Hi Bar Capital LLC olivia.scott3@bclplaw.com

Paul R Shankman

on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com info@fortislaw.com

Paul R Shankman

on behalf of Creditor United Partnerships LLC PShankman@fortislaw.com, info@fortislaw.com

Peter L Isola

on behalf of Interested Party Merchants Credit Corporation pisola@hinshawlaw.com

Peter W Bowie

on behalf of Trustee Richard A Marshack (TR) peter.bowie@dinsmore.com caron.burke@dinsmore.com

Queenie K Ng

on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Randall Baldwin Clark

on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com

Razmig Izakelian

on behalf of Plaintiff OHP-CDR LP razmigizakelian@quinnemanuel.com

Razmig Izakelian

on behalf of Counter-Defendant PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian

on behalf of Plaintiff PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian

on behalf of Counter-Defendant OHP-CDR LP razmigizakelian@quinnemanuel.com

Razmig Izakelian

on behalf of Creditor OHP-CDR LP razmigizakelian@quinnemanuel.com

Richard A Marshack (TR)

pkraus@marshackhays.com rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Richard H Golubow

on behalf of Creditor Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow

on behalf of Creditor MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow

on behalf of Creditor MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard L. Hyde

on behalf of Interested Party Courtesy NEF richard@amintalati.com

Ronald K Brown

on behalf of Creditor SDCO Tustin Executive Center Inc. ron@rkbrownlaw.com

Ronald N Richards

on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com

Ronald N Richards

on behalf of Defendant Consumer Legal Group PC ron@ronaldrichards.com, 7206828420@filings.docketbird.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 7 of 7 |
| Date Rcvd: Feb 23, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Sarah S. Mattingly
    on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com

Sarah S. Mattingly
    on behalf of Plaintiff Richard A. Marshack  Chapter 11 Trustee sarah.mattingly@dinsmore.com

Sharon Z. Weiss
    on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com
raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Sharon Z. Weiss
    on behalf of Defendant Azzure Capital LLC sharon.weiss@bclplaw.com
raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Sharon Z. Weiss
    on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com
raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Shawn M Christianson
    on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com  schristianson@buchalter.com

Sweeney Kelly
    on behalf of Defendant Fidelity National Information Services  Inc. kelly@ksgklaw.com

Sweeney Kelly
    on behalf of Defendant Worldpay Group kelly@ksgklaw.com

Sweeney Kelly
    on behalf of Defendant Fidelity National Information Services  Inc. dba FIS kelly@ksgklaw.com

Sweeney Kelly
    on behalf of Defendant Worldpay  LLC kelly@ksgklaw.com

Tyler Powell
    on behalf of Plaintiff Richard A. Marshack tyler.powell@dinsmore.com
jennifer.pitcock@dinsmore.com;rosetta.mitchell@dinsmore.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

Vanessa Rodriguez
    on behalf of Plaintiff Richard A. Marshack vanessa.rodriguez@dinsmore.com  angelica.urena@dinsmore.com

Victoria Newmark
    on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com

William McCormick
    on behalf of Creditor TN Dept of Revenue Bill.McCormick@ag.tn.gov

William J Wall
    on behalf of Witness Bradford Lee wwall@wall-law.com

William P Fennell
    on behalf of Creditor Validation Partners LLC william.fennell@fennelllaw.com
luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com

Yosina M Lissebeck
    on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com  caron.burke@dinsmore.com

Yosina M Lissebeck
    on behalf of Defendant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com  caron.burke@dinsmore.com

Yosina M Lissebeck
    on behalf of Trustee Richard A Marshack (TR) Yosina.Lissebeck@Dinsmore.com  caron.burke@dinsmore.com

Yosina M Lissebeck
    on behalf of Counter-Claimant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com  caron.burke@dinsmore.com

Zev Shechtman
    on behalf of Interested Party Danning Gill Israel & Krasnoff LLP zs@DanningGill.com
danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman
    on behalf of Interested Party Morning Law Group  P.C. zs@DanningGill.com,
danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

TOTAL: 151

Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
Yosina M. Lissebeck (State Bar No. 201654)
Jonathan Serrano (State Bar No. 333225)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501
christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com
jonathan.serrano@dinsmore.com

Special Counsel to Richard A. Marshack,
Chapter 11 Trustee

**FILED & ENTERED**

**FEB 23 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

THE LITIGATION PRACTICE GROUP P.C.,

Debtor.

Case No. 8:23-bk-10571-SC

Chapter 11

**ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION PURSUANT TO FED. R. BANKR. P. 2004 AND L.B.R. 2004-1 FOR AN ORDER AUTHORIZING THE PRODUCTION OF DOCUMENTS BY VASCO ASSETS, INC.**

Date:   *No Hearing Required*
Time:   *No Hearing Required*
Place:  Courtroom 5C

On February 22, 2024, Richard A. Marshack, the Chapter 11 Trustee ("Trustee") for the bankruptcy estate of debtor The Litigation Practice Group P.C. in the above-captioned bankruptcy case, filed in the United States Bankruptcy Court, Santa Ana Division, located at 411 W. Fourth Street, Santa Ana, California 92701, the Honorable Scott C. Clarkson, United States Bankruptcy Judge, presiding, his *Motion Pursuant to Fed. R. Bankr. P. 2004 and L.B.R. 2004-1 for an Order Authorizing the Production of Documents by Vasco Assets, Inc.* [Docket No. 957] (the "Motion"). Through the Motion, the Trustee sought to obtain an order authorizing the Trustee to issue a subpoena to compel the production of

documents by Vasco Assets, Inc. ("Vasco"). No hearing on the Motion was requested or required.

The Court, having considered the Motion, and good cause appearing, orders as follows:

1. The Motion is granted in its entirety.

2. Upon service of a subpoena on Vasco, Vasco shall produce for inspection and copying by the Trustee the documents and things described in **Exhibit 1** to the subpoena attached to the Motion (the "Documents") **at or before 5:00 p.m. PST on March 22, 2024** at the offices of Dinsmore & Shohl LLP located at 550 S. Hope Street, Suite 1765, Los Angeles, CA 90071 or via email to jonathan.serrano@dinsmore.com.

3. If Vasco withholds any Document(s) on the grounds that such Document(s) are privileged or otherwise protected from discovery, Vasco shall prepare a privilege log in accordance with the "Instructions" in **Exhibit 1** to the subpoena attached to the Motion and cause it to be delivered to the Trustee's counsel (i.e., Jonathan Serrano of Dinsmore & Shohl LLP, 550 S. Hope Street, Suite 1765, Los Angeles, CA 90071 or via email to jonathan.serrano@dinsmore.com) **at or before 5:00 p.m. PST on March 22, 2024**.

4. Vasco's production of documents must be compelled by subpoena issued and served pursuant to Fed. R. Bankr. P. 9016 and Fed. R. Civ. P. 45. Counsel for the Trustee is authorized to issue the applicable subpoena(s).

5. The parties must seek to resolve any dispute arising under Rule 2004-1 of the Local Bankruptcy Rules for the Central District of California ("Local Rules") in accordance with Local Rule 7026-1(c).

**IT IS SO ORDERED.**

Date: February 23, 2024

Scott C. Clarkson
United States Bankruptcy Judge

#42039496v1

1