UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

**Creditor**, Judith Skiba,  
P.O. Box 1016  
Pascagoula, Ms. 39568  
(228) 369-2070  
skibajudith@yahoo.com

Case No.  
8:23-bk-10571-SC

Chapter 11

**RE**, Debitor,  
Litigation Practice Group/Phoenix Law

**Reconsideration for a Order in a Speedy hearing the Case of Litigation Practice Group**

## ORDER

     Litigation Practice Group and the United States Trustee's Office has canceled two times hearing in regards to their case, One was on January 19, 2024 and second was on February 29,2024. This is only a stall tactic and Ms. Skiba objects. Ever since November 22,2023 there was plenty of time to organize their case. Ms. Skiba states that she did not see anything on the docket sheet in regards to a Motion or Notice stating that they were requesting a continuance in regards to this hearing. Ms. Skiba never had a opportunity to object.

Dated Feburary 26, 2024

*Judith Skiba*

So Ordered,

Dated_____

Signed_____

# CERTIFICATE OF SERVICE

   I hereby certify that on the 26 day of February a copy of **Reconsideration for a Court Order in a speedy hearing in the case of Litigation Practice Group** filed in the Dropbox of the United States Bankruptcy Court for the Central Division of California Santa Ana. Also a copy was mailed to the United States Bankruptcy Court at 411 West Fourth St. Santa Ana, California 92701. A copy will be mailed to Attorney Ed Hays at:

Dinsmore & Shohl LLP
655 West Broadway Suite 800
San Diego, Calif 92101

## Service by Email

christopher.ghio@dinsmore.com
christopher.celentiono@dinsmore.com
Ehays@marshackhays.com