UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT CALIFORNIA-SANTA ANA DIVISION

Creditor, Judith Skiba, Pro-Se
P.O. Box 1016
Pascagoula, Ms. 39568
228 369-2070
skibajudith@yahoo.com

Case No. 8;23-bk-10571-SC
Chapter 11

RE:
  Litigation Praction Group/
  Phoenix Law

Reconsideration in a Court Order
For Richard Marshack's Office
Trustee regarding Litigation Practice
Group/Phoenix Law

## Order

Reconsideration Order in Requesting a Court Order For Information from Trustee's Office of Richad Marshack.

A. Certified numbers for both the mailing receipts and dates of mailing
B. Proof that these checks was cashed by Judith Skiba
C. Please provide an Ein number for Phoenix Law to verify tax affiliation , ot tax number.
D. Please provide physical address of Phoenix Law, such as street address and town.
E. Please provide owner and CEO of Phoenix Law.
F. Who is the person of Phoenix Law that is responsible for any liability for the company.

**Page 2**

**So Ordered,**

Dated _____

Signed_____

Certificate of Service

I hereby certify that on the 26 day of Feburary a copy of Reconsideration in a Court Order

For Richard Marshack's Office regarding Litigation Practice Group/Phoenix Law was placed in the Dropbox of the California Bankruptcy Court Central Division. A copy will be Placed in the United States Mail and sent to 411 West Fourth St.. Santa Ana, California 92701. Also a copy will be sent to Ed Hays Office United States Trustee.

Dinsmore and Shoh, LLC                Dated Feburary 26, 2024

655 Broadway Suite 800                *Judith Skiba*

San Diego, California 92101

Sent  Email  Ehays@marshackhays.com
              Christopher.ghio@dinsomore.com