RICHARD A. MARSHACK
rmarshack@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Chapter 7 Trustee

**FILED & ENTERED**

**FEB 28 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Chapter 7 |
| Debtor. | ORDER ABANDONING THE ESTATE'S INTEREST, IF ANY, IN CERTAIN ASSETS |
| | [NO HEARING REQUIRED] |

The Court has considered the Trustee's Notice of Intent to Abandon the Estate's Interest, if any, in Certain Assets, filed on February 8, 2024 as Docket No. 929. The Court finds that no opposition was received and good cause exists under Bankruptcy Rule 6007-1(d)(2) to authorize the Trustee to abandon certain personal property of Debtor's bankruptcy estate, as follows:

IT IS ORDERED: The Estate's interest in the personal property left at 500 East Broward Blvd., Fort Lauderdale, FL 33394, including printers, furniture and other office items ("Personal Property"), is abandoned pursuant to 11 U.S.C §554(a) and Local Bankruptcy Rule 6007 and the Personal Property is no longer an asset of the Estate.

Date: February 28, 2024

Scott C. Clarkson
United States Bankruptcy Judge