1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Keith C. Owens (SBN 184841)
Nicholas A. Koffroth (SBN 287854)
**FOX ROTHSCHILD LLP**
10250 Constellation Blvd., Suite 900
Los Angeles CA 90067
Telephone:    (310) 598-4150
Facsimile:    (310) 556-9828
kowens@foxrothschild.com
nkoffroth@foxrothschild.com

Counsel For Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| In re:<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br><br>        Debtor. | Chapter 11<br><br>Case No. 8:23-bk-10571-SC<br><br>**STIPULATION TO EXTEND DEADLINE FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO FILE A RESPONSE TO THE CHAPTER 11 TRUSTEE'S MOTION FOR ORDER APPROVING COMPROMISE OF CONTROVERSY AS TO DEFENDANT MAVERICK BANKCARD, INC.**<br><br>Date:    March 13, 2024<br>Time:    11:00 a.m.<br>Judge:   Hon. Scott C. Clarkson<br>         411 West Fourth Street<br>         Santa Ana, CA  92701 |
| --- | --- |

*(vertical sidebar text)* FOX ROTHSCHILD LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
(310) 598-4150
(310) 556-9828 (fax)

1

155722135.1

FOX ROTHSCHILD LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
(310) 598-4150
(310) 556-9828 (fax)

1    The Official Committee of Unsecured Creditors (the "Committee") of The Litigation Practice

2    Group P.C., Richard A. Marshack, in his capacity as the chapter 11 trustee of The Litigation Practice

3    Group P.C. (the "Trustee" and, together with the Committee, the "Parties"), stipulate and agree as

4    follows (the "Stipulation").

5                                   **RECITALS**

6         A.    On March 20, 2023 (the "Petition Date"), The Litigation Practice Group P.C. (the

7    "Debtor"), filed a voluntary petition under chapter 11 of title 11 of the United States Code, 11 U.S.C.

8    §§ 101 *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District

9    of California (the "Court"), commencing the above-captioned bankruptcy case (the "Bankruptcy

10   Case").

11        B.    On May 8, 2023, the Court entered an order [Docket No. 65] approving the

12   appointment of the Trustee.

13        C.    On June 23, 2023, the Office of the United States Trustee appointed [Docket No. 134]

14   the Committee, which was amended [Docket No. 157] to increase the number of Committee members

15   on June 29, 2023.

16        D.    On February 16, 2024, the Trustee filed a *Motion for Order Approving Compromise*

17   *of Controversy Pursuant to Federal Rule of Bankruptcy Procedure 2019 as to Defendant Maverick*

18   *Bankcard, Inc.* [Docket No. 942] ("Motion").

19        E.    As of the date of this Stipulation, the current deadline to file and serve a written

20   opposition to the Motion is February 28, 2024 (the "Objection Deadline").

21        F.    The Parties have agreed that it is in the best interests of the estate to agree to an

22   extension of the Objection Deadline.

23                                   **STIPULATION**

24        NOW, THEREFORE, based on the foregoing, the Parties agree and stipulate as follows:

25        1.    The Parties restate and incorporate the foregoing Recitals set forth above.

26        2.    The Objection Deadline for the Committee to file a written objection to the Motion

27   shall be extended from February 28, 2024, through and including March 7, 2024.

28        3.    The deadline for the Trustee to file a reply to any objection filed by the Committee is

1

155722135.1

1 | extended from March 6, 2024, through and including March 12, 2024.

2 |      4.    Notwithstanding anything to the contrary contained herein, this Stipulation is without

3 | prejudice to further requests for an extension of the deadlines set forth in this Stipulation.

4 |     DATED this 28th day of February 2024.

5 |

6 | **FOX ROTHSCHILD LLP**         **DINSMORE & SHOHL LLP**

7 | By: _/s/ Nicholas A. Koffroth_      By: _____

8 |   Keith C. Owens (Bar No. 184841)    Christopher Celentino (Bar No. 131688)
  Nicholas A. Koffroth (Bar No. 287854)  Christopher B. Ghio (Bar No. 259094)

9 |   Constellation Place           Jeremy B. Freedman (Bar No. 308752)
  10250 Constellation Blvd., Suite 900  655 West Broadway, Suite 800

10 |   Los Angeles, California 90067     San Diego, California 92101
_Counsel for the Committee_      _Special Counsel for Trustee_

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

FOX ROTHSCHILD LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
(310) 598-4150
(310) 556-9828 (fax)

2

155722135.1

1

**PROOF OF SERVICE OF DOCUMENT**

2

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business
address is 10250 Constellation Boulevard, Suite 900, Los Angeles, CA 90067.

3

4

A true and correct copy of the foregoing documents entitled: STIPULATION TO EXTEND DEADLINE
FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO FILE A RESPONSE TO THE
CHAPTER 11 TRUSTEE's MOTION FOR ORDER APPROVING COMPROMISE OF
CONTROVERSY AS TO DEFENDANT MAVERICK BANKCARD, INC.  on the judge in chambers in
the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

5

6

7

**1.     TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant
to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and
hyperlink to the document.  On 2/28/2024, I checked the CM/ECF docket for this bankruptcy case or
adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to
receive NEF transmission at the email addresses stated below:

8

9

10

- **Eric Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com
- **Ronald K Brown**    ron@rkbrownlaw.com

11

- **Christopher Celentino**    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Shawn M Christianson**    cmcintire@buchalter.com, schristianson@buchalter.com

12

- **Randall Baldwin Clark**    rbc@randallbclark.com
- **Leslie A Cohen**    leslie@lesliecohenlaw.com,
jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

13

- **Daniel A Edelman**    dedelman@edcombs.com, courtecl@edcombs.com

14

- **Christopher Ghio**    christopher.ghio@dinsmore.com, Kristina.Heller@Dinsmore.com
- **Jeffrey I Golden**    jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com;go
lden.jeffreyi.b117954@notify.bestcase.com

15

16

- **Richard H Golubow**    rgolubow@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

17

- **D Edward Hays**    ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmend
oza@ecf.courtdrive.com

18

- **Alan Craig Hochheiser**    ahochheiser@mauricewutscher.com,
arodriguez@mauricewutscher.com

19

20

- **Garrick A Hollander**    ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

21

- **Razmig Izakelian**    razmigizakelian@quinnemanuel.com
- **Joon M Khang**    joon@khanglaw.com

22

- **Ira David Kharasch**    ikharasch@pszjlaw.com
- **Nicholas A Koffroth**    nkoffroth@foxrothschild.com, khoang@foxrothschild.com

23

- **David S Kupetz**    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Christopher J Langley**    chris@slclawoffice.com,
omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

24

- **Daniel A Lev**    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

25

- **Michael D Lieberman**    mlieberman@lipsonneilson.com
- **Yosina M Lissebeck**    Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com

26

- **Richard A Marshack (TR)**    pkraus@marshackhays.com,
rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

27

- **Laila Masud**    lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

28

- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **Byron Z Moldo**    bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com

Active\118774763.v1-1/20/21

1    • **Alan I Nahmias**    anahmias@mbn.law, jdale@mbnlawyers.com
     • **Victoria Newmark**    vnewmark@pszjlaw.com
2    • **Queenie K Ng**    queenie.k.ng@usdoj.gov
     • **Teri T Pham**    tpham@epglawyers.com, ttpassistant@epglawyers.com
3    • **Douglas A Plazak**    dplazak@rhlaw.com
     • **Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
4    • **Gregory M Salvato**    gsalvato@salvatoboufadel.com,
       calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
5    • **Olivia Scott**    olivia.scott3@bclplaw.com
     • **Jonathan Serrano**    jonathan.serrano@dinsmore.com
6    • **Paul R Shankman**    PShankman@fortislaw.com, info@fortislaw.com
7    • **Leslie Skorheim**    leslie.skorheim@usdoj.gov
     • **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
8    • **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
     • **Sharon Z. Weiss**    sharon.weiss@bclplaw.com,
9      raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
     • **Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com;eweiman@wrslawyers.com

10

11   **2.    SERVED BY UNITED STATES MAIL**:  On 2/28/2024, I served the following persons and/or
     entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and
     correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed
12   as follows.

13   Debtor
     The Litigation Practice Group P.C.
14   17542 17th St., Suite 100
     Tustin, CA 92780
15
                         **See attached for additional parties**
16

17   **3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION
     OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling
18   LBR, on 2/28/2024, I served the following persons and/or entities by personal delivery,  mail service, or (for
     those who consented in writing to such service method), by facsimile transmission and/or email as follows.
19   Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will
     be completed no later than 24 hours after the document is filed.
20
     The Honorable Scott C. Clarkson
21   United States Bankruptcy Court, Central District of California
     411 West Fourth Street, Suite 5130 / Courtroom 5C
22   Santa Ana, CA 92701-4593

23

24
     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
25

     2/28/2024            Kimberly Hoang                    */s/ Kimberly Hoang*
26    *Date*               *Printed Name*                      *Signature*

27

28

1

2

**Additional Parties Served by U.S. Mail**

3

**Creditors who have the 20 largest unsecured claims**

4

Debt Validation Fund II, LLC
5075 Lower Valley Road,

5

Atglen, PA 19310

6

MC DVI Fund 1, LLC; MC
DVI Fund 2, LLC

7

598 Cottonwood Dr.,
Glenview, IL 60026

8

Validation Partners LLC

9

1300 Sawgrass Pkwy, Ste. 110
Sunrise, FL 33323

10

Marich Bein LLC

11

99 Wall Street, Ste 2669
New York, NY 10005

12

Business Centers of America

13

1100 Sir Francis Drake Blvd,
Ste 1, Kentfield, CA 94904

14

JP Morgan Chase

15

3 Park Plaza, Ste 900
Irvine, CA 92614

16

CA Franchise Tax Board

17

PO Box 942857
Sacramento, CA 94257-0511

18

Outsource Accelerator Ltd

19

City Marque Limited
Unit 8801-2 Bldg. 244-248

20

Des Voeux Rd.
Central Hong Kong

21

Collaboration Advisors

22

400 Dorla Court
Zephyr Cove, NV 89448

23

Anthem Blue Cross

24

PO Box 511300
Los Angeles, CA 90051-7855

25

Azevedo Solutions Groups, Inc.

26

420 Adobe Canyon Rd.
Kenwood, CA 95452

27

Debt Pay Pro

28

1900 E Golf Road, Suite 550
Schaumburg, IL 60173

1

2  Sharp Business Systems
   8670 Argent St
3  Santee, CA 92071

4  Tustin Executive Center
   1630 S Sunkist Steet, Ste A
5  Anaheim, CA 92806

6  Exela Enterprise Solutions
   2701 E. Grauwyler Road
7  Irving, TX 75061

8  Netsuite-Oracle
   2300 Oracle Way
9  Austin, TX 78741

10  Credit Reporting Service Inc
    548 Market St, Suite 72907
11  San Francisco, CA 94104-5401

12  Document Fulfillment Services
    2930 Ramona Ave #100
13  Sacramento, CA 95826

14  Executive Center LLC
    5960 South Jones Blvd
15  Las Vegas, NV 89118

16  LexisNexus
    15500 B Rockfield Blvd
17  Irvine, CA 92618

18

    **Secured Creditors**
19
    Diverse Capital LLC
20  323 Sunny Isles Blvd., Suite 503
    Sunny Isles, FL 33154
21
    City Capital NY
22  1135 Kane Concourse
    Bay Harbour Islands, FL 33154
23
    Counsel for secured creditor Fundura Capital Group
24  Mitchell B. Ludwig
    Knapp, Petersen & Clarke
25  550 North Brand Blvd., Suite 1500
    Glendale, CA  91203
26

27

28