Keith C. Owens (SBN 184841)
Nicholas A. Koffroth (SBN 287854)
**FOX ROTHSCHILD LLP**
10250 Constellation Blvd., Suite 900
Los Angeles CA 90067
Telephone:  (310) 598-4150
Facsimile:  (310) 556-9828
kowens@foxrothschild.com
nkoffroth@foxrothschild.com

Counsel For Official Committee of Unsecured Creditors



**FILED & ENTERED**

**FEB 29 2024**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| THE LITIGATION PRACTICE GROUP, P.C., | Case No. 8:23-bk-10571-SC |
| Debtor. | **ORDER APPROVING STIPULATION TO EXTEND DEADLINE FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO FILE A RESPONSE TO THE CHAPTER 11 TRUSTEE'S MOTION FOR ORDER APPROVING COMPROMISE OF CONTROVERSY AS TO DEFENDANT MAVERICK BANKCARD, INC.** |

1

155722946.1

The Court, having considered the *Stipulation To Extend Deadline For Official Committee Of Unsecured Creditors To File A Response To The Chapter 11 Trustee's Motion For Order Approving Compromise Of Controversy As To Defendant Maverick Bankcard, Inc*. [Docket No. 974] (the "Stipulation[1]") by and between the Official Committee of Unsecured Creditors (the "Committee") of The Litigation Practice Group P.C., and Richard A. Marshack, in his capacity as the chapter 11 trustee of The Litigation Practice Group P.C., and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is APPROVED in its entirety.

2. The Objection Deadline for the Committee to file a written response to the Motion shall be extended from February 28, 2024, through and including March 7, 2024, 11:00 a.m.

3. The deadline for the Trustee to file a reply to any objection filed by the Committee is extended from March 6, 2024, through and including March 12, 2024, at 11:00 a.m.

# # #

Date: February 29, 2024

Scott C. Clarkson
United States Bankruptcy Judge

---

[1] Unless otherwise defined herein, all capitalized terms have the definitions set forth in the Stipulation.

1

155722946.1