United States Bankruptcy Court

Central District of California

In re:                                                                                    Case No. 23-10571-SC

The Litigation Practice Group P.C.                                                        Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8                         User: admin                              Page 1 of 1

Date Rcvd: Feb 28, 2024                      Form ID: pdf042                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2024:**

**Recip ID**        **Recipient Name and Address**
db                #+  The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2024                    Signature:     /s/Gustava Winters

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nancy Rapoport<br>William S. Boyd School of Law<br>University of Nevada, Las Vegas<br>4505 S. Maryland Parkway<br>Box 451003<br>Las Vegas, Nevada 89154-1003<br>nancy.rapoport@unlv.edu<br><br>Court Appointed Ethics Compliance Monitor<br><br>☐ *Attorney for*: | **FILED & ENTERED**<br><br>**FEB 28 2024**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY bolte    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*SANTA ANA* DIVISION**

| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: 11 |
|---|---|
| | **ORDER ON APPLICATION**<br>**FOR PAYMENT OF:**<br>  ☒ **INTERIM FEES AND/OR EXPENSES**<br>      **(11 U.S.C. § 331)**<br>  ☐ **FINAL FEES AND/OR EXPENSES**<br>      **(11 U.S.C. § 330)** |
| | DATE: February 27, 2024<br>TIME: 10:00 a.m.<br>COURTROOM: 5C<br>PLACE: 411 West Fourth Street<br>Santa Ana, CA 92701-4593 |

1. Name of Applicant (*specify*): Nancy Rapoport

2. This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3. Appearances were made as follows:

    a.  ☐  Applicant present in court
    b.  ☐  Attorney for Applicant present in court (name):
    c.  ☐  Attorney for United States trustee present in court
    d.  ☐  Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): <u>02/6/2024</u>

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 1                          **F 2016-1.3.ORDER.PAYMENT.FEES**

5.  The court orders as follows:

    a.  ☒  Application for Payment of Interim Fees is approved as follows:

        (1)  ☒  Total amount allowed:  $ <u>37,533.75</u>

        (2)  ☒  Amount or percentage authorized for payment at this time: <u>37,533.75</u>

    b.  ☐  Application for Reimbursement of Interim Expenses is approved and authorized for payment:

        ☐  Total amount allowed: $ <u>2,584.20</u>

    c.  ☐  Application for Payment of Final Fees is approved in the amount of: $ _____

    d.  ☐  Application for Reimbursement of Final Expenses is approved and authorized for payment:

        ☐  Total amount allowed: $ _____

    e.  (1)  ☐  Application is denied

            ☐  in full

            ☐  in part

            ☐  without prejudice

            ☐  with prejudice

       (2)  Grounds for denial *(specify):*

    f.  ☐  The court further orders *(specify):*

###

Date: February 28, 2024

Scott C. Clarkson
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.