United States Bankruptcy Court

Central District of California

In re:  
The Litigation Practice Group P.C.  
    Debtor

Case No. 23-10571-SC  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 7  
Date Rcvd: Feb 29, 2024      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 29, 2024 at the address(es) listed below:

**Name**      **Email Address**

Aaron E. DE Leest  
     on behalf of Interested Party Courtesy NEF adeleest@DanningGill.com danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Adam D Stein-Sapir  
     on behalf of Creditor Pioneer Funding Group LLC info@pfllc.com

Alan Craig Hochheiser  
     on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com arodriguez@mauricewutscher.com

Alan I Nahmias  
     on behalf of Interested Party Courtesy NEF anahmias@mbn.law jdale@mbn.law

Amy Lynn Ginsburg  
     on behalf of Creditor Shannon Bellfield efilings@ginsburglawgroup.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 7 |
| Date Rcvd: Feb 29, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Amy Lynn Ginsburg
    on behalf of Creditor Kenton Cobb efilings@ginsburglawgroup.com

Amy Lynn Ginsburg
    on behalf of Creditor Amy Ginsburg efilings@ginsburglawgroup.com

Andrew Still
    on behalf of Creditor Alteryx Inc. astill@swlaw.com, kcollins@swlaw.com

Andrew Still
    on behalf of Interested Party Courtesy NEF astill@swlaw.com kcollins@swlaw.com

Anthony Paul Diehl
    on behalf of Interested Party Courtesy NEF anthony@apdlaw.net Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net

Bradford Barnhardt
    on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt
    on behalf of Trustee Richard A Marshack (TR) bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Brian L Holman
    on behalf of Creditor Sharp Electronics Corporation b.holman@musickpeeler.com

Britteny Leyva
    on behalf of Interested Party Revolv3 Inc. bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com

Byron Z Moldo
    on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com amatsuoka@ecjlaw.com,dperez@ecjlaw.com

Christopher Celentino
    on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Celentino
    on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Ghio
    on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com

Christopher Ghio
    on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com

Christopher J Langley
    on behalf of Interested Party Courtesy NEF chris@slclawoffice.com langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com

D Edward Hays
    on behalf of Creditor Committee Committee of Unsecured Creditors ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Interested Party Courtesy NEF ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Daniel A Edelman
    on behalf of Creditor Carolyn Beech dedelman@edcombs.com courtecl@edcombs.com

Daniel A Lev
    on behalf of Defendant Consumer Legal Group PC daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
    on behalf of Defendant LGS Holdco LLC daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
    on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
    on behalf of Interested Party Liberty Acquisitions Group Inc. daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
    on behalf of Interested Party Consumer Legal Group P.C. daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel H Reiss
    on behalf of Defendant Eng Taing dhr@lnbyg.com dhr@ecf.inforuptcy.com

Daniel H Reiss
    on behalf of Defendant Touzi Capital  LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel S March
    on behalf of Defendant Daniel S. March marchlawoffice@gmail.com marchdr94019@notify.bestcase.com

David M Goodrich
    on behalf of Creditor United Partnerships  LLC dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
    on behalf of Interested Party Courtesy NEF dgoodrich@go2.law
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David S Kupetz
    on behalf of Defendant Marich Bein  LLC David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

David S Kupetz
    on behalf of Interested Party Courtesy NEF David.Kupetz@lockelord.com mylene.ruiz@lockelord.com

Douglas A Plazak
    on behalf of Defendant Scott James Eadie dplazak@rhlaw.com

Eric Bensamochan
    on behalf of Interested Party Courtesy NEF eric@eblawfirm.us  G63723@notify.cincompass.com

Eric Bensamochan
    on behalf of Creditor Affirma  LLC eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan
    on behalf of Creditor Oxford Knox  LLC eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan
    on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us  G63723@notify.cincompass.com

Eric Gassman
    on behalf of Creditor Herret Credit erg@gassmanlawgroup.com gassman.ericb112993@notify.bestcase.com

Eric D Goldberg
    on behalf of Defendant Stripe  Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Garrick A Hollander
    on behalf of Creditor Debt Validation Fund II  LLC ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
    on behalf of Creditor MC DVI Fund 1  LLC ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
    on behalf of Creditor MC DVI Fund 2  LLC ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Glenn D. Moses
    on behalf of Creditor ADP  Inc gmoses@venable.com,
cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com

Gregory M Salvato
    on behalf of Creditor Mari Agape gsalvato@salvatoboufadel.com
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
    on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Howard Steinberg
    on behalf of Defendant BankUnited  N.A. steinbergh@gtlaw.com,
pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Ira David Kharasch
    on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com

Israel Orozco
    on behalf of Creditor Israel Orozco israel@iolawcorp.com

Jacob Newsum-Bothamley
    on behalf of Plaintiff Richard A. Marshack jacob.bothamley@dinsmore.com

Case 8:23-bk-10571-SC    Doc 981    Filed 03/02/24    Entered 03/02/24 21:22:42    Desc
Imaged Certificate of Notice    Page 4 of 9

| District/off: 0973-8 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Feb 29, 2024 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | angelica.urena@dinsmore.com;deamira.romo@dinsmore.com |
| Jamie D Mottola | on behalf of Plaintiff Richard A. Marshack Chapter 11 Trustee Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com |
| Jeffrey I Golden | on behalf of Creditor Affirma LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden | on behalf of Creditor Anaheim Ducks Hockey Club LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden | on behalf of Creditor Oxford Knox LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden | on behalf of Creditor Anaheim Arena Management LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden | on behalf of Interested Party Courtesy NEF jgolden@go2.law kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jenny L Doling | on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net |
| Jenny L Doling | on behalf of Interested Party National Consumer Bankruptcy Rights Center jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net |
| Jenny L Doling | on behalf of Interested Party INTERESTED PARTY jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net |
| Jeremy Freedman | on behalf of Trustee Richard A Marshack (TR) jeremy.freedman@dinsmore.com nicolette.murphy@dinsmore.com |
| Jeremy Freedman | on behalf of Plaintiff Richard A. Marshack jeremy.freedman@dinsmore.com nicolette.murphy@dinsmore.com |
| Johnny White | on behalf of Creditor Debt Relief Group LLC JWhite@wrslawyers.com, jlee@wrslawyers.com |
| Johnny White | on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com jlee@wrslawyers.com |
| Jonathan Serrano | on behalf of Trustee Richard A Marshack (TR) jonathan.serrano@dinsmore.com |
| Jonathan Serrano | on behalf of Plaintiff Richard A. Marshack jonathan.serrano@dinsmore.com |
| Joon M Khang | on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com |
| Joon M Khang | on behalf of Attorney Khang & Khang LLP joon@khanglaw.com |
| Kathleen P March | on behalf of Defendant Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | on behalf of Creditor Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | on behalf of Creditor Phuong (Jayde) Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | on behalf of Defendant Jayde Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | on behalf of Defendant Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | on behalf of Creditor Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 5 of 7 |
| Date Rcvd: Feb 29, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Keith C Owens
    on behalf of Creditor Committee Committee of Unsecured Creditors kowens@foxrothschild.com  khoang@foxrothschild.com

Kenneth Misken
    on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

Kevin Alan Rogers
    on behalf of Creditor Wells Marble and Hurst  PLLC krogers@wellsmar.com

Laila Masud
    on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com
    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud
    on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com
    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud
    on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com
    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud
    on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com
    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Leslie Skorheim
    on behalf of U.S. Trustee United States Trustee (SA) leslie.skorheim@usdoj.gov

Leslie A Cohen
    on behalf of Defendant Lisa Cohen leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Leslie A Cohen
    on behalf of Defendant Rosa Bianca Loli leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Leslie A Cohen
    on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Lisa Patel
    on behalf of Defendant OptimumBank Holdings  Inc. lpatel@lesnickprince.com,
    jmack@lesnickprince.com;jnavarro@lesnickprince.com

Marc A Lieberman
    on behalf of Defendant JGW Solutions  LLC marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com

Marc A Lieberman
    on behalf of Interested Party Courtesy NEF marc.lieberman@flpllp.com  safa.saleem@flpllp.com,addy@flpllp.com

Marc C Forsythe
    on behalf of Defendant Clear Vision Financial LLC mcforsythe@goeforlaw.com
    mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com

Marc C Forsythe
    on behalf of Defendant Point Break Holdings LLC mcforsythe@goeforlaw.com
    mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com

Marc C Forsythe
    on behalf of Defendant Perfect Financial  LLC mcforsythe@goeforlaw.com,
    mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com

Mark J Markus
    on behalf of Creditor David Orr bklawr@bklaw.com  markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com

Matthew A Lesnick
    on behalf of Defendant OptimumBank Holdings  Inc. matt@lesnickprince.com,
    matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Maureen J Shanahan
    on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Mstotaro@aol.com

Meredith Fahn
    on behalf of Creditor Meredith Fahn fahn@sbcglobal.net

Meredith King
    on behalf of Interested Party Courtesy NEF mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Meredith King
    on behalf of Defendant Gallant Law Group mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Michael D Lieberman
    on behalf of Creditor Phillip A. Greenblatt  PLLC mlieberman@lipsonneilson.com

Michael R Pinkston
    on behalf of Creditor Wells Marble and Hurst  PLLC rpinkston@seyfarth.com,

Case 8:23-bk-10571-SC    Doc 981    Filed 03/02/24    Entered 03/02/24 21:22:42    Desc
Imaged Certificate of Notice    Page 6 of 9

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 6 of 7 |
| Date Rcvd: Feb 29, 2024 | Form ID: pdf042 | Total Noticed: 1 |

jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com

Michael R Totaro
on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Ocbkatty@aol.com

Michael R Totaro
on behalf of Interested Party Randall Baldwin Clark Ocbkatty@aol.com

Mitchell B Ludwig
on behalf of Defendant Bridge Funding Cap LLC mbl@kpclegal.com, kad@kpclegal.com

Mitchell B Ludwig
on behalf of Creditor Fundura Capital Group mbl@kpclegal.com kad@kpclegal.com

Nicholas A Koffroth
on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com khoang@foxrothschild.com

Olivia Scott
on behalf of Creditor Azzure Capital LLC olivia.scott3@bclplaw.com

Olivia Scott
on behalf of Creditor Hi Bar Capital LLC olivia.scott3@bclplaw.com

Paul R Shankman
on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com info@fortislaw.com

Paul R Shankman
on behalf of Creditor United Partnerships LLC PShankman@fortislaw.com, info@fortislaw.com

Peter L Isola
on behalf of Interested Party Merchants Credit Corporation pisola@hinshawlaw.com

Peter W Bowie
on behalf of Trustee Richard A Marshack (TR) peter.bowie@dinsmore.com caron.burke@dinsmore.com

Queenie K Ng
on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Randall Baldwin Clark
on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com

Razmig Izakelian
on behalf of Plaintiff OHP-CDR LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
on behalf of Counter-Defendant PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian
on behalf of Plaintiff PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian
on behalf of Counter-Defendant OHP-CDR LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
on behalf of Creditor OHP-CDR LP razmigizakelian@quinnemanuel.com

Reina Zepeda
on behalf of Other Professional Omni Agent Solutions rzepeda@omniagnt.com

Richard A Marshack (TR)
pkraus@marshackhays.com rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Richard H Golubow
on behalf of Creditor Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
on behalf of Creditor MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
on behalf of Creditor MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard L. Hyde
on behalf of Interested Party Courtesy NEF richard@amintalati.com

Ronald K Brown
on behalf of Creditor SDCO Tustin Executive Center Inc. ron@rkbrownlaw.com

Ronald N Richards
on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com

| Name | Description |
|---|---|
| Ronald N Richards | on behalf of Defendant Consumer Legal Group PC ron@ronaldrichards.com, 7206828420@filings.docketbird.com |
| Sarah S. Mattingly | on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com |
| Sarah S. Mattingly | on behalf of Plaintiff Richard A. Marshack Chapter 11 Trustee sarah.mattingly@dinsmore.com |
| Sharon Z. Weiss | on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com |
| Sharon Z. Weiss | on behalf of Defendant Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com |
| Sharon Z. Weiss | on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com |
| Shawn M Christianson | on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com schristianson@buchalter.com |
| Sweeney Kelly | on behalf of Defendant Fidelity National Information Services Inc. kelly@ksgklaw.com |
| Sweeney Kelly | on behalf of Defendant Worldpay Group kelly@ksgklaw.com |
| Sweeney Kelly | on behalf of Defendant Fidelity National Information Services Inc. dba FIS kelly@ksgklaw.com |
| Sweeney Kelly | on behalf of Defendant Worldpay LLC kelly@ksgklaw.com |
| Tyler Powell | on behalf of Plaintiff Richard A. Marshack tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;rosetta.mitchell@dinsmore.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Vanessa Rodriguez | on behalf of Plaintiff Richard A. Marshack vanessa.rodriguez@dinsmore.com angelica.urena@dinsmore.com |
| Victoria Newmark | on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com |
| William McCormick | on behalf of Creditor TN Dept of Revenue Bill.McCormick@ag.tn.gov |
| William J Wall | on behalf of Witness Bradford Lee wwall@wall-law.com |
| William P Fennell | on behalf of Creditor Validation Partners LLC william.fennell@fennelllaw.com luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com |
| Yosina M Lissebeck | on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com |
| Yosina M Lissebeck | on behalf of Defendant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com |
| Yosina M Lissebeck | on behalf of Trustee Richard A Marshack (TR) Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com |
| Yosina M Lissebeck | on behalf of Counter-Claimant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com |
| Zev Shechtman | on behalf of Interested Party Danning Gill Israel & Krasnoff LLP zs@DanningGill.com danninggill@gmail.com;zshechtman@ecf.inforuptcy.com |
| Zev Shechtman | on behalf of Interested Party Morning Law Group P.C. zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com |

TOTAL: 152

Keith C. Owens (SBN 184841)
Nicholas A. Koffroth (SBN 287854)
**FOX ROTHSCHILD LLP**
10250 Constellation Blvd., Suite 900
Los Angeles CA 90067
Telephone:     (310) 598-4150
Facsimile:     (310) 556-9828
kowens@foxrothschild.com
nkoffroth@foxrothschild.com

Counsel For Official Committee of Unsecured Creditors

**FILED & ENTERED**

FEB 29 2024

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY bolte         DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 8:23-bk-10571-SC<br><br>**ORDER APPROVING STIPULATION TO EXTEND DEADLINE FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO FILE A RESPONSE TO THE CHAPTER 11 TRUSTEE'S MOTION FOR ORDER APPROVING COMPROMISE OF CONTROVERSY AS TO DEFENDANT MAVERICK BANKCARD, INC.** |

1

155722946.1

The Court, having considered the *Stipulation To Extend Deadline For Official Committee Of Unsecured Creditors To File A Response To The Chapter 11 Trustee's Motion For Order Approving Compromise Of Controversy As To Defendant Maverick Bankcard, Inc*. [Docket No. 974] (the "Stipulation[1]") by and between the Official Committee of Unsecured Creditors (the "Committee") of The Litigation Practice Group P.C., and Richard A. Marshack, in his capacity as the chapter 11 trustee of The Litigation Practice Group P.C., and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is APPROVED in its entirety.

2. The Objection Deadline for the Committee to file a written response to the Motion shall be extended from February 28, 2024, through and including March 7, 2024, 11:00 a.m.

3. The deadline for the Trustee to file a reply to any objection filed by the Committee is extended from March 6, 2024, through and including March 12, 2024, at 11:00 a.m.

# # #

Date: February 29, 2024

Scott C. Clarkson
United States Bankruptcy Judge

---

[1] Unless otherwise defined herein, all capitalized terms have the definitions set forth in the Stipulation.

1

155722946.1