PETER L. ISOLA (CSB 144146)
pisola@hinshawlaw.com
HINSHAW & CULBERTSON LLP
50 California Street, Suite 2900
San Francisco, CA 94111
Telephone:    415-362-6000
Facsimile:    415-834-9070

Attorneys for Movant
MERCHANTS CREDIT CORPORATION

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**THIRD STIPULATION BETWEEN MERCHANTS CREDIT CORPORATION AND TRUSTEE TO CONTINUE HEARING ON MERCHANTS' MOTION FOR RELIEF FROM STAY**<br><br>Current Hearing Date: March 13, 2024<br>Continued Hearing Date:  April 24, 2024<br>Time:   1:30 p.m.<br>Place:  Courtroom 5C<br>            411 West Fourth Street<br>            Santa Ana, CA 92701 |

Moving party Merchants Credit Corporation ("Movant") and Richard A. Marshack, in his capacity as the chapter 11 trustee of The Litigation Practice Group P.C. (the "Trustee" and, together with Movant, the "Parties"), stipulate and agree as follows (the "Stipulation").

### RECITALS

A.    On March 20, 2023 (the "Petition Date"), The Litigation Practice Group P.C. (the "Debtor"), filed a voluntary petition under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California (the "Court"), commencing the above-captioned bankruptcy case (the "Bankruptcy Case").

1    B.    On May 8, 2023, the Court entered an order [Docket No. 65] approving the appointment

2 of the Trustee.

3    C.    On December 15, 2023, Movant filed its Motion for Relief from Stay to allow separate

4 action to proceed in non-bankruptcy forum, i.e., the Washington state court of appeals ["Motion";

5 Docket No. 767], with hearing noticed for 1/17/2024 at 01:30 PM in this Court.

6    D.    On January 3, 2024, Trustee filed papers in Opposition to the Motion at Docket Nos.

7 809-810.

8    E.    On January 8, 2024, Movant and Trustee commenced discussions of a possible

9 resolution of issues raised by the Motion. To allow the Parties time to discuss and possibly complete

10 negotiations for a resolution of issues raised by the Motion, the Parties filed a Stipulation on 1/10/2024

11 [Dkt. No. 827] affirming that it was in their respective best interests to agree to a continuance of the

12 January 17, 2024 hearing date on the Motion, which Stipulation was approved by the Court on

13 1/11/2024 [Dkt. No. 840]. Subsequently, the Parties filed a Stipulation on 1/29/2024 [Dkt. No. 899]

14 affirming that it was in their respective best interests to agree to a continuance of the February 7, 2024

15 hearing date on the Motion, which Stipulation was approved by the Court on 1/30/2024 [Dkt. No.

16 900].

17    F.    Movant and Trustee continue to discuss a possible resolution of issues raised by the

18 Motion. To allow the Parties further time to discuss and possibly complete negotiations for a resolution

19 of issues raised by the Motion, the Parties agree that it is in their respective best interests to agree to a

20 continuance of the March 13, 2024 hearing date on the Motion to April 24, 2024 (or to such other later

21 date that is convenient for the Court).

22                              **STIPULATION**

23    NOW, THEREFORE, based on the foregoing, the Parties agree and stipulate as follows:

24    1.    The Parties restate and incorporate the foregoing Recitals set forth above.

25    2.    The hearing date on the pending Motion shall be continued from 1:30 PM on

26 Wednesday March 13, 2024 to Wednesday April 24, 2024 (or to such other date and time that is

27 convenient for the Court).

28    3.    Movant's reply in support of the Motion is and shall be due based on the new hearing

STIPULATION TO CONTINUE HEARING ON MOTION
Case No. 8:23-bk-10571-SC
1065766\320411881.v1

1  date to be set by the Court.

2       4.      Notwithstanding anything to the contrary contained herein, this Stipulation is without

3  prejudice to further requests for an extension of the deadlines set forth in this Stipulation.

4       DATED this 5th day of March 2024.

5  **DINSMORE & SHOHL LLP**                    **HINSHAW & CULBERTSON LLP**

6

7  By: _____         By: _____
   Tyler Powell (Ky. Bar No. 90520)         Peter L. Isola (CSB 144146)
   Admitted pro hac vice                    50 California Street, Suite 2900
8  100 West Main Street, Suite 900          San Francisco, California 94111
   Lexington, Kentucky 40507                Counsel for Moving Party Merchants Credit
9  Special Counsel for Trustee              Corporation

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE HEARING ON MOTION
Case No. 8:23-bk-10571-SC
1065766\320411881.v1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

HINSHAW & CULBERTSON LLP
350 S. Grand Avenue, Suite 3600
Los Angeles, California  90071

A true and correct copy of the foregoing document entitled (*specify*): **THIRD STIPULATION BETWEEN MERCHANTS CREDIT CORPORATION AND TRUSTEE TO CONTINUE HEARING ON MERCHANTS' MOTIONFOR RELIEF FROM STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing  document will be served by the court  via NEF and hyperlink to the document. On March 5, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Christopher B. Ghio<br>Yosina M. Lissebeck<br>Special Counsel to Richard A.Marshack, Chapter 11 Trustee | christopher.ghio@dinsmore.com<br>yosina.lissebeck@dinsmorecom |
| Tyler Powell<br>Special Counsel to Richard A.Marshack, Chapter 11 Trustee | tyler.powell@dinsmore.com |

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 5, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY - VIA UPS**
Honorable Scott C. Clarkson
United States Bankruptcy Court, Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 5, 2024 | Robin Mojica | /s/Robin Mojica |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

| | |
|---|---|
| Eric Bensamochan<br>on behalf of Creditor Oxford Knox, LLC | eric@eblawfirm.us<br>G63723@notify.cincompass.com |
| Eric Bensamochan<br>on behalf of Interested Party Courtesy NEF | eric@eblawfirm.us<br>G63723@notify.cincompass.com |
| Eric Bensamochan<br>on behalf of Interested Party Eric Bensamochan | eric@eblawfirm.us<br>G63723@notify.cincompass.com |
| Peter W Bowie<br>on behalf of Trustee Richard A Marshack (TR) | peter.bowie@dinsmore.com<br>caron.burke@dinsmore.com |
| Ronald K Brown<br>on behalf of Creditor SDCO Tustin Executive Center, Inc. | ron@rkbrownlaw.com |
| Christopher Celentino<br>on behalf of Plaintiff Richard A. Marshack | christopher.celentino@dinsmore.com<br>caron.burke@dinsmore.com |
| Christopher Celentino<br>on behalf of Trustee Richard A Marshack (TR) | christopher.celentino@dinsmore.com<br>caron.burke@dinsmore.com |
| Shawn M Christianson<br>on behalf of Interested Party Courtesy NEF | cmcintire@buchalter.com<br>schristianson@buchalter.com |
| Randall Baldwin Clark<br>on behalf of Interested Party Randall Baldwin Clark | rbc@randallbclark.com |
| Leslie A Cohen<br>on behalf of Defendant Lisa Cohen | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Leslie A Cohen<br>on behalf of Defendant Rosa Bianca Loli | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Leslie A Cohen<br>on behalf of Interested Party Courtesy NEF | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br>clare@lesliecohenlaw.com |
| Aaron E. De Leest<br>on behalf of Interested Party Courtesy NEF | adeleest@danninggill.com<br>danninggill@gmail.com<br>adeleest@ecf.inforuptcy.com |
| Michael T Delaney<br><br>on behalf of Defendant Fidelity National Information Services, Inc. dba FIS | mdelaney@bakerlaw.com<br>TBreeden@bakerlaw.com |
| Jenny L Doling<br>on behalf of Interested Party INTERESTED PARTY | jd@jdl.law<br>dolingjr92080@notify.bestcase.com<br>15994@notices.nextchapterbk.com<br>jdoling@jubileebk.net |
| Jenny L Doling<br>on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys | jd@jdl.law<br>dolingjr92080@notify.bestcase.com<br>15994@notices.nextchapterbk.com<br>jdoling@jubileebk.net |
| Jenny L Doling<br>on behalf of Interested Party National Consumer Bankruptcy Rights Center | jd@jdl.law<br>dolingjr92080@notify.bestcase.com<br>15994@notices.nextchapterbk.com<br>jdoling@jubileebk.net |
| Daniel A Edelman<br>on behalf of Creditor Carolyn Beech | dedelman@edcombs.com<br>courtecl@edcombs.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012          Page 2          F 9013-3.1.PROOF.SERVICE

| | |
|---|---|
| William P Fennell<br>on behalf of Creditor Validation Partners LLC | william.fennell@fennelllaw.com<br>luralene.schultz@fennelllaw.com<br>wpf@ecf.courtdrive.com<br>hala.hammi@fennelllaw.com<br>naomi.cwalinski@fennelllaw.com<br>samantha.larimer@fennelllaw.com |
| Eric Gassman<br>on behalf of Creditor Herret Credit | erg@gassmanlawgroup.com<br>gasman.ericb112993@notifybestcase.com |
| Christopher Ghio<br>on behalf of Plaintiff Richard A. Marshack | christopher.ghio@dinsmore.com<br>nicolette.murphy@dinsmore.com<br>angelica.urena@dinsmore.com<br>deamira.romo@dinsmore.com |
| Christopher Ghio<br>on behalf of Trustee Richard A. Marshack (TR) | christopher.ghio@dinsmore.com<br>nicolette.murphy@dinsmore.com<br>karina.reyes@dinsmore.com<br>deamira.romo@dinsmore.com |
| Amy Lynn Ginsburg<br>on behalf of Creditor Amy Ginsbug | efilings@ginsburglawgroup.com |
| Amy Lynn Ginsburg<br>on behalf of Creditor Kenton Cobb | efilings@ginsburglawgroup.com |
| Amy Lynn Ginsburg<br>on behalf of Creditor Shannon Bellfield | efilings@ginsburglawgroup.com |
| Eric D. Goldberg<br>on behalf of Defendant Stripe, Inc. | eric.goldberg@dlapiper.com<br>eric-goldberg-1103@ecf.pacerpro.com |
| Jeffrey I Golden<br>on behalf of Creditor Affirma, LLC | jgolden@go2.law<br>kadele@ecf.courtdrive.com<br>cbmeeker@gmail.com<br>lbracken@wgllp.com<br>dfitzgerald@go2.law<br>golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden<br>on behalf of Creditor Anaheim Arena Management, LLC | jgolden@go2.law<br>kadele@ecf.courtdrive.com<br>cbmeeker@gmail.com<br>lbracken@wgllp.com<br>dfitzgerald@go2.law<br>golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden<br>on behalf of Creditor Anaheim Ducks Hockey Club, LLC | jgolden@go2.law<br>kadele@ecf.courtdrive.com<br>cbmeeker@gmail.com<br>lbracken@wgllp.com<br>dfitzgerald@go2.law<br>golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden<br>on behalf of Creditor Oxford Knox, LLC | jgolden@go2.law<br>kadele@ecf.courtdrive.com<br>cbmeeker@gmail.com<br>lbracken@wgllp.com<br>dfitzgerald@go2.law<br>golden.jeffreyi.b117954@notify.bestcase.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                    Page 3                    **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| Jeffrey I Golden<br>on behalf of Interested Party Courtesy NEF | jgolden@go2.law<br>kadele@ecf.courtdrive.com<br>cbmeeker@gmail.com<br>lbracken@wgllp.com<br>dfitzgerald@go2.law<br>golden.jeffreyi.b117954@notify.bestcase.com |
| Richard H Golubow<br>on behalf of Creditor Debt Validation Fund II, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Richard H Golubow<br>on behalf of Creditor MC DVI Fund 1, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Richard H Golubow<br>on behalf of Creditor MC DVI Fund 2, LLC | rgolubow@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| David M Goodrich<br>on behalf of Creditor United Partnerships, LLC | dgoodrich@go2.law<br>kadele@go2.law<br>dfitzgerald@go2.law<br>wggllp@ecf.courtdrive.com |
| David M Goodrich<br>on behalf of Interested Party Courtesy NEF | dgoodrich@go2.law<br>kadele@go2.law<br>dfitzgerald@go2.law<br>wggllp@ecf.courtdrive.com |
| D Edward Hays<br><br>on behalf of Creditor Committee Committee of Unsecured Creditors | ehays@marshackhays.com<br>ehays@ecf.courtdrive.com<br>kfrederick@ecf.courtdrive.com<br>cmendoza@marshackhays.com<br>cmendoza@ecf.courtdrive.com |
| D Edward Hays<br>on behalf of Interested Party Courtesy NEF | ehays@marshackhays.com<br>ehays@ecf.courtdrive.com<br>kfrederick@ecf.courtdrive.com<br>cmendoza@marshackhays.com<br>cmendoza@ecf.courtdrive.com |
| D Edward Hays<br>on behalf of Interested Party Courtesy NEF | ehays@marshackhays.com<br>ehays@ecf.courtdrive.com<br>kfrederick@ecf.courtdrive.com<br>cmendoza@marshackhays.com<br>cmendoza@ecf.courtdrive.com |
| D Edward Hays<br>on behalf of Trustee Richard A Marshack (TR) | ehays@marshackhays.com<br>ehays@ecf.courtdrive.com<br>kfrederick@ecf.courtdrive.com<br>cmendoza@marshackhays.com<br>cmendoza@ecf.courtdrive.com |
| Alan Craig Hochheiser<br>on behalf of Creditor City Capital NY | ahochheiser@mauricewutscher.com<br>arodriguez@mauricewutscher.com |
| Garrick A Hollander<br>on behalf of Creditor Debt Validation Fund II, LLC | ghollander@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Garrick A Hollander<br>on behalf of Creditor MC DVI Fund 1, LLC | ghollander@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| Garrick A Hollander<br>on behalf of Creditor MC DVI Fund 2, LLC | ghollander@wghlawyers.com<br>jmartinez@wghlawyers.com<br>svillegas@wghlawyers.com |
| Brian L Holman<br>on behalf of Creditor Sharp Electronics Corporation | b.holman@musickpeeler.com |
| Richard L. Hyde<br>on behalf of Interested Party Courtesy NEF | richard@amintalati.com |
| Peter L Isola<br>on behalf of Interested Party Merchants Credit Corporation | pisola@hinshawlaw.com<br>lnystrom@hinshawlaw.com |
| Razmig Izakelian<br>on behalf of Counter-Defendant OHP-CDR, LP | razmigizakelian@quinnemanuel.com |
| Razmig Izakelian<br>on behalf of Counter-Defendant PurchaseCo 80, LLC | razmigizakelian@quinnemanuel.com |
| Razmig Izakelian<br>on behalf of Creditor OHP-CDR, LP | razmigizakelian@quinnemanuel.com |
| Razmig Izakelian<br>on behalf of Plaintiff OHP-CDR, LP | razmigizakelian@quinnemanuel.com |
| Razmig Izakelian<br>on behalf of Plaintiff PurchaseCo 80, LLC | razmigizakelian@quinnemanuel.com |
| Sweeney Kelly<br><br>on behalf of Defendant Fidelity National Information Services, Inc. dba FIS | kelly@ksgklaw.com |
| Sweeney Kelly<br><br>on behalf of Defendant Worldpay, LLC | kelly@ksgklaw.com |
| Joon M Khang<br>on behalf of Attorney Khang & Khang LLP | joon@khanglaw.com |
| Joon M Khang<br>on behalf of Debtor The Litigation Practice Group P.C. | joon@khanglaw.com |
| Ira David Kharasch<br>on behalf of Interested Party Ad Hoc Consumer Claimants Committee | ikharasch@pszjlaw.com |
| Ira David Kharasch<br>on behalf of Interested Party Courtesy NEF | ikharasch@pszjlaw.com |
| Meredith King<br>on behalf of Defendant Gallant Law Group | mking@fsl.law<br>ssanchez@fsl.law<br>jwilson@fsl.law |
| Meredith King<br>on behalf of Interested Party Courtesy NEF | mking@fsl.law<br>ssanchez@fsl.law<br>jwilson@fsl.law |
| Nicholas A Koffroth<br>on behalf of Creditor Committee of Unsecured Creditors | nkoffroth@foxrothschild.com<br>khoang@foxrothschild.com |
| David S Kupetz<br>on behalf of Defendant Marich Bein, LLC | david.kupetz@lockelord.com<br>mylene.ruiz@lockelord.com |
| David S Kupetz<br>on behalf of Interested Party Courtesy NEF | david.kupetz@lockelord.com<br>mylene.ruiz@lockelord.com |
| Christopher J Langley<br>on behalf of Interested Party Courtesy NEF | chris@slclawoffice.com<br>omar@slclawoffice.com<br>langleycr75251@notify.bestcase.com<br>ecf123@casedriver.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| Matthew A. Lesnick<br>on behalf of Defendant Optimumbank Holdings, Inc. d/b/a Optimum Bank | matt@lesnickprince.com<br>matt@ecf.inforuptcy.com<br>jmack@lesnickprince.com |
| Daniel A Lev<br>on behalf of Defendant Consumer Legal Group, P.C. | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Daniel A Lev<br>on behalf of Defendant LGS Holdco, LLC | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Daniel A Lev<br>on behalf of Interested Party Consumer Legal Group, P.C. | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Daniel A Lev<br>on behalf of Interested Party Courtesy NEF | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Daniel A Lev<br>on behalf of Interested Party Liberty Acquisitions Group Inc. | daniel.lev@gmlaw.com<br>cheryl.caldwell@gmlaw.com<br>dlev@ecf.courtdrive.com |
| Britteny Leyva<br>on behalf of Interested Party Revolv3, Inc. | bleyva@mayerbrown.com<br>2396393420@filings.docketbird.com<br>KAWhite@mayerbrown.com<br>ladocket@mayerbrown.com |
| Michael D Lieberman<br>on behalf of Creditor Phillip A. Greenblatt, PLLC | mlieberman@lipsonneilson.com |
| Yosina M Lissebeck<br>on behalf of Counter-Claimant Richard A. Marshack | yosina.lissebeck@dinsmore.com<br>caron.burke@dinsmore.com |
| Yosina M Lissebeck<br>on behalf of Defendant Richard A. Marshack | yosina.lissebeck@dinsmore.com<br>caron.burke@dinsmore.com |
| Yosina M Lissebeck<br>on behalf of Plaintiff Richard A. Marshack | yosina.lissebeck@dinsmore.com<br>caron.burke@dinsmore.com |
| Yosina M Lissebeck<br>on behalf of Trustee Richard A Marshack (TR) | yosina.lissebeck@dinsmore.com<br>caron.burke@dinsmore.com |
| Mitchell B Ludwig<br>on behalf of Creditor Fundura Capital Group | mbl@kpclegal.com<br>kad@kpclegal.com |
| Daniel S March<br>on behalf of Defendant Daniel S March | marchlawoffice@gmail.com<br>marchdr94019@notify.bestcase.com |
| Kathleen P March<br>on behalf of Creditor Greyson Law Center PC | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbcglobal.net |
| Kathleen P March<br>on behalf of Creditor Han Trinh | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbcglobal.net |
| Kathleen P March<br>on behalf of Creditor Phuong (Jayde) Trinh | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbcglobal.net |
| Kathleen P March<br>on behalf of Defendant Greyson Law Center PC | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbcglobal.net |
| Kathleen P March<br>on behalf of Defendant Han Trinh | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbcglobal.net |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    Page 6    F 9013-3.1.PROOF.SERVICE

| | |
|---|---|
| Kathleen P March<br>on behalf of Defendant Jayde Trinh | kmarch@bkylawfirm.com<br>kmarch3@sbcglobal.net<br>kmarch@sbcglobal.net |
| Mark J Markus<br>on behalf of Creditor David Orr | bklawr@bklaw.com<br>markjmarkus@gmail.com<br>markus.markj.r112926@notify.bestcase.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com<br>rmarshack@iq7technology.com<br>ecf.alert+Marshack@titlexi.com |
| Laila Masud<br>on behalf of Interested Party Courtesy NEF | lmasud@marshackhays.com<br>lmasud@ecf.courtdrive.com<br>ecf.alert+Marshack@titlexi.com |
| Laila Masud<br>on behalf of Interested Party Courtesy NEF | lmasud@marshackhays.com<br>lmasud@ecf.courtdrive.com<br>ecf.alert+Marshack@titlexi.com |
| Laila Masud<br>on behalf of Interested Party Richard A. Marshack | lmasud@marshackhays.com<br>lmasud@ecf.courtdrive.com<br>ecf.alert+Marshack@titlexi.com |
| Laila Masud<br>on behalf of Plaintiff Richard Marshack | lmasud@marshackhays.com<br>lmasud@ecf.courtdrive.com<br>ecf.alert+Marshack@titlexi.com |
| Laila Masud<br>on behalf of Trustee Richard A. Marshack (TR) | lmasud@marshackhays.com<br>lmasud@ecf.courtdrive.com<br>ecf.alert+Marshack@titlexi.com |
| Sarah S. Mattingly<br>on behalf of Plaintiff Richard A Marshack, Chapter 11<br>Trustee | sarah.mattingly@dinsmore.com |
| Sarah S. Mattingly<br>on behalf of Plaintiff Richard A. Marshack | sarah.mattingly@dinsmore.com |
| Kenneth Misken<br>on behalf of U.S. Trustee United States Trustee (SA) | Kenneth.M.Misken@usdoj.gov |
| Byron Z Moldo<br>on behalf of Interested Party Byron Moldo | bmoldo@ecjlaw.com<br>amatsuoka@ecjlaw.com<br>dperez@ecjlaw.com |
| Glenn D. Moses<br>on behalf of Creditor ADP, Inc. | gmoses@venable.com<br>cascavone@venable.com<br>ipmalcolm@venable.com<br>jadelgado@venable.com |
| Alan I Nahmias<br>on behalf of Interested Party Courtesy NEF | anahmias@mbn.law<br>jdale@mbn.law |
| Victoria Newmark<br>on behalf of Interested Party Courtesy NEF | vnewmark@pszjlaw.com |
| Queenie K Ng<br>on behalf of U.S. Trustee United States Trustee (SA) | queenie.k.ng@usdoj.gov |
| Keith C Owens<br>on behalf of Creditor Committee of Unsecured Creditors | kowens@foxrothschild.com<br>khoang@foxrothschild.com |
| Lisa Patel<br>on behalf of Defendant OptimumBank Holdings, Inc. | lpatel@lesnickprince.com<br>jmack@lesnickprince.com<br>jnavarro@lesnickprince.com |
| Michael R Pinkston<br>on behalf of Creditor Wells Marble and Hurst, PLLC | rpinkston@seyfarth.com<br>jmcdermott@seyfarth.com<br>sfocalendar@seyfarth.com<br>5314522420@filings.docketbird.com<br>bankruptcydocket@seyfarth.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                    Page 7                **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| Douglas A Plazak<br>on behalf of Defendant Scott James Eadie | dplazak@rhlaw.com |
| Daniel H. Reiss<br>on behalf of Defendant Eng Taing | dhr@lnbyg.com<br>dhr@ecf.inforuptcy.com |
| Daniel H. Reiss<br>on behalf of Defendant Touzi Capital, LLC | dhr@lnbyg.com<br>dhr@ecf.inforuptcy.com |
| Ronald N. Richards<br>on behalf of Defendant Consumer Legal Group, P.C. | ron@ronaldrichards.com<br>7206828420@filings.docketbird.com |
| Ronald N. Richards<br>on behalf of Interested Party Courtesy NEF | ron@ronaldrichards.com<br>7206828420@filings.docketbird.com |
| Kevin Alan Rogers<br>on behalf of Creditor Wells Marble and Hurst, PLLC | krogers@wellsmar.com |
| Gregory M Salvato<br>on behalf of Creditor Mari Agape | gsalvato@salvatoboufadel.com<br>calendar@salvatolawoffices.com<br>jboufadel@salvatoboufadel.com<br>gsalvato@ecf.inforuptcy.com |
| Gregory M Salvato<br>on behalf of Interested Party Courtesy NEF | gsalvato@salvatoboufadel.com<br>calendar@salvatolawoffices.com<br>jboufadel@salvatoboufadel.com<br>gsalvato@ecf.inforuptcy.com |
| Olivia Scott<br>on behalf of Creditor Azzure Capital LLC | olivia.scott3@bclplaw.com |
| Olivia Scott<br>on behalf of Creditor Hi Bar Capital LLC | olivia.scott3@bclplaw.com |
| Jonathan Serrano<br>on behalf of Plaintiff Richard A. Marshack | jonathan.serrano@dinsmore.com |
| Jonathan Serrano<br>on behalf of Trustee Richard A Marshack (TR) | jonathan.serrano@dinsmore.com |
| Maureen J Shanahan<br>on behalf of Creditor Randall Clark Attorney at Law PLLC | Mstotaro@aol.com |
| Paul R Shankman<br>on behalf of Attorney Paul R. Shankman | PShankman@fortislaw.com<br>info@fortislaw.com |
| Paul R Shankman<br>on behalf of Creditor United Partnerships, LLC | PShankman@fortislaw.com<br>info@fortislaw.com |
| Zev Shechtman<br>on behalf of Interested Party Danning Gill Israel & Krasnoff LLP | zs@DanningGill.com<br>danninggill@gmail.com<br>zshechtman@ecf.inforuptcy.com |
| Zev Shechtman<br>on behalf of Interested Party Morning Law Group, P.C. | zs@DanningGill.com<br>danninggill@gmail.com<br>zshechtman@ecf.inforuptcy.com |
| Leslie Skorheim<br>on behalf of U.S. Trustee United States Trustee (SA) | leslie.skorheim@usdoj.gov |
| Adam D. Stein-Sapir<br>on behalf of Creditor Pioneer Funding Group, LLC | info@pfllc.com |
| Howard Steinberg<br>on behalf of Defendant BankUnited, N.A | steinbergh@gtlaw.com<br>pearsallt@gtlaw.com<br>howard-steinberg-6096@ecf.pacerpro.com |
| Andrew Still<br>on behalf of Creditor Alteryx, Inc. | astill@swlaw.com<br>kcollins@swlaw.com |
| Andrew Still<br>on behalf of Interested Party Courtesy NEF | astill@swlaw.com<br>kcollins@swlaw.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| Michael R Totaro<br>on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC | Ocbkatty@aol.com |
| Michael R Totaro<br>on behalf of Interested Party Randall Baldwin Clark | Ocbkatty@aol.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Sharon Z. Weiss<br>on behalf of Creditor Azzure Capital LLC | sharon.weiss@bclplaw.com<br>raul.morales@bclplaw.com<br>REC_KM_ECF_SMO@bclplaw.com |
| Sharon Z. Weiss<br>on behalf of Creditor Hi Bar Capital LLC | sharon.weiss@bclplaw.com<br>raul.morales@bclplaw.com<br>REC_KM_ECF_SMO@bclplaw.com |
| Sharon Z. Weiss<br>on behalf of Defendant Azzure Capital LLC | sharon.weiss@bclplaw.com<br>raul.morales@bclplaw.com<br>REC_KM_ECF_SMO@bclplaw.com |
| Johnny White<br>on behalf of Creditor Debt Relief Group, LLC | JWhite@wrslawyers.com<br>jlee@wrslawyers.com |
| Johnny White<br>on behalf of Interested Party Courtesy NEF | JWhite@wrslawyers.com<br>jlee@wrslawyers.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.