D. EDWARD HAYS, #162507
ehays@marshackhays.com
SARAH CATE HAYS, #268813
shays@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**MAR 06 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>SCHEDULING ORDER RE: HEARINGS ON ADMINISTRATIVE EXPENSE CLAIMS UNDER 11 U.S.C. §503(b)<br><br>Date: February 29, 2024<br>Time: 11:00 a.m.<br>Ctrm: Courtroom 5C – Virtual[1]<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

On February 15, 2024, Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") for the bankruptcy estate of The Litigation Practice Group P.C., filed as Dk. No. 940 in this bankruptcy proceeding an *Omnibus Unilateral Report Regarding Status of Motions for Allowance of Administrative Expense Claims Under 11 U.S.C. §503(b)*. The Court has read and considered the Trustee's omnibus report, and accordingly:

IT IS ORDERED that the following briefing schedule applies to the pending motions for allowance of administrative expense claims:

---

[1] This hearing date is designated Zoom Only, pursuant to Judge Clarkson's self-calendaring procedures. Video and audio connection information for each hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC.

1

1. The hearings on the following claimants' motions for allowance of administrative expense claims are set for **April 11, 2024, at 11:00 a.m.**:

    a. Dk No. 665 – ADP;

    b. Dk No. 686 – SDCO Tustin Executive Center;

    c. Dk. No. 708 – Herret Credit Consultants;

    d. Dk. No. 729 – Sharp Electronics Corporation;

    e. Dk. 645 (Consolidated with Dk. 647 and Dk. 819) – Judith Skiba;

    f. Dk. No. 693 – Melina Beltran;

    g. Dk. 694 – Kimberly Torres;

    h. Dk. 700 – Jorge E. Sanchez; and

    i. Dk. 701 – Jaslynn Sanchez.

2. March 21, 2024, is the deadline for Trustee to respond to any of the motions for allowance of administrative expense claims listed in paragraph 1;

3. March 28, 2024, is the deadline for claimants listed in paragraph 1 to file their replies in support of their respective motions for allowance of administrative expense claims;

4. The hearings on the following claimants' motions for allowance of administrative expense claims are set for **April 25, 2024, at 11:00 a.m.**:

    a. Dk. No. 671 – United Partnerships;

    b. Dk. No. 674 – Han Trinh;

    c. Dk. No. 676 – Greyson Law Center;

    d. Dk. No. 679 – Wells, Marble and Hurst;

    e. Dk. No. 675 – Phuong (Jayde) Trinh;

    f. Dk. No. 702 – Peter Schneider;

    g. Dk. No. 697 – David Orr, Esq.;

    h. Dk. No. 706 - Amy Ginsburg, Shannon Bellfield, Kenton Cobb;

    i. Dk. No. 750 – Alteryx;

    j. Dk. No. 717 – Randall Baldwin Clark;

    k. Dk. No. 695 (amended by 727) – Melissa Wilkes;

      l.  Dk. No. 698 – R. Reed Pruyn; and

     m.  Dk. No. 862 – Israel Orozco.

5. April 11, 2024, is the deadline for the Trustee to respond to any of the motions for allowance of administrative expense claims listed in paragraph 4; and

6. April 18, 2024, is the deadline for claimants listed in paragraph 4 to file their replies in support of their respective motions for allowance of administrative expense claims.

### ###

4880-6563-0889, v. 1
Date: March 6, 2024

Scott C. Clarkson
United States Bankruptcy Judge

3