**BRYAN CAVE LEIGHTON PAISNER LLP**
Sharon Z. Weiss (State Bar No.: 169446)
*sharon.weiss@bclplaw.com*
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:    (310) 576-2100
Facsimile:    (310) 576-2200

Attorneys for Secured Creditor Azzure Capital LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Hon. Scott C. Clarkson<br><br>Chapter 11 case<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>**[NO HEARING REQUIRED]** |

NOTICE OF WITHDRAWAL OF COUNSEL

**TO THE HONORABLE COURT AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Olivia J. Scott, California Bar No. 329725, hereby withdraws as counsel of record for Secured Creditor Azzure Capital LLC ("Azzure") in the above-referenced action.

Please remove Olivia J. Scott from the docket and from any notices for this case. The law firm of Bryan Cave Leighton Paisner LLP continues to serve as counsel for Azzure through its attorneys listed below, and all future correspondence and papers in this action should be directed to the attorneys listed below.

Please update your records and service list as follows:

**BRYAN CAVE LEIGHTON PAISNER LLP**
Sharon Z. Weiss
sharon.weiss@bclplaw.com
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200

Dated:  March 11, 2024                BRYAN CAVE LEIGHTON PAISNER LLP

By: */s/ Sharon Z. Weiss*
        Sharon Z. Weiss
Attorneys for Secured Creditor Azzure Capital, LLC

## PROOF OF SERVICE OF DOCUMENT(S)

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Bryan Cave Leighton Paisner LLP, 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

A true and correct copy of the foregoing document(s) entitled (*specify*): DEBTOR'S NOTICE OF WITHDRAWAL OF COUNSEL will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 11, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Wendy A Loo**
  wendy.loo-smart@lacity.org

- **United States Trustee (LA)**
  ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 11, 2024 | Raul Morales | *(signature)* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Bradford Barnhardt**    bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

- **Eric Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com

- **Peter W Bowie**    peter.bowie@dinsmore.com, caron.burke@dinsmore.com

- **Ronald K Brown**    ron@rkbrownlaw.com

- **Christopher Celentino**    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

- **Shawn M Christianson**    cmcintire@buchalter.com, schristianson@buchalter.com

- **Randall Baldwin Clark**    rbc@randallbclark.com

- **Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

- **Aaron E. DE Leest**    adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

- **Anthony Paul Diehl**    anthony@apdlaw.net, Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net

- **Jenny L Doling**    jd@jdl.law, dolingjr92080@notify.bestcase.com; 15994@notices.nextchapterbk.com; jdoling@jubileebk.net

- **Daniel A Edelman**    dedelman@edcombs.com, courtecl@edcombs.com

- **Meredith Fahn**    fahn@sbcglobal.net

- **William P Fennell**    william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com; wpf@ecf.courtdrive.com; hala.hammi@fennelllaw.com; naomi.cwalinski@fennelllaw.com; samantha.larimer@fennelllaw.com

- **Marc C Forsythe**    mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com

- **Jeremy Freedman**    jeremy.freedman@dinsmore.com, nicolette.murphy@dinsmore.com

- **Eric Gassman**    erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com

- **Christopher Ghio**    christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com; angelica.urena@dinsmore.com; deamira.romo@dinsmore.com

- **Amy Lynn Ginsburg**    efilings@ginsburglawgroup.com

- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

- **Jeffrey I Golden**    jgolden@go2.law, kadele@ecf.courtdrive.com; cbmeeker@gmail.com; lbracken@wgllp.com; dfitzgerald@go2.law; golden.jeffreyi.b117954@notify.bestcase.com

- **Richard H Golubow**    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

- **David M Goodrich**    dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com; alinares@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com

- **Alan Craig Hochheiser**    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com

- **Garrick A Hollander**    ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

- **Brian L Holman**    b.holman@musickpeeler.com

- **Richard L. Hyde**  richard@amintalati.com
- **Peter L Isola**  pisola@hinshawlaw.com
- **Razmig Izakelian**  razmigizakelian@quinnemanuel.com
- **Sara Johnston**  sara.johnston@dinsmore.com
- **Sweeney Kelly**  kelly@ksgklaw.com
- **Joon M Khang**  joon@khanglaw.com
- **Ira David Kharasch**  ikharasch@pszjlaw.com
- **Meredith King**  mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **Nicholas A Koffroth**  nkoffroth@foxrothschild.com, khoang@foxrothschild.com
- **David S Kupetz**  David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Christopher J Langley**  chris@slclawoffice.com, langleycr75251@notify.bestcase.com; ecf123@casedriver.com; john@slclawoffice.com
- **Matthew A Lesnick**  matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Daniel A Lev**  daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Britteny Leyva**  bleyva@mayerbrown.com, 2396393420@filings.docketbird.com; KAWhite@mayerbrown.com; ladocket@mayerbrown.com
- **Marc A Lieberman**  marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- **Michael D Lieberman**  mlieberman@lipsonneilson.com
- **Yosina M Lissebeck**  Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- **Mitchell B Ludwig**  mbl@kpclegal.com, kad@kpclegal.com
- **Daniel S March**  marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **Kathleen P March**  kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Mark J Markus**  bklawr@bklaw.com, markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com
- **Richard A Marshack (TR)**  pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Laila Masud**  lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; lbuchanan@marshackhays.com; alinares@ecf.courtdrive.com
- **Sarah S. Mattingly**  sarah.mattingly@dinsmore.com
- **William McCormick**  Bill.McCormick@ag.tn.gov
- **Kenneth Misken**  Kenneth.M.Misken@usdoj.gov
- **Byron Z Moldo**  bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com
- **Glenn D. Moses**  gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com
- **Jamie D Mottola**  Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com

- **Alan I Nahmias**  anahmias@mbn.law, jdale@mbn.law

- **Victoria Newmark**  vnewmark@pszjlaw.com

- **Jacob Newsum-Bothamley**  jacob.bothamley@dinsmore.com, angelica.urena@dinsmore.com; deamira.romo@dinsmore.com

- **Queenie K Ng**  queenie.k.ng@usdoj.gov

- **Israel Orozco**  israel@iolawcorp.com

- **Keith C Owens**  kowens@foxrothschild.com, khoang@foxrothschild.com

- **Lisa Patel**  lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com

- **Michael R Pinkston**  rpinkston@seyfarth.com, jmcdermott@seyfarth.com, sfocalendar@seyfarth.com, 5314522420@filings.docketbird.com, bankruptcydocket@seyfarth.com

- **Douglas A Plazak**  dplazak@rhlaw.com

- **Tyler Powell**  tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;rosetta.mitchell@dinsmore.com

- **Daniel H Reiss**  dhr@lnbyg.com, dhr@ecf.inforuptcy.com

- **Ronald N Richards**  ron@ronaldrichards.com, 7206828420@filings.docketbird.com

- **Vanessa Rodriguez**  vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com

- **Kevin Alan Rogers**  krogers@wellsmar.com

- **Gregory M Salvato**  gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com; jboufadel@salvatoboufadel.com; gsalvato@ecf.inforuptcy.com

- **Jonathan Serrano**  jonathan.serrano@dinsmore.com

- **Maureen J Shanahan**  Mstotaro@aol.com

- **Paul R Shankman**  PShankman@fortislaw.com, info@fortislaw.com

- **Zev Shechtman**  zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

- **Leslie Skorheim**  leslie.skorheim@usdoj.gov

- **Adam D Stein-Sapir**  info@pfllc.com

- **Howard Steinberg**  steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com; howard-steinberg-6096@ecf.pacerpro.com

- **Andrew Still**  astill@swlaw.com, kcollins@swlaw.com

- **Michael R Totaro**  Ocbkatty@aol.com

- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov

- **William J Wall**  wwall@wall-law.com

- **Johnny White**  JWhite@wrslawyers.com, jlee@wrslawyers.com

- **Reina Zepeda**  rzepeda@omniagnt.com