D. EDWARD HAYS, #162507
ehays@marshackhays.com
ALINA N. MAMLYUK, #284154
amamlyuk@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee,
RICHARD A. MARSHACK

Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
Yosina M. Lissebeck (State Bar No. 201654)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone:    619.400.0500
Facsimile:    619.400.0501
christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com

Special Counsel to Richard A. Marshack

FILED & ENTERED

MAR 13 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>Debtor. | Chapter 11<br><br>Case No. 8:23-bk-10571-SC<br><br>**ORDER GRANTING TRUSTEE'S MOTION [DKT NO. 924] TO DETERMINE THE AMOUNT OF SECURED CLAIMS, IF ANY, HELD BY:**<br>**(1) EVERYDAY FUNDING GROUP,**<br>**(2) GREEN FUND,**<br>**(3) WORLD GLOBAL FUND,**<br>**(4) MCA CAPITAL HOLDINGS,**<br>**(5) STRATCAP MANAGEMENT,**<br>**(6) COBALT,**<br>**(7) CLOUDFUND,**<br>**(8) BMF,**<br>**(9) KEVLAR, AND**<br>**(10)    FRANKLIN CAPITAL** |

Trustee's Motion For Order Determining Amount Of Secured Claims, If Any, Held By: (1) Everyday Funding Group, (2) Green Fund, (3) World Global Fund, (4) MCA Capital Holdings, (5) Stratcap Management, (6) Cobalt, (7) Cloudfund, (8) BMF, (9) Kevlar, and (10) Franklin Capital, filed on February 7, 2024 as Dk. No. 924 ("Motion") came on for hearing on February 28, 2024, at 1:30 p.m., before the Honorable Scott C. Clarkson, United States Bankruptcy Judge, presiding. Appearances were as noted on the record.

The Court has read and considered the Motion, lack of opposition other than a response filed by OHP-CDR, LP ("OHP-CDR") and PurchaseCo80, LLC ("PurchaseCo") on February 14, 2024 as Dk. No. 938 ("Response"), Trustee's reply to Response filed on February 21, 2024 as Dk. No. 955, and has found that proper notice has been given. For the reasons set forth in the Motion, and as stated on the record during the hearing, the Court has found good cause to grant the Motion.

IT IS ORDERED:

1. The Motion is granted in its entirety.

2. Amount of secured claims, if any, held by: (1) Everyday Funding Group, (2) Green Fund, (3) World Global Fund, (4) MCA Capital Holdings, (5) Stratcap Management, (6) Cobalt, (7) Cloudfund, (8) BMF, (9) Kevlar, and (10) Franklin Capital, as listed in the Motion, is valued at $0.00.

3. Trustee is authorized to file UCC-3 Termination Statements for the claims listed in the Motion.

###

Date: March 13, 2024

Scott C. Clarkson
United States Bankruptcy Judge