Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
Yosina M. Lissebeck (State Bar No. 201654)
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone:  619.400.0500
Facsimile:  619.400.0501
christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com

Tyler Powell (Ky. Bar No. 90520 – Admitted pro hac vice)
Dinsmore & Shohl LLP
100 West Main Street, Suite 900
Lexington, KY 40507
Telephone: 859-425-1056
Facsimile:  859-425-1099
tyler.powell@dinsmore.com

Special Counsel to Richard A. Marshack, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**STIPULATION BETWEEN CHAPTER 11 TRUSTEE AND PIONEER FUNDING GROUP II, LLC REGARDING TREATMENT OF PROOF OF CLAIM NO. 1650**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)] |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:**

1

#41429610V1

This Stipulation ("Stipulation") is entered into by and between Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of The Litigation Practice Group P.C. ("LPG" or "Debtor"), and Creditor Pioneer Funding Group II, LLC ("Pioneer"), assignee of Jeet Transport, LLC ("Jeet"), with regard to the following:

## RECITALS

**A.** On March 20, 2023, the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code, commencing this bankruptcy case.

**B.** On May 8, 2023, Richard A. Marshack was appointed as the Chapter 11 Trustee of the Estate. Docket No. 65.

**C.** On or about July 7, 2021, Jeet wired $300,000.00 to the Debtor pursuant to a Loan Agreement in the original principal amount of $300,000.00 to be repaid with interest at the rate of ten percent per annum (10%).

**D.** On October 31, 2023, Jeet filed Proof of Claim No. 1650 ("Claim"), as amended, as a secured claim in the amount of $366,500.00. The Claim did not contain any evidence that any security interest granted to Jeet had been perfected.

**E.** On November 1, 2023, Jeet executed a Transfer of Claim form that assigned the Claim to Pioneer.

**F.** The Trustee has advised Pioneer that he planned to object to the Claim as a secured claim unless amended. To avoid the costs and expense of this litigation, the Parties have reached the agreement set forth herein.

WHEREFORE, the Parties stipulate, agree and request that the Court enter an Order as follows:

## STIPULATION

**1.** Pioneer agrees and acknowledges that the Claim is not entitled to be treated as secured claim pursuant to 11 U.S.C. § 506.

**2.** The Parties hereby agree that Pioneer will amend the Claim to an unsecured claim in the amount of $366,500.00 within seven days of the entry of the Order Approving this Stipulation.

#41429610V1

2

3.    Upon amendment to an unsecured claim, the Parties agree that the Claim will be deemed an allowed, unsecured claim against the Debtor in the amount of $366,500.00 subject only to disallowance pursuant to 11 U.S.C. § 502(d). The Parties reserve all rights and claims except otherwise set forth herein.

4.    This Stipulation may be executed in one or more counterparts, and facsimile or electronic signatures may be used in filing this document with the Court.

DATED: March 8, 2024    PIONEER FUNDING GROUP II, LLC

By: _____
Adam D. Stein-Sapir, Manager

DATED: March 8, 2024    DINSMORE & SHOHL LLP

By: _____
Tyler Powell
Christopher Celentino
Christopher Ghio
Yosina M. Lissebeck
Special Counsel for Chapter 11 Trustee,
Richard A. Marshack

#41429610V1

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
101 S. Fifth Street, Suite 2500, Louisville, Kentucky 40202


A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BETWEEN CHAPTER 11 TRUSTEE AND PIONEER FUNDING GROUP II, LLC REGARDING TREATMENT OF PROOF OF CLAIM NO. 1650**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 3/14/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Eric Bensamochan**     eric@eblawfirm.us, G63723@notify.cincompass.com
**Ronald K Brown**     ron@rkbrownlaw.com
**Christopher Celentino**     christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
**Shawn M Christianson**     cmcintire@buchalter.com, schristianson@buchalter.com
**Randall Baldwin Clark**     rbc@randallbclark.com
**Leslie A Cohen**     leslie@lesliecohenlaw.com, Jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
**Daniel A Edelman**     dedelman@edcombs.com, courtecl@edcombs.com
**Christopher Ghio**     christopher.ghio@dinsmore.com, Kristina.Heller@Dinsmore.com
**Jeffrey I Golden**     jgolden@go2.law, kadele@ecf.courtdrive.com; cbmeeker@gmail.com; lbracken@wgllp.com; gestrada@wgllp.com; golden.jeffreyi.b117954@notify.bestcase.com
**Richard H Golubow**     rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
**D Edward Hays**     ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
**Alan Craig Hochheiser**     ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
**Garrick A Hollander**     ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
**Razmig Izakelian**     razmigizakelian@quinnemanuel.com
**Joon M Khang**     joon@khanglaw.com
**Ira David Kharasch**     ikharasch@pszjlaw.com
**Nicholas A Koffroth**     nkoffroth@foxrothschild.com, khoang@foxrothschild.com
**David S Kupetz**     David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
**Christopher J Langley**     chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com
**Daniel A Lev**     daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
**Michael D Lieberman**     mlieberman@lipsonneilson.com
**Yosina M Lissebeck**     Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
**Richard A Marshack (TR)**     pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
**Laila Masud**     lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
**Kenneth Misken**     Kenneth.M.Misken@usdoj.gov
**Byron Z Moldo**     bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com
**Alan I Nahmias**     anahmias@mbn.law, jdale@mbnlawyers.com
**Victoria Newmark**     vnewmark@pszjlaw.com
**Queenie K Ng**     queenie.k.ng@usdoj.gov
**Teri T Pham**     tpham@epglawyers.com, ttpassistant@epglawyers.com
**Douglas A Plazak**     dplazak@rhlaw.com
**Ronald N Richards**     ron@ronaldrichards.com, 7206828420@filings.docketbird.com
**Gregory M Salvato**     gsalvato@salvatoboufadel.com,

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
**Olivia Scott**    olivia.scott3@bclplaw.com
**Jonathan Serrano**    jonathan.serrano@dinsmore.com
**Paul R Shankman**    PShankman@fortislaw.com, info@fortislaw.com
**Leslie Skorheim**    leslie.skorheim@usdoj.gov
**Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
**United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
**Sharon Z. Weiss**    sharon.weiss@bclplaw.com,
 raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
**Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com;eweiman@wrslawyers.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 3/14/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**
The Litigation Practice Group P.C.
17542 17th St., Suite 100
Tustin, CA 92780

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 3/14/2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDEX**
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
411 West Fourth Street, Suite 5130
Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/14/2024 | Jamie Herald | /s/ Jamie Herald |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

## Additional Parties Served by U.S. Mail

### Creditors who have the 20 largest unsecured claims

Debt Validation Fund II, LLC
5075 Lower Valley Road,
Atglen, PA 19310

MC DVI Fund 1, LLC; MC
DVI Fund 2, LLC
598 Cottonwood Dr.,
Glenview, IL 60026

Validation Partners LLC
1300 Sawgrass Pkwy, Ste. 110
Sunrise, FL 33323

Marich Bein LLC
99 Wall Street, Ste 2669
New York, NY 10005

Business Centers of America
1100 Sir Francis Drake Blvd, Ste 1,
Kentfield, CA 94904

JP Morgan Chase
3 Park Plaza, Ste 900
Irvine, CA 92614

CA Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0511

Outsource Accelerator Ltd
City Marque Limited
Unit 8801-2 Bldg. 244-248
Des Voeux Rd.
Central Hong Kong

Collaboration Advisors
400 Dorla Court
Zephyr Cove, NV 89448

Anthem Blue Cross
PO Box 511300
Los Angeles, CA 90051-7855

Azevedo Solutions Groups, Inc.
420 Adobe Canyon Rd.
Kenwood, CA 95452

Debt Pay Pro
1900 E Golf Road, Suite 550
Schaumburg, IL 60173

Sharp Business Systems
8670 Argent St
Santee, CA 92071

Tustin Executive Center
1630 S Sunkist Steet, Ste A
Anaheim, CA 92806

Exela Enterprise Solutions
2701 E. Grauwyler Road
Irving, TX 75061

Netsuite-Oracle
2300 Oracle Way
Austin, TX 78741

Credit Reporting Service Inc
548 Market St, Suite 72907
San Francisco, CA 94104-5401
Document Fulfillment Services  2930 Ramona Ave #100
Sacramento, CA 95826

Executive Center LLC
5960 South Jones Blvd
Las Vegas, NV 89118

LexisNexus
15500 B Rockfield Blvd
Irvine, CA 92618

**Secured Creditors**

Diverse Capital LLC
323 Sunny Isles Blvd., Suite 503
Sunny Isles, FL 33154

City Capital NY
1135 Kane Concourse
Bay Harbour Islands, FL 33154

<u>Counsel for secured creditor Fundura Capital Group</u>
Mitchell B. Ludwig
Knapp, Petersen & Clarke
550 North Brand Blvd., Suite 1500 Glendale, CA  91203