Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
Yosina M. Lissebeck (State Bar No. 201654)
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone:  619.400.0500
Facsimile:  619.400.0501
christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com

Tyler Powell (Ky. Bar No. 90520 – Admitted pro hac vice)
Dinsmore & Shohl LLP
100 West Main Street, Suite 900
Lexington, KY 40507
Telephone: 859-425-1056
Facsimile:  859-425-1099
tyler.powell@dinsmore.com

Special Counsel to Richard A. Marshack, Chapter 11 Trustee

**FILED & ENTERED**

**MAR 15 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte       DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION BETWEEN CHAPTER 11 TRUSTEE AND MARICH BEIN, LLC REGARDING RELEASE OF UCC-1 STATEMENT AND TREATMENT OF PROOF OF CLAIM**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)] |

The Court has read and considered the Stipulation ("Stipulation") entered into by and between Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy Estate of The Litigation Practice Group P.C. ("Estate") and Creditor Marich Bein, LLC ("Marich"), by their respective counsel of record, filed on March 14, 2024, as Dk. No. 1025, and has found good cause to

1

approve the Stipulation.

**IT IS SO ORDERED**:

1. The Stipulation is approved in all respects, and the Parties agree that any claim of Marich herein will be an unsecured claim subject to review and objection by the Trustee pursuant to his statutory authority, and subject to all rights of Marich to respond to any such objection.

2. Marich consents to and the Court authorizes the Trustee to record a termination of the UCC-1 Statement identified in the Stipulation with the California Secretary of State.

3. The reservation of rights in the Stipulation is acknowledged.

Date: March 15, 2024

Scott C. Clarkson
United States Bankruptcy Judge