1  CHRISTOPHER B. GHIO (259094)
christopher.ghio@dinsmore.com
2  CHRISTOPHER CELENTINO (131688)
christopher.celentino@dinsmore.com
3  JEREMY B. FREEDMAN (308752)
Jeremy.freedman@dinsmmore.com
4  DINSMORE & SHOHL LLP
5  655 West Broadway, Suite 800
San Diego, California 92101
6  Tele:   619.400.0500
7  Fax:    619.400.0501

8  Special Counsel to Richard A. Marshack
Chapter 11 Trustee for the Bankruptcy Estate of
9  The Litigation Practice Group PC

**FILED & ENTERED**

**MAR 18 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**ORDER GRANTING CHAPTER 11 TRUSTEE, RICHARD MARSHACK'S MOTION FOR ORDER APPROVING COMPROMISE OF CONTROVERSY PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 AS TO DEFENDANT MAVERICK BANKCARD, INC.**<br><br>Date:    March 13, 2024<br>Time:   11:00 a.m.<br>Judge:  Hon. Scott C. Clarkson<br>Place:   Courtroom 5C<br>            411 West Fourth Street<br>            Santa Ana, California  92701 |

1

On March 13, 2024, the Court held a hearing on Chapter 11 Trustee, Richard A. Marshack's ("Trustee") Motion for Order Approving Compromise of Controversy Pursuant To Federal Rule of Bankruptcy Procedure 9019 filed February 16, 2024 [Dk. 942] (the "Motion"). Having considered the Motion, the docket as a whole, and noting the lack of opposition to the Motion by any party, the Court finds good cause to order as follows:

1. The Motion is GRANTED in its entirety.

2. The Agreement is approved.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

5. Trustee and Maverick are authorized to take such steps as may be necessary in order to implement the terms of the Agreement including, as necessary, making any amendments to the terms of the Agreement which may be agreed to in writing by Trustee and Maverick, *provided* that no material terms of the Agreement shall be altered.

**IT IS SO ORDERED**.

###

Date: March 18, 2024

Scott C. Clarkson
United States Bankruptcy Judge