D. EDWARD HAYS, #162507
ehays@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee
RICHARD A. MARSHACK

**FILED & ENTERED**

**MAR 19 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

THE LITIGATION PRACTICE GROUP P.C.,

Debtor.

Case No: 8-23-bk-10571-SC

Chapter 11

ORDER GRANTING MOTION FOR ORDER AUTHORIZING PRODUCTION OF DOCUMENTS FROM JPMORGAN CHASE BANK, NA PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004

[NO HEARING REQUIRED]

Date of Production:
Date:       April 9, 2024
Time:      10:00 a.m.
Location:  Marshack Hays Wood LLP
              870 Roosevelt
              Irvine, CA 92620

The Court has read and considered the notice of motion and motion for order authorizing production of documents from JPMorgan Chase Bank, NA ("Bank") pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Rule 2004-1 of the Local Bankruptcy Rules, filed by Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of The Litigation Practice Group P.C. ("Debtor"), on March 18, 2024, as Dk. No. 1038 ("Motion") and has found good cause to grant the Motion.

/ / /

/ / /

/ / /

1

4887-5831-6646

IT IS ORDERED that:

1. The Motion is granted;

2. Bank shall produce all documents responsive to the categories of documents set forth in Exhibit "1" to the Motion no later than April 9, 2024, at 10:00 a.m., or at any other date and time as agreed upon in writing by Trustee and Bank;

3. Bank is to either (i) produce the original documents for inspection and copying at the law offices of Marshack Hays Wood LLP, 870 Roosevelt, Irvine, CA 92620, (ii) mail copies of the documents to Marshack Hays Wood LLP, 870 Roosevelt, Irvine, CA 92620 or (iii) e-mail said documents in pdf format to D. Edward Hays at ehays@marshackhays.com and Bradford N. Barnhardt at bbarnhardt@marshackhays.com; and

4. Any agreement by the parties to continue any deadlines shall not terminate Bank's obligation to produce all documents responsive to the categories of documents set forth in the Motion.

###

Date: March 19, 2024

Scott C. Clarkson
United States Bankruptcy Judge

4867-4183-9023, v. 1