| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>CHRISTOPHER B. GHIO (259094)<br>christopher.ghio@dinsmore.com<br>CHRISTOPHER CELENTINO (131688)<br>christopher.celentino@dinsmore.com<br>YOSINA M. LISSEBECK (201654)<br>Yosina.lissebeck@dinsmore.com<br>DINSMORE & SHOHL LLP<br>655 West Broadway, Suite 800<br>San Diego, California 92101<br>Tele: (619) 400-0500<br>Fax: (619) 400-0501<br><br>TYLER POWELL (Ky. Bar No. 90520 – Admitted pro hac vice)<br>tyler.powell@dinsmore.com<br>DINSMORE & SHOHL LLP<br>100 West Main Street, Suite 900<br>Lexington, KY 40507<br>Tele: 859-425-1056<br>Fax: 859-425-1099<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Special Counsel to Richard A. Marshack, Chapter 11 Trustee | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>SANTA ANA</u> DIVISION**

| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor(s) | CASE NO.: 8:23—bk-10571-SC<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br><br>**STIPULATION BETWEEN CHAPTER 11 TRUSTEE AND CITY CAPITAL NY, LLC DBA CITY CAPITAL NY REGARDING TREATMENT OF PROOF OF CLAIM NO. 89** |
|---|---|

PLEASE TAKE NOTE that the order titled  ORDER APPROVING STIPULATON BETWEEN CHAPTER 11 TRUSTEE AND CITY CAPITAL NY, LLC DBA CITY CAPITAL NY REGARDING TREATMENT OF PROOF OF CLAIM NO. 89

was lodged on (*date*)  03-19-2024    and is attached.  This order relates to the motion which is docket number  1041.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
Yosina M. Lissebeck (State Bar No. 201654)
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone:  619.400.0500
Facsimile:  619.400.0501
christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com

Tyler Powell (Ky. Bar No. 90520 – Admitted pro hac vice)
Dinsmore & Shohl LLP
100 West Main Street, Suite 900
Lexington, KY 40507
Telephone: 859-425-1056
Facsimile:  859-425-1099
tyler.powell@dinsmore.com

Special Counsel to Richard A. Marshack, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION BETWEEN CHAPTER 11 TRUSTEE AND CITY CAPITAL NY, LLC DBA CITY CAPITAL NY REGARDING TREATMENT OF PROOF OF CLAIM NO. 89**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)] |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:**

1

#42390665V1

1  The Court has read and considered the Stipulation ("Stipulation") entered into by and between Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy Estate of The Litigation Practice Group P.C. ("Estate") and Creditor City Capital NY LLC DBA City Capital NY ("City Capital") filed on March 18, 2024, as Dk. No. 1041, and has found good cause to approve the Stipulation.

**IT IS SO ORDERED**:

1. The Stipulation is approved.

2. Pursuant to the Stipulation, City Capital will amend Proof of Claim No. 89 ("Claim"), as amended, to an unsecured claim in the amount of $2,950,000.00 within seven days of the entry of this Order. Thereafter, the Claim will be deemed an allowed, unsecured claim against the Debtor in the amount of $366,500.00 subject only to disallowance pursuant to 11 U.S.C. § 502(d).

3. The reservation of rights in the Stipulation is acknowledged.

2

#42390665V1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
100 West Main Street, Suite 900, Lexington, Kentucky 40507

A true and correct copy of the foregoing document entitled (*specify*):  Notice of Lodgment of Order Approving Stipulation Between Chapter 11 Trustee and City Capital NY, LLC DBA City Capital NY Regarding Treatment of Proof of Claim No. 89
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 3/19/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Eric Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com
**Ronald K Brown**    ron@rkbrownlaw.com
**Christopher Celentino**    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
**Shawn M Christianson**    cmcintire@buchalter.com, schristianson@buchalter.com
**Randall Baldwin Clark**    rbc@randallbclark.com
**Leslie A Cohen**    leslie@lesliecohenlaw.com, Jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
**Daniel A Edelman**    dedelman@edcombs.com, courtecl@edcombs.com
**Christopher Ghio**    christopher.ghio@dinsmore.com, Kristina.Heller@Dinsmore.com
**Jeffrey I Golden**    jgolden@go2.law, kadele@ecf.courtdrive.com; cbmeeker@gmail.com; lbracken@wgllp.com; gestrada@wgllp.com; golden.jeffreyi.b117954@notify.bestcase.com
**Richard H Golubow**    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
**D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
**Alan Craig Hochheiser**    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
**Garrick A Hollander**    ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
**Razmig Izakelian**    razmigizakelian@quinnemanuel.com
**Joon M Khang**    joon@khanglaw.com
**Ira David Kharasch**    ikharasch@pszjlaw.com
**Nicholas A Koffroth**    nkoffroth@foxrothschild.com, khoang@foxrothschild.com
**David S Kupetz**    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
**Christopher J Langley**    chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com
**Daniel A Lev**    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
**Michael D Lieberman**    mlieberman@lipsonneilson.com
**Yosina M Lissebeck**    Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
**Richard A Marshack (TR)**    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
**Laila Masud**    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
**Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
**Byron Z Moldo**    bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com
**Alan I Nahmias**    anahmias@mbn.law, jdale@mbnlawyers.com
**Victoria Newmark**    vnewmark@pszjlaw.com
**Queenie K Ng**    queenie.k.ng@usdoj.gov
**Teri T Pham**    tpham@epglawyers.com, ttpassistant@epglawyers.com
**Douglas A Plazak**    dplazak@rhlaw.com
**Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
**Gregory M Salvato**    gsalvato@salvatoboufadel.com,

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
**Olivia Scott**    olivia.scott3@bclplaw.com
**Jonathan Serrano**    jonathan.serrano@dinsmore.com
**Paul R Shankman**    PShankman@fortislaw.com, info@fortislaw.com
**Leslie Skorheim**    leslie.skorheim@usdoj.gov
**Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
**United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
**Sharon Z. Weiss**    sharon.weiss@bclplaw.com,
 raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
**Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com;eweiman@wrslawyers.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 3/19/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**
The Litigation Practice Group P.C.
17542 17th St., Suite 100
Tustin, CA 92780

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 3/19/2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDEX**
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
411 West Fourth Street, Suite 5130
Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/19/2024 | Tyler Powell | /s/ *Tyler Powell* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**Additional Parties Served by U.S. Mail**

**Creditors who have the 20 largest unsecured claims**

Debt Validation Fund II, LLC
5075 Lower Valley Road,
Atglen, PA 19310

MC DVI Fund 1, LLC; MC
DVI Fund 2, LLC
598 Cottonwood Dr.,
Glenview, IL 60026

Validation Partners LLC
1300 Sawgrass Pkwy, Ste. 110
Sunrise, FL 33323

Marich Bein LLC
99 Wall Street, Ste 2669
New York, NY 10005

Business Centers of America
1100 Sir Francis Drake Blvd, Ste 1,
Kentfield, CA 94904

JP Morgan Chase
3 Park Plaza, Ste 900
Irvine, CA 92614

CA Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0511

Outsource Accelerator Ltd
City Marque Limited
Unit 8801-2 Bldg. 244-248
Des Voeux Rd.
Central Hong Kong

Collaboration Advisors
400 Dorla Court
Zephyr Cove, NV 89448

Anthem Blue Cross
PO Box 511300
Los Angeles, CA 90051-7855

Azevedo Solutions Groups, Inc.
420 Adobe Canyon Rd.
Kenwood, CA 95452

Debt Pay Pro
1900 E Golf Road, Suite 550
Schaumburg, IL 60173

Sharp Business Systems
8670 Argent St
Santee, CA 92071

Tustin Executive Center
1630 S Sunkist Steet, Ste A
Anaheim, CA 92806

Exela Enterprise Solutions
2701 E. Grauwyler Road
Irving, TX 75061

Netsuite-Oracle
2300 Oracle Way
Austin, TX 78741

Credit Reporting Service Inc
548 Market St, Suite 72907
San Francisco, CA 94104-5401
Document Fulfillment Services  2930 Ramona Ave #100
Sacramento, CA 95826

Executive Center LLC
5960 South Jones Blvd
Las Vegas, NV 89118

LexisNexus
15500 B Rockfield Blvd
Irvine, CA 92618

**Secured Creditors**

Diverse Capital LLC
323 Sunny Isles Blvd., Suite 503
Sunny Isles, FL 33154

City Capital NY
1135 Kane Concourse
Bay Harbour Islands, FL 33154

<u>Counsel for secured creditor Fundura Capital Group</u>
Mitchell B. Ludwig
Knapp, Petersen & Clarke
550 North Brand Blvd., Suite 1500 Glendale, CA  91203