1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  ALINA MAMLYUK, #284154
   amamlyuk@marshackhays.com
3  MARSHACK HAYS WOOD LLP
   870 Roosevelt
4  Irvine, California 92620
   Telephone: (949) 333-7777
5  Facsimile: (949) 333-7778

6  Attorneys for Chapter 11 Trustee,
   RICHARD A. MARSHACK

7

8              UNITED STATES BANKRUPTCY COURT

9        CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

10

11  In re                                  Case No. 8:23-bk-10571-SC

12                                         Chapter 11

13                                         RESPONSE OF CHAPTER 11 TRUSTEE
    THE LITIGATION PRACTICE GROUP, P.C.,  TO MOTION OF SHARP ELECTRONICS
14                                         CORPORATION FOR ALLOWANCE OF
                 Debtor.                   ADMINISTRATIVE CLAIM [Dk. No. 729];
15                                         DECLARATION OF D. EDWARD HAYS IN
                                           SUPPORT THEREOF
16
                                           Date:    April 11, 2024
17                                         Time:    11:00 a.m.
                                           Ctrm:    5C – Via Zoom[1]
18                                         Location: 411 W. Fourth Street
                                                    Santa Ana, CA 92701
19

20  TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY COURT

21  JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; ALL INTERESTED PARTIES

22  INCLUDING ADMINISTRATIVE CLAIMANT JUDITH SKIBA:

23       Richard A. Marshack, the duly appointed Chapter 11 Trustee ("Trustee") for the estate of

24  The Litigation Practice Group, P.C. ("Debtor" or "LPG") respectfully submits this limited response

25

26  _____

27  [1] ZoomGov: Video and audio connection information for each hearing will be provided on Judge Clarkson's
    publicly posted hearing calendar, which may be viewed online at: http://ecf-
28  ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC, and then selecting "(SC) Scott Clarkson" from the "Select
    Judge" tab on the left-hand side of the page.

                                          1

("Response") to the Motion for Allowance of Administrative Claim filed by Sharp Electronics

Corporation ("Sharp"), Dk. No. 645 ("Motion").

## 1.    Pertinent Factual Background

Pre-petition, Debtor was a law firm that provided consumer debt resolution services servicing

more than 50,000 customers across the United States. In 2022, Debtor's annual revenue exceeded

$150 million.

On March 20, 2023, ("Petition Date") Debtor filed a voluntary petition under Chapter 11 of

Title 11 of the United States Code, initiating bankruptcy Case No. 8:23-bk-10571-SC in the United

States Bankruptcy Court for the Central District of California, Santa Ana Division ("Bankruptcy

Case"). Prior to bankruptcy, Debtor fraudulently transferred all its assets and clients. As of the

petition date, Debtor had virtually no assets or clients.

On May 8, 2023, Richard A. Marshack was appointed as the Chapter 11 Trustee of the

Debtor's estate.  *See* Dk. No. 65.

On October 16, 2023, the Court ordered the Administrative Claims Bar Date to be November

21, 2023. *See* Dk. No. 577.

On November 22, 2023, Sharp filed a Stipulation with the Trustee extending Sharp's

Administrative Claims Bar Date to November 28, 2023. *See* Dk. No. 713.

On November 28, 2023, Sharp filed a Motion for Allowance of Administrative Claim in the

amount of $132,526.53 ("Sharp Admin Claim" / "Admin Claim").

In support of its Admin Claim, Sharp attached copies of its contracts with the Debtor

("Contracts") and a summary of invoices for post-petition services. Contracts outlined the various

technology-related services Sharp provided to the Debtor, such as telephone and e-mail services,

including sale of related equipment. Contracts were executed pre-petition and Sharp did not cease

providing services to the Debtor until Trustee's counsel informed Sharp around August 25, 2023,

that Contracts would not be assumed or assigned as part of the sale of Debtor's assets to Morning

Law Group. *See* Dk. No. 729.

On February 15, 2024, Trustee filed an Omnibus Unilateral Report Regarding Status of Motions for Allowance of Administrative Expense Claim Under 11 U.S.C. §503(b) ("Feb. 15 Status Report"). *See* Dk. No. 940.

In the Feb. 15 Status Report, Trustee had indicated that only $5,213.79 in expenses submitted by Sharp appeared to have been accrued in post-petition allowable administrative period.

After communication with Sharp's counsel to further verify the merits of the Sharp Admin Claim, Sharp provided detailed, individual invoices to support the amount in its originally submitted summary of invoices for post-petition services. True and correct copies are attached as Exhibit 1.

## 2.    Trustee's Response

Administrative priority is allowed for claims under 11 U.S.C. § 503(b) ("Section 503") where a claim (1) is incurred post-petition, (2) directly and substantially benefits the estate, and (3) is an actual and necessary expense of preserving an estate. *See* 11 U.S.C. §503(b).

After verifying Sharp's individual invoices, Trustee does not oppose Sharp's assertion that the expenses included in Sharp Admin Claim comply with all requirements of Section 503 and as such does not oppose the Motion. Further, Trustee has negotiated a 10% discount with Sharp, reducing the total amount of the unopposed Admin Sharp Claim to $119,273.88 ("Discounted Sharp Claim"). A true and correct copy of the email is attached as Exhibit 2.

DATED:  March 20, 2024                    MARSHACK HAYS WOOD LLP


                                          By:  */s/ D. Edward Hays*
                                              D. EDWARD HAYS
                                              ALINA MAMLYUK
                                              Attorneys for Chapter 11 Trustee,
                                              RICHARD A. MARSHACK

## DECLARATION OF D. EDWARD HAYS

I, D. EDWARD HAYS, declare and state as follows:

1.      I am an individual over the age of 18 and am competent to make this Declaration.

2.      I am a partner in the law firm Marshack Hays Wood LLP, and attorneys of record for the Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") for the bankruptcy estate ("Estate") of The Litigation Practice Group. P.C. ("Debtor").

3.      I have personal knowledge of the facts set forth in this declaration, and if called upon to do so, I could and would competently testify to these facts.

2.      After communication with Sharp's counsel to further verify the merits of the Sharp Admin Claim, Sharp provided detailed, individual invoices to support the amount in its originally submitted summary of invoices for post-petition services. True and correct copies of the invoices are attached as Exhibit 1 to this declaration.

3.      After reviewing the additional invoices, Trustee does not oppose the Sharp Admin Claim.

4.      Notwithstanding the foregoing, Trustee negotiated a 10% discount with Sharp, reducing the total amount of the unopposed Admin Sharp Claim to $119,273.88 ("Discounted Sharp Claim"). A true and correct copy of the email is attached as Exhibit 2 to this declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 20, 2024.

_/s/ D. Edward Hays_____
D. EDWARD HAYS

Exhibit "1"



**Sharp Business Systems**
8670 Argent St
Santee, CA , 92071

# INVOICE

**PLEASE DIRECT ALL CORRESPONDENCE TO:**
619-258-1400

## SHARP BUSINESS SYSTEMS

Tax ID: ████8872

Duns Number: ████8012

**Bill To:  8001851**

LITIGATION PRACTICE GROUP PLC
DIP
17542 E 17TH ST STE 100
TUSTIN, CA 92780

| Invoice No. | Invoice Date | Payment Terms | Due Date | | Invoice Total |
|---|---|---|---|---|---|
| **9004280147** | **04/05/2023** | **Net 30 days** | **05/05/2023** | | **$221.10** |

**Invoice text:**
**Equip: 92791360 , SN: 03049479**                                                                                                **Net Price**
**Model: MX5071 ,50 CPM COLOR MFP**
**Address: LITIGATION PRACTICE GROUP PLC/17542 E 17TH ST STE 100/TUSTIN/CA/92780**
**Contract No.: 8000537260**

  **BW Total**
    Start Meter: 99585 at 02/28/2023, End Meter: 100951 at 03/31/2023
    Copies Made: 1,366
    Billable Copies: 1,366  @ 0.007526                                                                        10.28
  **Col Total**
    Start Meter: 92352 at 02/28/2023, End Meter: 93915 at 03/31/2023
    Copies Made: 1,563
    Billable Copies:1,563  @ 0.075264                                                                         117.64

**Equip: 93821800 , SN: 13025341**
**Model: MX3071 , 30 CPM COLOR MFP**
**Address: THE LITIGATION PRACTICE GROUP PLC/17291 IRVINE BLVD STE 101/TUSTIN/CA/92780**
**Contract No.: 8000548219**

  **BW Total**
    Start Meter: 54474 at 02/27/2023, End Meter: 55503 at 03/31/2023
    Copies Made: 1,029
    Billable Copies: 1,029  @ 0.006720                                                                        6.91
  **Col Total**
    Start Meter: 17914 at 02/27/2023, End Meter: 18962 at 03/31/2023
    Copies Made: 1,048
    Billable Copies:1,048  @ 0.067200                                                                         70.43

### Thank You For Your Business

| Sales Amount | Taxes | Freight Amount | **Invoice Total** | |
|---|---|---|---|---|
| **$205.26** | **$5.57** | **$10.27** | | **$221.10** |

<------------------------- *Cut here* ------------------------->
*Please include Invoice No. on your Remittance*

| | Invoice No. | Account No. | Due Date |
|---|---|---|---|
| | **9004280147** | **8001851** | **05/05/2023** |

| Sales Amount | Taxes | Freight Amount | **Invoice Total** | |
|---|---|---|---|---|
| **$205.26** | **$5.57** | **$10.27** | | **$221.10** |

| Remit To:<br>SHARP ELECTRONICS CORPORATION<br>Via its SHARP BUSINESS SYSTEMS Division<br>Dept. LA 21565<br>PASADENA, CA, 91185-1565 | To Pay by Credit Card, please call 619-258-1400<br><br>Or Make Payment At:<br>https://secure.versapay.com/payables/sharpusa/signup |
|---|---|

Page 1 of 1

**Exhibit "1"**
**Page 5**



**Sharp Business Systems**
8670 Argent St
Santee, CA , 92071

# INVOICE

**PLEASE DIRECT ALL CORRESPONDENCE TO:**
619-258-1400

## SHARP BUSINESS SYSTEMS

Tax ID: ███8872

Duns Number: ███8012

**Bill To: 8001851**

LITIGATION PRACTICE GROUP PLC
DIP
17542 E 17TH ST STE 100
TUSTIN, CA 92780

| Invoice No. | Invoice Date | Payment Terms | Due Date | | Invoice Total |
|---|---|---|---|---|---|
| **9004280153** | **04/05/2023** | **Net 30 days** | **05/05/2023** | | **$52.03** |

**Invoice text:**
**Equip: 87665118 , SN: 8508764Y**                                                              **Net Price**
**Model: MX4071 ,40 CPM COLOR MFP**
**Address: LITIGATION PRACTICE GROUP PLC/17542 E 17TH ST STE 100/TUSTIN/CA/92780**
**Contract No.: 8000473724**

**BW Total**
Start Meter: 57630 at 12/31/2022, End Meter: 57988 at 03/20/2023
Copies Made: 358
Billable Copies: 358  @ 0.007526                                                                     2.69
**Col Total**
Start Meter: 21998 at 12/31/2022, End Meter: 22604 at 03/20/2023
Copies Made: 606
Billable Copies:606  @ 0.075264                                                                      45.61

### Thank You For Your Business

| Sales Amount | Taxes | Freight Amount | Invoice Total |
|---|---|---|---|
| **$48.30** | **$1.31** | **$2.42** | **$52.03** |

**<------------------------- Cut here ------------------------->**
*Please include Invoice No. on your Remittance*

| | Invoice No. | Account No. | Due Date |
|---|---|---|---|
| | **9004280153** | **8001851** | **05/05/2023** |

| Sales Amount | Taxes | Freight Amount | Invoice Total |
|---|---|---|---|
| **$48.30** | **$1.31** | **$2.42** | **$52.03** |

| **Remit To:** | **To Pay by Credit Card, please call 619-258-1400** |
|---|---|
| SHARP ELECTRONICS CORPORATION<br>Via its SHARP BUSINESS SYSTEMS Division<br>Dept. LA 21565<br>PASADENA, CA, 91185-1565 | **Or Make Payment At:**<br>**https://secure.versapay.com/payables/sharpusa/signup** |

Exhibit "1"
Page 6



**Sharp Business Systems**
7 SHERIDAN SQUARE, STE 200
KINGSPORT, TN , 37663

# INVOICE

PLEASE DIRECT ALL CORRESPONDENCE TO:
1-888-525-4220

## SHARP BUSINESS SYSTEMS

Tax ID: ████8872

Duns Number: ████8012

**Bill To: 8001851**

LITIGATION PRACTICE GROUP PLC
DIP
17542 E 17TH ST STE 100
TUSTIN, CA 92780

| Invoice No. | Invoice Date | Payment Terms | Due Date | | Invoice Total |
|---|---|---|---|---|---|
| **9004286674** | 04/06/2023 | **Net 30 days** | **05/06/2023** | | **$1,027.42** |

**Invoice text:**

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| **Contract: 8000534099** | | | | |
| UCAASFCC | UCAAS FCC | 1 | 0.00 | 46.54 |
| **Period of Coverage:** 03/01/2023 - 03/31/2023 | | | | |
| UCAAS FCC | | | | |
| UCAASSTATELOC | UCAAS STATE LOCAL AL | 1 | 0.00 | 3.86 |
| **Period of Coverage:** 03/01/2023 - 03/31/2023 | | | | |
| UCAAS STATE LOCAL | | | | |
| UCAASTOLLFREE | UCAAS OVERAGE MINUTES | 1 | 0.00 | 0.00 |
| **Period of Coverage:** 03/01/2023 - 03/31/2023 | | | | |
| UCAAS TOLL FREE | | | | |
| **Contract: 8000538512** | | | | |
| UCAASSERVICE | 25 USERS, 4 DIDS, NO TOLL FREE | 1 | 906.75 | 906.75 |
| **Period of Coverage:** 04/01/2023 - 04/30/2023 | | | | |

| Sales Amount | Taxes | Freight Amount | **Invoice Total** | |
|---|---|---|---|---|
| **$957.15** | **$70.27** | **$0.00** | | **$1,027.42** |

<-------------------------- *Cut here* -------------------------->
*Please include Invoice No. on your Remittance*

| | Invoice No. | Account No. | Due Date |
|---|---|---|---|
| | **9004286674** | **8001851** | **05/06/2023** |

| Sales Amount | Taxes | Freight Amount | **Invoice Total** | |
|---|---|---|---|---|
| **$957.15** | **$70.27** | **$0.00** | | **$1,027.42** |

| **Remit To:** | **To Pay by Credit Card, please call 1-888-525-4220** |
|---|---|
| SHARP ELECTRONICS CORPORATION Via its SHARP BUSINESS SYSTEMS Division Dept. CH 14288 Palatine, IL, 60055-4404 | **Or Make Payment At:** **https://secure.versapay.com/payables/sharpusa/signup** |

Page 1 of 2

**Exhibit "1"**
**Page 7**



**Sharp Business Systems**
7 SHERIDAN SQUARE, STE 200
KINGSPORT, TN , 37663

# INVOICE

**PLEASE DIRECT ALL CORRESPONDENCE TO:**
1-888-525-4220

## SHARP BUSINESS SYSTEMS

| Invoice No.<br>**9004286674** | Invoice Date<br>**04/06/2023** | Payment Terms<br>**Net 30 days** | Due Date<br>**05/06/2023** | | Invoice Total<br>**$1,027.42** |
|---|---|---|---|---|---|

| Item | Description | | Quantity | Rate | Amount |
|---|---|---|---|---|---|

ADDENDUM #12: 25 PREMIUM USERS, 4 DIDS, NO TOLL FREE, 4 MAC HOURS PER YEAR

### Thank You For Your Business



**Sharp Business Systems**
8670 Argent St
Santee, CA , 92071

# INVOICE

PLEASE DIRECT ALL CORRESPONDENCE TO:
619-258-1400

## SHARP BUSINESS SYSTEMS

Tax ID: ████8872

Duns Number: ████8012

**Bill To: 8001851**

LITIGATION PRACTICE GROUP PLC
DIP
17542 E 17TH ST STE 100
TUSTIN, CA 92780

| Invoice No. | Invoice Date | Payment Terms | Due Date | PO Number | Invoice Total |
|---|---|---|---|---|---|
| 9004303367 | 04/25/2023 | Net 30 days | 05/25/2023 | LAS VEGAS NV | $6,790.00 |

**Invoice text:**

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| **Contract: 8000549041** | | | | |
| DM | DESKTOP MANAGEMENT | 90 | 20.00 | 1,800.00 |
| **Period of Coverage:** 04/01/2023 - 04/30/2023 | | | | |
| MNSMISCSUBSCR IPT | DETECT & RESPOND & PROFILE AND PROTECT | 90 | 25.00 | 2,250.00 |
| **Period of Coverage:** 04/01/2023 - 04/30/2023 | | | | |
| MNSMISCSUBSCR IPT | BARRACUDA ESSENTIALS COMPLETE | 90 | 6.50 | 585.00 |
| **Period of Coverage:** 04/01/2023 - 04/30/2023 | | | | |
| MNSMISCSUBSCR IPT | SONICWALL SECURITY AS A SERVICE | 1 | 355.00 | 355.00 |
| **Period of Coverage:** 04/01/2023 - 04/30/2023 | | | | |
| MNSMISCSUBSCR IPT | OFFICE 365 E3 LICENSE | 90 | 20.00 | 1,800.00 |

| Sales Amount | Taxes | Freight Amount | Invoice Total |
|---|---|---|---|
| $6,790.00 | $0.00 | $0.00 | $6,790.00 |

<------------------------- *Cut here* ------------------------->
*Please include Invoice No. on your Remittance*

| | Invoice No. | Account No. | Due Date |
|---|---|---|---|
| | 9004303367 | 8001851 | 05/25/2023 |

| Sales Amount | Taxes | Freight Amount | Invoice Total |
|---|---|---|---|
| $6,790.00 | $0.00 | $0.00 | $6,790.00 |

| Remit To: SHARP ELECTRONICS CORPORATION Via its SHARP BUSINESS SYSTEMS Division Dept. LA 21565 PASADENA, CA, 91185-1565 | **To Pay by Credit Card, please call 619-258-1400** **Or Make Payment At:** https://secure.versapay.com/payables/sharpusa/signup |
|---|---|

Page 1 of 2

Exhibit "1"
Page 9



**Sharp Business Systems**
8670 Argent St
Santee, CA , 92071

**INVOICE**

**PLEASE DIRECT ALL CORRESPONDENCE TO:**
619-258-1400

**SHARP BUSINESS SYSTEMS**

| Invoice No. | Invoice Date | Payment Terms | Due Date | PO Number | Invoice Total |
|---|---|---|---|---|---|
| **9004303367** | **04/25/2023** | **Net 30 days** | **05/25/2023** | **LAS VEGAS NV** | **$6,790.00** |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| **Period of Coverage:** 04/01/2023 - 04/30/2023 | | | | |

**Thank You For Your Business**

**Exhibit "1"**
**Page 10**



**Sharp Business Systems**
8670 Argent St
Santee, CA , 92071

# INVOICE

PLEASE DIRECT ALL CORRESPONDENCE TO:
619-258-1400

## SHARP BUSINESS SYSTEMS

Tax ID: ██████8872

Duns Number: ██████8012

**Bill To: 8001851**

LITIGATION PRACTICE GROUP PLC
DIP
17542 E 17TH ST STE 100
TUSTIN, CA 92780

| Invoice No. | Invoice Date | Payment Terms | Due Date | | Invoice Total |
|---|---|---|---|---|---|
| **9004319866** | **05/03/2023** | **Net 30 days** | **06/02/2023** | | **$18,691.25** |

**Invoice text:**

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| **Contract:** 8000500309 | | | | |
| 365E3 | MICROSOFT OFFICE 365 E3 | 260 | 23.00 | 5,980.00 |
| **Period of Coverage:** 05/01/2023 - 05/31/2023 | | | | |
| DM | DESKTOP MANAGEMENT LICENSE | 210 | 20.00 | 4,200.00 |
| **Period of Coverage:** 05/01/2023 - 05/31/2023 | | | | |
| MNSMISCSUBSCR IPT | DETECT/RESPOND/PROFILE & PROTECT WRK ST. | 210 | 25.00 | 5,250.00 |
| **Period of Coverage:** 05/01/2023 - 05/31/2023 | | | | |
| MNSMISCSUBSCR IPT | BARRACUDA ESSENTIALS COMPLETE | 260 | 6.50 | 1,690.00 |
| **Period of Coverage:** 05/01/2023 - 05/31/2023 | | | | |
| MNSMISCSUBSCR IPT | FIREWALL-SONICWALL SECURITY SVC | 1 | 355.00 | 355.00 |
| **Period of Coverage:** 05/01/2023 - 05/31/2023 | | | | |

| Sales Amount | Taxes | Freight Amount | Invoice Total | |
|---|---|---|---|---|
| **$18,227.80** | **$463.45** | **$0.00** | | **$18,691.25** |

<-------------------------- *Cut here* -------------------------->
*Please include Invoice No. on your Remittance*

| | Invoice No. | Account No. | Due Date |
|---|---|---|---|
| | **9004319866** | **8001851** | **06/02/2023** |

| Sales Amount | Taxes | Freight Amount | Invoice Total | |
|---|---|---|---|---|
| **$18,227.80** | **$463.45** | **$0.00** | | **$18,691.25** |

| Remit To: | To Pay by Credit Card, please call 619-258-1400 |
|---|---|
| SHARP ELECTRONICS CORPORATION<br>Via its SHARP BUSINESS SYSTEMS Division<br>Dept. LA 21565<br>PASADENA, CA, 91185-1565 | Or Make Payment At:<br>https://secure.versapay.com/payables/sharpusa/signup |

Page 1 of 2

**Exhibit "1"**
**Page 11**



**Sharp Business Systems**
8670 Argent St
Santee, CA , 92071

**INVOICE**

**PLEASE DIRECT ALL CORRESPONDENCE TO:**
619-258-1400

## SHARP BUSINESS SYSTEMS

| Invoice No.<br>**9004319866** | Invoice Date<br>**05/03/2023** | Payment Terms<br>**Net 30 days** | Due Date<br>**06/02/2023** | | Invoice Total<br>**$18,691.25** |
|---|---|---|---|---|---|
| **Item** | **Description** | **Quantity** | **Rate** | | **Amount** |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| MNSMISCSUBSCR IPT | ACTIVE DIRECTORY PREMIUM P1 | 1 | 7.20 | 7.20 |
| **Period of Coverage:** 05/01/2023 - 05/31/2023 | | | | |
| MNSMISCSUBSCR IPT | MICROSOFT PROJECT PLAN ELITE LIC | 6 | 30.00 | 180.00 |
| **Period of Coverage:** 05/01/2023 - 05/31/2023 | | | | |
| MNSMISCSUBSCR IPT | MICROSOFT POWER BI PRO LIC | 3 | 12.00 | 36.00 |
| **Period of Coverage:** 05/01/2023 - 05/31/2023 | | | | |
| MNSMISCSUBSCR IPT | MICROSOFT OFFICE 365 E1 LIC | 52 | 10.00 | 520.00 |
| **Period of Coverage:** 05/01/2023 - 05/31/2023 | | | | |
| MNSMISCSUBSCR IPT | EXCHANGE ONLINE PLAN 2 | 1 | 9.60 | 9.60 |
| **Period of Coverage:** 05/01/2023 - 05/31/2023 | | | | |

### Thank You For Your Business

**Exhibit "1"**
**Page 12**



**Sharp Business Systems**
8670 Argent St
Santee, CA , 92071

# INVOICE

**PLEASE DIRECT ALL CORRESPONDENCE TO:**
619-258-1400

## SHARP BUSINESS SYSTEMS

Tax ID: ████8872

Duns Number: ████8012

**Bill To: 8001851**

LITIGATION PRACTICE GROUP PLC
DIP
17542 E 17TH ST STE 100
TUSTIN, CA 92780

| Invoice No. | Invoice Date | Payment Terms | Due Date | | Invoice Total |
|---|---|---|---|---|---|
| **9004319871** | **05/03/2023** | **Net 30 days** | **06/02/2023** | | **$40.88** |

**Invoice text:**
**Equip: 92791360 , SN: 03049479**                                                                    **Net Price**
**Model: MX5071 ,50 CPM COLOR MFP**
**Address: LITIGATION PRACTICE GROUP PLC/17542 E 17TH ST STE 100/TUSTIN/CA/92780**
**Contract No.: 8000537260**

   **BW Total**
     Start Meter: 100951 at 03/31/2023, End Meter: 100962 at 04/30/2023
     Copies Made: 11
     Billable Copies: 11  @ 0.007526                                                           0.08
   **Col Total**
     Start Meter: 93915 at 03/31/2023, End Meter: 93951 at 04/30/2023
     Copies Made: 36
     Billable Copies:36  @ 0.075264                                                            2.71

**Equip: 93821800 , SN: 13025341**
**Model: MX3071 , 30 CPM COLOR MFP**
**Address: THE LITIGATION PRACTICE GROUP PLC/17291 IRVINE BLVD STE 101/TUSTIN/CA/92780**
**Contract No.: 8000548219**

   **BW Total**
     Start Meter: 55503 at 03/31/2023, End Meter: 55845 at 04/29/2023
     Copies Made: 342
     Billable Copies: 342  @ 0.006720                                                          2.30
   **Col Total**
     Start Meter: 18962 at 03/31/2023, End Meter: 19451 at 04/29/2023
     Copies Made: 489
     Billable Copies:489  @ 0.067200                                                           32.86

### Thank You For Your Business

| Sales Amount | Taxes | Freight Amount | Invoice Total |
|---|---|---|---|
| **$37.95** | **$1.03** | **$1.90** | **$40.88** |

<--------------------- Cut here --------------------->
*Please include Invoice No. on your Remittance*

| | Invoice No. | Account No. | Due Date |
|---|---|---|---|
| | **9004319871** | **8001851** | **06/02/2023** |

| Sales Amount | Taxes | Freight Amount | Invoice Total |
|---|---|---|---|
| **$37.95** | **$1.03** | **$1.90** | **$40.88** |

| Remit To: | To Pay by Credit Card, please call 619-258-1400 |
|---|---|
| SHARP ELECTRONICS CORPORATION Via its SHARP BUSINESS SYSTEMS Division Dept. LA 21565 PASADENA, CA, 91185-1565 | Or Make Payment At: https://secure.versapay.com/payables/sharpusa/signup |

Page 1 of 1

**Exhibit "1"**
**Page 13**



**Sharp Business Systems**
8670 Argent St
Santee, CA , 92071

# INVOICE

PLEASE DIRECT ALL CORRESPONDENCE TO:
619-258-1400

## SHARP BUSINESS SYSTEMS

Tax ID:████8872

Duns Number:████8012

**Bill To: 8001851**

LITIGATION PRACTICE GROUP PLC
DIP
17542 E 17TH ST STE 100
TUSTIN, CA 92780

| Invoice No. | Invoice Date | Payment Terms | Due Date | PO Number | Invoice Total |
|---|---|---|---|---|---|
| **9004319872** | **05/03/2023** | **Net 30 days** | **06/02/2023** | **LAS VEGAS NV** | **$6,790.00** |

**Invoice text:**

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| **Contract:  8000549041** | | | | |
| DM | DESKTOP MANAGEMENT | 90 | 20.00 | 1,800.00 |
| **Period of Coverage:** 05/01/2023 - 05/31/2023 | | | | |
| MNSMISCSUBSCR IPT | DETECT & RESPOND & PROFILE AND PROTECT | 90 | 25.00 | 2,250.00 |
| **Period of Coverage:** 05/01/2023 - 05/31/2023 | | | | |
| MNSMISCSUBSCR IPT | BARRACUDA ESSENTIALS COMPLETE | 90 | 6.50 | 585.00 |
| **Period of Coverage:** 05/01/2023 - 05/31/2023 | | | | |
| MNSMISCSUBSCR IPT | SONICWALL SECURITY AS A SERVICE | 1 | 355.00 | 355.00 |
| **Period of Coverage:** 05/01/2023 - 05/31/2023 | | | | |
| MNSMISCSUBSCR IPT | OFFICE 365 E3 LICENSE | 90 | 20.00 | 1,800.00 |

| Sales Amount | Taxes | Freight Amount | **Invoice Total** |
|---|---|---|---|
| **$6,790.00** | **$0.00** | **$0.00** | **$6,790.00** |

*<-------------------------- Cut here -------------------------->*
*Please include Invoice No. on your Remittance*

| | Invoice No. | Account No. | Due Date |
|---|---|---|---|
| | **9004319872** | **8001851** | **06/02/2023** |

| Sales Amount | Taxes | Freight Amount | **Invoice Total** |
|---|---|---|---|
| **$6,790.00** | **$0.00** | **$0.00** | **$6,790.00** |

| **Remit To:** SHARP ELECTRONICS CORPORATION Via its SHARP BUSINESS SYSTEMS Division Dept. LA 21565 PASADENA, CA, 91185-1565 | **To Pay by Credit Card, please call 619-258-1400** **Or Make Payment At:** https://secure.versapay.com/payables/sharpusa/signup |
|---|---|

Page 1 of 2

**Exhibit "1"**

**Page 14**



**Sharp Business Systems**
8670 Argent St
Santee, CA , 92071

**INVOICE**

PLEASE DIRECT ALL CORRESPONDENCE TO:
619-258-1400

## SHARP BUSINESS SYSTEMS

| Invoice No. | Invoice Date | Payment Terms | Due Date | PO Number | Invoice Total |
|---|---|---|---|---|---|
| **9004319872** | **05/03/2023** | **Net 30 days** | **06/02/2023** | **LAS VEGAS NV** | **$6,790.00** |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|

**Period of Coverage:** 05/01/2023 - 05/31/2023

### Thank You For Your Business

**Exhibit "1"**
**Page 15**



**Sharp Business Systems**
**7 SHERIDAN SQUARE, STE 200**
**KINGSPORT, TN , 37663**

# INVOICE

**PLEASE DIRECT ALL CORRESPONDENCE TO:**
1-888-525-4220

## SHARP BUSINESS SYSTEMS

Tax ID: ███8872

Duns Number: ███8012

**Bill To:  8001851**

LITIGATION PRACTICE GROUP PLC
DIP
17542 E 17TH ST STE 100
TUSTIN, CA 92780

| Invoice No. | Invoice Date | Payment Terms | Due Date | | Invoice Total |
|---|---|---|---|---|---|
| **9004332001** | **05/10/2023** | **Net 30 days** | **06/09/2023** | | **$1,027.42** |

**Invoice text:**

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| **Contract:  8000534099** | | | | |
| UCAASFCC | UCAAS FCC | 1 | 0.00 | 46.54 |
| **Period of Coverage:**  04/01/2023 - 04/30/2023 | | | | |
| UCAAS FCC | | | | |
| UCAASSTATELOC | UCAAS STATE LOCAL AL | 1 | 0.00 | 3.86 |
| **Period of Coverage:**  04/01/2023 - 04/30/2023 | | | | |
| UCAAS STATE LOCAL | | | | |
| UCAASTOLLFREE | UCAAS OVERAGE MINUTES | 1 | 0.00 | 0.00 |
| **Period of Coverage:**  04/01/2023 - 04/30/2023 | | | | |
| UCAAS TOLL FREE | | | | |
| **Contract:  8000538512** | | | | |
| UCAASSERVICE | 25 USERS, 4 DIDS, NO TOLL FREE | 1 | 906.75 | 906.75 |
| **Period of Coverage:**  05/01/2023 - 05/31/2023 | | | | |

| Sales Amount | Taxes | Freight Amount | Invoice Total | |
|---|---|---|---|---|
| **$957.15** | **$70.27** | **$0.00** | **Invoice Total** | **$1,027.42** |

<---------------------------- *Cut here* ---------------------------->
*Please include Invoice No. on your Remittance*

| | Invoice No. | Account No. | | Due Date |
|---|---|---|---|---|
| | **9004332001** | **8001851** | | **06/09/2023** |

| Sales Amount | Taxes | Freight Amount | Invoice Total | |
|---|---|---|---|---|
| **$957.15** | **$70.27** | **$0.00** | **Invoice Total** | **$1,027.42** |

| **Remit To:** | **To Pay by Credit Card, please call 1-888-525-4220** |
|---|---|
| SHARP ELECTRONICS CORPORATION Via its SHARP BUSINESS SYSTEMS Division Dept. CH 14288 Palatine, IL, 60055-4404 | **Or Make Payment At:** https://secure.versapay.com/payables/sharpusa/signup |

**Exhibit "1"**
**Page 16**



**Sharp Business Systems**
**7 SHERIDAN SQUARE, STE 200**
**KINGSPORT, TN , 37663**

**INVOICE**

**PLEASE DIRECT ALL CORRESPONDENCE TO:**
1-888-525-4220

## SHARP BUSINESS SYSTEMS

| Invoice No.<br>**9004332001** | Invoice Date<br>**05/10/2023** | Payment Terms<br>**Net 30 days** | Due Date<br>**06/09/2023** | | Invoice Total<br>**$1,027.42** |
|---|---|---|---|---|---|

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|

ADDENDUM #12: 25 PREMIUM USERS, 4 DIDS, NO TOLL FREE, 4 MAC HOURS PER YEAR

**Thank You For Your Business**

**Exhibit "1"**
**Page 17**



**Sharp Business Systems**
8670 Argent St
Santee, CA , 92071

# INVOICE

PLEASE DIRECT ALL CORRESPONDENCE TO:
619-258-1400

## SHARP BUSINESS SYSTEMS

Tax ID: ████8872

Duns Number: ████8012

**Bill To: 8001851**

LITIGATION PRACTICE GROUP PLC
DIP
17542 E 17TH ST STE 100
TUSTIN, CA 92780

| Invoice No. | Invoice Date | Payment Terms | Due Date | | Invoice Total |
|---|---|---|---|---|---|
| **9004359598** | **06/03/2023** | **Net 30 days** | **07/03/2023** | | **$18,691.25** |

**Invoice text:**

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| **Contract: 8000500309** | | | | |
| 365E3 | MICROSOFT OFFICE 365 E3 | 260 | 23.00 | 5,980.00 |
| **Period of Coverage:** 06/01/2023 - 06/30/2023 | | | | |
| DM | DESKTOP MANAGEMENT LICENSE | 210 | 20.00 | 4,200.00 |
| **Period of Coverage:** 06/01/2023 - 06/30/2023 | | | | |
| MNSMISCSUBSCR IPT | DETECT/RESPOND/PROFILE & PROTECT WRK ST. | 210 | 25.00 | 5,250.00 |
| **Period of Coverage:** 06/01/2023 - 06/30/2023 | | | | |
| MNSMISCSUBSCR IPT | BARRACUDA ESSENTIALS COMPLETE | 260 | 6.50 | 1,690.00 |
| **Period of Coverage:** 06/01/2023 - 06/30/2023 | | | | |
| MNSMISCSUBSCR IPT | FIREWALL-SONICWALL SECURITY SVC | 1 | 355.00 | 355.00 |
| **Period of Coverage:** 06/01/2023 - 06/30/2023 | | | | |

| Sales Amount | Taxes | Freight Amount | **Invoice Total** | |
|---|---|---|---|---|
| **$18,227.80** | **$463.45** | **$0.00** | | **$18,691.25** |

<------------------------- Cut here ------------------------->
*Please include Invoice No. on your Remittance*

| | Invoice No. | Account No. | Due Date |
|---|---|---|---|
| | **9004359598** | **8001851** | **07/03/2023** |

| Sales Amount | Taxes | Freight Amount | **Invoice Total** | |
|---|---|---|---|---|
| **$18,227.80** | **$463.45** | **$0.00** | | **$18,691.25** |

**Remit To:**
SHARP ELECTRONICS CORPORATION
Via its SHARP BUSINESS SYSTEMS Division
Dept. LA 21565
PASADENA, CA, 91185-1565

**To Pay by Credit Card, please call 619-258-1400**

**Or Make Payment At:**
**https://secure.versapay.com/payables/sharpusa/signup**

Page 1 of 2



**Sharp Business Systems**
8670 Argent St
Santee, CA , 92071

**INVOICE**

**PLEASE DIRECT ALL CORRESPONDENCE TO:**
619-258-1400

## SHARP BUSINESS SYSTEMS

| Invoice No.<br>**9004359598** | Invoice Date<br>**06/03/2023** | Payment Terms<br>**Net 30 days** | Due Date<br>**07/03/2023** | | Invoice Total<br>**$18,691.25** |
|---|---|---|---|---|---|

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| MNSMISCSUBSCR IPT | ACTIVE DIRECTORY PREMIUM P1 | 1 | 7.20 | 7.20 |
| **Period of Coverage:** 06/01/2023 - 06/30/2023 | | | | |
| MNSMISCSUBSCR IPT | MICROSOFT PROJECT PLAN ELITE LIC | 6 | 30.00 | 180.00 |
| **Period of Coverage:** 06/01/2023 - 06/30/2023 | | | | |
| MNSMISCSUBSCR IPT | MICROSOFT POWER BI PRO LIC | 3 | 12.00 | 36.00 |
| **Period of Coverage:** 06/01/2023 - 06/30/2023 | | | | |
| MNSMISCSUBSCR IPT | MICROSOFT OFFICE 365 E1 LIC | 52 | 10.00 | 520.00 |
| **Period of Coverage:** 06/01/2023 - 06/30/2023 | | | | |
| MNSMISCSUBSCR IPT | EXCHANGE ONLINE PLAN 2 | 1 | 9.60 | 9.60 |
| **Period of Coverage:** 06/01/2023 - 06/30/2023 | | | | |

### Thank You For Your Business

**Exhibit "1"**
**Page 19**



**Sharp Business Systems**
8670 Argent St
Santee, CA , 92071

# INVOICE

PLEASE DIRECT ALL CORRESPONDENCE TO:
619-258-1400

## SHARP BUSINESS SYSTEMS

Tax ID: ███8872

Duns Number: ███8012

**Bill To: 8001851**

LITIGATION PRACTICE GROUP PLC
DIP
17542 E 17TH ST STE 100
TUSTIN, CA 92780

| Invoice No. | Invoice Date | Payment Terms | Due Date | | Invoice Total |
|---|---|---|---|---|---|
| **9004359605** | **06/03/2023** | **Net 30 days** | **07/03/2023** | | **$47.01** |

**Invoice text:**
**Equip: 92791360 , SN: 03049479**                                                                 **Net Price**
**Model: MX5071 ,50 CPM COLOR MFP**
**Address: LITIGATION PRACTICE GROUP PLC/17542 E 17TH ST STE 100/TUSTIN/CA/92780**
**Contract No.: 8000537260**

    **BW Total**
        Start Meter: 100962 at 04/30/2023, End Meter: 100962 at 05/25/2023
        Copies Made: 0
    **Col Total**
        Start Meter: 93951 at 04/30/2023, End Meter: 93951 at 05/25/2023
        Copies Made: 0

**Equip: 93821800 , SN: 13025341**
**Model: MX3071 , 30 CPM COLOR MFP**
**Address: THE LITIGATION PRACTICE GROUP PLC/17291 IRVINE BLVD STE 101/TUSTIN/CA/92780**
**Contract No.: 8000548219**

    **BW Total**
        Start Meter: 55845 at 04/29/2023, End Meter: 56400 at 05/30/2023
        Copies Made: 555
        Billable Copies: 555  @ 0.006720                                             3.73
    **Col Total**
        Start Meter: 19451 at 04/29/2023, End Meter: 20045 at 05/30/2023
        Copies Made: 594
        Billable Copies:594  @ 0.067200                                            39.92

### Thank You For Your Business

| Sales Amount | Taxes | Freight Amount | Invoice Total |
|---|---|---|---|
| **$43.65** | **$1.18** | **$2.18** | **$47.01** |

<--------------------------- Cut here --------------------------->
*Please include Invoice No. on your Remittance*

| | Invoice No. | Account No. | Due Date |
|---|---|---|---|
| | **9004359605** | **8001851** | **07/03/2023** |

| Sales Amount | Taxes | Freight Amount | Invoice Total |
|---|---|---|---|
| **$43.65** | **$1.18** | **$2.18** | **$47.01** |

| **Remit To:**<br>SHARP ELECTRONICS CORPORATION<br>Via its SHARP BUSINESS SYSTEMS Division<br>Dept. LA 21565<br>PASADENA, CA, 91185-1565 | **To Pay by Credit Card, please call 619-258-1400**<br><br>**Or Make Payment At:**<br>**https://secure.versapay.com/payables/sharpusa/signup** |
|---|---|

Page 1 of 1

**Exhibit "1"**
**Page 20**



**Sharp Business Systems**
8670 Argent St
Santee, CA , 92071

# INVOICE

PLEASE DIRECT ALL CORRESPONDENCE TO:
619-258-1400

## SHARP BUSINESS SYSTEMS

Tax ID: ████8872

Duns Number: ████8012

**Bill To: 8001851**

LITIGATION PRACTICE GROUP PLC
DIP
17542 E 17TH ST STE 100
TUSTIN, CA 92780

| Invoice No. | Invoice Date | Payment Terms | Due Date | PO Number | Invoice Total |
|---|---|---|---|---|---|
| **9004359611** | **06/03/2023** | **Net 30 days** | **07/03/2023** | **LAS VEGAS NV** | **$6,790.00** |

**Invoice text:**

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| **Contract:** 8000549041 | | | | |
| DM | DESKTOP MANAGEMENT | 90 | 20.00 | 1,800.00 |
| **Period of Coverage:** 06/01/2023 - 06/30/2023 | | | | |
| MNSMISCSUBSCR IPT | DETECT & RESPOND & PROFILE AND PROTECT | 90 | 25.00 | 2,250.00 |
| **Period of Coverage:** 06/01/2023 - 06/30/2023 | | | | |
| MNSMISCSUBSCR IPT | BARRACUDA ESSENTIALS COMPLETE | 90 | 6.50 | 585.00 |
| **Period of Coverage:** 06/01/2023 - 06/30/2023 | | | | |
| MNSMISCSUBSCR IPT | SONICWALL SECURITY AS A SERVICE | 1 | 355.00 | 355.00 |
| **Period of Coverage:** 06/01/2023 - 06/30/2023 | | | | |
| MNSMISCSUBSCR IPT | OFFICE 365 E3 LICENSE | 90 | 20.00 | 1,800.00 |

| Sales Amount | Taxes | Freight Amount | Invoice Total |
|---|---|---|---|
| **$6,790.00** | **$0.00** | **$0.00** | **$6,790.00** |

<----------------------- *Cut here* ----------------------->
*Please include Invoice No. on your Remittance*

| | Invoice No. | Account No. | Due Date |
|---|---|---|---|
| | **9004359611** | **8001851** | **07/03/2023** |

| Sales Amount | Taxes | Freight Amount | Invoice Total |
|---|---|---|---|
| **$6,790.00** | **$0.00** | **$0.00** | **$6,790.00** |

| Remit To:<br>SHARP ELECTRONICS CORPORATION<br>Via its SHARP BUSINESS SYSTEMS Division<br>Dept. LA 21565<br>PASADENA, CA, 91185-1565 | To Pay by Credit Card, please call 619-258-1400<br><br>Or Make Payment At:<br>https://secure.versapay.com/payables/sharpusa/signup |
|---|---|

Page 1 of 2

**Exhibit "1"**
**Page 21**



**Sharp Business Systems**
8670 Argent St
Santee, CA , 92071

**INVOICE**

**PLEASE DIRECT ALL CORRESPONDENCE TO:**
619-258-1400

SHARP BUSINESS SYSTEMS

| Invoice No. | Invoice Date | Payment Terms | Due Date | PO Number | Invoice Total |
|---|---|---|---|---|---|
| **9004359611** | **06/03/2023** | **Net 30 days** | **07/03/2023** | **LAS VEGAS NV** | **$6,790.00** |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|

**Period of Coverage:** 06/01/2023 - 06/30/2023

### Thank You For Your Business

**Exhibit "1"**
**Page 22**



**Sharp Business Systems**
**7 SHERIDAN SQUARE, STE 200**
**KINGSPORT, TN , 37663**

# INVOICE

PLEASE DIRECT ALL CORRESPONDENCE TO:
1-888-525-4220

## SHARP BUSINESS SYSTEMS

Tax ID: ████8872

Duns Number: ████8012

**Bill To:  8001851**

LITIGATION PRACTICE GROUP PLC
DIP
17542 E 17TH ST STE 100
TUSTIN, CA 92780

| Invoice No. | Invoice Date | Payment Terms | Due Date | | Invoice Total |
|---|---|---|---|---|---|
| **9004375341** | 06/14/2023 | **Net 30 days** | **07/14/2023** | | **$1,027.42** |

**Invoice text:**

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| **Contract:  8000534099** | | | | |
| UCAASFCC | UCAAS FCC | 1 | 0.00 | 46.54 |
| **Period of Coverage:**  05/01/2023 - 05/31/2023 | | | | |
| UCAAS FCC | | | | |
| UCAASSTATELOC | UCAAS STATE LOCAL AL | 1 | 0.00 | 3.86 |
| **Period of Coverage:**  05/01/2023 - 05/31/2023 | | | | |
| UCAAS STATE LOCAL | | | | |
| UCAASTOLLFREE | UCAAS OVERAGE MINUTES | 1 | 0.00 | 0.00 |
| **Period of Coverage:**  05/01/2023 - 05/31/2023 | | | | |
| UCAAS TOLL FREE | | | | |
| **Contract:  8000538512** | | | | |
| UCAASSERVICE | 25 USERS, 4 DIDS, NO TOLL FREE | 1 | 906.75 | 906.75 |
| **Period of Coverage:**  06/01/2023 - 06/30/2023 | | | | |

| Sales Amount | Taxes | Freight Amount | **Invoice Total** | |
|---|---|---|---|---|
| **$957.15** | **$70.27** | **$0.00** | | **$1,027.42** |

*<------------------------ Cut here ------------------------>*
*Please include Invoice No. on your Remittance*

| | Invoice No. | Account No. | Due Date |
|---|---|---|---|
| | **9004375341** | **8001851** | **07/14/2023** |

| Sales Amount | Taxes | Freight Amount | **Invoice Total** | |
|---|---|---|---|---|
| **$957.15** | **$70.27** | **$0.00** | | **$1,027.42** |

| **Remit To:** | **To Pay by Credit Card, please call 1-888-525-4220** |
|---|---|
| SHARP ELECTRONICS CORPORATION Via its SHARP BUSINESS SYSTEMS Division Dept. CH 14288 Palatine, IL, 60055-4404 | **Or Make Payment At:** **https://secure.versapay.com/payables/sharpusa/signup** |

**Exhibit "1"**
**Page 23**



**Sharp Business Systems**
**7 SHERIDAN SQUARE, STE 200**
**KINGSPORT, TN , 37663**

**INVOICE**

**PLEASE DIRECT ALL CORRESPONDENCE TO:**
1-888-525-4220

## SHARP BUSINESS SYSTEMS

| Invoice No.<br>**9004375341** | Invoice Date<br>**06/14/2023** | Payment Terms<br>**Net 30 days** | Due Date<br>**07/14/2023** | | Invoice Total<br>**$1,027.42** |
|---|---|---|---|---|---|

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|

ADDENDUM #12: 25 PREMIUM USERS, 4 DIDS, NO TOLL FREE, 4 MAC HOURS PER YEAR

**Thank You For Your Business**

**Exhibit "1"**
**Page 24**



**Sharp Business Systems**
8670 Argent St
Santee, CA , 92071

# INVOICE

**PLEASE DIRECT ALL CORRESPONDENCE TO:**
619-258-1400

## SHARP BUSINESS SYSTEMS

Tax ID: ▆▆8872

Duns Number: ▆▆8012

**Bill To: 8001851**

LITIGATION PRACTICE GROUP PLC
DIP
17542 E 17TH ST STE 100
TUSTIN, CA 92780

| Invoice No. 9004405328 | Invoice Date 07/08/2023 | Payment Terms Net 30 days | Due Date 08/07/2023 | | Invoice Total $18,691.25 |
|---|---|---|---|---|---|

**Invoice text:**

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| **Contract:** 8000500309 | | | | |
| 365E3 | MICROSOFT OFFICE 365 E3 | 260 | 23.00 | 5,980.00 |
| **Period of Coverage:** 07/01/2023 - 07/31/2023 | | | | |
| DM | DESKTOP MANAGEMENT LICENSE | 210 | 20.00 | 4,200.00 |
| **Period of Coverage:** 07/01/2023 - 07/31/2023 | | | | |
| MNSMISCSUBSCR IPT | DETECT/RESPOND/PROFILE & PROTECT WRK ST. | 210 | 25.00 | 5,250.00 |
| **Period of Coverage:** 07/01/2023 - 07/31/2023 | | | | |
| MNSMISCSUBSCR IPT | BARRACUDA ESSENTIALS COMPLETE | 260 | 6.50 | 1,690.00 |
| **Period of Coverage:** 07/01/2023 - 07/31/2023 | | | | |
| MNSMISCSUBSCR IPT | FIREWALL-SONICWALL SECURITY SVC | 1 | 355.00 | 355.00 |
| **Period of Coverage:** 07/01/2023 - 07/31/2023 | | | | |

| Sales Amount $18,227.80 | Taxes $463.45 | Freight Amount $0.00 | Invoice Total $18,691.25 |
|---|---|---|---|

<----------------------- *Cut here* ----------------------->
*Please include Invoice No. on your Remittance*

| | Invoice No. 9004405328 | Account No. 8001851 | Due Date 08/07/2023 |
|---|---|---|---|

| Sales Amount $18,227.80 | Taxes $463.45 | Freight Amount $0.00 | Invoice Total $18,691.25 |
|---|---|---|---|

| **Remit To:**<br>SHARP ELECTRONICS CORPORATION<br>Via its SHARP BUSINESS SYSTEMS Division<br>Dept. LA 21565<br>PASADENA, CA, 91185-1565 | **To Pay by Credit Card, please call 619-258-1400**<br><br>**Or Make Payment At:**<br>https://secure.versapay.com/payables/sharpusa/signup |
|---|---|

Page 1 of 2

**Exhibit "1"**
**Page 25**



**Sharp Business Systems**
8670 Argent St
Santee, CA , 92071

**INVOICE**

**PLEASE DIRECT ALL CORRESPONDENCE TO:**
619-258-1400

## SHARP BUSINESS SYSTEMS

| Invoice No.<br>**9004405328** | Invoice Date<br>**07/08/2023** | Payment Terms<br>**Net 30 days** | Due Date<br>**08/07/2023** | | Invoice Total<br>**$18,691.25** |
|---|---|---|---|---|---|

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| MNSMISCSUBSCR IPT | ACTIVE DIRECTORY PREMIUM P1 | 1 | 7.20 | 7.20 |
| **Period of Coverage:** 07/01/2023 - 07/31/2023 | | | | |
| MNSMISCSUBSCR IPT | MICROSOFT PROJECT PLAN ELITE LIC | 6 | 30.00 | 180.00 |
| **Period of Coverage:** 07/01/2023 - 07/31/2023 | | | | |
| MNSMISCSUBSCR IPT | MICROSOFT POWER BI PRO LIC | 3 | 12.00 | 36.00 |
| **Period of Coverage:** 07/01/2023 - 07/31/2023 | | | | |
| MNSMISCSUBSCR IPT | MICROSOFT OFFICE 365 E1 LIC | 52 | 10.00 | 520.00 |
| **Period of Coverage:** 07/01/2023 - 07/31/2023 | | | | |
| MNSMISCSUBSCR IPT | EXCHANGE ONLINE PLAN 2 | 1 | 9.60 | 9.60 |
| **Period of Coverage:** 07/01/2023 - 07/31/2023 | | | | |

### Thank You For Your Business

**Exhibit "1"**
**Page 26**



**Sharp Business Systems**
8670 Argent St
Santee, CA , 92071

# INVOICE

PLEASE DIRECT ALL CORRESPONDENCE TO:
619-258-1400

## SHARP BUSINESS SYSTEMS

Tax ID: █████8872

Duns Number: █████8012

**Bill To: 8001851**

LITIGATION PRACTICE GROUP PLC
DIP
17542 E 17TH ST STE 100
TUSTIN, CA 92780

| Invoice No. | Invoice Date | Payment Terms | Due Date | PO Number | Invoice Total |
|---|---|---|---|---|---|
| **9004405336** | **07/08/2023** | **Net 30 days** | **08/07/2023** | **LAS VEGAS NV** | **$6,790.00** |

**Invoice text:**

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| **Contract:  8000549041** | | | | |
| DM | DESKTOP MANAGEMENT | 90 | 20.00 | 1,800.00 |
| **Period of Coverage:** 07/01/2023 - 07/31/2023 | | | | |
| MNSMISCSUBSCR IPT | DETECT & RESPOND & PROFILE AND PROTECT | 90 | 25.00 | 2,250.00 |
| **Period of Coverage:** 07/01/2023 - 07/31/2023 | | | | |
| MNSMISCSUBSCR IPT | BARRACUDA ESSENTIALS COMPLETE | 90 | 6.50 | 585.00 |
| **Period of Coverage:** 07/01/2023 - 07/31/2023 | | | | |
| MNSMISCSUBSCR IPT | SONICWALL SECURITY AS A SERVICE | 1 | 355.00 | 355.00 |
| **Period of Coverage:** 07/01/2023 - 07/31/2023 | | | | |
| MNSMISCSUBSCR IPT | OFFICE 365 E3 LICENSE | 90 | 20.00 | 1,800.00 |

| Sales Amount | Taxes | Freight Amount | Invoice Total |
|---|---|---|---|
| **$6,790.00** | **$0.00** | **$0.00** | **$6,790.00** |

<--------------------------- *Cut here* --------------------------->
*Please include Invoice No. on your Remittance*

| | Invoice No. | Account No. | Due Date |
|---|---|---|---|
| | **9004405336** | **8001851** | **08/07/2023** |

| Sales Amount | Taxes | Freight Amount | Invoice Total |
|---|---|---|---|
| **$6,790.00** | **$0.00** | **$0.00** | **$6,790.00** |

| **Remit To:** | **To Pay by Credit Card, please call 619-258-1400** |
|---|---|
| SHARP ELECTRONICS CORPORATION Via its SHARP BUSINESS SYSTEMS Division Dept. LA 21565 PASADENA, CA, 91185-1565 | **Or Make Payment At:** https://secure.versapay.com/payables/sharpusa/signup |

Page 1 of 2

**Exhibit "1"**
**Page 27**



**Sharp Business Systems**
8670 Argent St
Santee, CA , 92071

**INVOICE**

PLEASE DIRECT ALL CORRESPONDENCE TO:
619-258-1400

## SHARP BUSINESS SYSTEMS

| Invoice No. | Invoice Date | Payment Terms | Due Date | PO Number | Invoice Total |
|---|---|---|---|---|---|
| **9004405336** | **07/08/2023** | **Net 30 days** | **08/07/2023** | **LAS VEGAS NV** | **$6,790.00** |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|

**Period of Coverage:** 07/01/2023 - 07/31/2023

### Thank You For Your Business

**Exhibit "1"**
**Page 28**



**Sharp Business Systems**
**7 SHERIDAN SQUARE, STE 200**
**KINGSPORT, TN , 37663**

# INVOICE

**PLEASE DIRECT ALL CORRESPONDENCE TO:**
1-888-525-4220

## SHARP BUSINESS SYSTEMS

Tax ID: ■8872
Duns Number: ■8012

**Bill To:  8001851**

LITIGATION PRACTICE GROUP PLC
DIP
17542 E 17TH ST STE 100
TUSTIN, CA 92780

| Invoice No. | Invoice Date | Payment Terms | Due Date | | Invoice Total |
|---|---|---|---|---|---|
| **9004414800** | **07/13/2023** | **Net 30 days** | **08/12/2023** | | **$1,027.53** |

**Invoice text:**

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| **Contract:  8000534099** | | | | |
| UCAASFCC | UCAAS FCC | 1 | 0.00 | 46.65 |
| **Period of Coverage:** 06/01/2023 - 06/30/2023 | | | | |
| UCAAS FCC | | | | |
| UCAASSTATELOC | UCAAS STATE LOCAL AL | 1 | 0.00 | 3.86 |
| **Period of Coverage:** 06/01/2023 - 06/30/2023 | | | | |
| UCAAS STATE LOCAL | | | | |
| UCAASTOLLFREE | UCAAS OVERAGE MINUTES | 1 | 0.00 | 0.00 |
| **Period of Coverage:** 06/01/2023 - 06/30/2023 | | | | |
| UCAAS TOLL FREE | | | | |
| **Contract:  8000538512** | | | | |
| UCAASSERVICE | 25 USERS, 4 DIDS, NO TOLL FREE | 1 | 906.75 | 906.75 |
| **Period of Coverage:** 07/01/2023 - 07/31/2023 | | | | |

| Sales Amount | Taxes | Freight Amount | **Invoice Total** | |
|---|---|---|---|---|
| **$957.26** | **$70.27** | **$0.00** | | **$1,027.53** |

**<------------------------- Cut here ------------------------->**
*Please include Invoice No. on your Remittance*

| | Invoice No. | Account No. | Due Date |
|---|---|---|---|
| | **9004414800** | **8001851** | **08/12/2023** |

| Sales Amount | Taxes | Freight Amount | **Invoice Total** | |
|---|---|---|---|---|
| **$957.26** | **$70.27** | **$0.00** | | **$1,027.53** |

| Remit To: | To Pay by Credit Card, please call 1-888-525-4220 |
|---|---|
| SHARP ELECTRONICS CORPORATION<br>Via its SHARP BUSINESS SYSTEMS Division<br>Dept. CH 14288<br>Palatine, IL, 60055-4404 | **Or Make Payment At:**<br>https://secure.versapay.com/payables/sharpusa/signup |

Page 1 of 2

**Exhibit "1"**
**Page 29**



**Sharp Business Systems**
**7 SHERIDAN SQUARE, STE 200**
**KINGSPORT, TN , 37663**

**INVOICE**

**PLEASE DIRECT ALL CORRESPONDENCE TO:**
1-888-525-4220

## SHARP BUSINESS SYSTEMS

| Invoice No. | Invoice Date | Payment Terms | Due Date | | Invoice Total |
|---|---|---|---|---|---|
| **9004414800** | **07/13/2023** | **Net 30 days** | **08/12/2023** | | **$1,027.53** |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|

ADDENDUM #12: 25 PREMIUM USERS, 4 DIDS, NO TOLL FREE, 4 MAC HOURS PER YEAR

**Thank You For Your Business**

**Exhibit "1"**
**Page 30**



**Sharp Business Systems**
8670 Argent St
Santee, CA , 92071

# INVOICE

PLEASE DIRECT ALL CORRESPONDENCE TO:
619-258-1400

## SHARP BUSINESS SYSTEMS

Tax ID: ███8872

Duns Number: ███8012

**Bill To: 8001851**

LITIGATION PRACTICE GROUP PLC
DIP
17542 E 17TH ST STE 100
TUSTIN, CA 92780

| Invoice No.<br>**9004445734** | Invoice Date<br>**08/03/2023** | Payment Terms<br>**Net 30 days** | Due Date<br>**09/02/2023** | | Invoice Total<br>**$18,227.80** |
|---|---|---|---|---|---|

**Invoice text:**

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| **Contract:  8000500309** | | | | |
| 365E3 | MICROSOFT OFFICE 365 E3 | 260 | 23.00 | 5,980.00 |
| **Period of Coverage:**  08/01/2023 - 08/31/2023 | | | | |
| DM | DESKTOP MANAGEMENT LICENSE | 210 | 20.00 | 4,200.00 |
| **Period of Coverage:**  08/01/2023 - 08/31/2023 | | | | |
| MNSMISCSUBSCR IPT | DETECT/RESPOND/PROFILE & PROTECT WRK ST. | 210 | 25.00 | 5,250.00 |
| **Period of Coverage:**  08/01/2023 - 08/31/2023 | | | | |
| MNSMISCSUBSCR IPT | BARRACUDA ESSENTIALS COMPLETE | 260 | 6.50 | 1,690.00 |
| **Period of Coverage:**  08/01/2023 - 08/31/2023 | | | | |
| MNSMISCSUBSCR IPT | FIREWALL-SONICWALL SECURITY SVC | 1 | 355.00 | 355.00 |
| **Period of Coverage:**  08/01/2023 - 08/31/2023 | | | | |

| Sales Amount<br>**$18,227.80** | Taxes<br>**$0.00** | Freight Amount<br>**$0.00** | **Invoice Total**<br>**$18,227.80** |
|---|---|---|---|

**<------------------------ Cut here ------------------------>**
*Please include Invoice No. on your Remittance*

| | Invoice No.<br>**9004445734** | Account No.<br>**8001851** | Due Date<br>**09/02/2023** |
|---|---|---|---|

| Sales Amount<br>**$18,227.80** | Taxes<br>**$0.00** | Freight Amount<br>**$0.00** | **Invoice Total**<br>**$18,227.80** |
|---|---|---|---|

| **Remit To:**<br>SHARP ELECTRONICS CORPORATION<br>Via its SHARP BUSINESS SYSTEMS Division<br>Dept. LA 21565<br>PASADENA, CA, 91185-1565 | **To Pay by Credit Card, please call 619-258-1400**<br><br>**Or Make Payment At:**<br>**https://secure.versapay.com/payables/sharpusa/signup** |
|---|---|

**Exhibit "1"**
**Page 31**



**Sharp Business Systems**
8670 Argent St
Santee, CA , 92071

**INVOICE**

PLEASE DIRECT ALL CORRESPONDENCE TO:
619-258-1400

**SHARP BUSINESS SYSTEMS**

| Invoice No.<br>**9004445734** | Invoice Date<br>**08/03/2023** | Payment Terms<br>**Net 30 days** | Due Date<br>**09/02/2023** | | Invoice Total<br>**$18,227.80** |
|---|---|---|---|---|---|

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| MNSMISCSUBSCR IPT | ACTIVE DIRECTORY PREMIUM P1 | 1 | 7.20 | 7.20 |
| **Period of Coverage:** 08/01/2023 - 08/31/2023 | | | | |
| MNSMISCSUBSCR IPT | MICROSOFT PROJECT PLAN ELITE LIC | 6 | 30.00 | 180.00 |
| **Period of Coverage:** 08/01/2023 - 08/31/2023 | | | | |
| MNSMISCSUBSCR IPT | MICROSOFT POWER BI PRO LIC | 3 | 12.00 | 36.00 |
| **Period of Coverage:** 08/01/2023 - 08/31/2023 | | | | |
| MNSMISCSUBSCR IPT | MICROSOFT OFFICE 365 E1 LIC | 52 | 10.00 | 520.00 |
| **Period of Coverage:** 08/01/2023 - 08/31/2023 | | | | |
| MNSMISCSUBSCR IPT | EXCHANGE ONLINE PLAN 2 | 1 | 9.60 | 9.60 |
| **Period of Coverage:** 08/01/2023 - 08/31/2023 | | | | |

## Thank You For Your Business

**Exhibit "1"**
**Page 32**



**Sharp Business Systems**
8670 Argent St
Santee, CA , 92071

# INVOICE

**PLEASE DIRECT ALL CORRESPONDENCE TO:**
619-258-1400

## SHARP BUSINESS SYSTEMS

Tax ID: ████8872

Duns Number: ████8012

**Bill To: 8001851**

LITIGATION PRACTICE GROUP PLC
DIP
17542 E 17TH ST STE 100
TUSTIN, CA 92780

| Invoice No. | Invoice Date | Payment Terms | Due Date | PO Number | Invoice Total |
|---|---|---|---|---|---|
| **9004445762** | **08/03/2023** | **Net 30 days** | **09/02/2023** | **LAS VEGAS NV** | **$6,790.00** |

**Invoice text:**

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| **Contract:  8000549041** | | | | |
| DM | DESKTOP MANAGEMENT | 90 | 20.00 | 1,800.00 |
| **Period of Coverage:**  08/01/2023 - 08/31/2023 | | | | |
| MNSMISCSUBSCR IPT | DETECT & RESPOND & PROFILE AND PROTECT | 90 | 25.00 | 2,250.00 |
| **Period of Coverage:**  08/01/2023 - 08/31/2023 | | | | |
| MNSMISCSUBSCR IPT | BARRACUDA ESSENTIALS COMPLETE | 90 | 6.50 | 585.00 |
| **Period of Coverage:**  08/01/2023 - 08/31/2023 | | | | |
| MNSMISCSUBSCR IPT | SONICWALL SECURITY AS A SERVICE | 1 | 355.00 | 355.00 |
| **Period of Coverage:**  08/01/2023 - 08/31/2023 | | | | |
| MNSMISCSUBSCR IPT | OFFICE 365 E3 LICENSE | 90 | 20.00 | 1,800.00 |

| Sales Amount | Taxes | Freight Amount | Invoice Total |
|---|---|---|---|
| **$6,790.00** | **$0.00** | **$0.00** | **$6,790.00** |

<------------------------- *Cut here* ------------------------->
*Please include Invoice No. on your Remittance*

| | Invoice No. | Account No. | Due Date |
|---|---|---|---|
| | **9004445762** | **8001851** | **09/02/2023** |

| Sales Amount | Taxes | Freight Amount | Invoice Total |
|---|---|---|---|
| **$6,790.00** | **$0.00** | **$0.00** | **$6,790.00** |

| Remit To:<br>SHARP ELECTRONICS CORPORATION<br>Via its SHARP BUSINESS SYSTEMS Division<br>Dept. LA 21565<br>PASADENA, CA, 91185-1565 | **To Pay by Credit Card, please call 619-258-1400**<br><br>**Or Make Payment At:**<br>**https://secure.versapay.com/payables/sharpusa/signup** |
|---|---|

Page 1 of 2

Exhibit "1"
Page 33



**Sharp Business Systems**
8670 Argent St
Santee, CA , 92071

# INVOICE

**PLEASE DIRECT ALL CORRESPONDENCE TO:**
619-258-1400

**SHARP BUSINESS SYSTEMS**

| Invoice No.<br>**9004445762** | Invoice Date<br>**08/03/2023** | Payment Terms<br>**Net 30 days** | Due Date<br>**09/02/2023** | PO Number<br>**LAS VEGAS NV** | Invoice Total<br>**$6,790.00** |
|---|---|---|---|---|---|

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| **Period of Coverage:** 08/01/2023 - 08/31/2023 | | | | |

## Thank You For Your Business

**Exhibit "1"**
**Page 34**



**Sharp Business Systems**
7 SHERIDAN SQUARE, STE 200
KINGSPORT, TN , 37663

# INVOICE

PLEASE DIRECT ALL CORRESPONDENCE TO:
1-888-525-4220

## SHARP BUSINESS SYSTEMS

Tax ID: ███8872

Duns Number: ███8012

**Bill To: 8001851**

LITIGATION PRACTICE GROUP PLC
DIP
17542 E 17TH ST STE 100
TUSTIN, CA 92780

| Invoice No. | Invoice Date | Payment Terms | Due Date | | Invoice Total |
|---|---|---|---|---|---|
| **9004454545** | **08/10/2023** | **Net 30 days** | **09/09/2023** | | **$1,027.53** |

**Invoice text:**

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| **Contract:** 8000534099 | | | | |
| UCAASFCC | UCAAS FCC | 1 | 0.00 | 46.65 |
| **Period of Coverage:** 07/01/2023 - 07/31/2023 | | | | |
| UCAAS FCC | | | | |
| UCAASSTATELOC AL | UCAAS STATE LOCAL | 1 | 0.00 | 3.86 |
| **Period of Coverage:** 07/01/2023 - 07/31/2023 | | | | |
| UCAAS STATE LOCAL | | | | |
| UCAASTOLLFREE | UCAAS OVERAGE MINUTES | 1 | 0.00 | 0.00 |
| **Period of Coverage:** 07/01/2023 - 07/31/2023 | | | | |
| UCAAS TOLL FREE | | | | |
| **Contract:** 8000538512 | | | | |
| UCAASSERVICE | 25 USERS, 4 DIDS, NO TOLL FREE | 1 | 906.75 | 906.75 |
| **Period of Coverage:** 08/01/2023 - 08/31/2023 | | | | |

| Sales Amount | Taxes | Freight Amount | Invoice Total |
|---|---|---|---|
| **$957.26** | **$70.27** | **$0.00** | **$1,027.53** |

<------------------------ *Cut here* ------------------------>
*Please include Invoice No. on your Remittance*

| | Invoice No. | Account No. | | Due Date |
|---|---|---|---|---|
| | **9004454545** | **8001851** | | **09/09/2023** |

| Sales Amount | Taxes | Freight Amount | Invoice Total |
|---|---|---|---|
| **$957.26** | **$70.27** | **$0.00** | **$1,027.53** |

| **Remit To:** | **To Pay by Credit Card, please call 1-888-525-4220** |
|---|---|
| SHARP ELECTRONICS CORPORATION Via its SHARP BUSINESS SYSTEMS Division Dept. CH 14288 Palatine, IL, 60055-4404 | **Or Make Payment At:** https://secure.versapay.com/payables/sharpusa/signup |

Page 1 of 2

**Exhibit "1"**

**Page 35**



**Sharp Business Systems**
**7 SHERIDAN SQUARE, STE 200**
**KINGSPORT, TN , 37663**

**INVOICE**

**PLEASE DIRECT ALL CORRESPONDENCE TO:**
1-888-525-4220

**SHARP BUSINESS SYSTEMS**

| Invoice No. | Invoice Date | Payment Terms | Due Date | | Invoice Total |
|---|---|---|---|---|---|
| **9004454545** | **08/10/2023** | **Net 30 days** | **09/09/2023** | | **$1,027.53** |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|

ADDENDUM #12: 25 PREMIUM USERS, 4 DIDS, NO TOLL FREE, 4 MAC HOURS PER YEAR

### Thank You For Your Business

**Exhibit "1"**
**Page 36**



**Sharp Business Systems**
8670 Argent St
Santee, CA , 92071

# INVOICE

**PLEASE DIRECT ALL CORRESPONDENCE TO:**
619-258-1400

## SHARP BUSINESS SYSTEMS

Tax ID: ████8872

Duns Number: ████8012

**Bill To: 8001851**

LITIGATION PRACTICE GROUP PLC
DIP
17542 E 17TH ST STE 100
TUSTIN, CA 92780

| Invoice No. | Invoice Date | Payment Terms | Due Date | | Invoice Total |
|---|---|---|---|---|---|
| **9004475246** | 08/31/2023 | **Net 30 days** | 09/30/2023 | | **$6.83** |

**Invoice text:**
**Equip: 93821800 , SN: 13025341**                                                                                    **Net Price**
**Model: MX3071 ,30 CPM COLOR MFP**
**Address: THE LITIGATION PRACTICE GROUP PLC/17291 IRVINE BLVD STE 101/TUSTIN/CA/92780**
**Contract No.: 8000548219**

  **BW Total**
    Start Meter: 56400 at 05/30/2023, End Meter: 56842 at 06/29/2023
    Copies Made: 442
    Billable Copies: 442  @ 0.007526                                                                                    3.33
  **Col Total**
    Start Meter: 20045 at 05/30/2023, End Meter: 20085 at 06/29/2023
    Copies Made: 40
    Billable Copies:40  @ 0.075264                                                                                    3.01

### Thank You For Your Business

| Sales Amount | Taxes | Freight Amount | Invoice Total |
|---|---|---|---|
| **$6.34** | **$0.17** | **$0.32** | **$6.83** |

<-------------------------- *Cut here* -------------------------->
*Please include Invoice No. on your Remittance*

| | Invoice No. | Account No. | Due Date |
|---|---|---|---|
| | **9004475246** | **8001851** | **09/30/2023** |

| Sales Amount | Taxes | Freight Amount | Invoice Total |
|---|---|---|---|
| **$6.34** | **$0.17** | **$0.32** | **$6.83** |

**Remit To:**
SHARP ELECTRONICS CORPORATION
Via its SHARP BUSINESS SYSTEMS Division
Dept. LA 21565
PASADENA, CA, 91185-1565

**To Pay by Credit Card, please call 619-258-1400**

**Or Make Payment At:**

**https://secure.versapay.com/payables/sharpusa/signup**

Exhibit "1"
Page 37



**Sharp Business Systems**
8670 Argent St
Santee, CA , 92071

# INVOICE

**PLEASE DIRECT ALL CORRESPONDENCE TO:**
619-258-1400

## SHARP BUSINESS SYSTEMS

Tax ID: ████8872

Duns Number: ████8012

**Bill To: 8001851**

LITIGATION PRACTICE GROUP PLC
DIP
17542 E 17TH ST STE 100
TUSTIN, CA 92780

| Invoice No. | Invoice Date | Payment Terms | Due Date | | Invoice Total |
|---|---|---|---|---|---|
| **9004475247** | **08/31/2023** | **Net 30 days** | **09/30/2023** | | **$19.24** |

**Invoice text:**
**Equip: 93821800 , SN: 13025341**                                                                                          **Net Price**
**Model: MX3071 ,30 CPM COLOR MFP**
**Address: THE LITIGATION PRACTICE GROUP PLC/17291 IRVINE BLVD STE 101/TUSTIN/CA/92780**
**Contract No.: 8000548219**

**BW Total**
   Start Meter: 56842 at 06/29/2023, End Meter: 57427 at 07/31/2023
   Copies Made: 585
   Billable Copies: 585  @ 0.007526                                                                              4.40
**Col Total**
   Start Meter: 20085 at 06/29/2023, End Meter: 20264 at 07/31/2023
   Copies Made: 179
   Billable Copies:179  @ 0.075264                                                                              13.47

### Thank You For Your Business

| Sales Amount | Taxes | Freight Amount | Invoice Total |
|---|---|---|---|
| **$17.87** | **$0.48** | **$0.89** | **$19.24** |

*<-------------------------- Cut here -------------------------->*
*Please include Invoice No. on your Remittance*

| | Invoice No. | Account No. | Due Date |
|---|---|---|---|
| | **9004475247** | **8001851** | **09/30/2023** |

| Sales Amount | Taxes | Freight Amount | Invoice Total |
|---|---|---|---|
| **$17.87** | **$0.48** | **$0.89** | **$19.24** |

**Remit To:**
SHARP ELECTRONICS CORPORATION
Via its SHARP BUSINESS SYSTEMS Division
Dept. LA 21565
PASADENA, CA, 91185-1565

**To Pay by Credit Card, please call 619-258-1400**

**Or Make Payment At:**
**https://secure.versapay.com/payables/sharpusa/signup**



**Sharp Business Systems**
8670 Argent St
Santee, CA , 92071

# INVOICE

PLEASE DIRECT ALL CORRESPONDENCE TO:
619-258-1400

## SHARP BUSINESS SYSTEMS

Tax ID: ███8872

Duns Number: ███8012

**Bill To: 8001851**

LITIGATION PRACTICE GROUP PLC
DIP
17542 E 17TH ST STE 100
TUSTIN, CA 92780

| Invoice No. 9004305087 | Invoice Date 04/26/2023 | Payment Terms Net 30 days | Due Date 05/26/2023 | | Invoice Total $18,691.25 |
|---|---|---|---|---|---|

**Invoice text:**

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Contract: 8000500309 | | | | |
| 365E3 | MICROSOFT OFFICE 365 E3 | 260 | 23.00 | 5,980.00 |
| **Period of Coverage:** 04/01/2023 - 04/30/2023 | | | | |
| DM | DESKTOP MANAGEMENT LICENSE | 210 | 20.00 | 4,200.00 |
| **Period of Coverage:** 04/01/2023 - 04/30/2023 | | | | |
| MNSMISCSUBSCR IPT | DETECT/RESPOND/PROFILE & PROTECT WRK ST. | 210 | 25.00 | 5,250.00 |
| **Period of Coverage:** 04/01/2023 - 04/30/2023 | | | | |
| MNSMISCSUBSCR IPT | BARRACUDA ESSENTIALS COMPLETE | 260 | 6.50 | 1,690.00 |
| **Period of Coverage:** 04/01/2023 - 04/30/2023 | | | | |
| MNSMISCSUBSCR IPT | FIREWALL-SONICWALL SECURITY SVC | 1 | 355.00 | 355.00 |
| **Period of Coverage:** 04/01/2023 - 04/30/2023 | | | | |

| Sales Amount $18,227.80 | Taxes $463.45 | Freight Amount $0.00 | **Invoice Total** $18,691.25 |
|---|---|---|---|

*<-------------------------- Cut here --------------------------->*
*Please include Invoice No. on your Remittance*

| | Invoice No. 9004305087 | Account No. 8001851 | Due Date 05/26/2023 |
|---|---|---|---|

| Sales Amount $18,227.80 | Taxes $463.45 | Freight Amount $0.00 | **Invoice Total** $18,691.25 |
|---|---|---|---|

**Remit To:**
SHARP ELECTRONICS CORPORATION
Via its SHARP BUSINESS SYSTEMS Division
Dept. LA 21565
PASADENA, CA, 91185-1565

**To Pay by Credit Card, please call 619-258-1400**

**Or Make Payment At:**
**https://secure.versapay.com/payables/sharpusa/signup**

Page 1 of 2

**Exhibit "1"**
**Page 39**



**Sharp Business Systems**
8670 Argent St
Santee, CA , 92071

**INVOICE**

**PLEASE DIRECT ALL CORRESPONDENCE TO:**
619-258-1400

**SHARP BUSINESS SYSTEMS**

| Invoice No.<br>**9004305087** | Invoice Date<br>**04/26/2023** | Payment Terms<br>**Net 30 days** | Due Date<br>**05/26/2023** | | Invoice Total<br>**$18,691.25** |
|---|---|---|---|---|---|
| **Item** | **Description** | **Quantity** | **Rate** | | **Amount** |
| MNSMISCSUBSCR IPT | ACTIVE DIRECTORY PREMIUM P1 | 1 | 7.20 | | 7.20 |
| **Period of Coverage:** 04/01/2023 - 04/30/2023 | | | | | |
| MNSMISCSUBSCR IPT | MICROSOFT PROJECT PLAN ELITE LIC | 6 | 30.00 | | 180.00 |
| **Period of Coverage:** 04/01/2023 - 04/30/2023 | | | | | |
| MNSMISCSUBSCR IPT | MICROSOFT POWER BI PRO LIC | 3 | 12.00 | | 36.00 |
| **Period of Coverage:** 04/01/2023 - 04/30/2023 | | | | | |
| MNSMISCSUBSCR IPT | MICROSOFT OFFICE 365 E1 LIC | 52 | 10.00 | | 520.00 |
| **Period of Coverage:** 04/01/2023 - 04/30/2023 | | | | | |
| MNSMISCSUBSCR IPT | EXCHANGE ONLINE PLAN 2 | 1 | 9.60 | | 9.60 |
| **Period of Coverage:** 04/01/2023 - 04/30/2023 | | | | | |

### Thank You For Your Business

**Exhibit "1"**
**Page 40**

# SHARP

**Sharp Business Systems**
**8670 Argent Street**
**SANTEE CA  92071**
**USA**

Page 1 of 1

Date:   03/18/2024
Customer:   8001851

# Customer Statement

**LITIGATION PRACTICE GROUP PLC
DIP
17542 E 17TH ST STE 100
TUSTIN CA  92780
USA**

DUNS #: ▮▮▮▮8012

*If there are any questions, please contact your Credit rep:*
**SBS Trade A/R - Legal**

| Document Date | Invoice | Reference | Due Date | Amount | Days Due |
|---|---|---|---|---:|---:|
| 04/01/2023 | 9004280147 | 9004280147 | 06/01/2023 | 221.10 | 291 |
| 04/01/2023 | 9004280153 | 9004280153 | 06/01/2023 | 52.03 | 291 |
| 04/01/2023 | 9004286674 | 9004286674 | 06/01/2023 | 1,027.42 | 291 |
| 04/01/2023 | 9004303367 | 9004303367 | 06/01/2023 | 6,790.00 | 291 |
| 04/01/2023 | 9004305087 | 9004305087 | 06/01/2023 | 18,691.25 | 291 |
| 05/01/2023 | 9004319866 | 9004319866 | 07/01/2023 | 18,691.25 | 261 |
| 05/01/2023 | 9004319871 | 9004319871 | 07/01/2023 | 40.88 | 261 |
| 05/01/2023 | 9004319872 | 9004319872 | 07/01/2023 | 6,790.00 | 261 |
| 05/01/2023 | 9004332001 | 9004332001 | 07/01/2023 | 1,027.42 | 261 |
| 06/01/2023 | 9004359605 | 9004359605 | 08/01/2023 | 47.01 | 230 |
| 06/01/2023 | 9004359611 | 9004359611 | 08/01/2023 | 6,790.00 | 230 |
| 06/01/2023 | 9004375341 | 9004375341 | 08/01/2023 | 1,027.42 | 230 |
| 06/01/2023 | 9004359598 | 9004359598 | 08/01/2023 | 18,691.25 | 230 |
| 07/01/2023 | 9004414800 | 9004414800 | 09/01/2023 | 1,027.53 | 199 |
| 07/01/2023 | 9004405328 | 9004405328 | 09/01/2023 | 18,691.25 | 199 |
| 07/01/2023 | 9004405336 | 9004405336 | 09/01/2023 | 6,790.00 | 199 |
| 07/01/2023 | 9004475246 | 9004475246 | 09/30/2023 | 6.83 | 170 |
| 08/01/2023 | 9004454545 | 9004454545 | 10/01/2023 | 1,027.53 | 169 |
| 08/01/2023 | 9004475247 | 9004475247 | 10/01/2023 | 19.24 | 169 |
| 08/01/2023 | 9004445734 | 9004445734 | 10/01/2023 | 18,227.80 | 169 |
| 08/01/2023 | 9004445762 | 9004445762 | 10/01/2023 | 6,790.00 | 169 |

## Total Amount Due                    132,467.21

| Over 90 Days | 132,467.21 |
|---|---:|
| Total Past Due | 132,467.21 |

**Remit To:**
SHARP ELECTRONICS CORP.
DBA SHARP BUSINESS SYSTEMS
Dept. LA 21565
Pasadena, CA 91185-1565

Or Make Payment At:
https://secure.versapay.com/payables/sharpusa/signup

**Exhibit "1"**
**Page 41**

Exhibit "2"

**From:** Crapo, David N. <DCrapo@gibbonslaw.com>
**Date:** Monday, March 18, 2024 at 2:59 PM
**To:** Alina Mamlyuk <amamlyuk@marshackhays.com>
**Cc:** Ed Hays <EHays@MarshackHays.com>
**Subject:** RE: Litigation Practice Group: Sharp Administrative Claim

Thank you, Alina.  I will advise Sharp.

**DAVID N. CRAPO** | Counsel
Financial Restructuring & Creditors' Rights Group
**t:** 973-596-4523 | **c:** 201-407-4724 | **f:** 973-639-6244
dcrapo@gibbonslaw.com | bio

**Gibbons P.C.** | One Gateway Center | Newark, NJ 07102-5310
**m:** 973-596-4500 | **f:** 973-596-0545 | office | map



gibbonslaw.com | gibbonslawalert.com

**From:** Alina Mamlyuk <amamlyuk@marshackhays.com>
**Sent:** Monday, March 18, 2024 5:57 PM
**To:** Crapo, David N. <DCrapo@gibbonslaw.com>
**Cc:** Ed Hays <EHays@MarshackHays.com>
**Subject:** Re: Litigation Practice Group: Sharp Administrative Claim

**External Email:** Use caution with links and attachments.

Hi, David—

It does not appear that Trustee will be able to make the payment before 3/25/24, so we will accept the 10% discount your client extended.  In our filing of Trustee's response on Thursday, we will inform the court about the negotiated 10% discount and that Trustee has no further objections to a total allowed administrative claim amount of $119,273.88.

Thank you,
Alina Mamlyuk
(949) 333-7777

**Exhibit "2"**
**Page 42**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **RESPONSE OF CHAPTER 11 TRUSTEE TO MOTION OF SHARP ELECTRONICS CORPORATION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM [Dk. No. 729]; DECLARATION OF D. EDWARD HAYS IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 20, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**: On _, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR – MAIL REDIRECTED TO TRUSTEE**
THE LITIGATION PRACTICE GROUP P.C.
~~17542 17TH ST, SUITE 100~~
~~TUSTIN, CA 92780-1981~~

☐ Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 20, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| March 18, 2024 | Cynthia Bastida | */s/ Cynthia Bastida* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

| | | |
|---|---|---|
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Bradford Barnhardt | bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com |
| **ATTORNEY FOR CREDITOR AFFIRMA, LLC and CREDITOR OXFORD KNOX, LLC** | Eric Bensamochan | eric@eblawfirm.us, G63723@notify.cincompass.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Peter W Bowie | peter.bowie@dinsmore.com, caron.burke@dinsmore.com |
| **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC** | Ronald K Brown | ron@rkbrownlaw.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Christopher Celentino | christopher.celentino@dinsmore.com, caron.burke@dinsmore.com |
| **INTERESTED PARTY COURTESY NEF** | Shawn M Christianson | cmcintire@buchalter.com, schristianson@buchalter.com |
| **INTERESTED PARTY COURTESY NEF** | Randall Baldwin Clark | rbc@randallbclark.com |
| **ATTORNEY FOR DEFENDANT LISA COHEN and DEFENDANT ROSA BIANCA LOLI:** | Leslie A Cohen | leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com |
| **INTERESTED PARTY COURTESY NEF** | Aaron E. DE Leest | adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com |
| **INTERESTED PARTY COURTESY NEF** | Anthony Paul Diehl | anthony@apdlaw.net, Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net |
| **ATTORNEY FOR INTERESTED PARTY NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEYS and INTERESTED PARTY NATIONAL CONSUMER BANKRUPTCY RIGHTS CENTER** | Jenny L Doling | jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net |
| **ATTORNEY FOR CREDITOR CAROLYN BEECH** | Daniel A Edelman | dedelman@edcombs.com, courtecl@edcombs.com |
| **CREDITOR** | Meredith Fahn | fahn@sbcglobal.net |
| **ATTORNEY FOR CREDITOR VALIDATION PARTNERS LLC** | William P Fennell | william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com |
| **ATTORNEY FOR DEFENDANT CLEAR VISION LLC dba LIBERTY1 FINANCIAL** | Marc C Forsythe | mcforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Jeremy Freedman | jeremy.freedman@dinsmore.com, nicolette.murphy@dinsmore.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **ATTORNEY FOR CREDITOR HERRET CREDIT** | Eric Gassman | erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Christopher Ghio | christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com; deamira.romo@dinsmore.com |
| **ATTORNEY FOR CREDITOR AMY GINSBURG; CREDITOR KENTON COBB; and CREDITOR SHANNON BELLFIELD** | Amy Lynn Ginsburg | efilings@ginsburglawgroup.com |
| **ATTORNEY FOR DEFENDANT STRIPE, INC** | Eric D Goldberg | eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| **ATTORNEY FOR CREDITOR AFFIRMA, LLC; CREDITOR ANAHEIM ARENA MANAGEMENT, LLC; CREDITOR ANAHEIM DUCKS HOCKEY CLUB, LLC; and CREDITOR OXFORD KNOX, LLC** | Jeffrey I Golden | jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgll p.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestc ase.com |
| **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC** | Richard H Golubow | rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| **ATTORNEY FOR CREDITOR UNITED PARTNERSHIPS, LLC** | David M Goodrich | dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | D Edward Hays | ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoz a@marshackhays.com;cmendoza@ecf.courtdrive.com |
| **ATTORNEY FOR CREDITOR CITY CAPITAL NY** | Alan Craig Hochheiser | ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com |
| **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC** | Garrick A Hollander | ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| ***ATTORNEY FOR CREDITOR SHARP ELECTRONICS CORPORATION*** | ***Brian L Holman*** | ***b.holman@musickpeeler.com*** |
| **INTERESTED PARTY COURTESY NEF** | Richard L. Hyde | richard@amintalati.com |
| **ATTORNEY FOR INTERESTED PARTY MERCHANTS CREDIT CORPORATION** | Peter L Isola | pisola@hinshawlaw.com |
| **ATTORNEY FOR CREDITOR, PLAINTIFF, and COUNTER-DEFENDANT OHP-CDR, LP and PLAINTIFF and COUNTER-DEFENDANT PURCHASECO 80, LLC** | Razmig Izakelian | razmigizakelian@quinnemanuel.com |
| **ATTORNEY FOR FIDELITY NATIONAL INFORMATION SERVICES, INC. DBA FIS** | Sweeney Kelly | kelly@ksgklaw.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP P.C. | Joon M Khang | joon@khanglaw.com |
|---|---|---|
| ATTORNEY FOR INTERESTED PARTY AD HOC CONSUMER CLAIMANTS COMMITTEE | Ira David Kharasch | ikharasch@pszjlaw.com |
| ATTORNEY FOR DEFENDANT GALLANT LAW GROUP | Meredith King | mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law |
| ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS | Nicholas A Koffroth | nkoffroth@foxrothschild.com, khoang@foxrothschild.com |
| ATTORNEY FOR DEFENDANT MARICH BEIN, LLC | David S Kupetz | David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com |
| INTERESTED PARTY COURTESY NEF | Christopher J Langley | chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com |
| ATTORNEY DEFENDANT OPTIMUMBANK HOLDINGS, INC | Matthew A Lesnick | matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com |
| ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, P.C.; DEFENDANT LGS HOLDCO, LLC; INTERESTED PARTY CONSUMER LEGAL GROUP, P.C.; and INTERESTED PARTY LIBERTY ACQUISITIONS GROUP INC | Daniel A Lev | daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| ATTORNEY FOR INTERESTED PARTY REVOLV3, INC. | Britteny Leyva | bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com |
| INTERESTED PARTY COURTESY NEF ADVERSARY PROCEEDING #: 8:23-AP-01148-SC | Marc A Lieberman | marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com |
| ATTORNEY FOR CREDITOR PHILLIP A GREENBLATT, PLLC | Michael D Lieberman | mlieberman@lipsonneilson.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Yosina M Lissebeck | Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com |
| ATTORNEY FOR CREDITOR FUNDURA CAPITAL GROUP | Mitchell B Ludwig | mbl@kpclegal.com, kad@kpclegal.com |
| INTERESTED PARTY AND ATTORNEY | Daniel S March | marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com |
| ATTORNEY FOR CREDITOR and DEFENDANT GREYSON LAW CENTER PC, CREDITOR and DEFENDANT HAN TRINH; and CREDITOR and DEFENDANT PHUONG (JAYDE) TRINH | Kathleen P March | kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| ATTORNEY FOR CREDITOR DAVID ORR | Mark J Markus | bklawr@bklaw.com, markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

| CHAPTER 11 TRUSTEE | Richard A Marshack (TR) | pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi |
|---|---|---|
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Laila Masud | lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Sarah S. Mattingly | sarah.mattingly@dinsmore.com |
| **INTERESTED PARTY COURTESY NEF** | William McCormick | Bill.McCormick@ag.tn.gov |
| **ATTORNEY FOR US TRUSTEE** | Kenneth Misken | Kenneth.M.Misken@usdoj.gov |
| **INTERESTED PARTY COURTESY NEF** | Byron Z Moldo | bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com |
| ***ATTORNEY FOR CREDITOR ADP, INC*** | ***Glenn D. Moses*** | ***gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com*** |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Jamie D Mottola | Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com |
| **INTERESTED PARTY COURTESY NEF** | Alan I Nahmias | anahmias@mbn.law, jdale@mbn.law |
| **INTERESTED PARTY COURTESY NEF** | Victoria Newmark | vnewmark@pszjlaw.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Jacob Newsum-Bothamley | jacob.bothamley@dinsmore.com, angelica.urena@dinsmore.com;deamira.romo@dinsmore.com |
| **ATTORNEY FOR US TRUSTEE** | Queenie K Ng | queenie.k.ng@usdoj.gov |
| **CREDITOR** | Israel Orozco | israel@iolawcorp.com |
| **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS** | Keith C Owens | kowens@foxrothschild.com, khoang@foxrothschild.com |
| **ATTORNEY FOR DEFENDANT OPTIMUMBANK HOLDINGS, INC.** | Lisa Patel | patel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com |
| **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC** | Michael R Pinkston | rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com |
| **ATTORNEY FOR DEFENDANT SCOTT JAMES EADIE** | Douglas A Plazak | dplazak@rhlaw.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Tyler Powell | tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;rosetta.mitchell@dinsmore.com |
| **ATTORNEY FOR DEFENDANT TOUZI CAPITAL, LLC and DEFENDANT ENG TAING** | Daniel H Reiss | dhr@lnbyg.com, dhr@ecf.inforuptcy.com |
| **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, PC** | Ronald N Richards | ron@ronaldrichards.com, 7206828420@filings.docketbird.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Vanessa Rodriguez | vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com |
|---|---|---|
| ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC | Kevin Alan Rogers | krogers@wellsmar.com |
| ATTORNEY FOR CREDITOR MARI AGAPE | Gregory M Salvato | gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com ;gsalvato@ecf.inforuptcy.com |
| ATTORNEY FOR CREDITOR AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC | Olivia Scott | olivia.scott3@bclplaw.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Jonathan Serrano | jonathan.serrano@dinsmore.com |
| ATTORNEY FOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC | Maureen J Shanahan | Mstotaro@aol.com |
| ATTORNEY FOR CREDITORS UNITED PARTNERSHIPS, LLC and MNS FUNDING LLC | Paul R Shankman | PShankman@fortislaw.com, info@fortislaw.com |
| ATTORNEY FOR INTERESTED PARTY MORNING LAW GROUP, PC | Zev Shechtman | zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com |
| ATTORNEY FOR US TRUSTEE | Leslie Skorheim | leslie.skorheim@usdoj.gov |
| ATTORNEY FOR CREDITOR PIONEER FUNDING GROUP, LLC | Adam D Stein-Sapir | info@pfllc.com |
| ATTORNEY FOR DEFENDANT BANKUNITED, N.A. | Howard Steinberg | steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com |
| ATTORNEY FOR CREDITOR ALTERYX, INC. | Andrew Still | astill@swlaw.com, kcollins@swlaw.com |
| ATTORNEY FOR CREDITOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC and INTERESTED PARTY RANDALL BALDWIN CLARK | Michael R Totaro | Ocbkatty@aol.com |
| US TRUSTEE | United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| ATTORNEY FOR WITNESS BRADFORD LEE 8:23-ap-01046-SC | William J Wall | wwall@wall-law.com |
| ATTORNEY FOR CREDITOR and DEFENDANT AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC | Sharon Z. Weiss | sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com |
| ATTORNEY FOR CREDITOR DEBT RELIEF GROUP, LLC | Johnny White | JWhite@wrslawyers.com, jlee@wrslawyers.com |

4859-1241-1567

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.