D. EDWARD HAYS, #162507
ehays@marshackhays.com
ALINA MAMLYUK, #284154
amamlyuk@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee
RICHARD A. MARSHACK

**FILED & ENTERED**

**MAR 21 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

THE LITIGATION PRACTICE GROUP P.C.,

Debtor.

Case No. 8:23-bk-10571-SC

Chapter 11

ORDER APPROVING STIPULATION TO MODIFY BRIEFING SCHEDULE AND CONTINUE HEARING ON MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM FILED BY SDCO TUSTIN EXECUTIVE CENTER, INC. [DK. NO 686]

<u>Current Hearing and Response Dates</u>
Hearing Date: April 11, 2024
Trustee's Response Due: March 21, 2024
Reply by Claimant Due: March 28, 2024
Time: 11:00 a.m.
Ctrm: Courtroom 5C

<u>Continued Hearing and Response Dates</u>
**Hearing Date: April 25, 2024**
Trustee's Response Due: April 11, 2024
Reply by Claimant Due: April 18, 2024
Time: 11:00 a.m.
Ctrm: Courtroom 5C
411 West Fourth Street
Santa Ana, CA 92701

The Court has read and considered the Stipulation ("Stipulation") entered into by and between Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy Estate of The Litigation Practice Group P.C. ("LPG" or "Debtor") and SDCO Tustin ("SDCO"), by their respective counsel of record, filed on March 20, 2024, as Dk. No. 1046, and has found good cause to approve the Stipulation.

/ / /

1

IT IS ORDERED:

1. The Stipulation is approved.

2. The hearing on the Motion is continued from April 11, 2024, at 11:00 a.m., to April 25, 2024, at 11:00 a.m.

3. The deadline for Trustee to file a response to the Motion is extended through and including April 11, 2024; and

4. The deadline for SDCO to file a reply to Trustee's response to the Motion is extended through and including April 18, 2024.

###

Date: March 21, 2024

Scott C. Clarkson
United States Bankruptcy Judge

4891-3357-1503, v. 1