1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  ALINA MAMLYUK, #284154
   amamlyuk@marshackhays.com
3  MARSHACK HAYS WOOD LLP
   870 Roosevelt
4  Irvine, California 92620
   Telephone: (949) 333-7777
5  Facsimile: (949) 333-7778

6  Attorneys for Chapter 11 Trustee
   RICHARD A. MARSHACK

**FILED & ENTERED**

**MAR 21 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY **bolte**    DEPUTY CLERK

7                UNITED STATES BANKRUPTCY COURT

8           CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

9  In re                                    Case No. 8:23-bk-10571-SC

10 THE LITIGATION PRACTICE GROUP P.C.,      Chapter 11

11           Debtor.                        ORDER APPROVING STIPULATION TO
                                            MODIFY BRIEFING SCHEDULE AND TO
12                                          CONTINUE HEARING ON MOTION FOR
                                            ALLOWANCE OF ADMINISTRATIVE
13                                          EXPENSE CLAIM FILED BY HERRET
                                            CREDIT CONSULTANTS [DK. NO 708]
14
                                            Current Hearing
15                                          Hearing Date:    April 11, 2024
                                            Time:   11:00 a.m.
16                                          Ctrm:   Courtroom 5C
                                            411 West Fourth Street
17                                          Santa Ana, CA 92701

18                                          Continued Hearing
                                            **Hearing Date:   June 13, 2024**
19                                          Time:   11:00 a.m.
                                            Ctrm:   Courtroom 5C
20                                          411 West Fourth Street
                                            Santa Ana, CA 92701
21

22      The Court has read and considered the Stipulation ("Stipulation") entered into by and

23 between Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy

24 Estate of The Litigation Practice Group P.C. ("LPG" or "Debtor"), Herret Credit Consultants, by

25 their respective counsel of record, filed on March 20, 2024, as Dk. No. 1043 and has found good

26 cause to approve the Stipulation.

27 / / /

28

1

IT IS ORDERED:

1. The Stipulation is approved.

2. The hearing on the Motion is continued from April 11, 2024, at 11:00 a.m., to June 13, 2024, at 11:00 a.m.

3. The deadline for Trustee to file a response to the Motion is extended through and including May 23, 2024; and

4. The deadline for Herret to file a reply to Trustee's response to the Motion is extended through and including May 30, 2024.

###

Date: March 21, 2024

Scott C. Clarkson
United States Bankruptcy Judge

4888-9181-1759, v. 1

2