# Form 2
## Cash Receipts and Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee | |
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | WELLS FARGO BANK | |
| | | **Account:** | ******9879 - DIP Account | |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | N/A | |
| **Period:** | 02/01/24 - 02/29/24 | **Separate Bond:** | 18,500,000.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | 6,095.42 | 6,095.42 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,095.42 | 6,095.42 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,095.42** | **$6,095.42** | |

**Form 2**
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | WELLS FARGO BANK |
| | | **Account:** | ******9887 - DIP Account |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | N/A |
| **Period:** | 02/01/24 - 02/29/24 | **Separate Bond:** | 18,500,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **50.00** | **50.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **50.00** | **50.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$50.00** | **$50.00** | |

# Form 2
## Cash Receipts and Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee | |
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | WELLS FARGO BANK | |
| | | **Account:** | ******9895 - DIP Account | |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | N/A | |
| **Period:** | 02/01/24 - 02/29/24 | **Separate Bond:** | 18,500,000.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | **50.00** | **50.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **50.00** | **50.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$50.00** | **$50.00** | |

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | Flagstar Bank, N.A. |
| | | | **Account:** | ******9960 - Checking |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | N/A |
| **Period:** | 02/01/24 - 02/29/24 | | **Separate Bond:** | 18,500,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/02/24 | Asset #10 | Wells Fargo Bank | Holiday Molina v Wells Fargo Bank Settlement | 1229-000 | 1,500.00 | | 15,171.66 |
| 02/08/24 | | From Account# XXXXXX8404 | Transfer from account 8404 to 9960 Surcharge order to pay monitor | 9999-000 | 5,310.60 | | 20,482.26 |
| 02/08/24 | 1009 | Nancy Rapoport | Fee statement 1-31-24 per order 8-7-83; Voided on 02/08/2024 | 6700-003 | | 5,000.00 | 15,482.26 |
| 02/08/24 | 1009 | Nancy Rapoport | Fee statement 1-31-24 per order 8-7-83; Voided: Check issued on 02/08/2024 | 6700-003 | | -5,000.00 | 20,482.26 |
| 02/08/24 | 1010 | Nancy Rapoport | Expenses 1/31/24 | 6700-000 | | 310.60 | 20,171.66 |
| 02/08/24 | 1011 | Nancy Rapoport | Fee statement 1-31-24 - 80% per order 8-7-83; | 6700-000 | | 4,000.00 | 16,171.66 |
| 02/09/24 | 1012 | Office of the U.S. Trustee | 4Q2023 quarterly fees; 738-23-10571; | 2950-000 | | 834.52 | 15,337.14 |

| | | | | |
|---|---|---|---|---|
| | | **ACCOUNT TOTALS** | 12,610,676.97 | 12,595,339.83 | $15,337.14 |
| | | Less: Bank Transfers | 1,465,059.39 | 12,270,934.68 | |
| | | **Subtotal** | 11,145,617.58 | 324,405.15 | |
| | | Less: Payment to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | **$11,145,617.58** | **$324,405.15** | |

# Form 2
## Cash Receipts and Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee | |
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | Flagstar Bank, N.A. | |
| | | **Account:** | ******2953 - ACH Segregated no fee account | |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | N/A | |
| **Period:** | 02/01/24 - 02/29/24 | **Separate Bond:** | 18,500,000.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | **6,250,466.48** | **6,202,000.00** | **$48,466.48** |
| | | | Less: Bank Transfers | | 6,250,466.48 | 6,202,000.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

## Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | Flagstar Bank, N.A. |
| | | | **Account:** | ******4611 - Payroll and Operating Account |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | N/A |
| **Period:** | 02/01/24 - 02/29/24 | | **Separate Bond:** | 18,500,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/02/24 | 200460 | Bicher & Associates | 1-31-24 - 80% of agent fees per order 6/29/23 | 6700-000 | | 19.20 | 9,132.00 |
| 02/06/24 | 200461 | International Sureties, LTD | Bond #016239386, increase premium 5/8/23 to 5/8/24; | 6950-000 | | 224.00 | 8,908.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **ACCOUNT TOTALS** | | | 2,618,436.02 | 2,609,528.02 | $8,908.00 |
| | | Less: Bank Transfers | | | 312,100.00 | 1,675,691.98 | |
| | | **Subtotal** | | | 2,306,336.02 | 933,836.04 | |
| | | Less: Payment to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$2,306,336.02** | **$933,836.04** | |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 23-10571 SC | Trustee: | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| Case Name: | The Litigation Practice Group PC | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******4344 - Payroll Tax |
| Taxpayer ID#: | **-***5343 | Blanket Bond: | N/A |
| Period: | 02/01/24 - 02/29/24 | Separate Bond: | 18,500,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 421,500.00 | 413,135.67 | $8,364.33 |
| | | | Less: Bank Transfers | | 421,500.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 413,135.67 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$413,135.67** | |

**Form 2**
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | Flagstar Bank, N.A. |
| | | | **Account:** | ******3526 - Sale proceeds both bidders |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | N/A |
| **Period:** | 02/01/24 - 02/29/24 | | **Separate Bond:** | 18,500,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | **1,249,963.98** | **1,249,963.98** | **$0.00** |
| | | | Less: Bank Transfers | | 1,249,963.98 | 1,249,963.98 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 23-10571 SC | Trustee: | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| Case Name: | The Litigation Practice Group PC | Bank Name: | Fidelity |
| | | Account: | ******7725 - T-Bill Account |
| Taxpayer ID#: | **-***5343 | Blanket Bond: | N/A |
| Period: | 02/01/24 - 02/29/24 | Separate Bond: | 18,500,000.00 |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | 5 Uniform Tran. Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/29/24 | | Flagstar Advisors | income plus accrued interest plus/minus market fluctuation during calendar month (the T-bills were purchased mid-month) | 1270-000 | 25,918.63 | | 6,337,267.57 |
| | | | **ACCOUNT TOTALS** | | 6,337,267.57 | 0.00 | $6,337,267.57 |
| | | | Less: Bank Transfers | | 6,200,000.00 | 0.00 | |
| | | | **Subtotal** | | 137,267.57 | 0.00 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$137,267.57** | **$0.00** | |

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | Flagstar Bank, N.A. |
| | | | **Account:** | ******8404 - MMA - Sale Proceeds |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | N/A |
| **Period:** | 02/01/24 - 02/29/24 | | **Separate Bond:** | 18,500,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/08/24 | | To Account# XXXXXX9960 | Transfer from account 8404 to 9960 Surcharge order to pay monitor | 9999-000 | | 5,310.60 | 4,692,131.41 |
| 02/29/24 | | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 186.45 | | 4,692,317.86 |
| | | | **ACCOUNT TOTALS** | | 4,900,885.27 | 208,567.41 | **$4,692,317.86** |
| | | | Less: Bank Transfers | | 4,900,000.00 | 208,567.41 | |
| | | | **Subtotal** | | 885.27 | 0.00 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$885.27** | **$0.00** | |

# Form 2
## Cash Receipts and Disbursements Record

| | |  | |
|---|---|---|---|
| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | Flagstar Bank, N.A. |
| | | **Account:** | ******3629 - Refunds from MLG for not assumed LSAs |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | N/A |
| **Period:** | 02/01/24 - 02/29/24 | **Separate Bond:** | 18,500,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | 808,068.20 | 0.00 | $808,068.20 |
| | | | Less: Bank Transfers | | 808,068.20 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| **Checking # ******2953** | 0.00 | 0.00 | 48,466.48 |
| **Checking # ******3526** | 0.00 | 0.00 | 0.00 |
| **Checking # ******3629** | 0.00 | 0.00 | 808,068.20 |
| **Checking # ******4344** | 0.00 | 413,135.67 | 8,364.33 |
| **Checking # ******4611** | 2,306,336.02 | 933,836.04 | 8,908.00 |
| **Checking # ******7725** | 137,267.57 | 0.00 | 6,337,267.57 |
| **Checking # ******8404** | 885.27 | 0.00 | 4,692,317.86 |
| **Checking # ******9879** | 6,095.42 | 6,095.42 | 0.00 |
| **Checking # ******9887** | 50.00 | 50.00 | 0.00 |
| **Checking # ******9895** | 50.00 | 50.00 | 0.00 |
| **Checking # ******9960** | 11,145,617.58 | 324,405.15 | 15,337.14 |
| | **$13,596,301.86** | **$1,677,572.28** | **$11,918,729.58** |