| | |
|---|---|
| Keith C. Owens (Bar No 184841) | D. Edward Hays (Bar No. 162507) |
| Nicholas A. Koffroth (Bar No. 287854) | Laila Masud (Bar No. 311731) |
| **FOX ROTHSCHILD LLP** | **MARSHACK HAYS WOOD LLP** |
| 10250 Constellation Blvd., Suite 900 | 870 Roosevelt |
| Los Angeles, CA 90067 | Irvine, CA 92620 |
| Telephone:  (310) 598-4150 | Telephone:  (949) 333-7777 |
| Facsimile:  (310) 556-9828 | Facsimile:  (949) 333-7778 |
| kowens@foxrothschild.com | ehays@marshackhays.com |
| nkoffroth@foxrothschild.com | lmasud@marshackhays.com |
| *Counsel for Official Committee of Unsecured Creditors* | *General Counsel for Chapter 11 Trustee* |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>　　　　Debtor. | Chapter 11<br><br>Case No. 8:23-bk-10571-SC<br><br>**NOTICE OF HEARING ON JOINT MOTION OF THE CHAPTER 11 TRUSTEE AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER: (I) APPROVING PROPOSED DISCLOSURE STATEMENT; (II) APPROVING SOLICITATION AND VOTING PROCEDURES; (III) APPROVING NOTICE AND OBJECTION PROCEDURES FOR CONFIRMATION OF JOINT CHAPTER 11 PLAN OF LIQUIDATION; (IV) SETTING RELATED DEADLINES; AND (V) GRANTING RELATED RELIEF THEREOF**<br><br>**Hearing Date and Time**<br>Date:  May 15, 2024<br>Time:  1:30 p.m.<br>Place:  *In Person or Via ZoomGov*<br>　　　　Courtroom 5C<br>　　　　411 West Fourth Street<br>　　　　Santa Ana, California 92701 |

1

156654421.1

**PLEASE TAKE NOTICE** that on May 15, 2024, at 1:30 p.m., the above-captioned Court will hold a hearing in Courtroom 5C, located at 411 W. Fourth Street, Santa Ana, CA 92701, on the *Joint Motion of the Chapter 11 Trustee and Official Committee of Unsecured Creditors for Entry of an Order: (I) Approving Proposed Disclosure Statement; (II) Approving Solicitation and Voting Procedures; (III) Approving Notice and Objection Procedures for Confirmation of Joint Chapter 11 Plan of Liquidation; (IV) Setting Related Deadlines; and (V) Granting Related Relief* (the "Motion")[1] filed concurrently herewith by the Official Committee of Unsecured Creditors (the "Committee") of The Litigation Practice Group P.C. (the "Debtor"), in the above-referenced bankruptcy case (the "Bankruptcy Case") pending under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code")[2] and Richard A. Marshack, in his capacity as the chapter 11 trustee of the Debtor (the "Trustee" and, together with the Committee, the "Plan Proponents").

**PLEASE TAKE FURTHER NOTICE** that, as set forth more fully in the Motion, the Plan Proponents request entry of an order (the "Disclosure Statement Order"), substantially in the form to be provided as a supplement to the Motion in advance of the objection deadline: (i) approving the *Disclosure Statement Describing Joint Chapter 11 Plan of Liquidation (Dated May 22, 2024)* (the "Disclosure Statement") filed concurrently herewith; (ii) approving the solicitation and voting procedures proposed in the Motion; (iii) approving the proposed notice and objection procedures for confirmation of the *Joint Chapter 11 Plan of Liquidation (Dated May 22, 2024)*, as may be amended (the "Plan"), filed concurrently herewith; (iv) establishing the Challenge Deadlines (as defined in the Motion); and (v) granting related relief as set forth more fully in the Motion.  The Motion is supported by the *Declaration of Richard A. Marshack* appended to the Motion, the Plan, the Disclosure Statement, any supplements to the foregoing filed before the hearing on the Motion, the record in this Bankruptcy Case, the arguments of counsel at any hearing on the Motion, and any other admissible evidence properly brought before the Court at or before the hearing on this Motion.

**PLEASE TAKE FURTHER NOTICE** that parties may view the Motion and related

---

[1] Unless otherwise defined herein, all capitalized terms have the definitions set forth in the Motion.

[2] Unless otherwise noted, all references to "Section" or "§" refer to a section of the Bankruptcy Code.

1

156654421.1

documents for free through the case website maintained by Omni Agent Solutions, which can be viewed at https://omniagentsolutions.com/LPG.  Parties may also access copies of these documents on the Court's docket for a charge through PACER, which can be accessed at www.cacb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that any party wishing to appear at the hearing should review the Court's tentative ruling prior to the hearing, which will provide information on whether in-person appearances are required and any remote access information for the hearing on the Motion.  **Parties are directed to obtain accessibility information on Judge Clarkson's posted hearing calendar which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC.**

**PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 3017-1(a), the hearing on the Motion is set on 42 days' notice.  Any party opposing or responding to the adequacy of the Disclosure Statement or the Motion must file and serve the response ("Response"), pursuant to LBR 3017-1(b) and 9013-1(f), on the Plan Proponents and the United States Trustee not later than 14 days before the date designated for the hearing. A Response must be a complete written statement of all reasons in opposition thereto or in support, declarations and copies of all evidence on which the responding party intends to rely, and any responding memorandum of points and authorities.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 9013-1(h), the failure to file and serve a timely objection to the Motion may be deemed by the Court to be consent to the relief requested therein.

DATED this 22nd day of March, 2024.

| FOX ROTHSCHILD LLP | MARSHACK HAYS WOOD LLP |
|---|---|
| By:  /s/ Nicholas A. Koffroth<br>Keith C. Owens (Bar No. 184841)<br>Nicholas A. Koffroth (Bar No. 287854)<br>Constellation Place<br>10250 Constellation Blvd., Suite 900<br>Los Angeles, California 90067<br>*Counsel for the Committee* | By: D. Edward Hays<br>D. Edward Hays (Bar No. 162507)<br>Laila Masud (Bar No. 311731)<br>870 Roosevelt<br>Irvine, California 92620<br>*General Counsel for Chapter 11 Trustee* |

2

156654421.1