United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10571-SC |
| The Litigation Practice Group P.C. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 8 |
| Date Rcvd: Mar 21, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2024:**

**Recip ID          Recipient Name and Address**
db              #+  The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2024          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam D Stein-Sapir | on behalf of Creditor Pioneer Funding Group LLC info@pfllc.com |
| Alan Craig Hochheiser | on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com arodriguez@mauricewutscher.com |
| Alan I Nahmias | on behalf of Interested Party Courtesy NEF anahmias@mbn.law jdale@mbn.law |
| Amy Lynn Ginsburg | on behalf of Creditor Amy Ginsburg efilings@ginsburglawgroup.com |
| Amy Lynn Ginsburg | on behalf of Creditor Shannon Bellfield efilings@ginsburglawgroup.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 8 |
| Date Rcvd: Mar 21, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Amy Lynn Ginsburg
    on behalf of Creditor Kenton Cobb efilings@ginsburglawgroup.com

Andrew Still
    on behalf of Creditor Alteryx Inc. astill@swlaw.com, kcollins@swlaw.com

Andrew Still
    on behalf of Interested Party Courtesy NEF astill@swlaw.com kcollins@swlaw.com

Anthony Paul Diehl
    on behalf of Interested Party Courtesy NEF anthony@apdlaw.net Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net

Bradford Barnhardt
    on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt
    on behalf of Trustee Richard A Marshack (TR) bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Brian L Holman
    on behalf of Creditor Sharp Electronics Corporation b.holman@musickpeeler.com

Britteny Leyva
    on behalf of Interested Party Revolv3 Inc. bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com

Byron Z Moldo
    on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com amatsuoka@ecjlaw.com,dperez@ecjlaw.com

Christopher Celentino
    on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Celentino
    on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Ghio
    on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com

Christopher Ghio
    on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com

Christopher J Langley
    on behalf of Interested Party Courtesy NEF chris@slclawoffice.com langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com

D Edward Hays
    on behalf of Creditor Committee Committee of Unsecured Creditors ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Interested Party Courtesy NEF ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Daniel A Edelman
    on behalf of Creditor Carolyn Beech dedelman@edcombs.com courtecl@edcombs.com

Daniel A Lev
    on behalf of Defendant Consumer Legal Group PC daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
    on behalf of Defendant LGS Holdco LLC daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
    on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
    on behalf of Interested Party Liberty Acquisitions Group Inc. daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
    on behalf of Interested Party Consumer Legal Group P.C. daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel H Reiss
    on behalf of Defendant Eng Taing dhr@lnbyg.com dhr@ecf.inforuptcy.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 3 of 8 |
| Date Rcvd: Mar 21, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Daniel H Reiss
    on behalf of Defendant Touzi Capital LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel H Reiss
    on behalf of Defendant PECC Corp dhr@lnbyg.com dhr@ecf.inforuptcy.com

Daniel S March
    on behalf of Defendant Daniel S. March marchlawoffice@gmail.com marchdr94019@notify.bestcase.com

David M Goodrich
    on behalf of Creditor United Partnerships LLC dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
    on behalf of Interested Party Courtesy NEF dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David S Kupetz
    on behalf of Defendant Marich Bein LLC David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

David S Kupetz
    on behalf of Interested Party Courtesy NEF David.Kupetz@lockelord.com mylene.ruiz@lockelord.com

Douglas A Plazak
    on behalf of Defendant Scott James Eadie dplazak@rhlaw.com

Eric Bensamochan
    on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us G63723@notify.cincompass.com

Eric Bensamochan
    on behalf of Interested Party Courtesy NEF eric@eblawfirm.us G63723@notify.cincompass.com

Eric Bensamochan
    on behalf of Creditor Affirma LLC eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan
    on behalf of Creditor Oxford Knox LLC eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Gassman
    on behalf of Creditor Herret Credit erg@gassmanlawgroup.com gassman.ericb112993@notify.bestcase.com

Eric D Goldberg
    on behalf of Defendant Stripe Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Garrick A Hollander
    on behalf of Creditor Debt Validation Fund II LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
    on behalf of Creditor MC DVI Fund 1 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
    on behalf of Creditor MC DVI Fund 2 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Glenn D. Moses
    on behalf of Creditor ADP Inc gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com

Gregory M Salvato
    on behalf of Creditor Mari Agape gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
    on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Howard Steinberg
    on behalf of Defendant BankUnited N.A. steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Ira David Kharasch
    on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com

Israel Orozco
    on behalf of Creditor Israel Orozco israel@iolawcorp.com

Jacob Newsum-Bothamley
    on behalf of Plaintiff Richard A. Marshack jacob.bothamley@dinsmore.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 4 of 8 |
| Date Rcvd: Mar 21, 2024 | Form ID: pdf042 | Total Noticed: 1 |

angelica.urena@dinsmore.com;deamira.romo@dinsmore.com

Jamie D Mottola
on behalf of Plaintiff Richard A. Marshack Chapter 11 Trustee Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com

Jeffrey I Golden
on behalf of Creditor Affirma LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
on behalf of Creditor Anaheim Ducks Hockey Club LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
on behalf of Creditor Oxford Knox LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
on behalf of Creditor Anaheim Arena Management LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
on behalf of Interested Party Courtesy NEF jgolden@go2.law
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jenny L Doling
on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys jd@jdl.law
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling
on behalf of Interested Party National Consumer Bankruptcy Rights Center jd@jdl.law
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling
on behalf of Interested Party INTERESTED PARTY jd@jdl.law
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jeremy Freedman
on behalf of Trustee Richard A Marshack (TR) jeremy.freedman@dinsmore.com nicolette.murphy@dinsmore.com

Jeremy Freedman
on behalf of Plaintiff Richard A. Marshack jeremy.freedman@dinsmore.com nicolette.murphy@dinsmore.com

Johnny White
on behalf of Creditor Debt Relief Group LLC JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White
on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com jlee@wrslawyers.com

Jonathan Serrano
on behalf of Trustee Richard A Marshack (TR) jonathan.serrano@dinsmore.com

Jonathan Serrano
on behalf of Plaintiff Richard A. Marshack jonathan.serrano@dinsmore.com

Joon M Khang
on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com

Joon M Khang
on behalf of Attorney Khang & Khang LLP joon@khanglaw.com

Kathleen P March
on behalf of Defendant Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Creditor Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Creditor Phuong (Jayde) Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Defendant Jayde Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Defendant Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Creditor Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 5 of 8 |
| Date Rcvd: Mar 21, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Keith C Owens
    on behalf of Creditor Committee Committee of Unsecured Creditors kowens@foxrothschild.com khoang@foxrothschild.com

Kelli Ann Lee
    on behalf of Trustee Richard A Marshack (TR) kelli.lee@dinsmore.com

Kenneth Misken
    on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

Kevin Alan Rogers
    on behalf of Creditor Wells Marble and Hurst PLLC krogers@wellsmar.com

Laila Masud
    on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com
    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud
    on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com
    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud
    on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com
    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud
    on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com
    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Leslie Skorheim
    on behalf of U.S. Trustee United States Trustee (SA) leslie.skorheim@usdoj.gov

Leslie A Cohen
    on behalf of Defendant Lisa Cohen leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Leslie A Cohen
    on behalf of Defendant Rosa Bianca Loli leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Leslie A Cohen
    on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Lisa Patel
    on behalf of Defendant OptimumBank Holdings Inc. lpatel@lesnickprince.com,
    jmack@lesnickprince.com;jnavarro@lesnickprince.com

Marc A Lieberman
    on behalf of Defendant JGW Solutions LLC marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com

Marc A Lieberman
    on behalf of Interested Party Courtesy NEF marc.lieberman@flpllp.com safa.saleem@flpllp.com,addy@flpllp.com

Marc C Forsythe
    on behalf of Defendant Clear Vision Financial LLC mforsythe@goeforlaw.com
    mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com

Marc C Forsythe
    on behalf of Defendant Point Break Holdings LLC mforsythe@goeforlaw.com
    mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com

Marc C Forsythe
    on behalf of Defendant Perfect Financial LLC mforsythe@goeforlaw.com,
    mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com

Mark J Markus
    on behalf of Creditor David Orr bklawr@bklaw.com markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com

Matthew A Lesnick
    on behalf of Defendant OptimumBank Holdings Inc. matt@lesnickprince.com,
    matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Maureen J Shanahan
    on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Mstotaro@aol.com

Meredith Fahn
    on behalf of Creditor Meredith Fahn fahn@sbcglobal.net

Meredith King
    on behalf of Interested Party Courtesy NEF mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law

Meredith King
    on behalf of Defendant Gallant Law Group mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law

Michael D Lieberman
    on behalf of Creditor Phillip A. Greenblatt PLLC mlieberman@lipsonneilson.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 6 of 8 |
| Date Rcvd: Mar 21, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Michael Jay Berger
    on behalf of Defendant Leucadia Enterprises  Inc michael.berger@bankruptcypower.com,
    yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael R Pinkston
    on behalf of Creditor Wells Marble and Hurst  PLLC rpinkston@seyfarth.com,
    jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com

Michael R Totaro
    on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Ocbkatty@aol.com

Michael R Totaro
    on behalf of Interested Party Randall Baldwin Clark Ocbkatty@aol.com

Mitchell B Ludwig
    on behalf of Defendant Bridge Funding Cap  LLC mbl@kpclegal.com, kad@kpclegal.com

Mitchell B Ludwig
    on behalf of Creditor Fundura Capital Group mbl@kpclegal.com  kad@kpclegal.com

Nicholas A Koffroth
    on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com  khoang@foxrothschild.com

Olivia Scott
    on behalf of Creditor Azzure Capital LLC olivia.scott3@bclplaw.com

Olivia Scott
    on behalf of Creditor Hi Bar Capital LLC olivia.scott3@bclplaw.com

Paul R Shankman
    on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com  info@fortislaw.com

Paul R Shankman
    on behalf of Creditor United Partnerships  LLC PShankman@fortislaw.com, info@fortislaw.com

Peter L Isola
    on behalf of Interested Party Merchants Credit Corporation pisola@hinshawlaw.com

Peter W Bowie
    on behalf of Trustee Richard A Marshack (TR) peter.bowie@dinsmore.com  caron.burke@dinsmore.com

Queenie K Ng
    on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Randall Baldwin Clark
    on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com

Razmig Izakelian
    on behalf of Plaintiff OHP-CDR  LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
    on behalf of Counter-Defendant PurchaseCo 80  LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian
    on behalf of Plaintiff PurchaseCo 80  LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian
    on behalf of Counter-Defendant OHP-CDR  LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
    on behalf of Creditor OHP-CDR  LP razmigizakelian@quinnemanuel.com

Reina Zepeda
    on behalf of Other Professional Omni Agent Solutions rzepeda@omniagnt.com

Richard A Marshack (TR)
    pkraus@marshackhays.com  ecf.alert+Marshack@titlexi.com

Richard H Golubow
    on behalf of Creditor Debt Validation Fund II  LLC rgolubow@wghlawyers.com,
    jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Defendant Debt Validation Fund II  LLC rgolubow@wghlawyers.com,
    jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Defendant MC DVI Fund 2  LLC rgolubow@wghlawyers.com,
    jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Defendant MC DVI Fund 1  LLC rgolubow@wghlawyers.com,
    jmartinez@wghlawyers.com;svillegas@wghlawyers.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 7 of 8 |
| Date Rcvd: Mar 21, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Richard H Golubow
    on behalf of Creditor MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Creditor MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard L. Hyde
    on behalf of Interested Party Courtesy NEF richard@amintalati.com

Ronald K Brown
    on behalf of Creditor SDCO Tustin Executive Center Inc. ron@rkbrownlaw.com

Ronald N Richards
    on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com

Ronald N Richards
    on behalf of Defendant Consumer Legal Group PC ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Sara Johnston
    on behalf of Trustee Richard A Marshack (TR) sara.johnston@dinsmore.com

Sarah S. Mattingly
    on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com

Sarah S. Mattingly
    on behalf of Plaintiff Richard A. Marshack Chapter 11 Trustee sarah.mattingly@dinsmore.com

Sharon Z. Weiss
    on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Sharon Z. Weiss
    on behalf of Defendant Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Sharon Z. Weiss
    on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Shawn M Christianson
    on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com schristianson@buchalter.com

Sweeney Kelly
    on behalf of Defendant Fidelity National Information Services Inc. kelly@ksgklaw.com

Sweeney Kelly
    on behalf of Defendant Worldpay Group kelly@ksgklaw.com

Sweeney Kelly
    on behalf of Defendant Fidelity National Information Services Inc. dba FIS kelly@ksgklaw.com

Sweeney Kelly
    on behalf of Defendant Worldpay LLC kelly@ksgklaw.com

Tyler Powell
    on behalf of Trustee Richard A Marshack (TR) tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;rosetta.mitchell@dinsmore.com

Tyler Powell
    on behalf of Plaintiff Richard A. Marshack tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;rosetta.mitchell@dinsmore.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

Vanessa Rodriguez
    on behalf of Plaintiff Richard A. Marshack vanessa.rodriguez@dinsmore.com angelica.urena@dinsmore.com

Victoria Newmark
    on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com

William McCormick
    on behalf of Creditor TN Dept of Revenue Bill.McCormick@ag.tn.gov

William J Wall
    on behalf of Witness Bradford Lee wwall@wall-law.com

William P Fennell
    on behalf of Creditor Validation Partners LLC william.fennell@fennelllaw.com luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com

District/off: 0973-8 | User: admin | Page 8 of 8
Date Rcvd: Mar 21, 2024 | Form ID: pdf042 | Total Noticed: 1

Yosina M Lissebeck
        on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com

Yosina M Lissebeck
        on behalf of Defendant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com

Yosina M Lissebeck
        on behalf of Trustee Richard A Marshack (TR) Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com

Yosina M Lissebeck
        on behalf of Counter-Claimant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com

Zev Shechtman
        on behalf of Interested Party Danning Gill Israel & Krasnoff LLP Zev.Shechtman@saul.com
        zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Zev Shechtman
        on behalf of Interested Party Morning Law Group P.C. Zev.Shechtman@saul.com,
        zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

TOTAL: 159

D. EDWARD HAYS, #162507
ehays@marshackhays.com
ALINA MAMLYUK, #284154
amamlyuk@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee
RICHARD A. MARSHACK

**FILED & ENTERED**

MAR 21 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

THE LITIGATION PRACTICE GROUP P.C.,

Debtor.

Case No. 8:23-bk-10571-SC

Chapter 11

ORDER APPROVING STIPULATION TO MODIFY BRIEFING SCHEDULE AND CONTINUE HEARING ON MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM FILED BY SDCO TUSTIN EXECUTIVE CENTER, INC. [DK. NO 686]

<u>Current Hearing and Response Dates</u>
Hearing Date: April 11, 2024
Trustee's Response Due: March 21, 2024
Reply by Claimant Due: March 28, 2024
Time: 11:00 a.m.
Ctrm: Courtroom 5C

<u>Continued Hearing and Response Dates</u>
**Hearing Date: April 25, 2024**
Trustee's Response Due: April 11, 2024
Reply by Claimant Due: April 18, 2024
Time: 11:00 a.m.
Ctrm: Courtroom 5C
411 West Fourth Street
Santa Ana, CA 92701

The Court has read and considered the Stipulation ("Stipulation") entered into by and between Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy Estate of The Litigation Practice Group P.C. ("LPG" or "Debtor") and SDCO Tustin ("SDCO"), by their respective counsel of record, filed on March 20, 2024, as Dk. No. 1046, and has found good cause to approve the Stipulation.

/ / /

1

IT IS ORDERED:

1. The Stipulation is approved.

2. The hearing on the Motion is continued from April 11, 2024, at 11:00 a.m., to April 25, 2024, at 11:00 a.m.

3. The deadline for Trustee to file a response to the Motion is extended through and including April 11, 2024; and

4. The deadline for SDCO to file a reply to Trustee's response to the Motion is extended through and including April 18, 2024.

### 

Date: March 21, 2024

Scott C. Clarkson
United States Bankruptcy Judge

4891-3357-1503, v. 1

2