CHRISTOPHER B. GHIO (259094)
Christopher.Ghio@dinsmore.com
CHRISTOPHER CELENTINO (131688)
Christopher.Celentino@dinsmore.com
YOSINA M. LISSEBECK (201654)
Yosina.Lissebeck@dinsmore.com
**DINSMORE & SHOHL, LLP**
655 West Broadway, Suite 800
San Diego, California 92101
Tele: (619) 400.0500
Fax:  (619) 400.0501

TYLER POWELL (Ky. Bar No. 90520 – Admitted pro hac vice)
tyler.powell@dinsmore.com
**DINSMORE & SHOHL, LLP**
100 West Main Street, Suite 900
Lexington, KY 40507
Tele: 859-425-1056
Fax:  859-425-1099

Special Counsel to Richard A. Marshack, Chapter 11 Trustee

**FILED & ENTERED**

**MAR 25 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Chapter 11 |
| Debtor. | **ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION PURSUANT TO FED. R. BANKR. P. 2004 AND L.B.R. 2004-1 FOR AN ORDER AUTHORIZING THE PRODUCTION OF DOCUMENTS BY GRANITE ESCROW AND SETTLEMENT SERVICES** |
| | Date:  [*No Hearing Required*] <br> Time:  [*No Hearing Required*] <br> Judge: Hon. Scott C. Clarkson <br> Place: Courtroom 5C <br>             411 W. Fourth Street <br>             Santa Ana, CA  92701 |

On February 22, 2024, Richard A. Marshack, the Chapter 11 Trustee ("Trustee") for the bankruptcy estate of debtor The Litigation Practice Group P.C. in the above-captioned bankruptcy case, filed in the United States Bankruptcy Court, Santa Ana Division, located at 411 W. Fourth Street, Santa Ana, California 92701, the Honorable Scott C. Clarkson, United States Bankruptcy Judge, presiding, his *Motion Pursuant to Fed. R. Bankr. P. 2004 and L.B.R. 2004-1 for an Order Authorizing the Production of Documents by Granite Escrow and Settlement Services* [Docket No. 1028] (the "Motion"). Through the Motion, the Trustee sought to obtain an order authorizing the Trustee to issue a subpoena to compel the production of documents by Granite Escrow and Settlement Services ("Granite"). No hearing on the motion was requested or required.

The Court, having considered the motion, and good cause appearing, finds and directs as follows:

1. The motion is granted in its entirety.

2. Upon service of a subpoena on Granite, Granite shall produce for inspection and copying by the Trustee the documents and things described in **Exhibit 1** to the subpoena attached to the Motion (the "Documents") **at or before 5:00 p.m. PST on March 29, 2024** at the offices of Dinsmore & Shohl LLP located at 550 S. Hope Street, Suite 1765, Los Angeles, CA 90071 or via email to Yosina.Lissebeck@dinsmore.com.

3. If Granite withholds any Document(s) on the grounds that such Document(s) are privileged or otherwise protected from discovery, it shall prepare a privilege log in accordance with the "Instructions" in **Exhibit 1** to the subpoena attached to the motion and cause it to be delivered to the Trustee's counsel (i.e., Yosina Lissebeck of Dinsmore & Shohl LLP, 550 S. Hope Street, Suite 1765, Los Angeles, CA 90071 or via email to Yosina.Lissebeck@dinsmore.com) **at or before 5:00 p.m. PST on March 29, 2024.**

4. Granite's production of documents must be compelled by subpoena issued and served pursuant to Fed. R. Bankr. P. 9016 and Fed. R. Civ. P. 45. Counsel for the Trustee is authorized to issue the applicable subpoena(s).

///

5.      The parties must seek to resolve any dispute arising under Rule 2004-1 of the Local Bankruptcy Rules for the Central District of California ("Local Rules") in accordance with Local Rule 7026-1(c).

**IT IS SO ORDERED.**

###

Date: March 25, 2024

Scott C. Clarkson
United States Bankruptcy Judge