Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
Yosina M. Lissebeck (State Bar No. 201654)
Jonathan Serrano (State Bar No. 333225)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501
christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com
jonathan.serrano@dinsmore.com

Special Counsel to Richard A. Marshack,
Chapter 11 Trustee

FILED & ENTERED

MAR 25 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>    Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION PURSUANT TO FED. R. BANKR. P. 2004 AND L.B.R. 2004-1 FOR AN ORDER AUTHORIZING THE PRODUCTION OF DOCUMENTS AND INFORMATION BY ASPEN TECHNOLOGIES GROUP LLC**<br><br>Date: *No Hearing Required*<br>Time: *No Hearing Required*<br>Place: Courtroom 5C<br>       411 W. Fourth Street<br>       Santa Ana, CA 92701<br>Judge: Hon. Scott C. Clarkson |

On March 21, 2024, Richard A. Marshack, the Chapter 11 Trustee ("Trustee") for the bankruptcy estate of debtor The Litigation Practice Group P.C. in the above-captioned bankruptcy case, filed in the United States Bankruptcy Court, Santa Ana Division, located at 411 W. Fourth Street, Santa Ana, California 92701, the Honorable Scott C. Clarkson, United States Bankruptcy Judge, presiding, his *Motion Pursuant to Fed. R. Bankr. P. 2004 and L.B.R. 2004-1 for an Order Authorizing the Production of Documents and Information by Aspen Technologies Group LLC* [Docket No. 1065] (the "Motion"). Through the Motion, the Trustee sought to obtain an order authorizing the Trustee to issue a subpoena to compel the production of documents and information by Aspen Technologies Group LLC ("Aspen"). No hearing on the Motion was requested or required.

The Court, having considered the Motion, and good cause appearing, finds and directs as follows:

1. The Motion is granted in its entirety.

2. Upon service of a subpoena on Aspen, Aspen shall provide responses to the interrogatories and produce for inspection and copying by the Trustee the documents and things described in **Exhibit 1** to the subpoena attached to the Motion (the "Documents") **at or before 5:00 p.m. PST on April 19, 2024** at the offices of Dinsmore & Shohl LLP located at 655 W. Broadway, Suite 800, San Diego, CA 92101 or via email to jonathan.serrano@dinsmore.com.

3. If Aspen withholds any Document(s) on the grounds that such Document(s) are privileged or otherwise protected from discovery, Aspen shall prepare a privilege log in accordance with the "Instructions" in **Exhibit 1** to the subpoena attached to the Motion and cause it to be delivered to the Trustee's counsel (i.e., Jonathan Serrano of Dinsmore & Shohl LLP, 655 W. Broadway, Suite 800, San Diego, CA 92101 or via email to jonathan.serrano@dinsmore.com) **at or before 5:00 p.m. PST on April 19, 2024**.

4. Aspen's production of documents and information must be compelled by subpoena issued and served pursuant to Fed. R. Bankr. P. 9016 and Fed. R. Civ. P. 45. Counsel for the Trustee is authorized to issue the applicable subpoena(s).

#42465431v1

5.  The parties must seek to resolve any dispute arising under Rule 2004-1 of the Local Bankruptcy Rules for the Central District of California ("Local Rules") in accordance with Local Rule 7026-1(c).

**IT IS SO ORDERED.**

###

Date: March 25, 2024

Scott C. Clarkson
United States Bankruptcy Judge

#42465431v1