Christopher B. Ghio (State Bar No. 259094)
Christopher Celentino (State Bar No. 131688)
Yosina M. Lissebeck (State Bar No. 201654)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone:  619.400.0500
Facsimile:  619.400.0501
christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com

Tyler Powell (Ky. Bar No. 90520 – Admitted pro hac vice)
Dinsmore & Shohl LLP
100 West Main Street, Suite 900
Lexington, KY 40507
Telephone: 859-425-1056
Facsimile:  859-425-1099
tyler.powell@dinsmore.com

Special Counsel to Richard A. Marshack, Chapter 11 Trustee

**FILED & ENTERED**

**MAR 26 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte    DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION BETWEEN CHAPTER 11 TRUSTEE AND CITY CAPITAL NY, LLC DBA CITY CAPITAL NY REGARDING TREATMENT OF PROOF OF CLAIM NO. 89**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)] |

The Court has read and considered the Stipulation ("Stipulation") entered into by and between Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy Estate of The Litigation Practice Group P.C. ("Estate") and Creditor City Capital NY LLC DBA City Capital NY ("City Capital") filed on March 18, 2024, as Dk. No. 1041, and has found good cause to approve the Stipulation.

1

**ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**

**IT IS SO ORDERED**:

1. The Stipulation is approved.

2. Pursuant to the Stipulation, City Capital will amend Proof of Claim No. 89 ("Claim"), as amended, to an unsecured claim in the amount of $2,950,000.00 within seven days of the entry of this Order. Thereafter, the Claim will be deemed an allowed, unsecured claim against the Debtor in the amount of $366,500.00 subject only to disallowance pursuant to 11 U.S.C. § 502(d).

3. The reservation of rights in the Stipulation is acknowledged.

Date: March 26, 2024

Scott C. Clarkson
United States Bankruptcy Judge

2

**ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**