D. EDWARD HAYS, #162507
ehays@marshackhays.com
ALINA MAMLYUK, #284154
amamlyuk@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee,
RICHARD A. MARSHACK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

THE LITIGATION PRACTICE GROUP P.C.,

Debtor.

Case No: 8-23-bk-10571-SC

Chapter 11

STIPULATION TO MODIFY BRIEFING SCHEDULE AND TO CONTINUE HEARING ON MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM FILED BY UNITED PARTNERSHIPS, LLC [DK. NO 671]

<u>Current Hearing and Response Dates</u>
Hearing Date: April 25, 2024
Trustee's Response Due:    April 11, 2024
Reply by Claimant Due:    April 18, 2024
Time: 11:00 a.m.
Ctrm: 5C
Location: 411 West Fourth Street
            Santa Ana, CA 92701

<u>Proposed Hearing and Response Dates</u>
**Hearing Date: May 23, 2024**
Trustee's Response Due: May 2, 2024
Reply by Claimant Due: May 9, 2024
Time: 11:00 a.m.
Ctrm: 5C
Location: 411 West Fourth Street
            Santa Ana, CA 92701

/ / /

/ / /

1

STIPULATION TO MODIFY BRIEFING SCHEDULE RE: UNITED PARTNERSHIPS

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

This Stipulation ("Stipulation") is entered into by and between Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of The Litigation Practice Group P.C. ("Debtor"), and United Partnerships, LLC ("UP" and together with Trustee, "Parties") with regard to the following:

## RECITALS

A. On March 20, 2023, the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code, initiating bankruptcy Case No. 8:23-bk-10571-SC in the United States Bankruptcy Court for the Central District of California, Santa Ana Division.

B. On May 8, 2023, Richard A. Marshack was appointed as the Chapter 11 Trustee of the Estate. Docket No. 65.

C. On November 16, 2023, UP filed a Motion for Allowance of Administrative Claim Pursuant to 11 U.S.C. § 503 ("Motion"). Docket No. 671.

D. On January 5, 2024, Trustee filed a Motion to Continue Hearing on the motions for allowance of administrative expense claims. Docket No. 816.

E. On January 8, 2024, the Court entered an Order granting the Trustee's Motion to Continue Hearing, continuing the initial hearings on all matters to February 29, 2024, and treating those hearings as status conferences. Docket No. 818.

F. On February 15, 2024, Trustee filed an Omnibus Unilateral Report Regarding Status of Motions for Allowance of Administrative Expense Claim Under 11 U.S.C. Section 503(b). Docket No. 940.

G. On March 6, 2024, the Court entered a Scheduling Order, setting April 11, 2024, as the deadline for Trustee to respond to any of the motions for allowance of administrative expense claims for a specific group of claimants, including UP. Docket No. 986.

H. Trustee is in the process of reviewing recent depositions and newly turned over documents related to UP's claim. Trustee will be sharing this new information with UP while in the process of continuing further investigation and verification of UP's claim.

I. The Parties have agreed that a continuance will allow the Parties to engage in further meaningful settlement discussions.

J. Because the current Motion hearing, as scheduled, would not permit the foregoing communication to occur, the Parties agreed to modify the existing briefing schedule and to continue the hearing.

The Parties STIPULATE as follows:

1. The hearing on the Motion be continued from April 11, 2024, at 11:00 a.m., to May 23, 2024, at 11:00 a.m.;

2. The deadline for Trustee to file a response to the Motion shall be extended through and including May 2, 2024;

3. The deadline for UP to file a reply to Trustee's response to the Motion shall be extended through and including May 9, 2024; and

4. This Stipulation may be executed in one or more counterparts, and facsimile or electronic signatures may be used in filing this document with the Court.

DATED: April 4, 2024         MARSHACK HAYS WOOD LLP

By: /s/ D. Edward Hays
   D. EDWARD HAYS
   ALINA MAMLYUK
   Attorneys for Chapter 11 Trustee,
   RICHARD A. MARSHACK

DATED: April 4, 2024         GOLDEN GOODRICH LLP

By: _____
   DAVID M. GOODRICH
   Attorneys for
   UNITED PARTNERSHIPS, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **STIPULATION TO MODIFY BRIEFING SCHEDULE AND TO CONTINUE HEARING ON MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM FILED BY UNITED PARTNERSHIPS, LLC [DK. NO 671]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 4, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On _, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR – MAIL REDIRECTED TO TRUSTEE**
THE LITIGATION PRACTICE GROUP P.C.
~~17542 17TH ST, SUITE 100~~
~~TUSTIN, CA 92780-1981~~

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 4, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 4, 2024 | Chanel Mendoza | */s/ Chanel Mendoza* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

| | | |
|---|---|---|
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Bradford Barnhardt | bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com |
| **ATTORNEY FOR CREDITOR AFFIRMA, LLC and CREDITOR OXFORD KNOX, LLC** | Eric Bensamochan | eric@eblawfirm.us, G63723@notify.cincompass.com |
| **ATTORNEY FOR DEFENDANT LEUCADIA ENTERPRISES, INC.** | Michael Jay Berger | michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Peter W Bowie | peter.bowie@dinsmore.com, caron.burke@dinsmore.com |
| **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC** | Ronald K Brown | ron@rkbrownlaw.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Christopher Celentino | christopher.celentino@dinsmore.com, caron.burke@dinsmore.com |
| **INTERESTED PARTY COURTESY NEF** | Shawn M Christianson | cmcintire@buchalter.com, schristianson@buchalter.com |
| **INTERESTED PARTY COURTESY NEF** | Randall Baldwin Clark | rbc@randallbclark.com |
| **ATTORNEY FOR DEFENDANT LISA COHEN and DEFENDANT ROSA BIANCA LOLI:** | Leslie A Cohen | leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com |
| **INTERESTED PARTY COURTESY NEF** | Anthony Paul Diehl | anthony@apdlaw.net, Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net |
| **ATTORNEY FOR INTERESTED PARTY NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEYS and INTERESTED PARTY NATIONAL CONSUMER BANKRUPTCY RIGHTS CENTER** | Jenny L Doling | jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net |
| **ATTORNEY FOR CREDITOR CAROLYN BEECH** | Daniel A Edelman | dedelman@edcombs.com, courtecl@edcombs.com |
| **CREDITOR** | Meredith Fahn | fahn@sbcglobal.net |
| **ATTORNEY FOR CREDITOR VALIDATION PARTNERS LLC** | William P Fennell | william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com |
| **INTERESTED PARTY COURTESY NEF** | Alan W Forsley | alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com |
| **ATTORNEY FOR DEFENDANT CLEAR VISION LLC dba LIBERTY1 FINANCIAL** | Marc C Forsythe | mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Jeremy Freedman | jeremy.freedman@dinsmore.com, nicolette.murphy@dinsmore.com |
| **ATTORNEY FOR CREDITOR HERRET CREDIT** | Eric Gassman | erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Christopher Ghio | christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com |
| **ATTORNEY FOR CREDITOR AMY GINSBURG; CREDITOR KENTON COBB; and CREDITOR SHANNON BELLFIELD** | Amy Lynn Ginsburg | efilings@ginsburglawgroup.com |
| **ATTORNEY FOR DEFENDANT STRIPE, INC** | Eric D Goldberg | eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| **ATTORNEY FOR CREDITOR AFFIRMA, LLC; CREDITOR ANAHEIM ARENA MANAGEMENT, LLC; CREDITOR ANAHEIM DUCKS HOCKEY CLUB, LLC; and CREDITOR OXFORD KNOX, LLC** | Jeffrey I Golden | jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC** | Richard H Golubow | rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| **ATTORNEY FOR CREDITOR OPPORTUNITY FUND NORTHERN CALIFORNIA** | Mark Good | mark@markgood.com |
| *AFFECTED PARTY ATTORNEY FOR CREDITOR UNITED PARTNERSHIPS, LLC* | *David M Goodrich* | *dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wgllp@ecf.courtdrive.com* |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | D Edward Hays | ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| **ATTORNEY FOR CREDITOR CITY CAPITAL NY** | Alan Craig Hochheiser | ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com |
| **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC** | Garrick A Hollander | ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| **ATTORNEY FOR CREDITOR SHARP ELECTRONICS CORPORATION** | Brian L Holman | b.holman@musickpeeler.com |
| **INTERESTED PARTY COURTESY NEF** | Richard L. Hyde | richard@amintalati.com |
| **ATTORNEY FOR INTERESTED PARTY MERCHANTS CREDIT CORPORATION** | Peter L Isola | pisola@hinshawlaw.com |
| **ATTORNEY FOR CREDITOR, PLAINTIFF, and COUNTER-DEFENDANT OHP-CDR, LP and PLAINTIFF and COUNTER-DEFENDANT PURCHASECO 80, LLC** | Razmig Izakelian | razmigizakelian@quinnemanuel.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Sara Johnston | sara.johnston@dinsmore.com |
| **ATTORNEY FOR FIDELITY NATIONAL INFORMATION SERVICES, INC. DBA FIS** | Sweeney Kelly | kelly@ksgklaw.com |
| **ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP P.C.** | Joon M Khang | joon@khanglaw.com |
| **ATTORNEY FOR INTERESTED PARTY AD HOC CONSUMER CLAIMANTS COMMITTEE** | Ira David Kharasch | sikharasch@pszjlaw.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **ATTORNEY FOR DEFENDANT GALLANT LAW GROUP** | Meredith King | mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law |
| **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS** | Nicholas A Koffroth | nkoffroth@foxrothschild.com, khoang@foxrothschild.com |
| **ATTORNEY FOR DEFENDANT MARICH BEIN, LLC** | David S Kupetz | David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com |
| **INTERESTED PARTY COURTESY NEF** | Christopher J Langley | chris@slclawoffice.com, langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Kelli Ann Lee | Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com |
| **ATTORNEY DEFENDANT OPTIMUMBANK HOLDINGS, INC** | Matthew A Lesnick | matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com |
| **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, P.C.; DEFENDANT LGS HOLDCO, LLC; INTERESTED PARTY CONSUMER LEGAL GROUP, P.C.; and INTERESTED PARTY LIBERTY ACQUISITIONS GROUP INC** | Daniel A Lev | daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| **ATTORNEY FOR INTERESTED PARTY REVOLV3, INC.** | Britteny Leyva | bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com |
| **INTERESTED PARTY COURTESY NEF ADVERSARY PROCEEDING #: 8:23-AP-01148-SC** | Marc A Lieberman | marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com |
| **ATTORNEY FOR CREDITOR PHILLIP A GREENBLATT, PLLC** | Michael D Lieberman | mlieberman@lipsonneilson.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Yosina M Lissebeck | Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com |
| **ATTORNEY FOR CREDITOR FUNDURA CAPITAL GROUP** | Mitchell B Ludwig | mbl@kpclegal.com, kad@kpclegal.com |
| **INTERESTED PARTY AND ATTORNEY** | Daniel S March | marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com |
| **ATTORNEY FOR CREDITOR and DEFENDANT GREYSON LAW CENTER PC, CREDITOR and DEFENDANT HAN TRINH; and CREDITOR and DEFENDANT PHUONG (JAYDE) TRINH** | Kathleen P March | kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| **ATTORNEY FOR CREDITOR DAVID ORR** | Mark J Markus | bklawr@bklaw.com, markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com |
| **CHAPTER 11 TRUSTEE** | Richard A Marshack (TR) | pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Laila Masud | lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Sarah S. Mattingly | sarah.mattingly@dinsmore.com |
| **INTERESTED PARTY COURTESY NEF** | William McCormick | Bill.McCormick@ag.tn.gov |
| **ATTORNEY FOR US TRUSTEE** | Kenneth Misken | Kenneth.M.Misken@usdoj.gov |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **INTERESTED PARTY COURTESY NEF** | Byron Z Moldo | bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com |
| **ATTORNEY FOR CREDITOR ADP, INC** | Glenn D. Moses | gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Jamie D Mottola | Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com |
| **INTERESTED PARTY COURTESY NEF** | Alan I Nahmias | anahmias@mbn.law, jdale@mbn.law |
| **INTERESTED PARTY COURTESY NEF** | Victoria Newmark | vnewmark@pszjlaw.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Jacob Newsum-Bothamley | jacob.bothamley@dinsmore.com, angelica.urena@dinsmore.com;deamira.romo@dinsmore.com |
| **ATTORNEY FOR US TRUSTEE** | Queenie K Ng | queenie.k.ng@usdoj.gov |
| **CREDITOR** | Israel Orozco | israel@iolawcorp.com |
| **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS** | Keith C Owens | kowens@foxrothschild.com, khoang@foxrothschild.com |
| **ATTORNEY FOR DEFENDANT OPTIMUMBANK HOLDINGS, INC.** | Lisa Patel | lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com |
| **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC** | Michael R Pinkston | rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com |
| **ATTORNEY FOR DEFENDANT SCOTT JAMES EADIE** | Douglas A Plazak | dplazak@rhlaw.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Tyler Powell | tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;rosetta.mitchell@dinsmore.com |
| **ATTORNEY FOR DEFENDANT TOUZI CAPITAL, LLC and DEFENDANT ENG TAING** | Daniel H Reiss | dhr@lnbyg.com, dhr@ecf.inforuptcy.com |
| **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, PC** | Ronald N Richards | ron@ronaldrichards.com, 7206828420@filings.docketbird.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Vanessa Rodriguez | vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com |
| **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC** | Kevin Alan Rogers | krogers@wellsmar.com |
| **ATTORNEY FOR CREDITOR MARI AGAPE** | Gregory M Salvato | gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| **ATTORNEY FOR CREDITOR AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC** | Olivia Scott | olivia.scott3@bclplaw.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Jonathan Serrano | jonathan.serrano@dinsmore.com |
| **ATTORNEY FOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC** | Maureen J Shanahan | Mstotaro@aol.com |
| **ATTORNEY FOR CREDITORS UNITED PARTNERSHIPS, LLC and MNS FUNDING LLC** | Paul R Shankman | PShankman@fortislaw.com, info@fortislaw.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| **ATTORNEY FOR INTERESTED PARTY MORNING LAW GROUP, PC** | Zev Shechtman | Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com |
|---|---|---|
| **ATTORNEY FOR US TRUSTEE** | Leslie Skorheim | leslie.skorheim@usdoj.gov |
| **ATTORNEY FOR CREDITOR PIONEER FUNDING GROUP, LLC** | Adam D Stein-Sapir | info@pfllc.com |
| **ATTORNEY FOR DEFENDANT BANKUNITED, N.A.** | Howard Steinberg | steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com |
| **ATTORNEY FOR CREDITOR ALTERYX, INC.** | Andrew Still | astill@swlaw.com, kcollins@swlaw.com |
| **ATTORNEY FOR CREDITOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC and INTERESTED PARTY RANDALL BALDWIN CLARK** | Michael R Totaro | Ocbkatty@aol.com |
| **US TRUSTEE** | United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| **ATTORNEY FOR WITNESS BRADFORD LEE 8:23-ap-01046-SC** | William J Wall | wwall@wall-law.com |
| **ATTORNEY FOR CREDITOR and DEFENDANT AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC** | Sharon Z. Weiss | sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com |
| **ATTORNEY FOR CREDITOR DEBT RELIEF GROUP, LLC** | Johnny White | JWhite@wrslawyers.com, jlee@wrslawyers.com |
| **CLAIM AGENT FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Reina Zepeda | rzepeda@omniagnt.com |

4882-0143-4036

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**