William A. Delgado (SBN 222666)
  wdelgado@dtolaw.com
Michael W. Davis (SBN 274126)
  mdavis@dtolaw.com
DTO LAW
601 South Figueroa Street, Suite 2130
Los Angeles, CA 90017
Telephone:  (213) 335-6999
Facsimile:   (213) 335-7802

Attorneys for Defendant
MORNING LAW GROUP, P.C.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>        Debtor. | Case No.:   8:23-bk-10571-SC<br><br>Chapter 11 |
| ALTERYX, INC., a Delaware Corporation,<br><br>        Plaintiff,<br>  v.<br><br>MORNING LAW GROUP, P.C., a California Professional Corporation; and DOES 1-10, inclusive<br>        Defendants. | Adv. No. _____<br><br>**DEFENDANT MORNING LAW GROUP, P.C.'S NOTICE OF REMOVAL** |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES**

**BANKRUPTCY JUDGE, AND TO ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1452(a) and 1334(b) and Bankruptcy Rule 9027 Defendant Morning Law Group, P.C. ("MLG" or "Defendant") hereby removes the civil action titled *Alteryx, Inc. v. Morning Law Group, P.C.*, et al., Case No. 30-2024-01385115-CU-BC-NJC from the Superior Court of the State of California for the County of Orange where it is now pending, to the United States Bankruptcy Court for the Central District of California, Santa Ana Division. For the reasons that follow, this matter is appropriate for removal to the Chapter 11 bankruptcy case of Litigation Practice Group ("Debtor" or "LPG"), which is currently pending before Hon. Scott C. Clarkson, Case No. 8:23-bk-10571-SC.

## I.    FACTS ENTITLING PARTY TO FILE NOTICE OF REMOVAL

1.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1334(b), which grants this Court "with original but not exclusive jurisdiction of all civil proceedings arising under Title 11 or arising in or related to cases under Title 11."

2.    The legal issue presented in the attached state court Complaint— whether, and from whom, Alteryx may recover unpaid rent for office space the Estate allegedly occupied for months without permission—is a question presently before this Court in Debtor's bankruptcy case. *See* Ex. B at 9-15: Compl. dated 3/11/24.

3.    Debtor LPG filed its Petition in this Court on March 20, 2023. Thereafter in December 2023, Plaintiff Alteryx, Inc. ("Alteryx" or "Plaintiff") filed a motion before this Court for an allowance of administrative expense claim under 11 U.S.C. § 503(b). In support of its claim, Alteryx alleged that it subleased commercial property located in Irvine, California in 2022, to entities related to Debtor, that Debtor guaranteed payment, and that the Estate received the benefit of

using the property post-petition to operate Debtor's business without permission or

payment.[1] *See* Bk. ECF. No. 750 at 1-2. Alteryx seeks $703,089.94 "as the fair

rental value of the property for the amounts owed for the post-petition period of

March 20, 2023 through October 11, 2023." *Id.* at 7 ("Relief Requested").

Alteryx's motion for an allowance of administrative expense claim is currently

pending before this Court and is scheduled to be heard on April 25, 2024. The

Trustee's response is due on April 11, 2024.

4.      On August 4, 2023, the Bankruptcy Court approved the sale of certain

of Debtor's assets to Defendant MLG as the successful bidder *See* ECF.  No. 352

at 11 ("Order Approving Sale"). Those assets were defined by the parties' Asset

Purchase Agreement and predominantly consisted of the Estate's consumer-related

legal accounts receivable, *i.e.,* client files. *See id.* at 25-29. This Court's Order

Approving Sale further ordered the Estate and MLG to enter into an Interim

Association Agreement whereby MLG agreed to "satisfy[] the estate's obligations"

to existing clients during a 90-day gap period, to allow clients sufficient time to opt

out of transferring their file to MLG for further representation. *Id.* at 17-19.

5.      The gravamen of Alteryx's state court Complaint is that MLG is

responsible for rent payments for the subleased property identified in Alteryx's

administrative expense motion during this gap period, which is identified in the

Complaint as September 2023 to on or about October 13, 2023. Alteryx's

Complaint claims it is entitled to $235,823.23 in damages from MLG for that

period based on breach of contract, breach of the duty of good faith and fair

dealing, promissory estoppel, and fraud. *See* Ex. B at 10-11 (¶¶ 3, 6-11).

6.      Alteryx thus is seeking payment from both the Estate and LPG for the

*same* property during the *same* time period, albeit by asserting fundamentally

inconsistent legal theories as to whether the Estate and/or MLG were lawfully on

---

[1]   The property addresses at issue are Suites 400 and 490 of 3345 Michelson Drive
and Suite 440 of 3347 Michelson Drive, Irvine, CA, 92612.

261149.3

the premises during the relevant time period. Thus, the bankruptcy proceeding and the state court action are inextricably linked. Because the state court Complaint and the administrative expense claim motion raise identical legal questions based on the same core facts, removal is appropriate. *See* 28 U.S.C. § 1452(a); 28 U.S.C. § 1334.

7.      A resolution of both matters affects the orderly administration of the bankruptcy case, the debtor's Estate and the debtor-creditor relationship. In addition, a judgment against the Estate may lead to an offset of any potential judgment against MLG and vice versa. The risk of inconsistent decisions in the bankruptcy case and state court, as well as principles of judicial economy, further support removal.

## II.   <u>CORE/NON-CORE</u>

8.      The state court action is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) (matters concerning the administration of the estate), (B) (allowance or disallowance of claims against the estate), and (O) (other proceedings affecting the liquidation of the assets of the estate or the adjustment of the debtor-creditor relationship). MLG consents to final judgment by the Bankruptcy Court.

9.      In the event that any claim or cause of action asserted in the state court Complaint is determined to be non-core, MLG consents to the entry of final orders or judgments by the bankruptcy judge.

## III.  <u>COPIES OF ALL PROCESS AND PLEADINGS</u>

10.     Copies of the docket of the state court action and every other document on the docket are attached hereto as **Exhibits A-F**.

## IV.   <u>ACTION FILED AFTER COMMENCEMENT OF BANKRUPTCY PROCEEDING</u>

11.     The state court Complaint was commenced on or about March 11, 2024. On March 15, 2024, counsel for MLG received the first pleading and a copy of the Summons and Complaint. MLG accepted service via notice of

acknowledgement of receipt on March 23, 2024. This Notice of Removal is being filed within 30 days of receipt of a copy of the Complaint.

V.    **NON-ADMISSION AND NON-WAIVER**

12.    MLG does not intend for anything in this Notice of Removal to constitute an admission that Plaintiff is entitled to any relief.

13.    MLG does not intend for anything in this Notice of Removal to constitute a waiver of any defense.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Bankruptcy Rules 9027(b), MLG will serve a copy of this Notice of Removal on all parties to the state court action and will file a copy of this Notice of Removal with the clerk for the state court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rule 9027(c), the parties to the removed action shall proceed no further in the state court unless and until the action is remanded.

Respectfully submitted,

Dated:  April 10, 2024          DTO LAW

By:  /s/  Michael W. Davis
Michael W. Davis
William A. Delgado

Attorneys for Defendant
MORNING LAW GROUP, P.C.

261149.3

# EXHIBIT A

Case Summary:

| Case Id: | 30-2024-01385115-CU-BC-NJC |
|---|---|
| Case Title: | ALTERYX, INC. VS. MORNING LAW GROUP, P.C. |
| Case Type: | BREACH OF CONTRACT/WARRANTY |
| Filing Date: | 03/11/2024 |
| Category: | CIVIL - UNLIMITED |

Register Of Actions:

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1 | E-FILING TRANSACTION 11276695 RECEIVED ON 03/11/2024 02:43:59 PM. | 03/14/2024 | | *NV* | |
| 2 | COMPLAINT FILED BY ALTERYX, INC. ON 03/11/2024 | 03/11/2024 | | 7 pages | ☐ |
| 3 | CIVIL CASE COVER SHEET FILED BY ALTERYX, INC. ON 03/11/2024 | 03/11/2024 | | 2 pages | ☐ |
| 4 | SUMMONS ISSUED AND FILED FILED BY ALTERYX, INC. ON 03/11/2024 | 03/11/2024 | | 1 pages | ☐ |
| 5 | PAYMENT RECEIVED BY ONELEGAL FOR 194 - COMPLAINT OR OTHER 1ST PAPER IN THE AMOUNT OF 435.00, TRANSACTION NUMBER 13381972 AND RECEIPT NUMBER 13210164. | 03/14/2024 | | 1 pages | ☐ |
| 6 | CASE ASSIGNED TO JUDICIAL OFFICER VU, NATHAN ON 03/11/2024. | 03/11/2024 | | *NV* | |
| 7 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 08/15/2024 AT 08:30:00 AM IN N15 AT NORTH JUSTICE CENTER. | 03/14/2024 | | 2 pages | ☑ |
| 8 | E-FILING TRANSACTION 41628655 RECEIVED ON 03/25/2024 02:06:43 PM. | 03/25/2024 | | *NV* | |
| 9 | NOTICE AND ACKNOWLEDGMENT OF RECEIPT FILED BY ALTERYX, INC. ON 03/25/2024 | 03/25/2024 | | 1 pages | ☑ |

Participants:

| Name | Type | Assoc | Start Date | End Date |
|---|---|---|---|---|
| MORNING LAW GROUP, P.C. | DEFENDANT | | 03/14/2024 | |
| SNELL & WILMER L.L.P. | ATTORNEY | | 03/14/2024 | |
| ALTERYX, INC. | PLAINTIFF | | 03/14/2024 | |

Hearings:

| Description | Date | Time | Department | Judge |
|---|---|---|---|---|
| CASE MANAGEMENT CONFERENCE | 08/15/2024 | 08:30 | N15 | VU |

Print this page

# EXHIBIT B

Electronically Filed by Superior Court of California, County of Orange, 03/11/2024 02:43:59 PM.
30-2024-01385115-CU-BC-NJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By S. Berry, Deputy Clerk.
Case 8:23-bk-10571-SC   Doc 1085-4   Filed 04/16/24   Entered 04/16/24 18:29:54   Desc
Main Document      Page 9 of 33

Jeffrey M. Singletary (#233528)
jsingletary@swlaw.com
Justin F. Mello (#329514)
jmello@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone:    714.427.7000
Facsimile:    714.427.7799

Attorneys for Alteryx, Inc.

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF ORANGE

**Assigned for All Purposes**
Judge Nathan Vu

| | |
|---|---|
| ALTERYX, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MORNING LAW GROUP, P.C., a California Professional Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 30-2024-01385115-CU-BC-NJC<br><br>**Alteryx, Inc.'s Complaint for:**<br><br>**(1) Breach of Contract;**<br><br>**(2) Breach of the Implied Covenant of Good Faith and Fair Dealing;**<br><br>**(3) Promissory Estoppel;**<br><br>**(4) Fraudulent Inducement; and**<br><br>**(5) Common Count—Goods and Services Rendered**<br><br>**DEMAND FOR JURY TRIAL** |

Alteryx, Inc. ("Alteryx") alleges as follows:

## JURISDICTION AND VENUE

1.      Jurisdiction for this matter properly lies with this Court because the amount in controversy is within the jurisdictional limits of the Superior Court of the State of California for an unlimited civil case. Further, the parties are located in, reside in, and/or conduct business in Orange County, California.

2.      Venue is proper in this Court because both parties conducted business related to this action in Orange County, California. Further, most of the underlying events

SNELL & WILMER
L.L.P.
LAW OFFICES
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

1    that form the bases of this action occurred in Orange County, California.

2    **PARTIES**

3          3.     Alteryx is now, and at all relevant times was, a corporation incorporated in

4    Delaware and registered to do business in California, with its principal place of business

5    in Irvine, Orange County, California. Alteryx is the immediate tenant and sublandlord of

6    the real property commonly known as 3347 Michelson Drive, Suite 400, Irvine, California

7    92612 (the "Property" or "Premises").

8          4.     Morning Law Group ("MLG") is, and at all relevant times was, a

9    professional corporation incorporated in California, with its principal place of business in

10    Irvine, Orange County, California. MLG sublet the Premises from Alteryx.

11          5.     Alteryx does not know the true names or capacities of the defendants sued

12    herein as DOES 1-10, inclusive, and will amend this complaint to allege such facts as

13    soon as they are ascertained. Alteryx is informed and believes that MLG and the

14    defendants named as DOES 1-10, and each of them, are and acted as the agents, partners,

15    co-venturers, shareholders, directors, employees, servants, and/or alter egos of each other.

16    By virtue of such capacities, the defendants, and each of them, are legally responsible for

17    the conduct, acts and omissions alleged herein. At such time as the true names and

18    identities of the defendants named fictitiously herein as DOES 1-10 become known to

19    Alteryx, Alteryx will amend this complaint to insert such true names and capacities.

20    **GENERAL ALLEGATIONS**

21          6.     Alteryx incorporates herein by this reference paragraphs 1 through 5 of this

22    complaint as if set forth in full.

23          7.     This dispute arises from MLG's breach of a commercial lease to sublet the

24    Property from Alteryx. Despite MLG's occupancy of the Property, MLG has failed to pay

25    Alteryx anything that is due and owing under the parties' agreement. Through this action,

26    Alteryx seeks to recover any and all damages resulting from MLG's breach.

27          8.     In September 2023, MLG entered into a short-term lease to sublet the

28    Property from Alteryx for basic rent, plus additional rent to cover parking, HVAC, and

SNELL & WILMER
L.L.P.
LAW OFFICES
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

ALTERYX'S COMPLAINT

other tenant-responsible utilities for the period of the short-term tenancy (the "Lease").

Under the Lease, MLG's right to occupy the Property terminated on October 2, 2023. The

Lease constitutes an express agreement between the parties with clear terms evidenced by

multiple written exchanges and MLG's conduct, including, *inter alia*, its occupancy of the

Property.

9.      MLG vacated the Property on or about October 13, 2023.

10.     To date, MLG is in default of its rental obligations in the amount of no less

than $235,823.23. Indeed, MLG has yet to make any payment to Alteryx for its occupancy

of the Property.

11.     Despite Alteryx's multiple attempts to resolve this dispute amicably, MLG

has only strung Alteryx along and failed to comply with its contractual obligations. This

suit follows.

## FIRST CAUSE OF ACTION

### (Breach of Contract Against MLG and DOES 1-10)

12.     Alteryx incorporates herein by this reference paragraphs 1 through 11 of this

complaint as if set forth in full.

13.     The Lease constitutes a valid and enforceable contract between Alteryx, on

the one hand, and MLG, on the other hand.

14.     Alteryx has performed, or attempted to perform, all material elements and

conditions of the Lease except for those acts that have been prevented, delayed, or

excused by the acts or omissions of MLG.

15.     All conditions required for MLG to perform had occurred prior to the

breach.

16.     MLG breached its obligations under the Lease by, *inter alia*, failing to pay

any and all rent that is due and owing under the agreement.

17.     Alteryx was harmed by MLG's breach of the Lease. This breach was a

substantial factor in causing Alteryx's harm.

///

18.     As a direct and proximate result of MLG's breach, Alteryx has incurred damages, in an amount subject to proof at trial, but in no event less than $235,823.23, plus attorneys' fees and costs as recoverable under applicable law.

### SECOND CAUSE OF ACTION

(Breach of the Implied Covenant of Good Faith and Fair Dealing

Against MLG and DOES 1-10)

19.     Alteryx incorporates herein by this reference paragraphs 1 through 18 of this complaint as if set forth in full.

20.     In every contract or agreement there is an implied covenant of good faith and fair dealing. This implied promise means that each party will not do anything to unfairly interfere with the right of any other party to receive the benefits of the contract.

21.     The Lease constitutes a valid and enforceable contract between Alteryx, on the one hand, and MLG, on the other hand.

22.     Alteryx has performed, or attempted to perform, all material elements and conditions of the Lease except for those acts that have been prevented, delayed, or excused by the acts or omissions of MLG.

23.     All conditions required for MLG to perform had occurred prior to the breach.

24.     MLG breached the covenant of good faith and fair dealing by acting in such a manner as to deprive Alteryx of the benefits of its bargain. Such deprivation occurred as a result of the acts and omissions complained of throughout, including failure to pay any and all rent that is due and owing under the Lease.

25.     Accordingly, MLG did not act fairly and in good faith.

26.     Alteryx was harmed by the breach of the covenant of good faith and fair dealing. This breach was a substantial factor in causing Alteryx's harm.

27.     As a direct and proximate result of MLG's breach, Alteryx has incurred damages, in an amount subject to proof at trial, but in no event less than $235,823.23, plus attorneys' fees and costs as recoverable under applicable law.

SNELL & WILMER
L.L.P.
LAW OFFICES
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

## THIRD CAUSE OF ACTION

(Promissory Estoppel Against MLG and DOES 1-10)

28.     Alteryx incorporates herein by this reference paragraphs 1 through 27 of this complaint as if set forth in full.

29.     In September 2023, MLG entered into a clear and unambiguous agreement to sublet the Property from Alteryx for basic rent, plus additional rent to cover parking, HVAC, and other tenant-responsible utilities.

30.     In doing so, MLG knew or should have known that Alteryx would be reasonably induced to rely on MLG's promise to pay rent for occupancy of the space. Indeed, Alteryx allowed MLG to occupy the Property and abstained from other opportunities to sublet the Premises.

31.     Alteryx reasonably relied on MLG's promises. Under no circumstances was MLG ever permitted to maintain possession of the Property without consideration.

32.     MLG has not performed any part of its promise, which has caused harm to Alteryx.

33.     As a direct and proximate result of MLG's breach, Alteryx has incurred damages, in an amount subject to proof at trial, but in no event less than $235,823.23, plus attorneys' fees and costs as recoverable under applicable law.

34.     Injustice can be avoided only by enforcing MLG's promise completely.

## FOURTH CAUSE OF ACTION

(Fraudulent Inducement Against MLG and DOES 1-10)

35.     Alteryx incorporates herein by this reference paragraphs 1 through 34 of this complaint as if set forth in full.

36.     As described in detail throughout, MLG wrongfully, and with the intent to defraud, made numerous representations to Alteryx to induce Alteryx to enter into the Lease and allow it to occupy the space, including, *inter alia*, MLG's payment of rent.

37.     The representations made by MLG were false. Alteryx is informed and believes, and on that basis alleges, that the true facts are that MLG, at the time it made the

SNELL & WILMER
LAW OFFICES
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626/2689

false promises to Alteryx, had no intention of paying any rent for its occupancy of the Property. Instead, MLG intended to defraud Alteryx and maintain possession of the Property, without paying any rent, while reaping the resulting financial rewards.

38.     At the time of the described misrepresentations, Alteryx was ignorant of the falsity of MLG's representations and believed them to be true. In reliance on the representations, Alteryx entered into the Lease and allowed MLG to occupy the Property.

39.     Alteryx justifiably relied on MLG's representations.

40.     As a direct and proximate result of MLG's fraud, Alteryx has incurred damages, in an amount subject to proof at trial, but in no event less than $235,823.23, plus attorneys' fees and costs as recoverable under applicable law.

41.     Alteryx is informed and believes, and on that basis alleges, that MLG's conduct was done with the intention of causing injury to Alteryx, and was fraudulent, willful, wanton, and malicious, so as to justify an award of exemplary and punitive damages. Alteryx is further informed and believes, and on that basis alleges, that MLG perpetrated the above-described acts in bad faith, in a knowing, willful, malicious and fraudulent manner and with the intent and purpose of advancing its own gain at the expense of Alteryx's rights and interests, and that MLG failed to cooperate with Alteryx to prevent the losses alleged above, but rather, concealed material facts and lied to Alteryx thereby assuring Alteryx's damages would be maximized.

## FIFTH CAUSE OF ACTION

(Common Count—Goods and Services Rendered—Against MLG and DOES 1-10)

42.     Alteryx incorporates herein by this reference paragraphs 1 through 41 of this complaint as if set forth in full.

43.     MLG became indebted to Alteryx for the goods and services delivered by Alteryx to MLG, including occupancy of the Property, which goods and services were of the reasonable value of at least $235,823.23. As of the date of this complaint, no less than $235,823.23 remains due, owing, and unpaid from MLG to Alteryx for these goods and services.

SNELL & WILMER
L.L.P.—
LAW OFFICES
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

44.    Despite demand by Alteryx, MLG has refused to pay the sums owing or any part thereof, and there is now due, owing and unpaid from MLG to Alteryx the sum of at least $235,823.23 together with interest accruing thereon at the legal rate.

## PRAYER FOR RELIEF

**WHEREFORE**, based on the foregoing, Alteryx prays for relief as follows:

1.    For damages in an amount subject to proof at trial, but in no event less than $235,823.23;

2.    For allowable interest at the legal rate;

3.    For punitive damages;

4.    For reasonable attorneys' fees to the extent recoverable by contract, law, or statute;

5.    For costs of suit; and

6.    For such further and other relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Alteryx hereby demands a jury trial on each and every cause of action set forth herein.

Dated: March 11, 2024                    SNELL & WILMER L.L.P.


By: _____

Jeffrey M. Singletary
Justin F. Mello
Attorneys for Alteryx, Inc.

SNELL & WILMER
L.L.P.
LAW OFFICES
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

# EXHIBIT C

Electronically Filed by Superior Court of California, County of Orange, 03/11/2024 02:43:59 PM.
30-2024-01385115-CU-BC-NJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By S. Berry, Deputy Clerk.

Jeffrey M. Singletary (#233528)
jsingletary@swlaw.com
Justin F. Mello (#329514)
jmello@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone:    714.427.7000
Facsimile:    714.427.7799

Attorneys for Alteryx, Inc.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ORANGE

**Assigned for All Purposes**
Judge Nathan Vu

| | |
|---|---|
| ALTERYX, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MORNING LAW GROUP, P.C., a California Professional Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 30-2024-01385115-CU-BC-NJC<br><br>**Alteryx, Inc.'s Complaint for:**<br><br>**(1) Breach of Contract;**<br><br>**(2) Breach of the Implied Covenant of Good Faith and Fair Dealing;**<br><br>**(3) Promissory Estoppel;**<br><br>**(4) Fraudulent Inducement; and**<br><br>**(5) Common Count—Goods and Services Rendered**<br><br>**DEMAND FOR JURY TRIAL** |

Alteryx, Inc. ("Alteryx") alleges as follows:

## **JURISDICTION AND VENUE**

1.      Jurisdiction for this matter properly lies with this Court because the amount in controversy is within the jurisdictional limits of the Superior Court of the State of California for an unlimited civil case. Further, the parties are located in, reside in, and/or conduct business in Orange County, California.

2.      Venue is proper in this Court because both parties conducted business related to this action in Orange County, California. Further, most of the underlying events

ALTERYX'S COMPLAINT

that form the bases of this action occurred in Orange County, California.

**PARTIES**

3.     Alteryx is now, and at all relevant times was, a corporation incorporated in Delaware and registered to do business in California, with its principal place of business in Irvine, Orange County, California. Alteryx is the immediate tenant and sublandlord of the real property commonly known as 3347 Michelson Drive, Suite 400, Irvine, California 92612 (the "Property" or "Premises").

4.     Morning Law Group ("MLG") is, and at all relevant times was, a professional corporation incorporated in California, with its principal place of business in Irvine, Orange County, California. MLG sublet the Premises from Alteryx.

5.     Alteryx does not know the true names or capacities of the defendants sued herein as DOES 1-10, inclusive, and will amend this complaint to allege such facts as soon as they are ascertained. Alteryx is informed and believes that MLG and the defendants named as DOES 1-10, and each of them, are and acted as the agents, partners, co-venturers, shareholders, directors, employees, servants, and/or alter egos of each other. By virtue of such capacities, the defendants, and each of them, are legally responsible for the conduct, acts and omissions alleged herein. At such time as the true names and identities of the defendants named fictitiously herein as DOES 1-10 become known to Alteryx, Alteryx will amend this complaint to insert such true names and capacities.

**GENERAL ALLEGATIONS**

6.     Alteryx incorporates herein by this reference paragraphs 1 through 5 of this complaint as if set forth in full.

7.     This dispute arises from MLG's breach of a commercial lease to sublet the Property from Alteryx. Despite MLG's occupancy of the Property, MLG has failed to pay Alteryx anything that is due and owing under the parties' agreement. Through this action, Alteryx seeks to recover any and all damages resulting from MLG's breach.

8.     In September 2023, MLG entered into a short-term lease to sublet the Property from Alteryx for basic rent, plus additional rent to cover parking, HVAC, and

SNELL & WILMER
L.L.P.
LAW OFFICES
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

other tenant-responsible utilities for the period of the short-term tenancy (the "Lease").

Under the Lease, MLG's right to occupy the Property terminated on October 2, 2023. The

Lease constitutes an express agreement between the parties with clear terms evidenced by

multiple written exchanges and MLG's conduct, including, *inter alia*, its occupancy of the

Property.

9.      MLG vacated the Property on or about October 13, 2023.

10.     To date, MLG is in default of its rental obligations in the amount of no less

than $235,823.23. Indeed, MLG has yet to make any payment to Alteryx for its occupancy

of the Property.

11.     Despite Alteryx's multiple attempts to resolve this dispute amicably, MLG

has only strung Alteryx along and failed to comply with its contractual obligations. This

suit follows.

## **FIRST CAUSE OF ACTION**

(Breach of Contract Against MLG and DOES 1-10)

12.     Alteryx incorporates herein by this reference paragraphs 1 through 11 of this

complaint as if set forth in full.

13.     The Lease constitutes a valid and enforceable contract between Alteryx, on

the one hand, and MLG, on the other hand.

14.     Alteryx has performed, or attempted to perform, all material elements and

conditions of the Lease except for those acts that have been prevented, delayed, or

excused by the acts or omissions of MLG.

15.     All conditions required for MLG to perform had occurred prior to the

breach.

16.     MLG breached its obligations under the Lease by, *inter alia*, failing to pay

any and all rent that is due and owing under the agreement.

17.     Alteryx was harmed by MLG's breach of the Lease. This breach was a

substantial factor in causing Alteryx's harm.

///

18.     As a direct and proximate result of MLG's breach, Alteryx has incurred damages, in an amount subject to proof at trial, but in no event less than $235,823.23, plus attorneys' fees and costs as recoverable under applicable law.

**<u>SECOND CAUSE OF ACTION</u>**

(Breach of the Implied Covenant of Good Faith and Fair Dealing

Against MLG and DOES 1-10)

19.     Alteryx incorporates herein by this reference paragraphs 1 through 18 of this complaint as if set forth in full.

20.     In every contract or agreement there is an implied covenant of good faith and fair dealing. This implied promise means that each party will not do anything to unfairly interfere with the right of any other party to receive the benefits of the contract.

21.     The Lease constitutes a valid and enforceable contract between Alteryx, on the one hand, and MLG, on the other hand.

22.     Alteryx has performed, or attempted to perform, all material elements and conditions of the Lease except for those acts that have been prevented, delayed, or excused by the acts or omissions of MLG.

23.     All conditions required for MLG to perform had occurred prior to the breach.

24.     MLG breached the covenant of good faith and fair dealing by acting in such a manner as to deprive Alteryx of the benefits of its bargain. Such deprivation occurred as a result of the acts and omissions complained of throughout, including failure to pay any and all rent that is due and owing under the Lease.

25.     Accordingly, MLG did not act fairly and in good faith.

26.     Alteryx was harmed by the breach of the covenant of good faith and fair dealing. This breach was a substantial factor in causing Alteryx's harm.

27.     As a direct and proximate result of MLG's breach, Alteryx has incurred damages, in an amount subject to proof at trial, but in no event less than $235,823.23, plus attorneys' fees and costs as recoverable under applicable law.

SNELL & WILMER
L.L.P.
LAW OFFICES
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

## THIRD CAUSE OF ACTION

### (Promissory Estoppel Against MLG and DOES 1-10)

28.    Alteryx incorporates herein by this reference paragraphs 1 through 27 of this complaint as if set forth in full.

29.    In September 2023, MLG entered into a clear and unambiguous agreement to sublet the Property from Alteryx for basic rent, plus additional rent to cover parking, HVAC, and other tenant-responsible utilities.

30.    In doing so, MLG knew or should have known that Alteryx would be reasonably induced to rely on MLG's promise to pay rent for occupancy of the space. Indeed, Alteryx allowed MLG to occupy the Property and abstained from other opportunities to sublet the Premises.

31.    Alteryx reasonably relied on MLG's promises. Under no circumstances was MLG ever permitted to maintain possession of the Property without consideration.

32.    MLG has not performed any part of its promise, which has caused harm to Alteryx.

33.    As a direct and proximate result of MLG's breach, Alteryx has incurred damages, in an amount subject to proof at trial, but in no event less than $235,823.23, plus attorneys' fees and costs as recoverable under applicable law.

34.    Injustice can be avoided only by enforcing MLG's promise completely.

## FOURTH CAUSE OF ACTION

### (Fraudulent Inducement Against MLG and DOES 1-10)

35.    Alteryx incorporates herein by this reference paragraphs 1 through 34 of this complaint as if set forth in full.

36.    As described in detail throughout, MLG wrongfully, and with the intent to defraud, made numerous representations to Alteryx to induce Alteryx to enter into the Lease and allow it to occupy the space, including, *inter alia*, MLG's payment of rent.

37.    The representations made by MLG were false. Alteryx is informed and believes, and on that basis alleges, that the true facts are that MLG, at the time it made the

SNELL & WILMER
L.L.P.
LAW OFFICES
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

1   false promises to Alteryx, had no intention of paying any rent for its occupancy of the

2   Property. Instead, MLG intended to defraud Alteryx and maintain possession of the

3   Property, without paying any rent, while reaping the resulting financial rewards.

4       38.    At the time of the described misrepresentations, Alteryx was ignorant of the

5   falsity of MLG's representations and believed them to be true. In reliance on the

6   representations, Alteryx entered into the Lease and allowed MLG to occupy the Property.

7       39.    Alteryx justifiably relied on MLG's representations.

8       40.    As a direct and proximate result of MLG's fraud, Alteryx has incurred

9   damages, in an amount subject to proof at trial, but in no event less than $235,823.23, plus

10  attorneys' fees and costs as recoverable under applicable law.

11      41.    Alteryx is informed and believes, and on that basis alleges, that MLG's

12  conduct was done with the intention of causing injury to Alteryx, and was fraudulent,

13  willful, wanton, and malicious, so as to justify an award of exemplary and punitive

14  damages. Alteryx is further informed and believes, and on that basis alleges, that MLG

15  perpetrated the above-described acts in bad faith, in a knowing, willful, malicious and

16  fraudulent manner and with the intent and purpose of advancing its own gain at the

17  expense of Alteryx's rights and interests, and that MLG failed to cooperate with Alteryx

18  to prevent the losses alleged above, but rather, concealed material facts and lied to Alteryx

19  thereby assuring Alteryx's damages would be maximized.

20                              **FIFTH CAUSE OF ACTION**

21      (Common Count—Goods and Services Rendered—Against MLG and DOES 1-10)

22      42.    Alteryx incorporates herein by this reference paragraphs 1 through 41 of this

23  complaint as if set forth in full.

24      43.    MLG became indebted to Alteryx for the goods and services delivered by

25  Alteryx to MLG, including occupancy of the Property, which goods and services were of

26  the reasonable value of at least $235,823.23. As of the date of this complaint, no less than

27  $235,823.23 remains due, owing, and unpaid from MLG to Alteryx for these goods and

28  services.

SNELL & WILMER
L.L.P.
LAW OFFICES
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

44.    Despite demand by Alteryx, MLG has refused to pay the sums owing or any part thereof, and there is now due, owing and unpaid from MLG to Alteryx the sum of at least $235,823.23 together with interest accruing thereon at the legal rate.

## PRAYER FOR RELIEF

**WHEREFORE**, based on the foregoing, Alteryx prays for relief as follows:

1.    For damages in an amount subject to proof at trial, but in no event less than $235,823.23;

2.    For allowable interest at the legal rate;

3.    For punitive damages;

4.    For reasonable attorneys' fees to the extent recoverable by contract, law, or statute;

5.    For costs of suit; and

6.    For such further and other relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Alteryx hereby demands a jury trial on each and every cause of action set forth herein.

Dated: March 11, 2024                    SNELL & WILMER L.L.P.

By: _____

Jeffrey M. Singletary
Justin F. Mello
Attorneys for Alteryx, Inc.

# EXHIBIT D

Electronically Filed by Superior Court of California, County of Orange, 03/11/2024 02:43:59 PM.
30-2024-01385115-CU-BC-NJC - ROA # 3 - DAVID H. YAMASAKI, Clerk of the Court By S. Berry, Deputy Clerk.

Case 8:25-cv-01407-DOC-DFM Document 1-2 Filed 04/18/25 Page 25 of 33 Page ID #:77 Desc
Main Document Page 25 of 33

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Jeffrey M. Singletary (#233528); Justin F. Mello (#329514)<br>Snell & Wilmer, L.L.P.<br>600 Anton Blvd., Suite 1400, Costa Mesa, CA 92626 | |

TELEPHONE NO.: 714.427.7000    FAX NO.: 714.427.7799

EMAIL ADDRESS: jsingletary@swlaw.com; jmello@swlaw.com

ATTORNEY FOR *(Name)*: Alteryx, Inc.

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

STREET ADDRESS: ~~700 Civic Center Drive West~~     North Justice Center

MAILING ADDRESS: ~~700 Civic Center Drive West~~ *sb*   1275 North Berkeley Avenue

CITY AND ZIP CODE: ~~Santa Ana, CA 92701~~    Fullerton, CA 92832

BRANCH NAME: ~~Central Justice Center~~

CASE NAME: Alteryx, Inc. v. Morning Law Group, P.C., et al.

| **CIVIL CASE COVER SHEET** | | **Complex Case Designation** | CASE NUMBER: |
|---|---|---|---|
| ☒ Unlimited<br>(Amount<br>demanded<br>exceeds $35,000) | ☐ Limited<br>(Amount<br>demanded is<br>$35,000 or less) | ☐ Counter    ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | 30-2024-01385115-CU-BC-NJC |
| | | | JUDGE: Judge Nathan Vu |
| | | | DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☐ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☐ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☒ Breach of contract/warranty (06)
- ☐ Rule 3.740 collections (09)
- ☐ Other collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☐ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   - a. ☐ Large number of separately represented parties
   - b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   - c. ☐ Substantial amount of documentary evidence
   - d. ☐ Large number of witnesses
   - e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   - f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. ☐ monetary b. ☒ nonmonetary; declaratory or injunctive relief c. ☒ punitive
4. Number of causes of action *(specify)*: Five
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: March 11, 2024

Justin F. Mello
_____
(TYPE OR PRINT NAME)        ▶        (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. January 1, 2024] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courts.ca.gov* |
|---|---|---|

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
 Asbestos Property Damage
 Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
 Medical Malpractice– Physicians & Surgeons
 Other Professional Health Care Malpractice
Other PI/PD/WD (23)
 Premises Liability (e.g., slip and fall)
 Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
 Intentional Infliction of Emotional Distress
 Negligent Infliction of Emotional Distress
 Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
 Legal Malpractice
 Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
 Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
 Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
 Negligent Breach of Contract/ Warranty
 Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
 Collection Case–Seller Plaintiff
 Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
 Auto Subrogation
 Other Coverage
Other Contract (37)
 Contractual Fraud
 Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
 Writ of Possession of Real Property
 Mortgage Foreclosure
 Quiet Title
 Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
 Writ–Administrative Mandamus
 Writ–Mandamus on Limited Court Case Matter
 Writ–Other Limited Court Case Review
Other Judicial Review (39)
 Review of Health Officer Order
 Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
 Abstract of Judgment (Out of County)
 Confession of Judgment *(non-domestic relations)*
 Sister State Judgment
 Administrative Agency Award *(not unpaid taxes)*
 Petition/Certification of Entry of Judgment on Unpaid Taxes
 Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
 Declaratory Relief Only
 Injunctive Relief Only *(non harassment)*
 Mechanics Lien
 Other Commercial Complaint Case *(non-tort/non-complex)*
 Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
 Civil Harassment
 Workplace Violence
 Elder/Dependent Adult Abuse
 Election Contest
 Petition for Name Change
 Petition for Relief From Late Claim
 Other Civil Petition

# EXHIBIT E

Electronically Filed by Superior Court of California, County of Orange, 03/11/2024 02:43:59 PM.
30-2024-01385115-CU-BC-NJC - ROA # 4 - DAVID H. YAMASAKI, Clerk of the Court By S. Berry, Deputy Clerk.
Main Document          Page 28 of 33

**Case 8:24-cv-01105-JLS-JDE    Document 1-1    Filed 04/10/24    Page 29 of 34    Desc** **SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

|  | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
MORNING LAW GROUP, P.C., a California Professional Corporation; and
DOES 1-10, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
ALTERYX, INC., a Delaware Corporation,

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* | CASE NUMBER:<br>*(Número del Caso):*<br>30-2024-01385115-CU-BC-NJC |
|---|---|

Orange County Superior Court          North Justice Center
~~XXXXXXXXXXXXXXXXXXX~~               1275 North Berkeley Avenue          Judge Nathan Vu
~~XXXXXXXXXXXXXXX~~ *sb*              Fullerton, CA  92832
~~XXXXXXXXXXXXXX~~

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Jeffrey M. Singletary (#233528); Justin F. Mello (#329514)
Snell & Wilmer, L.L.P.
600 Anton Blvd., Suite 1400, Costa Mesa, CA 92626 Tel: 714.427.7000

| DATE: 03/11/2024  DAVID H. YAMASAKI, Clerk of the Court | Clerk, by<br>*(Secretario)* S. Berry | , Deputy<br>*(Adjunto)* |
|---|---|---|
| *(Fecha)* | | S. Berry |

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under:  ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
           ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*

# EXHIBIT F

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>STREET ADDRESS: 1275 N. Berkeley Ave<br>MAILING ADDRESS: 1275 N. Berkeley Ave<br>CITY AND ZIP CODE: Fullerton 92838<br>BRANCH NAME: North Justice Center | **FOR COURT USE ONLY**<br><br>**FILED**<br>**SUPERIOR COURT OF CALIFORNIA**<br>**COUNTY OF ORANGE** |
|---|---|
| PLANTIFF: Alteryx, Inc. | **Mar 14, 2024**<br>Clerk of the Superior Court<br>By: **S. BERRY**, Deputy |
| DEFENDANT: Morning Law Group, P.C. | |
| Short Title: ALTERYX, INC. VS. MORNING LAW GROUP, P.C. | |
| **NOTICE OF HEARING**<br>**CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>30-2024-01385115-CU-BC-NJC |

Please take notice that a(n), <u>Case Management Conference</u> has been scheduled for hearing on <u>08/15/2024</u> at <u>08:30:00 AM</u> in Department <u>N15</u> of this court, located at <u>North Justice Center</u>.

**Plaintiff(s)/Petitioner(s) to provide notice to all defendant(s)/respondent(s). Parties who file pleadings that add new parties to the proceeding must provide notice of the Case Management Conference to the newly added parties.**

<u>**IMPORTANT:**</u> Prior to your hearing date, please check the Court's website for the most current instructions regarding how to appear for your hearing and access services that are available to answer your questions.
Civil Matters - https://www.occourts.org/media-relations/civil.html
Probate/Mental Health - https://www.occourts.org/media-relations/probate-mental-health.html
Appellate Division - https://www.occourts.org/media-relations/appeals-records.html

<u>**IMPORTANTE:**</u> Antes de la fecha de su audiencia, visite el sitio web de la Corte para saber cuáles son las instrucciones más actuales para participar en la audiencia y tener acceso a los servicios disponibles para responder a sus preguntas.
Casos Civiles - https://www.occourts.org/media-relations/civil.html
Casos de Probate y Salud Mental - https://www.occourts.org/media-relations/probate-mental-health.html
División de apelaciones - https://www.occourts.org/media-relations/appeals-records.html

<u>**QUAN TRỌNG:**</u> Trước ngày phiên tòa của quý vị, vui lòng kiểm tra trang mạng của tòa án để biết những hướng dẫn mới nhất về cách ra hầu phiên tòa của quý vị và tiếp cận những dịch vụ hiện có để giải đáp những thắc mắc của quý vị.
Vấn Đề Dân Sự - https://www.occourts.org/media-relations/civil.html
Thủ Tục Di Chúc/Sức Khỏe Tinh Thần - https://www.occourts.org/media-relations/probate-mental-health.html
Ban phúc thẩm - https://www.occourts.org/media-relations/appeals-records.html

Clerk of the Court,  By: *S. Berry* _____ , Deputy

**NOTICE OF HEARING**

Page: 1

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

North Justice Center
1275 N. Berkeley Ave
Fullerton  92838

**SHORT TITLE:** ALTERYX, INC. VS. MORNING LAW GROUP, P.C.

| **CLERK'S CERTIFICATE OF SERVICE BY MAIL** | CASE NUMBER:<br>**30-2024-01385115-CU-BC-NJC** |
|---|---|

I certify that I am not a party to this cause. I certify that a true copy of the above Notice of Hearing has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practices and addressed as indicated below. The certification occurred at Fullerton , California, on 03/14/2024. Following standard court practice the mailing will occur at Sacramento, California on 03/15/2024.

*S. Berry*

Clerk of the Court, by: _____ , Deputy

SNELL & WILMER L.L.P.
600 ANTON BOULEVARD # STE 1400
COSTA MESA, CA 92626-7689

---

# EXHIBIT G

Electronically Filed by Superior Court of California, County of Orange, 03/25/2024 02:06:00 PM.
30-2024-01385115-CU-BC-NJC - ROA # 8 - DAVID H. YAMASAKI, Clerk of the Court By E. ehlinguser, Deputy Clerk.
Case Number: 30-2024-01385115-CU-BC-NJC Filed 04/10/2024 3:29:34 Desc.
Main Document     Page 33 of 33

**POS-015**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Jeffrey M. Singletary (#233528); Justin F. Mello (#329514)<br>Snell & Wilmer, L.L.P.<br>600 Anton Blvd., Suite 1400<br>Costa Mesa, CA 92626<br>TELEPHONE NO: 714.427.7000     FAX NO. *(Optional):* 714.427.7799<br>E-MAIL ADDRESS *(Optional):* jsingletary@swlaw.com; jmello@swlaw.com<br>ATTORNEY FOR *(Name):* Alteryx, Inc. | *FOR COURT USE ONLY* |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
STREET ADDRESS: 1275 North Berkeley Avenue
MAILING ADDRESS: 1275 North Berkeley Avenue
CITY AND ZIP CODE: Fullerton, CA 92832
BRANCH NAME: North Justice Center

PLAINTIFF/PETITIONER: Alteryx, Inc.

DEFENDANT/RESPONDENT: Morning Law Group, P.C., et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>30-2024-01385115-CU-BC-NJC |
|---|---|

TO *(insert name of party being served):* Morning Law Group, P.C., a California Professional Corporation

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: March 15, 2024

Justin F. Mello
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing):*

1. ☒  A copy of the summons and of the complaint.
2. ☒  Other *(specify):* Summons; Alteryx, Inc.'s Complaint for: (1) Breach of Contract; (2) Breach of the Implied Covenant of Good Faith and Fair Dealing; (3) Promissory Estoppel; (4) Fraudulent Inducement; and (5) Common Count—Goods and Services Rendered, DEMAND FOR JURY TRIAL; Civil Case Cover Sheet; Notice of Hearing Case Management Conference; Alternative Dispute Resolution (ADR) Information Package

*(To be completed by recipient):*

Date this form is signed:  March 23, 2024

William A. Delgado, on behalf of MLG, P.C.
_____
TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

▶ *William Delgado*
_____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Form Adopted for Mandatory se
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
*www.courtinfo.ca.gov*