1  CHRISTOPHER B. GHIO (259094)
   christopher.ghio@dinsmore.com
2  CHRISTOPHER CELENTINO (131688)
   christopher.celentino@dinsmore.com
3  JEREMY B. FREEDMAN (308752)
   jeremy.freedman@dinsmmore.com
4  DINSMORE & SHOHL LLP
5  655 West Broadway, Suite 800
   San Diego, California 92101
6  Tele:   619.400.0500
   Fax:    619.400.0501
7
8  Special Counsel to RICHARD A. MARSHACK
   Chapter 11 Trustee for the Bankruptcy Estate of
9  The Litigation Practice Group PC

10
   D. EDWARD HAYS, #162507
11 ehays@marshackhays.com
   ALINA MAMLYUK, #284154
12 amamlyuk@marshackhays.com
   MARSHACK HAYS WOOD LLP
13 870 Roosevelt
   Irvine, California 92620
14 Telephone: (949) 333-7777
   Facsimile: (949) 333-7778
15
   Attorneys for Chapter 11 Trustee,
16 RICHARD A. MARSHACK

17
                **UNITED STATES BANKRUPTCY COURT**
18        **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

19 In re:                                    Case No.: 8:23-bk-10571-SC

20 THE LITIGATION PRACTICE GROUP P.C.,        Adv. Proc. No. 8:23-ap-01046-SC

21              Debtor.                       Chapter 11

22
23 RICHARD A. MARSHACK,                       **FIRST SUPPLEMENTAL DECLARATION
                                              OF ALEX RUBIN IN SUPPORT OF
24              Plaintiff,                    TRUSTEE'S OPPOSITIONS TO
                                              ADMINISTRATIVE CLAIMS FILED BY
25 v.                                         HAN TRINH [DK. 674], PHUONG
                                              "JAYDE" TRINH [DK. 675] AND
26 TONY DIAB, et al.                          GREYSON LAW CENTER [DK. 676]**

27              Defendants.                   Date:      April 25, 2024
                                             Time:      11:00 a.m.
28                                            Place:     Courtroom 5C

0

1  TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE,

2  THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

3        Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy

4  Estate ("Estate") of The Litigation Practice Group P.C. ("Debtor"), submits the attached declaration

5  of Alex Rubin ("Rubin Declaration") in support of Trustee's Oppositions to Administrative Claims

6  filed by Han Trinh [dk. 674], Phuong "Jayde" Trinh [dk. 675] and Greyson Law Center [dk. 676],

7  which attaches Exhibits 23-48.

8        On January 8, 2024, as Dk. No. 325-4, in the adversary of Richard A. Marshack, Trustee v.

9  Tony Diab, Case No. 8:23-ap-01046-SC ("1046 Action") a Declaration of Mr. Rubin was filed

10  which contained Exhibit 1-22.

11

12  DATED: April 11, 2024

MARSHACK HAYS WOOD LLP

13

14                                By: _/s/ D. Edward Hays_____
                                        D. EDWARD HAYS
15                                      ALINA MAMLYUK
                                        Attorneys for Chapter 11 Trustee
16                                      RICHARD A. MARSHACK

17

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF ALEX RUBIN

I, ALEX RUBIN, declare as follows:

1.      At all relevant times I was employed by Resolution Processing, LLC which was in turn employed by the Chapter 11 Trustee, Richard Marshack, to implement this Court's Temporary Restraining Order [Adv. Proc. 8:23-ap-01046-SC ("1046 Action"), Dkt No. 13] served on June 2, 2023 and the subsequent Preliminary Injunction ordered by this Court on June 12, 2023 [1046 Action, Dkt No. 70]. I was provided credentials for the Litigation Practice Group, PC ("LPG") email accounts on or shortly after June 2, 2023. I have not modified, altered or deleted any of LPG's emails or any other account LPG had access to prior the implementation of the Court's Preliminary Injunction. I have reviewed the following LPG emails and have personal knowledge of the information contained in this declaration, and if called as a witness could and would testify to the following.

2.      The Han@lpglaw.com email address was registered to and used by Han Trinh ("Han"). The admin@lpglaw.com emails address account was registered to and used by Tony Diab ("Diab"), hereinafter referred to as "Diab." The dan@lpglaw.com email address account was registered to and used by Daniel March ("Dan"). The attorney@lpglaw.com email address account was registered to and used by Jayde Trinh in addition to her personal account Jayde@lpglaw.com.

## HAN@LPGLAW.COM EMAILS

3.      A true and correct copy of an email from Diab to Han and Reid Wood dated January 23, 2023 strategizing over which LPG clients to transfer, which clients to leave behind and course of action to effectuate same as **Exhibit 23**.

4.      A true and correct copy of an email from Han to Jayde Trinh forwarding Jayde the above email (Exhibit 23) dated January 23, 2023 as **Exhibit 24**.

5.      A true and correct copy of an email from LPG attorney Richard Meier to Diab, Han and Mario Azevedo forwarding welcoming email sent to LPG clients transferred to Consumer Legal Group, PC ("CLG") dated January 26, 2023 as **Exhibit 25**.

6.      A true and correct copy of an email string from Jayde Trinh to Han and Reid Wood regarding transfer notice sent by Dan March at LPG to client February 1, 2023 regarding his file being transferred to Oakstone Legal Group, PC ("OLG") last dated February 7, 2023 as **Exhibit 26**.

7.    A true and correct copy of email string from Jayde Trinh to Han and Reid Wood regarding welcome to OLG email sent to LPG clients on February 2, 2023 from OLG last dated February 7, 2023 as **Exhibit 27**.

8.    A true and correct copy of an email string from "General Han" to accounting and outside counsel last dated February 9, 2023 as **Exhibit 28**.

9.    At true and correct copy of an email from Reid Wood to Han Trinh detailing the different groups clients were transferred to with customer service number and script for de-escalating upset clients dated February 13, 2023 as **Exhibit 29**.

10.    A true and correct copy of an email string with Jayde Trinh, Israel Orozco and Han regarding notice of shutting down LPG and laughing at attorneys resigning as a result last dated February 23, 2023 as **Exhibit 30**.

11.    A true and correct copy of an email from Dian to Han and Jayde Trinh providing the full list of clients transferred to Phoenix Law, PC ("PLG") and Oakstone Legal Group, PC ("OLG") dated **March 21, 2023** as **Exhibit 31**.

12.    A true and correct copy of an email from Han to LPG attorney Anthony Osborne requesting he forward his LPG invoices to admin@aokstonepc.com for payment dated March 23, 2023 as **Exhibit 32**.

13.    A true and correct copy of an email from Han to Scott Eadie providing him with the list of clients transferred to CLG date March 28, 2023 as **Exhibit 33**.

14.    A true and correct copy of an email from Han to Jennifer McLaughlin advising that the LPG cell phones were just re-activated for Greyson's use dated April 10, 2023 as **Exhibit 34**.

15.    A true and correct copy of an email from LPG attorney Melissa Wilkes to Han regarding LPG client transfers in late January early February 2023 to PLG for invoicing purposes to GLC dated April 14, 2023 as **Exhibit 35**.

16.    A true and correct copy of an email from LPG attorney Peter Osterman to Han and Jayde Trinh dated April 24, 2023 indicating he has emails accounts for LPG, Greyson Law Center, PC ("GLC") and OLG but not for CLG or PLG as **Exhibit 36**.

17.    A true and correct copy of an email from Han to Paychex attempting to change

Guardian Processing, LLC's Paychex account, which had previously been LPG's account, to a GLC in order to have approximately $184,000 of LPG funds deposited into GLC's account last dated May 11, 2023 and the attached GLC bank statement as **Exhibit 37**.

18.    A true and correct copy of an email from Han to Paychex representatives advising that GLC's bank account discussed above (Exhibit 31) is a "debtor in possession account" since LPG filed Chapter 11 Bankruptcy last dated May 16, 2023 as **Exhibit 38**.

### JAYDE@LPGLAW.COM EMAILS

19.    A true and correct copy of an email from Jayde to LPG attorney Randall Clark and Han soliciting LPG attorney to call her regarding a "New venture" dated March 21, 2023 as **Exhibit 39**.

20.    A true and correct copy of an email from Jayde to LPG attorney Randall Clark advising that all questions regarding the transfer to Oakstone were "Hans problem" dated March 29, 2023 as **Exhibit 40**.

21.    A true and correct copy of an email from Jayde to LPG attorney Denise Mikrut advising that Han will advise once she hears from Diab regarding Greyson's cell phones dated April 7, 2023 as **Exhibit 41**.

22.    A true and correct copy of email from Jayde to Linda advising she needed to "text Han. Cause I'm pretty sure we can start [onboarding] but its not Oakstone. . ." anymore, not GLC dated April 13, 2023 as **Exhibit 42**.

23.    A true and correct copy of an email from Jayde to Scott Eadie, LPG attorneys advising that they should stop using OLG's version of LUNA and now use GLC's version of LUNA which has all of the same information in it and the same login credentials should work dated April 26, 2023 as **Exhibit 43**.

24.    A true and correct copy of an email from Jayde dated May 11, 2023 advising the complaints received from the attorney general have all been "**shredded**" as **Exhibit 44**.

### DAN@LPGLAW.COM EMAILS

25.    A true and correct copy of an email from Jayde to Dan March and others advising she is no longer employed by LPG dated March 21, 2023 as **Exhibit 45**.

26.     A true and correct copy of an email from Scott Eadie from his LPG email account regarding disbursement of legal mail for client files that were transferred date March 23, 2023 as **Exhibit 46**.

27.     A true and correct copy of an email from Jayde again stating she does not work for LPG and she does not do much in the office so Dan can handle dated April 19, 2023 as **Exhibit 47**.

28.     A true and correct copy of an email from Diab to Dan attaching the transfer agreement of LPG client files to Scott Eadie at OLG executed by Dan dated April 30, 2023 and the executed agreement as **Exhibit 48**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 10th day of April, 2024 at Orange, California.

_____
Alex Rubin

# EXHIBIT 23

**From:**            Admin
**Sent:**            Monday, January 23, 2023 10:58 PM
**To:**              Reid Wood; Han Trinh
**Subject:**         Hard Part

Now we have to do the difficult part: find the files we do not want to move.

Based on the test run, the key to moving forward is setting up the auto-forwarding. If we cannot get that to work later this week then we will proceed with plan B, which is forwarding the calls, but it would be much better if they route them through.

The final part of the plan is selecting files we will not move. This would include clients who have completed their program or payments, or clients who are in retention status. I also want to include clients with finance deals as I do not want that headache carrying over. Is there anyone else we do not want to move?

For the files that stay behind, we will pursue cancellation and minimal refund, but will still agree if needed to address the clients concerns. For the finance deals, we will strongly encourage cancellation and full refund from Equity and Ziploan - we will stop taking on those deals and will not have any affiliates selling finance moving forward.

Who else should be left behind?

Thanks!

**The Litigation Practice Group PC**
**17542 E. 17th St., Ste 100**
**Tustin, CA 92780**
p: 949.715.0644
f: 949.315.4332
www.lpglaw.com



NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you

EXHIBIT 23, PAGE 6

# EXHIBIT 24

| | |
|---|---|
| **From:** | Han Trinh |
| **Sent:** | Monday, January 23, 2023 10:59 PM |
| **To:** | Jayde Trinh |
| **Subject:** | Fwd: Hard Part |

Kindest Regards,

*Han Trinh*

Managing Director
**The Litigation Practice Group PC**
**P.O. Box 513018**
**Los Angeles, CA 90051**
p: 949.715.0644
f: 949.315.4332
www.lpglaw.com
NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you.

---

**From:** Admin <admin@lpglaw.com>
**Sent:** Monday, January 23, 2023 10:57:54 PM
**To:** Reid Wood <reid@lpglaw.com>; Han Trinh <han@lpglaw.com>
**Subject:** Hard Part
Now we have to do the difficult part: find the files we do not want to move.

Based on the test run, the key to moving forward is setting up the auto-forwarding. If we cannot get that to work later this week then we will proceed with plan B, which is forwarding the calls, but it would be much better if they route them through.

The final part of the plan is selecting files we will not move. This would include clients who have completed their program or payments, or clients who are in retention status. I also want to include clients with finance deals as I do not want that headache carrying over. Is there anyone else we do not want to move?

For the files that stay behind, we will pursue cancellation and minimal refund, but will still agree if needed to address the clients concerns. For the finance deals, we will strongly encourage cancellation and full refund from Equity and Ziploan - we will stop taking on those deals and will not have any affiliates selling finance moving forward.

Who else should be left behind?

Thanks!

1

**The Litigation Practice Group PC**
**17542 E. 17th St., Ste 100**
**Tustin, CA 92780**
p: 949.715.0644
f: 949.315.4332
www.lpglaw.com



NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you

2

EXHIBIT 24, PAGE 8

# EXHIBIT 25

| | |
|---|---|
| **From:** | Richard Meier |
| **Sent:** | Thursday, January 26, 2023 11:24 AM |
| **To:** | Mario Azevedo; Admin; Han Trinh |
| **Subject:** | Please help! |

All,

We have a current pending FDCPA case for Daniel Wine, and he received the following email last night:

> Hello!
> I am writing to inform you of a transition in the legal services you are receiving from my firm, Litigation Practice Group, to a law firm I know and trust, Consumer Legal Group ("CLG"). After careful consideration, I have decided to transfer your file in order to ensure that you receive the best legal services in the industry. This law firm, which is larger and more experienced in the area of consumer rights, is based in Manhattan and has expertise fighting the largest banks and creditors in the nation. Its reputation has been built by attorneys across the country with a combined experience of more than 100 years of providing legal services to clients of all types. This transition will allow CLG, which I have worked with multiple times during my career, to manage your account and continue to provide a high level of service to you throughout your debt resolution process.
> Based on a negotiation I managed to complete, the terms of your agreement will remain the same, and you will not be required to pay anything more than what was agreed in your contract. All your payments have been credited, and your monthly payment will remain on the same day and in the same amount. The length of your program and contract are also the same. To be clear, your payment, the length of your program, and the services that you are offered will remain exactly the same, and comes with a guarantee that if your debts are not resolved at the conclusion of your program, you will receive a full refund of the fees paid toward such debts. Just as with Litigation Practice Group, CLG will represent you in any lawsuit filed against you without any additional cost to you.
> This transfer will be completed today, on Wednesday, January 25, and a representative from CLG will reach out to you to welcome you to their law firm. I wish you the best of luck and success in completion of your journey to being debt free.
> Regards,
> Daniel S. March

It seems that his DPP file has also been completely wiped and we cannot retrieve the necessary documents that we need for his case. He is emailing us for clarification about the email above but we have no idea what to tell him; can we still pursue his FDCPA claims?

This is not the first file to disappear from DPP that we are working on. Any guidance on how to respond to inquiries about whether the email will affect his FDCPA claim s would be much appreciated.

Thank you, Richard

EXHIBIT 25, PAGE 9

Sincerely,

Richard J. Meier, Esq. (*richard@lpglaw.com*)
LITIGATION PRACTICE GROUP
17542 E. 17th Street, Suite 100
Tustin, CA 92780
Tel: (657) 600-9790
Fax: (949) 315-4332

*Admitted in Ohio (inactive), Illinois, and California; as well as Federal Courts in Ohio, Illinois, Indiana, Michigan, Wisconsin, California, Colorado, New Mexico, Missouri, Maryland, Nebraska, and Pennsylvania.

CONFIDENTIALITY NOTICE: This e-mail and any attachments are intended for the exclusive use of the intended recipient. If you are not the intended recipient, please delete this email. If you received this email in error, please notify the sender immediately by reply e-mail or call (657) 600-9790, then delete this e-mail and any attachments. Nothing contained in this email shall form the basis of an attorney-client relationship, or constitute a waiver of any privilege.

EXHIBIT 25, PAGE 10

# EXHIBIT 26

**From:** Attorney
**Sent:** Tuesday, February 7, 2023 11:35 AM
**To:** Han Trinh; Reid Wood
**Subject:** Fw: Your new Law Group for a debt-free life.

General Counsel
**The Litigation Practice Group PC**
17542 17th Street, Suite 100
Tustin. CA 92780
tel. (949) 715-0644
fax (949) 315-4332
attorney@lpglaw.com



NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you

**From:** Firas Abunada <firas@lpglaw.com>
**Sent:** Tuesday, February 7, 2023 6:32 AM
**To:** Admin <admin@lpglaw.com>; Legal <legal@lpglaw.com>; Attorney <attorney@lpglaw.com>
**Subject:** FW: Your new Law Group for a debt-free life.
Please respond to Mr. Hudson.
In another email, I inform you that Illinois clients must consent to the transfer of their files.

**From:** Joe Hudson <joekakaboom@gmail.com>
**Sent:** Thursday, February 2, 2023 4:21 PM
**To:** Firas Abunada <firas@lpglaw.com>
**Subject:** Fwd: Your new Law Group for a debt-free life.
Firas@lpglaw.com
On Thu, Feb 2, 2023, 3:22 PM Oakstone Law Group PC <support@oakstonepc.com> wrote:



EXHIBIT 26, PAGE 11

Dear Arnold -

Congratulations and welcome to Oakstone Law Group! We are very excited to welcome you to our firm and look forward to helping you complete the journey of becoming debt free! As you were recently informed by Litigation Practice Group, your file has been transitioned to OLG due to our expertise in consumer rights. We intend to go after your creditors and force a resolution of your debts. Based on special discounted terms negotiated on your behalf, your payment amount and term will remain the same as with Litigation Practice Group, meaning your payment will draft from your account on the same date and in the same amount as before, and your program will end on the same date as before. The difference is OLG's unique method of challenging creditors to resolve your debts. As with Litigation Practice Group, OLG will dispute the validity of your debts and force creditors to show that they have complied with state and federal law in the course of underwriting and servicing your debts. In addition, as with Litigation Practice Group, OLG will represent and defend you in court if any of your creditors file suit against you, and will do so without any additional fees or costs to you. But unlike Litigation Practice Group, OLG does not simply wait for creditors to react. Rather, OLG believes the best defense is a good offense. For that reason, OLG specializes in initiating actions against creditors. We do this first by gathering information regarding the creditors' practices in general and with regard to your account. We use information gathered in thousands of lawsuits to attack creditors' weak spots and pressure them to walk away from collection activity or agree to pay damages for the violations of state and federal law that they commit. Our network of dedicated attorneys nationwide have substantial experience litigating against major creditors, and use the credibility built over years of litigation to obtain favorable results for you.

One of our customer service representatives will reach out to you to welcome you to our program. Our work on your behalf will begin today, and we will keep you updated regarding our progress throughout the duration of your program. We want to encourage you to reach out with any questions you have and will follow up with additional information over the coming days and weeks. Please do not hesitate to call us at (858) 330-3009 or by email at support@oakstonepc.com. We look forward to working with you to achieve financial freedom and become debt free!

Oakstone Law Group

EXHIBIT 26, PAGE 12

# EXHIBIT 27

**From:** Jayde Trinh
**Sent:** Wednesday, February 8, 2023 1:35 PM
**To:** Han Trinh; Reid Wood
**Subject:** Fwd: Congratulations on your Transition to Oakstone Legal Group!

Get Outlook for iOS

**From:** Pamella Moraes <pamella@randallbclark.com>
**Sent:** Wednesday, February 8, 2023 4:09:38 PM
**To:** Jayde Trinh <Jayde@lpglaw.com>
**Subject:** FW: Congratulations on your Transition to Oakstone Legal Group!
Jayde,
Mr. Ehart received this and asked me to check in with LPG.
Did the email below come from LPG?
We just settled another one of his accounts and I was going to ask for next payment to be suspended.
Please let me know.
Thank you,
Pamella
-----------------------------------------------------------------------------------------------------
Pamella Moraes, Paralegal
Randall Baldwin Clark, Attorney at Law, PLLC
80A West Hollis Road
Hollis, NH 03049
Tel.: 978-735-8259
Fax: 603-925-0100
www.randallbclark.com
pamella@randallbclark.com
-----------------------------------------------------------------------------------------------------
**From:** Jeffrey Ehart <JEhart@CCCLS.com>
**Sent:** Wednesday, February 8, 2023 4:04 PM
**To:** Pamella Moraes <pamella@randallbclark.com>
**Subject:** Fwd: Congratulations on your Transition to Oakstone Legal Group!
D. Jeffrey Ehart
_____
Cape Cod Commercial Linen Service, Inc.
508.771.5076, Direct
508.648.0160, Mobile
JEhart@CCCLS.com

Begin forwarded message:

> **From:** Administration LPG <administration@lpglaw.com>
> **Date:** February 1, 2023 at 5:37:32 PM EST
> **Subject: Congratulations on your Transition to Oakstone Legal Group!**

EXHIBIT 27, PAGE 13

Dear Valued Client -

I am writing to inform you of a transition in the legal services you are receiving from my firm, Litigation Practice Group, to a law firm I know and trust, Oakstone Law Group ("OLG"). After careful consideration, I have decided to transfer your file in order to ensure that you receive the best possible legal services in the industry. This law firm, which is larger and more experienced in the area of consumer rights, is also based in California and has expertise fighting the largest banks and creditors in the nation. Its reputation has been built by attorneys across the country with a combined experience of more than 100 years of providing legal services to clients of all types. This transition will allow OLG, whose attorneys I have worked with multiple times during my career, to manage your account and continue to provide a high level of service to you throughout your debt resolution process. Based on a negotiation I managed to complete, the terms of your agreement will remain the same, and you will not be required to pay anything more than what was agreed in your contract. All of your payments have been credited, and your monthly payment will remain the same amount and will be taken on the same day. The length of your program and contract are also the same. To be clear, your payment, the length of your program, and the services that you are offered will remain exactly the same and comes with a guarantee that if your debts are not resolved at the conclusion of your program, you will receive a full refund of the fees paid toward such debts. Just as with Litigation Practice Group, OLG will represent you in any lawsuit filed against you without any additional cost to you.

This transfer will be completed today, on Wednesday, February 1st, and a representative from OLG will reach out to you to welcome you to their law firm. I wish you the best of luck and success in completion of your journey to being debt free.

If you have any questions regarding this transition, please call OLG at 858-330-3009.

Regards,

Daniel S. March



NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you.

EXHIBIT 27, PAGE 14

# EXHIBIT 28

| | |
|---|---|
| **From:** | Han Trinh |
| **Sent:** | Thursday, February 9, 2023 3:33 PM |
| **To:** | Accounting |
| **Subject:** | Fwd: Hello from General Han! |
| **Attachments:** | bill_6206.pdf; bill_6397.pdf |

Kindest Regards,

*Han Trinh*

**Admin**
**The Litigation Practice Group PC**
**P.O. Box 513018**
**Los Angeles, CA 90051**
p: 949.715.0644
f: 949.315.4332
www.lpglaw.com

NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you.

---

**From:** Anthony Osborn <Anthony@golawfirm.com>
**Sent:** Wednesday, February 8, 2023 9:15:56 AM
**To:** Han Trinh <han@lpglaw.com>
**Cc:** Kris Craighead <kris@golawfirm.com>; Phil Terwilliger <Phil@golawfirm.com>; Admin <admin@lpglaw.com>; Emilee Gehling <Emilee@golawfirm.com>
**Subject:** RE: Hello from General Han!

Hello Han!
I am writing you directly because our law firm has been getting slow-paid by LPG and we have been promised payments that didn't arrive, so I wanted to check in. Currently we have not been paid for our December or January invoices (for services rendered in November and December in Iowa and Nebraska). Those invoices are attached. We are handling a ton of cases and we love working with LPG, but can you please get the attached invoices paid (total of $44,791.41)? Please get back to me, and thanks!

Anthony Osborn
Gehling Osborn Law Firm, PLC
600 4th Street, Suite 900
Sioux City, Iowa 51101
712.226.4602
www.golawfirm.com

1

EXHIBIT 28, PAGE 15



---

**From:** Han Trinh <han@lpglaw.com>
**Sent:** Monday, April 25, 2022 4:58 PM
**To:** Anthony Osborn <Anthony@golawfirm.com>
**Subject:** Re: Hello from General Han!
Hi Anthony!!
Thank you! I'll start assigning Nebraska files to you starting this week!
We currently already have a primary Counsel for SD, but I will note in our directory for you to be a secondary option for that state if that's okay with you? (:

---

**From:** Anthony Osborn <Anthony@golawfirm.com>
**Sent:** Monday, April 25, 2022 2:26 PM
**To:** Han Trinh <han@lpglaw.com>
**Subject:** RE: Hello from General Han!
Han,
My firm would be happy to handle the Nebraska files for you. How about South Dakota? We practice in South Dakota regularly as well. 😊
Anthony Osborn
Gehling Osborn Law Firm, PLC
600 4th Street, Suite 900
Sioux City, Iowa 51101
712.226.4602
www.golawfirm.com



EXHIBIT 28, PAGE 16



# INVOICE

Invoice # 6206
Date: 12/01/2022
Due On: 12/31/2022

# Gehling Osborn Law Firm, PLC

600 4th Street, Suite 900
Sioux City, IOWA 51101

The Litigation Practice Group PC (IA)
Direct questions/Correspondence to Jayde
17542 17th St.
Tustin, CA 92780

## 8234-1

## LPG - IA Local Counsel

### Services

| Date | Attorney | Notes | Quantity | Rate | Total |
|------|----------|-------|----------|------|-------|
| 11/01/2022 | PT | .1 Reviewed and approved motion and order re: CL Wilkinson telephonic appear<br>.1 Prodded opco re: Foster settlement offer<br>.1 Replied to CL Hanson re: payments<br>.1 Called M and K re: call to me<br>.1 Reviewed and approved NOS re: Jansma<br>.2 Emailed opco re: NOS, MTC re: CL Foster; send counteroffer to CL<br>.1 Sent agreement doc to CL Bonsall<br>.1 Replied to opco re: CL Foster continuance<br>.1 Call from opco re: Mottet stip - will fax it to GO<br>.1 Reviewed and approved Motion and Order re: CL Puente<br>.2 Sent signed CL Mottet stip to opco; informed LPG<br>.2 Reviewed and approved motion and order re: CL Jones<br>.1 Reviewed and approved CL Mahaffey answer<br>.2 Reviewed and signed stip re: CL Kershbaumer; notified LPG legal and admin<br>.1 CL Devick called PT re: Payment redux<br>.1 Emailed CL Devick and opco re: Call from CL - payment redux<br>.1 Replied to CL Wilkinson re: hearing/call<br>.1 Replied to CL Moore's questions re: PMT | 2.10 | $250.00 | $525.00 |
| 11/01/2022 | NB | Attention to upcoming hearings and deadlines; correspondence re reminders and next steps for numerous cases; WILKINSON: File motion to appear | 5.20 | $100.00 | $520.00 |

EXHIBIT 28, PAGE 17

Invoice # 6206 - 12/01/2022

|  |  |  | telephonically and order; review and receipt of order denying telephonic appearance and order entering judgment; JANSMA: Draft notice of settlement; file notice; review and receipt of order continuing hearing; attention to case deadlines; SNEAD: Review and receipt of trial setting conference; attention to case deadlines; MURRAY: Review and receipt of settlement notice; attention to case deadlines; BUTALLA: Review and receipt of signed COJ; SHEETS: Review and receipt of order for hearing via video; attention to case deadlines; PUENTE: Draft motion to appear telephonically and order; file motion and order; MOTTET: Review and receipt of signed stipulation; JONES: Draft motion to appear telephonically and order; file motion and order; MAHAFFEY, JOSEPH: Attention to new case files; draft answer; file answer; review and receipt order scheduling trial; attention to case deadlines; FOSTER: Review and receipt order to continue pending settlement; attention to case deadlines; KERSHBAUMER: Review and receipt of court filings re judgment; WINTER: Review and receipt order granting telephonic appearance; REAL-CARLSON: Phone call with client re case status; |  |  |  |
| 11/01/2022 | KVH | BUTALLA: receipt and review signed confession of judgment (.1); send confession of judgment to opposing counsel (.1); VANDENBURG: receipt and review email from opposing counsel (.1); email opposing counsel (.1); email client (.1); HEMMER: receipt and review documents (several) from client re: health records (.5) | 1.00 | $250.00 | $250.00 |
| 11/01/2022 | AO | WILKINSON: Review court filings; direct further handling (0.1); MOTTE: Review signed stipulation; direct further handling (0.1) | 0.20 | $250.00 | $50.00 |
| 11/02/2022 | NB | Attention to upcoming hearings; status updates with Team re numerous cases; GUNTER: Review and receipt of court filings; KERSHBAUMER: Review and receipt of order for judgment; KENNEDY: Phone call with Clerk re hearing; BUTALLA: Review and receipt of voicemail from client; correspondence to client re confirmation on receipt of fax; Mottet: Review and receipt of correspondence from OC; METZGER: Draft motion to appear telephonically and order; file motion and order; JANSMA: Review and receipt of order re settlement; attention to case deadlines; JONES: Review and receipt of court filings re Plaintiff appearance; WEIR: Review and receipt of notice of trial setting conference; attention to case deadlines; BURKE, DONALD: Draft motion to continue and order; file motion and order; HEMMER: Review and receipt of discovery requests; attention to case deadlines; MARSHALL: Review and receipt of order for hearing; draft motion to continue and order; file motion to continue and order; courtesy copies sent to Judge and OC | 4.50 | $100.00 | $450.00 |

EXHIBIT 28, PAGE 18

Invoice # 6206 - 12/01/2022

| 11/02/2022 | AO | GONZALEZ: Review court filings; review and and respond to email from creditor's counsel re: case status and potential settlement discussions (0.2); BURKE: Review case status; direct further handling (0.2) | 0.40 | $250.00 | $100.00 |
|---|---|---|---|---|---|
| 11/02/2022 | PT | .1 Reviewed and approved telephonic motion/order re: CL Metzger<br>.1 Sent paperwork to CL Bonsall<br>.2 Called CL Burke, no answer; emailed CL re: good number<br>.1 Emailed opco re: CL Burke negotiations<br>.1 Sent settlement doc to CL Mottet<br>.1 Emailed opco re CL Burke motion to continue<br>.3 Call to CL Seitz re: settlement authority, law firms, etc.<br>.1 Emailed opco re: CL Seitz counteroffer<br>.1 Emailed CL Vazquez-Nolan re: Urgent need to speak<br>.1 PT prompted opco to respond to offer re: CL Bates<br>.1 Reviewed and approved unopposed MTC and prop order re: Burke<br>.1 Emailed CL Metzger re: rep/call time<br>.1 Emailed CL Keough re: need to speak<br>.1 Emailed CL Winter Clearman re: rep/call<br>.1 Emailed opco re: Weir counteroffer<br>.1 Sent counteroffer to CL Bates<br>.2 Replied to opco re: CL Burke hearing and CL Marshall hearing<br>.1 Replied to CL Bates re: explained offer<br>.1 Accepted counteroffer re: CL Bates<br>.1 Emailed CL Mottet and opco re: payment arrangements, authority<br>.1 Replied to CL Orcutt re: confirmed sending paper copy<br>.1 Replied to CL Guy re: Call<br>.2 Reviewed trial sched. order and replied to opco re: CL Snead<br>.1 Emailed CL Snead re: urgent need to speak about cases<br>.1 Emailed CL Guy re: call tomorrow morning / number | 3.00 | $250.00 | $750.00 |
| 11/02/2022 | KVH | HEMMER: receipt and review email from client (.1); analyze case strategy (.1); BURKE: interoffice communication about status (.1); ALVAREZ: receipt and review email from opposing counsel (.1); HERNANDEZ, JESUS: email opposing counsel (.1); review of file (.1); KRUEGER: email opposing counsel (.1); receipt and review email from opposing counsel (.1); HAGOOD: review court docket for dismissal (.1); HILPIPRE: analyze case strategy (.1); CASPER, ERIC: email opposing counsel (.1); receipt and review email from opposing counsel (.1); CORIA: analyze case strategy (.1); BOSWELL: review of file (.1); BUTALLA: review of file (.1); QUINN: review of file (.1); VANDENBURG: review of file (.1); HERNANDEZ, ANA: review of file (.1); FRY: review of file (.1); THOMAS: review of file (.1); SANDERS: review of file (.1); ESCAMILLA: review of file (.1); HUFFMAN: review of | 2.50 | $250.00 | $625.00 |

EXHIBIT 28, PAGE 19

Invoice # 6206 - 12/01/2022

| | | | | | |
|---|---|---|---|---|---|
| | | file (.1); KENNEDY: review of file (.1); CRAW: review of file (.1) | | | |
| 11/03/2022 | NB | BURKE, DONALD: Correspondence to Judge re continuance; review and receipt of order to continue; attention to case deadlines; BURKE, DIANE: Review and receipt of discovery requests; attention to case deadlines; SHEETS: Attention to case status and filings; call clerk re hearing and motion to withdraw; draft consent to withdraw for client signature; MARSHALL: Correspondence from Judge re continuance; MCINTOSH: Attention to new case files; draft answer; OCONNOR: Attention to new case files; | 3.00 | $100.00 | $300.00 |
| 11/03/2022 | KVH | KENNEDY: receipt and review email from opposing counsel (.1); email opposing counsel (.1); QUINN: receipt and review emails from opposing counsel (both cases) (.2); CARLSON-REAL: receipt and review voicemail from client (.1); interoffice communication about status (.1); BUTALLA: email opposing counsel (.1); receipt and review email from opposing counsel (.1); email opposing counsel (.1) | 0.90 | $250.00 | $225.00 |
| 11/03/2022 | PT | .1 Emailed opco offer re: CL Devore<br>.1 Replied to opco re: CL's Marshall and Burke<br>.1 Prodded opco re: CL Puente offer<br>.2 Prodded CL Hanson for decision; replied to opco<br>.1 Checked in on CL Powley re: payments/delinquency status<br>.1 Called CL Guy - no answer, left detailed message<br>.1 Reviewed and approved CL McIntosh answer<br>.1 Sent counteroffer to opco re: CL Hanson<br>.1 Emailed CL Hanson re: accept counteroffer on other case? | 1.00 | $250.00 | $250.00 |
| 11/03/2022 | AO | MARSHALL: Review court order (0.1); BURKE: Review email from Judge; direct further handling (0.1); TROWBRIDGE: Review court docket and direct further handling (0.2); SHEETS: Finalize affidavit for client's signature so I can withdraw as his counsel; email to debtor (0.3); BUTALLA: Review court order (0.1) | 0.80 | $250.00 | $200.00 |
| 11/04/2022 | NB | Four week case status update; attention to case deadlines; WINTER: Review and receipt of Plaintiff's exhibits; draft motion to continue and order; MAHAFFEY, JOSEPH: Review and receipt of return of service; BONSALL: Review and receipt of settlement agreement from OC; GUNTER: Order re scheduled hearing as a pretrial conference; BUTALLA: Review and receipt of order re confession of judgment; METZGER: Review and receipt of Plaintiff's resistance to motion to set aside; MCINTOSH: File answer; OWENS: File answer; BATES: Draft notice of settlement; file notice of settlement; KEOUGH: Draft motion to continue and order; file motion and order; VAZQUEZ-NOLAN: Draft motion to continue and order; MUJICA: Review and receipt of MSJ and notice of | 3.20 | $100.00 | $320.00 |

EXHIBIT 28, PAGE 20

Invoice # 6206 - 12/01/2022

| Date | | Description | | | |
|---|---|---|---|---|---|
| | | hearing; attention to case deadlines; BURKE: Correspondence from OC re order for garnishment | | | |
| 11/04/2022 | AO | GUNTER: Review court order; direct further handling of file to resolve/settle (0.1); WINTER-CLEARMAN: Review creditor's pretrial court filings (0.1); O'CONNOR: Review garnishment papers; direct further handling (0.1) | 0.30 | $250.00 | $75.00 |
| 11/04/2022 | PT | .1 Reviewed and approved CL Owens answer<br>.2 Replied to opco re: CL Keough hearing; prodded CL re: call<br>.1 Reviewed and approved unopposed MTC re: CL Keough<br>.1 Emailed opco re: CL Vazquez continuance<br>.1 Reviewed and approved NOS re: CL Bates<br>.1 Reviewed and approved unopposed MTC and order re: CL Vazquez-Nolan<br>.3 Call to CL Winter Clearman - discussed case, settlement authority, etc.<br>.1 Sent opco offer re: CL Clearman<br>.1 Emailed CL Moore re: questions<br>.3 Call from CL Keough re: settlement authority, LPG, etc.<br>.1 Emailed LPG re: CL Keough's payment authority<br>.3 Call from opco re: Burke files - counteroffers<br>.2 Called CL Burke, no answer, Emailed follow-up re: offers<br>.1 Emailed opco re: Notice of Settlement for CL Winter Clearman<br>.1 Emailed CL Winter Clearman re: acceptance<br>.1 Emailed CL Carlson real re: call MY number<br>.1 Called CL Metzger - no answer - not accepting messages, etc.<br>.1 Emailed opco re: CL Metzger MTC | 2.60 | $250.00 | $650.00 |
| 11/07/2022 | NB | VAZQUEZ-NOLAN: File motion to continue and order; WINTER-CLEARMAN: Draft notice of settlement; file notice; KENNEDY: Review and receipt of court filings; MOTTET: Review and receipt of court filing re confession of judgment; CRADICK: Review and receipt of order setting hearing; attention to case deadlines; PUENTE: Review and receipt of order to continue hearing; attention to case deadlines; CARLSON-REAL: Draft unopposed motion to continue and order; File motion to continue and order; correspondence to judge and OC; ULLRICK: Review and receipt of Plaintiff's motion for summary judgment and supporting documents; attention to case deadlines; CUMLEY: Attention to case filing deadlines; prep draft for resistance; HRUBY, KRISTIN: Attention to new case files; draft answer; attention to case deadlines; METZGER: Review and receipt of order granting telephonic appearances; attention to case deadline; SHEETS: Correspondence re permission to withdraw; HERNANDEZ, JESUS: Review and receipt of notice of pretrial hearing; attention to case deadlines; THOMAS: | 3.80 | $100.00 | $380.00 |

EXHIBIT 28, PAGE 21

Invoice # 6206 - 12/01/2022

| Date | | Description | | | |
|---|---|---|---|---|---|
| | | Review and receipt of notice of pretrial hearing; attention to case deadlines; BISENIUS: Correspondence from OC re requested information; WEISPFENNING: Review and receipt of notice of pretrial hearing; attention to case deadlines | | | |
| 11/07/2022 | PT | .1 Sent confession of judgment to CL Winter Clearman for signature<br>.1 Sent confession of judgment to CL Hanson for signature<br>.1 Reviewed and approved NOS re: CL Winter Clearman<br>.1 Replied to CL Schmidt re: fraudulent email<br>.1 Reviewed MTC and replied to opco re: CL Puente<br>.1 Replied to CL Mottet re: call today<br>.1 Emailed CL Carlson Real re: call today<br>.3 Call to CL Keough re: LPG payments, update on MTC, etc<br>.1 Emailed opco re: CL Keough continuance<br>.1 Replied to CL Hanson re: signed stip<br>.1 Called CL Mahaffey - no answer; left detailed VM<br>.1 Replied to CL Schmidt re: fraudulent email<br>.1 Emailed CL Cumley re: URGENT need to speak<br>.1 Emailed opco re: Carlson-Real MTC<br>.1 Replied to CL Schmidt re: scam<br>.1 Reviewed and approved Answer re: CL Hruby<br>.2 Call to opco re: CL Carlson-Real - left detailed message, followed up via email<br>.1 Emailed opco re: CL Metzger MTC<br>.2 Called opco re: CL Metzger MTC<br>.3 Call from CL Guy re: delinquent account; emailed opco re: status of account at Gurstel<br>.1 Sent stip to CL Hanson again per request | 2.80 | $250.00 | $700.00 |
| 11/07/2022 | KVH | HAGOOD: receipt and review emails (several) from client (.2); MCINTOSH: review answer (.1); OWENS, GWEN: review answer (.1) | 0.40 | $250.00 | $100.00 |
| 11/07/2022 | AO | SHEETS: Email to debtor again requesting signature on affidavit so I can withdraw as his counsel (0.1); KEOUGH: Emails with LPG; review case status and direct further handling (0.1); HANKEN: Review and respond to email from debtor (0.1); CARLSON-REAL: Finalize motion for continuance (0.2) | 0.50 | $250.00 | $125.00 |
| 11/08/2022 | NB | Attention to hearing deadlines; attention to deadlines in next four weeks; case file maintenance; BATES: Review and receipt of order to continue; attention to case deadlines; VAZQUEZ-NOLAN: Review and receipt of order to continue; attention to case deadlines; ULLRICK: Review and receipt of order for summary judgment; review and receipt of order vacating judgment and setting hearing; attention to case deadlines; HRUBY, KRISTIN: File answer; METZGER: Draft unopposed and regular motion to continue with orders; file motion to continue and order; GUNTER: Review and receipt of Plaintiff's statements of fact and | 5.10 | $100.00 | $510.00 |

EXHIBIT 28, PAGE 22

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | evidence for trial; draft motion to continue and order; CARLSON-REAL: Review and receipt of order to continue; attention to case deadlines; CUMLEY: Draft shell for resistance to summary judgment; GROVE: Attention to new case filings; draft answer; file answer; DEVORE: Draft motion to continue and order; MAHAFFEY: Draft motion to continue and order; MARSHALL: Review and receipt of order continuing hearing; attention to case deadlines; SHEETS: Review and receipt of order granting withdrawal of counsel; ZART: Review and receipt of correspondence from OC re trial scheduling plan; attention to case deadline; MAHAFFEY, JOE: Review and receipt of OC's motion to appear telephonically; draft motion to appear telephonically and order |  |  |  |
| 11/08/2022 | AO | SHEETS: Appear for (telephonic) court hearing re: motion to dismiss; receipt and review order re: dismissal as debtor's counsel (0.4); CARLSON-REAL: Review order re: trial date and direct further handling (0.1); CUMLEY: Review case status and direct further handling (0.1); GROVE: Review new case assignment and related court filings; prepare for further case handling (0.2); VANDENBURG: Review and respond to email from LPG re: case settled (0.1); METZGER: Revise motion for continuance (0.1); ULLRICK: Review file, including court filings; direct further handling (0.2) | 1.20 | $250.00 | $300.00 |
| 11/08/2022 | KVH | HEMMER: draft responses for request for admissions (.34); CRAW: receipt and review email from client (.1); BURKE, DIANE: receipt and review voicemail from opposing counsel (.1); HRUBY: review answer and direct filing (.2); METZGER: review motion to continue (.1); GROVE: review answer and direct filing (.2); HERNANDEZ, JESUS: email opposing counsel (.1); HERNANDEZ, ANA: email opposing counsel (.1); ALVAREZ: email client (.1); FRY: call with client (.2); ESCAMILLA, ANTONIO: call with client (.2); HUFFMAN: call with client (.2); KENNEDY: call to client re: no answer, left voicemail (.1); email client (.1); CRAW: call to client re: no answer, left voicemail (.1); email client (.1) | 2.50 | $250.00 | $625.00 |
| 11/09/2022 | AO | CASPER: Review and respond to email from LPG re: case status; direct further handling (0.1); NOLAN: Review and respond to email from LPG legal; direct preparation of withdrawal papers (0.1) | 0.20 | $250.00 | $50.00 |
| 11/09/2022 | PT | .2 Reviewed alternate versions of MTCs and Orders re: CL Metzger<br>.1 Replied to opco re: CL Metzger hearing<br>.1 Reviewed and approved telephonic motion<br>.1 Reviewed and approved answer re: CL Grove<br>.1 Replied to opco re: CL Metzger hearing<br>.1 Replied to opco re: re: Metzger motion / call<br>.1 Reviewed CL Brehm responses<br>.2 Emailed CL Gunter re: rep/call; emailed opco re MTC | 1.30 | $250.00 | $325.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | .1 Reviewed and approved MTA and prop order re: CL Mahaffey<br>.2 Reviewed and sent signed COJ to opco re: CL Clearman; replied to CL re: original | | | |
| 11/09/2022 | NB | GROVE: Review and receipt of order re trial date; attention to case deadlines; KEOUGH: Phone call with Clerk re hearing; review and receipt of order continuing hearing; attention to case deadlines; MONTAGNE: Email correspondence re returned mail; DRIVER: Attention to new case files; draft answer; METZGER: Review and receipt of Plaintiff's consent to continue; review and receipt of order continuing hearing; attention to case deadlines; BREHM, STEPHANIE: Attention to new case files; draft answer; MAHAFFEY, JOSEPH: Review and receipt of numerous court filings re Plaintiff's evidence for trial; BREHM, DAKOTA: Attention to new case files; draft answer; GUNTER: Review and receipt of court filings re trial | 3.10 | $100.00 | $310.00 |
| 11/09/2022 | KVH | CRAW: call with client (.2); email client (.1); BREHM, DAKOTA: review answer (.2); BREHM, STEPHANIE: review answer (.2) | 0.70 | $250.00 | $175.00 |
| 11/10/2022 | KVH | CARLSON-REAL: call with client (.2); receipt and review voicemail from client (.1); call with client (.2) KRUEGER: discuss counteroffer with AO (.1); email opposing counsel (.1); HAGOOD: review file (.1) email opposing counsel (.1); receipt review and respond to email from opposing counsel (.1); QUINN: review file and discuss with AO (.1); email client (.1); FRY: review file and discuss with AO (.2); email LPG (.1); receipt and review email from LPG (.1); email opposing counsel (.1); HILPIPRE: review file and discuss with AO (.1); email LPG (.1); HEMMER: review file and discuss with AO (2 cases) (.2); SANDERS: review file and discuss with AO (.1); email opposing counsel (.1); CORIA: review file and discuss with AO (.1); email opposing counsel (.1); ESCAMILLA: review file and discuss with AO (.1); CRAW: review file and discuss with AO (.1); MCINTOSH: receipt and review new case assignment and file documents (.1); analyze case strategy and settlement offer (.1); O'CONNOR: receipt and review new case assignment and file documents (.1); analyze case strategy and settlement offer (.1); HRUBY: receipt and review new case assignment and file documents (.1); analyze case strategy and settlement offer (.1); BREHM, STEPHANIE: receipt and review new case assignment and file documents (.1); analyze case strategy and settlement offer (.1); BREHM, DAKOTA: receipt and review new case assignment and file documents (.1); analyze case strategy and settlement offer (.1) | 4.00 | $250.00 | $1,000.00 |
| 11/10/2022 | PT | .2 Replied to opco re: CL Weird settlement; emailed CL to confirm<br>.2 Zoom hearing re: CL Weir TSC | 1.40 | $250.00 | $350.00 |

EXHIBIT 28, PAGE 24

| | | | | | |
|---|---|---|---|---|---|
| | | .1 Replied to opco re: CL Winter Clearman stip<br>.1 Reviewed and approved unopposed MTC re: CL Gunter<br>.3 Drafted and filed Motion to Withdraw re: CL Vazquez-Nolan<br>.1 Sent signed stip re: CL Moore to opco<br>.1 Informed LPG of CL Moore agmnt; sent stip<br>.2 Sent offer to CL Devore; replied to opco re: MTC<br>.1 Reviewed and approved Motion to Withdraw re: CL Murphy | | | |
| 11/10/2022 | NB | GUNTER: File unopposed motion to continue; MAHAFFEY: Finalize and file motion to appear telephonically; DEVORE: Update draft of motion to continue; MURPHY: Draft motion to withdraw; BREHM; DAKOTA: Finalize and file answer; BREHM, STEPHANIE: Finalize and file answer; FLUHARTY, DARCEE: Review and receipt of Plaintiff's motion to set a trial date; attention to case deadline; WINTER-CLEARMAN: Review and receipt of order to continue; attention to case deadlines | 1.50 | $100.00 | $150.00 |
| 11/10/2022 | AO | HAGOOD: Review lawsuits and direct further settlement negotiations (0.2); KRUEGER: Review settlement posture; direct further handling (0.1); CASTILLO: Email to debtor re: need to talk about case (0.1); FRY: Review file re: amount owing and settlement talks and sketch out strategy for further handling (0.1); HILPIPRE: Review issues re: debtor unhappy with LPG and direct further handling of related settlement talks (0.2); SANDERS: Review court docket; prepare settlement strategy (0.1); HEMMER: Review financial hardship issues and direct handling of related settlement discussions (0.1); ESCAMALLA: Analyze case filings; sketch out settlement plan (0.1) | 1.00 | $250.00 | $250.00 |
| 11/10/2022 | PT | .1 Reviewed and approved all MTC and orders prepped re: CL Mahaffey<br>.1 Emailed CL Mahaffey re: call<br>.1 Emailed opco re: CL Mahaffey MTC<br>.1 Reviewed and approved letter to CL Burke re: contact<br>.1 Emailed opco re: CL Devore counteroffer<br>.1 Replied to CL Trowbridge re: prior offer<br>.1 Sent financial hardship info to opco re: CL Jenkins<br>.1 Emailed CL Jenkins re: hardship information<br>.1 Replied to CL Montegna re: collections, etc<br>.1 Replied to opco re CL Devore : offer/MTC/NOS | 1.00 | $250.00 | $250.00 |
| 11/11/2022 | KVH | ALVAREZ: receipt and review email from opposing counsel (.1); email opposing counsel (.1); THOMAS: review file (.1); email opposing counsel (.1); CRADICK: attention to new case assignment and court filings (.2); HILPIPRE: receipt and review email from LPG re: settlement authority (.1) | 0.70 | $250.00 | $175.00 |
| 11/11/2022 | NB | Attention to numerous upcoming hearings and case | 2.00 | $100.00 | $200.00 |

EXHIBIT 28, PAGE 25

Invoice # 6206 - 12/01/2022

| | | | | | |
|---|---|---|---|---|---|
| | | deadlines; BURKE: Draft correspondence to client re contact; MAHAFFEY, GINA: Update motion to continue drafts; JONES: Draft motion to continue and order | | | |
| 11/14/2022 | PT | .1 Replied to opco re: Devore settlement<br>.1 Reviewed and approved NOS re: CL Devore<br>.1 Replied to opco re: Devore NOS<br>.1 Emailed CL Devore re: settlement<br>.1 Emailed CL Gunter re: call<br>.3 Call from CL Mottet re: still no payment info from opco; PT prods opco<br>.3 Call from CL Mahaffey re: settlement authority<br>.1 Reviewed and approved CL Robeson Answer<br>.1 Sent payment info to CL Mottet<br>.1 Emailed opco re: MTC and offer re: CL Mehaffey | 1.40 | $250.00 | $350.00 |
| 11/14/2022 | NB | Attention to case deadlines and status follow up; DEVORE: Draft notice of settlement; file notice; review and receipt of order continuing hearing; attention to case deadlines; SEITZ: Review case status re discovery requests; BREHM, DAKOTA: Review and receipt of order of hearing; attention to case deadlines; SMITH, CLYDE: Review and receipt of satisfaction; BREHM, STEPHANIE: Review and receipt of order of hearing; attention to case deadlines; ROBESON: Attention to new case files; draft answer; file answer; CASTILLO: Correspondence from opposing counsel re payments for settlement; attention to case deadlines; HERNANDEZ, JESUS: Review and receipt of correspondence from opposing counsel re settlement; KENNEDY: Review and receipt of correspondence from opposing counsel re nonpayment; JENKINS: Review and receipt of Order of judgment entry; FLUHARTY, DARCEE: Review and receipt of order setting hearing; attention to case deadlines; FLUHARTY, JOHN: Review and receipt of dismissal without prejudice; MAHAFFEY: Review and receipt of order granting motion to appear telephonically | 3.60 | $100.00 | $360.00 |
| 11/14/2022 | AO | BREHM: Receipt and review order from court re: setting case for hearing (0.1); VANDENBURG: Review and respond to email from LPG (0.1) | 0.20 | $250.00 | $50.00 |
| 11/14/2022 | PT | .1 Replied to opco re: Weir acceptance<br>.2 Trial setting conference re: CL Zart<br>.2 Trial setting conference re: CL Snead<br>.1 Replied to CL Mottet re: payments made<br>.2 Emailed opco re: CL Cumley MTC/stip; emailed CL re: prod for stip<br>.1 Prodded CL Hanson re: stip, re-sent stip again<br>.1 Prodded opco re: response to CL Mahaffey offer, MTC if needed<br>.1 Replied to CL Hanson re: receipt of stip<br>.1 Emailed CL Hanson re: payment amount in response to concern<br>.1 Replied to opco re: CL Hanson offer acceptance<br>.1 Sent counteroffer to CL Mehaffey | 1.80 | $250.00 | $450.00 |

EXHIBIT 28, PAGE 26

| | | | | | |
|---|---|---|---|---|---|
| | | .1 Reviewed and approved unopposed MTC and order re: CL Mahaffey<br>.1 Emailed opco re: CL Gobeli offer<br>.1 Emailed CL Gobeli re: info for settlement<br>.1 Reviewed and approved MTC and Order re: CL Gobeli<br>.1 Sent CL and NB acceptance /due date confirmation from opco re: CL Hanson | | | |
| 11/14/2022 | KVH | HERNANDEZ, JESUS: receipt and review letter from opposing counsel (.1) | 0.10 | $250.00 | $25.00 |
| 11/15/2022 | KVH | CASTILLO: receipt and review offer from opposing counsel (.1); QUINN: receipt and review email from opposing counsel (.1); ROBESON: review answer (.1); direct filing (.1); KENNEDY: receipt and review letter from opposing counsel (.1); email client (.1); THOMAS: review file (.1); email client (.1); WEISPFENNING; review file (.1); HILPIPRE: receipt and review voicemail from opposing counsel (.1); email opposing counsel (.1); QUINN: email client (.1); BUTALLA: receipt and review message from client (.1) | 1.30 | $250.00 | $325.00 |
| 11/15/2022 | NB | Case status maintenance; MAHAFFREY, GINA: Status update on case re hearing and negotiations; revised draft for unopposed motion to continue; file motion; MONTAGNE: Review and receipt of correspondence from opposing counsel re signature for stipulation; voicemail to client re address confirmation; JONES: Case status update; VANDENBURG: Review and receipt of confession of judgment; VAZQUEZ-NOLAN: Review and receipt of order granting withdrawal; THOMAS: Draft motion to continue with order; attention to case deadlines WEISPFENNING: Draft motion to continue; CUMLEY: Draft motion to continue; BUTALLA: Phone call from client re amounts related to settlement; GUNTER: Received phone call from Scott Johnson re client; sent contact info to attorney; SCHONEMAN: Review and receipt of notice of discovery requests; attention to case deadlines; WEIR: Review and receipt of trial setting conference; attention to case deadlines | 4.30 | $100.00 | $430.00 |
| 11/15/2022 | AO | CASTILLO: Review letter from creditor; email to debtor (0.1) | 0.10 | $250.00 | $25.00 |
| 11/16/2022 | NB | HANSON, JENNIFER: Draft notice of settlement for both cases; DRIVER: Review case status; draft motion to continue; MONTAGNE: Phone call re address update; prepare documents for U.S. mail; MAHAFFEY, GINA: Review and receipt of order granting continuance; attention to case deadlines; MOTTET: Review and receipt of answer from garnishee; SNEAD: Review and receipt of trial scheduling; attention to case deadlines; FLUHARTY, DARCEE: Review and receipt of court filings re motion to appear telephonically and order denying motion; THOMAS: Review case status; | 4.00 | $100.00 | $400.00 |

Invoice # 6206 - 12/01/2022

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | HAMMOND: Draft motion to continue and order; WISE: Draft motion to continue and order; GOBELI: Revise draft of unopposed motion to continue and order; file motion and order; LANDERS: Review case status; attention to case deadlines; HUFFMAN: Review case status; attention to case deadlines; BURKE: Review case status; attention to case deadlines; SEITZ: Review case status; attention to case deadlines |  |  |  |
| 11/16/2022 | PT | .1 Replied to opco re: CL Mahaffey deal<br>.1 Called in to telephonic hearing re: CL Mahaffey<br>.2 Call from opco rep re: Mahaffey, informed of status<br>.1 Sent offer to CL Gobeli<br>.1 Emailed stip to opco re: CL Montagne<br>.1 Emailed opco re: MTC re: CL Gobeli<br>.1 Emailed CL Driver re: URGENT need to speak<br>.1 Emailed opco re: CLO Driver re: MTC<br>.2 Reviewed 4 different versions of MTC and UMTC re: CL Hammond mediation<br>.1 Emailed opco 2x re: CL Driver MTC - alternate as reg atty out of office<br>.3 Call to CL Hammond, discussed case, settlement authority; made offer to opco | 1.50 | $250.00 | $375.00 |
| 11/16/2022 | KVH | CRAW: receipt and review email from client (.1); email LPG (.1); email client (.1); receipt and review email from client (.1); HERNANDEZ, JESUS: email opposing counsel (.1); VANDERBURG: email opposing counsel (.1); HERNANDEZ, ANA: email opposing counsel (.1); receipt and review email from opposing counsel (.1); CASPER, ERIC: email opposing counsel (.1); ESCAMILLA: email opposing counsel (.1); HUFFMAN: email opposing counsel (.1); KENNEDY: receipt and review email from client; THOMAS: receipt and review email from opposing counsel (.1); review file (.2) | 1.20 | $250.00 | $300.00 |
| 11/16/2022 | AO | THOMAS: Review and respond to email from creditor's counsel re: settlement discussions (0.1); CARLSON-REAL: Review voicemail from debtor; direct further handling (0.1); DORAN: Emails with LPG; review file (0.1) | 0.30 | $250.00 | $75.00 |
| 11/16/2022 | PT | .1 Replied to CL Wise re: hearing, call, etc.<br>.1 Replied to CL Mahaffey re: authority to speak with spouse<br>.1 Emailed CL Carlson-Real re: Call today<br>.1 Reviewed and approved MTA re: CL Doran<br>.1 Sent counteroffer to CL Hammond<br>.1 Sent stip to CL Bates with instrux to sign<br>.3 2x email to opco re: CL Devore stip; emailed CL in response<br>.2 Replied to CL Hanson and informed LPG of deal with no paperwork<br>.1 Informed CL Hanson re: payment redux<br>.1 Replied to CL Mahaffey re: credit reporting, etc.<br>.1 Replied to opco re: CL Hanson file number/mimecast, etc. | 1.40 | $250.00 | $350.00 |

EXHIBIT 28, PAGE 28

Invoice # 6206 - 12/01/2022

| 11/17/2022 | NB | Attention to four week deadlines and case status; review discovery requests to send reminders to prepare for responses; GROVE: Review and receipt of court filings re Plaintiff's evidence for trial, motion to appear telephonically and order from the Court granting a motion to appear via Zoom; attention to case deadlines; JANSMA: Review and receipt of order denying motion to appear via telephone; VANDENBERG: Review and receipt of Plaintiff's motion to dismiss without prejudice; review and receipt of order granting dismissal; GOBELI: Review and receipt of order to continue; BATES: Review and receipt of Plaintiff's motion to appear telephonically; draft motion to appear telephonically; review case status; correspondence from opposing counsel re stipulation; DORAN: Review and receipt of Plaintiff's motion to appear telephonically; review and receipt of order continuing hearing; attention to case deadlines; draft motion to appear telephonically and order; file motion and order; review and receipt of order granting motion to appear telephonically | 3.60 | $100.00 | $360.00 |
| 11/17/2022 | AO | CARLSON-REAL: Review and respond to email from debtor re: case status (0.1) | 0.10 | $250.00 | $25.00 |
| 11/17/2022 | KVH | VANDENBURG: receipt and review email from opposing counsel (.1); HUFFMAN: receipt and review email from opposing counsel re: rejecting offer (.1); draft response to request for admissions (.3); CRAW: receipt and review email from LPG (.1); interoffice communication re: offer (.1); email client (.1); receipt and review email from client (.1); email client (.1); receipt and review email from client (.1); email client (.1); email opposing counsel (.1); receipt and review email from opposing counsel (.1); email LPG (.1); HERNANDEZ, JESUS: email opposing counsel (.1); KENNEDY: receipt and review emails from client (.1); email client pay instructions (.1); email opposing counsel (.1); O'CONNOR: review file (.1); BOSWELL: call client re: left voicemail (.1); email client (.1); CASPER, ERIC: review file (.1); email opposing counsel (.1); CASPER, GREGORY: receipt and review email from opposing counsel re: rescinding settlement agreement (.1) | 2.50 | $250.00 | $625.00 |
| 11/18/2022 | NB | KRUEGER: Attention to new case files; draft answer; attention to case deadlines; SCHROEDER: Attention to new case files; FOSTER: Draft motion to continue and order; attention to case deadline; GROVE: Draft motion to continue and order; attention to case deadline; FLUHARTY: Draft motion to continue; attention to case deadlines; HANSON: Finalize and file notice of settlement in two cases; JONES: Phone call with clerk of courts re telephonic hearing; finalize unopposed motion to continue and order; file motion and order; WEST: Attention to new case file; draft answer; file answer; attention to case deadline | 3.70 | $100.00 | $370.00 |

EXHIBIT 28, PAGE 29

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/18/2022 | KVH | KRUEGER: review answer (.2); email opposing counsel (.1); ESCAMILLA: receipt and review email from opposing counsel (.1); HANSON: receipt and review motions (both cases) and direct filing (.2); HAGOOD: email opposing counsel (both cases) (.2); VANDENBURG: review file (.1); FRY: email opposing counsel (.1); SANDERS: email opposing counsel (.1); receipt and review email from opposing counsel (.1); MCINTOSH: call with client (.2); O'CONNOR: call client re: no answer, left voicemail (.1); HRUBY, KRISTIN: call with client (.2); email opposing counsel (.1); receipt and review email from opposing counsel (.1); KENNEDY: receipt and review email from client re: payment (.1); email opposing counsel re: payment (.1); HUFFMAN: direct sending of discovery (.1); JONES, DWIGHT: review motion and order to continue (.2) | 2.30 | $250.00 | $575.00 |
| 11/18/2022 | PT | .1 Replied to CL Wise re: Call today<br>.1 Prodded CL Foster for reply to counteroffer<br>.2 Reviewed and approved 2x NOS for CL Hanson cases<br>.1 Reviewed filings, incl interogs for CL Schroeder case<br>.1 Emailed opco rep re: CL Hanson settlement status<br>.1 Emailed opco re: CL Jones MTC<br>.1 Reviewed and approved UMTC re: CL Jones<br>.2 Sent signed COJ to opco re: CL Hanson; informed LPG with doc<br>.3 Call from PT to CL Belgum re: new acceptance; informed opco via email<br>.4 Call from PT to CL Jones re: settlement authority, financial struggles; Sent offer with supporting docs to opco<br>.1 Reviewed and approved Answer re: CL West | 1.80 | $250.00 | $450.00 |
| 11/21/2022 | PT | .1 Emailed opco re: CL Jones offer<br>.1 Reviewed voicemail re: CL Fox - NE<br>.1 Sent stip to CL Hanson<br>.1 Replied to opco re: CL Weir due date<br>.1 Sent stip to CL Jansma<br>.1 2x Called CL Sheets - subscriber no longer in service<br>.3 Replied to CL Bates per request; forwarded signed stip to opco; notified LPG legal<br>.1 Called new number for CL Sheets per AO - still no good<br>.1 Emailed opco re: CL Montagne's request to extend due date<br>.1 Called CL Montagne - no answer, left detailed message<br>.1 Replied to opco email re: making up CL Montagne's payments<br>.1 Replied to opco re: CL Weir payment<br>.1 Replied to CL Wise re: call tomorrow<br>.1 Sent opco response to CL Montagne re: payment/ honoring settlement<br>.1 Sent payment intrux to CL Weir | 1.60 | $250.00 | $400.00 |
| 11/21/2022 | NB | Attention to case deadlines; HAGOOD: Review and | 2.00 | $100.00 | $200.00 |

Invoice # 6206 - 12/01/2022

| | | | | | |
|---|---|---|---|---|---|
| | | receipt of order to dismiss unless good cause is shown; attention to case deadlines; CUMLEY: Review and receipt of Plaintiff's motion to continue; HANSON: Review and receipt of orders continuing hearings for both cases; attention to case deadlines; review and receipt of signed confession of judgment; JANSMA: Review and receipt of correspondence from opposing counsel re stipulation; CRAW: Review and receipt of Plaintiff's discovery requests; attention to case deadlines; MONTAGNE: Phone call with client re concerns of over due payment and stipulation; WESTPFAHL: Review and receipt of correspondence from opposing counsel re payment processing; JONES: Review and receipt of order re continuance; attention to case deadlines | | | |
| 11/21/2022 | KVH | KRUEGER: receipt and review email from opposing counsel (.1); email opposing counsel (.1); attention to new case assignment (.1); analyze strategy (.1); MCINTOSH: receipt and review voice message from client (.1); FRY: receipt and review email from opposing counsel (.1); email LPG (.1); receipt and review email from LPG (.1); email opposing counsel (.1); THOMAS: review files (.2); email opposing counsel (.1); CRADICK: attention to new case assignment (.1); analyze strategy (.1); DAOUD: attention to new case assignment (.1); analyze strategy (.1); OWENS, GWENDOLYN: attention to new case assignment (.1); analyze strategy (.1); ROBESON: attention to new case assignment (.1); analyze strategy (.1) | 1.90 | $250.00 | $475.00 |
| 11/21/2022 | AO | WOHLFORD: Review and respond to email from creditor's counsel re: debtor's missed payments (0.1); WEST: Review new case assignment; review pleadings (0.1); SCHROEDER: Review new case assignment and direct further handling/resolution (0.1); KRUEGER: Analyze debts/lawsuits and sketch out settlement strategy (0.2); CRAW: Review new file and prepare strategy for settlement negotiations (0.1) | 0.60 | $250.00 | $150.00 |
| 11/22/2022 | NB | KENNEDY: Review and receipt of correspondence re payment and setting up auto-pay; CASPER: Review and receipt of fax re account balance and contact info; OWENS, GWEN: Attention to new case files; attention to case deadlines; draft answer; file answer; FOX: Review case status; draft motion to withdraw and order; LATUSICK, ROGER: Attention to new case files; attention to case deadlines; CUMLEY: Review and receipt of order to continue; attention to case deadlines; MOORE, CHERYL: Review and receipt of stipulation filed by Plaintiff, WEST: Review and receipt of notice of hearing; attention to case deadlines; draft motion to continue and order; SEITZ: Review case status re discovery responses; LANDERS: Review case status re discovery responses; HAMMOND: Review case status re upcoming hearing; WISE: Review case status re upcoming hearing; DRIVER: Review case status re | 3.90 | $100.00 | $390.00 |

EXHIBIT 28, PAGE 31

Invoice # 6206 - 12/01/2022

| Date | | Description | | | |
|---|---|---|---|---|---|
| | | upcoming hearing; FOSTER: Review case status re upcoming hearing; GROVE: Review case status re upcoming hearing; FLUHARTY, DARCEE: Review case status re upcoming hearing; BURKE: Review case status re discovery responses and contact; WEISPFENNING: Review case status re upcoming hearing; CARLSON-REAL: Review and receipt of order dismissing case; THOMAS: Draft unopposed motion to continue and order | | | |
| 11/22/2022 | KVH | KRUEGER: receipt and review email from opposing counsel re: stipulation (.1); email client (.1); KENNEDY: receipt and review emails (two) from opposing counsel re: payment (.2); email client (.1); FOX: review motion to withdraw (.1); review order to withdraw (.1); OWENS, GWENDOLYN: review answer (.1); direct filing (.1); THOMAS: email opposing counsel (.1); FRY: email opposing counsel (.1) | 1.10 | $250.00 | $275.00 |
| 11/22/2022 | AO | BELGUM: Review case status; direct further handling (0.1); WEST: Attention to upcoming hearing (0.1; HAGOOD: Review court order (0.1) | 0.30 | $250.00 | $75.00 |
| 11/22/2022 | PT | .1 Emailed opco re: CL Weispfenning MTC<br>.1 Emailed CL Grove re: Call tomorrow<br>.1 Emailed opco re: CL Grove MTC<br>.2 Replied to CL Foster re: acceptance/payment; informed opco via email of acceptance<br>.1 Emailed opco re: MTC CL West case<br>.1 Emailed CL West re: rep/call<br>.1 Emailed opco re: MTC CL Driver hearing<br>.2 Prodded CL Hammond re: offer; emailed opco re: MTC | 1.00 | $250.00 | $250.00 |
| 11/23/2022 | NB | MOORE, CHERYL: Review and receipt of order for stipulated judgment; ZART: Review and receipt of trial scheduling and discovery plan; HANSON, JENNIFER: Review and receipt of dismissal; attention to case deadlines; GOBELI: Draft motions to withdraw and orders for each case; file motions and order for each case; FOSTER: Draft notice of settlement; file notice; GROVE: Finalize unopposed motion to continue and order; file motion and order; DRIVER: Draft motion to continue and order; COUTURE: Review and receipt of Plaintiff's motion to appear telephonically; HOGBERG: Review and receipt of full satisfaction; SHONEMAN: Review and receipt of discovery requests; attention to case deadlines; FOX: Finalize motion to withdraw and order; file motion and order; CRAW: Review and receipt of stipulation from opposing counsel for signature | 3.50 | $100.00 | $350.00 |
| 11/23/2022 | PT | .1 Reviewed and approved UMTC after file review of CL Grove<br>.1 Reviewed opco response, file, MTC re: CL Driver<br>.1 Replied to CL Wise re: Call<br>.3 Reviewed and approved 3x Motions and 3x Orders re: Gobeli MTW | 0.70 | $250.00 | $175.00 |

EXHIBIT 28, PAGE 32

| | | | | | |
|---|---|---|---|---|---|
| | | .1 Reviewed and approved Notice of Settlement re: CL Foster | | | |
| 11/28/2022 | PT | .1 Reviewed and approved MTC re: CL Driver<br>.1 Prodded opco for response re: CL Seitz offer<br>.1 Reviewed DJ re: CL Latusick; approved MTSA<br>.1 Forwarded nonpayment notice to CL Murray<br>.1 Emailed opco re: MTC re: CL West<br>.3 Call from CL Wise; discussed settlement authority, LPG, etc.<br>.1 Emailed counteroffer to opco re: CL Wise<br>.1 Sent counteroffer to CL Wise<br>.1 Reviewed MTC re: CL Hammond mediation<br>.1 Reviewed and approved UMTC re: CL West<br>.1 Replied to CL Weir re: payments<br>.1 Emailed opco re: CL Weir payment due<br>.2 Replied to CL Wise re: due date/acceptance; emailed opco w/conditional acceptance<br>.1 Reviewed and approved Answer re: CL Fluharty<br>.1 Replied to opco re: CL Wise payment/deal | 1.80 | $250.00 | $450.00 |
| 11/28/2022 | NB | Review and receipt of correspondence via U.S. mail; attention to numerous case deadlines re hearings; MOORE: Review and receipt of signed stipulation from opposing counsel via U.S. mail; HERNANDEZ, JESUS: Review and receipt of letter re acceptance of offer from opposing counsel; GROVE: Review and receipt of Plaintiff's motion to appear telephonically via U.S. mail; review and receipt of order granting continuance; attention to case deadlines; IHRY: Review and receipt of Plaintiff's motion to appear telephonically via U.S. mail; BELGUM: Review and receipt of correspondence from opposing counsel via U.S. mail re signature for stipulation; ROBESON: Review and receipt of discovery requests; attention to case deadlines; FRY: Review and receipt of discovery requests; attention to case deadlines; DRIVER: Finalize and file motion to continue and order; review and receipt of order granting continuance; attention to case deadlines; HAMMOND: Draft motion to continue and order; file motion to continue and order; GOBELI: Revised and refiled motion to withdraw; FOSTER: Order to cancel hearing; attention to case deadlines; THOMAS: Finalize and file unopposed motion to continue and order; FLUHARTY: Attention to new case files; draft answer; attention to case deadlines; draft motion to continue in another case; WEST: Finalize and file unopposed motion to continue and order | 5.30 | $100.00 | $530.00 |
| 11/28/2022 | AO | WEIR: Review and respond to email from debtor re: payment plan; direct further handling (0.1); LANDERS: Attention to discovery responses (0.1); CHAPMAN: Review filings; review and respond to debtor email; direct further handling re: garnishments (0.2_ | 0.40 | $250.00 | $100.00 |
| 11/28/2022 | KVH | CRAW: receipt and review stipulation (.1); email LPG (.1); email client (.1) | 0.30 | $250.00 | $75.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/28/2022 | PT | .1 Reviewed and approved Answer re: CL Driver<br>.1 Reviewed and approved Notice of Settlement re: CL Wise<br>.1 Replied to CL Wise re: hearing<br>.1 Reviewed order and consented to opco's MTA ; directed our own<br>.2 Reviewed stip sent by opco and sent to CL Foster with instructions<br>.1 Reviewed stip and directed NB to send to CL Belgum for signature<br>.1 Sent counteroffer to CL Jones<br>.1 Sent counteroffer to CL Jenkins<br>.1 Emailed LPG Legal an updated on CL Belgum file<br>.1 Reviewed and approved Motion and Order re: telephonic appearance re: CL Couture<br>.1 Sent offer to CL Fluharty<br>.1 Called CL Fluharty - no answer, left message<br>.1 Reviewed and approved MTC re: CL Fluharty<br>.1 Emailed opco re: CL Fluharty re: UMTC<br>.1 Replied to CL Grove re: call/number<br>.1 Reviewed and approved UMTC re: Weipsfenning | 1.70 | $250.00 | $425.00 |
| 11/29/2022 | NB | Attention to various case status and follow up filings; FLUHARTY: File answer; review and receipt of return of service filed by court; IHRY: Review and receipt of Plaintiff's motion to appear via telephone and order continuing trial; attention to case deadlines; WISE: Draft notice of settlement; finalize notice; file notice; COUTURE: Review and receipt of order re permissions for Plaintiff to appear via telephone; draft motion to appear telephonically and order; file motion and order; KRUEGER: Attention to new case files; attention to case deadlines; draft answer; file answer; review and receipt of notice of mediation and pretrial conference; attention to case deadlines; WEISPFENNING: Attention to new case files; THOMAS: Phone call with clerk of courts; revise and file proposed order for clarification re motion to continue; HAMMOND: Review and receipt of order denying continuance and granting judgment; HEMMER: Draft notice of discovery responses; DRIVER: File answer; review and receipt of notice of hearing; attention to case deadlines; BELGUM: Correspondence to client re signature on stipulation; prepare for U.S. mail | 5.30 | $100.00 | $530.00 |
| 11/29/2022 | AO | HAMMOND: Review court order; direct further handling (0.1); CARLSON-REAL: Review and respond to email from LPG (0.1); WEISPFENNING: Review new case assignment; directly handling (0.1); KRUEGER: Review petition and case assignment (0.1) | 0.40 | $250.00 | $100.00 |
| 11/30/2022 | NB | Prepare for numerous case deadlines and hearings; follow up on numerous case status; WEISPFENNING: Finalize and file unopposed motion to continue and order; THOMAS: Review and receipt of order continuing hearing; attention to case deadlines; FLUHARTY: Finalized and filed motion to continue and | 4.00 | $100.00 | $400.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | order; WISE: Review and receipt of order continuing hearing; attention to case deadlines; WEST: Review and receipt of order continuing hearing, date TBD; ULLRICK: Prepare for hearing deadlines; draft motion to continue; MONTEGNA: Prepare for hearing deadline; MAHAFFEY: Prepare for hearing deadlines; draft motion to continue; METZGER: Prepare for hearing deadline; draft motion to continue; PUENTE: Prepare for hearing deadlines; draft motion to continue | | | |
| 11/30/2022 | AO | CORIA: Review file including emails re: settlement; email to LPG re: case status (0.2); SMITHSON: Attention to settlement terms and potential satisfaction of judgment (0.1); CASTILLO: Review court order; attention to case resolution strategy (0.2); DANIEL HANSON: Review voicemail from client; review file; direct further handling (0.2) | 0.70 | $250.00 | $175.00 |
| 11/30/2022 | PT | .1 Emailed CL Hanson and opco re: payment instrux | 0.10 | $250.00 | $25.00 |
| 11/30/2022 | KVH | CRADICK: call client re: no answer, left voicemail (.1); email client (.1); email Adrienne (.1); email Michael (.1); HEMMER: review responses to requests for admissions (.2); email opposing counsel (both cases) (.2); FRY: email opposing counsel (.1); receipt and review email from opposing counsel (.1); email LPG re: payment (.1); THOMAS: receipt and review counter offer from opposing counsel (.1); QUINN: email client (.1); HILPIPRE: email opposing counsel (.1); SANDERS: email opposing counsel (.1); HRUBY: email opposing counsel (.1); MCINTOSH: call client re: no answer (.1); BREHM, STEPHANIE: call with client (.2); email opposing counsel (.1); BREHM, DAKOTA: email opposing counsel (.1); DAOUD: call with client (.2) | 2.30 | $250.00 | $575.00 |

| | | |
|---|---|---|
| **Quantity Subtotal** | | **138.0** |
| **Services Subtotal** | | **$23,310.00** |

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 11/29/2022 | Belgum: Correspondence for signature and return envelope | 2.00 | $0.57 | $1.14 |

| | |
|---|---|
| **Expenses Subtotal** | **$1.14** |
| **Quantity Total** | **138.0** |
| **Subtotal** | **$23,311.14** |
| **Total** | **$23,311.14** |

Invoice # 6206 - 12/01/2022

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5995 | 12/01/2022 | $25,422.85 | $0.00 | $25,422.85 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6206 | 12/31/2022 | $23,311.14 | $0.00 | $23,311.14 |
| | | | **Outstanding Balance** | **$48,733.99** |
| | | | **Amount in Trust** | **$0.00** |
| | | | **Total Amount Outstanding** | **$48,733.99** |

### GO Law Trust Account

| Date | Type | Notes | Matter | Receipts | Payments | Balance |
|---|---|---|---|---|---|---|
| 02/16/2021 | | wire transfer | 8234-1 | | $10,000.00 | $10,000.00 |
| 03/01/2021 | | Payment for invoice #2145 | 8234-1 | $2,990.00 | | $7,010.00 |
| 03/15/2021 | Wire | 8234-1 Wire Credit to Replenish Retainer | 8234-1 | | $3,060.00 | $10,070.00 |
| 04/02/2021 | | Payment for invoice #2311 | 8234-1 | $5,230.00 | | $4,840.00 |
| 04/08/2021 | Wire | 8234-1 Wire Deposit | 8234-1 | | $5,295.00 | $10,135.00 |
| 05/03/2021 | | Payment for invoice #2440 | 8234-1 | $5,300.00 | | $4,835.00 |
| 05/13/2021 | Wire | | 8234-1 | | $5,300.00 | $10,135.00 |
| 06/14/2021 | | Wire Transfer | 8234-1 | | $2,950.00 | $13,085.00 |
| 06/14/2021 | | Payment for invoice #2517 | 8234-1 | $2,972.00 | | $10,113.00 |
| 07/06/2021 | | Payment for invoice #2799 | 8234-1 | $7,558.70 | | $2,554.30 |
| 07/27/2021 | | trust replenish | 8234-1 | | $7,400.00 | $9,954.30 |
| 08/09/2021 | | Payment for invoice #3005 | 8234-1 | $5,722.50 | | $4,231.80 |
| 08/27/2021 | check | Gurstel Law Firm - Turner Settlement | 8234-1 | $35.00 | | $4,196.80 |

EXHIBIT 28, PAGE 36

Invoice # 6206 - 12/01/2022

| Date | | Description | | Amount | | |
|------|--|-------------|--|--------|--|--|
| 09/06/2021 | | Payment for invoice #3121 | 8234-1 | $4,196.80 | | $0.00 |
| 09/24/2021 | | 8234-1 Wire Transfer | 8234-1 | | $14,668.20 | $14,668.20 |
| 10/07/2021 | | Payment for bill #3121 | 8234-1 | $4,668.20 | | $10,000.00 |
| 10/07/2021 | | Payment for bill #3383 | 8234-1 | $5,765.00 | | $4,235.00 |
| 10/07/2021 | | 8234-1 replenish retainer, wire transfer | 8234-1 | | $5,535.00 | $9,770.00 |
| 11/01/2021 | | Payment for invoice #3556 | 8234-1 | $5,910.00 | | $3,860.00 |
| 12/02/2021 | | Payment for invoice #3755 | 8234-1 | $3,860.00 | | $0.00 |
| 12/07/2021 | Wire Transfer | 8234-1 Replenish Retainer | 8234-1 | | $5,765.00 | $5,765.00 |
| 12/08/2021 | | Payment for bill #3755 | 8234-1 | $4,900.00 | | $865.00 |
| 12/21/2021 | | Wire deposit from LPG | 8234-1 | | $14,900.00 | $15,765.00 |
| 01/04/2022 | | Payment for invoice #3944 | 8234-1 | $7,700.00 | | $8,065.00 |
| 01/19/2022 | | 8234-1 Wire Deposit | 8234-1 | | $3,500.00 | $11,565.00 |
| 01/21/2022 | | 8234-1 21-157744 | 8234-1 | $3,500.00 | | $8,065.00 |
| 02/06/2022 | | Payment for invoice #4159 | 8234-1 | $7,190.00 | | $875.00 |
| 02/14/2022 | | 8234-1 wire deposit | 8234-1 | | $7,190.00 | $8,065.00 |
| 03/02/2022 | | Payment for invoice #4283 | 8234-1 | $7,835.00 | | $230.00 |
| 04/03/2022 | | Payment for invoice #4469 | 8234-1 | $230.00 | | $0.00 |
| 05/03/2022 | | 8234-1 wire deposit | 8234-1 | | $9,975.00 | $9,975.00 |
| 05/04/2022 | | Payment for bill #4469 | 8234-1 | $9,975.00 | | $0.00 |
| 10/19/2022 | | Wire deposit for Aug & Sept invoices | 8234-1 | | $43,985.00 | $43,985.00 |
| 10/21/2022 | | Payment for bill #5792 | 8234-1 | $18,180.00 | | $25,805.00 |
| 10/21/2022 | | Payment for bill #5622 | 8234-1 | $25,805.00 | | $0.00 |

**GO Law Trust Account Balance**     **$0.00**

Please make all amounts payable to: Gehling Osborn Law Firm, PLC

Please pay within 30 days.

EXHIBIT 28, PAGE 37



# INVOICE

Invoice # 6397
Date: 01/03/2023
Due On: 02/02/2023

# Gehling Osborn Law Firm, PLC

600 4th Street, Suite 900
Sioux City, IOWA 51101

The Litigation Practice Group PC (IA)
Direct questions/Correspondence to Jayde
17542 17th St.
Tustin, CA 92780

### 8234-1

### LPG - IA Local Counsel

### Services

| Date | Attorney | Notes | Quantity | Rate | Total |
|------|----------|-------|----------|------|-------|
| 12/01/2022 | PT | .1 Sent COJ to opco re: CL Winter Clearman<br>.1 Prodded opco re: Puente payment instructions<br>.1 Emailed CL Metzger re: urgent need to speak<br>.1 Email to opco and court re: CL Fluharty continuance<br>.2 Emailed CL Ullrick re: urgent need to speak; emailed opco re: UMTC<br>.1 Reviewed Order to Stay re: CL Moore<br>.1 Reviewed Montegna file; asked NB to update status w/clerk<br>.1 Emailed opco re: UMTC re: CL Mehaffey<br>.1 Replied to CL Hanson re: preferred due date<br>.1 Replied to CL Mahaffey re: acceptance of offer, etc.<br>.1 Replied to CL Bates re: stip/payment<br>.1 Reviewed Bates file and asked NB to check with clerk re: done<br>.1 Replied to CL Jenkins re: counteroffer/max authority<br>.1 Replied to CL Orcutt re: paper copy<br>.1 Reviewed and approved UMTC re: CL Ullrick<br>.2 Emailed opco re: CL Hanson due date change; replied to CL<br>.2 Sent acceptance to opco re: CL Mahaffey; replied to CL re: acceptance, call on other case<br>.1 Emailed CL Bates and opco re: payment arrangements per stip<br>.1 Emailed CL Driver re: urgent need to speak<br>.1 Prodded opco re: CL Bates stip filing<br>.1 Emailed CL Hanson re: new due date, signing instrux | 2.40 | $250.00 | $600.00 |

EXHIBIT 28, PAGE 38

Invoice # 6397 - 01/03/2023

| Date | | Description | | | |
|---|---|---|---|---|---|
| 12/01/2022 | NB | Review case status; prepare for upcoming hearings and discovery deadlines; FLUHARTY: Review and receipt of order granting continuance if Plaintiff agrees; WEST: Review and receipt of notice of hearing; attention to case deadlines; review and receipt of order continuing hearing; attention to case deadlines; CRADICK: Draft unopposed motion to continue and order; finalize and file motion and order; WEISPFENNING: Review and receipt of order continuing hearing; attention to case deadlines; COUTURE: Review and receipt of order granting motion to appear telephonically; attention to case deadlines; MOORE, CHERYL: Review case status; MONTEGNA: Phone call with clerk re case status; hearing will be canceled; attention to case deadlines; SMITH, CLYDE: Review and receipt of notice of garnishment; FOX: Review and receipt of order granting withdrawal; attention to case deadlines; BATES: Review case status; correspondence re signature for stipulation; MURRAY: Review and receipt of Plaintiff's affidavit of default judgment; ULLRICK: File unopposed motion to continue and order; review and receipt of order to continue; attention to case deadlines | 4.60 | $100.00 | $460.00 |
| 12/01/2022 | KVH | SANDERS: Receipt and review email from opposing counsel (.1); FRY: receipt and review email from LPG (.1); CRADICK: receipt and review email from opposing counsel (.1); review motion for continuance and direct filing (.1); HEMMER: receipt and review email from opposing counsel (.1); HRUBY: receipt and review email from opposing counsel (.1); CORIA: receipt and review email from opposing counsel (.1); BREHM, STEPHANIE: receipt and review email from opposing counsel (.1); OWENS, GWENDOLYN: receipt and review new case assignment (.2); KRUEGER: receipt and review new case assignment (.2); SCHROEDER: receipt and review new case assignment (.2); HERNANDEZ, JESUS: receipt and review letter from opposing counsel re: offer (.2); HAGOOD: Receipt and review email from client (.1); receipt and review order re: dismissal; ESCAMILLA: analyze counteroffer (.1); HUFFMAN: analyze counteroffer(.1); THOMAS: analyze counter offer (.1) | 2.10 | $250.00 | $525.00 |
| 12/02/2022 | NB | ORCUTT: Correspondence re settlement letter; IHRY: Draft motion to appear telephonically and order; MUJICA: Draft motion to continue and order; CASTILLO: Review and receipt of order denying Plaintiff's telephonic appearance; correspondence from OC via mail re hearing; DEHL: Attention to new case files; SNEAD: Review and receipt of Plaintiff's motion for summary judgement; CRAW: Correspondence re receipt of stipulation and signature on stipulation; KEOUGH: Case status re upcoming hearing; VAZQUEZ-NOLAN: Attention to case deadlines and receipt of withdrawal; DRIVER: Draft motion to continue and order; BARNES: Attention to new case files; draft | 4.70 | $100.00 | $470.00 |

EXHIBIT 28, PAGE 39

Invoice # 6397 - 01/03/2023

| | | | | | |
|---|---|---|---|---|---|
| | | answer and motion to set aside; DORAN: Review case status for upcoming hearing; WEIR: Review case status for upcoming hearing; MURRAY: Review case status for upcoming hearing; BURKE: Review case status for upcoming hearing; correspondence re contact information attempts; MARSHALL: Review case status for upcoming hearing | | | |
| 12/02/2022 | AO | SANDERS: Review and respond to email from debtor (0.1); DEHL: Review new case assignment; direct further handling (0.1) | 0.20 | $250.00 | $50.00 |
| 12/02/2022 | KVH | SANDERS: receipt and review email from client (.1); email client (.1); CRAW: interoffice communication about status of stipulation (.1); DEHL: receipt and review garnishment papers (.2); CASTILLO: receipt and review order (.1); THOMAS: receipt and review order for continuance (.1); FRY: receipt and review discovery requests (.1); ROBESON: receipt and review discovery requests (.1); CARLSON-REAL: receipt and review order (.1); HILPIPRE: receipt and review email from opposing counsel (.1) | 1.10 | $250.00 | $275.00 |
| 12/03/2022 | PT | .1 Reviewed and approved UMTC re: CL Mahaffey for filing<br>.1 Sent offer to CL Mahaffey<br>.1 Emailed Jessica at M and K re: call to discuss cases<br>.1 Sent payment info from opco to CL Bates<br>.1 Emailed CL Dehl re: rep/call<br>.1 Emailed CL Snead re: rep/need to speak<br>.1 Emailed opco re: MTC CL Driver hearing<br>.1 Sent CL Driver and urgent message to call<br>.1 Sent CL Bates stip which contains payment amount/ dates - per request from CL<br>.2 Replied to CL Jenkins re: Counteroffer; sent counteroffer to opco<br>.1 Emailed CL Keough re: urgent need to speak<br>.1 Emailed CL Mujica re: rep/ call - urgent<br>.1 Emailed opco re: MTC CL Mujica's case<br>.1 Reviewed and approved MTA by phone and order re: CL Ihry<br>.1 Sent CL Orcutt settlement letter to NB for paper mailing again<br>.1 Emailed CL Hanson re: call next week<br>.1 Emailed CL Carlson-Real re: call next week | 1.80 | $250.00 | $450.00 |
| 12/05/2022 | NB | FLUHARTY: Review and receipt of order setting hearing; attention to case deadlines; ZUKE: Review and receipt of satisfaction in full; BATES: Review and receipt of stipulation filing; MAHAFFEY, JOSEPH: Finalize and file unopposed motion to continue; order granting continuance; attention to case deadlines; IHRY: Finalize and file motion to appear telephonically and order; BARNES: Finalize and file answer and motion to set aside; PUENTE: Case status re settlement or hearing; review and receipt of order granting withdrawal of MSJ and canceled hearing; | 4.30 | $100.00 | $430.00 |

EXHIBIT 28, PAGE 40

Invoice # 6397 - 01/03/2023

| | | attention to case deadline; CRADICK: Review and receipt of order for continuance; attention to case deadlines; MUJICA: Draft unopposed motion to continue and order; METZGER: Review case status re communication with client and pre-hearing motions to file; PUENTE: Draft notice of settlement and unopposed motion to continue; ORCUTT: Receive correspondence from OC; prepare same correspondence for U.S. mail to client; METZGER: Finalize and file unopposed motion to continue and order; BARNES: Review and receipt of notice of correction; phone call with clerk of court re correction; draft notice of hearing; MURRAY: Review and receipt of order granting a twenty day deadline for a response; attention to case deadline; CRADICK: Review and receipt of order continuing hearing; attention to case deadlines | | | |
|---|---|---|---|---|---|
| 12/05/2022 | AO | CRADICK: Receipt and review email from debtor (0.1); BANDT: Review email from debtor; direct for further handling (0.1); PUENTE: Review court order; direct further handling (0.1) | 0.30 | $250.00 | $75.00 |
| 12/05/2022 | PT | .1 Emailed opco re: UMTC for CL Mujica case<br>.1 Replied to Opco re: Puente MSJ<br>.1 Replied to Jessica at M and K re: case call<br>.1 Reviewed and approved UMTC and order re: CL Mujica<br>.1 Replied to CL Mujica re: case info/call<br>.1 Emailed opco re: UMTC re; CL Metzger<br>.1 Reviewed and approved UMTC re: CL Metzger<br>.4 Call from CL Hanson re: Discover case / authority<br>.1 Emailed opco re: Hanson rep/offer<br>.1 Emailed opco offer re: CL Hanson<br>.1 Replied to opco re: CL email; Emailed CL Wise re: settlement info<br>.2 Call from CL Keough - settlement authority<br>.1 Emailed settlement offer to opco re: CL Keough<br>.2 Call from opco re: CL Weipsfenning; settlement auth discussed<br>.5 Called CL Weispfenning re: settlement authority<br>.1 Called opco with counteroffer re: CL Weispfenning | 2.70 | $250.00 | $675.00 |
| 12/06/2022 | NB | Review and receipt of junk mail from credit card companies for numerous clients; receipt of filings sent via mail; REICHARD: Attention to new case files; draft answer; file answer; IHRY: Review and receipt of order granting motion to appear via zoom; attention to case deadline; SNEAD: Review and receipt of order setting hearing and due date for resistance filing; attention to case deadlines; DRIVER: Finalize and file unopposed motion to continue and order; KEOUGH: Draft notice of settlement; file notice of settlement; WEIR: Review case status; correspondence with opposing counsel to file dismissal | 4.20 | $100.00 | $420.00 |
| 12/06/2022 | PT | .1 Reviewed UMTC and approved for filing re: CL | 1.70 | $250.00 | $425.00 |

EXHIBIT 28, PAGE 41

|  |  | Driver<br>.1 Emailed opco re: CL Weir status - case closed?<br>.1 Emailed URGENT reminder to CL Doran re: need to speak<br>.1 Prodded opco re: CL Keough offer/umtc<br>.1 Reviewed and approved Answer re: CL Reichard<br>.1 Replied to opco re: CL Keough deal/payment date<br>.2 Sent signed stip to LPG legal re: CL Devore; replied to CL re: payment<br>.1 Sent signed stip to opco re: CL Devore, with explanation of cleaner copy<br>.1 Emailed CL Murray re: Urgent need to speak<br>.1 Reviewed and approved NOS re: CL Keough<br>.1 Sent counteroffer to CL Jenkins<br>.1 Replied to CL Devore re: refund from LPG<br>.1 Responded to opco re: CL Keough payment date<br>.1 Resent signed stip re: Marshall to opco<br>.1 Replied to CL Trowbridge re: call Thurs<br>.1 Replied to CL Mahaffey re: settlement, case, call |  |  |  |
| 12/06/2022 | PT | .1 Reviewed CL Devore stip and sent to NB<br>.1 Sent signed stip to opco re: CL Belgum<br>.1 Sent signed stip to LPG legal re: CL Belgum<br>.1 Sent counteroffer to opco re: CL Jenkins<br>.1 Emailed opco rep JM re: call<br>.1 Emailed CL West re: Call<br>.7 Call with Jessica from M and K re: CLs Kramer, Weispfenning, Burke, Burke, Castillo | 1.30 | $250.00 | $325.00 |
| 12/06/2022 | PT | .1 Reviewed bad check letter re: CL Clark; asked NB to mail<br>.1 Called CL West re: case; n/a left message to cb<br>.1 Called CL Castillo - mailbox full<br>.1 Emailed CL Jansma re: signed stip<br>.1 Emailed CL Driver re: need to call<br>.1 Called CL Doran - no answer, left detailed vm<br>.1 Emailed CL Doran re: urgent need to speak<br>.2 Sent stip to opco re: CL Jansma; sent signed stip to LPG legal<br>.1 Replied to CL Doran re: Call/rep<br>.4 Phone call with CL Doran re: settlement authority<br>.1 Emailed opco offer re: CL Doran<br>.1 Called CL Trowbridge - no answer, left detailed VM | 1.60 | $250.00 | $400.00 |
| 12/07/2022 | NB | DRIVER: Review and receipt of Plaintiff's trial brief and exhibits; CASPER: Review and receipt of order dismissing case with prejudice; attention to case deadlines; follow up on another case re status; MUJICA: Review and receipt of order continuing hearing; attention to case deadlines; CARLSON-REAL: Review case status re communications with client; DEVORE: Review case status re signature from client; review and receipt of poor quality signed stipulation; review and receipt of court filing re stipulated judgment; BATES: Review and receipt of order re confession of judgment; SNEAD: Review case statuses re hearing and follow up filings; METZGER: Review and receipt of | 4.50 | $100.00 | $450.00 |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                   |      |          |          |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|----------|
|            |     | order continuing hearing; attention to case deadlines; BELGUM: Review and receipt of correspondence from client including signed stipulation; KENNEDY: Attention to new case files; attention to case deadlines; draft answer; file answer; MILLER: Review and receipt of notice of Plaintiff serving discovery requests; attention to case deadlines; KEOUGH: Review and receipt of order for trial scheduling conference; attention to case deadlines; CLARK: Review and receipt of correspondence from opposing counsel re returned checks |      |          |          |
| 12/07/2022 | KVH | HILPIPRE: receipt and review email from opposing counsel (.1); CRADICK: receipt and review email from client (.1); CASPER, ERIC: review file (.1); KENNEDY: review answer (.1); direct filing (.1); WEISPFENNING: receipt and review email from opposing counsel (.1)                                                                                                                                                | 0.60 | $250.00  | $150.00  |
| 12/07/2022 | AO  | WEISPFENNING: Review and respond to email from creditor's counsel (0.1); LARSON: Review letter of judgment (0.1); KENNEDY: Review new case assignment and lawsuit papers (0.1)                                                                                                                                                                                                                                      | 0.30 | $250.00  | $75.00   |
| 12/08/2022 | NB  | Review case files re final payment deadlines; case file maintenance re open/closed cases; CLARK: Sent letter from opposing counsel to client via mail; GROVE: Review and receipt of order re appearance via zoom; attention to case deadlines; LARSON: Review and receipt of correspondence from opposing counsel re accruing interest; DEVORE: Review and receipt of signed stipulation from client                 | 2.90 | $100.00  | $290.00  |
| 12/08/2022 | KVH | KENNEDY: attention to new case assignment and details (.2); BARNES: attention to new case assignment and details (.2); DEHL: attention to new case assignment and details (.2); WEISPFENNING, ETHAN: attention to new case assignment and details (.2); OWENS: attention to new case assignment and details (.2); SCHROEDER: attention to new case assignment and details (.2); KRUEGER: attention to new case assignment and details (.2); LARSON, TABITHA: receipt and review email from LPG (.1); interoffice communication about status (.1) | 1.60 | $250.00  | $400.00  |
| 12/09/2022 | PT  | .2 Call from opco rep re: CL Gunter - offer<br>.1 Emailed CL Gunter re: call<br>.1 Sent counteroffer to CL Doran<br>.1 Replied to CL Gunter re: call today<br>.2 Replied to CL Doran re: offer acceptance, emailed opco re: acceptance, stip, NOS<br>.1 Prodded opco re: CL Weir dismissal<br>.1 Emailed CL Gunter re: her request for call time change<br>.1 Reviewed and approved NOS re: CL Doran | 1.00 | $250.00  | $250.00  |
| 12/09/2022 | NB  | Review hearing dates and filings for upcoming month; DORAN: Status re pretrial filings; draft notice of                                                                                                                                                                                                                                                                           | 2.00 | $100.00  | $200.00  |

EXHIBIT 28, PAGE 43

Invoice # 6397 - 01/03/2023

| Date | Staff | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| | | settlement; file notice of settlement; CARLSON-REAL: Review case status re communication with client for upcoming hearing; BURKE: Review case status re contact information to communicate with client; MARSHALL: Review case status re settlement before upcoming hearing; CRAW: Prepare stipulation for signature via U.S. mail | | | |
| 12/09/2022 | KVH | CRAW: receipt and review email from client (.1); email client (.1); forward pay information to client (.1); receipt and review email from client (.1); email client (.1); direct sending stipulation to client via mail (.1) | 0.60 | $250.00 | $150.00 |
| 12/09/2022 | AO | CHAPMAN: Review email from debtor; direct further handling (0.1) | 0.10 | $250.00 | $25.00 |
| 12/11/2022 | PT | .1 Emailed CL Carlson-Real re: URGENT need to speak | 0.10 | $250.00 | $25.00 |
| 12/12/2022 | AO | KONTOR: Review court notice re: case dismissed (0.1); HOUSE: Review new case assignment; review court docket; direct further handling (0.3); BUNCH: Review court filing re: full satisfaction (0.1) | 0.50 | $250.00 | $125.00 |
| 12/12/2022 | NB | Case status follow up re filings for upcoming hearings; attention to case deadlines; JANSMA: Review and receipt of order for judgment; DRIVER: Phone call with Clerk re status on motion to continue; review and receipt of order continuing hearing; attention to case deadlines; CARLSON-REAL: Draft motion to continue and order; BURKE: Status update re upcoming hearing and communication with client; MARSHALL: Status update re communication with client on settlement; HOUSE: Attention to new case files; review and receipt of order of judgment; HANSON: Review and receipt of signed stipulation; BUNCH: Review and receipt of satisfaction; attention to case deadlines; FRY: Correspondence from opposing counsel re payment in full received and intentions to close file; attention to case deadline | 3.30 | $100.00 | $330.00 |
| 12/12/2022 | PT | .1 Emailed opco re: CL Jansma order<br>.1 Sent judgment to AO old client Larson<br>.4 Call from CL Bonsall re: stip/LPG payment<br>.1 Emailed LPG legal re: CL Bonsall concerns<br>.2 Reviewed, signed, saved, and sent stip re: CL Hanson to OC and LPG<br>.1 Emailed CL House re: rep/call<br>.1 Emailed CL Chapman re: call<br>.2 Prodded opco for stip; responded to CL Mahaffey re: update/stip<br>.1 Called CL Grove - wants call later today<br>.1 Called CL Gunter - left detailed vm<br>.1 Replied to CL House re: call today<br>.1 Sent LPG response to CL Bonsall<br>.2 Call to CL Burke discussed/accepted offer<br>.1 Emailed opco re: CL Burke accepted offer | 4.70 | $250.00 | $1,175.00 |

EXHIBIT 28, PAGE 44

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | .3 Called CL Huges re: garnishment, settlement authority, etc.<br>.1 Emailed opco re: CL Hughes garnishment, etc.<br>.1 Emailed opco re: CL Devore stip/judgment<br>.1 Emailed opco response to CL Mahaffey<br>.1 Emailed CL Hanson re: counteroffer<br>.1 Emailed CL Foster re: payment instructions<br>.1 Sent counteroffer to CL Jenkins<br>.1 PT replied to opco re: Judgment status<br>.1 Emailed CL Burke re: settlement/paperwork/Diane's cases<br>.3 Called CL House re: settlement authority, etc.<br>.1 Emailed opco re: CL House settlement<br>.3 Call to CL Carlson-Real - authorizes lump sum<br>.1 Emailed offer to opco re: CL House<br>.1 Replied to opco re: Weir dismissal<br>.1 Called CL Marshall - left detailed message<br>.1 Follow up email with CL Marshall re: Urgent need to speak<br>.1 Emailed CL Hughes re: settlement offer in light of balance<br>.1 Replied to opco Murphy re: CLs Burke and Marshall<br>.3 Call to CL Grove re: settlement authority.<br>.1 Emailed offer to opco re: CL Grove |  |  |  |
| 12/13/2022 | NB | CARLSON-REAL: Review and receipt of correspondence from opposing counsel re negotiations; review and receipt of order continuing hearing; attention to case deadlines; BURKE: draft notice of settlement; finalize and file notice of settlement; DEVORE: Review and receipt of order for judgment; BUHS: Correspondence from client re last and final payment; DRIVER: Review and receipt of order entering judgment; correspondence re next steps to clear up order for judgment potentially filed as a mistake; phone call with Clerk re judgment, she will correct; DORAN: Review and receipt of order to continue; attention to case deadlines | 2.10 | $100.00 | $210.00 |
| 12/13/2022 | KVH | ALVAREZ: receipt and review email from opposing counsel (.1); email opposing counsel (.1) | 0.20 | $250.00 | $50.00 |
| 12/13/2022 | PT | .2 Replied to opco re: CL Carlson-Real offer/hearing 3x email<br>.1 Counteroffer to opco re: CL Hanson<br>.1 Reviewed and approved NOS re: CL Burke<br>.1 Sent counteroffer to CL Carlson-Real<br>.2 Replied to CL Buhs re: satisfaction; prodded opco for document<br>.1 Emailed CL Reuhl re: call time<br>.1 Replied to CL Hughes re: offer/garnishment<br>.1 Emailed opco offer re: CL Hughes | 1.00 | $250.00 | $250.00 |
| 12/13/2022 | AO | CARLSON-REAL: Email to creditor's counsel; direct further handling (0.1); DRIVER: Review court filings (0.1); REUHL: Review case assignment and filings; email to LPG (0.2) | 0.40 | $250.00 | $100.00 |

EXHIBIT 28, PAGE 45

Invoice # 6397 - 01/03/2023

| 12/14/2022 | NB | HANSON: Review and receipt of order for judgment; attention to case deadlines; phone call with clerk re hearing date and dismissal; FRY: Review and receipt of correspondence re case settled and closed; DEVORE: Review and receipt of judgment entry; phone call to clerk re hearing date; attention to case deadlines; COUTURE: Draft motion to continue and order; SNEAD: Review case status re resistance and upcoming hearing; MURRAY: Review case status re response to judgment; MARSHALL: Draft notice of settlement and order; file notice of settlement and unopposed motion to continue and order; MONTAGNE: Phone call with client re stipulation with new date; KEOUGH: Draft confession of judgment; BURKE: Prepare stipulation and return envelope for U.S. mail; draft proposed order for notice of settlement with motion to continue; WEIR: Review and receipt of order re dismissal with prejudice; JOHNSON: Review case status; MOTTET: Attention to new case files; attention to case deadlines; draft answer | 4.30 | $100.00 | $430.00 |
| 12/14/2022 | KVH | FRY: receipt and review letter from opposing counsel (.1); HILPIPRE: receipt and review email from opposing counsel (.1); email opposing counsel (.1); KRUEGER: email client (.1); QUINN: email client (.1); HEMMER: email opposing counsel for Discover(.1); email opposing counsel for LVNV Funding (.1); THOMAS: email opposing counsel (.1); SANDERS: email opposing counsel (.1); CORIA: email opposing counsel (.1); HRUBY: email opposing counsel (.1) | 1.00 | $250.00 | $250.00 |
| 12/14/2022 | AO | HANSON: Attention to settlement and Stipulated Judgment (0.1); MARSHALL: Revise motion for continuance due to settlement; revised proposed Order (0.2) | 0.30 | $250.00 | $75.00 |
| 12/14/2022 | PT | .1 Replied to opco re: CLs Burke and Marshall deals<br>.1 Sent stip to CL Burke<br>.1 Sent paid in full letter to CL Fry<br>.2 Replied to opco re: CL Marshall stip; sent stip to CL<br>.1 Replied to CL Reuhl re: Call<br>.3 Replied to CL Carlson re: agreement, LPG; informed opco of acceptance, informed LPG legal<br>.1 Reviewed and approved NOS re: CL Marshall<br>.1 Emailed CL Couture re: rep/call<br>.1 Emailed CL Snead re: Urgent need to speak.<br>.1 Emailed CL Murray re: urgent need to speak<br>.1 Emailed CL Montagne re: stipulation answer<br>.1 Reviewed proposed order granting continuance re: CL Burke<br>.1 Replied to Jessica at M and K re: CLs Burke and Marshall stips<br>.1 Reviewed and approved Appearance and Answer re: CL Mottet<br>.1 Sent response from opco to CL Buhs<br>.1 Sent counteroffer from opco to CL Hughes | 1.90 | $250.00 | $475.00 |

EXHIBIT 28, PAGE 46

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/14/2022 | PT | .1 Sent payment letter to CL Carlson-Real<br>.1 Resent stip to CL Marshall per CL request<br>.1 Replied to CL Couture re: call tomorrow<br>.1 Prodded opco for stip/payment info re: CL<br>.1 Emailed CL Wise re: update on stip/payment instrux<br>.1 Replied to CL Chapman re: call later<br>.3 Drafted pocket COJ re: CL Keough<br>.1 Sent COJ to CL Keough opco for review<br>.1 Emailed opco re: UMTC re: CL Couture<br>.1 Emailed CL Ihry re: urgent need to speak<br>.2 Sent signed stip re: CL Marsall to opco; sent to LPG legal<br>.2 Called CL Snead - no vm; sent follow-up email<br>.2 Call from CL Carslon-Real re: payment website.<br>.1 Replied to CL Carlson Real's email re: payment<br>.2 Call from CL re: payment amount wrong; emailed opco for instructions<br>.1 Sent payment instructions from opco to CL Carlson-Real<br>.3 Call from CL Hughes re: counteroffer, payments, etc.; emailed opco<br>.1 Sent pocket COJ to opco re: CL Keough per opco request<br>.1 Call from CL Carlson re: email, payment<br>.1 Sent opco response to CL Carslon | 2.90 | $250.00 | $725.00 |
| 12/15/2022 | KVH | THOMAS: receipt and review email from opposing counsel (.1); analyze case strategy (.1); CRADICK: review file (.1); analyze case strategy (.1) | 0.40 | $250.00 | $100.00 |
| 12/16/2022 | NB | Review case status on all upcoming hearings and case deadlines; MARSHALL: Review and receipt of order continuing hearing and order granting motion to set aside; attention to case deadlines; review and receipt of of stipulation from opposing counsel via mail; HANSON, DANIEL: Review and receipt of Plaintiff's motion to lift stay; SNEAD: Review and receipt of trial setting conference; attention to case deadlines; COUTURE: Send draft unopposed motion to continue for review; file unopposed motion to continue and order; MOTTET: finalize and file answer; FRY: Review and receipt of order to dismiss with prejudice; review and receipt of notice of hearing; attention to case deadlines; BURKE: Review and receipt of order to continue; attention to case deadlines; DRIVER: Order re judgment entered is set aside due to mistake; MORRIS: Review and receipt of junk mail from law group; BUNCH: Review and receipt of satisfaction via mail; HANSON, JENNIFER: Review and receipt of correspondence from opposing counsel re missed payment; BELGUM, RODNEY: Attention to new case files; attention to case deadlines; draft answer; finalize and file answer | 4.10 | $100.00 | $410.00 |
| 12/16/2022 | AO | MARSHALL: Review court order (0.1); BURKE: Receipt and review court order and direct further handling (0.1); JOHNSON: Review cases against debtor and direct | 0.40 | $250.00 | $100.00 |

EXHIBIT 28, PAGE 47

Invoice # 6397 - 01/03/2023

| | | | | | |
|---|---|---|---|---|---|
| | | further handling (0.2) | | | |
| 12/16/2022 | PT | .1 Reviewed and approved CL Belgum Answer<br>.1 Reviewed and approved UMTC and proposed order re: CL Couture<br>.1 Replied to opco re: CL settlement intentions<br>.2 Called CL Ihry re: need to speak, left detailed message; emailed CL follow-up<br>.4 Call to CL Couture re: settlement authority; emailed opco offer<br>.1 Emailed opco re: CL Keough COJ reference number<br>.1 Replied to CL Carslon-Real re: LPG payments.<br>.1 Replied to CL Hanson email re: missed payment/plan<br>.1 Sent explanation for missing payments of CL Hanson to opco<br>.1 Replied to opco re: CL Keough COJ inclusions | 1.40 | $250.00 | $350.00 |
| 12/19/2022 | NB | Review and receipt of mail for various clients re copies of filings; MOTTET: Review and receipt of satisfaction and release; review and receipt of order granting Plaintiff to appear telephonically; draft motion to appear telephonically and order; COUTURE: Review and receipt of order to continue; attention to case deadlines; JOHNSON: Review and receipt of Plaintiff's motion for summary judgment and supporting documents; DORAN: Review and receipt of stipulation for signature from opposing counsel via U.S. mail; MAHAFFEY: Review and receipt of stipulation for signature from opposing counsel via U.S. mail | 1.80 | $100.00 | $180.00 |
| 12/19/2022 | PT | .1 Sent counteroffer to CL Couture<br>.2 Replied to CL Couture; made counteroffer to opco<br>.1 Sent opco's response to CL Seitz<br>.1 Replied to opco re: CL Keough Citibank #<br>.2 Replied to opco re: CL Castillo; prodded CL for response to offer<br>.2 Call from opco rep re: CL Winter Clearman hasn't paid; PT prodded CL via email<br>.1 Emailed CL Carlson re: Notice of continued hearing/settlement<br>.1 Emailed CL Johnson re: rep/call/MSJ<br>.1 Replied to CL Johnson re: call time<br>.2 Replied to CL Johnson re: call/lawsuit; forwarded MSJ and support to CL | 1.40 | $250.00 | $350.00 |
| 12/19/2022 | AO | JOHNSON: Review motion for summary judgment filed by creditor; direct further handling (0.2); SANDERS: Review and respond to email from debtor (0.1) | 0.30 | $250.00 | $75.00 |
| 12/20/2022 | NB | Review and receipt of correspondence from opposing counsel via mail re filings and payments; review case deadlines re upcoming hearings; DEHL: Review and receipt of garnishments; SMITHSON: Correspondence with client re final payment confirmation; MAHAFFEY: Review case status re counter offer; GROVE: Review case status re counter offer; WEST: Review case | 4.60 | $100.00 | $460.00 |

EXHIBIT 28, PAGE 48

Invoice # 6397 - 01/03/2023

| Date | | Description | | | |
|---|---|---|---|---|---|
| | | status re client contact; draft letter to client re urgent communication; prepare letter for U.S. mail; KRUEGER: Draft unopposed motion to continue; file unopposed motion and order; SNEAD: Review case status re client contact; DORAN: Phone call with client re stipulation; prepare stipulation for U.S. mail; BURKE: Review and receipt of correspondence from opposing counsel re repayment plan; REICHARD: Review and receipt of return of service; HARRIS: Attention to new case files; attention to case deadlines; draft answer; file answer; METZGER: Review case status re settlement; attention to case deadlines; BATES: Review case status re upcoming hearing; | | | |
| 12/20/2022 | PT | .1 Sent stip to CL Doran for signature<br>.1 Sent stip to CL Mahaffey for signature<br>.1 Replied to CL Carlson-Real re: notice received<br>.1 Replied to CL Winter-Clearman re: payment<br>.1 Sent counteroffer to CL Hughes for consideration<br>.1 Sent opco response/counter to CL Couture for consideration<br>.1 Prodded opco re: CL Grove offer<br>.1 Sent urgent email to CL West re: need to speak<br>.1 Replied to CL Doran re: signing stip/mailing<br>.1 Urgently prodded CL Snead to contact me back<br>.1 Emailed CL Krueger re: rep/call<br>.1 Emailed opco re: CL Krueger UMTC<br>.1 Replied to opco re: CL Keough account number<br>.2 Completed drafting COJ and sent to CL Keough for signature<br>.1 Replied to CL Krueger re: call today<br>.1 Reviewed and approved letter to CL West<br>.2 Reviewed and approved UMTC re: CL Krueger; replied to CL<br>.1 Reviewed and approved Answer re: CL Harris<br>.1 Sent CL Couture's acceptance of offer to opco<br>.1 Sent counteroffer to CL Grove<br>.1 Call to CL Hughes - no answer, left detailed message<br>.1 Emailed CL Carlson Real re: text/email<br>.3 Call to CL Hanson; emailed opco to prod re: our offer<br>.2 Call to CL Hughes re: counteroffer<br>.1 Emailed opco re: CL Hughes conditional acceptance<br>.3 Call to CL Krueger re: settlement authority, LPG, prior negotiations<br>.1 Email to CL Krueger re: default cure letter, settlement | 3.50 | $250.00 | $875.00 |
| 12/21/2022 | NB | WEST: Review and receipt of Plaintiff's motion to appear telephonically; review and receipt of order granting Plaintiff's motion to appear telephonically; JOHNSON: Phone call with client re time to discuss case with attorney; review and receipt of order setting hearing; attention to case deadlines; HRUBY, KRISTEN: Review and receipt of notice of hearing; attention to case deadlines; KRUEGER: Review and receipt of order continuing hearing; attention to case | 1.80 | $100.00 | $180.00 |

EXHIBIT 28, PAGE 49

Invoice # 6397 - 01/03/2023

| | | | | | |
|---|---|---|---|---|---|
| | | deadlines; BUHS: Review and receipt of satisfaction; attention to case deadlines; REUHL: Review and receipt of Plaintiff's motion to lift stay | | | |
| 12/21/2022 | PT | .1 Emailed CL Johnson re: call today<br>.3 Call from CL Johnson re: settlement authority, previous case<br>.1 Emailed opco re: CL Johnson with offer<br>.1 Replied to CL Krueger re: settlement authority<br>.1 Emailed offer to opco re: CL Krueger<br>.1 Sent email to CL Krueger re: hardship information<br>.1 Sent counteroffer to CL House<br>.1 Replied to CL Krueger re: justification for info<br>.1 Replied to CL Krueger re: counteroffer<br>.1 Sent CL financial hardship responses to opco | 1.10 | $250.00 | $275.00 |
| 12/21/2022 | KVH | HRUBY: receipt and review notice of hearing (.1); HILPIPRE: receipt and review voice message from Tim (.1) | 0.20 | $250.00 | $50.00 |
| 12/21/2022 | AO | ROTHMAN: Review new case assignment and pleadings (0.2); MAHAFFEY: Attention to case status; direct handling (0.2); KRUGER: Review court filings (0.1) | 0.50 | $250.00 | $125.00 |
| 12/22/2022 | PT | .1 Prodded CL Landers re: Hardship info response<br>.1 Reviewed and approved Answer re: Rothman<br>.1 Sent opco response to CL Hughes for thoughts | 0.30 | $250.00 | $75.00 |
| 12/22/2022 | NB | SNEAD: Review and receipt of Plaintiff's brief in support of summary judgment; attention to case status re client contact and upcoming court dates; ROTHMAN: Attention to new case files; attention to case deadlines; draft answer; file answer; DEHL: Review and receipt of correspondence re garnishments; CRAWFORD: Attention to new case files; review case status re garnishments; ARNOLD: Attention to new case files; review case status re garnishments; SMITHSON: Correspondence to client re payment status; ULLRICK: Review case status re communications and upcoming hearing; CASTILLO: Review case status re communications and upcoming hearing; CARLSON: Review both active case statuses re communications and settlement; BURKE: Review case status re signature for stipulation | 3.60 | $100.00 | $360.00 |
| 12/23/2022 | KVH | CRAW: receipt and review email from opposing counsel (.1); review file (.1); email client (.1); receipt and review email from client (.1); email client (.1); email opposing counsel (.1); SANDERS: receipt and review email from client (.1); email client (.1); email opposing counsel (.1); receipt and review email from client (.1) | 1.00 | $250.00 | $250.00 |
| 12/23/2022 | PT | .1 Sent acceptance to opco re: CL Hughes<br>.1 Replied to clerk of courts re: CL Rothman filing<br>.1 Sent opco response to offer re: CL Hanson<br>.1 Requested UMTC from opco re: CL Castillo | 0.90 | $250.00 | $225.00 |

EXHIBIT 28, PAGE 50

Invoice # 6397 - 01/03/2023

| | | | | | |
|---|---|---|---|---|---|
| | | .1 Replied to CL Krueger re: update<br>.1 Emailed CL Snead re: Urgent need to speak<br>.3 Researched case history (old and new) re: CL Johnson per AO | | | |
| 12/27/2022 | NB | ROTHMAN: Refile answer; HILPIPRE: Review and receipt of stipulation for signature sent via fax; HUFFMAN: Review and receipt of motion for summary judgment from opposing counsel; review and receipt of notice of hearing; attention to case deadlines; WEST: Case status re contact with client; draft motion to appear telephonically; MOTTET: Follow up communications re upcoming hearing and additional filings; BURKE: Review and receipt of signature pages from client via mail; JENKINS: Review and receipt of U.S. mail for client; WISE: Review and receipt of correspondence via mail from opposing counsel re payment plan; SNEAD: Draft letter to client re upcoming hearing and contact is urgent; JOHNSON: Review case status re communication on upcoming hearing; CRAW: Review and receipt of signed stipulation; COUTURE: Review and receipt of stipulation from opposing counsel for signature; BLAIR: Attention to new case files; OCONNOR: Review and receipt of summons and order for garnishment; BAHRENFUSS: Review and receipt of satisfaction and release; attention to case deadlines | 3.70 | $100.00 | $370.00 |
| 12/27/2022 | KVH | HILPIPRE: receipt and review stipulation (.2); email LPG (.1); email client (.1); SANDERS: receipt and review email from opposing counsel (.1); email client (.1); receipt and review email from client (.1); email client (.1); receipt and review email from client (.1); email client (.1); email opposing counsel (.1); receipt and review email from client (.1); email client (.1); WEISPFENNING: receipt and review email from opposing counsel (.1); interoffice communication about status (.1); HUFFMAN, DONNA: receipt and review motion for summary judgment (.2); CRAW: receipt and review signed stipulation from client (.1); email opposing counsel the signed stipulation (.1); receipt and review email from opposing counsel (.1); email LPG (.1) | 2.10 | $250.00 | $525.00 |
| 12/28/2022 | NB | Attention to numerous case deadlines and status re upcoming hearings; CASTILLO: Draft motion to continue and order; finalize and file unopposed motion to continue and order; ROTHMAN: Review and receipt of order setting trial; attention to case deadlines; KENNEDY: Review and receipt of correspondence from opposing counsel re response to our request for validation; HILPIPRE: Review and receipt of correspondence via mail from opposing counsel re stipulation; BREHM: Review case status re upcoming hearing; WEIR: Review case status re final payment; STAMP: Attention to new case files; attention to case deadlines; draft answer; file answer; CRADICK: Review | 5.30 | $100.00 | $530.00 |

EXHIBIT 28, PAGE 51

Invoice # 6397 - 01/03/2023

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | case status re communication and filings for upcoming hearing; draft unopposed motion to continue and order THOMAS: Review case status re communication and filings for upcoming hearing; draft unopposed motion to continue and order; KRUEGER: Phone call with client re stipulation; MOTTET: Review and receipt of Plaintiff's exhibits for trial; SNEAD: Finalize correspondence and prepare for U.S. mail; WEST: Finalize and file motion to appear telephonically with order; review and receipt of order granting motion to appear telephonically; MAHAFFEY: Review and receipt of order to continue as a review hearing; attention to case deadlines; COUTURE: Review and receipt of order continuing hearing; attention to case deadlines; BURKE: Review and receipt of fully executed stipulation; CRADICK: | | | |
| 12/28/2022 | KVH | WEIR, STEPHANIE: receipt and review email from client (.1); review file (.1); interoffice communication about status (.1); CASTILLO: receipt and review motion to continue (.1); receipt review and edit motion to continue (.2); KENNEDY, MARIA: receipt and review documents from opposing counsel (.2); OCONNOR: receipt and review garnishment papers (.2); HERNANDEZ, JESUS: email opposing counsel (.1); HAGOOD: email opposing counsel; receipt and review email from opposing counsel (.1); email opposing counsel (.1); receipt and review email from opposing counsel (.1); email opposing counsel (.1); QUINN, JAMES: review files (.2); NEWSOM: review file (.1); email LPG (.1); HEMMER: email opposing counsels on both cases (.2); CASPER, ERIC: review file (.1); CORIA: email opposing counsel (.1); HRUBY: email opposing counsel (.1); ESCAMILLA: review file (.1); HUFFMAN: review file (.1); BREHM, DAKOTA: email opposing counsel (.1); DAOUD: email opposing counsel (.1); SCHROEDER: review new case assignment (.1); review filings (.1); KENNEDY, MARIA: review new case assignment (.1); BELGUM, VICKI: review new case assignment (.1); review filings (.1); HARRIS, WALTER: review new case assignment (.1); review filings (.1); CRAWFORD: review new case assignment (.1); review filings (.1); ARNOLD, AMY: review new case assignment (.1); review filings (.1); KRUEGER: receipt and review voice message from client (.1); receipt and review email from client (.1); call with client (.2); email client (.1); email opposing counsel (.1); THOMAS: email opposing counsel (.1); email opposing counsel (.1); STAMP: review answer and direct filing (.2); CRADICK: call client re: no answer left voicemail (.1); email client (.1); email opposing counsel (.1); call with client (.2); email opposing counsel (.1) | 5.50 | $250.00 | $1,375.00 |
| 12/28/2022 | PT | .4 Telephonic hearing re: CL Mehaffey.<br>.3 3x email to opco re: CL Mehaffey hearing/stipulation<br>.1 Reviewed and approved Answer re: CL Stamp<br>.1 Reviewed and approved letter to CL Snead | 1.80 | $250.00 | $450.00 |

EXHIBIT 28, PAGE 52

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | .1 Reviewed and approved MTA re: CL West<br>.1 Sent stip to CL Couture for signature<br>.1 Sent opco counteroffer to CL Krueger<br>.2 Replied to CL Krueger re: lump sum; emailed opco for lump sum offer<br>.1 Sent settlement letter to CL Hughes<br>.2 Replied to CL Weir re: payments; prodded opco to confirm on-track<br>.1 Replied to CL Hanson re: new case-referred to LPG |  |  |  |
| 12/29/2022 | NB | Review case status for all upcoming hearings the first two weeks in January; correspondence re communication with clients for hearings; CASTILLO: Review and receipt of order continuing hearing; attention to case deadlines; MARSHALL: Review and receipt of order to vacate judgment; attention to case deadlines; BOOKER: Review and receipt of notice of completion of appearance; KRUEGER, CHARLES: Phone calls with client re payment and stipulation; KRUEGER, BRIAN: Review and receipt of correspondence re verification of account from opposing counsel; BUHS: Review and receipt of correspondence re payment of file; DEVICK: Review and receipt of correspondence re payment | 3.50 | $100.00 | $350.00 |
| 12/29/2022 | KVH | HAGOOD: receipt and review email from opposing counsel (.1); email client (.1); THOMAS: receipt and review email from opposing counsel (.1); review and edit motion to continue (.2); analyze case strategy in preparation of hearing on summary judgment (.3); KRUEGER: receipt and review email from opposing counsel (.1); call client re: no answer, left voicemail (.1); email client (.1); SANDERS: receipt and review email from opposing counsel (.1); email opposing counsel (.1); receipt and review email from opposing counsel (.1); email opposing counsel (.1); CASTILLO: receipt and review order (.1); MARSHALL: receipt and review order (.1); NEWSOM: receipt and review email from LPG (.1); CRADICK: review and edit motion to continue (.2) | 2.00 | $250.00 | $500.00 |
| 12/29/2022 | PT | .1 Replied to opco re: CL Driver lack of response<br>.1 Sent stip to CL Foster for signature<br>.1 Replied to CL Mehaffey re: receipt of stip<br>.1 Replied to CL Krueger re: Lump sum question<br>.1 Replied to CL Chapman Hughes re: payment/website<br>.1 Emailed CL Mottet re: call<br>.1 Urgent email to CL West re: Call<br>.1 Prodded CL Grove for response to counteroffer<br>.2 Replied to opposing counsel re: Dec. payment from CL Moore; emailed CL to prod<br>.1 Replied to CL House re: Settlement authority<br>.1 Replied to CL Hanson re: settlement authority<br>.2 Replied to CL Krueger re: lump sum; emailed opco per CL request<br>.1 Sent acceptance to opco re: CL Hanson | 2.20 | $250.00 | $550.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | .1 Sent proposed payment plan to CL J Hanson<br>.1 Emailed CL Weispfenning re: response to offer<br>.1 Sent proposed payment plan to opco re: CL J Hanson<br>.1 Emailed opco re: writing off CL J Mahaffey's file<br>.1 Emailed CL J Hanson re: offer accepted<br>.1 Sent counteroffer to CL J Mahaffey<br>.1 Sent acceptance to opco re: CL Hanson | | | |
| 12/29/2022 | PT | .1 Replied to opco re: CL Moore Dec. payment<br>.2 Emailed LPG legal re: CL Carlson-Real payments; emailed CL with update<br>.1 Replied to CL Grove re: original amount/counteroffer<br>.2 Replied to CL Hughes re: stip; Prodded opco for stip paperwork<br>.1 Reviewed and approved CL Hanson Answer<br>.1 Reviewed and approved CL Moore Answer | 0.80 | $250.00 | $200.00 |
| 12/30/2022 | NB | CARLSON: Review and receipt of order to dismiss; attention to case deadlines; KRUEGER: Email correspondence with client re payment and copy of stipulation for signature; prepare stipulation for mail; CRADICK: Finalize and file unopposed motion to continue and order; THOMAS: Finalize and file unopposed motion to continue and order; HANSON: Attention to new case filings; attention to case deadlines; draft answer; file answer; GROVE: Review and receipt of notice of appearance for Plaintiff; COOPER: Review and receipt of Plaintiff's motion for trial setting conference; MURRAY: Review and receipt of Plaintiff's proposed order for judgment; MOORE: Attention to new case filings; attention to case deadlines; draft answer; file answer; MONTAGNE: Review and receipt of updated stipulation; prepare for U.S. mail; BURKE, HEATHER: Attention to new case files; attention to case deadlines | 4.00 | $100.00 | $400.00 |

|  |  |
|---|---|
| Quantity Subtotal | 127.5 |
| Services Subtotal | $21,480.00 |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 12/08/2022 | Mailing: Clark: postage | 1.00 | $0.57 | $0.57 |
| Expense | 12/14/2022 | Mailing: BURKE: Postage | 2.00 | $0.57 | $1.14 |
| Expense | 12/20/2022 | Mailing: DORAN: Postage for stipulation and return envelope; WEST: Postage | 3.00 | $0.57 | $1.71 |
| Expense | 12/28/2022 | Mailing: SNEAD: Postage | 1.00 | $0.57 | $0.57 |
| Expense | 12/30/2022 | Mailing: KRUEGER: Postage; MONTAGNE: Postage | 4.00 | $0.57 | $2.28 |

EXHIBIT 28, PAGE 54

Invoice # 6397 - 01/03/2023

| | |
|---|---:|
| **Expenses Subtotal** | **$6.27** |
| **Quantity Total** | **127.5** |
| **Subtotal** | **$21,486.27** |
| **Total** | **$21,486.27** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5995 | 12/01/2022 | $25,422.85 | $0.00 | $25,422.85 |
| 6206 | 12/31/2022 | $23,311.14 | $0.00 | $23,311.14 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6397 | 02/02/2023 | $21,486.27 | $0.00 | $21,486.27 |

| | |
|---|---:|
| **Outstanding Balance** | **$70,220.26** |
| **Amount in Trust** | **$0.00** |
| **Total Amount Outstanding** | **$70,220.26** |

### GO Law Trust Account

| Date | Type | Notes | Matter | Receipts | Payments | Balance |
|---|---|---|---|---|---|---|
| 02/16/2021 | | wire transfer | 8234-1 | | $10,000.00 | $10,000.00 |
| 03/01/2021 | | Payment for invoice #2145 | 8234-1 | $2,990.00 | | $7,010.00 |
| 03/15/2021 | Wire | 8234-1 Wire Credit to Replenish Retainer | 8234-1 | | $3,060.00 | $10,070.00 |
| 04/02/2021 | | Payment for invoice #2311 | 8234-1 | $5,230.00 | | $4,840.00 |
| 04/08/2021 | Wire | 8234-1 Wire Deposit | 8234-1 | | $5,295.00 | $10,135.00 |
| 05/03/2021 | | Payment for invoice #2440 | 8234-1 | $5,300.00 | | $4,835.00 |

EXHIBIT 28, PAGE 55

Invoice # 6397 - 01/03/2023

| Date | | Description | Account | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 05/13/2021 | Wire | | 8234-1 | | $5,300.00 | $10,135.00 |
| 06/14/2021 | | Wire Transfer | 8234-1 | | $2,950.00 | $13,085.00 |
| 06/14/2021 | | Payment for invoice #2517 | 8234-1 | $2,972.00 | | $10,113.00 |
| 07/06/2021 | | Payment for invoice #2799 | 8234-1 | $7,558.70 | | $2,554.30 |
| 07/27/2021 | | trust replenish | 8234-1 | | $7,400.00 | $9,954.30 |
| 08/09/2021 | | Payment for invoice #3005 | 8234-1 | $5,722.50 | | $4,231.80 |
| 08/27/2021 | check | Gurstel Law Firm - Turner Settlement | 8234-1 | $35.00 | | $4,196.80 |
| 09/06/2021 | | Payment for invoice #3121 | 8234-1 | $4,196.80 | | $0.00 |
| 09/24/2021 | | 8234-1 Wire Transfer | 8234-1 | | $14,668.20 | $14,668.20 |
| 10/07/2021 | | Payment for bill #3121 | 8234-1 | $4,668.20 | | $10,000.00 |
| 10/07/2021 | | Payment for bill #3383 | 8234-1 | $5,765.00 | | $4,235.00 |
| 10/07/2021 | | 8234-1 replenish retainer, wire transfer | 8234-1 | | $5,535.00 | $9,770.00 |
| 11/01/2021 | | Payment for invoice #3556 | 8234-1 | $5,910.00 | | $3,860.00 |
| 12/02/2021 | | Payment for invoice #3755 | 8234-1 | $3,860.00 | | $0.00 |
| 12/07/2021 | Wire Transfer | 8234-1 Replenish Retainer | 8234-1 | | $5,765.00 | $5,765.00 |
| 12/08/2021 | | Payment for bill #3755 | 8234-1 | $4,900.00 | | $865.00 |
| 12/21/2021 | | Wire deposit from LPG | 8234-1 | | $14,900.00 | $15,765.00 |
| 01/04/2022 | | Payment for invoice #3944 | 8234-1 | $7,700.00 | | $8,065.00 |
| 01/19/2022 | | 8234-1 Wire Deposit | 8234-1 | | $3,500.00 | $11,565.00 |
| 01/21/2022 | | 8234-1 21-157744 | 8234-1 | $3,500.00 | | $8,065.00 |
| 02/06/2022 | | Payment for invoice #4159 | 8234-1 | $7,190.00 | | $875.00 |
| 02/14/2022 | | 8234-1 wire deposit | 8234-1 | | $7,190.00 | $8,065.00 |
| 03/02/2022 | | Payment for invoice #4283 | 8234-1 | $7,835.00 | | $230.00 |
| 04/03/2022 | | Payment for invoice #4469 | 8234-1 | $230.00 | | $0.00 |
| 05/03/2022 | | 8234-1 wire deposit | 8234-1 | | $9,975.00 | $9,975.00 |
| 05/04/2022 | | Payment for bill #4469 | 8234-1 | $9,975.00 | | $0.00 |
| 10/19/2022 | | Wire deposit for Aug & Sept invoices | 8234-1 | | $43,985.00 | $43,985.00 |
| 10/21/2022 | | Payment for bill #5792 | 8234-1 | $18,180.00 | | $25,805.00 |

EXHIBIT 28, PAGE 56

| 10/21/2022 | Payment for bill #5622 | 8234-1 | $25,805.00 | | $0.00 |
| | | **GO Law Trust Account Balance** | | **$0.00** | |

Please make all amounts payable to: Gehling Osborn Law Firm, PLC

Please pay within 30 days.

EXHIBIT 28, PAGE 57

# EXHIBIT 29

**From:** Reid Wood
**Sent:** Monday, February 13, 2023 10:50 AM
**To:** Han Trinh
**Subject:** Info

## **File Groups**
File Missing - 949-625-0265
File Group A or B - 858-330-3009
Batch F – 424-622-4044

## **Work to be completed:**
Refunds – Process as normal.
Summons/Legal/Cases – Complete work on file.
Summons Call/Legal CS – Complete work on file.
Cancellations – Refer to matching phone number.
Customer Service – Refer to matching phone number.

## **If a client asks about the new group they've been referred to or you see they are in the above:**

1. Look for whether they are in the groups above
2. Let them know that the group reaching out to them is legitimate and that they will be able to help them with issues on their file. Transfer and complete the call.
2A. If they aren't in any group and the file looks normal, treat like a normal file.
3. If they are refusing or there are concerns beyond the normal scope of a file, please let them know you will be elevating to management.
    3A. After the call is complete, send to [reid@lpglaw.com](mailto:reid@lpglaw.com)


Basic Script
"From what I can see here your file is being handled by another group of account representatives we have referred your file to. They will be able to handle any customer service needs you may have going forward. They are legitimate"

De-escalation Script
"I understand, I do apologize about the inconvenience. I will be escalating to management to let them know that you are unhappy with the situation."


**Reid Wood**
**Director of Client Services**



NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you.

EXHIBIT 29, PAGE 58

2
EXHIBIT 29, PAGE 59

# EXHIBIT 30

**From:** Jayde Trinh
**Sent:** Thursday, February 23, 2023 6:25 AM
**To:** Israel Orozco; Han Trinh
**Subject:** Re: Resignation Letter

**Follow Up Flag:** Flag for follow up
**Flag Status:** Completed

He probably thinks we need them and if he takes them, then we'll drown. LMAO. This is hilarious.

Get Outlook for iOS

---

**From:** Israel Orozco <israel@lpglaw.com>
**Sent:** Thursday, February 23, 2023 3:54:33 AM
**To:** Han Trinh <han@lpglaw.com>; Jayde Trinh <Jayde@lpglaw.com>
**Subject:** Re: Resignation Letter

I doubt it. Anthony got to her head, as well as Samer's. I called Vanessa earlier, she told me the mood at their office was tense, Anthony announced to everyone that he was leaving. Samer supposedly drafted a resignation letter as well, not sure if has submitted it. Vanessa informed him to not make a haste decision but who knows. Vanessa didn't feel comfortable being with them, doesn't like the way Anthony has her running around with random tasks, such as writing up (I think) and filing a motion to quash.
I told her not to file it, at least yet, that I will review it. But I'm sure that Anthony has been leading them on.
Sincerely,
Israel Orozco, Esq.
The Litigation Practice Group PC
P.O. Box 513018
Los Angeles, CA 90051
p: 949.715.0644
f: 949.315.4332
www.lpglaw.com



**NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you.**

**From:** Han Trinh <han@lpglaw.com>
**Date:** Thursday, February 23, 2023 at 12:50 AM
**To:** Israel Orozco <israel@lpglaw.com>, Jayde Trinh <Jayde@lpglaw.com>
**Subject:** Fwd: Resignation Letter

Wanna bet she didn't write that herself?

Kindest Regards,

*Han Trinh*

**Admin**

**The Litigation Practice Group PC**

**P.O. Box 513018**

**Los Angeles, CA 90051**

p: 949.715.0644

f: 949.315.4332

www.lpglaw.com

NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you.

---

**From:** Admin <admin@lpglaw.com>
**Sent:** Thursday, February 23, 2023 12:40:37 AM
**To:** Han Trinh <han@lpglaw.com>
**Subject:** Fw: Resignation Letter
FYI

**The Litigation Practice Group PC**

**17542 E. 17th St., Ste 100**

**Tustin, CA 92780**

p: 949.715.0644

f: 949.315.4332

www.lpglaw.com



NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you

EXHIBIT 30, PAGE 61

**From:** Rocio Prado-Garcia <rocio@lpglaw.com>
**Sent:** Wednesday, February 22, 2023 3:32 PM
**To:** Admin <admin@lpglaw.com>; Accounting <accounting@lpglaw.com>
**Cc:** Anthony Diehl <ADiehl@lpglaw.com>; Rocio Prado-Garcia <rocio@lpglaw.com>
**Subject:** Resignation Letter

Rocio Prado-Garcia
32742 Alipaz St. Spc.10
San Juan Capistrano CA 92675
(949) 354-9230
pradorocio22@yahoo.com

February 22nd, 2023 (Wednesday)
Litigation Practice Group (LPG)
17542 17th St Suite 100
Tustin CA 92780
To whom it may concern:
Please accept this letter as my formal notice of resignation from Litigation Practice Group, effective (Friday) February 24th, 2023
@3:30PM
The reason for my resignation is due to the fact that after the announcement of the company closing down and the promise of wages
being paid on time has not been fullfilled.
Therefore, this is my only option. I must have gainful employment.
Sincerely,

*Rocio Prado-Garcia*

Rocio Prado-Garcia
FDCPA Department/Legal Assistant

3

EXHIBIT 30, PAGE 62

# EXHIBIT 31

| | |
|---|---|
| **From:** | Admin |
| **Sent:** | Tuesday, March 21, 2023 2:03 PM |
| **To:** | Jayde Trinh; Han Trinh |
| **Subject:** | Fw: Client List |
| **Attachments:** | FullList.xlsx |

This shows all clients that ended up at Phoenix and at Oakstone.

**The Litigation Practice Group PC**
**17542 E. 17th St., Ste 100**
**Tustin, CA 92780**
p: 949.715.0644
f: 949.315.4332
www.lpglaw.com



NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you

1

| ProfileId | FirstName | LastName | Status | Law Firm |
|---|---|---|---|---|
| 223063486 | Jae | Park | 3 | OakStone |
| 225438047 | Laura | Stubbs | 3 | OakStone |
| 227956406 | Kevin | Badaracco | 3 | OakStone |
| 245269649 | Linda | Squires | 3 | OakStone |
| 253692344 | Tanvir | Shagar | 3 | OakStone |
| 258253322 | Mary | Gillean | 3 | OakStone |
| 258401387 | Juliet | Nez | 3 | OakStone |
| 261144806 | Eileen | Mcginnis | 3 | OakStone |
| 269301131 | Kimberly | Garcia | 2 | OakStone |
| 271530461 | Colette | Wallace | 3 | OakStone |
| 273988316 | Mae | Puyot | 3 | OakStone |
| 279804003 | Kimberly | Mueller | 3 | OakStone |
| 293019329 | Patricia | Hargett | 2 | OakStone |
| 298033301 | Sue | Tracy | 2 | OakStone |
| 300688830 | Glenda | Hockenhull | 2 | OakStone |
| 301671846 | Frank | Bollinger | 2 | OakStone |
| 304622922 | Keith | Guthrie | 2 | OakStone |
| 307394157 | Shawn | Crisp | 2 | OakStone |
| 309836574 | Rachael | Balaga | 3 | OakStone |
| 310147866 | Mary | Hobbs | 2 | OakStone |
| 312151760 | Armando | Torres | 2 | OakStone |
| 312492590 | Mary Kay | James | 2 | OakStone |
| 312547223 | Laurie | Findlay | 2 | OakStone |
| 313588658 | Maria | Weydert | 2 | OakStone |
| 314322659 | Linda | Cleveland | 2 | OakStone |
| 319888190 | Diallo | Whitaker | 2 | OakStone |
| 321990575 | Lynda | Giardina | 2 | OakStone |
| 322269662 | Linda | Lowe | 2 | OakStone |
| 322556663 | Kathleen | Bidlack | 3 | OakStone |
| 322688303 | Robin Lea | Carney | 2 | OakStone |
| 325883621 | Diana | Johnson | 2 | OakStone |
| 325939004 | Cynthia | McCracken | 2 | OakStone |
| 328300502 | Lenore | Milan | 3 | OakStone |
| 328458596 | Toni | Ross | 2 | OakStone |
| 328510345 | Cheryl | Leblanc | 2 | OakStone |
| 329266124 | Michelle | Porzio | 2 | OakStone |
| 329966414 | Yolanda | Bullard | 3 | OakStone |
| 329990987 | Jamie | Hall | 2 | OakStone |
| 331170557 | Dorothy | Whited | 2 | OakStone |

REDACTED

EXHIBIT 31, PAGE 64

*REMAINING PAGES*
*INTENTIONALLY*
*REMOVED FOR BREVITY*

| ProfileId | FirstName | LastName | Status | Law Firm |
|---|---|---|---|---|
| 120245270 | Farrah | Ibach-Bauer | 2 | Phoenix |
| 120637886 | Michele | Drake | 2 | Phoenix |
| 126702020 | Lance | Yelvington | 2 | Phoenix |
| 187549946 | John | Mazzola | 2 | Phoenix |
| 188113211 | Patricia | Skramstad | 2 | Phoenix |
| 188113901 | Sharon E | Mchale | 2 | Phoenix |
| 188113955 | Darlene | Lyon | 2 | Phoenix |
| 188113970 | Hope | Mayfield | 2 | Phoenix |
| 188114231 | Molly | Shanley | 2 | Phoenix |
| 188114288 | Mark | Harrison | 2 | Phoenix |
| 188114351 | Michael | Richardson | 2 | Phoenix |
| 188114399 | Mary | Clearwater | 2 | Phoenix |
| 188114450 | Alberta | Wallace | 2 | Phoenix |
| 191317685 | Sabra | Hosmann | 2 | Phoenix |
| 192464084 | Betty | Habiger | 2 | Phoenix |
| 193224767 | Lorri | Waters | 2 | Phoenix |
| 193225499 | Ruth | Petersen | 2 | Phoenix |
| 193730564 | Ruby | Sampson | 2 | Phoenix |
| 195787999 | Delbert | Miskell | 2 | Phoenix |
| 195793783 | Forrest | Koger | 2 | Phoenix |
| 195802408 | Regina | Miskell | 2 | Phoenix |
| 195942579 | Richard | Platts | 2 | Phoenix |
| 195989373 | Karen | Haas | 2 | Phoenix |
| 203191597 | Scott | Stoltz | 2 | Phoenix |
| 203207363 | Virginia | Hutchinson | 2 | Phoenix |
| 203257249 | Timothy | Captain | 2 | Phoenix |
| 203305151 | Eugene | Le | 2 | Phoenix |
| 203474623 | Lambert | Morgan | 2 | Phoenix |
| 212739163 | Yolanda | Lockwood | 2 | Phoenix |
| 212779513 | Tamara | Sheppard | 2 | Phoenix |
| 213132569 | William | Campbell | 2 | Phoenix |
| 213810551 | Todd | Charleson | 2 | Phoenix |
| 214250738 | Lorenzo | Bocanegra Jr | 2 | Phoenix |
| 214338272 | Leon | Smith | 2 | Phoenix |
| 214459904 | Test | Test | 2 | Phoenix |
| 214464136 | Arnold | Pierce | 2 | Phoenix |
| 214846120 | Ruth | Nimmer | 2 | Phoenix |
| 215487158 | Cindy | Barnett | 2 | Phoenix |
| 215501512 | Andrew M | Mays | 2 | Phoenix |
| 215557524 | Dong | Tran | 2 | Phoenix |
| 215560670 | Mary | Ward | 2 | Phoenix |

EXHIBIT 31, PAGE 66

*REMAINING PAGES INTENTIONALLY REMOVED FOR BREVITY*

# EXHIBIT 32

**From:** Han Trinh
**Sent:** Thursday, March 23, 2023 1:46 PM
**To:** Anthony Osborn
**Subject:** Re: URGENT RE: LPG - no payment received

Please send the invoice to admin@oakstonepc.com. Thank you!

Kindest Regards,

*Han Trinh*

**Admin**
**The Litigation Practice Group PC**
**P.O. Box 513018**
**Los Angeles, CA 90051**
p: 949.715.0644
f: 949.315.4332
www.lpglaw.com
NOTICE: This email message (including any attachments) may contain material that is confidential and/or
legally privileged. Unless you are the intended recipient or are authorized to receive information for the
intended recipient, you may not use, copy, or disclose any part of this message. If you have received this
message in error, please notify us and delete all copies of it. Thank you.

**From:** Anthony Osborn <Anthony@golawfirm.com>
**Sent:** Thursday, March 23, 2023 11:38:57 AM
**To:** Han Trinh <han@lpglaw.com>
**Subject:** RE: URGENT RE: LPG - no payment received
Han,
Can you please get back to me on this? Thank you!
Anthony Osborn
Gehling Osborn Law Firm, PLC
600 4th Street, Suite 900
Sioux City, Iowa 51101
712.226.4602
www.golawfirm.com



**From:** Anthony Osborn
**Sent:** Wednesday, March 22, 2023 3:36 PM
**To:** Han Trinh <han@lpglaw.com>
**Subject:** RE: URGENT RE: LPG - no payment received

EXHIBIT 32, PAGE 68

Han,

I am sorry I wasn't able to call you yesterday. My wife's cancer is horrible now (has spread a lot) and her body is starting to give out after 8 years of battling this darn cancer. Anyway, we were in the hospital again yesterday. Tough stuff, for sure. Nothing a 45-year-old woman should have to endure.

I have tried calling you twice today, but both times it said the number was busy and I was unable to leave a message. The best way to reach me is via email or on my cell phone, which is 712.635.2492. I am not working in the office this week or next week, so please do not call my office line.

I have a small law firm (just 5 attorneys) and we cannot absorb a huge write-off so please let me know if payment is coming ($35,383.66 overdue at this time) and provide assurances that we will get paid for any further work for LPG. I really need to get the $35,383.66 paid or I am afraid I will need to withdraw my law firm from countless active lawsuits in Iowa and Nebraska. Naturally, I don't want to do that! I have other questions, so please call me back on my cell phone as soon as possible. This is obviously urgent and time-sensitive. Thanks!

Anthony Osborn
Gehling Osborn Law Firm, PLC
600 4th Street, Suite 900
Sioux City, Iowa 51101
712.226.4602
www.golawfirm.com



---

**From:** Han Trinh <han@lpglaw.com>
**Sent:** Monday, March 20, 2023 7:47 PM
**To:** Anthony Osborn <Anthony@golawfirm.com>; Kris Craighead <kris@golawfirm.com>; Emilee Gehling <Emilee@golawfirm.com>
**Cc:** Phil Terwilliger <Phil@golawfirm.com>
**Subject:** Re: URGENT RE: LPG - no payment received

Whoa! We don't work at CLG! Let's do a phone call tomorrow, please! 🙏

Kindest Regards,

*Han Trinh*

**Admin**
**The Litigation Practice Group PC**
**P.O. Box 513018**
**Los Angeles, CA 90051**
p: 949.715.0644
f: 949.315.4332
www.lpglaw.com

NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you.

---

**From:** Anthony Osborn <Anthony@golawfirm.com>
**Sent:** Monday, March 20, 2023 11:15:58 AM
**To:** Han Trinh <han@lpglaw.com>; Kris Craighead <kris@golawfirm.com>; Emilee Gehling <Emilee@golawfirm.com>
**Cc:** Phil Terwilliger <Phil@golawfirm.com>
**Subject:** URGENT RE: LPG - no payment received

EXHIBIT 32, PAGE 69

Han,

Happy Monday! I received an email from attorney Jason Rebhun re: transition of work from LPG to a new/different law firm, CLG (Consumer Legal Group). However, I still need to make sure we're paid for work done for LPG. To that end:

1. Can we please get the $35,383.66 we are owed for January and February time? We cannot keep working without payment and were promised this money no later than last Friday.

2. We also have charges in WIP (Work in Progress) for March services. Can you please confirm we will get paid by LPG for March services? At what point do we need to stop doing work for LPG altogether and bill CLG?

As I am sure you can appreciate, this is time sensitive so please get back to me as soon as possible. Thanks!

Anthony Osborn

Gehling Osborn Law Firm, PLC

600 4th Street, Suite 900

Sioux City, Iowa 51101

712.226.4602

www.golawfirm.com



---

**From:** Anthony Osborn <Anthony@golawfirm.com>
**Sent:** Friday, March 17, 2023 9:44 AM
**To:** Han Trinh <han@lpglaw.com>; Kris Craighead <kris@golawfirm.com>; Emilee Gehling <Emilee@golawfirm.com>
**Subject:** Fwd: LPG - no payment received

Han, fyi below. Can you please confirm payment is coming? Thanks.

Anthony Osborn

---

**From:** Kris Craighead <kris@golawfirm.com>
**Sent:** Friday, March 17, 2023 9:19 AM
**To:** Anthony Osborn
**Cc:** Emilee Gehling
**Subject:** LPG - no payment received

AO,

You asked me to update you today after your phone call with Han on March 6th as to whether we have received a payment from LPG. In that phone call, Han told you that the January and February invoices will be paid no later than today, March 17th. I have confirmed with our bank online that we have not received payment.

Let me know if there is anything I can do to follow-up while you are out.

Kris Craighead

Office Manager

Gehling Osborn Law Firm, PLC

600 4th Street, Suite 900

Sioux City, IA 51101

(712) 226-4611 (Direct)

(712) 226-4600 (Main)

(712) 253-2524 (Mobile)

EXHIBIT 32, PAGE 70



This email may contain confidential and privileged material for the sole use of the intended recipient; any other use is prohibited. If you are not the intended recipient, please contact the sender by reply email and delete all copies of this message.

EXHIBIT 32, PAGE 71

# EXHIBIT 33

| | |
|---|---|
| **From:** | Han Trinh |
| **Sent:** | Thursday, March 23, 2023 3:08 PM |
| **To:** | Scott Eadie |
| **Subject:** | Client List |
| **Attachments:** | FullList.xlsx |

Please see attached list for master client list.
If the client is on there, they went to CLG.

Kindest Regards,

*Han Trinh*

**Admin**
**The Litigation Practice Group PC**
**P.O. Box 513018**
**Los Angeles, CA 90051**
p: 949.715.0644
f: 949.315.4332
www.lpglaw.com

NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you.

EXHIBIT 33, PAGE 72

*REMAINING PAGES
INTENTIONALLY
REMOVED FOR BREVITY*

| ProfileId | FirstName | LastName | Status | Law Firm |
|---|---|---|---|---|
| 223063486 | Jae | Park | 3 | OakStone |
| 225438047 | Laura | Stubbs | 3 | OakStone |
| 227956406 | Kevin | Badaracco | 3 | OakStone |
| 245269649 | Linda | Squires | 3 | OakStone |
| 253692344 | Tanvir | Shagar | 3 | OakStone |
| 258253322 | Mary | Gillean | 3 | OakStone |
| 258401387 | Juliet | Nez | 3 | OakStone |
| 261144806 | Eileen | Mcginnis | 3 | OakStone |
| 269301131 | Kimberly | Garcia | 2 | OakStone |
| 271530461 | Colette | Wallace | 3 | OakStone |
| 273988316 | Mae | Puyot | 3 | OakStone |
| 279804003 | Kimberly | Mueller | 3 | OakStone |
| 293019329 | Patricia | Hargett | 2 | OakStone |
| 298033301 | Sue | Tracy | 2 | OakStone |
| 300688830 | Glenda | Hockenhull | 2 | OakStone |
| 301671846 | Frank | Bollinger | 2 | OakStone |
| 304622922 | Keith | Guthrie | 2 | OakStone |
| 307394157 | Shawn | Crisp | 2 | OakStone |
| 309836574 | Rachael | Balaga | 3 | OakStone |
| 310147866 | Mary | Hobbs | 2 | OakStone |
| 312151760 | Armando | Torres | 2 | OakStone |
| 312492590 | Mary Kay | James | 2 | OakStone |
| 312547223 | Laurie | Findlay | 2 | OakStone |
| 313588658 | Maria | Weydert | 2 | OakStone |
| 314322659 | Linda | Cleveland | 2 | OakStone |
| 319888190 | Diallo | Whitaker | 2 | OakStone |
| 321990575 | Lynda | Giardina | 2 | OakStone |
| 322269662 | Linda | Lowe | 2 | OakStone |
| 322556663 | Kathleen | Bidlack | 3 | OakStone |
| 322688303 | Robin Lea | Carney | 2 | OakStone |
| 325883621 | Diana | Johnson | 2 | OakStone |
| 325939004 | Cynthia | McCracken | 2 | OakStone |
| 328300502 | Lenore | Milan | 3 | OakStone |
| 328458596 | Toni | Ross | 2 | OakStone |
| 328510345 | Cheryl | Leblanc | 2 | OakStone |
| 329266124 | Michelle | Porzio | 2 | OakStone |
| 329966414 | Yolanda | Bullard | 3 | OakStone |
| 329990987 | Jamie | Hall | 2 | OakStone |
| 331170557 | Dorothy | Whited | 2 | OakStone |



EXHIBIT 33, PAGE 74

# *REMAINING PAGES INTENTIONALLY REMOVED FOR BREVITY*

| ProfileId | FirstName | LastName | Status | Law Firm |
|---|---|---|---|---|
| 120245270 | Farrah | Ibach-Bauer | 2 | Phoenix |
| 120637886 | Michele | Drake | 2 | Phoenix |
| 126702020 | Lance | Yelvington | 2 | Phoenix |
| 187549946 | John | Mazzola | 2 | Phoenix |
| 188113211 | Patricia | Skramstad | 2 | Phoenix |
| 188113901 | Sharon E | Mchale | 2 | Phoenix |
| 188113955 | Darlene | Lyon | 2 | Phoenix |
| 188113970 | Hope | Mayfield | 2 | Phoenix |
| 188114231 | Molly | Shanley | 2 | Phoenix |
| 188114288 | Mark | Harrison | 2 | Phoenix |
| 188114351 | Michael | Richardson | 2 | Phoenix |
| 188114399 | Mary | Clearwater | 2 | Phoenix |
| 188114450 | Alberta | Wallace | 2 | Phoenix |
| 191317685 | Sabra | Hosmann | 2 | Phoenix |
| 192464084 | Betty | Habiger | 2 | Phoenix |
| 193224767 | Lorri | Waters | 2 | Phoenix |
| 193225499 | Ruth | Petersen | 2 | Phoenix |
| 193730564 | Ruby | Sampson | 2 | Phoenix |
| 195787999 | Delbert | Miskell | 2 | Phoenix |
| 195793783 | Forrest | Koger | 2 | Phoenix |
| 195802408 | Regina | Miskell | 2 | Phoenix |
| 195942579 | Richard | Platts | 2 | Phoenix |
| 195989373 | Karen | Haas | 2 | Phoenix |
| 203191597 | Scott | Stoltz | 2 | Phoenix |
| 203207363 | Virginia | Hutchinson | 2 | Phoenix |
| 203257249 | Timothy | Captain | 2 | Phoenix |
| 203305151 | Eugene | Le | 2 | Phoenix |
| 203474623 | Lambert | Morgan | 2 | Phoenix |
| 212739163 | Yolanda | Lockwood | 2 | Phoenix |
| 212779513 | Tamara | Sheppard | 2 | Phoenix |
| 213132569 | William | Campbell | 2 | Phoenix |
| 213810551 | Todd | Charleson | 2 | Phoenix |
| 214250738 | Lorenzo | Bocanegra Jr | 2 | Phoenix |
| 214338272 | Leon | Smith | 2 | Phoenix |
| 214459904 | Test | Test | 2 | Phoenix |
| 214464136 | Arnold | Pierce | 2 | Phoenix |
| 214846120 | Ruth | Nimmer | 2 | Phoenix |
| 215487158 | Cindy | Barnett | 2 | Phoenix |
| 215501512 | Andrew M | Mays | 2 | Phoenix |
| 215557524 | Dong | Tran | 2 | Phoenix |
| 215560670 | Mary | Ward | 2 | Phoenix |



EXHIBIT 33, PAGE 76

# EXHIBIT 34

| | |
|---|---|
| **From:** | Han Trinh |
| **Sent:** | Monday, April 10, 2023 11:47 AM |
| **To:** | Jennifer McLaughlin |
| **Subject:** | Re: Offer letter |

Hi Jennifer! All LPG's work phones were shut off on Friday and mine wasn't reactivated until this morning. Texts and missed calls are barely rolling through right now. I'll have the offer letter sent shortly!

Kindest Regards,

*Han Trinh*

Admin

**The Litigation Practice Group PC**
**P.O. Box 513018**
**Los Angeles, CA 90051**
p: 949.715.0644
f: 949.315.4332
www.lpglaw.com

NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you.

**From:** Jennifer McLaughlin <jeni.ann.mac@gmail.com>
**Sent:** Monday, April 10, 2023 8:38 AM
**To:** Han Trinh <han@lpglaw.com>
**Subject:** Offer letter

Hi Han,

I have been attempting to get in touch with you regarding my offer letter for Greystone since the middle of last week. Unfortunately, the only contact I have for you is your cell phone and you haven't been returning my texts & your phone stated it wasn't accepting calls.

I was hoping that this email still worked. At this point, I am wondering if the offer of employment is still valid, and if you still want me to work for your company? I am still very interested, but need to have a firm answer soon or I will have to start looking elsewhere.

I hope that you receive this message and that I get a response soon.

Sincerely,

Jennifer Ann McLaughlin. Esq.

(224) 688-1498

EXHIBIT 34, PAGE 77

# EXHIBIT 35

**From:** Melissa Wilkes
**Sent:** Friday, April 14, 2023 5:41 AM
**To:** Han Trinh
**Subject:** Phoenix Transfers

Hi Han,

When were cases transferred from LPG to Phoenix? I know it was early February or possibly end of January? I need to know for invoices I am sending to Phoenix, as Phoenix is stating I should only send invoices for cases that were assigned to me after the transfer took place which makes sense. Thanks.

Best regards,

Melissa Wilkes
Attorney
Licensed in Indiana, Michigan, Wisconsin, and Ohio
Phone: 765-878-9177
Fax: 833-410-0780
The Litigation Practice Group
Mailing Address:
101 Foundry Drive, Suite 1200, PMB 21
West Lafayette, IN 47906
www.lpglaw.com
*If you are a collection agency or law firm, please note that we give you permission to communicate with us via e-mail regarding this matter.



NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you

**From:** Han Trinh <han@lpglaw.com>
**Sent:** Friday, April 7, 2023 4:17 PM
**To:** Denise Mikrut <DMikrut@lpglaw.com>; Melissa Wilkes <mwilkes@lpglaw.com>; Jayde Trinh <Jayde@lpglaw.com>;

EXHIBIT 35, PAGE 78

LPG Counsel <lpgcounsel@lpglaw.com>
**Subject:** Re: Phones

Hello Counsels,

I've emailed everyone in their Greyson email re this. Please respond there. Thank you!


Kindest Regards,

*Han Trinh*

Admin


**The Litigation Practice Group PC**

**P.O. Box 513018**

**Los Angeles, CA 90051**

p: 949.715.0644

f: 949.315.4332

www.lpglaw.com


NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you.

---

**From:** Denise Mikrut <DMikrut@lpglaw.com>
**Sent:** Friday, April 7, 2023 12:43 PM
**To:** Melissa Wilkes <mwilkes@lpglaw.com>; Jayde Trinh <Jayde@lpglaw.com>; LPG Counsel <lpgcounsel@lpglaw.com>
**Subject:** RE: Phones

In follow up to Melissa's question, will we be able to keep our cell phone numbers even if we have to transfer to a new phone?

*Denise Mikrut, Esq.*
9680 W. Tropicana Ave., Ste. 145
Las Vegas, NV 89147
Office: (702) 951.1578
Cell: (702) 677-2877

EXHIBIT 35, PAGE 79

NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you

**From:** Melissa Wilkes <mwilkes@lpglaw.com>
**Sent:** Friday, April 7, 2023 12:39 PM
**To:** Jayde Trinh <Jayde@lpglaw.com>; LPG Counsel <lpgcounsel@lpglaw.com>
**Subject:** Re: Phones

Jayde,

Will we be receiving new cellphones or what should we do? Thank you, Melissa

**From:** Jayde Trinh <Jayde@lpglaw.com>
**Sent:** Friday, April 7, 2023 3:27:59 PM
**To:** LPG Counsel <lpgcounsel@lpglaw.com>
**Subject:** Phones

Here's what I got:

Phones will be turned on later today, AT&T is subject to the automatic stay. Phones will turn off once and for all on May 1. We cannot transfer the phones and we cannot sell the phones because they are property of the bankruptcy estate. Everyone should mail their phones back so that we can hold until the end of the case.

Get Outlook for iOS

EXHIBIT 35, PAGE 80

# EXHIBIT 36

**From:** Peter Osterman
**Sent:** Monday, April 24, 2023 8:39 PM
**To:** Han Trinh; Jayde Trinh
**Subject:** CLG, PLG, OLG & GLC

Han and Jayde,

I've tried to stay out of the fray during the transition in an effort to not contribute to the swarm of emails you've probably received, but I just wanted to touch base with both of you to make sure I'm not missing anything. I have email accounts for LPG, GLC and OLG but I don't have one for either CLG or PLG. I just want to make sure I'm not supposed to be checking emails for those two other platforms.

Please let me know when you have an opportunity.

Thanks!

*POsterman*

Peter R. Osterman
Attorney at Law
4616 25th Avenue NE, Ste. 503
Seattle, WA 98105
Email: posterman@lpglaw.com
Phone: (206) 303-8471
www.lpglaw.com



NOTICE: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return email and promptly delete this email, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this email, including attachments, is prohibited and may be unlawful.

EXHIBIT 36, PAGE 81

# EXHIBIT 37

| | |
|---|---|
| **From:** | Han Trinh |
| **Sent:** | Thursday, May 11, 2023 6:09 AM |
| **To:** | Figueroa, Joshua M; Typhair, Chance; Cohen, Cayden |
| **Cc:** | Credit |
| **Subject:** | Re: 0080-16090450 #client# |
| **Attachments:** | 11111111.pdf |

Hi Everyone,

The original Guardian Processing bank account on file is no longer active. The account the wire that was sent from on 05/01/2023 is also not active. Please send the money Paychex is holding back to me, specifically to the account I attached in response. Greyson Law Center PC is another law firm we are affiliated with. I had a long and multiple conversations with multiple Recovery Department reps, multiple Risk Department reps, and multiple payroll specialists on 04/28, 05/01, and 05/02. Payroll wasn't able to release so for so many problems that I decided that my employees couldn't wait so I processed the company's physical checks for them. $184,598.68 has been sitting on your end a little over one week and a half and I would like that back. Please send it to the account below or located in the attachment. Thank you!

Greyson Law Center PC
3345 Michelson Dr.
Suite 400
Irvine, CA 92612

Routing # : 322271724
Account # : 208336370

Kindest Regards,

*Han Trinh*

Admin

**The Litigation Practice Group PC**
**P.O. Box 513018**
**Los Angeles, CA 90051**
p: 949.715.0644
f: 949.315.4332
www.lpglaw.com
NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you.

---

**From:** Figueroa, Joshua M <jfigueroa1@paychex.com>
**Sent:** Thursday, May 11, 2023 5:36 AM
**To:** Han Trinh <han@lpglaw.com>; Typhair, Chance <ctyphair@paychex.com>; Cohen, Cayden <ccohen2@paychex.com>

EXHIBIT 37, PAGE 82

**Cc:** Credit <Credit@paychex.com>

**Subject:** 0080-16090450 #client#

Good morning,

Per our phone conversation, confirming we still have the wire for $184598.68 in balance on our side. I will just need to confirm with our other internal Risk teams that none of these funds are needed internally and then I can initiate the refund back to the new bank account information you provide!

@Cohen, Cayden / @Typhair, Chance – Can you please work with the client to get their new bank account added on file as soon as possible? Once the bank account is on file Credit Risk can initiate an ACH refund back to the new bank account

Thank you!

**Josh Figueroa**
Credit Risk Representative IV
Paychex, Inc.
☎ 877-838-7950 opt. 2
220 Kenneth Drive
Rochester, NY 14623



Payroll | Benefits | HR | Insurance

**The Power of Simplicity**

The information contained in this message may be privileged, confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify your representative immediately and delete this message from your computer. Thank you.

EXHIBIT 37, PAGE 83



**MAY 2, 2023**

**Account Officer :  PAVITHRA S**
**CITIBANK, N.A.**
**USCC CITISWEEP**
**100 CITIBANK DR**
**SAN ANTONIO, TX 78245**

**GREYSON LAW CENTER PC**                                         **Tax Id: 92-2834845**
**3345 MICHELSON DR SUITE 400**                                   **Phone: 714-721-1571**
**IRVINE, CA 92612**

| CitiBusiness Account Opening Confirmation |
|---|

| Checking | Account Number | Annual Interest Rate | Annual Percentage Yield |
|---|---|---|---|
| **CB STREAMLINED CHKG** | ▮▮▮▮ | **Refer Rate sheet** | **Refer Rate sheet** |

**Account Title**                          **Account Mailing Address**
**GREYSON LAW CENTER PC**                   **3345 MICHELSON DR  STE 400**
                                            **IRVINE , CA 92612**

| Checking | Account Number | Annual Interest Rate | Annual Percentage Yield |
|---|---|---|---|
| **CB STREAMLINED CHKG** | ▮▮▮▮ | **Refer Rate sheet** | **Refer Rate sheet** |

**Account Title**                          **Account Mailing Address**
**GREYSON LAW CENTER PC**                   **3345 MICHELSON DR  STE 400**
                                            **IRVINE , CA 92612**

| Checking | Account Number | Annual Interest Rate | Annual Percentage Yield |
|---|---|---|---|
| **CB STREAMLINED CHKG** | ▮▮▮▮ | **Refer Rate sheet** | **Refer Rate sheet** |

**Account Title**                          **Account Mailing Address**
**GREYSON LAW CENTER PC**                   **3345 MICHELSON DR  STE 400**
                                            **IRVINE , CA 92612**

| CitiEscrow ® Control Account | Account Number | Annual Interest Rate | Annual Percentage Yield |
|---|---|---|---|
| **CE CONTROL IOLTA** | ▮▮▮▮ | **Refer Rate sheet** | **Refer Rate sheet** |

**Account Tax Id (State Bar or MAHT Tax Id)**
▮▮▮▮

**Account Title**                          **Account Mailing Address**
**GREYSON LAW CENTER PC**                   **3345 MICHELSON DR  STE 400**
**Attorney Trust**                          **IRVINE , CA 92612**

*Page 1 of 2*

© 2012 Citibank, N.A. Member FDIC.
CitiBusiness and Citi with Arc Design are registered service marks of Citigroup, Inc.

EXHIBIT 37, PAGE 84

**MAY 2, 2023**

**Account Officer : PAVITHRA S**
**CITIBANK, N.A.**
**USCC CITISWEEP**
**100 CITIBANK DR**
**SAN ANTONIO, TX 78245**



| **CitiBusiness Account Opening Confirmation** |
| --- |

Thank You for banking at Citibank. We want to help you manage all your money any time, anywhere, any way you choose.
For assistance with your account or information on Citibank services, call the CitiBusiness Service Center at 1-877-528-0990
24 hours a day 7 days a week.  For the Hearing and Speech impaired only call our Text Telephone: 1-800-945-0258.
• Additional information is contained in our Citibusiness® Client Manual.

For incoming domestic wire transfers on the above accounts, please use Citibank ABA/Routing Number: 322271724
For incoming foreign wire transfers on the above accounts, please use Citibank ABA/Routing Number: 322271724
 and SWIFT Code: CITI US 33.

© 2012 Citibank, N.A. Member FDIC.
CitiBusiness and Citi with Arc Design are registered service marks of Citigroup, Inc.

EXHIBIT 37, PAGE 85

# EXHIBIT 38

**From:** Han Trinh
**Sent:** Tuesday, May 16, 2023 2:52 PM
**To:** ctyphair@paychex.com; aharth@paychex.com; Devine, Cora
**Subject:** Re: Updated Bank Information

Chance-

Greyson Law Center's Company ID is 16092497. Those bank letters were already approved and updated with Cora's help.

Kindest Regards,

*Han Trinh*

Admin

**The Litigation Practice Group PC**
**P.O. Box 513018**
**Los Angeles, CA 90051**
p: 949.715.0644
f: 949.315.4332
www.lpglaw.com
NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you.

**From:** ctyphair@paychex.com <ctyphair@paychex.com>
**Sent:** Tuesday, May 16, 2023 2:08 PM
**To:** Han Trinh <han@lpglaw.com>; aharth@paychex.com <aharth@paychex.com>
**Subject:** Re: Updated Bank Information
We did not get a voided check for account 16090450. This account had a bank letter sent in that reflected **Greyson Law Center PC.**

# Chance Typhair
Pronouns: Him/He
Office: 844-729-9247 ext. 5200787



Please let my manager know how I'm doing.
Cayden Cohen
844-729-9247 x5200266
ccohen2@paychex.com

**From:** han@lpglaw.com
**To:** ctyphair@paychex.com;aharth@paychex.com
**Sent:** Tue, May 16, 2023, 02:31 PM MDT
**Subject:** Re: Updated Bank Information
Chance-

EXHIBIT 38, PAGE 86

This void check is for the Litigation Practice Group. The Company ID is 16077926, which needs its bank account updated since the company filed for Chapter 11 BK.

Kindest Regards,

*Han Trinh*

Admin
**The Litigation Practice Group PC**
**P.O. Box 513018**
**Los Angeles, CA 90051**
p: 949.715.0644
f: 949.315.4332
www.lpglaw.com
NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you.

---

**From:** ctyphair@paychex.com <ctyphair@paychex.com>
**Sent:** Tuesday, May 16, 2023 1:26 PM
**To:** Han Trinh <han@lpglaw.com>
**Subject:** Re: Updated Bank Information
Good Afternoon,
I reaching out a second time to check to see about getting the updated bank info as the client name does not match on the paperwork. If we could get items that match or information saying this is your DBA name, we should be able to get this completed.
Let us know if you happen to need any further assistance.

# Chance Typhair

Pronouns: Him/He
Office: 844-729-9247 ext. 5200787

Please let my manager know how I'm doing.
Cayden Cohen
844-729-9247 x5200266
ccohen2@paychex.com

---

**From:** ctyphair@paychex.com
**To:** han@lpglaw.com
**Sent:** Fri, May 12, 2023, 09:17 AM MDT
**Subject:** Re: Updated Bank Information
Your bank change was rejected due to the company name not matching on the paperwork provided. Please insure that this matches Guardian Processing LLC so we can make sure this change is completed.

# Chance Typhair

Pronouns: Him/He
Office: 844-729-9247 ext. 5200787

Please let my manager know how I'm doing.
Cayden Cohen
844-729-9247 x5200266
ccohen2@paychex.com

---

**From:** han@lpglaw.com

EXHIBIT 38, PAGE 87

**To:** aharth@paychex.com
**Sent:** Mon, May 1, 2023, 05:04 PM MDT
**Subject:** Re: Updated Bank Information
Please see void check attached. Thank you!
Kindest Regards,

# Han Trinh

Admin
**The Litigation Practice Group PC**
**P.O. Box 513018**
**Los Angeles, CA 90051**
p: 949.715.0644
f: 949.315.4332
www.lpglaw.com
NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you.

---

**From:** aharth@paychex.com
**Sent:** Thursday, April 27, 2023 4:01 PM
**To:** Han Trinh
**Subject:** Re: Updated Bank Information
Hi Han,
Hope you have been well. I have received this email and in review I cannot use the documents you sent. One is a deposit slip and does not have the info we need and the 1st does not have a routing number on it. Are you able to send a bank letter that has the Company name address routing and account number or a bank specification sheet?
Thank you,

# Alexander Harth

MMS Client Service Representative

Office: (833) 379-3324 ext. 5100779

paychex.com
1175 John Street
Rochester, NY 14586
**Please let my manager know how I'm doing.**
Evelyn Seamster | (833) 379-3324 | eseamster@paychex.com

---

**From:** han@lpglaw.com
**To:** aharth@paychex.com;kmahakian@paychex.com
**Sent:** Thu, Apr 27, 2023, 02:18 PM PDT
**Subject:** Updated Bank Information
            Warning: This email is from outside the company. Be careful clicking links
                              or attachments.
LPG has filed for Chapter 11 BK. This is the debtor in possession bank account set up for LPG. Please debit this bank and take the hold off the account immediately so that we may begin processing payroll back dated for 03/17 and for 03/31 (now dated for 04/28).
Kindest Regards,

# Han Trinh

**Admin**

3

EXHIBIT 38, PAGE 88

**The Litigation Practice Group PC**
**P.O. Box 513018**
**Los Angeles, CA 90051**
p: 949.715.0644
f: 949.315.4332
www.lpglaw.com
NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you.

The information contained in this message may be privileged, confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify your representative immediately and delete this message from your computer. Thank you.

EXHIBIT 38, PAGE 89

# EXHIBIT 39

| | |
|---|---|
| **From:** | Jayde Trinh |
| **Sent:** | Tuesday, March 21, 2023 11:07 AM |
| **To:** | Randall B Clark; Han Trinh |
| **Cc:** | Pamella Moraes; Legal |
| **Subject:** | Re: no access to Forth |

No one has access to Forth moving forward. We were permanently locked out on Friday at 3pm.

All files have been moved to different law firms. Legal LPG has access to some.

Randall - please provide a number so we can reach out regarding new venture. Ty!

Get Outlook for iOS

---

**From:** Randall B Clark <rbc@randallbclark.com>
**Sent:** Tuesday, March 21, 2023 7:40:18 AM
**To:** Jayde Trinh <Jayde@lpglaw.com>; Han Trinh <han@lpglaw.com>
**Cc:** Pamella Moraes <pamella@randallbclark.com>
**Subject:** no access to Forth

Jayde & Han:

Neither I nor my assistant (Pamella) have access to Forth.
Help us get in, please.

Randall

-------------------------------------------------------------------------
Randall B. Clark, Esq.
Admitted to practice in NH (20260), MA (657560), & all federal courts therein
-------------------------------------------------------------------------
Randall Baldwin Clark, Attorney at Law, PLLC
80A West Hollis Road
Hollis, NH 03049
Tel.: 603-801-3039
Fax: 603-925-0100
www.randallbclark.com
rbc@randallbclark.com
-------------------------------------------------------------------------

EXHIBIT 39, PAGE 90

# EXHIBIT 40

**From:**            Jayde Trinh
**Sent:**            Wednesday, March 29, 2023 10:04 AM
**To:**              Legal; Attorney
**Subject:**       Re: Randall Clark

Hans problem. She was supposed to call last week.

Get Outlook for iOS

---

**From:** Legal <legal@lpglaw.com>
**Sent:** Wednesday, March 29, 2023 7:47:08 AM
**To:** Attorney <attorney@lpglaw.com>
**Cc:** Jayde Trinh <Jayde@lpglaw.com>
**Subject:** Randall Clark

Counsel asked if he could be called to go over transfer. Thank you.

"Could you please, please, please call me?

I have so many unanswered questions about the transfer of files from LPG Oakstone.

Clients are calling me, incessantly, wanting to know what is happening.

Randall Clark
603-801-3039"

**The Litigation Practice Group PC**
**P.O. Box 513018**
**Los Angeles, CA 90051**
p: 949.715.0644
f:  949.315.4332
www.lpglaw.com

EXHIBIT 40, PAGE 91



NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you.

EXHIBIT 40, PAGE 92

# EXHIBIT 41

**From:**           Jayde Trinh
**Sent:**           Friday, April 7, 2023 12:17 PM
**To:**             Denise  Mikrut
**Subject:**        Re: Help!

The phones have to do with LPG so Tony needs to figure it out. Han will let everyone know once he gets back to her.
I don't have a Greyson account for anything so I am unsure. I will text IT for you.

Get Outlook for iOS

---

**From:** Denise Mikrut <DMikrut@lpglaw.com>
**Sent:** Friday, April 7, 2023 12:11:55 PM
**To:** Jayde Trinh <Jayde@lpglaw.com>
**Subject:** Help!

Jayde,

I am trying to figure out what is going on.  I sent an email to Admin@greyson which I will also send from my personal email address.  Two things:

1.  What is the deal with our cell phones?  I'm sure you already know that service has been shut off  Do I need to restore myself?  I tried calling both you and Han today, and apparently, your phones are also not working.
2.  Do you know what the code is to join the Greyson Microsoft teams?

Thanks,

*Denise Mikrut, Esq.*
9680 W. Tropicana Ave., Ste. 145
Las Vegas, NV 89147
Office: (702) 951.1578
Cell:     (702) 677-2877

NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you

EXHIBIT 41, PAGE 93

# EXHIBIT 42

**From:** Legal
**Sent:** Thursday, April 13, 2023 11:12 AM
**To:** Jayde Trinh; Attorney
**Subject:** Re: Question on Transfers

Lol. Thank you! I'll ask.

**The Litigation Practice Group PC**
**P.O. Box 513018**
**Los Angeles, CA 90051**
p: 949.715.0644
f: 949.315.4332
www.lpglaw.com



NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you.

---

**From:** Jayde Trinh <Jayde@lpglaw.com>
**Sent:** Thursday, April 13, 2023 11:09 AM
**To:** Attorney <attorney@lpglaw.com>; Legal <legal@lpglaw.com>
**Subject:** Re: Question on Transfers

Linda, you need to text Han. Cause I'm pretty sure we can start but it's not Oakstone. Clear up with her cause she changes shit every other day □

Get Outlook for iOS

---

EXHIBIT 42, PAGE 94

**From:** Attorney <attorney@lpglaw.com>
**Sent:** Thursday, April 13, 2023 9:41:18 AM
**To:** Jayde Trinh <Jayde@lpglaw.com>
**Subject:** Fw: Question on Transfers


General Counsel
**The Litigation Practice Group PC**
17542 17th Street, Suite 100
Tustin. CA 92780
tel. (949) 715-0644
fax (949) 315-4332
attorney@lpglaw.com



NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you

---

**From:** Legal <legal@lpglaw.com>
**Sent:** Thursday, April 13, 2023 9:04 AM
**To:** Attorney <attorney@lpglaw.com>
**Subject:** Question on Transfers

Can I inform her to tell CL to cancel out from Phoenix and reach out to Oakstone to sign up? Thank you.

Per Counsel Denise Mikrut -

"Dear Legal,

I am working with Ramona Nash (AZ) on an existing file.  However, it appears that she has been transferred to the Phoenix Law Group.  She has not received any communication from Phoenix and has indicated that she would like to continue with Oakstone.  What should I advise her to do?  My fear is that if Oakstone signs her up and Phoenix begins billing her account, she will be double-charged until this can be straightened out.

If someone from customer support wants to reach out to her, her number is 831-276-6091.."


**The Litigation Practice Group PC**
**P.O. Box 513018**

EXHIBIT 42, PAGE 95

**Los Angeles, CA 90051**
p: 949.715.0644
f:  949.315.4332
www.lpglaw.com



NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you.

EXHIBIT 42, PAGE 96

# EXHIBIT 43

| | |
|---|---|
| **From:** | Jayde Trinh |
| **Sent:** | Thursday, May 11, 2023 12:16 PM |
| **To:** | Ana Gurrola |
| **Subject:** | Re: AG Complaints |

The complaints were shredded. There's no email? If it's one of the same states from before, you can probs just copy that email to send it to or even google at this point.

Physical mail I would ask legal/Han/Juan. I think he still does mail but unsure. It might have to be taken to dans office to ve sent out. Juan does this

Get Outlook for iOS

**From:** Ana Gurrola <Ana@lpglaw.com>
**Sent:** Thursday, May 11, 2023 11:30:18 AM
**To:** Jayde Trinh <Jayde@lpglaw.com>
**Subject:** Fw: AG Complaints

Hi,

Question.....for the AG complaints attached where did they come from? Can I have access to the rest of the pages? I'm unsure where to send our response?

Also, in general when a response can only be sent by physical mail, who can help with that.

Best Regards,
*Ana Gurrola*
Litigation Practice Group
P.O. Box 513018
Los Angeles, CA 90051
p: 949.229.6262
f:  949.315.4332



NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it.

**From:** Attorney <attorney@lpglaw.com>
**Sent:** Wednesday, May 3, 2023 1:05 PM
**To:** Ana Gurrola <Ana@lpglaw.com>
**Subject:** Fw: AG Complaints

EXHIBIT 43, PAGE 97

Joseph Baker M

Teresa A Piccolo


General Counsel
**The Litigation Practice Group PC**
17542 17th Street, Suite 100
Tustin. CA 92780
tel. (949) 715-0644
fax (949) 315-4332
attorney@lpglaw.com



NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you

**From:** Attorney <attorney@lpglaw.com>
**Sent:** Wednesday, April 26, 2023 1:52 PM
**To:** Jeanette Chairez <Jeanette@lpglaw.com>
**Subject:** Fw: AG Complaints


General Counsel
**The Litigation Practice Group PC**
17542 17th Street, Suite 100
Tustin. CA 92780
tel. (949) 715-0644
fax (949) 315-4332
attorney@lpglaw.com



NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you

EXHIBIT 43, PAGE 98

**From:** Jayde Trinh <Jayde@lpglaw.com>
**Sent:** Monday, April 24, 2023 1:51 PM
**To:** Attorney <attorney@lpglaw.com>
**Subject:** AG Complaints

There are 2 attached.

Get Outlook for iOS

# EXHIBIT 44

**From:**       Attorney
**Sent:**       Wednesday, April 26, 2023 2:51 AM
**To:**         Scott Eadie; Aaron Davis; Amy Ginsburg; Ashley Lambert-Bland; Attorney; Collin Donner;
                David Orr; Denise  Mikrut; Douglas Stiele; George.Chamberlain; Haley Simmoneau; Israel
                Orozco; Jayde Trinh; Kenneth Merriweather; Kent Cobb; Laronda Kelley; Melissa Wilkes;
                Peter Osterman; R. Reed Pruyn; Robert Williams; Tiffany Cornelius; Vincent Jackson; Kelly
                Adams; Kamaria Womack; R. Reed Pruyn; Shadae Clarke; rmastenlaw@gmail.com;
                Jhosselinne Ramirez Gonzalez
**Subject:**    IMPORTANT - PLEASE READ ASAP

Hi everyone,

Effectively immediately, please do NOT use the Oakstone's CRM, Luna. You (and your staff) should be able to access Greyson's CRM Luna (Version 2 - more advanced). It is the same website, except replace the OS with GS in the beginning of the web link. All information and data should be in there - old and new. You should be able to log in using the same Oakstone's Luna credentials for Greyson's Luna. Please note that there is a chance Luna 2 will not allow you to log in due to information being ported in the morning so you may have to wait until the afternoon.

In addition, please do NOT continue to use Fresh Sales and if you are using Slack, please discontinue that as well.

Please make sure you pass along this message to your staff and anyone else you think I may have missed. We will try to hold a meeting today, 4/26, at 2:30pm PST to provide a brief update.

We know there have been many changes and we truly appreciate everyone's patience and support!

EXHIBIT 44, PAGE 100

# EXHIBIT 45

| | |
|---|---|
| **From:** | Jayde Trinh <Jayde@lpglaw.com> |
| **Sent:** | Tuesday, March 21, 2023 2:00 PM |
| **To:** | dan@litigationpracticegroup.com; Admin; Mona Montiero |
| **Subject:** | Re: Friday March 17 & Monday March 20 |

Mona and I are no longer employed by LPG. I would suggest you respond to one of the numerous emails sent by the Illinois attorney, Firas, should you need any further clarification. In addition, I would also suggest you contact the client since they will be looking to you as the managing attorney of LPG.

---

**From:** Daniel S. March <dan@litigationpracticegroup.com>
**Sent:** Tuesday, March 21, 2023 1:13 PM
**To:** Admin <admin@lpglaw.com>; legal@lpg.com <legal@lpg.com>; Jayde Trinh <Jayde@lpglaw.com>; Mona Montiero <Mona@lpglaw.com>
**Subject:** Fwd: Friday March 17 & Monday March 20

An Illinois client received a letter from her attorney stating that he cannot represent her anymore.  NICOLE VIDA  @ 630-202-0802  nicolevida01@gmail.com

---------- Forwarded message ---------
From: **Daisy Meneses** <Daisy@lpglaw.com>
Date: Tue, Mar 21, 2023 at 12:43 PM
Subject: Friday March 17 & Monday March 20
To: tony@coastprocessing.com <tony@coastprocessing.com>
Cc: Admin <admin@lpglaw.com>, dan@litigationpracticegroup.com <dan@litigationpracticegroup.com>

Hello,

Please apply my vacation hours for Friday, March 17, and Monday, March 21. Also, any idea when we are getting paid? I would appreciate some communication.

Thank you.

---------
**Daisy Meneses**
**Assistant to Daniel S. March Esq.**
**The Litigation Practice Group PC**
**P.O. Box 513018**
**Los Angeles, CA 90051**
p: 949.229.6262
f:  949.315.4332
www.lpglaw.com

NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the

intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you

--
Sincerely,
Daniel S. March, Esq.
*dan@litigationpracticegroup.com*
LITIGATION PRACTICE GROUP
17542 E. 17th Street, Suite 100
Tustin, CA 92780
Tel: (949) 715.0644.  Fax: (949) 421 6861
Direct Line: (949) 451-2159. Direct Fax: (714) 665-4323

EXHIBIT 45, PAGE 102

# EXHIBIT 46

**From:**       Scott Eadie
**Sent:**       Thursday, March 23, 2023 1:12 PM
**To:**         Nicole Filtz; Vanessa Buchner; Carl Summer
**Cc:**         Dream Team Email Doc List
**Subject:**    Re: March 22 Mail Scans

I believe they're going to Dan's office and being dispersed from there.

Get Outlook for iOS

---

**From:** Nicole Filtz <nfiltz@lpglaw.com>
**Sent:** Thursday, March 23, 2023 1:08:58 PM
**To:** Scott Eadie <scott@lpglaw.com>; Vanessa Buchner <nessa@lpglaw.com>; Carl Summer <carl@lpglaw.com>
**Cc:** Dream Team Email Doc List <dreamteamemaildoclist@lpglaw.com>
**Subject:** RE: March 22 Mail Scans

I'll get started on that. Do we know where the mail is going now? I have a client that emailed me asking if we got the verification forms. I haven't seen them scanned over yet, but I'm also not sure where they're going to.

*Niki Filtz*
*Legal Administrative Assistant*
**The Litigation Practice Group PC**
**P.O. Box 513018**
**Los Angeles, CA 90051**
p: 949.715.0644
f:  949.315.4332
www.lpglaw.com



NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you

---

**From:** Scott Eadie <scott@lpglaw.com>
**Sent:** Thursday, March 23, 2023 12:34 PM
**To:** Vanessa Buchner <nessa@lpglaw.com>; Carl Summer <carl@lpglaw.com>
**Cc:** Dream Team Email Doc List <dreamteamemaildoclist@lpglaw.com>
**Subject:** Re: March 22 Mail Scans

I think in the meantime that you should request extensions of 2 to 4 weeks on all discovery matters that are not found in the system. Hopefully, by then, the new system will be up and running and be all inclusive.

Scott

EXHIBIT 46, PAGE 103

Get Outlook for iOS

---

**From:** Vanessa Buchner <nessa@lpglaw.com>
**Sent:** Wednesday, March 22, 2023 2:48:11 PM
**To:** Carl Summer <carl@lpglaw.com>
**Cc:** Dream Team Email Doc List <dreamteamemaildoclist@lpglaw.com>
**Subject:** FW: March 22 Mail Scans

---

**From:** Vanessa Buchner <nessa@lpglaw.com>
**Sent:** Wednesday, March 22, 2023 12:39 PM
**To:** Carl Summer <carl@lpglaw.com>
**Subject:** Re: March 22 Mail Scans

**Hello Carl,**

**Will you please save the scans from 3/20 - 3/22/23 to the CA One drive so that all members have access?**

**Thank you.**

**Vanessa Buchner**
**Paralegal**

**The Litigation Practice Group PC**
**P.O. Box 513018**
**Los Angeles, CA 90051**
p: 949.715.0644
www.lpglaw.com



NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you

---

**From:** Carl Summer <carl@lpglaw.com>
**Sent:** Wednesday, March 22, 2023 12:35 PM
**To:** Dream Team Email Doc List <dreamteamemaildoclist@lpglaw.com>
**Subject:** March 22 Mail Scans

Here are todays files uploaded to share as well

Carl M. Sumner

Paralegal

2

EXHIBIT 46, PAGE 104

The Litigation Practice Group PC

P.O. BOX 513018

Los Angeles, CA 90051

p: 949.715.0644

f:  949.415.7816

EXHIBIT 46, PAGE 105

# EXHIBIT 47

**From:**          Tony Diab <tony@coastprocessing.com>
**Sent:**          Sunday, April 30, 2023 11:10 PM
**To:**            dan@litigationpracticegroup.com
**Subject:**       Referral Agreements
**Attachments:**   Referral Agreement.pdf

Hi Dan -

Attached is the agreement for Oakstone referrals that was sent to Joon.  Let's discuss it in the morning before
our call with Joon.

Thanks!

EXHIBIT 47, PAGE 106





January 26, 2023

Oakstone Law Group PC
Attn: Scott Eadie
888 Prospect Street
Ste 200
La Jolla, CA 92037

   Re: Referral of Matters for Servicing

Dear Mr. Eadie –

I am writing in connection with our discussion related to the transfer of files for the purpose of servicing the same.  This correspondence is intended to document the agreement between the parties.  Effective on or after February 1, 2023, The Litigation Practice Group PC ("LPG") will transfer 15,585 clients to Oakstone Law Group PC ("OLG") for the purpose of servicing such files.  All client contracts provide LPG the right to transfer a file to another attorney or law firm to service such file, and LPG regularly transfers files for servicing and has done so since its inception.  This agreement is due in part to LPG's inability to efficiently service the number of clients it currently has and PECC Corp.'s exercise of its rights as to the portion of the receivable of these client files owned by PECC Corp.  PECC Corp., a creditor of LPG, owns a portion of the receivable of the 15,585 files contemplated by this transfer, and has requested the files representing its receivable be transferred for servicing due to concerns regarding LPG's viability.

After the completion of such transfer, OLG shall collect client payments and remit the sum of 20% of revenue collected to LPG as compensation to LPG; OLG shall retain the other 80% of revenue and shall bear all costs associated with the representation of clients.  This agreement shall remain in full force and effect until the conclusion of the representation of the clients.  The parties both agree that LPG's agreement with clients shall remain in effect, but that LPG will not terminate the right of OLG to service clients unless (a) OLG fails to provide LPG's clients with the services for which those clients contracted; (b) OLG should cease operations; (c) OLG fails to maintain an employed or affiliated attorney licensed to practice in ever jurisdiction in which a transferred  LPG client resides, or (d) OLG fails to remit to LPG the sum of 20% of revenue from files and fails to cure such default after notice and an opportunity to cure.

Regards,

Daniel S. March

EXHIBIT 47, PAGE 107

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **FIRST SUPPLEMENTAL DECLARATION OF ALEX RUBIN**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **April
11, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On ‿, I served the following persons and/or entities at the last known addresses
in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the
United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration
that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR – MAIL REDIRECTED TO TRUSTEE**
THE LITIGATION PRACTICE GROUP P.C.
~~17542 17TH ST, SUITE 100~~
~~TUSTIN, CA 92780-1981~~

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to
F.R.Civ.P. 5 and/or controlling LBR, on  **April 11, 2024**, I served the following persons and/or entities by personal
delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission
and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the
judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
411 WEST FOURTH STREET, SUITE 5130 /
COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 11, 2024 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

| | | |
|---|---|---|
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Bradford Barnhardt | bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive,alinares@ecf.courtdrive.com |
| **ATTORNEY FOR CREDITOR AFFIRMA, LLC and CREDITOR OXFORD KNOX, LLC** | Eric Bensamochan | eric@eblawfirm.us, G63723@notify.cincompass.com |
| **ATTORNEY FOR DEFENDANT LEUCADIA ENTERPRISES, INC.** | Michael Jay Berger | michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Peter W Bowie | peter.bowie@dinsmore.com, caron.burke@dinsmore.com |
| **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC** | Ronald K Brown | ron@rkbrownlaw.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Christopher Celentino | christopher.celentino@dinsmore.com, caron.burke@dinsmore.com |
| **INTERESTED PARTY COURTESY NEF** | Shawn M Christianson | cmcintire@buchalter.com, schristianson@buchalter.com |
| **INTERESTED PARTY COURTESY NEF** | Randall Baldwin Clark | rbc@randallbclark.com |
| **ATTORNEY FOR DEFENDANT LISA COHEN and DEFENDANT ROSA BIANCA LOLI:** | Leslie A Cohen | leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com |
| **INTERESTED PARTY COURTESY NEF** | Anthony Paul Diehl | anthony@apdlaw.net, Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net |
| **ATTORNEY FOR INTERESTED PARTY NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEYS and INTERESTED PARTY NATIONAL CONSUMER BANKRUPTCY RIGHTS CENTER** | Jenny L Doling | jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net |
| **ATTORNEY FOR CREDITOR CAROLYN BEECH** | Daniel A Edelman | dedelman@edcombs.com, courtecl@edcombs.com |
| **CREDITOR** | Meredith Fahn | fahn@sbcglobal.net |
| **ATTORNEY FOR CREDITOR VALIDATION PARTNERS LLC** | William P Fennell | william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com |
| **INTERESTED PARTY COURTESY NEF** | Alan W Forsley | alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com |
| **ATTORNEY FOR DEFENDANT CLEAR VISION LLC dba LIBERTY1 FINANCIAL** | Marc C Forsythe | mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Jeremy Freedman | jeremy.freedman@dinsmore.com, nicolette.murphy@dinsmore.com |
| **ATTORNEY FOR CREDITOR HERRET CREDIT** | Eric Gassman | erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Christopher Ghio | christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com |
|---|---|---|
| ATTORNEY FOR CREDITOR AMY GINSBURG; CREDITOR KENTON COBB; and CREDITOR SHANNON BELLFIELD | Amy Lynn Ginsburg | efilings@ginsburglawgroup.com |
| ATTORNEY FOR DEFENDANT STRIPE, INC | Eric D Goldberg | eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| ATTORNEY FOR CREDITOR AFFIRMA, LLC; CREDITOR ANAHEIM ARENA MANAGEMENT, LLC; CREDITOR ANAHEIM DUCKS HOCKEY CLUB, LLC; and CREDITOR OXFORD KNOX, LLC | Jeffrey I Golden | jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC | Richard H Golubow | rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| ATTORNEY FOR CREDITOR OPPORTUNITY FUND NORTHERN CALIFORNIA | Mark Good | mark@markgood.com |
| *AFFECTED PARTY ATTORNEY FOR CREDITOR UNITED PARTNERSHIPS, LLC* | *David M Goodrich* | *dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com* |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | D Edward Hays | ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| ATTORNEY FOR CREDITOR CITY CAPITAL NY | Alan Craig Hochheiser | ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com |
| ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC | Garrick A Hollander | ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| ATTORNEY FOR CREDITOR SHARP ELECTRONICS CORPORATION | Brian L Holman | b.holman@musickpeeler.com |
| INTERESTED PARTY COURTESY NEF | Richard L. Hyde | richard@amintalati.com |
| ATTORNEY FOR INTERESTED PARTY MERCHANTS CREDIT CORPORATION | Peter L Isola | pisola@hinshawlaw.com |
| ATTORNEY FOR CREDITOR, PLAINTIFF, and COUNTER-DEFENDANT OHP-CDR, LP and PLAINTIFF and COUNTER-DEFENDANT PURCHASECO 80, LLC | Razmig Izakelian | razmigizakelian@quinnemanuel.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Sara Johnston | sara.johnston@dinsmore.com |
| ATTORNEY FOR FIDELITY NATIONAL INFORMATION SERVICES, INC. DBA FIS | Sweeney Kelly | kelly@ksgklaw.com |
| ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP P.C. | Joon M Khang | joon@khanglaw.com |
| ATTORNEY FOR INTERESTED PARTY AD HOC CONSUMER CLAIMANTS COMMITTEE | Ira David Kharasch | sikharasch@pszjlaw.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

| ATTORNEY FOR DEFENDANT GALLANT LAW GROUP | Meredith King | mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law |
|---|---|---|
| ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS | Nicholas A Koffroth | nkoffroth@foxrothschild.com, khoang@foxrothschild.com |
| ATTORNEY FOR DEFENDANT MARICH BEIN, LLC | David S Kupetz | David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com |
| INTERESTED PARTY COURTESY NEF | Christopher J Langley | chris@slclawoffice.com, langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Kelli Ann Lee | Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com |
| ATTORNEY DEFENDANT OPTIMUMBANK HOLDINGS, INC | Matthew A Lesnick | matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com |
| ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, P.C.; DEFENDANT LGS HOLDCO, LLC; INTERESTED PARTY CONSUMER LEGAL GROUP, P.C.; and INTERESTED PARTY LIBERTY ACQUISITIONS GROUP INC | Daniel A Lev | daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| ATTORNEY FOR INTERESTED PARTY REVOLV3, INC. | Britteny Leyva | bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com |
| INTERESTED PARTY COURTESY NEF ADVERSARY PROCEEDING #: 8:23-AP-01148-SC | Marc A Lieberman | marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com |
| ATTORNEY FOR CREDITOR PHILLIP A GREENBLATT, PLLC | Michael D Lieberman | mlieberman@lipsonneilson.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Yosina M Lissebeck | Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com |
| ATTORNEY FOR CREDITOR FUNDURA CAPITAL GROUP | Mitchell B Ludwig | mbl@kpclegal.com, kad@kpclegal.com |
| INTERESTED PARTY AND ATTORNEY | Daniel S March | marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com |
| ***ATTORNEY FOR CREDITOR and DEFENDANT GREYSON LAW CENTER PC, CREDITOR and DEFENDANT HAN TRINH; and CREDITOR and DEFENDANT PHUONG (JAYDE) TRINH*** | *Kathleen P March* | *kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net* |
| ATTORNEY FOR CREDITOR DAVID ORR | Mark J Markus | bklawr@bklaw.com, markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com |
| CHAPTER 11 TRUSTEE | Richard A Marshack (TR) | pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Laila Masud | lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Sarah S. Mattingly | sarah.mattingly@dinsmore.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| INTERESTED PARTY COURTESY NEF | William McCormick | Bill.McCormick@ag.tn.gov |
|---|---|---|
| ATTORNEY FOR US TRUSTEE | Kenneth Misken | Kenneth.M.Misken@usdoj.gov |
| INTERESTED PARTY COURTESY NEF | Byron Z Moldo | bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com |
| ATTORNEY FOR CREDITOR ADP, INC | Glenn D. Moses | gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Jamie D Mottola | Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com |
| INTERESTED PARTY COURTESY NEF | Alan I Nahmias | anahmias@mbn.law, jdale@mbn.law |
| INTERESTED PARTY COURTESY NEF | Victoria Newmark | vnewmark@pszjlaw.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Jacob Newsum-Bothamley | jacob.bothamley@dinsmore.com, angelica.urena@dinsmore.com;deamira.romo@dinsmore.com |
| ATTORNEY FOR US TRUSTEE | Queenie K Ng | queenie.k.ng@usdoj.gov |
| CREDITOR | Israel Orozco | israel@iolawcorp.com |
| ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS | Keith C Owens | kowens@foxrothschild.com, khoang@foxrothschild.com |
| ATTORNEY FOR DEFENDANT OPTIMUMBANK HOLDINGS, INC. | Lisa Patel | lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com |
| ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC | Michael R Pinkston | rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com |
| ATTORNEY FOR DEFENDANT SCOTT JAMES EADIE | Douglas A Plazak | dplazak@rhlaw.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Tyler Powell | tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;rosetta.mitchell@dinsmore.com |
| ATTORNEY FOR DEFENDANT TOUZI CAPITAL, LLC and DEFENDANT ENG TAING | Daniel H Reiss | dhr@lnbyg.com, dhr@ecf.inforuptcy.com |
| ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, PC | Ronald N Richards | ron@ronaldrichards.com, 7206828420@filings.docketbird.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Vanessa Rodriguez | vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com |
| ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC | Kevin Alan Rogers | krogers@wellsmar.com |
| ATTORNEY FOR CREDITOR MARI AGAPE | Gregory M Salvato | gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| ATTORNEY FOR CREDITOR AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC | Olivia Scott | olivia.scott3@bclplaw.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Jonathan Serrano | jonathan.serrano@dinsmore.com |
| ATTORNEY FOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC | Maureen J Shanahan | Mstotaro@aol.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

| ATTORNEY FOR CREDITORS UNITED PARTNERSHIPS, LLC and MNS FUNDING LLC | Paul R Shankman | PShankman@fortislaw.com, info@fortislaw.com |
|---|---|---|
| ATTORNEY FOR INTERESTED PARTY MORNING LAW GROUP, PC | Zev Shechtman | Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com |
| ATTORNEY FOR US TRUSTEE | Leslie Skorheim | leslie.skorheim@usdoj.gov |
| ATTORNEY FOR CREDITOR PIONEER FUNDING GROUP, LLC | Adam D Stein-Sapir | info@pfllc.com |
| ATTORNEY FOR DEFENDANT BANKUNITED, N.A. | Howard Steinberg | steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com |
| ATTORNEY FOR CREDITOR ALTERYX, INC. | Andrew Still | astill@swlaw.com, kcollins@swlaw.com |
| ATTORNEY FOR CREDITOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC and INTERESTED PARTY RANDALL BALDWIN CLARK | Michael R Totaro | Ocbkatty@aol.com |
| US TRUSTEE | United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| ATTORNEY FOR WITNESS BRADFORD LEE 8:23-ap-01046-SC | William J Wall | wwall@wall-law.com |
| ATTORNEY FOR CREDITOR and DEFENDANT AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC | Sharon Z. Weiss | sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com |
| ATTORNEY FOR CREDITOR DEBT RELIEF GROUP, LLC | Johnny White | JWhite@wrslawyers.com, jlee@wrslawyers.com |
| CLAIM AGENT FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Reina Zepeda | rzepeda@omniagnt.com |

4870-1429-8550

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.