D. EDWARD HAYS, #162507
ehays@marshackhays.com
ALINA MAMLYUK, #284154
amamlyuk@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee,
RICHARD A. MARSHACK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No: 8-23-bk-10571-SC<br><br>Chapter 11<br><br>OMNIBUS STIPULATION TO MODIFY BRIEFING SCHEDULE AND TO CONTINUE HEARING ON MOTIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIMS FILED BY:<br>(1) WELLS MARBLE AND HURST, PLLC [DK. NO. 679];<br>(2) DAVID ORR [DK. NO. 697];<br>(3) R. REED PRUYN [DK. NO. 698];<br>(4) PETER SCHNEIDER [DK. NO. 702];<br>(5) AMY GINSBURG, KENTON COBB AND SHANNON BELLFIELD [DK. NO. 706]<br>(6) RANDALL BALDWIN CLARK [DK. NO. 717]; AND<br>(7) ISRAEL OROZCO [DK. NO. 862]<br><br>Current Hearing and Response Dates<br>Hearing Date: April 25, 2024<br>Time:  11:00 a.m.<br>Ctrm:  5C<br><br>Proposed Hearing and Response Dates<br>**Hearing Date: May 23, 2024**<br>Time:  11:00 a.m.<br>Ctrm:  5C<br>Location:  411 West Fourth Street<br>           Santa Ana, CA 92701 |

1

STIPULATION TO MODIFY BRIEFING SCHEDULE RE: SEVEN ADMINISTRATIVE CLAIMS [DK. NO. 679, 697, 698, 702, 706, 717, 862]

4896-0560-4276,v.2

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE,

THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

This Stipulation ("Stipulation") is entered into by and between Richard A. Marshack, in his

capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of The Litigation

Practice Group P.C. ("LPG" / "Debtor"), and (1) Wells Marble and Hurst, LLP ("WMH"), (2) David

Orr, Esq. ("Orr"), (3) R. Reed Pruyn ("Pruyn"), (4) Peter Schneider ("Schneider"), (5) Amy

Ginsburg, Kenton Cobb and Shannon Bellfield ("Ginsburg"), (6) Randall Baldwin Clark ("Clark"),

(7) Israel Orozco ("Orozco") (collectively "Attorney Claimants" and together with Trustee,

"Parties") with regard to the following:

**RECITALS**

A.      On March 20, 2023 ("Petition Date"), the Debtor filed a voluntary petition under

Chapter 11 of Title 11 of the United States Code, initiating bankruptcy Case No. 8:23-bk-10571-SC

in the United States Bankruptcy Court for the Central District of California, Santa Ana Division.

B.      On May 8, 2023, Richard A. Marshack was appointed as the Chapter 11 Trustee of

the Estate. Docket No. 65.

C.      On November 20, 2023, WMH filed a Motion for Allowance of Administrative Claim

Pursuant to 11 U.S.C. 503, asserting an administrative claim in the amount of $67,786.14. Docket

No. 679.

D.      On November 21, 2023, Orr filed a Motion and Notice of Motion for Allowance of

Administrative Claim Under 11 U.S.C. 503(b)(1), asserting an administrative claim in the amount of

$32,068.45. Docket No. 697.

E.      On November 21, 2023, Pruyn filed a Verified Motion of R. Reed Pruyn For

Administrative Expense, asserting an administrative claim in an unidentified amount. Docket No.

698.

F.      On November 21, 2023, Schneider filed a Notice and Motion of Peter Schneider For

Payment Of His Administrative Claims, Pursuant To 11 U.S.C. Section 503(b)(1)(A)(i), asserting an

administrative claim in the amount of $67,252.77. Docket No. 702.

G.      On November 21, 2023, Ginsburg filed a Motion for Allowance of Administrative Claim Pursuant To 11 U.S.C. §503 on behalf of herself as claimant, as well as on behalf of Kenton Cobb and Shannon Bellfield in representative capacity as their attorney, asserting an administrative claim in the amount of $31.538.46 for Ginsburg, $4,000.00 for Bellfield and $37,481.15 for Cobb. Docket No. 706.

H.      On November 22, 2023, Clark filed a Motion for Allowance of Administrative Claim [corrected filing for Docket 707][1], asserting an administrative claim in the amount of $45,741.26. Docket No. 717.

I.      On January 5, 2024, Trustee filed a Motion to Continue Hearing on the motions for allowance of administrative expense claims. Docket No. 816.

J.      On January 8, 2024, the Court entered an Order granting the Trustee's Motion to Continue Hearing, continuing the initial hearings on all matters to February 29, 2024, and treating those hearings as status conferences. Docket No. 818.

K.      On January 20, 2023, Orozco filed a Motion to File Claim After Claims Bar Date, asserting an administrative claim in the amount of $58,158.84. Docket No. 862.

L.      On February 15, 2024, Trustee filed an Omnibus Unilateral Report Regarding Status of Motions for Allowance of Administrative Expense Claim Under 11 U.S.C. Section 503(b). Docket No. 940.

M.      On March 6, 2024, the Court entered a Scheduling Order, setting April 11, 2024, as the deadline for Trustee to respond to any of the motions for allowance of administrative expense claims for a specific group of claimants, including Attorney Claimants. Docket No. 986.

N.      Attorney Claimants, per their respective motions, are similarly situated in that they are all attorneys[2] who worked either as an employee of the Debtor or contracted with the Debtor prior to Petition Date.[3]

---

[1] On November 21, 2023, Clark filed a Motion for Allowance and Payment of Administrative Fees. Docket No. 707.
[2] Bellfield is a paralegal for Attorney Ginsburg.
[3] One Attorney Claimant who is not included in this stipulation is Melissa Wilkes ("Wilkes") (Docket No. 695, later amended by Docket No. 727). Trustee investigated Wilkes' claim and stipulated with Wilkes that, considering a relatively small number of Debtor's client files, further

1    O.    Trustee has been diligently investigating and verifying Attorney Claimants' claims,

2    communicating with each to determine quantifiable benefit to the estate provided by Attorney

3    Claimants in the post-petition period.

4    P.    Based on evidence provided to Trustee in the course of investigation, Trustee believes

5    that a meaningful compensation formula can be determined that can then be applied to similarly

6    situated Attorney Claimants.

7    Q.    The Parties have agreed that a short continuance will allow the Parties to engage in

8    further meaningful settlement discussions.

9    R.    Because the current Motion hearing, as scheduled, would not permit the foregoing

10   settlement discussions to occur, the Parties agreed to modify the existing briefing schedule and to

11   continue the hearing.

12   The Parties STIPULATE as follows:

13   1.    The hearing on the Attorney Claimants' Motions be continued from April 11, 2024, at

14   11:00 a.m., to May 23, 2024, at 11:00 a.m.;

15   2.    The deadline for Trustee to file a response to the Motions shall be extended from

16   April 11, 2024, through and including May 2, 2024;

17   3.    The deadline for Attorney Claimants to file a reply to Trustee's response to the

18   Motions shall be extended from April 18, 2024, through and including May 9, 2024; and

19   4.    This Stipulation may be executed in one or more counterparts, and facsimile or

20   electronic signatures may be used in filing this document with the Court.

21

22   DATED: April 10, 2024                    MARSHACK HAYS WOOD LLP

23

24                                           By: /s/ D. Edward Hays
                                                 _____
25                                               D. EDWARD HAYS
                                                 ALINA MAMLYUK
26                                               Attorneys for Chapter 11 Trustee,
                                                 RICHARD A. MARSHACK
27
     _____
28   briefing and hearing are unnecessary; stipulation will be filed before April 11, 2024.

4

1

DATED: April 12, 2024

WELLS MARBLE AND HURST, PLLC

2

3

By:_____

KEVIN A ROGERS

Attorneys for Wells Marble and Hurst, PLLC

4

5

DATED: April ___, 2024

LAW OFFICE OF MARK J. MARKUS

6

7

8

By:_____

MARK J. MARKUS

Attorneys for DAVID ORR

9

10

DATED: April ___, 2024

By:_____

R. REED PRUYN

11

12

13

DATED: April ___, 2024

By:_____

PETER SCHNEIDER

14

15

DATED: April ___, 2024

GINSBURG LAW GROUP, P.C.

16

17

By:_____

AMY GINSBURG

Attorneys for AMY L. GINSBURG, SHANNON
BELLFIED and KENTON COBB

18

19

20

DATED: April ___, 2024

21

By:_____

ISRAEL OROZCO

22

23

DATED: April ___, 2024

TOTARO & SHANAHAN.

24

25

By:_____

MAUREEN J. SHANAHAN

Attorneys for RANDALL BALDWIN CLARK

26

27

4878-0399-0454, v. 1

28

STIPULATION TO MODIFY BRIEFING SCHEDULE RE: SEVEN ADMINISTRATIVE CLAIMS [DK. NO. 679,
697, 698, 702, 706, 717, 862]

4896-0560-4276.v.2

DATED: April __, 2024                WELLS MARBLE AND HURST, PLLC


                                     By:_____
                                          KEVIN A ROGERS
                                          Attorneys for Wells Marble and Hurst, PLLC


DATED: April 10, 2024                LAW OFFICE OF MARK J. MARKUS


                                     By:_____
                                          MARK J. MARKUS
                                          Attorneys for DAVID ORR


DATED: April __, 2024                By:_____
                                          R. REED PRUYN


DATED: April __, 2024                By:_____
                                          PETER SCHNEIDER


DATED: April __, 2024                GINSBURG LAW GROUP, P.C.


                                     By:_____
                                          AMY GINSBURG
                                          Attorneys for AMY L. GINSBURG, SHANNON
                                          BELLFIED and KENTON COBB


DATED: April __, 2024

                                     By:_____
                                          ISRAEL OROZCO


DATED: April __, 2024                TOTARO & SHANAHAN.


                                     By:_____
                                          MAUREEN J. SHANAHAN
                                          Attorneys for RANDALL BALDWIN CLARK

4878-0399-0454, v. 1

5

1    DATED: April __, 2024                 WELLS MARBLE AND HURST, PLLC

2

3                                          By:_____
                                              KEVIN A ROGERS
4                                             Attorneys for Wells Marble and Hurst, PLLC

5    DATED: April __, 2024                 LAW OFFICE OF MARK J. MARKUS
6

7                                          By:_____
8                                             MARK J. MARKUS
                                              Attorneys for DAVID ORR
9

10   DATED: April 10th, 2024              By:_____
11                                            R. REED PRUYN

12

13   DATED: April __, 2024                 By:_____
14                                            PETER SCHNEIDER

15   DATED: April __, 2024                 GINSBURG LAW GROUP, P.C.

16

17                                         By:_____
                                              AMY GINSBURG
18                                            Attorneys for AMY L. GINSBURG, SHANNON
                                              BELLFIED and KENTON COBB
19

20   DATED: April __, 2024

21                                         By:_____
                                              ISRAEL OROZCO
22

23
     DATED: April __, 2024                 TOTARO & SHANAHAN.
24

25                                         By:_____
                                              MAUREEN J. SHANAHAN
26                                            Attorneys for RANDALL BALDWIN CLARK

27   4878-0399-0454, v. 1

28
                                              5

DATED: April __, 2024          WELLS MARBLE AND HURST, PLLC

By:_____
    KEVIN A ROGERS
    Attorneys for Wells Marble and Hurst, PLLC

DATED: April __, 2024          LAW OFFICE OF MARK J. MARKUS

By:_____
    MARK J. MARKUS
    Attorneys for DAVID ORR

DATED: April __, 2024          By:_____
    R. REED PRUYN

DATED: April 10, 2024          By:_____
    PETER SCHNEIDER

DATED: April __, 2024          GINSBURG LAW GROUP, P.C.

By:_____
    AMY GINSBURG
    Attorneys for AMY L. GINSBURG, SHANNON
    BELLFIED and KENTON COBB

DATED: April __, 2024          By:_____
    ISRAEL OROZCO

DATED: April __, 2024          TOTARO & SHANAHAN.

By:_____
    MAUREEN J. SHANAHAN
    Attorneys for RANDALL BALDWIN CLARK

4878-0399-0454, v. 1

5

4896-0560-4276,v.2

DATED: April __, 2024                    WELLS MARBLE AND HURST, PLLC


                                         By:_____
                                             KEVIN A ROGERS
                                             Attorneys for Wells Marble and Hurst, PLLC


DATED: April __, 2024                    LAW OFFICE OF MARK J. MARKUS


                                         By:_____
                                             MARK J. MARKUS
                                             Attorneys for DAVID ORR


DATED: April __, 2024                    By:_____
                                             R. REED PRUYN


DATED: April __, 2024                    By:_____
                                             PETER SCHNEIDER


DATED: April 11, 2024                    GINSBURG LAW GROUP, P.C.


                                         By:_____
                                             AMY GINSBURG
                                             Attorneys for AMY L. GINSBURG, SHANNON
                                             BELLIFIED and KENTON COBB


DATED: April __, 2024

                                         By:_____
                                             ISRAEL OROZCO


DATED: April __, 2024                    TOTARO & SHANAHAN.


                                         By:_____
                                             MAUREEN J. SHANAHAN
                                             Attorneys for RANDALL BALDWIN CLARK

4878-0399-0454, v. 1

STIPULATION TO MODIFY BRIEFING SCHEDULE RE: SEVEN ADMINISTRATIVE CLAIMS [DK. NO. 679, 697, 698, 702, 706, 717, 862]

4896-0560-4276,v.2

1    DATED: April __, 2024                    WELLS MARBLE AND HURST, PLLC

2

3                                              By:_____
                                                    KEVIN A ROGERS
4                                                   Attorneys for Wells Marble and Hurst, PLLC

5
     DATED: April __, 2024                     LAW OFFICE OF MARK J. MARKUS
6

7

8                                              By:_____
                                                    MARK J. MARKUS
9                                                   Attorneys for DAVID ORR

10
     DATED: April __, 2024                     By:_____
11                                                  R. REED PRUYN

12

13   DATED: April __, 2024                     By:_____
                                                    PETER SCHNEIDER
14

15   DATED: April __, 2024                     GINSBURG LAW GROUP, P.C.

16

17                                             By:_____
                                                    AMY GINSBURG
18                                                  Attorneys for AMY L. GINSBURG, SHANNON
                                                    BELLFIED and KENTON COBB
19

20   DATED: April 10, 2024

21                                             By:_____
                                                    ISRAEL OROZCO
22

23
     DATED: April __, 2024                     TOTARO & SHANAHAN.
24

25                                             By:_____
                                                    MAUREEN J. SHANAHAN
26                                                  Attorneys for RANDALL BALDWIN CLARK

27
     4878-0399-0454, v. 1
28
                                              5
4896-0560-4276,v.2

DATED: April ___, 2024                WELLS MARBLE AND HURST, PLLC


                                      By:_____
                                          KEVIN A ROGERS
                                          Attorneys for Wells Marble and Hurst, PLLC


DATED: April ___, 2024                LAW OFFICE OF MARK J. MARKUS


                                      By:_____
                                          MARK J. MARKUS
                                          Attorneys for DAVID ORR


DATED: April ___, 2024                By:_____
                                          R. REED PRUYN


DATED: April ___, 2024                By:_____
                                          PETER SCHNEIDER


DATED: April ___, 2024                GINSBURG LAW GROUP, P.C.


                                      By:_____
                                          AMY GINSBURG
                                          Attorneys for AMY L. GINSBURG, SHANNON
                                          BELLFIED and KENTON COBB


DATED: April ___, 2024                By:_____
                                          ISRAEL OROZCO


DATED: April ___, 2024                TOTARO & SHANAHAN.

                                      By:_____
                                          MAUREEN J. SHANAHAN
                                          Attorneys for RANDALL BALDWIN CLARK

4878-0399-0454, v. 1

STIPULATION TO MODIFY BRIEFING SCHEDULE RE: SEVEN ADMINISTRATIVE CLAIMS [DK. NO. 679,
697, 698, 702, 706, 717, 862]

4806-0560-4376 v 2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **OMNIBUS STIPULATION TO MODIFY BRIEFING SCHEDULE AND TO CONTINUE HEARING ON MOTIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIMS FILED BY: (1) WELLS MARBLE AND HURST, PLLC [DK. NO. 679]; (2) DAVID ORR [DK. NO. 697]; (3) R. REED PRUYN [DK. NO. 698]; (4) PETER SCHNEIDER [DK. NO. 702]; (5) AMY GINSBURG, KENTON COBB AND SHANNON BELLFIELD [DK. NO. 706] (6) RANDALL BALDWIN CLARK [DK. NO. 717]; AND (7) ISRAEL OROZCO [DK. NO. 862]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 11, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR – MAIL REDIRECTED TO TRUSTEE**
THE LITIGATION PRACTICE GROUP P.C.
~~17542 17TH ST, SUITE 100~~
~~TUSTIN, CA 92780-1981~~

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  **April 11, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
411 WEST FOURTH STREET, SUITE 5130
SANTA ANA, CA 92701-4593

Via Email: Robert Reed Pruyn – rrpglaw.@gmail.com
Peter Schneider – pmcs79@gmail.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 11, 2024 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

| | | |
|---|---|---|
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Bradford Barnhardt | bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com |
| **ATTORNEY FOR CREDITOR AFFIRMA, LLC and CREDITOR OXFORD KNOX, LLC** | Eric Bensamochan | eric@eblawfirm.us, G63723@notify.cincompass.com |
| **ATTORNEY FOR DEFENDANT LEUCADIA ENTERPRISES, INC.** | Michael Jay Berger | michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Peter W Bowie | peter.bowie@dinsmore.com, caron.burke@dinsmore.com |
| **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC** | Ronald K Brown | ron@rkbrownlaw.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Christopher Celentino | christopher.celentino@dinsmore.com, caron.burke@dinsmore.com |
| **INTERESTED PARTY COURTESY NEF** | Shawn M Christianson | cmcintire@buchalter.com, schristianson@buchalter.com |
| **INTERESTED PARTY COURTESY NEF** | Randall Baldwin Clark | rbc@randallbclark.com |
| **ATTORNEY FOR DEFENDANT LISA COHEN and DEFENDANT ROSA BIANCA LOLI:** | Leslie A Cohen | leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com |
| **INTERESTED PARTY COURTESY NEF** | Anthony Paul Diehl | anthony@apdlaw.net, Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net |
| **ATTORNEY FOR INTERESTED PARTY NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEYS and INTERESTED PARTY NATIONAL CONSUMER BANKRUPTCY RIGHTS CENTER** | Jenny L Doling | jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net |
| **ATTORNEY FOR CREDITOR CAROLYN BEECH** | Daniel A Edelman | dedelman@edcombs.com, courtecl@edcombs.com |
| **CREDITOR** | Meredith Fahn | fahn@sbcglobal.net |
| **ATTORNEY FOR CREDITOR VALIDATION PARTNERS LLC** | William P Fennell | william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com |
| **INTERESTED PARTY COURTESY NEF** | Alan W Forsley | alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com |
| **ATTORNEY FOR DEFENDANT CLEAR VISION LLC dba LIBERTY1 FINANCIAL** | Marc C Forsythe | mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Jeremy Freedman | jeremy.freedman@dinsmore.com, nicolette.murphy@dinsmore.com |
| **ATTORNEY FOR CREDITOR HERRET CREDIT** | Eric Gassman | erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Christopher Ghio | christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com |
| **ATTORNEY FOR CREDITOR AMY GINSBURG; CREDITOR KENTON COBB; and CREDITOR SHANNON BELLFIELD** | Amy Lynn Ginsburg | efilings@ginsburglawgroup.com |
| **ATTORNEY FOR DEFENDANT STRIPE, INC** | Eric D Goldberg | eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| **ATTORNEY FOR CREDITOR AFFIRMA, LLC; CREDITOR ANAHEIM ARENA MANAGEMENT, LLC; CREDITOR ANAHEIM DUCKS HOCKEY CLUB, LLC; and CREDITOR OXFORD KNOX, LLC** | Jeffrey I Golden | jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC** | Richard H Golubow | rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| **ATTORNEY FOR CREDITOR OPPORTUNITY FUND NORTHERN CALIFORNIA** | Mark Good | mark@markgood.com |
| ***AFFECTED PARTY ATTORNEY FOR CREDITOR UNITED PARTNERSHIPS, LLC*** | ***David M Goodrich*** | *dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com* |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | D Edward Hays | ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| **ATTORNEY FOR CREDITOR CITY CAPITAL NY** | Alan Craig Hochheiser | ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com |
| **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC** | Garrick A Hollander | ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| **ATTORNEY FOR CREDITOR SHARP ELECTRONICS CORPORATION** | Brian L Holman | b.holman@musickpeeler.com |
| **INTERESTED PARTY COURTESY NEF** | Richard L. Hyde | richard@amintalati.com |
| **ATTORNEY FOR INTERESTED PARTY MERCHANTS CREDIT CORPORATION** | Peter L Isola | pisola@hinshawlaw.com |
| **ATTORNEY FOR CREDITOR, PLAINTIFF, and COUNTER-DEFENDANT OHP-CDR, LP and PLAINTIFF and COUNTER-DEFENDANT PURCHASECO 80, LLC** | Razmig Izakelian | razmigizakelian@quinnemanuel.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Sara Johnston | sara.johnston@dinsmore.com |
| **ATTORNEY FOR FIDELITY NATIONAL INFORMATION SERVICES, INC. DBA FIS** | Sweeney Kelly | kelly@ksgklaw.com |
| **ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP P.C.** | Joon M Khang | joon@khanglaw.com |
| **ATTORNEY FOR INTERESTED PARTY AD HOC CONSUMER CLAIMANTS COMMITTEE** | Ira David Kharasch | sikharasch@pszjlaw.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

| ATTORNEY FOR DEFENDANT GALLANT LAW GROUP | Meredith King | mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law |
|---|---|---|
| ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS | Nicholas A Koffroth | nkoffroth@foxrothschild.com, khoang@foxrothschild.com |
| ATTORNEY FOR DEFENDANT MARICH BEIN, LLC | David S Kupetz | David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com |
| INTERESTED PARTY COURTESY NEF | Christopher J Langley | chris@slclawoffice.com, langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Kelli Ann Lee | Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com |
| ATTORNEY DEFENDANT OPTIMUMBANK HOLDINGS, INC | Matthew A Lesnick | matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com |
| ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, P.C.; DEFENDANT LGS HOLDCO, LLC; INTERESTED PARTY CONSUMER LEGAL GROUP, P.C.; and INTERESTED PARTY LIBERTY ACQUISITIONS GROUP INC | Daniel A Lev | daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| ATTORNEY FOR INTERESTED PARTY REVOLV3, INC. | Britteny Leyva | bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com |
| INTERESTED PARTY COURTESY NEF ADVERSARY PROCEEDING #: 8:23-AP-01148-SC | Marc A Lieberman | marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com |
| ATTORNEY FOR CREDITOR PHILLIP A GREENBLATT, PLLC | Michael D Lieberman | mlieberman@lipsonneilson.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Yosina M Lissebeck | Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com |
| ATTORNEY FOR CREDITOR FUNDURA CAPITAL GROUP | Mitchell B Ludwig | mbl@kpclegal.com, kad@kpclegal.com |
| INTERESTED PARTY AND ATTORNEY | Daniel S March | marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com |
| ATTORNEY FOR CREDITOR and DEFENDANT GREYSON LAW CENTER PC, CREDITOR and DEFENDANT HAN TRINH; and CREDITOR and DEFENDANT PHUONG (JAYDE) TRINH | Kathleen P March | kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| ATTORNEY FOR CREDITOR DAVID ORR | Mark J Markus | bklawr@bklaw.com, markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com |
| CHAPTER 11 TRUSTEE | Richard A Marshack (TR) | pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Laila Masud | lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Sarah S. Mattingly | sarah.mattingly@dinsmore.com |
| INTERESTED PARTY COURTESY NEF | William McCormick | Bill.McCormick@ag.tn.gov |
| ATTORNEY FOR US TRUSTEE | Kenneth Misken | Kenneth.M.Misken@usdoj.gov |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

| INTERESTED PARTY COURTESY NEF | Byron Z Moldo | bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com |
|---|---|---|
| ATTORNEY FOR CREDITOR ADP, INC | Glenn D. Moses | gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jad elgado@venable.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Jamie D Mottola | Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com |
| INTERESTED PARTY COURTESY NEF | Alan I Nahmias | anahmias@mbn.law, jdale@mbn.law |
| INTERESTED PARTY COURTESY NEF | Victoria Newmark | vnewmark@pszjlaw.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Jacob Newsum-Bothamley | jacob.bothamley@dinsmore.com, angelica.urena@dinsmore.com;deamira.romo@dinsmore.com |
| ATTORNEY FOR US TRUSTEE | Queenie K Ng | queenie.k.ng@usdoj.gov |
| CREDITOR | Israel Orozco | israel@iolawcorp.com |
| ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS | Keith C Owens | kowens@foxrothschild.com, khoang@foxrothschild.com |
| ATTORNEY FOR DEFENDANT OPTIMUMBANK HOLDINGS, INC. | Lisa Patel | lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com |
| ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC | Michael R Pinkston | rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com |
| ATTORNEY FOR DEFENDANT SCOTT JAMES EADIE | Douglas A Plazak | dplazak@rhlaw.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Tyler Powell | tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;rosetta.mitchell@dinsmore.com |
| ATTORNEY FOR DEFENDANT TOUZI CAPITAL, LLC and DEFENDANT ENG TAING | Daniel H Reiss | dhr@lnbyg.com, dhr@ecf.inforuptcy.com |
| ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, PC | Ronald N Richards | ron@ronaldrichards.com, 7206828420@filings.docketbird.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Vanessa Rodriguez | vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com |
| ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC | Kevin Alan Rogers | krogers@wellsmar.com |
| ATTORNEY FOR CREDITOR MARI AGAPE | Gregory M Salvato | gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| ATTORNEY FOR CREDITOR AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC | Olivia Scott | olivia.scott3@bclplaw.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Jonathan Serrano | jonathan.serrano@dinsmore.com |
| ATTORNEY FOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC | Maureen J Shanahan | Mstotaro@aol.com |
| ATTORNEY FOR CREDITORS UNITED PARTNERSHIPS, LLC and MNS FUNDING LLC | Paul R Shankman | PShankman@fortislaw.com, info@fortislaw.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

| ATTORNEY FOR INTERESTED PARTY MORNING LAW GROUP, PC | Zev Shechtman | Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com |
|---|---|---|
| ATTORNEY FOR US TRUSTEE | Leslie Skorheim | leslie.skorheim@usdoj.gov |
| ATTORNEY FOR CREDITOR PIONEER FUNDING GROUP, LLC | Adam D Stein-Sapir | info@pfllc.com |
| ATTORNEY FOR DEFENDANT BANKUNITED, N.A. | Howard Steinberg | steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com |
| ATTORNEY FOR CREDITOR ALTERYX, INC. | Andrew Still | astill@swlaw.com, kcollins@swlaw.com |
| ATTORNEY FOR CREDITOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC and INTERESTED PARTY RANDALL BALDWIN CLARK | Michael R Totaro | Ocbkatty@aol.com |
| US TRUSTEE | United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| ATTORNEY FOR WITNESS BRADFORD LEE 8:23-ap-01046-SC | William J Wall | wwall@wall-law.com |
| ATTORNEY FOR CREDITOR and DEFENDANT AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC | Sharon Z. Weiss | sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com |
| ATTORNEY FOR CREDITOR DEBT RELIEF GROUP, LLC | Johnny White | JWhite@wrslawyers.com, jlee@wrslawyers.com |
| CLAIM AGENT FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Reina Zepeda | rzepeda@omniagnt.com |

4882-0143-4036

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**