**FILED & ENTERED**

**APR 18 2024**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** bolte **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.<br><br><br><br>Debtor(s). | Case No.: 8:23-bk-10571-SC<br><br>CHAPTER 11<br><br>**ORDER REQUIRING PHYSICAL APPEARANCES FOR HEARING ON MOTION OF JUDITH SKIBA'S ALLOWANCE OF ADMINISTRATIVE CLAIM [Dk. 645]**<br><br>Date:        April 22, 2024<br>Time:       9:30 AM<br>Courtroom: 5C |

    On November 8, 2023, Judith Skiba ("Claimant") filed a Motion of Judith Skiba's Allowance of Administrative Claim and Order for Relief ("Motion") [Dk. 645]. A hearing on the Motion was set for April 11, 2024, at 11:00 a.m. and the Court issued a tentative ruling which required physical appearances by all parties, including Claimant, in Courtroom 5C. On April 10, 2024, Claimant filed a pleading "Requesting Zoom Hearing For Tomorrow April 11, 2024 Hearing" ("Zoom Request") [Dk. 1094]. In the Zoom Request, Claimant states she could not get any flights out of Mississippi to make be

present at the April 11, 2024 hearing. The Court, having considered the Zoom Request, continued the April 11, 2024 hearing to April 22, 2024 at 9:30 a.m., telephonically notified Claimant of the continued hearing and also posted a revised tentative which advised all parties of the continuance and that personal appearances would be required at the continued hearing on April 22, 2024.

Accordingly, this matter was continued from April 11, 2024, at 11:00 a.m. to April 22, 2024, at 9:30 a.m. Personal appearances by all parties, including Claimant, are required at the continued hearing.

**IT IS SO ORDERED**.

Date: April 18, 2024

Scott C. Clarkson
United States Bankruptcy Judge

-2-

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER REQUIRING PHYSICAL APPEARANCES FOR HEARING ON MOTION OF JUDITH SKIBA'S ALLOWANCE OF ADMINISTRATIVE CLAIM [Dk. 645]** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA U.S. MAIL AND EMAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) and by email at the address(es) indicated below:

Judith Skiba
P.O. Box 1016
Pascagoula, MS 39568

Judith Skiba
skibajudith@yahoo.com
(228) 369-2070