Kathleen P. March, Esq., (CA SBN 80366)
**THE BANKRUPTCY LAW FIRM, PC**
10524 W. Pico Blvd, Suite 212, LA, CA 90064
Phone: 310-559-9224; Fax: 310-559-9133
Email: kmarch@BKYLAWFIRM.com
*Counsel of Record for Han Trinh on Motion*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

| | |
|---|---|
| In re | Bankruptcy Case No. 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP, P.C., | Chapter 11 |
| | **REPLY** OF *HAN TRINH* (*"HAN"*), TO TRUSTEE MARSHACK'S OPPOSITION TO HAN'S MOTION [DKT.674] FOR ALLOWANCE AND PAYMENT OF |
| Debtor. | **ADMINISTRATIVE CLAIM PER 11 U.S.C. §503(b)(1)(A);** |
| | **REPLY DECLARATION OF HAN TRINH;** |
| | **DECLARATION OF TONY DIAB SIGNED 4/14/24;** |
| | **DECLARATIONS OF MORGAN LEE, BRENDA MENDEZ, LINDA PREY, MARIA THACH, RAMONA MONTIERO, ANA GURROLA, MICHAEL VU, HALEY SIMMONEAU, ESQ., COLLIN O. DONNER, ESQ., GEORGE CHAMBERLAIN, ESQ., PETER OSTERMAN, ESQ., DENISE MIKRUT, ESQ., DAVID ORR, ESQ., ISRAEL OROZCO, ESQ., AND KATHLEEN P. MARCH, ESQ.** |
| | Hearing on Greyson's [dkt.290] Motion for allowance and payment of administrative claim is set for: Date: April 25, 2024 Time: 11:00 a.m. Place: Courtroom of Bankruptcy Judge Scott Clarkson, by Zoom or in person at: |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

411 West Fourth Street, Courtroom 5C
Santa Ana, CA 92701-4593

Han Trinh ("Han") makes Han's herein REPLY to Trustee's [dkt.1104]

Opposition ("OPP") filed 4/11/24, opposing Han's [dkt.674] Motion for Allowance

and Payment of Administrative Claim.  Han's herein REPLY consists of the REPLY

Memorandum of Points & Authorities, Han Trinh Reply Decl, and Declarations of

Jayde Trinh, Tony Diab, Morgan Lee, Brenda Mendez, Linda Prey, Maria Thach,

Ramona ("Mona") Montiero, Ana Gurrola, Michael Vu, Haley Simmoneau, Esq.,

George Chamberlain, Esq., Collin O. Donner, Esq., Peter Osterman, Esq., Denise

Mikrut, Esq., David Orr, Esq., Israel Orozco, Esq., and Kathleen P. March, Esq.

Dated: April 18, 2024                    THE BANKRUPTCY LAW FIRM, PC

                                         __/s/ Kathleen P. March_____
                                         By: Kathleen P. March, Esq
                                         *Attorneys for Han Trinh on her Motion/*
                                         *Reply*

## TABLE OF CONTENTS

I.    OPP [Dkt.1103] is Based on the <u>Utterly False</u> Allegation that "There Was Simply No More Work at LPG"..........................................................................1

II.   Han (and Jayde) Had More Work to Do—Not Less—From 3/20/23 to 6/2/23............................................................................................................1

III.  The Declarations of Morgan Lee, Brenda Mendez, Linda Prey, Maria Thach, Ramona Montiero, Ana Gurrola, and Michael Vu Hereto, Confirm They Worked with Han and Jayde from 3/20/23 to 6/2/23 and There Was Increased Volume of Communications...................................................................2

IV.   The Paychex System (LPG's Payroll Processor) Printout (Attached as an Exhibit to Han's Declaration) Reports that Han and Jayde were Active LPG Employees as of 6/2/23..........................................................................3

V.    Tony Diab's Declaration to Han's and Jayde's Replies Attests that Han and Jayde's Work from 3/20/23 to 6/2/23, was Essential, and Kept LPG's Client Base from Being Diminished or Completely Falling Apart...............................4

VI.   OPP Admits that "Preponderance of the Evidence" is the Applicable Burden of Proof on Han and Jayde's Motions; the Evidence to Han and Jayde's Motions in Chief, and the Declarations with Exhibits, to Han and Jayde's Replies, Far Exceed "Preponderance", Particularly as Trustee's OPPs Have No Evidence Contra, Only Unproven Allegations....................................................5

VII.  OPPs Do Not Deny that Late Pay Penalties are Owed on Han and Jayde's W-2 Salaries, if Those Salaries are Owed to Han and Jayde, Which Han and Jayde Have Proven..........................................................................................5

VIII. OPP is in Error in Saying Vacation Stopped Accruing, to LPG Employees, Because No Vacation is Shown Accruing on the Most Recent Date Paychex

Paystub that LPG Issued to LPG Employees; Han's Declaration Attests that the Paychex Paystubs, for that Last Paid LPG Payroll, Do Not Show Vacation Accruing Most Likely Because LPG, by that Time, Had Stopped Paying for that Function of Paychex Payroll..........................................................................6

IX.    Opp Does Not Deny that Dinsmore Firm/its Field Agents "Lost" $14,000+ of Han's Property; Loss Due to Negligence, or Due to Intentional Taking; Either Way the LPG Bankruptcy Estate is Liable to Pay Han for Han's Property That Dinsmore Firm/its Field Agents, Seized in the 6/2/23 Lockout, Then "Lost"................................................................................................................10

X.    Conclusion..............................................................................................12

1
2

## HAN'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES

3
4

**I.   OPP [DKT.1103] IS BASED ON THE UTTERLY FALSE ALLEGATION THAT "THERE WAS SIMPLY NO MORE WORK AT LPG"**

5
6
7
8

Trustee's Opposition ("OPP") [dkt.1103] to Han Trinh's [dkt.674] Motion for Allowance and Payment of Administrative Claim, is based on the totally false allegation (OPP, p.9, lines 21-25), that:

9

"There was simply no more work at LPG"

10
11
12
13

as of 3/20/23 (date LPG filed bankruptcy), because LPG had transferred its files to other law firms.  Note that OPP cites nothing—no declaration, no exhibit—as evidence proving this allegation, because this allegation is utterly false.

14
15

**II.   HAN (AND JAYDE) HAD MORE WORK TO DO—NOT LESS—FROM 3/20/23 TO 6/2/23**

16
17
18
19

Han Trinh's Declaration to this Reply, ¶17-¶19 (and Jayde's Declaration ¶20-¶22 to Jayde's Reply) explains in detail the 6 reasons why Han and Jayde had more work to do—not less work—from 3/20/23 to 6/2/23:

20
21
22
23
24
25
26
27
28

1.  " To elaborate, Jayde and I both had EVEN MORE work to do, from mid-February 2023 to 06/02/23, because there were significantly increased communications to LPG, by former clients, current clients, the "local counsel" attorneys who left LPG but were still defending clients in state court suits across the US, opposing counsels, etc. as a result of (1) LPG having transferred LPG's files to Oakstone Law Group (and after that to Phoenix Law), (2) LPG filing bankruptcy on 03/20/23, (3) the erroneous payment processing errors that were pulled from clients (ie, drawing double amount of money that was agreed upon between LPG and the client out of

REPLY OF HAN TRINH, TO TRUSTEE MARSHACK'S OPPOSITION TO JHAN'S MOTION [DKT.674] FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM PER 11 U.S.C. §503(b)(1)(A); REPLY DECL.OF HAN TRINH; DECLS. OF JAYDE TRINH, TONY DIAB, MORGAN LEE, BRENDA MENDEZ, LINDA PREY, MARIA THACK, RAMONA MONTIERO,  MICHAEL VU, HALEY SIMMONEAU AND KATHLEEN P. MARCH, ESQ.                                                                                         1

client's bank accounts or credit cards, (4) clients and attorneys emailed and phoned LPG, saying they could not reach anyone at Oakstone or Phoenix, and (5) if the clients and local counsel had been able to reach anyone at Oakstone or Phoenix, the people at Oakstone and Phoenix did not know enough about the clients/lawsuits against clients, to answer the questions that were then asked to Jayde and I at LPG, and (6) people from Oakstone and Phoenix phoned and emailed me and Han, asking us to help them, because they lacked information.

2. There was no one left at LPG to do the work that Jayde and I, and our assistants, did from 03/20/23 to 06/02/23. Daniel March did not know the files or issues well enough to answer the inquires that Jayde and I answered from 03/20/23 to 06/2/23. Not to mention he did not have time to do so, because he was counsel of record defending many clients in California state court suits. Daniel March and his paralegals would email my team and I to assist him, and such emails could be found in the LPG emails.

3. For all 6 of these reasons, nothing could be further from the truth than OPP alleging there was "simply no more work at LPG." All 6 of these things that I listed immediately supra resulted in there being a larger volume of communications that Jayde, her team, my team, and I had to respond to, between 03/20/23 and 06/02/24, than the volume of communications we had to respond to, before 03/20/23.

## III.   THE DECLARATIONS OF MORGAN LEE, BRENDA MENDEZ, LINDA PREY, MARIA THACH, RAMONA MONTIERO, ANA GURROLA, AND MICHAEL VU HERETO, CONFIRM THEY WORKED WITH HAN AND JAYDE FROM 3/20/23 TO 6/2/23 AND THERE WAS INCREASED VOLUME OF COMMUNICATIONS

In addition to Han's, Jayde's and Diab's Declaration hereto, the Declarations of Morgan Lee, Brenda Mendez, Linda Prey, Maria Thach, Ramona ("Mona") Montiero, Ana Gurrola, and Michael Vu to Han and Jayde's Replies each attest they worked with

1   Han and Jayde from 3/20/23 to 6/2/23, and attest to the increased volume of work from

2   3/20/23 to 6/2/23.

3
4   **IV.   THE PAYCHEX SYSTEM (LPG'S PAYROLL PROCESSOR)**

5   **PRINTOUT (ATTACHED AS AN EXHIBIT TO HAN'S**

6   **DECLARATION) REPORTS THAT HAN AND JAYDE WERE ACTIVE**

7   **LPG EMPLOYEES AS OF 6/2/23**

8          Han Trinh's Declaration to this Reply attests that Paychex was LPG's payroll

9   processing company.  Han attaches, as **Exhibit A** To Han's Reply Declaration, a

10  printout from Paychex that reports that Han and Jayde were active LPG employees as

11
12  of 6/2/23, along with active employees Daniel March, Olga Esquivel, and Carl

13  Wuestehube.

14
15         There is no Declaration of LPG managing attorney Daniel March, to Trustee's

16  OPPs to Han and Jayde's administrative claim motions.  In light of that Paychex

17  printout, **Exhibit A** to Han's Declaration, the most charitable thing that can be said

18  about Daniel March's erroneous testimony, in the 4/24/23 LPG 341a meeting, is that

19
20  Daniel March misspoke and/or forgot to clarify that he and his paralegals Olga and

21  Carl were not working in LPG's Tustin Office, but instead were working in Daniel

22  March's office that was down the street from LPG's Tustin office. Daniel March

23
24  hardly ever went to LPG's Tustin office after mid-February 2023, so he would not

25  know when Han and Jayde were working in LPG's Tustin office and/or when Han and

26  Jayde were working remote, from mid-February 2023 to 6/2/23.

27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

But it's harder to be charitable about Daniel March's erroneous 341a testimony, when the 62-page list of emails that is **Exhibit B** to Han's Declaration to this Reply lists some emails showing that Daniel March and his paralegals were asking questions to Han during the 3/20/23 to 6/2/23 period.  (Han Decl to this Reply goes over this).

Tony Diab's Declaration (signed 4/14/24) to this Reply attests that Daniel March worked from Daniel March's office down the street from LPG's Tustin office, not from LPG's Tustin office.

## V.     TONY DIAB'S DECLARATION TO HAN'S AND JAYDE'S REPLIES ATTESTS THAT HAN AND JAYDE'S WORK FROM 3/20/23 TO 6/2/23, WAS ESSENTIAL, AND KEPT LPG'S CLIENT BASE FROM BEING DIMINISHED OR COMPLETELY FALLING APART

Tony Diab's Declaration (signed 4/14/24), to Han and Jayde's Replies, could not be clearer attesting to the **benefit** to LPG of Han and Jayde's work for LPG from 3/20/23 to 6/2/23.  Diab Decl, ¶7, signed 4/14/24, attests that Han and Jayde's work from 3/20/23 to 6/2/23 was **essential** and that without their work, LPG's client base would have been **diminished**, **if that client base had not completely fallen apart**:

> "The work that Han and Jayde did for LPG was essential in allowing LPG to continue to respond to clients.  It was also essential in allowing the law firms that received client files to services those files as they had many questions regarding client files, the status of ongoing settlements, and the procedures LPG

REPLY OF HAN TRINH, TO TRUSTEE MARSHACK'S OPPOSITION TO JHAN'S MOTION [DKT.674] FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM PER 11 U.S.C. §503(b)(1)(A); REPLY DECL.OF HAN TRINH; DECLS. OF JAYDE TRINH, TONY DIAB, MORGAN LEE, BRENDA MENDEZ, LINDA PREY, MARIA THACK, RAMONA MONTIERO,  MICHAEL VU, HALEY SIMMONEAU AND KATHLEEN P. MARCH, ESQ.                                                                          4

1
2

would apply in certain circumstances. Without their assistance the client base at LPG would have diminished if not completely fallen apart."

3

Han and Jayde's Declarations confirm that Han and Jayde's work allowed

4

Trustee Marshack to sell the LPG client files, which Trustee's OPP (p2, footnote 2)

5
6

claims was LPG's most valuable asset, to Morning Law for many millions of dollars

7

in August 2023. (See Kathleen P. March, Esq. Decl. to this Reply about Trustee

8
9

selling LPG's client files to winning bidder Morning Law (Sale Order is dkt.325,

10

entered 8/2/3, for a price supposed to be higher than the 42 million dollars that

11

losing bidder Consumer Legal Group, had offered.

12
13

Trustee would not have been able to sell LPG's client files for 42 million or

14

more, if LPG's client base had completely fallen apart.  (Kathleen P. March Decl

15

hereto; Tony Diab Decl hereto).

16

17

**VI.    OPP ADMITS THAT "PREPONDERANCE OF THE EVIDENCE" IS**

18

**THE APPLICABLE BURDEN OF PROOF ON HAN AND JAYDE'S**

19

**MOTIONS; THE EVIDENCE TO HAN AND JAYDE'S MOTIONS IN**

20

**CHIEF, AND THE DECLARATIONS WITH EXHIBITS, TO HAN AND**

21

**JAYDE'S REPLIES, FAR EXCEED "PREPONDERANCE",**

22

**PARTICULARLY AS TRUSTEE'S OPPS HAVE NO EVIDENCE**

23

**CONTRA, ONLY UNPROVEN ALLEGATIONS**

24

OPP (p.5 OPP to Han's Motion, p.5 OPP to Jayde's Motion) admits that "proof

25

by a preponderance of the evidence" is Han and Jayde's burden of proof.  Han and

26

Jayde's Motions in chief [dkt.674 Han and dkt.675 Jayde] exceed that burden of

27

28

---

**REPLY OF HAN TRINH, TO TRUSTEE MARSHACK'S OPPOSITION TO JHAN'S MOTION [DKT.674] FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM PER 11 U.S.C. §503(b)(1)(A); REPLY DECL.OF HAN TRINH; DECLS. OF JAYDE TRINH, TONY DIAB, MORGAN LEE, BRENDA MENDEZ, LINDA PREY, MARIA THACK, RAMONA MONTIERO,  MICHAEL VU, HALEY SIMMONEAU AND KATHLEEN P. MARCH, ESQ.** 5

1
2

proof. This is particularly true as OPPs have no evidence contra, to Han and Jayde's

evidence, only unproven allegations.

3
4
5
6
7
8

### VII. OPPs DO NOT DENY THAT LATE PAY PENALTIES ARE OWED ON HAN AND JAYDE'S W-2 SALARIES, IF THOSE SALARIES ARE OWED TO HAN AND JAYDE, WHICH HAN AND JAYDE HAVE PROVEN

9
10
11

Han and Jayde's Motions in chief [dkt. 674 Han, dkt.675 Jayde] brief the

California statutes requiring an employer, which pays salary late, to pay late pay

penalties.

12
13
14
15

OPPs do not deny that LPG's bankruptcy estate owes late pay penalties, in the

amounts calculated/briefed in Han and Jayde's Motions in chief, if LPG owes Han and

Jayde their W-2 salaries for 3/20/23 through 6/2/23.

16
17
18
19
20
21
22
23
24
25

The evidence to Han and Jayde's Motions in chief, and to Han and Jayde's

herein Replies, proves that Han and Jayde continued to be LPG W-2 salaried

employees, for the work they did for LPG, from 3/20/23 to 6/2/23, as the Paychex

payroll system LPG used shows (Exhibit A to Han Decl to this Reply). LPG will be

paying late, so the late pay penalties briefed in Han and Jayde's Motions in chief

[$34,615.38 Han; $28,846.15 Jayde] are owed to Han and Jayde by LPG and this Court

should order LPG to pay those "late pay" amounts.

26
27
28

**VIII. OPP IS IN ERROR IN SAYING VACATION STOPPED ACCRUING, TO LPG EMPLOYEES, BECAUSE NO VACATION IS SHOWN ACCRUING ON THE MOST RECENT DATE PAYCHEX PAYSTUB THAT LPG ISSUED TO LPG EMPLOYEES; HAN'S DECLARATION ATTESTS THAT THE PAYCHEX PAYSTUBS, FOR THAT LAST PAID LPG PAYROLL, DO NOT SHOW VACATION ACCRUING MOST LIKELY BECAUSE LPG, BY THAT TIME, HAD STOPPED PAYING FOR THAT FUNCTION OF PAYCHEX PAYROLL**

OPPS do not deny that earlier Paychex paystubs—issued to Han and Jayde by Paychex—paying LPG the salaries to Han, Jayde, and additional LPG W-2 employees, showed vacation time was accruing.  Han and Jayde's Motions in chief [dkt.764 Han, dkt.765 Jayde] point this out.

The Declaration of Marshack Hays law firm attorney, Alina Mamlyuk, alleges that Mamlyuk sent attorney Kathleen March of The Bankruptcy Law Firm, PC, the entire record of Jayde and Han's paystubs for their employment with LPG.  Attorney Kathleen has received no such thing from attorney Mamlyuk. (March Decl) In fact, it was attorney Kathleen March who sent all the LPG paystubs that Jayde and Han had, to Mamlyuk. **Exhibit A** to March Decl is the 56 Han LPG paystubs, and Exhibit B attaches the 59 Jayde LPG paystubs (stubs for 7/9/21 to last paychex paystub, dated 3/17/23. Some of that 1 and ½ years of Paystubs show vacation pay being accrued). March sent Mamlyuk all the Paychex paystubs that Han and Jayde had.  (March Decl) But Trustee could have accessed all of Han and Jayde's Paychex records, and

REPLY OF HAN TRINH, TO TRUSTEE MARSHACK'S OPPOSITION TO JHAN'S MOTION [DKT.674] FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM PER 11 U.S.C. §503(b)(1)(A); REPLY DECL.OF HAN TRINH; DECLS. OF JAYDE TRINH, TONY DIAB, MORGAN LEE, BRENDA MENDEZ, LINDA PREY, MARIA THACK, RAMONA MONTIERO,  MICHAEL VU, HALEY SIMMONEAU AND KATHLEEN P. MARCH, ESQ.                                                                                          7

all of every other LPG employee's paystub records, at Paychex, as the person in

charge of LPG's bankruptcy estate (March Decl hereto). If Trustee had gone through

all of Jayde's 59 LPG paystubs (as OPP alleges), and Han's 56 LPG Paychex

paystubs, which March sent Mamlyuk, from 7/9-21 to 3/17 32, Trustee would have

noticed that many of those Paychex paystubs showed vacation hours

accruing. Considering that the "Time Off (based on Policy Year)" section is shown

intermittently, on the Paychex paystubs, the fact that the last Paychex paystub does

not show that "Time Off (based on Policy Year)" section, does establish that vacation

stopped accruing. It only shows that Paychex paystubs only **intermittently** reported

vacation time accruing.

Trustee's attorneys could not reasonably have thought that all the accrued

vacation pay, through the next to last paystub, disappeared. (March Decl to Reply).

That did not happen. Rather, Han's Declaration to this Reply attests after LPG's HR

employee left LPG on 2/14/2024, Han was abruptly appointed to handle payroll. Han

was inexperienced with Paychex's multiple features and the possibility that her

account was not set up with the correct ability to include all features necessary, there

can be multiple reasons why LPG paystubs, after 2/17/23, did not report vacation

hours for any LPG employees on their paystubs. Another most likely reason is that

LPG had stopped paying Paychex's invoice, which bills, inter alia, for the Time and

Attendance product on Paychex. When invoices are not paid, the products not paid

---

**REPLY OF HAN TRINH, TO TRUSTEE MARSHACK'S OPPOSITION TO JHAN'S MOTION [DKT.674]
FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM PER 11 U.S.C. §503(b)(1)(A); REPLY
DECL.OF HAN TRINH; DECLS. OF JAYDE TRINH, TONY DIAB, MORGAN LEE, BRENDA MENDEZ,
LINDA PREY, MARIA THACK, RAMONA MONTIERO,  MICHAEL VU, HALEY SIMMONEAU AND
KATHLEEN P. MARCH, ESQ.                                                                                    8

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

for are deactivated, with the result accrued vacation hours do not print on Paychex

paystubs (Han Decl to Reply).  However, Han and Jayde were aware they accrued

6.16 hours of vacation time, for every 2 week (biweekly) pay period so they were

able to calculate the vacation hours that were accruing. (Han Decl, to Reply, Jayde

Decl to Reply) they took the most recent paystub that listed accrued vacation hours

and added 6.16 hours additional vacation accrual for every pay period

thereafter.  (Han Decl, Jayde Decl).

As briefed in Han and Jayde's Motions in chief [dkt.764 Han, Dkt.765 Jayde],

per California law, employers are required to pay employees all accrued vacation

pay, at the time the employee is terminated, regardless whether termination occurs

voluntarily by employee quitting, or involuntarily, by employer laying off or firing

the employee.   Per California state law, the dollar amount owed an employee upon

termination, for accrued vacation, is paid by using the employee's salary amount.

Because the employee is not entitled to be paid accrued vacation, until the

date  that employee's employment terminates--which for Han and Jayde was 6/2/23--

and because 6/2/23 is months post-petition, that obligation is a post-petition

obligation of LPG, and the Court should order LPG's bankruptcy estate to pay Han

and Jayde their accrued vacation pay, as calculated in Han and Jayde's Motions in

Chief [dkt.674 Han, dkt.675 Jayde]. There is no binding authority that counsel for

Han and Jayde found, nationwide, ruling on whether or not vacation pay that comes

**REPLY OF HAN TRINH, TO TRUSTEE MARSHACK'S OPPOSITION TO JHAN'S MOTION [DKT.674]
FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM PER 11 U.S.C. §503(b)(1)(A); REPLY
DECL.OF HAN TRINH; DECLS. OF JAYDE TRINH, TONY DIAB, MORGAN LEE, BRENDA MENDEZ,
LINDA PREY, MARIA THACK, RAMONA MONTIERO,  MICHAEL VU, HALEY SIMMONEAU AND
KATHLEEN P. MARCH, ESQ.                                                                                                    9**

due postpetition is an administrative claim. Bankruptcy cases are not binding

authority so this is an open issue. (March Decl to this Reply). Even if only the

vacation pay that Han and Jayde accrued, from 3/20/23 to 6/2/23, was ordered paid,

that would be 33.88 hours vacation pay accrued during that period, for Han, which is

$4,878.72 for Han at Han's salary; and would be 33.88 hours vacation pay accrued

during that period, for Jayde, which is $4,065.60 for Jayde at Jayde's salary.  (Han

Decl to Han's Reply, Jayde Decl to Jayde's Reply).

**IX.   OPP DOES NOT DENY THAT DINSMORE FIRM/ITS FIELD AGENTS
"LOST" $14,000+ OF HAN'S PROPERTY; LOSS DUE TO
NEGLIGENCE, OR DUE TO INTENTIONAL TAKING; EITHER WAY
THE LPG BANKRUPTCY ESTATE IS LIABLE TO PAY HAN FOR
HAN'S PROPERTY THAT DINSMORE FIRM/ITS FIELD AGENTS,
SIEZED IN THE 6/2/23 LOCKOUT, THEN "LOST"**

OPP does not deny that Trustee's special counsel, Dinsmore & Shohl, LLP

have failed to return to Han $14,000+ of Han's personally owned property, which was

seized at Greyson's office on 6/2/23, by Dinsmore Firm/its field agents.

Greyson Law Center PC's [dkt.676] administrative claim motion in chief (at

Sections I. and II.)  briefs the controlling law, that a bankruptcy estate is liable to pay

for damage a trustee/trustee's agents cause, whether caused by negligence, or whether

caused by conduct that is an intentional tort (like converting property of a non-debtor).

Han incorporates that briefing here, as if set forth in full here.  Per that

controlling law, it doesn't matter whether Trustee's attorneys, Dinsmore & Shohl

REPLY OF HAN TRINH, TO TRUSTEE MARSHACK'S OPPOSITION TO JHAN'S MOTION [DKT.674]
FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM PER 11 U.S.C. §503(b)(1)(A); REPLY
DECL.OF HAN TRINH; DECLS. OF JAYDE TRINH, TONY DIAB, MORGAN LEE, BRENDA MENDEZ,
LINDA PREY, MARIA THACK, RAMONA MONTIERO,  MICHAEL VU, HALEY SIMMONEAU AND
KATHLEEN P. MARCH, ESQ.                                                                                    10

1  LLP/their field agents, negligently "lost" Han's $14,000+ of seized property, seized at

2  Greyson's office on 6/2/23, or converted Han's property intentionally.  Either way

3
4  they seized $14,000+ of Han's personally owned property on 6/2/23 and have not

5  returned Han's personally owned property to Han, to present.

6        Consequently, the LPG bankruptcy estate owes Han the $14,000+ value of the

7
8  seized property, proven by receipts and by Han's Declaration to Han's Motion in chief

9  [dkt674].

10        Note that Trustee's field agents were NOT honest regarding Han's personal

11
12  items which they had seized at Greyson's office on 6/2/23.  (March Decl hereto).

13  Trustee's special counsel, Dinsmore & Shohl LLP and their field agents, who

14  performed the Lockout at Greyson on 6/2/23, were NOT honest regarding Han's

15
16  personal items which they had seized at Greyson's office on 6/2/23.  (March Decl

17  hereto). Dinsmore and the field agents claimed repeatedly they could not find the 86-

18
19  inch TV, owned by Han personally, even though that 86-inch TV was bolted to the

20  wall in Han's locked room at Greyson. A TV that big, bolted to the wall, is not "lost",

21  though Trustee's field agents, and attorneys, repeatedly told Han attorney Kathleen

22
23  March of The Bankruptcy Law Firm, in emails, that they couldn't locate Han's big

24  screen TV.  That was untrue, they knew it was bolted to the wall in the office Han had

25  occupied.  The field agents just wanted to keep Han's TV, instead of returning the TV

26
27  to Han.  It took multiple emails by me, to get Dinsmore firm and field agents, to get

28

REPLY OF HAN TRINH, TO TRUSTEE MARSHACK'S OPPOSITION TO JHAN'S MOTION [DKT.674]
FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM PER 11 U.S.C. §503(b)(1)(A); REPLY
DECL.OF HAN TRINH; DECLS. OF JAYDE TRINH, TONY DIAB, MORGAN LEE, BRENDA MENDEZ,
LINDA PREY, MARIA THACK, RAMONA MONTIERO,  MICHAEL VU, HALEY SIMMONEAU AND
KATHLEEN P. MARCH, ESQ.                                                                                              11

them to admit they had the TV, still bolted to the wall, and to get the TV returned to

Han, who had to bring workers to remove the TV from the wall.

## X.    CONCLUSION

Instead of Trustee's attorneys having filed their OPPS [dkt1103, dkt.1104]  to

Han and Jayde's administrative claim motions—lacking evidence to prove the

allegations made in those OPPs, Trustee/the LPG bankruptcy estate should be

**thanking** Han and Jayde for their **essential** post-petition work for LPG, done from

3/20/23 to 6/2/23, which kept LPG's client base from "…being diminished, if it had

not completely fallen apart" (as Tony Diab's Declaration, ¶7,  to this Reply attests.

Trustee should be **agreeing** to pay Han and Jayde's their W-2 salaries, for 3/20/23 to

6/2/23, because Han and Jayde's work benefitted LPG, allowing Trustee to sell

LPG's client files to Morning Law for many millions of dollars.  The amounts sought

by Han and Jayde's administrative claim motions [dkt.674 Han, dkt.675 Jayde] are

tiny, compared to the many millions of dollars Trustee sold LPG's client files to

Morning Law for [5.5 million to start and a percent of further fees paid by the

consumer clients, for a total payment to the bankruptcy estate projected at being 50

million dollars or more. [March Decl; Sale order is dkt.352, entered 8/2/23].

Plus, the Court should order the LPG bankruptcy estate to reimburse Han Trinh

for the $14,000+ of Han's personally owned property, paid for by Han, that Trustee's

special counsel Dinsmore & Sholl LLP/their field agents seized at Greyson on 6/2/23,

---

REPLY OF HAN TRINH, TO TRUSTEE MARSHACK'S OPPOSITION TO JHAN'S MOTION [DKT.674]
FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM PER 11 U.S.C. §503(b)(1)(A); REPLY
DECL.OF HAN TRINH; DECLS. OF JAYDE TRINH, TONY DIAB, MORGAN LEE, BRENDA MENDEZ,
LINDA PREY, MARIA THACK, RAMONA MONTIERO,  MICHAEL VU, HALEY SIMMONEAU AND
KATHLEEN P. MARCH, ESQ.                                                                          **12**

1   and thereafter "lost". Where lost by negligence, or converted, the bankruptcy estate is

2   liable for this damage, caused by its agents.

3
    Dated: April 18, 2024                    THE BANKRUPTCY LAW FIRM, PC
4

5                                            __/s/ Kathleen P. March_____
                                             By: Kathleen P. March, Esq
6                                            *Attorneys for Han Trinh on this REPLY*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>HAN TRINH DECLARATION TO THIS REPLY</u>

I, HAN TRINH ("Han"), declare:

4. My administrative claim Motion [dkt674] filed 11/17/24, requests that LPG's bankruptcy estate pay me my Litigation Practice Group PC ("LPG") salary, for the 11 weeks of essential work I did for LPG, from 03/20/23 to 06/02/23.

5. I have read Trustee Marshack's Opposition ("OPP") [dkt.1103] filed 04/11/24.  That OPP alleges I am not entitled to be paid my salary by LPG's bankruptcy estate, for the 11 weeks of essential work I did for LPG, from 03/20/23 to 06/02/23, and that I am not entitled to be paid the vacation pay that I accrued before 03/20/23, the date on which LPG filed bankruptcy.

6. The OPP is incorrect in alleging I was not a W2 employee of LPG from 03/20/23 through 06/02/23 (date of Lockouts). As I have stated in multiple Declarations and in my 03/20/2024 deposition with attorney Ghio, I was an LPG W2 employee 01/29/21 until 06/02/23.

7. Records of LPG's payroll processor, Paychex, shows that as of 06/02/23, LPG had 5 ACTIVE employees:  Daniel March, Olga Esquivel, Phuong Trinh (Jayde), Carl Wuestehube, and Han Trinh. That Paycheck printout is **<u>Exhibit A</u>** to this Declaration.

8. Attached as **Exhibit B** to my herein Declaration are screenshots of a list of some emails from han@lpglaw.com and legal@lpglaw.com proving that my team and I were doing a large volume of LPG work, from 03/20/23 thru 06/02/23. Even Alex Rubin's declaration, in favor of the Opposition against Greyson, Jayde, and I, provided exhibits of some of those LPG emails proving that Jayde and I never stopped working for LPG until the lockout order date. I cannot understand why attorney Mamlyuk is claiming that I have not met my burden of proof to establish that I was an LPG employee post-petition for even a day when she is well aware that I do not have access to LPG to prove that. From my understanding, Dinsmore and the Trustee's office should have access to all of LPG's email accounts and would be able to find substantial evidence that Jayde, her team, my team, and I continued working on behalf of LPG. Some of those email accounts would be support@lplaw.com, payment@lpglaw.com, paymentlegal@lpglaw.com, service@lpglaw.com, han@lpglaw.com, urgent@lpglaw.com, legal@lpglaw.com, jayde@lpglaw.com, attorney@lpglaw.com, etc.

9. Furthermore, Jayde and I do not have access to LPG's phone logs. LPG's phone logs would also show that Jayde and her team were handling all escalated calls that were coming in and calling out to those clients that my team would notify Jayde's team up until 06/02/2023.

10. LPG's procedure, in 2021, 2022, and 2023 was to send a Termination letter attached with the terminated employees or employees' who quit, final paystub by email with their final paycheck deposited in their bank accounts or a final check mailed out to them if the employee was working remote for LPG. If the employee worked in office, those terminated employees or employees who quit would go through the same process but just in-person. Attorney Mamlyuk, Trustee's office, and Dinsmore can find examples of LPG Termination letters that went out to these employees in LPG HR's files and LPG's HR email (hr@lpglaw.com). Jayde and I have never received a termination notice, termination letter, or even a final paycheck from LPG that would indicate that we were no longer employed by LPG at any point in time. I produced all deposits that I received from LPG and all deposits in general in my personal bank account prior to my deposition on 03/20/2024 with attorney Ghio as was required by me.

11. Attorney Mamlyuk claims that my Declaration attached to Greyson's Motion for Administrative Claim, that "in the very second paragraph, Han fully admits to working as Greyson's administrator since March 12, 2023. A true and correct copy of the Declaration of Han Trinh filed on November 17, 2023, as Dk. No. 676-1, is attached to the Hays Decl. as Exhibit 4". I have reviewed that specific exhibit, and this is what it states:

REPLY OF HAN TRINH ("HAN"), TO TRUSTEE MARSHACK'S OPPOSITION TO HAN'S MOTION
[DKT.674] FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM PER 11 U.S.C.
§503(b)(1)(A); REPLY DECLARATION OF HAN TRINH;  DECLARATION OF TONY DIAB

16

3

"2. From when Greyson Law Center PPC ("Greyson") was incorporated as a California corporation **on 5/12/23, to present, I have been the administrator of Greyson,** administering Greyson's client files, and hiring/firing/assigning/monitoring Greyson's attorney staff. I have personal knowledge of everything in this declaration, and could and would testify competently thereto, if called on to do so at trial or hearing."

Nowhere does the date March 12, 2023 come up and as a matter of fact, my first declaration for Greyson for the June 12, 2023 hearing in paragraph 4 states:

"In **April of 2023**, I joined Greyson as the Administrator."

12. I was employed by Greyson Law Center, PC ("Greyson"), for part of the period of 03/20/23 to 06/02/23, but as Greyson only had 48 client files, as of 06/02/23 and was a startup, working for Greyson left me plenty of time to continue doing my essential work for LPG, particularly as I was able to work nights and weekends as a salaried employee. I provided a document to show that I was invited to fill out onboarding paperwork with Eng Taing's Greyson on 04/10/2024 through Eng Taing's Greyson's chosen payroll processor, Gusto, which was required of me before my 03/24/2024 deposition with attorney Ghio. Attorney Mamlyuk states that my motion "conspicuously avoids pinning a date at which Han began employment at Greyson. This evasiveness is telling." I did not avoid anything. The only reason I did not mention Greyson specifically in my Motion for

---

Administrative Claim was simply because Greyson had nothing to do my

personal administrative claim with LPG.

13. After reaching out with a lot of former Greyson attorneys, they confirmed

that they received their official offer letter from Ms. Harris of Eng Taing's

Greyson. The date on the offer letter is neither here nor there because a lot of

attorneys that did accept Eng Taing's Greyson's offer letter were employed

by Oakstone Law Group and other firms at that time. I am pretty sure

attorneys have the freedom and the right to choose where to work. I

explained all of this as thoroughly as possible and as asked of me, in my

03/20/24 deposition with attorney Ghio.

14. I did a minimum of 40 hours of work for LPG each week, from 03/20/23

through 6/2/23. But because I was a salaried W2 employee at LPG, I did

NOT keep daily time records of what work I did for LPG each day. I never

had to. In fact, none of LPG's salaried employees were required to do that,

including the former LPG attorneys who were also salaried employees. In

fact, none of the former LPG attorneys were required to bill their hours

because that was not the work model LPG had. That was how LPG's

Paychex account was set up by LPG. Attorney Mamlyuk can also go verify

that with LPG's Paychex account manager, Alexander Harth.

15. My attorneys, The Bankruptcy Law Firm, PC, by attorney Kathleen P.

March, emailed Marshack Hays' attorney Alina Mamlyuk copies of all my

---

**REPLY OF HAN TRINH ("HAN"), TO TRUSTEE MARSHACK'S OPPOSITION TO HAN'S MOTION
|DKT.674| FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM PER 11 U.S.C.
§503(b)(1)(A); REPLY DECLARATION OF HAN TRINH; DECLARATION OF TONY DIAB**

18

5

1    Paychex paystubs from the last paystub, that was a fully submitted and

2    processed payroll on Paychex, I received in March 2023, back as far as

3
     paystubs that were still accessible on Paychex, which was 56 paystubs. See
4

5    March's Decl for that email sending my 56 LPG Paychex paystubs to

6    attorney Mamlyuk. Where attorney Mamlyuk states that the Trustee was

7
     able to obtain the entire record of my paystubs with my history employment
8

9    with LPG from Paychex and provided those records to my counsel is

10   complete news to me as I have confirmed with my attorneys at the

11
     Bankruptcy Law Firm PC that they never received such emails.  My LPG
12

13   W2s for 2021, 2022 and 2023 years were also emailed to attorney Mamlyuk

14   by my attorney, Kathleen March, as well. (See March Decl). Attorney

15
     Mamlyuk can also verify with LPG's Paychex account manager, Alexander
16

17   Harth, that LPG's Paychex account is has been in disarray and users pretty

18   much cannot access anything since there has been no payments made to

19
     Paychex to keep the account fully active. While I was at LPG, I received
20

21   emails during March 2023 and onward about if LPG was keeping LPG's

22   Paychex account open, paying outstanding invoices, etc. I was abruptly

23
     given access to manage payroll due to LPG's HR leaving on 02/14/2024, my
24

25   administrative account is connected to my personal account for Paychex,

26   which was not setup correctly so that when payroll was processed, the

27
     vacation hours would show up on the paystubs. There is also the fact that
28

LPG stopped paying Paychex's invoice, which also includes the Time and Attendance product on Paychex. When invoices are not paid, the products that are available, such as the Time and Attendance product, are deactivated hence vacation hours are no longer tracked appropriately on Paychex (Attorney Mamlyuk can verify this with the Time and Attendance department at Paychex). However, knowing that Jayde and I accrued 6.16 hours ever paycheck that was received biweekly, we were able to calculate the vacation hours that were accruing ourselves. We took the paystub that listed our available balance of vacation hours last and added 6.16 hours every pay period from there.

16. LPG, which at its height had over 400 employees, had very few employees left during the 03/20/23 to 06/02/23 period. Jayde and I were only W2 salaried employees at LPG and nothing more. To be clear, the only bonus Jayde and I ever received was a Christmas bonus from LPG in December 2021 in the amount of $500. Most LPG employees received $200-$500 for that 2021 Christmas bonus, which Maria Eeyah Tan facilitated and paid the "real executives" including herself $10,000+ bonus checks. We were never officers, directors or shareholders of LPG. The Opposition stating that in Jayde and I were insiders of LPG are absolutely false. We do NOT meet the definition of insiders in Bankruptcy Code 11 USC 101(31). LPG was fully managed by Tony Diab and LPG's Managing Attorney Daniel March, Esq.

REPLY OF HAN TRINH ("HAN"), TO TRUSTEE MARSHACK'S OPPOSITION TO HAN'S MOTION
[DKT.674] FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM PER 11 U.S.C.
§503(b)(1)(A); REPLY DECLARATION OF HAN TRINH;  DECLARATION OF TONY DIAB

20

7

Any decisions that bound LPG to any liability, promises, guarantees, etc. had to be ratified by attorney Daniel March and Tony Diab. Neither I or Jayde had any ability to bind LPG to anything- again, only Diab or attorney Daniel March had this power.

17. Jayde and I never participated, in any way, in transferring LPG client files and legal service agreements to other Law Firms or in transferring LPG money anywhere not relating to LPG expenses. Nor did LPG send any LPG client files and legal service agreements or LPG money, to Greyson Law Center PC. The present Greyson Law Center, PC was not incorporated until 05/12/23, and did not exist in any form at the time LPG was transferring LPG client files to other Law Firms, end of January 2023 to February 2023. There is no existing evidence that shows Jayde and I instructing, navigating, or even encouraging the transferring of files. Jayde and I were notified by other LPG coworkers that files were missing from LPG's CRM DebtPayPro (now known as FORTH) around mid-January. When we brought this to Daniel March and Tony Diab's attention, Diab stated that they would investigate it. Near the end of January to early February, we were all informed that LPG was going to begin winding up and explained that disappearing files were files that had already been transferred to other law firms that would be able to service those clients better than LPG could, that those firms had more financial means and manpower to service clients. The

only law firm mentioned at the time was Oakstone Law Group. We were

told that the process of winding up LPG would take approximately one to

two years to complete. Jayde and I were told that LPG would be able to

continue paying LPG employees that were left since Oakstone was going to

pay LPG 20% of the fees Oakstone received from the transferred files.  I

note that a letter that is Exhibit 47, page 107 to Alex Rubin's [dkt.1099]

supplemental declaration filed 4/11/23, to Oakstone, states reasons why

Oakstone is better equipped to service the LPG client files transferred to

Oakstone, than LPG is, and states that "OLG shall collect client payments

and remit the sum of 20% of revenue collected to LPG as compensation to

LPG."

18. What might interest the Trustee is that during this chaotic time period for

LPG, the only person asking for LPG's work product/material was Mario

Azevedo. He was emailing and reaching out LPG employees to send him

LPG's protocols, LPG's standard operating procedures, LPG's lucid charts,

etc. I as the administrator of LPG, at the time, immediately notified to lock

down LPG's systems and for the IT and Business Intelligence Department to

review LPG's security systems in place. As soon as LPG locked Azevedo

out of everything per Diab's instruction, Azevedo shut down access to

LeadMeToTheMoney, a CRM that belonged to Azevedo, with the home

page stating that if anyone wanted access to that CRM, they would have to

REPLY OF HAN TRINH ("HAN"), TO TRUSTEE MARSHACK'S OPPOSITION TO HAN'S MOTION
[DKT.674] FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM PER 11 U.S.C.
§503(b)(1)(A); REPLY DECLARATION OF HAN TRINH;  DECLARATION OF TONY DIAB          22

9

reach out to Tony Diab and Han Trinh. He listed our personal phone

numbers and our lpglaw emails. This led me to getting an entire new phone

number and phone in March 2023 due to an overwhelming number of calls

coming in nonstop day and night from strangers asking questions I did not

know the answer to. I provided this screenshot in the miscellaneous

documents that was sent as part of my deposition on 03/20/24 with attorney

Ghio. To this day, I am still not sure as to why I was personally attacked by

Mario Azevedo. Based on information and belief, Mario Azevedo was/is

involved with Elite Legal Group and was/is involved with Morning Law

Group.

19. Jane Dearwester was erroneous when she claimed that I had a $300,000

wedding that Tony Diab paid for. Jane Dearwester and Richard Meier were

**NOT** invited to my wedding, **NOR WERE THEY PRESENT** at the

wedding. I also **NEVER** spoke to Dearwester or Meier about my wedding.

The cost of my wedding was not six figures let alone $300,000. It was

customary within my culture for wedding guests to provide monetary gifts,

typically in red envelopes, that ultimately covers majority, if not all, to the

cost of the wedding.

20. In attorney Jane Dearwester's Declaration in support of the Opposition,

Dearwester stated that that I was called "General Han" because I was strict.

Jane Dearwester was not present when I was given that nickname in early

REPLY OF HAN TRINH ("HAN"), TO TRUSTEE MARSHACK'S OPPOSITION TO HAN'S MOTION
[DKT.674] FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM PER 11 U.S.C.
§503(b)(1)(A); REPLY DECLARATION OF HAN TRINH;  DECLARATION OF TONY DIAB       23

10

2021. Dearwester was not even an employee during that time. There were only 9-15 LPG employees during that period, and employees were giving out nicknames to each other. As I testified in my 03/20/2024 deposition, I was given the nickname because Chinese food was involved. Dearwester also mentions that attorney Richard Meier's office was right next to Jayde's office on the first floor, but Meier's office got moved to the second floor for more than half a year before Meier abruptly quit LPG in February 2023 and went to work at Elite Legal Practice (**Exhibit C**). Exhibit 30 of Alex Rubin's Declaration in support of the Opposition states:

> "A true and correct copy of an email string with Jayde Trinh, Israel Orozco, and Han regarding notice of shutting down LPG and laughing at attorneys resigning as a result last dated February 23, 2023."

Rocio Prado-Garcia was not an attorney at LPG. Rocio Prado was a legal assistant to LPG's former FDCPA Department's Head Attorney, Richard Meier. Rocio Prado-Garcia also goes by Rosy Prado. Prado is left LPG and went to Elite Legal Practice (**Exhibit D**). Yasmeen Villamil, another legal assistant to LPG's former FDCPA Head Attorney Richard Meier, quit around the same time attorney Meier quit and followed him to Elite Legal Practice as well (**Exhibit D**).

21. On p. 9, lines 21-25 of the Opposition where attorney Mamlyuk argues that "There was simply no more work at LPG", as of 03/20/23, because LPG had transferred its files to other law firms is false. The reality is completely

opposite to the Opposition's "There was simply no more work at LPG" allegation (which cites nothing-- no declarations, and no exhibits—to support that argument). To state that after the fact is a huge slap in the face with how much work and effort was put into keeping what was left of LPG together and to make sure the former clients of LPG were attended to, taken care of, and to have their questions and concerns regarding their accounts, files, and lawsuits addressed.

22. To elaborate, Jayde and I both had EVEN MORE work to do, from mid-February 2023 to 06/02/23, because there were significantly increased communications to LPG, by former clients, current clients, the "local counsel" attorneys who left LPG but were still defending clients in state court suits across the US, opposing counsels, etc. as a result of (1) LPG having transferred LPG's files to Oakstone Law Group (and after that to Phoenix Law), (2) LPG filing bankruptcy on 03/20/23, (3) the erroneous payment processing errors that were pulled from clients (ie, drawing double amount of money that was agreed upon between LPG and the client out of client's bank accounts or credit cards, (4) clients and attorneys emailed and phoned LPG, saying they could not reach anyone at Oakstone or Phoenix, and (5) if the clients and local counsel had been able to reach anyone at Oakstone or Phoenix, the people at Oakstone and Phoenix did not know enough about the clients/lawsuits against clients, to answer the questions that

were then asked to Jayde and I at LPG, and (6) people from Oakstone and Phoenix phoned and emailed me and Han, asking us to help them, because they lacked information.

23. There was no one left at LPG to do the work that Jayde and I, and our assistants, did from 03/20/23 to 06/02/23. Daniel March did not know the files or issues well enough to answer the inquires that Jayde and I answered from 03/20/23 to 06/2/23. Not to mention he did not have time to do so, because he was counsel of record defending many clients in California state court suits. Daniel March and his paralegals would email my team and I to assist him and such emails could be found in the LPG emails.

24. For all 6 of these reasons, nothing could be further from the truth than OPP alleging there was "simply no more work at LPG."  All 6 of these things that I listed immediately supra resulted in there being a larger volume of communications that Jayde, her team, my team, and I had to respond to, between 03/20/23 and 06/02/24, than the volume of communications we had to respond to, before 03/20/23.

25. Attorney Daniel March, worked with his two paralegals, Olga and Carl, from his office down the street from LPG's Tustin office and was hardly ever at LPG's Tustin office after mid-February 2023. Tony Diab's Declaration to this Reply confirms this.

26. LPG was always set up so that most employees could work remotely and often times, Jayde, our teams, and I did work remotely. LPG was evicted from its Tustin office in May 2023 (Notice to Quit is **Exhibit E** hereto).  As instructed by Daniel March and Tony Diab, I was the employee at LPG's Tustin offices who had to get all LPG's furniture moved to a storage facility, by 05/29/23, the date LPG had to be out of the Tustin office. Diab stated the Trustee lifted the stay for the LPG Tustin office, so we needed to return it brand new. I was instructed to find storage units and have movers move all furniture (desks, chairs, file cabinets, monitor stands, trash cans, etc.) into those storage units and Diab will give the storage unit address to the Trustee.

27. I already explained in multiple declarations and at my 03/20/2024 hearing that I was visiting Oakstone's office at 3345 Michaelson Drive, Suite B, Irvine, CA 92612, per separate requests from Scott Eadie, Eng Taing, and Wes Thomas. I was doing most of my work for LPG at LPG's Tustin Office until we were evicted from there. My personal property got moved to Greyson's temporary office at the former Oakstone's office when we evicted from LPG's Tustin Office. Eng Taing put a restrictive access and locked out everyone from Greyson's original office located at 3161 Michelson Drive, Suite 1675, Irvine, CA 92612 on 04/28/2023, but no one had officially settled down into that office yet. A U-haul was rented and my personal belonging went from LPG's Tustin Office to Present Greyson's temporary

office, at the time of lockout was Oakstone's previous office since Oakstone

had already dissolved, on 05/19/2023 (**Exhibit F**). Although attorney Hays

states in his Declaration that "This sequence of events lacks credibility", that

sequence of events is exactly what happened. I believe the Tustin Executive

Center has cameras outside of their building and I believe 3345 Michelson

Drive, Suite 400B, Irvine, CA 92612's office and the building itself has

camera footage of Friday, 05/19/2023 that can prove that.

28. Present Greyson's temporary office being at Oakstone's previous office for

it dissolved was a temporary solution since Greyson was abruptly kicked out

by Eng Taing's. Present Greyson was already looking into other offices right

before the lockout happened. Stating that the office that Greyson was locked

out of was not leased by the Debtor (LPG), but by Phoenix Law is incorrect.

Attorney Alina Mamlyuk might want to check her records because based on

information and belief, Innovative Solutions was the signer for the lease of

3345 Michaelson Drive, Suite 400A and 400B, Irvine, CA 92612 but **LPG**

**WAS THE GUARANTOR** for the standby letter of credit. Innovative

Solutions was the one who subleased from Alteryx and was the one who

allowed Phoniex Law to operate in Suite 400A and Oakstone to operate in

Suite 400B.

29. Both Jayde and I continued as W2 employees of LPG from 03/20/23 to

06/02/23. Tony Diab told Jayde and I, near the end of March to early April

---

REPLY OF HAN TRINH ("HAN"), TO TRUSTEE MARSHACK'S OPPOSITION TO HAN'S MOTION
[DKT.674] FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM PER 11 U.S.C.
§503(b)(1)(A); REPLY DECLARATION OF HAN TRINH;  DECLARATION OF TONY DIAB    28

15

2023, that LPG had filed bankruptcy, but that Diab would get the

Bankruptcy Court to authorized LPG to pay our salary and the other LPG

employees', that were left, pay.

30. LPG benefitted from Jayde's work, and my work, because our work,

receiving and answering the high volume of client and attorney

communications from 03/20/23 to 06/02/23, kept the LPG's client base from

falling apart, which allowed Trustee Marshack to sell the LPG client files, in

July 2023, for many millions of dollars, to Morning Law. Tony Diab's

Declaration to this Reply attests to this.

31. Because Jayde's and my work was essential (there was no one else to do it

and no one else could do it) and because it benefitted LPG (which sold the

client files for many millions of dollars in July 23), Jayde and I would be to

be paid on a quantum meruit basis, for that work.  The most accurate

measure of the quantum meruit value would be Jayde and my W2 salaries.

32. As I testified in my deposition, taken for almost 7 hours on 03/20/24 by

Trustee attorney Christopher Ghio, Esq of Dinsmore & Shohl, LLP, that I

was a W2 employee of Litigation Practice Group, PC ("LPG") from

01/29/21 through 06/02/23.

33. Since I was locked out of everything and was not permitted to be involved

with LPG, I was left with no choice but to quit work for LPG on 06/02/23,

when Dinsmore firm attorney Christopher Celentino told me, on the phone,

that LPG had filed bankruptcy on 03/20/23, that Richard Marshack had been appointed by the Bankruptcy Court, to take over running LPG, and that the Dinsmore firm, for Trustee, had obtained an Order from the Bankruptcy Court, authorizing Trustee's attorneys to lock most of Greyson's management team out and other Law Firms out of their offices, seizing and taking over all of those firms' operations.

34. I was employed by Greyson Law Center, PC ("Greyson"), during part of the time from 03/20/23 to 06/02/23, but as Greyson only had 48 client files and was a startup, as of 06/02/23, working for Greyson left me plenty of time to continue doing my essential administration work for LPG, particularly as I was able to work nights and weekends, as a salaried employee.

35. The W-2 form that I received from Greyson for the 2023 year showed Greyson only paid me $33,420.70 for the whole 2023 year, because Greyson had very limited money. I produced that W2 form before my 03/20/23 deposition.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration is executed at Orange, California on April 18, 2024.

_____

HAN TRINH

---

# EXHIBIT A



# EXHIBIT B

















# Inbox

**Focused**    Other    Filter

**C** — ctyphair@paychex.com    5/1/23
URGENT! PLEASE HELP!
This message did not seem to connect with your
account. If you can provide me with the client ID and...    2

**C** — ctyphair@paychex.com    4/28/23
Meet Your New Paychex Payroll Specialist for Account 1...
Hello, My name is Chance Typhair, and beginning today
I'll be your new dedicated payroll representative for ong...

**PD** — Peterson, Demarcus    4/28/23
GUARDIAN PROCESSING LLC - 16090450
Hello, Please reply to this email with proof of funds
available for the balance of $42,385.46. Thank you,...    4

**TG** — Taffy Guillen    4/28/23
Litigation Practice Group 692971
Good Morning Han, I wanted to check to see if the issues
with remitting the contributions to T. Rowe Price has be...

**A** — aharth@paychex.com    4/27/23
Updated Bank Information
Hi Han, Hope you have been well. I have received this
email and in review I cannot use the documents you...    2

**L** — Legal    4/27/23
LVNV Funding v.
Phoenix transfer. Settlement reported, payment
adjustment may be needed. Thank you. Alexa Rowek –...

**SM** — Sherry Mendoza    
Notice of Cancellation - Liberty Mutual
You can close your task, they are out of...
Sherry Mendoza Commercial Lines Account Manage...    2

































# Inbox

The Litigation Practice Group PC P.O. Box 513018 Los
Angeles, CA 90051 p: 949.715.0644 f: 949.315.4332 w...

**Attorney**                                    3/30/23
LPG Malpractice Insurance
Hi everyone, LPG extended its "claims-made"
malpractice insurance policy for an additional year. As s...

**Legal**                                       3/30/23
April lease payment due
The Litigation Practice Group PC P.O. Box 513018 Los
Angeles, CA 90051 p: 949.715.0644 f: 949.315.4332 w...

**Attorney**                                    3/30/23
New Case Assignment:              20019451
Settlement reported, payment change required. General
Counsel The Litigation Practice Group PC 17542 17th St...

**Legal**                                       3/30/23
Capital One Bank v.                         2...
Cannot locate this CL on any transfer list. Settlement
reported by LC. Thank you. The Litigation Practice Grou...

**Daniel S. March**                             3/30/23
Refund
---------- Forwarded message --------- From:
                    Date: Tue, Mar 28,...

**Cameron Nickels**                             3/30/23
Suite inquiry
Hi Han, I am so sorry, I must have missed your reply!
We'd be happy to assist with your suite. I've attached a...

**Legal**                                       3/30/23
Citibank v.                         95            2...
Phoenix transfer. CL needs payment a
program. Thank you. Julia Gomez - 458...



## Inbox

**Focused**   Other                                    Filter

**Attorney**                                            3/30/23
New Case Assignment                    6739910
Settlement reported , payment change required. General
Counsel The Litigation Practice Group PC 17542 17th St...

**R. Reed Pruyn**                                       3/29/23
LPG Malpractice Insurance
Must we each take any action for this coverage to
take effect? From: Collin Donner <CDonner@lpglaw....

**Vincent Jackson**                                     3/29/23

Good afternoon: This client is still complaining about
being over charged. He has not gotten his refund yet. I...

**Lance M. Witt**                                       3/29/23
Overdue: 17 Requests for ACH Proof of Authorization
Lance M. Witt Managing Member General Manager
916-705-7395 From: Lance M. Witt Sent: Wednesday,...

**Peter Schneider**                                     3/29/23
Zoom meeting
Microsoft Teams meeting Join on your computer, mobil...

Wed, Mar 29, 2023, 1:30 PM (2h)          **RSVP**

**Vanessa Buchner**                                     3/29/23
Carl's Emails regarding Mail Scans / Sensitiv...
Hello, I added Jayde to this email string because I feel it's
important to note, that sensitive documents are possibl...

**Sarah Holden**
Closing out LPG Law x Embroker for no
Hey Han, I know a lot of firms renew at the beginning of

58











# Inbox

Gehling Osborn Law Firm, PLC 600 4th Street, Suite...

**Daniel S. March**                                    3/23/23
Status
---------- Forwarded message --------- From: Brittany
Date: Thu, Mar 23, 2023...

**Barracuda Networks**                                 3/23/23
Barracuda Networks' Email Gateway Defense Quarantin...
MANAGE QUARANTINE 1 Inbound Quarantine Emails
han@lpglaw.com From Date Subject Actions ARKHAUS...

**Accounting**                                         3/23/23
Lease of 60 N Market St Suite 300, Asheville NC
Accounting and Finance The Litigation Practice Group PC
P.O. Box 513018 Los Angeles, CA 90051 From: Carla Ba...

**Accounting**                                         3/23/23
Your Account Is Suspended: TERMINATION NOTI...
Accounting and Finance The Litigation Practice Group PC
P.O. Box 513018 Los Angeles, CA 90051 From: noreply...

**Brianne Pusztai**                                    3/23/23
Fresh/Luna
Dan March had asked me to let you all know that he's
looking for details on getting into Fresh or Luna Warme...

**Legal**                                              3/23/23
Illinois
CL doesn't show up on Phoenix, Oakstone or CLG. Debt
settled. Needs adjustments to account. Thank you. Mar...

**Legal**                                              3/23/23
Illinois
Phoenix transfer. Debt settled. Paymen
adjustment. Thank you.

63















# Sent

assist but cannot find it. This file did go to Phoenix if yo...

**Han Trinh, Reid Wood...**                    6/2/23
                        5638
Phoenix transfer. Settlement team reported
settlement. Thank you.                          9...

**Danielle Gregory and Brenda Gregory**    6/2/23
                        81854
Please handle soon. File was with        Thank you.
                1854 Address:

**Vincent Jackson and Nicole Filtz**       6/1/23
                - 328729541
Thank you! The Litigation Practice Group PC P.O. Box
513018 Los Angeles, CA 90051 p: 949.715.0644 f: 9...

**Ana Gurrola**                            6/1/23
                (Complaint to MA AG's Office)
I can't find anything. Doesn't show up on any
spreadsheet. The Litigation Practice Group PC P.O. Box...

**Nisiana McKinley and Brenda Gregory**   6/1/23
                        5482
Please handle this soon. File was with        Thank you.
                5482 Address:

**Mona Montiero**                          6/1/23
Correspondence
Phoenix transfer. Please have CL reach out to new firm
handling. Thank you. The Litigation Practice Group PC...

**Shannon Bellfield**
LVNV Funding v.              UNN
Phoenix The Litigation Practice Group PC P.O. Box

70



71



## Sent

Group PC P.O. Box 513018 Los Angeles, CA 90051 p: 9...

**NM** **Nisiana McKinley and Brenda Gregory**    5/31/23
 ꓕꓕꓕ7868
Please handle soon. File was with       . Thank you. Hugo
       ꓕ7868 Address:

**DG** **Danielle Gregory and Brenda Gregory**    5/31/23
 ꓕ20
Please handle soon. File was with       Thank you.
       20 Address:

**ER** **Erin Russell-Whitson**    5/31/23
Message from "RNP5...
Phoenix transfer.       ꓕ8122 Address:
      hone Number...

**DG** **Danielle Gregory and Brenda Gregory**    5/30/23
New Note Created On File.       63...
Please review file to see if CL signed the stip. Thank you.
" GC       ☐? ☐? ☐?...

**IO** **Israel Orozco, Dan March...**    5/30/23
      268
Hi Counsels, Please see attachment for Capital One
      file. Thank you"

**DM** **Dan March, Olga Esquivel...**    5/30/23
492284424 - Dianet Baca
Phoenix transfer. Please see Order of Discharge for
Chapter 7 BK. Thank you.

**HT** **Han Trinh, Reid Wood...**
      - Legal Disposition - Jan
Phoenix transfer. Counsel reported Order Granting

72



## Sent

Phoenix transfer. Please see Order of Discharge for
Chapter 7 BK. Thank you.                              Ad...

**Han Trinh, Reid Wood...**                          5/30/23
4          J - Legal Disposition
Phoenix transfer. Counsel reported Order Granting
Motion to Dismiss without Prejudice. Thank you.

**Danielle Gregory and Brenda Gregory**             5/30/23
                          _592
I don't have a way of knowing how much CL paid into any
accounts. Refunds will have to be requested and sent t...

**Melissa Wilkes and Katrina  Crain**               5/30/23
56A district court
Hi Counsel - Please see the attachment below. Thank
you.                          1511 Address

**Ana Gurrola**                                     5/30/23
NOTICE TO APPEAR
She transferred to Phoenix. Please advise her to send
there. Thank you. The Litigation Practice Group PC P.O....

**Thiago Lanes**                                    5/30/23
New Note Created On File:
Hey Thiago – Please see note below about cancellation.
The Litigation Practice Group PC P.O. Box 513018 Los A...

**Attorney, Danielle Gregory...**                   5/30/23
Refund
Yup will do! The Litigation Practice Group PC P.O. Box
513018 Los Angeles, CA 90051 p: 949.715.0644 f: 9

**Ana Gurrola**                                     5/30/23
Recent Court Summons

73



74









## Sent

Phoenix transfer. File was with Firas. We will have
settlement officer handle unless the CL wants Phoenix t...

**AG** **Ana Gurrola**                                          5/25/23
My Account
Phoenix transfer.                    361396333 Address:
                                Phone Number:...

**AG** **Ana Gurrola**                                          5/25/23
                    - CONDITIONAL RELE...
Phoenix CL. I don't have notes on an assignment going
out for the file.

**HT** **Han Trinh, Reid Wood...**                             5/25/23
            04426
Phoenix transfer. CL will handle the Citibank (Case
No.                    on her own. Debt can be remove...   4

**MM** **Mona Montiero**                                        5/24/23
Automatic reply: LPG Introduction
Phoenix transfer. Please advise her to send to them.
Thank you. The Litigation Practice Group PC P.O. Box 5...

**OE** **Olga Esquivel and Vincent Jackson**                   5/24/23
                Bank of America 22 CLJ-00563
CL should come up as                    +6666. This
is a Phoenix transfer.                    666 Addr...

**MM** **Mona Montiero**                                        5/24/23
Recieved these in the Mail.
The Litigation Practice Group PC P.O. Box 513018 Los
Angeles, CA 90051 p: 949.715.0644 f: 949.315.4332 w...

**MM** **Mona Montiero**                                        5/24/23
Got this in the Mail.
The Litigation Practice Group PC P.O. Box 513018 Los



Sent

Angeles, CA 90051 p: 949.715.0644 f: 949.315.4332 w...

**Mona Montiero**                               5/24/23
Got this in the Mail.
The Litigation Practice Group PC P.O. Box 513018 Los
Angeles, CA 90051 p: 949.715.0644 f: 949.315.4332 w...

**Danielle Gregory, Brenda Gregory...**         5/24/23
Order for Case Number:
Hi Danielle - Please reach out to address with CL        3
soon. Thank you! The Litigation Practice Group PC P...

**Ana Gurrola**                                 5/24/23
Collection Letter 2
Should go to Phoenix. not a collections letter. lol The
Litigation Practice Group PC P.O. Box 513018 Los Angel...

**Ana Gurrola**                                 5/24/23
Please handle
Please direct to Phoenix. Thank you! The Litigation
Practice Group PC P.O. Box 513018 Los Angeles, CA 90...

**Ana Gurrola**                                 5/24/23
Letter
Phoenix transfer. Please advise her to send to them.
Thank you. The Litigation Practice Group PC P.O. Box 5...

**Attorney**                                    5/23/23
FW: FW: New Case Assignment:
Please advise. On this one, Attorney had asked Counsel
to try to reinstate the agreement and Mona checked in...

**Shannon Bellfield and Amy Ginsb**
AMEX v.                       Remote Trial
I can't locate the CL on the master list for any transfers.

79





# Sent

It was with Oakstone but no longer on Luna. CL may now be with Phoenix. The Litigation Practice Group PC P.O....

**Shannon Bellfield**                        5/23/23
Discover v.                    ;   D-0
This went to Phoenix. The Litigation Practice Group PC P.O. Box 513018 Los Angeles, CA 90051 p: 949.715.064...

**Olga Esquivel**                             5/22/23
Jennifer Polly - 420500028 Address: 3860 S Higuera St Space 153 San Luis Obispo, CA 93401 Phone Number:...

**Olga Esquivel**                             5/22/23
New lawsuit letter
Hi Olga - Is this CL working on filing BK with Counsel March? Please advise, thank you. The Litigation Practic...

**Attorney**                                  5/22/23
New Case Assignment:                    627596
Oakstone then to Phoenix. The Litigation Practice Group PC P.O. Box 513018 Los Angeles, CA 90051 p: 949.715....

**Vincent Jackson and Nicole Filtz**          5/19/23
FW: Court Summons ~ LVNV.pdf
Thank you! The Litigation Practice Group PC P.O. Box 513018 Los Angeles, CA 90051 p: 949.715.0644 f: 9...

**Ana Gurrola**                               5/19/23
Order for Case Number:            - From O...
Phoenix transfer.                    5406 Address.

**Reuben Galvan and Brenda Greg**
                477765406
Please handle soon. File was with         ank you. Mona

81





**Sent**

Box 513018 Los Angeles, CA 90051 p: 949.715.0644 f:...

**SB**  **Shannon Bellfield and Tracking**    5/19/23
Capital One v.                    (Case No        2...
This one is Phoenix. The Litigation Practice Group PC
P.O. Box 513018 Los Angeles, CA 90051 p: 949.715....    2

**HT**  **Han Trinh, Reid Wood...**    5/19/23
Phoenix transfer. Settlement reported for another
case. Thank you.    3

**AG**  **Ana Gurrola**    5/19/23
The Litigation Practice Group: Contact Informati...
My bad second page.. $751.07 The Litigation Practice
Group PC P.O. Box 513018 Los Angeles, CA 90051 p...    2

**SB**  **Shannon Bellfield**    5/19/23
Mariner Finance v.                    13-22
File was transferred to CLG. But they have also cancelled
CL out of that program since CL was unresponsive duri...

**HT**  **Han Trinh, Reid Wood...**    5/19/23
Phoenix transfer. Settlement reported. Thank you.
469965020 Address:    4

**DM**  **Dan March**    5/19/23
Letter
Received. The Litigation Practice Group PC P.O. Box
513018 Los Angeles, CA 90051 p: 949.715.0644 f: 949....

**AG**  **Ana Gurrola**
New lawsuit (served on 5/17/23)
Phoenix transfer. Please have them send to Phoenix.
Thank you! The Litigation Practice Group PC P.O. Box 5...



















## Sent

**Brenda Gregory**  5/12/23
308678
Please handle soon. File was with ___. Thank you!
78 Address:

**Shannon Bellfield**  5/12/23
BoA v. ___  004781-22
This one is with Phoenix The Litigation Practice Group PC
P.O. Box 513018 Los Angeles, CA 90051 p: 949.715.064...

**Ana Gurrola and Olga Esquivel**  5/11/23
C
Please tell this person to make their settlement
payments.. thank you! The Litigation Practice Group...    2

**dan@litigationpracticegroup.com**  5/11/23
Consumer complaint and letter of request
CLG transfer. Reviewed the file. It doesn't appear any
legal documents. SSN XXX-XX-___    Birthday

**Tracking**  5/11/23
The Litigation Practice Group PC P.O. Box 513018 Los
Angeles, CA 90051 p: 949.715.0644 f: 949.315.4332 w...

**Nicole Filtz and Olga Esquivel**  5/11/23
Plaintiffs Request for Discovery OneMain Financial v
This was sent to Counsel Tye on 12/1/22. File was
transferred to Phoenix.

**Michael O'Sullivan, Jhosselinne Ra___**
New Case Assignment: ___
The Litigation Practice Group PC P.O. Box 513018 Los
Angeles, CA 90051 p: 949.715.0644 f: 949.315.433...    2





## Sent

Revocation of the Power of Attorney
The Litigation Practice Group PC P.O. Box 513018 Los
Angeles, CA 90051 p: 949.715.0644 f: 949.315.4332 w...

**admin@phoenixlaw.co**                     5/10/23
Credit one court date -                    - Previousl...
The Litigation Practice Group PC P.O. Box 513018 Los
Angeles, CA 90051 p: 949.715.0644 f: 949.315.4332 w...

**admin@phoenixlaw.co**                     5/10/23
Synchrony v                    | Ca
The Litigation Practice Group PC P.O. Box 513018 Los
Angeles, CA 90051 p: 949.715.0644 f: 949.315.4332 w...

**Attorney**                                5/10/23
Questions
This client is with CLG The Litigation Practice Group PC
P.O. Box 513018 Los Angeles, CA 90051 p: 949.715.064...

**Ana Gurrola**                             5/10/23
New Note Created On File:
The Litigation Practice Group PC P.O. Box 513018 Los
Angeles, CA 90051 p: 949.715.0644 f: 949.315.4332 w...

**admin@phoenixlaw.co**                     5/9/23
Settlement Proposal
The Litigation Practice Group PC P.O. Box 513018 Los
Angeles, CA 90051 p: 949.715.0644 f: 949.315.4332 w...

**Sarah Lim**                               5/8/23
New assignments from Oakstone
Hi Sarah, Please see below, thank you! The Litigation
Practice Group PC P.O. Box 513018 Lo

**howardgutman@aol.com**
Details Verification Needed

94



## Sent

**Sarah Lim** — 5/8/23
New assignments from Oakstone
Hi Sarah, Please see below, thank you! The Litigation Practice Group PC P.O. Box 513018 Los Angeles, CA 90...

**howardgutman@aol.com** — 5/5/23
Details Verification Needed

**Tracking and paymentlegal** — 5/5/23
Synchrony Bank v. /                 (Case No
The Litigation Practice Group PC P.O. Box 513018 Los Angeles, CA 90051 p: 949.715.0644 f: 949.315.4332 w...

**Attorney** — 5/4/23
Scanned image from Litigation Practice Group
Phoenix Client The Litigation Practice Group PC P.O. Box 513018 Los Angeles, CA 90051 p: 949.715.0644 f: 949....

**Attorney** — 5/4/23
Scanned image from Litigation Practice Group
Phoenix Client                         The Litigation Practice Group PC P.O. Box 513018 Los Angeles, CA 90...

**Shannon Bellfield** — 5/4/23
TD Bank             .                 (Docket No.
Hi Counsel, Client was transferred to CLG, thank you. The Litigation Practice Group PC P.O. Box 513018 Los A...

# EXHIBIT C

elitelegalpractice.com

# RICHARD MEIER, ESQ.

## Consumer Litigation Attorney

Bar License Status

Richard has been a passionate advocate for consumer rights his entire career. With a background in accounting and economics, he brings a unique and valued perspective to ELP. Richard is fluent in Spanish and grateful for the opportunity to assist the Spanish-speaking community as an attorney.

*Admitted in Ohio, Illinois, Oregon, Colorado, Wyoming, Iowa, Utah, Texas, Minnesota, and California.*

*Admitted in Federal Courts in Ohio, Illinois, Indiana, Michigan, Wisconsin, California, Colorado, New Mexico, Missouri, Maryland, Nebraska, North Dakota, Oklahoma, Arkansas, Texas, and Pennsylvania.*

97

# Exhibit D

elitelegalpractice.com

# YASMEEN VILLAMIL
### Legal Assistant

Born and raised in sunny Orange County, Yasmeen brings invaluable passion, experience, and care to her work at ELP. Outside of the office, Yasmeen loves soaking up the vibrant California lifestyle with her family and friends.

# ROSY PRADO
### Legal Assistant

Also a native Californian, Rosy has worked in document control, customer service, and as a legal assistant for invalidation of debts through the Fair Debt Collection Practices Act. She enjoys reading in her spare time and spending time with her children.

99

# Exhibit E



| TO: (Name and Address): | LEVYING OFFICER (Name and Address): |
|---|---|
| **OCCUPANT**<br>**17542 E. 17th Street, Suite 105**<br>**Tustin, CA 92780** | **Orange County Sheriff's**<br>**Department**<br>**909 N Main St, Suite 2**<br>**Santa Ana, CA 92701**<br><br>**(714) 569-3700**<br>**Fax: (714) 569-2368** |
| EMAIL: | |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY: | **California Relay Service Number**<br>**(800) 735-2929 TDD or 711** |
| **Orange County Superior Court**<br>**700 W Civic Center Drive**<br>**Santa Ana, CA 92701** | |

| PLAINTIFF: | COURT CASE NO: |
|---|---|
| **SDCO TUSTIN EXECUTIVE CENTER, INC.** | **30-2023-01312735-CU-UD-CJC** |
| DEFENDANT: | |
| **THE LITIGATION PRACTICE GROUP PC** | |
| **Notice to Vacate** | LEVYING OFFICER FILE NO: **2023506293** |

By virtue of the Writ of Execution for Possession/Real Property (eviction), issued out of the above court, you are hereby ordered to
vacate the premises described on the writ.

| **Eviction Address:** | **17542 E. 17th Street, Suite 105**<br>**Tustin, CA 92780** |
|---|---|
| **Final notice is hereby given that**<br>**possession of the property must be**<br>**turned over to the landlord on or before:** | **Tuesday, May 30, 2023  06:01 am** |

Should you fail to vacate the premises within the allotted time, I will immediately enforce the writ by removing you from the
premises. All personal property upon the premises at the time will be turned over to the landlord, who must return said
personal property to you upon your payment of the reasonable cost incurred by the landlord in storing the property from
the date of eviction to the date of payment. If the property is stored on the landlord's premises, the reasonable cost of
storage is the fair rental value of the space necessary for the time of storage. If you do not pay the reasonable storage
costs and take possession within fifteen (15) days, the landlord may either sell your property at a public sale and keep
from the proceeds of the sale the costs of storage and of the sale (1988 CIV), or, if the property is valued at less than
$700.00, the landlord may dispose of your property or retain it for his own use. (715.010(b)(3), 1174 CCP)

If you claim a right of possession of the premises that accrued prior to the commencement of this action, or if you were in
possession of the premises on the date of the filing of the action and you are not named on the writ, complete and file
the attached Claim of Right of Possession form with this office. No claim of right to possession can be filed if the
prejudgment claim of right to possession was served as indicated on the writ unless the eviction is the result of a
foreclosure.

**Don Barnes**
**Sheriff-Coroner**

By: *Annemarie #11331*

Sheriff's Authorized Agent

Original
(c) County/Sate Sheriff, Tewacoft, Inc.

328889

101

# Exhibit F

# Order/Reservation

## Truck Reservation # 87807088

| Pick Up | Drop Off |
|---------|----------|
| **Pick Up Time:** | **Drop Off Time:** |
| Friday, 5/19/2023 | By: Friday, 5/19/2023 |
| 12:42 PM | 7:41 PM |
| **Pick Up Location:** | **Drop Off Location** |
| U-Haul Moving & Storage Of Costa Mesa | Same as pick up location |
| **Address:** | |
| 2680 Newport Bl | |
| Costa Mesa, CA 92627 | |
| *(On Newport Blvd between Fair and Mesa /* | |
| *Off site Storage at 2550 Newport, No Onsite* | |
| *Parking. Please get dropped off or park on* | |
| *streets behind Center)* | |
| **Phone Numbers:** | |
| (949) 631-1250 (tel:9496311250) | |
| (800) 637-2672 (tel:8006372672) | |

### Order Details

**Order Status:** Reserved

| Item | Qty | Total |
|------|-----|-------|
| **9' Cargo Van**<br>7 hours of use requested, subject to availability.<br>A major credit card or debit card with a major credit card logo is required at time of pick up for all Cargo Van and Pickup Truck rentals. (In Canada, a major credit card is required at the time of pick up) | 1 | $19.95 |
| You are currently financially **responsible for any damage to your equipment.** The estimated value of your rental truck is **$35,000 USD**. | None | $0.00 |
| Estimated Miles - $0.89/mile | 100 | $89.00 |
| Environmental Fee | 1 | $0.00 |
| | **Subtotal:** | **$108.95** |

Feedback

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF KATHLEEN P. MARCH ESQ TO REPLY

I, KATHLEEN P. MARCH, declare:

1. I make this Declaration to attest to specific things relevant to Jayde's and Han's herein Replies to Trustee's OPPs to Han and Jayde's administrative claim motions [dkt.674, Han; dkt.675, Jayde].

2. Trustee Marshack, filed his Motion [dkt.191, filed 7/7/23], moving to sell debtor LPG's client files, for the highest and best price offered. The starting offer, per that Motion, was from Consumer Legal Group, estimated to be for 42 million dollars. The Bankruptcy Court eventually granted the Motion to sell, to sell to Morning Law as buyer. Sale Order is dkt. 352, entered 8/2/23, in main LPG bankruptcy case docket, and attaches the Morning Law Purchase Agreement with Trustee.  I have read that *Agreement of Purchase and Sale* between the LPG Bankruptcy estate as seller, and buyer Morning Law. *The Agreement of Purchase and Sale*  (Exhibit 1 to Sale Order, dkt. 352] requires Morning Law to pay the LPG bankruptcy estate 5.5 million to start, for LPG's client files, and then to pay the LPG bankruptcy estate 50% of all fees generated on active executory contracts, going forward, on LPG client files being purchased by Moring Law, and 40% on inactive files.   From everything I read, the total to be paid by Morning Law appeared to be higher than the 42 million that Consumer Law Group had offered.

3. No buyer would pay 40 to 50 million dollars for LPG's client files, if those files were in disarray. As Tony Diab's Declaration hereto, signed 4/14/24, explains, granting trustee's motion to sell, Han and Jayde Trinh's work from 3/20/23 to 6/2/23 was essential, because without that work, LPG's data base of client files would have been diminished , or would have crashed completely.

4. At request of Marshack Hays attorney, Alina Mamlyuk, I first emailed Mamlyuk Han Trinh's, and Jayde Trinh's, most recent (February 2023) paystub from Paychex, which was LPG's payroll processing company, at that time, and which provided LPG W-2 employees with Paychex paystubs with each LPG paycheck. My email is **Exhibit A**, and those Paychex paystubs are attached as part of **Exhibit A**.

5. Next Mamlyuk asked for more Paychex paystubs, so I emailed Mamlyuk the whole year of Paychex paystubs that LPG's payroll processor, Paychex, had given Han, in 2022-23, ending with the February 2022 Paychex Paystub. That email is **Exhibit B**, and the full year of Han's Paychex paystubs, which I emailed to Mamlyuk by that email, are attached to **Exhibit B**.

6. **Exhibit C** to hereto is a full year of Jayde Trinh's Paychex paystubs.

7. Mamlyuk's Declaration to OPP to Han's Motion in chief [dkt.674] says I only sent Mamlyuk one Paychex paystub. Not correct, as I sent her a whole year of Han's Paychex paystubs, showing that vacation hours were accruing on each Paystub, except the last Paychex paystub.

8. Mamlyuk saying I am lying about what I sent her is either Mamlyuk being very mistake, or Mamlyuk knowingly misstating.

9. This Court's dkt.818 order, continued hearing on the administrative claim motions, so the parties could informally exchange discovery.

10. Because Jayde Trinh had not received her 2023-year W-2 form from LPG, I emailed Mamlyuk, asking her to send it to my firm, as it was required by law and was overdue. That email is **Exhibit D** hereto. I received zero response and zero W-2 form.

11. I also emailed Mamlyuk, asking her to send my firm certain documents relevant to Han Trinh's administrative claim Motion. That email is **Exhibit E** hereto. I received zero response and zero documents.

12. Next, on 2/29/24, my firm served a *Jayde Trinh Request to Produce Documents* on Trustee Marshack, asking Marshack to inter alia produce Jayde's 2023 W-2 form from LPG. That RPD is **Exhibit F** hereto. My firm received no written response and no documents.

13. Also on 2/29/24, my firm served a *Han Trinh Request to Produce Documents* on Trustee Marshack, asking Marshack to produce documents relevant to Han Trinh's administrative claim motion [dkt.674]. That RPD is **Exhibit G** hereto. My firm received no written response and no documents.

14. Next, on April 4, 2024, I sent an email to Mamlyuk, **Exhibit H** hereto, that, *inter alia*, pointed out Trustee's written Response to Jayde's RPD ,and

---

REPLY OF HAN TRINH ("HAN"), TO TRUSTEE MARSHACK'S OPPOSITION TO HAN'S MOTION
[DKT.674] FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM PER 11 U.S.C.
§503(b)(1)(A); REPLY DECLARATION OF HAN TRINH;  DECLARATION OF TONY DIAB

106

20

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Trustee's written Reponses to Han's RPD, were overdue, and Trustee's

document production, on each RPD, was  overdue, and that Trustee failing to

serve a written Response, and failing to timely produce any documents, had

waived all objections to my firm's RPD.

15. I received no response to that email.

16. In summary, Trustee, in error, has filed OPPs requesting this Court to deny

Han and Jayde's administrative claim motions [dkt.674 Han, dkt.675 Jayde],

while Trustee's attorneys utterly stonewalled on giving my firm discovery

relevant to those administrative claim motions, that my firm is entitled to. That

improper behavior by Trustee's attorneys is unclean hands, which is an

additional reason the Court should overrule Trustee's OPPS to Han and Jayde's

administrative claim Motions.

17. In addition, Trustee's special counsel, Dinsmore & Shohl LLP and their field

agents, who performed the Lockout at Greyson on 6/2/23, were NOT honest

regarding Han's personal items which they had seized at Greyson's office on

6/2/23.  (March Decl hereto). Greyson's first attorney, Douglas Plazak, had

requested access to Han's locked office that the Trustee's field agent changed

the locks to by emailing attorney Celentino of Dinsmore. No one from

Dinsmore ever got back to Greyson about the new key, in the field agents'

possession after changing the locks on Han's office, to Han's office. Han was

never able to access her office within Greyson's office after 06/02/2023 even

**REPLY OF HAN TRINH ("HAN"), TO TRUSTEE MARSHACK'S OPPOSITION TO HAN'S MOTION
[DKT.674] FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM PER 11 U.S.C.
§503(b)(1)(A); REPLY DECLARATION OF HAN TRINH;  DECLARATION OF TONY DIAB**          107

21

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

after attorney Celentino stated that they had no problem with Greyson returning

to its office. Greyson locked out of its office for the second time sometime late

July 2023, but was not aware until a Greyson employee showed up to check on

the office and discovered they were locked out on 08/01/2023 BEFORE the sale

to Morning Law. Greyson immediately notified its attorney at the time, Douglas

Plazak, that they were locked out and he in turned emailed attorney Celentino.

Greyson never regained access after it was locked out on 08/01/2023. Dinsmore

and the field agents claimed repeatedly they could not find the 86-inch TV,

owned by Han personally, even though that 86-inch TV was bolted to the wall

in Han's locked room at Greyson. A TV that big, bolted to the wall, is not

"lost", though Trustee's field agents, and attorneys, repeatedly told Han

attorney Kathleen March of The Bankruptcy Law Firm, in emails, that they

couldn't locate Han's big screen TV.  That was untrue, they knew it was bolted

to the wall in the office Han had occupied.  The field agents just wanted to keep

Han's TV, instead of returning the TV to Han.  It took multiple emails by me, to

get Dinsmore firm and field agents, to get them to admit they had the TV, still

bolted to the wall, and to get the TV returned to Han, who had to bring workers

to remove the TV from the wall. Han informed me that there was little left of

//

1  what was in her locked personal office.

2       I declare under penalty of perjury that the foregoing is true and correct and that

3

4  this Declaration is executed at Los Angeles, California, on April 15, 2024.

5              /s/ Kathleen P. March

6           KATHLEEN P. MARCH

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

| From: | K. P. March |
|---|---|
| To: | "Alina Mamlyuk" |
| Cc: | "Ed Hays", "Layla Buchanan" |
| Subject: | Alina Mamlyuk Esq of MarshackHays firm, from KPMarch, Esq., Bky LF for Han Trinh: Please read below RESPONSE to your 2/12/24 at 7:46pm email. Please REPLY to confirm receipt. Please email my firm the 4 items of discovery my firm requests. Thx |
| Date: | Wednesday, February 14, 2024 12:15:09 PM |
| Attachments: | Exhibit B to Han Decl items that Han owned that disappeared 110823 resaved 021324.pdf |
| | paychex paystubs for Han and Jayde showing accruing vacation hours.pdf |

021424

To Alina Mamlyuk, Esq  of MarshackHays firm, counsel for Trustee Marshack, cc to
MarshackHays attys Ed Hays and Layla Buchanan

From KPMarch, Esq. of The Bankruptcy Law Firm, PC, counsel for Han Trinh on Han's Motion
for allowance and payment of administrative claim [dkt.674], counsel for Phuong (aka Jayde)
Trinh on Jayde's Motionfor allowance and payment of administrative claim [dkt.675] and
counsel for Greyson Law Center PC on Greyson's Motion [dkt.676]:

Atty Mamlyuk:

This email responds to your 2/12/24 at 7:46pm email regarding the Motion for allowance and
payment of administrative claim [dkt.674] filed by our law firm, for our firm's client Han Trinh.

I see on the California State Bar website that you are an attorney, CA Bar #284154. Why are
you so coy about your status, in your email?  Are you employed by Trustee Marshack's law
firm, MarshackHays?  Reply and tell my firm please.  I find it is helpful to be clear about whom
my firm is dealing with.

Your email is in error in saying that Han's [dkt.674] Motion does not provide any evidence for
how Han's administrative claim is calculated.  Han's [dkt.674] Motion, and Han's Declaration
thereto, are extremely clear as to how the **$136,280.56** salary that LPG owes Han, for Han's
essential 11 weeks of post-petition work for LPG, is calculated.

But let me recap that calculation for you:  See  ¶8 of Han's Declaration,  and see Paychex
paystub that is **Exhibit A** to Han's Declaration.  The Paychex paystub states that Han was being
paid gross earnings of $11,538.47 per 2 week pay period (see top right box on Exhibit A).  That
is gross pay of $5,769.23 per week, as ¶8 of Han's Declaration states.  Han attests Han did 11
weeks of essential work for LPG, post-petition, from 3/20/23 to 6/2/23 (¶7 Han Decl).
$5,769.23 per week x 11 weeks = **$63,461.54** salary that LPG owes Han for that postpetition
work, which is an administrative claim per 11 USC §503(b)(1)(A)(i).

In addition, as Han's administrative claim Motion explains, and as Han's Declaration (¶22

explains) she is entitled, per CA Labor Code §203(a), to be paid penalties for late Pay totaling **$34,615.38** in late pay penalties.

In addition, as Han's administrative claim Motion explains, and as Han's Declaration explains, Han is entitled, per CA Labor Code § 227.3,  to be paid for 264.88 hours of vacation time Han had accrued, but had not taken, as of 6/2/23.  That vacation pay totals **$38,203.64**, and is calculated correctly in Han's Dkt.674 claim, and in Han's Declaration (¶23).

You ask for evidence (in addition to Han's Declaration, and Jayde Trinh's Declaration) that Han and Jayde were accruing vacation pay while employed  at LPG.

Han has searched, and now been able to locate two earlier Paychex pay stubs, one for each of Han and Jayde, which I am attaching as **Exhibit A** hereto, and which show that Han and Jayde were each accruing vacation pay while employed at LPG, at the rate of 6.16 hours of vacation time, for each 2 week pay period. I believe that is the statutory rate of accrual, for a business in Tustin, Ca, where LPG was located.  Han's Declaration (¶23) attests that Han and Jayde were each accruing vacation hours at the rate of 6.16 hours of vacation time,  for each 2 week pay period..  The 2 paychex paystubs that I am attaching as **Exhibit A**, show this. My firm's understanding is that all LPG W-2 employees accrued vacation  hours at this same 6.16 hours of  vacation time,  for each 2 week pay period.

I note that Paychex was LPG's payroll processing company, and therefore, that Trustee Marshack can ask Paychex to supply Trustee Marshack with the Paychex paystubs, for Han and Jayde Trinh, for the several years each was employed by LPG.  Please do so, and please send my firm copies of all those paystubs.  Thx in advance.

Han's [dkt.674] Motion, p. 12, adds up the $63,461.54 + $34,615.38 +$38,203.64 = **$136,280.56 postpetition salary, late pay penalties and payment for accrued vacation not taken.**

In addition, the LPG owes Han **$14,433.56** for items that disappeared from Han's locked office at Greyson's office, after Trustee Marshack's attorneys (Dinsmore & Sholl aka Celentino firm and its field agents, on 6/2/23, locked Greyson out of its office.  I apologize, but the list of items Han had paid for personally, which "disappeared" from Han's locked office, **Exhibit B**, does not seem to be attached to the Dkt.674 Motion, so I am attaching it now.

As regards to your email requesting my firm to provide you/MarshackHays, with a copy of Han's employment contract  with LPG, Han does not have a copy, but **LPG has a copy of Han's employment contract, fully signed by Han and LPG  LPG also has a copy of Phuong (aka Jayde) Trinh's employment contract, fully signed by Jayde and LPG**.

112

Han and LPG signed that written contract when Han was first hired by LPG, and each time Han got a raise thereafter, Han signed a sheet for the LPG HR department, verifying the specific raise.  Ditto for Jayde Trinh.

Judge Clarkson continued the hearing on all the administrative claim motions so that the parties could exchange discovery.  Therefore, please email my firm the following:

1. LPG's copy of Han's employment contract, signed by Han and by LPG. Also, please email my firm the series of sheets that Han signed for LPG's HR department, each time Han received a raise from LPG, verifying the amount of Han's new salary.
2. Please also please email my firm LPG's copy of Phuong (aka "Jayde" Trinh's employment contract, signed by Jayde and by LPG.  Like Han, Jayde signed a sheet  for LPG's HR department, verifying Jayde's new salary, each time Jayde got a raise from LPG.  Please email my firm all those receipts.
3. LPG kept an employee file on each LPG employee.  Please email my firm the full employee file which LPG kept on Han, and the full employee file which LPG kept on Jayde.
4. All paychex paystubs for Han and Jayde Trinh, for all the years they were employed by LPG; and
5. LPG's W-2 forms for 2023 year for each of Han and Jayde Trinh.

Thanks in advance for emailing my firm 1, 2,3, 4 and 5.

At the time that Han Trinh, and Jayde Trinh, performed the 11 weeks of post-petition work for LPG, they were the **only** LPG employees who were doing the work they did for LPG, and who could continue doing that work for LPG.  Their work was **essential** (as Han's Declaration ¶11 and 12 explains; see also  Jayde's Declaration), because Han and Jayde were the **only** LPG employees administering LPG's 28,000 active litigation files.  Those 28,000 active litigation files could not be managed, without Han and Jayde's work.

As regards your question about why Han's salary was increased over the years,  LPG increased Han's salary, as Han's duties at LPG increased.  Ditto with Jayde.  Han's salary was incrementally  increased to $300,000 per year (as shown on Paychex paystub that is **Exhibit A** to Han's [dkt.674] administrative claim motion.  The increase of Han's salary to $300,000 per year was because by then, Han and Jayde, together, were administering the whole LPG attorney network.

Han was not paid more than Jayde, because a part of Jayde's compensation was that LPG contracted to  repay Jayde's student loans from law school, before those loans came due, which LPG did pay.  When LPG's repaying Jayde's student loans from law school is taken into account, Jayde was paid more than Han.

However, as the Paychex paystubs that are **Exhibit A** to Han's administrative motion claim, and are Exhibit A to Jayde's administrative motion claim, show clearly Han and Jayde's W-2 salaries, and as those are issued by LPG's payroll processing company, Paychex, there is no legal basis for Trustee Marshack, or you, or MarshackHays to object to (aka second guess) those salary amounts.

Please REPLY to confirm receipt.

Please email my firm 1, 2, 3, 4 and 5.

I trust this email answers your questions, and that MarshackHays will now file a short pleading  with the BankruptcyCcourt, stating that MarshackHays has examined Han and Jayde Trinh's Motions for allowance and payment of administrative claims, and agrees those should be granted as filed.  My firm requests MarshackHays to promptly do so, because there is no valid reason to oppose Han's or Jayde's administrative claim motions.  Please REPLY to confirm MarshackHays will now do that, promptly.  Thank you in advance.

KPMarch


Kathleen P. March, Esq.
The Bankruptcy Law Firm, PC
10524 W. Pico Blvd, Suite 212
Los Angeles, CA 90064
Phone: 310-559-9224
Fax:  310-559-9133
E-mail:  kmarch@BKYLAWFIRM.com
Website:  www.BKYLAWFIRM.com
*"Have a former bankruptcy judge for your personal bankruptcy attorney"*

---

**From:** Alina Mamlyuk <amamlyuk@marshackhays.com>
**Sent:** Monday, February 12, 2024 7:46 PM
**To:** kmarch@BKYLAWFIRM.com
**Cc:** Ed Hays <EHays@MarshackHays.com>; Layla Buchanan <LBuchanan@marshackhays.com>
**Subject:** RE: LPG Dk. No. 674; Han Trinh's Administrative Claim

Good evening, Ms. March—

My name is Alina Mamlyuk, I am handling the administrative claim motions filed in In re: Litigation Practice Group, P.C., Case No. 8:23-bk-10571-SC on behalf of the Trustee, Richard Marshack.  Your client, Han Trinh ("Han," to differentiate from Jayde Trinh), filed an administrative claim as Dk. No. 674 ("Han Admin Claim" / "Motion") in the amount of $136,280.56 and I am following up with you regarding some questions we have and documents we need to begin verifying the claim.

Other than a copy of a paystub for a single check #13033, the Motion did not provide any evidence for your calculation of Han's admin claim.  Can you please provide a copy of an employment agreement that states Han's duties, her salary, her vacation vesting schedule and the basis for her nearly ten-fold salary increase from $17.31/hr to $300,000/yr in the span of two and a half years employment at LPG?  It appears that your other client, Jayde Trinh, who is a CA licensed attorney and who alleges to have performed nearly identical duties as Han, was making 20% less than Han and I am hoping you can provide any evidence that would explain such a drastic difference in the employment agreement/reviews/pay bump documentation.  This large check was cut to Han on the eve of LPG's filing its bankruptcy petition.  Han's declaration attached to Dk. No. 822, states that "Jayde and I work for a living.  We are young and are not financially well off," which appears to indicate that the sudden and extreme pay bump was recent.  For how many periods did Han receive paychecks comparable to check #13033 attached to Han's admin claim motion?

Likewise, there is no evidence outside of Han's declaration regarding the vested vacation portion of Han's claim ($38,203.64)—the paycheck stub has no vacation time indicated at all.  Please forward any employment agreement that states how 264.88 hours were vested.

Looking forward to working together and getting some clarity in resolving this claim.

Thank you,

Alina Mamlyuk
949-333-7777

115

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926
LOC:LPG Law CA
EE ID: 1031    DD

HAN TRINH

NON-NEGOTIABLE

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

| PERSONAL AND CHECK INFORMATION | | | |
|---|---|---|---|
| Han Trinh | | | |
| Soc Sec #: xxx-xx-xxxx    Employee ID: 1031 | | | |
| Home Department: 1 LPG CA | | | |
| Pay Period: 01/30/23 to 02/12/23 | | | |
| Check Date: 02/17/23    Check #: 12689 | | | |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 860 | 5297.85 | 21491.38 |
| NET PAY | 5297.85 | 21491.38 |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
| Vacation | 194.04 hrs | 6.16 hrs | 0.00 hrs | 200.20 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 11538.47 | | 46153.88 |
| | | Holiday | | M24.0000 | | | |
| | | Total Hours | | 24.0000 | | | |
| | | Gross Earnings | | | 11538.47 | | 46153.88 |
| | | Total Hrs Worked | | | | | |
| | | Dir Dep Reimb | | | | | 300.00 |
| | | REIMB & OTHER PAYMENTS | | | | | 300.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 690.62 | 2762.48 |
| | Medicare | | 161.51 | 646.06 |
| | Fed Income Tax | SMS | 1841.42 | 7365.68 |
| | CA Income Tax | SMI2 1 0 | 739.71 | 2958.84 |
| | CA Disability | | 100.25 | 401.00 |
| | **TOTAL** | | 3533.51 | 14134.06 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 2307.69 | 9230.76 |
| | Medical Pre-tax | 399.42 | 1597.68 |
| | **TOTAL** | 2707.11 | 10828.44 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 5297.85 | 21491.38 |

Payrolls by Paychex, Inc.
0942 1607-7926  Litigation Practice Group PC DBA · 17542 17th St Ste 100 · Tustin CA  92780 · (949) 715-0648

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926
LOC:LPG Law CA
EE ID: 1032        DD



PHUONG TRINH

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

| PERSONAL AND CHECK INFORMATION | | | | | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Phuong Trinh | | | | | | | Salary | | | 9615.39 | | 38461.56 |
| | | | | | | | **Total Hours** | | | | | |
| Soc Sec #: xxx-xx-xxxx    **Employee ID:** 1032 | | | | | | | **Gross Earnings** | | | 9615.39 | | 38461.56 |
| | | | | | | | **Total Hrs Worked** | | | | | |
| **Home Department:** 1 LPG CA | | | | | | | Dir Dep Reimb | | | | | 500.00 |
| | | | | | | | **REIMB & OTHER PAYMENTS** | | | | | 500.00 |
| **Pay Period:** 01/30/23 to 02/12/23 | | | | | WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| **Check Date:** 02/17/23    **Check #:** 12690 | | | | | | | | | | | | |
| NET PAY ALLOCATIONS | | | | | | | Social Security | | | 591.19 | | 2364.76 |
| | | | | | | | Medicare | | | 138.26 | | 553.05 |
| DESCRIPTION | THIS PERIOD ($) | | YTD ($) | | | | Fed Income Tax | SMS | | 1826.69 | | 7306.76 |
| Check Amount | 0.00 | | -12448.55 | | | | CA Income Tax | SMI2 1 0  No | | | | |
| Chkg 643 | 6224.28 | | 37845.66 | | | | | | | | | |
| **NET PAY** | **6224.28** | | **25397.11** | | | | **TOTAL** | | | 2556.14 | | 10224.57 |
| TIME OFF (Based on Policy Year) | | | | | DEDUCTION | | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
| | | | | | | | 401k EE Pretax | | | 750.00 | | 3000.00 |
| DESCRIPTION | BEG BAL | CURR ACCRUE CURR DEDUCT | AVAIL BAL | | | | Medical Pre-tax | | | 80.05 | | 320.20 |
| Sick | 40.00 hrs | 0.00 hrs    0.00 hrs | 40.00 hrs | | | | PostTx EE healt | | | 4.92 | | 19.68 |
| DESCRIPTION | BEG BAL | CURR ACCRUE CURR DEDUCT | AVAIL BAL | | | | | | | | | |
| Vacation | 206.35 hrs | 6.16 hrs    0.00 hrs | 212.51 hrs | | | | **TOTAL** | | | 834.97 | | 3339.88 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **6224.28** | **25397.11** |

*Payrolls by Paychex, Inc.*

0942  1607-7926  Litigation Practice Group PC DBA  • 17542 17th St Ste 100 • Tustin CA  92780 • (949) 715-0648

# EXHIBIT B

| | |
|---|---|
| **From:** | K. P. March |
| **To:** | "Alina Mamlyuk" |
| **Subject:** | RE: To alina Mamlyuk of Marshack Hays firm, cc attys Ed Hays from KPMarch, bky LF: Confirming received your below email, but it is MISSING some things. Please REPLY to confirm you will do as last 2 paragraphs of my below email request. Thx. |
| **Date:** | Monday, March 4, 2024 3:07:25 PM |
| **Attachments:** | Phuong Trinh- LPG Paystubs all from start through last paychex paystub received.pdf |
| | Han Trinh- LPG Paystubs all from start to last paystub received from Paychex.pdf |

030424

To Alina Mamlyuk from KPMarch, Bky LF

As I told you in our "meet and confer" meeting, Han and jayde trinh were W-2 employees of LPG. Yes, they were performing essential services for LPG, but their performing essential services for LPG does NOT make them insiders of LPG.  You have no evidence that they were insiders, because **They were NOT insiders**.  They were never officers, directors or equityholders of LPG.

I pointed out, last week, that Trustee Marshack, as Chapter 11 Trustee, can access all Paychex paystubs, that Paychex issued to Han Trinh and Jayde Trinh, and to all other LPG W-2 employess, each time Paychex issued and employee a  W-2 paychecks.   So demanding Han/Jayde produce documents that Trustee can access is unnecessary and is an improper imposition on Han/Jayde. Despite that, I had Han/Jayde collect as many of their LPG Paychex paystubs as they could, and those are attached, as pdf files, one of Han's Paychex paystubs, and one of Jayde's Paychex paystubs.  Plus Trustee can access the W-2s for all LPG employees.  I need Phuong (aka Jayde) Trinh's W-2 Forms for the time she worked as W-2 employee at LPG.  Please SEND.  Federal law required LPG to deliver those LPG 2023 year W-2 forms to Jayde Trinh, and other LPG employees.  Jayde's is LATE.  **Send now please**.

Please REPLY to confirm receipt.

KPMarch

Kathleen P. March, Esq.
The Bankruptcy Law Firm, PC
10524 W. Pico Blvd, Suite 212
Los Angeles, CA 90064
Phone: 310-559-9224
Fax:  310-559-9133
E-mail:  kmarch@BKYLAWFIRM.com
Website:  www.BKYLAWFIRM.com
*"Have a former bankruptcy judge for your personal bankruptcy attorney"*

**From:** Alina Mamlyuk <amamlyuk@marshackhays.com>
**Sent:** Monday, March 4, 2024 1:08 PM
**To:** K. P. March <kmarch@bkylawfirm.com>

119

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926
EE ID: 1031

Payrolls by Paychex, Inc.
Payrolls by Paychex, Inc.

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx   **Employee ID:**  1031

**Home Department:** 1 LPG CA

**Pay Period:** 02/27/23 **to** 03/12/23
**Check Date:**  03/17/23   **Check #:**  Unknown

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | -5297.85 | -5297.85 |
| Chkg 860 | 0.00 | 37384.90 |
| **NET PAY** | **-5297.85** | **32087.05** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | -11538.47 | | 69230.82 |
| | | Holiday | | M24.0000 | | | |
| | | **Total Hours** | | | | 24.0000 | |
| | | **Gross Earnings** | | | -11538.47 | | 69230.82 |
| | | **Total Hrs Worked** | | | | | |
| | | Dir Dep Reimb | | | | | 300.00 |
| | | **REIMB & OTHER PAYMENTS** | | | | | 300.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | $-690.62 | -690.62 | 4143.73 |
| | Medicare | $-161.51 | -161.51 | 969.10 |
| | Fed Income Tax | $-1,841.42 | -1841.42 | 11048.52 |
| | CA Income Tax | $-739.71 | -739.71 | 4438.26 |
| | CA Disability | $-100.25 | -100.25 | 601.50 |
| | **TOTAL** | | -3533.51 | 21201.11 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | -2307.69 | 13846.14 |
| | Medical Pre-tax | -399.42 | 2396.52 |
| | **TOTAL** | -2707.11 | 16242.66 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **-5297.85** | **32087.05** |

Payrolls by Paychex, Inc.
0942  1607-7926  Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA  92780 • (949) 715-0648

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926
EE ID: 1031          DD

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1031

**Home Department:** 1 LPG CA

**Pay Period:** 02/27/23 **to** 03/12/23
**Check Date:** 03/17/23    **Check #:** 13141
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 860 | 5297.85 | 37384.90 |
| **NET PAY** | **5297.85** | **37384.90** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | | Salary | | 11538.47 | | 80769.29 |
| | | Holiday | | | M24.0000 | |
| | | **Total Hours** | | | 24.0000 | |
| | | **Gross Earnings** | | 11538.47 | | 80769.29 |
| | | **Total Hrs Worked** | | | | |
| | | Dir Dep Reimb | | | | 300.00 |
| | | **REIMB & OTHER PAYMENTS** | | | | 300.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 690.62 | 4834.35 |
| | Medicare | | 161.51 | 1130.61 |
| | Fed Income Tax | SMS | 1841.42 | 12889.94 |
| | CA Income Tax | SMI2 1 0 | 739.71 | 5177.97 |
| | CA Disability | | 100.25 | 701.75 |
| | **TOTAL** | | 3533.51 | 24734.62 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 2307.69 | 16153.83 |
| | Medical Pre-tax | 399.42 | 2795.94 |
| | **TOTAL** | 2707.11 | 18949.77 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **5297.85** | **37384.90** |

0942  1607-7926  Litigation Practice Group PC DBA • 17542 17th St Ste 100 • Tustin CA  92780 • (949) 715-0648

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780

1607-7926
EE ID: 1031    DD

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA 92868

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|
| Han Trinh | | | Salary | | | 11538.47 | | 69230.82 |
| 2128 West Cherry Drive | | | Holiday | | M24.0000 | | | |
| Orange, CA 92868 | | | **Total Hours** | | | | 24.0000 | |
| **Soc Sec #:** xxx-xx-xxxx   **Employee ID:** 1031 | | | **Gross Earnings** | | | 11538.47 | | 69230.82 |
| | | | **Total Hrs Worked** | | | | | |
| **Home Department:** 1 LPG CA | | | | | | | | |
| | | | Dir Dep Reimb | | | | | 300.00 |
| **Pay Period:** 02/13/23 **to** 02/26/23 | | | **REIMB & OTHER PAYMENTS** | | | | | 300.00 |

| | | | |
|---|---|---|---|
| **Check Date:** 03/03/23   **Check #:** 13033 | WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |

| NET PAY ALLOCATIONS | | | | WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | | Social Security | | 690.62 | 4143.73 |
| Check Amount | 0.00 | 0.00 | | | Medicare | | 161.52 | 969.10 |
| Chkg 860 | 5297.84 | 32087.05 | | | Fed Income Tax | SMS | 1841.42 | 11048.52 |
| **NET PAY** | **5297.84** | **32087.05** | | | CA Income Tax | SMI2 1 0 | 739.71 | 4438.26 |
| | | | | | CA Disability | | 100.25 | 601.50 |
| | | | | | **TOTAL** | | 3533.52 | 21201.11 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 2307.69 | 13846.14 |
| | Medical Pre-tax | 399.42 | 2396.52 |
| | **TOTAL** | 2707.11 | 16242.66 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **5297.84** | **32087.05** |

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926

EE ID: 1031          DD

*Payrolls by Paychex, Inc.*

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1031

**Home Department:** 1 LPG CA

**Pay Period:** 02/13/23 to 03/26/23
**Check Date:** 03/03/23    **Check #:** 12867
(VOID)

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | -11538.47 | | 57692.35 |
| | | Holiday | | | | M24.0000 | |
| | | **Total Hours** | | | | 24.0000 | |
| | | **Gross Earnings** | | | -11538.47 | | 57692.35 |
| | | **Total Hrs Worked** | | | | | |
| | | Dir Dep Reimb | | | | | 300.00 |
| | | **REIMB & OTHER PAYMENTS** | | | | | 300.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | Override | $-690.62 | -690.62 | 3453.11 |
| | Medicare | Override | $-161.52 | -161.52 | 807.58 |
| | Fed Income Tax | Override | $-1,841.42 | -1841.42 | 9207.10 |
| | CA Income Tax | Override | $-739.71 | -739.71 | 3698.55 |
| | CA Disability | Override | $-100.25 | -100.25 | 501.25 |
| | **TOTAL** | | -3533.52 | 17667.59 |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 860 | -5297.84 | 26789.21 |
| **NET PAY** | **-5297.84** | **26789.21** |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | -2307.69 | 11538.45 |
| | Medical Pre-tax | -399.42 | 1997.10 |
| | **TOTAL** | -2707.11 | 13535.55 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **-5297.84** | **26789.21** |

*Payrolls by Paychex, Inc.*
0942  1607-7926  Litigation Practice Group PC DBA • 17542 17th St Ste 100 • Tustin CA  92780 • (949) 715-0648

123

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926
EE ID: 1031          DD

*Payrolls by Paychex, Inc.*

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION |
|---|
| Han Trinh |
| 2128 West Cherry Drive |
| Orange, CA  92868 |
| **Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1031 |
| **Home Department:** 1 LPG CA |
| **Pay Period:** 02/13/23 to 03/26/23 |
| **Check Date:** 03/03/23    **Check #:** 12867 |

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 860 | 5297.84 | 32087.05 |
| **NET PAY** | **5297.84** | **32087.05** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 11538.47 | | 69230.82 |
| | | Holiday | | | | M24.0000 | |
| | | **Total Hours** | | | | 24.0000 | |
| | | **Gross Earnings** | | | 11538.47 | | 69230.82 |
| | | **Total Hrs Worked** | | | | | |
| | | Dir Dep Reimb | | | | | 300.00 |
| | | **REIMB & OTHER PAYMENTS** | | | | | 300.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 690.62 | 4143.73 |
| | Medicare | | 161.52 | 969.10 |
| | Fed Income Tax | SMS | 1841.42 | 11048.52 |
| | CA Income Tax | SMI2 1 0 | 739.71 | 4438.26 |
| | CA Disability | | 100.25 | 601.50 |
| | **TOTAL** | | 3533.52 | 21201.11 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 2307.69 | 13846.14 |
| | Medical Pre-tax | 399.42 | 2396.52 |
| | **TOTAL** | 2707.11 | 16242.66 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **5297.84** | **32087.05** |

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926
EE ID: 1031          DD

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION |
|---|
| Han Trinh |
| 2128 West Cherry Drive |
| Orange, CA  92868 |
| **Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1031 |

**Home Department:** 1 LPG CA

**Pay Period:** 02/13/23 **to** 02/24/23
**Check Date:** 02/24/23    **Check #:** 12736

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 860 | 5297.83 | 26789.21 |
| **NET PAY** | **5297.83** | **26789.21** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | | Salary | | 11538.47 | | 57692.35 |
| | | Holiday | | M24.0000 | | |
| | | **Total Hours** | | | 24.0000 | |
| | | **Gross Earnings** | | 11538.47 | | 57692.35 |
| | | **Total Hrs Worked** | | | | |
| | | Dir Dep Reimb | | | | 300.00 |
| | | **REIMB & OTHER PAYMENTS** | | | | 300.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 690.63 | 3453.11 |
| | Medicare | | 161.52 | 807.58 |
| | Fed Income Tax | SMS | 1841.42 | 9207.10 |
| | CA Income Tax | SMI2 1 0 | 739.71 | 3698.55 |
| | CA Disability | | 100.25 | 501.25 |
| | **TOTAL** | | 3533.53 | 17667.59 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 2307.69 | 11538.45 |
| | Medical Pre-tax | 399.42 | 1997.10 |
| | **TOTAL** | 2707.11 | 13535.55 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **5297.83** | **26789.21** |

*Payrolls by Paychex, Inc.*

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926

EE ID: 1031          DD

*Payrolls by Paychex, Inc.*

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1031

**Home Department:** 1 LPG CA

**Pay Period:** 01/30/23 **to** 02/12/23
**Check Date:** 02/17/23    **Check #:** 12689

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 860 | 5297.85 | 21491.38 |
| **NET PAY** | **5297.85** | **21491.38** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Vacation | 194.04 hrs | 6.16 hrs | 0.00 hrs | 200.20 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 11538.47 | | 46153.88 |
| | | Holiday | | M24.0000 | | | |
| | | **Total Hours** | | | | 24.0000 | |
| | | **Gross Earnings** | | | 11538.47 | | 46153.88 |
| | | **Total Hrs Worked** | | | | | |
| | | Dir Dep Reimb | | | | | 300.00 |
| | | **REIMB & OTHER PAYMENTS** | | | | | 300.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 690.62 | 2762.48 |
| | Medicare | | 161.51 | 646.06 |
| | Fed Income Tax | SMS | 1841.42 | 7365.68 |
| | CA Income Tax | SMI2 1 0 | 739.71 | 2958.84 |
| | CA Disability | | 100.25 | 401.00 |
| | **TOTAL** | | 3533.51 | 14134.06 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 2307.69 | 9230.76 |
| | Medical Pre-tax | 399.42 | 1597.68 |
| | **TOTAL** | 2707.11 | 10828.44 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **5297.85** | **21491.38** |

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926
EE ID: 1031          DD

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Han Trinh | | |
| 2128 West Cherry Drive | | |
| Orange, CA  92868 | | |
| **Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1031 | | |

**Home Department:** 1 LPG CA

**Pay Period:** 02/06/23 **to** 02/19/23
**Check Date:** 02/10/23    **Check #:** 12486

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 860 | 300.00 | 16193.53 |
| **NET PAY** | **300.00** | **16193.53** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | | Salary | | | | 34615.41 |
| | | Holiday | | M24.0000 | | |
| | | **Total Hours** | | | 24.0000 | |
| | | **Gross Earnings** | | | | 34615.41 |
| | | **Total Hrs Worked** | | | | |
| | | Dir Dep Reimb | | 300.00 | | 300.00 |
| | | **REIMB & OTHER PAYMENTS** | | 300.00 | | 300.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | | 2071.86 |
| | Medicare | | | 484.55 |
| | Fed Income Tax | SMS | | 5524.26 |
| | CA Income Tax | SMI2 1 0 | | 2219.13 |
| | CA Disability | | | 300.75 |
| | **TOTAL** | | | 10600.55 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | | 6923.07 |
| | Medical Pre-tax | | 1198.26 |
| | **TOTAL** | | 8121.33 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **300.00** | **16193.53** |

*Payrolls by Paychex, Inc.*

0942  1607-7926  Litigation Practice Group PC DBA • 17542 17th St Ste 100 • Tustin CA  92780 • (949) 715-0648

127

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926
EE ID: 1031

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1031

**Home Department:** 1 LPG CA

**Pay Period:** 01/16/23 **to** 01/29/23
**Check Date:** 02/03/23    **Check #:** 12251
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 5297.84 | 0.00 |
| Chkg 860 | 0.00 | 15893.53 |
| **NET PAY** | **5297.84** | **15893.53** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 11538.47 | | 34615.41 |
| | | Holiday | M8.0000 | | | M24.0000 | |
| | | **Total Hours** | 8.0000 | | | 24.0000 | |
| | | **Gross Earnings** | | | 11538.47 | | 34615.41 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 690.62 | 2071.86 |
| | Medicare | | 161.52 | 484.55 |
| | Fed Income Tax | SMS | 1841.42 | 5524.26 |
| | CA Income Tax | SMI2 1 0 | 739.71 | 2219.13 |
| | CA Disability | | 100.25 | 300.75 |
| | **TOTAL** | | 3533.52 | 10600.55 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 2307.69 | 6923.07 |
| | Medical Pre-tax | 399.42 | 1198.26 |
| | **TOTAL** | 2707.11 | 8121.33 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **5297.84** | **15893.53** |

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926
EE ID: 1031          DD

*Payrolls by Paychex, Inc.*

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| Han Trinh | | | Salary | | -11538.47 | | 23076.94 |
| 2128 West Cherry Drive | | | Holiday | M-8.0000 | | M16.0000 | |
| Orange, CA  92868 | | | **Total Hours** | -8.0000 | | 16.0000 | |
| **Soc Sec #:** xxx-xx-xxxx   **Employee ID:** 1031 | | | **Gross Earnings** | | -11538.47 | | 23076.94 |
| | | | **Total Hrs Worked** | | | | |

| **Home Department:** 1 LPG CA | WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|---|
| | | Social Security | Override $-690.62 | -690.62 | 1381.24 |
| **Pay Period:** 01/16/23 **to** 01/29/23 | | Medicare | Override $-161.52 | -161.52 | 323.00 |
| **Check Date:** 02/03/23   **Check #:** 11932 | | Fed Income Tax | Override $-1,841.42 | -1841.42 | 3682.84 |
| (VOID) | | CA Income Tax | Override $-739.71 | -739.71 | 1479.42 |
| | | CA Disability | Override $-100.25 | -100.25 | 200.50 |
| | | **TOTAL** | | -3533.52 | 7067.03 |

| NET PAY ALLOCATIONS | DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | | 401k EE Pretax | -2307.69 | 4615.38 |
| DESCRIPTION   THIS PERIOD ($)   YTD ($) | | Medical Pre-tax | -399.42 | 798.84 |
| Check Amount   0.00   -5297.84 | | | | |
| Chkg 860   -5297.84   15893.53 | | **TOTAL** | -2707.11 | 5414.22 |
| **NET PAY**   **-5297.84**   **10595.69** | | | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **-5297.84** | **10595.69** |

*Payrolls by Paychex, Inc.*

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926
EE ID: 1031          DD

Payrolls by Paychex, Inc.
Payrolls by Paychex, Inc.

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx     **Employee ID:** 1031

**Home Department:** 1 LPG CA

**Pay Period:** 01/16/23 **to** 01/29/23
**Check Date:** 02/03/23    **Check #:** 11932
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 860 | 5297.84 | 15893.53 |
| **NET PAY** | **5297.84** | **15893.53** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
| Vacation | 187.88 hrs | 6.16 hrs | 0.00 hrs | 194.04 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | | Salary | | 11538.47 | | 34615.41 |
| | | Holiday | M8.0000 | | M24.0000 | |
| | | **Total Hours** | 8.0000 | | 24.0000 | |
| | | **Gross Earnings** | | 11538.47 | | 34615.41 |
| | | **Total Hrs Worked** | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 690.62 | 2071.86 |
| | Medicare | | 161.52 | 484.55 |
| | Fed Income Tax | SMS | 1841.42 | 5524.26 |
| | CA Income Tax | SMI2 1 0 | 739.71 | 2219.13 |
| | CA Disability | | 100.25 | 300.75 |
| | **TOTAL** | | 3533.52 | 10600.55 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 2307.69 | 6923.07 |
| | Medical Pre-tax | 399.42 | 1198.26 |
| | **TOTAL** | 2707.11 | 8121.33 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **5297.84** | **15893.53** |

0942 1607-7926 Litigation Practice Group PC DBA • 17542 17th St Ste 100 • Tustin CA  92780 • (949) 715-0648

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780

1607-7926
EE ID: 1031    DD

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA 92868

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|
| Han Trinh | | | Salary | | | 11538.47 | | 23076.94 |
| 2128 West Cherry Drive | | | Holiday | M8.0000 | | | M16.0000 | |
| Orange, CA 92868 | | | **Total Hours** | 8.0000 | | | 16.0000 | |
| **Soc Sec #:** xxx-xx-xxxx  **Employee ID:** 1031 | | | **Gross Earnings** | | | 11538.47 | | 23076.94 |
| | | | **Total Hrs Worked** | | | | | |

**Home Department:** 1 LPG CA

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 690.62 | 1381.24 |
| | Medicare | | 161.51 | 323.03 |
| | Fed Income Tax | SMS | 1841.42 | 3682.84 |
| | CA Income Tax | SMI2 1 0 | 739.71 | 1479.42 |
| | CA Disability | | 100.25 | 200.50 |
| | **TOTAL** | | 3533.51 | 7067.03 |

**Pay Period:** 01/02/23 **to** 01/15/23
**Check Date:** 01/20/23    **Check #:** 11628
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 860 | 5297.85 | 10595.69 |
| **NET PAY** | **5297.85** | **10595.69** |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 2307.69 | 4615.38 |
| | Medical Pre-tax | 399.42 | 798.84 |
| | **TOTAL** | 2707.11 | 5414.22 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **5297.85** | **10595.69** |

*Payrolls by Paychex, Inc.*

0942  1607-7926  Litigation Practice Group PC DBA • 17542 17th St Ste 100 • Tustin CA  92780 • (949) 715-0648

131

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780

1607-7926
EE ID: 1031          DD

NON-NEGOTIABLE

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA 92868

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Han Trinh | | |
| 2128 West Cherry Drive | | |
| Orange, CA 92868 | | |
| **Soc Sec #:** xxx-xx-xxxx   **Employee ID:** 1031 | | |

**Home Department:** 1 LPG CA

**Pay Period:** 12/19/22 **to** 01/01/23
**Check Date:** 01/06/23   **Check #:** 11339
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 860 | 5297.84 | 5297.84 |
| **NET PAY** | **5297.84** | **5297.84** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
| Vacation | 175.56 hrs | 6.16 hrs | 0.00 hrs | 181.72 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 11538.47 | | 11538.47 |
| | | Holiday | M8.0000 | | | M8.0000 | |
| | | **Total Hours** | 8.0000 | | | 8.0000 | |
| | | **Gross Earnings** | | | 11538.47 | | 11538.47 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 690.62 | 690.62 |
| | Medicare | | 161.52 | 161.52 |
| | Fed Income Tax | SMS | 1841.42 | 1841.42 |
| | CA Income Tax | SMI2 1 0 | 739.71 | 739.71 |
| | CA Disability | | 100.25 | 100.25 |
| | **TOTAL** | | 3533.52 | 3533.52 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 2307.69 | 2307.69 |
| | Medical Pre-tax | 399.42 | 399.42 |
| | **TOTAL** | 2707.11 | 2707.11 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **5297.84** | **5297.84** |

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926
EE ID: 1031          DD

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Han Trinh | | |
| 2128 West Cherry Drive | | |
| Orange, CA  92868 | | |
| **Soc Sec #:** xxx-xx-xxxx    **Employee ID:**  1031 | | |

**Home Department:** 1 LPG CA

**Pay Period:** 12/05/22 **to** 12/18/22
**Check Date:** 12/23/22    **Check #:**  11051

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 860 | 7274.36 | 42931.49 |
| Chkg 110 | 0.00 | 46723.49 |
| **NET PAY** | **7274.36** | **89654.98** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
| Vacation | 169.40 hrs | 6.16 hrs | 0.00 hrs | 175.56 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 11538.47 | | 167692.37 |
| | | Holiday | | M56.0000 | | | |
| | | **Total Hours** | | | | 56.0000 | |
| | | **Gross Earnings** | | | 11538.47 | | 167692.37 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | | 9114.00 |
| | Medicare | | 161.51 | 2296.66 |
| | Fed Income Tax | SMS | 2714.84 | 25047.84 |
| | CA Income Tax | SMI2 1 0 | 988.34 | 10175.37 |
| | CA Disability | | | 1601.60 |
| | **TOTAL** | | **3864.69** | **48235.47** |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | | 20500.00 |
| | Medical Pre-tax | 399.42 | 9301.92 |
| | **TOTAL** | **399.42** | **29801.92** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **7274.36** | **89654.98** |

*Payrolls by Paychex, Inc.*

0942  1607-7926  Litigation Practice Group PC DBA  •  17542 17th St Ste 100  •  Tustin CA  92780  •  (949) 715-0648

133

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926
EE ID: 1031          DD

*Payrolls by Paychex, Inc.*
*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Han Trinh | | |
| 2128 West Cherry Drive | | |
| Orange, CA  92868 | | |
| **Soc Sec #:** xxx-xx-xxxx     **Employee ID:** 1031 | | |

**Home Department:** 1 LPG CA

**Pay Period:** 11/21/22 **to** 12/04/22
**Check Date:** 12/09/22    **Check #:** 10762
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 860 | 6494.93 | 35657.13 |
| Chkg 110 | 0.00 | 46723.49 |
| **NET PAY** | **6494.93** | **82380.62** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
| Vacation | 163.24 hrs | 6.16 hrs | 0.00 hrs | 169.40 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | | Salary | | 11538.47 | | 156153.90 |
| | | Holiday | M16.0000 | | M56.0000 | |
| | | **Total Hours** | 16.0000 | | 56.0000 | |
| | | **Gross Earnings** | | 11538.47 | | 156153.90 |
| | | **Total Hrs Worked** | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 675.03 | 9114.00 |
| | Medicare | | 161.52 | 2135.15 |
| | Fed Income Tax | SMS | 2714.84 | 22333.00 |
| | CA Income Tax | SMI2 1 0 | 988.34 | 9187.03 |
| | CA Disability | | 104.39 | 1601.60 |
| | **TOTAL** | | 4644.12 | 44370.78 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | | 20500.00 |
| | Medical Pre-tax | 399.42 | 8902.50 |
| | **TOTAL** | 399.42 | 29402.50 |

| | NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | **6494.93** | **82380.62** |

*Payrolls by Paychex, Inc.*
0942  1607-7926  Litigation Practice Group PC DBA • 17542 17th St Ste 100 • Tustin CA  92780 • (949) 715-0648

134

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926
EE ID: 1031          DD

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:**  1031

**Home Department:** 1 LPG CA

**Pay Period:** 11/07/22 **to** 11/20/22
**Check Date:** 11/25/22    **Check #:** 10465
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 860 | 6461.19 | 29162.20 |
| Chkg 110 | 0.00 | 46723.49 |
| **NET PAY** | **6461.19** | **75885.69** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 11538.47 | | 144615.43 |
| | | Holiday | | M40.00 | | | |
| | | **Total Hours** | | 40.00 | | | |
| | | **Gross Earnings** | | | 11538.47 | | 144615.43 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 690.63 | 8438.97 |
| | Medicare | | 161.52 | 1973.63 |
| | Fed Income Tax | SMS | 2714.84 | 19618.16 |
| | CA Income Tax | SMI2 0 1 | 988.34 | 8198.69 |
| | CA Disability | | 122.53 | 1497.21 |
| | **TOTAL** | | 4677.86 | 39726.66 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | | 20500.00 |
| | Medical Pre-tax | 399.42 | 8503.08 |
| | **TOTAL** | 399.42 | 29003.08 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **6461.19** | **75885.69** |

*Payrolls by Paychex, Inc.*

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926
EE ID: 1031          DD

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Han Trinh | | |
| 2128 West Cherry Drive | | |
| Orange, CA  92868 | | |
| **Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1031 | | |
| | | |
| **Home Department:** 1 LPG CA | | |
| | | |
| **Pay Period:** 11/07/22 **to** 11/20/22 | | |
| **Check Date:** 11/25/22    **Check #:** 10167 | | |
| (VOID) | | |

| NET PAY ALLOCATIONS | | |
|---|---|---|
| *DESCRIPTION* | *THIS PERIOD ($)* | *YTD ($)* |
| Check Amount | 0.00 | 0.00 |
| Chkg 860 | -6461.19 | 22701.01 |
| Chkg 110 | 0.00 | 46723.49 |
| **NET PAY** | **-6461.19** | **69424.50** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | -11538.47 | | 133076.96 |
| | | Holiday | | | | M40.00 | |
| | | **Total Hours** | | | | 40.00 | |
| | | **Gross Earnings** | | | -11538.47 | | 133076.96 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | Override $-690.63 | -690.63 | 7748.34 |
| | Medicare | Override $-161.52 | -161.52 | 1812.11 |
| | Fed Income Tax | Override $-2,714.84 | -2714.84 | 16903.32 |
| | CA Income Tax | Override $-988.34 | -988.34 | 7210.35 |
| | CA Disability | Override $-122.53 | -122.53 | 1374.68 |
| | **TOTAL** | | -4677.86 | 35048.80 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | | 20500.00 |
| | Medical Pre-tax | -399.42 | 8103.66 |
| | **TOTAL** | -399.42 | 28603.66 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **-6461.19** | **69424.50** |

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Han Trinh | | |
| 2128 West Cherry Drive | | |
| Orange, CA  92868 | | |
| **Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1031 | | |
| | | |
| **Home Department:** 1 LPG CA | | |

**Pay Period:** 11/07/22 **to** 11/20/22
**Check Date:** 11/25/22    **Check #:** 10167

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 860 | 6461.19 | 29162.20 |
| Chkg 110 | 0.00 | 46723.49 |
| **NET PAY** | **6461.19** | **75885.69** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 11538.47 | | 144615.43 |
| | | Holiday | | M40.00 | | | |
| | | **Total Hours** | | | | 40.00 | |
| | | **Gross Earnings** | | | 11538.47 | | 144615.43 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 690.63 | 8438.97 |
| | Medicare | | 161.52 | 1973.63 |
| | Fed Income Tax | SMS | 2714.84 | 19618.16 |
| | CA Income Tax | SMI2 0 1 | 988.34 | 8198.69 |
| | CA Disability | | 122.53 | 1497.21 |
| | **TOTAL** | | 4677.86 | 39726.66 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | | 20500.00 |
| | Medical Pre-tax | 399.42 | 8503.08 |
| | **TOTAL** | 399.42 | 29003.08 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | **6461.19** | **75885.69** |

*Payrolls by Paychex, Inc.*

0942  1607-7926  Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA  92780 • (949) 715-0648

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926
EE ID: 1031          DD

*Payrolls by Paychex, Inc.*

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| Han Trinh | | | Salary | | 6923.08 | | 133076.96 |
| 2128 West Cherry Drive | | | Holiday | M40.00 | | | |
| Orange, CA  92868 | | | **Total Hours** | 40.00 | | | |
| **Soc Sec #:** xxx-xx-xxxx  **Employee ID:** 1031 | | | **Gross Earnings** | | 6923.08 | | 133076.96 |
| | | | **Total Hrs Worked** | | | | |

**Home Department:** 1 LPG CA

**Pay Period:** 10/24/22 **to** 11/06/22
**Check Date:** 11/10/22   **Check #:** 9859
NET PAY ALLOCATIONS

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 404.46 | 7748.34 |
| | Medicare | | 94.59 | 1812.11 |
| | Fed Income Tax | SMS | 1209.04 | 16903.32 |
| | CA Income Tax | SMI2 0 1 | 516.19 | 7210.35 |
| | CA Disability | | 71.76 | 1374.68 |
| | **TOTAL** | | 2296.04 | 35048.80 |

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 860 | 4227.62 | 22701.01 |
| Chkg 110 | 0.00 | 46723.49 |
| **NET PAY** | **4227.62** | **69424.50** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
| Vacation | 150.92 hrs | 6.16 hrs | 0.00 hrs | 157.08 hrs |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | | 20500.00 |
| | Medical Pre-tax | 399.42 | 8103.66 |
| | **TOTAL** | 399.42 | 28603.66 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | **4227.62** | **69424.50** |

*Payrolls by Paychex, Inc.*

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926

EE ID: 1031        DD

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Han Trinh | | | | Salary | | | 6923.08 | | 126153.88 |
| 2128 West Cherry Drive | | | | Holiday | | M40.00 | | | |
| Orange, CA  92868 | | | | **Total Hours** | | | 40.00 | | |
| **Soc Sec #:** xxx-xx-xxxx  **Employee ID:** 1031 | | | | **Gross Earnings** | | | 6923.08 | | 126153.88 |
| | | | | **Total Hrs Worked** | | | | | |
| **Home Department:** 1 LPG CA | | WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| **Pay Period:** 10/10/22 **to** 10/23/22 | | | | Social Security | | | 404.47 | | 7343.88 |
| **Check Date:** 10/28/22    **Check #:** 9418 | | | | Medicare | | | 94.59 | | 1717.52 |
| NET PAY ALLOCATIONS | | | | Fed Income Tax | SMS | | 1209.04 | | 15694.28 |
| | | | | CA Income Tax | SMI2 0 1 | | 516.19 | | 6694.16 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | CA Disability | | | 71.76 | | 1302.92 |
| Check Amount | 0.00 | 0.00 | | | | | | | |
| Chkg 860 | 4227.61 | 18473.39 | | **TOTAL** | | | 2296.05 | | 32752.76 |
| Chkg 110 | 0.00 | 46723.49 | DEDUCTION | | DESCRIPTION | | THIS PERIOD ($) | | YTD ($) |
| **NET PAY** | **4227.61** | **65196.88** | | 401k EE Pretax | | | | | 20500.00 |
| TIME OFF (Based on Policy Year) | | | | Medical Pre-tax | | | 399.42 | | 7704.24 |
| | | | | **TOTAL** | | | 399.42 | | 28204.24 |

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
|---|---|---|---|---|
| Vacation | 144.76 hrs | 6.16 hrs | 0.00 hrs | 150.92 hrs |

| | NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | **4227.61** | **65196.88** |

*Payrolls by Paychex, Inc.*

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926
EE ID: 1031          DD

*Payrolls by Paychex, Inc.*

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

---

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1031

**Home Department:** 1 LPG CA

**Pay Period:** 09/26/22 **to** 10/09/22
**Check Date:** 10/14/22    **Check #:** 9049
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 860 | 4202.32 | 14245.78 |
| Chkg 110 | 0.00 | 46723.49 |
| **NET PAY** | **4202.32** | **60969.27** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 6923.08 | | 119230.80 |
| | | Holiday | | | | M40.00 | |
| | | **Total Hours** | | | | 40.00 | |
| | | **Gross Earnings** | | | 6923.08 | | 119230.80 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 404.47 | 6939.41 |
| | Medicare | | 94.60 | 1622.93 |
| | Fed Income Tax | SMS | 1199.82 | 14485.24 |
| | CA Income Tax | SMI2 0 1 | 512.25 | 6177.97 |
| | CA Disability | | 71.76 | 1231.16 |
| | **TOTAL** | | 2282.90 | 30456.71 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 38.44 | 20500.00 |
| | Medical Pre-tax | 399.42 | 7304.82 |
| | **TOTAL** | 437.86 | 27804.82 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4202.32** | **60969.27** |

*Payrolls by Paychex, Inc.*

0942 1607-7926 Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA  92780 • (949) 715-0648

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926

EE ID: 1031        DD

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:**  1031

**Home Department:** 1 LPG CA

**Pay Period:** 09/12/22 **to** 09/25/22
**Check Date:**  09/30/22    **Check #:**  8661
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 860 | 3347.83 | 10043.46 |
| Chkg 110 | 0.00 | 46723.49 |
| **NET PAY** | **3347.83** | **56766.95** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
| Vacation | 132.44 hrs | 6.16 hrs | 0.00 hrs | 138.60 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 6923.08 | | 112307.72 |
| | | Holiday | | | | M40.00 | |
| | | **Total Hours** | | | | 40.00 | |
| | | **Gross Earnings** | | | 6923.08 | | 112307.72 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 407.82 | 6534.94 |
| | Medicare | | 95.37 | 1528.33 |
| | Fed Income Tax | SMS | 889.73 | 13285.42 |
| | CA Income Tax | SMI2 0 1 | 380.08 | 5665.72 |
| | CA Disability | | 72.36 | 1159.40 |
| | **TOTAL** | | 1845.36 | 28173.81 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 1384.62 | 20461.56 |
| | Medical Pre-tax | 345.27 | 6905.40 |
| | **TOTAL** | 1729.89 | 27366.96 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **3347.83** | **56766.95** |

*Payrolls by Paychex, Inc.*

0942 1607-7926 Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA  92780 • (949) 715-0648

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926

EE ID: 1031          DD

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

---

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1031

**Home Department:** 1 LPG CA

**Pay Period:** 08/29/22 **to** 09/11/22
**Check Date:** 09/16/22    **Check #:** 8262
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 860 | 3347.82 | 6695.63 |
| Chkg 110 | 0.00 | 46723.49 |
| **NET PAY** | **3347.82** | **53419.12** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
| Vacation | 126.28 hrs | 6.16 hrs | 0.00 hrs | 132.44 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 6923.08 | | 105384.64 |
| | | Holiday | M8.00 | | | M40.00 | |
| | | **Total Hours** | 8.00 | | | 40.00 | |
| | | **Gross Earnings** | | | 6923.08 | | 105384.64 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|---|
| | | Social Security | | 407.82 | 6127.12 |
| | | Medicare | | 95.38 | 1432.96 |
| | | Fed Income Tax | SMS | 889.73 | 12395.69 |
| | | CA Income Tax | SMI2 0 1 | 380.08 | 5285.64 |
| | | CA Disability | | 72.36 | 1087.04 |
| | | **TOTAL** | | 1845.37 | 26328.45 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 1384.62 | 19076.94 |
| | Medical Pre-tax | 345.27 | 6560.13 |
| | **TOTAL** | 1729.89 | 25637.07 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **3347.82** | **53419.12** |

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926
EE ID: 1031          DD

*Payrolls by Paychex, Inc.*

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:**  1031

**Home Department:** 1 LPG CA

**Pay Period:**  08/15/22 **to** 08/28/22
**Check Date:**  09/02/22    **Check #:**  7854
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 860 | 3347.81 | 3347.81 |
| Chkg 110 | 0.00 | 46723.49 |
| **NET PAY** | **3347.81** | **50071.30** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 6923.08 | | 98461.56 |
| | | Holiday | | | | M32.00 | |
| | | **Total Hours** | | | | 32.00 | |
| | | **Gross Earnings** | | | 6923.08 | | 98461.56 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 407.83 | 5719.30 |
| | Medicare | | 95.38 | 1337.58 |
| | Fed Income Tax | SMS | 889.73 | 11505.96 |
| | CA Income Tax | SMI2 0 1 | 380.08 | 4905.56 |
| | CA Disability | | 72.36 | 1014.68 |
| | **TOTAL** | | 1845.38 | 24483.08 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 1384.62 | 17692.32 |
| | Medical Pre-tax | 345.27 | 6214.86 |
| | **TOTAL** | 1729.89 | 23907.18 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **3347.81** | **50071.30** |

*Payrolls by Paychex, Inc.*

0942 1607-7926 Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA  92780 • (949) 715-0648

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926
EE ID: 1031          DD

*Payrolls by Paychex, Inc.*

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:**  1031

**Home Department:** 1 LPG CA

**Pay Period:**  08/01/22 **to** 08/14/22
**Check Date:**  08/19/22    **Check #:**  7472
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 110 | 3347.82 | 46723.49 |
| **NET PAY** | **3347.82** | **46723.49** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 6923.08 | | 91538.48 |
| | | Holiday | | | | M32.00 | |
| | | **Total Hours** | | | | 32.00 | |
| | | **Gross Earnings** | | | 6923.08 | | 91538.48 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 407.82 | 5311.47 |
| | Medicare | | 95.38 | 1242.20 |
| | Fed Income Tax | SMS | 889.73 | 10616.23 |
| | CA Income Tax | SMI2 0 1 | 380.08 | 4525.48 |
| | CA Disability | | 72.36 | 942.32 |
| | **TOTAL** | | 1845.37 | 22637.70 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 1384.62 | 16307.70 |
| | Medical Pre-tax | 345.27 | 5869.59 |
| | **TOTAL** | 1729.89 | 22177.29 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **3347.82** | **46723.49** |

*Payrolls by Paychex, Inc.*

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926

EE ID: 1031            DD

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1031

**Home Department:** 1 LPG CA

**Pay Period:** 07/18/22 **to** 07/31/22
**Check Date:** 08/05/22    **Check #:** 7093
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 110 | 2841.67 | 43375.67 |
| **NET PAY** | **2841.67** | **43375.67** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Vacation | 107.80 hrs | 6.16 hrs | 0.00 hrs | 113.96 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 5769.23 | | 84615.40 |
| | | Holiday | | | | M32.00 | |
| | | **Total Hours** | | | | 32.00 | |
| | | **Gross Earnings** | | | 5769.23 | | 84615.40 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 336.29 | 4903.65 |
| | Medicare | | 78.65 | 1146.82 |
| | Fed Income Tax | SMS | 668.19 | 9726.50 |
| | CA Income Tax | SMI2 0 1 | 285.65 | 4145.40 |
| | CA Disability | | 59.66 | 869.96 |
| | **TOTAL** | | **1428.44** | **20792.33** |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 1153.85 | 14923.08 |
| | Medical Pre-tax | 345.27 | 5524.32 |
| | **TOTAL** | **1499.12** | **20447.40** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **2841.67** | **43375.67** |

*Payrolls by Paychex, Inc.*

0942 1607-7926 Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA  92780 • (949) 715-0648

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780-1981

1607-7926

EE ID: 1031          DD

*Payrolls by Paychex, Inc.*

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|
| Han Trinh | | | Salary | | | 5769.23 | | 78846.17 |
| 2128 West Cherry Drive | | | Holiday | M8.00 | | | M32.00 | |
| Orange, CA  92868 | | | **Total Hours** | 8.00 | | | 32.00 | |
| **Soc Sec #:** xxx-xx-xxxx   **Employee ID:** 1031 | | | **Gross Earnings** | | | 5769.23 | | 78846.17 |
| | | | **Total Hrs Worked** | | | | | |

**Home Department:** 1 LPG CA

| | WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|---|
| **Pay Period:** 07/04/22 **to** 07/17/22 | | Social Security | | 336.28 | 4567.36 |
| **Check Date:** 07/22/22   **Check #:** 6718 | | Medicare | | 78.64 | 1068.17 |
| NET PAY ALLOCATIONS | | Fed Income Tax | SMS | 668.19 | 9058.31 |
| | | CA Income Tax | SMI2 0 1 | 285.65 | 3859.75 |
| | | CA Disability | | 59.66 | 810.30 |

| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | | | |
|---|---|---|---|---|---|---|
| Check Amount | 0.00 | 0.00 | | **TOTAL** | 1428.42 | 19363.89 |
| Chkg 110 | 2841.69 | 40534.00 | | | | |
| **NET PAY** | **2841.69** | **40534.00** | DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |

TIME OFF (Based on Policy Year)

| | | | | | | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL | | 401k EE Pretax | 1153.85 | 13769.23 |
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs | | Medical Pre-tax | 345.27 | 5179.05 |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL | | | | |
| Vacation | 101.64 hrs | 6.16 hrs | 0.00 hrs | 107.80 hrs | | **TOTAL** | 1499.12 | 18948.28 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | **2841.69** | **40534.00** |

*Payrolls by Paychex, Inc.*

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780-1981

1607-7926
EE ID: 1031          DD

*Payrolls by Paychex, Inc.*

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|
| Han Trinh | | | Salary | | | 5769.23 | | 73076.94 |
| 2128 West Cherry Drive | | | Holiday | | | | M24.00 | |
| Orange, CA  92868 | | | **Total Hours** | | | | 24.00 | |
| **Soc Sec #:** xxx-xx-xxxx  **Employee ID:** 1031 | | | **Gross Earnings** | | | 5769.23 | | 73076.94 |
| | | | **Total Hrs Worked** | | | | | |

**Home Department:** 1 LPG CA

**Pay Period:** 06/20/22 **to** 07/03/22
**Check Date:** 07/08/22    **Check #:** 6350

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 336.29 | 4231.08 |
| | Medicare | | 78.65 | 989.53 |
| | Fed Income Tax | SMS | 668.19 | 8390.12 |
| | CA Income Tax | SMI2 0 1 | 285.65 | 3574.10 |
| | CA Disability | | 59.66 | 750.64 |
| | **TOTAL** | | 1428.44 | 17935.47 |

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 110 | 2841.67 | 37692.31 |
| **NET PAY** | **2841.67** | **37692.31** |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 1153.85 | 12615.38 |
| | Medical Pre-tax | 345.27 | 4833.78 |
| | **TOTAL** | 1499.12 | 17449.16 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **2841.67** | **37692.31** |

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780-1981

1607-7926

EE ID: 1031        DD

*Payrolls by Paychex, Inc.*

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA 92868

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|
| Han Trinh | | | Salary | | | 5769.23 | | 67307.71 |
| 2128 West Cherry Drive | | | Holiday | | | | M24.00 | |
| Orange, CA 92868 | | | **Total Hours** | | | | 24.00 | |
| **Soc Sec #:** xxx-xx-xxxx   **Employee ID:** 1031 | | | **Gross Earnings** | | | 5769.23 | | 67307.71 |
| | | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| **Home Department:** 1 LPG CA | Social Security | | 336.29 | 3894.79 |
| | Medicare | | 78.65 | 910.88 |
| **Pay Period:** 06/06/22 **to** 06/19/22 | Fed Income Tax | SMS | 668.19 | 7721.93 |
| **Check Date:** 06/24/22   **Check #:** 5979 | CA Income Tax | SMI2 0 1 | 285.65 | 3288.45 |
| NET PAY ALLOCATIONS | CA Disability | | 59.66 | 690.98 |
| | **TOTAL** | | 1428.44 | 16507.03 |

| DESCRIPTION | THIS PERIOD ($) | YTD ($) | DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|---|---|
| Check Amount | 0.00 | 0.00 | | 401k EE Pretax | 1153.85 | 11461.53 |
| Chkg 110 | 2841.67 | 34850.64 | | Medical Pre-tax | 345.27 | 4488.51 |
| **NET PAY** | **2841.67** | **34850.64** | | **TOTAL** | 1499.12 | 15950.04 |

| | NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | **2841.67** | **34850.64** |

*Payrolls by Paychex, Inc.*

0942 1607-7926 Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA 92780-1981 • (949) 715-0648

148

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780-1981

1607-7926
EE ID: 1031          DD

*Payrolls by Paychex, Inc.*
*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA 92868

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | |
|---|---|
| Han Trinh | |
| 2128 West Cherry Drive | |
| Orange, CA 92868 | |
| **Soc Sec #:** xxx-xx-xxxx | **Employee ID:** 1031 |

**Home Department:** 1 LPG CA

**Pay Period:** 05/23/22 **to** 06/05/22
**Check Date:** 06/10/22   **Check #:** 5622
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 110 | 2672.98 | 32008.97 |
| **NET PAY** | **2672.98** | **32008.97** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | | Salary | | 5384.62 | | 61538.48 |
| | | Holiday | M8.00 | | M24.00 | |
| | | **Total Hours** | 8.00 | | 24.00 | |
| | | **Gross Earnings** | | 5384.62 | | 61538.48 |
| | | **Total Hrs Worked** | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 312.43 | 3558.50 |
| | Medicare | | 73.07 | 832.23 |
| | Fed Income Tax | SMS | 594.35 | 7053.74 |
| | CA Income Tax | SMI2 0 1 | 254.17 | 3002.80 |
| | CA Disability | | 55.43 | 631.32 |
| | **TOTAL** | | 1289.45 | 15078.59 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 1076.92 | 10307.68 |
| | Medical Pre-tax | 345.27 | 4143.24 |
| | **TOTAL** | 1422.19 | 14450.92 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **2672.98** | **32008.97** |

*Payrolls by Paychex, Inc.*

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780-1981

1607-7926

EE ID: 1031        DD

Payrolls by Paychex, Inc.

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA 92868

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA 92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1031

**Home Department:** 1 LPG CA

**Pay Period:** 05/09/22 **to** 05/22/22
**Check Date:** 05/27/22    **Check #:** 5258
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 110 | 2672.97 | 29335.99 |
| **NET PAY** | **2672.97** | **29335.99** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Vacation | 77.00 hrs | 6.16 hrs | 0.00 hrs | 83.16 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 5384.62 | | 56153.86 |
| | | Holiday | | | | M16.00 | |
| | | **Total Hours** | | | | 16.00 | |
| | | **Gross Earnings** | | | 5384.62 | | 56153.86 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 312.44 | 3246.07 |
| | Medicare | | 73.07 | 759.16 |
| | Fed Income Tax | SMS | 594.35 | 6459.39 |
| | CA Income Tax | SMI2 0 1 | 254.17 | 2748.63 |
| | CA Disability | | 55.43 | 575.89 |
| | **TOTAL** | | 1289.46 | 13789.14 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 1076.92 | 9230.76 |
| | Medical Pre-tax | 345.27 | 3797.97 |
| | **TOTAL** | 1422.19 | 13028.73 |

| | NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | **2672.97** | **29335.99** |

Payrolls by Paychex, Inc.

0942 1607-7926 Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA 92780-1981 • (949) 715-0648

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780-1981

1607-7926
EE ID: 1031          DD

Payrolls by Paychex, Inc.

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx     **Employee ID:** 1031

**Home Department:** 1 LPG CA

**Pay Period:** 04/25/22 **to** 05/08/22
**Check Date:** 05/13/22    **Check #:** 4892
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 110 | 2672.97 | 26663.02 |
| **NET PAY** | **2672.97** | **26663.02** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
| Vacation | 70.84 hrs | 6.16 hrs | 0.00 hrs | 77.00 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 5384.62 | | 50769.24 |
| | | Holiday | | | | M16.00 | |
| | | **Total Hours** | | | | 16.00 | |
| | | **Gross Earnings** | | | 5384.62 | | 50769.24 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 312.44 | 2933.63 |
| | Medicare | | 73.07 | 686.09 |
| | Fed Income Tax | SMS | 594.35 | 5865.04 |
| | CA Income Tax | SMI2 0 1 | 254.17 | 2494.46 |
| | CA Disability | | 55.43 | 520.46 |
| | **TOTAL** | | 1289.46 | 12499.68 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 1076.92 | 8153.84 |
| | Medical Pre-tax | 345.27 | 3452.70 |
| | **TOTAL** | 1422.19 | 11606.54 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **2672.97** | **26663.02** |

Payrolls by Paychex, Inc.

0942 1607-7926 Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA  92780-1981 • (949) 715-0648

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780-1981

1607-7926

EE ID: 1031        DD

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA 92868

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA 92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1031

**Home Department:** 1 LPG CA

**Pay Period:** 04/11/22 **to** 04/24/22
**Check Date:** 04/29/22    **Check #:** 4535
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 110 | 2672.97 | 23990.05 |
| **NET PAY** | **2672.97** | **23990.05** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
| Vacation | 64.68 hrs | 6.16 hrs | 0.00 hrs | 70.84 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 5384.62 | | 45384.62 |
| | | Holiday | | | | M16.00 | |
| | | **Total Hours** | | | | 16.00 | |
| | | **Gross Earnings** | | | 5384.62 | | 45384.62 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 312.44 | 2621.19 |
| | Medicare | | 73.07 | 613.02 |
| | Fed Income Tax | SMS | 594.35 | 5270.69 |
| | CA Income Tax | SMI2 0 1 | 254.17 | 2240.29 |
| | CA Disability | | 55.43 | 465.03 |
| | **TOTAL** | | 1289.46 | 11210.22 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 1076.92 | 7076.92 |
| | Medical Pre-tax | 345.27 | 3107.43 |
| | **TOTAL** | 1422.19 | 10184.35 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | **2672.97** | **23990.05** |

*Payrolls by Paychex, Inc.*

0942 1607-7926 Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA 92780-1981 • (949) 715-0648

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780-1981

1607-7926

EE ID: 1031          DD

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx      **Employee ID:** 1031

**Home Department:** 1 LPG CA

**Pay Period:** 03/28/22 **to** 04/10/22
**Check Date:** 04/15/22    **Check #:** 4168
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 110 | 2498.86 | 21317.08 |
| **NET PAY** | **2498.86** | **21317.08** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
| Vacation | 58.52 hrs | 6.16 hrs | 0.00 hrs | 64.68 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 5000.00 | | 40000.00 |
| | | Holiday | | | | M16.00 | |
| | | **Total Hours** | | | | 16.00 | |
| | | **Gross Earnings** | | | 5000.00 | | 40000.00 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 288.60 | 2308.75 |
| | Medicare | | 67.49 | 539.95 |
| | Fed Income Tax | SMS | 525.89 | 4676.34 |
| | CA Income Tax | SMI2 0 1 | 222.69 | 1986.12 |
| | CA Disability | | 51.20 | 409.60 |
| | **TOTAL** | | 1155.87 | 9920.76 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 1000.00 | 6000.00 |
| | Medical Pre-tax | 345.27 | 2762.16 |
| | **TOTAL** | 1345.27 | 8762.16 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **2498.86** | **21317.08** |

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780-1981

1607-7926

EE ID: 1031    DD

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA 92868

---

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA 92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1031

**Home Department:** 1 LPG CA

**Pay Period:** 03/14/22 **to** 03/27/22
**Check Date:** 04/01/22    **Check #:** 3814

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 110 | 2498.86 | 18818.22 |
| **NET PAY** | **2498.86** | **18818.22** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Vacation | 52.36 hrs | 6.16 hrs | 0.00 hrs | 58.52 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 5000.00 | | 35000.00 |
| | | Holiday | | | | M16.00 | |
| | | **Total Hours** | | | | 16.00 | |
| | | **Gross Earnings** | | | 5000.00 | | 35000.00 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 288.59 | 2020.15 |
| | Medicare | | 67.50 | 472.46 |
| | Fed Income Tax | SMS | 525.89 | 4150.45 |
| | CA Income Tax | SMI2 0 1 | 222.69 | 1763.43 |
| | CA Disability | | 51.20 | 358.40 |
| | **TOTAL** | | 1155.87 | 8764.89 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 1000.00 | 5000.00 |
| | Medical Pre-tax | 345.27 | 2416.89 |
| | **TOTAL** | 1345.27 | 7416.89 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **2498.86** | **18818.22** |

*Payrolls by Paychex, Inc.*

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

NON-NEGOTIABLE

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780-1981

1607-7926

EE ID: 1031        DD

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA 92868

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA 92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1031

**Home Department:** 1 LPG CA

**Pay Period:** 02/28/22 **to** 03/13/22
**Check Date:** 03/18/22    **Check #:** 3456
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 110 | 2498.87 | 16319.36 |
| **NET PAY** | **2498.87** | **16319.36** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Vacation | 49.28 hrs | 3.08 hrs | 0.00 hrs | 52.36 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 5000.00 | | 30000.00 |
| | | Holiday | | | | M16.00 | |
| | | **Total Hours** | | | | 16.00 | |
| | | **Gross Earnings** | | | 5000.00 | | 30000.00 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 288.59 | 1731.56 |
| | Medicare | | 67.49 | 404.96 |
| | Fed Income Tax | SMS | 525.89 | 3624.56 |
| | CA Income Tax | SMI2 0 1 | 222.69 | 1540.74 |
| | CA Disability | | 51.20 | 307.20 |
| | **TOTAL** | | 1155.86 | 7609.02 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 1000.00 | 4000.00 |
| | Medical Pre-tax | 345.27 | 2071.62 |
| | **TOTAL** | 1345.27 | 6071.62 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **2498.87** | **16319.36** |

Payrolls by Paychex, Inc.

0942 1607-7926 Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA 92780-1981 • (949) 715-0648

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780-1981

1607-7926

EE ID: 1031          DD

*Payrolls by Paychex, Inc.*

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Han Trinh | | | | | Salary | | | 5000.00 | | 25000.00 |
| 2128 West Cherry Drive | | | | | Holiday | | M16.00 | | | |
| Orange, CA  92868 | | | | | **Total Hours** | | | | 16.00 | |
| **Soc Sec #:** xxx-xx-xxxx   **Employee ID:** 1031 | | | | | **Gross Earnings** | | | 5000.00 | | 25000.00 |
| | | | | | **Total Hrs Worked** | | | | | |

**Home Department:** 1 LPG CA

**Pay Period:** 02/14/22 **to** 02/27/22
**Check Date:** 03/04/22    **Check #:** 3087

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 110 | 2498.85 | 13820.49 |
| **NET PAY** | **2498.85** | **13820.49** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
| Vacation | 46.20 hrs | 3.08 hrs | 0.00 hrs | 49.28 hrs |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 288.60 | 1442.97 |
| | Medicare | | 67.50 | 337.47 |
| | Fed Income Tax | SMS | 525.89 | 3098.67 |
| | CA Income Tax | SMI2 0 1 | 222.69 | 1318.05 |
| | CA Disability | | 51.20 | 256.00 |
| | **TOTAL** | | 1155.88 | 6453.16 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 1000.00 | 3000.00 |
| | Medical Pre-tax | 345.27 | 1726.35 |
| | **TOTAL** | 1345.27 | 4726.35 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **2498.85** | **13820.49** |

*Payrolls by Paychex, Inc.*

0942  1607-7926  Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA  92780-1981 • (949) 715-0648

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780-1981

1607-7926

EE ID: 1031          DD

Payrolls by Paychex, Inc.

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA 92868

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA 92868
**Soc Sec #:** xxx-xx-xxxx     **Employee ID:** 1031

**Home Department:** 1 LPG CA

**Pay Period:** 01/31/22 **to** 02/13/22
**Check Date:** 02/18/22     **Check #:** 2744
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 110 | 2498.87 | 11321.64 |
| **NET PAY** | **2498.87** | **11321.64** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Vacation | 43.12 hrs | 3.08 hrs | 0.00 hrs | 46.20 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 5000.00 | | 20000.00 |
| | | Holiday | | | | M16.00 | |
| | | **Total Hours** | | | | 16.00 | |
| | | **Gross Earnings** | | | 5000.00 | | 20000.00 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 288.59 | 1154.37 |
| | Medicare | | 67.49 | 269.97 |
| | Fed Income Tax | SMS | 525.89 | 2572.78 |
| | CA Income Tax | SMI2 0 1 | 222.69 | 1095.36 |
| | CA Disability | | 51.20 | 204.80 |
| | **TOTAL** | | 1155.86 | 5297.28 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 1000.00 | 2000.00 |
| | Medical Pre-tax | 345.27 | 1381.08 |
| | **TOTAL** | 1345.27 | 3381.08 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **2498.87** | **11321.64** |

Payrolls by Paychex, Inc.

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780-1981

1607-7926

EE ID: 1031        DD

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA 92868

---

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA 92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1031

**Home Department:** 1 LPG CA

**Pay Period:** 01/17/22 **to** 01/30/22
**Check Date:** 02/04/22    **Check #:** 2414

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 110 | 2498.87 | 8822.77 |
| **NET PAY** | **2498.87** | **8822.77** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
| Vacation | 40.04 hrs | 3.08 hrs | 0.00 hrs | 43.12 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 5000.00 | | 15000.00 |
| | | Holiday | | | | M16.00 | |
| | | **Total Hours** | | | | 16.00 | |
| | | **Gross Earnings** | | | 5000.00 | | 15000.00 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 288.59 | 865.78 |
| | Medicare | | 67.49 | 202.48 |
| | Fed Income Tax | SMS | 525.89 | 2046.89 |
| | CA Income Tax | SMI2 0 1 | 222.69 | 872.67 |
| | CA Disability | | 51.20 | 153.60 |
| | **TOTAL** | | 1155.86 | 4141.42 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 1000.00 | 1000.00 |
| | Medical Pre-tax | 345.27 | 1035.81 |
| | **TOTAL** | 1345.27 | 2035.81 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **2498.87** | **8822.77** |

*Payrolls by Paychex, Inc.*

0942 1607-7926 Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA 92780-1981 • (949) 715-0648

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780-1981

1607-7926
EE ID: 1031          DD

*Payrolls by Paychex, Inc.*

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|
| Han Trinh | | | Salary | | | 5000.00 | | 10000.00 |
| 2128 West Cherry Drive | | | Holiday | | | | M16.00 | |
| Orange, CA  92868 | | | **Total Hours** | | | | 16.00 | |
| **Soc Sec #:** xxx-xx-xxxx    **Employee ID:**  1031 | | | **Gross Earnings** | | | 5000.00 | | 10000.00 |
| | | | **Total Hrs Worked** | | | | | |

**Home Department:** 1 LPG CA

**Pay Period:** 01/03/22 **to** 01/16/22
**Check Date:** 01/21/22    **Check #:** 2074

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 288.60 | 577.19 |
| | Medicare | | 67.50 | 134.99 |
| | Fed Income Tax | SMS | 760.50 | 1521.00 |
| | CA Income Tax | SMI2 0 1 | 324.99 | 649.98 |
| | CA Disability | | 51.20 | 102.40 |
| | **TOTAL** | | 1492.79 | 2985.56 |

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 110 | 3161.94 | 6323.90 |
| **NET PAY** | **3161.94** | **6323.90** |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Medical Pre-tax | 345.27 | 690.54 |
| | **TOTAL** | 345.27 | 690.54 |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Vacation | 38.50 hrs | 1.54 hrs | 0.00 hrs | 40.04 hrs |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **3161.94** | **6323.90** |

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780-1981

1607-7926
EE ID: 1031        DD

*Payrolls by Paychex, Inc.*

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1031

**Home Department:** 1 LPG CA

**Pay Period:** 01/03/22 **to** 01/16/22
**Check Date:** 01/21/22    **Check #:** 1749
(VOID)

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 110 | -3161.94 | 3161.96 |
| **NET PAY** | **-3161.94** | **3161.96** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | -5000.00 | | 5000.00 |
| | | Holiday | M-8.00 | | | M16.00 | |
| | | **Total Hours** | -8.00 | | | 16.00 | |
| | | **Gross Earnings** | | | -5000.00 | | 5000.00 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | Override $-288.60 | -288.60 | 288.59 |
| | Medicare | Override $-67.50 | -67.50 | 67.49 |
| | Fed Income Tax | Override $-760.50 | -760.50 | 760.50 |
| | CA Income Tax | Override $-324.99 | -324.99 | 324.99 |
| | CA Disability | Override $-51.20 | -51.20 | 51.20 |
| | **TOTAL** | | -1492.79 | 1492.77 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Medical Pre-tax | -345.27 | 345.27 |
| | **TOTAL** | -345.27 | 345.27 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **-3161.94** | **3161.96** |

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780-1981

1607-7926
EE ID: 1031    DD

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA 92868

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA 92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1031

**Home Department:** 1 LPG CA

**Pay Period:** 01/03/22 **to** 01/16/22
**Check Date:** 01/21/22    **Check #:** 1749
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 110 | 3161.94 | 6323.90 |
| **NET PAY** | **3161.94** | **6323.90** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Vacation | 38.50 hrs | 1.54 hrs | 0.00 hrs | 40.04 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 5000.00 | | 10000.00 |
| | | Holiday | M8.00 | | | M24.00 | |
| | | **Total Hours** | 8.00 | | | 24.00 | |
| | | **Gross Earnings** | | | 5000.00 | | 10000.00 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 288.60 | 577.19 |
| | Medicare | | 67.50 | 134.99 |
| | Fed Income Tax | SMS | 760.50 | 1521.00 |
| | CA Income Tax | SMI2 0 1 | 324.99 | 649.98 |
| | CA Disability | | 51.20 | 102.40 |
| | **TOTAL** | | 1492.79 | 2985.56 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Medical Pre-tax | 345.27 | 690.54 |
| | **TOTAL** | 345.27 | 690.54 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **3161.94** | **6323.90** |

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780-1981

1607-7926

EE ID: 1031          DD

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA 92868

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Han Trinh | | | | | Salary | | | 5000.00 | | 5000.00 |
| 2128 West Cherry Drive | | | | | Holiday | M16.00 | | | M16.00 | |
| Orange, CA 92868 | | | | | **Total Hours** | 16.00 | | | 16.00 | |
| **Soc Sec #:** xxx-xx-xxxx   **Employee ID:** 1031 | | | | | **Gross Earnings** | | | 5000.00 | | 5000.00 |
| | | | | | **Total Hrs Worked** | | | | | |
| **Home Department:** 1 LPG CA | | | WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| **Pay Period:** 12/20/21 **to** 01/02/22 | | | | | Social Security | | | 288.59 | | 288.59 |
| **Check Date:** 01/07/22   **Check #:** 1424 | | | | | Medicare | | | 67.49 | | 67.49 |
| NET PAY ALLOCATIONS | | | | | Fed Income Tax | SMS | | 760.50 | | 760.50 |
| | | | | | CA Income Tax | SMI2 0 1 | | 324.99 | | 324.99 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | | CA Disability | | | 51.20 | | 51.20 |
| Check Amount | 0.00 | 0.00 | | | | | | | | |
| Chkg 110 | 3161.96 | 3161.96 | | | **TOTAL** | | | 1492.77 | | 1492.77 |
| **NET PAY** | **3161.96** | **3161.96** | DEDUCTION | | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
| TIME OFF (Based on Policy Year) | | | | | Medical Pre-tax | | | 345.27 | | 345.27 |
| | | | | | **TOTAL** | | | 345.27 | | 345.27 |

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 1.54 hrs | 0.00 hrs | 1.54 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
| Vacation | 36.96 hrs | 1.54 hrs | 0.00 hrs | 38.50 hrs |

| NET PAY | THIS PERIOD ($) **3161.96** | YTD ($) **3161.96** |
|---|---|---|

*Payrolls by Paychex, Inc.*

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780-1981

1607-7926

EE ID: 1031          DD

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1031

**Home Department:** 1 LPG CA

**Pay Period:** 12/06/21 **to** 12/19/21
**Check Date:** 12/24/21    **Check #:** 1102

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 32813.39 |
| Chkg 110 | 3140.10 | 39703.24 |
| **NET PAY** | **3140.10** | **72516.63** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
| Vacation | 35.42 hrs | 1.54 hrs | 0.00 hrs | 36.96 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | | Regular | 926.80 | | | 17997.85 |
| | | Meal Penalty | 8.00 | | | 161.52 |
| | | Salary | | 5000.00 | | 56538.42 |
| | | Double Time | 359.39 | | | 14204.75 |
| | | Overtime | 721.74 | | | 21178.05 |
| | | Holiday | 16.00 | | | 300.00 |
| | | Holiday | M16.00 | | | |
| | | **Total Hours** | | | 2047.93 | |
| | | **Gross Earnings** | | 5000.00 | | 110380.59 |
| | | **Total Hrs Worked** | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 288.60 | 6668.38 |
| | Medicare | | 67.49 | 1559.54 |
| | Fed Income Tax | SMS | 771.33 | 17859.32 |
| | CA Income Tax | SMI2 0 1 | 331.35 | 7659.95 |
| | CA Disability | | 55.86 | 1290.65 |
| | **TOTAL** | | **1514.63** | **35037.84** |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Medical Pre-tax | 345.27 | 2826.12 |
| | **TOTAL** | **345.27** | **2826.12** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **3140.10** | **72516.63** |

*Payrolls by Paychex, Inc.*

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780-1981

1607-7926
EE ID: 1031          DD

*Payrolls by Paychex, Inc.*

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Han Trinh | | |
| 2128 West Cherry Drive | | |
| Orange, CA  92868 | | |
| **Soc Sec #:** xxx-xx-xxxx   **Employee ID:** 1031 | | |

**Home Department:** 1 LPG CA

**Pay Period:** 11/22/21 **to** 12/05/21
**Check Date:** 12/10/21    **Check #:** 5818

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 32813.39 |
| Chkg 110 | 3140.10 | 36563.14 |
| **NET PAY** | **3140.10** | **69376.53** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Vacation | 33.88 hrs | 1.54 hrs | 0.00 hrs | 35.42 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | 926.80 | 17997.85 |
| | Meal Penalty | | | | 8.00 | 161.52 |
| | Salary | | | 5000.00 | | 51538.42 |
| | Double Time | | | | 359.39 | 14204.75 |
| | Overtime | | | | 721.74 | 21178.05 |
| | Holiday | | | | 16.00 | 300.00 |
| | Holiday | M16.00 | | | M16.00 | |
| | **Total Hours** | 16.00 | | | 2047.93 | |
| | **Gross Earnings** | | | 5000.00 | | 105380.59 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 288.59 | 6379.78 |
| | Medicare | | 67.50 | 1492.05 |
| | Fed Income Tax | SMS | 771.33 | 17087.99 |
| | CA Income Tax | SMI2 0 1 | 331.35 | 7328.60 |
| | CA Disability | | 55.86 | 1234.79 |
| | **TOTAL** | | 1514.63 | 33523.21 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Medical Pre-tax | 345.27 | 2480.85 |
| | **TOTAL** | 345.27 | 2480.85 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **3140.10** | **69376.53** |

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780-1981

1607-7926

EE ID: 1031          DD

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:**  1031

**Home Department:** 1 LPG CA

**Pay Period:** 11/08/21 to 11/21/21
**Check Date:** 11/26/21    **Check #:**  5496

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 32813.39 |
| Chkg 110 | 3140.11 | 33423.04 |
| **NET PAY** | **3140.11** | **66236.43** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
| Vacation | 32.34 hrs | 1.54 hrs | 0.00 hrs | 33.88 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | 926.80 | 17997.85 |
| | Meal Penalty | | | | 8.00 | 161.52 |
| | Salary | | | 5000.00 | | 46538.42 |
| | Double Time | | | | 359.39 | 14204.75 |
| | Overtime | | | | 721.74 | 21178.05 |
| | Holiday | | | | 16.00 | 300.00 |
| | **Total Hours** | | | | 2031.93 | |
| | **Gross Earnings** | | | 5000.00 | | 100380.59 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 288.59 | 6091.19 |
| | Medicare | | 67.49 | 1424.55 |
| | Fed Income Tax | SMS | 771.33 | 16316.66 |
| | CA Income Tax | SMI2 0 1 | 331.35 | 6997.25 |
| | CA Disability | | 55.86 | 1178.93 |
| | **TOTAL** | | 1514.62 | 32008.58 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Medical Pre-tax | 345.27 | 2135.58 |
| | **TOTAL** | 345.27 | 2135.58 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **3140.11** | **66236.43** |

*Payrolls by Paychex, Inc.*

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780-1981

1607-7926
EE ID: 1031        DD

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA 92868

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA 92868
**Soc Sec #:** xxx-xx-xxxx   **Employee ID:** 1031

**Home Department:** 1 LPG CA

**Pay Period:** 10/25/21 to 11/07/21
**Check Date:** 11/12/21   **Check #:** 5201

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 32813.39 |
| Chkg 110 | 2921.18 | 30282.93 |
| **NET PAY** | **2921.18** | **63096.32** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
| Vacation | 30.80 hrs | 1.54 hrs | 0.00 hrs | 32.34 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | 926.80 | 17997.85 |
| | Meal Penalty | | | | 8.00 | 161.52 |
| | Salary | | | 4615.38 | | 41538.42 |
| | Double Time | | | | 359.39 | 14204.75 |
| | Overtime | | | | 721.74 | 21178.05 |
| | Holiday | | | | 16.00 | 300.00 |
| | **Total Hours** | | | | 2031.93 | |
| | **Gross Earnings** | | | 4615.38 | | 95380.59 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 264.75 | 5802.60 |
| | Medicare | | 61.92 | 1357.06 |
| | Fed Income Tax | SMS | 679.02 | 15545.33 |
| | CA Income Tax | SMI2 0 1 | 292.00 | 6665.90 |
| | CA Disability | | 51.24 | 1123.07 |
| | **TOTAL** | | 1348.93 | 30493.96 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Medical Pre-tax | 345.27 | 1790.31 |
| | **TOTAL** | 345.27 | 1790.31 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **2921.18** | **63096.32** |

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780-1981

1607-7926
EE ID: 1031          DD

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

NON-NEGOTIABLE

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

---

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx     **Employee ID:**  1031

**Pay Period:** 10/11/21 **to** 10/24/21
**Check Date:** 10/29/21     **Check #:**  858
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 32813.39 |
| Chkg 110 | 2921.19 | 27361.75 |
| **NET PAY** | **2921.19** | **60175.14** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
| Vacation | 29.26 hrs | 1.54 hrs | 0.00 hrs | 30.80 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | 926.80 | 17997.85 |
| | Meal Penalty | | | | 8.00 | 161.52 |
| | Salary | | | 4615.38 | | 36923.04 |
| | Double Time | | | | 359.39 | 14204.75 |
| | Overtime | | | | 721.74 | 21178.05 |
| | Holiday | | | | 16.00 | 300.00 |
| | **Total Hours** | | | | 2031.93 | |
| | **Gross Earnings** | | | 4615.38 | | 90765.21 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 264.75 | 5537.85 |
| | Medicare | | 61.91 | 1295.14 |
| | Fed Income Tax | SMS | 679.02 | 14866.31 |
| | CA Income Tax | SMI2 0 1 | 292.00 | 6373.90 |
| | CA Disability | | 51.24 | 1071.83 |
| | **TOTAL** | | 1348.92 | 29145.03 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Medical Pre-tax | 345.27 | 1445.04 |
| | **TOTAL** | 345.27 | 1445.04 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | **2921.19** | **60175.14** |

Payrolls by Paychex, Inc.

0942 1607-7926 Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA  92780-1981 • (949) 715-0648

167

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780-1981

1607-7926

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1031

**Pay Period:** 09/27/21 **to** 10/10/21
**Check Date:** 10/15/21    **Check #:** 580
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 32813.39 |
| Chkg 110 | 2921.19 | 24440.56 |
| **NET PAY** | **2921.19** | **57253.95** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
| Vacation | 27.72 hrs | 1.54 hrs | 0.00 hrs | 29.26 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | 926.80 | 17997.85 |
| | Meal Penalty | | | | 8.00 | 161.52 |
| | Salary | | | 4615.38 | | 32307.66 |
| | Double Time | | | | 359.39 | 14204.75 |
| | Overtime | | | | 721.74 | 21178.05 |
| | Holiday | | | | 16.00 | 300.00 |
| | **Total Hours** | | | | 2031.93 | |
| | **Gross Earnings** | | | 4615.38 | | 86149.83 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 264.74 | 5273.10 |
| | Medicare | | 61.92 | 1233.23 |
| | Fed Income Tax | SMS | 679.02 | 14187.29 |
| | CA Income Tax | SMI2 0 1 | 292.00 | 6081.90 |
| | CA Disability | | 51.24 | 1020.59 |
| | **TOTAL** | | 1348.92 | 27796.11 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Medical Pre-tax | 345.27 | 1099.77 |
| | **TOTAL** | 345.27 | 1099.77 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **2921.19** | **57253.95** |

LITIGATION PRACTICE GROUP PC
1607-7926
17542 17th St Ste 100
Tustin CA  92780-1981

*Payrolls by Paychex, Inc.*

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1031

**Pay Period:** 09/13/21 to 09/26/21
**Check Date:** 10/01/21    **Check #:** 365

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 32813.39 |
| Chkg 110 | 3089.09 | 21519.37 |
| **NET PAY** | **3089.09** | **54332.76** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 39.56 hrs | 0.44 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
| Vacation | 26.18 hrs | 1.54 hrs | 0.00 hrs | 27.72 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | | 926.80 | 17997.85 |
| Meal Penalty | | | | 8.00 | 161.52 |
| Salary | | | 4615.38 | | 27692.28 |
| Double Time | | | | 359.39 | 14204.75 |
| Overtime | | | | 721.74 | 21178.05 |
| Holiday | | | | 16.00 | 300.00 |
| **Total Hours** | | | | 2031.93 | |
| **Gross Earnings** | | | 4615.38 | | 81534.45 |
| **Total Hrs Worked** | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 283.04 | 5008.36 |
| Medicare | | 66.19 | 1171.31 |
| Fed Income Tax | SMS | 749.81 | 13508.27 |
| CA Income Tax | SMI2 0 1 | 322.17 | 5789.90 |
| CA Disability | | 54.78 | 969.35 |
| **TOTAL** | | 1475.99 | 26447.19 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Medical Pre-tax | 50.30 | 754.50 |
| **TOTAL** | 50.30 | 754.50 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **3089.09** | **54332.76** |

*Payrolls by Paychex, Inc.*

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780-1981

1607-7926

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

---

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1031

**Pay Period:** 08/30/21 to 09/12/21
**Check Date:** 09/17/21    **Check #:** 164
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 32813.39 |
| Chkg 110 | 3089.09 | 18430.28 |
| **NET PAY** | **3089.09** | **51243.67** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 38.02 hrs | 1.54 hrs | 0.00 hrs | 39.56 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
| Vacation | 24.64 hrs | 1.54 hrs | 0.00 hrs | 26.18 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | 926.80 | 17997.85 |
| | Meal Penalty | | | | 8.00 | 161.52 |
| | Salary | | | 4615.38 | | 23076.90 |
| | Double Time | | | | 359.39 | 14204.75 |
| | Overtime | | | | 721.74 | 21178.05 |
| | Holiday | | | | 16.00 | 300.00 |
| | **Total Hours** | | | | 2031.93 | |
| | **Gross Earnings** | | | 4615.38 | | 76919.07 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 283.03 | 4725.32 |
| | Medicare | | 66.20 | 1105.12 |
| | Fed Income Tax | SMS | 749.81 | 12758.46 |
| | CA Income Tax | SMI2 0 1 | 322.17 | 5467.73 |
| | CA Disability | | 54.78 | 914.57 |
| | **TOTAL** | | 1475.99 | 24971.20 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Medical Pre-tax | 50.30 | 704.20 |
| | **TOTAL** | 50.30 | 704.20 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | **3089.09** | **51243.67** |

*Payrolls by Paychex, Inc.*

LITIGATION PRACTICE GROUP PC
1607-7926
17542 17th St Ste 100
Tustin CA  92780-1981

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1031

**Pay Period:** 08/16/21 to 08/29/21
**Check Date:** 09/03/21    **Check #:** 10886
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 32813.39 |
| Chkg 110 | 3089.09 | 15341.19 |
| **NET PAY** | **3089.09** | **48154.58** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 36.48 hrs | 1.54 hrs | 0.00 hrs | 38.02 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
| Vacation | 23.10 hrs | 1.54 hrs | 0.00 hrs | 24.64 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | 926.80 | 17997.85 |
| | Meal Penalty | | | | 8.00 | 161.52 |
| | Salary | | | 4615.38 | | 18461.52 |
| | Double Time | | | | 359.39 | 14204.75 |
| | Overtime | | | | 721.74 | 21178.05 |
| | Holiday | | | | 16.00 | 300.00 |
| | **Total Hours** | | | | 2031.93 | |
| | **Gross Earnings** | | | 4615.38 | | 72303.69 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 283.04 | 4442.29 |
| | Medicare | | 66.19 | 1038.92 |
| | Fed Income Tax | SMS | 749.81 | 12008.65 |
| | CA Income Tax | SMI2 0 1 | 322.17 | 5145.56 |
| | CA Disability | | 54.78 | 859.79 |
| | **TOTAL** | | 1475.99 | 23495.21 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Medical Pre-tax | 50.30 | 653.90 |
| | **TOTAL** | 50.30 | 653.90 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **3089.09** | **48154.58** |

*Payrolls by Paychex, Inc.*

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780-1981

*Payrolls by Paychex, Inc.*

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1031

**Pay Period:** 08/02/21 to 08/15/21
**Check Date:** 08/20/21    **Check #:** 10696
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 32813.39 |
| Chkg 110 | 3089.09 | 12252.10 |
| **NET PAY** | **3089.09** | **45065.49** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
|---|---|---|---|---|
| Sick | 36.48 hrs | 1.54 hrs | 0.00 hrs | 36.48 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
| Vacation | 23.10 hrs | 1.54 hrs | 0.00 hrs | 23.10 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | 926.80 | 17997.85 |
| | Meal Penalty | | | | 8.00 | 161.52 |
| | Salary | | | 4615.38 | | 13846.14 |
| | Double Time | | | | 359.39 | 14204.75 |
| | Overtime | | | | 721.74 | 21178.05 |
| | Holiday | | | | 16.00 | 300.00 |
| | **Total Hours** | | | | 2031.93 | |
| | **Gross Earnings** | | | 4615.38 | | 67688.31 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 283.03 | 4159.25 |
| | Medicare | | 66.20 | 972.73 |
| | Fed Income Tax | SMS | 749.81 | 11258.84 |
| | CA Income Tax | SMI2 0 1 | 322.17 | 4823.39 |
| | CA Disability | | 54.78 | 805.01 |
| | **TOTAL** | | 1475.99 | 22019.22 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Medical Pre-tax | 50.30 | 603.60 |
| | **TOTAL** | 50.30 | 603.60 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **3089.09** | **45065.49** |

*Payrolls by Paychex, Inc.*

0942  1607-7926  Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA  92780-1981 • (949) 715-0648

172

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780-1981

1607-7926

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

---

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1031

**Pay Period:** 07/19/21 to 08/01/21
**Check Date:** 08/06/21    **Check #:** 10513

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 32813.39 |
| Chkg 110 | 3089.09 | 9163.01 |
| **NET PAY** | **3089.09** | **41976.40** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | 926.80 | 17997.85 |
| | Meal Penalty | | | | 8.00 | 161.52 |
| | Salary | | | 4615.38 | | 9230.76 |
| | Double Time | | | | 359.39 | 14204.75 |
| | Overtime | | | | 721.74 | 21178.05 |
| | Holiday | | | | 16.00 | 300.00 |
| | **Total Hours** | | | | 2031.93 | |
| | **Gross Earnings** | | | 4615.38 | | 63072.93 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 283.04 | 3876.22 |
| | Medicare | | 66.19 | 906.53 |
| | Fed Income Tax | SMS | 749.81 | 10509.03 |
| | CA Income Tax | SMI2 0 1 | 322.17 | 4501.22 |
| | CA Disability | | 54.78 | 750.23 |
| | **TOTAL** | | 1475.99 | 20543.23 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Medical Pre-tax | 50.30 | 553.30 |
| | **TOTAL** | 50.30 | 553.30 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **3089.09** | **41976.40** |

*Payrolls by Paychex, Inc.*

0942  1607-7926  Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA  92780-1981 • (949) 715-0648

LITIGATION PRACTICE GROUP PC
100 Spectrum Center Dr
STE 900
Irvine CA  92618-4974

1607-7926

*Payrolls by Paychex, Inc.*

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1031

**Pay Period:** 07/05/21 to 07/18/21
**Check Date:** 07/23/21    **Check #:** 10331

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 32813.39 |
| Chkg 110 | 3089.10 | 6073.92 |
| **NET PAY** | **3089.10** | **38887.31** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| Vacation | 0.00 hrs | 18.48 hrs |
| DESCRIPTION | AMT TAKEN | TOTAL BAL |
| Sick | 0.00 hrs | 36.48 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | 926.80 | 17997.85 |
| | Meal Penalty | | | | 8.00 | 161.52 |
| | Salary | | | 4615.38 | | 4615.38 |
| | Double Time | | | | 359.39 | 14204.75 |
| | Overtime | | | | 721.74 | 21178.05 |
| | Holiday | | | | 16.00 | 300.00 |
| | **Total Hours** | | | | 2031.93 | |
| | **Gross Earnings** | | | 4615.38 | | 58457.55 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 283.03 | 3593.18 |
| | Medicare | | 66.19 | 840.34 |
| | Fed Income Tax | SMS | 749.81 | 9759.22 |
| | CA Income Tax | SMI2 0 1 | 322.17 | 4179.05 |
| | CA Disability | | 54.78 | 695.45 |
| | **TOTAL** | | 1475.98 | 19067.24 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Medical Pre-tax | 50.30 | 503.00 |
| | **TOTAL** | 50.30 | 503.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **3089.10** | **38887.31** |

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

LITIGATION PRACTICE GROUP PC
100 Spectrum Center Dr
STE 900
Irvine CA  92618-4974

1607-7926

HAN TRINH
2128 WEST CHERRY DRIVE
ORANGE CA  92868

---

**PERSONAL AND CHECK INFORMATION**
Han Trinh
2128 West Cherry Drive
Orange, CA  92868
**Soc Sec #:** Missing      **Employee ID:**  1031

**Pay Period:**  06/21/21 to 07/04/21
**Check Date:** 07/09/21    **Check #:**  10148

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 32813.39 |
| Chkg 110 | 2984.82 | 2984.82 |
| **NET PAY** | **2984.82** | **35798.21** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 79.80 | 20.1900 | 1611.16 | 926.80 | 17997.85 |
| Meal Penalty | 8.00 | 20.1900 | 161.52 | 8.00 | 161.52 |
| Overtime | 42.55 | 30.2850 | 1288.63 | 721.74 | 21178.05 |
| Double Time | 29.95 | 40.3800 | 1209.38 | 359.39 | 14204.75 |
| Holiday | 8.00 | 20.1900 | 161.52 | 16.00 | 300.00 |
| **Total Hours** | 168.30 | | | 2031.93 | |
| **Gross Earnings** | | | 4432.21 | | 53842.17 |
| **Total Hrs Worked** | 160.30 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 271.68 | 3310.15 |
| Medicare | | 63.54 | 774.15 |
| Fed Income Tax | SMS | 705.85 | 9009.41 |
| CA Income Tax | SMI2 0 1 | 303.44 | 3856.88 |
| CA Disability | | 52.58 | 640.67 |
| **TOTAL** | | 1397.09 | 17591.26 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Medical Pre-tax | 50.30 | 452.70 |
| **TOTAL** | 50.30 | 452.70 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **2984.82** | **35798.21** |

*Payrolls by Paychex, Inc.*

# EXHIBIT C

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926
EE ID: 1032

*Payrolls by Paychex, Inc.*

PHUONG TRINH
419 SE 2ND STREET
APT. 2608
FORT LAUDERDALE FL  33303

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| Phuong Trinh | | | Salary | | -9615.39 | | 48076.95 |
| 419 SE 2nd Street | | | **Total Hours** | | | | |
| Apt. 2608 | | | **Gross Earnings** | | -9615.39 | | 48076.95 |
| Fort Lauderdale,FL  33303 | | | **Total Hrs Worked** | | | | |
| **Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032 | | | | | | | |
| | | | Dir Dep Reimb | | | | 500.00 |
| **Home Department:** 1 LPG CA | | | **REIMB & OTHER PAYMENTS** | | | | 500.00 |

| | WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|---|
| **Pay Period:** 02/27/23 **to** 03/12/23 | | | | | |
| **Check Date:** 03/17/23    **Check #:** Unknown | | Social Security | $-591.19 | -591.19 | 2955.96 |
| NET PAY ALLOCATIONS | | Medicare | $-138.26 | -138.26 | 691.31 |
| | | Fed Income Tax | $-1,826.69 | -1826.69 | 9133.45 |
| *DESCRIPTION*    *THIS PERIOD ($)*    *YTD ($)* | | CA Income Tax | SMI2 1 0  No | | |
| Check Amount    -6224.28    -18672.83 | | | | | |
| Chkg 643    0.00    50294.21 | | **TOTAL** | | -2556.14 | 12780.72 |
| **NET PAY**    **-6224.28**    **31621.38** | DEDUCTION | DESCRIPTION | | THIS PERIOD ($) | YTD ($) |
| | | 401k EE Pretax | | -750.00 | 3750.00 |
| | | Medical Pre-tax | | -80.05 | 400.25 |
| | | PostTx EE healt | | -4.92 | 24.60 |
| | | **TOTAL** | | -834.97 | 4174.85 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **-6224.28** | **31621.38** |

*Payrolls by Paychex, Inc.*
0942 1607-7926 Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA  92780 • (949) 715-0648

177

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926
EE ID: 1032          DD

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

NON-NEGOTIABLE

PHUONG TRINH
419 SE 2ND STREET
APT. 2608
FORT LAUDERDALE FL  33303

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
419 SE 2nd Street
Apt. 2608
Fort Lauderdale,FL  33303
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 02/27/23 **to** 03/12/23
**Check Date:** 03/17/23    **Check #:** 13142
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | -12448.55 |
| Chkg 643 | 6224.28 | 50294.21 |
| **NET PAY** | **6224.28** | **37845.66** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 9615.39 | | 57692.34 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | 9615.39 | | 57692.34 |
| | | **Total Hrs Worked** | | | | | |
| | | Dir Dep Reimb | | | | | 500.00 |
| | | **REIMB & OTHER PAYMENTS** | | | | | 500.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 591.19 | 3547.15 |
| | Medicare | | 138.26 | 829.57 |
| | Fed Income Tax | SMS | 1826.69 | 10960.14 |
| | CA Income Tax | SMI2 1 0   No | | |
| | **TOTAL** | | 2556.14 | 15336.86 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 750.00 | 4500.00 |
| | Medical Pre-tax | 80.05 | 480.30 |
| | PostTx EE healt | 4.92 | 29.52 |
| | **TOTAL** | 834.97 | 5009.82 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | **6224.28** | **37845.66** |

Payrolls by Paychex, Inc.

0942  1607-7926  Litigation Practice Group PC DBA • 17542 17th St Ste 100 • Tustin CA  92780 • (949) 715-0648

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780

1607-7926
EE ID: 1032    DD

PHUONG TRINH
419 SE 2ND STREET
APT. 2608
FORT LAUDERDALE FL 33303

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
419 SE 2nd Street
Apt. 2608
Fort Lauderdale, FL 33303
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 02/13/23 to 02/26/23
**Check Date:** 03/03/23    **Check #:** 13034
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | -12448.55 |
| Chkg 643 | 6224.27 | 44069.93 |
| **NET PAY** | **6224.27** | **31621.38** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | | Salary | | | 9615.39 | 48076.95 |
| | | **Total Hours** | | | | |
| | | **Gross Earnings** | | | 9615.39 | 48076.95 |
| | | **Total Hrs Worked** | | | | |
| | | Dir Dep Reimb | | | | 500.00 |
| | | **REIMB & OTHER PAYMENTS** | | | | 500.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 591.20 | 2955.96 |
| | Medicare | | 138.26 | 691.31 |
| | Fed Income Tax | SMS | 1826.69 | 9133.45 |
| | CA Income Tax | SMI2 1 0  No | | |
| | **TOTAL** | | 2556.15 | 12780.72 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 750.00 | 3750.00 |
| | Medical Pre-tax | 80.05 | 400.25 |
| | PostTx EE healt | 4.92 | 24.60 |
| | **TOTAL** | 834.97 | 4174.85 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **6224.27** | **31621.38** |

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780

1607-7926
EE ID: 1032          DD

NON-NEGOTIABLE

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

PHUONG TRINH
419 SE 2ND STREET
APT. 2608
FORT LAUDERDALE FL  33303

| PERSONAL AND CHECK INFORMATION | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| Phuong Trinh | | | Salary | | -9615.39 | | 38461.56 |
| 419 SE 2nd Street | | | **Total Hours** | | | | |
| Apt. 2608 | | | **Gross Earnings** | | -9615.39 | | 38461.56 |
| Fort Lauderdale,FL  33303 | | | **Total Hrs Worked** | | | | |
| **Soc Sec #:** xxx-xx-xxxx   **Employee ID:** 1032 | | | | | | | |
| | | | Dir Dep Reimb | | | | 500.00 |
| **Home Department:** 1 LPG CA | | | **REIMB & OTHER PAYMENTS** | | | | 500.00 |

| | WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|---|
| **Pay Period:** 02/13/23 **to** 03/26/23 | | | | | |
| **Check Date:** 03/03/23   **Check #:** 12868 | | Social Security | Override $-591.20 | -591.20 | 2364.76 |
| (VOID) | | Medicare | Override $-138.26 | -138.26 | 553.05 |
| | | Fed Income Tax | Override $-1,826.69 | -1826.69 | 7306.76 |
| | | CA Income Tax | SMI2 1 0   No | | |
| | | **TOTAL** | | -2556.15 | 10224.57 |

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) | DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|---|---|
| Check Amount | 0.00 | -12448.55 | | | | |
| Chkg 643 | -6224.27 | 37845.66 | | 401k EE Pretax | -750.00 | 3000.00 |
| **NET PAY** | **-6224.27** | **25397.11** | | Medical Pre-tax | -80.05 | 320.20 |
| | | | | PostTx EE healt | -4.92 | 19.68 |
| | | | | **TOTAL** | -834.97 | 3339.88 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **-6224.27** | **25397.11** |

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780

1607-7926
EE ID: 1032        DD

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

PHUONG TRINH
419 SE 2ND STREET
APT. 2608
FORT LAUDERDALE FL 33303

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Phuong Trinh | | |
| 419 SE 2nd Street | | |
| Apt. 2608 | | |
| Fort Lauderdale, FL 33303 | | |
| **Soc Sec #:** xxx-xx-xxxx   **Employee ID:** 1032 | | |

**Home Department:** 1 LPG CA

**Pay Period:** 02/13/23 to 03/26/23
**Check Date:** 03/03/23    **Check #:** 12868
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | -12448.55 |
| Chkg 643 | 6224.27 | 44069.93 |
| **NET PAY** | **6224.27** | **31621.38** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | | Salary | | | 9615.39 | 48076.95 |
| | | **Total Hours** | | | | |
| | | **Gross Earnings** | | 9615.39 | | 48076.95 |
| | | **Total Hrs Worked** | | | | |
| | | Dir Dep Reimb | | | | 500.00 |
| | | **REIMB & OTHER PAYMENTS** | | | | 500.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 591.20 | 2955.96 |
| | Medicare | | 138.26 | 691.31 |
| | Fed Income Tax | SMS | 1826.69 | 9133.45 |
| | CA Income Tax | SMI2 1 0  No | | |
| | **TOTAL** | | 2556.15 | 12780.72 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 750.00 | 3750.00 |
| | Medical Pre-tax | 80.05 | 400.25 |
| | PostTx EE healt | 4.92 | 24.60 |
| | **TOTAL** | 834.97 | 4174.85 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **6224.27** | **31621.38** |

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926
EE ID: 1032          DD

*Payrolls by Paychex, Inc.*

PHUONG TRINH
419 SE 2ND STREET
APT. 2608
FORT LAUDERDALE FL  33303

NON-NEGOTIABLE

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

---

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
419 SE 2nd Street
Apt. 2608
Fort Lauderdale,FL  33303
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 01/30/23 **to** 02/12/23
**Check Date:** 02/17/23    **Check #:** 12690
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | -12448.55 |
| Chkg 643 | 6224.28 | 37845.66 |
| **NET PAY** | **6224.28** | **25397.11** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
| Vacation | 206.35 hrs | 6.16 hrs | 0.00 hrs | 212.51 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 9615.39 | | 38461.56 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | 9615.39 | | 38461.56 |
| | | **Total Hrs Worked** | | | | | |
| | | Dir Dep Reimb | | | | | 500.00 |
| | | **REIMB & OTHER PAYMENTS** | | | | | 500.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 591.19 | 2364.76 |
| | Medicare | | 138.26 | 553.05 |
| | Fed Income Tax | SMS | 1826.69 | 7306.76 |
| | CA Income Tax | SMI2 1 0  No | | |
| | **TOTAL** | | 2556.14 | 10224.57 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 750.00 | 3000.00 |
| | Medical Pre-tax | 80.05 | 320.20 |
| | PostTx EE healt | 4.92 | 19.68 |
| | **TOTAL** | 834.97 | 3339.88 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **6224.28** | **25397.11** |

*Payrolls by Paychex, Inc.*
0942  1607-7926  Litigation Practice Group PC DBA • 17542 17th St Ste 100 • Tustin CA  92780 • (949) 715-0648

182

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780

1607-7926
EE ID: 1032        DD

PHUONG TRINH
419 SE 2ND STREET
APT. 2608
FORT LAUDERDALE FL 33303

| PERSONAL AND CHECK INFORMATION | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|
| Phuong Trinh | | | Salary | | | | | 28846.17 |
| 419 SE 2nd Street | | | **Total Hours** | | | | | |
| Apt. 2608 | | | **Gross Earnings** | | | 28846.17 | | |
| Fort Lauderdale,FL 33303 | | | **Total Hrs Worked** | | | | | |
| **Soc Sec #:** xxx-xx-xxxx   **Employee ID:** 1032 | | | | | | | | |
| | | | Dir Dep Reimb | | | 500.00 | | 500.00 |
| **Home Department:** 1 LPG CA | | | **REIMB & OTHER PAYMENTS** | | | 500.00 | | 500.00 |

| | | | |
|---|---|---|---|
| **Pay Period:** 02/06/23 to 02/19/23 | WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |

| NET PAY ALLOCATIONS | | | | |
|---|---|---|---|---|
| | Social Security | | | 1773.57 |
| | Medicare | | | 414.79 |
| DESCRIPTION | Fed Income Tax | SMS | | 5480.07 |
| | CA Income Tax | SMI2 1 0   No | | |

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | -12448.55 |
| Chkg 643 | 500.00 | 31621.38 |
| **NET PAY** | **500.00** | **19172.83** |

**Check Date:** 02/10/23   **Check #:** 12487

| | | | |
|---|---|---|---|
| **TOTAL** | | | 7668.43 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | | 2250.00 |
| | Medical Pre-tax | | 240.15 |
| | PostTx EE healt | | 14.76 |
| | **TOTAL** | | 2504.91 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | **500.00** | **19172.83** |

1607-7926
EE ID: 1032        DD

PHUONG TRINH
419 SE 2ND STREET
APT. 2608
FORT LAUDERDALE FL  33303

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | |
|---|---|
| Phuong Trinh | |
| 419 SE 2nd Street | |
| Apt. 2608 | |
| Fort Lauderdale,FL  33303 | |
| **Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032 | |

**Home Department:** 1 LPG CA

**Pay Period:** 01/16/23 **to** 01/29/23
**Check Date:** 02/03/23    **Check #:** 12252
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | -12448.55 |
| Chkg 643 | 6224.27 | 31121.38 |
| **NET PAY** | **6224.27** | **18672.83** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 9615.39 | | 28846.17 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | 9615.39 | | 28846.17 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 591.19 | 1773.57 |
| | Medicare | | 138.27 | 414.79 |
| | Fed Income Tax | SMS | 1826.69 | 5480.07 |
| | CA Income Tax | SMI2 1 0   No | | |
| | **TOTAL** | | 2556.15 | 7668.43 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 750.00 | 2250.00 |
| | Medical Pre-tax | 80.05 | 240.15 |
| | PostTx EE healt | 4.92 | 14.76 |
| | **TOTAL** | 834.97 | 2504.91 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **6224.27** | **18672.83** |

*Payrolls by Paychex, Inc.*
0942 1607-7926 Litigation Practice Group PC DBA • 17542 17th St Ste 100 • Tustin CA  92780 • (949) 715-0648

184

*Payrolls by Paychex, Inc.*

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780

1607-7926

EE ID: 1032    DD

Payrolls by Paychex, Inc.
Payrolls by Paychex, Inc.
NON-NEGOTIABLE
NON-NEGOTIABLE

PHUONG TRINH
419 SE 2ND STREET
APT. 2608
FORT LAUDERDALE FL 33303

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
419 SE 2nd Street
Apt. 2608
Fort Lauderdale, FL 33303
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 01/16/23 to 01/29/23
**Check Date:** 02/03/23    **Check #:**
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | -12448.55 |
| Chkg 643 | 6224.27 | 24897.11 |
| **NET PAY** | **6224.27** | **12448.56** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | | Salary | | 9615.39 | | 19230.78 |
| | | **Total Hours** | | | | |
| | | **Gross Earnings** | | 9615.39 | | 19230.78 |
| | | **Total Hrs Worked** | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | Override $591.19 | 591.19 | 1182.38 |
| | Medicare | Override $138.27 | 138.27 | 276.52 |
| | Fed Income Tax | Override $1,826.69 | 1826.69 | 3653.38 |
| | CA Income Tax | SMI2 1 0  No | | |
| | **TOTAL** | | 2556.15 | 5112.28 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 750.00 | 1500.00 |
| | Medical Pre-tax | 80.05 | 160.10 |
| | PostTx EE healt | 4.92 | 9.84 |
| | **TOTAL** | 834.97 | 1669.94 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **6224.27** | **12448.56** |

Payrolls by Paychex, Inc.
0942  1607-7926  Litigation Practice Group PC DBA • 17542 17th St Ste 100 • Tustin CA  92780 • (949) 715-0648

185

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780

1607-7926
EE ID: 1032        DD

PHUONG TRINH
419 SE 2ND STREET
APT. 2608
FORT LAUDERDALE FL 33303

NON-NEGOTIABLE

NON-NEGOTIABLE

Payrolls by Paychex, Inc.
Payrolls by Paychex, Inc.

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
419 SE 2nd Street
Apt. 2608
Fort Lauderdale,FL 33303
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 01/16/23 **to** 01/29/23
**Check Date:** 02/03/23    **Check #:** 12042
(VOID)

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | -9615.39 | | 9615.39 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | -9615.39 | | 9615.39 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | Override $-591.19 | -591.19 | 591.19 |
| | Medicare | Override $-138.26 | -138.26 | 138.25 |
| | Fed Income Tax | Override $-1,826.69 | -1826.69 | 1826.69 |
| | CA Income Tax | SMI2 1 0  No | | |
| | **TOTAL** | | -2556.14 | 2556.13 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | -750.00 | 750.00 |
| | Medical Pre-tax | -80.05 | 80.05 |
| | PostTx EE healt | -4.92 | 4.92 |
| | **TOTAL** | -834.97 | 834.97 |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | -12448.55 |
| Chkg 643 | -6224.28 | 18672.84 |
| **NET PAY** | **-6224.28** | **6224.29** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **-6224.28** | **6224.29** |

Payrolls by Paychex, Inc.

0942 1607-7926 Litigation Practice Group PC DBA • 17542 17th St Ste 100 • Tustin CA 92780 • (949) 715-0648

186

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926
EE ID: 1032          DD

PHUONG TRINH
419 SE 2ND STREET
APT. 2608
FORT LAUDERDALE FL  33303

---

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
419 SE 2nd Street
Apt. 2608
Fort Lauderdale,FL  33303
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 01/16/23 **to** 01/29/23
**Check Date:** 02/03/23    **Check #:** 11933
                                          (VOID)

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | | Salary | | -9615.39 | | 19230.78 |
| | | **Total Hours** | | | | |
| | | **Gross Earnings** | | -9615.39 | | 19230.78 |
| | | **Total Hrs Worked** | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | Override $-591.19 | -591.19 | 1182.38 |
| | Medicare | Override $-138.27 | -138.27 | 276.51 |
| | Fed Income Tax | Override $-1,826.69 | -1826.69 | 3653.38 |
| | CA Income Tax | SMI2 1 0   No | | |
| | **TOTAL** | | -2556.15 | 5112.27 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | -750.00 | 1500.00 |
| | Medical Pre-tax | -80.05 | 160.10 |
| | PostTx EE healt | -4.92 | 9.84 |
| | **TOTAL** | -834.97 | 1669.94 |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | -6224.27 |
| Chkg 643 | -6224.27 | 18672.84 |
| **NET PAY** | **-6224.27** | **12448.57** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **-6224.27** | **12448.57** |

*Payrolls by Paychex, Inc.*

0942 1607-7926 Litigation Practice Group PC DBA • 17542 17th St Ste 100 • Tustin CA  92780 • (949) 715-0648

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926
EE ID: 1032          DD

PHUONG TRINH
419 SE 2ND STREET
APT. 2608
FORT LAUDERDALE FL  33303

NON-NEGOTIABLE

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Phuong Trinh | | |
| 419 SE 2nd Street | | |
| Apt. 2608 | | |
| Fort Lauderdale,FL  33303 | | |
| **Soc Sec #:** xxx-xx-xxxx  **Employee ID:** 1032 | | |
| **Home Department:** 1 LPG CA | | |
| **Pay Period:** 01/16/23 **to** 01/29/23 | | |
| **Check Date:** 02/03/23  **Check #:** 11933 | | |
| (VOID) | | |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | -9615.39 | | 28846.17 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | -9615.39 | | 28846.17 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | Override $-591.19 | -591.19 | 1773.57 |
| | Medicare | Override $-138.27 | -138.27 | 414.78 |
| | Fed Income Tax | Override $-1,826.69 | -1826.69 | 5480.07 |
| | CA Income Tax | SMI2 1 0  No | | |
| | **TOTAL** | | -2556.15 | 7668.42 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | -750.00 | 2250.00 |
| | Medical Pre-tax | -80.05 | 240.15 |
| | PostTx EE healt | -4.92 | 14.76 |
| | **TOTAL** | -834.97 | 2504.91 |

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | -6224.27 | 18672.84 |
| **NET PAY** | **-6224.27** | **18672.84** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **-6224.27** | **18672.84** |

*Payrolls by Paychex, Inc.*

0942  1607-7926  Litigation Practice Group PC DBA • 17542 17th St Ste 100 • Tustin CA  92780 • (949) 715-0648

188

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926
EE ID: 1032          DD

Payrolls by Paychex, Inc.

PHUONG TRINH
419 SE 2ND STREET
APT. 2608
FORT LAUDERDALE FL  33303

NON-NEGOTIABLE
Payrolls by Paychex, Inc.
NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
419 SE 2nd Street
Apt. 2608
Fort Lauderdale, FL  33303
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 01/16/23 to 01/29/23
**Check Date:** 02/03/23    **Check #:** 12042
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | 6224.28 | 24897.11 |
| **NET PAY** | **6224.28** | **24897.11** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | | Salary | | 9615.39 | | 38461.56 |
| | | **Total Hours** | | | | |
| | | **Gross Earnings** | | 9615.39 | | 38461.56 |
| | | **Total Hrs Worked** | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 591.19 | 2364.76 |
| | Medicare | | 138.26 | 553.05 |
| | Fed Income Tax | SMS | 1826.69 | 7306.76 |
| | CA Income Tax | SMI2 1 0   No | | |
| | **TOTAL** | | 2556.14 | 10224.57 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 750.00 | 3000.00 |
| | Medical Pre-tax | 80.05 | 320.20 |
| | PostTx EE healt | 4.92 | 19.68 |
| | **TOTAL** | 834.97 | 3339.88 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **6224.28** | **24897.11** |

Payrolls by Paychex, Inc.
0942  1607-7926  Litigation Practice Group PC DBA • 17542 17th St Ste 100 • Tustin CA  92780 • (949) 715-0648

189

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780

1607-7926
EE ID: 1032    DD

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

PHUONG TRINH
419 SE 2ND STREET
APT. 2608
FORT LAUDERDALE FL 33303

---

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
419 SE 2nd Street
Apt. 2608
Fort Lauderdale, FL 33303
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 01/16/23 **to** 01/29/23
**Check Date:** 02/03/23    **Check #:** 11933

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | 6224.27 | 18672.83 |
| **NET PAY** | **6224.27** | **18672.83** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
| Vacation | 200.19 hrs | 6.16 hrs | 0.00 hrs | 206.35 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 9615.39 | | 28846.17 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | 9615.39 | | 28846.17 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 591.19 | 1773.57 |
| | Medicare | | 138.27 | 414.79 |
| | Fed Income Tax | SMS | 1826.69 | 5480.07 |
| | CA Income Tax | SMI2 1 0    No | | |
| | **TOTAL** | | 2556.15 | 7668.43 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 750.00 | 2250.00 |
| | Medical Pre-tax | 80.05 | 240.15 |
| | PostTx EE healt | 4.92 | 14.76 |
| | **TOTAL** | 834.97 | 2504.91 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **6224.27** | **18672.83** |

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780

1607-7926
EE ID: 1032      DD

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

PHUONG TRINH
419 SE 2ND STREET
APT. 4608
FORT LAUDERDALE FL 33303

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Phuong Trinh | | |
| 419 SE 2nd Street | | |
| Apt. 4608 | | |
| Fort Lauderdale,FL 33303 | | |
| **Soc Sec #:** xxx-xx-xxxx  **Employee ID:** 1032 | | |

**Home Department:** 1 LPG CA

**Pay Period:** 01/02/23 to 01/15/23
**Check Date:** 01/20/23  **Check #:** 11629

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | 6224.28 | 12448.56 |
| **NET PAY** | **6224.28** | **12448.56** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 9615.39 | | 19230.78 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | 9615.39 | | 19230.78 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 591.19 | 1182.38 |
| | Medicare | | 138.26 | 276.52 |
| | Fed Income Tax | SMS | 1826.69 | 3653.38 |
| | CA Income Tax | SMI2 1 0  No | | |
| | **TOTAL** | | 2556.14 | 5112.28 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 750.00 | 1500.00 |
| | Medical Pre-tax | 80.05 | 160.10 |
| | PostTx EE healt | 4.92 | 9.84 |
| | **TOTAL** | 834.97 | 1669.94 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **6224.28** | **12448.56** |

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926
EE ID: 1032          DD

*Payrolls by Paychex, Inc.*

PHUONG TRINH
419 SE 2ND STREET
APT. 4608
FORT LAUDERDALE FL  33303

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
419 SE 2nd Street
Apt. 4608
Fort Lauderdale, FL  33303
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 12/19/22 **to** 01/01/23
**Check Date:** 01/06/23    **Check #:** 11340
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | 6224.28 | 6224.28 |
| **NET PAY** | **6224.28** | **6224.28** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
| Vacation | 187.87 hrs | 6.16 hrs | 0.00 hrs | 194.03 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 9615.39 | | 9615.39 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | 9615.39 | | 9615.39 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 591.19 | 591.19 |
| | Medicare | | 138.26 | 138.26 |
| | Fed Income Tax | SMS | 1826.69 | 1826.69 |
| | CA Income Tax | SMI2 1 0   No | | |
| | **TOTAL** | | 2556.14 | 2556.14 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 750.00 | 750.00 |
| | Medical Pre-tax | 80.05 | 80.05 |
| | PostTx EE healt | 4.92 | 4.92 |
| | **TOTAL** | 834.97 | 834.97 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **6224.28** | **6224.28** |

*Payrolls by Paychex, Inc.*
0942  1607-7926  Litigation Practice Group PC DBA • 17542 17th St Ste 100 • Tustin CA  92780 • (949) 715-0648

192

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926
EE ID: 1032          DD

PHUONG TRINH
419 SE 2ND STREET
APT. 4608
FORT LAUDERDALE FL  33303

NON-NEGOTIABLE

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
419 SE 2nd Street
Apt. 4608
Fort Lauderdale, FL  33303
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 12/05/22 **to** 12/18/22
**Check Date:** 12/23/22    **Check #:** 11052

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | 6664.74 | 128474.39 |
| **NET PAY** | **6664.74** | **128474.39** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
| Vacation | 181.71 hrs | 6.16 hrs | 0.00 hrs | 187.87 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 9615.39 | | 215923.03 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | 9615.39 | | 215923.03 |
| | | **Total Hrs Worked** | | | | | |

| OTHER | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Do not increase Net Pay | | | |
| | 401k ER | | 1453.84 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | | 9114.00 |
| | Medicare | | 224.08 | 3217.58 |
| | Fed Income Tax | SMS | 1891.60 | 38248.92 |
| | CA Income Tax | SMI2 1 0  No | | 13327.92 |
| | CA Disability | | | 1601.60 |
| | **TOTAL** | | 2115.68 | 65510.02 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 750.00 | 19500.00 |
| | Medical Pre-tax | 80.05 | 2409.10 |
| | PostTx EE healt | 4.92 | 29.52 |
| | **TOTAL** | 834.97 | 21938.62 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **6664.74** | **128474.39** |

Payrolls by Paychex, Inc.
0942  1607-7926  Litigation Practice Group PC DBA • 17542 17th St Ste 100 • Tustin CA  92780 • (949) 715-0648

193

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926
EE ID: 1032          DD

PHUONG TRINH
419 SE 2ND STREET
APT. 4608
FORT LAUDERDALE FL  33303

---

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
419 SE 2nd Street
Apt. 4608
Fort Lauderdale,FL  33303
**Soc Sec #:** xxx-xx-xxxx     **Employee ID:**  1032

**Home Department:** 1 LPG CA

**Pay Period:**  11/21/22 **to** 12/04/22
**Check Date:**  12/09/22     **Check #:**  10763

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | 5844.48 | 121809.65 |
| **NET PAY** | **5844.48** | **121809.65** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
| Vacation | 175.55 hrs | 6.16 hrs | 0.00 hrs | 181.71 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 8307.69 | | 206307.64 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | 8307.69 | | 206307.64 |
| | | **Total Hrs Worked** | | | | | |

| OTHER | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| *Do not increase Net Pay* | | | | | | |
| | 401k ER | | | | | 1453.84 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | Social Security | | | | | 9114.00 |
| | Medicare | | | 155.11 | | 2993.50 |
| | Fed Income Tax | SMS | | 1473.13 | | 36357.32 |
| | CA Income Tax | SMI2 1 0   No | | | | 13327.92 |
| | CA Disability | | | | | 1601.60 |
| | **TOTAL** | | | 1628.24 | | 63394.34 |

| DEDUCTION | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | 401k EE Pretax | | | 750.00 | | 18750.00 |
| | Medical Pre-tax | | | 80.05 | | 2329.05 |
| | PostTx EE healt | | | 4.92 | | 24.60 |
| | **TOTAL** | | | 834.97 | | 21103.65 |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | **5844.48** | **121809.65** |

*Payrolls by Paychex, Inc.*

0942  1607-7926  Litigation Practice Group PC DBA • 17542 17th St Ste 100 • Tustin CA  92780 • (949) 715-0648

194

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926
EE ID: 1032        DD

PHUONG TRINH
419 SE 2ND STREET
APT. 4608
FORT LAUDERDALE FL  33303

---

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
419 SE 2nd Street
Apt. 4608
Fort Lauderdale, FL  33303
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 11/07/22 **to** 11/20/22
**Check Date:** 11/25/22    **Check #:** 10466

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | 5880.29 | 115965.17 |
| **NET PAY** | **5880.29** | **115965.17** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | | Salary | | 8307.69 | | 197999.95 |
| | | **Total Hours** | | | | |
| | | **Gross Earnings** | | 8307.69 | | 197999.95 |
| | | **Total Hrs Worked** | | | | |

| OTHER | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| *Do not increase Net Pay* | | | |
| | 401k ER | | 1453.84 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | | 9114.00 |
| | Medicare | | 119.30 | 2838.39 |
| | Fed Income Tax | SMS | 1473.13 | 34884.19 |
| | CA Income Tax | SMI2 0 1   No | | 13327.92 |
| | CA Disability | | | 1601.60 |
| | **TOTAL** | | 1592.43 | 61766.10 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 750.00 | 18000.00 |
| | Medical Pre-tax | 80.05 | 2249.00 |
| | PostTx EE healt | 4.92 | 19.68 |
| | **TOTAL** | 834.97 | 20268.68 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **5880.29** | **115965.17** |

*Payrolls by Paychex, Inc.*

0942  1607-7926  Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA  92780 • (949) 715-0648

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

*Payrolls by Paychex, Inc.*

1607-7926
EE ID: 1032        DD

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

PHUONG TRINH
419 SE 2ND STREET
APT. 4608
FORT LAUDERDALE FL  33303

---

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
419 SE 2nd Street
Apt. 4608
Fort Lauderdale,FL  33303
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 11/07/22 **to** 11/20/22
**Check Date:** 11/25/22    **Check #:** 10168
(VOID)

---

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | -5880.29 | 110084.88 |
| **NET PAY** | **-5880.29** | **110084.88** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | -8307.69 | | 189692.26 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | -8307.69 | | 189692.26 |
| | | **Total Hrs Worked** | | | | | |

| OTHER | DESCRIPTION | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| *Do not increase Net Pay* | | | | |
| | 401k ER | | | 1453.84 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | | 9114.00 |
| | Medicare | Override $-119.30 | -119.30 | 2719.09 |
| | Fed Income Tax | Override $-1,473.13 | -1473.13 | 33411.06 |
| | CA Income Tax | SMI2 0 1  No | | 13327.92 |
| | CA Disability | | | 1601.60 |
| | **TOTAL** | | -1592.43 | 60173.67 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | -750.00 | 17250.00 |
| | Medical Pre-tax | -80.05 | 2168.95 |
| | PostTx EE healt | -4.92 | 14.76 |
| | **TOTAL** | -834.97 | 19433.71 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **-5880.29** | **110084.88** |

*Payrolls by Paychex, Inc.*

0942  1607-7926  Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA  92780 • (949) 715-0648

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780

1607-7926

EE ID: 1032        DD

*Payrolls by Paychex, Inc.*

PHUONG TRINH
419 SE 2ND STREET
APT. 4608
FORT LAUDERDALE FL 33303

NON-NEGOTIABLE

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

---

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
419 SE 2nd Street
Apt. 4608
Fort Lauderdale,FL 33303
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 11/07/22 **to** 11/20/22
**Check Date:** 11/25/22    **Check #:** 10168

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | 5880.29 | 115965.17 |
| **NET PAY** | **5880.29** | **115965.17** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 8307.69 | | 197999.95 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | 8307.69 | | 197999.95 |
| | | **Total Hrs Worked** | | | | | |

| OTHER | DESCRIPTION | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| *Do not increase Net Pay* | | | | |
| | 401k ER | | | 1453.84 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | | 9114.00 |
| | Medicare | | 119.30 | 2838.39 |
| | Fed Income Tax | SMS | 1473.13 | 34884.19 |
| | CA Income Tax | SMI2 0 1   No | | 13327.92 |
| | CA Disability | | | 1601.60 |
| | **TOTAL** | | 1592.43 | 61766.10 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 750.00 | 18000.00 |
| | Medical Pre-tax | 80.05 | 2249.00 |
| | PostTx EE healt | 4.92 | 19.68 |
| | **TOTAL** | 834.97 | 20268.68 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **5880.29** | **115965.17** |

*Payrolls by Paychex, Inc.*

0942 1607-7926 Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA 92780 • (949) 715-0648

197

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780

1607-7926

EE ID: 1032        DD

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

PHUONG TRINH
419 SE 2ND STREET
APT. 4608
FORT LAUDERDALE FL 33303

---

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
419 SE 2nd Street
Apt. 4608
Fort Lauderdale, FL 33303
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 10/24/22 to 11/06/22
**Check Date:** 11/10/22    **Check #:** 9860

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | 5880.29 | 110084.88 |
| **NET PAY** | **5880.29** | **110084.88** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
| Vacation | 163.23 hrs | 6.16 hrs | 0.00 hrs | 169.39 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 8307.69 | | 189692.26 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | 8307.69 | | 189692.26 |
| | | **Total Hrs Worked** | | | | | |

| OTHER | DESCRIPTION | | | THIS PERIOD ($) | | | YTD ($) |
|---|---|---|---|---|---|---|---|
| Do not increase Net Pay | | | | | | | |
| | 401k ER | | | | | | 1453.84 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | | YTD ($) |
|---|---|---|---|---|---|---|---|
| | Social Security | | | | | | 9114.00 |
| | Medicare | | | 119.30 | | | 2719.09 |
| | Fed Income Tax | SMS | | 1473.13 | | | 33411.06 |
| | CA Income Tax | SMI2 0 1   No | | | | | 13327.92 |
| | CA Disability | | | | | | 1601.60 |
| | **TOTAL** | | | 1592.43 | | | 60173.67 |

| DEDUCTION | DESCRIPTION | | | THIS PERIOD ($) | | | YTD ($) |
|---|---|---|---|---|---|---|---|
| | 401k EE Pretax | | | 750.00 | | | 17250.00 |
| | Medical Pre-tax | | | 80.05 | | | 2168.95 |
| | PostTx EE healt | | | 4.92 | | | 14.76 |
| | **TOTAL** | | | 834.97 | | | 19433.71 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **5880.29** | **110084.88** |

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926

EE ID: 1032        DD

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA  92868

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
2128 W Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx        **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 10/10/22 **to** 10/23/22
**Check Date:** 10/28/22    **Check #:** 9419
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | 5266.51 | 104204.59 |
| **NET PAY** | **5266.51** | **104204.59** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
|---|---|---|---|---|
| Vacation | 157.07 hrs | 6.16 hrs | 0.00 hrs | 163.23 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 8307.69 | | 181384.57 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | 8307.69 | | 181384.57 |
| | | **Total Hrs Worked** | | | | | |

| OTHER | DESCRIPTION | | | THIS PERIOD ($) | | | YTD ($) |
|---|---|---|---|---|---|---|---|
| *Do not increase Net Pay* | | | | | | | |
| | 401k ER | | | | | | 1453.84 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | | YTD ($) |
|---|---|---|---|---|---|---|---|
| | Social Security | | | | | | 9114.00 |
| | Medicare | | | 119.30 | | | 2599.79 |
| | Fed Income Tax | SMS | | 1473.13 | | | 31937.93 |
| | CA Income Tax | SMI2 0 1 | | 613.78 | | | 13327.92 |
| | CA Disability | | | | | | 1601.60 |
| | **TOTAL** | | | 2206.21 | | | 58581.24 |

| DEDUCTION | DESCRIPTION | | | THIS PERIOD ($) | | | YTD ($) |
|---|---|---|---|---|---|---|---|
| | 401k EE Pretax | | | 750.00 | | | 16500.00 |
| | Medical Pre-tax | | | 80.05 | | | 2088.90 |
| | PostTx EE healt | | | 4.92 | | | 9.84 |
| | **TOTAL** | | | 834.97 | | | 18598.74 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **5266.51** | **104204.59** |

*Payrolls by Paychex, Inc.*

0942 1607-7926  Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA  92780 • (949) 715-0648

199

LITIGATION PRACTICE GROUP PC
1607-7926
17542 17th St Ste 100
Tustin CA 92780

EE ID: 1032        DD

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA 92868

NON-NEGOTIABLE

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
2128 W Cherry Drive
Orange, CA 92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 09/26/22 to 10/09/22
**Check Date:** 10/14/22    **Check #:** 9050
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | 5266.51 | 98938.08 |
| **NET PAY** | **5266.51** | **98938.08** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 8307.69 | | 173076.88 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | 8307.69 | | 173076.88 |
| | | **Total Hrs Worked** | | | | | |

| OTHER | DESCRIPTION | | | THIS PERIOD ($) | | | YTD ($) |
|---|---|---|---|---|---|---|---|
| Do not increase Net Pay | | | | | | | |
| | 401k ER | | | | | | 1453.84 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | | YTD ($) |
|---|---|---|---|---|---|---|---|
| | Social Security | | | | | | 9114.00 |
| | Medicare | | | 119.30 | | | 2480.49 |
| | Fed Income Tax | SMS | | 1473.13 | | | 30464.80 |
| | CA Income Tax | SMI2 0 1 | | 613.78 | | | 12714.14 |
| | CA Disability | | | | | | 1601.60 |
| | **TOTAL** | | | 2206.21 | | | 56375.03 |

| DEDUCTION | DESCRIPTION | | | THIS PERIOD ($) | | | YTD ($) |
|---|---|---|---|---|---|---|---|
| | 401k EE Pretax | | | 750.00 | | | 15750.00 |
| | Medical Pre-tax | | | 80.05 | | | 2008.85 |
| | PostTx EE healt | | | 4.92 | | | 4.92 |
| | **TOTAL** | | | 834.97 | | | 17763.77 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **5266.51** | **98938.08** |

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926
EE ID: 1032          DD

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
2128 W Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 09/12/22 to 09/25/22
**Check Date:** 09/30/22    **Check #:** 8662
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | 5262.19 | 93671.57 |
| **NET PAY** | **5262.19** | **93671.57** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Vacation | 144.75 hrs | 6.16 hrs | 0.00 hrs | 150.91 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 8307.69 | | 164769.19 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | 8307.69 | | 164769.19 |
| | | **Total Hrs Worked** | | | | | |

| OTHER | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Do not increase Net Pay | 401k ER | | 1453.84 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | | 9114.00 |
| | Medicare | | 119.07 | 2361.19 |
| | Fed Income Tax | SMS | 1467.89 | 28991.67 |
| | CA Income Tax | SMI2 0 1 | 612.10 | 12100.36 |
| | CA Disability | | | 1601.60 |
| | **TOTAL** | | 2199.06 | 54168.82 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 750.00 | 15000.00 |
| | Medical Pre-tax | 96.44 | 1928.80 |
| | **TOTAL** | 846.44 | 16928.80 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **5262.19** | **93671.57** |

LITIGATION PRACTICE GROUP PC
1607-7926
17542 17th St Ste 100
Tustin CA 92780

EE ID: 1032    DD

*Payrolls by Paychex, Inc.*

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA 92868

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
2128 W Cherry Drive
Orange, CA 92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 08/29/22 **to** 09/11/22
**Check Date:** 09/16/22    **Check #:** 8263
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | 5226.11 | 88409.38 |
| **NET PAY** | **5226.11** | **88409.38** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
| Vacation | 138.59 hrs | 6.16 hrs | 0.00 hrs | 144.75 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 8307.69 | | 156461.50 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | 8307.69 | | 156461.50 |
| | | **Total Hrs Worked** | | | | | |

| OTHER Do not increase Net Pay | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k ER | | 1453.84 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 36.09 | 9114.00 |
| | Medicare | | 119.06 | 2242.12 |
| | Fed Income Tax | SMS | 1467.89 | 27523.78 |
| | CA Income Tax | SMI2 0 1 | 612.10 | 11488.26 |
| | CA Disability | | | 1601.60 |
| | **TOTAL** | | 2235.14 | 51969.76 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 750.00 | 14250.00 |
| | Medical Pre-tax | 96.44 | 1832.36 |
| | **TOTAL** | 846.44 | 16082.36 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **5226.11** | **88409.38** |

*Payrolls by Paychex, Inc.*

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926

EE ID: 1032          DD

NON-NEGOTIABLE

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA  92868

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
2128 W Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 08/15/22 **to** 08/28/22
**Check Date:** 09/02/22    **Check #:** 7855
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | 4671.71 | 83183.27 |
| **NET PAY** | **4671.71** | **83183.27** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 8307.69 | | 148153.81 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | 8307.69 | | 148153.81 |
| | | **Total Hrs Worked** | | | | | |

| OTHER | DESCRIPTION | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| *Do not increase Net Pay* | | | | |
| | 401k ER | | | 1453.84 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 509.10 | 9077.91 |
| | Medicare | | 119.06 | 2123.06 |
| | Fed Income Tax | SMS | 1467.89 | 26055.89 |
| | CA Income Tax | SMI2 0 1 | 612.10 | 10876.16 |
| | CA Disability | | 81.39 | 1601.60 |
| | **TOTAL** | | 2789.54 | 49734.62 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 750.00 | 13500.00 |
| | Medical Pre-tax | 96.44 | 1735.92 |
| | **TOTAL** | 846.44 | 15235.92 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4671.71** | **83183.27** |

*Payrolls by Paychex, Inc.*

0942  1607-7926  Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA  92780 • (949) 715-0648

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780

1607-7926
EE ID: 1032    DD

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA 92868

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| Phuong Trinh | | | Salary | | | 8307.69 | 139846.12 |
| 2128 W Cherry Drive | | | **Total Hours** | | | | |
| Orange, CA 92868 | | | **Gross Earnings** | | 8307.69 | | 139846.12 |
| **Soc Sec #:** xxx-xx-xxxx  **Employee ID:** 1032 | | | **Total Hrs Worked** | | | | |

| OTHER | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| *Do not increase Net Pay* | | | |
| **Home Department:** 1 LPG CA | 401k ER | | 1453.84 |

**Pay Period:** 08/01/22 **to** 08/14/22

**Check Date:** 08/19/22    **Check #:** 7473

NET PAY ALLOCATIONS

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 509.10 | 8568.81 |
| | Medicare | | 119.07 | 2004.00 |
| | Fed Income Tax | SMS | 1467.89 | 24588.00 |
| | CA Income Tax | SMI2 0 1 | 612.10 | 10264.06 |
| | CA Disability | | 90.32 | 1520.21 |
| | **TOTAL** | | 2798.48 | 46945.08 |

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | 4662.77 | 78511.56 |
| **NET PAY** | **4662.77** | **78511.56** |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 750.00 | 12750.00 |
| | Medical Pre-tax | 96.44 | 1639.48 |
| | **TOTAL** | 846.44 | 14389.48 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4662.77** | **78511.56** |

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926
EE ID: 1032          DD

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
2128 W Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx     **Employee ID:**  1032

**Home Department:** 1 LPG CA

**Pay Period:** 07/18/22 **to** 07/31/22
**Check Date:**  08/05/22    **Check #:**  7094
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | 4662.79 | 73848.79 |
| **NET PAY** | **4662.79** | **73848.79** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Vacation | 120.11 hrs | 6.16 hrs | 0.00 hrs | 126.27 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 8307.69 | | 131538.43 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | 8307.69 | | 131538.43 |
| | | **Total Hrs Worked** | | | | | |

| OTHER | DESCRIPTION | | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|---|
| *Do not increase Net Pay* | | | | | | | |
| | 401k ER | | | | | | 1453.84 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|---|
| | Social Security | | | | 509.09 | | 8059.71 |
| | Medicare | | | | 119.06 | | 1884.93 |
| | Fed Income Tax | SMS | | | 1467.89 | | 23120.11 |
| | CA Income Tax | SMI2 0 1 | | | 612.10 | | 9651.96 |
| | CA Disability | | | | 90.32 | | 1429.89 |
| | **TOTAL** | | | | 2798.46 | | 44146.60 |

| DEDUCTION | DESCRIPTION | | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|---|
| | 401k EE Pretax | | | | 750.00 | | 12000.00 |
| | Medical Pre-tax | | | | 96.44 | | 1543.04 |
| | **TOTAL** | | | | 846.44 | | 13543.04 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4662.79** | **73848.79** |

*Payrolls by Paychex, Inc.*

0942  1607-7926  Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA  92780 • (949) 715-0648

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780-1981

1607-7926
EE ID: 1032        DD

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA 92868

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
2128 W Cherry Drive
Orange, CA 92868
**Soc Sec #:** xxx-xx-xxxx      **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 07/04/22 to 07/17/22
**Check Date:** 07/22/22    **Check #:** 6719
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | 4662.78 | 69186.00 |
| **NET PAY** | **4662.78** | **69186.00** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
| Vacation | 113.95 hrs | 6.16 hrs | 0.00 hrs | 120.11 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 8307.69 | | 123230.74 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | 8307.69 | | 123230.74 |
| | | **Total Hrs Worked** | | | | | |

| OTHER | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Do not increase Net Pay | | | |
| | 401k ER | | 1453.84 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 509.10 | 7550.62 |
| | Medicare | | 119.06 | 1765.87 |
| | Fed Income Tax | SMS | 1467.89 | 21652.22 |
| | CA Income Tax | SMI2 0 1 | 612.10 | 9039.86 |
| | CA Disability | | 90.32 | 1339.57 |
| | **TOTAL** | | 2798.47 | 41348.14 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 750.00 | 11250.00 |
| | Medical Pre-tax | 96.44 | 1446.60 |
| | **TOTAL** | 846.44 | 12696.60 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4662.78** | **69186.00** |

Payrolls by Paychex, Inc.

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780-1981

1607-7926

EE ID: 1032          DD

NON-NEGOTIABLE

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA 92868

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
2128 W Cherry Drive
Orange, CA 92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 06/20/22 to 07/03/22
**Check Date:** 07/08/22    **Check #:** 6351
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | 4662.77 | 64523.22 |
| **NET PAY** | **4662.77** | **64523.22** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 8307.69 | | 114923.05 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | 8307.69 | | 114923.05 |
| | | **Total Hrs Worked** | | | | | |

| OTHER | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| *Do not increase Net Pay* | | | |
| | 401k ER | | 1453.84 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 509.10 | 7041.52 |
| | Medicare | | 119.07 | 1646.81 |
| | Fed Income Tax | SMS | 1467.89 | 20184.33 |
| | CA Income Tax | SMI2 0 1 | 612.10 | 8427.76 |
| | CA Disability | | 90.32 | 1249.25 |
| | **TOTAL** | | 2798.48 | 38549.67 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 750.00 | 10500.00 |
| | Medical Pre-tax | 96.44 | 1350.16 |
| | **TOTAL** | 846.44 | 11850.16 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4662.77** | **64523.22** |

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780-1981

1607-7926

EE ID: 1032          DD

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA  92868

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | | Salary | | 8307.69 | | 106615.36 |
| | | **Total Hours** | | | | |
| | | **Gross Earnings** | | 8307.69 | | 106615.36 |
| | | **Total Hrs Worked** | | | | |

| OTHER | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| *Do not increase Net Pay* | | | |
| | 401k ER | | 1453.84 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 509.10 | 6532.42 |
| | Medicare | | 119.06 | 1527.74 |
| | Fed Income Tax | SMS | 1467.89 | 18716.44 |
| | CA Income Tax | SMI2 0 1 | 612.10 | 7815.66 |
| | CA Disability | | 90.32 | 1158.93 |
| | **TOTAL** | | 2798.47 | 35751.19 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 750.00 | 9750.00 |
| | Medical Pre-tax | 96.44 | 1253.72 |
| | **TOTAL** | 846.44 | 11003.72 |

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
2128 W Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 06/06/22 **to** 06/19/22
**Check Date:** 06/24/22    **Check #:** 5980
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | 4662.78 | 59860.45 |
| **NET PAY** | **4662.78** | **59860.45** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4662.78** | **59860.45** |

*Payrolls by Paychex, Inc.*

0942  1607-7926  Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA  92780-1981 • (949) 715-0648

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780-1981

1607-7926

EE ID: 1032        DD

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA 92868

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Phuong Trinh | | |
| 2128 W Cherry Drive | | |
| Orange, CA 92868 | | |
| **Soc Sec #:** xxx-xx-xxxx | **Employee ID:** 1032 | |
| | | |
| **Home Department:** 1 LPG CA | | |
| | | |
| **Pay Period:** 05/23/22 **to** 06/05/22 | | |
| **Check Date:** 06/10/22  **Check #:** 5623 | | |
| NET PAY ALLOCATIONS | | |
| | | |
| *DESCRIPTION* | *THIS PERIOD ($)* | *YTD ($)* |
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | 4662.79 | 55197.67 |
| **NET PAY** | **4662.79** | **55197.67** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | | Salary | | 8307.69 | | 98307.67 |
| | | **Total Hours** | | | | |
| | | **Gross Earnings** | | 8307.69 | | 98307.67 |
| | | **Total Hrs Worked** | | | | |

| OTHER | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| *Do not increase Net Pay* | | | |
| | 401k ER | | 1453.84 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 509.09 | 6023.32 |
| | Medicare | | 119.06 | 1408.68 |
| | Fed Income Tax | SMS | 1467.89 | 17248.55 |
| | CA Income Tax | SMI2 0 1 | 612.10 | 7203.56 |
| | CA Disability | | 90.32 | 1068.61 |
| | **TOTAL** | | 2798.46 | 32952.72 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 750.00 | 9000.00 |
| | Medical Pre-tax | 96.44 | 1157.28 |
| | **TOTAL** | 846.44 | 10157.28 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4662.79** | **55197.67** |

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780-1981

1607-7926

EE ID: 1032          DD

*Payrolls by Paychex, Inc.*

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
2128 W Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx     **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 05/09/22 **to** 05/22/22
**Check Date:** 05/27/22    **Check #:** 5259
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | 4662.77 | 50534.88 |
| **NET PAY** | **4662.77** | **50534.88** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
|---|---|---|---|---|
| Vacation | 89.31 hrs | 6.16 hrs | 0.00 hrs | 95.47 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | | Salary | | 8307.69 | | 89999.98 |
| | | **Total Hours** | | | | |
| | | **Gross Earnings** | | 8307.69 | | 89999.98 |
| | | **Total Hrs Worked** | | | | |

| OTHER | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| *Do not increase Net Pay* | | | |
| | 401k ER | | 1453.84 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 509.10 | 5514.23 |
| | Medicare | | 119.07 | 1289.62 |
| | Fed Income Tax | SMS | 1467.89 | 15780.66 |
| | CA Income Tax | SMI2 0 1 | 612.10 | 6591.46 |
| | CA Disability | | 90.32 | 978.29 |
| | **TOTAL** | | 2798.48 | 30154.26 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 750.00 | 8250.00 |
| | Medical Pre-tax | 96.44 | 1060.84 |
| | **TOTAL** | 846.44 | 9310.84 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4662.77** | **50534.88** |

*Payrolls by Paychex, Inc.*

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780-1981

1607-7926
EE ID: 1032        DD

*Payrolls by Paychex, Inc.*

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA 92868

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
2128 W Cherry Drive
Orange, CA 92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 04/25/22 to 05/08/22
**Check Date:** 05/13/22    **Check #:** 4893
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | 4662.78 | 45872.11 |
| **NET PAY** | **4662.78** | **45872.11** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Vacation | 83.15 hrs | 6.16 hrs | 0.00 hrs | 89.31 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | | Salary | | 8307.69 | | 81692.29 |
| | | **Total Hours** | | | | |
| | | **Gross Earnings** | | 8307.69 | | 81692.29 |
| | | **Total Hrs Worked** | | | | |

| OTHER | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| *Do not increase Net Pay* | | | |
| | 401k ER | | 1453.84 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 509.10 | 5005.13 |
| | Medicare | | 119.06 | 1170.55 |
| | Fed Income Tax | SMS | 1467.89 | 14312.77 |
| | CA Income Tax | SMI2 0 1 | 612.10 | 5979.36 |
| | CA Disability | | 90.32 | 887.97 |
| | **TOTAL** | | 2798.47 | 27355.78 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 750.00 | 7500.00 |
| | Medical Pre-tax | 96.44 | 964.40 |
| | **TOTAL** | 846.44 | 8464.40 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4662.78** | **45872.11** |

*Payrolls by Paychex, Inc.*

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780-1981

1607-7926

EE ID: 1032          DD

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA 92868

NON-NEGOTIABLE

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
2128 W Cherry Drive
Orange, CA 92868
**Soc Sec #:** xxx-xx-xxxx     **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 04/11/22 **to** 04/24/22
**Check Date:** 04/29/22     **Check #:** 4536
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | 4662.78 | 41209.33 |
| **NET PAY** | **4662.78** | **41209.33** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
|---|---|---|---|---|
| Vacation | 76.99 hrs | 6.16 hrs | 0.00 hrs | 83.15 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 8307.69 | | 73384.60 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | 8307.69 | | 73384.60 |
| | | **Total Hrs Worked** | | | | | |

| OTHER | DESCRIPTION | | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|---|
| *Do not increase Net Pay* | | | | | | | |
| | 401k ER | | | | | | 1453.84 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|---|
| | Social Security | | | | 509.10 | | 4496.03 |
| | Medicare | | | | 119.06 | | 1051.49 |
| | Fed Income Tax | SMS | | | 1467.89 | | 12844.88 |
| | CA Income Tax | SMI2 0 1 | | | 612.10 | | 5367.26 |
| | CA Disability | | | | 90.32 | | 797.65 |
| | **TOTAL** | | | | **2798.47** | | **24557.31** |

| DEDUCTION | DESCRIPTION | | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|---|
| | 401k EE Pretax | | | | 750.00 | | 6750.00 |
| | Medical Pre-tax | | | | 96.44 | | 867.96 |
| | **TOTAL** | | | | **846.44** | | **7617.96** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4662.78** | **41209.33** |

*Payrolls by Paychex, Inc.*

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780-1981

1607-7926
EE ID: 1032          DD

*Payrolls by Paychex, Inc.*

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| Phuong Trinh | | | Salary | | | 8307.69 | 65076.91 |
| 2128 W Cherry Drive | | | **Total Hours** | | | | |
| Orange, CA  92868 | | | **Gross Earnings** | | 8307.69 | | 65076.91 |
| **Soc Sec #:** xxx-xx-xxxx  **Employee ID:** 1032 | | | **Total Hrs Worked** | | | | |

| OTHER | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| *Do not increase Net Pay* | | | |
| **Home Department:** 1 LPG CA | 401k ER | | 1453.84 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| **Pay Period:** 03/28/22 **to** 04/10/22 | Social Security | | 509.09 | 3986.93 |
| **Check Date:** 04/15/22    **Check #:** 4169 | Medicare | | 119.06 | 932.43 |
| NET PAY ALLOCATIONS | Fed Income Tax | SMS | 1467.89 | 11376.99 |
| | CA Income Tax | SMI2 0 1 | 612.10 | 4755.16 |
| | CA Disability | | 90.32 | 707.33 |

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | 4662.79 | 36546.55 |
| **NET PAY** | **4662.79** | **36546.55** |

| | **TOTAL** | 2798.46 | 21758.84 |
|---|---|---|---|

TIME OFF (Based on Policy Year)

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 750.00 | 6000.00 |
| | Medical Pre-tax | 96.44 | 771.52 |

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Vacation | 70.83 hrs | 6.16 hrs | 0.00 hrs | 76.99 hrs |

| | **TOTAL** | 846.44 | 6771.52 |
|---|---|---|---|

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4662.79** | **36546.55** |

*Payrolls by Paychex, Inc.*

0942  1607-7926  Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA  92780-1981 • (949) 715-0648

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780-1981

1607-7926
EE ID: 1032          DD

NON-NEGOTIABLE

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA 92868

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
2128 W Cherry Drive
Orange, CA 92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 03/14/22 **to** 03/27/22
**Check Date:** 04/01/22    **Check #:** 3815
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | 4662.77 | 31883.76 |
| **NET PAY** | **4662.77** | **31883.76** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Vacation | 64.67 hrs | 6.16 hrs | 0.00 hrs | 70.83 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 8307.69 | | 56769.22 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | 8307.69 | | 56769.22 |
| | | **Total Hrs Worked** | | | | | |

| OTHER | DESCRIPTION | | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|---|
| *Do not increase Net Pay* | | | | | | | |
| | 401k ER | | | | | | 1453.84 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|---|
| | Social Security | | | | 509.10 | | 3477.84 |
| | Medicare | | | | 119.07 | | 813.37 |
| | Fed Income Tax | SMS | | | 1467.89 | | 9909.10 |
| | CA Income Tax | SMI2 0 1 | | | 612.10 | | 4143.06 |
| | CA Disability | | | | 90.32 | | 617.01 |
| | **TOTAL** | | | | **2798.48** | | **18960.38** |

| DEDUCTION | DESCRIPTION | | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|---|
| | 401k EE Pretax | | | | 750.00 | | 5250.00 |
| | Medical Pre-tax | | | | 96.44 | | 675.08 |
| | **TOTAL** | | | | **846.44** | | **5925.08** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4662.77** | **31883.76** |

*Payrolls by Paychex, Inc.*

0942 1607-7926 Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA 92780-1981 • (949) 715-0648

214

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780-1981

1607-7926

EE ID: 1032      DD

*Payrolls by Paychex, Inc.*

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA 92868

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|
| Phuong Trinh | | | Salary | | | 8307.69 | | 48461.53 |
| 2128 W Cherry Drive | | | **Total Hours** | | | | | |
| Orange, CA 92868 | | | **Gross Earnings** | | | 8307.69 | | 48461.53 |
| **Soc Sec #:** xxx-xx-xxxx   **Employee ID:** 1032 | | | **Total Hrs Worked** | | | | | |

| OTHER | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| *Do not increase Net Pay* | | | |
| | 401k ER | 249.23 | 1453.84 |

**Home Department:** 1 LPG CA

**Pay Period:** 02/28/22 **to** 03/13/22
**Check Date:** 03/18/22   **Check #:** 3457

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 509.10 | 2968.74 |
| | Medicare | | 119.06 | 694.30 |
| | Fed Income Tax | SMS | 1467.89 | 8441.21 |
| | CA Income Tax | SMI2 0 1 | 612.10 | 3530.96 |
| | CA Disability | | 90.32 | 526.69 |
| | **TOTAL** | | 2798.47 | 16161.90 |

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | 4662.78 | 27220.99 |
| **NET PAY** | **4662.78** | **27220.99** |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 750.00 | 4500.00 |
| | Medical Pre-tax | 96.44 | 578.64 |
| | **TOTAL** | 846.44 | 5078.64 |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Vacation | 61.59 hrs | 3.08 hrs | 0.00 hrs | 64.67 hrs |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | **4662.78** | **27220.99** |

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780-1981

1607-7926

EE ID: 1032        DD

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

NON-NEGOTIABLE

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA 92868

---

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
2128 W Cherry Drive
Orange, CA 92868
**Soc Sec #:** xxx-xx-xxxx        **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 02/14/22 **to** 02/27/22
**Check Date:** 03/04/22    **Check #:** 3088
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | 4662.78 | 22558.21 |
| **NET PAY** | **4662.78** | **22558.21** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Vacation | 58.51 hrs | 3.08 hrs | 0.00 hrs | 61.59 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | | Salary | | | 8307.69 | 40153.84 |
| | | **Total Hours** | | | | |
| | | **Gross Earnings** | | | 8307.69 | 40153.84 |
| | | **Total Hrs Worked** | | | | |

| OTHER | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| *Do not increase Net Pay* | | | | | | |
| | 401k ER | | | 249.23 | | 1204.61 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | Social Security | | | 509.10 | | 2459.64 |
| | Medicare | | | 119.06 | | 575.24 |
| | Fed Income Tax | SMS | | 1467.89 | | 6973.32 |
| | CA Income Tax | SMI2 0 1 | | 612.10 | | 2918.86 |
| | CA Disability | | | 90.32 | | 436.37 |
| | **TOTAL** | | | **2798.47** | | **13363.43** |

| DEDUCTION | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | 401k EE Pretax | | | 750.00 | | 3750.00 |
| | Medical Pre-tax | | | 96.44 | | 482.20 |
| | **TOTAL** | | | **846.44** | | **4232.20** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4662.78** | **22558.21** |

Payrolls by Paychex, Inc.

0942 1607-7926 Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA 92780-1981 • (949) 715-0648

216

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780-1981

1607-7926
EE ID: 1032        DD

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

NON-NEGOTIABLE

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA 92868

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
2128 W Cherry Drive
Orange, CA 92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 01/31/22 **to** 02/13/22
**Check Date:** 02/18/22    **Check #:** 2745
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | 4662.78 | 17895.43 |
| **NET PAY** | **4662.78** | **17895.43** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
| Vacation | 55.43 hrs | 3.08 hrs | 0.00 hrs | 58.51 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 8307.69 | | 31846.15 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | 8307.69 | | 31846.15 |
| | | **Total Hrs Worked** | | | | | |

| OTHER | DESCRIPTION | | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|---|
| *Do not increase Net Pay* | | | | | | | |
| | 401k ER | | | | 249.23 | | 955.38 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|---|
| | Social Security | | | | 509.09 | | 1950.54 |
| | Medicare | | | | 119.07 | | 456.18 |
| | Fed Income Tax | SMS | | | 1467.89 | | 5505.43 |
| | CA Income Tax | SMI2 0 1 | | | 612.10 | | 2306.76 |
| | CA Disability | | | | 90.32 | | 346.05 |
| | **TOTAL** | | | | 2798.47 | | 10564.96 |

| DEDUCTION | DESCRIPTION | | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|---|
| | 401k EE Pretax | | | | 750.00 | | 3000.00 |
| | Medical Pre-tax | | | | 96.44 | | 385.76 |
| | **TOTAL** | | | | 846.44 | | 3385.76 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4662.78** | **17895.43** |

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

NON-NEGOTIABLE

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780-1981

1607-7926

EE ID: 1032          DD

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA  92868

---

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
2128 W Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 01/17/22 **to** 01/30/22
**Check Date:** 02/04/22    **Check #:** 2415
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | 4662.78 | 13232.65 |
| **NET PAY** | **4662.78** | **13232.65** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
| Vacation | 52.35 hrs | 3.08 hrs | 0.00 hrs | 55.43 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 8307.69 | | 23538.46 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | 8307.69 | | 23538.46 |
| | | **Total Hrs Worked** | | | | | |

| OTHER | DESCRIPTION | | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|---|
| Do not increase Net Pay | | | | | | | |
| | 401k ER | | | | 249.23 | | 706.15 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|---|
| | Social Security | | | | 509.10 | | 1441.45 |
| | Medicare | | | | 119.06 | | 337.11 |
| | Fed Income Tax | SMS | | | 1467.89 | | 4037.54 |
| | CA Income Tax | SMI2 0 1 | | | 612.10 | | 1694.66 |
| | CA Disability | | | | 90.32 | | 255.73 |
| | **TOTAL** | | | | **2798.47** | | **7766.49** |

| DEDUCTION | DESCRIPTION | | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|---|
| | 401k EE Pretax | | | | 750.00 | | 2250.00 |
| | Medical Pre-tax | | | | 96.44 | | 289.32 |
| | **TOTAL** | | | | **846.44** | | **2539.32** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4662.78** | **13232.65** |

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780-1981

1607-7926

EE ID: 1032          DD

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA 92868

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
2128 W Cherry Drive
Orange, CA 92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 01/03/22 **to** 01/16/22
**Check Date:** 01/21/22    **Check #:** 2075
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | 4662.78 | 8569.87 |
| **NET PAY** | **4662.78** | **8569.87** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Vacation | 49.27 hrs | 3.08 hrs | 0.00 hrs | 52.35 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | | Salary | | 8307.69 | | 15230.77 |
| | | **Total Hours** | | | | |
| | | **Gross Earnings** | | 8307.69 | | 15230.77 |
| | | **Total Hrs Worked** | | | | |

| OTHER | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| Do not increase Net Pay | | | | | | |
| | 401k ER | | | 249.23 | | 456.92 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | Social Security | | | 509.10 | | 932.35 |
| | Medicare | | | 119.06 | | 218.05 |
| | Fed Income Tax | SMS | | 1467.89 | | 2569.65 |
| | CA Income Tax | SMI2 0 1 | | 612.10 | | 1082.56 |
| | CA Disability | | | 90.32 | | 165.41 |
| | **TOTAL** | | | 2798.47 | | 4968.02 |

| DEDUCTION | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | 401k EE Pretax | | | 750.00 | | 1500.00 |
| | Medical Pre-tax | | | 96.44 | | 192.88 |
| | **TOTAL** | | | 846.44 | | 1692.88 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4662.78** | **8569.87** |

Payrolls by Paychex, Inc.

0942 1607-7926 Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA 92780-1981 • (949) 715-0648

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780-1981

1607-7926

EE ID: 1032          DD

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA  92868

---

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
2128 W Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 01/03/22 **to** 01/16/22
**Check Date:** 01/21/22    **Check #:** 1750
(VOID)

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | -4662.78 | 3907.09 |
| **NET PAY** | **-4662.78** | **3907.09** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | -8307.69 | | 6923.08 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | -8307.69 | | 6923.08 |
| | | **Total Hrs Worked** | | | | | |

| OTHER | DESCRIPTION | | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|---|
| *Do not increase Net Pay* | 401k ER | | | | -249.23 | | 207.69 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|---|
| | Social Security | Override | -509.10 | | -509.10 | | 423.25 |
| | Medicare | Override | -119.06 | | -119.06 | | 98.99 |
| | Fed Income Tax | Override | -1,467.89 | | -1467.89 | | 1101.76 |
| | CA Income Tax | Override | -612.10 | | -612.10 | | 470.46 |
| | CA Disability | Override | -90.32 | | -90.32 | | 75.09 |
| | **TOTAL** | | | | -2798.47 | | 2169.55 |

| DEDUCTION | DESCRIPTION | | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|---|
| | 401k EE Pretax | | | | -750.00 | | 750.00 |
| | Medical Pre-tax | | | | -96.44 | | 96.44 |
| | **TOTAL** | | | | -846.44 | | 846.44 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **-4662.78** | **3907.09** |

*Payrolls by Paychex, Inc.*

0942  1607-7926  Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA  92780-1981 • (949) 715-0648

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780-1981

1607-7926

EE ID: 1032          DD

*Payrolls by Paychex, Inc.*

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
2128 W Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx        **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 01/03/22 **to** 01/16/22
**Check Date:** 01/21/22    **Check #:** 1750
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | 4662.78 | 8569.87 |
| **NET PAY** | **4662.78** | **8569.87** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
| Vacation | 49.27 hrs | 3.08 hrs | 0.00 hrs | 52.35 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | | Salary | | | 8307.69 | 15230.77 |
| | | **Total Hours** | | | | |
| | | **Gross Earnings** | | | 8307.69 | 15230.77 |
| | | **Total Hrs Worked** | | | | |

| OTHER | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| *Do not increase Net Pay* | | | |
| | 401k ER | 249.23 | 456.92 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 509.10 | 932.35 |
| | Medicare | | 119.06 | 218.05 |
| | Fed Income Tax | SMS | 1467.89 | 2569.65 |
| | CA Income Tax | SMI2 0 1 | 612.10 | 1082.56 |
| | CA Disability | | 90.32 | 165.41 |
| | **TOTAL** | | 2798.47 | 4968.02 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 750.00 | 1500.00 |
| | Medical Pre-tax | 96.44 | 192.88 |
| | **TOTAL** | 846.44 | 1692.88 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4662.78** | **8569.87** |

*Payrolls by Paychex, Inc.*

0942  1607-7926  Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA  92780-1981 • (949) 715-0648

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780-1981

1607-7926

EE ID: 1032          DD

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA 92868

---

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
2128 W Cherry Drive
Orange, CA 92868
**Soc Sec #:** xxx-xx-xxxx      **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 12/20/21 **to** 01/02/22
**Check Date:** 01/07/22    **Check #:** 1425
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 643 | 3907.09 | 3907.09 |
| **NET PAY** | **3907.09** | **3907.09** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 1.54 hrs | 0.00 hrs | 1.54 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
| Vacation | 46.19 hrs | 3.08 hrs | 0.00 hrs | 49.27 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 6923.08 | | 6923.08 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | 6923.08 | | 6923.08 |
| | | **Total Hrs Worked** | | | | | |

| OTHER | DESCRIPTION | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| *Do not increase Net Pay* | | | | |
| | 401k ER | | 207.69 | 207.69 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 423.25 | 423.25 |
| | Medicare | | 98.99 | 98.99 |
| | Fed Income Tax | SMS | 1101.76 | 1101.76 |
| | CA Income Tax | SMI2 0 1 | 470.46 | 470.46 |
| | CA Disability | | 75.09 | 75.09 |
| | **TOTAL** | | 2169.55 | 2169.55 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 750.00 | 750.00 |
| | Medical Pre-tax | 96.44 | 96.44 |
| | **TOTAL** | 846.44 | 846.44 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **3907.09** | **3907.09** |

*Payrolls by Paychex, Inc.*

0942 1607-7926 Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA 92780-1981 • (949) 715-0648

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780-1981

1607-7926
EE ID: 1032        DD

*Payrolls by Paychex, Inc.*

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA 92868

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
2128 W Cherry Drive
Orange, CA 92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 12/06/21 **to** 12/19/21
**Check Date:** 12/24/21    **Check #:** 1103

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 47377.49 |
| Chkg 643 | 4388.25 | 55604.04 |
| **NET PAY** | **4388.25** | **102981.53** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Vacation | 43.11 hrs | 3.08 hrs | 0.00 hrs | 46.19 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | | | | | 71769.26 |
| | | Salary | | | 6923.08 | | 90000.04 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | 6923.08 | | 161769.30 |
| | | **Total Hrs Worked** | | | | | |

| OTHER | | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|---|
| *Do not increase Net Pay* | | | | | | | |
| | | 401k ER | | | 207.69 | | 1038.45 |

| WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Social Security | | | | | 8853.60 |
| | | Medicare | | | 98.99 | | 2327.97 |
| | | Fed Income Tax | SMS | | 1112.59 | | 28263.98 |
| | | CA Income Tax | SMI2 0 1 | | 476.81 | | 12082.75 |
| | | CA Disability | | | | | 1539.58 |
| | | **TOTAL** | | | 1688.39 | | 53067.88 |

| DEDUCTION | | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | 401k EE Pretax | | | 750.00 | | 4500.00 |
| | | Medical Pre-tax | | | 96.44 | | 1219.89 |
| | | **TOTAL** | | | 846.44 | | 5719.89 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4388.25** | **102981.53** |

*Payrolls by Paychex, Inc.*

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780-1981

1607-7926
EE ID: 1032          DD

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
2128 W Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 11/22/21 **to** 12/05/21
**Check Date:** 12/10/21    **Check #:** 5819

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 47377.49 |
| Chkg 643 | 4388.25 | 51215.79 |
| **NET PAY** | **4388.25** | **98593.28** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
|---|---|---|---|---|
| Vacation | 40.03 hrs | 3.08 hrs | 0.00 hrs | 43.11 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | | 71769.26 |
| | Salary | | | 6923.08 | | 83076.96 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 6923.08 | | 154846.22 |
| | **Total Hrs Worked** | | | | | |

| OTHER ITEMS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| *Do not increase Net Pay* | | | |
| | 401k ER | 207.69 | 830.76 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | | 8853.60 |
| | Medicare | | 98.99 | 2228.98 |
| | Fed Income Tax | SMS | 1112.59 | 27151.39 |
| | CA Income Tax | SMI2 0 1 | 476.81 | 11605.94 |
| | CA Disability | | | 1539.58 |
| | **TOTAL** | | 1688.39 | 51379.49 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 750.00 | 3750.00 |
| | Medical Pre-tax | 96.44 | 1123.45 |
| | **TOTAL** | 846.44 | 4873.45 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4388.25** | **98593.28** |

*Payrolls by Paychex, Inc.*

0942  1607-7926  Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA  92780-1981 • (949) 715-0648

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780-1981

1607-7926

EE ID: 1032          DD

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Phuong Trinh | | |
| 2128 W Cherry Drive | | |
| Orange, CA  92868 | | |
| Soc Sec #: xxx-xx-xxxx   **Employee ID:**  1032 | | |

**Home Department:** 1 LPG CA

**Pay Period:** 11/08/21 **to** 11/21/21
**Check Date:** 11/26/21   **Check #:** 5497

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 47377.49 |
| Chkg 643 | 4218.97 | 46827.54 |
| **NET PAY** | **4218.97** | **94205.03** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Vacation | 38.49 hrs | 1.54 hrs | 0.00 hrs | 40.03 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | | 71769.26 |
| | Salary | | | 6923.08 | | 76153.88 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 6923.08 | | 147923.14 |
| | **Total Hrs Worked** | | | | | |

| OTHER ITEMS | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| *Do not increase Net Pay* | | | | | | |
| | 401k ER | | | 207.69 | | 623.07 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | Social Security | | | 169.29 | | 8853.60 |
| | Medicare | | | 98.98 | | 2129.99 |
| | Fed Income Tax | SMS | | 1112.59 | | 26038.80 |
| | CA Income Tax | SMI2 0 1 | | 476.81 | | 11129.13 |
| | CA Disability | | | | | 1539.58 |
| | **TOTAL** | | | 1857.67 | | 49691.10 |

| DEDUCTIONS | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | 401k EE Pretax | | | 750.00 | | 3000.00 |
| | Medical Pre-tax | | | 96.44 | | 1027.01 |
| | **TOTAL** | | | 846.44 | | 4027.01 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4218.97** | **94205.03** |

*Payrolls by Paychex, Inc.*

0942 1607-7926  Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA  92780-1981 • (949) 715-0648

225

NON-NEGOTIABLE

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780-1981

1607-7926

EE ID: 1032          DD

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA  92868

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
2128 W Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Home Department:** 1 LPG CA

**Pay Period:** 10/25/21 to 11/07/21
**Check Date:** 11/12/21    **Check #:** 5202
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 47377.49 |
| Chkg 643 | 3965.00 | 42608.57 |
| **NET PAY** | **3965.00** | **89986.06** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Vacation | 36.95 hrs | 1.54 hrs | 0.00 hrs | 38.49 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | | 71769.26 |
| | Salary | | | 6923.08 | | 69230.80 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 6923.08 | | 141000.06 |
| | **Total Hrs Worked** | | | | | |

| OTHER ITEMS | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| *Do not increase Net Pay* | | | | | | |
| | 401k ER | | | 207.69 | | 415.38 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | Social Security | | | 423.25 | | 8684.31 |
| | Medicare | | | 98.99 | | 2031.01 |
| | Fed Income Tax | SMS | | 1112.59 | | 24926.21 |
| | CA Income Tax | SMI2 0 1 | | 476.81 | | 10652.32 |
| | CA Disability | | | | | 1539.58 |
| | **TOTAL** | | | 2111.64 | | 47833.43 |

| DEDUCTIONS | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | 401k EE Pretax | | | 750.00 | | 2250.00 |
| | Medical Pre-tax | | | 96.44 | | 930.57 |
| | **TOTAL** | | | 846.44 | | 3180.57 |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | **3965.00** | **89986.06** |

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780-1981

1607-7926

EE ID: 1032          DD

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA  92868

---

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
2128 W Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx       **Employee ID:** 1032

**Pay Period:** 10/11/21 **to** 10/24/21
**Check Date:** 10/29/21     **Check #:** 859

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 47377.49 |
| Chkg 643 | 3942.40 | 38643.57 |
| **NET PAY** | **3942.40** | **86021.06** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
| Vacation | 35.41 hrs | 1.54 hrs | 0.00 hrs | 36.95 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | | 71769.26 |
| | Salary | | | 6923.08 | | 62307.72 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 6923.08 | | 134076.98 |
| | **Total Hrs Worked** | | | | | |
| OTHER ITEMS | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
| *Do not increase Net Pay* | | | | | | |
| | 401k ER | | | 207.69 | | 207.69 |
| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | Social Security | | | 423.25 | | 8261.06 |
| | Medicare | | | 98.98 | | 1932.02 |
| | Fed Income Tax | SMS | | 1112.59 | | 23813.62 |
| | CA Income Tax | SMI2 0 1 | | 476.81 | | 10175.51 |
| | CA Disability | | | 22.61 | | 1539.58 |
| | **TOTAL** | | | 2134.24 | | 45721.79 |
| DEDUCTIONS | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
| | 401k EE Pretax | | | 750.00 | | 1500.00 |
| | Medical Pre-tax | | | 96.44 | | 834.13 |
| | **TOTAL** | | | 846.44 | | 2334.13 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **3942.40** | **86021.06** |

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780-1981

1607-7926

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA  92868

---

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
2128 W Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx       **Employee ID:**  1032

**Pay Period:**  09/27/21 to 10/10/21
**Check Date:** 10/15/21       **Check #:**  581
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 47377.49 |
| Chkg 643 | 3883.07 | 34701.17 |
| **NET PAY** | **3883.07** | **82078.66** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
| Vacation | 33.87 hrs | 1.54 hrs | 0.00 hrs | 35.41 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | | 71769.26 |
| | Salary | | | 6923.08 | | 55384.64 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 6923.08 | | 127153.90 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 423.26 | 7837.81 |
| | Medicare | | 98.99 | 1833.04 |
| | Fed Income Tax | SMS | 1112.59 | 22701.03 |
| | CA Income Tax | SMI2 0 1 | 476.81 | 9698.70 |
| | CA Disability | | 81.92 | 1516.97 |
| | **TOTAL** | | 2193.57 | 43587.55 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE Pretax | 750.00 | 750.00 |
| | Medical Pre-tax | 96.44 | 737.69 |
| | **TOTAL** | 846.44 | 1487.69 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **3883.07** | **82078.66** |

*Payrolls by Paychex, Inc.*

0942  1607-7926  Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA  92780-1981 • (949) 715-0648

Payrolls by Paychex, Inc.

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780-1981

1607-7926

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
2128 W Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Pay Period:** 09/13/21 **to** 09/26/21
**Check Date:** 10/01/21    **Check #:** 366

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 47377.49 |
| Chkg 643 | 4402.58 | 30818.10 |
| **NET PAY** | **4402.58** | **78195.59** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
| Vacation | 32.33 hrs | 1.54 hrs | 0.00 hrs | 33.87 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | | 71769.26 |
| | Salary | | | 6923.08 | | 48461.56 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 6923.08 | | 120230.82 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 426.58 | 7414.55 |
| | Medicare | | 99.77 | 1734.05 |
| | Fed Income Tax | SMS | 1309.82 | 21588.44 |
| | CA Income Tax | SMI2 0 1 | 559.02 | 9221.89 |
| | CA Disability | | 82.56 | 1435.05 |
| | **TOTAL** | | 2477.75 | 41393.98 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Medical Pre-tax | 42.75 | 641.25 |
| | **TOTAL** | 42.75 | 641.25 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4402.58** | **78195.59** |

Payrolls by Paychex, Inc.

0942  1607-7926  Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA  92780-1981 • (949) 715-0648

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780-1981

1607-7926

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA 92868

---

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
2128 W Cherry Drive
Orange, CA 92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Pay Period:** 08/30/21 **to** 09/12/21
**Check Date:** 09/17/21    **Check #:** 165

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 47377.49 |
| Chkg 643 | 4402.59 | 26415.52 |
| **NET PAY** | **4402.59** | **73793.01** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
| Vacation | 30.79 hrs | 1.54 hrs | 0.00 hrs | 32.33 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | | 71769.26 |
| | Salary | | | 6923.08 | | 41538.48 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 6923.08 | | 113307.74 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 426.58 | 6987.97 |
| | Medicare | | 99.76 | 1634.28 |
| | Fed Income Tax | SMS | 1309.82 | 20278.62 |
| | CA Income Tax | SMI2 0 1 | 559.02 | 8662.87 |
| | CA Disability | | 82.56 | 1352.49 |
| | **TOTAL** | | **2477.74** | **38916.23** |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Medical Pre-tax | 42.75 | 598.50 |
| | **TOTAL** | **42.75** | **598.50** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4402.59** | **73793.01** |

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780-1981

1607-7926

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA  92868

---

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
2128 W Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx     **Employee ID:** 1032

**Pay Period:** 08/16/21 **to** 08/29/21
**Check Date:** 09/03/21     **Check #:** 10887

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 47377.49 |
| Chkg 643 | 4402.58 | 22012.93 |
| **NET PAY** | **4402.58** | **69390.42** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
| Vacation | 29.25 hrs | 1.54 hrs | 0.00 hrs | 30.79 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | | 71769.26 |
| | Salary | | | 6923.08 | | 34615.40 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 6923.08 | | 106384.66 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | Social Security | | | 426.58 | | 6561.39 |
| | Medicare | | | 99.77 | | 1534.52 |
| | Fed Income Tax | SMS | | 1309.82 | | 18968.80 |
| | CA Income Tax | SMI2 0 1 | | 559.02 | | 8103.85 |
| | CA Disability | | | 82.56 | | 1269.93 |
| | **TOTAL** | | | 2477.75 | | 36438.49 |

| DEDUCTIONS | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | Medical Pre-tax | | | 42.75 | | 555.75 |
| | **TOTAL** | | | 42.75 | | 555.75 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4402.58** | **69390.42** |

*Payrolls by Paychex, Inc.*

0942  1607-7926  Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA  92780-1981 • (949) 715-0648

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780-1981

1607-7926

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA  92868

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
2128 W Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Pay Period:** 08/02/21 **to** 08/15/21
**Check Date:** 08/20/21    **Check #:** 10697
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 47377.49 |
| Chkg 643 | 4402.59 | 17610.35 |
| **NET PAY** | **4402.59** | **64987.84** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
| Vacation | 29.25 hrs | 1.54 hrs | 0.00 hrs | 29.25 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | | 71769.26 |
| | Salary | | | 6923.08 | | 27692.32 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 6923.08 | | 99461.58 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 426.58 | 6134.81 |
| | Medicare | | 99.76 | 1434.75 |
| | Fed Income Tax | SMS | 1309.82 | 17658.98 |
| | CA Income Tax | SMI2 0 1 | 559.02 | 7544.83 |
| | CA Disability | | 82.56 | 1187.37 |
| | **TOTAL** | | 2477.74 | 33960.74 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Medical Pre-tax | 42.75 | 513.00 |
| | **TOTAL** | 42.75 | 513.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4402.59** | **64987.84** |

*Payrolls by Paychex, Inc.*

0942  1607-7926  Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA  92780-1981 • (949) 715-0648

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780-1981

1607-7926

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA  92868

---

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
2128 W Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx     **Employee ID:** 1032

**Pay Period:** 07/19/21 to 08/01/21
**Check Date:** 08/06/21     **Check #:** 10514

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 47377.49 |
| Chkg 643 | 4402.58 | 13207.76 |
| **NET PAY** | **4402.58** | **60585.25** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | | 71769.26 |
| | Salary | | | 6923.08 | | 20769.24 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 6923.08 | | 92538.50 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 426.58 | 5708.23 |
| | Medicare | | 99.77 | 1334.99 |
| | Fed Income Tax | SMS | 1309.82 | 16349.16 |
| | CA Income Tax | SMI2 0 1 | 559.02 | 6985.81 |
| | CA Disability | | 82.56 | 1104.81 |
| | **TOTAL** | | 2477.75 | 31483.00 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Medical Pre-tax | 42.75 | 470.25 |
| | **TOTAL** | 42.75 | 470.25 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4402.58** | **60585.25** |

*Payrolls by Paychex, Inc.*

0942  1607-7926  Litigation Practice Group PC • 17542 17th St Ste 100 • Tustin CA  92780-1981 • (949) 715-0648

233

LITIGATION PRACTICE GROUP PC
100 Spectrum Center Dr
STE 900
Irvine CA  92618-4974

1607-7926

NON-NEGOTIABLE

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA  92868

---

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
2128 W Cherry Drive
Orange, CA  92868
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1032

**Pay Period:** 07/05/21 **to** 07/18/21
**Check Date:** 07/23/21    **Check #:** 10332

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 47377.49 |
| Chkg 643 | 4402.59 | 8805.18 |
| **NET PAY** | **4402.59** | **56182.67** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| Vacation | 0.00 hrs | 24.63 hrs |
| DESCRIPTION | AMT TAKEN | TOTAL BAL |
| Sick | 0.00 hrs | 42.48 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | | 71769.26 |
| | Salary | | | 6923.08 | | 13846.16 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 6923.08 | | 85615.42 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 426.58 | 5281.65 |
| | Medicare | | 99.76 | 1235.22 |
| | Fed Income Tax | SMS | 1309.82 | 15039.34 |
| | CA Income Tax | SMI2 0 1 | 559.02 | 6426.79 |
| | CA Disability | | 82.56 | 1022.25 |
| | **TOTAL** | | 2477.74 | 29005.25 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Medical Pre-tax | 42.75 | 427.50 |
| | **TOTAL** | 42.75 | 427.50 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4402.59** | **56182.67** |

LITIGATION PRACTICE GROUP PC
100 Spectrum Center Dr
STE 900
Irvine CA  92618-4974

1607-7926

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

PHUONG TRINH
2128 W CHERRY DRIVE
ORANGE CA  92868

---

**PERSONAL AND CHECK INFORMATION**
Phuong Trinh
2128 W Cherry Drive
Orange, CA  92868
**Soc Sec #:** Missing        **Employee ID:**  1032

**Pay Period:**  06/21/21 to 07/04/21
**Check Date:** 07/09/21    **Check #:** 10149
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 47377.49 |
| Chkg 643 | 4402.59 | 4402.59 |
| **NET PAY** | **4402.59** | **51780.08** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | | 71769.26 |
| | Salary | | | 6923.08 | | 6923.08 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 6923.08 | | 78692.34 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 426.58 | 4855.07 |
| | Medicare | | 99.76 | 1135.46 |
| | Fed Income Tax | SMS | 1309.82 | 13729.52 |
| | CA Income Tax | SMI2 0 1 | 559.02 | 5867.77 |
| | CA Disability | | 82.56 | 939.69 |
| | **TOTAL** | | 2477.74 | 26527.51 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Medical Pre-tax | 42.75 | 384.75 |
| | **TOTAL** | 42.75 | 384.75 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4402.59** | **51780.08** |

*Payrolls by Paychex, Inc.*

# EXHIBIT D

| | |
|---|---|
| **From:** | K. P. March |
| **To:** | "Alina Mamlyuk" |
| **Subject:** | RE: To alina Mamlyuk of Marshack Hays firm, cc attys Ed Hays from KPMarch, bky LF: Confirming received your below email, but it is MISSING some things. Please REPLY to confirm you will do as last 2 paragraphs of my below email request. Thx. |
| **Date:** | Monday, March 4, 2024 3:07:25 PM |
| **Attachments:** | Phuong Trinh- LPG Paystubs all from start through last paychex paystub received.pdf |
| | Han Trinh- LPG Paystubs all from start to last paystub received from Paychex.pdf |

030424

To Alina Mamlyuk from KPMarch, Bky LF

As I told you in our "meet and confer" meeting, Han and jayde trinh were W-2 employees of LPG.
Yes, they were performing essential services for LPG, but their performing essential services for LPG
does NOT make them insiders of LPG.  You have no evidence that they were insiders, because **They
were NOT insiders**.  They were never officers, directors or equityholders of LPG.

I pointed out, last week, that Trustee Marshack, as Chapter 11 Trustee, can access all Paychex
paystubs, that Paychex issued to Han Trinh and Jayde Trinh, and to all other LPG W-2 employess,
each time Paychex issued and employee a  W-2 paychecks.   So demanding Han/Jayde produce
documents that Trustee can access is unnecessary and is an improper imposition on Han/Jayde.
Despite that, I had Han/Jayde collect as many of their LPG Paychex paystubs as they could, and those
are attached, as pdf files, one of Han's Paychex paystubs, and one of Jayde's Paychex paystubs.  Plus
Trustee can access the W-2s for all LPG employees.  I need Phuong (aka Jayde) Trinh's W-2 Forms for
the time she worked as W-2 employee at LPG.  Please SEND.  Federal law required LPG to deliver
those LPG 2023 year W-2 forms to Jayde Trinh, and other LPG employees.  Jayde's is LATE.  **Send
now please**.

Please REPLY to confirm receipt.

KPMarch

Kathleen P. March, Esq.
The Bankruptcy Law Firm, PC
10524 W. Pico Blvd, Suite 212
Los Angeles, CA 90064
Phone: 310-559-9224
Fax:  310-559-9133
E-mail:  kmarch@BKYLAWFIRM.com
Website:  www.BKYLAWFIRM.com
*"Have a former bankruptcy judge for your personal bankruptcy attorney"*

**From:** Alina Mamlyuk <amamlyuk@marshackhays.com>
**Sent:** Monday, March 4, 2024 1:08 PM
**To:** K. P. March <kmarch@bkylawfirm.com>

237

# EXHIBIT E

| | |
|---|---|
| **From:** | K. P. March |
| **To:** | "Alina Mamlyuk" |
| **Cc:** | "Ed Hays"; "Layla Buchanan" |
| **Subject:** | Alina Mamlyuk Esq of MarshackHays firm, from KPMarch, Esq., Bky LF for Han Trinh: Please read below RESPONSE to your 2/12/24 at 7:46pm email. Please REPLY to confirm receipt. Please email my firm the 4 items of discovery my firm requests. Thx |
| **Date:** | Wednesday, February 14, 2024 12:15:09 PM |
| **Attachments:** | Exhibit B to Han Decl items that Han owned that disappeared 110823 resaved 021324.pdf |
| | paychex paystubs for Han and Jayde showing accruing vacation hours.pdf |

021424

To Alina Mamlyuk, Esq  of MarshackHays firm, counsel for Trustee Marshack, cc to MarshackHays attys Ed Hays and Layla Buchanan

From KPMarch, Esq. of The Bankruptcy Law Firm, PC, counsel for Han Trinh on Han's Motion for allowance and payment of administrative claim [dkt.674], counsel for Phuong (aka Jayde) Trinh on Jayde's Motionfor allowance and payment of administrative claim [dkt.675] and counsel for Greyson Law Center PC on Greyson's Motion [dkt.676]:

Atty Mamlyuk:

This email responds to your 2/12/24 at 7:46pm email regarding the Motion for allowance and payment of administrative claim [dkt.674] filed by our law firm, for our firm's client Han Trinh.

I see on the California State Bar website that you are an attorney, CA Bar #284154. Why are you so coy about your status, in your email?  Are you employed by Trustee Marshack's law firm, MarshackHays?  Reply and tell my firm please.  I find it is helpful to be clear about whom my firm is dealing with.

Your email is in error in saying that Han's [dkt.674] Motion does not provide any evidence for how Han's administrative claim is calculated.  Han's [dkt.674] Motion, and Han's Declaration thereto, are extremely clear as to how the **$136,280.56** salary that LPG owes Han, for Han's essential 11 weeks of post-petition work for LPG, is calculated.

But let me recap that calculation for you:  See  ¶8 of Han's Declaration,  and see Paychex paystub that is **Exhibit A** to Han's Declaration.  The Paychex paystub states that Han was being paid gross earnings of $11,538.47 per 2 week pay period (see top right box on Exhibit A).  That is gross pay of $5,769.23 per week, as ¶8 of Han's Declaration states.  Han attests Han did 11 weeks of essential work for LPG, post-petition, from 3/20/23 to 6/2/23 (¶7 Han Decl). $5,769.23 per week x 11 weeks = **$63,461.54** salary that LPG owes Han for that postpetition work, which is an administrative claim per 11 USC §503(b)(1)(A)(i).

In addition, as Han's administrative claim Motion explains, and as Han's Declaration (¶22

239

explains) she is entitled, per CA Labor Code §203(a), to be paid penalties for late Pay totaling **$34,615.38** in late pay penalties.

In addition, as Han's administrative claim Motion explains, and as Han's Declaration explains, Han is entitled, per CA Labor Code § 227.3,  to be paid for 264.88 hours of vacation time Han had accrued, but had not taken, as of 6/2/23.  That vacation pay totals **$38,203.64**, and is calculated correctly in Han's Dkt.674 claim, and in Han's Declaration (¶23).

You ask for evidence (in addition to Han's Declaration, and Jayde Trinh's Declaration) that Han and Jayde were accruing vacation pay while employed  at LPG.

Han has searched, and now been able to locate two earlier Paychex pay stubs, one for each of Han and Jayde, which I am attaching as **Exhibit A** hereto, and which show that Han and Jayde were each accruing vacation pay while employed at LPG, at the rate of 6.16 hours of vacation time, for each 2 week pay period. I believe that is the statutory rate of accrual, for a business in Tustin, Ca, where LPG was located.  Han's Declaration (¶23) attests that Han and Jayde were each accruing vacation hours at the rate of 6.16 hours of vacation time,  for each 2 week pay period..  The 2 paychex paystubs that I am attaching as **Exhibit A**, show this. My firm's understanding is that all LPG W-2 employees accrued vacation  hours at this same 6.16 hours of  vacation time,  for each 2 week pay period.

I note that Paychex was LPG's payroll processing company, and therefore, that Trustee Marshack can ask Paychex to supply Trustee Marshack with the Paychex paystubs, for Han and Jayde Trinh, for the several years each was employed by LPG.  Please do so, and please send my firm copies of all those paystubs.  Thx in advance.

Han's [dkt.674] Motion, p. 12, adds up the $63,461.54 + $34,615.38 +$38,203.64 = **$136,280.56 postpetition salary, late pay penalties and payment for accrued vacation not taken.**

In addition, the LPG owes Han **$14,433.56** for items that disappeared from Han's locked office at Greyson's office, after Trustee Marshack's attorneys (Dinsmore & Sholl aka Celentino firm and its field agents, on 6/2/23, locked Greyson out of its office.  I apologize, but the list of items Han had paid for personally, which "disappeared" from Han's locked office, **Exhibit B**, does not seem to be attached to the Dkt.674 Motion, so I am attaching it now.

As regards to your email requesting my firm to provide you/MarshackHays, with a copy of Han's employment contract  with LPG, Han does not have a copy, but **LPG has a copy of Han's employment contract, fully signed by Han and LPG  LPG also has a copy of Phuong (aka Jayde) Trinh's employment contract, fully signed by Jayde and LPG**.

Han and LPG signed that written contract when Han was first hired by LPG, and each time Han
got a raise thereafter, Han signed a sheet for the LPG HR department, verifying the specific
raise.  Ditto for Jayde Trinh.

Judge Clarkson continued the hearing on all the administrative claim motions so that the
parties could exchange discovery.  Therefore, please email my firm the following:

1. LPG's copy of Han's employment contract, signed by Han and by LPG.
   Also, please email my firm the series of sheets that Han signed for LPG's
   HR department, each time Han received a raise from LPG, verifying the
   amount of Han's new salary.
2. Please also please email my firm LPG's copy of Phuong (aka "Jayde"
   Trinh's employment contract, signed by Jayde and by LPG.  Like Han,
   Jayde signed a sheet  for LPG's HR department, verifying Jayde's new
   salary, each time Jayde got a raise from LPG.  Please email my firm all
   those receipts.
3. LPG kept an employee file on each LPG employee.  Please email my firm
   the full employee file which LPG kept on Han, and the full employee file
   which LPG kept on Jayde.
4. All paychex paystubs for Han and Jayde Trinh, for all the years they were
   employed by LPG; and
5. LPG's W-2 forms for 2023 year for each of Han and Jayde Trinh.

Thanks in advance for emailing my firm 1, 2,3, 4 and 5.

At the time that Han Trinh, and Jayde Trinh, performed the 11 weeks of post-petition work for
LPG, they were the **only** LPG employees who were doing the work they did for LPG, and who
could continue doing that work for LPG.  Their work was **essential** (as Han's Declaration ¶11
and 12 explains; see also  Jayde's Declaration), because Han and Jayde were the **only** LPG
employees administering LPG's 28,000 active litigation files.  Those 28,000 active litigation
files could not be managed, without Han and Jayde's work.

As regards your question about why Han's salary was increased over the years,  LPG increased
Han's salary, as Han's duties at LPG increased.  Ditto with Jayde.  Han's salary was
incrementally  increased to $300,000 per year (as shown on Paychex paystub that is **Exhibit A**
to Han's [dkt.674] administrative claim motion.  The increase of Han's salary to $300,000 per
year was because by then, Han and Jayde, together, were administering the whole LPG
attorney network.

Han was not paid more than Jayde, because a part of Jayde's compensation was that LPG
contracted to  repay Jayde's student loans from law school, before those loans came due,
which LPG did pay.  When LPG's repaying Jayde's student loans from law school is taken into
account, Jayde was paid more than Han.

However, as the Paychex paystubs that are **Exhibit A** to Han's administrative motion claim, and are Exhibit A to Jayde's administrative motion claim, show clearly Han and Jayde's W-2 salaries, and as those are issued by LPG's payroll processing company, Paychex, there is no legal basis for Trustee Marshack, or you, or MarshackHays to object to (aka second guess) those salary amounts.

Please REPLY to confirm receipt.

Please email my firm 1, 2, 3, 4 and 5.

I trust this email answers your questions, and that MarshackHays will now file a short pleading  with the BankruptcyCcourt, stating that MarshackHays has examined Han and Jayde Trinh's Motions for allowance and payment of administrative claims, and agrees those should be granted as filed.  My firm requests MarshackHays to promptly do so, because there is no valid reason to oppose Han's or Jayde's administrative claim motions.  Please REPLY to confirm MarshackHays will now do that, promptly.  Thank you in advance.

KPMarch


Kathleen P. March, Esq.
The Bankruptcy Law Firm, PC
10524 W. Pico Blvd, Suite 212
Los Angeles, CA 90064
Phone: 310-559-9224
Fax:  310-559-9133
E-mail:  kmarch@BKYLAWFIRM.com
Website:  www.BKYLAWFIRM.com
*"Have a former bankruptcy judge for your personal bankruptcy attorney"*

---

**From:** Alina Mamlyuk <amamlyuk@marshackhays.com>
**Sent:** Monday, February 12, 2024 7:46 PM
**To:** kmarch@BKYLAWFIRM.com
**Cc:** Ed Hays <EHays@MarshackHays.com>; Layla Buchanan <LBuchanan@marshackhays.com>
**Subject:** RE: LPG Dk. No. 674; Han Trinh's Administrative Claim

Good evening, Ms. March—

My name is Alina Mamlyuk, I am handling the administrative claim motions filed in In re: Litigation Practice Group, P.C., Case No. 8:23-bk-10571-SC on behalf of the Trustee, Richard Marshack.  Your client, Han Trinh ("Han," to differentiate from Jayde Trinh), filed an administrative claim as Dk. No. 674 ("Han Admin Claim" / "Motion") in the amount of $136,280.56 and I am following up with you regarding some questions we have and documents we need to begin verifying the claim.

Other than a copy of a paystub for a single check #13033, the Motion did not provide any evidence for your calculation of Han's admin claim.  Can you please provide a copy of an employment agreement that states Han's duties, her salary, her vacation vesting schedule and the basis for her nearly ten-fold salary increase from $17.31/hr to $300,000/yr in the span of two and a half years employment at LPG?  It appears that your other client, Jayde Trinh, who is a CA licensed attorney and who alleges to have performed nearly identical duties as Han, was making 20% less than Han and I am hoping you can provide any evidence that would explain such a drastic difference in the employment agreement/reviews/pay bump documentation.  This large check was cut to Han on the eve of LPG's filing its bankruptcy petition.  Han's declaration attached to Dk. No. 822, states that "Jayde and I work for a living.  We are young and are not financially well off," which appears to indicate that the sudden and extreme pay bump was recent.  For how many periods did Han receive paychecks comparable to check #13033 attached to Han's admin claim motion?

Likewise, there is no evidence outside of Han's declaration regarding the vested vacation portion of Han's claim ($38,203.64)—the paycheck stub has no vacation time indicated at all.  Please forward any employment agreement that states how 264.88 hours were vested.

Looking forward to working together and getting some clarity in resolving this claim.

Thank you,

Alina Mamlyuk
949-333-7777

# EXHIBIT F

1  Kathleen P. March, Esq., (CA SBN 80366)
2  **THE BANKRUPTCY LAW FIRM, PC**
3  10524 W. Pico Blvd, Suite 212, LA, CA 90064
   Phone: 310-559-9224;    Fax: 310-559-9133
4  Email: kmarch@BKYLAWFIRM.com
   *Counsel for Phuong (aka Jayde) Trinh on Jayde's [dkt.645]*
5  *Motion for Allowance & Payment of Admin.*
   *Claim, and on this Request to Produce Docs*
6

7                    UNITED STATES BANKRUPTCY COURT

8        OF THE CENTRAL DISTRICT OF CALIFORNIA— SANTA ANA DIV.

9

10  In re                          Bankruptcy Case No. 8:23-bk-10571-SC
11                                 Chapter 11

12  LITIGATION                     ADMINISTRATIVE CLAIMANT PHUONG (AKA
    PRACTICE
13  GROUP, PC                      JAYDE) TRINH'S, FRBP RULE 7034 [FRCP RULE

14                                 34] AND FRBP RULE 9014 [CONTESTED
    Debtor.
15                                 MATTERS] **REQUESTS FOR PRODUCTION OF**

16                                 **DOCUMENTS**, PROPOUNDED TO RICHARD

17                                 MARSHACK, CHAPTER 11 TRUSTEE

18                                 **What**:  Requests for Production of Documents

19                                 **What Set**:  Set ONE

20                                 **Propounded to**:  Richard Marshack, Chapter 11
                                   Trustee
21
                                   **Propounded by**:  Phuong (aka Jayde) Trinh,  Movant
22
                                   on Jayde Trinh's  Motion [dkt.675] for allowance and
23
                                   payment of administrative claim, a contested matter,
24
                                   where Trustee is represented by Trustee's Law Firm,
25
                                   Marshack Hays Wood LLP
26

27

28  Phuong (aka Jayde) Trinh's Requests for Production of Documents, Set ONE, propounded to
    Chapter 11 Trustee Richard Marshack, to his attorneys of record Mashack Hays Wood LLP,
    regarding Jayde Trinh's Motion [dkt.675] for Allowance and Payment of Administrative Claim, a
    contested matter

                                         1                                          245

Pursuant to Federal Rules of Bankruptcy Procedure ("FRBP") Rule 9014 (contested matters) and pursuant to FRBP Rule 7034 (Requests for Production), which incorporates FRCP Rule 34, Phuong (aka Jayde) Trinh, movant on Jayde Trinh's Motion [dkt.675 in LPG main bankruptcy case docket] for allowance and payment of administrative claim—which Motion is a contested matter in which discovery may be taken-- requests that Chapter 11 Trustee Richard Marshack--by Trustee's law firm (Marshack Hays Wood LLP), which represents Trustee Marshack regarding Jayde Trinh's  administrative claim Motion [dkt.675] :

(1) produce the documents requested herein, and

(2)  serve a written Response to this Request for Production, as required by FRCP Rule 34(b)(2)(A) and (B) (incorporated into FRBP Rule 7034).

Both the documents here requested, and the written Response, are required to be served on Jayde Trinh's counsel, listed on page 1 supra,  within 30 days after this Request to Produce is served by email on Trustee Marshack's attorneys who have communicated with Jayde Trinh's counsel regarding Jayde Trinh's [dkt.675] Motion, and who are D.Edward Hays, Layla Buchanan, and Alina Mamlyuk, Esq. of Marshack Hays Wood LLP law firm.   All are being served by email, as e-file/e-serve attorneys, plus are being served by Federal Express next day delivery, as Trustee Marshack's counsel of record.

Documents requested are required to be served by placing the documents in Dropbox and sending an invitation to view said documents to counsel for Phuong (aka Jayde) Trinh (The Bankruptcy Law Firm, P.C. by Kathleen P. March, Esq.,to kmarch@bkylawfirm.com).  Alternatively, the documents can be produced in paper form, by delivering them to The Bankruptcy Law Firm, PC, within the 30 days after this Request to Produce Documents is served.

//

Phuong (aka Jayde) Trinh's Requests for Production of Documents, Set ONE, propounded to Chapter 11 Trustee Richard Marshack, to his attorneys of record Mashack Hays Wood LLP, regarding Jayde Trinh's Motion [dkt.675] for Allowance and Payment of Administrative Claim, a contested matter

2

246

**<u>TRUSTEE MARSHACK IS REQUESTED TO PRODUCE THE</u>**

**<u>FOLLOWING:</u>**

**<u>REQUEST NO. 1</u>**: Produce to Phuong (aka Jayde) Trinh's counsel, LPG's copy of

Phuong (aka Jayde) Trinh's employment contract, signed by Phuong (aka Jayde)

Trinh and by Litigation Processing Group ("LPG").

**<u>REQUEST NO. 2:</u>** Produce to Phuong (aka Jayde) Trinh's counsel,  each sheet which

Phuong (aka Jayde) Trinh signed for LPG's HR department, each time Phuong (aka

Jayde) Trinh received a raise from LPG, verifying the amount of Phuong (aka Jayde)

Trinh's new salary.

**<u>REQUEST NO. 3:</u>**   Produce to Phuong (aka Jayde) Trinh's counsel, the full

employee file which LPG kept on Phuong (aka Jayde)  Trinh, during the time Phuong

(aka Jayde) Trinh was employed by LPG.

**<u>REQUEST NO.4:</u>**  Produce to Phuong (aka Jayde) Trinh's counsel, copies of all

paystubs, which payroll processing company "Paychex" delivered to Phuong (aka

Jayde) Trinh, along with each LPG paycheck which "Paychex" delivered to Phuong

(aka Jayde) Trinh, for all the years Phuong (aka Jayde) Trinh was employed by LPG;

Phuong (aka Jayde) Trinh's Requests for Production of Documents, Set ONE, propounded to
Chapter 11 Trustee Richard Marshack, to his attorneys of record Mashack Hays Wood LLP,
regarding Jayde Trinh's Motion [dkt.675] for Allowance and Payment of Administrative Claim, a
contested matter

3                                                                    247

1

2    **REQUEST NO.5**: Produce to Phuong (aka Jayde) Trinh's counsel copies of the W-2

3    forms which LPG sent, or caused to be sent, to Phuong (aka Jayde) Trinh, for each

4

5    year that Phuong (aka Jayde) Trinh was employed by LPG.

6

7    Dated:  February 29, 2024          THE BANKRUPTCY LAW FIRM, PC

8                                       ___/s/ Kathleen P. March_____

9                                       By Kathleen P. March, Esq. *Counsel for Phuong (aka*

10                                      *Jayde) Trinh on Jayde's [dkt.675] Motion for*
                                        *Allowance & Payment of Admin.Claim, and on this*
11                                      *Request to Produce Docs*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
      _____
      Phuong (aka Jayde) Trinh's Requests for Production of Documents, Set ONE, propounded to
28    Chapter 11 Trustee Richard Marshack, to his attorneys of record Mashack Hays Wood LLP,
      regarding Jayde Trinh's Motion [dkt.675] for Allowance and Payment of Administrative Claim, a
      contested matter

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10524 W. Pico Blvd., Ste. 212, Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled (*specify*):

**ADMINISTRATIVE CLAIMANT PHOUNG (AKA JAYDE) TRINH'S, FRBP RULE 7034 [FRCP RULE 34] AND FRBP RULE 9014 [CONTESTED MATTERS] REQUESTS FOR PRODUCTION OF DOCUMENTS, PROPOUNDED TO RICHARD MARSHACK, CHAPTER 11 TRUSTEE**

will be served or was served in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___2/29/24___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

By FedEx Express Overnight, to go out 3/1/24, to Marshack Hays Wood, Attn: D. Edward Hays, Esq., 870 Roosevelt, Irvine, CA 92620

By email, to Alina Mamlyuk, Esq., amamlyuk@marshackhays.com
By email, to Edward Hays, Esq., ehays@marshackhays.com
By email, to Layla Buchanan, Esq., lbuchanan@marshackhays.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/29/24 | Kathleen P. March | /s/ Kathleen P. March |
|---------|-------------------|----------------------|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

249

# EXHIBIT G

1  Kathleen P. March, Esq., (CA SBN 80366)
2  **THE BANKRUPTCY LAW FIRM, PC**
   10524 W. Pico Blvd, Suite 212, LA, CA 90064
3  Phone: 310-559-9224;    Fax: 310-559-9133
   Email: kmarch@BKYLAWFIRM.com
4  *Counsel for Han Trinh on Han's [dkt.674]*
5  *Motion for Allowance & Payment of Admin.*
   *Claim, and on this Request to Produce Docs*
6

7              UNITED STATES BANKRUPTCY COURT

8       OF THE CENTRAL DISTRICT OF CALIFORNIA— SANTA ANA DIV.

9

10                                      | Bankruptcy Case No. 8:23-bk-10571-SC
    In re                               | Chapter 11
11

12  LITIGATION                          ADMINISTRATIVE CLAIMANT HAN TRINH'S,
    PRACTICE
13  GROUP, PC                           FRBP RULE 7034 [FRCP RULE 34] AND FRBP

14                                      RULE 9014 [CONTESTED MATTERS] **REQUESTS**
    Debtor.
15                                      **FOR PRODUCTION OF DOCUMENTS**,

16                                      PROPOUNDED TO RICHARD MARSHACK,

17                                      CHAPTER 11 TRUSTEE

18                                      **What**:  Requests for Production of Documents

19                                      **What Set**:  Set ONE

20                                      **Propounded to**:  Richard Marshack, Chapter 11
                                        Trustee
21

22                                      **Propounded by**:  Han Trinh,  Movant on Han Trinh's

23                                      Motion [dkt.674] for allowance and payment of

24                                      administrative claim, a contested matter, where Trustee

25                                      is represented by Trustee's Law Firm, Marshack Hays

26                                      Wood LLP

27

28  Han Trinh's Requests for Production of Documents, Set ONE, propounded to Chapter 11 Trustee
    Richard Marshack, to his attorneys of record Mashack Hays Wood LLP, regarding Han Trinh's
    Motion [dkt.674] for Allowance and Payment of Administrative Claim, a contested matter
                                        1
                                                                              251

1    Pursuant to Federal Rules of Bankruptcy Procedure ("FRBP") Rule 9014

2   (contested matters) and pursuant to FRBP Rule 7034 (Requests for Production), which

3   incorporates FRCP Rule 34, Han Trinh, movant on Han Trinh's Motion [dkt.674 in

4   LPG main bankruptcy case docket] for allowance and payment of administrative

5   claim—which Motion is a contested matter in which discovery may be taken--

6   requests that Chapter 11 Trustee Richard Marshack--by Trustee's law firm (Marshack

7   Hays Wood LLP), which represents Trustee Marshack regarding Han Trinh's

8   administrative claim Motion [dkt.674] :

9        (1) produce the documents requested herein, and

10        (2)  serve a written Response to this Request for Production, as required by

11   FRCP Rule 34(b)(2)(A) and (B) (incorporated into FRBP Rule 7034).

12     Both the documents here requested,  and the written Response, are required to

13   be served on Han Trinh's counsel, listed on page 1 supra,  within 30 days after this

14   Request to Produce is served by email on Trustee Marshack's attorneys who have

15   communicated with Han Trinh's counsel regarding Han Trinh's [dkt.674] Motion, and

16   who are D.Edward Hays, Layla Buchanan, and Alina Mamlyuk, Esq. of Marshack

17   Hays Wood LLP law firm.   All are being served by email, as e-file/e-serve attorneys,

18   plus are being served by Federal Express next day delivery, as Trustee Marshack's

19   counsel of record.

20    Documents requested are required to be served by placing the documents in

21   Dropbox and sending an invitation to view said documents to counsel for Han Trinh

22   (The Bankruptcy Law Firm, P.C. by Kathleen P. March, Esq.,to

23   kmarch@bkylawfirm.com).  Alternatively, the documents can be produced in paper

24   form, by delivering them to The Bankruptcy Law Firm, PC, within the 30 days after

25   this Request to Produce Documents is served.

26   //

27

28   _____
     Han Trinh's Requests for Production of Documents, Set ONE, propounded to Chapter 11 Trustee
     Richard Marshack, to his attorneys of record Mashack Hays Wood LLP, regarding Han Trinh's
     Motion [dkt.674] for Allowance and Payment of Administrative Claim, a contested matter
     2

## TRUSTEE MARSHACK IS REQUESTED TO PRODUCE THE FOLLOWING:

**REQUEST NO. 1**: Produce to Han Trinh's counsel, LPG's copy of Han's employment contract, signed by Han and by Litigation Processing Group ("LPG").

**REQUEST NO. 2:** Produce to Han Trinh's counsel,  each sheet which Han Trinh signed for LPG's HR department, each time Han Trinh received a raise from LPG, verifying the amount of Han's new salary.

**REQUEST NO. 3:**   Produce to Han Trinh's counsel, the full employee file which LPG kept on Han Trinh, during the time Han Trinh was employed by LPG.

**REQUEST NO.4:**  Produce to Han Trinh's counsel, copies of all paystubs, which payroll processing company "Paychex" delivered to Han Trinh, along with each LPG paycheck which "Paychex" delivered to Han Trinh, for  all the years Han Trinh was employed by LPG;

**REQUEST NO.5**: Produce to Han Trinh's counsel copies of the W-2 forms which LPG sent, or caused to be sent, to Han Trinh, for each year that Han Trinh was

Han Trinh's Requests for Production of Documents, Set ONE, propounded to Chapter 11 Trustee
Richard Marshack, to his attorneys of record Mashack Hays Wood LLP, regarding Han Trinh's
Motion [dkt.674] for Allowance and Payment of Administrative Claim, a contested matter
3

255

1    employed by LPG.

2

3    Dated:  February 29, 2024          THE BANKRUPTCY LAW FIRM, PC

4                                       ___/s/ Kathleen P. March_____

5                                       By Kathleen P. March, Esq. *Counsel for Han Trinh on
6                                       Han's [dkt.674] Motion for Allowance & Payment of
7                                       Admin.Claim, and on this Request to Produce Docs*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    Han Trinh's Requests for Production of Documents, Set ONE, propounded to Chapter 11 Trustee
      Richard Marshack, to his attorneys of record Mashack Hays Wood LLP, regarding Han Trinh's
      Motion [dkt.674] for Allowance and Payment of Administrative Claim, a contested matter

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10524 W. Pico Blvd., Ste. 212, Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled (*specify*):

**ADMINISTRATIVE CLAIMANT HAN TRINH'S, FRBP RULE 7034 [FRCP RULE 34] AND FRBP RULE 9014 [CONTESTED MATTERS] <u>REQUESTS FOR PRODUCTION OF DOCUMENTS</u>, PROPOUNDED TO RICHARD MARSHACK, CHAPTER 11 TRUSTEE**

will be served or was served in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___2/29/24___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

By FedEx Express Overnight, to go out 3/1/24, to Marshack Hays Wood, Attn: D. Edward Hays, Esq., 870 Roosevelt, Irvine, CA 92620

By email, to Alina Mamlyuk, Esq., amamlyuk@marshackhays.com
By email, to Edward Hays, Esq., ehays@marshackhays.com
By email, to Layla Buchanan, Esq., lbuchanan@marshackhays.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/29/24 | Kathleen P. March | /s/ Kathleen P. March |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                  **F 9013-3.1.PROOF.SERVICE**
255

# EXHIBIT H

| From: | K. P. March |
|---|---|
| To: | "Alina Mamlyuk" |
| Cc: | "Ed Hays" |
| Subject: | To Trustee Marshack Atty Alina Mamlyuk of Marshack Hays firm, from KPMarch Esq of Bky LF, counsel to Han and Jayde Trinh on their dkt.674 and 675 admin claim motions. Please read and reply. Thx. |
| Date: | Thursday, April 4, 2024 6:25:36 PM |

040424

To Trustee Marshack Atty Alina Mamlyuk of Marshack Hays firm, from KPMarch Esq of Bky LF, counsel to Han and Jayde Trinh on their dkt.674 and 675 admin claim motions

Atty Mamlyuk:

Your below email is WRONG on your supposed facts, and your accusatory tone is improper, particularly as what you say is WRONG on the supposed facts.

Directly contrary to what your below email states, Han Trinh and Jayde Trinh, each continued, **until 6/2/23**, to do their same administration work (Han) and administration and legal work (atty Jayde) for LPG, which each of them had done for LPG, for over 2 years, and are entitled to be paid their LPG salaries for doing that work. Not only did they continue with their job duties but took on more and whatever was needed for any LPG or former LPG client that contacted LPG directly. Han testified in her deposition taken on 3/20/24 that Han worked from 01/29/2021 to 06/02/2023.

There are numerous LPG emails and LPG call logs establishing that Han and Jayde continued to do necessary work administering all and any work that LPG required, up to 6/2/23. Again, despite the evidence that you received, there are still emails that will show that Han and Jayde were continuing to actively administer LPG files for the benefit of LPG. In addition, multiple former LPG attorneys, LPG's outside counsel, and other employees would be able to verify ongoing communications with both Han and Jayde re LPG files and LPG itself up until 6/2/2023. Han and Jayde do not have access to those emails, at present, because those emails are part of the emails/data seized in the 6/2/23 Lockouts and seizures. Dinsmore firm and its field agents have all those emails, because it was Dinsmore firm and its field agents that seized computers, emails, and data on 6/2/23.

Until sometime in April 2023, Han and Jayde didn't know LPG had filed bankruptcy on 3/20/23.  As Han's Declaration to admin claim attests,  "Around the first week of April 2023, Tony Diab and attorney Daniel March of LPG-- who had been in charge of LPG during the years Jayde and I had worked for LPG-- told me that LPG had filed bankruptcy, and that Diab and Dan March would continue to be in charge of LPG, now that LPG had filed bankruptcy. They told me that Jayde and I and the other LPG W-2 employees that were left should continue working for LPG, that LPG would keep running for a year, and that attorney Dan March and Diab would have the bankruptcy court approve LPG paying the salaries of me, Jayde, and the other remaining employees of LPG. I kept working for LPG, based on Tony Diab's telling me that Diab and attorney Dan March of LPG would get the Bankruptcy Court to approve LPG paying the salaries of me, Jayde, and the other LPG W-2 employees."

Han and Jayde didn't know that Marshack had been appointed as Chapter 11 Trustee to run LPG, until 6/2/23, and didn't know that Marshacks' special counsel, the Dinsmore firm, had, on 5/25/23 filed a sealed adversary proceeding complaint, and a sealed Motion for dkt.13 Lockout and Preliminary Injunction Order, got that granted at an ex parte hearing on 5/26/23, with no notice to any defendants (Including no notice to defendants Greyson Law Center PC,

257

Han or Jayde, or to any other of the many persons/entities named as defendants in that adversary proceeding).

Han and Jayde's work continuing to administer the 28,000 LPG active litigation files, until 6/2/23, not only benefited LPG, it was **essential work**, as Han and Jayde's Declarations to their administrative claim motions explain. There were a few people left at LPG to do that essential work which Han and Jayde did, including answering questions for those 28,000 clients, assigning attorneys to defend clients who were sued in state court suits, helping clients contact/stay connected with the attorneys defending those of the clients who were being sued in state court suits, etc.

If they had not done that work, LPG could not carry on its business. But for Han and Jayde administering the 28,000 files, those files would have been in disarray, instead of being kept serviced until 6/2/23.

Han's Decl, paragraph 11 attests: "In our 2 plus years as LPG employees, to and including 6/2/23, Jayde and I were **essential** employees of LPG, because Jayde and I were the LPG employees who administered approximately 28,000 active litigation files of LPG clients, including hiring, managing, assigning, and monitoring performance of attorneys to represent LPG clients, for clients whose matters were not resolved short of lawsuits.  Jayde and I were the **only** LPG employees administering LPG's 28,000 active litigation files. Without us administering LPG's 28,000 active litigation files, LPG could not carry on its business."

Trustee Marshack would not have been able to sell LPG's clients/client files to Morning Law, for the multiple millions of dollars Morning Law agreed to pay, if those 28,000 of LPG active litigation files were in disarray, not serviced since the 3/20/23 date LPG filed bankruptcy. Due to Han and Jayde's continuing to administer those 28,000 LPG client files, up to 6/2/23, Marshack was able, in July 2023 [once Marshack and Phoenix/Carss/Tan stipulated to the avoidance of the client files, which had been transferred to Phoenix, but which, by avoidance" were returned to LPG] to sell LPG's clients/files in the Bankruptcy Court sale Motion, where Morning Law bought them for multiple millions of dollars.

6/2/23 was the date on which the Dinsmore firm and its field agents performed the Lockout of Greyson Law Center, PC, from Greyson's office, seizing computers and data.  6/2/23 date was the first date on which Dinsmore firm attorney Christopher Celentino, or any other attorney or field agent of Trustee Marshack, ever communicated with Han Trinh, or Jayde Trinh in any way.  On 6/2/23 Tony Diab received a phone call from Celentino, and conferenced Han Trinh into that call, as Han Trinh's dkt.674 admins Motion explains.  That was the first that Han found out what it meant that Marshack had been appointed as Trustee over LPG and that Trustee by Dinsmore firm, had moved for and obtained, by sealed ex parte Motion, the dkt.13 Lockout & Preliminary Injunction Order that was executed on Greyson's, Phoenix's and other defendants' offices, on 6/2/23. 6/2/23 is the date that Han and Jayde ceased any and all work for LPG.

As Han testified in her 3/20/24 deposition, and as Scott Eadie's Declaration filed by my firm on 4/2/24 attests, Greyson Law Center, PC was incorporated on 5/12/23, with the California Secretary of State, and is wholly owned by Scott Eadie, Esq., who is Greyson's managing attorney.  Yes, Jayde and Han did work for Greyson from 5/1/23 onward, but as Greyson had very few clients, that did not take much time, so Han and Jayde were able to continue administering work for LPG, up to 6/2/23, and are entitled to be paid by the LPG bankruptcy estate for doing so.

Though Trustee Marshack, as LPG's trustee, has access to all LPG Paychex documents, Han Trinh produced all Han's Paychex paystubs that Han was able to access, on 3/15/24, before Han's 3/20/24 deposition. As Han explained in her 3/20/24 deposition, Han's W-2 form from LPG for 2023 year shows Han did NOT receive any extra paycheck.  Rather, there was a Paychex payroll which was supposed to be funded but did not get paid because it was not funded by LPG.  My firm, as counsel for Han, produced Han's W-2 form from LPG for 2023, on 3/15/24, before Han's 3/20/24 deposition.  That W-2 shows there was no "overpayment to Han". My firm, for Han, also produced Han's bank account records, on 3/15/24, before Han's 3/20/24 deposition, which show all the payments from LPG.  To help you understand there was no double payment, or over payment, because there was one missed payment, see the following: Pink circles are dates that LPG should have processed and paid payroll. Purple lines are dates that employees, including Han, received actual payroll payment in their bank account.







It is disingenuous (and false, twice)  that your below email states:  "The fact that the Trinhs were not LPG employees conclusively defeats their administrative claim motions" , when, on  3/21/24, you signed your declaration to your firm's pleading, for Trustee Marshack [dkt.1054 in main LPG bky case], which pleading states, at p. 4, line 21 3t seq, that  'Trustee obtained authorization to pay compensation to the employees who had been servicing the client files until they could be sold", even though the 4 administrative claimants in question did NOT work for LPG, but rather, worked respectively, for Maverick Management – the processing company for Phoenix Law and an alter ego of LPG.  Therefore, not being an employee of LPG is NOT fatal.  But here, the Trinhs continued to do essential work **directly for LPG**—not for some other entity—up to 6/2/23, and they are entitled to be paid for that work.  Do you not read your own pleadings?  Or do you hope my firm does not read your firm's pleadings?

For all reasons stated in Han's [dkt.674] and Jayde's [dkt.675] administrative claim motions, and for all reasons stated here, those motions are meritorious, and will NOT be withdrawn. Rather than Trustee, by your firm, opposing those Motions, Trustee should be thanking the Trinhs for their administration of the 28,000 LPG active litigation files, up to 6/2/23, that allowed Trustee to sell those files to Morning Law Firm many millions of dollars.  Now that this email has clarified things for you, your firm should file a *STATEMENT OF NON-OPPOSITION* to Han Trinh's and Jayde Trinh's administrative claim motions, and my firm requests that you do that.

Please REPLY to confirm receipt. of this email and do please email my firm whatever documents your below email is talking about, which you say you will send my firm.

PS:  My firm duly served Han Trinh's Requests to Produce Documents on your firm on 2/29/24, and duly served Jayde Trinh's Request to Produce Documents on your firm, on 2/29/24, as Trustee's counsel on the Motions for allowance and payment of administrative claims.  My firm served those by email, on you atty Mamlyuk, and by mail on Marshack Hays, on 2/29/24.  Copies are attached for your convenience.  Written Responses were due 30 days after service.  No written Responses to the 2 Requests to Produce Documents have been served on my firm, by email, or by mail.  The written Responses and document production are overdue.  Because both are overdue, all objections are waived.  Please therefore promptly, email my firm written Responses of Trustee Marshack, to both Han's, and Jayde's Requests to Produce Documents, and promptly produce the requested documents.   **Please REPLY to confirm your firm will do this**.  Thx.

KPMarch

Kathleen P. March, Esq.
The Bankruptcy Law Firm, PC
10524 W. Pico Blvd, Suite 212
Los Angeles, CA 90064
Phone: 310-559-9224
Fax:  310-559-9133
E-mail:  kmarch@BKYLAWFIRM.com

## PHUONG JAYDE TRINH DECLARATION TO THIS REPLY

I, PHUONG JAYDE TRINH (aka "Jayde"), declare:

1. My administrative claim Motion [dkt675] filed 11/17/24, requests that LPG's bankruptcy estate pay me my Litigation Practice Group PC ("LPG") salary, for the 11 weeks of essential work I did for LPG, from 3/20/23 to 6/2/23.

2. I have read Trustee Marshack's Opposition ("OPP") [dkt.1103] filed 4/11/24. That OPP alleges I am not entitled to be paid my salary by LPG's bankruptcy estate, for that 11 weeks of essential work I did for LPG, from 3/20/23 to 6/2/23, and that I am not entitled to be paid the vacation pay that I accrued before 3/20/23, the date on which LPG filed bankruptcy . I disagree, because my accrued vacation pay was not due until I ceased to be employed by LPG, which was months post-petition. Many of my and Han's LPG paychex paystubs, attached to March decl, show we are accruing vacation pay.

3. We accrued vacation at 6.16 hours per 2 week pay period. Even if only the vacation pay that Han and I accrued, from 3/20/23 to 6/2/23, was ordered paid, that would be 33.88 hours vacation pay accrued during that period, for Han, which is $4,878.72 for Han at Han's salary; and would be 33.88 hours vacation pay accrued during that period, for Jayde, which is $4,065.60 for Jayde at Jayde's salary.

4. OPP is error, in alleging I was not a W-2 employee of LPG from 3/20/23 through 6/2/23 (date of Lockouts). I was an LPG W02 employee that whole time.

5. LPG's payroll processor, Paychex, shows that as of 6/2/23, LPG had 5 active employees: Daniel March, Olga Esquivel, Han Trinh, Phuong Trinh (me) and Carl Wuestehouse. That Paycheck printout is an Exhibit to Han Trinh's Declaration to this Reply. That same Han Trinh Declaration is also attached to Han's Reply to Trustee's OPPOSITION to Han's Motion [dkt.674] for allowance and payment of administrative claim.

6. I did send the email to Tony Diab and Daniel March on 3/21/23 that is attached to OPP, saying that my assistant (Mona) and I are no longer employed by LPG. I sent that email because I was very frustrated at how difficult it was to get answers from either Dan March, Esq., who was my direct boss at LPG, or Tony Diab, so that I can respond to client and attorney questions that I was being asked to answer, during a very stressful time at LPG.

7. Immediately after I sent that email, Tony Diab called me and asked me to keep working for LPG, and asked that Mona Montiero (my assistant) also keep working for LPG. I agreed, and by later that same day, 3/21/23, I was back doing LPG's work. Tony Diab's Declaration to this Reply attests to this.

8. I continued working for LPG, as a W-2 employee until 6/2/23.

---

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

9. There is an email attached to OPP, dated 3/21/23, where I am responding to one of LPG's attorneys defending LPG clients in state court cases.

10. Attached as **Exhibit A** to my herein Declaration are documents showing I was working after 3/21/23.

11. I do not have access to LPG's phone logs, or to LPG's email.  LPG's phone logs and email would show that I, continued to work for LPG, until the 6/2/23 lockouts, where Trustee and his attorneys took control of everything.

12. LPG's procedure, in 2022 and 2023 was to send written Termination slips, to employees who are terminated, either because LPG terminates the employee or because the employee quits.  Examples of LPG Termination slips are attached to Han's Declaration  hereto.  I never received a termination slip from LPG.

13. I was employed by Greyson Law Center, PC ("Greyson"), during  part of the time from 3/20/23 to 6/2/23, but as Greyson only had 48 client files, as of 6/2/23, working for Greyson left me plenty of time to continue doing my essential work for LPG, particularly as I was able to work nights and weekends, as needed.

14. I did at least 40 hours of work for LPG each week, from 3/20/23 through 6/2/23.  But because I was a salaried W-2 employee at LPG, I did not keep daily time records of what work I did for LPG each day.  None of LPG's salaried employees were required to do that.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

15. Because I was responsible for a wide range of tasks, varying each day, and because I oversaw the entire team of local counsel attorneys and their staffs, no day was the same so there was no "typicality".

16. I have not received my 2023 W-2 form from LPG, though by law, LPG was required to send me that W-2 form for the year 2023 by February 2024.

17. My attorneys, The Bankruptcy Law Firm, PC, by Kathleen P. March, Esq., sent an email to Alina Mamlyuk Esq of Trustee's Marshack Hays firm, telling her that LPG was overdue sending me my 2023 W-2 form, and to please send it. (See March's Declaration).  Getting nothing from Mamlyuk, March's firm on 2/29/24, served Trustee Marshack (by serving his firm, Marshack Hays, with a Request to Produce documents, which including asking Trustee to produce my 2023 year W-2 form from LPG.  See March Decl hereto that nothing was produced, even when March sent Mamlyuk an email reminding Mamlyuk that Trustee was overdue serving his Response and producing documents.

18. LPG, which at its height had over 400 employees, had very few employees left during the 3/20/23 to 6/2/23 period. I was only a W-2 salaried employee at LPG, nothing more.  I was never an officer, director or shareholder of LPG. OPP is in error, in saying I am an insiders of LPG.  I do NOT meet the definition of insiders in Bankruptcy Code 11 USC §101(31), which I have read. LPG was managed by Tony Diab and by LPG Managing Attorney Daniel March, Esq., never by me. Han and I never managed LPG at any time.

**REPLY OF PHUONG JAYDE TRINH ("JAYDE"), TO TRUSTEE MARSHACK'S OPPOSITION TO JAYDES'S MOTION [DKT.675] FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM PER 11 U.S.C. §503(b)(1)(A); REPLY DECL. OF JAYDE TRINH; DECLS. OF TONY DIAB, HAN TRINH, KATHLEEN P. MARCH, ESQ., AND MULTIPLE ADDITIONAL DECLARANTS, AS ATTACHED**

165

4

1  19. I never participated, in any way, in transferring LPG client files to other Law

2  Firms or in transferring LPG money anywhere.  Nor did LPG send any LPG

3
4  client files, or LPG money, to Greyson Law Center PC.  The present Greyson

5  Law Center, PC was not incorporated until 5/12/23, and did not exist in any

6
7  form at the time LPG was transferring LPG client files, and LPG money, to

8  other Law Firms, in January-February 2023.

9  20. OPP (p.9, lines 21-25 is totally in error where it alleges (citing nothing): "There

10  was simply no more work at LPG", because LPG had transferred its files to

11
12  other law firms.  The reality is opposite to OPP's "There was simply no more

13  work at LPG" no-evidence allegation.   My team and I had **more work to do**,

14  from 3/20/23 to 6/2/23, than before 3/20/23, because there were **significantly**

15
16  **increased communications to LPG**, by both clients and by the "local counsel"

17  attorneys defending clients in state court suits across the US, as a result of (1)

18
19  LPG having transferred LPG's files to other law firms (2) LPG filing

20  bankruptcy on 3/20/23, (3) the erroneous "double pulls" from clients (ie,

21  drawing double money out of client's bank accounts or credit cards, (4) clients

22
23  and attorneys emailed and phoned LPG, saying they could not reach anyone at

24  Oakstone or Phoenix, and (5) if the clients and local counsel had been able to

25  reach anyone at Oakstone or Phoenix, the people at Oakstone and Phoenix

26  didn't know enough about the clients/lawsuits against clients, to answer the

27
28  questions that were then asked to me and Han at LPG, and (6) people from

REPLY OF PHUONG JAYDE TRINH ("JAYDE"), TO TRUSTEE MARSHACK'S OPPOSITION TO
JAYDES'S MOTION [DKT.675] FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM PER
11 U.S.C. §503(b)(1)(A); REPLY DECL. OF JAYDE TRINH; DECLS. OF TONY DIAB, HAN TRINH,
KATHLEEN P. MARCH, ESQ., AND MULTIPLE ADDITIONAL DECLARANTS, AS ATTACHED    166    5

Oakstone and Phoenix phoned and emailed me and Han, asking us to help them, because they lacked information.

21. There was no one left at LPG to do the work that Han and I, and our assistants, did from 3/20/23 to 6/2/23.  Dan March didn't know the files or issues well enough to answer the inquires we answered from 3/20/23 to 6/2/23, and seemingly didn't have time to do so.

22. For all 6 of these reasons, nothing could be further from the truth than OPP's "simply no more work at LPG" unsupported allegation.  All 6 of these things that I listed immediately supra resulted in there being a larger volume of communications that I and my assistants, and Han and her assistants, had to respond to, between 3/20/23 and 6/2/24, than the volume of communications we had to respond to, before 3/20/23.

23. LPG benefitted from the work that I did, because my work -- fielding all the client and attorney communications from 3/20/23 to 6/2/23, kept the LPG's client base from falling apart -- which allowed Trustee Marshack to sell the LPG client files, in July 2023, for many millions of dollars, to Morning Law. Tony Diab's Declaration signed 4/14/24,  to Han and my REPLIES to OPPs,attests to this.

24. Because my post-petition work was essential (no one else to do it), was done at LPG's request,  and because our work benefitted LPG (which sold the client files for many millions of dollars in July 2023), I would be entitled to be paid

on a quantum meruit basis, for that work, even if I had not been a LPG W-2

employee, which I was.  The most accurate measure of the quantum meruit

value would be my W-2 salary.

25. Dan March worked from his office down the street from LPG's Tustin office,

and was hardly ever at LPG's Tustin office.

26. LPG was equipped so that employees, including Han and I, and our assistants,

could work remotely.  We all worked at LPG's Tustin office some of the time,

and we all worked remotely some of the time, from 3/20/23 to 6/2/23.  When

LPG was evicted from its Tustin office at the end of May 2023, everyone had to

work remotely, as LPG no longer had its Tustin office.

27. I continued on as a W-2 employee of LPG from 3/20/23 to 6/2/23, because

Tony Diab told me and Han, on or around early April 2023, that LPG had filed

bankruptcy, but that Diab would get the Bankruptcy Court to authorize LPG to

pay my salary.

28. I had no part in making the decision that LPG would file bankruptcy, and I did

not find out LPG had filed bankruptcy until on or around the beginning of April

2023, after LPG had already filed bankruptcy.  I was still attempting to have

LPG pay bills as late as March 15th. If I was aware that LPG was going to file

bankruptcy, less than a week later, I would have had no incentive to have LPG

pay those bills, since filing bankruptcy would cause a stay on such payments

anyhow.  See **Exhibit B.**

29. On or around January-February 2023, Diab had told me and Han that LPG was going to "wind up" operating, which would take around a year.  Diab didn't say anything about LPG filing bankruptcy.  When Diab said that, and at all times, my focus was on protecting the clients and the employees of LPG. See **Exhibit C** (where Diab uses wind up term to both me and Han and text from me to Han referencing same).

30. I believe that LPG had already transferred the majority of LPG's client files to other law firms before I knew those transfers had occurred.  However, since Diab had told me on or around January 2023, that LPG was going to wind up, I did not think there was anything unusual or incorrect about LPG transferring LPG's client files to other law firms for servicing, because with LPG  winding up, the client files would have to be transferred to other law firms to service the clients.  As far as I knew, that would be the only option due to LPG  winding up (aka ceasing operations). See Exhibit 47, p.107 to Alex Rubin [dkt.1099] Declaration dated 1/26/23 from LPG managing attorney Daniel March, to Oakstone Law Group ("OLG"), a law firm that the letter says 15,585 LPG client files are being transferred to, for servicing, and that "OLG shall collect client payments and remit the sum of 20% of revenue collected to LPG as compensation to LPG".

31. I never signed an employment contract with OLG agreeing to be its managing attorney, nor did I receive any compensation from OLG. Although I tentatively

REPLY OF PHUONG JAYDE TRINH ("JAYDE"), TO TRUSTEE MARSHACK'S OPPOSITION TO JAYDES'S MOTION [DKT.675] FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM PER 11 U.S.C. §503(b)(1)(A); REPLY DECL. OF JAYDE TRINH; DECLS. OF TONY DIAB, HAN TRINH, KATHLEEN P. MARCH, ESQ., AND MULTIPLE ADDITIONAL DECLARANTS, AS ATTACHED

8

169

agreed to be "interim" managing attorney at Oakstone, after further

consideration, I ultimately declined to accept. See **Exhibit D** (oakstone

secretary of state)

32. Contrary to Dearwester's declaration, I never owned the i8 car referenced in

Jane Dearwester's Declaration, nor did I ever tell Jane that I did. In total, I used

the i8 for no more than 14 days. As far as I recall, numerous others used the i8

as well, and for longer periods of time than myself (see Mallory McCarthy dec).

Further, as referenced therein, Diab was not funding a "luxurious lifestyle" for

me. I have only ever attended one conference in Vegas. Two were in Colorado

and one was San Diego. I flew commercial and/or drove. Tony Diab never

attended any of these conferences. LPG funded the basics – transportation,

hotel, food, and registration for the conferences. Any activities that could be

construed as even remotely "lavish" would have been paid by other third-parties

in attendance at the conference. In addition, the ONE Vegas conference was

also attended by three other attorneys at LPG. These conferences were not

created by LPG, they were industry-wide events attended by dozens if not

hundreds of entities.  See **McCarthy Dec**.

33. Again, contrary to Dearwester's declaration, at all pertinent times, I was

licensed to practice law in the State of California. Prior to passing the California

Bar, I was provisionally licensed by CalBar on 12/2/2020. A provisionally

licensed attorney is able to practice as any licensed attorney would as long as

REPLY OF PHUONG JAYDE TRINH ("JAYDE"), TO TRUSTEE MARSHACK'S OPPOSITION TO
JAYDES'S MOTION [DKT.675] FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM PER
11 U.S.C. §503(b)(1)(A); REPLY DECL. OF JAYDE TRINH; DECLS. OF TONY DIAB, HAN TRINH,
KATHLEEN P. MARCH, ESQ., AND MULTIPLE ADDITIONAL DECLARANTS, AS ATTACHED

9

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

they were under the supervision of a licensed attorney. Moreover, this fact was

displayed on LPG's website. See **Exhibit E**.

I declare under penalty of perjury that the foregoing is true and correct and that this

Declaration is executed at Houston, Texas on April__17__, 2024.

PHUONG JAYDE TRINH

**REPLY OF PHUONG JAYDE TRINH ("JAYDE"), TO TRUSTEE MARSHACK'S OPPOSITION TO
JAYDES'S MOTION [DKT.675] FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM PER
11 U.S.C. §503(b)(1)(A); REPLY DECL. OF JAYDE TRINH; DECLS. OF TONY DIAB, HAN TRINH,
KATHLEEN P. MARCH, ESQ., AND MULTIPLE ADDITIONAL DECLARANTS, AS ATTACHED**

171

10

# Exhibit A





General Counsel
**The Litigation Practice Group PC**
17542 17th Street, Suite 100
Tustin, CA 92780
tel. (949) 715-0644
fax (949) 315-4332
attorney@lpglaw.com

NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you

**From:** paymentlegal <paymentlegal@lpglaw.com>
**Sent:** Tuesday, March 21, 2023 11:39 AM
**To:** Attorney <attorney@lpglaw.com>; Tracking <tracking@lpglaw.com>

274





March 27

Attorney                                    Mar 28, 2023
To Reid Wood, You, You and Admin            ...

Settlement reported

General Counsel
**The Litigation Practice Group PC**
17542 17th Street, Suite 100
Tustin, CA 92780
tel. (949) 715-0644
fax (949) 315-4332
attorney@lpglaw.com

NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you

**From:** paymentlegal <paymentlegal@lpglaw.com>
**Sent:** Tuesday, March 28, 2023 6:12 AM
**To:** Attorney <attorney@lpglaw.com>; Tracking <tracking@lpglaw.com>



March 27

**Attorney**                                                    Mar 28, 2023
To Reid Wood, You, You and Admin

Settlement reported

General Counsel
**The Litigation Practice Group PC**
17542 17th Street, Suite 100
Tustin, CA 92780
tel. (949) 715-0644
fax (949) 315-4332
attorney@lpglaw.com

NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you

**From:** paymentlegal <paymentlegal@lpglaw.com>
**Sent:** Tuesday, March 28, 2023 6:12 AM
**To:** Attorney <attorney@lpglaw.com>; Tracking <tracking@lpglaw.com>







Apr 25, 2023 at 7:06 PM

This dumb bitch lol



I thought the BK info was public record? I don't even want to respond lol

It is. I have it. But before that you should respond

Freda - I am no longer employed at LPG. I am assisting in my free time because I want to try to help clients the best I can.
I do not appreciate you telling me what to do and I ask that you no longer make demands of me. However, I will try to reach out to Dan for the bk filing information to see if I can assist you. Please send a follow up email to at

     Text Message     





**3:35**

332

**MA**

Matt >

Wed, May 10 at 12:13 PM



**Kathie Lacey - Transaction History.csv**

Text Document · 4 KB

Wed, May 10 at 2:44 PM

THANK YOU!!!

We just had our conference – this is so helpful!!



# Exhibit B





1 of 2

New York, NY 10001-5497

**tru Park**

**Monthly Parking Invoice**

Invoice No.  2349

Invoice Date: 03/15/2023
Date Due: 03/15/2023
Status: Open

TO:

**LITIGATION PRACTICE GROUP**

500 Broward Blvd, 18th Floor
Ft. Lauderdale, FL 33394

| Date | Qty | Description | Price | Charge |
|------|-----|-------------|-------|--------|
| 03/15/2023 | 1 | Broward Financial Center Litigation Practice Group Contract, Unreserved - (1) [49185]: Church Matthew Space #: | $0.00 | $0.00 |
| 03/15/2023 | 1 | Broward Financial Center Litigation Practice Group Contract, Unreserved - (2) [60030]: Ogugua Andrew Space #: | $0.00 | $0.00 |
| 03/15/2023 | 1 | Broward Financial Center Litigation Practice Group Contract, Unreserved - (3) [60032]: Corley Valerie Space #: | $0.00 | $0.00 |
| 03/15/2023 | 1 | Broward Financial Center Litigation Practice Group Contract, Unreserved - (4) [49172]: Brown Frank Space #: | $0.00 | $0.00 |
| 03/15/2023 | 1 | Broward Financial Center Litigation Practice Group Contract, Unreserved - (5) [49173]: Arbesu Monica Space #: | $0.00 | $0.00 |
| 03/15/2023 | 1 | Broward Financial Center Litigation Practice Group Contract, Unreserved - (6) [49174]: Montero Gustavo Space #: | $0.00 | $0.00 |
| 03/15/2023 | 1 | Broward Financial Center Litigation Practice Group Contract, Unreserved - (7) [49175]: Trinh Jayde Space #: | $100.00 | $100.00 |
| 03/15/2023 | 1 | Broward Financial Center Litigation Practice Group Contract, Unreserved - (8) [49176]: Diab Tony Space #: | $100.00 | $100.00 |
| 03/15/2023 | 1 | Florida State Tax (7.00000 %) | $14.00 | $14.00 |

| | | |
|---|---|---|
| **Total New Charges:** | | **$214.00** |
| *If you have already paid this amount please disregard*  **Previous Balance:** | | **$1,177.00** |
| **Recent Payments:** | | **$0.00** |
| **Total Due:** | | **$1,391.00** |

Trupark                    jmalek@truparkusa.com

**Summary of Parking Charges**

| Type | Description | Rate | Quantity | Amount |
|------|-------------|------|----------|--------|
| UNRSV | Unreserved | $100.00 | 2.00 | $200.00 |
| UNRSV | Unreserved | $0.00 | 6.00 | $0.00 |
| Tax | Florida State Tax | $0.00 | 1.00 | $14.00 |
| | | | 9.00 | $214.00 |

286

# Exhibit C



Feb 8, 2023 at 1:55 PM

Jordans done. She said she can't do it anymore. But she'll stay until the day of the bar.

Tony Diab

Get the paychex login and send cecilia home, paid leave the rest of the week and she can come back Monday to do winding up. Not her fault, but the stress broke her she's a liability. Have her reset



**6:41**

**352** HT **Han**

Feb 21, 2023 at 8:17 PM

Are you sure it's Friday latest fide

Dude

This is getting scary

Reid and I are heading to Tony's house right now. I might walk. I'm pushed to the fucking edge right now.

He just shoved health insurance on to my plate as well.

Bet you guys wish you didn't piss off cece

I don't think he realized how much work Cece did

The leases

The 401k

The health insurance

Shove it on Mallory!!!

She probs would be able to do it

She can't cause she needs to

Text Message



**6:42**    LTE

352    HT    Han ›

She can't cause she needs to focus on bbb complaints

Refunds

PPE was bad today.

They pulled way more from the client than their monthly pay

Does Mallory even need BBB if LPG is winding up

Fucking ditch it

Tony said yes it's a must

I don't know why.

It's a fucking must everyone gets paid

He better make sure we get paid

I know that

He forgets staff live paycheck to paycheck

Because he's just all happy in his little bachelor house

Text Message

# Exhibit D



5426848



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**ARTICLES OF INCORPORATION
CA PROFESSIONAL CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: 5426848
Date Filed: 1/9/2023

| Corporation Name | |
| Corporation Name | Oakstone Law Group PC |

| Initial Street Address of Principal Office of Corporation | |
| Principal Address | 888 PROSPECT STREET
STE 200
LA JOLLA, CA 92037 |

| Initial Mailing Address of Corporation | |
| Mailing Address | 888 PROSPECT STREET
STE 200
LA JOLLA, CA 92037 |
| Attention | |

| Agent for Service of Process | |
| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM
Registered Corporate 1505 Agent |

**Shares**

The total number of shares the corporation is authorized to issue is: 1,000

Does the corporation have more than one class or series of shares? No

**Purpose Statement**

The purpose of the corporation is to engage in the profession of law and any other lawful activities (other than the banking or trust company business) not prohibited to a corporation engaging in such profession by applicable laws and regulations. This corporation is a professional corporation within the meaning of California Corporations Code section 13400 et seq.

Additional information and signatures set forth on attached pages, if any, are incorporated herein by reference and made part of this filing.

**Electronic Signature**

☒ By checking this box, I acknowledge that I am electronically signing this document as the incorporator of the Corporation and that all information is true and correct.

| *Michael Thomas* | *01/09/2023* |
| Incorporator Signature | Date |

B1389-2013 01/09/2023 11:25 PM Received by California Secretary of State

Page 1 of 1

292

 

BA20230313432

B1526-4466 02/23/2023 12:28 PM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20230313432 |
| Date Filed: 2/23/2023 |

**Entity Details**

| | |
| --- | --- |
| Corporation Name | Oakstone Law Group PC |
| Entity No. | 5426848 |
| Formed In | CALIFORNIA |

**Street Address of Principal Office of Corporation**

| | |
| --- | --- |
| Principal Address | 888 PROSPECT STREET STE 200 LA JOLLA, CA 92037 |

**Mailing Address of Corporation**

| | |
| --- | --- |
| Mailing Address | 888 PROSPECT STREET STE 200 LA JOLLA, CA 92037 |
| Attention | |

**Street Address of California Office of Corporation**

| | |
| --- | --- |
| Street Address of California Office | 888 PROSPECT STREET STE 200 LA JOLLA, CA 92037 |

**Officers**

| Officer Name | Officer Address | Position(s) |
| --- | --- | --- |
| Dongliang Jiang | 888 PROSPECT STREET STE 200 LA JOLLA, CA 92037 | Chief Financial Officer |
| Scott J Eadie | 888 PROSPECT STREET STE 200 LA JOLLA, CA 92037 | Chief Executive Officer |
| Jimmy Chhor | 888 PROSPECT STREET STE 200 LA JOLLA, CA 92037 | Secretary |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
| --- | --- | --- | --- |
| None Entered | | | |

**Directors**

| Director Name | Director Address |
| --- | --- |
| Scott Eadie | 888 PROSPECT STREET STE 200 LA JOLLA, CA 92037 |

The number of vacancies on Board of Directors is: 0

**Agent for Service of Process**

| | |
| --- | --- |
| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM Registered Corporate 1505 Agent |

**Type of Business**

Page 1 of 2

| Type of Business | Law Firm |
|---|---|

**Email Notifications**

| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |
|---|---|

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

**Electronic Signature**

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Dongliang Jiang*                              *02/23/2023*

Signature                                      Date

B1526-4467 02/23/2023 12:28 PM Received by California Secretary of State

Page 2 of 2

294

BA20231186090



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**CERTIFICATE OF DISSOLUTION - CALIFORNIA
CORPORATION TERMINATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
|---|
| **-FILED-** |
| File No.: BA20231186090 |
| Date Filed: 7/27/2023 |

**Corporation**

| | |
|---|---|
| Corporation Name | Oakstone Law Group PC |
| Entity No. | 5426848 |

**Dissolution**

Was the dissolution made by a vote of ALL of the shareholders of the California corporation? Yes

**Debts and Liabilities**

The known debts and liabilities have been actually paid or paid as far as its assets permitted.

**Required Statements**

The following statements are true:

1) The corporation has been completely wound up and is dissolved.

2) All final returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board.

3) The known assets have been distributed to the persons entitled thereto or the corporation acquired no known assets.

**Electronic Signature**

☒ I declare under penalty of perjury under the laws of the state of California that the information herein is true and correct of my own knowledge.

| | |
|---|---|
| *Scott Eadie* | *07/27/2023* |
| Director Signature | Date |

1991-4917 07/27/2023 9:18 PM Received by California Secretary of State

Page 1 of 1

# Exhibit E



**10:49**

**Provisional** Licensure Program
Approval Notice ▶ Inbox

State Bar of...    Dec 2, 2020
to me ⌄

The State Bar
of California                    OFFICE OF ADMISSIONS

12/2/2020

**RE: Provisional Licensure Program**

**Provisional License Number: PL-472132**

Dear Phuong Trinh:

Congratulations! Pursuant to the California Rules of Court, Rule 9.49, you have been approved to practice law in California as a "Provisionally Licensed Lawyer" (PLL) **effective 12/2/2020**.

You may practice as a Provisionally Licensed Lawyer while your Application for Determination of Moral Character is being processed, if you do not have a current approved application on file.

As a condition of participation in the Provisional Licensure Program, you must complete all components of the New Attorney Training program in accordance to State Bar Rule 2.53, within one year of the date the e-learning course becomes available to you. Failure to report and comply with this requirement will be grounds for termination from the Provisional Licensure Program.

The following webpage contains general information about the New Attorney Training program, but please await further instructions to access it: https://www.calbar.ca.gov/Attorneys/MCLE-CLE/New-Attorney-Training-Program.

The provisional licensure program ends on **June 1, 2022**, unless extended by the Supreme Court. Upon termination of the program, provisionally licensed lawyers will no longer be able to practice law.

If you no longer meet the requirements to participate in the Provisional Licensure Program, you must report it to this office immediately.

Sincerely,

The Office of Admissions

297

## DECLARATION OF TONY DIAB

I, TONY DIAB, declare:

1. I am a defendant in the adversary proceeding bearing case number 8:23-ap-01046-SC.  I make this declaration on the basis of my own personal knowledge, and if called to testify I could and would testify to the facts set forth below.

2. I recall receiving Jayde Trinh's 3/21/2023 email, in which Jayde Trinh said she and her assistant Ramona Montiero "are no longer employed by LPG."  I was the addressee on the email, which was directed to the admin@lpglaw.com email address.

3. As soon as I received that email, I phoned Jayde and asked her and Ramona to continue doing the work for LPG that they had been doing prior to 3/21/2023.  That work surrounded Jayde communicating with and liasoning with the attorneys who were defending LPG clients in state court lawsuits, and also in responding to regulatory inquiries to LPG, such as by state attorneys general.

4. In our phone conversation, Jayde agreed that both she and Ramona would continue doing work for LPG in the same manner as they had been doing.

5. Jayde continued to do this work until the lockouts that took place on June 2, 2023, at which point all control over LPG was given to the Trustee's special counsel.

6. Han Trinh also continued doing the same work that Han had been doing for LPG until the June 2, 2023 lockout.  Han's work was primarily the

DECLARATION OF TONY DIAB TO BE E-FILED IN BANKRUPTCY COURT IN ADV PROCEEDING
ap-01046-SC (*Trustee Marshack v. Tony Diab et al*)    1

298

administration of LPG files, which included phone calls and emails with clients

of LPG and attorneys representing those clients. This included phone calls from

clients regarding refunds, concerns reaching their assigned attorney, questions

regarding settlements, and the closure of LPG's Tustin office. Han would also

liaison with the law firms that were servicing the clients of LPG, which

included Oakstone Law Group, Phoenix Law, and Consumer Legal Group

("CLG").

7. The work that Han and Jayde did for LPG was essential in allowing LPG to

continue to respond to clients. It was also essential in allowing the law firms

that received client files to service those files as they had many questions

regarding client files, the status of ongoing settlements, and the procedures LPG

would apply in certain circumstances. Without their assistance the client base

at LPG would have diminished if not completely fallen apart.

8. As previously described in testimony I gave to the US Trustee and to the Court

on June 12, 2023, LPG did not "sell" clients to Oakstone, Phoenix, or CLG.

Rather, clients were sent to these firms to service the clients, a right LPG had

retained in its contract with clients. Although this may seem a meaningless

distinction, it is not. LPG continued to have duties to the clients that were only

ever contracted with LPG. As Dan March and I have stated repeatedly, LPG

remained liable to these clients for the services that were promised to them in

their agreement with LPG. The only reason LPG sought the assistance of other

law firms in servicing the client base is because LPG felt that, in the case of the Oakstone transfer, it was in the best interest of LPG and of the clients, and in the case of the Phoenix and CLG transfers, there was simply no other choice. As such, the ability to field and respond to questions from clients and from the transferee law firms was essential to LPG performing its obligations, including those obligations imposed by the rules of professional responsibility applicable to law firms.

9. Jayde and Han were the sole reason LPG was able to continue to respond to clients and transferee law firms. Dan March had no ability to assist with client communication as he was actively representing a docket of more than 300 lawsuits in the Superior Court of California, a fact presented at the hearing on June 12, 2023. He was doing so from his other office in Tustin, 17291 Irvine Blvd., assisted by Olga Equivel and Carl Wuestehube. At the same time, I was primarily occupied with the issue of client refunds and marketing company compensation, and as the Court is aware and the Trustee has repeatedly alleged, I was quite active in the Phoenix entity. Jayde and Han were the only individuals capable of responding to inquiries, both in terms of their ability to assist clients and transferee law firms and their availability to do the same.

10. On repeated occasions I asked Jayde and Han to continue their work for LPG. I asked this of them despite the fact that their payroll was consistently behind or nonexistent due to the financial circumstances of LPG. Despite any other

obligation either of them may have had, personal or professional, they remained dedicated to LPG and its client base until the time of the lockout order. And the Court need not accept my representations or any other representation on this point, it need only consult the LPG records in the Trustee's possession, namely the email accounts of Jayde and Han, phone records of LPG, and the CRM entries made by Jayde and Han. These records would clearly show the amount of work continuously being performed by Jayde and Han.

11. At various points after the transfer of client files for servicing to Oakstone, Phoenix and CLG, I would ask Jayde and Ramona to call clients of LPG that sought refunds or sought clarification on the status of the servicing of their file. At no point in time did Jayde refuse to make such calls, even at points in time when payroll was behind.

12. Given the work of Jayde and Han at LPG after March 20, 2023, the date of LPG's Chapter 11 petition, it would be a grave miscarriage of justice to deny compensation to individuals who worked so hard to assist a fragile client base, especially considering their work preserved a company that was subsequently sold for the benefit of LPG's creditors.

13. Finally, I would urge the Court not to punish Jayde or Han for any misconduct alleged against me. Neither Jayde nor Han participated in any decision to transfer files – that decision was my own in consultation with Dan March; no other employee of LPG participated in that decision. At no point did either

Jayde or Han seek to do anything other than serve the clients of LPG in an ethical manner, and they were zealous advocates for LPG's clients at all points during their tenure at LPG, continuously seeking resources and processes to assist LPG's clients in receiving competent representation. They should not be punished for concerns the Court or Trustee have about me or my decisions; to do so would be an affront to the notion of due process. Let their actions be the basis of adjudicating the merit of their claims, do not punish them because they had the misfortune of working under me.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration is executed at _Laguna Beach_, California on April _14_, 2024.

_____
TONY DIAB

1  Kathleen P. March, Esq., (CA SBN 80366)
2  **THE BANKRUPTCY LAW FIRM, PC**
3  10524 W. Pico Blvd, Suite 212, LA. CA 90064
   Phone: 310-559-9224;    Fax: 310-559-9133
4  Email: kmarch@BKYLAWFIRM.com
5  *Counsel for Greyson Law Center PC*

6

7                    UNITED STATES BANKRUPTCY COURT

8        OF THE CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

9  |                          | Bankruptcy Case No. 8:23-bk-10571-SC |
10 |                          | Chapter 11 |
   | In re                    | |
11 |                          | **DECLARATION OF ANA GURROLA** |
12 | LITIGATION PRACTICE      | This Declaration relates to Jayde Trinh's Motion for |
13 | GROUP, PC                | Administrative Claim [dkt.675 in LPG main bankruptcy |
   |                          | case docket], which is set for hearing by Bankruptcy |
14 |                          | Judge Scott Clarkson on: |
15 |                          | Date:  April 25, 2024 |
   |                          | Time: 11:00 a.m. |
16 | Debtor.                  | Place: Courtroom of Bankruptcy Judge Scott Clarkson, |
   |                          | **by Zoom** or in person at: |
17 |                          | 411 West Fourth Street, Courtroom 5C |
18 |                          | Santa Ana, CA 92701-4593 |

19

20

21

22              <u>**DECLARATION OF ANA GURROLA**</u>

23

24      I, ANA GURROLA, declare:

25      1.    I make this Declaration in support of Jayde Trinh's  Motion [dkt.675],

26  which seeks payment, by debtor Litigation Practice Group PC's ("LPG") bankruptcy

27  estate, for the work Jayde Trinh did for LPG, from when LPG filed bankruptcy on

28  3/20/23, to when LPG's bankruptcy Trustee did lockouts, on 6/2/23.

1
2
3
    2.    Everything I say in this Declaration I know of my own personal knowledge.

4
5
6
    3.    I was an employee of LPG in 2023, and my job duty at LPG was to assist LPG attorney Jayde Trinh

7
8
9
10
11
12
13
    4.    I left LPG around ___Mar 10,2023___ . But soon after I left LPG, Jayde Trinh asked me to return to LPG, to assist Jayde in her work for LPG. Jayde needed help because most of the LPG employees had already left or been terminated, and Jayde's small team (including me) were the only LPG employees trained to handle escalated calls.

14
15
16
17
18
19
20
21
22
    5.    In my role on Jayde's team, before LPG filed bankruptcy, I was primarily tasked, by Jayde, to address Spanish speaking clients, though I assisted Jayde with additional tasks as well. After the bankruptcy, it also became necessary for Jayde to train me to assist her with Attorney General complaints as well as other issues caused by client dissatisfaction. Our goal was to deescalate the situations to mitigate legal consequences for LPG.

23
24
25
26
27
28
    6.    The client complaints to LPG escalated greatly after LPG filed for bankruptcy. Not only was there massive confusion leading to questions from the clients about how their files would be handled with LPG in bankruptcy. It was also right around this time that a significant number of clients had their payments pulled (taken out of their bank accounts or charged on their credit cards) multiple times, in

1  error. Our team was responsible for taking the phone calls and emails from LPG

2  clients, for these and additional problems the clients were having.  This was a highly

3

4  time-intensive and highly stressful responsibility, from 3/20/23 (date LPG filed

5  bankruptcy), though no one at LPG informed our team that had happened on that day,

6

7  to 6/2/23 (the date that attorneys for Trustee Marshack did lockouts).

8      7.      Our team also continued to address the Attorney General complaints

9

10 which seemed to increase after LPG filed bankruptcy. The protocol for handling these

11 complaints was to first scan them into our system so that we would have an electronic

12 copy saved, and then to shred the physical copy for security purposes.

13

14     8.      From 3/20/23 to 6/2/23, I was in constant communication with Jayde,

15 because clients (and attorneys) asked many questions which I could not adequately

16

17 answer without Jayde's instruction/assistance.  While I had handled many similar

18 issues in the past, all of the sudden changes at LPG led to new and unprecedented

19

20 issues that I was not previously trained to address. Jayde had to quickly train me in

21 these new areas, and the issues were changing daily in real-time as the fallout from the

22 bankruptcy continued for months after.

23

24     9.      All the tasks I have described were handled exclusively by our team.  I

25 know, from my personal knowledge, working with Jayde constantly, that  from 3/20/23

26 to 6/2/23, and Jayde was overseeing these tasks daily and delegating the responses to

27

28

---

1    the individuals on our team.

2

3         I declare under penalty of perjury that the foregoing is true and correct, and that

4    this Declaration is executed by me at _Capistrano Beach_ California, on April 16,

5

6    2024.

7

8                                         ANA GURROLA

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Kathleen P. March, Esq., (CA SBN 80366)
**THE BANKRUPTCY LAW FIRM, PC**
10524 W. Pico Blvd, Suite 212, LA, CA 90064
Phone: 310-559-9224;    Fax: 310-559-9133
Email: kmarch@BKYLAWFIRM.com
*Counsel for Greyson Law Center PC*

## UNITED STATES BANKRUPTCY COURT

## OF THE CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

|  |  |
|---|---|
| In re | Bankruptcy Case No. 8:23-bk-10571-SC<br>Chapter 11<br><br>**DECLARATION OF MONA MONTIERO**<br><br>This Declaration relates to Jayde Trinh's Motion for Administrative Claim [dkt.675 in LPG main bankruptcy case docket], which is set for hearing by Bankruptcy Judge Scott <u>Clarkson on:</u><br>Date: April 25, 2024<br>Time: 11:00 a.m.<br>Place:  Courtroom of Bankruptcy Judge Scott Clarkson, **by Zoom** or in person at:<br>411 West Fourth Street, Courtroom 5C<br>Santa Ana, CA 92701-4593 |
| LITIGATION<br>PRACTICE<br>GROUP, PC |  |
| Debtor. |  |

## <u>DECLARATION OF MONA MONTIERO</u>

I, MONA MONTIERO, declare:

1.    I make this Declaration in support of Jayde Trinh's  Motion [dkt.675], which seeks payment, by debtor Litigation Practice Group PC's ("LPG") bankruptcy estate, for the work Jayde Trinh did for LPG, from when LPG filed bankruptcy on 3/20/23, to when LPG's bankruptcy Trustee did lockouts, on 6/2/23.

2.    Everything I say in this Declaration I know of my own personal knowledge.

3.     I was an employee of LPG in 2023, and my job duty at LPG was to assist LPG attorney Jayde Trinh

4.     I left LPG around February 1st 2023

5.     But then Jayde Trinh asked me to return to work at LPG, on or around March 24th 2023, because most of the LPG employees had already left or been terminated, and Jayde's small team, which included me, were the only LPG personnel trained to handle escalated calls.

6.     I came back to LPG, to help Jayde with her work for LPG, and helped Jaye with her work for LPG, from last week of March 2023, to 6/2/23, which was the date the LPG Trustee did lockouts. I worked with Jayde most weekdays, during that period of time, assisting Jayde to do Jayde's work for LPG.

7.     Following LPG's bankruptcy filing in March 2023 (it wasn't until April that I was told LPG's bankruptcy was filed on 3/20/23), these escalated calls to LPG increased greatly from the number they were before LPG filed bankruptcy. In addition to the usual calls from LPG consumer clients, and from LPG's "local counsel" attorneys defending LPG clients in state court lawsuits throughout the US, which Jayde's LPG team handled before LPG filed bankruptcy, there were many more calls to LPG, after LPG filed bankruptcy.

8.     These many additional calls to LPG, were also handled by Jayde Trinh and our team, including me and Ana Gurrola. Those additional calls asked about many new issues. This included local counsel attorneys asking whether the law firms the

1  clients they were servicing had been sent to, by LPG, would still honor the same terms

2  of their agreement with LPG's "local counsel" attorneys who were defending LPG

3  

4  consumer clients in state court lawsuits, all over the US;  whether payments would

5  need to start over entirely; how the transfer process would be initiated or had occurred;

6  

7  what would happen to lawsuits already in active litigation, where new lawsuits needed

8  to be sent etc.

9

10      9.      In addition, many clients phoned LPG, telling Jayde Trinh and the rest of

11  our team that they were unable to get in contact with the new firms that LPG had sent

12  their files to, that they didn't understand what was going on, that they couldn't contact

13

14  their attorneys who were defending them in state court suits, etc.

15      10.      From 3/20/23 through 6/2/23, all of the emails, and phone calls,  and

16

17  other communications to LPG, from clients,  and from LPG "local counsel" attorneys,

18  ended up being directed to attorney Jayde Trinh, to respond to, assisted by me and by

19

20  Ana Gurrola and the rest of Jayde's team.

21      11.      Additionally, around this time there was a major payment processing

22  error, which was that clients were being charged twice, by double "draws" of fees

23

24  taken out of the clients' bank accounts/credit cards.  That error caused huge problems

25  for the clients, resulting in even more client phone calls to LPG.  The clients making

26

27  those calls to LPG were  both angry and panicked by the erroneous double draws.

28  Jayde Trinh, assisted by me and by Ana Gurrola, and the rest of our team,  had to

attempt to calm the clients and to resolve the double draw errors.

**DECLARATION OF MONA MONTIERO**                    3

12.    All of the tasks I have describe here, were handled exclusively by our team, and Jayde Trinh, as the only attorney on the team, was overseeing all these tasks daily and  was instructing me and Ana Gurrola, and others on our team how they should respond, until LPG's bankruptcy trustee did the lockouts, on 6/2/23.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration is executed by me at _San Juan Capistrano_, California, on April _15_, 2024.
(Orange County)

MONA MONTIERO

Kathleen P. March, Esq., (CA SBN 80366)
**THE BANKRUPTCY LAW FIRM, PC**
10524 W. Pico Blvd, Suite 212, LA, CA 90064
Phone: 310-559-9224;    Fax: 310-559-9133
Email: kmarch@BKYLAWFIRM.com
*Counsel for Greyson Law Center PC*

## UNITED STATES BANKRUPTCY COURT

## OF THE CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

| | |
|---|---|
| In re<br><br>LITIGATION PRACTICE GROUP, PC<br><br><br>Debtor. | Bankruptcy Case No. 8:23-bk-10571-SC<br>Chapter 11<br><br>**DECLARATION OF ATTORNEY DENISE MIKRUT, ESQ. IN SUPPORT OF GREYSON LAW CENTER PC'S MOTION FOR ADMINISTATIVE CLAIM**<br><br>This Declaration relates to Greyson Law Center PC's Motion for Administrative Claim [dkt.676 in LPG main bankrupcty case docket], which is set for hearing by Bankruptcy Judge Scott <u>Clarkson on:</u><br>Date:  April 25, 2024<br>Time: 11:00 a.m.<br>Place:  Courtroom of Bankruptcy Judge Scott Clarkson, **by Zoom** or in person at:<br>411 West Fourth Street, Courtroom 5C<br>Santa Ana, CA 92701-4593 |

## <u>DECLARATION OF DENISE MIKRUT, ESQ.</u>

I, DENISE MIKRUT, ESQ., declare and state as follows:

1

311

1.    This Declaration is being submitted in support of the Motion [dkt.676] of Greyson Law Center, PC ("Greyson"), which moves the Bankruptcy Court to issue an Order granting and allowing payment of Greyson's administrative claim submitted in the bankruptcy case of Debtor Litigation Practice Group, PC ("LPG").

2.    I am a licensed attorney in the States of Nevada and Arizona.  I was employed by LPG as a W2 attorney, from November 2021 to February 2023 to represent LPG clients in the States of Nevada and Arizona.

3.    Beginning around February 2023, I became aware that the business operations of LPG were suspect.  This was evidenced by the failure of LPG to issue paychecks when due.  Paychecks began to be issued late and were received approximately six to seven days late for each pay period beginning in late January 2023 and continuing in February 2023.

4.    At a Zoom meeting held in February 2023, Han Trinh and Jayde Trinh, who were also employed by LPG at that time, informed the LPG attorneys that LPG was having financial issues and they were unsure about the reliability of issuance of paychecks on a regular basis moving forward.  The reason(s) for the collapse of LPG were not disclosed and no one appeared to know exactly what had caused the financial situation at LPG to deteriorate in such a quick manner.

5.    That which was disclosed at the February Zoom meeting by Han and Jayde was that Tony Diab and LPG managing attorney Daniel March, Esq. had

2

312

told them that LPG would be winding down its operations and moving the LPG client files to other firms.  One of these entities was another law firm, Oakstone Law Group.  Han and Jayde also informed us they would continue doing work for LPG to assist LPG with LPG's obligations in winding up its operations.

6.      Upon information and belief, I received an employment offer letter from Oakstone Law Group on or around February 18, 2023.

7.      Because it was represented that LPG would be forwarding client files to Oakstone, and many of these clients would need attorney assistance with either settlement of debts or litigation of debt cases, I believed I had no chose but to accept the employment offer letter from Oakstone in order to continue to work with open client matters.  My start date was on or around 02/20/2023.  In addition, because LPG was essentially "going out of business", it became clear that my employment relationship with LPG would end.

8.      My work for Oakstone was very short-term and only lasted about a month.  However, during this time, I was in regular contact with either Han or Jayde for assistance with issues related to the LPG clients and the transfer of client files from LPG to Oakstone for servicing.  Upon information and belief, Han and Jayde were still working for LPG during this time.  In addition, although the client files were being transferred to Oakstone for serving, Oakstone did not have any staff in place to service clients or their concerns or questions regarding the transfer

3

313

or what would happen with the client accounts.

9.    At some point in after March or April 2023, the LPG files that had been transferred to Oakstone were transferred to Phoenix Law.  At this point, I only had access to information for clients for which I was in the midst of doing work.  If existing clients needed help resolving issues for which I had no answers, I directed these clients to contact either Phoenix Law or LPG.  Upon information and belief, Han and Jayde were still working at LPG at this time, trying to assist "former" LPG clients.

10.    During this "transition" time, the LPG clients who were served with debt collection lawsuits found themselves in a bind.  To my knowledge, Phoenix Law did not have any attorneys to handle these matters and its only attorney-employee was Ty Carss, Esq., who was only licensed in California.

11.    My employment relationship with Greyson Law Center began on or around 03/27/2023.

12.    I was eager to be employed as a W-2 employee of Greyson Law Center because I believed it would enable me to continue to help former LPG clients whose files had been transferred numerous times within a short period of time and whose needs I believed were being overlooked and/or neglected.

13.    Upon information and belief, me, along with the other attorneys that had agreed to work for the Greyson Law Center were informed that the startup

4

314

funding for Greyson Law Center was being financed by Eng Taing. However, near the end of April 2023, Scott Eadie, Jayde Trinh, and Han Trinh held an emergency attorney meeting and told us "local counsel" attorneys that Eng Taing and his people pulled out their investments and support of Greyson Law Center.

14.    At that same meeting, Scott Eadie, Jayde Trinh, and Han Trinh brainstormed with us on how Greyson could survive without financial support from Eng Taing. None of us could afford to without getting paid.

`    15.    Most of the attorneys that had done work for Phoenix Law directly stated at the meeting that they did not want to continue working for Phoenix Law under the current circumstances because of the slow pay/no pay problem. Given our options at the time, I, and the other attorneys at the meeting, agreed to be employed by Greyson, as W-2 employees. The plan was that Greyson Law Center as a firm would employ attorneys for hire. Greyson would enter into contractual relationship with Phoenix whereby Phoenix Law would assign consumer debt litigation cases to Greyson, and in turn, Greyson would assign an attorney to represent the consumer/client in the applicable jurisdiction. Attorneys would then work with the clients directly with the goal of resolving the client's litigation case. Phoenix would pay Greyson an agreed-upon sum per case file assigned, and said payments would enable Greyson to pay its attorneys.

16.    Upon information and belief, Greyson and Phoenix Law did enter into

5

315

a contractual agreement whereby Phoenix agreed to pay Greyson the sum of $2,000 per each litigation case assigned.  If this arrangement would have been allowed to continue, it is my belief it would have permitted continuity of service to former LPG clients without causing the delays and interruptions in service to clients that resulted.

17. Moreover, because of the pending LPG bankruptcy case, I was told by Ty Carss that Phoenix Law could not hire or otherwise contract with attorneys in the various states to assist former LPG clients transferred to Phoenix Law because he could not obtain authorization from the bankruptcy court and/or the bankruptcy trustee assigned to the LPG case to pay attorneys for case assignments. Without a promise of payment, it was foreseeable that former LPG attorneys, such as me, would not take on work for which they might not be compensated.

I declare under penalty of perjury that to the best of my knowledge, the foregoing Declaration is true and correct.

DATED this 15th day of April, 2024.        /s/Denise Mikrut, Esq.
                                            DENISE MIKRUT, ESQ.

6

316

1  Kathleen P. March, Esq., (CA SBN 80366)
2  **THE BANKRUPTCY LAW FIRM, PC**
   10524 W. Pico Blvd, Suite 212, LA, CA 90064
3  Phone: 310-559-9224; Fax: 310-559-9133
   Email: kmarch@BKYLAWFIRM.com
4  *Counsel for Greyson Law Center PC*

5

6              UNITED STATES BANKRUPTCY COURT

7       OF THE CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

8
   In re                                    Bankruptcy Case No. 8:23-bk-10571-SC
9                                           Chapter 11
10
   LITIGATION PRACTICE GROUP, PC            **DECLARATION OF ATTORNEY**
11                                          **COLLIN O. DONNER IN SUPPORT OF**
           Debtor.                          **GREYSON LAW CENTER PC'S MOTION**
12                                          **FOR ADMINISTRATIVE CLAIM**

13                                          This Declaration relates to Greyson Law Center
14                                          PC's Motion for Administrative Claim [dkt.676
                                            in LPG main bankruptcy case docket], which is
15                                          set for hearing by Bankruptcy Judge Scott
                                            Clarkson on:
16                                          Date:  April 25, 2024
17                                          Time: 11:00 a.m.
                                            Place:  Courtroom of Bankruptcy Judge Scott
18                                          Clarkson, **by Zoom** or in person at:
                                            411 West Fourth Street, Courtroom 5C
19                                          Santa Ana, CA 92701-4593

20

21           **DECLARATION OF ATTORNEY COLLIN O. DONNER**
22
23  I, Collin O. Donner, declare:

24         1.      I am an attorney duly admitted to practice law in the State of Louisiana and the United

25  States District Court for the Western District of Louisiana.

26         2.      I make this Declaration regarding the Motion [dkt.676] of Greyson Law Center, PC

27  ("Greyson"), which moves the Bankruptcy Court to grant Greyson allowance and payment of Greyson's

    administrative claim, to be paid to Greyson by the bankruptcy estate of bankruptcy debtor Litigation
28  Practice Group, PC ("LPG").

           3.      I was employed by LPG, as a W2 attorney, from May 2022, until Mid-February 2023.

   _____
                                                                          317
   **DECLARATION OF ATTORNEY COLLIN O. DONNER**              1

4.     The stability of LPG began to waver in February 2023, as pay was consistently delayed by six to seven days for each pay period that month.

5.     During a routine meeting prior to my separation from the firm, Han Trinh, and Jayde Trinh candidly informed LPG attorneys that the payment issues were unlikely to improve. They expressed concerns about LPG's financial status, indicating that payroll would continue to be unpredictable and problematic.

6.     Han and Jayde disclosed that they had been informed by Tony Diab and Daniel March that LPG would be winding up and encouraged us to seek alternative employment opportunities. They mentioned a potential job opening at Oakstone, a new firm that would be taking over representation of **SOME** former LPG clients (emphasis added).

7.     Han and Jayde informed the attorneys that they decided to stay behind at LPG to assist with the wind up process.

8.     On or about February 18, 2023, I received an employment offer letter from Oakstone, which I accepted, with a start date of February 20, 2023. I made a personal choice to join Oakstone, as it seemed like the best option given the circumstances.

9.     I transitioned to Oakstone Law Group smoothly but encountered challenges due to the lack of operational structure within the firm. This led me to reach out to Han and Jayde at LPG on numerous occasions for guidance and support, as I was unable to locate and/or access former LPG client files. Nonetheless, If I had not chosen to be employed by Oakstone, I still would have resigned from LPG for the reasons stated above.

10.     During my tenure at Oakstone, my ability to effectively represent former LPG clients with active lawsuits was hindered because only a small portion of Louisiana LPG files were transferred to Oakstone. The vast majority of my active LPG files were transferred to PHX.

11.     After several demands from Jayde, myself, and other former LPG attorneys, we were provided login credentials to PHX's cloud-based server where the client files were being stored. Unfortunately, most of the client files were missing information due to the hurried and ineffective porting of data, further hindering my ability to service former clients.

12.     After some time at Oakstone, it was shared in multiple team meetings that Oakstone was clearly failing.

13.     On or around March 23, 2023, I received an offer letter from Ms. Harris of Greyson, via email from onboarding@greysonpc.com.

---

**DECLARATION OF ATTORNEY COLLIN O. DONNER**          2          318

14.    I chose to accept the employment offer from Greyson and my start date was on or around March 27, 2023.

15.    If I had not chosen to join Greyson, I still would have resigned from Oakstone.

16.    Despite their active roles assisting with LPG's wind up, Han and Jayde were helpful in setting up Greyson. However, to the best of my knowledge, they didn't officially join Greyson as employees sometime in April 2023.

17.    In late April 2023, an emergency attorney meeting was held by Scott Eadie, Jayde Trinh, and Han Trinh, where it was revealed that Eng Taing and his associates had withdrawn their investments and support from Greyson. This prompted discussions on how Greyson would sustain itself without financial backing.

18.    During the meeting, Greyson's attorneys raised concerns about accepting new lawsuits as the clients were remitting attorney's fees to a different law firm – PHX. Some attorneys shared that they were offered new cases by PHX (and other unknown entities) ranging from $800 to $2,500 per lawsuit but payment was either delayed or non-existent. It was then decided that Greyson would invoice PHX $2,000 per lawsuit for the work done on behalf of former LPG clients.

19.    Furthermore, it was noted that PHX was not paying Greyson attorneys who were actively litigating matters involving LPG clients that had been transferred to PHX. This raised concerns about fairness and remuneration for the work being done. Moving forward, Greyson aimed to ensure proper compensation for the legal services provided.

20.    In conclusion, my choice in transitioning as an employee from LPG to Oakstone and eventually to Greyson was a challenging yet necessary journey. Despite the uncertainties and financial setbacks, the commitment to serving clients and upholding professional standards remained paramount. The decisions made were driven by a dedication to legal excellence and ethical practice, ensuring that the interests of clients were always the top priority.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration is executed by me on April 16, 2024.

_____
Collin O. Donner

1    Kathleen P. March, Esq., (CA SBN 80366)

2    **THE BANKRUPTCY LAW FIRM, PC**

3    10524 W. Pico Blvd, Suite 212, LA, CA 90064

     Phone: 310-559-9224;    Fax: 310-559-9133

4    Email: kmarch@BKYLAWFIRM.com

5    *Counsel for Greyson Law Center PC*

6

7             UNITED STATES BANKRUPTCY COURT

8    OF THE CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

| | |
|---|---|
| In re<br><br>LITIGATION<br>PRACTICE<br>GROUP, PC<br><br><br>Debtor. | Bankruptcy Case No. 8:23-bk-10571-SC<br>Chapter 11<br><br>**DECLARATION OF ATTORNEY DAVID ORR**<br>**REGARDING WORKING FOR GREYSON LAW**<br>**CENTER PC**<br><br>This Declaration relates to Greyson Law Center PC's Motion for Administrative Claim [dkt.676 in LPG main bankruptcy case docket], which is set for hearing by Bankruptcy Judge Scott <u>Clarkson on:</u><br>Date:  April 25, 2024<br>Time: 11:00 a.m.<br>Place:  Courtroom of Bankruptcy Judge Scott Clarkson, **by Zoom** or in person at:<br><u>411</u> West Fourth Street, Courtroom 5C<br>Santa Ana, CA 92701-4593 |

                  **<u>DECLARATION OF ATTORNEY DAVID ORR</u>**

    I, David Orr, declare:

    1.    I make this Declaration regarding the Motion [dkt.676] of Greyson Law

Center, PC ("Greyson"), which moves the Bankruptcy Court to grant Greyson

allowance and payment of Greyson's administrative claim, to be paid to Greyson by

1  the bankruptcy estate of bankruptcy debtor Litigation Practice Group, PC ("LPG").

2
3      2.      I was employed by LPG, as a W2 attorney, from on or around April

4  2022 to on or around February 2023.

5      3.      LPG became unstable in February 2023. I began receiving my pay from
6
7  LPG consistently late around this time.

8      4.      Han Trinh and Jayde Trinh, who were also employed by LPG at that
9
10  time, told me and other LPG attorneys, in an attorney meeting, that the situation at

11  LPG would most likely not improve and that payroll will most likely continue being

12  late due to LPG's financial issues.
13
14      5.      Han and Jayde told us that Tony Diab and LPG managing attorney

15  Daniel March, Esq. had told Han and Jayde that LPG would be winding up, which
16
17  would take around a year, and that we were encouraged to seek employment

18  elsewhere. Han and Jayde told us there was a job opportunity with a new law firm

19  (Oakstone) which would be taking over representation of some of the LPG clients,
20
21  because Oakstone was better equipped to service the LPG clients, than was LPG, in

22  LPG's present condition.
23
24      6.      Han and Jayde told us they would continue doing work for LPG to assist

25  LPG with LPG's winding up.

26      7.      I received an employment offer letter from Oakstone Law Group on or
27
28  around February 18, 2023.

        8.      I willingly chose to accept the employment offer letter from Oakstone

---

**DECLARATION OF ATTORNEY DAVID ORR**        2        321

1  and my start date was on or around 2/20/2023.

2
3      9.    If I had not chosen to be employed by Oakstone, I still would have

4  resigned from LPG, because of the financial problems at LPG.

5
6      10.    Further, had I not gone to Oakstone, I could not have continued to work

7  on the cases of the LPG clients assigned to me due to the immense financial burden

8  doing so without pay would cause me. I would have been required to withdraw from

9
10  the approximately 250+ clients who I was representing in various stages of active

11  litigation.

12
13      11.    During my employment with Oakstone, I had to repeatedly contact Han,

14  Jayde, and their team, at LPG, to get their help regarding issues concerning the former

15  LPG clients that LPG had sent to Oakstone for servicing, because Oakstone had no one

16
17  to answer such questions.

18      12.    Later, I learned that the LPG files were transferred from Oakstone to

19  Phoenix Law for servicing, because Oakstone was unsurprisingly failing.  When the
20
21  cases went to Phoenix Law, I still had to repeatedly contact Han, Jayde and their team

22  at LPG, to get their help regarding issues concerning the former LPG clients that were

23
24  now at Phoenix, because I had no contact information from anyone at Phoenix, nor did

25  anyone from Phoenix reach out to me to discuss how I should proceed on their clients'

26  cases.

27
28      13.    The consumer clients who were defendants in those state court suits were

originally LPG clients, who were then moved by LPG to Oakstone for servicing, and

then, when Oakstone was failing, were moved to Phoenix for servicing.  To my

knowledge, Phoenix did not have any attorneys who were able to practice law in

Florida who could potentially substitute in on my active cases with their clients.

14.     While I later learned that Phoenix had made arrangements with some of

the other former LPG attorneys to pay them for their representation of their clients, I

never received any such communications from Phoenix myself.

15.     Phoenix Law was the entity collecting clients' payments while we, the

local counsel attorneys, were the ones doing the work for the clients.  I needed to be

compensated for the immense amount of work I was doing for those clients. Moreover,

I had to pay out of pocket expenses personally in furtherance of my representation for

those clients on at least one instance, somewhere in the area of $3,000.00-$4,000.00.

16.     As far as I recall, on or around 3/23/2023, I received an offer letter from

Greyson Law Center from Ms. Harris of Greyson, by email

from onboarding@greysonpc.com with all the onboarding information.

17.     I chose to accept the employment offer letter from Greyson Law Center

and my start date was on or around 3/27/2023.

18.     If I had not chosen to accept employment at Greyson, I again would

have had to withdraw from the clients' active cases, because Phoenix made no attempts

to arrange any kind of employment agreement with me.

19.     I was not forced or coerced to join Greyson. I was eager to be employed

as a W-2 employee of Greyson Law Center, which at that point I understood was being

1    financed by Eng Taing.

2    20.    However, near the end of April 2023, Scott Eadie, Jayde Trinh, and Han

3

4    Trinh held an emergency attorney meeting and told us "local counsel" attorneys that

5    Eng Taing and his team had pulled out of their investments toward Greyson.

6

7    21.    In that same meeting, Scott Eadie, Jayde Trinh, and Han Trinh

8    brainstormed with us attorneys on how Greyson could survive without financial

9

10    support from Eng Taing. Obviously, working on a caseload of this size without

11    compensation was not feasible.

12

13    22.    Greyson agreed to hire us attorneys, who wished to be hired by Greyson,

14    on a W-2 basis, and agreed that Greyson would then try to contract with Phoenix, for

15    Phoenix to pay Greyson $2,000 per case, for each state court case we appeared in,

16

17    defending consumer defendant clients for Phoenix.

18    23.    Greyson landed on a $2,000 per case figure because some of the

19

20    attorneys said they were being paid, or at least supposed to be paid, approximately

21    $800 to $2,750, per lawsuit they appeared in to defend the consumer clients, by law

22    firms they did work for, such as Phoenix, Consumer Legal Group, etc. However, I had

23

24    no personal role in the negotiations with those other firms.

25    24.    Once the Temporary Restraining Order was entered by the Court in this

26    matter, I began no longer receiving payment from Greyson. From that time on, until

27

28    being hired by Morning Law Group, I continued to work tirelessly on behalf of the

LPG clients without compensation for such (from 6/2/2023 through 8/4/2023).

I declare under penalty of perjury that the foregoing is true and correct, and that

this Declaration is executed by me at Oakland Park, Florida, on April 18, 2024.

DAVID ORR, ESQ.

1  Kathleen P. March, Esq., (CA SBN 80366)
2  **THE BANKRUPTCY LAW FIRM, PC**
   10524 W. Pico Blvd, Suite 212, LA, CA 90064
3  Phone: 310-559-9224;     Fax: 310-559-9133
4  Email: kmarch@BKYLAWFIRM.com
   *Counsel for Greyson Law Center PC*
5

6

7                 UNITED STATES BANKRUPTCY COURT

8      OF THE CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

9                                    | Bankruptcy Case No. 8:23-bk-10571-SC
                                     | Chapter 11
10     In re
11                                   | **DECLARATION OF ATTORNEY ISRAEL**
12                                   | **OROZCO REGARDING WORKING FOR**
   LITIGATION
13 PRACTICE                          | **GREYSON LAW CENTER PC**
   GROUP, PC
14                                   | This Declaration relates to Greyson Law Center PC's
15                                   | Motion for Administrative Claim [dkt.676 in LPG main
                                     | bankruptcy case docket], which is set for hearing by
16                                   | Bankruptcy Judge Scott <u>Clarkson on:</u>
   Debtor.                           | Date:  April 25, 2024
17                                   | Time: 11:00 a.m.
18                                   | Place:  Courtroom of Bankruptcy Judge Scott Clarkson,
                                     | **by Zoom** or in person at:
19                                   | 411 West Fourth Street, Courtroom 5C
                                     | Santa Ana, CA 92701-4593
20

21

22
            <u>**DECLARATION OF ATTORNEY ISRAEL OROZCO**</u>
23

24     I, Israel Orozco, declare:

25     1.     I am an attorney at law, duly licensed to practice law under the laws of the
26
   State of California, as well as in the Central District of California.
27

28     2.     I make this Declaration regarding the Motion [dkt.676] of Greyson Law

---

Center, PC ("Greyson"), which moves the Bankruptcy Court to grant Greyson allowance and payment of Greyson's administrative claim, to be paid to Greyson by the bankruptcy estate of bankruptcy debtor Litigation Practice Group, PC ("LPG").

3.    From August 2021 to February 2023, I was employed by LPG, as a W-2 salaried attorney providing legal representation to LPG's clients.

4.    On or around late January 2023 to February 2023, LPG experienced difficulty paying me on time, on multiple occasions, and was also unable to provide me with a substitute business credit card to be used for legal expenses. In order for me to properly continue legal representation of LPG's clients, I was forced to use personal credit cards for legal expenses. I continued to do so on Daniel S. March's ("March") representation to me that LPG was expected to continue running its operations for approximately a year as it was winding up. This representation was made to me by Mr. March at a meeting that occurred on February 8, 2023.

5.    Given the financial difficulties that LPG was experiencing around late January 2023 to February 2023, it was Mr. March, during that February 8, 2023 meeting, who stated that it would be best for me to consider employment elsewhere, despite also stating that LPG would continue to operate for approximately a year. In that meeting, Mr. March informed me that Scott Eadie was to be the managing attorney at a new law firm (Oakstone), which would be taking over representation of some of the LPG clients, and that LPG would still be able to continue representation of LPG clients.

---

6.    This aforementioned information from my meeting with Mr. March was later reiterated by Han and Jayde as they had also been informed by Tony Diab and Mr. March that LPG would be winding up, which would take around a year.

7.    Han and Jayde told the other attorneys and me that they would continue doing work for LPG to assist LPG wind up. The continued assistance of Han and Jayde became crucial as my caseload was drastically increased in February 2023. Specifically, a separate part of LPG's practice area involved claims brought by client's against creditors and/or debt collectors under the FDCPA, or under Rosenthal.

8.    A former employee and attorney for LPG, Richard Meier, was the lead attorney in this practice area and was operated by two other LPG attorneys: Ms. Ina Meier, and Mr. Anthony Diehl. However, Mr. Meier abruptly left the firm on February 9, 2023, providing only three days' notice that he was leaving. I was informed by Mr. Meier of his resignation by email on February 9, 2023. Attached hereto as Exhibit "A" is a true and correct copy of the email I received from Mr. Meier on February 9, 2023.

9.    Ms. Ina Meier abruptly left a short time before Mr. Meier. Mr. Diehl, left LPG on February 24, 2023, providing notice of his resignation on February 22, 2023. After these three attorneys left, I was the only attorney in LPG's California office in Tustin to handle these FDCPA and Rosenthal matters, alongside other local counsel for LPG in other states.

10.     At the time of his departure in early February, Mr. Meier did not leave a comprehensive list of clients. Anthony Diehl and I were the only two attorneys in LPG's Tustin office handling these matters. It was Jayde Trinh that pressed Mr. Meier to provide that list of clients. It was not until February 15, 2023, that Mr. Meier sent LPG a zip-file containing the list of FDCPA clients that was requested. The email also included a list of cases that required substitution of attorneys. Attached hereto as Exhibit "B" is a true and correct copy of the email received from Mr. Meier on February 15, 2023 (redacted in part to protect client confidentiality).

11.     I had a close and professional relationship with Mr. Meier at LPG and consider him a trusted and respected colleague overall. But the manner in which he abruptly departed LPG provided very little notice for the remaining attorneys working on these cases to effectively do so, and very little to no notice to the clients where substitution of attorneys was needed.

12.     I believe that no one felt the brunt pressure of having the caseload of Mr. Meier and Ms. Ina Meier more than Mr. Anthony Diehl. Mr. Diehl worked solely on FDCPA/Rosenthal matters. We attempted to help Mr. Diehl identify and spread out his workload. At Han and Jayde's suggestion, I directed my then LPG paralegal, Ms. Vanessa Buchner, to help assist Mr. Diehl with his caseload, specifically Rosenthal matters as Ms. Buchner was able to file legal pleadings and motions in state courts. The remaining legal assistants that were originally part of the FDCPA team did not have the

ability or were not trained to file legal documents.

13.    On February 22, 2023, Mr. Diehl tendered his resignation, which took effect on February 24, 2023. During the month of February 2023, Han, Jayde, and I did what we could in order to help LPG and Mr. Diehl continue the effective representation of these clients.

14.    On April 11, 2024, the Chapter 11 Trustee filed the First Supplemental Declaration of Alex Rubin. Dkt. 1099. At paragraph 10, Mr. Rubin incorporates as an attachment "Exhibit 30" an email string "with Jayde Trinh, Israel Orozco and Han regarding notice of shutting down LPG and laughing at attorneys resigning as a result last dated February 23, 2023[.]" This is not true.

15.    No one was laughing at anyone as Mr. Rubin erroneously states. That email string begins with Ms. Rocio Prado-Garcia tendering her resignation on February 22, 2023, to be effective on February 24, 2023. Ms. Prado was one of the legal assistants within the FDCPA department.

16.    Anthony Diehl also announced his resignation on February 22, 2023, to be effective on February 24, 2023. Mr. Diehl, despite the enormous workload he was handling, was willing to stay at LPG on the condition that LPG increase his salary, substantially. LPG refused his salary increase. Mr. Diehl's salary request at that time was not for the most part unreasonable, in part, because he did have to manage a heavier caseload that resulted from the departures of Mr. Meier and Ms. Ina Meier. However, what was being laughed at in "Exhibit 30" of Mr. Rubin's aforementioned declaration

concerned the amount of salary increase requested by Mr. Diehl that was based on his stance that *only he* could and should manage the entire FDCPA/Rosenthal caseload. LPG was unwilling to agree to his demand as LPG was attempting to lessen Mr. Diehl's caseload by distributing it amongst other willing attorneys, me included.

17.    There were multiple local counsel for LPG that were capable in assisting Mr. Diehl, including myself, with the FDCPA/Rosenthal caseload, and Mr. Diehl wanted full control over the FDCPA/Rosenthal caseload. As stated earlier, I relied on the representation of Mr. March that LPG was able to continue to operate for approximately a year as it was winding up.

18.    Han, Jayde, and I did everything we could to assist Mr. Diehl with his caseload. I witnessed first-hand the tremendous distress Mr. Diehl was facing in February 2023. To state that we were laughing at attorneys resigning is simply untrue.

19.    On or around February 18, 2023, I received an employment offer letter from Oakstone Law Group. I made the decision on my own to accept employment from Oakstone as this would allow me to better represent LPG clients as LPG was winding up, and because of LPG's financial problems, which made it uncertain that LPG would be able to meet its financial obligations to me.

20.    Deciding to accept employment at Oakstone, I was able to continue to work on cases of LPG clients assigned to me, because those client's files had been sent to Oakstone to service, with the further understanding, from representations made to me

by Mr. March, that LPG was able to continue client representation in this manner.

21.     During my brief tenure at Oakstone, I relied on Han and Jayde, at LPG, to get their help regarding issues concerning LPG clients that LPG had sent to Oakstone for servicing, because Oakstone appeared to be wanting of the proper procedures to effectively communicate with clients.

22.     The consumer clients that I was assigned to represent were originally LPG clients, some of whom were then moved by LPG to Oakstone for servicing, and then, when Oakstone was failing, moved to Phoenix for servicing, which had already received other LPG files. I later came to learn that some of these clients had also been moved to Consumer Legal Group. To the best of my knowledge, Phoenix had few to no attorneys to effectively represent LPG clients. I was never notified by either Phoenix or Consumer Legal Group that their attorneys would take over client representation and that a substitution of attorney was forthcoming. I continued to represent LPG clients under LPG, as I had been directed by Mr. March to do.

23.     I never worked for Phoenix, in any capacity, nor was I ever approached with an employment offer from Phoenix. After client files were sent from Oakstone to Phoenix, which was the firm collecting clients payments, local counsel attorneys and I were the ones continuing doing the work and representing clients. Though client files were moved to Phoenix, I did not know who to contact at Phoenix for compensation resulting from my continued representation of LPG clients, nor did Phoenix reach out to

me to discuss compensation. Yet, I continued representing these clients.

24.     On or around March 23, 2023, I received an offer letter from Greyson Law Center from Ms. Harris of Greyson, by email from onboarding@greysonpc.com. The offer letter was dated March 21, 2023. I received it on March 23, 2023, and signed it on March 24, 2023.

25.     As stated above, I made the decision on my own to accept employment from Greyson Law Center as this would allow me to continue to represent LPG clients.

26.     I was not forced, coerced, or felt compelled to accept employment at Greyson. I accepted employment at Greyson, which at that point I understood was being financed by Eng Taing. It was my choice to accept employment at Greyson as this would allow me to continue representing LPG clients. I could have gone elsewhere.

27.     Around this same time, on or about March 18, 2023, I was approached by a representative of another law firm, Elite Legal Practice ("Elite"), based out of Las Vegas, Nevada, to consider joining their firm. On March 22, 2023, I accepted to meet with the principal of Elite in Nevada and was provided an airplane ticket for my transportation.

28.     When I arrived at Elite's office, Mr. Meier was also present and already employed by Elite, along with one of his personal assistants that had worked with Mr. Meier in the FDCPA/Rosenthal department at the LPG office in Tustin. Other former LPG employees were also present as they had decided to accept employment with Elite.

29.     My interview went well and was productive. Days later, towards the end of March 2023 or early April 2023, I was offered an employment offer to join Elite. The salary and benefits were competitive and indulging. Even so, I decided not to accept employment at Elite. I instead weighed my options and decided to remain at Greyson.

30.     Near the end of April 2023, Scott Eadie, Jayde Trinh, and Han Trinh held an emergency attorney meeting and told us, local counsel attorneys, that Eng Taing and his team pulled out their investments and support of Greyson Law Center.

31.     I, and some of the other attorneys reported that we had had trouble getting paid—either late pay, or no pay (in my case I had not been paid) for work performed for LPG clients that had been moved to Phoenix.

32.     As Greyson had agreed to hire us as attorneys, on a W-2 basis, it was understood that Greyson would then try to contract with Phoenix so that local counsel will be paid for the legal services we had been performing for LPG clients that had been moved to Phoenix. It became known that Phoenix had very few or no attorneys of their own to handle the caseload that all local counsel at Greyson was servicing.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration is executed by me at Brea, California, on April 17, 2024.

_____

ISRAEL OROZCO, ESQ.

# Exhibit "A"

**Subject:** California cases

**Date:**   Thursday, February 9, 2023 at 7:12:48 AM Pacific Standard Time

**From:**   Richard Meier

**To:**   Israel Orozco

Israel,

As you know, today is my last day. Please ask Mars to file a substitution of counsel for all the Rosenthal filed cases in my name to put you on them. Each case should settle pretty quickly without a lot of work (think De Lima). I am available for advice at ████████████████████

It has been an honor working with you...I mean that. You have a bright career ahead of you.

Best regards, Richard

# Exhibit "B"

**From:** Richard Meier <richardmeier4@gmail.com>
**Date:** Wednesday, February 15, 2023 at 1:14 PM
**To:** Admin <admin@lpglaw.com>, Han Trinh <han@lpglaw.com>, Dan March <Dan@lpglaw.com>, Anthony Diehl <ADiehl@lpglaw.com>, Peter Schneider <peter@lpglaw.com>, Israel Orozco <israel@lpglaw.com>, Jayde Trinh <Jayde@lpglaw.com>
**Subject:** Cases that need substitution this week

<u>**California cases:**</u>

**Illinois cases:**

**Indiana cases:**

**New Mexico cases:**

**Colorado cases:**

**Michigan cases:**

**Ohio cases:**

FDCPA.zip
2.7 MB

1 | Kathleen P. March, Esq., (CA SBN 80366)
2 | **THE BANKRUPTCY LAW FIRM, PC**
3 | 10524 W. Pico Blvd, Suite 212, LA, CA 90064
   | Phone: 310-559-9224;    Fax: 310-559-9133
4 | Email: kmarch@BKYLAWFIRM.com
5 | *Counsel for Greyson Law Center PC*

6

7 | UNITED STATES BANKRUPTCY COURT

8 | OF THE CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

9 | | Bankruptcy Case No. 8:23-bk-10571-SC
  | | Chapter 11
10 | In re |
11 | | **DECLARATION OF ATTORNEY PETER R**
12 | | **OSTERMAN REGARDING WORKING FOR**
   | LITIGATION | **GREYSON LAW CENTER PC**
13 | PRACTICE | This Declaration relates to Greyson Law Center PC's
14 | GROUP, PC | Motion for Administrative Claim [dkt.676 in LPG main
   | | bankruptcy case docket], which is set for hearing by
15 | | Bankruptcy Judge Scott <u>Clarkson on:</u>
16 | | Date:  April 25, 2024
   | Debtor. | Time: 11:00 a.m.
17 | | Place:  Courtroom of Bankruptcy Judge Scott Clarkson,
18 | | **by Zoom** or in person at:
   | | 411 West Fourth Street, Courtroom 5C
19 | | Santa Ana, CA 92701-4593

20

21 | <u>**DECLARATION OF ATTORNEY PETER R OSTERMAN**</u>

22 | I, Peter R Osterman, declare as follows:

23

24 | 1.    I make this Declaration in support of the Motion [dkt.676] of Greyson

25 | Law Center, PC (Hereafter, "Greyson"), which moves the Bankruptcy Court to grant

26 | Greyson allowance and payment of Greyson's administrative claim, to be paid to

27 | Greyson by the bankruptcy estate of bankruptcy debtor Litigation Practice Group, PC

28 | (Hereafter, "LPG");

2.      I was employed by LPG as a W2 attorney from January of 2022 through February of 2023;

3.      LPG became financially unstable on or around February of 2023. Consequently, pay was received approximately six to seven days late for each pay period during said period of time;

4.      I was informed by Han Trinh and Jayde Trinh, who were also employed by LPG at the time, that the situation at LPG would most likely not improve and that payroll would most likely continue to be late due to LPG's financial concerns;

5.      I was further informed by Han and Jayde that Tony Diab and LPG managing attorney Daniel March had informed each of them that LPG would be winding up over the course of the following year and that we were encouraged to seek employment elsewhere. I was further informed that there may be a job opportunity with a new law firm, Oakstone Law Group (Hereafter, "Oakstone"), which would be taking over representation of a portion of the LPG clients;

6.      I was further informed by Han and Jayde that they would continue acting in their capacity as employees of LPG to assist with the winding up of that entity;

7.      To the best of my recollection, I was never provided with an offer of employment from Oakstone;

8.      For some time thereafter, I continued to manage the cases assigned to me despite the fact that my employer, LPG, was no longer a going concern;

9. At some point thereafter, because Oakstone had not presented me with an offer of employment and because my efforts to communicate with them were *not* met with a response, I was unable to continue working on the cases assigned to me by LPG;

10. At some point thereafter, I was informed that the LPG files were being transferred from Oakstone, to Phoenix Law (Hereafter, "Phoenix"), for servicing, because Oakstone was failing;

11. At all times during this transition from one entity to another, I remained in contact with both Han and Jayde (formerly employees of LPG) in an effort to remain abreast of activities and in an effort to ensure that our former clients were receiving the services for which they had contracted;

12. At some point thereafter, I was informed that Phoenix was insufficiently equipped with the attorneys necessary to satisfactorily service the clients. I was further informed that Ty Carss was admitted to the California Bar *only* and therefore could not represent consumer clients in states other than California, including the states of Alaska and Washington which were the jurisdictions I had previously handled;

13. At no time did I receive any payment from either Oakstone or Phoenix for any of the services I may have provided a given client during this transition period;

14. At some point thereafter, it was brought to my attention that attorneys reported having trouble securing payment for services rendered to Phoenix Law. The attorneys who had provided services directly for Phoenix Law indicated a desire to be employed by Greyson as W-2 employees and have Greyson contract with Phoenix for

purposes of paying Greyson attorneys to defend consumer clients being sued for debts allegedly owed to the creditors. Phoenix was ostensibly to pay Greyson, which would enable Greyson to pay W-2 salaries to its employed attorneys from the pool of funds Phoenix was to pay Greyson;

15.    To my knowledge, Phoenix Law continued collecting clients' payments while the local counsels previously employed by LPG provided services to the clients, sometimes without pay which ultimately proved to be an untenable arrangement;

16.    On or around March 23, 2023, I received an offer letter via email from Greyson Law Center's Ms. Harris (onboarding@greysonpc.com) with onboarding information;

17.    I chose to accept employment with Greyson with a start date on or around March 27, 2023;

18.    At no time herein was I ever coerced into any arrangement, including employment with Greyson. I remained eager to continue my employment as a W-2 employee of Greyson, which at that point, I was informed, was being financed by Eng Taing;

19.    Near the end of April 2023, Scott Eadie, Jayde Trinh, and Han Trinh held an emergency attorney meeting and informed me and other "local counsel" attorneys that Eng Taing and his group had discontinued with both their investment and support of Greyson Law Center;

20.    In that same meeting, Scott Eadie, Jayde Trinh, and Han Trinh

collectively shared ideas on how Greyson could survive without financial support from Eng Taing. For obvious reasons, working without pay was not an option;

21.     Greyson thereafter agreed to hire the attorneys on a W-2 basis and engage in efforts to contract with Phoenix to pay Greyson $2,000 per case for each state court case in which a given attorney appeared to defend Phoenix's consumer clients;

22.     The $2,000 per case figure was established as the result of attorneys having indicated an expectation to be paid approximately $800 to $2,500 per state court lawsuit in which they appeared based on previous indications from Phoenix Law and Consumer Legal Group;

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

This Declaration was executed by me at Seattle, Washington on this 16th day of April, 2024.

PETER R OSTERMAN, Attorney at Law
*California Bar No.* 177093
*Washington State Bar No.* 27803
*Alaska Bar No.* 125028

1   Kathleen P. March, Esq., (CA SBN 80366)
2   **THE BANKRUPTCY LAW FIRM, PC**
3   10524 W. Pico Blvd, Suite 212, LA, CA 90064
    Phone: 310-559-9224;    Fax: 310-559-9133
4   Email: kmarch@BKYLAWFIRM.com
5   *Counsel for Greyson Law Center PC*

6
7                   UNITED STATES BANKRUPTCY COURT
8       OF THE CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

9                               | Bankruptcy Case No. 8:23-bk-10571-SC
10                              | Chapter 11
        In re                   |
11                              | **DECLARATION OF ATTORNEY GEORGE**
12                              | **CHAMBERLAIN REGARDING WORKING FOR**
        LITIGATION              |
13      PRACTICE                | **GREYSON LAW CENTER PC**
        GROUP, PC               |
14                              | This Declaration relates to Greyson Law Center PC's
15                              | Motion for Administrative Claim [dkt.676 in LPG main
                                | bankruptcy case docket], which is set for hearing by
16                              | Bankruptcy Judge Scott Clarkson on:
        Debtor.                 | Date:  April 25, 2024
17                              | Time: 11:00 a.m.
18                              | Place:  Courtroom of Bankruptcy Judge Scott Clarkson,
                                | **by Zoom** or in person at:
19                              | 411 West Fourth Street, Courtroom 5C
20                              | Santa Ana, CA 92701-4593

21
22           **DECLARATION OF ATTORNEY GEORGE CHAMBERLAIN**
23
24      I, George Chamberlain, declare:

25      1.      I make this Declaration regarding the Motion [dkt.676] of Greyson Law
26
27  Center, PC ("Greyson"), which moves the Bankruptcy Court to grant Greyson
28
    allowance and payment of Greyson's administrative claim, to be paid to Greyson by the

bankruptcy estate of bankruptcy debtor Litigation Practice Group, PC ("LPG").

2.      I was employed by LPG, as a W2 attorney, from the summer of 2022 to the winter of 2023.

3.      LPG experienced financial instability beginning in February 2023, resulting in delayed employee compensation for several pay periods during the winter months of the same year.

4.      Han Trinh and Jayde Trinh, who were also employed by LPG at that time, advised me and other LPG attorneys, in a meeting, that the situation at LPG would most likely not improve and that payroll would most likely continue being late due to LPG's financial issues.

5.      Han and Jayde informed us that Tony Diab and LPG managing attorney Daniel March, Esq. had advised them that LPG would begin the process of shutting down, which would take around a year, and that we were encouraged to seek employment elsewhere. They also mentioned a job opportunity with a new law firm, Oakstone, which would be taking over representation of some LPG clients, as Oakstone was better equipped to service these clients given LPG's current condition.

6.      Han and Jayde told us they would continue doing work for LPG to assist with the shutdown process.

7.      I received an employment offer letter from Oakstone Law Group in or around February 2023.

8.      Even if I had not chosen to be employed by Oakstone, I still would have

**DECLARATION OF ATTORNEY GEORGE CHAMBERLAIN**      **2**

resigned from LPG due to its financial problems.

9.      Additionally, had I not joined Oakstone, I would not have been able to continue working on the cases of the LPG clients assigned to me, as those clients' files had been transferred to Oakstone for servicing.

10.     During my employment with Oakstone, I had to contact Han and/or Jayde at LPG to seek their assistance regarding issues concerning the LPG clients that LPG had sent to Oakstone for servicing, as Oakstone lacked personnel to address such queries.

11.     In or around March 2023 I received an offer letter from Greyson Law Center from Ms. Harris of Greyson, by email from onboarding@greysonpc.com with all the onboarding information

12.     I chose to accept the employment offer letter from Greyson Law Center and my start date was in or around March 2023.

13.     I was not forced or coerced; I was eager to be employed as a W-2 employee of Greyson Law Center.

14.     However, near the end of April 2023, Scott Eadie, Jayde Trinh, and Han Trinh held an emergency attorney meeting and informed certain attorneys that Eng Taing and his associates had withdrawn their investments and support for Greyson Law Center.

15.     During that same meeting, Scott Eadie, Jayde Trinh, and Han Trinh brainstormed with us on how Greyson could survive without financial support from

Eng Taing.

16.    In that same meeting, Scott Eadie, Jayde Trinh, and Han Trinh discussed strategy addressing the survival of Greyson without financial support from Eng Taing.

17.    Upon information and belief, Greyson agreed to hire attorneys who wished to be employed by them on a W-2 basis with Phoenix paying Greyson $2,000 per case for each state court case we appeared in to defend consumer clients for Phoenix.

18.    Upon information and belief, the $2,000 per case figure was based on some attorneys reporting that they were supposed to be paid approximately $800 to $2,500 per state court lawsuit they appeared in to defend consumer clients by law firms they worked for, such as Phoenix Law and Consumer Legal Group.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration is executed by me in Charleston, West Virginia, on April 16, 2024.


*George C. Chamberlain*
GEORGE CHAMBERLAIN

1   Kathleen P. March, Esq., (CA SBN 80366)
2   **THE BANKRUPTCY LAW FIRM, PC**
    10524 W. Pico Blvd, Suite 212, LA, CA 90064
3   Phone: 310-559-9224;    Fax: 310-559-9133
4   Email: kmarch@BKYLAWFIRM.com
    *Counsel for Greyson Law Center PC*
5

6

7                 UNITED STATES BANKRUPTCY COURT

8       OF THE CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

9                              │  Bankruptcy Case No. 8:23-bk-10571-SC
                               │  Chapter 11
10      In re                  │
11                             │  **DECLARATION OF BRENDA MENDEZ**
12      LITIGATION             │  This Declaration relates to Han Trinh and Jayde Trinh's
13      PRACTICE               │  Motion for Administrative Claim [dkt. 674 and dkt.
        GROUP, PC              │  675] in LPG main bankruptcy case docket], which is set
14                             │  for hearing by Bankruptcy Judge Scott <u>Clarkson on:</u>
15                             │  Date:  April 25, 2024
                               │  Time: 11:00 a.m.
16      Debtor.                │  Place:  Courtroom of Bankruptcy Judge Scott Clarkson,
                               │  **by Zoom** or in person at:
17                             │  411 West Fourth Street, Courtroom 5C
                               │  Santa Ana, CA 92701-4593
18
19              <u>**DECLARATION OF BRENDA MENDEZ**</u>
20
21          I, BRENDA MENDEZ, declare:

22          1.      I make this Declaration in support of Han Trinh and Jayde Trinh's

23   Motion [dkt. 674 and dkt. 675], which seeks payment, by debtor Litigation Practice
24
25   Group PC's ("LPG") bankruptcy estate, for the work Han Trinh and Jayde Trinh did

26   for LPG, from when LPG filed bankruptcy on 3/20/23, to when LPG's bankruptcy
27
28   Trustee did lockouts, on 6/2/23.

            2.      Everything I say in this Declaration I know of my own personal

_____

knowledge.

3.    I was an employee of LPG in 2023, and my job duty at LPG was related to Document Control under the direction of Han Trinh.

4.    I left LPG around 03/03/2023.

5.    But then Han Trinh asked me to return to LPG, on or around 03/30/2023 to assist with the wind up of LPG, because most of the LPG employees had already left or been terminated, and Han's team, which included me, were the only LPG personnel trained to the LPG legal operations process and workflow.

6.    I came back to LPG, to help Han with her work for LPG, and helped Han with her work for LPG, remotely from the last week of March 2023 to 06/02/23, which was the date the LPG Trustee did the lockouts. I worked with Han, Jayde, and other individuals who chose to come back to assist Jayde and Han to do their work for LPG.

7.    Following LPG's bankruptcy filing in March 2023 (it was not until April that I was told LPG's bankruptcy was filed on 3/20/23), the administrative work for LPG increased greatly from the number they were before LPG filed bankruptcy.  In addition to the usual emails and documents being sent from former and current LPG consumer clients, and from former LPG's "local counsel" attorneys defending former and current LPG clients in state court lawsuits throughout the US, which Han's LPG team handled before LPG filed bankruptcy, there were many more emails and documents being sent to LPG, after LPG filed bankruptcy.

8.    These many additional emails and documents coming into LPG, were

DECLARATION OF BRENDA MENDEZ    2

also handled by Han Trinh and our team, including me, Maria Thach, Michael Vu, Linda Prey, and Morgan Lee. Those additional emails asked about many new issues. This included former local counsel attorneys asking whether the law firms the clients they were servicing had been sent to, by LPG, would still honor the same terms of their agreement with former LPG's "local counsel" attorneys who were defending  former LPG consumer clients in state court lawsuits, all over the US;  whether payments would need to start over entirely; how the transfer process would be initiated or had occurred; what would happen to lawsuits already in active litigation, where new lawsuits needed to be sent etc.

9.     In addition, many clients contacted LPG, telling Han Trinh and Jayde Trinh and the rest of their teams that they were unable to get in contact with the new firms that LPG had sent their files to, that they did not understand what was going on, that they could not contact their attorneys who were defending them in state court suits, etc.

10.     From 03/20/23 through 06/02/23, all emails, phone calls, and other communications to LPG, from clients, from vendors, opposing counsels, and from former LPG "local counsel" attorneys, ended up being directed to attorney Jayde Trinh to respond to, assisted by Ramona Montiero and by Ana Gurrola, or to Han Trinh assisted by Maria Thach, Michael Vu, Linda Prey, Morgan Lee, and me.

11.     Additionally, around this time there was a major payment processing error, which was that clients were being charged twice, by double "draws" of fees

1  taken out of the clients' bank accounts/credit cards. That error caused huge problems

2  for the clients, resulting in even more communication from the clients in the form of

3

4  phone calls, emails, and letters to LPG. The clients reaching out to LPG were both

5  angry and panicked by the erroneous double draws. Jayde Trinh, assisted by Ramona

6

7  Montiero and by Ana Gurrola, had to attempt to calm the clients and to resolve the

8  double draw errors. Han Trinh, assisted by Maria Thach, Michael Vu, Linda Prey,

9

10  Morgan Lee, and myself, had to keep track of those clients to make sure those clients

11  get reimbursed and that all of their concerns were addressed as best as possible with

12  what was left of LPG.

13

14       12.    All of the tasks I have describe here, were handled exclusively by our

15  team under the direction of Han Trinh. Jayde Trinh, as the only attorney on the team,

16  was overseeing all these tasks daily and was instructing her team and the rest of us on

17

18  how they should respond, until LPG's bankruptcy trustee did the lockouts, on

19  06/02/23.

20

21       I declare under penalty of perjury that the foregoing is true and correct, and that

22  this Declaration is executed by me at ____Costa Mesa____, California, on April _14_,

23  2024.

24

25                    _Brenda Mendez_
                      BRENDA MENDEZ

26

27

28

---

Kathleen P. March, Esq., (CA SBN 80366)
**THE BANKRUPTCY LAW FIRM, PC**
10524 W. Pico Blvd, Suite 212, LA, CA 90064
Phone: 310-559-9224;    Fax: 310-559-9133
Email: kmarch@BKYLAWFIRM.com
*Counsel for Greyson Law Center PC*

UNITED STATES BANKRUPTCY COURT

OF THE CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

| | |
|---|---|
| In re<br><br>LITIGATION PRACTICE GROUP, PC<br><br>Debtor. | Bankruptcy Case No. 8:23-bk-10571-SC<br>Chapter 11<br><br>**DECLARATION OF ATTORNEY Haley Simmoneau**<br><br>**REGARDING WORKING FOR GREYSON LAW CENTER PC**<br><br>This Declaration relates to Greyson Law Center PC's Motion for Administrative Claim [dkt.676 in LPG main bankruptcy case docket], which is set for hearing by Bankruptcy Judge Scott Clarkson on:<br>Date:  April 25, 2024<br>Time: 11:00 a.m.<br>Place:  Courtroom of Bankruptcy Judge Scott Clarkson, **by Zoom** or in person at:<br>411 West Fourth Street, Courtroom 5C<br>Santa Ana, CA 92701-4593 |

## DECLARATION OF ATTORNEY HALEY SIMMONEAU

I, Haley Simmoneau, declare:

1.    I make this Declaration regarding the Motion [dkt.676] of Greyson Law Center, PC ("Greyson"), which moves the Bankruptcy Court to grant Greyson allowance and payment of Greyson's administrative claim, to be paid to Greyson by

the bankruptcy estate of bankruptcy debtor Litigation Practice Group, PC ("LPG").

2.      I was employed by LPG, as a W2 attorney, from June 2022 to February 2023. In addition to my employment, I was permitted to hire 2 Paralegals and a Legal Assistant under LPG.

3.      LPG became unstable by February 2023. Pay was received approximately six to seven days late for each pay period in February 2023.

4.      Due to the tardiness of pay and need for staff, I personally had to front money for staff that were paid late.

5.      Han Trinh, LPG Administrator, and Jayde Trinh, LPG General Counsel, informed myself and other LPG attorneys, in an attorney meeting, that the situation at LPG would most likely not improve and that payroll will most likely continue being late due to LPG's financial issues.

6.      Han and Jayde let us all know during this meeting that Tony Diab and LPG managing attorney Daniel March, Esq. had told them that LPG would be winding up, which would take around a year, and that we were encouraged to seek employment elsewhere. Han and Jayde informed us there was a job opportunity with a new law firm, Oakstone Law Group ("Oakstone") which would be taking over representation of some of the LPG clients, because Oakstone was better equipped to service the LPG clients due to LPG's present condition. My caseload was sizeable as I was in charge of Oklahoma and Texas and the attorneys for those states had either quit or been previously terminated.

7.      Han and Jayde informed us they would continue doing work for LPG to assist LPG with LPG's winding up and they would attempt to be available to assist with any LPG related issues.

8.      I received an employment offer letter from Oakstone Law Group on or around February 18, 2023. I willingly chose to accept the employment offer letter from Oakstone and my start date was on or around February 20, 2023.

9.      If I had not chosen to be employed by Oakstone, I still would have had to resign from LPG, because of the failure of LPG to continually miss W-2 salary to myself and my staff. The financial problems at LPG was a deciding factor in my decision to accept the Oakstone job offer.

10.      In addition, had I not gone to Oakstone, I could not have continued to work on the cases of the LPG clients assigned to me due to lack of payment on these files, many of the client's files had been sent to Oakstone to service, and the expense to withdraw from the number of files assigned to me would bankrupt myself.

11.      During my employment with Oakstone, I had to repeatedly contact Han and Jayde, at LPG, to get their help regarding issues concerning the LPG clients that LPG had sent to Oakstone for servicing, because Oakstone had no one to answer such questions.  Han and Jayde also assisted in allowing myself and staff to maintain access to LPG systems or email in order to properly service these clients.

12.      At this time not all files were transferred to another firm and some files were transferred to many other firms, Phoenix Law Group ("Phoenix") and Consumer

Law Group ("CLG") . While working for Oakstone, I continued to service non-Oakstone files from LPG as well with no compensation for this.

13.    Later, we were informed that any LPG files maintained at Oakstone were transferred from Oakstone, to Phoenix, for servicing, because Oakstone was failing.  When the cases went to Phoenix, I still had to repeatedly contact Han and Jayde at LPG, to get their help regarding issues concerning the LPG clients that were now at Phoenix, because I couldn't reach anyone at Phoenix who could answer my questions, and I needed my questions answered, to represent my clients effectively.

14.    The consumer clients who were defendants in those state court suits were originally LPG clients, who were then moved by LPG to Oakstone for servicing, and then, when Oakstone was failing, were moved to Phoenix for servicing.

15.    To my knowledge, Phoenix didn't have any attorneys to do that state court defense work, except for Ty Carss, Esq., who couldn't possibly do all that work, and couldn't represent consumer clients in states other than the state where Carss was admitted to practice law.

16.    I did not work directly for Phoenix as either a W-2 employee or an independent contractor. I attempted to contact Phoenix regarding continuing to service the Phoenix Clients. No response was received. I received no pay from Phoenix at all for work defending those lawsuits. I paid my staff directly for their services with no response from Phoenix Law about pay, so that the clients would not be left with no representation. This placed a substantial financial burden on myself however, the LPG

clients were put through a harrowing situation, and I could not in good conscience

abandon them.  I had a duty to continue representation until Courts released me from

my obligation or I was able to resolve their case in some way.

17.    Phoenix was collecting clients' payments while local counsel attorneys

were the ones doing the work for the clients.  Without pay directly from Phoenix or

another alternative, I could not continue to work on these LPG files.

18.    In March 2023, I was informed of a possible job with Greyson Law

Center ("Greyson"). I expressed interest in this, as my staff and I had no steady

income. I was informed that Eng Taing, a wealthy investor, was financing this firm and

no financial issues would come up. It was my understanding that Scott Eadie was the

Owner/Managing Attorney, and that Han Trinh would assist him in getting things set

up. We were informed that Jayde and Han would eventually be joining us at Greyson

Law Center, should we receive an offer their and accept it.

19.    On or around March 23, 2023, I received an offer letter from Greyson

Law Center from Ms. Harris of Greyson, by email

from onboarding@greysonpc.com with all the onboarding information.

20.    I chose to accept the employment offer letter from Greyson and my start

date was on or around March 27, 2023.

21.    I had limited amount of time and money to continue to dedicate to LPG

files with no pay. With no response from Phoenix or CLG, whose LPG files I had been

servicing, I had to make a decision quickly. Again, staff was being paid by myself,

personally, if their pay was late or did not arrive at all.

22.     I was not forced or coerced, I was eager to be employed as a W-2 employee of Greyson Law Center, which at that point I understood was being financed by Eng Taing.

23.     However, near the end of April 2023, Scott Eadie, Jayde Trinh, and Han Trinh held an emergency attorney meeting and informed us "local counsel" attorneys that Eng Taing and his people pulled out their investments and support of Greyson Law Center.

24.     In that same meeting, Scott Eadie, Jayde Trinh, and Han Trinh brainstormed with us on how Greyson could survive without financial support from Eng Taing. None of us wanted to work without getting paid.

25.     Many attorneys reported that they had had trouble getting paid--either late pay, or no pay--for work done for Phoenix Law. I informed everyone that I had no response from Phoenix and that at this point they could substitute counsel in for the files they had. Most of the attorneys that had done work for Phoenix directly, said they did not want to continue working for Phoenix directly, because of the slow pay/no pay problem.  I agreed with several attorneys that it would be better to be an employee of Greyson and have Greyson reach out directly to  Phoenix in order to contract with them to pay Greyson to supply Greyson attorneys to appear in state court suits, for Phoenix, to defend consumer clients being sued for alleged debts owed to the creditors suing those consumer clients in state court suits. Phoenix would pay Greyson, and that

would enable Greyson to pay us our W-2 Greyson salaries, from what Phoenix paid

Greyson.

26.     Greyson agreed to hire attorneys us attorneys, who wished to be hired by

Greyson, on a W-2 basis, and agreed that Greyson would then try to contract with

Phoenix, for Phoenix to pay Greyson $2,000 per case, for each state court case we

appeared in, defending consumer defendant clients for Phoenix.

27.     The $2,000 per case figure was because some of the attorneys said they

were supposed to be paid approximately $800 to $2,500, per state court lawsuit they

appeared in to defend consumer clients in, by Law Firms they did work for (Phoenix

Law, Consumer Legal Group, and other outside firms).

I declare under penalty of perjury that the foregoing is true and correct, and that

this Declaration is executed by me at Oklahoma City, Oklahoma on April 15, 2024.


_____

HALEY SIMMONEAU, ESQ.
Licensed in OK, TX, & DC
PO BOX 1310
Mustang, OK 73064
405-212-3945

Kathleen P. March, Esq., (CA SBN 80366)
**THE BANKRUPTCY LAW FIRM, PC**
10524 W. Pico Blvd, Suite 212, LA, CA 90064
Phone: 310-559-9224;    Fax: 310-559-9133
Email: kmarch@BKYLAWFIRM.com
*Counsel for Greyson Law Center PC*

## UNITED STATES BANKRUPTCY COURT

### OF THE CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

In re

LITIGATION
PRACTICE
GROUP, PC

Debtor.

Bankruptcy Case No. 8:23-bk-10571-SC
Chapter 11

**DECLARATION OF LINDA PREY**

This Declaration relates to Han Trinh and Jayde Trinh's Motion for Administrative Claim [dkt. 674 and dkt. 675] in LPG main bankruptcy case docket], which is set for hearing by Bankruptcy Judge Scott <u>Clarkson on:</u>
Date:  April 25, 2024
Time: 11:00 a.m.
Place:  Courtroom of Bankruptcy Judge Scott Clarkson, **by Zoom** or in person at:
411 West Fourth Street, Courtroom 5C
Santa Ana, CA 92701-4593

### <u>DECLARATION OF LINDA PREY</u>

I, LINDA PREY, declare:

1.    I make this Declaration in support of Han Trinh and Jayde Trinh's Motion [dkt. 674 and dkt. 675], which seeks payment, by debtor Litigation Practice Group PC's ("LPG") bankruptcy estate, for the work Han Trinh and Jayde Trinh did for LPG, from when LPG filed bankruptcy on 3/20/23, to when LPG's bankruptcy Trustee did lockouts, on 6/2/23.

2.    Everything I say in this Declaration I know of my own personal

_____
**DECLARATION OF LINDA PREY**      1

359

1   knowledge.

2

3       3.    I was an employee of LPG in 2023, and my job duty at LPG was related

4   to Document Control under the direction of Han Trinh.

5       4.    I left LPG around 03/03/2023.

6

7       5.    But then Han Trinh asked me to return to LPG, on or around 03/30/2023

8   to assist with the wind up of LPG, because most of the LPG employees had already left

9

10   or been terminated, and Han's team, which included me, were the only LPG personnel

11   trained to the LPG legal operations process and workflow.

12       6.    I came back to LPG, to help Han with her work for LPG, and helped Han

13

14   with her work for LPG, remotely from the last week of March 2023 to 06/02/23, which

15   was the date the LPG Trustee did the lockouts. I worked with Han, Jayde, and other

16

17   individuals who chose to come back to assist Jayde and Han to do their work for LPG.

18       7.    Following LPG's bankruptcy filing in March 2023 (it was not until April

19   that I was told LPG's bankruptcy was filed on 3/20/23), the administrative work for

20

21   LPG increased greatly from the number they were before LPG filed bankruptcy.  In

22   addition to the usual emails and documents being sent from former and current LPG

23

24   consumer clients, and from former LPG's "local counsel" attorneys defending former

25   and current LPG clients in state court lawsuits throughout the US, which Han's LPG

26   team handled before LPG filed bankruptcy, there were many more emails and

27

28   documents being sent to LPG, after LPG filed bankruptcy.

       8.    These many additional emails and documents coming into LPG, were

also handled by Han Trinh and our team, including me, Maria Thach, Michael Vu, Brenda Mendez, and Morgan Lee. Those additional emails asked about many new issues. This included former local counsel attorneys asking whether the law firms the clients they were servicing had been sent to, by LPG, would still honor the same terms of their agreement with former LPG's "local counsel" attorneys who were defending former LPG consumer clients in state court lawsuits, all over the US;  whether payments would need to start over entirely; how the transfer process would be initiated or had occurred; what would happen to lawsuits already in active litigation, where new lawsuits needed to be sent etc.

9.    In addition, many clients contacted LPG, telling Han Trinh and Jayde Trinh and the rest of their teams that they were unable to get in contact with the new firms that LPG had sent their files to, that they did not understand what was going on, that they could not contact their attorneys who were defending them in state court suits, etc.

10.    From 03/20/23 through 06/02/23, all emails, phone calls, and other communications to LPG, from clients, from vendors, opposing counsels, and from former LPG "local counsel" attorneys, ended up being directed to attorney Jayde Trinh to respond to, assisted by Ramona Montiero and by Ana Gurrola, or to Han Trinh assisted by Maria Thach, Michael Vu, Brenda Mendez, Morgan Lee, and me.

11.    Additionally, around this time there was a major payment processing error, which was that clients were being charged twice, by double "draws" of fees

taken out of the clients' bank accounts/credit cards. That error caused huge problems

for the clients, resulting in even more communication from the clients in the form of

phone calls, emails, and letters to LPG. The clients reaching out to LPG were both

angry and panicked by the erroneous double draws. Jayde Trinh, assisted by Ramona

Montiero and by Ana Gurrola, had to attempt to calm the clients and to resolve the

double draw errors. Han Trinh, assisted by Maria Thach, Michael Vu, Brenda Mendez,

Morgan Lee, and myself, had to keep track of those clients to make sure those clients

get reimbursed and that all of their concerns were addressed as best as possible with

what was left of LPG.

12.    All of the tasks I have describe here, were handled exclusively by our

team under the direction of Han Trinh. Jayde Trinh, as the only attorney on the team,

was overseeing all these tasks daily and was instructing her team and the rest of us on

how they should respond, until LPG's bankruptcy trustee did the lockouts, on

06/02/23.

I declare under penalty of perjury that the foregoing is true and correct, and that

this Declaration is executed by me at ___Eastvale_____, California, on April _14_,

2024.

_____
LINDA PREY

Kathleen P. March, Esq., (CA SBN 80366)
**THE BANKRUPTCY LAW FIRM, PC**
10524 W. Pico Blvd, Suite 212, LA, CA 90064
Phone: 310-559-9224;    Fax: 310-559-9133
Email: kmarch@BKYLAWFIRM.com
*Counsel for Greyson Law Center PC*

UNITED STATES BANKRUPTCY COURT

OF THE CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

| | |
|---|---|
| In re<br><br>LITIGATION<br>PRACTICE<br>GROUP, PC<br><br><br>Debtor. | Bankruptcy Case No. 8:23-bk-10571-SC<br>Chapter 11<br><br>**DECLARATION OF MARIA THACH**<br><br>This Declaration relates to Han Trinh and Jayde Trinh's Motion for Administrative Claim [dkt. 674 and dkt. 675] in LPG main bankruptcy case docket], which is set for hearing by Bankruptcy Judge Scott <u>Clarkson on:</u><br>Date:  April 25, 2024<br>Time: 11:00 a.m.<br>Place:  Courtroom of Bankruptcy Judge Scott Clarkson, **by Zoom** or in person at:<br>411 West Fourth Street, Courtroom 5C<br>Santa Ana, CA 92701-4593 |

## <u>DECLARATION OF MARIA THACH</u>

I, MARIA THACH, declare:

1.     I make this Declaration in support of Han Trinh and Jayde Trinh's

Motion [dkt. 674 and dkt. 675], which seeks payment, by debtor Litigation Practice

Group PC's ("LPG") bankruptcy estate, for the work Han Trinh and Jayde Trinh did

for LPG, from when LPG filed bankruptcy on 3/20/23, to when LPG's bankruptcy

Trustee did lockouts, on 6/2/23.

2.     Everything I say in this Declaration I know of my own personal

1  knowledge.

2
3      3.      I was an employee of LPG in 2023, and my job duty at LPG was related

4  to Payment, Document Control and Legal Operations under the direction of Han Trinh.

5      4.      I left LPG around 03/6/2023.

6
7      5.       But then Han Trinh asked me to return to LPG, on or around 04/06/2023

8  to assist with the wind up of LPG, because most of the LPG employees had already left

9
10  or been terminated, and Han's team, which included me, were the only LPG personnel

11  trained to the LPG legal operations process and workflow.

12
13      6.      I came back to LPG, to help Han with her work for LPG, remotely from

14  the first week of April 2023 to 06/02/23, which was the date the LPG Trustee did the

15  lockouts. I worked with Han, Jayde, and other individuals who chose to come back to

16
17  assist Jayde and Han to do their work for LPG.

18      7.      Following LPG's bankruptcy filing in March 2023 (it was not until April

19  that I was told LPG's bankruptcy was filed on 3/20/23), the administrative work for

20
21  LPG increased greatly from the number they were before LPG filed bankruptcy.  In

22  addition to the usual emails and documents being sent from former and current LPG

23
24  consumer clients, and from former LPG's "local counsel" attorneys defending former

25  and current LPG clients in state court lawsuits throughout the US, which Han's LPG

26  team handled before LPG filed bankruptcy, there were many more emails and

27
28  documents being sent to LPG, after LPG filed bankruptcy.

       8.      These many additional emails and documents coming into LPG, were

also handled by Han Trinh and our team, including me, Michael Vu, Morgan Lee,

Linda Prey, and Brenda Mendez. Those additional emails asked about many new

issues. This included former local counsel attorneys asking whether the law firms the

clients they were servicing had been sent to, by LPG, would still honor the same terms

of their agreement with former LPG's "local counsel" attorneys who were defending

former LPG consumer clients in state court lawsuits, all over the US;  whether

payments would need to start over entirely; how the transfer process would be initiated

or had occurred; what would happen to lawsuits already in active litigation, where new

lawsuits needed to be sent etc.

9.      In addition, many clients contacted LPG, telling Han Trinh and Jayde

Trinh and the rest of their teams that they were unable to get in contact with the new

firms that LPG had sent their files to, that they did not understand what was going on,

that they could not contact their attorneys who were defending them in state court suits,

etc.

10.      From 03/20/23 through 06/02/23, all emails, phone calls, and other

communications to LPG, from clients, from vendors, opposing counsels, and from

former LPG "local counsel" attorneys, ended up being directed to attorney Jayde Trinh

to respond to, assisted by Ramona Montiero and by Ana Gurrola, or to Han Trinh

assisted by Michael Vu, Morgan Lee, Linda Prey, Brenda Mendez, and me.

11.      Additionally, around this time there was a major payment processing

error, which was that clients were being charged twice, by double "draws" of fees

taken out of the clients' bank accounts/credit cards. That error caused huge problems

for the clients, resulting in even more communication from the clients in the form of

phone calls, emails, and letters to LPG. The clients reaching out to LPG were both

angry and panicked by the erroneous double draws. Jayde Trinh, assisted by Ramona

Montiero and by Ana Gurrola, had to attempt to calm the clients and to resolve the

double draw errors. Han Trinh, assisted by Michael Vu, Morgan Lee, Linda Prey,

Brenda Mendez, and myself, had to keep track of those clients to make sure those

clients get reimbursed and that all of their concerns were addressed as best as possible

with what was left of LPG.

     12.    All of the tasks I have describe here, were handled exclusively by our

team under the direction of Han Trinh. Jayde Trinh, as the only attorney on the team,

was overseeing all these tasks daily and was instructing her team and the rest of us on

how they should respond, until LPG's bankruptcy trustee did the lockouts, on

06/02/23.

     I declare under penalty of perjury that the foregoing is true and correct, and that

this Declaration is executed by me at _____Antelope_____, California, on April 14,

2024.

_____
MARIA THACH

1  Kathleen P. March, Esq., (CA SBN 80366)
2  **THE BANKRUPTCY LAW FIRM, PC**
3  10524 W. Pico Blvd, Suite 212, LA, CA 90064
   Phone: 310-559-9224;    Fax: 310-559-9133
4  Email: kmarch@BKYLAWFIRM.com
5  *Counsel for Greyson Law Center PC*

6

7              UNITED STATES BANKRUPTCY COURT

8      OF THE CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

9                                    | Bankruptcy Case No. 8:23-bk-10571-SC
10                                   | Chapter 11
    In re
11                                   | **DECLARATION OF MICHAEL VU**
12                                   | This Declaration relates to Han Trinh and Jayde Trinh's
    LITIGATION                       | Motion for Administrative Claim [dkt. 674 and dkt.
13  PRACTICE                         | 675] in LPG main bankruptcy case docket], which is set
    GROUP, PC                        | for hearing by Bankruptcy Judge Scott <u>Clarkson on:</u>
14                                   | Date:  April 25, 2024
15                                   | Time: 11:00 a.m.
16                                   | Place:  Courtroom of Bankruptcy Judge Scott Clarkson,
    Debtor.                          | **by Zoom** or in person at:
17                                   | 411 West Fourth Street, Courtroom 5C
18                                   | Santa Ana, CA 92701-4593

19             <u>**DECLARATION OF MICHAEL VU**</u>

20

21      I, MICHAEL VU, declare:

22      1.    I make this Declaration in support of Han Trinh and Jayde Trinh's

23  Motion [dkt. 674 and dkt. 675], which seeks payment, by debtor Litigation Practice

24
25  Group PC's ("LPG") bankruptcy estate, for the work Han Trinh and Jayde Trinh did

26  for LPG, from when LPG filed bankruptcy on 3/20/23, to when LPG's bankruptcy

27  Trustee did lockouts, on 6/2/23.

28      2.    Everything I say in this Declaration I know of my own personal

_____

                                                            367
              DECLARATION OF MICHAEL VU         1

1    knowledge.

2

3        3.     I was an employee of LPG in 2023, and my job duty at LPG was related

4    to Document Control and Legal Operations under the direction of Han Trinh.

5        4.     I left LPG around 03/03/2023.

6

7        5.     But then Han Trinh asked me to return to LPG, on or around 03/30/2023

8    to assist with the wind up of LPG, because most of the LPG employees had already left

9    or been terminated, and Han's team, which included me, were the only LPG personnel

10

11   trained to the LPG legal operations process and workflow.

12       6.     I came back to LPG, to help Han with her work for LPG, and helped Han

13

14   with her work for LPG, remotely from the last week of March 2023 to 06/02/23, which

15   was the date the LPG Trustee did the lockouts. I worked with Han, Jayde, and other

16

17   individuals who chose to come back to assist Jayde and Han to do their work for LPG.

18       7.     Following LPG's bankruptcy filing in March 2023 (it was not until April

19   that I was told LPG's bankruptcy was filed on 3/20/23), the administrative work for

20

21   LPG increased greatly from the number they were before LPG filed bankruptcy.  In

22   addition to the usual emails and documents being sent from former and current LPG

23

24   consumer clients, and from former LPG's "local counsel" attorneys defending former

25   and current LPG clients in state court lawsuits throughout the US, which Han's LPG

26   team handled before LPG filed bankruptcy, there were many more emails and

27

28   documents being sent to LPG, after LPG filed bankruptcy.

    8.     These many additional emails and documents coming into LPG, were

also handled by Han Trinh and our team, including me, Maria Thach, Morgan Lee, Linda Prey, and Brenda Mendez. Those additional emails asked about many new issues. This included former local counsel attorneys asking whether the law firms the clients they were servicing had been sent to, by LPG, would still honor the same terms of their agreement with former LPG's "local counsel" attorneys who were defending former LPG consumer clients in state court lawsuits, all over the US; whether payments would need to start over entirely; how the transfer process would be initiated or had occurred; what would happen to lawsuits already in active litigation, where new lawsuits needed to be sent etc.

9.      In addition, many clients contacted LPG, telling Han Trinh and Jayde Trinh and the rest of their teams that they were unable to get in contact with the new firms that LPG had sent their files to, that they did not understand what was going on, that they could not contact their attorneys who were defending them in state court suits, etc.

10.     From 03/20/23 through 06/02/23, all emails, phone calls, and other communications to LPG, from clients, from vendors, opposing counsels, and from former LPG "local counsel" attorneys, ended up being directed to attorney Jayde Trinh to respond to, assisted by Ramona Montiero and by Ana Gurrola, or to Han Trinh assisted by Maria Thach, Morgan Lee, Linda Prey, Brenda Mendez, and me.

11.     Additionally, around this time there was a major payment processing error, which was that clients were being charged twice, by double "draws" of fees

taken out of the clients' bank accounts/credit cards. That error caused huge problems

for the clients, resulting in even more communication from the clients in the form of

phone calls, emails, and letters to LPG. The clients reaching out to LPG were both

angry and panicked by the erroneous double draws. Jayde Trinh, assisted by Ramona

Montiero and by Ana Gurrola, had to attempt to calm the clients and to resolve the

double draw errors. Han Trinh, assisted by Maria Thach, Morgan Lee, Linda Prey,

Brenda Mendez, and myself, had to keep track of those clients to make sure those

clients get reimbursed and that all of their concerns were addressed as best as possible

with what was left of LPG.

12.    All of the tasks I have describe here, were handled exclusively by our

team under the direction of Han Trinh. Jayde Trinh, as the only attorney on the team,

was overseeing all these tasks daily and was instructing her team and the rest of us on

how they should respond, until LPG's bankruptcy trustee did the lockouts, on

06/02/23.

I declare under penalty of perjury that the foregoing is true and correct, and that

this Declaration is executed by me at ___Garden Grove_____, California, on April __15th__,

2024.

*Michael Vu*

_____

MICHAEL VU

1  Kathleen P. March, Esq., (CA SBN 80366)
   **THE BANKRUPTCY LAW FIRM, PC**
2  10524 W. Pico Blvd, Suite 212, LA, CA 90064
   Phone: 310-559-9224;    Fax: 310-559-9133
3  Email: kmarch@BKYLAWFIRM.com
   *Counsel for Greyson Law Center PC*

4

5           UNITED STATES BANKRUPTCY COURT

      OF THE CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

6                                   | Bankruptcy Case No. 8:23-bk-10571-SC
                                    | Chapter 11
7    In re                          |
                                    | **DECLARATION OF MORGAN LEE**
8    LITIGATION PRACTICE            | This Declaration relates to Han Trinh and Jayde Trinh's
     GROUP, PC                      | Motion for Administrative Claim [dkt. 674 and dkt.
9                                   | 675] in LPG main bankruptcy case docket], which is set
                                    | for hearing by Bankruptcy Judge Scott <u>Clarkson on:</u>
10                                  | Date:  April 25, 2024
     Debtor.                        | Time: 11:00 a.m.
11                                  | Place:  Courtroom of Bankruptcy Judge Scott Clarkson,
                                    | **by Zoom** or in person at:
12                                  | 411 West Fourth Street, Courtroom 5C
                                    | Santa Ana, CA 92701-4593

13            **DECLARATION OF MORGAN LEE**

14       I, MORGAN LEE, declare:

15       1.    I make this Declaration in support of Han Trinh and Jayde Trinh's

16   Motion [dkt. 674 and dkt. 675], which seeks payment, by debtor Litigation Practice

17   Group PC's ("LPG") bankruptcy estate, for the work Han Trinh and Jayde Trinh did

18   for LPG, from when LPG filed bankruptcy on 3/20/23, to when LPG's bankruptcy

     Trustee did lockouts, on 6/2/23.

19

2.     Everything I say in this Declaration I know of my own personal knowledge.

3.     I was an employee of LPG in 2023, and my job duty at LPG was related to Document Control under the direction of Han Trinh.

4.     I left LPG around 03/03/2023.

5.     But then Han Trinh asked me to return to LPG, on or around 03/30/2023 to assist with the wind up of LPG, because most of the LPG employees had already left or been terminated, and Han's team, which included me, were the only LPG personnel trained to the LPG legal operations process and workflow.

6.     I came back to LPG, to help Han with her work for LPG, and helped Han with her work for LPG, remotely from the last week of March 2023 to 06/02/23, which was the date the LPG Trustee did the lockouts. I worked with Han, Jayde, and other individuals who chose to come back to assist Jayde and Han to do their work for LPG.

7.     Following LPG's bankruptcy filing in March 2023 (it was not until April that I was told LPG's bankruptcy was filed on 3/20/23), the administrative work for LPG increased greatly from the number they were before LPG filed bankruptcy.  In addition to the usual emails and documents being sent from former and current LPG consumer clients, and from former LPG's "local counsel" attorneys defending former and current LPG clients in state court lawsuits throughout the US, which Han's LPG team handled before LPG filed bankruptcy, there were many more emails and documents being sent to LPG, after LPG filed bankruptcy.

8.    These many additional emails and documents coming into LPG, were also handled by Han Trinh and our team, including me, Maria Thach, Michael Vu, Linda Prey, and Brenda Mendez. Those additional emails asked about many new issues. This included former local counsel attorneys asking whether the law firms the clients they were servicing had been sent to, by LPG, would still honor the same terms of their agreement with former LPG's "local counsel" attorneys who were defending former LPG consumer clients in state court lawsuits, all over the US;  whether payments would need to start over entirely; how the transfer process would be initiated or had occurred; what would happen to lawsuits already in active litigation, where new lawsuits needed to be sent etc.

9.    In addition, many clients contacted LPG, telling Han Trinh and Jayde Trinh and the rest of their teams that they were unable to get in contact with the new firms that LPG had sent their files to, that they did not understand what was going on, that they could not contact their attorneys who were defending them in state court suits, etc.

10.    From 03/20/23 through 06/02/23, all emails, phone calls, and other communications to LPG, from clients, from vendors, opposing counsels, and from former LPG "local counsel" attorneys, ended up being directed to attorney Jayde Trinh to respond to, assisted by Ramona Montiero and by Ana Gurrola, or to Han Trinh assisted by Maria Thach, Michael Vu, Linda Prey, Brenda Mendez, and me.

11.    Additionally, around this time there was a major payment processing

DECLARATION OF MORGAN LEE        3

373

1   error, which was that clients were being charged twice, by double "draws" of fees

2   taken out of the clients' bank accounts/credit cards. That error caused huge problems

3   for the clients, resulting in even more communication from the clients in the form of

4   phone calls, emails, and letters to LPG. The clients reaching out to LPG were both

5   angry and panicked by the erroneous double draws. Jayde Trinh, assisted by Ramona

6   Montiero and by Ana Gurrola, had to attempt to calm the clients and to resolve the

7   double draw errors. Han Trinh, assisted by Maria Thach, Michael Vu, Linda Prey,

8   Brenda Mendez, and myself, had to keep track of those clients to make sure those

9   clients get reimbursed and that all of their concerns were addressed as best as possible

    with what was left of LPG.

10        12.    All of the tasks I have described here, were handled exclusively by our

11  team under the direction of Han Trinh. Jayde Trinh, as the only attorney on the team,

12  was overseeing all these tasks daily and was instructing her team and the rest of us on

13  how they should respond, until LPG's bankruptcy trustee did the lockouts, on 06/02/23.

          I declare under penalty of perjury that the foregoing is true and correct, and that

14  this Declaration is executed by me at <u>WILDOMAR</u>, California, on April 14, 2024.

15  _____

16                MORGAN LEE

17

18

19

DECLARATION OF MORGAN LEE        4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10524 W. Pico Blvd., Ste. 212, Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled (*specify*):       **REPLY OF HAN TRINH ("HAN"), TO TRUSTEE MARSHACK'S OPPOSITION TO HAN'S MOTION [DKT.674] FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM PER 11 U.S.C. §503(b)(1)(A);**
    **REPLY DECLARATION OF HAN TRINH;**
**DECLARATION OF TONY DIAB SIGNED 4/14/24; DECLARATIONS OF MORGAN LEE, BRENDA MENDEZ, LINDA PREY, MARIA THACH, RAMONA MONTIERO, ANA GURROLA, MICHAEL VU, HALEY SIMMONEAU, ESQ., COLLIN O. DONNER, ESQ., GEORGE CHAMBERLAIN, ESQ., PETER OSTERMAN, ESQ., DENISE MIKRUT, ESQ., DAVID ORR, ESQ., ISRAEL OROZCO, ESQ., AND KATHLEEN P. MARCH, ESQ.**    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___4/18/24___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See next page

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) ___4/18/24___,  I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Litigation Practice Group P.C.
17542 17th St
Suite 100
Tustin, CA 92780

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___4/18/24___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott Clarkson
United States Bankruptcy Court
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 4/18/24 | Kathleen P. March | /s/ Kathleen P. March |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**
375

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Bradford Barnhardt**    bbarnhardt@marshackhays.com,
  bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **Eric Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com
- **Michael Jay Berger**    michael.berger@bankruptcypower.com,
  yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Ethan J Birnberg**    birnberg@portersimon.com, reich@portersimon.com
- **Peter W Bowie**    peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- **Ronald K Brown**    ron@rkbrownlaw.com
- **Christopher Celentino**    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Shawn M Christianson**    cmcintire@buchalter.com, schristianson@buchalter.com
- **Randall Baldwin Clark**    rbc@randallbclark.com
- **Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Michael W Davis**    mdavis@dtolaw.com, jmartinez@dtolaw.com
- **Anthony Paul Diehl**    anthony@apdlaw.net, Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net
- **Jenny L Doling**    jd@jdl.law,
  dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- **Daniel A Edelman**    dedelman@edcombs.com, courtecl@edcombs.com
- **Meredith Fahn**    fahn@sbcglobal.net
- **William P Fennell**    william.fennell@fennelllaw.com,
  luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fenne
  lllaw.com;samantha.larimer@fennelllaw.com
- **Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- **Marc C Forsythe**    mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com
- **Jeremy Freedman**    jeremy.freedman@dinsmore.com, nicolette.murphy@dinsmore.com
- **Eric Gassman**    erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com
- **Christopher Ghio**    christopher.ghio@dinsmore.com,
  nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- **Amy Lynn Ginsburg**    efilings@ginsburglawgroup.com
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Jeffrey I Golden**    jgolden@go2.law,
  kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b1
  17954@notify.bestcase.com
- **Richard H Golubow**    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Mark Mark Good**    mark@markgood.com
- **David M Goodrich**    dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- **D Edward Hays**    ehays@marshackhays.com,
  ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdri
  ve.com
- **Alan Craig Hochheiser**    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Garrick A Hollander**    ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Brian L Holman**    b.holman@musickpeeler.com
- **Richard L. Hyde**    richard@amintalati.com
- **Peter L Isola**    pisola@hinshawlaw.com
- **Razmig Izakelian**    razmigizakelian@quinnemanuel.com
- **Sara Johnston**    sara.johnston@dinsmore.com
- **Sweeney Kelly**    kelly@ksgklaw.com
- **Joon M Khang**    joon@khanglaw.com
- **Ira David Kharasch**    ikharasch@pszjlaw.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**
                                                                                                                        376

- **Meredith King**    mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **Nicholas A Koffroth**    nkoffroth@foxrothschild.com, khoang@foxrothschild.com
- **David S Kupetz**    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Christopher J Langley**    chris@slclawoffice.com, langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com
- **Kelli Ann Lee**    Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com
- **Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Daniel A Lev**    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Britteny Leyva**    bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com
- **Marc A Lieberman**    marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- **Michael D Lieberman**    mlieberman@lipsonneilson.com
- **Yosina M Lissebeck**    Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- **Mitchell B Ludwig**    mbl@kpclegal.com, kad@kpclegal.com
- **Daniel S March**    marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **Kathleen P March**    kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Mark J Markus**    bklawr@bklaw.com, markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Laila Masud**    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **Sarah S. Mattingly**    sarah.mattingly@dinsmore.com
- **William McCormick**    Bill.McCormick@ag.tn.gov
- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **Byron Z Moldo**    bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com
- **Glenn D. Moses**    gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com
- **Jamie D Mottola**    Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com
- **Alan I Nahmias**    anahmias@mbn.law, jdale@mbn.law
- **Victoria Newmark**    vnewmark@pszjlaw.com
- **Jacob Newsum-Bothamley**    jacob.bothamley@dinsmore.com, angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- **Queenie K Ng**    queenie.k.ng@usdoj.gov
- **Israel Orozco**    israel@iolawcorp.com
- **Keith C Owens**    kowens@foxrothschild.com, khoang@foxrothschild.com
- **Lisa Patel**    lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- **Michael R Pinkston**    rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfcalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com
- **Douglas A Plazak**    dplazak@rhlaw.com
- **Tyler Powell**    tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;rosetta.mitchell@dinsmore.com
- **Daniel H Reiss**    dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Vanessa Rodriguez**    vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com
- **Kevin Alan Rogers**    krogers@wellsmar.com
- **Gregory M Salvato**    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Olivia Scott**    olivia.scott3@bclplaw.com
- **Jonathan Serrano**    jonathan.serrano@dinsmore.com
- **Maureen J Shanahan**    Mstotaro@aol.com
- **Paul R Shankman**    PShankman@fortislaw.com, info@fortislaw.com
- **Zev Shechtman**    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

377

- **Jeffrey M Singletary**    jsingletary@swlaw.com, rmckay@swlaw.com
- **Leslie Skorheim**    leslie.skorheim@usdoj.gov
- **Adam D Stein-Sapir**    info@pfllc.com
- **Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **Michael R Totaro**    Ocbkatty@aol.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **William J Wall**    wwall@wall-law.com
- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- **Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com
- **Reina Zepeda**    rzepeda@omniagnt.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_                                                                  **F 9013-3.1.PROOF.SERVICE**

578