CHRISTOPHER B. GHIO (259094)
christopher.ghio@dinsmore.com
CHRISTOPHER CELENTINO (131688)
christopher.celentino@dinsmore.com
JEREMY B. FREEDMAN (308752)
jeremy.freedman@dinsmmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California 92101
Tele:   619.400.0500
Fax:    619.400.0501

Special Counsel to RICHARD A. MARSHACK
Chapter 11 Trustee for the Bankruptcy Estate of
The Litigation Practice Group PC

D. EDWARD HAYS, #162507
ehays@marshackhays.com
ALINA MAMLYUK, #284154
amamlyuk@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee,
RICHARD A. MARSHACK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**DECLARATION OF RANDALL BALDWIN CLARK IN SUPPORT OF TRUSTEE'S OPPOSITION TO ADMINISTRATIVE CLAIM FILED BY GREYSON LAW CENTER [DK. 676]**<br><br>Date:        April 25, 2024<br>Time:       11:00 a.m.<br>Place:      Courtroom 5C |

1    TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE,

2    THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

3          Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy

4    Estate ("Estate") of The Litigation Practice Group P.C. ("Debtor"), submits the attached declaration

5    of Randall Baldwin Clark ("Clark Declaration") in support of Trustee's Opposition to

6    Administrative Claim filed Greyson Law Center [dk. 676], which attaches Exhibits A-J.

7

8

9     DATED: April 23, 2024

10                                             MARSHACK HAYS WOOD LLP

11                                             By: _/s/ D. Edward Hays_____
                                                   D. EDWARD HAYS
12                                                 ALINA MAMLYUK
                                                   Attorneys for Chapter 11 Trustee
13                                                 RICHARD A. MARSHACK

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

# DECLARATION OF RANDALL BALDWIN CLARK

I, Randall Baldwin Clark, declare:

1.      I am an attorney licensed to practice law in the State of New Hampshire and the Commonwealth of Massachusetts, including the bankruptcy courts for both states. I am the sole member of Randall Baldwin Clark, Attorney at Law, PLLC, a New Hampshire law firm ("the Clark Firm").  I have personal knowledge of the following facts and if called as a witness I could and would testify competently thereto. The Clark Firm's business and practice focuses on debt collections defense, negotiations and resolutions, consumer bankruptcy in Chapter 7 and Chapter 13 cases, foreclosure defense and landlord-tenant matters.

2.      In early 2020 I was approached by the Litigation Practice Group, P.C. ("LPG"). LPG desired that I assist LPG's clients with the settlement and, if necessary, litigation of credit-collection suits brought against its clients.  I, on behalf of my firm (Randall Baldwin Clark, Attorney at Law, PLLC), and Daniel March signed a contract on April 20, 2020. The gist was this: LPG would refer its clients' cases to me and I would bill LPG at scheduled rates.

3.      My initial contact was Meredith Friend.  From her I received these referrals and to her I reported.  Later Ms. Friend's role was filled by Jayde Trinh. As the quantity of referrals increased, LPG's procedures became more streamlined and sophisticated: Ms. Trinh would send my office an email listing pertinent details of a case and my office would provide reports through a portal called "Debt Pay Pro."  With time, Ms. Trinh's assignment emails became more elaborate, conveying information, at my request, that facilitated settlement.  Attached hereto as Exhibit A, is a true and correct sample assignment email that I received from Ms. Trinh and is incorporated herein by reference. This has been redacted to remove confidential information.

4.      The workload that LPG sent me increased dramatically over time.  In early months, my invoices were typically less than $10,000.  By the end of 2022 my monthly billables were approximately $25,000.  I simultaneously perceived hints of problems at LPG.  In August, LPG paid a very large invoice, i.e., $57,000, but subsequent invoices remained unpaid.

5.      I generally avoid nagging, as LPG typically paid slowly, but in early January 2023, when I needed money to pay for my recently deceased son's funeral, I turned up the heat on Tony

Diab and Ms. Trinh. Tony expressed sympathy and asked whether there was anything he could do. "Yes," I responded: "Pay my invoices." In the past, he would lean on accounting to speed things up—and made a point of letting me know of his actions. This time he made no such show.

6.    Shortly after this interaction, in early February 2023 I observed even stranger occurrences: Many of my clients were receiving emailed notices from LPG or other law firms, informing them that LPG had transferred their accounts to other firms, ones that would take a more aggressive stance vis-a-vis my clients' creditors. Three firms were mentioned in these emails: Phoenix Law Group, Consumer Legal Group, and Oakstone Legal Group. These clients also told me that their various attempts to contact these groups had failed. Attached hereto as Exhibit B and incorporated herein by reference are true and correct copies of an email, Oakstone to Client J.E., dated Feb. 1, 2023 & email, J.E. to Clark paralegal. This has been redacted to remove confidential information.

7.    My clients who had received these notices—not all had—were confused and also angry. If LPG was turning files over to "more aggressive" firms, why had LPG been taking their money over the years? I promised my clients that I would research and report. I made multiple inquiries to Jayde Trinh and her sister, Han Trinh, and received no substantive response. The best information I received from Jayde was that I would have to take it up with "management."

8.    Debt Pay Pro provided another clue: At the top of many of my clients' portal pages was a note stating that the file was part of a designed "batch" for "transfer" at a specific date. My report to my clients: I didn't know what was going on.

9.    Though I was flying blind, I did the best I could to assist my clients, though my options were very limited. To date, LPG had done, in my opinion, a good job of responding to client concerns and complaints. If I thought a client would be better served by a bankruptcy petition than continued participation in LPG's "program," LPG would pay me to file the client's petition. If a client were not interested in bankruptcy, LPG would significantly reduce a client's payment obligations, so as to facilitate settlement. But now I had little guidance, just the information available on "Forth," Debt Pay Pro's successor portal. I stalled, delayed, and strung proceedings out, with the hope that help was on its way.

10.     Unfortunately, the situation got worse: On March 21, 2023, both I and my paralegal were unable to access client records on Forth.  I contacted Jayde and Han that day at 10:40am (ET) via their LPG email addresses; Jayde responded three and a half hours later.  Her email stated that everybody had been locked out, that LPG's files had been transferred to other firms, and that she wanted to talk to me about a "new venture."  She said nothing about bankruptcy.  Jayde and I played email tag for a couple of days.  We finally spoke on April 18, 2023. A true and correct copy of my email and her return response is attached hereto as Exhibit D and incorporated herein by reference.

11.     In our phone call Jayde told me that LPG had filed for bankruptcy and gave me the case number. She told me that Mr. Diab planned on making sure that attorneys in positions like mine would get paid.  She told me that she was still at LPG but was very frustrated, as she had not been paid for a couple of months.  We discussed LPG's transfer of files and I told her that I had been seeking contact with the recipient firms.

12.     Finally, Jayde mentioned that she and Han and others from LPG were forming a new venture, "Greyson Law Center."  This would be similar to LPG and she wanted to know whether I might be interested in receiving client referrals from it.  I indicated interest and Jayde proceeded to state that, while Greyson intended to challenge the validity of consumer debts, as LPG had done, Greyson's clientele would be completely distinct from LPG's.  None of Greyson's files would originate with LPG.  Our conversation concluded with her promise that Greyson would start referring cases to me.

13.     It was not, however, until May that I received case assignments from Greyson.  And they were very small in number: two, in all.  The first client was for client W.A., 552282172. A true and correct copy of the assignment is attached hereto as Exhibit E and incorporated herein by reference. It has been redacted to remove client information. The second client was P.D., 6231216963. A true and correct copy of the assignment is attached hereto as Exhibit F and incorporated herein by reference. It has been redacted to remove client information. Both client's files came from LPG, not new clients as was represented.  One of them, in fact, was a current client of mine.  I received a case assignment for P.D. from LPG in May 2022.  See Exhibit A.

4

14.     I invoiced Greyson on June 5, 2023, and requested acknowledgment of receipt on June 8.  A true and correct copy of these requests is attached hereto as Exhibit G.  Greyson neither acknowledged my invoice nor paid me. LPG of course did not pay either.

15.     My experiences with Oakstone, Consumer Legal Group and Phoenix were different.  Consumer Legal Group ("CLG") contacted me on March 13, 2023 and I contracted with it on March 28.  The contract was with a recently created firm, Last Mile Legal, LLC, a partnership between myself and my brother, Andrew Clark, a lawyer licensed to practice in Utah and Illinois.

16.     Since that time, I have received case assignments and CLG has paid my invoices.  CLG's staff has been extraordinarily responsive and helpful, as I have sought to assist their mutual clients.   In my early interactions with CLG, none of its representatives mentioned LPG's bankruptcy. Their representation was that they worked with LPG.

17.     At about the time LPG filed this case, both Oakstone and Phoenix started sending me case assignments.  I was not surprised by this, as I knew that LPG had transferred files to them, but I received no guidance from Oakstone and Phoenix.  Not only did I not have access to client data (as LPG had provided me through Forth), I had no guidance regarding the impact of settlements on clients' monthly payments to Oakstone and Phoenix.  I made countless failed attempts to speak with management at both Oakstone and Phoenix.

18.     As best I can recall, Oakstone never responded to my requests for guidance.  For an example of one such request, see my email to Oakstone from April 12, 2023.  A true and correct copy of this email is attached hereto as Exhibit H and incorporated herein by reference. Any client information has been redacted. I also recall sending an invoice to Oakstone, but I cannot presently find it.  I never received any payment from Oakstone.

19.     Phoenix was initially difficult to contact as well.  I sent multiple emails and left many voice mails, requesting that management contact me.  My first substantive communication from Phoenix was an email on May 11, 2023 in the form of an email from a paralegal. A true and correct copy of this email is attached hereto as Exhibit I and incorporated herein by reference. It has been redacted as to client information. This exchange resulted in access to "Luna," Phoenix' client database.

20.    From this point my conversations with Phoenix were very productive. Ty Carss and I started negotiating a contract: I sent him my proposal on June 20, 2023. Later, in a telephone conversation, he told me that Phoenix could not, at that time, enter into any agreement with me, as Phoenix was, essentially, in receivership. He reminded me that the trustee had frozen Phoenix' bank accounts. He had described the freezing in an earlier email to me. A true and correct copy of an email from Carss to myself dated June 8, 2023 is attached hereto as Exhibit J and incorporated herein by reference. This has been redacted as to any client information.

21.    As best I could tell, almost all of the cases that Phoenix sent me were for clients whose accounts originated with LPG, many of them being additional cases for clients that Jayde had sent me before LPG's bankruptcy filing. Carss' representation was that, even though Phoenix could not pay me, the bankruptcy court had set aside funds to pay attorneys, such as myself, who were handling the client files that Phoenix had acquired from LPG. This came as a great relief, as I was handling over 300 active LPG clients at the time of LPG's bankruptcy: The vast majority of these were in Phoenix' database.

22.    In spite of Phoenix' limitations, Carss (and Phoenix' staff) were very helpful to me as I sought to continue caring for the mutual clients LPG had sent me. (Phoenix at that point, it appeared to me, had assumed responsibility for the clients that Greyson and Oakstone had abandoned. Luna had information regarding all of them and Phoenix' staff supported my work with them.)

23.    Carss was also helpful in conveying to me information regarding the Chapter 11 trustee's actions. Carss solicited my assistance in preparing certain reports for the trustee. Carss also gave me as much support as he could with the filing of my administrative claim. I never received assurances from Carss that Phoenix could pay my invoices, so I never submitted one to Phoenix.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 11, 2024 in Hollis, New Hampshire.

Randall Baldwin Clark

# EXHIBIT A

# EXHIBIT A

| | |
|---|---|
| **From:** | Legal |
| **To:** | debt-defense.randalldark.org |
| **Subject:** | New Case Assignment: ▮▮▮▮▮ |
| **Date:** | Monday, May 9, 2022 2:22:59 PM |
| **Attachments:** | Outlook-p LITIGATI.png |

**CONFIDENTIAL CLIENT INFORMATION**

Dear Counsel,

**Please direct any and all questions to Jayde at attorney@lpglaw.com.**

The client's current monthly payment is: $321.03. The entire payment amount can be reallocated towards settlement, if needed, to resolve this lawsuit.

Below, please find a summary of relevant information regarding this client:

Address: ▮▮▮▮▮▮▮▮▮▮
Phone Number: ▮▮▮▮▮▮▮▮
Email: ▮▮▮▮▮@aol.com
Active Summons: Midland Credit Management (Case No. ▮▮▮▮▮▮)
Client's City and State of Residence Listed in DPP: Abington, MA
Date of Service: N/A
Responsive Pleading Deadline: N/A
Hearing Deadline: 07/25/2022 at 10:30 AM Virtual Court Session
Full Name of Court for Active Summons: Brockton District Court, Trial Court of Massachusetts, District Court Department
Approximate Sum at Issue: $1,578.80
Enrolled Debts: $23,621.00
Other Reported Debts: $26,275.00
Client's monthly program payment is: $321.03
# Enrolled Accounts: 11
Total balance due towards the program: $4,173.34

**CONFIDENTIAL TREATMENT REQUESTED**

**The Litigation Practice Group PC**
P.O. Box 513018
Los Angeles, CA 90051
p: 949.715.0644
f: 949.315.4332
www.lpglaw.com



NOTICE: This email message (including any attachments) may contain material that is

confidential and/or legally privileged. Unless you are the intended recipient or are authorized
to receive information for the intended recipient, you may not use, copy, or disclose any part
of this message. If you have received this message in error, please notify us and delete all
copies of it. Thank you

**EXHIBIT B**

**EXHIBIT B**

| | |
|---|---|
| **From:** | ████████ |
| **To:** | Pamella Moraes |
| **Subject:** | Fwd: Your new Law Group for a debt-free life. |
| **Date:** | Wednesday, February 8, 2023 4:04:15 PM |



Begin forwarded message:

> **From:** Oakstone Law Group PC <support@oakstonepc.com>
> **Date:** February 1, 2023 at 6:08:15 PM EST
> **To:** ████████
> **Subject: Your new Law Group for a debt-free life.**
> **Reply-To:** Oakstone Law Group PC <support@oakstonepc.com>



Dear ████

Congratulations and welcome to Oakstone Law Group! We are very excited to welcome you to our firm and look forward to helping you complete the journey of becoming debt free! As you were recently informed by Litigation Practice Group, your file has been transitioned to OLG due to our expertise in consumer rights. We intend to go after your creditors and force a resolution of your debts. Based on special discounted terms negotiated on your behalf, your payment amount and term will remain the same as with Litigation Practice Group, meaning your payment will draft from your account on the same date and in the same amount as before, and your program will end on the same date as before. The difference is OLG's unique method of challenging creditors to resolve your debts.

As with Litigation Practice Group, OLG will dispute the validity of your debts and force creditors to show that they have complied with state and federal law in the course of underwriting and servicing your debts. In addition, as with Litigation Practice Group, OLG will represent and defend you in court if any of your creditors file suit against you, and will do so without any additional fees or costs to you. But unlike Litigation Practice Group, OLG does not simply wait for creditors to react. Rather, OLG believes the best defense is a good offense. For that reason, OLG specializes in initiating actions against creditors. We do this first by gathering information regarding the creditors' practices in general and with regard to your account. We use information gathered in thousands of lawsuits to attack creditors' weak spots and pressure them to walk away from collection activity or agree to

pay damages for the violations of state and federal law that they commit. Our network of dedicated attorneys nationwide have substantial experience litigating against major creditors, and use the credibility built over years of litigation to obtain favorable results for you.

One of our customer service representatives will reach out to you to welcome you to our program. Our work on your behalf will begin today, and we will keep you updated regarding our progress throughout the duration of your program. We want to encourage you to reach out with any questions you have and will follow up with additional information over the coming days and weeks. Please do not hesitate to call us at (858) 330-3009 or by email at support@oakstonepc.com. We look forward to working with you to achieve financial freedom and become debt free!

Oakstone Law Group



EXHIBIT B
PAGE 11

**EXHIBIT C**

# EXHIBIT C

| | |
|---|---|
| **From:** | Randall B Clark |
| **To:** | Jayde Trinh; Han Trinh |
| **Cc:** | Legal |
| **Subject:** | RE: no access to Forth |
| **Date:** | Wednesday, March 22, 2023 11:19:00 AM |

Jayde & Han:

I, like many others, have many questions.
I would greatly appreciate a telephone call.

Randall

---

**From:** Randall B Clark
**Sent:** Tuesday, March 21, 2023 7:48 PM
**To:** Jayde Trinh <Jayde@lpglaw.com>; Han Trinh <han@lpglaw.com>
**Cc:** Pamella Moraes <pamella@randallbclark.com>; Legal <legal@lpglaw.com>
**Subject:** RE: no access to Forth

Jayde:

I can talk now.

Randall

---

**From:** Randall B Clark <rbc@randallbclark.com>
**Sent:** Tuesday, March 21, 2023 2:16 PM
**To:** Jayde Trinh <Jayde@lpglaw.com>; Han Trinh <han@lpglaw.com>
**Cc:** Pamella Moraes <pamella@randallbclark.com>; Legal <legal@lpglaw.com>
**Subject:** RE: no access to Forth

I am out of office now.
Call me after 4pm EDST.
603 801 3039.

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Jayde Trinh <Jayde@lpglaw.com>
Date: 3/21/23 2:07 PM (GMT-05:00)
To: Randall B Clark <rbc@randallbclark.com>, Han Trinh <han@lpglaw.com>
Cc: Pamella Moraes <pamella@randallbclark.com>, Legal <legal@lpglaw.com>

EXHIBIT C
PAGE 12

Subject: Re: no access to Forth

No one has access to Forth moving forward. We were permanently locked out on Friday at 3pm.

All files have been moved to different law firms. Legal LPG has access to some.

Randall - please provide a number so we can reach out regarding new venture. Ty!

Get Outlook for iOS

**From:** Randall B Clark <rbc@randallbclark.com>
**Sent:** Tuesday, March 21, 2023 7:40:18 AM
**To:** Jayde Trinh <jayde@lpglaw.com>; Han Trinh <han@lpglaw.com>
**Cc:** Pamella Moraes <pamella@randallbclark.com>
**Subject:** no access to Forth

Jayde & Han:

Neither I nor my assistant (Pamella) have access to Forth.
Help us get in, please.

Randall

----------------------------------------------------------------------------------

Randall B. Clark, Esq.
Admitted to practice in NH (20260), MA (657560), & all federal courts therein
----------------------------------------------------------------------------------

Randall Baldwin Clark, Attorney at Law, PLLC
80A West Hollis Road
Hollis, NH 03049
Tel.: 603-801-3039
Fax: 603-925-0100
www.randallbclark.com
rbc@randallbclark.com
----------------------------------------------------------------------------------

EXHIBIT C
PAGE 13

**EXHIBIT D**

| | | |
|---|---|---|
| **From:** | Randall B Clark | |
| **To:** | admin@greysonpc.com | |
| **Subject:** | stuff | |
| **Date:** | Tuesday, April 18, 2023 6:30:48 PM | |

# EXHIBIT D

Thanks for calling me yesterday.
I eagerly await your spreadsheet.
Lots of clients making lots of demands.

----------------------------------------------------------------------------

Randall B. Clark, Esq.
Admitted to practice in NH (20260), MA (657560), & all federal courts therein

----------------------------------------------------------------------------

Randall Baldwin Clark, Attorney at Law, PLLC
80A West Hollis Road
Hollis, NH 03049
Tel.: 603-801-3039
Fax: 603-925-0100
www.randallbclark.com
rbc@randallbclark.com

----------------------------------------------------------------------------

**EXHIBIT E**

# EXHIBIT E

**From:** debt-defense randallclark.org
**To:** info@lastmilelegal.com
**Subject:** Fw: New Case Assignment: ███████
**Date:** Friday, May 12, 2023 12:12:48 AM
**Attachments:** Outlook-A picture .png

---

**From:** debt-defense randallclark.org <debt-defense@randallclark.org>
**Sent:** Friday, May 12, 2023 12:12 AM
**To:** GLC Legal <legal@greysonlawpc.com>
**Subject:** Re: New Case Assignment: ████████

I am happy to help.

Please send all future assignments to <info@lastmilelegal.com>.

This is the intake email for a new firm that I created to handle debt-settlement cases, exclusively.

My partner is my brother, Andrew Clark.  He is licensed to practice in Utah and Illinois, so feel free to send me cases for those two jurisdictions, too.

Randall

---

**From:** GLC Legal <legal@greysonlawpc.com>
**Sent:** Monday, May 8, 2023 6:24 PM
**To:** debt-defense randallclark.org <debt-defense@randallclark.org>
**Subject:** New Case Assignment: ████████

## CONFIDENTIAL CLIENT INFORMATION

Dear Counsel,

The client's current monthly payment is: $466.13. The entire payment amount can be reallocated towards settlement, if needed, to resolve this lawsuit.

Below, please find a summary of relevant information regarding this client:

Address: ████████████
Phone Number: ██████████
Email: ████████@icloud.com
Active Summons: Midland Credit Management (Docket No. ████████)
Client's City and State of Residence Listed: Tyngsborough, MA

Date of Service: N/A
Responsive Pleading Deadline: N/A
Hearing Deadline: 5/19/2023 *Hearing Date*
Full Name of Court for Active Summons: Trial Court of Massachusetts, Lowell District
Court
Approximate Sum at Issue: N/A
Enrolled Debts: $37,290.00
Other Reported Debts: N/A
Client's monthly program payment is: $466.13
# Enrolled Accounts: 10
Total balance due towards the program: $N/A

**CONFIDENTIAL TREATMENT REQUESTED**



# GREYSON LAW CENTER

NOTICE: This email message (including any attachments) may contain material that is confidential
and/or legally privileged. Unless you are the intended recipient or are authorized to receive
information for the intended recipient, you may not use, copy, or disclose any part of this message. If
you have received this message in error, please notify us and delete all copies of it. Thank you

**EXHIBIT F**

| | |
|---|---|
| **From:** | GLC Legal |
| **To:** | info@lastmilelegal.com |
| **Subject:** | New Case Assignment: ███████ |
| **Date:** | Thursday, May 18, 2023 1:48:11 PM |
| **Attachments:** | Outlook-ricabloh.png |

# EXHIBIT F

---

## CONFIDENTIAL CLIENT INFORMATION

Dear Counsel,

The client's current monthly payment is: $N/A. The entire payment amount can be reallocated towards settlement, if needed, to resolve this lawsuit.

Below, please find a summary of relevant information regarding this client:

Address: ████████████████
Phone Number: ████████
Email: ████████@aol.com
Active Summons: AMEX (Case No. ████████)
Client's City and State of Residence Listed: Abbington, MA
Date of Service: 5/16/2023
Responsive Pleading Deadline: 6/5/2023
Hearing Deadline: N/A
Full Name of Court for Active Summons: Commonwealth of Massachusetts, Brockton District Court
Approximate Sum at Issue: $3,796.74 and $2,224.03
Enrolled Debts: N/A
Other Reported Debts: N/A
Client's monthly program payment is: N/A
# Enrolled Accounts: N/A
Total balance due towards the program: N/A

## CONFIDENTIAL TREATMENT REQUESTED

**Greyson Law Center PC**
www.greysonlawpc.com



*NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you.*

**EXHIBIT G**

# EXHIBIT G

| | |
|---|---|
| **From:** | Randall B. Clark, Partner, Last Mile Legal |
| **To:** | "legal@greysonlawpc.com" |
| **Subject:** | RE: Clark Invoice, May 2023 |
| **Date:** | Thursday, June 8, 2023 4:35:00 PM |

Please confirm that you received this invoice.
Also, please tell me when and how I should receive payment.

**From:** Randall B. Clark, Partner, Last Mile Legal <rclark@lastmilelegal.com>
**Sent:** Monday, June 5, 2023 8:20 PM
**To:** 'legal@greysonlawpc.com' <legal@greysonlawpc.com>
**Subject:** Clark Invoice, May 2023

Dear Greystone Assignment Person:

Attached are invoices for the two cases I have handled for Greystone, through May 31, 2023.

The total comes to $1,285.52.

I prefer that you wire the money to the following account:

| | |
|---|---|
| Bank Name: | Ledyard National Bank |
| Account Name: | Last Mile Legal LLC |
| Routing No. | |
| Account No. |  |

If you insist on mailing it, send it to the address below.

I am also attaching a W-9, as this is the first invoice I have sent your firm.

Randall

-------------------------------------
Randall B. Clark, Esq.
Partner
Last Mile Legal, LLC
80A West Hollis Road
Hollis, NH 03049
Tel: 603-801-3039
Fax: 603-925-0100
rclark@lastmilelegal.com
-------------------------------------

**EXHIBIT H**

Fw: New Case Assignment: ███████████

debt-defense randallclark.org <debt-defense@randallclark.org>          **EXHIBIT H**
Wed 4/12/2023 7:17 PM
To:info@lastmilelegal.com <info@lastmilelegal.com>

---

**From:** debt-defense randallclark.org <debt-defense@randallclark.org>
**Sent:** Wednesday, March 29, 2023 10:11 AM
**To:** Oakstone Legal <legal@oakstonepc.com>
**Subject:** Re: New Case Assignment: ███████████

Could you please, please, please call me?

I have so many unanswered questions about the transfer of files from LPG Oakstone.

Clients are calling me, incessantly, wanting to know what is happening.

Randall Clark
603-801-3039

---

**From:** Oakstone Legal <legal@oakstonepc.com>
**Sent:** Tuesday, March 28, 2023 7:20 PM
**To:** debt-defense randallclark.org <debt-defense@randallclark.org>
**Subject:** New Case Assignment: ███████████

## CONFIDENTIAL CLIENT INFORMATION

Dear Counsel,

The client's current monthly payment is: $281.51. The entire payment amount can be reallocated towards settlement, if needed, to resolve this lawsuit.

Below, please find a summary of relevant information regarding this client:

███████  ███████
Address: ███████████████
Phone Number: ██████████
Email ███████@gmail.com
Active Summons: Synchrony Bank (Case No. ██████████████
Client's City and State of Residence Listed: Clinton, MA
Date of Service: N/A
Responsive Pleading Deadline: N/A
Hearing Deadline: 05/22/2023
Full Name of Court for Active Summons: Trial Court of Massachusetts District Court
Department
Approximate Sum at Issue: $4,501.23
Enrolled Debts: $19,013.40
Other Reported Debts: $N/A
Client's monthly program payment is: $281.51

EXHIBIT H
PAGE 20

New Case Assignment: Heriberto Gomez 561981706

# Enrolled Accounts: 11
Total balance due towards the program: $N/A


**CONFIDENTIAL TREATMENT REQUESTED**

EXHIBIT H
PAGE 21

**EXHIBIT I**

| | |
|---|---|
| **From:** | Phoenix Paralegal |
| **To:** | rclark@lastmilelegal.com |
| **Subject:** | Re: ███████████ |
| **Date:** | Thursday, May 18, 2023 2:29:35 PM |
| **Attachments:** | image001.png |

# EXHIBIT I

Mr. Clark,

Of course, please see below are your credentials to access Luna.
Email: rclark@lastmilelegal.com
PW: ██████

Luna's URL: https://px.lunapps.co/home/index

On Thu, May 18, 2023 at 11:05 AM Randall B. Clark, Partner, Last Mile Legal
<rclark@lastmilelegal.com> wrote:

> Sally:
>
> I will get back to CL and inform her that she will have to come up with payment herself.
>
> I do not have access to Luna. I would love to be let in. Can you help me and my assistants do so?
>
> Randall
>
> ─────────────────────────────────────────────
>
> **From:** Phoenix Paralegal <paralegal@phoenixlaw.co>
> **Sent:** Friday, May 12, 2023 11:01 AM
> **To:** rclark@lastmilelegal.com
> **Subject:** Re: ███████████
>
> Ms. ████ is already paid in full from what I am seeing on my end, will she have trouble with making payments towards her settlement?
>
> Additionally, please feel free to forward over any additional file updates and notify me through Luna at: Paralegal Phoenix.

EXHIBIT I
PAGE 22



On Thu, May 11, 2023 at 10:02 PM Randall B. Clark, Partner, Last Mile Legal
<rclark@lastmilelegal.com> wrote:

Sally:

I am happy to help however I can.

This case came to me on March 30 from Oakstone.

Oakstone, when it assigned me the case, told me that it would suspend CL's program
payments ($251.43) to facilitate settlement.

I have spoken with Client about her relationship with LPG and strategies for dealing with
her LVNV suit (originally CapOne) demanding $2,673.85.

It was not clear to me, from the assignment email and my conversation with ,
how much remained in her payment stream to Oakstone.

On May 5 I sent an email to Oakstone, asking how many payments remained.

My email bounced.

I believe that I can settle this debt for approximately 70% of face value, over a period of
one year.

Here are my calculations:

| Demand | | Discounted | Monthly | Payments |
|---|---|---|---|---|
| 2,673.85 | 0.75 | 2,005.39 | 167.12 | 12.00 |
| 2,673.85 | 0.70 | 1,871.70 | 155.97 | 12.00 |

How much assistance can Phoenix provide to [redacted]?

EXHIBIT I
PAGE 23

Randall Clark

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

Randall B. Clark, Esq.

Partner

Last Mile Legal, LLC

Tel: 603-801-3039

Fax: 603-925-0100

rclark@lastmilelegal.com

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

**From:** Phoenix Paralegal <paralegal@phoenixlaw.co>
**Sent:** Thursday, May 11, 2023 6:41 PM
**To:** Randall B Clark <rbc@randallbclark.com>
**Subject:** ██████████████

Mr. Clark,

I am reaching out to you regarding potentially active litigation and/or settlement involving a client with whom you may have recently communicated. I understand that your time is valuable, and I am hopeful that we can work together efficiently to resolve this matter.

Could you kindly provide some guidance on any steps we need to take regarding ████████████████ and a capital one matter?

Any insight or assistance you can provide would be greatly appreciated.
I am happy to supplement the file with any additional documents and follow up with the client to relay updates to the client.

Thank you for your time and consideration. I look forward to hearing back from you soon.

Warm regards,

EXHIBIT I
PAGE 24

--

Sally M.

Paralegal

Phone: 424-622-4044

Email: service@phoenixlaw.co



NOTICE: This email message (including any attachments) may contain confidential and/or
legally privileged material. Unless you are the intended recipient or are authorized to receive
information for the intended recipient, you may not use, copy, or disclose any part of this
message. If you have received this message in error, please notify us and delete all copies of
it. Thank you.

EXHIBIT I
PAGE 25

**EXHIBIT J**

# EXHIBIT J

| | |
|---|---|
| **From:** | Randall B Clark |
| **To:** | Ty Carss |
| **Date:** | Monday, June 12, 2023 10:37:52 AM |

LPG is the gift that keeps on giving.
Pass the penicillin.

---

**From:** Ty Carss <ty.carss@phoenixlaw.co>
**Sent:** Thursday, June 8, 2023 4:11 PM
**To:** Randall B Clark <rbc@randallbclark.com>
**Cc:** Phoenix Paralegal <paralegal@phoenixlaw.co>
**Subject:** Fwd: [NOTE] ▮▮▮▮▮▮▮▮▮▮ - Randall Clark

Hey Randall,

This is quite a conundrum given the current circumstances. I suppose the way I should look at it is what is the best "business" decision for Phoenix.

The LPG BK Trustee filed an Emergency Omnibus Motion & TRO that was served on Friday morning (06/02) here at Phoenix. There is a hearing on the Emergency TRO in the LPG BK case on June 12, 2023 at 1:30 pm. I will be at the hearing, along with several other people. Among many other things, I believe the Trustee will present his plan on how to proceed forward. Everyone wants the clients to be serviced and the business (in one form or another) to continue to move forward.

The Trustee's Team is here onsite and they are gathering information and data; they have also taken possession of all bank accounts.

I have spoken to Trustee Marshack several times, and am in constant contact with lead attorney Chris Celentino. They have expressed to me that continuing service to the clients is a must.

Here at Phoenix, the whole staff, and especially myself, are being 100% cooperative with the Trustee and his Team; we are providing any information that is requested of us.

So, in a long-winded way, I am trying to say that I would authorize Phoenix to help this client and pay the debt, but I cannot give any kind of certainty at this time.

Best,

Ty...

---------- Forwarded message ---------
From: **System Email** <no-reply@phoenixlaw.co>
Date: Thu, Jun 8, 2023 at 11:42 AM
Subject: [NOTE] ▮▮▮▮▮▮▮▮▮▮▮▮ - Randall Clark
To: ty.carss@phoenixlaw.co <ty.carss@phoenixlaw.co>

I have been working with CL on two cases sent me by LPG. I settled the first one, brought by CapOne, '
in 2021. CL paid the settlement with funds redirected from the LPG payment stream. CL completed
her payments and the judgment was satisfied the same year. The second one, brought by LVNV, is
still open. It is a small case—the creditor's demand was only $1,372.29—but OC is being exceedingly
aggressive. In fact, on only one other occasion have I seen a creditor fight so hard for so little.

CL and I attended a payment review today. As mentioned, OC was very aggressive. Much to my
surprise, the clerk-magistrate was, too. Even after I presented evidence of low income (monthly net
of $3,189.87) and expenses for a family of three ($3,520.33), resulting in a deficit of $330.47, the
court ordered monthly payments of $30 with another payment review in December.

CL is distraught. I want to fight this (motion to reconsider, appeal, etc.), as the clerk-magistrate made
this decision against the weight of the evidence. CL's contract with LPG provides for legal services to
her; my contract with LPG, calls for me to provide necessary services to her. The time I have spent
on this case is already substantial. Necessary services would be greater.

My concern is this: My continued work on this case will be very expensive to Phoenix. While my
fighting instinct wants to pound OC into the ground—and demonstrate to the court that it can't do
what it did—this might not be a wise expenditure of Phoenix' money. Judgment is likely at $1800
not. I might be able to settle it for a 10 to 20% discount. Would Phoenix be willing to pay this?
$https://px.lunapps.co/profile/info/391980036

--
*Wm. Taylor "Ty" Carss, Esq.*
**Managing Attorney | Phoenix Law PC**
ty.carss@phoenixlaw.co | Ph. **424.622.4044**



NOTICE: This email message (including any attachments) may contain confidential and/or legally privileged material. Unless
you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or
disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank
you.

EXHIBIT J
PAGE 27

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **DECLARATION OF RANDALL BALDWIN CLARK IN SUPPORT OF TRUSTEE'S OPPOSITION TO ADMINISTRATIVE CLAIM FILED BY GREYSON LAW CENTER [DK. 676]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 23, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR – MAIL REDIRECTED TO TRUSTEE**
THE LITIGATION PRACTICE GROUP P.C.
~~17542 17TH ST, SUITE 100~~
~~TUSTIN, CA 92780-1981~~

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  **April 23, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
411 WEST FOURTH STREET, SUITE 5130 /
COURTROOM 5C
SANTA ANA, CA 92701-4593

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 23, 2024 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

| | | |
|---|---|---|
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Bradford Barnhardt | bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com |
| **ATTORNEY FOR CREDITOR AFFIRMA, LLC and CREDITOR OXFORD KNOX, LLC** | Eric Bensamochan | eric@eblawfirm.us, G63723@notify.cincompass.com |
| **ATTORNEY FOR DEFENDANT LEUCADIA ENTERPRISES, INC.** | Michael Jay Berger | michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Peter W Bowie | peter.bowie@dinsmore.com, caron.burke@dinsmore.com |
| **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC** | Ronald K Brown | ron@rkbrownlaw.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Christopher Celentino | christopher.celentino@dinsmore.com, caron.burke@dinsmore.com |
| **INTERESTED PARTY COURTESY NEF** | Shawn M Christianson | cmcintire@buchalter.com, schristianson@buchalter.com |
| **INTERESTED PARTY COURTESY NEF** | Randall Baldwin Clark | rbc@randallbclark.com |
| **ATTORNEY FOR DEFENDANT LISA COHEN and DEFENDANT ROSA BIANCA LOLI:** | Leslie A Cohen | leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com |
| **INTERESTED PARTY COURTESY NEF** | Anthony Paul Diehl | anthony@apdlaw.net, Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net |
| **ATTORNEY FOR INTERESTED PARTY NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEYS and INTERESTED PARTY NATIONAL CONSUMER BANKRUPTCY RIGHTS CENTER** | Jenny L Doling | jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net |
| **ATTORNEY FOR CREDITOR CAROLYN BEECH** | Daniel A Edelman | dedelman@edcombs.com, courtecl@edcombs.com |
| **CREDITOR** | Meredith Fahn | fahn@sbcglobal.net |
| **ATTORNEY FOR CREDITOR VALIDATION PARTNERS LLC** | William P Fennell | william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com |
| **INTERESTED PARTY COURTESY NEF** | Alan W Forsley | alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com |
| **ATTORNEY FOR DEFENDANT CLEAR VISION LLC dba LIBERTY1 FINANCIAL** | Marc C Forsythe | mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Jeremy Freedman | jeremy.freedman@dinsmore.com, nicolette.murphy@dinsmore.com |
| **ATTORNEY FOR CREDITOR HERRET CREDIT** | Eric Gassman | erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Christopher Ghio | christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com |
| --- | --- | --- |
| ATTORNEY FOR CREDITOR AMY GINSBURG; CREDITOR KENTON COBB; and CREDITOR SHANNON BELLFIELD | Amy Lynn Ginsburg | efilings@ginsburglawgroup.com |
| ATTORNEY FOR DEFENDANT STRIPE, INC | Eric D Goldberg | eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| ATTORNEY FOR CREDITOR AFFIRMA, LLC; CREDITOR ANAHEIM ARENA MANAGEMENT, LLC; CREDITOR ANAHEIM DUCKS HOCKEY CLUB, LLC; and CREDITOR OXFORD KNOX, LLC | Jeffrey I Golden | jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC | Richard H Golubow | rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| ATTORNEY FOR CREDITOR OPPORTUNITY FUND NORTHERN CALIFORNIA | Mark Good | mark@markgood.com |
| *AFFECTED PARTY ATTORNEY FOR CREDITOR UNITED PARTNERSHIPS, LLC* | ***David M Goodrich*** | ***dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com*** |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | D Edward Hays | ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| ATTORNEY FOR CREDITOR CITY CAPITAL NY | Alan Craig Hochheiser | ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com |
| ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC | Garrick A Hollander | ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| ATTORNEY FOR CREDITOR SHARP ELECTRONICS CORPORATION | Brian L Holman | b.holman@musickpeeler.com |
| INTERESTED PARTY COURTESY NEF | Richard L. Hyde | richard@amintalati.com |
| ATTORNEY FOR INTERESTED PARTY MERCHANTS CREDIT CORPORATION | Peter L Isola | pisola@hinshawlaw.com |
| ATTORNEY FOR CREDITOR, PLAINTIFF, and COUNTER-DEFENDANT OHP-CDR, LP and PLAINTIFF and COUNTER-DEFENDANT PURCHASECO 80, LLC | Razmig Izakelian | razmigizakelian@quinnemanuel.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Sara Johnston | sara.johnston@dinsmore.com |
| ATTORNEY FOR FIDELITY NATIONAL INFORMATION SERVICES, INC. DBA FIS | Sweeney Kelly | kelly@ksgklaw.com |
| ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP P.C. | Joon M Khang | joon@khanglaw.com |
| ATTORNEY FOR INTERESTED PARTY AD HOC CONSUMER CLAIMANTS COMMITTEE | Ira David Kharasch | sikharasch@pszjlaw.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **ATTORNEY FOR DEFENDANT GALLANT LAW GROUP** | Meredith King | mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law |
| **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS** | Nicholas A Koffroth | nkoffroth@foxrothschild.com, khoang@foxrothschild.com |
| **ATTORNEY FOR DEFENDANT MARICH BEIN, LLC** | David S Kupetz | David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com |
| **INTERESTED PARTY COURTESY NEF** | Christopher J Langley | chris@slclawoffice.com, langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Kelli Ann Lee | Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com |
| **ATTORNEY DEFENDANT OPTIMUMBANK HOLDINGS, INC** | Matthew A Lesnick | matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com |
| **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, P.C.; DEFENDANT LGS HOLDCO, LLC; INTERESTED PARTY CONSUMER LEGAL GROUP, P.C.; and INTERESTED PARTY LIBERTY ACQUISITIONS GROUP INC** | Daniel A Lev | daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| **ATTORNEY FOR INTERESTED PARTY REVOLV3, INC.** | Britteny Leyva | bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com |
| **INTERESTED PARTY COURTESY NEF ADVERSARY PROCEEDING #: 8:23-AP-01148-SC** | Marc A Lieberman | marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com |
| **ATTORNEY FOR CREDITOR PHILLIP A GREENBLATT, PLLC** | Michael D Lieberman | mlieberman@lipsonneilson.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Yosina M Lissebeck | Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com |
| **ATTORNEY FOR CREDITOR FUNDURA CAPITAL GROUP** | Mitchell B Ludwig | mbl@kpclegal.com, kad@kpclegal.com |
| **INTERESTED PARTY AND ATTORNEY** | Daniel S March | marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com |
| ***ATTORNEY FOR CREDITOR and DEFENDANT GREYSON LAW CENTER PC, CREDITOR and DEFENDANT HAN TRINH; and CREDITOR and DEFENDANT PHUONG (JAYDE) TRINH*** | *Kathleen P March* | *kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net* |
| **ATTORNEY FOR CREDITOR DAVID ORR** | Mark J Markus | bklawr@bklaw.com, markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com |
| **CHAPTER 11 TRUSTEE** | Richard A Marshack (TR) | pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Laila Masud | lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Sarah S. Mattingly | sarah.mattingly@dinsmore.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

| INTERESTED PARTY COURTESY NEF | William McCormick | Bill.McCormick@ag.tn.gov |
|---|---|---|
| ATTORNEY FOR US TRUSTEE | Kenneth Misken | Kenneth.M.Misken@usdoj.gov |
| INTERESTED PARTY COURTESY NEF | Byron Z Moldo | bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com |
| ATTORNEY FOR CREDITOR ADP, INC | Glenn D. Moses | gmoses@venable.com, cascavone@venable.com;jpmalcolm@venable.com;jadelgado@venable.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Jamie D Mottola | Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com |
| INTERESTED PARTY COURTESY NEF | Alan I Nahmias | anahmias@mbn.law, jdale@mbn.law |
| INTERESTED PARTY COURTESY NEF | Victoria Newmark | vnewmark@pszjlaw.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Jacob Newsum-Bothamley | jacob.bothamley@dinsmore.com, angelica.urena@dinsmore.com;deamira.romo@dinsmore.com |
| ATTORNEY FOR US TRUSTEE | Queenie K Ng | queenie.k.ng@usdoj.gov |
| CREDITOR | Israel Orozco | israel@iolawcorp.com |
| ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS | Keith C Owens | kowens@foxrothschild.com, khoang@foxrothschild.com |
| ATTORNEY FOR DEFENDANT OPTIMUMBANK HOLDINGS, INC. | Lisa Patel | lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com |
| ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC | Michael R Pinkston | rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com |
| ATTORNEY FOR DEFENDANT SCOTT JAMES EADIE | Douglas A Plazak | dplazak@rhlaw.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Tyler Powell | tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;rosetta.mitchell@dinsmore.com |
| ATTORNEY FOR DEFENDANT TOUZI CAPITAL, LLC and DEFENDANT ENG TAING | Daniel H Reiss | dhr@lnbyg.com, dhr@ecf.inforuptcy.com |
| ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, PC | Ronald N Richards | ron@ronaldrichards.com, 7206828420@filings.docketbird.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Vanessa Rodriguez | vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com |
| ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC | Kevin Alan Rogers | krogers@wellsmar.com |
| ATTORNEY FOR CREDITOR MARI AGAPE | Gregory M Salvato | gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| ATTORNEY FOR CREDITOR AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC | Olivia Scott | olivia.scott3@bclplaw.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Jonathan Serrano | jonathan.serrano@dinsmore.com |
| ATTORNEY FOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC | Maureen J Shanahan | Mstotaro@aol.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

| ATTORNEY FOR CREDITORS UNITED PARTNERSHIPS, LLC and MNS FUNDING LLC | Paul R Shankman | PShankman@fortislaw.com, info@fortislaw.com |
|---|---|---|
| ATTORNEY FOR INTERESTED PARTY MORNING LAW GROUP, PC | Zev Shechtman | Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com |
| ATTORNEY FOR US TRUSTEE | Leslie Skorheim | leslie.skorheim@usdoj.gov |
| ATTORNEY FOR CREDITOR PIONEER FUNDING GROUP, LLC | Adam D Stein-Sapir | info@pfllc.com |
| ATTORNEY FOR DEFENDANT BANKUNITED, N.A. | Howard Steinberg | steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com |
| ATTORNEY FOR CREDITOR ALTERYX, INC. | Andrew Still | astill@swlaw.com, kcollins@swlaw.com |
| ATTORNEY FOR CREDITOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC and INTERESTED PARTY RANDALL BALDWIN CLARK | Michael R Totaro | Ocbkatty@aol.com |
| US TRUSTEE | United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| ATTORNEY FOR WITNESS BRADFORD LEE 8:23-ap-01046-SC | William J Wall | wwall@wall-law.com |
| ATTORNEY FOR CREDITOR and DEFENDANT AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC | Sharon Z. Weiss | sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com |
| ATTORNEY FOR CREDITOR DEBT RELIEF GROUP, LLC | Johnny White | JWhite@wrslawyers.com, jlee@wrslawyers.com |
| CLAIM AGENT FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Reina Zepeda | rzepeda@omniagnt.com |

4870-1429-8550

4877-8605-0486

4877-8605-0486, v. 1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.