FILED & ENTERED

APR 24 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.<br><br><br><br>Debtor(s). | Case No.: 8:23-bk-10571-SC<br><br>CHAPTER 11<br><br>**SUA SPONTE ORDER CONTINUING HEARINGS ON MOTIONS FOR ADMINISTRATIVE CLAIMS OF HAN TRINH, GREYSON LAW CENTER, PC, AND PHUONG TRINH [DKS. 674, 675, 676]**<br><br>Continued Hearing:<br>Date:    June 13, 2024<br>Time:    10:00 a.m.<br>Courtroom:  5C |

The Court observes that significant pleadings have been filed in connection with the administrative claims of Han Trinh [Dk. 674], Greyson Law Center, PC [Dk. 676], and Phuong Trinh [Dk. 675] (collectively, "Administrative Claims"). Those pleadings contain voluminous exhibits that were not attached to the original Administrative Claims and need to be considered by both the Trustee and the Court. Therefore, the Court, *sua sponte*, finds good cause to order as follows:

1. The hearings on the Administrative Claims currently set for April 25, 2024, at 10:00 a.m. are continued to June 13, 2024, at 10:00 a.m.
2. In the interest of fairness and judicial economy, the Trustee is permitted to file a responsive pleading to each of the replies filed by Han Trinh [Dk. 1124], Greyson Law Center, PC [Dk. 1127], and Phuong Trinh [Dk. 1125] by no later than June 6, 2024.
3. No other additional pleadings will be entertained.

**IT IS SO ORDERED**.

Date: April 24, 2024

Scott C. Clarkson
United States Bankruptcy Judge