Keith C. Owens (Bar No 184841)
Nicholas A. Koffroth (Bar No. 287854)
**FOX ROTHSCHILD LLP**
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Telephone:    (310) 598-4150
Facsimile:    (310) 556-9828
kowens@foxrothschild.com
nkoffroth@foxrothschild.com

*Counsel for Official Committee of Unsecured Creditors*

D. Edward Hays (Bar No. 162507)
Laila Masud (Bar No. 311731)
**MARSHACK HAYS WOOD LLP**
870 Roosevelt
Irvine, CA 92620
Telephone:    (949) 333-7777
Facsimile:    (949) 333-7778
ehays@marshackhays.com
lmasud@marshackhays.com

*General Counsel for Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>Debtor. | Chapter 11<br><br>Case No. 8:23-bk-10571-SC<br><br>**NOTICE OF FIRST SUPPLEMENT TO DISCLOSURE STATEMENT DESCRIBING JOINT CHAPTER 11 PLAN OF LIQUIDATION (DATED MARCH 22, 2024)**<br><br>**Hearing Date and Time**<br>Date:  May 15, 2024<br>Time:  1:30 p.m.<br>Place: *In Person or Via ZoomGov*<br>          Courtroom 5C<br>          411 West Fourth Street<br>          Santa Ana, California 92701 |

157908333.1

FOX ROTHSCHILD LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
(310) 598-4150
(310) 556-9828 (fax)

1     **PLEASE TAKE NOTICE** that, on March 22, 2024, the Official Committee of Unsecured Creditors (the "Committee") of The Litigation Practice Group P.C. (the "Debtor"), in the above-referenced bankruptcy case (the "Bankruptcy Case") pending under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code")[1] and Richard A. Marshack, in his capacity as the chapter 11 trustee of the Debtor (the "Trustee" and, together with the Committee, the "Plan Proponents"), jointly submitted the *Disclosure Statement Describing Joint Chapter 11 Plan of Liquidation (Dated March 22, 2024)* [Docket No. 1058] (as may be amended, modified, or further supplemented, the "Disclosure Statement"). A jointly-submitted motion [Docket No. 159] to approve the Disclosure Statement is set for hearing before the above-captioned Court on May 15, 2024, at 1:30 p.m.

    **PLEASE TAKE FURTHER NOTICE** that the Plan Proponents hereby file the Liquidation Analysis (as that term is defined in the Disclosure Statement) attached hereto as **Exhibit A** as a supplement to the Disclosure Statement.

DATED this 29th day of April, 2024.

| | |
|---|---|
| **FOX ROTHSCHILD LLP** | **MARSHACK HAYS WOOD LLP** |
| By:   /s/ *Nicholas A. Koffroth* <br>     Keith C. Owens (Bar No. 184841) <br>     Nicholas A. Koffroth (Bar No. 287854) <br>     Constellation Place <br>     10250 Constellation Blvd., Suite 900 <br>     Los Angeles, California 90067 <br> *Counsel for the Committee* | By: *D. Edward Hays* <br>     D. Edward Hays (Bar No. 162507) <br>     Laila Masud (Bar No. 311731) <br>     870 Roosevelt <br>     Irvine, California 92620 <br> *General Counsel for Chapter 11 Trustee* |

---

[1] Unless otherwise noted, all references to "Section" or "§" refer to a section of the Bankruptcy Code.

1

157908333.1

# EXHIBIT A

**Litigation Practice Group**
**Financial Projections**
**Comparison of Proposed POL vs Ch 7 Liquidation**

| | Proposed Ch 11 POL | Hypothetical Ch 7 Liquidation | Proposed POL Higher / (Lower) | Pass Best Interests Test ? | Comments |
|---|---|---|---|---|---|
| **Estimated Recovery to Creditors** | | | | | |
| Secured Claims | 100.0% | 100.0% | 0.0% | PASS | |
| | | | | | |
| <u>Admministrative Expenses</u> | | | | | |
| Super-priority Admin Loans | 100.0% | 100.0% | 0.0% | PASS | |
| Ch 11 Fees & Expenses | 100.0% | 100.0% | 0.0% | PASS | Includes all post-petition professionals plus UST Fees |
| Ch 7 Fees & Expenses | NA | 100.0% | NA | NA | Includes all post-conversion professionals plus UST Fees |
| Operating Expenses | 100.0% | 100.0% | 0.0% | PASS | Includes all amounts incurred post-petition, post-Eff Date, and/or post-conversion |
| | | | | | |
| Priority Unsecured Claims | 100.0% | 100.0% | 0.0% | PASS | |
| | | | | | |
| <u>General Unsecured Claims</u> | | | | | |
| Projected GUC Recovery | 4,760,005 | 4,544,829 | 215,177 | PASS | Projected recoveries exclude litigation recoveries, which remain subject to further analysis |
| Est'd Allowed GUC Claims Pool | 190,000,000 | 190,000,000 | | | Filed GUC POCs of $485+ mil est'd to be Allowed at $190 mil, subject to further analysis |
| % Recovery | 2.51% | 2.39% | 0.11% | PASS | |

As shown above, the Proposed Plan of Liquidation ("POL") is expected to generate the same or a higher recovery to all creditors, including General Unsecured Creditors ("GUC"), than a hypothetical conversion to a Ch 7 liquidation.

It should be noted that this analysis does not yet include the anticipated recoveries on various causes of action and other litigation efforts currently being pursued by the Chapter 11 Trustee. The Chapter 11 Trustee believes that these recoveries will be material, and would be benefit GUCs under both the POL and Ch 7 liquidations scenarios equally, however these efforts are too preliminary to assign any potential values to them.

It should also be noted that under a hypothetical liquidation scenario, most payments to creditors are expected to be substantially delayed compared to the timing anticipated under the Proposed POL, the impact of which has not yet been factored in to the above analysis.

**Litigation Practice Group**
**Financial Projections**
**Proposed POL Feasibility Analysis**

| | 2024 | 2025 | 2026 | 2027 | Total | |
|---|---:|---:|---:|---:|---:|---|
| **Cash Flow Projections** | | | | | | |
| Residual Sale Proceeds | 2,848,625 | 5,085,645 | 689,687 | 0 | 8,623,957 | |
| Recovery on Pending Litigation | | | *No assigned value* | | | See Notes below (p4), it is too preliminary to estimate a recovery on pending litigation efforts |
| Other Cash Receipts | 228,142 | 0 | 0 | 0 | 228,142 | |
| Total Inflows | 3,076,767 | 5,085,645 | 689,687 | 0 | 8,852,099 | |
| *Operating Expenses of the Ch 11 Bankruptcy Estate* | | | | | | |
| Ordinary Course Professionals | (100,000) | 0 | 0 | 0 | (100,000) | |
| Other Expenses | (37,895) | 0 | 0 | 0 | (37,895) | |
| Ch 11 Trustee Fees | (479,149) | 0 | 0 | 0 | (479,149) | See Notes below (p4), est'd prof fees shown for analysis purposes only, actuals fees will vary |
| UST Fees | (11,591) | 0 | 0 | 0 | (11,591) | |
| Total Ch 11 Operating Disb | (628,635) | 0 | 0 | 0 | (628,635) | |
| *Operating Expenses of the Liquidating Trust* | | | | | | |
| Ordinary Course Professionals | 0 | (100,000) | (100,000) | (100,000) | (300,000) | |
| Other Expenses | (7,579) | (45,474) | (45,474) | (45,474) | (144,001) | |
| Liq Trustee Fees | 0 | (93,379) | (89,183) | (8,688) | (191,249) | See Notes below (p4), est'd prof fees shown for analysis purposes only, actuals fees will vary |
| UST Fees | 0 | (122,001) | (23,883) | (2,707) | (148,591) | See Notes below (p4), for purposes of this analysis, UST Fees shown as paid through discharge |
| LT Oversight Expenses | (20,000) | (120,000) | (120,000) | (120,000) | (380,000) | |
| Total LT Operating Disb | (27,579) | (480,854) | (378,540) | (276,868) | (1,163,841) | |
| *Payments on Estimated Allowed Claims (excl General Unsecured Claims)* | | | | | | |
| Secured Claims | (3,000,000) | 0 | 0 | 0 | (3,000,000) | See Notes below (p4), secured claims assumed to be settled for a total of $3 million |
| Super-priority Admin Loans | (1,205,279) | 0 | 0 | 0 | (1,205,279) | |
| Post-Petition Professional Fees | (7,703,272) | 0 | 0 | 0 | (7,703,272) | See Notes below (p4), est'd prof fees shown for analysis purposes only, actuals fees will vary |
| Administrative Claims | (959,458) | 0 | 0 | 0 | (959,458) | |
| Priority Unsecured Claims | (499,313) | 0 | 0 | 0 | (499,313) | |
| Est'd Allowed Claims (excl GUC) | (13,367,323) | 0 | 0 | 0 | (13,367,323) | |
| General Unsecured Claims | 0 | (2,153,074) | (2,594,206) | (12,725) | (4,760,005) | |
| **Net Cash Flows** | **(10,946,769)** | **2,451,717** | **(2,283,059)** | **(289,593)** | **(11,067,705)** | |
| Beginning Cash | 11,067,705 | 120,936 | 2,572,652 | 289,593 | 11,067,705 | Beginning Cash per December 2023 MOR, all of which is assumed to be available to fund the POL |
| **Ending Cash** | **120,936** | **2,572,652** | **289,593** | **(0)** | **0** | |

Notes:

| | |
|---|---|
| 10/31/2024 | Assumed Effective Date, Secured, Administrative, and Priority Claims to be paid in full |
| 1/31/2026 | Projected date that last payment of Residual Sale Proceeds is received from Buyer |
| 12/31/2027 | Assumed date that liquidation is completed and payments made to all creditors |

**Litigation Practice Group**
**Financial Projections**
**Hypothetical Ch 7 Liquidation Analysis**

| | 2024 | 2025 | 2026 | 2027 | Total | |
|---|---|---|---|---|---|---|
| *Cash Flow Projections* | | | | | | |
| Residual Sale Proceeds | 2,848,625 | 5,085,645 | 689,687 | 0 | 8,623,957 | |
| Recovery on Pending Litigation | | | *No assigned value* | | | See Notes below (p4), it is too preliminary to estimate a recovery on pending litigation efforts |
| Other Cash Receipts | 228,142 | 0 | 0 | 0 | 228,142 | |
| Total Inflows | 3,076,767 | 5,085,645 | 689,687 | 0 | 8,852,099 | |
| | | | | | | |
| *Operating Expenses of the Ch 11 Bankruptcy Estate* | | | | | | |
| Ordinary Course Professionals | (100,000) | 0 | 0 | 0 | (100,000) | |
| Other Expenses | (37,895) | 0 | 0 | 0 | (37,895) | |
| Ch 11 Trustee Fees | 0 | 0 | 0 | (114,438) | (114,438) | See Notes below (p4), est'd prof fees shown for analysis purposes only, actuals fees will vary |
| UST Fees | (11,591) | 0 | 0 | 0 | (11,591) | |
| Total Ch 11 Operating Disb | (149,486) | 0 | 0 | (114,438) | (263,924) | |
| | | | | | | |
| *Operating Expenses of the Ch 7 Bankruptcy Estate* | | | | | | |
| Ordinary Course Professionals | 0 | (100,000) | (100,000) | (100,000) | (300,000) | |
| Other Expenses | (7,579) | (45,474) | (45,474) | (45,474) | (144,001) | |
| Ch 7 Trustee Fees | 0 | 0 | 0 | (581,138) | (581,138) | See Notes below (p4), est'd prof fees shown for analysis purposes only, actuals fees will vary |
| UST Fees | 0 | (2,541) | (2,625) | (143,425) | (148,591) | See Notes below (p4), for purposes of this analysis, UST Fees shown as paid through discharge |
| Post-Conversion Prof Fees | (30,000) | (180,000) | (180,000) | (180,000) | (570,000) | |
| Total Ch 7 Operating Disb | (37,579) | (328,015) | (328,099) | (1,050,037) | (1,743,729) | |
| | | | | | | |
| *Payments on Estimated Allowed Claims (excl General Unsecured Claims)* | | | | | | |
| Secured Claims | 0 | 0 | 0 | (3,000,000) | (3,000,000) | See Notes below (p4), secured claims assumed to be settled for a total of $3 million |
| Super-priority Admin Loans | (1,205,279) | 0 | 0 | 0 | (1,205,279) | |
| Post-Petition Professional Fees | 0 | 0 | 0 | (7,703,272) | (7,703,272) | See Notes below (p4), est'd prof fees shown for analysis purposes only, actuals fees will vary |
| Administrative Claims | 0 | 0 | 0 | (959,458) | (959,458) | |
| Priority Unsecured Claims | 0 | 0 | 0 | (499,313) | (499,313) | |
| Est'd Allowed Claims (excl GUC) | (1,205,279) | 0 | 0 | (12,162,044) | (13,367,323) | |
| | | | | | | |
| General Unsecured Claims | 0 | 0 | 0 | (4,544,829) | (4,544,829) | |
| | | | | | | |
| **Net Cash Flows** | **1,684,424** | **4,757,630** | **361,588** | **(17,871,347)** | **(11,067,705)** | |
| | | | | | | |
| Beginning Cash | 11,067,705 | 12,752,129 | 17,509,759 | 17,871,347 | 11,067,705 | Beginning Cash per December 2023 MOR, all of which is assumed to be available to fund the POL |
| | | | | | | |
| **Ending Cash** | **12,752,129** | **17,509,759** | **17,871,347** | **0** | **0** | |

Notes:

| | | |
|---|---|---|
| 10/31/2024 | Assumed date of conversion from Ch 11 to Ch 7 | |
| 1/31/2026 | Projected date that last payment of Residual Sale Proceeds is received from Buyer | |
| 12/31/2027 | Assumed date that liquidation is completed and payments made to all creditors | |

Litigation Practice Group
Financial Projections
**Notes to Proposed POL Feasibility Analysis and Hypothetical Ch 7 Liquidation Analysis**

Notes to Proposed POL Feasibility Analysis

The Proposed POL Feasibility Analysis assumes a scenario based on the currently proposed Plan of Liquidation ("POL"), including:
 - The Bankruptcy Estate continues operating until the assumed Effective Date of Nov 1, 2024, after which operations continue under the structure of the Liquidating Trust (as described in the Disclosure Statement),
 - All Super-Priority Administrative Loans are paid per their terms,
 - All Ch 11 Professional Fees and Allowed Secured, Administrative, Priority, and 503(b)(9) Claims are to be paid as per the proposed POL, which for purposes of this analysis are assumed to be paid on the Effective Date,
 - Fees owed to the Ch 11 Trustee are assumed to be paid on the Effective Date; fees owed to the US Trustee are assumed to be paid quarterly in arrears; fees owed to the Liquidating Trustee are assumed to be paid monthly in arrears, and
 - Additional LT Oversight Expenses of $10k / month are assumed to be incurred during the timeframe of the Liquidating Trust and paid monthly.

Amounts shown for Secured, Administrative, Priority, and 503(b)(9) Claims have been preliminarily estimated based on claims filed through their court-approved bar dates and remain subject to a claims reconciliation process which may result in material adjustments.
 - The Chapter 11 Trustee believes the vast majority of Secured Claims are subject to dispute and so for purposes of this analysis, it is assumed that all Secured Claims will be settled for a total $3 million with any remaining amounts owed being unsecured deficiency claims; this remains subject to ongoing negotiations with such creditors and the above referenced claims reconciliation process.

Amounts to operate both the Bankruptcy Estate and the Liquidating Trust include annual tax reporting costs plus other relatively small amounts for insurance, document retention, and other required disbursements.

The Proposed POL Feasibility Analysis assumes a discharge from bankruptcy occurs by the end of the calendar year following the receipt of the last payments of Residual Sale Proceeds from the Buyer.  US Trustee fees are projected throughout that timeframe, as well as fees owed to the Liquidating Trustee, which are estimated at 3% of the projected disbursements from the Liquidating Trust.

**The Liqudating Trustee is assumed to retain legal professionals to assist with pursuing Litigation Recoveries.  It is assumed that any such fees incurred will be less than the Litigation Recoveries themselves.  Because the Litigation Recoveries remain subject to further analysis at this time, neither the inflows nor the outflows are included in this analysis, pending further details becoming available.**


Notes to Hypothetical Ch 7 Liquidation Analysis

The Hypothetical Ch 7 Liquidation Analysis includes the same basic assumptions as the Proposed POL Feasibility Analysis, including the still-pending analysis of potential Litigation Recoveries (net of any legal costs), with the following exceptions:

 - The case is converted to a Ch 7 Liquidation instead of having a POL confirmed, and a Ch 7 Trustee is appointed to pursue the monetization of any remaining assets and to determine the final amounts owed to any creditors in keeping with the bankruptcy code.  Potential payments to all creditors and also to the Ch 11 Trustee are accordingly deferred while the Ch 7 Trustee performs such tasks.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 900, Los Angeles, CA 90067.

A true and correct copy of the foregoing documents entitled: NOTICE OF FIRST SUPPLEMENT TO DISCLOSURE STATEMENT DESCRIBING JOINT CHAPTER 11 PLAN OF LIQUIDATION (DATED MARCH 22, 2024)   on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On 4/29/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Eric Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com
- **Ronald K Brown**    ron@rkbrownlaw.com
- **Christopher Celentino**    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Shawn M Christianson**    cmcintire@buchalter.com, schristianson@buchalter.com
- **Randall Baldwin Clark**    rbc@randallbclark.com
- **Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Daniel A Edelman**    dedelman@edcombs.com, courtecl@edcombs.com
- **Christopher Ghio**    christopher.ghio@dinsmore.com, Kristina.Heller@Dinsmore.com
- **Jeffrey I Golden**    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com;golden.jeffreyi.b117954@notify.bestcase.com
- **Richard H Golubow**    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Alan Craig Hochheiser**    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Garrick A Hollander**    ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Razmig Izakelian**    razmigizakelian@quinnemanuel.com
- **Joon M Khang**    joon@khanglaw.com
- **Ira David Kharasch**    ikharasch@pszjlaw.com
- **Nicholas A Koffroth**    nkoffroth@foxrothschild.com, khoang@foxrothschild.com
- **David S Kupetz**    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Christopher J Langley**    chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com
- **Daniel A Lev**    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Michael D Lieberman**    mlieberman@lipsonneilson.com
- **Yosina M Lissebeck**    Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Laila Masud**    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **Byron Z Moldo**    bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com

Active\118774763.v1-1/20/21

- **Alan I Nahmias**  anahmias@mbn.law, jdale@mbnlawyers.com
- **Victoria Newmark**  vnewmark@pszjlaw.com
- **Queenie K Ng**  queenie.k.ng@usdoj.gov
- **Teri T Pham**  tpham@epglawyers.com, ttpassistant@epglawyers.com
- **Douglas A Plazak**  dplazak@rhlaw.com
- **Ronald N Richards**  ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Gregory M Salvato**  gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Olivia Scott**  olivia.scott3@bclplaw.com
- **Jonathan Serrano**  jonathan.serrano@dinsmore.com
- **Paul R Shankman**  PShankman@fortislaw.com, info@fortislaw.com
- **Leslie Skorheim**  leslie.skorheim@usdoj.gov
- **Andrew Still**  astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov
- **Sharon Z. Weiss**  sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- **Johnny White**  JWhite@wrslawyers.com, jlee@wrslawyers.com;eweiman@wrslawyers.com

**2.    SERVED BY UNITED STATES MAIL**: On 4/29/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

Debtor
The Litigation Practice Group P.C.
17542 17th St., Suite 100
Tustin, CA 92780

**See attached for additional parties**

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 4/29/2024, I served the following persons and/or entities by personal delivery,  mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson
United States Bankruptcy Court, Central District of California
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/29/2024 | Kimberly Hoang | /s/ Kimberly Hoang |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**Additional Parties Served by U.S. Mail**

**Creditors who have the 20 largest unsecured claims**

Debt Validation Fund II, LLC
5075 Lower Valley Road,
Atglen, PA 19310

MC DVI Fund 1, LLC; MC DVI Fund 2, LLC
598 Cottonwood Dr.,
Glenview, IL 60026

Validation Partners LLC
1300 Sawgrass Pkwy, Ste. 110
Sunrise, FL 33323

Marich Bein LLC
99 Wall Street, Ste 2669
New York, NY 10005

Business Centers of America
1100 Sir Francis Drake Blvd,
Ste 1, Kentfield, CA 94904

JP Morgan Chase
3 Park Plaza, Ste 900
Irvine, CA 92614

CA Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0511

Outsource Accelerator Ltd
City Marque Limited
Unit 8801-2 Bldg. 244-248
Des Voeux Rd.
Central Hong Kong

Collaboration Advisors
400 Dorla Court
Zephyr Cove, NV 89448

Anthem Blue Cross
PO Box 511300
Los Angeles, CA 90051-7855

Azevedo Solutions Groups, Inc.
420 Adobe Canyon Rd.
Kenwood, CA 95452

Debt Pay Pro
1900 E Golf Road, Suite 550
Schaumburg, IL 60173

| | |
|---|---|
| 1 | |
| 2 | Sharp Business Systems |
| | 8670 Argent St |
| 3 | Santee, CA 92071 |
| 4 | Tustin Executive Center |
| | 1630 S Sunkist Steet, Ste A |
| 5 | Anaheim, CA 92806 |
| 6 | Exela Enterprise Solutions |
| | 2701 E. Grauwyler Road |
| 7 | Irving, TX 75061 |
| 8 | Netsuite-Oracle |
| | 2300 Oracle Way |
| 9 | Austin, TX 78741 |
| 10 | Credit Reporting Service Inc |
| | 548 Market St, Suite 72907 |
| 11 | San Francisco, CA 94104-5401 |
| 12 | Document Fulfillment Services |
| | 2930 Ramona Ave #100 |
| 13 | Sacramento, CA 95826 |
| 14 | Executive Center LLC |
| | 5960 South Jones Blvd |
| 15 | Las Vegas, NV 89118 |
| 16 | LexisNexus |
| | 15500 B Rockfield Blvd |
| 17 | Irvine, CA 92618 |
| 18 | |
| 19 | **Secured Creditors** |
| 20 | Diverse Capital LLC |
| | 323 Sunny Isles Blvd., Suite 503 |
| 21 | Sunny Isles, FL 33154 |
| 22 | City Capital NY |
| | 1135 Kane Concourse |
| | Bay Harbour Islands, FL 33154 |
| 23 | |
| 24 | Counsel for secured creditor Fundura Capital Group |
| | Mitchell B. Ludwig |
| 25 | Knapp, Petersen & Clarke |
| | 550 North Brand Blvd., Suite 1500 |
| 26 | Glendale, CA  91203 |
| 27 | |
| 28 | |