| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>ALINA MAMLYUK, #284154<br>amamlyuk@marshackhays.com<br>MARSHACK HAYS WOOD LLP<br>870 Roosevelt<br>Irvine, California 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Chapter 11 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>THE LITIGATION PRACTICE GROUP P.C., | CASE NO.: 8-23-bk-10571-SC<br>CHAPTER: 11 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): Motion of Judith Skiba's Allowance of Admin Claim |
| Debtor(s) | |

PLEASE TAKE NOTE that the order titled  Order Denying Motion of Judith Skiba's Allowance of Administrative Claim

was lodged on (*date*) __05/02/2024__ and is attached. This order relates to the motion which is docket number 645 .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**Bankruptcy LODGED ORDER UPLOAD FORM**

Thursday, May 02, 2024

CONFIRMATION :

Your Lodged Order Info:

( **11300950.doc** )
  The previous order and exhibit have been replaced

- **Office**:  Santa Ana
- **Case Title**:  The Litigation Practice Group P.C.
- **Case Number**:  23-10571
- **Judge Initial**:  SC
- **Case Type**:  bk ( Bankruptcy )
- **Document Number**:  645
- **On Date**:  05/02/2024 @ 08:12 PM

Thank You!

---

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

D. EDWARD HAYS, #162507
ehays@marshackhays.com
ALINA MAMLYUK, #284154
amamlyuk@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No: 8-23-bk-10571-SC<br><br>Chapter 11<br><br>ORDER DENYING MOTION OF JUDITH SKIBA'S ALLOWANCE OF ADMINISTRATIVE CLAIM – DK NO. 645<br><br>Date:  April 22, 2024<br>Time:  9:30 a.m.<br>Courtroom: Virtual<br>Locations: 5C |

A hearing was held on April 22, 2024, at 9:30 a.m. before the Honorable Scott C. Clarkson, United States Bankruptcy Judge for the Central District of California, on the Motion of Judith Skiba ("Ms. Skiba") for Allowance of Administrative Claim and Order for Relief ("Motion"), filed on November 8, 2023, as Dk. No. 645 along with Ms. Skiba's filing of various amendments and objections (Dk. Nos. 647,819, 1073, and 1081), and pursuant to the Court's Order Requiring Physical Appearances for hearing on the Motion [Dk. No. 1123]. Christopher Celentino of Dinsmore & Shohl LLP appeared on behalf of Chapter 11 Trustee Richard A. Marshack. Ms. Skiba did not appear initially, however, the Court graciously recalled the matter due to Ms. Skiba's late appearance. All other appearances are per the Court's record.

The Court has read and considered the Motion, the Limited Objection filed by OHP-CDR, LP and PurchaseCo 80, LLC [Dk. No. 817], Opposition filed by Trustee, Richard A. Marshack, in

1

1  his capacity as Chapter 11 Trustee ("Trustee") for the bankruptcy estate ("Estate") of The Litigation

2  Practice Group P.C. ("Debtor") [Dk. No. 1050], and for the reasons set forth in the Court's Tentative

3  Ruling of April 18, 2024 (attached hereto as Exhibit "1") and as stated on the record at the hearing

4  on the Motion, the Court has found good cause to deny the Motion.

5        The Court also required the Trustee, from Estate funds, to issue a check to Ms. Skiba in the

6  amount of $600, to replace a check that Ms. Skiba states she never received from Phoenix Law. Ms.

7  Skiba stated that if the check from Phoenix Law was found she would not cash it. The Trustee hand

8  delivered that check to Ms. Skiba, who took possession of it.

9        Accordingly,   IT IS ORDERED the Motion is denied.

10                                                       # # #

28 4866-9980-9466, v. 1

2

4894-2936-5686,v.1

**EXHIBIT 1**

# United States Bankruptcy Court
## Central District of California
### Santa Ana
### Scott Clarkson, Presiding
### Courtroom 5C Calendar

---

**Monday, April 22, 2024**                                                                 **Hearing Room      5C**

---

9:30 AM
**8:23-10571**     The Litigation Practice Group P.C.                                                      **Chapter 11**

**#3.00**

CONT'D Hearing RE:  Motion Of Judith Skiba's Allowance Of Administrative Claim And Order For Relief
(Consolidated With dkt. 647 and dkt. 819)
(Motion filed 11/8/2023)
(S/C set per Order Entered 1/8/2024 - dkt. 818)

FR:  1-19-24; 2-29-24; 4-11-24

                            Docket      645

**Tentative Ruling:**

Tentative for 4/22/24 is to DENY.

Personal appearances by all parties, including the Claimant, will be REQUIRED in Courtroom 5C for this hearing.

Claimant has failed to establish facts that demonstrate that she is entitled to an administrative claim of $20,000. Claimant entered into a post-petition agreement with a non-debtor entity. Unlike general unsecured proofs of claims, administrative claims lack presumptive validity.  *In re Saxton, Inc.*, 2007 WL 7540972, at *7 n. 12 (B.A.P. 9th Cir. July 30, 2007) (unpublished). An administrative claimant bears the initial burden of establishing that its claim "(1) arose from a transaction with the debtor-in-possession as opposed to the preceding entity (or, alternatively, that the claimant gave consideration to the debtor-in-possession); and (2) directly and substantially benefitted the estate." *In re DAK Indus., Inc.*, 66 F.3d 1091, 1094 (9th Cir. 1995). Claimant has not met the foregoing standard.

*************************************************************************

Tentative for 4/11/24:

This matter is CONTINUED to April 22, 2024, at 9:30 a.m., personal appearances by all parties, including the Claimant, will be REQUIRED in Courtroom 5C for the cotinued hearing.

---

**United States Bankruptcy Court**
**Central District of California**
Santa Ana
**Scott Clarkson, Presiding**
**Courtroom 5C Calendar**

---

**Monday, April 22, 2024**                                                                  **Hearing Room    5C**

---

<u>9:30 AM</u>
**CONT...**      **The Litigation Practice Group P.C.**                                              **Chapter 11**

Appearances for the 4/11 hearing are excused.

*******************************************************************************

Revised tentative for 2/29/24:

Virtual appearances required.

Matters #19 and #20 [Dks. 645, 647, 819] appear to be related to the same claim and will therefore be consolidated.

The Court is inclined to sets the following dates/deadlines:

1.    Opposition by Trustee due: March 21, 2024
2.    Reply by Claimant due: March 28, 2024
3.    Continued hearing: April 11, 2024, at 11:00 a.m. - In-person appearances by all parties, including the Claimant, will be REQUIRED in Courtroom 5C for this hearing.

Trustee is to lodge a scheduling order within seven (7) days.

Virtual appearances are required.

*******************************************************************************

Tentative for 2/29/24:

Matters #19 and #20 [Dks. 645, 647, 819] appear to be related to the same claim and will therefore be consolidated.

The Court hereby sets the following dates/deadlines:

1.    Opposition by Trustee due: March 21, 2024
2.    Reply by Claimant due: March 28, 2024
3.    Continued hearing: April 11, 2024, at 11:00 a.m.

Trustee is to lodge a scheduling order within seven (7) days.

Appearances for the 2/29 hearing are excused.

---

# United States Bankruptcy Court
# Central District of California
## Santa Ana
## Scott Clarkson, Presiding
## Courtroom 5C Calendar

**Monday, April 22, 2024**                                                                 **Hearing Room    5C**

9:30 AM
**CONT...**    **The Litigation Practice Group P.C.**                                                           **Chapter 11**

| Party Information |
|---|

**Debtor(s):**

   The Litigation Practice Group P.C.     Represented By
       Joon M Khang

**Movant(s):**

   Judith Skiba                           Pro Se

**Trustee(s):**

   Richard A Marshack (TR)                Represented By
       D Edward Hays
       Christopher Celentino
       Laila Masud
       Jonathan Serrano
       Christopher Ghio
       Yosina M Lissebeck
       Peter W Bowie
       Bradford Barnhardt
       Jeremy Freedman
       Sara Johnston

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 2, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **May 2, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR – MAIL REDIRECTED TO TRUSTEE**
THE LITIGATION PRACTICE GROUP P.C.
~~17542 17TH ST, SUITE 100~~
~~TUSTIN, CA 92780-1981~~

**CLAIMANT / INTERESTED PARTY**
JUDITH SKIBA
PO BOX 1016
PASCAGOULA, MS 39568

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 21, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| VIA PERSONAL DELIVERY: **PRESIDING JUDGE'S COPY** HONORABLE SCOTT C. CLARKSON UNITED STATES BANKRUPTCY COURT 411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C SANTA ANA, CA 92701-4593 | VIA EMAIL JUDITH S. SKIBA SKIBAJUDITH@YAHOO.COM |
|---|---|

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 2, 2024 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Bradford Barnhardt | bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com |
|---|---|---|
| ATTORNEY FOR CREDITOR AFFIRMA, LLC and CREDITOR OXFORD KNOX, LLC | Eric Bensamochan | eric@eblawfirm.us, G63723@notify.cincompass.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Peter W Bowie | peter.bowie@dinsmore.com, caron.burke@dinsmore.com |
| ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC | Ronald K Brown | ron@rkbrownlaw.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Christopher Celentino | christopher.celentino@dinsmore.com, caron.burke@dinsmore.com |
| INTERESTED PARTY COURTESY NEF | Shawn M Christianson | cmcintire@buchalter.com, schristianson@buchalter.com |
| INTERESTED PARTY COURTESY NEF | Randall Baldwin Clark | rbc@randallbclark.com |
| ATTORNEY FOR DEFENDANT LISA COHEN and DEFENDANT ROSA BIANCA LOLI: | Leslie A Cohen | leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com |
| INTERESTED PARTY COURTESY NEF | Aaron E. DE Leest | adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com |
| INTERESTED PARTY COURTESY NEF | Anthony Paul Diehl | anthony@apdlaw.net, Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net |
| ATTORNEY FOR INTERESTED PARTY NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEYS and INTERESTED PARTY NATIONAL CONSUMER BANKRUPTCY RIGHTS CENTER | Jenny L Doling | jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net |
| ATTORNEY FOR CREDITOR CAROLYN BEECH | Daniel A Edelman | dedelman@edcombs.com, courtecl@edcombs.com |
| CREDITOR | Meredith Fahn | fahn@sbcglobal.net |
| ATTORNEY FOR CREDITOR VALIDATION PARTNERS LLC | William P Fennell | william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com |
| ATTORNEY FOR DEFENDANT CLEAR VISION LLC dba LIBERTY1 FINANCIAL | Marc C Forsythe | mcforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com |
| ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR) | Jeremy Freedman | jeremy.freedman@dinsmore.com, nicolette.murphy@dinsmore.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                         **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **ATTORNEY FOR CREDITOR HERRET CREDIT** | Eric Gassman | erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Christopher Ghio | christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com; deamira.romo@dinsmore.com |
| **ATTORNEY FOR CREDITOR AMY GINSBURG; CREDITOR KENTON COBB; and CREDITOR SHANNON BELLFIELD** | Amy Lynn Ginsburg | efilings@ginsburglawgroup.com |
| **ATTORNEY FOR DEFENDANT STRIPE, INC** | Eric D Goldberg | eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| **ATTORNEY FOR CREDITOR AFFIRMA, LLC; CREDITOR ANAHEIM ARENA MANAGEMENT, LLC; CREDITOR ANAHEIM DUCKS HOCKEY CLUB, LLC; and CREDITOR OXFORD KNOX, LLC** | Jeffrey I Golden | jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC** | Richard H Golubow | rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| **ATTORNEY FOR CREDITOR UNITED PARTNERSHIPS, LLC** | David M Goodrich | dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | D Edward Hays | ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| **ATTORNEY FOR CREDITOR CITY CAPITAL NY** | Alan Craig Hochheiser | ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com |
| **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC** | Garrick A Hollander | ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| **ATTORNEY FOR CREDITOR SHARP ELECTRONICS CORPORATION** | Brian L Holman | b.holman@musickpeeler.com |
| **INTERESTED PARTY COURTESY NEF** | Richard L. Hyde | richard@amintalati.com |
| **ATTORNEY FOR INTERESTED PARTY MERCHANTS CREDIT CORPORATION** | Peter L Isola | pisola@hinshawlaw.com |
| **ATTORNEY FOR CREDITOR, PLAINTIFF, and COUNTER-DEFENDANT OHP-CDR, LP and PLAINTIFF and COUNTER-DEFENDANT PURCHASECO 80, LLC** | Razmig Izakelian | razmigizakelian@quinnemanuel.com |
| **ATTORNEY FOR FIDELITY NATIONAL INFORMATION SERVICES, INC. DBA FIS** | Sweeney Kelly | kelly@ksgklaw.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP P.C.** | Joon M Khang | joon@khanglaw.com |
| **ATTORNEY FOR INTERESTED PARTY AD HOC CONSUMER CLAIMANTS COMMITTEE** | Ira David Kharasch | ikharasch@pszjlaw.com |
| **ATTORNEY FOR DEFENDANT GALLANT LAW GROUP** | Meredith King | mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law |
| **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS** | Nicholas A Koffroth | nkoffroth@foxrothschild.com, khoang@foxrothschild.com |
| **ATTORNEY FOR DEFENDANT MARICH BEIN, LLC** | David S Kupetz | David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com |
| **INTERESTED PARTY COURTESY NEF** | Christopher J Langley | chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com |
| **ATTORNEY DEFENDANT OPTIMUMBANK HOLDINGS, INC** | Matthew A Lesnick | matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com |
| **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, P.C.; DEFENDANT LGS HOLDCO, LLC; INTERESTED PARTY CONSUMER LEGAL GROUP, P.C.; and INTERESTED PARTY LIBERTY ACQUISITIONS GROUP INC** | Daniel A Lev | daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| **ATTORNEY FOR INTERESTED PARTY REVOLV3, INC.** | Britteny Leyva | bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com |
| **INTERESTED PARTY COURTESY NEF ADVERSARY PROCEEDING #: 8:23-AP-01148-SC** | Marc A Lieberman | marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com |
| **ATTORNEY FOR CREDITOR PHILLIP A GREENBLATT, PLLC** | Michael D Lieberman | mlieberman@lipsonneilson.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Yosina M Lissebeck | Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com |
| **ATTORNEY FOR CREDITOR FUNDURA CAPITAL GROUP** | Mitchell B Ludwig | mbl@kpclegal.com, kad@kpclegal.com |
| **INTERESTED PARTY AND ATTORNEY** | Daniel S March | marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com |
| **ATTORNEY FOR CREDITOR and DEFENDANT GREYSON LAW CENTER PC, CREDITOR and DEFENDANT HAN TRINH; and CREDITOR and DEFENDANT PHUONG (JAYDE) TRINH** | Kathleen P March | kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| **ATTORNEY FOR CREDITOR DAVID ORR** | Mark J Markus | bklawr@bklaw.com, markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                              **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **CHAPTER 11 TRUSTEE** | Richard A Marshack (TR) | pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Laila Masud | lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Sarah S. Mattingly | sarah.mattingly@dinsmore.com |
| **INTERESTED PARTY COURTESY NEF** | William McCormick | Bill.McCormick@ag.tn.gov |
| **ATTORNEY FOR US TRUSTEE** | Kenneth Misken | Kenneth.M.Misken@usdoj.gov |
| **INTERESTED PARTY COURTESY NEF** | Byron Z Moldo | bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com |
| **ATTORNEY FOR CREDITOR ADP, INC** | Glenn D. Moses | gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Jamie D Mottola | Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com |
| **INTERESTED PARTY COURTESY NEF** | Alan I Nahmias | anahmias@mbn.law, jdale@mbn.law |
| **INTERESTED PARTY COURTESY NEF** | Victoria Newmark | vnewmark@pszjlaw.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Jacob Newsum-Bothamley | jacob.bothamley@dinsmore.com, angelica.urena@dinsmore.com;deamira.romo@dinsmore.com |
| **ATTORNEY FOR US TRUSTEE** | Queenie K Ng | queenie.k.ng@usdoj.gov |
| **CREDITOR** | Israel Orozco | israel@iolawcorp.com |
| **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS** | Keith C Owens | kowens@foxrothschild.com, khoang@foxrothschild.com |
| **ATTORNEY FOR DEFENDANT OPTIMUMBANK HOLDINGS, INC.** | Lisa Patel | patel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com |
| **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC** | Michael R Pinkston | rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com |
| **ATTORNEY FOR DEFENDANT SCOTT JAMES EADIE** | Douglas A Plazak | dplazak@rhlaw.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Tyler Powell | tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;rosetta.mitchell@dinsmore.com |
| **ATTORNEY FOR DEFENDANT TOUZI CAPITAL, LLC and DEFENDANT ENG TAING** | Daniel H Reiss | dhr@lnbyg.com, dhr@ecf.inforuptcy.com |
| **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, PC** | Ronald N Richards | ron@ronaldrichards.com, 7206828420@filings.docketbird.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Vanessa Rodriguez | vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com |
| **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC** | Kevin Alan Rogers | krogers@wellsmar.com |
| **ATTORNEY FOR CREDITOR MARI AGAPE** | Gregory M Salvato | gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| **ATTORNEY FOR CREDITOR AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC** | Olivia Scott | olivia.scott3@bclplaw.com |
| **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR)** | Jonathan Serrano | jonathan.serrano@dinsmore.com |
| **ATTORNEY FOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC** | Maureen J Shanahan | Mstotaro@aol.com |
| **ATTORNEY FOR CREDITORS UNITED PARTNERSHIPS, LLC and MNS FUNDING LLC** | Paul R Shankman | PShankman@fortislaw.com, info@fortislaw.com |
| **ATTORNEY FOR INTERESTED PARTY MORNING LAW GROUP, PC** | Zev Shechtman | zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com |
| **ATTORNEY FOR US TRUSTEE** | Leslie Skorheim | leslie.skorheim@usdoj.gov |
| **ATTORNEY FOR CREDITOR PIONEER FUNDING GROUP, LLC** | Adam D Stein-Sapir | info@pfllc.com |
| **ATTORNEY FOR DEFENDANT BANKUNITED, N.A.** | Howard Steinberg | steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com |
| **ATTORNEY FOR CREDITOR ALTERYX, INC.** | Andrew Still | astill@swlaw.com, kcollins@swlaw.com |
| **ATTORNEY FOR CREDITOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC and INTERESTED PARTY RANDALL BALDWIN CLARK** | Michael R Totaro | Ocbkatty@aol.com |
| **US TRUSTEE** | United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| **ATTORNEY FOR WITNESS BRADFORD LEE 8:23-ap-01046-SC** | William J Wall | wwall@wall-law.com |
| **ATTORNEY FOR CREDITOR and DEFENDANT AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC** | Sharon Z. Weiss | sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com |
| **ATTORNEY FOR CREDITOR DEBT RELIEF GROUP, LLC** | Johnny White | JWhite@wrslawyers.com, jlee@wrslawyers.com |

4883-9302-2128

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                            **F 9013-3.1.PROOF.SERVICE**