Page: 1

# Form 2
## Cash Receipts and Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | WELLS FARGO BANK |
| | | | **Account:** | ******9879 - DIP Account |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | N/A |
| **Period:** | 04/01/24 - 04/30/24 | | **Separate Bond:** | 18,500,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | 6,095.42 | 6,095.42 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,095.42 | 6,095.42 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,095.42** | **$6,095.42** | |

**Form 2**
**Cash Receipts and Disbursements Record**

| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | WELLS FARGO BANK |
| | | **Account:** | ******9887 - DIP Account |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | N/A |
| **Period:** | 04/01/24 - 04/30/24 | **Separate Bond:** | 18,500,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |

|  |  |  | **ACCOUNT TOTALS** |  | **50.00** | **50.00** | $0.00 |
|  |  |  | Less: Bank Transfers |  | 0.00 | 0.00 |  |
|  |  |  | **Subtotal** |  | **50.00** | **50.00** |  |
|  |  |  | Less: Payment to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$50.00** | **$50.00** |  |

# Form 2
## Cash Receipts and Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | WELLS FARGO BANK |
| | | **Account:** | ******9895 - DIP Account |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | N/A |
| **Period:** | 04/01/24 - 04/30/24 | **Separate Bond:** | 18,500,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | **50.00** | **50.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **50.00** | **50.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$50.00** | **$50.00** | |

# Form 2
## Cash Receipts and Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 23-10571 SC | |
| **Case Name:** | The Litigation Practice Group PC | |
| **Taxpayer ID#:** | **-***5343 | |
| **Period:** | 04/01/24 - 04/30/24 | |

| | |
|---|---|
| **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| **Bank Name:** | Flagstar Bank, N.A. |
| **Account:** | ******9960 - Checking |
| **Blanket Bond:** | N/A |
| **Separate Bond:** | 18,500,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/02/24 | 1018 | Nancy Rapoport | March 2024 - 80% per order | 6700-000 | | 4,000.00 | 241,415.09 |
| 04/02/24 | 1019 | Nancy Rapoport | Expenses 3/31/24 per order 8-7-83 | 6710-000 | | 279.00 | 241,136.09 |
| 04/14/24 | 1020 | Office of the U.S. Trustee | 1Q2024 quarterly fees; 738-23-10571; | 2950-000 | | 250.00 | 240,886.09 |
| 04/22/24 | 1021 | Judith Skiba | Per Court's verbal order at hearing 4/22/24 | 6990-000 | | 600.00 | 240,286.09 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | **12,863,615.92** | **12,623,329.83** | **$240,286.09** |
| Less: Bank Transfers | | 1,465,059.39 | 12,270,934.68 | |
| **Subtotal** | | **11,398,556.53** | **352,395.15** | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$11,398,556.53** | **$352,395.15** | |

# Form 2
## Cash Receipts and Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 23-10571 SC | |
| **Case Name:** | The Litigation Practice Group PC | |
| **Taxpayer ID#:** | **-***5343 | |
| **Period:** | 04/01/24 - 04/30/24 | |

| | |
|---|---|
| **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| **Bank Name:** | Flagstar Bank, N.A. |
| **Account:** | ******2953 - ACH Segregated no fee account |
| **Blanket Bond:** | N/A |
| **Separate Bond:** | 18,500,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **6,250,466.48** | **6,202,000.00** | **$48,466.48** |
| | | | Less: Bank Transfers | | 6,250,466.48 | 6,202,000.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 23-10571 SC | | Trustee: | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| Case Name: | The Litigation Practice Group PC | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******4611 - Payroll and Operating Account |
| Taxpayer ID#: | **-***5343 | | Blanket Bond: | N/A |
| Period: | 04/01/24 - 04/30/24 | | Separate Bond: | 18,500,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/01/24 | 200463 | Bicher & Associates | REPLACES CK 200462 lost in mail; 2-29-24 - 80% of agent fees per order 6/29/23 | 6700-000 | | 249.60 | 8,408.80 |
| 04/03/24 | 200464 | Bicher & Associates | 3-31-24 - 80% of agent fees per order 6/29/23 | 6700-000 | | 470.40 | 7,938.40 |
| 04/05/24 | 200462 | Bicher & Associates | LOST IN MAIL 2-29-24 - 80% of agent fees per order 6/29/23; Stopped: Check issued on 03/08/2024 | 6700-004 | | -249.60 | 8,188.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | **2,618,436.02** | **2,610,248.02** | **$8,188.00** |
| Less: Bank Transfers | 312,100.00 | 1,675,691.98 | |
| **Subtotal** | **2,306,336.02** | **934,556.04** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2,306,336.02** | **$934,556.04** | |

Page: 7

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | Flagstar Bank, N.A. |
| | | | **Account:** | ******4344 - Payroll Tax |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | N/A |
| **Period:** | 04/01/24 - 04/30/24 | | **Separate Bond:** | 18,500,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **421,500.00** | **413,135.67** | **$8,364.33** |
| | | | Less: Bank Transfers | | 421,500.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **413,135.67** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$413,135.67** | |

# Form 2
## Cash Receipts and Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee | |
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | Flagstar Bank, N.A. | |
| | | **Account:** | ******3526 - Sale proceeds both bidders | |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | N/A | |
| **Period:** | 04/01/24 - 04/30/24 | **Separate Bond:** | 18,500,000.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | **1,249,963.98** | **1,249,963.98** | $0.00 |
| | | | Less: Bank Transfers | | 1,249,963.98 | 1,249,963.98 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | Fidelity |
| | | | **Account:** | ******7725 - T-Bill Account |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | N/A |
| **Period:** | 04/01/24 - 04/30/24 | | **Separate Bond:** | 18,500,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/24 | | Flagstar Advisors | income plus accrued interest plus/minus market fluctuation during calendar month (the T-bills were purchased mid-month) | 1270-000 | 27,173.83 | | 6,392,403.11 |
| | | | **ACCOUNT TOTALS** | | **6,392,403.11** | **0.00** | **$6,392,403.11** |
| | | | Less: Bank Transfers | | 6,200,000.00 | 0.00 | |
| | | | **Subtotal** | | **192,403.11** | **0.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$192,403.11** | **$0.00** | |

# Form 2
## Cash Receipts and Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 23-10571 SC | |
| **Case Name:** | The Litigation Practice Group PC | |
| **Taxpayer ID#:** | **-***5343 | |
| **Period:** | 04/01/24 - 04/30/24 | |

| | |
|---|---|
| **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| **Bank Name:** | Flagstar Bank, N.A. |
| **Account:** | ******8404 - MMA - Sale Proceeds |
| **Blanket Bond:** | N/A |
| **Separate Bond:** | 18,500,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/24 | | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 192.85 | | 4,692,709.98 |
| | | | **ACCOUNT TOTALS** | | **4,901,277.39** | **208,567.41** | **$4,692,709.98** |
| | | | Less: Bank Transfers | | 4,900,000.00 | 208,567.41 | |
| | | | **Subtotal** | | **1,277.39** | **0.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,277.39** | **$0.00** | |

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | Flagstar Bank, N.A. |
| | | **Account:** | ******3629 - Refunds from MLG for not assumed LSAs |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | N/A |
| **Period:** | 04/01/24 - 04/30/24 | **Separate Bond:** | 18,500,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 808,068.20 | 0.00 | **$808,068.20** |
| | | | Less: Bank Transfers | | 808,068.20 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

## Form 2
## Cash Receipts and Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 23-10571 SC | |
| **Case Name:** | The Litigation Practice Group PC | |
| **Taxpayer ID#:** | **-***5343 | |
| **Period:** | 04/01/24 - 04/30/24 | |

| | |
|---|---|
| **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| **Bank Name:** | Resolution Processing Account |
| **Account:** | ******1234 - Checking |
| **Blanket Bond:** | N/A |
| **Separate Bond:** | 18,500,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | | Receipts | Disbursements | Balance |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | 243,599.73 | 243,599.73 | $0.00 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | **Subtotal** | 243,599.73 | 243,599.73 | |
| | Less: Payment to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$243,599.73** | **$243,599.73** | |

| | |
|---|---|
| Net Receipts: | $14,148,368.20 |
| Plus Gross Adjustments: | 0.34 |
| Net Estate: | $14,148,368.54 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1234** | 243,599.73 | 243,599.73 | 0.00 |
| **Checking # ******2953** | 0.00 | 0.00 | 48,466.48 |
| **Checking # ******3526** | 0.00 | 0.00 | 0.00 |
| **Checking # ******3629** | 0.00 | 0.00 | 808,068.20 |
| **Checking # ******4344** | 0.00 | 413,135.67 | 8,364.33 |
| **Checking # ******4611** | 2,306,336.02 | 934,556.04 | 8,188.00 |
| **Checking # ******7725** | 192,403.11 | 0.00 | 6,392,403.11 |
| **Checking # ******8404** | 1,277.39 | 0.00 | 4,692,709.98 |
| **Checking # ******9879** | 6,095.42 | 6,095.42 | 0.00 |
| **Checking # ******9887** | 50.00 | 50.00 | 0.00 |
| **Checking # ******9895** | 50.00 | 50.00 | 0.00 |
| **Checking # ******9960** | 11,398,556.53 | 352,395.15 | 240,286.09 |
| | $14,148,368.20 | $1,949,882.01 | $12,198,486.19 |