

**FILED & ENTERED**

**JUN 04 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.<br><br>Debtor(s). | Case No.: 8:23-bk-10571-SC<br><br>CHAPTER 11<br><br>**ORDER REJECTING AND DENYING APPROVAL OF PROPOSED ORDER: (I) APPROVING PROPOSED DISCLOSURE STATEMENT; (II) APPROVING SOLICITATION AND VOTING PROCEDURES; (III) APPROVING NOTICE AND OBJECTION PROCEDURES FOR CONFIRMATION OF JOINT CHAPTER 11 PLAN OF LIQUIDATION; (IV) SETTING RELATED DEADLINES; AND (V) GRANTING RELATED RELIEF**<br><br>Date:        May 15, 2024<br>Time:       1:30 p.m.<br>Courtroom: 5C |

On May 15, 2024, the Court held a hearing on approval of Joint Motion of the Chapter 11 Trustee and Official Committee of Unsecured Creditors: (I) Approving Proposed Disclosure Statement; (II) Approving Solicitation and Voting Procedures; (III) Approving Notice and Objection Procedures for Confirmation of Joint Chapter 11 Plan of

-1-

Liquidation; (IV) Setting Related Deadlines; and (V) Granting Related Relief [Docket No. 1059] (the "Motion"), filed by the Official Committee of Unsecured Creditors (the "Committee") and Richard A. Marshack, in his capacity as the chapter 11 trustee of the Debtor (the "Trustee" and, together with the Committee, the "Plan Proponents"). Appearances are as noted in the record.

In connection with the Motion, the Court considered the Joint Chapter 11 Plan of Liquidation (Dated March 22, 2024) [Docket No. 1057] filed by the Plan Proponents and described in the related disclosure statement [Docket No. 1058], the Disclosure Statement, the Plan, the Declaration of Richard A. Marshack attached to the Motion (the "Marshack Declaration"), the Official Committee of Unsecured Creditors' Letter in Support of the Joint Plan of Liquidation in the proposed form attached to the Motion; the Notice of First Supplement to Disclosure Statement Describing Joint Chapter 11 Plan of Liquidation (Dated March 22, 2024) [Docket No. 1145]; the United States Trustee's Limited Opposition to Disclosure Statement Describing Joint Chapter 11 Plan of Liquidation[] (Dated March 22, 2024) [Docket No. 1160]; the Objection of Greyson Law Center PC, Jade Trinh & Han Trinh, to Specific Portions of Disclosure Statement and Proposed Chapter 11 Plan, Filed by Chapter 11 Trustee Marshack and Creditors' Committee [Docket No. 1167]; the Limited Opposition to Joint Motion of the Chapter 11 Trustee and Official Committee of Unsecured Creditors for Entry of an Order: (I) Approving Proposed Disclosure Statement; (II) Approving Solicitation and Voting Procedures; (III) Approving Notice and Objection Procedures for Confirmation of Joint Chapter 11Plan of Liquidation; (IV) Setting Related Deadlines; and (V) Granting Related Relief [Docket No. 1201]; the Joint Omnibus Reply of the Chapter 11 Trustee and Official Committee of Unsecured Creditors in Support of Motion for Entry of an Order: (I) Approving Proposed Disclosure Statement; (II) Approving Solicitation and Voting Procedures; (III) Approving Notice and Objection Procedures for Confirmation of Joint Chapter 11 Plan of Liquidation; (IV) Setting Related Deadlines; and (V) Granting

Related Relief [Docket No. 1217]; and the Notice of Proposed Revised Treatment of Class 3B and Related Disclosure [Docket No. 1226].

At the May 15, 2024 hearing, at which all interested parties were present, the Court approved the Disclosure Statement, subject to certain amendments, and set certain confirmation-related deadlines governing the Plan Proponents' confirmation efforts.

On June 3, 2024, the Plan Proponents filed an Amended Plan [Docket No. 1273], an Amended Disclosure Statement [Docket No. 1274], and a Notice of Exhibits to the Proposed Order Approving the Amended Disclosure Statement. The Plan Proponents then lodged an order at approximately 4:30 p.m. and contacted Chambers for the purposes of seeking expedited approval of the proposed order approving a First Amended Disclosure Statement[1].

Having reviewed the foregoing, the Court cannot approve the proposed order as presented. While the error in failing to file a Notice of Lodgment, or obtain pre-filing review by the objecting parties, has been cured through the filing of the subsequent Notice of Lodgment, the proposed order seeks approval of various exhibits[2] which have not previously been presented to the Court. The Court notes that these exhibits were those which were labeled as "omitted exhibits" in an attachment to the motion seeking approval of the disclosure statement filed March 22, 2024 [Docket No. 1059] and were to have been filed prior to the May 15, 2024, hearing, but were not. The Court cannot approve the form of these exhibits without prior notice to the creditor-body.

Further, certain confirmation-related dates were established at the May 15, 2024, hearing. The deadline for solicitation commencement is June 5, 2024, pursuant to an

---

[1] A Notice of Lodgment had not been filed in contravention of Local Bankruptcy Rule 9021-1(b)(3) when the initial request to Chambers was made for expedited approval; one was filed thereafter [see, Docket No. 1276].

[2] The exhibits presented to the Court for the first time are as follows: Exhibit A (the Confirmation Hearing Notice); Exhibit B (the Notice of Non-Voting Accepting Status and Confirmation Hearing); Exhibit C (Notice of Non-Voting Rejecting Status and Confirmation hearing); and Exhibit D (the Ballots).

order entered May 30, 2024 [Docket No. 1263]. This date will have come and passed by the time the seven-day period in which to review the lodged order expires.

The Plan Proponents must seek, by motion, an extension of the affected confirmation dates and approval of the form of notices. The objecting parties must be afforded the opportunity to review and be heard on the foregoing.

Accordingly, for the foregoing reasons, the proposed order approving the disclosure statement, as presented, is denied.

**IT IS SO ORDERED.**

Date: June 4, 2024

Scott C. Clarkson
United States Bankruptcy Judge