| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>ZEV SHECHTMAN (BAR NO. 266280)<br>Zev.Shechtman@saul.com<br>SAUL EWING LLP<br>1888 Century Park East, Suite 1500<br>Los Angeles, California 90067<br>Telephone:  (310) 255-6100<br>Facsimile:  (310) 255-6200<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Morning Law Group, P.C. | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUN 05 2024**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*SANTA ANA* DIVISION**

| In re:<br><br>The Litigation Practice Group P.C.,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.:  8:23-bk-10571-SC<br>CHAPTER:  11 |
|---|---|
| | **ORDER:**<br><br>☐ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☒ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |

**Movant** (*name*): Morning Law Group, P.C. ("MLG")

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: Morning Law Group, P.C. ("MLG")

    b. *Date of filing of motion:* June 3, 2024

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: June 3, 2024

3. Based upon the court's review of the application, it is ordered that:

    a. ☒  The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

    b. ☐  The Application is granted, and it is further ordered that:

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                        Page 1                              **F 9075-1.1.ORDER.SHORT.NOTICE**

(1) ☐ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** | **Place:** |
| **Time:** | ☐ 255 East Temple Street, Los Angeles, CA 90012 |
| **Courtroom:** | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
| | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
| | ☒ 411 West Fourth Street, Santa Ana, CA 92701 |
| | ☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☐ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

(A) *Deadlines:*          (B) *Persons/entities to be provided with telephonic notice:*

Date:

Time:
            ☐ See attached page

(C) *Telephonic notice is also required upon* the United States trustee

(3) ☐ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:  ☐ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery   ☐ Overnight Mail   ☐ First class mail   ☐ Facsimile*   ☐ Email*

(B) *Deadlines:*          (C) *Persons/entities to be served with written notice and a copy of this order:*

Date:

Time:

            ☐ See attached page

(D) *Service is also required upon*:
-- United States trustee *(electronic service is not permitted)*
-- Judge's copy personally delivered to chambers
   (*see Court Manual for address*)

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                         Page 2                         **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☐ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

    (A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

| (B) *Deadlines:* <br> Date: <br><br> Time: | (C) *Persons/entities to be served with motion, declarations, supporting documents:* <br><br> **[THE MOTION HAS ALREADY BEEN FILED AND SERVED VIA NEF]** <br><br> ☐ See attached page <br><br> (D) *Service is also required upon*: <br> -- United States trustee *(no electronic service permitted)* <br> -- Judge's copy personally delivered to chambers <br>   (*see Court Manual for address*) |
|---|---|

(5) ☐ Regarding **opposition to the motion**

    ☐ opposition to the motion may be made **orally** at the hearing

    ☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

    (A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

| (B) *Deadlines:* <br> Date: <br><br> Time: | (C) *Persons/entities to be served with written opposition to the motion:* <br> -- movant's attorney (or movant, if movant is not represented by an attorney) <br><br><br> (D) *Service is also required upon*: <br> -- United States trustee (*electronic service is not permitted*) <br> -- Judge's copy personally delivered to chambers <br>   (*see Court Manual for address*) |
|---|---|

(6) ☐ Regarding a **reply to an opposition:**

    ☐ a reply to opposition may be made **orally** at the hearing.

    ☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

    (A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 3    **F 9075-1.1.ORDER.SHORT.NOTICE**

| (B) *Deadlines:* | (C) *Persons/entities to be served with written reply to opposition:* |
|---|---|
| Date: | -- All persons/entities who filed a written opposition |
| Time: | |
| | (D) *Service is also required upon*: |
| | -- United States trustee *(electronic service is not permitted)* |
| | -- Judge's Copy personally delivered to chambers *(see Court Manual for address)* |

(7) ☐ Other requirements:

(8) ☐ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☐ at least 2 days before the hearing.
>
> ☐ no later than:    Date:            Time:

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: June 5, 2024

*/s/ Scott C. Clarkson*
Scott C. Clarkson
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    **F 9075-1.1.ORDER.SHORT.NOTICE**