Keith C. Owens (Bar No 184841)
Nicholas A. Koffroth (Bar No. 287854)
**FOX ROTHSCHILD LLP**
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Telephone:    (310) 598-4150
Facsimile:    (310) 556-9828
kowens@foxrothschild.com
nkoffroth@foxrothschild.com

*Counsel for Official Committee of Unsecured Creditors*

D. Edward Hays (Bar No. 162507)
Laila Masud (Bar No. 311731)
**MARSHACK HAYS WOOD LLP**
870 Roosevelt
Irvine, CA 92620
Telephone:    (949) 333-7777
Facsimile:    (949) 333-7778
ehays@marshackhays.com
lmasud@marshackhays.com

*General Counsel for Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 8:23-bk-10571-SC<br><br>**DECLARATION OF RICHARD A. MARSHACK IN SUPPORT OF APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>[*No Hearing Required under LBR 9075-1(b)*] |

159374534.1

## **DECLARATION OF RICHARD A. MARSHACK**

I, Richard A. Marshack, declare as follows:

1. I am the chapter 11 trustee appointed in the bankruptcy case of The Litigation Practice Group P.C. (the "Debtor") pending before the United States Bankruptcy Court for the Central District of California (the "Court") under the case captioned, *In re The Litigation Practice Group P.C.*, Case No. 8:23-bk-10571-SC (the "Bankruptcy Case"). I make this declaration in support of the *Application for Order Setting Hearing on Shortened Notice* (the "Application") filed concurrently herewith and related to the *Joint Motion of the Chapter 11 Trustee and the Official Committee of Unsecured Creditors for: (I) Approval of Modified Confirmation Deadlines; (II) Approval of Forms of Notice and Ballots Related to Confirmation; and (III) Entry of Modified Order Approving First Amended Disclosure Statement, Confirmation Procedures, and Granting Related Relief* (the "Motion")[1] and for all other purposes authorized by law.

2. In my capacity as chapter 11 trustee, and except as otherwise indicated, I have personal knowledge of the facts set forth below, and if called as a witness I could and would competently testify to the matters set forth in this declaration.

3. I have reviewed the Court's order [Docket No. 1285] denying entry of the Disclosure Statement Order as presented. The Plan Proponents file this Motion to address the issues raised by the Court in its order.

4. I believe that consideration of the limited issues raised in the Motion is necessary on an expedited basis to preserve the value of the estate by avoiding delay to confirmation to the extent practicable. The liquidation analysis appended to the Disclosure Statement reflects the Plan Proponents' assessment that Holders of General Unsecured Claims are likely to realize a recovery in this Bankruptcy Case. The estimated recovery, however, is subject to material variances contingent upon, among other things, the administrative expense of the Bankruptcy Case, which continues to accrue preconfirmation. In light of the potential recoveries in this Bankruptcy Case, the Plan Proponents submit that moving expeditiously toward confirmation is appropriate, necessary, and in

---

[1] Unless otherwise defined herein, all capitalized terms have the definitions set forth in the Motion.

1

159374534.1

1   the best interests of the Estate and Holders of Claims.

2       5.    I understand that a hearing on the Motion is necessary to cure issues raised by the Court in its order and submit that the proposed timeline will not prejudice objecting parties. As set forth in the order, the Court provided that those parties that objected to the Disclosure Statement Motion "must be afforded the opportunity to review and be heard on" "an extension of the affected confirmation dates and approval of the form of notices." As these matters do not pertain to approval of the Disclosure Statement, which the Court already approved as having adequate information, the LBRs require only a 21-day notice period with objections effectively due 7 days after the filing of the Motion. The Plan Proponents propose that parties affected by the relief requested in the Motion have seven days to oppose the Motion (consistent with the LBRs) following the date it is filed. The Plan Proponents request that any replies be presented a hearing on the Motion to be held as soon as practicable following the objection deadline. Accordingly, I believe that a shortened notice hearing on the limited issues raised in the Motion will not prejudice objecting parties who will still be accorded sufficient time to object.

    6.    I also understand that the Monitor, Nancy Rapoport, is working on an independent report concerning the day-to-day activities of the buyer, MLG, and its compliance with its ethical obligations that should be filed shortly.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 5th day of June, 2024, in Irvine, California.

_____
Richard A. Marshack

159374534.1

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 900, Los Angeles, CA 90067.

A true and correct copy of the foregoing documents entitled: DECLARATION OF RICHARD A. MARSHACK IN SUPPORT OF APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 6/5/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Bradford Barnhardt     bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- Eric Bensamochan     eric@eblawfirm.us, G63723@notify.cincompass.com
- Michael Jay Berger     michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- Ethan J Birnberg     birnberg@portersimon.com, reich@portersimon.com
- Peter W Bowie     peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- Ronald K Brown     ron@rkbrownlaw.com
- Christopher Celentino     christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- Shawn M Christianson     cmcintire@buchalter.com, schristianson@buchalter.com
- Randall Baldwin Clark     rbc@randallbclark.com
- Leslie A Cohen     leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- Michael W Davis     mdavis@dtolaw.com, ygodson@dtolaw.com
- Anthony Paul Diehl     anthony@apdlaw.net, Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net
- Jenny L Doling     jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- Daniel A Edelman     dedelman@edcombs.com, courtecl@edcombs.com
- Meredith Fahn     fahn@sbcglobal.net
- William P Fennell     william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com
- Alan W Forsley     alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- Marc C Forsythe     mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com
- Jeremy Freedman     jeremy.freedman@dinsmore.com, nicolette.murphy@dinsmore.com
- Eric Gassman     erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com
- Christopher Ghio     christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- Amy Lynn Ginsburg     efilings@ginsburglawgroup.com
- Eric D Goldberg     eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Jeffrey I Golden     jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- Richard H Golubow     rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Active\118774763.v1-1/20/21

- Mark Mark Good  mark@markgood.com
- David M Goodrich  dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- D Edward Hays  ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Alan Craig Hochheiser  ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- Garrick A Hollander  ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Brian L Holman  b.holman@musickpeeler.com
- Richard L. Hyde  rhyde@awglaw.com
- Peter L Isola  pisola@hinshawlaw.com, rmojica@hinshawlaw.com,iking@hinshawlaw.com
- Razmig Izakelian  razmigizakelian@quinnemanuel.com
- Sara Johnston  sara.johnston@dinsmore.com
- Sweeney Kelly  kelly@ksgklaw.com
- Joon M Khang  joon@khanglaw.com
- Ira David Kharasch  ikharasch@pszjlaw.com
- Meredith King  mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- Nicholas A Koffroth  nkoffroth@foxrothschild.com, khoang@foxrothschild.com
- David S Kupetz  David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- Christopher J Langley  chris@slclawoffice.com, langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com
- Kelli Ann Lee  Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com
- Matthew A Lesnick  matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- Daniel A Lev  daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- Britteny Leyva  bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com
- Marc A Lieberman  marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- Michael D Lieberman  mlieberman@lipsonneilson.com
- Yosina M Lissebeck  Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- Mitchell B Ludwig  mbl@kpclegal.com, kad@kpclegal.com
- Daniel S March  marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- Kathleen P March  kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- Mark J Markus  bklawr@bklaw.com, markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com
- Richard A Marshack (TR)  pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- Laila Masud  lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- Sarah S. Mattingly  sarah.mattingly@dinsmore.com
- William McCormick  Bill.McCormick@ag.tn.gov
- Kenneth Misken  Kenneth.M.Misken@usdoj.gov
- Byron Z Moldo  bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com
- Glenn D. Moses  gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com
- Jamie D Mottola  Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com
- Alan I Nahmias  anahmias@mbn.law, jdale@mbn.law
- Victoria Newmark  vnewmark@pszjlaw.com
- Jacob Newsum-Bothamley  jacob.bothamley@dinsmore.com, angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- Queenie K Ng  queenie.k.ng@usdoj.gov
- Israel Orozco  israel@iolawcorp.com
- Keith C Owens  kowens@foxrothschild.com, khoang@foxrothschild.com
- Lisa Patel  lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com

- Michael R Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com
- Douglas A Plazak    dplazak@rhlaw.com
- Tyler Powell    tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;rosetta.mitchell@dinsmore.com
- Daniel H Reiss    dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- Ronald N Richards    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Vanessa Rodriguez    vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com
- Kevin Alan Rogers    krogers@wellsmar.com
- Gregory M Salvato    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- Olivia Scott    olivia.scott3@bclplaw.com
- Jonathan Serrano    jonathan.serrano@dinsmore.com
- Maureen J Shanahan    Mstotaro@aol.com
- Paul R Shankman    PShankman@fortislaw.com, info@fortislaw.com
- Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com
- Jeffrey M Singletary    jsingletary@swlaw.com, rmckay@swlaw.com
- Leslie Skorheim    leslie.skorheim@usdoj.gov
- Adam D Stein-Sapir    info@pfllc.com
- Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- Andrew Still    astill@swlaw.com, kcollins@swlaw.com
- Michael R Totaro    Ocbkatty@aol.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- William J Wall    wwall@wall-law.com
- Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- Johnny White    JWhite@wrslawyers.com, jlee@wrslawyers.com
- Reina Zepeda    rzepeda@omniagnt.com

**2.    SERVED BY UNITED STATES MAIL**: On 6/5/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

<u>Debtor</u>
The Litigation Practice Group P.C.
17542 17th St., Suite 100
Tustin, CA 92780

**See attached for additional parties**

 **3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 6/5/2024, I served the following persons and/or entities by personal delivery,  mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson
United States Bankruptcy Court, Central District of California
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/5/2024 | Kimberly Hoang | /s/ Kimberly Hoang |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

## Additional Parties Served by U.S. Mail

### Creditors who have the 20 largest unsecured claims

Debt Validation Fund II, LLC
5075 Lower Valley Road,
Atglen, PA 19310

MC DVI Fund 1, LLC; MC DVI Fund 2, LLC
598 Cottonwood Dr.,
Glenview, IL 60026

Validation Partners LLC
1300 Sawgrass Pkwy, Ste. 110
Sunrise, FL 33323

Marich Bein LLC
99 Wall Street, Ste 2669
New York, NY 10005

Business Centers of America
1100 Sir Francis Drake Blvd,
Ste 1, Kentfield, CA 94904

JP Morgan Chase
3 Park Plaza, Ste 900
Irvine, CA 92614

CA Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0511

Outsource Accelerator Ltd
City Marque Limited
Unit 8801-2 Bldg. 244-248
Des Voeux Rd.
Central Hong Kong

Collaboration Advisors
400 Dorla Court
Zephyr Cove, NV 89448

1  Anthem Blue Cross
   PO Box 511300
2  Los Angeles, CA 90051-7855

3  Azevedo Solutions Groups, Inc.
   420 Adobe Canyon Rd.
4  Kenwood, CA 95452

5  Debt Pay Pro
   1900 E Golf Road, Suite 550
6  Schaumburg, IL 60173

7  Sharp Business Systems
   8670 Argent St
8  Santee, CA 92071

9  Tustin Executive Center
   1630 S Sunkist Steet, Ste A
10 Anaheim, CA 92806

11 Exela Enterprise Solutions
   2701 E. Grauwyler Road
12 Irving, TX 75061

13 Netsuite-Oracle
   2300 Oracle Way
14 Austin, TX 78741

15 Credit Reporting Service Inc
   548 Market St, Suite 72907
16 San Francisco, CA 94104-5401

17 Document Fulfillment Services
   2930 Ramona Ave #100
18 Sacramento, CA 95826

19 Executive Center LLC
   5960 South Jones Blvd
20 Las Vegas, NV 89118

21 LexisNexus
   15500 B Rockfield Blvd
22 Irvine, CA 92618

23
   **Secured Creditors**
24
   Diverse Capital LLC
25 323 Sunny Isles Blvd., Suite 503
   Sunny Isles, FL 33154
26
   City Capital NY
27 1135 Kane Concourse
   Bay Harbour Islands, FL 33154
28