| | |
|---|---|
| Keith C. Owens (Bar No 184841) | D. Edward Hays (Bar No. 162507) |
| Nicholas A. Koffroth (Bar No. 287854) | Laila Masud (Bar No. 311731) |
| **FOX ROTHSCHILD LLP** | **MARSHACK HAYS WOOD LLP** |
| 10250 Constellation Blvd., Suite 900 | 870 Roosevelt |
| Los Angeles, CA 90067 | Irvine, CA 92620 |
| Telephone:    (310) 598-4150 | Telephone:    (949) 333-7777 |
| Facsimile:    (310) 556-9828 | Facsimile:    (949) 333-7778 |
| kowens@foxrothschild.com | ehays@marshackhays.com |
| nkoffroth@foxrothschild.com | lmasud@marshackhays.com |
| *Counsel for Official Committee of Unsecured Creditors* | *General Counsel for Chapter 11 Trustee* |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| THE LITIGATION PRACTICE GROUP, P.C., | Case No. 8:23-bk-10571-SC |
| Debtor. | **NOTICE OF HEARING ON JOINT MOTION OF THE CHAPTER 11 TRUSTEE AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR: (I) APPROVAL OF MODIFIED CONFIRMATION DEADLINES; (II) APPROVAL OF FORMS OF NOTICE AND BALLOTS RELATED TO CONFIRMATION; AND (III) ENTRY OF MODIFIED ORDER APPROVING FIRST AMENDED DISCLOSURE STATEMENT, CONFIRMATION PROCEDURES, AND GRANTING RELATED RELIEF** |
| | **Hearing Date and Time** |
| | Date:  June 13, 2024 |
| | Time:  1:30 p.m. |
| | Place:  *In Person or Via ZoomGov* |
| |         Courtroom 5C |
| |         411 West Fourth Street |
| |         Santa Ana, California 92701 |

1

159409751.1

FOX ROTHSCHILD LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
(310) 598-4150
(310) 556-9828 (fax)

1  **PLEASE TAKE NOTICE** that, on June 5, 2024, the Official Committee of Unsecured Creditors (the "Committee") of The Litigation Practice Group P.C. (the "Debtor"), in the above-referenced bankruptcy case (the "Bankruptcy Case") pending under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code")[1] and Richard A. Marshack, in his capacity as the chapter 11 trustee of the Debtor (the "Trustee" and, together with the Committee, the "Plan Proponents") file the *Joint Motion of the Chapter 11 Trustee and Official Committee of Unsecured Creditors for: (I) Approval of Modified Confirmation Deadlines; (II) Approval of Forms of Notice and Ballots Related to Confirmation; and (III) Entry of Modified Order Approving First Amended Disclosure Statement, Confirmation Procedures, and Granting Related Relief* [Docket No. 1301] (the "Motion"). Concurrently with the filing of the Motion, the Plan Proponents filed an *Application for Order Setting Hearing on Shortened Notice* [Docket No. 1302] (the "Application") requesting that the Court enter an order setting the hearing on the Motion on shortened notice.

**PLEASE TAKE FURTHER NOTICE** that, as set forth more fully in the Motion, the Plan Proponents request that the following relief from the Court: (i) approval of modified deadlines related to confirmation of the *First Amended Joint Chapter 11 Plan of Liquidation (Dated May 22, 2024)* [Docket No. 1273] (the "Plan") set forth herein (the "Modified Deadlines"); (ii) entry of the order, substantially in the form attached to the *Notice of Lodgment of Order in Bankruptcy Case* [Docket No. 1276] (the "Notice of Lodgment") as modified in the version attached to the Motion as **Exhibit A** to provide for the Modified Deadlines (the "Modified Disclosure Statement Order"); (iii) approval of the confirmation notices and ballots, substantially in the form attached to the *Notice of Exhibits to Proposed Order* [Docket No. 1275] (the "Exhibits Notice") as modified in the versions attached to the Motion as **Exhibit B** through **Exhibit F** to provide for the Modified Deadlines; and (iv) related relief as set forth more fully herein. The Motion is supported by the Plan, the Disclosure Statement, any supplements to the foregoing filed before the hearing on the Motion, the record in this Bankruptcy Case, the arguments of counsel at any hearing on the Motion, and any other admissible evidence properly brought before the Court at or before the hearing on this Motion.

---

[1] Unless otherwise noted, all references to "Section" or "§" refer to a section of the Bankruptcy Code.

1

159409751.1

1  **PLEASE TAKE FURTHER NOTICE** that, on June 5, 2024, the Court entered an order [Docket No. 1304] (the "Order") granting the Application. A true and correct copy of the Order is attached hereto as **Exhibit A**. As set forth more fully in the Order, the Court will hold a hearing on the Motion on **June 13, 2024, at 1:30 p.m.**, in Courtroom 5C, located at 411 W. Fourth Street, Santa Ana, CA 92701.

**PLEASE TAKE FURTHER NOTICE** that parties may view the Motion and related documents for free through the case website maintained by Omni Agent Solutions, which can be viewed at https://omniagentsolutions.com/LPG. Parties may also access copies of these documents on the Court's docket for a charge through PACER, which can be accessed at www.cacb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that any party wishing to appear at the hearing should review the Court's tentative ruling prior to the hearing, which will provide information on whether in-person appearances are required and any remote access information for the hearing on the Motion. **Parties are directed to obtain accessibility information on Judge Clarkson's posted hearing calendar which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC.**

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, any party opposing or responding to the Motion must file and serve the response ("Response") in the manner set forth in the Order, pursuant to 9013-1(f), on the Plan Proponents and the United States Trustee not later than **June 12, 2024, at 3:00 p.m.** A Response must be a complete written statement of all reasons in opposition thereto or in support, declarations and copies of all evidence on which the responding party intends to rely, and any responding memorandum of points and authorities.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 9013-1(h), the failure to file and serve a timely objection to the Motion may be deemed by the Court to be consent to the relief requested therein.

/ / /

/ / /

/ / /

/ / /

FOX ROTHSCHILD LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
(310) 598-4150
(310) 556-9828 (fax)

159409751.1

DATED this 5th day of June, 2024.

| **FOX ROTHSCHILD LLP** | **MARSHACK HAYS WOOD LLP** |
|---|---|
| By: */s/ Nicholas A. Koffroth* | By: *D. Edward Hays* (signature) |
| Keith C. Owens (Bar No. 184841) | D. Edward Hays (Bar No. 162507) |
| Nicholas A. Koffroth (Bar No. 287854) | Laila Masud (Bar No. 311731) |
| Constellation Place | 870 Roosevelt |
| 10250 Constellation Blvd., Suite 900 | Irvine, California 92620 |
| Los Angeles, California 90067 | *General Counsel for Chapter 11 Trustee* |
| *Counsel for the Committee* | |

FOX ROTHSCHILD LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
(310) 598-4150
(310) 556-9828 (fax)

159409751.1

**Exhibit A**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Keith C. Owens (Bar No 184841)<br>Nicholas A. Koffroth (Bar No. 287854)<br>FOX ROTHSCHILD LLP<br>10250 Constellation Blvd., Suite 900<br>Los Angeles, CA 90067<br>Telephone: (310) 598-4150<br>Facsimile: (310) 556-9828<br>kowens@foxrothschild.com<br>nkoffroth@foxrothschild.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Official Committee of Unsecured Creditors | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUN 05 2024**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY bolte    DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>Debtor(s). | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: 11<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |

**Movant** (*name*): Official Committee of Unsecured Creditors

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: **JOINT MOTION OF THE CHAPTER 11 TRUSTEE AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR: (I) APPROVAL OF MODIFIED CONFIRMATION DEADLINES; (II) APPROVAL OF FORMS OF NOTICE AND BALLOTS RELATED TO CONFIRMATION; AND (III) ENTRY OF MODIFIED ORDER APPROVING FIRST AMENDED DISCLOSURE STATEMENT, CONFIRMATION PROCEDURES, AND GRANTING RELATED RELIEF**

    b. *Date of filing of motion:* June 5, 2024

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: June 5, 2024

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013    Page 1    F 9075-1.1.ORDER.SHORT.NOTICE
159374516.1

3.  Based upon the court's review of the application, it is ordered that:

    a.  ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

    b.  ☒ The Application is granted, and it is further ordered that:

        (1) ☒ A hearing on the motion will take place as follows:

        | | |
        |---|---|
        | **Hearing date: June 13, 2024** | **Place:** |
        | **Time:** 1:30 p.m. | ☐ 255 East Temple Street, Los Angeles, CA 90012 |
        | **Courtroom:** 5C | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
        | | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
        | | ☒ 411 West Fourth Street, Santa Ana, CA 92701 |
        | | ☐ 1415 State Street, Santa Barbara, CA 93101 |

        (2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

        | (A) *Deadlines:* | (B) *Persons/entities to be provided with telephonic notice:* |
        |---|---|
        | Date: June 6, 2024 | Office of the United States Trustee, Greyson Law Center, PC, Han Trinh, Jayde Trinh, Debt Validation Fund II, LLC, MC DVI Fund 1, LLC, and MC DVI Fund 2, LLC |
        | Time: 12:00 p.m. | |
        | | ☐ See attached page |
        | | (C) *Telephonic notice is also required upon* the United States trustee |

        (3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:    ☒ one of the methods checked    ☐ all of the methods checked

        (A)  ☒ Personal Delivery    ☒ Overnight Mail    ☒ First class mail    ☒ Facsimile*    ☒ Email*

        | (B) *Deadlines:* | (C) *Persons/entities to be served with written notice and a copy of this order:* |
        |---|---|
        | Date: June 6, 2024 | Office of the United States Trustee, Greyson Law Center, PC, Han Trinh, Jayde Trinh, Debt Validation Fund II, LLC, MC DVI Fund 1, LLC, and MC DVI Fund 2, LLC |
        | Time: 12:00 p.m. | |
        | | ☐ See attached page |
        | | (D) *Service is also required upon*: <br> -- United States trustee *(electronic service is not permitted)* <br> -- Judge's copy personally delivered to chambers <br>   (*see Court Manual for address*) |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 9075-1.1.ORDER.SHORT.NOTICE**

159374516.1

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked  ☐ all of the methods checked

(A) ☒ Personal Delivery ☒ Overnight Mail ☒ First Class Mail ☒ Facsimile* ☒ Email*

(B) <u>Deadlines:</u>
Date: June 6, 2024

Time: 12:00 p.m.

(C) <u>Persons/entities to be served with motion, declarations, supporting documents:</u>

Office of the United States Trustee, Greyson Law Center, PC, Han Trinh, Jayde Trinh, Debt Validation Fund II, LLC, MC DVI Fund 1, LLC, and MC DVI Fund 2, LLC

☐ See attached page

(D) <u>Service is also required upon</u>:
-- United States trustee (*no electronic service permitted*)
-- Judge's copy personally delivered to chambers (*see Court Manual for address*)

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☒ Personal Delivery ☒ Overnight Mail ☒ First Class Mail ☒ Facsimile* ☒ Email*

(B) <u>Deadlines:</u>
Date: June 12, 2024

Time: 3:00 p.m.

(C) <u>Persons/entities to be served with written opposition to the motion:</u>

Richard A. Marshack, in his capacity as chapter 11 trustee
Official Committee of Unsecured Creditors

(D) <u>Service is also required upon</u>:
-- United States trustee (*electronic service is not permitted*)
-- Judge's copy personally delivered to chambers (*see Court Manual for address*)

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                Page 3                F 9075-1.1.ORDER.SHORT.NOTICE
159374516.1

|  |  |  |
|---|---|---|
| (B) *Deadlines:*<br>Date:<br><br>Time: | (C) | *Persons/entities to be served with written reply to opposition:*<br>-- All persons/entities who filed a written opposition |
|  | (D) | *Service is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>   (*see Court Manual for address*) |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☒ at least 2 days before the hearing.
> 
> ☐ no later than:    Date:              Time:

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

### 

Date: June 5, 2024

*[Signature]*
Scott C. Clarkson
United States Bankruptcy Judge

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                         Page 4                    F 9075-1.1.ORDER.SHORT.NOTICE
159374516.1

Case 8:23-bk-10571-SC    Doc 1310    Filed 06/06/24    Entered 06/06/24 08:23:48    Desc
Main Document    Page 10 of 15

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 900, Los Angeles, CA 90067.

A true and correct copy of the foregoing documents entitled: NOTICE OF HEARING ON JOINT MOTION OF THE CHAPTER 11 TRUSTEE AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR: (I) APPROVAL OF MODIFIED CONFIRMATION DEADLINES; (II) APPROVAL OF FORMS OF NOTICE AND BALLOTS RELATED TO CONFIRMATION; AND (III) ENTRY OF MODIFIED ORDER APPROVING FIRST AMENDED DISCLOSURE STATEMENT, CONFIRMATION PROCEDURES, AND GRANTING RELATED RELIEF on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 6/6/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Bradford Barnhardt    bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- Eric Bensamochan    eric@eblawfirm.us, G63723@notify.cincompass.com
- Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- Ethan J Birnberg    birnberg@portersimon.com, reich@portersimon.com
- Peter W Bowie    peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- Ronald K Brown    ron@rkbrownlaw.com
- Christopher Celentino    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Randall Baldwin Clark    rbc@randallbclark.com
- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- Michael W Davis    mdavis@dtolaw.com, ygodson@dtolaw.com
- Anthony Paul Diehl    anthony@apdlaw.net, Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net
- Jenny L Doling    jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- Daniel A Edelman    dedelman@edcombs.com, courtecl@edcombs.com
- Meredith Fahn    fahn@sbcglobal.net
- William P Fennell    william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.c walinski@fennelllaw.com;samantha.larimer@fennelllaw.com
- Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- Marc C Forsythe    mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com
- Jeremy Freedman    jeremy.freedman@dinsmore.com, nicolette.murphy@dinsmore.com
- Eric Gassman    erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com
- Christopher Ghio    christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- Amy Lynn Ginsburg    efilings@ginsburglawgroup.com
- Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Active\118774763.v1-1/20/21

- Jeffrey I Golden   jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- Richard H Golubow   rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Mark Mark Good   mark@markgood.com
- David M Goodrich   dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- D Edward Hays   ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Alan Craig Hochheiser   ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- Garrick A Hollander   ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Brian L Holman   b.holman@musickpeeler.com
- Richard L. Hyde   rhyde@awglaw.com
- Peter L Isola   pisola@hinshawlaw.com, rmojica@hinshawlaw.com,iking@hinshawlaw.com
- Razmig Izakelian   razmigizakelian@quinnemanuel.com
- Sara Johnston   sara.johnston@dinsmore.com
- Sweeney Kelly   kelly@ksgklaw.com
- Joon M Khang   joon@khanglaw.com
- Ira David Kharasch   ikharasch@pszjlaw.com
- Meredith King   mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- Nicholas A Koffroth   nkoffroth@foxrothschild.com, khoang@foxrothschild.com
- David S Kupetz   David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- Christopher J Langley   chris@slclawoffice.com, langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com
- Kelli Ann Lee   Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com
- Matthew A Lesnick   matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- Daniel A Lev   daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- Britteny Leyva   bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com
- Marc A Lieberman   marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- Michael D Lieberman   mlieberman@lipsonneilson.com
- Yosina M Lissebeck   Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- Mitchell B Ludwig   mbl@kpclegal.com, kad@kpclegal.com
- Daniel S March   marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- Kathleen P March   kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- Mark J Markus   bklawr@bklaw.com, markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com
- Richard A Marshack (TR)   pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- Laila Masud   lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- Sarah S. Mattingly   sarah.mattingly@dinsmore.com
- William McCormick   Bill.McCormick@ag.tn.gov
- Kenneth Misken   Kenneth.M.Misken@usdoj.gov
- Byron Z Moldo   bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com
- Glenn D. Moses   gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com
- Jamie D Mottola   Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com
- Alan I Nahmias   anahmias@mbn.law, jdale@mbn.law
- Victoria Newmark   vnewmark@pszjlaw.com

- Jacob Newsum-Bothamley   jacob.bothamley@dinsmore.com, angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- Queenie K Ng   queenie.k.ng@usdoj.gov
- Israel Orozco   israel@iolawcorp.com
- Keith C Owens   kowens@foxrothschild.com, khoang@foxrothschild.com
- Lisa Patel   lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- Michael R Pinkston   rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com
- Douglas A Plazak   dplazak@rhlaw.com
- Tyler Powell   tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;rosetta.mitchell@dinsmore.com
- Daniel H Reiss   dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- Ronald N Richards   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Vanessa Rodriguez   vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com
- Kevin Alan Rogers   krogers@wellsmar.com
- Gregory M Salvato   gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- Olivia Scott   olivia.scott3@bclplaw.com
- Jonathan Serrano   jonathan.serrano@dinsmore.com
- Maureen J Shanahan   Mstotaro@aol.com
- Paul R Shankman   PShankman@fortislaw.com, info@fortislaw.com
- Zev Shechtman   Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com
- Jeffrey M Singletary   jsingletary@swlaw.com, rmckay@swlaw.com
- Leslie Skorheim   leslie.skorheim@usdoj.gov
- Adam D Stein-Sapir   info@pfllc.com
- Howard Steinberg   steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- Andrew Still   astill@swlaw.com, kcollins@swlaw.com
- Michael R Totaro   Ocbkatty@aol.com
- United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
- William J Wall   wwall@wall-law.com
- Sharon Z. Weiss   sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- Johnny White   JWhite@wrslawyers.com, jlee@wrslawyers.com
- Reina Zepeda   rzepeda@omniagnt.com

**2.    SERVED BY UNITED STATES MAIL**: On 6/5/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

Debtor
The Litigation Practice Group P.C.
17542 17th St., Suite 100
Tustin, CA 92780

**See attached for additional parties**

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 6/6/2024, I served the following persons and/or entities by personal delivery, mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.

Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Served By Personal Delivery**

The Honorable Scott C. Clarkson
United States Bankruptcy Court, Central District of California
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

**Served by E-mail transmission**

Office of the United States Trustee
Kenneth M. Misken (Kenneth.M.Misken@usdoj.gov)
Queenie K. Ng (Queenie.K.Ng@usdoj.gov)

Greyson Law Center, PC, Han Trinh, and Jayde Trinh
Kathleen P. March (kmarch@BKYLAWFIRM.com)

Debt Validation Fund II, LLC, MC DVI Fund 1, LLC, and MC DVI Fund 2, LLC
Richard Golubow (rgolubow@wghlawyers.com)

**Additional Parties Served by U.S. Mail**

**Creditors who have the 20 largest unsecured claims**

Debt Validation Fund II, LLC
5075 Lower Valley Road,
Atglen, PA 19310

MC DVI Fund 1, LLC; MC DVI Fund 2, LLC
598 Cottonwood Dr.,
Glenview, IL 60026

Validation Partners LLC
1300 Sawgrass Pkwy, Ste. 110
Sunrise, FL 33323

Marich Bein LLC
99 Wall Street, Ste 2669
New York, NY 10005

Business Centers of America
1100 Sir Francis Drake Blvd,
Ste 1, Kentfield, CA 94904

JP Morgan Chase
3 Park Plaza, Ste 900
Irvine, CA 92614

CA Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0511

| | |
|---|---|
| 1 | |
| 2 | Outsource Accelerator Ltd<br>City Marque Limited |
| 3 | Unit 8801-2 Bldg. 244-248<br>Des Voeux Rd.<br>Central Hong Kong |
| 4 | |
| 5 | Collaboration Advisors<br>400 Dorla Court<br>Zephyr Cove, NV 89448 |
| 6 | |
| 7 | Anthem Blue Cross |
| 8 | PO Box 511300<br>Los Angeles, CA 90051-7855 |
| 9 | Azevedo Solutions Groups, Inc. |
| 10 | 420 Adobe Canyon Rd.<br>Kenwood, CA 95452 |
| 11 | Debt Pay Pro |
| 12 | 1900 E Golf Road, Suite 550<br>Schaumburg, IL 60173 |
| 13 | Sharp Business Systems |
| 14 | 8670 Argent St<br>Santee, CA 92071 |
| 15 | Tustin Executive Center |
| 16 | 1630 S Sunkist Steet, Ste A<br>Anaheim, CA 92806 |
| 17 | Exela Enterprise Solutions |
| 18 | 2701 E. Grauwyler Road<br>Irving, TX 75061 |
| 19 | Netsuite-Oracle |
| 20 | 2300 Oracle Way<br>Austin, TX 78741 |
| 21 | Credit Reporting Service Inc |
| 22 | 548 Market St, Suite 72907<br>San Francisco, CA 94104-5401 |
| 23 | Document Fulfillment Services |
| 24 | 2930 Ramona Ave #100<br>Sacramento, CA 95826 |
| 25 | Executive Center LLC |
| 26 | 5960 South Jones Blvd<br>Las Vegas, NV 89118 |
| 27 | LexisNexus |
| 28 | 15500 B Rockfield Blvd<br>Irvine, CA 92618 |

**Secured Creditors**

Diverse Capital LLC
323 Sunny Isles Blvd., Suite 503
Sunny Isles, FL 33154

City Capital NY
1135 Kane Concourse
Bay Harbour Islands, FL 33154

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/6/2024 | Kimberly Hoang | /s/ Kimberly Hoang |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |