1  ZEV SHECHTMAN (BAR NO. 266280)
   Zev.Shechtman@saul.com
2  SAUL EWING LLP
   1888 Century Park East, Suite 1500
3  Los Angeles, California 90067
   Telephone:  (310) 255-6100
4  Facsimile:  (310) 255-6200

5  Attorneys for Morning Law Group, P.C.



**FILED & ENTERED**

**JUN 11 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>The Litigation Practice Group P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION OF TRUSTEE, COMMITTEE AND MORNING LAW GROUP RE: 1) WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER WITHOUT PREJUDICE; AND 2) WITHDRAWAL OF OBJECTION TO MEDIATION**<br><br>Date:     June 11, 2024<br>Time:    3:00 p.m.<br>Crtrm.:   5C – In-Person |

Richard Marshack, as Chapter 11 Trustee (the "Trustee"), the Official Committee of Unsecured Creditors (the "Committee"), and Morning Law Group, P.C. ("MLG") (collectively, the "Parties"), having submitted their Stipulation of Trustee, Committee and Morning Law Group re: 1) Withdrawal of Motion for Protective Order Without Prejudice; and 2) Withdrawal of Objection to Mediation (the "Stipulation"); good cause appearing therefor; it is hereby

ORDERED THAT:

1. The Stipulation is approved.

2. MLG's *Motion for Protective Order* (doc. no. 1278) is deemed withdrawn without prejudice.

52439289.1 390919-00001                                                                ORDER APPROVING STIPULATION

3. The Committee's objection (doc. no. 1299) to the *Request for Assignment to Mediation Program* (doc. no. 1298) is deemed withdrawn.

####

Date: June 11, 2024

Scott C. Clarkson
United States Bankruptcy Judge