**FILED & ENTERED**

**JUN 11 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.<br><br><br><br><br>Debtor(s). | Case No.: 8:23-bk-10571-SC<br><br>CHAPTER 11<br><br>**ORDER DENYING MOTION OF GREYSON LAW CENTER PC, HAN TRINH, & PHUONG TRINH, FOR AN ORDER "UN-CONTINUING" HEARINGS ON ADMINISTRATIVE CLAIMS** |

The Court has received and reviewed the Motion to "Un-Continue" the Hearings on Greyson, Han Trinh, and Jayde Trinh's Administrative Claims filed June 10, 2024 ("Motion") [Dk. 1335].

The Motion is DENIED. A court has broad discretion to manage its own calendar. *See, e.g., Agcaoili v. Gustafson*, 844 F.2d 620, 624 (9th Cir. 1988) ("A trial court has the power to control its own calendar."); *Mediterranean Enterprises, Inc. v. Ssangyong*, 708 F.2d 1458, 1465 (9th Cir. 1983) ("The trial court possesses the inherent power to control its own docket and calendar."); *United States v. Gay*, 567 F.2d 916, 919 (9th Cir.)

(district court has broad discretion as an aspect of its inherent right and duty to manage its own calendar), cert. denied, 435 U.S. 999, 98 S.Ct. 1655, 56 L.Ed.2d 90 (1978). Here, the Court exercised its broad discretion in continuing the hearings for the reasons as set forth in the order entered June 7, 2024 [Dk. 1324]. Accordingly, the Motion is DENIED.

**IT IS SO ORDERED.**

Date: June 11, 2024

Scott C. Clarkson
United States Bankruptcy Judge