In re: The Litigation Practice Group PC
Case no. 23-10571
MOR Supporting Documentation

Schedule of Payments to Professionals
For Period Ending: 5/31/2024

| Name of Professional | Role | Date of retention | Amount of any retainers received (reporting period) | Amount of any retainers received (cumulative) | Court-Approved Compensation (reporting period) | Court-Approved Compensation (cumulative) | Court-Approved Expenses (reporting period) | Court-Approved Expenses (cumulative) | Amount of retainer applied to compensation (reporting period) | Amount of retainer applied to compensation (cumulative) | Amount of retainer applied to expenses (reporting period) | Amount of retainer applied to expenses (cumulative) | Amount paid by the Estate for compensation (reporting period) | Amount paid by the Estate for compensation (cumulative) | Amount paid by the Estate for expenses (reporting period) | Amount paid by the Estate for expenses (cumulative) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nancy Rapoport | Monitor | 8/7/2023 | - | - | 4,000.00 | 16,000.00 | 646.97 | 1,515.57 | - | - | - | - | 4,000.00 | 16,000.00 | 646.97 | 1,515.57 |
| Bicher & Associates | Field Agent | 6/7/2023 | - | - | 1,392.00 | 31,567.20 | - | 1,258.87 | - | - | - | - | 1,392.00 | 31,567.20 | - | 1,258.87 |