Nancy B. Rapoport
William S. Boyd School of Law
University of Nevada, Las Vegas
4505 S. Maryland Parkway
Mail Stop 451003
Las Vegas, Nevada 89154-1003
nancy.rapoport@unlv.edu

Court-Appointed Ethics Compliance Monitor

**FILED & ENTERED**

**AUG 07 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte        DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**ORDER PURSUANT TO 11 U.S.C. § 105 AND LBR 2016-1(d) AUTHORIZING THE RETENTION OF NANCY B. RAPOPORT AS FEE EXAMINER AND EXPANDING SCOPE TO INCLUDE ALL RETAINED PROFESSIONALS**<br><br>**[No Hearing Required - LBR2016-1(d)]** |

On August 5, 2024, Nancy B. Rapoport, Court-Appointed Ethics Compliance Monitor, filed her APPLICATION FOR ORDER PURSUANT TO 11 U.S.C. § 105 AND LBR 2016-1(d) AUTHORIZING THE RETENTION OF NANCY B. RAPOPORT AS FEE EXAMINER AND APPROVING STIPULATION GOVERNING SAME [Dkt. No. 1486] (the "Application").

The Court having considered the Application, the Declarations in Support and the Stipulation attached thereto, the docket as a whole, and finding good cause, orders as follows:

1. The Application is GRANTED, and expanded, as set forth herein.

2. Nancy B. Rapoport shall be appointed as the Fee Examiner ("Fee Examiner") in this case.

3. Pursuant to the authority of this Court under § 105(a) of the Bankruptcy Code, having

considered the particular facts of this case, this order shall apply to ***all** retained professionals*, including Fox Rothschild LLP as counsel for the Committee of Unsecured Creditors and Force Ten Partners, LLC, as financial advisor for the Committee of Unsecured Creditors, whose fee applications shall also be subject to review by the Fee Examiner.

4. To be clear, all professionals' fees, including those not party to the accompanying Stipulation, shall be reviewed by the Fee Examiner with respect to the requests for fees and reimbursement of costs from the initial period of employment through the designated first interim period. For such services the Fee Examiner shall receive compensation as follows:

$30,000 for examination of fees and reimbursable expenses of the Professionals who have entered into the accompanying Stipulation for Appointment of Fee Examiner. With respect to examination of the remaining professionals not party to the Stipulation, if the initial amount of the fees sought by all professionals cumulatively exceed $8,000,000, the Fee Examiner may apply for further compensation pursuant to 11 U.S.C. § 330 for services rendered for efforts due to professionals not parties to the presented Stipulation.

5. All compensation to the Fee Examiner shall be paid by the Estate.

**IT IS SO ORDERED.**

### #

Date: August 7, 2024

Scott C. Clarkson
United States Bankruptcy Judge