1  Kathleen P. March, Esq., (CA SBN 80366)
   **THE BANKRUPTCY LAW FIRM, PC**
2  10524 W. Pico Blvd, Suite 212, LA, CA 90064
3  Phone: 310-559-9224; Fax: 310-559-9133
   Email: kmarch@BKYLAWFIRM.com
4  *Attorneys for Greyson Law Center, PC*
5  *Han Trinh & Jayde Trinh on this Objection*

6              UNITED STATES BANKRUPTCY COURT

7          CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

8

9  In re                    Bankruptcy Case No. 8:23-bk-10571-SC
                            Chapter 11
10 THE
11 LITIGATION               **NOTICE OF MOTION AND <u>MOTION</u> OF GREYSON LAW**
   PRACTICE
12 GROUP, P.C.,             **CENTER PC, JAYDE TRINH & HAN TRINH:  (1)  <u>TO</u>**
13                          **<u>CONTINUE</u> THE 8/29/24 AT 10AM HEARING ON**
   Debtor.
14                          **TRUSTEE-CREDITOR COMMITTEE'S PROPOSED PLAN**
15                          **[DKT.1344] TO A LATER DATE, BECAUSE PLAN IS**
16                          **FATALLY OUT-OF-DATE, PER INFORMATION IN**
17                          **TRUSTEE'S CH11 STATUS REPORT [DKT.1512, FILED**
18                          **08/15/24], AND (2) TO ORDER TRUSTEE-CREDITOR**
19                          **COMMITTEE TO <u>REVISE PROPOSED PLAN</u> TO**
20                          **CURRENT INFORMATION; K.P.MARCH DECL. THAT**
21                          **COURT SHOULD NOT CONSIDER A PLAN THAT IS**
22                          **FATALLY OUT OF DATE**

23                          <u>Hearing on Trustee-Creditors Committee proposed Plan [dkt.1344</u>
24                          <u>filed 6/14/24] is set for:</u>
                            Date:  August 29, 2024
25                          Time:  10:00am
26                          Place:  By zoom.gov, or in person at Ctrm 5C of Bankruptcy Judge
                            Scott Clarkson, 411 West Fourth Street, Santa Ana, CA 92701-4593
27                          NOTE:  Zoom.gov accessibility information will be provided by the
28                          Court in its tentative ruling posted online prior to the hearing

NOTICE OF MOTION AND MOTION OF GREYSON LAW CENTER PC, JAYDE TRINH & HAN TRINH: (1)  TO CONTINUE THE
8/29/24 AT 10AM HEARING ON TRUSTEE-CREDITOR COMMITTEE'S PROPOSED PLAN [DKT.1344] TO A LATER DATE,
BECAUSE PLAN IS FATALLY OUT-OF-DATE, PER INFORMATION IN TRUSTEE'S CH11 STATUS REPORT [DKT.1512, FILED
08/15/24], AND (2) TO ORDER TRUSTEE-CREDITOR COMMITTEE TO REVISE PROPOSED PLAN, TO CURRENT INFORMATION;
K.P.MARCH DECL. THAT COURT SHOULD NOT CONSIDER A PLAN THAT IS FATALLY OUT OF DATE      1

## NOTICE OF MOTION AND MOTION

**TO CHAPTER 11 TRUSTEE RICHARD MARSHACK, TO**

**CREDITORS COMMITTEE, TO THE OFFICE OF THE UNITED STATES**

**TRUSTEE, TO DEBTOR LITIGATION PRACTICE GROUP, PC ("LPG"), TO**

**ALL OTHER PARTIES IN INTEREST, AND TO COUNSEL OF RECORD**

**FOR ALL OF THESE PARTIES:**

Please take notice that Greyson Law Center PC, Jayde Trinh & Han Trinh hereby (1) move the Court to **continue the plan confirmation hearing** of the proposed Trusteee/Creditors' Committee proposed Joint Plan [dkt.1344], from 8/29/24 at 10:00am to a later date, and (2) to **order Plan proponents to revise their proposed Plan**, to current information.  This Motion is based on Trustee Marshack's own Chapter 11 Status Report [dkt.1512., filed 8/15/24] and K.P. March Decl hereto. For convenience, a copy of Trustee Marshack's Status Report is attached to March Decl as **Exhibit A**.  There is no Declaration whatsoever to Trustee Marshack's Status Report.

This Motion to continue is timely based on CD CA LBR Rule 9013-1(m)(1), which states a motion to continue may be filed **3 days** before the hearing date that is sought to be continued.

This Motion is based on the information in Trustee Marshack's Chapter 11 Status Report [dkt.1512, filed 8/15/24], which alleges (**but with no Declaration whatsoever**) that many secured claims, and some administrative claims, have

changed, due to settlements, from the amounts stated in the dkt.1344 Plan, plus that 5 or more additional Trustee Motions to have the Court approve large settlements are set for hearing on 8/28/24, 8/29/24, or later.

Greyson, Han and Jayde, and other parties in interest—including the Court—should not be proceeding on a proposed Plan that is out-of-date, including because changes alleged to have occurred, in Trustee's dkt.1512 Chapter 11 Status Report, filed 8/15/24, affect whether or not there is sufficient money to pay claims that Plan requires to be paid in full on effective date of plan.

Any Response to this Motion may be filed before the present 8/29/24 at 10:00am hearing date, or at such time and in such manner as Court directs.

A proposed Continuance Order is attached as **Exhibit B** to KPMarch Decl hereto, as required by LBR 9013-1(m)(1)(B), and is being elodged at time this Motion is being efiled.

Dated:  August 23, 2024          THE BANKRUPTCY LAW FIRM, PC
                                 ____/s/ Kathleen P. March_____
                                 By Kathleen P. March, Esq., counsel for
                                 Greyson Law Center PC, Han Trinh & Jayde Trinh

**MOTION FOR CONTINUANCE OF 8/29/24 PLAN CONFIRMATION HEARING, AND FOR COURT TO DIRECT TRUSTEE/CREDITORS' COMMITTEE TO FILE AN UPDATED PLAN**

Greyson Law Center PC, Han Trinh and Jayde Trinh move this Court move the Court to (1) **continue the plan confirmation hearing** of the proposed Trustee/Creditors' Committee proposed Joint Plan [dkt.1344], from 8/29/24 at 10:00am to a later date, and (2) to **order Plan proponents to revise their proposed Plan**, to current information.

This Motion to continue is timely based on CD CA LBR Rule 9013-1(m)(1), which states a motion to continue may be filed **3 days** before the hearing date that is sought to be continued.

This Motion is based on Trustee Marshack's own Chapter 11 Status Report [dkt.1512., filed 8/15/24] and K.P. March Decl hereto.  For convenience, a copy of Trustee Marshack's Status Report is attached to March Decl as **Exhibit A**.  There is no Declaration whatsoever to Trustee Marshack's Status Report.

This Motion is based on the information in Trustee Marshack's Chapter 11 Status Report [dkt.1512, filed 8/15/24], which alleges (**but with no Declaration whatsoever**) that many secured claims, and some administrative claims, have changed, due to settlements, from the amounts stated in the dkt.1344 Plan.

In addition, 5 or more additional Trustee Motions to have the Court approve large settlements are set for hearing on 8/28/24, 8/29/24, or later, and the proposed

NOTICE OF MOTION AND MOTION OF GREYSON LAW CENTER PC, JAYDE TRINH & HAN TRINH: (1)  TO CONTINUE THE 8/29/24 AT 10AM HEARING ON TRUSTEE-CREDITOR COMMITTEE'S PROPOSED PLAN [DKT.1344] TO A LATER DATE, BECAUSE PLAN IS FATALLY OUT-OF-DATE, PER INFORMATION IN TRUSTEE'S CH11 STATUS REPORT [DKT.1512, FILED 08/15/24], AND (2) TO ORDER TRUSTEE-CREDITOR COMMITTEE TO REVISE PROPOSED PLAN, TO CURRENT INFORMATION; K.P.MARCH DECL. THAT COURT SHOULD NOT CONSIDER A PLAN THAT IS FATALLY OUT OF DATE      4

1
2
Plan will need to be updated to reflect the outcome on those Motions.  (March Decl

hereto lists some of those Motions).

3
4

5
6

7
8

9
Greyson, Han and Jayde, and other parties in interest—including the Court—

should not be proceeding on a proposed Plan that is out-of-date, including because

changes alleged to have occurred, in Trustee's dkt.1512 Chapter 11 Status Report,

filed 8/15/24, affect whether or not there is sufficient money to pay claims that Plan

requires to be paid in full on effective date of plan.

10
11

12
13
While the Trusteee and the Creditors' Committee are updating their proposed

Joint Plan, they should also fix the affitional errors in the Plan that have been objected

to by several parties, including Greyson, Han and Jayde.

14
15

16
17
A proposed Continuance Order is attached as **Exhibit B** to KPMarch Decl

hereto, as required by LBR 9013-1(m)(1)(B), and is being elodged at time this Motion

is being efiled.

18
19

20
Dated:  August 23, 2024            THE BANKRUPTCY LAW FIRM, PC
                                   ____/s/ Kathleen P. March_____
                                   By Kathleen P. March, Esq., counsel for
                                   Greyson Law Center PC, Han Trinh & Jayde Trinh

21

22

23

24

25

26

27

28

# DECLARATION OF KATHLEEN P. MARCH

I, KATHLEEN P. MARCH, declare:

1.     I am an attorney in good standing, admitted to practice law in California and New York.  I own and run The Bankruptcy Law Firm, PC, counsel to administrative claimants Greyson Law Center PC, Han Trinh and Jayde Trinh.  For each of these 3 clients, my firm, on 11/17/23, filed timely 11 USC §503(b)(1)(A) Motions for Allowance and Payment of Administrative Expenses, in the LPG main bankruptcy case.  In addition, Han and Jayde Trinh timely filed pre-petition Proofs of Claim.

2.     This Motion is based on Trustee Marshack's own Chapter 11 Status Report [dkt.1512., filed 8/15/24] and K.P. March Decl hereto.  For convenience, a copy of Trustee Marshack's Status Report is attached to March Decl as **Exhibit A**. There is no Declaration whatsoever to Trustee Marshack's Status Report.

3.     This Motion is based on the information in Trustee Marshack's Chapter 11 Status Report [dkt.1512, filed 8/15/24], which alleges (**but with no Declaration whatsoever**) that many secured claims, and some administrative claims, have changed, due to settlements, from the amounts stated in the dkt.1344 Plan.

4.     In addition, 5 or more additional Trustee Motions to have the Court approve large settlements are set for hearing on 8/28/24, 8/29/24, or later, and the proposed Plan will need to be updated to reflect the outcome on those Motions. These Motions include Trustee Motion to compromise with Azzure Capital, set for

NOTICE OF MOTION AND MOTION OF GREYSON LAW CENTER PC, JAYDE TRINH & HAN TRINH: (1)  TO CONTINUE THE
8/29/24 AT 10AM HEARING ON TRUSTEE-CREDITOR COMMITTEE'S PROPOSED PLAN [DKT.1344] TO A LATER DATE,
BECAUSE PLAN IS FATALLY OUT-OF-DATE, PER INFORMATION IN TRUSTEE'S CH11 STATUS REPORT [DKT.1512, FILED
08/15/24], AND (2) TO ORDER TRUSTEE-CREDITOR COMMITTEE TO REVISE PROPOSED PLAN, TO CURRENT INFORMATION;
K.P.MARCH DECL. THAT COURT SHOULD NOT CONSIDER A PLAN THAT IS FATALLY OUT OF DATE        6

hearing on 8/29/24 at 10am; Trustee Motion to Compromise with Payliance, set for hearing on 9/11/24, Trustee's Motion to compromivse with Diverse Captial, set for hearing on 8/28/24, Trustee's Motion to compromise with OPH-CDR LLP and Purchaseco80, LLC, set for hearing on 8/29/24, and Trustee's Moton to compromise with MNS Funding LLC and SSD, set for hearing on 8/28/24.

5.     Greyson, Han and Jayde, and other parties in interest—including the Court—should not be proceeding on a proposed Plan that is out-of-date, including because changes alleged to have occurred, in Trustee's dkt.1512 Chapter 11 Status Report, filed 8/15/24, affect whether or not there is sufficient money to pay claims that Plan requires to be paid in full on effective date of plan.

6.     While the Trusteee and the Creditors' Committee are updating their proposed Joint Plan, they should also fix the errors in the Plan that have been objected to by several parties, including Greyson, Han and Jayde.

7.     A proposed Continuance Order is attached as **Exhibit B** to KPMarch Decl hereto, as required by LBR 9013-1(m)(1)(B), and is being elodged at time this Motion is being efiled.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration is executed at Los Angeles, California on August 23, 2024.


___/s/ Kathleen P. March_____
KATHLEEN P. MARCH

# EXHIBIT A

1   D. EDWARD HAYS, #162507
    ehays@marshackhays.com
2   ALINA MAMLYUK, #284154
    amamlyuk@marshackhays.com
3   MARSHACK HAYS LLP
    870 Roosevelt
4   Irvine, California 92620
    Telephone: (949) 333-7777
5   Facsimile: (949) 333-7778

6   General Counsel for Chapter 11 Trustee
    RICHARD A. MARSHACK
7
    Christopher B. Ghio (State Bar No. 259094)
8   Christopher Celentino (State Bar No. 131688)
    Jeremy B. Freedman (State Bar No. 308752)
9   **DINSMORE & SHOHL LLP**
10  655 West Broadway, Suite 800
    San Diego, CA 92101
11  Telephone: 619.400.0500
    Facsimile: 619.400.0501
12  Christopher.ghio@dinsmore.com
    Christopher.celentino@dinsmore.com
13  Jeremy.freedman@dinsmore.com
14
    Special Counsel to Richard A. Marshack,
15  Chapter 11 Trustee for the Bankruptcy Estate
    of The Litigation Practice Group P.C.
16

17
18              UNITED STATES BANKRUPTCY COURT
19        CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION
20  In re                              Case No. 8:23-bk-10571-SC

21                                     Chapter 11

22  THE LITIGATION PRACTICE GROUP P.C.,   CHAPTER 11 TRUSTEE'S STATUS
                                          REPORT
23           Debtor.
                                       Date:           August 29, 2024
24                                     Time:           10:00 a.m.
                                       Status Report Due: August 15, 2024
25                                     Ctrm:           Courtroom 5C[1]
                                                       411 West Fourth Street
26                                                     Santa Ana, CA 92701
27

28  Virtual appearances may be authorized. Anyone interested in participating in or observing the
    hearing remotely via Zoom should check the Court's posted calendar prior to the hearing at
    http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/

1  TO THE HONORABLE JUDGE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY

2  COURT JUDGE, AND ALL INTERESTED PARTIES:

3      Pursuant to the Court's Order entered as Dk. No. 1446, Richard A. Marshack, in his capacity

4  as the Chapter 11 Trustee ("Trustee") of the bankruptcy estate ("Estate") of The Litigation Practice

5  Group P.C. ("Debtor"), respectfully submits this Chapter 11 status report ("Status Report") in

6  advance of the status conference scheduled on August 29, 2024.

7  1.    **Plan and Disclosure Statement:** On March 22, 2024, as Dk. No. 1057, the Trustee and the

8  Official Committee of Unsecured Creditors ("Committee") (collectively, the "Plan Proponents")

9  jointly filed a Chapter 11 Plan of Liquidation ("Plan"). On March 22, 2024, as Dk. No. 1058, the

10  plan proponents filed their Disclosure Statement describing Joint Chapter 11 Plan of Liquidation

11  ("Disclosure Statement").

12      On May 15, 2024, the Court held a hearing on the Joint Motion of the Trustee and

13  Committee for entry of order (1) Approving Proposed Disclosure Statement; (2) Approving

14  Solicitation and Voting Procedures; (3) Approving Notice and Objection Procedures for

15  Confirmation of the Plan; (4) Setting Related Deadlines and (5) Granting related Relief, Dk. No.

16  1059 ("Motion to Approve Plan and Disclosure Statement").

17      On June 17, 2024, as Dk. No. 1348, the Court entered an order granting Motion to Approve

18  Plan and Disclosure Statement. The Court set the following deadlines in its order:

19  • May 15, 2024 as the "Voting Record Date" for purposes of determining the

20      claimholders that are entitled to vote on the Plan, or in the case of non-voting classes,

21      for purposes of determining the claimholders to receive certain Plan-related materials

22      approved by the Court

23  • June 20, 2024 as the "Solicitation Commencement Deadline" by which Plan

24      Proponents would distribute Plan confirmation hearing notice and solicitation

25      packages to the voting classes and serve the same.

26      o June 20, 2024 was also set as the "Voting Objection Deadline" for Plan

27        Proponents to object to any claim solely for Plan voting purposes.

28

- July 18, 2024 as the "Voting Deadline" by which all properly executed, completed and delivered ballots would have to be received by Omni Agent Solutions ("Omni," also the "Solicitation Agent"). Omni was authorized to receive hardcopy as well as electronic ballots.

The Court set August 29, 2024 at 10:00 a.m. as the hearing date and time for confirmation of the Plan. Any objections to the confirmation of the Plan ("Confirmation Objections") are to be filed by August 15, 2024. Any replies must be filed by August 22, 2024.

As of the filing of this Status Report, the following Confirmation Objections have been filed:

- Dk. No. 1490, filed on August 7, 2024—Confirmation Objection of Greyson Law Center, PC, Jayde Trinh and Han Trinh; and

- Dk. No. 1504, filed on August 13, 2024—Confirmation Objection of California d/b/a Anthem Blue Cross and Anthem Blue Cross Life and Health Insurance Company (collectively, "Anthem").

**2.    Administrative Claims**

A total of 23[2] motions for allowance of administrative expense claims were filed seeking a total amount of $8,267,722.97. In addition, two administrative claimants did not file motions because the Court has already allowed such amounts (FTL 500 Corp. in the amount of $10,000, Dk. No. 825, and River Tree, LLC, in the amount of $35,843.77, Dk. No. 522). The current allowed, non-professional administrative expenses total $790,106.32. The amount of disputed non-professional administrative claims remaining in dispute is $7,017,494,34.

The Trustee opposed four of the administrative expense motions in their entirety. Hearings were held on these four motions. The Court denied the motion of Judith Skiba in the amount of $20,000 (Dk. No. 1216) and took under submission the motions of Han Trinh (Dk. No. 674) seeking $136,280.56, Phuong (aka Jayde) Trinh (Dk. No. 675) seeking $114,825.14, and Greyson Law Center, PC (Dk. No. 676) seeking $5,434,633.00. Decisions on these disputed motions have not yet

---

[2] Administrative expense motion Dk. No. 706 included joint expenses of three claimants: Amy Ginsburg, Kenton Cobb, and Shannon Bellfield. The Trustee's counsel investigated and verified these claims independently but for purposes of this Status Report treats their claims jointly.

1  been announced by the Court.

2      After investigation, the Trustee did not oppose any of the amount of the following two

3  motions: David Orr, Esq., (Dk. No. 697) in the amount of $31,068.45 and Peter Schneider (Dk. No.

4  702) in the amount of $67,252.77. Likewise, the Trustee entered into stipulations with 14 of the

5  administrative claimants[3] whereby the claimants agreed to reduce the amounts sought and the

6  Trustee agreed not to oppose the reduced amounts. The Court approved all 14 of these stipulations.

7  In all, the Court's orders on these 14 stipulations allowed a total payable amount of $645,941.33 on

8  an amount sought of $1,086,063.64.

9      Currently, there are three administrative expense motions that remain pending to which the

10  Trustee's response has been extended. These motions are set for hearings on September 11, 2024,

11  and the Trustee's responses are due August 28, 2024. The following summarizes the Trustee's

12  current position on the remaining three administrative expense motions:

13  <u>United Partnership, Dk. No. 671</u>:  United Partnerships ("UP") seeks $178,665.70 for providing leads

14  and customer retention services to Debtor. The Trustee has concluded that he must oppose the

15  motion because UP has not yet been able to provide any evidence that its claim arose from a post-

16  petition transaction **with the Debtor** that directly and substantially benefitted the estate. The Trustee

17  has agreed to continue the hearing on the Motion and modify the briefing schedule to provide UP

18  with additional time to investigate and provide proof in support of its claim.

19  <u>Herret Credit Consultants, Dk. No. 708</u>:  Herret Credit Consultants ("Herret") seeks $450,000 for

20  post-petition services allegedly managing 65,000 consumer clients and a myriad of alleged LPG

21  affiliate firms. The Trustee has concluded that he must oppose this request in its entirety because

22  Herret has not provided any evidence to date that its claim arose from a post-petition transaction

23  **with the Debtor** (and not non-Debtor entities that received fraudulent transfers of the Debtor's

24  assets) which directly and substantially benefitted the estate. The Trustee has agreed to continue the

25

---

26  [3] Trustee entered into stipulations with the following 14 claimants (Name, Dk. No.): (1) ADP, 665;
(2) Wells Marble and Hurst, PLLC, 679; (3) SDCO Tustin Executive Center, Inc., 686; (4) Melina

27  Beltran, 693; (5) Kimberly Torres, 694; (6) Melissa Wilkes, 695, amended by 727; (7) R. Reed
Pruyn, 698; (8) Jorge E. Sanchez, 700; (9) Jaslynn Sanchez, 701; (10) Amy Ginsburg, et al, 706;

28  (11) Randall Baldwin Clark, Attorney at Law, PLLC, 707; (12) Sharp Electronics Corporation, 729;
(13) Israel Orozco, 862; (14) Jennifer McLaughlin, 1363.

1 hearing on the Motion and modify the briefing schedule to allow Herret time to complete its

2 investigation and attempt to meet its burden of proof.

3 Alteryx, Dk. No. 750:  Alteryx seeks $703,089.94 based on a March 2022 sublease agreement

4 between Alteryx and Innovative Solutions, Inc. ("Innovative") for property located at 3345

5 Michelson Drive, Suites 400 and 490, and 3347 Michelson Drive, Suite 400 in Irvine, CA ("Alteryx

6 Property"). The Debtor was not a party to the sublease and did not receive any benefit in return for

7 providing Alteryx with: (1) a guaranty of the obligations under the sublease (on property LPG did

8 not occupy); and (2) an irrevocable letter of credit ("LOC") in the amount of $409,206.31 (secured

9 by cash pledged by LPG). The Trustee is preparing an adversary proceeding against Alteryx which

10 will seek avoidance and recovery of fraudulent transfers including the cancellation of LPG's

11 guaranty, its pledge of cash in support of the LOC which Alteryx has completely exhausted, and

12 over $1 million of payments made by LPG on account of obligations under the sublease. Some of

13 these transfers occurred pre-petition (payments made from Debtor's bank accounts for rent of

14 Alteryx Property by non-Debtor entities which themselves were fraudulent transferees of Debtor's

15 assets).[4] Other transfers occurred post-petition (Alteryx's draws on LOC after petition date). In light

16 of the Trustee's rights to avoid these transfers, Section 502(d) requires that any allowed expense that

17 would otherwise be entitled to administrative expense must be disallowed until all fraudulent

18 transfers are repaid.

19 Administrative Claims filed without a Motion

20     There were approximately 78 parties that filed proofs of claim which marked the box stating

21 it was an administrative claim. The Trustee intends to file an omnibus objection to these parties'

22 claims because they did not follow the proper procedure for obtaining an administrative claim and

23 the deadline for parties to file motions for allowance of administrative claims has passed. Based on

24 the Trustee's review of these claims, it appears that none of them would qualify for allowance as a

25 post-petition administrative expense.

26

27 [4] During the Trustee's investigation, it was discovered that at least five entities currently sued by
estate in the adversary proceeding entitled *Marshack v. Diab*, Case No. 8:23-ap-01046-SC as
28 fraudulent transferees of Debtor's assets actually occupied Alteryx Property. These four known
entities are: Greyson, Prime Logix, Oakstone, Maverick, and Guardian.

**3.** **Claims as of Status Report Filing**

As of the filing of this Status Report, a couple thousand proofs of unsecured claims have been filed with the bankruptcy court. Another couple thousand proofs of unsecured claims have been filed directly with the Court-approved claims agent, Omni Agent Solutions.

The Trustee has sorted the filed claims into the following groups: (1) Consumer Proofs of Claim; (2) Non-Consumer Proof of Claims; and (3) Priority Claims. The Trustee also filed a claim on behalf of all consumers whose contracts were rejected. This claim incorporates approximately 18,000 consumers and is an unsecured claim. The Trustee does not intend to file any objections to claims until after the Effective Date and when further sales proceeds and litigation recoveries have been received.

**4.** **Litigation Claims**

**A. Pure Avoidance Actions**

The Trustee has developed a comprehensive list of litigation claims against entities that received avoidable transfers including fraudulent conveyances, preferences, and unauthorized postpetition transactions. The list currently includes 517 transferees which received transfers totaling approximately $100 million. Because the litigation target list is sizeable and is significantly longer than it would be in a standard Chapter 11 case, the Trustee is currently in the process of finalizing a process to commence and process this litigation in an efficient fashion. The Trustee recovering tens of millions of dollars on account of these claims.

**B. Marketing Affiliate Actions**

The Trustee's special counsel is currently pursuing claims against various entities that seek avoidance of fraudulent transfers and recovery/turnover of funds paid to marketing affiliates by the Debtor on the theory that Defendant and Debtor were engaged in the solicitation of illegal capping of consumers. To date, nine such complaints have been filed with a demand amount of over $11,000,000.  The Trustee has approximately 150-200 more marketing affiliate targets under investigation. The currently filed actions are:

- Dk. No. 773; 8:23-ap-01148-SC; Trustee's complaint against JGW Solutions, LLC.
- Dk. No. 780; 8:23-ap-01150-SC; Trustee's complaint against Clear Vision Financial,

LLC d/b/a Liberty1 Financial.

•    Dk. No. 821; 8:24-ap-01001-SC; Trustee's complaint against Leucadia Enterprises.

•    Dk. No. 824; 8:24-ap-01003-SC; Trustee's complaint against Perfect Financial, LLC.

•    Dk. No. 826; 8:24-ap-01004-SC; Trustee's complaint against Point Break Holdings, LLC.

•    Dk. No. 919; 8:24-ap-01017-SC; Trustee's complaint against New Horizon Finance, LLC.

•    Dk. No. 920; 8:24-ap-01018-SC; Trustee's complaint against MRD Marketing LLC.

•    Dk. No. 931; 8:24-ap-01023-SC; Trustee's complaint against CRI System, Inc.

•    Dk. No. 823; 8:24-ap-01002-SC; Trustee's complaint against Clearcube LLC d/b/a Litigation Practice Center.

In Clearcube LLC DBA Litigation Practice Center, the Court on June 4, 2023, granted default judgement in favor of the Trustee in the amount of $1,981,549.22. Dk.34. At the same time, the Court entered Finding of Facts (Dk. 29). Currently, the Trustee is in the process of enforcing the judgment amount from Clearcube.

**C. MCA Actions**

The Trustee's special counsel is pursuing various entities that entered into Merchant Cash Advance Agreements with the Debtor. In such complaints, the Trustee seeks recovery of multiple fraudulent conveyances. The Trustee has filed two complaints seeking recovering of approximately $7,000,000;

•    Dk. No. 1228; 8:24-ap-01080-SC; Trustee's complaint against BMF Advance, LLC; and

•    Dk. No. 1352; 8:24-ap-01090-SC; Trustee's complaint against Cobalt Funding Solutions, LLC.

The Trustee has approximately 20 more MCA targets under investigation.

**D. Trustee's Original Adversary Proceeding:** *Marshack v. Diab et. al*, **(**Dk. No. 93; 8:23-ap-01046-SC). The Trustee's complaint against Tony Diab, Daniel S. March, Rosa Bianca Loli, and

1   approximately 45 or so others is the largest adversary in this bankruptcy case.

2          The Trustee sought an emergency turnover and restraining order to protect and recover

3   Debtor assets, client files, funds and evidence fraudulently transferred by LPG insiders and co-

4   conspirators, including Mr. Diab. Since the filing of the 1046 Action, the Trustee has obtained a

5   Preliminary Injunction to protect consumer clients, Estate assets, and evidence. The Trustee further

6   is in discussions and intends to enter into a settlement agreements with two additional defendants

7   with an anticipated turnover to the Debtor's Estate totaling more than $1.2 million dollars, subject to

8   Court approval. The Trustee will shortly be seeking leave to file a Fifth Amended Complaint which

9   will encompass new claims learned during Trustee's investigation and discovery into the defendants'

10  wrongful conduct. Between July 3, 2024, and June 8, 2024, in Dk. Nos. 585-594 in the 1046

11  adversary, the Trustee filed ten joint status reports addressing claims against defendants

12  (1) Consumer Legal Group, P.C.; (2) Eng Taing; (3) Fidelity National Information Services, Inc.;

13  (4) Greyson Law Center, PC; (5) LGS HolCo., LLC; (6) OptimumBank Holdings, Inc.; (7) Scott

14  Eadie; (8) Touzi Capital, LLC; (9) WorldPay, LLC; and (10) Daniel March.

15  **5.      Status of Trustee's Receipts**

16         Per the Monthly Operating Report filed on July 22, 2024, as Dk. No. 1445, as of June 30,

17  2024, the Estate has cash in the amount of $10,915,324. Additional substantial recoveries are

18  expected to be recovered from Morning Law Group pursuant to the Court-approved sale and from

19  litigation recoveries.

20  **6.      Appointment of Fee Examiner**

21         On August 5, 2024, as Dk. No. 1489, the Court entered its order appointing Nancy Rapoport,

22  who currently functions as the post-sale monitor, as the Fee Examiner ("Fee Examiner"). She will

23  review fees of all professionals in this case including the Trustee, Trustee's general counsel,

24  Trustee's special counsel, Trustee's accountants, Committee counsel, and the Committee's financial

25  advisors. The Trustee anticipates that the hearings on these applications will be heard in September

26  2024.

27

28

**7.**    <u>**Status of Secured Creditor and Related Litigation**</u>

Because the Debtor failed to list all its secured creditors upon the bankruptcy filing, the Trustee performed a UCC search and ultimately identified 23 creditors which allegedly held secured liens ("Secured Creditors"). The Trustee did an analysis and put these creditors in two categories: 1) those that had documents to support their claims and filed liens, but who the Trustee believed had issues related to those documents and liens; and 2) those that did not have documents to support their claim and filed liens. Combined, these 23 creditors asserted that collectively they held liens, which—if valid—encumbered at least $174,901,643 of the Debtor's collateral.  The Trustee has resolved all but 2 of the Secured Creditors' claims.  As described below, the settlements have reduced the total secured claim amount from $167,901,643 to $1,355,000; leaving $7,000,000 still pending and to be resolved by way of order or settlement.

     1.    <u>Zero Valuations for Ten Claims of Secured Creditors' Without Documentation</u>

On February 7, 2024, as Dk. No. 924, the Trustee filed a motion pursuant to F.R.B.P. 3012 to value at $0 the claims of Secured Creditors without documentation supporting their claim, and then seeking an order authorizing UCC termination statements to be filed (the "3012 Motion"). The 3012 Motion listed 10 of the Secured Creditors.

On March 13, 2024, as Dk. No. 1021, the Court entered its order granting the 3012 Motion, and thus those claims were reduced to $0. The Trustee was able to file termination statements terminating the liens of those parties. The order on the 3012 Motion reduced these 10 Secured Creditors' claims from $12,316,691 to $0.

     2.    <u>Current Status of Secured Creditors With Documentation</u>

<u>City Capital NY ("City Capital")</u>: On March 26, 2024, as Dk. No. 1069, the Court approved the stipulation between the Trustee and City Capital whereby City Capital released $2,950,000 from the secured list. Thereafter, City Capital's claim was allowed, unsecured claim against the Debtor in the amount of $365,500.

<u>OHP / PurchaseCo ("OHP")</u>: Dk. No. 497; 8:23-ap-10198-SC; Complaint by OHP-CDR, LP and PurchaseCo 80, LLC against Trustee and Trustee's Counter Claim against the Plaintiffs. On September 11, 2023, OHP initiated an adversary proceeding against the Trustee and the Trustee filed

a counter-claim disputing the lien and ownership interest asserted. OHP asserted that it had a valid, enforceable claim of $16,938,954. After a hearing on the Trustee's Motion for Summary Judgment on July 31, 2024, the Court took the matter under submission. After the hearing and before the Court announced its decision, the Trustee and OHP were able to reach a settlement. The Trustee has filed a Motion for Order Approving the Settlement Agreement ("Settlement Agreement Motion") as Dk. No. 1494, which is currently set for a hearing on August 29, 2024, at 10:00 a.m. The deadline for any opposition to the proposed compromise between the Trustee and OHP is August 15, 2024. The terms of the Trustee's settlement agreement with OHP provide that OHP will have an unsecured, subordinated claim of $9.5 million. The Trustee will pay OHP $250,000 from the Sale proceeds upon effective date of the Plan and 12% of future proceeds from Morning Law Group paid after the effective date, along with a percentage in future litigation proceeds, according to the formula specified in the Settlement Agreement Motion.

Marich Bein: On March 15, 2024, the Court entered an order as Dk. No. 1030, approving the stipulation between the Trustee and Marich Bein whereby Marich Bein consented to the Trustee filing a termination of the UCC Statement. Marich Bein's $22,304,093.25 alleged claim will thus be unsecured moving forward, subject to objection and further investigation by the Trustee into the transactions as alleged in the adversary complaint filed by the Trustee against Marich Bein and Bank United, et al, Dk. No. 1068; 8:24-ap-01040-SC.

Bridge Funding CAP, LLC d/b/a/ Fundura Capital, MNS Funding, LLC, Azzure Capital LLC, Diverse Capital, LLC, PECC Corp, Proof Positive LLC, MC DVI Fund 1 LLC, MC DVI Fund 2 LLC, Debt Validation Fund II LLC, Venture Partners LLC: These Secured Creditors have all been named as defendants in the adversary 8:24-ap-01011-SC that the Trustee filed on January 26, 2024 ("Secured Creditor Adversary") seeking, *inter alia*, declaratory judgment as to validity of their secured interests. The following is the status of Trustee's resolution with various defendants in the Secured Creditor Adversary:

- The Trustee has been able to settle with Proof Positive/MCDVI Funds 1 and 2/Debt Validation Fund II/Venture Partners – who agreed to its lien being avoided – thereby reducing another $68,000,000 from the secured list.

- The Trustee filed Summary Judgment Motions against Bridge Funding; Azzure Capital; Diverse Capital; and PECC.

  o On August 14, 2024, hearing was held on the Trustee's Motion for Summary Judgment against Bridge Funding where the Trustee argued that the UCC1 statement relied upon by Bridge/Fundura to secure its $2.3 million dollar claim was released and terminated. The Court took the matter under submission.

  o The Trustee has agreed to go to mediation with Azzure Capital. In the meantime, Azzure Capital has agreed to release its $5 million lien from money that is to be paid upon effective date in exchange for a replacement lien on litigation proceeds. This agreement has been reduced to a stipulation.

  o The Trustee negotiated a settlement with Diverse Capital ("Diverse"). On August 7, 2024, the Trustee filed the 9019 settlement motion as Dk. No. 1492. Diverse's claim is $1,217,700 – the settlement will allow Diverse to have a secured claim of $675,000 of which $375,000 will be paid upon the effective date of the Plan; and a second payment of $300,000 after the Estate recovers $10 million from litigation proceeds. $70,000 of the initial $375,000 will be returned to the Estate as settlement of the avoidance actions. The balance of the Claim will be unsecured in the amount of $612,000. The hearing on the settlement motion is set for August 28, 2024, at 10:00 a.m.

  o On July 31, 2024, a hearing was held on the Trustee's Motion for Summary Judgment against PECC ("PECC MSJ") at which the Trustee argued that PECC's $27,929,336.59 million lien was avoidable as a preference. On August 15, 2024, as Dk. No. 144, the Court entered an order granting Trustee's PECC MSJ, thus removing secured status from PECC's $27,929,336.59 claim and deeming it an unsecured claim.

- <u>MNS Funding</u>: The Trustee negotiated a settlement with MNS Funding ("MNS"). On August 7, 2024, the Trustee filed the 9019 settlement motion as Dk. No.

1491. The MNS claim is $15,000,000 – the settlement will allow $500,000 to be secured; with $166,666 being paid upon the effective date of the Plan, and the balance of $333,333 to be paid after the Estate recovers $10 million from litigation proceeds. The balance of the claim is unsecured. The hearing on the settlement motion is set for August 28, 2024 at 10:00 a.m.

- **<u>Other Pending Litigation</u>**

- Dk. No. 1095; 8:24-ap-01048-SC; Administrative claimant Alteryx's complaint against Morning Law Group, PC that was removed by Morning Law Group from state court.

- Dk. No. 1129; 8:24-ap-01068-SC; Trustee's complaint against Arash Asante Bayrooti. On August 15, 2024, the Court granted the Trustee a prejudgment writ of attachment and temporary protective order making a finding that the Trustee established probably validity that the estate will prevail on its avoidance claims exceeding $5 million.

/ / /

/ / /

**8.** __Conclusion__

For the reasons set forth in the confirmation brief and to be set forth in the replies to the two objections to confirmation, the Trustee believes that the plan can and should be confirmed. The Trustee further believes that the estate will recover substantial additional funds from sales and litigation proceeds. When the Trustee was appointed, the Debtor had already fraudulently transferred all of its assets leaving the estate with little to nothing. If the Trustee did not actively pursue litigation, creditors would have received nothing and the former consumer clients of the Debtor would continue to be harmed. The Trustee, with the assistance of the Committee and the estate's retained professionals, has provided tremendous benefit to the estate and has set the course for the estate to maximize its recoveries for the benefit of allowed creditors.

DATED: August 15, 2024

DINSMORE & SHOHL LLP
Special Counsel for Chapter 11 Trustee
RICHARD A. MARSHACK

AND

MARSHACK HAYS LLP

By: _/s/ D. Edward Hays_____
    D. EDWARD HAYS
    ALINA MAMLYUK
    General Counsel for Chapter 11 Trustee
    RICHARD A. MARSHACK

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **CHAPTER 11 TRUSTEE'S STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 15, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **August 15, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR – MAIL REDIRECTED TO TRUSTEE**
THE LITIGATION PRACTICE GROUP P.C.
~~17542 17TH ST~~
~~SUITE 100~~
~~TUSTIN, CA 92780-1981~~

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 15, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 15, 2024 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **INTERESTED PARTY COURTESY NEF:** Kyra E Andrassy    kandrassy@raineslaw.com,
  bclark@raineslaw.com;jfisher@raineslaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Bradford
  Barnhardt**    bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR AFFIRMA, LLC and CREDITOR OXFORD KNOX, LLC: Eric
  Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com
- **ATTORNEY FOR DEFENDANT LEUCADIA ENTERPRISES, INC.: Michael Jay
  Berger**    michael.berger@bankruptcypower.com,
  yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **INTERESTED PARTY COURTESY NEF: Ethan J Birnberg**    birnberg@portersimon.com,
  reich@portersimon.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Peter W
  Bowie**    peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC: Ronald K
  Brown**    ron@rkbrownlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Christopher
  Celentino**    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **INTERESTED PARTY COURTESY NEF: Shawn M Christianson**    cmcintire@buchalter.com,
  schristianson@buchalter.com
- **INTERESTED PARTY COURTESY NEF: Randall Baldwin Clark**    rbc@randallbclark.com
- **ATTORNEY FOR DEFENDANT LISA COHEN and DEFENDANT ROSA BIANCA LOLI: Leslie A
  Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **ATTORNEY FOR DEFENDANT MORNING LAW GROUP, P.C.: Michael W Davis**    mdavis@dtolaw.com,
  ygodson@dtolaw.com
- **INTERESTED PARTY COURTESY NEF: Anthony Paul Diehl**    anthony@apdlaw.net,
  Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net
- **INTERESTED PARTY COURTESY NEF: Ashley Dionisio**    adionisio@omniagnt.com
- **ATTORNEY FOR INTERESTED PARTY NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY
  ATTORNEYS and INTERESTED PARTY NATIONAL CONSUMER BANKRUPTCY RIGHTS CENTER : Jenny
  L Doling**    jd@jdl.law,
  dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- **ATTORNEY FOR CREDITOR CAROLYN BEECH: Daniel A Edelman**    dedelman@edcombs.com,
  courtecl@edcombs.com
- **INTERESTED PARTY COURTESY NEF: Howard M Ehrenberg**    Howard.Ehrenberg@gmlaw.com,
  hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmla
  w.com
- **CREDITOR: Meredith Fahn**    fahn@sbcglobal.net
- **INTERESTED PARTY COURTESY NEF: Jeremy Faith**    Jeremy@MarguliesFaithlaw.com,
  Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **ATTORNEY FOR CREDITOR VALIDATION PARTNERS LLC: William P
  Fennell**    william.fennell@fennelllaw.com,
  luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelll
  aw.com;samantha.larimer@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com
- **INTERESTED PARTY COURTESY NEF: Alan W Forsley**    alan.forsley@flpllp.com,
  awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- **ATTORNEY FOR DEFENDANT CLEAR VISION LLC dba LIBERTY1 FINANCIAL: Marc C
  Forsythe**    mforsythe@goeforlaw.com,
  mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jeremy
  Freedman**    jeremy.freedman@dinsmore.com, nicolette.murphy@dinsmore.com
- **ATTORNEY FOR CREDITOR HERRET CREDIT: Eric Gassman**    erg@gassmanlawgroup.com,
  gassman.ericb112993@notify.bestcase.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

23

- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Christopher Ghio**   christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- **ATTORNEY FOR CREDITOR AMY GINSBURG; CREDITOR KENTON COBB; and CREDITOR SHANNON BELLFIELD: Amy Lynn Ginsburg**   efilings@ginsburglawgroup.com
- **ATTORNEY FOR DEFENDANT STRIPE, INC: Eric D Goldberg**   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **ATTORNEY FOR CREDITOR AFFIRMA, LLC; CREDITOR ANAHEIM ARENA MANAGEMENT, LLC; CREDITOR ANAHEIM DUCKS HOCKEY CLUB, LLC; and CREDITOR OXFORD KNOX, LLC: Jeffrey I Golden**   jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC: Richard H Golubow**   rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **ATTORNEY FOR CREDITOR UNITED PARTNERSHIPS, LLC: David M Goodrich**   dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): D Edward Hays**   ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR CITY CAPITAL NY: Alan Craig Hochheiser**   ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC: Garrick A Hollander**   ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **ATTORNEY FOR CREDITOR SHARP ELECTRONICS CORPORATION: Brian L Holman**   b.holman@musickpeeler.com
- **INTERESTED PARTY COURTESY NEF: Richard L. Hyde**   rhyde@awglaw.com
- **ATTORNEY FOR INTERESTED PARTY MERCHANTS CREDIT CORPORATION: Peter L Isola**   pisola@hinshawlaw.com, rmojica@hinshawlaw.com,iking@hinshawlaw.com
- **ATTORNEY FOR CREDITOR, PLAINTIFF, and COUNTER-DEFENDANT OHP-CDR, LP and PLAINTIFF and COUNTER-DEFENDANT PURCHASECO 80, LLC: Razmig Izakelian**   razmigizakelian@quinnemanuel.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Sara Johnston**   sara.johnston@dinsmore.com
- **ATTORNEY FOR FIDELITY NATIONAL INFORMATION SERVICES, INC. DBA FIS: Sweeney Kelly**   kelly@ksgklaw.com
- **ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP P.C.: Joon M Khang**   joon@khanglaw.com
- **ATTORNEY FOR INTERESTED PARTY AD HOC CONSUMER CLAIMANTS COMMITTEE: Ira David Kharasch**   ikharasch@pszjlaw.com
- **ATTORNEY FOR DEFENDANT GALLANT LAW GROUP: Meredith King**   mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS: Nicholas A Koffroth**   nkoffroth@foxrothschild.com, khoang@foxrothschild.com
- **ATTORNEY FOR DEFENDANT MARICH BEIN, LLC: David S Kupetz**   David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **INTERESTED PARTY COURTESY NEF: Christopher J Langley**   chris@slclawoffice.com, langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Kelli Ann Lee**   Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com
- **ATTORNEY DEFENDANT OPTIMUMBANK HOLDINGS, INC: Matthew A Lesnick**   matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, P.C.; DEFENDANT LGS HOLDCO, LLC; INTERESTED PARTY CONSUMER LEGAL GROUP, P.C.; and INTERESTED PARTY LIBERTY**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

24

ACQUISITIONS GROUP INC: Daniel A Lev    daniel.lev@gmlaw.com,
cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

- **ATTORNEY FOR INTERESTED PARTY REVOLV3, INC.: Britteny Leyva**    bleyva@mayerbrown.com,
2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com
- **INTERESTED PARTY COURTESY NEF ADVERSARY PROCEEDING #: 8:23-AP-01148-SC: Marc A
Lieberman**    marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- **ATTORNEY FOR CREDITOR PHILLIP A GREENBLATT, PLLC: Michael D
Lieberman**    mlieberman@lipsonneilson.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Yosina M
Lissebeck**    Yosina.Lissebeck@Dinsmore.com, caron.burke@Dinsmore.com;Wendy.Yones@Dinsmore.com
- **ATTORNEY FOR CREDITOR FUNDURA CAPITAL GROUP: Mitchell B Ludwig**    mbl@kpclegal.com,
kad@kpclegal.com
- **INTERESTED PARTY AND ATTORNEY: Daniel S March**    marchlawoffice@gmail.com,
marchdr94019@notify.bestcase.com
- **ATTORNEY FOR CREDITOR and DEFENDANT GREYSON LAW CENTER PC, CREDITOR and DEFENDANT
HAN TRINH; and CREDITOR and DEFENDANT PHUONG (JAYDE) TRINH: Kathleen P
March**    kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **ATTORNEY FOR CREDITOR DAVID ORR: Mark J Markus**    bklawr@bklaw.com,
markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com
- **CHAPTER 11 TRUSTEE: Richard A Marshack (TR)**    pkraus@marshackhays.com,
ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Laila
Masud**    lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Sarah S.
Mattingly**    sarah.mattingly@dinsmore.com
- **INTERESTED PARTY COURTESY NEF: William McCormick**    Bill.McCormick@ag.tn.gov
- **ATTORNEY FOR US TRUSTEE: Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **INTERESTED PARTY COURTESY NEF: Byron Z Moldo**    bmoldo@ecjlaw.com,
aantonio@ecjlaw.com,dperez@ecjlaw.com
- **ATTORNEY FOR CREDITOR ADP, INC: Glenn D. Moses**    gmoses@venable.com,
cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jamie D
Mottola**    Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com
- **INTERESTED PARTY COURTESY NEF: Alan I Nahmias**    anahmias@mbn.law, jdale@mbn.law
- **INTERESTED PARTY COURTESY NEF: Victoria Newmark**    vnewmark@pszjlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jacob Newsum-
Bothamley**    jacob.bothamley@dinsmore.com, angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- **ATTORNEY FOR US TRUSTEE: Queenie K Ng**    queenie.k.ng@usdoj.gov
- **CREDITOR: Israel Orozco**    israel@iolawcorp.com
- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS: Keith C Owens**    kowens@foxrothschild.com,
khoang@foxrothschild.com
- **ATTORNEY FOR DEFENDANT OPTIMUMBANK HOLDINGS, INC.: Lisa Patel**    lpatel@lesnickprince.com,
jmack@lesnickprince.com;jnavarro@lesnickprince.com
- **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC: Michael R
Pinkston**    rpinkston@seyfarth.com,
jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@s
eyfarth.com
- **ATTORNEY FOR DEFENDANT SCOTT JAMES EADIE: Douglas A Plazak**    dplazak@rhlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Tyler
Powell**    tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;rosetta.mitchell@dinsmore.com
- **ATTORNEY FOR DEFENDANT TOUZI CAPITAL, LLC and DEFENDANT ENG TAING: Daniel H
Reiss**    dhr@lnbyg.com, dhr@ecf.inforuptcy.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

25

- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, PC: Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Vanessa Rodriguez**    vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com
- **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC: Kevin Alan Rogers**    krogers@wellsmar.com
- **ATTORNEY FOR CREDITOR MARI AGAPE: Gregory M Salvato**    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **ATTORNEY FOR CREDITOR AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC: Olivia Scott**    olivia.scott3@bclplaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jonathan Serrano**    jonathan.serrano@dinsmore.com
- **ATTORNEY FOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC: Maureen J Shanahan**    Mstotaro@aol.com
- **ATTORNEY FOR CREDITORS UNITED PARTNERSHIPS, LLC and MNS FUNDING LLC: Paul R Shankman**    PShankman@fortislaw.com, info@fortislaw.com
- **ATTORNEY FOR INTERESTED PARTY MORNING LAW GROUP, PC: Zev Shechtman**    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com
- **INTERESTED PARTY COURTESY NEF: Jeffrey M Singletary**    jsingletary@swlaw.com, rmckay@swlaw.com
- **ATTORNEY FOR US TRUSTEE: Leslie Skorheim**    leslie.skorheim@usdoj.gov
- **ATTORNEY FOR CREDITOR PIONEER FUNDING GROUP, LLC: Adam D Stein-Sapir**    info@pfllc.com
- **ATTORNEY FOR DEFENDANT BANKUNITED, N.A.: Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): John H. Stephens**    john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com
- **ATTORNEY FOR CREDITOR ALTERYX, INC.: Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **ATTORNEY FOR CREDITOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC and INTERESTED PARTY RANDALL BALDWIN CLARK: Michael R Totaro**    Ocbkatty@aol.com
- **US TRUSTEE: United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR WITNESS BRADFORD LEE 8:23-ap-01046-SC: William J Wall**    wwall@wall-law.com
- **ATTORNEY FOR CREDITOR and DEFENDANT AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC: Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- **ATTORNEY FOR CREDITOR DEBT RELIEF GROUP, LLC: Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com
- **CLAIM AGENT FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Reina Zepeda**    rzepeda@omniagnt.com

**2. SERVED BY UNITED STATES MAIL: CONTINUED:**

| 20 LARGEST CREDITOR | 20 LARGEST CREDITOR | RTD 02/05/24 UTF<br>20 LARGEST CREDITOR |
|---|---|---|
| ANTHEM BLUE CROSS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 511300<br>LOS ANGELES, CA 90051-7855 | AZEVEDO SOLUTIONS GROUPS, INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>420 ADOBE CANYON RD<br>KENWOOD, CA 95452-9048 | BUSINESS CENTERS OF AMERICA<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1100 SIR FRANCIS DRAKE BLVD, SUITE 1<br>KENTFIELD, CA 94904-1476 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

26

**20 LARGEST CREDITOR**
CALIFORNIA FRANCHISE TAX
BOARD
PO BOX 942857
SACRAMENTO, CA 94257-0001

**RTD 05/30/23 UTF**
**X-20**
COLLABORATION ADVISORS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
~~400 DORLA COURT~~
~~ZEPHYR COVE, NV 89448~~

**20 LARGEST CREDITOR**
CREDIT REPORTING SERVICE INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
548 MARKET ST, SUITE 72907
SAN FRANCISCO, CA 94104-5401

**20 LARGEST CREDITOR**
DEBT PAY PRO
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1900 E GOLF ROAD, SUITE 550
SCHAUMBURG, IL 60173-5870

**20 LARGEST CREDITOR**
DEBT VALIDATION FUND II, LLC
C/O GARRICK A HOLLANDER
WINTHROP GOLUBOW HOLLANDER
LLP
1301 DOVE STREET, 5TH FLOOR
NEWPORT BEACH, CA 92660

**20 LARGEST CREDITOR**
DEBT VALIDATION FUND II, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
5075 LOWER VALLEY ROAD
ATGLEN, PA 19310-1774

**20 LARGEST CREDITOR**
DOCUMENT FULFILLMENT
SERVICES
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
2930 RAMONA AVE #100
SACRAMENTO, CA 95826-3838

**20 LARGEST CREDITOR**
EXECUTIVE CENTER LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
5960 SOUTH JONES BLVD
LAS VEGAS, NV 89118-2610

**20 LARGEST CREDITOR / POC**
**ADDRESS**
EXELA ENTERPRISE SOLUTIONS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
2701 E. GRAUWYLER ROAD
IRVING, TX 75061-3414

**20 LARGEST CREDITOR / POC**
**ADDRESS**
FIRST LEGAL NETWORK, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 743451
LOS ANGELES, CA 90074-3451

**RTD 12/05/23 UTF**
**20 LARGEST CREDITOR**
JP MORGAN CHASE
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
~~3 PARK PLAZA, STE 900~~
~~IRVINE, CA 92614-5208~~

**RTD 01/26/24 UTF**
**20 LARGEST CREDITOR**
LEXISNEXUS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
~~15500 B ROCKFIELD BLVD~~
~~IRVINE, CA 92618-2722~~

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**RTD 10/03/23 UTF**
**20 LARGEST CREDITOR**
MARICH BEIN LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
~~99 WALL STREET, STE 2669~~
~~NEW YORK, NY 10005-4301~~

**20 LARGEST CREDITOR / POC
ADDRESS**
OUTSOURCE ACCELERATOR LTD
C/O PAUL R. SHANKMAN, ESQ
FORTIS LLP
650 TOWN CENTER DRIVE, SUITE
1530
COSTA MESA, CA 92626

**20 LARGEST CREDITOR**
TUSTIN EXECUTIVE CENTER
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1630 S SUNKIST STEET, STE A
ANAHEIM, CA 92806-5816

**SECURED CREDITOR / POC
ADDRESS**
CITY CAPITAL NY
C/O MAURICE WUTSCHER LLP
23611 CHAGRIN BLVD. SUITE 207
BEACHWOOD, OH 44122-5540

**20 LARGEST CREDITOR**
MC DVI FUND 1, LLC; MC DVI FUND 2,
LLC
C/O GARRICK A HOLLANDER
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
1598 COTTONWOOD DR
GLENVIEW, IL 60026-7769

**20 LARGEST CREDITOR**
SHARP BUSINESS SYSTEMS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
8670 ARGENT ST
SANTEE, CA 92071-4172

**RTD 06/05/23 UTF**
**20 LARGEST CREDITOR**
VALIDATION PARTNERS LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
~~1300 SAWGRASS PKWY, STE 110~~
~~SUNRISE, FL 33323~~

**RTD 06/14/23 UTF**
**SECURED CREDITOR**
CITY CAPITAL NY
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
~~1135 KANE CONCOURSE~~
~~BAY HARBOUR ISLANDS, FL 33154-~~
~~2025~~

**20 LARGEST CREDITOR**
NETSUITE-ORACLE
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
2300 ORACLE WAY
AUSTIN, TX 78741-1400

**RTD 10/16/23 UTF**
**20 LARGEST CREDITOR**
TASKUS HOLDINGS, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
~~1650 INDEPENDENCE DR~~
~~NEW BRAUNFELS, TX 78132-3959~~

**SECURED CREDITOR / POC
ADDRESS**
AZZURE CAPITAL LLC
C/O SHARON Z. WEISS
BRYAN CAVE LEIGHTON PAISNER
LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401

**SECURED CREDITOR**
DIVERSE CAPITAL LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
323 SUNNY ISLES BLVD, STE 503
SUNNY ISLES, FL 33160-4675

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**RTD 12/22/23 UTF**
**SECURED CREDITOR**
FUNDURA CAPITAL GROUP
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
~~80 BROAD STREET, STE 3303~~
~~NEW YORK, NY 10004-2845~~

**SECURED CREDITOR / POC ADDRESS**
FUNDURA CAPITAL GROUP
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
1545 ROUTE 202, SUITE 101
POMONA, NY 10970

**RTD 2/5/24 UTF**
**SECURED CREDITOR**
GREEN FUND NY
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
~~276 5TH AVENUE, ROOM 704~~
~~BROOKLYN, NY 10001~~

**RTD 11/8/23 UTF**
**SECURED CREDITOR**
MCA CAPITAL HOLDINGS LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
~~254 32ND STREET, BLDG 2 C303~~
~~BROOKLYN, NY 11232~~

**SECURED CREDITOR / POC ADDRESS**
MNS FUNDING LLC
C/O PAUL R. SHANKMAN
FORTIS LLP
650 TOWN CENTER DRIVE, SUITE
1530
COSTA MESA, CA 92626

**SECURED CREDITOR / POC**
**ADDRESS**
OHP-CDR, LP
C/O JEREMY ANDERSEN, RAZMIG
IZAKELIAN
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 S. FIGUEROA STREET, 10TH
FLOOR
LOS ANGELES, CA 90017

**SECURED CREDITOR / POC**
**ADDRESS**
PECC CORP.
C/O RUSTY O'KANE
3131 MCKINNEY AVENUE, SUITE
500
DALLAS, TX 75204

**SECURED CREDITOR / POC ADDRESS**
RIVER TREE LLC
C/O MAYS JOHNSON LAW FIRM
21 BATTERY PARK AVE, SUITE 201
ASHEVILLE, NC 28801

**SECURED CREDITOR / POC**
**ADDRESS**
VENTURE PARTNERS LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1309 COFFEEN AVENUE, STE 1200
SHERIDAN, WY 82801

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

# EXHIBIT B

1

Kathleen P. March, Esq., (CA SBN 80366)

2

**THE BANKRUPTCY LAW FIRM, PC**

10524 W. Pico Blvd, Suite 212, LA, CA 90064

3

Phone: 310-559-9224;    Fax: 310-559-9133

Email: kmarch@BKYLAWFIRM.com

4

*Counsel for Greyson, Han Trinh, and*

*Jayde Trinh on Objection to Plan*

5

6

UNITED STATES BANKRUPTCY COURT

7

OF THE CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

8

In re

Bankruptcy Case No. 8:23-bk-10571-SC

9

Chapter 11

LITIGATION
PRACTICE
GROUP, PC

10

**(PROPOSED) ORDER GRANTING GREYSON LAW**

11

**CENTER PC, HAN TRINH, & PHUONG (JAYDE) TRINH'S**

12

**MOTION: (1)  TO <u>CONTINUE</u> THE 8/29/24 AT 10AM**

13

**HEARING ON TRUSTEE-CREDITOR COMMITTEE'S**

14

**PROPOSED PLAN [DKT.1344] TO A LATER DATE,**

**BECAUSE PLAN IS FATALLY OUT-OF-DATE, PER**

15

**INFORMATION IN TRUSTEE'S CH11 STATUS REPORT**

16

**[DKT.1512, FILED 08/15/24], AND (2) TO ORDER TRUSTEE-**

17

**CREDITOR COMMITTEE TO <u>REVISE PROPOSED PLAN</u>,**

18

**TO CURRENT INFORMATION**

19

<u>Hearing on Trustee-Creditors Committee proposed Plan [dkt.1344</u>

<u>filed 6/14/24] is at present set for</u>:

20

Date:  August 29, 2024

Time:  10:00am

21

Place:  By zoom.gov, or in person at Ctrm 5C of Bankruptcy Judge

22

Scott Clarkson, 411 West Fourth Street, Santa Ana, CA 92701-4593

NOTE:  Zoom.gov accessibility information will be provided by the

23

Court in its tentative ruling posted online prior to the hearing

24

25

26

Greyson Law Center, PC ("Greyson"), Han Trinh, and Phuong (Jayde) Trinh, ("Han/Jayde/Greyson") by their counsel of record, having filed their *Notice of Motion and Motion of Greyson Law Center PC, Jayde Trinh & Han Trinh: (1) to Continue the 8/29/24 at 10am Hearing on Trustee-Creditor Committee's Proposed Plan [Dkt.1344] to a Later Date, Because Plan is Fatally Out-of-Date, Per Information in Trustee's Ch11 Status Report [Dkt.1512, Filed 08/15/24], and (2) to Order Trustee-Creditor Committee to Revise Proposed Plan to Current Information*, and this Motion having been filed more than 3 days before the 8/29/24 hearing date, as required by CDCA LBR 9013-1(m), and good cause appearing, the Court hereby ORDERS:

1.      Han/Jayde/Greyson's **Motion to Continue** hearing on Trustee-Creditors Committee's proposed Plan [dkt.1344] is granted, and the hearing on proposed Plan is hereby continued to [DATE AND TIME to be selected by Court].

2.      Plan proponents Trustee Marshack/Creditors Committee are ordered to revise proposed Plan [dkt.1344] to current information.

IT IS SO ORDERED.

### 

(PROPOSED) ORDER GRANTING GREYSON LAW CENTER PC, HAN TRINH, & JAYDE TRINH'S MOTION TO CONTINUE THE 8/29/24 AT 10AM HEARING ON TRUSTEE-CREDITOR COMMITTEE'S PROPOSED PLAN [DKT.1344] TO A LATER DATE, BECAUSE PLAN IS FATALLY OUT-OF-DATE, AND TO ORDER TRUSTEE/CREDITORS COMMITTEE TO REVISE PLAN TO CURRENT INFO.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10524 W. Pico Blvd., Ste. 212, Los Angeles, CA 90064
A true and correct copy of the foregoing document entitled (*specify*):

**NOTICE OF MOTION AND MOTION OF GREYSON LAW CENTER PC, JAYDE TRINH & HAN TRINH: (1)  TO
CONTINUE THE 8/29/24 AT 10AM HEARING ON TRUSTEE-CREDITOR COMMITTEE'S PROPOSED PLAN
[DKT.1344] TO A LATER DATE, BECAUSE PLAN IS FATALLY OUT-OF-DATE, PER INFORMATION IN TRUSTEE'S
CH11 STATUS REPORT [DKT.1512, FILED 08/15/24], AND (2) TO ORDER TRUSTEE-CREDITOR COMMITTEE TO
REVISE PROPOSED PLAN, TO CURRENT INFORMATION; K.P.MARCH DECL. THAT COURT SHOULD NOT
CONSIDER A PLAN THAT IS FATALLY OUT OF DATE**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
___8/23/24___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See next page

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) ___8/23/24___,  I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

The Litigation Practice Group P.C.
17542 17th St
Suite 100
Tustin, CA 92780

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___8/23/24__, I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

Hon. Scott Clarkson
United States Bankruptcy Court
Central District of California
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/23/24 | Kathleen P. March | /s/ Kathleen P. March |
|---------|-------------------|-----------------------|
| *Date*  | *Printed Name*    | *Signature*           |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Kyra E Andrassy**    kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **Bradford Barnhardt**    bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **Eric Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com
- **Michael Jay Berger**    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Ethan J Birnberg**    birnberg@portersimon.com, kdwyer@portersimon.com
- **Peter W Bowie**    peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- **Ronald K Brown**    ron@rkbrownlaw.com
- **Christopher Celentino**    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Shawn M Christianson**    cmcintire@buchalter.com, schristianson@buchalter.com
- **Randall Baldwin Clark**    rbc@randallbclark.com
- **Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Michael W Davis**    mdavis@dtolaw.com, ygodson@dtolaw.com
- **Anthony Paul Diehl**    anthony@apdlaw.net, Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net,9143954420@filings.docketbird.com
- **Ashley Dionisio**    adionisio@omniagnt.com
- **Jenny L Doling**    jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- **Daniel A Edelman**    dedelman@edcombs.com, courtecl@edcombs.com
- **Howard M Ehrenberg**    Howard.Ehrenberg@gmlaw.com, hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com
- **Meredith Fahn**    fahn@sbcglobal.net
- **Jeremy Faith**    Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **William P Fennell**    william.fennell@fennelllaw.com, wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com
- **Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- **Marc C Forsythe**    mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
- **Jeremy Freedman**    jeremy.freedman@dinsmore.com, bonnie.connolly@dinsmore.com
- **Eric Gassman**    erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com
- **Christopher Ghio**    christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com
- **Amy Lynn Ginsburg**    efilings@ginsburglawgroup.com
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Jeffrey I Golden**    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **Richard H Golubow**    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **David M Goodrich**    dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Alan Craig Hochheiser**    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Garrick A Hollander**    ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Brian L Holman**    b.holman@musickpeeler.com
- **Richard L. Hyde**    rhyde@awglaw.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- **Peter L Isola**    pisola@hinshawlaw.com, rmojica@hinshawlaw.com,iking@hinshawlaw.com
- **Razmig Izakelian**    razmigizakelian@quinnemanuel.com
- **Sara Johnston**    sara.johnston@dinsmore.com
- **Sweeney Kelly**    kelly@ksgklaw.com
- **Joon M Khang**    joon@khanglaw.com
- **Ira David Kharasch**    ikharasch@pszjlaw.com
- **Meredith King**    mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **Nicholas A Koffroth**    nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com
- **David S Kupetz**    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Christopher J Langley**    chris@slclawoffice.com,
  langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com
- **Kelli Ann Lee**    Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com
- **Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Daniel A Lev**    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Britteny Leyva**    bleyva@mayerbrown.com,
  2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com
- **Marc A Lieberman**    marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com
- **Michael D Lieberman**    mlieberman@lipsonneilson.com
- **Yosina M Lissebeck**    Yosina.Lissebeck@Dinsmore.com,
  caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com
- **Mitchell B Ludwig**    mbl@kpclegal.com, kad@kpclegal.com
- **Daniel S March**    marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **Kathleen P March**    kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Mark J Markus**    bklawr@bklaw.com, markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Laila Masud**    lmasud@marshackhays.com,
  lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **Sarah S. Mattingly**    sarah.mattingly@dinsmore.com
- **William McCormick**    Bill.McCormick@ag.tn.gov
- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **Byron Z Moldo**    bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com
- **Glenn D. Moses**    gmoses@venable.com,
  cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com
- **Jamie D Mottola**    Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com
- **Alan I Nahmias**    anahmias@mbn.law, jdale@mbn.law
- **Victoria Newmark**    vnewmark@pszjlaw.com
- **Queenie K Ng**    queenie.k.ng@usdoj.gov
- **Israel Orozco**    israel@iolawcorp.com
- **Keith C Owens**    kowens@foxrothschild.com, khoang@foxrothschild.com
- **Lisa Patel**    lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- **Michael R Pinkston**    rpinkston@seyfarth.com,
  jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com
- **Douglas A Plazak**    dplazak@rhlaw.com
- **Tyler Powell**    tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com
- **Daniel H Reiss**    dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Vanessa Rodriguez**    vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com
- **Kevin Alan Rogers**    krogers@wellsmar.com
- **Gregory M Salvato**    gsalvato@salvatoboufadel.com,
  calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- **Olivia Scott**    olivia.scott@hklaw.com
- **Jonathan Serrano**    jonathan.serrano@dinsmore.com
- **Maureen J Shanahan**    Mstotaro@aol.com
- **Paul R Shankman**    PShankman@fortislaw.com, info@fortislaw.com
- **Zev Shechtman**    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com
- **Jeffrey M Singletary**    jsingletary@swlaw.com, rmckay@swlaw.com
- **Leslie Skorheim**    leslie.skorheim@usdoj.gov
- **Adam D Stein-Sapir**    info@pfllc.com
- **Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **John H. Stephens**    john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **Michael R Totaro**    Ocbkatty@aol.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **William J Wall**    wwall@wall-law.com
- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- **Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com
- **Reina Zepeda**    rzepeda@omniagnt.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**

36