# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | WELLS FARGO BANK |
| | | | **Account:** | ******9879 - DIP Account |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | $0.00 (per case limit) |
| **Period:** | 07/01/24 - 07/31/24 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | 6,095.42 | 6,095.42 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,095.42 | 6,095.42 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,095.42** | **$6,095.42** | |

# Form 2
## Cash Receipts and Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | WELLS FARGO BANK |
| | | **Account:** | ******9887 - DIP Account |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | $0.00 (per case limit) |
| **Period:** | 07/01/24 - 07/31/24 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **50.00** | **50.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **50.00** | **50.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$50.00** | **$50.00** | |

**Form 2**
**Cash Receipts and Disbursements Record**

| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | WELLS FARGO BANK |
| | | **Account:** | ******9895 - DIP Account |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | $0.00 (per case limit) |
| **Period:** | 07/01/24 - 07/31/24 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **50.00** | **50.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **50.00** | **50.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$50.00** | **$50.00** | |

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| --- | --- | --- | --- | --- |
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | Flagstar Bank, N.A. |
| | | | **Account:** | ******9960 - Checking |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | $0.00 (per case limit) |
| **Period:** | 07/01/24 - 07/31/24 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/03/24 | 1033 | Nancy Rapoport | June 2024 - 80% per order | 6700-000 | | 5,070.00 | 192,089.88 |
| 07/03/24 | 1034 | Nancy Rapoport | Expenses June 2024 per order 8-7-23 | 6710-000 | | 57.00 | 192,032.88 |
| 07/03/24 | 1035 | Advocate Investigative Agency, Inc. | Invoice 13848; AIA file 3167S-1; Stopped on 07/17/2024 | 6990-004 | | 30,414.87 | 161,618.01 |
| 07/09/24 | 1036 | Office of the U.S. Trustee | 2Q2024 quarterly fees; 738-23-10571 | 2950-000 | | 12,112.23 | 149,505.78 |
| 07/12/24 | | Morning Law Group, PC | MLG - first quarterly deferred payment | 1229-000 | 1,505,871.00 | | 1,655,376.78 |
| 07/17/24 | 1035 | Advocate Investigative Agency, Inc. | Invoice 13848; AIA file 3167S-1; Stopped: Check issued on 07/03/2024 | 6990-004 | | -30,414.87 | 1,685,791.65 |
| 07/17/24 | 1037 | Advocate Investigative Agency, Inc. | replaces ck 1035 lost in mail; Invoice 13848; AIA file 3167S-1; 7/24/24 REMAILED TO: 197 WOODLAND PKWY STE 104-407, 197 WOODLAND PKWY STE 104-407 | 6990-000 | | 30,414.87 | 1,655,376.78 |

|  | | |
| --- | --- | --- |
| **ACCOUNT TOTALS** | 15,185,043.69 | 13,529,666.91 | $1,655,376.78 |
| Less: Bank Transfers | 2,117,118.86 | 12,434,431.98 | |
| **Subtotal** | 13,067,924.83 | 1,095,234.93 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$13,067,924.83** | **$1,095,234.93** | |

# Form 2
## Cash Receipts and Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee | |
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | Flagstar Bank, N.A. | |
| | | **Account:** | ******2953 - ACH Segregated no fee account | |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | $0.00 (per case limit) | |
| **Period:** | 07/01/24 - 07/31/24 | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **6,250,466.48** | **6,202,000.00** | **$48,466.48** |
| | | | Less: Bank Transfers | | 6,250,466.48 | 6,202,000.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | Flagstar Bank, N.A. |
| | | | **Account:** | ******4611 - Payroll and Operating Account |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | $0.00 (per case limit) |
| **Period:** | 07/01/24 - 07/31/24 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/05/24 | 200469 | Bicher & Associates | 6-30-24 - 80% of agent fees per order 6/29/23 | 6700-000 | | 9.60 | 3,032.80 |
| 07/05/24 | 200470 | Bicher & Associates | CLAIMS work 6-30-24 - 60% this month; per order 6/29/23; Voided on 07/29/2024 | 6700-003 | | 135.00 | 2,897.80 |
| 07/29/24 | 200470 | Bicher & Associates | CLAIMS work 6-30-24 - 60% this month; per order 6/29/23; Voided: Check issued on 07/05/2024 | 6700-003 | | -135.00 | 3,032.80 |

| | | | | | |
|---|---|---|---|---|---|
| | | **ACCOUNT TOTALS** | | 2,618,436.02 | 2,615,403.22 | $3,032.80 |
| | | Less: Bank Transfers | | 312,100.00 | 1,675,691.98 | |
| | | **Subtotal** | | 2,306,336.02 | 939,711.24 | |
| | | Less: Payment to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | **$2,306,336.02** | **$939,711.24** | |

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | Flagstar Bank, N.A. |
| | | | **Account:** | ******4344 - Payroll Tax |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | $0.00 (per case limit) |
| **Period:** | 07/01/24 - 07/31/24 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/23/24 | 300012 | Florida U.C. Fund | 83-3885343 - 3Q23 - unemployment compensation fund | 6950-000 | | 138.18 | 8,226.15 |
| | | | **ACCOUNT TOTALS** | | **421,500.00** | **413,273.85** | **$8,226.15** |
| | | | Less: Bank Transfers | | 421,500.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **413,273.85** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$413,273.85** | |

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | Flagstar Bank, N.A. |
| | | **Account:** | ******3526 - Sale proceeds both bidders |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | $0.00 (per case limit) |
| **Period:** | 07/01/24 - 07/31/24 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS**<br>Less: Bank Transfers | | **1,249,963.98**<br>1,249,963.98 | **1,249,963.98**<br>1,249,963.98 | **$0.00** |
| | | | **Subtotal**<br>Less: Payment to Debtors | | **0.00** | **0.00**<br>0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | Fidelity |
| | | **Account:** | ******7725 - T-Bill Account |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | $0.00 (per case limit) |
| **Period:** | 07/01/24 - 07/31/24 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/31/24 | | Flagstar Advisors | income plus accrued interest plus/minus market fluctuation during calendar month (the T-bills were purchased mid-month) | 1270-000 | 28,003.11 | | 6,475,841.93 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 6,475,841.93 | 0.00 | $6,475,841.93 |
| Less: Bank Transfers | 6,200,000.00 | 0.00 | |
| **Subtotal** | 275,841.93 | 0.00 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$275,841.93** | **$0.00** | |

**Form 2**
**Cash Receipts and Disbursements Record**

| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | Flagstar Bank, N.A. |
| | | **Account:** | ******8404 - MMA - Sale Proceeds |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | $0.00 (per case limit) |
| **Period:** | 07/01/24 - 07/31/24 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/11/24 | | Flagstar Advisors | Transfer to Fidelity T-Bill Account NK2-068060 | 9999-000 | | 3,000,000.00 | 1,041,033.56 |
| 07/31/24 | | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 85.31 | | 1,041,118.87 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | **4,901,745.75** | **3,860,626.88** | $1,041,118.87 |
| Less: Bank Transfers | 4,900,000.00 | 3,860,626.88 | |
| **Subtotal** | **1,745.75** | **0.00** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,745.75** | **$0.00** | |

**Form 2**

Page: 11

## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | Flagstar Bank, N.A. |
| | | **Account:** | ******3629 - Refunds from MLG for not assumed LSAs |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | $0.00 (per case limit) |
| **Period:** | 07/01/24 - 07/31/24 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | **808,068.20** | **808,068.20** | $0.00 |
| | | | Less: Bank Transfers | | 808,068.20 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **808,068.20** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$808,068.20** | |

**Form 2**
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | Resolution Processing Account |
| | | **Account:** | ******1234 - Checking |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | $0.00 (per case limit) |
| **Period:** | 07/01/24 - 07/31/24 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 243,599.73 | 243,599.73 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 243,599.73 | 243,599.73 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$243,599.73** | **$243,599.73** | |

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | Flagstar Bank, N.A. |
| | | **Account:** | ******7193 - Avoidance Recoveries |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | $0.00 (per case limit) |
| **Period:** | 07/01/24 - 07/31/24 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **163,497.30** | **0.00** | **$163,497.30** |
| | | | Less: Bank Transfers | | 163,497.30 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | Fidelity |
| | | | **Account:** | ******8060 - T-Bill Account for Sale Proceeds |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | $0.00 (per case limit) |
| **Period:** | 07/01/24 - 07/31/24 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/11/24 | | Fidelity Advisors | Transfer from acct x8404 for new brokerage account from sale proceeds | 9999-000 | 3,000,000.00 | | 3,000,000.00 |
| 07/31/24 | | Flagstar Advisors | income plus accrued interest plus/minus market fluctuation during calendar month (the T-bills were purchased mid-month) | 1270-000 | 8,267.09 | | 3,008,267.09 |

|   |   |   |   |
|---|---|---|---|
| **ACCOUNT TOTALS** | **3,008,267.09** | **0.00** | **$3,008,267.09** |
| Less: Bank Transfers | 3,000,000.00 | 0.00 | |
| **Subtotal** | **8,267.09** | **0.00** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$8,267.09** | **$0.00** | |

**Form 2**

Page: 15

**Cash Receipts and Disbursements Record**

| | Net Receipts: | $15,909,910.77 |
|---|---|---|
| | Plus Gross Adjustments: | 0.34 |
| | Net Estate: | $15,909,911.11 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1234** | 243,599.73 | 243,599.73 | 0.00 |
| **Checking # ******2953** | 0.00 | 0.00 | 48,466.48 |
| **Checking # ******3526** | 0.00 | 0.00 | 0.00 |
| **Checking # ******3629** | 0.00 | 808,068.20 | 0.00 |
| **Checking # ******4344** | 0.00 | 413,273.85 | 8,226.15 |
| **Checking # ******4611** | 2,306,336.02 | 939,711.24 | 3,032.80 |
| **Checking # ******7193** | 0.00 | 0.00 | 163,497.30 |
| **Checking # ******7725** | 275,841.93 | 0.00 | 6,475,841.93 |
| **Checking # ******8060** | 8,267.09 | 0.00 | 3,008,267.09 |
| **Checking # ******8404** | 1,745.75 | 0.00 | 1,041,118.87 |
| **Checking # ******9879** | 6,095.42 | 6,095.42 | 0.00 |
| **Checking # ******9887** | 50.00 | 50.00 | 0.00 |
| **Checking # ******9895** | 50.00 | 50.00 | 0.00 |
| **Checking # ******9960** | 13,067,924.83 | 1,095,234.93 | 1,655,376.78 |
| | $15,909,910.77 | $3,506,083.37 | $12,403,827.40 |