In re: The Litigation Practice Group PC
Case no. 23-10571
MOR Supporting Documentation

Case 8:23-bk-10571-SC  Doc 1554-3  Filed 08/27/24  Entered 08/27/24 15:52:50
Desc  Schedule of Payments to Professionals    Page 1 of 1

Schedule of Payments to Professionals
For Period Ending: 6/30/2024

| Name of Professional | Role | Date of retention | Amount of any retainers received (reporting period) | Amount of any retainers received (cumulative) | Court-Approved Compensation (reporting period) | Court-Approved Compensation (cumulative) | Court-Approved Expenses (reporting period) | Court-Approved Expenses (cumulative) | Amount of retainer applied to compensation (reporting period) | Amount of retainer applied to compensation (cumulative) | Amount of retainer applied to expenses (reporting period) | Amount of retainer applied to expenses (cumulative) | Amount paid by the Estate for compensation (reporting period) | Amount paid by the Estate for compensation (cumulative) | Amount paid by the Estate for expenses (reporting period) | Amount paid by the Estate for expenses (cumulative) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nancy Rapoport | Monitor | 8/7/2023 | - | - | 5,070.00 | 33,858.32 | 57.00 | 1,997.89 | - | - | - | - | 5,070.00 | 33,858.32 | 57.00 | 1,997.89 |
| Bicher & Associates | Field Agent | 6/7/2023 | - | - | 9.60 | 35,330.40 | - | 1,258.87 | - | - | - | - | 9.60 | 35,330.40 | - | 1,258.87 |
| Tiffany Cornelius | Legal | | - | - | 22,000.00 | 22,000.00 | - | - | - | - | - | - | 22,000.00 | 22,000.00 | - | - |
| Ashley Lambert-Bland | Legal | | - | - | 30,250.00 | 30,250.00 | - | - | - | - | - | - | 30,250.00 | 30,250.00 | - | - |
| Shadae Clarke | Legal | | - | - | 19,675.00 | 19,675.00 | - | - | - | - | - | - | 19,675.00 | 19,675.00 | - | - |
| Kelly J. Adams | Legal | | - | - | 42,600.00 | 42,600.00 | - | - | - | - | - | - | 42,600.00 | 42,600.00 | - | - |
| Panamerican Consulting, LLC | Legal | | - | - | 268,323.80 | 268,323.80 | - | - | - | - | - | - | 268,323.80 | 268,323.80 | - | - |
| Resolution Ventures | Legal | | - | - | 269,210.67 | 269,210.67 | - | - | - | - | - | - | 269,210.67 | 269,210.67 | - | - |