1  JOSHUA R. TEEPLE, CPA
Grobstein Teeple LLP
2  23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
3  Telephone: (949) 381-5655
Facsimile: (949) 381-5665
4  Email:    jteeple@gtllp.com; documents@gtllp.com
5
6  Accountants for Richard A. Marshack, Chapter 7 Trustee

7  **UNITED STATES BANKRUPTCY COURT**

8  **CENTRAL DISTRICT OF CALIFORNIA**

9  **SANTA ANA DIVISION**

| | |
|---|---|
| In re | Case No.: 8:23-bk-10571-SC |
| **THE LITIGATION PRACTICE GROUP P.C.,** | Chapter 7 |
| | **FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GROBSTEIN TEEPLE, LLP AS ACCOUNTANTS FOR THE CHAPTER 7 TRUSTEE; DECLARATION OF JOSHUA R. TEEPLE IN SUPPORT THEREOF** |
| Debtor. | Date:  September 24, 2024<br>Time: 10:00 a.m.<br>Ctrm: 5C<br>    U.S. Bankruptcy Court<br>    411 West Fourth Street<br>    Santa Ana, California 92701 |

23  **TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE:**

GROBSTEIN TEEPLE LLP ("Applicant" or "GT" or the "Firm"), accountants for the Chapter 7 Trustee of The Litigation Practice Group P.C. (the "Debtor") in the above-referenced case, represents the following in support of this *First Interim Application for Compensation and Reimbursement of Expenses of Grobstein Teeple, LLP as Accountants for the Chapter 7 Trustee* ("Application").  The

Application requests a total of $307,466.50 for fees and $51.03 for expenses incurred during the period of May 12, 2023, through and including June 30, 2024 (the "Application Period").

## I.

## PRELIMINARY SUMMARY OF COMPENSATION DATA

1.      Applicant: GROBSTEIN TEEPLE LLP

2.      Application Period: May 12, 2023 through June 30, 2024

3.      Date of Entry of Order Authorizing Employment:  July 3, 2023 [effective May 12, 2023]

4.      Date Services Commenced:  May 12, 2023

5.      Dates of Prior Fee Hearings: None

6.      Advance Fee Payment Received: $0.00

7.      Advance Fee Payment Remaining: $0.00

8.      Fees Paid Pursuant to Prior Fee Applications: $0.00

9.      Expenses Paid Pursuant to Prior Fee Applications: $0.00

10.      Amount Remaining to be Paid to Pursuant to Prior Applications: $0.00

11.      Amount Reserved Pending Final Fee Application: $0.00

12.      Total Amount of Fees Requested for this Application Period: $307,466.50[1]

13.      Total Amount of Expenses Requested for this Application Period: $51.03

14.      Cash on hand: $12,367,336.89

Applicant is seeking 100% approval of fees and understands that based on the terms of Applicant's employment application it will take a reduction of 15% of the allowed fees if a distribution of less than 25% is made to the general unsecured creditors.  As such, Applicant is agreeable to a 15% interim holdback of 100% allowed fees to ensure it does not receive more than the potential reduction.

///

///

---

[1] Pursuant to the employment in this case, GT agreed that if general unsecured creditors do not receive at least a 25% distribution on allowed claims, GT would take a voluntary 15% reduction on its standard hourly rates to the extent GT's fees were approved by the Court.  Further, should general unsecured creditors receive a distribution of more than 25%, GT will have the ability to request that the Court to allow 100% of its fees.  At this time GT is only seeking payment of $261,346.52 (85% of the fees sought).

## II.

## INTRODUCTION

1.      On March 20, 2023, the Debtor filed a voluntary petition under Chapter 7 of Title 11 of the United States Code (the "Petition Date").  Thereafter, Richard A. Marshack was appointed as the chapter 7 trustee ("Trustee") for the Debtor's bankruptcy estate ("Estate").

2.      Pursuant to the order entered authorizing the employment of GT as accountants, Applicant began work on May 12, 2023.

3.      Applicant was employed to provide accounting related assistance including: obtain and evaluate financial records; evaluate assets and liabilities of the Debtor and Estate; evaluate tax issues related to the Debtor and Estate; prepare tax returns; provide litigation consulting if required; and provide accounting and consulting services requested by the Trustee and his counsel.

4.      This is Applicant's first interim application in connection with this case.  Applicant seeks approval of compensation for the Application Period.  The requested amount of compensation is based upon a total of 1,293.1 hours of accounting services, resulting in fees totaling $307,466.50. In addition, Applicant incurred expenses in the amount of $51.03. The Applicant is informed and believes that the Trustee is currently holding $12,367,336.89.

5.      The professional services which are the subject of this Application were rendered by the Applicant in connection with providing services for the benefit of the estate and not for any other entity. All of the expenses which are the subject of this Application were incurred by Applicant in connection with providing services for the benefit of the estate.

6.      Applicant maintains time records of professionals and support personnel on a contemporaneous basis.  Such time records are prepared by the professionals who have rendered the services.  The time records and this Application were reviewed by the project manager assigned to the case.

7.      **Exhibit "A"** attached to the declaration in support of the Application provides a grand total of fees, as well as expenses, by subject area incurred during the Application Period.

8.      A summary of the hours of professional time expended by each professional for the Applicant is attached as **Exhibit "B"** to the declaration in support of the Application.  The hourly

rates in **Exhibit "B"**, as well as those reported in **Exhibit "C"**, reflect the rates in effect on the dates those services were performed.  Therefore, certain professionals may reflect multiple rates if there were rate adjustments during the Application Period.

9.    Attached as **Exhibit "C"** to the declaration in support of this Application and incorporated herein by this reference is a report detailing the services and expenses rendered by the Applicant for the Application Period, with a description of the service(s) performed, time spent, timekeeper identity, and applicable rate.  **Exhibit "C"** categorizes the professional fees by subject work areas.

10.    Applicant has no agreement or understanding for a division of fees between Applicant and any other party or parties involved in this matter.  No retainer or advance fee payment has been received by Applicant and Applicant has not received, nor intends to receive, a lien or any other interest in the property of the Debtor or any other third party to secure payments of Applicant's fees.  Applicant is aware of the risk that there may be insufficient assets from which it may be compensated.

11.    Attached as **Exhibit "D"** to the declaration in support of this Application is biographical information of the professionals providing services during the Application Period.

**III.**

**SUMMARY OF PROFESSIONAL SERVICES PERFORMED BY APPLICANT**

**Accounting Services**

12.    Applicant was engaged by the Chapter 7 Trustee to provide accounting services which included evaluating books and records, gathering and analyzing available documents and electronic data, interviewing parties to the matter, and performing financial and other analyses.

13.    Debtor's management was uncooperative and access to the scant financial records available was limited.  The Trustee and his counsel instructed Applicant to conduct a thorough investigation of the Debtor's available financial records, which required Applicant to reconstruct banking activity and prepare multiple analyses thereupon.

14.    Applicant worked with the Trustee, his counsel and counsel for the Debtor's principals to obtain as much of the Debtor's banking and accounting records as quickly, efficiently and completely as possible.  Trustee's counsel is still in the process of obtaining missing banking records

from multiple financial institutions.

15. Applicant participated in numerous email correspondence, teleconferences, and videoconferences with the Trustee, Trustee's counsel, and third-party vendors used by the Debtor in order to assist with obtaining and preserving the Debtor's financial records.

16. Applicant had to review and organize the bank statements in order to start the reconstruction process.

17. Throughout the case, Applicant maintained a detailed inventory of all bank and credit card accounts identified in the tens of thousands of pages of records obtained in this matter. Applicant has provided multiple lists of identified and missing bank accounts to Trustee's counsel to assist with subpoena demands of banks involved to obtain missing bank account statements and related enclosures.

18. Applicant did not receive all of the bank records at once. They were received piece-meal over the pendency of the case.  Each time bank statements were received, Applicant had to update its banking index, reconstruct the new banking activity, and integrate that data into the existing reconstruction.

19. Applicant reconstructed the bank account transaction data as described in the Reconstruction Accounting section below.  Ultimately, the reconstruction consisted of approximately 50 bank accounts consisting of over 61,000 transactions.

20. Once the bank statements were reconstructed, Applicant had to normalize the voluminous banking transactions in order to run analyses by payee and payor.  All of the bank statements received did not have check images, therefore, Applicant had to provide lists of missing check images for the Trustee and his counsel to obtain those records from the banks.  Once the missing check images were received, Applicant had to record the check payee and memo information by reconciling the payee and dollar amounts from the produced images to the database created by Applicant.

21. After the banking transaction data set was complete, Applicant prepared multiple analyses as requested by the Trustee, including but not limited to, disbursements summaries by entity.
///

22.  Applicant prepared 14 monthly operating reports ("MORs") as required by the U.S. Trustee's office ("UST").  Due to the lack of cooperation by the Debtor, Applicant had to amend the initial MORs several times as additional information became available.

23.  Applicant prepares an addendum each month to be included with the MOR to provide additional information that cannot be reported on the data-enabled MOR form.

24.  Applicant attended court hearings virtually and/or in-person as requested by the Trustee and his counsel.

25.  Applicant participated in numerous communications with financial advisors retained by the creditors' committee ("Committee FAs") and provided information as requested by the Committee FAs.

26.  Applicant worked with Debtor's former technology advisors to obtain Debtor's accounting records.

27.  During the Application Period, Applicant incurred 276.70 hours under the category of Accounting Services, resulting in fees totaling $92,962.50. This results in a blended hourly rate of $335.96.

**Fee/Employment Application**

28.  Applicant prepared its employment application in the case.  The employment application was prepared to include certain fee payment provisions requested by the Trustee.

29.  During the Application Period, Applicant incurred 4.5 hours under the category of Fee/Employment Application, resulting in fees totaling $651.50. This results in a blended hourly rate of $144.78.

**Litigation Consulting**

30.  Trustee and his counsel determined that there were numerous alleged fraudulent transfers made by the Debtor during the 90-day and 4-year pre-petition period that could possibly be recovered for the benefit of the Estate.

31.  As discussed above, Applicant reviewed, indexed, and analyzed banking records received in the underlying lawsuits commenced by the Trustee and his counsel in order to assist with the identification of potential litigation targets.

32.     To date, Applicant has prepared over 300 analyses for transfers made within the 90-day and 4-year pre-petition periods by Debtor. Applicant provided Trustee counsel with the supporting bank records for each transaction in each of the analyses.

33.     In addition to the transfer analyses discussed above, Applicant prepared fund tracing analyses for funds received from six secured creditors.

34.     Applicant provided declarations as needed supporting the Trustee's fraudulent transfer actions.

35.     Trustee instructed Applicant to prepare an insolvency analysis.  Applicant reviewed the financial records received by the Trustee and advised Trustee that the financial records were incomplete.

36.     Applicant assisted Trustee in his attempt to gain access to additional financial records.

37.     During the Application Period, Applicant incurred 56.7 hours under the category of Litigation Consulting, resulting in fees totaling $18,385.00. This results in a blended hourly rate of $324.25.

**Reconstruction Accounting**

38.     Applicant reviewed and organized bank statements received pursuant to subpoenas issued by the Trustee and his counsel.

39.     Applicant reconstructed the bank account transaction data, including populating the source or use of each transaction and any other available data points. The reconstruction consisted of Applicant recording the account holder name, account number, statement date, transaction date, check or reference number, payee or payor, amount, and memo for each transaction.   Ultimately, the reconstruction is comprised of approximately 50 bank accounts consisting of over 61,000 transactions.

40.     As discussed above, Applicant had to update the reconstruction once the missing check images were obtained.  Applicant had to reconstruct the check payee and memo information by reconciling the payee and dollar amounts from the produced images to the database created by Applicant.

///

41.     During the Application Period, Applicant incurred 591.10 hours under the category of Reconstruction Accounting, resulting in fees totaling $115,162.50. This results in a blended hourly rate of $194.83.

**Tax Issues**

42.     Applicant assisted Trustee in resolving payroll tax reporting issues.

43.     Applicant assisted Trustee in obtaining tax transcripts from the Internal Revenue Service.

44.     Applicant reviewed the tax transcripts to determine tax filing requirements for the Debtor's estate.

45.     During the Application Period, Applicant incurred 1.7 hours under the category of Tax Issues, resulting in fees totaling $516.50. This results in a blended hourly rate of $303.82.

**Tax Return Preparation**

46.     Applicant prepared the Debtor's required income tax return extension.

47.     During the Application Period, Applicant incurred 0.2 hours under the category of Tax Return Preparation, resulting in fees totaling $77.00. This results in a blended hourly rate of $385.00.

**Preference/Insider Analysis**

48.     Applicant prepared a summary analysis of over 1,300 payees in the 90-day pre-petition period.

49.     Applicant prepared a summary analysis of over 6,000 payees in the 4-year pre-petition period.

50.     Trustee and his counsel then asked applicant to prepare detailed 90-day and 4-year analyses of certain payees.

51.     Applicant prepared numerous analyses as requested by the Trustee and his counsel.

52.     During the Application Period, Applicant incurred 362.20 hours under the category of Preference/Insider Analysis, resulting in fees totaling $79,711.50. This results in a blended hourly rate of $220.08.

///

///

**Expenses**

53.    During the Application Period, Applicant incurred out-of-pocket expenses totaling $462.11, for which reimbursement is being sought.  Those expenses are as follows:

| Postage/Delivery Charges | $21.83 |
|---|---|
| Photocopies/Printing | $29.20 |
| TOTAL | $51.03 |

**IV.**

**FIRST REQUEST FOR INTERIM COMPENSATION**

54.    During the Application Period, Applicant incurred a total of 1,293.10 hours as accountants for the Chapter 7 Trustee.  Applicant submits that all of its time was reasonable and necessary.  Applicant has attempted, as best possible, to avoid utilizing professionals at a higher rate than needed for any particular task.  The blended hourly rate for the Application Period is $237.77.

55.    Applicant is seeking 100% approval of fees and understands that based on the terms of Applicant's employment application it will take a reduction of 15% of the allowed fees if a distribution of less than 25% is made to the general unsecured creditors.  As such, Applicant is agreeable to a 15% interim holdback of 100% allowed fees to ensure it does not receive more than the potential reduction.

56.    At this time Applicant is requesting approval of $307,466.50, but is only seeking payment of $261,346.52 (85% of the fees sought) for services rendered.  This amount is based upon the normal hourly rates charged by its professionals at the time the work was performed.  This amount does not include any enhancements or bonuses.  It is also requesting reimbursement of costs in the amount of $51.03.

///
///
///
///
///
///

**WHEREFORE, GROBSTEIN TEEPLE LLP** requests that this Court, after proper notice and hearing, allow on an interim basis, fees totaling $307,466.50 with payment of fees limited to $261,346.52 (85% of the fees sought). Applicant also requests approval of expenses totaling $51.03. This would result in a total payment of $261,394.55 to GROBSTEIN TEEPLE LLP.

Dated: September 3, 2024                          GROBSTEIN TEEPLE LLP

                                        By _____

                                           JOSHUA R. TEEPLE

## DECLARATION OF JOSHUA R. TEEPLE

I, JOSHUA R. TEEPLE, declare and state as follows:

1.     I am a certified public accountant, duly licensed and authorized to practice accounting in the State of California.  I am a member in good standing of the American Institute of Certified Public Accountants (AICPA). I am a partner of GROBSTEIN TEEPLE LLP ("GT"), accountants for the Chapter 7 Trustee, and am duly authorized to make this declaration on behalf of GT.

2.     I am the accountant principally responsible for the services performed in this matter on behalf of the Chapter 7 Trustee.  The facts stated herein are within my personal knowledge or I have gained knowledge of them from other GT staff members or the regular business records as maintained by my office.  The time records and this Application were reviewed by the project manager assigned to the case.  If called as a witness, I could and would testify competently thereto.

3.     I have reviewed the foregoing First Interim Application for Compensation and Reimbursement of Expenses of Grobstein Teeple, LLP as Accountants for the Chapter 7 Trustee (the "Application"). I have reviewed the requirements of Local Bankruptcy Rule 2016, and to the best of my knowledge, information, and belief, the Application are true and correct, and the Application complies with that rule.

4.     I am familiar with GT's billing practices and procedures. In the ordinary course of its business, GT keeps a record of all time expended by its professionals and employees in the rendering of professional services, as well as all reimbursable expenses, on a computerized billing system. The amounts requested by GT in the Application are based upon GT's business records kept in the ordinary course of GT's business.

5.     Attached to this declaration as **Exhibit "A"** is a true and correct copy of a report generated by GT's computerized billing system, which provides a grand total of fees by subject area incurred by GT in this matter on behalf of the estate and expenses incurred by GT, which is kept by GT in the ordinary course of its business.

6.     Attached to this declaration as **Exhibit "B"** is a true and correct copy of a report generated by GT's computerized billing system, which provide a summary of the hours of professional time expended by each professional at GT in providing services to the estate in this matter, which is

kept by GT in the ordinary course of its business.

7.   Attached to this declaration as **Exhibit "C"** is a true and correct copy of a report generated by GT's computerized billing system providing a detail of fees and expenses incurred by GT in connection with providing services to the estate in this matter, which GT keeps in the ordinary course of its business. The time records include a description of the nature of the services performed, the GT professional providing that service, the applicable rate of the professional, and the duraction of time expended.

8.   GT's request for reimbursement of costs and the computation of the costs reflect photocopying at $0.20 per page, outgoing facsimiles at $1.00 per page and incoming facsimiles at $0.20 per page.  All costs from outside parties such as messengers, Federal Express, mail and long distance telephone charges are charged at Applicant's cost.

9.   Attached to this declaration as **Exhibit "D"** is biographical information of the professionals who provided services to the estate in this matter.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed September 23, 2024 at _Mission Viejo_____, _California_____.




JOSHUA R. TEEPLE

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

*PO Box 253, Woonsocket, RI 02895*

A true and correct copy of the foregoing document entitled (*specify*): **FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GROBSTEIN TEEPLE, LLP AS ACCOUNTANTS FOR THE CHAPTER 7 TRUSTEE; DECLARATION OF JOSHUA R. TEEPLE IN SUPPORT THEREOF WITH PROOF OF SERVICE AND EXHIBIT A-D** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  September 3, 2024 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒   Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On  September 3, 2024 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<u>Debtor</u>                                          Honorable Scott C. Clarkson
The Litigation Practice Group P.C.               U.S. Bankruptcy Court
17542 17th St, Suite 100                          411 West Fourth St., Ste. 5130
Tustin, CA 92780-1981                            Santa Ana, CA 92701-5493

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Kim Steverson @ ksteverson@OmniAgnt.com; LPG@omniagnt.com; lpg@OmniAgnt.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

 September 3, 2024              Denise Weiss                            *Denise Weiss*
        *Date*                          *Typed Name*                        *Signature*

**CM/ECF NOTICE OF ELECTRONIC FILING**

- Adam D Stein-Sapir on behalf of Creditor Pioneer Funding Group LLC info@pfllc.com
- Alan Craig Hochheiser on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com arodriguez@mauricewutscher.com
- Alan I Nahmias on behalf of Interested Party Courtesy NEF anahmias@mbn.law jdale@mbn.law
- Alan W Forsley on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- Alan W Forsley on behalf of Defendant JGW Solutions LLC alan.forsley@flpllp.com, awf@fkllawfirm.com, awf@fl-lawyers.net,addy@flpllp.com
- Amy Lynn Ginsburg on behalf of Creditor Amy Ginsburg efilings@ginsburglawgroup.com
- Amy Lynn Ginsburg on behalf of Creditor Shannon Bellfield efilings@ginsburglawgroup.com
- Amy Lynn Ginsburg on behalf of Creditor Kenton Cobb efilings@ginsburglawgroup.com
- Andrew Still on behalf of Creditor Alteryx Inc. astill@swlaw.com, kcollins@swlaw.com
- Andrew Still on behalf of Interested Party Courtesy NEF astill@swlaw.com kcollins@swlaw.com
- Andrew Still on behalf of Plaintiff Alteryx Inc. astill@swlaw.com, kcollins@swlaw.com
- Anthony Paul Diehl on behalf of Interested Party Courtesy NEF anthony@apdlaw.net Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net,9143954420@filings.docketbird.com
- Ashley Dionisio on behalf of Other Professional Omni Agent Solutions adionisio@omniagnt.com
- Bradford Barnhardt on behalf of Plaintiff Richard A. Marshack bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- Bradford Barnhardt on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- Bradford Barnhardt on behalf of Trustee Richard A Marshack (TR) bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- Brian L Holman on behalf of Creditor Sharp Electronics Corporation b.holman@musickpeeler.com
- Britteny Leyva on behalf of Interested Party Revolv3 Inc. bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com
- Byron Z Moldo on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com aantonio@ecjlaw.com, dperez@ecjlaw.com
- Christopher Celentino on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com caron.burke@dinsmore.com
- Christopher Celentino on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com caron.burke@dinsmore.com
- Christopher Ghio on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- Christopher Ghio on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- Christopher J Langley on behalf of Interested Party Courtesy NEF chris@slclawoffice.com langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com
- D Edward Hays on behalf of Interested Party Courtesy NEF ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- D Edward Hays on behalf of Creditor Committee of Unsecured Creditors ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- D Edward Hays on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Daniel A Edelman on behalf of Creditor Carolyn Beech dedelman@edcombs.com courtecl@edcombs.com

- Daniel A Lev on behalf of Interested Party Liberty Acquisitions Group Inc. daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- Daniel A Lev on behalf of Interested Party Consumer Legal Group P.C. daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- Daniel A Lev on behalf of Defendant Consumer Legal Group PC daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- Daniel A Lev on behalf of Defendant LGS Holdco LLC daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com; dlev@ecf.courtdrive.com
- Daniel A Lev on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com; dlev@ecf.courtdrive.com
- Daniel H Reiss on behalf of Defendant Eng Taing dhr@lnbyg.com dhr@ecf.inforuptcy.com
- Daniel H Reiss on behalf of Defendant Touzi Capital LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- Daniel H Reiss on behalf of Defendant PECC Corp dhr@lnbyg.com dhr@ecf.inforuptcy.com
- Daniel S March on behalf of Interested Party INTERESTED PARTY marchlawoffice@gmail.com marchdr94019@notify.bestcase.com
- Daniel S March on behalf of Defendant Daniel S. March marchlawoffice@gmail.com marchdr94019@notify.bestcase.com
- David M Goodrich on behalf of Interested Party Courtesy NEF dgoodrich@go2.law kadele@go2.law; dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- David M Goodrich on behalf of Creditor United Partnerships LLC dgoodrich@go2.law, kadele@go2.law; dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- David S Kupetz on behalf of Defendant Marich Bein LLC David.Kupetz@lockelord.com mylene.ruiz@lockelord.com
- David S Kupetz on behalf of Defendant Marich Bein LLC David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- David S Kupetz on behalf of Interested Party Courtesy NEF David.Kupetz@lockelord.com mylene.ruiz@lockelord.com
- Douglas A Plazak on behalf of Defendant Scott James Eadie dplazak@rhlaw.com
- Eric Bensamochan on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us G63723@notify.cincompass.com
- Eric Bensamochan on behalf of Interested Party Courtesy NEF eric@eblawfirm.us G63723@notify.cincompass.com
- Eric Bensamochan on behalf of Creditor Affirma LLC eric@eblawfirm.us, G63723@notify.cincompass.com
- Eric Bensamochan on behalf of Creditor Oxford Knox LLC eric@eblawfirm.us, G63723@notify.cincompass.com
- Eric Gassman on behalf of Creditor Herret Credit erg@gassmanlawgroup.com gassman.ericb112993@notify.bestcase.com
- Eric D Goldberg on behalf of Defendant Stripe Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Ethan J Birnberg on behalf of Defendant Diverse Capital LLC birnberg@portersimon.com reich@portersimon.com
- Ethan J Birnberg on behalf of Defendant BMF Advance LLC birnberg@portersimon.com, reich@portersimon.com
- Garrick A Hollander on behalf of Creditor Debt Validation Fund II LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Garrick A Hollander on behalf of Creditor MC DVI Fund 1 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Garrick A Hollander on behalf of Creditor MC DVI Fund 2 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Glenn D. Moses on behalf of Creditor ADP Inc gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com

- Gregory M Salvato on behalf of Creditor Mari Agape gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- Gregory M Salvato on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- Howard Steinberg on behalf of Defendant BankUnited N.A. steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- Howard M Ehrenberg on behalf of Defendant New Horizon Finance LLC Howard.Ehrenberg@gmlaw.com hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com
- Ira David Kharasch on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com
- Ira David Kharasch on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com Israel Orozco on behalf of Creditor Israel Orozco israel@iolawcorp.com
- Jacob Newsum-Bothamley on behalf of Trustee Richard A Marshack (TR) jacob.bothamley@dinsmore.com angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- Jacob Newsum-Bothamley on behalf of Plaintiff Richard A. Marshack jacob.bothamley@dinsmore.com angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- Jamie D Mottola on behalf of Plaintiff Richard A. Marshack Chapter 11 Trustee Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com
- Jeffrey I Golden on behalf of Creditor Affirma LLC jgolden@go2.law, kadele@ecf.courtdrive.com; cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- Jeffrey I Golden on behalf of Creditor Anaheim Ducks Hockey Club LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- Jeffrey I Golden on behalf of Creditor Oxford Knox LLC jgolden@go2.law, kadele@ecf.courtdrive.com; cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- Jeffrey I Golden on behalf of Creditor Anaheim Arena Management LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- Jeffrey I Golden on behalf of Interested Party Courtesy NEF jgolden@go2.law kadele@ecf.courtdrive.com; cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- Jeffrey M Singletary on behalf of Plaintiff Alteryx Inc. jsingletary@swlaw.com, rmckay@swlaw.com
- Jenny L Doling on behalf of Interested Party National Consumer Bankruptcy Rights Center jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- Jenny L Doling on behalf of Interested Party INTERESTED PARTY jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- Jenny L Doling on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- Jeremy Faith on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- Jeremy Faith on behalf of Defendant Colbalt Funding Solutions LLC Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- Jeremy Freedman on behalf of Trustee Richard A Marshack (TR) jeremy.freedman@dinsmore.com nicolette.murphy@dinsmore.com
- Jeremy Freedman on behalf of Plaintiff Richard A. Marshack jeremy.freedman@dinsmore.com nicolette.murphy@dinsmore.com
- John H. Stephens on behalf of Plaintiff Richard A Marshack john.stephens@dinsmore.com lizbeth.alonso@dinsmore.com
- Johnny White on behalf of Creditor Debt Relief Group LLC JWhite@wrslawyers.com, jlee@wrslawyers.com

- Johnny White on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com jlee@wrslawyers.com
- Jonathan Serrano on behalf of Special Counsel Dinsmore & Shohl LLP jonathan.serrano@dinsmore.com
- Jonathan Serrano on behalf of Trustee Richard A Marshack (TR) jonathan.serrano@dinsmore.com
- Jonathan Serrano on behalf of Plaintiff Richard A. Marshack jonathan.serrano@dinsmore.com
- Joon M Khang on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com
- Joon M Khang on behalf of Attorney Khang & Khang LLP joon@khanglaw.com
- Kathleen P March on behalf of Defendant Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net, kmarch@sbcglobal.net
- Kathleen P March on behalf of Creditor Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net, kmarch@sbcglobal.net
- Kathleen P March on behalf of Creditor Phuong (Jayde) Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net, kmarch@sbcglobal.net
- Kathleen P March on behalf of Defendant Jayde Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net, kmarch@sbcglobal.net
- Kathleen P March on behalf of Defendant Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net, kmarch@sbcglobal.net
- Kathleen P March on behalf of Creditor Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net, kmarch@sbcglobal.net
- Keith C Owens on behalf of Creditor Committee Committee of Unsecured Creditors kowens@foxrothschild.com khoang@foxrothschild.com
- Kelli Ann Lee on behalf of Trustee Richard A Marshack (TR) Kelli.lee@dinsmore.com kristy.allen@dinsmore.com
- Kenneth Misken on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov
- Kevin Alan Rogers on behalf of Creditor Wells Marble and Hurst PLLC krogers@wellsmar.com
- Laila Masud on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- Laila Masud on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- Laila Masud on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- Laila Masud on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com lmasud@ecf.courtdrive.com; lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- Leslie Skorheim on behalf of U.S. Trustee United States Trustee (SA) leslie.skorheim@usdoj.gov
- Leslie A Cohen on behalf of Defendant Rosa Bianca Loli leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- Leslie A Cohen on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com; clare@lesliecohenlaw.com
- Lisa Patel on behalf of Defendant OptimumBank Holdings Inc. lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- Marc A Lieberman on behalf of Defendant JGW Solutions LLC marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com
- Marc A Lieberman on behalf of Interested Party Courtesy NEF marc.lieberman@flpllp.com addy@flpllp.com,andrea@flpllp.com
- Marc C Forsythe on behalf of Defendant Clear Vision Financial LLC mforsythe@goeforlaw.com mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
- Marc C Forsythe on behalf of Defendant Point Break Holdings LLC mforsythe@goeforlaw.com mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
- Marc C Forsythe on behalf of Defendant Perfect Financial LLC mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
- Mark J Markus on behalf of Creditor David Orr bklawr@bklaw.com markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com

- Matthew A Lesnick on behalf of Defendant OptimumBank Holdings Inc. matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- Maureen J Shanahan on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Mstotaro@aol.com
- Meredith Fahn on behalf of Creditor Meredith Fahn fahn@sbcglobal.net
- Meredith King on behalf of Interested Party Courtesy NEF mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law
- Meredith King on behalf of Defendant Gallant Law Group mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law
- Michael D Lieberman on behalf of Creditor Phillip A. Greenblatt PLLC mlieberman@lipsonneilson.com
- Michael Jay Berger on behalf of Defendant Leucadia Enterprises Inc michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- Michael R Pinkston on behalf of Creditor Wells Marble and Hurst PLLC rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com
- Michael R Totaro on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Ocbkatty@aol.com
- Michael R Totaro on behalf of Interested Party Randall Baldwin Clark Ocbkatty@aol.com
- Michael W Davis on behalf of Defendant Morning Law Group P.C. mdavis@dtolaw.com, ygodson@dtolaw.com
- Mitchell B Ludwig on behalf of Defendant Bridge Funding Cap LLC mbl@kpclegal.com, kad@kpclegal.com
- Mitchell B Ludwig on behalf of Creditor Fundura Capital Group mbl@kpclegal.com kad@kpclegal.com
- Nicholas A Koffroth on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com
- Olivia Scott on behalf of Creditor Azzure Capital LLC olivia.scott@hklaw.com
- Olivia Scott on behalf of Creditor Hi Bar Capital LLC olivia.scott@hklaw.com
- Paul R Shankman on behalf of Creditor United Partnerships LLC PShankman@fortislaw.com, info@fortislaw.com
- Paul R Shankman on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com info@fortislaw.com
- Peter L Isola on behalf of Interested Party Merchants Credit Corporation pisola@hinshawlaw.com rmojica@hinshawlaw.com,iking@hinshawlaw.com
- Peter W Bowie on behalf of Trustee Richard A Marshack (TR) peter.bowie@dinsmore.com caron.burke@dinsmore.com
- Queenie K Ng on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov
- Randall Baldwin Clark on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com
- Razmig Izakelian on behalf of Plaintiff OHP-CDR LP razmigizakelian@quinnemanuel.com
- Razmig Izakelian on behalf of Counter-Defendant PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com
- Razmig Izakelian on behalf of Plaintiff PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com
- Razmig Izakelian on behalf of Counter-Defendant OHP-CDR LP razmigizakelian@quinnemanuel.com
- Razmig Izakelian on behalf of Creditor OHP-CDR LP razmigizakelian@quinnemanuel.com
- Reina Zepeda on behalf of Other Professional Omni Agent Solutions rzepeda@omniagnt.com
- Richard A Marshack (TR) pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com
- Richard H Golubow on behalf of Creditor Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Richard H Golubow on behalf of Defendant Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Richard H Golubow on behalf of Defendant MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Richard H Golubow on behalf of Defendant MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Richard H Golubow on behalf of Creditor MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Richard H Golubow on behalf of Creditor MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Richard L. Hyde on behalf of Interested Party Courtesy NEF rhyde@awglaw.com
- Ronald K Brown on behalf of Creditor SDCO Tustin Executive Center Inc. ron@rkbrownlaw.com

- Ronald N Richards on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com
- Ronald N Richards on behalf of Defendant Consumer Legal Group PC ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Sara Johnston on behalf of Trustee Richard A Marshack (TR) sara.johnston@dinsmore.com
- Sarah S. Mattingly on behalf of Plaintiff Richard A. Marshack Chapter 11 Trustee sarah.mattingly@dinsmore.com
- Sarah S. Mattingly on behalf of Defendant Clearcube LLC sarah.mattingly@dinsmore.com
- Sarah S. Mattingly on behalf of Trustee Richard A Marshack (TR) sarah.mattingly@dinsmore.com
- Sarah S. Mattingly on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com
- Sharon Z. Weiss on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- Sharon Z. Weiss on behalf of Defendant Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- Sharon Z. Weiss on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- Shawn M Christianson on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com schristianson@buchalter.com
- Sweeney Kelly on behalf of Defendant Fidelity National Information Services Inc. kelly@ksgklaw.com
- Sweeney Kelly on behalf of Defendant Worldpay Group kelly@ksgklaw.com
- Sweeney Kelly on behalf of Defendant Fidelity National Information Services Inc. dba FIS kelly@ksgklaw.com
- Sweeney Kelly on behalf of Defendant Worldpay LLC kelly@ksgklaw.com
- Tyler Powell on behalf of Counter-Claimant Richard A Marshack (TR) tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com
- Tyler Powell on behalf of Trustee Richard A Marshack (TR) tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com
- Tyler Powell on behalf of Plaintiff Richard A. Marshack tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com
- Tyler Powell on behalf of Counter-Claimant Richard A. Marshack tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com
- Tyler Powell on behalf of Defendant Richard A. Marshack tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Vanessa Rodriguez on behalf of Plaintiff Richard A. Marshack vanessa.rodriguez@dinsmore.com angelica.urena@dinsmore.com
- Vanessa Rodriguez on behalf of Trustee Richard A Marshack (TR) vanessa.rodriguez@dinsmore.com angelica.urena@dinsmore.com
- Victoria Newmark on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com
- William McCormick on behalf of Creditor TN Dept of Revenue Bill.McCormick@ag.tn.gov
- William J Wall on behalf of Witness Bradford Lee wwall@wall-law.com
- William P Fennell on behalf of Creditor Validation Partners LLC william.fennell@fennelllaw.com wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;offi ce@fennelllaw.com;Brendan.Bargmann@fennelllaw.com
- Yosina M Lissebeck on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com
- Yosina M Lissebeck on behalf of Defendant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com
- Yosina M Lissebeck on behalf of Trustee Richard A Marshack (TR) Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com
- Yosina M Lissebeck on behalf of Counter-Claimant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

- Zev Shechtman on behalf of Interested Party Danning Gill Israel & Krasnoff LLP Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com
- Zev Shechtman on behalf of Interested Party Morning Law Group P.C. Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



The Litigation Practice Group P.C.

Summary of Professional Fees and Expenses

Fee Application Period: May 12, 2023 through June 30, 2024

**Category of Work**

| | | |
|---|---|---|
| 001 - Accounting Services | 276.70 | $92,962.50 |
| 009 - Fee/Employment Application | 4.50 | $651.50 |
| 012 - Litigation Consulting | 56.70 | $18,385.00 |
| 013 - Reconstruction Accounting | 591.10 | $115,162.50 |
| 014 - Tax Issues | 1.70 | $516.50 |
| 015 - Tax Return Preparation | 0.20 | $77.00 |
| 016 - Preference/Insider Analysis | 362.20 | $79,711.50 |
| Total Professional Fees | 1293.10 | $307,466.50 |

**Expenses**

| | |
|---|---|
| 405 - Client Postage/Delivery | $21.83 |
| 406 - Client Photocopies/Printing | $29.20 |
| Total Expenses | $51.03 |

| | |
|---|---|
| **Total Professional Fees and Expenses** | **$307,517.53** |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



Richard A. Marshack, Trustee
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**     06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

## Professional Fees by Employee

**Fee Application Period: May 12, 2023 - June 30, 2024**

| Employee | Rate | Hours | Amount |
|---|---|---|---|
| Alexie Epstein | $85.00 | 11.10 | $943.50 |
| Benjamin Faith | $125.00 | 29.30 | $3,662.50 |
| Denise Weiss | $95.00 | 3.70 | $351.50 |
| Dimple P Mehra | $375.00 | 95.60 | $35,850.00 |
| Dimple P Mehra | $475.00 | 27.60 | $13,110.00 |
| Howard B Grobstein | $595.00 | 8.80 | $5,236.00 |
| Joshua R Teeple | $525.00 | 34.50 | $18,112.50 |
| Joshua R Teeple | $600.00 | 18.00 | $10,800.00 |
| Kenneth C Solares | $285.00 | 1.30 | $370.50 |
| Kenneth C Solares | $385.00 | 0.20 | $77.00 |
| Kevin R Meacham | $265.00 | 6.90 | $1,828.50 |
| Nicholas D Cooper | $185.00 | 407.20 | $75,332.00 |
| Nicholas D Cooper | $275.00 | 288.40 | $79,310.00 |
| Nolan M McCarthy | $145.00 | 156.30 | $22,663.50 |
| Nolan M McCarthy | $195.00 | 204.20 | $39,819.00 |
| Totals | | 1293.10 | $307,466.50 |

Please mail payments to:
Grobstein Teeple, LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630

Exhibit B, Page 22

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**     06/30/2024
**Invoice Number:** 107368
**Billing Through:**  06/30/2024

**IN RE: The Litigation Practice Group P.C.**

**Professional Services:**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| **001 - Accounting Services** | | | | | |
| 05/12/2023 | Dimple P Mehra | Call with Trustee, counsel, and other professionals (2.0); Call with Josh and Russ (.7) | $375.00 | 2.70 | $1,012.50 |
| 05/12/2023 | Joshua R Teeple | Zoom meeting with Trustee and counsel to discuss case issues, data preservations, logistics and other preliminary planning matters | $525.00 | 2.00 | $1,050.00 |
| 05/12/2023 | Joshua R Teeple | Teleconference with Squires and his colleagues to discuss issues with records, banking information, emails, etc. | $525.00 | 0.70 | $367.50 |
| 05/13/2023 | Dimple P Mehra | Call with Trustee, Counsel, and other professionals. | $375.00 | 1.50 | $562.50 |
| 05/13/2023 | Joshua R Teeple | Teleconference with Trustee and counsel to discuss record turnover and other pressing matters; draft request list for counsel | $525.00 | 1.50 | $787.50 |
| 05/15/2023 | Dimple P Mehra | Start review of documents uploaded by Squires | $375.00 | 1.40 | $525.00 |
| 05/15/2023 | Joshua R Teeple | Begin review of documentation provided by Squires | $525.00 | 3.50 | $1,837.50 |
| 05/16/2023 | Benjamin Faith | Index documents | $125.00 | 6.80 | $850.00 |
| 05/17/2023 | Benjamin Faith | Index documents | $125.00 | 6.40 | $800.00 |
| 05/17/2023 | Joshua R Teeple | Continue review of documents and other information provided by Squires | $525.00 | 0.40 | $210.00 |
| 05/18/2023 | Benjamin Faith | Index documents | $125.00 | 6.70 | $837.50 |
| 05/19/2023 | Benjamin Faith | Index documents | $125.00 | 4.20 | $525.00 |
| 05/19/2023 | Joshua R Teeple | Meeting with Trustee and counsel to discuss records access and plan of action | $525.00 | 1.20 | $630.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



GROBSTEIN
TEEPLE

**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 05/22/2023 | Dimple P Mehra | Call with Trustee and counsel re status. | $375.00 | 0.30 | $112.50 |
| 05/22/2023 | Joshua R Teeple | Review and respond to numerous emails re ESI preservation/planning matters | $525.00 | 0.30 | $157.50 |
| 05/23/2023 | Benjamin Faith | Updated schedule of documents from Russ Squires, indexing them for ease of access. | $125.00 | 0.70 | $87.50 |
| 05/25/2023 | Joshua R Teeple | Attend emergency hearing | $525.00 | 1.60 | $840.00 |
| 05/26/2023 | Joshua R Teeple | Call with Trustee and counsel to discuss obtaining and preserving records | $525.00 | 0.70 | $367.50 |
| 05/30/2023 | Joshua R Teeple | Emails with counsel on current status and other admin activity | $525.00 | 0.20 | $105.00 |
| 05/31/2023 | Dimple P Mehra | Call with Josh and Chris (.2); Call with Chris (.1); Work on download of the documents and review of documents for inventory (1.8) | $375.00 | 2.10 | $787.50 |
| 05/31/2023 | Joshua R Teeple | Call with counsel and Mehra to discuss information from Debt Pay Pro | $525.00 | 0.20 | $105.00 |
| 05/31/2023 | Joshua R Teeple | Coordinate work with staff re banking reconstruction and records review | $525.00 | 0.50 | $262.50 |
| 05/31/2023 | Nicholas D Cooper | Index bank records to reconstruct data | $185.00 | 1.10 | $203.50 |
| 06/01/2023 | Dimple P Mehra | Internal calls re MOR setup. | $375.00 | 0.40 | $150.00 |
| 06/01/2023 | Joshua R Teeple | Emails with Kraus and Mehra re preparation of MORs and other pending items | $525.00 | 0.20 | $105.00 |
| 06/01/2023 | Nicholas D Cooper | Status call | $185.00 | 0.20 | $37.00 |
| 06/01/2023 | Nicholas D Cooper | Index bank records to reconstruct data | $185.00 | 1.60 | $296.00 |
| 06/06/2023 | Benjamin Faith | Reviewed debtor documents received and updated index | $125.00 | 3.80 | $475.00 |
| 06/07/2023 | Dimple P Mehra | Review of MOR draft for April (.4) and consult with Trustee administrator as to incomplete information (.2). | $375.00 | 0.60 | $225.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**    06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 06/07/2023 | Kevin R Meacham | Work with staff on April MOR. | $265.00 | 0.30 | $79.50 |
| 06/09/2023 | Dimple P Mehra | Call with Trustee (.1); Pull tentative for hearing and pull relevant court documents (.2) | $375.00 | 0.30 | $112.50 |
| 06/12/2023 | Dimple P Mehra | Review of complaint prior to preliminary injunction hearing (.5); Attend status conference and preliminary injunction (5) | $375.00 | 5.50 | $2,062.50 |
| 06/12/2023 | Howard B Grobstein | Travel to and from and attend portion of hearing per Trustee's request | $595.00 | 8.80 | $5,236.00 |
| 06/13/2023 | Dimple P Mehra | Start reviewing documents received from Trustee (1.6); Email to Trustee re documents (.2); Call with Pam re MOR (.3) | $375.00 | 2.10 | $787.50 |
| 06/13/2023 | Joshua R Teeple | Review various emails re work status and open items | $525.00 | 0.20 | $105.00 |
| 06/14/2023 | Dimple P Mehra | Draft declaration in lieu of MORs for Trustee. | $375.00 | 1.20 | $450.00 |
| 06/15/2023 | Dimple P Mehra | Continue review of documents received from counsel (1.8); Emails to Russ and Darius re QBs credentials and missing check images (.1); Restore LPG QBs file and run reports to determine the nature of data in the file (1.0) | $375.00 | 2.90 | $1,087.50 |
| 06/20/2023 | Dimple P Mehra | Restore BAT QBs file and start pulling financial reports. | $375.00 | 1.40 | $525.00 |
| 06/21/2023 | Dimple P Mehra | Pull additional QBs reports for LPG and BAT. | $375.00 | 2.10 | $787.50 |
| 06/22/2023 | Dimple P Mehra | Call with Josh re status of case (.3); Call with Nick re status of bank reconstruction (.1) | $375.00 | 0.40 | $150.00 |
| 06/22/2023 | Joshua R Teeple | Status call with Mehra to discuss current tasks and open items | $525.00 | 0.30 | $157.50 |
| 06/23/2023 | Joshua R Teeple | Read draft letter to UST from Trustee and counsel | $525.00 | 0.20 | $105.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

## Invoice

**Invoice Date:** 06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 06/26/2023 | Dimple P Mehra | Review of ACH related excel spreadsheets for payments to determine the information available and volume of transactions. | $375.00 | 2.20 | $825.00 |
| 06/27/2023 | Dimple P Mehra | Emails with staff and partners re missing bank records. | $375.00 | 0.30 | $112.50 |
| 06/27/2023 | Joshua R Teeple | Research and provide counsel with language related to records inspection for APA | $525.00 | 0.80 | $420.00 |
| 06/28/2023 | Dimple P Mehra | Internal emails re missing bank statements. | $375.00 | 0.20 | $75.00 |
| 06/29/2023 | Dimple P Mehra | Status call with Josh. | $375.00 | 0.20 | $75.00 |
| 06/29/2023 | Joshua R Teeple | Call with Mehra re progress on reconstruction | $525.00 | 0.20 | $105.00 |
| 06/30/2023 | Dimple P Mehra | Call with Chris Ghio and Josh re bank accounts and missing bank statements and supporting documents (.2); Instruction to staff re information to be compiled for subpoenas (.1); Email to Chris Ghio with list of identified bank accounts (.1); Call with Nick re missing bank records (.1). | $375.00 | 0.50 | $187.50 |
| 06/30/2023 | Joshua R Teeple | Videoconference with counsel and Dimple to discuss bank record subpoenas | $525.00 | 0.20 | $105.00 |
| 06/30/2023 | Joshua R Teeple | Review information and assist with issues on banking reconstruction | $525.00 | 0.20 | $105.00 |
| 06/30/2023 | Nicholas D Cooper | Review and summarize bank detail needed for reconstruction of data | $185.00 | 2.20 | $407.00 |
| 07/05/2023 | Dimple P Mehra | Prepare draft of declaration in lieu of June MOR and total receipts and payments on Form 2 and send to Trustee. | $375.00 | 0.80 | $300.00 |
| 07/05/2023 | Joshua R Teeple | Draft email to counsel re missing bank documentation | $525.00 | 0.20 | $105.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**    06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 07/07/2023 | Dimple P Mehra | Prepare list of documents needed to prepare MOR per Trustee's request. | $375.00 | 0.80 | $300.00 |
| 07/11/2023 | Joshua R Teeple | Videoconference with Trustee to discuss case status and open items | $525.00 | 0.30 | $157.50 |
| 07/12/2023 | Joshua R Teeple | Review US Trustee's opposition to 9019 motion | $525.00 | 0.30 | $157.50 |
| 07/19/2023 | Dimple P Mehra | Call with Pam (.1); Draft language for declaration (.4); Review and sign declaration (.2); Communications re hearing on motion to convert (.2) | $375.00 | 0.90 | $337.50 |
| 07/19/2023 | Dimple P Mehra | Attend continued status conference via zoom. | $375.00 | 1.40 | $525.00 |
| 07/19/2023 | Joshua R Teeple | Review Mehra declaration re MORs and related emial communications | $525.00 | 0.30 | $157.50 |
| 07/19/2023 | Joshua R Teeple | Review Trustee's reply to UST's motion to convert | $525.00 | 0.30 | $157.50 |
| 07/24/2023 | Joshua R Teeple | Review various pleadings re objections to sale and appointment of ombudsman | $525.00 | 0.80 | $420.00 |
| 07/25/2023 | Joshua R Teeple | Work on issues related to assumption of control of the Debtor's 401k | $525.00 | 0.30 | $157.50 |
| 07/27/2023 | Joshua R Teeple | Call with former HR employee re 401k | $525.00 | 0.20 | $105.00 |
| 07/27/2023 | Joshua R Teeple | Draft email to Trustee and trustee administrator re findings on 401k | $525.00 | 0.20 | $105.00 |
| 07/31/2023 | Joshua R Teeple | Review status of banking reconstruction and related emails | $525.00 | 0.20 | $105.00 |
| 08/01/2023 | Joshua R Teeple | Emails to Trustee and with summary of work performed and docs needed | $525.00 | 0.30 | $157.50 |
| 08/02/2023 | Dimple P Mehra | Update MORs as directed by counsel. | $375.00 | 2.70 | $1,012.50 |
| 08/02/2023 | Joshua R Teeple | Call with Trustee and counsel re issues with MORs | $525.00 | 0.20 | $105.00 |
| 08/02/2023 | Joshua R Teeple | Coordinate MOR work to be performed with Mehra | $525.00 | 0.20 | $105.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



Richard A. Marshack, Trustee
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**    06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/03/2023 | Dimple P Mehra | Work on draft of MOR addendum. | $375.00 | 1.80 | $675.00 |
| 08/03/2023 | Joshua R Teeple | Coordinate MOR work to be performed with Mehra | $525.00 | 0.20 | $105.00 |
| 08/04/2023 | Dimple P Mehra | Review of UST statement (.6); Emails and call with Trustee and his counsel re filing MORs, attachments, and how to respond to UST (1.6); Review of 7-day package (.4); Finish and send initial draft of MOR addendum to Pam (.9) | $375.00 | 3.50 | $1,312.50 |
| 08/04/2023 | Joshua R Teeple | Multiple calls and emails with Mehra, Trustee and counsel to discuss MOR filing issues and resolution to same | $525.00 | 0.50 | $262.50 |
| 08/07/2023 | Dimple P Mehra | Update MORs. | $375.00 | 2.30 | $862.50 |
| 08/07/2023 | Joshua R Teeple | Review addendum to MOR | $525.00 | 0.30 | $157.50 |
| 08/08/2023 | Dimple P Mehra | Continue updating MORs. | $375.00 | 1.70 | $637.50 |
| 08/09/2023 | Dimple P Mehra | Multiple calls and emails re MORs (.4); Finish updating MORs (1.4) | $375.00 | 1.80 | $675.00 |
| 08/09/2023 | Joshua R Teeple | Review counsel's revisions to MOR addendum and related email correspondence | $525.00 | 0.50 | $262.50 |
| 08/10/2023 | Dimple P Mehra | Emails with counsel re list of bank statements needed (.1); Emails with counsel re MORs (.2); Make additional updates to MORs based on counsel's comments; finalize and send to trustee for review, signing, and filing (.5); attend court hearing (1.5); follow up call with trustee administrator; Call with Laila Masud re bank accounts (.2). | $375.00 | 2.50 | $937.50 |
| 08/10/2023 | Joshua R Teeple | Attend status conference per Trustee's request | $525.00 | 1.80 | $945.00 |
| 08/10/2023 | Joshua R Teeple | Review extensive email exchange between counsel and Trustee's office re MORs | $525.00 | 0.20 | $105.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**     06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/15/2023 | Dimple P Mehra | Call with staff re preparation of July MOR draft (.4); Research and send American Express statements to Josh (.4) | $375.00 | 0.80 | $300.00 |
| 08/15/2023 | Nicholas D Cooper | Status call | $185.00 | 0.30 | $55.50 |
| 08/15/2023 | Nicholas D Cooper | Preparation of July 2023 MOR | $185.00 | 3.30 | $610.50 |
| 08/16/2023 | Nicholas D Cooper | Review 7-day package | $185.00 | 0.80 | $148.00 |
| 08/18/2023 | Dimple P Mehra | Emails with Pam re cash balance and financial records (.2); Review of draft of July MOR and update with additional information and send to Trustee and counsel for review and input (1.6) | $375.00 | 1.80 | $675.00 |
| 08/21/2023 | Dimple P Mehra | Emails with Pam re data for July MOR (.2); Final review of July MOR and send to Pam (.4). | $375.00 | 0.60 | $225.00 |
| 08/21/2023 | Joshua R Teeple | Call with Trustee and counsel to discuss status of bank records and subpoenas | $525.00 | 0.20 | $105.00 |
| 08/21/2023 | Nicholas D Cooper | Continue July 2023 MOR preparation | $185.00 | 2.20 | $407.00 |
| 08/28/2023 | Benjamin Faith | Updated document index | $125.00 | 0.30 | $37.50 |
| 08/28/2023 | Dimple P Mehra | Emails with Trustee re July MOR (.1); Extract data from QuickBooks and send to Ed (2.2) | $375.00 | 2.30 | $862.50 |
| 08/28/2023 | Joshua R Teeple | Review 401k documentation received from TPA; send same to Trustee's office and respond to related emails | $525.00 | 0.50 | $262.50 |
| 08/28/2023 | Joshua R Teeple | Review bank records provided by counsel and coordinate work on same | $525.00 | 0.30 | $157.50 |
| 08/28/2023 | Nicholas D Cooper | Review bank documents produced by counsel | $185.00 | 2.40 | $444.00 |
| 08/29/2023 | Joshua R Teeple | Review and respond to emails from counsel re banking reconstruction and coordinate work on same | $525.00 | 0.30 | $157.50 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**     06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/31/2023 | Dimple P Mehra | Emails with Pam re July MOR (.1); Update July MOR (.3); Review and update 90-day disbursement analysis and send to counsel (2.2) | $375.00 | 2.60 | $975.00 |
| 09/05/2023 | Joshua R Teeple | Review emails on 401k information and next steps | $525.00 | 0.10 | $52.50 |
| 09/06/2023 | Dimple P Mehra | Call with counsel; Send list of bank account information needed. | $375.00 | 0.30 | $112.50 |
| 09/07/2023 | Dimple P Mehra | Request Forms 1 & 2 from Trustee and review forms. | $375.00 | 0.40 | $150.00 |
| 09/07/2023 | Joshua R Teeple | Review MLG status report | $525.00 | 0.10 | $52.50 |
| 09/07/2023 | Nicholas D Cooper | Begin preparation of August 2023 MOR | $185.00 | 1.10 | $203.50 |
| 09/08/2023 | Kenneth C Solares | Review debtor provided tax returns, docket, pleadings and related case documents to determine tax filing requirements. | $285.00 | 0.40 | $114.00 |
| 09/13/2023 | Dimple P Mehra | Emails with Yosina re analyses of payees (.2); Internal call with staff re payees analyses (.2); Multiple calls with Pam re amendment of MORs with new information (.3); Start work on reconciling banking information for MORs and start MOR amendments (2.8) | $375.00 | 3.50 | $1,312.50 |
| 09/13/2023 | Joshua R Teeple | Review amended MORs | $525.00 | 0.30 | $157.50 |
| 09/13/2023 | Joshua R Teeple | Review bank production and emails from counsel and coordinate work with staff on same | $525.00 | 0.40 | $210.00 |
| 09/13/2023 | Nicholas D Cooper | Download, index, and review new documents produced | $185.00 | 0.60 | $111.00 |
| 09/14/2023 | Dimple P Mehra | Call with Pam re issues with Form 2 data (.3); Work on reconciling Form 2 data to bank statements (3.4); Prepare amended MORs (1.2) | $375.00 | 4.90 | $1,837.50 |
| 09/15/2023 | Dimple P Mehra | Update and send amended MORs to Pam. | $375.00 | 2.00 | $750.00 |

Exhibit C, Page 30

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**      06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 09/15/2023 | Joshua R Teeple | Review and respond to emails from counsel re 401(k) | $525.00 | 0.10 | $52.50 |
| 09/15/2023 | Nicholas D Cooper | Download, index, and review new documents produced | $185.00 | 1.70 | $314.50 |
| 09/18/2023 | Nicholas D Cooper | Preparation of August MOR | $185.00 | 3.10 | $573.50 |
| 09/19/2023 | Dimple P Mehra | Emails with Yosina re bank records (.2); Call with Nick re August MOR (.4); Email to Pam re information needed to report sale of assets (.1). | $375.00 | 0.70 | $262.50 |
| 09/19/2023 | Joshua R Teeple | Review emails and schedule on MOR reporting issues re sales proceeds | $525.00 | 0.20 | $105.00 |
| 09/19/2023 | Nicholas D Cooper | Preparation of August MOR | $185.00 | 4.00 | $740.00 |
| 09/20/2023 | Joshua R Teeple | Review and respond to numerous emails re working with Monitor | $525.00 | 0.20 | $105.00 |
| 09/25/2023 | Dimple P Mehra | Review and finalize August MOR and amended July MOR and send to Trustee for signature. | $375.00 | 2.40 | $900.00 |
| 09/25/2023 | Joshua R Teeple | Review emails between Trustee's office and counsel re MOR prep | $525.00 | 0.10 | $52.50 |
| 09/25/2023 | Joshua R Teeple | Review amended July MOR and August MOR; discuss questions with Mehra | $525.00 | 0.60 | $315.00 |
| 09/25/2023 | Nicholas D Cooper | Preparation of August MOR | $185.00 | 1.80 | $333.00 |
| 09/25/2023 | Nicholas D Cooper | Preparation of amended July MOR | $185.00 | 0.80 | $148.00 |
| 09/27/2023 | Dimple P Mehra | Attend meeting with counsel. | $375.00 | 0.90 | $337.50 |
| 09/27/2023 | Joshua R Teeple | Zoom meeting with Ombudsman, UCC counsel, Trustee counsel to discuss division of work and ways to support objectives | $525.00 | 0.90 | $472.50 |
| 10/02/2023 | Joshua R Teeple | Review and respond to emails with Trustee's office re 401k issues | $525.00 | 0.10 | $52.50 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**     06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 10/03/2023 | Dimple P Mehra | Call with Nick re September MOR (.3); Email to Pam re updated Form 2 to include DIP account transactions and 3rd party payment of payroll (.1). | $375.00 | 0.40 | $150.00 |
| 10/03/2023 | Joshua R Teeple | Emails with Trustee administrator re contacting 401k participants; work with staff to coordinate same | $525.00 | 0.20 | $105.00 |
| 10/06/2023 | Dimple P Mehra | Multiple calls and emails with Chad, Yosina, and Josh re missing banking records. | $375.00 | 0.70 | $262.50 |
| 10/06/2023 | Joshua R Teeple | Review and respond to emails from UCC advisors re MORs and admin claims | $525.00 | 0.20 | $105.00 |
| 10/09/2023 | Dimple P Mehra | Call with Chad Kurtz re MORs and financials of Debtor (.3); Pull all MORs for Chad (.2); Draft email to Pam and Richard re questions from Chad (.2). | $375.00 | 0.70 | $262.50 |
| 10/09/2023 | Joshua R Teeple | Review emails between counsel, Trustee and Mehra re claims agent and referral | $525.00 | 0.20 | $105.00 |
| 10/10/2023 | Joshua R Teeple | Call with Trustee to discuss work status | $525.00 | 0.20 | $105.00 |
| 10/10/2023 | Joshua R Teeple | Review emails on document production | $525.00 | 0.10 | $52.50 |
| 10/16/2023 | Dimple P Mehra | Check information and respond to counsel's email re Bank of the West account 3441 records. | $375.00 | 0.30 | $112.50 |
| 10/17/2023 | Nicholas D Cooper | Prepare September MOR and addendum to the MOR | $185.00 | 3.50 | $647.50 |
| 10/18/2023 | Dimple P Mehra | Review email from Yosina re additional analysis requested (.1); Emails with staff re new analysis requested by counsel (.2); Email to A. Meislik with incurred fees (.1) | $375.00 | 0.40 | $150.00 |
| 10/18/2023 | Joshua R Teeple | Call with Trustee and counsel re update for meeting with Force10 | $525.00 | 0.30 | $157.50 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**     06/30/2024
**Invoice Number:** 107368
**Billing Through:**  06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 10/18/2023 | Joshua R Teeple | Call with Trustee, counsel and Force10 to discuss document requests | $525.00 | 1.30 | $682.50 |
| 10/18/2023 | Joshua R Teeple | Review and respond to various emails from Force10, counsel, and the Trustee's office re document production | $525.00 | 0.20 | $105.00 |
| 10/18/2023 | Nicholas D Cooper | Prepare September MOR and addendum to the MOR | $185.00 | 1.40 | $259.00 |
| 10/19/2023 | Nicholas D Cooper | Prepare September MOR and addendum to the MOR | $185.00 | 1.50 | $277.50 |
| 10/19/2023 | Nicholas D Cooper | Compile list of outstanding bank data for Counsel | $185.00 | 1.30 | $240.50 |
| 10/20/2023 | Dimple P Mehra | Review September MOR (.4); Review 4-year analysis for specific payees and send to Yosina (1.8) | $375.00 | 2.20 | $825.00 |
| 10/20/2023 | Nicholas D Cooper | Compile list of outstanding bank data for Counsel | $185.00 | 0.60 | $111.00 |
| 10/24/2023 | Dimple P Mehra | Review of records in shared portal (.8); Call to Yosina (.1); Call to Nick (.1); Review email from UST and discuss with Pam (.6); Start update of MOR (.4) | $375.00 | 2.00 | $750.00 |
| 10/24/2023 | Joshua R Teeple | Review emails from counsel re document production issues | $525.00 | 0.10 | $52.50 |
| 10/26/2023 | Dimple P Mehra | Start updating September MOR (.4); Review banking records per request by counsel (.6); Review reconstruction (1.2) | $375.00 | 2.20 | $825.00 |
| 10/31/2023 | Dimple P Mehra | Review records and email Kathleen with examples of deposit transactions for Optimum Bank. | $375.00 | 0.40 | $150.00 |
| 11/03/2023 | Dimple P Mehra | Prepare amended September 2023 MOR and send to Ed and Trustee for review (.8); Call with Nick re new request from counsel re analysis (.1) | $375.00 | 0.90 | $337.50 |
| 11/08/2023 | Dimple P Mehra | Respond to information request from Chad Kurtz. | $375.00 | 0.30 | $112.50 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**  06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 11/09/2023 | Joshua R Teeple | Review multiple emails from staff and counsel re reconstruction | $525.00 | 0.10 | $52.50 |
| 11/10/2023 | Nicholas D Cooper | Begin preparation of October MOR | $185.00 | 2.60 | $481.00 |
| 11/14/2023 | Dimple P Mehra | Call with Chad, Adam and Josh re Debtor's financials (.6); Call with Josh re Debtor's financials and work to be done (.2); Call with Pam re MORs (.3); Emails to Trustee and counsel re information for MORs (.2) | $375.00 | 1.30 | $487.50 |
| 11/14/2023 | Joshua R Teeple | Call with Force10 to discuss issues related to APA audit rights | $525.00 | 0.60 | $315.00 |
| 11/14/2023 | Joshua R Teeple | Meeting with Mehra to discuss MOR issues and missing information | $525.00 | 0.20 | $105.00 |
| 11/14/2023 | Nicholas D Cooper | Review October transaction detail and continue to prepare October MOR | $185.00 | 1.10 | $203.50 |
| 11/15/2023 | Nicholas D Cooper | Review City Capital transaction detail per request of Counsel | $185.00 | 0.70 | $129.50 |
| 11/17/2023 | Dimple P Mehra | Call with Pam and Ed re MORs. | $375.00 | 0.30 | $112.50 |
| 11/17/2023 | Nicholas D Cooper | Review October transaction detail and continue to prepare October MOR | $185.00 | 0.40 | $74.00 |
| 11/29/2023 | Nicholas D Cooper | Continue to prepare MOR for October 2023 and amended MOR for September 2023 | $185.00 | 1.20 | $222.00 |
| 11/30/2023 | Dimple P Mehra | Call with Pam re super priority loan amounts (.2); Update September MOR and finalize October MOR and send to Trustee (.9); Call with Nick re quarterly fees included in disbursements (.1) | $375.00 | 1.20 | $450.00 |
| 11/30/2023 | Nicholas D Cooper | Continue to prepare MOR for October 2023 and amended MOR for September 2023 | $185.00 | 0.40 | $74.00 |
| 12/01/2023 | Dimple P Mehra | Call with Adam, Chad, and Josh re status of MLG (.5); Follow up emails to Chris C re reports from MLG (.1) | $375.00 | 0.60 | $225.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**    06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 12/01/2023 | Joshua R Teeple | Zoom meeting with Force10 to discuss progress with MLG | $525.00 | 0.50 | $262.50 |
| 12/04/2023 | Dimple P Mehra | Review MOR and respond to questions from Chad K (.2); Respond to email from Yosina re request for City Capital loan information (.2) | $375.00 | 0.40 | $150.00 |
| 12/05/2023 | Dimple P Mehra | Review and respond to request for information re cash advance loans from Tyler (.1); Instruction to staff to prepare analysis (.1); Review of analysis prepared by staff (.4) | $375.00 | 0.60 | $225.00 |
| 12/11/2023 | Nicholas D Cooper | Prepare November MOR | $185.00 | 0.80 | $148.00 |
| 12/12/2023 | Dimple P Mehra | Call with Nick re T-Bill account (.1); Follow up email to Ed re same (.1). | $375.00 | 0.20 | $75.00 |
| 12/12/2023 | Nicholas D Cooper | Prepare November MOR | $185.00 | 1.10 | $203.50 |
| 12/13/2023 | Nicholas D Cooper | Prepare November MOR | $185.00 | 1.20 | $222.00 |
| 12/14/2023 | Nicholas D Cooper | Prepare November MOR | $185.00 | 0.30 | $55.50 |
| 01/05/2024 | Joshua R Teeple | Review and respond to email from F10 re claims; discuss same with Mehra | $600.00 | 0.20 | $120.00 |
| 01/11/2024 | Nicholas D Cooper | Preparation of December MOR | $275.00 | 2.60 | $715.00 |
| 01/12/2024 | Dimple P Mehra | Review MLG status report received from Tracey Roman. | $475.00 | 0.30 | $142.50 |
| 01/15/2024 | Nicholas D Cooper | Preparation of December MOR | $275.00 | 2.10 | $577.50 |
| 01/16/2024 | Nicholas D Cooper | Preparation of December MOR | $275.00 | 0.70 | $192.50 |
| 01/23/2024 | Dimple P Mehra | Emails with staff re professional fees per request by Force 10 (.8); Research and respond to request from Tyler Powell re Jeet Transport transactions (.5) | $475.00 | 1.30 | $617.50 |
| 01/23/2024 | Nicholas D Cooper | Review and analyze accrued professional fees for 2023 | $275.00 | 1.60 | $440.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**     06/30/2024
**Invoice Number:** 107368
**Billing Through:**  06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 01/24/2024 | Dimple P Mehra | Multiple emails with staff re professional fees by month as requested by Force 10. | $475.00 | 0.60 | $285.00 |
| 01/24/2024 | Nicholas D Cooper | Review and analyze accrued professional fees for 2023 | $275.00 | 1.30 | $357.50 |
| 01/25/2024 | Dimple P Mehra | Emails with Force 10 and other professionals re accrued fees. | $475.00 | 0.80 | $380.00 |
| 01/25/2024 | Nicholas D Cooper | Review and analyze accrued professional fees for 2023 | $275.00 | 0.90 | $247.50 |
| 01/26/2024 | Joshua R Teeple | Review email re MLG status report | $600.00 | 0.10 | $60.00 |
| 01/26/2024 | Nicholas D Cooper | Review and analyze accrued professional fees for 2023 | $275.00 | 0.40 | $110.00 |
| 01/29/2024 | Dimple P Mehra | Respond to emails from Chad at Force 10. | $475.00 | 0.20 | $95.00 |
| 01/30/2024 | Dimple P Mehra | Follow up re professional fee breakdown per request of Force 10. | $475.00 | 0.40 | $190.00 |
| 01/30/2024 | Nicholas D Cooper | Review and analyze accrued professional fees for 2023 | $275.00 | 0.40 | $110.00 |
| 02/02/2024 | Dimple P Mehra | Respond to emails from Tyler and Brad (.2); Call with Nick re information requests from Marshack Hayes (.2). | $475.00 | 0.40 | $190.00 |
| 02/02/2024 | Nicholas D Cooper | Call with Dimple re information requests from Marshack Hays | $275.00 | 0.20 | $55.00 |
| 02/06/2024 | Dimple P Mehra | Internal calls re Dinsmore and Marshack Hays duplicate requests for records (.3); Respond to emails re records requests (.2) | $475.00 | 0.50 | $237.50 |
| 02/06/2024 | Nicholas D Cooper | Compile accrued professional fee data through 12/31/2023, send to F10 | $275.00 | 0.80 | $220.00 |
| 02/07/2024 | Dimple P Mehra | Review and respond to multiple emails from Yosina re bank reconstructions and analyses (.4); Communications with staff re same (.2). | $475.00 | 0.60 | $285.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/08/2024 | Dimple P Mehra | Respond to multiple emails from attorneys re records. | $475.00 | 0.30 | $142.50 |
| 02/09/2024 | Dimple P Mehra | Respond to email from Tyler. | $475.00 | 0.10 | $47.50 |
| 02/12/2024 | Dimple P Mehra | Compile and send1099s received from various parties per Kris Thagard's request. | $475.00 | 1.60 | $760.00 |
| 02/14/2024 | Nicholas D Cooper | Begin preparation of January 2024 MOR | $275.00 | 1.20 | $330.00 |
| 02/15/2024 | Dimple P Mehra | Multiple communications and review of payment received from MLG. | $475.00 | 0.80 | $380.00 |
| 02/15/2024 | Nicholas D Cooper | Begin preparation of January 2024 MOR | $275.00 | 1.50 | $412.50 |
| 02/19/2024 | Dimple P Mehra | Call with Josh and Nick re insolvency analysis (.2); Review January MOR (.4) | $475.00 | 0.60 | $285.00 |
| 02/19/2024 | Joshua R Teeple | Meeting with Mehra and Cooper to discuss records needed for insolvency analysis | $600.00 | 0.20 | $120.00 |
| 02/19/2024 | Nicholas D Cooper | Call with Josh and Dimple regarding insolvency | $275.00 | 0.20 | $55.00 |
| 02/27/2024 | Joshua R Teeple | Work on issues related to obtaining access to NetSuite or more complete QB records | $600.00 | 0.50 | $300.00 |
| 02/28/2024 | Dimple P Mehra | Multiple emails with staff and Trustee's office re question from Force 10. | $475.00 | 0.30 | $142.50 |
| 02/28/2024 | Nicholas D Cooper | Update professional fees tracker through 1/31/24 at request of F10 | $275.00 | 0.70 | $192.50 |
| 02/29/2024 | Dimple P Mehra | Review list of open projects (.2); Review analyses prepared by staff for litigation (2.3) | $475.00 | 2.50 | $1,187.50 |
| 03/06/2024 | Dimple P Mehra | Research records received to determine if Paychex records were provided as requested by Trustee's counsel and if any other payroll data was received (.6); Start compiling information received (.4); Review MLG status report (.3) | $475.00 | 1.30 | $617.50 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**    06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 03/07/2024 | Dimple P Mehra | Finish compiling payroll data as requested by Alina (1.4); Call with Nick re payments summary as requested by Alina from banking reconstruction (.2); Respond to email from Alina (.1). | $475.00 | 1.70 | $807.50 |
| 03/07/2024 | Joshua R Teeple | Review emails between staff and counsel re payment analyses | $600.00 | 0.10 | $60.00 |
| 03/08/2024 | Dimple P Mehra | Review multiple emails re February fees and requests for additional analysis. | $475.00 | 0.30 | $142.50 |
| 03/12/2024 | Joshua R Teeple | Follow up on various issues related to accounting records and 401k | $600.00 | 0.30 | $180.00 |
| 03/12/2024 | Nicholas D Cooper | Communicate with various members of Counsel on the status of requested reports | $275.00 | 0.70 | $192.50 |
| 03/13/2024 | Dimple P Mehra | Review fee application for Lucy Thomson (.2); Emails with Nick re professional fees for MOR (.2); Review of analyses prepared by staff (.6) | $475.00 | 1.00 | $475.00 |
| 03/13/2024 | Joshua R Teeple | Research status of closing 401k and exchange multiple emails with Trustee's office re same | $600.00 | 0.80 | $480.00 |
| 03/13/2024 | Nicholas D Cooper | Begin preparation of February MOR | $275.00 | 0.70 | $192.50 |
| 03/15/2024 | Dimple P Mehra | Emails with counsel (.2); Compile list of information requested by Dinsmore attorneys re analyses and bank records on file and missing (.5); Internal calls re analyses to be completed (.2); Review of analyses prepared for counsel (.7) | $475.00 | 1.60 | $760.00 |
| 03/19/2024 | Dimple P Mehra | Emails re MOR and review of pleadings re payments to professionals for MOR. | $475.00 | 0.80 | $380.00 |
| 03/19/2024 | Nicholas D Cooper | Continue preparation of February MOR | $275.00 | 3.20 | $880.00 |
| 03/20/2024 | Nicholas D Cooper | Continue preparation of February MOR | $275.00 | 0.70 | $192.50 |
| 03/21/2024 | Joshua R Teeple | Review February MOR | $600.00 | 0.20 | $120.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 03/25/2024 | Joshua R Teeple | Review and respond to email on accounting records | $600.00 | 0.10 | $60.00 |
| 03/26/2024 | Dimple P Mehra | Call with Aspen re NetSuite data (.2); Review analyses and respond to Dinsmore request for analyses (.2) | $475.00 | 0.40 | $190.00 |
| 03/26/2024 | Joshua R Teeple | Virtual meeting with Debtor's former IT advisors to obtain information re accounting records | $600.00 | 0.30 | $180.00 |
| 03/28/2024 | Joshua R Teeple | Follow up with Aspen Technology | $600.00 | 0.10 | $60.00 |
| 04/08/2024 | Joshua R Teeple | Review and respond to email from Aspen re accounting records | $600.00 | 0.10 | $60.00 |
| 04/08/2024 | Nicholas D Cooper | Begin preparation of the March MOR | $275.00 | 3.60 | $990.00 |
| 04/09/2024 | Nicholas D Cooper | Continue preparation of the March MOR | $275.00 | 2.40 | $660.00 |
| 04/11/2024 | Dimple P Mehra | Review of analyses list and email to Yosina re next steps (.8); Review MLG Status Report (.2) | $475.00 | 1.00 | $475.00 |
| 04/11/2024 | Nicholas D Cooper | Continue preparation of March MOR | $275.00 | 3.30 | $907.50 |
| 04/16/2024 | Nicholas D Cooper | Call with John & Tyler of Dinsmore re: BMF and Cobalt analyses | $275.00 | 0.60 | $165.00 |
| 04/18/2024 | Dimple P Mehra | Review of banking activity files sent by Dinsmore. | $475.00 | 0.40 | $190.00 |
| 04/18/2024 | Joshua R Teeple | Follow up with Aspen Tech on QuickBooks records | $600.00 | 0.20 | $120.00 |
| 04/18/2024 | Nicholas D Cooper | Download, catalog, and review new bank-related documents produced | $275.00 | 0.40 | $110.00 |
| 04/19/2024 | Dimple P Mehra | Review March MOR. | $475.00 | 0.40 | $190.00 |
| 04/22/2024 | Nicholas D Cooper | Prepare report of accrued professional fees through 03.31.2024 | $275.00 | 0.90 | $247.50 |
| 04/23/2024 | Nicholas D Cooper | Search for entity EIN's as requested by Dinsmore | $275.00 | 0.70 | $192.50 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

## Invoice

**Invoice Date:**     06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 04/25/2024 | Nicholas D Cooper | Search for entity EIN's as requested by Dinsmore | $275.00 | 1.00 | $275.00 |
| 05/14/2024 | Nicholas D Cooper | Begin preparation of April MOR | $275.00 | 2.90 | $797.50 |
| 05/15/2024 | Nicholas D Cooper | Begin preparation of April MOR | $275.00 | 1.40 | $385.00 |
| 05/20/2024 | Nicholas D Cooper | Continue preparation of April MOR | $275.00 | 0.80 | $220.00 |
| 05/22/2024 | Dimple P Mehra | Pull and send information needed for subpoenas to Yosina. | $475.00 | 0.40 | $190.00 |
| 05/22/2024 | Joshua R Teeple | Review April MOR | $600.00 | 0.20 | $120.00 |
| 05/31/2024 | Nicholas D Cooper | Receive, review, and index newly received bank document productions | $275.00 | 1.30 | $357.50 |
| 06/11/2024 | Nicholas D Cooper | Prepare report of cumulative professional fees for F10 | $275.00 | 0.40 | $110.00 |
| 06/11/2024 | Nicholas D Cooper | Review and inventory newly received bank document production | $275.00 | 2.80 | $770.00 |
| 06/13/2024 | Nicholas D Cooper | Begin preparation of May MOR | $275.00 | 1.80 | $495.00 |
| 06/14/2024 | Dimple P Mehra | Review of additional bank records received and additional analyses prepared for counsel. | $475.00 | 1.80 | $855.00 |
| 06/14/2024 | Joshua R Teeple | Review emails from counsel on additional analyses needed | $600.00 | 0.10 | $60.00 |
| 06/19/2024 | Dimple P Mehra | Emails with staff re May MOR. | $475.00 | 0.20 | $95.00 |
| 06/19/2024 | Nicholas D Cooper | Continue preparation of May MOR | $275.00 | 2.30 | $632.50 |
| 06/20/2024 | Dimple P Mehra | Review of MOR and communications with staff re edits (.6); review request from counsel and check data (.8) | $475.00 | 1.40 | $665.00 |
| 06/20/2024 | Joshua R Teeple | Review May MOR and supporting schedules | $600.00 | 0.30 | $180.00 |
| 06/20/2024 | Nicholas D Cooper | Finalize May MOR and send to Counsel for review and submission. | $275.00 | 0.90 | $247.50 |
| | | **001 - Accounting Services Total:** | | **276.70** | **$92,962.50** |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| **009 - Fee/Employment Application** | | | | | |
| 06/07/2023 | Denise Weiss | Prepare notice of applicaton and application to employ GT as accountants for chapter 11 trustee; statement of disinterestedness. | $95.00 | 0.90 | $85.50 |
| 06/08/2023 | Denise Weiss | Revisions to employment application. | $95.00 | 0.80 | $76.00 |
| 06/08/2023 | Dimple P Mehra | Review employment app for language requested by Trustee (.3); Call with Trustee re provisions to be included in employment app (.2); Emails with UST analyst re MORs (.3) | $375.00 | 0.80 | $300.00 |
| 06/09/2023 | Denise Weiss | Finalize employment application; prepare for filing and service. | $95.00 | 1.40 | $133.00 |
| 06/30/2023 | Denise Weiss | Finalize NOD and proposed order authorizing employment; prepare for filing and service. | $95.00 | 0.60 | $57.00 |
| | | **009 - Fee/Employment Application Total:** | | **4.50** | **$651.50** |
| **012 - Litigation Consulting** | | | | | |
| 08/16/2023 | Joshua R Teeple | Review Amex records on hand and email counsel on request for additional information | $525.00 | 0.30 | $157.50 |
| 08/23/2023 | Joshua R Teeple | Review and respond to emails from counsel re transferring bank documentation | $525.00 | 0.10 | $52.50 |
| 09/11/2023 | Joshua R Teeple | Review emails and attachments re additional work to be performed on potential preference targets | $525.00 | 0.20 | $105.00 |
| 09/12/2023 | Joshua R Teeple | Review OHP complaint, coordinate bank transaction research requested by counsel with staff, and draft responsive email to counsel | $525.00 | 0.60 | $315.00 |

Please mail payments to:
Grobstein Teeple, LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630

Exhibit C, Page 41

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 09/14/2023 | Joshua R Teeple | Review emails correspondence re production of support for preference targets | $525.00 | 0.10 | $52.50 |
| 10/10/2023 | Nicholas D Cooper | Review and catalog document production from Counsel pertaining to Chase and American Express records | $185.00 | 1.70 | $314.50 |
| 10/26/2023 | Nicholas D Cooper | Upload bank data received from 2004 responses to the shared file | $185.00 | 0.60 | $111.00 |
| 12/05/2023 | Nicholas D Cooper | Prepare detailed transaction reports for Cash Advance Lenders at request of Counsel | $185.00 | 2.90 | $536.50 |
| 12/06/2023 | Nicholas D Cooper | Prepare detailed transaction reports for Cash Advance Lenders at request of Counsel | $185.00 | 1.80 | $333.00 |
| 12/07/2023 | Dimple P Mehra | Respond to multiple emails from counsel's office re analyses and data available. | $375.00 | 0.30 | $112.50 |
| 12/07/2023 | Joshua R Teeple | Review various emails between staff and counsel re requests for information for certain banking transactions | $525.00 | 0.10 | $52.50 |
| 12/07/2023 | Nicholas D Cooper | Prepare detailed transaction reports for Cash Advance Lenders at request of Counsel | $185.00 | 1.30 | $240.50 |
| 12/08/2023 | Dimple P Mehra | Call with Yosina, Tyler, Ed, Josh, and Nick re analyses to be prepared for lawsuits. | $375.00 | 0.50 | $187.50 |
| 12/08/2023 | Joshua R Teeple | Litigation status call with counsel | $525.00 | 0.50 | $262.50 |
| 12/08/2023 | Nicholas D Cooper | Status call with Counsel | $185.00 | 0.40 | $74.00 |
| 12/11/2023 | Dimple P Mehra | Review bank records from Optimum Bank and respond to questions from Jeremy Freedman. | $375.00 | 0.40 | $150.00 |
| 12/11/2023 | Joshua R Teeple | Review multiple emails re supporting information for certain recovery actions | $525.00 | 0.20 | $105.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**      06/30/2024
**Invoice Number:** 107368
**Billing Through:**  06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 12/11/2023 | Nicholas D Cooper | Prepare funds tracing analyses for secured creditors as requested by Counsel | $185.00 | 2.30 | $425.50 |
| 12/12/2023 | Nicholas D Cooper | Prepare funds tracing analyses for secured creditors as requested by Counsel | $185.00 | 1.70 | $314.50 |
| 12/13/2023 | Nicholas D Cooper | Prepare funds tracing analyses for secured creditors as requested by Counsel | $185.00 | 1.30 | $240.50 |
| 12/14/2023 | Dimple P Mehra | Review funds tracing for secured creditors and further instructions to staff. | $375.00 | 0.40 | $150.00 |
| 12/14/2023 | Nicholas D Cooper | Prepare funds tracing analyses for secured creditors as requested by Counsel | $185.00 | 3.10 | $573.50 |
| 12/15/2023 | Nicholas D Cooper | Prepare funds tracing analyses for secured creditors as requested by Counsel | $185.00 | 3.90 | $721.50 |
| 12/15/2023 | Nolan M McCarthy | Analyze Debtor Bank Data and Prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $145.00 | 3.60 | $522.00 |
| 12/18/2023 | Nicholas D Cooper | Prepare funds tracing analyses for secured creditors as requested by Counsel | $185.00 | 2.40 | $444.00 |
| 12/19/2023 | Dimple P Mehra | Review of analyses prepared by staff (1.4); Instructions to staff re additional analyses requested by counsel (.2) | $375.00 | 1.60 | $600.00 |
| 12/19/2023 | Nicholas D Cooper | Prepare funds tracing analyses for secured creditors as requested by Counsel | $185.00 | 1.90 | $351.50 |
| 12/20/2023 | Dimple P Mehra | Multiple communications with counsel and staff re analyses of transfers and supporting documentation. | $375.00 | 0.80 | $300.00 |
| 02/02/2024 | Nicholas D Cooper | Review Optimum bank activity at request of Counsel | $275.00 | 0.80 | $220.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**      06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/05/2024 | Dimple P Mehra | Review multiple emails from Yosina and Bradford re banking information for transactions. | $475.00 | 0.80 | $380.00 |
| 02/05/2024 | Nicholas D Cooper | Review bank account data contents in Dinsmore share file to ensure all records are up to date | $275.00 | 0.70 | $192.50 |
| 02/05/2024 | Nicholas D Cooper | Review transfers in deposits in bank reconstruction at request of Counsel | $275.00 | 0.90 | $247.50 |
| 02/06/2024 | Joshua R Teeple | Review correspondence between staff and counsel re best practice for providing information on potential transferees | $600.00 | 0.20 | $120.00 |
| 02/06/2024 | Nicholas D Cooper | Review bank account data contents in Dinsmore share file to ensure all records are up to date | $275.00 | 1.40 | $385.00 |
| 02/20/2024 | Joshua R Teeple | Review various documents in advance of meeting with counsel to discuss solvency analysis | $600.00 | 1.70 | $1,020.00 |
| 02/21/2024 | Joshua R Teeple | Call with counsel and Cooper re insolvency analysis | $600.00 | 0.80 | $480.00 |
| 02/21/2024 | Joshua R Teeple | Additional review of documents related to insolvency analysis | $600.00 | 2.40 | $1,440.00 |
| 02/21/2024 | Nicholas D Cooper | Status call with Josh and Yosina regarding insolvency | $275.00 | 0.80 | $220.00 |
| 02/22/2024 | Joshua R Teeple | Review various emails from counsel re amplifying names of potential transferees and future litigation targets | $600.00 | 0.20 | $120.00 |
| 02/26/2024 | Joshua R Teeple | Review and respond to emails re NetSuite access | $600.00 | 0.20 | $120.00 |
| 02/29/2024 | Joshua R Teeple | Review various emails and attachments re priority of reconstruction | $600.00 | 0.20 | $120.00 |
| 03/26/2024 | Joshua R Teeple | Review emails from counsel and staff on potential litigation targets | $600.00 | 0.10 | $60.00 |
| 04/09/2024 | Joshua R Teeple | Emails to counsel re solvency analysis | $600.00 | 0.20 | $120.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**    06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 04/10/2024 | Joshua R Teeple | Conference call with counsel to discuss insolvency issues | $600.00 | 0.60 | $360.00 |
| 04/16/2024 | Joshua R Teeple | Call with counsel to discuss declaration | $600.00 | 0.20 | $120.00 |
| 04/16/2024 | Joshua R Teeple | Work on declaration for Motion for Default Judgement re Clearcube and review related documentation | $600.00 | 2.40 | $1,440.00 |
| 04/17/2024 | Joshua R Teeple | Continue work on Clearcube declaration; correspondence with counsel on same | $600.00 | 1.90 | $1,140.00 |
| 04/19/2024 | Joshua R Teeple | Final review, edits and execution of declaration and review of additional documentation | $600.00 | 1.00 | $600.00 |
| 04/23/2024 | Nicholas D Cooper | Review Bat Inc. transactions in preparation for funds tracing | $275.00 | 1.30 | $357.50 |
| 04/24/2024 | Nicholas D Cooper | Review Bat Inc. transactions in preparation for funds tracing | $275.00 | 0.60 | $165.00 |
| 04/25/2024 | Joshua R Teeple | Review email on BAT transfers | $600.00 | 0.10 | $60.00 |
| 04/25/2024 | Nicholas D Cooper | Prepare transaction report of Everyday Funding LLC; Everyday at request of Dinsmore | $275.00 | 0.70 | $192.50 |
| 05/09/2024 | Joshua R Teeple | Review motion for protective order and protective order | $600.00 | 0.30 | $180.00 |
| 06/17/2024 | Joshua R Teeple | Review MSJ for OHP; review declarations in support thereof and sign same | $600.00 | 0.80 | $480.00 |
| 06/18/2024 | Joshua R Teeple | Review MSJ for PECC; update signature pages on declarations and send same to counsel | $600.00 | 0.40 | $240.00 |
| | | **012 - Litigation Consulting Total:** | | **56.70** | **$18,385.00** |

**013 - Reconstruction Accounting**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 06/02/2023 | Nicholas D Cooper | Review production of debtor records | $185.00 | 3.60 | $666.00 |
| 06/05/2023 | Nicholas D Cooper | Review production of debtor records | $185.00 | 2.90 | $536.50 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**    06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 06/05/2023 | Nicholas D Cooper | Reconstruct debtor bank data for further analysis | $185.00 | 3.10 | $573.50 |
| 06/06/2023 | Nicholas D Cooper | Reconstruct debtor bank data for further analysis | $185.00 | 6.50 | $1,202.50 |
| 06/07/2023 | Nicholas D Cooper | Reconstruct debtor bank data for further analysis | $185.00 | 6.90 | $1,276.50 |
| 06/08/2023 | Nicholas D Cooper | Reconstruct debtor bank data for further analysis | $185.00 | 4.60 | $851.00 |
| 06/09/2023 | Nicholas D Cooper | Reconstruct debtor bank data for further analysis | $185.00 | 3.50 | $647.50 |
| 06/12/2023 | Nicholas D Cooper | Reconstruct debtor entity bank data for further analysis | $185.00 | 3.20 | $592.00 |
| 06/13/2023 | Nicholas D Cooper | Reconstruct debtor entity bank data for further analysis | $185.00 | 3.40 | $629.00 |
| 06/13/2023 | Nolan M McCarthy | Reconstruct debtor bank data for further analysis | $145.00 | 2.70 | $391.50 |
| 06/14/2023 | Nicholas D Cooper | Reconstruct debtor entity bank data for further analysis | $185.00 | 5.70 | $1,054.50 |
| 06/14/2023 | Nolan M McCarthy | Reconstruct debtor bank data for further analysis | $145.00 | 2.80 | $406.00 |
| 06/15/2023 | Nicholas D Cooper | Reconstruct debtor entity bank data for further analysis | $185.00 | 6.80 | $1,258.00 |
| 06/16/2023 | Nicholas D Cooper | Reconstruct debtor entity bank data for further analysis | $185.00 | 2.20 | $407.00 |
| 06/16/2023 | Nolan M McCarthy | Reconstructing debtor entity bank data for further analysis | $145.00 | 4.80 | $696.00 |
| 06/19/2023 | Nicholas D Cooper | Continue reconstruction of debtor bank activity for further analysis | $185.00 | 6.10 | $1,128.50 |
| 06/19/2023 | Nolan M McCarthy | Reconstructing 15,000 rows of debtor entity bank data for further analysis | $145.00 | 7.30 | $1,058.50 |
| 06/20/2023 | Alexie Epstein | Reconstruct debtor entity bank data for further analysis. | $85.00 | 3.60 | $306.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/20/2023 | Alexie Epstein | Consolidating Memos for the Bank Reconstruction | $85.00 | 1.20 | $102.00 |
| 06/20/2023 | Nicholas D Cooper | Continue reconstruction of debtor bank activity for further analysis | $185.00 | 6.20 | $1,147.00 |
| 06/20/2023 | Nolan M McCarthy | Reconstructing 15,000 rows of debtor entity bank data for further analysis | $145.00 | 7.40 | $1,073.00 |
| 06/21/2023 | Alexie Epstein | Memo consolidation for banking reconstruction | $85.00 | 0.30 | $25.50 |
| 06/21/2023 | Nicholas D Cooper | Continue reconstruction of debtor bank activity for further analysis | $185.00 | 5.50 | $1,017.50 |
| 06/21/2023 | Nolan M McCarthy | Reconstructing 15,000 rows of debtor entity bank data for further analysis | $145.00 | 7.20 | $1,044.00 |
| 06/22/2023 | Nicholas D Cooper | Continue reconstruction of debtor bank activity for further analysis | $185.00 | 5.70 | $1,054.50 |
| 06/22/2023 | Nolan M McCarthy | Reconstructing 15,000 rows of debtor entity bank data for further analysis | $145.00 | 6.90 | $1,000.50 |
| 06/23/2023 | Dimple P Mehra | Internal call re status of banking reconstruction. | $375.00 | 0.50 | $187.50 |
| 06/23/2023 | Nicholas D Cooper | Continue reconstruction of debtor bank activity for further analysis | $185.00 | 4.70 | $869.50 |
| 06/23/2023 | Nicholas D Cooper | Internal call re status of bank reconstruction | $185.00 | 0.50 | $92.50 |
| 06/23/2023 | Nolan M McCarthy | Internal Call re status of bank reconstruction | $145.00 | 0.50 | $72.50 |
| 06/23/2023 | Nolan M McCarthy | Reconstructing 15,000 rows of debtor entity bank data for further analysis | $145.00 | 6.90 | $1,000.50 |
| 06/26/2023 | Alexie Epstein | Reconstruct UnionBank account xx5319 data for further analysis. | $85.00 | 1.30 | $110.50 |
| 06/26/2023 | Nicholas D Cooper | Reconstruct debtor entity bank data for further analysis | $185.00 | 5.20 | $962.00 |
| 06/26/2023 | Nolan M McCarthy | Reconstructing 17,000 rows of debtor entity bank data for further analysis, primarily deposits | $145.00 | 7.60 | $1,102.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**    06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 06/27/2023 | Alexie Epstein | Reconstruct UnionBank account xx4858 data for further analysis. | $85.00 | 3.60 | $306.00 |
| 06/27/2023 | Alexie Epstein | Reconstruct UnionBank account xx4874 data for further analysis. | $85.00 | 1.10 | $93.50 |
| 06/27/2023 | Nicholas D Cooper | Reconstruct debtor entity bank data for further analysis | $185.00 | 3.80 | $703.00 |
| 06/27/2023 | Nolan M McCarthy | Reconstructing 17,000 rows of debtor entity bank data for further analysis, primarily deposits | $145.00 | 7.20 | $1,044.00 |
| 06/28/2023 | Nicholas D Cooper | Reconstruct debtor entity bank data for further analysis | $185.00 | 5.80 | $1,073.00 |
| 06/28/2023 | Nolan M McCarthy | Reconstructing 17,000 rows of debtor entity bank data for further analysis, primarily deposits | $145.00 | 7.30 | $1,058.50 |
| 06/29/2023 | Nicholas D Cooper | Reconstruct debtor entity bank data for further analysis | $185.00 | 4.80 | $888.00 |
| 06/29/2023 | Nolan M McCarthy | Reconstructing 17,000 rows of debtor entity bank data for further analysis, primarily deposits | $145.00 | 1.90 | $275.50 |
| 06/30/2023 | Nicholas D Cooper | Reconstruct debtor entity bank data for further analysis | $185.00 | 4.30 | $795.50 |
| 06/30/2023 | Nolan M McCarthy | Reconstructing 17,000 rows of debtor entity bank data for further analysis, primarily deposits | $145.00 | 2.00 | $290.00 |
| 07/05/2023 | Nicholas D Cooper | Reconstruct debtor entity bank data for further analysis | $185.00 | 2.60 | $481.00 |
| 07/05/2023 | Nolan M McCarthy | Reconstructing 18,000 rows of debtor entity bank data for further analysis, primarily deposits | $145.00 | 6.50 | $942.50 |
| 07/06/2023 | Nicholas D Cooper | Reconstruct debtor entity bank data for further analysis | $185.00 | 2.20 | $407.00 |
| 07/06/2023 | Nolan M McCarthy | Reconstructing 18,000 rows of debtor entity bank data for further analysis, primarily deposits | $145.00 | 2.60 | $377.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

## Invoice

**Invoice Date:** 06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 07/07/2023 | Nicholas D Cooper | Reconstruct debtor entity bank data for further analysis | $185.00 | 3.10 | $573.50 |
| 07/07/2023 | Nolan M McCarthy | Reconstructing 18,000 rows of debtor entity bank data for further analysis, primarily deposits | $145.00 | 2.20 | $319.00 |
| 07/10/2023 | Nolan M McCarthy | Reconstructing 18,000 rows of banking data, deposits and checks | $145.00 | 7.20 | $1,044.00 |
| 07/11/2023 | Nolan M McCarthy | Reconstructing 18,000 rows of banking data, deposits and checks | $145.00 | 5.90 | $855.50 |
| 07/17/2023 | Nicholas D Cooper | Continue reconstruction of bank data by normalizing payee/payor names of account xx3158 | $185.00 | 2.00 | $370.00 |
| 07/18/2023 | Nicholas D Cooper | Continue reconstruction of bank data by normalizing payee/payor names of account xx3158 | $185.00 | 0.90 | $166.50 |
| 07/19/2023 | Nicholas D Cooper | Continue reconstruction of bank data by normalizing payee/payor names of account xx3158 | $185.00 | 4.80 | $888.00 |
| 07/20/2023 | Nicholas D Cooper | Continue reconstruction of bank data by normalizing payee/payor names of account xx3158 | $185.00 | 4.20 | $777.00 |
| 07/21/2023 | Nicholas D Cooper | Continue reconstruction of bank data by normalizing payee/payor names of account xx3158 | $185.00 | 4.90 | $906.50 |
| 07/24/2023 | Nicholas D Cooper | Continue reconstruction of bank data by normalizing payee/payor names of account xx3158 | $185.00 | 1.60 | $296.00 |
| 07/25/2023 | Nicholas D Cooper | Continue reconstruction of bank data by normalizing payee/payor names of account xx3158 | $185.00 | 3.80 | $703.00 |
| 07/26/2023 | Nicholas D Cooper | Continue reconstruction of bank data by normalizing payee/payor names of account xx3158 | $185.00 | 6.80 | $1,258.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

## Invoice

**Invoice Date:** 06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 07/27/2023 | Nicholas D Cooper | Continue reconstruction of bank data by normalizing payee/payor names of account xx3158 | $185.00 | 3.20 | $592.00 |
| 07/28/2023 | Joshua R Teeple | Work on issues related to 401k | $525.00 | 0.20 | $105.00 |
| 07/28/2023 | Nicholas D Cooper | Continue reconstruction of bank data by normalizing payee/payor names of account xx3158 | $185.00 | 4.20 | $777.00 |
| 07/31/2023 | Nicholas D Cooper | Continue reconstruction of bank data by normalizing payee/payor names of account xx3158 | $185.00 | 3.10 | $573.50 |
| 08/01/2023 | Joshua R Teeple | Call with Trustee to discuss bank reconstruction work | $525.00 | 0.20 | $105.00 |
| 08/02/2023 | Nicholas D Cooper | Continue reconstruction of bank data by normalizing payee/payor names of account xx3158 | $185.00 | 3.30 | $610.50 |
| 08/03/2023 | Nicholas D Cooper | Continue reconstruction of bank data by normalizing payee/payor names of account xx3158 | $185.00 | 3.10 | $573.50 |
| 08/04/2023 | Nicholas D Cooper | Continue reconstruction of bank data by normalizing payee/payor names of account xx3158 | $185.00 | 3.20 | $592.00 |
| 08/07/2023 | Nicholas D Cooper | Reconstruct bank data for Wells Fargo x0496 account | $185.00 | 1.80 | $333.00 |
| 08/28/2023 | Nicholas D Cooper | Reconstruct debtor's Bank of America bank data for further analysis | $185.00 | 2.60 | $481.00 |
| 08/29/2023 | Nicholas D Cooper | Reconstruct debtor's Bank of America bank data for further analysis | $185.00 | 7.10 | $1,313.50 |
| 08/30/2023 | Nicholas D Cooper | Reconstruct debtor's Bank of America bank data for further analysis | $185.00 | 3.20 | $592.00 |
| 09/05/2023 | Nicholas D Cooper | Reconstruct debtor entity bank statements from Bank of America for further analysis | $185.00 | 2.60 | $481.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**    06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 09/06/2023 | Nicholas D Cooper | Reconstruct debtor entity bank statements from Bank of America for further analysis | $185.00 | 0.80 | $148.00 |
| 09/07/2023 | Nicholas D Cooper | Reconstruct debtor entity bank statements from Bank of America for further analysis | $185.00 | 4.10 | $758.50 |
| 09/08/2023 | Nicholas D Cooper | Reconstruct debtor entity bank statements from Bank of America for further analysis | $185.00 | 2.70 | $499.50 |
| 09/11/2023 | Nicholas D Cooper | Reconstruct debtor entity bank transactions and normalize Payee names for further analysis | $185.00 | 2.40 | $444.00 |
| 09/14/2023 | Nicholas D Cooper | Reconstruct debtor entity bank transactions and normalize Payee names for further analysis | $185.00 | 2.40 | $444.00 |
| 09/15/2023 | Nicholas D Cooper | Reconstruct debtor entity bank transactions and normalize Payee names for further analysis | $185.00 | 3.80 | $703.00 |
| 09/19/2023 | Nicholas D Cooper | Reconstruct debtor entity bank transactions and normalize Payee names for further analysis | $185.00 | 2.20 | $407.00 |
| 09/20/2023 | Nicholas D Cooper | Reconstruct debtor entity bank transactions and normalize Payee names for further analysis | $185.00 | 6.10 | $1,128.50 |
| 09/22/2023 | Nicholas D Cooper | Reconstruct debtor entity bank transactions and normalize Payee names for further analysis | $185.00 | 3.30 | $610.50 |
| 09/26/2023 | Nicholas D Cooper | Continue reconstruction and normalization of debtor bank data for further analysis | $185.00 | 4.70 | $869.50 |
| 10/03/2023 | Nicholas D Cooper | Normalize over 39,000 Payee/Payor names in the Bank Reconstruction in preparation for summary analysis | $185.00 | 2.60 | $481.00 |
| 10/04/2023 | Nicholas D Cooper | Normalize over 39,000 Payee/Payor names in the Bank Reconstruction in preparation for summary analysis | $185.00 | 1.70 | $314.50 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**    06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 10/05/2023 | Nicholas D Cooper | Normalize over 39,000 Payee/Payor names in the Bank Reconstruction in preparation for summary analysis | $185.00 | 3.40 | $629.00 |
| 10/06/2023 | Nicholas D Cooper | Normalize over 39,000 Payee/Payor names in the Bank Reconstruction in preparation for summary analysis | $185.00 | 5.60 | $1,036.00 |
| 10/06/2023 | Nicholas D Cooper | Review outstanding bank data needed for bank reconstruction | $185.00 | 0.80 | $148.00 |
| 10/09/2023 | Nicholas D Cooper | Normalize over 39,000 Payee/Payor names in the Bank Reconstruction in preparation for summary analysis | $185.00 | 3.70 | $684.50 |
| 10/10/2023 | Nicholas D Cooper | Reconstruct American Express data for further analysis | $185.00 | 3.60 | $666.00 |
| 10/11/2023 | Kevin R Meacham | Review and enter check and deposit detail for Chase account ending xx3158. | $265.00 | 3.20 | $848.00 |
| 10/11/2023 | Nicholas D Cooper | Reconstruct American Express data for further analysis | $185.00 | 2.20 | $407.00 |
| 10/11/2023 | Nicholas D Cooper | Reconstruct check and deposit detail from Chase x3158 for further analysis | $185.00 | 4.00 | $740.00 |
| 10/12/2023 | Kevin R Meacham | Review and enter check and deposit detail for Chase account ending xx3158. | $265.00 | 3.40 | $901.00 |
| 10/12/2023 | Nicholas D Cooper | Reconstruct check and deposit detail from Chase x3158 for further analysis | $185.00 | 4.70 | $869.50 |
| 10/16/2023 | Nolan M McCarthy | Input payment data into reconstruction | $145.00 | 1.10 | $159.50 |
| 10/17/2023 | Nicholas D Cooper | Reconstruct check and deposit detail from Chase x3158 for further analysis | $185.00 | 1.60 | $296.00 |
| 10/17/2023 | Nolan M McCarthy | Input payment data into reconstruction | $145.00 | 2.90 | $420.50 |
| 10/18/2023 | Nolan M McCarthy | Reconstruct Bank Data for further analysis | $145.00 | 1.10 | $159.50 |
| 10/20/2023 | Nicholas D Cooper | Reconstruct check and deposit detail from Chase x3158 for further analysis | $185.00 | 2.80 | $518.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 10/23/2023 | Nicholas D Cooper | Normalize over 42,000 Payee/Payor names in the Bank Reconstruction in preparation for summary analysis | $185.00 | 3.20 | $592.00 |
| 10/24/2023 | Nicholas D Cooper | Normalize over 42,000 Payee/Payor names in the Bank Reconstruction in preparation for summary analysis | $185.00 | 5.80 | $1,073.00 |
| 10/25/2023 | Nicholas D Cooper | Normalize over 42,000 Payee/Payor names in the Bank Reconstruction in preparation for summary analysis | $185.00 | 1.70 | $314.50 |
| 10/26/2023 | Nicholas D Cooper | Normalize over 42,000 Payee/Payor names in the Bank Reconstruction in preparation for summary analysis | $185.00 | 4.40 | $814.00 |
| 11/02/2023 | Nicholas D Cooper | Reconstruct bank activity from Union Bank data production for further analysis | $185.00 | 0.80 | $148.00 |
| 11/03/2023 | Nicholas D Cooper | Reconstruct bank activity from Union Bank data production for further analysis | $185.00 | 2.80 | $518.00 |
| 11/06/2023 | Nicholas D Cooper | Reconstruct bank activity from Union Bank data production for further analysis | $185.00 | 5.60 | $1,036.00 |
| 11/07/2023 | Nicholas D Cooper | Reconstruct bank activity from Union Bank data production for further analysis | $185.00 | 7.30 | $1,350.50 |
| 11/09/2023 | Nicholas D Cooper | Reconstruct bank activity from Optimum Bank data production for further analysis | $185.00 | 2.40 | $444.00 |
| 11/10/2023 | Nicholas D Cooper | Review and update list of outstanding bank data needed for reconstruction purposes | $185.00 | 1.60 | $296.00 |
| 02/07/2024 | Nicholas D Cooper | Reconstruct newly received bank data from Vulcan and Prime Logix Bank of America accounts, for further analysis | $275.00 | 7.70 | $2,117.50 |
| 02/08/2024 | Nicholas D Cooper | Reconstruct newly received bank data from Vulcan and Prime Logix Bank of America accounts, for further analysis | $275.00 | 7.70 | $2,117.50 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/09/2024 | Nicholas D Cooper | Reconstruct newly received bank data from Vulcan and Prime Logix Bank of America accounts, for further analysis | $275.00 | 4.80 | $1,320.00 |
| 02/15/2024 | Nicholas D Cooper | Reconstruct Bank of America bank records for newly received accounts from Vulcan Consulting and Prime Logix | $275.00 | 3.20 | $880.00 |
| 02/16/2024 | Nicholas D Cooper | Reconstruct Bank of America bank records for newly received accounts from Vulcan Consulting and Prime Logix | $275.00 | 6.40 | $1,760.00 |
| 02/19/2024 | Nicholas D Cooper | Reconstruct Bank of America bank records for newly received accounts from Vulcan Consulting and Prime Logix | $275.00 | 2.50 | $687.50 |
| 02/20/2024 | Nicholas D Cooper | Reconstruct Bank of America bank records for newly received accounts from Vulcan Consulting and Prime Logix | $275.00 | 3.20 | $880.00 |
| 02/21/2024 | Nicholas D Cooper | Reconstruct Bank of America bank records for newly received accounts from Vulcan Consulting and Prime Logix | $275.00 | 2.80 | $770.00 |
| 02/22/2024 | Nicholas D Cooper | Reconstruct Bank of America bank records for newly received accounts from Vulcan Consulting and Prime Logix | $275.00 | 6.10 | $1,677.50 |
| 02/23/2024 | Nicholas D Cooper | Reconstruct Bank of America bank records for newly received accounts from Vulcan Consulting and Prime Logix | $275.00 | 3.70 | $1,017.50 |
| 02/26/2024 | Nicholas D Cooper | Reconstruct newly received bank data from Vulcan and Prime Logix Bank of America accounts, for further analysis | $275.00 | 4.90 | $1,347.50 |
| 02/27/2024 | Nicholas D Cooper | Reconstruct newly received bank data from Vulcan and Prime Logix Bank of America accounts, for further analysis | $275.00 | 5.90 | $1,622.50 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**    06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/27/2024 | Nolan M McCarthy | Reconstructing Bank Statements | $195.00 | 4.40 | $858.00 |
| 02/28/2024 | Nicholas D Cooper | Reconstruct newly received bank data from Vulcan and Prime Logix Bank of America accounts, for further analysis | $275.00 | 6.10 | $1,677.50 |
| 02/28/2024 | Nolan M McCarthy | Reconstructing Bank Statements | $195.00 | 4.80 | $936.00 |
| 02/29/2024 | Nicholas D Cooper | Reconstruct newly received bank data from Vulcan and Prime Logix Bank of America accounts, for further analysis | $275.00 | 3.70 | $1,017.50 |
| 02/29/2024 | Nicholas D Cooper | Reconstruct newly received bank data from Vulcan and Prime Logix Bank of America accounts, for further analysis | $275.00 | 2.90 | $797.50 |
| 03/01/2024 | Nolan M McCarthy | Reconstructing Bank Statements | $195.00 | 1.20 | $234.00 |
| 03/12/2024 | Nicholas D Cooper | Reconstruct Wells Fargo x0496 document production for further analysis | $275.00 | 0.70 | $192.50 |
| 03/29/2024 | Nicholas D Cooper | Review bank reconstruction data to locate specific transactions identified by Counsel | $275.00 | 0.70 | $192.50 |
| 04/01/2024 | Nicholas D Cooper | Review and respond to requests from Dinsmore for information re: bank reconstruction records | $275.00 | 0.70 | $192.50 |
| 04/04/2024 | Nicholas D Cooper | Review and respond to requests from Dinsmore for information re: bank reconstruction records | $275.00 | 0.40 | $110.00 |
| 04/05/2024 | Nicholas D Cooper | Review and respond to requests from Dinsmore for information re: bank reconstruction records | $275.00 | 0.70 | $192.50 |
| 04/09/2024 | Nicholas D Cooper | Review and respond to requests from Dinsmore for information re: bank reconstruction records | $275.00 | 0.80 | $220.00 |
| 04/10/2024 | Nicholas D Cooper | Review and respond to requests from Dinsmore for information re: bank reconstruction records | $275.00 | 0.60 | $165.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 04/11/2024 | Nicholas D Cooper | Review and respond to requests from Dinsmore for information re: bank reconstruction records | $275.00 | 1.20 | $330.00 |
| 04/12/2024 | Nicholas D Cooper | Review and respond to requests from Dinsmore for information re: bank reconstruction records | $275.00 | 0.70 | $192.50 |
| 04/15/2024 | Nicholas D Cooper | Review and respond to requests from Dinsmore for information re: bank reconstruction records | $275.00 | 1.60 | $440.00 |
| 04/17/2024 | Nicholas D Cooper | Review and respond to requests from Dinsmore for information re: bank reconstruction records | $275.00 | 1.30 | $357.50 |
| 04/19/2024 | Nicholas D Cooper | Review and respond to requests from Dinsmore for information re: bank reconstruction records | $275.00 | 2.20 | $605.00 |
| 05/29/2024 | Nicholas D Cooper | Review and respond to requests from Dinsmore for information re: bank reconstruction records | $275.00 | 1.30 | $357.50 |
| 05/30/2024 | Nicholas D Cooper | Review and respond to requests from Dinsmore for information re: bank reconstruction records | $275.00 | 1.20 | $330.00 |
| 06/03/2024 | Nolan M McCarthy | Reconstruct and normalize MRD Marketing Wells fargo bank statements for further analysis | $195.00 | 2.60 | $507.00 |
| 06/04/2024 | Nolan M McCarthy | Reconstruct and normalize MRD Marketing Wells fargo bank statements for further analysis | $195.00 | 6.80 | $1,326.00 |
| 06/05/2024 | Nolan M McCarthy | Reconstruct and normalize New Horizon Finance Chase bank statements for further analysis | $195.00 | 7.40 | $1,443.00 |
| 06/06/2024 | Nicholas D Cooper | Reconstruct MRD Marketing Wells Fargo bank statements for further analysis | $275.00 | 0.60 | $165.00 |
| 06/07/2024 | Nolan M McCarthy | Reconstruct and normalize EZ Debt Relief bank statements for further analysis | $195.00 | 4.90 | $955.50 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 06/10/2024 | Nicholas D Cooper | Reconstruct New Horizon Financebank statements for further analysis | $275.00 | 1.80 | $495.00 |
| 06/10/2024 | Nolan M McCarthy | Reconstructing EZ Debt Relief Bank of America Statements and normalizing for further analysis | $195.00 | 3.90 | $760.50 |
| 06/11/2024 | Nolan M McCarthy | Reconstructing EZ Debt Relief Bank of America Statements and normalizing for further analysis | $195.00 | 4.90 | $955.50 |
| 06/12/2024 | Nolan M McCarthy | Reconstructing EZ Debt Relief Bank of America Statements and normalizing for further analysis | $195.00 | 1.70 | $331.50 |
| 06/13/2024 | Nicholas D Cooper | Reconstruct newly received bank data production for incorporation into main reconstruction | $275.00 | 3.70 | $1,017.50 |
| 06/17/2024 | Nicholas D Cooper | Reconstruct Wells Fargo bank production for further analysis | $275.00 | 3.20 | $880.00 |
| 06/18/2024 | Nicholas D Cooper | Reconstruct Wells Fargo bank production for further analysis | $275.00 | 2.40 | $660.00 |
| 06/19/2024 | Nicholas D Cooper | Reconstruct Wells Fargo bank production for further analysis | $275.00 | 1.20 | $330.00 |
| 06/19/2024 | Nolan M McCarthy | Reconstructing Bank Statements | $195.00 | 7.40 | $1,443.00 |
| 06/20/2024 | Nolan M McCarthy | Reconstructing Bank Statements | $195.00 | 7.70 | $1,501.50 |
| 06/21/2024 | Nolan M McCarthy | Reconstructing Bank Statements | $195.00 | 6.20 | $1,209.00 |
| 06/24/2024 | Nicholas D Cooper | Reconstruct Wells Fargo Document production for futher analysis | $275.00 | 3.90 | $1,072.50 |
| 06/24/2024 | Nolan M McCarthy | Reconstructing indivdual Bank Statements | $195.00 | 7.30 | $1,423.50 |
| 06/25/2024 | Nolan M McCarthy | Reconstructing indivdual Bank Statements | $195.00 | 7.60 | $1,482.00 |
| 06/26/2024 | Nolan M McCarthy | Reconstructing indivdual Bank Statements | $195.00 | 2.90 | $565.50 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 06/27/2024 | Nicholas D Cooper | Review and reconstruct Wells Fargo document production for incorporation into master bank reconstruction | $275.00 | 0.30 | $82.50 |
| 06/28/2024 | Nicholas D Cooper | Review and reconstruct Wells Fargo document production for incorporation into master bank reconstruction | $275.00 | 1.90 | $522.50 |
| | | **013 - Reconstruction Accounting Total:** | | **591.10** | **$115,162.50** |

**014 - Tax Issues**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 07/03/2023 | Joshua R Teeple | Call with Trustee Administrator to discuss payroll tax reporting issues | $525.00 | 0.30 | $157.50 |
| 09/12/2023 | Benjamin Faith | Prepared power of attorney IRS Form 2848. | $125.00 | 0.40 | $50.00 |
| 09/18/2023 | Kenneth C Solares | Review IRS Form 2848 power of attorney (.2). Forward to trustee for signing and file with the IRS (.2). | $285.00 | 0.40 | $114.00 |
| 09/26/2023 | Joshua R Teeple | Review and respond to emails from staff re info needed for tax return preparation | $525.00 | 0.10 | $52.50 |
| 09/26/2023 | Kenneth C Solares | Process request and review IRS transcripts for debtor filed tax returns. | $285.00 | 0.30 | $85.50 |
| 12/01/2023 | Kenneth C Solares | Review case documents and accounting reconstruction to determine tax filing requirements. | $285.00 | 0.20 | $57.00 |
| | | **014 - Tax Issues Total:** | | **1.70** | **$516.50** |

**015 - Tax Return Preparation**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 04/13/2024 | Kenneth C Solares | Review 2023 extension. | $385.00 | 0.20 | $77.00 |
| | | **015 - Tax Return Preparation Total:** | | **0.20** | **$77.00** |

**016 - Preference/Insider Analysis**

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/30/2023 | Nicholas D Cooper | Analyze debtor bank activity in the period 90 days prior to Petition date | $185.00 | 3.80 | $703.00 |
| 08/31/2023 | Joshua R Teeple | Review 90 day disbursement analysis | $525.00 | 0.20 | $105.00 |
| 09/01/2023 | Dimple P Mehra | Prepare detailed reports of specific payees as requested by counsel. | $375.00 | 1.80 | $675.00 |
| 09/01/2023 | Joshua R Teeple | Review numerous emails from counsel re preference analysis and reporting from MLG | $525.00 | 0.20 | $105.00 |
| 09/05/2023 | Dimple P Mehra | Prepare analysis of disbursements by payee for 90-day pre-petition period. | $375.00 | 0.60 | $225.00 |
| 09/05/2023 | Joshua R Teeple | Review revised 90 day disbursement summary and related emails | $525.00 | 0.20 | $105.00 |
| 09/11/2023 | Dimple P Mehra | Multiple emails with counsel and internal calls and emails with staff re payee detail analyses to be prepared for the 90-day pre-petition period. | $375.00 | 0.80 | $300.00 |
| 09/11/2023 | Nicholas D Cooper | Analyze debtor bank data and prepare 90-day disbursement summary with relevant bank statement and check detail as requested by counsel | $185.00 | 2.30 | $425.50 |
| 09/12/2023 | Nicholas D Cooper | Analyze debtor bank data and prepare 90-day disbursement summary with relevant bank statement and check detail as requested by counsel | $185.00 | 7.70 | $1,424.50 |
| 09/12/2023 | Nolan M McCarthy | Analyze debtor bank data and prepare 90-day disbursement summary with relevant bank statement and check detail as requested by counsel | $145.00 | 7.70 | $1,116.50 |
| 09/13/2023 | Nicholas D Cooper | Analyze debtor bank data and prepare 90-day disbursement summary with relevant bank statement and check detail as requested by counsel | $185.00 | 6.70 | $1,239.50 |
| 09/13/2023 | Nolan M McCarthy | Analyze debtor bank data and prepare 90-day disbursement summary with relevant bank statement and check detail as requested by counsel | $145.00 | 7.80 | $1,131.00 |

Please mail payments to:
Grobstein Teeple, LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630

Exhibit C, Page 59

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



Richard A. Marshack, Trustee
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 09/14/2023 | Nicholas D Cooper | Analyze debtor bank data and prepare 90-day disbursement summary with relevant bank statement and check detail as requested by counsel | $185.00 | 3.10 | $573.50 |
| 09/14/2023 | Nolan M McCarthy | Analyze debtor bank data and prepare 90-day disbursement summary with relevant bank statement and check detail as requested by counsel | $145.00 | 5.20 | $754.00 |
| 09/21/2023 | Dimple P Mehra | Pull payee information as requested by Jeremy Freedman. | $375.00 | 0.30 | $112.50 |
| 10/16/2023 | Nicholas D Cooper | Reconstruct check and deposit detail from Chase x3158 for further analysis | $185.00 | 3.40 | $629.00 |
| 10/18/2023 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $185.00 | 3.70 | $684.50 |
| 10/18/2023 | Nolan M McCarthy | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $145.00 | 2.10 | $304.50 |
| 10/19/2023 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $185.00 | 4.20 | $777.00 |
| 10/19/2023 | Nolan M McCarthy | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $145.00 | 7.40 | $1,073.00 |
| 10/20/2023 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $185.00 | 1.60 | $296.00 |
| 11/01/2023 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $185.00 | 2.20 | $407.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**     06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 11/08/2023 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $185.00 | 5.70 | $1,054.50 |
| 11/09/2023 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $185.00 | 0.80 | $148.00 |
| 12/14/2023 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $185.00 | 1.40 | $259.00 |
| 12/14/2023 | Nolan M McCarthy | Analyze Debtor Bank Data and Prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $145.00 | 3.80 | $551.00 |
| 12/15/2023 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $185.00 | 1.10 | $203.50 |
| 12/18/2023 | Nolan M McCarthy | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $145.00 | 3.30 | $478.50 |
| 12/19/2023 | Nolan M McCarthy | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $145.00 | 6.80 | $986.00 |
| 12/20/2023 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $185.00 | 2.50 | $462.50 |
| 12/20/2023 | Nolan M McCarthy | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $145.00 | 6.60 | $957.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 12/21/2023 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $185.00 | 2.30 | $425.50 |
| 01/02/2024 | Nicholas D Cooper | Review 90-day disbursement summary and prepare report at counsel's request | $275.00 | 1.80 | $495.00 |
| 01/03/2024 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $275.00 | 2.30 | $632.50 |
| 01/04/2024 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $275.00 | 2.80 | $770.00 |
| 01/05/2024 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $275.00 | 2.00 | $550.00 |
| 01/08/2024 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $275.00 | 3.10 | $852.50 |
| 01/12/2024 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $275.00 | 2.70 | $742.50 |
| 03/04/2024 | Joshua R Teeple | Review and respond to emails re QuickBooks records | $600.00 | 0.20 | $120.00 |
| 03/04/2024 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $275.00 | 5.40 | $1,485.00 |
| 03/05/2024 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $275.00 | 6.50 | $1,787.50 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 03/05/2024 | Nolan M McCarthy | Analyze Debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $195.00 | 4.60 | $897.00 |
| 03/06/2024 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $275.00 | 6.90 | $1,897.50 |
| 03/06/2024 | Nolan M McCarthy | Analyze Debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $195.00 | 3.90 | $760.50 |
| 03/07/2024 | Nicholas D Cooper | Analyze debtor bank data and prepare 90-day disbursement summary with relevant bank statement and check detail as requested by counsel | $275.00 | 6.80 | $1,870.00 |
| 03/07/2024 | Nicholas D Cooper | Extract disbursement details for Han Trinh, Phuong Trinh, Herret Credit Consultants, at request of Counsel | $275.00 | 0.90 | $247.50 |
| 03/07/2024 | Nolan M McCarthy | Analyze Debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $195.00 | 6.40 | $1,248.00 |
| 03/11/2024 | Nicholas D Cooper | Analyze debtor bank data and prepare 90-day disbursement summary with relevant bank statement and check detail as requested by counsel | $275.00 | 6.90 | $1,897.50 |
| 03/11/2024 | Nolan M McCarthy | Analyze Debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $195.00 | 5.30 | $1,033.50 |
| 03/12/2024 | Nicholas D Cooper | Analyze debtor bank data and prepare 90-day disbursement summary with relevant bank statement and check detail as requested by counsel | $275.00 | 3.20 | $880.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 03/12/2024 | Nolan M McCarthy | Analyze Debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $195.00 | 3.30 | $643.50 |
| 03/13/2024 | Nicholas D Cooper | Analyze debtor bank data and prepare 90-day disbursement summary with relevant bank statement and check detail as requested by counsel | $275.00 | 4.60 | $1,265.00 |
| 03/13/2024 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $275.00 | 0.70 | $192.50 |
| 03/14/2024 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $275.00 | 2.40 | $660.00 |
| 03/14/2024 | Nicholas D Cooper | Prepare disbursement summary for "Tustin Executive Center" at request of Counsel | $275.00 | 0.60 | $165.00 |
| 03/14/2024 | Nolan M McCarthy | Analyze Debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $195.00 | 5.20 | $1,014.00 |
| 03/15/2024 | Joshua R Teeple | Review emails with counsel re 549 analysis and discuss same with Mehra | $600.00 | 0.20 | $120.00 |
| 03/15/2024 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $275.00 | 3.20 | $880.00 |
| 03/15/2024 | Nicholas D Cooper | Perform data searches in regards to disbursement detail at request of Counsel | $275.00 | 1.60 | $440.00 |
| 03/15/2024 | Nolan M McCarthy | Analyze Debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $195.00 | 2.30 | $448.50 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**   06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 03/18/2024 | Dimple P Mehra | Review analyses prepared by staff. | $475.00 | 1.40 | $665.00 |
| 03/18/2024 | Joshua R Teeple | Review various emails from counsel on additional analyses needed | $600.00 | 0.10 | $60.00 |
| 03/18/2024 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $275.00 | 4.40 | $1,210.00 |
| 03/18/2024 | Nolan M McCarthy | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $195.00 | 2.20 | $429.00 |
| 03/19/2024 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $275.00 | 1.00 | $275.00 |
| 03/19/2024 | Nicholas D Cooper | Review bank data for activity related to SDCO at request of Counsel | $275.00 | 0.70 | $192.50 |
| 03/20/2024 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $275.00 | 1.90 | $522.50 |
| 03/20/2024 | Nolan M McCarthy | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $195.00 | 7.20 | $1,404.00 |
| 03/21/2024 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $275.00 | 3.20 | $880.00 |
| 03/21/2024 | Nolan M McCarthy | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $195.00 | 7.70 | $1,501.50 |

Please mail payments to:
Grobstein Teeple, LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 03/22/2024 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $275.00 | 4.10 | $1,127.50 |
| 03/22/2024 | Nolan M McCarthy | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $195.00 | 4.30 | $838.50 |
| 03/25/2024 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $275.00 | 4.70 | $1,292.50 |
| 03/25/2024 | Nolan M McCarthy | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $195.00 | 5.10 | $994.50 |
| 03/26/2024 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $275.00 | 5.90 | $1,622.50 |
| 03/26/2024 | Nolan M McCarthy | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $195.00 | 7.20 | $1,404.00 |
| 03/27/2024 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $275.00 | 5.70 | $1,567.50 |
| 03/27/2024 | Nolan M McCarthy | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $195.00 | 7.50 | $1,462.50 |
| 03/28/2024 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $275.00 | 2.20 | $605.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 03/28/2024 | Nolan M McCarthy | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $195.00 | 1.10 | $214.50 |
| 03/29/2024 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $275.00 | 3.70 | $1,017.50 |
| 03/29/2024 | Nolan M McCarthy | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $195.00 | 3.30 | $643.50 |
| 04/01/2024 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $275.00 | 5.40 | $1,485.00 |
| 04/01/2024 | Nolan M McCarthy | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $195.00 | 6.20 | $1,209.00 |
| 04/02/2024 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $275.00 | 5.60 | $1,540.00 |
| 04/02/2024 | Nolan M McCarthy | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $195.00 | 7.80 | $1,521.00 |
| 04/03/2024 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $275.00 | 1.80 | $495.00 |
| 04/03/2024 | Nolan M McCarthy | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $195.00 | 7.90 | $1,540.50 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**    06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 04/04/2024 | Nolan M McCarthy | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $195.00 | 7.40 | $1,443.00 |
| 04/05/2024 | Nolan M McCarthy | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $195.00 | 3.60 | $702.00 |
| 04/08/2024 | Nolan M McCarthy | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $195.00 | 5.20 | $1,014.00 |
| 04/09/2024 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $275.00 | 3.80 | $1,045.00 |
| 04/09/2024 | Nolan M McCarthy | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $195.00 | 0.40 | $78.00 |
| 04/25/2024 | Nicholas D Cooper | Review BofA and Chase transaction details and wire support per request of Dinsmore | $275.00 | 0.70 | $192.50 |
| 05/24/2024 | Dimple P Mehra | Send four year transfer summaries to Tyler as requested. | $475.00 | 0.60 | $285.00 |
| 05/29/2024 | Dimple P Mehra | Review of information compiled by staff as requested by Tyler. | $475.00 | 0.80 | $380.00 |
| 05/29/2024 | Nicholas D Cooper | Update 4-year disbursement summary at request of Counsel | $275.00 | 0.70 | $192.50 |
| 06/06/2024 | Nolan M McCarthy | Reconstruct and normalize New Horizon Finance Chase bank statements for further analysis | $195.00 | 2.60 | $507.00 |
| 06/06/2024 | Nolan M McCarthy | Reconstruct and normalize EZ Debt Relief bank statements for further analysis | $195.00 | 4.80 | $936.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 06/30/2024
**Invoice Number:** 107368
**Billing Through:** 06/30/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 06/14/2024 | Nicholas D Cooper | Review 4 year disbursement detail for Outsource LLC at request of Marshack Hays | $275.00 | 0.70 | $192.50 |
| 06/14/2024 | Nicholas D Cooper | Prepare 4 year disbursement analyses and gather supporting documentation for various entities at the request of Dinsmore | $275.00 | 4.70 | $1,292.50 |
| 06/17/2024 | Nicholas D Cooper | Prepare 4-year pre-petition disbursement summaries for Colonna Law Firm & Cohen Law Firm at request of Counsel | $275.00 | 0.70 | $192.50 |
| 06/24/2024 | Nicholas D Cooper | Analyze debtor bank data and prepare 4-year disbursement summary with relevant bank statement and check detail as requested by counsel | $275.00 | 1.90 | $522.50 |
| 06/28/2024 | Nicholas D Cooper | Prepare analysis of 4-year disbursement detail at request of Counsel | $275.00 | 1.20 | $330.00 |
| | | **016 - Preference/Insider Analysis Total:** | | 362.20 | $79,711.50 |
| | | **Total Professional Fees:** | | 1,293.10 | $307,466.50 |

**Expenses:**

| Date | Employee | Description | Quantity | Rate | Amount |
|------|----------|-------------|----------|------|--------|
| **405 - Client Postage/Delivery** | | | | | |
| 06/09/2023 | Denise Weiss | Service of application to employ upon relevant parties. | 24 | $0.60 | $14.40 |
| 06/09/2023 | Denise Weiss | Service of application to employ upon Judge. | 1 | $2.22 | $2.22 |
| 06/30/2023 | Denise Weiss | Service of NOD and proposed order re: employment upon Judge. | 1 | $2.46 | $2.46 |

Please mail payments to:
Grobstein Teeple, LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630

Exhibit C, Page 69

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**    06/30/2024
**Invoice Number:**  107368
**Billing Through:**  06/30/2024

IN RE: The Litigation Practice Group P.C.

| Date | Employee | Description | Quantity | Rate | Amount |
|------|----------|-------------|----------|------|--------|
| 01/23/2024 | Denise Weiss | Service of notice of change of rates upon Debtor. | 1 | $0.64 | $0.64 |
| 01/23/2024 | Denise Weiss | Service of notice of change of rates upon Judge. | 1 | $2.11 | $2.11 |
| | | **405 - Client Postage/Delivery Total:** | | | **$21.83** |

**406 - Client Photocopies/Printing**

| Date | Employee | Description | Quantity | Rate | Amount |
|------|----------|-------------|----------|------|--------|
| 06/09/2023 | Denise Weiss | Service of application to employ upon relevant parties. | 72 | $0.20 | $14.40 |
| 06/09/2023 | Denise Weiss | Service of application to employ upon Judge. | 23 | $0.20 | $4.60 |
| 06/30/2023 | Denise Weiss | Service of NOD and proposed order re: employment upon Judge. | 31 | $0.20 | $6.20 |
| 01/23/2024 | Denise Weiss | Service of notice of change of rates upon Debtor. | 4 | $0.20 | $0.80 |
| 01/23/2024 | Denise Weiss | Service of notice of change of rates upon Judge. | 16 | $0.20 | $3.20 |
| | | **406 - Client Photocopies/Printing Total:** | | | **$29.20** |
| | | **Total Expenses:** | | | **$51.03** |

| | |
|---|---|
| **Total Professional Fees:** | **$307,466.50** |
| **Total Expenses:** | **$51.03** |
| **Total Amount Due This Invoice:** | **$307,517.53** |

**GROBSTEIN
TEEPLE**

## PROFESSIONAL BIOGRAPHIES

**HOWARD B. GROBSTEIN, CPA/CFF, CFE,** California State University, Northridge (B.S. - Accountancy) is a Partner in the firm. He has acted as a Chapter 7 and Chapter 11 Trustee and Chapter 11 Examiner in the Central and Northern Districts of California. He has testified as an expert witness in District, Bankruptcy and State court cases. Mr. Grobstein has conducted numerous fraud investigations.  He is a member of the Board of Directors and past Chair of the Los Angeles/Orange County Chapter of the California Receiver's Forum.  He was President of the Los Angeles Bankruptcy Forum for 2013. Mr. Grobstein was the Treasurer of the Los Angeles/Orange County chapter of the Turnaround Management Association.

**JOSHUA TEEPLE**, **CPA/CFF, CFE, CITP,** University of Colorado, Boulder (B.S. - Business Administration) is a Partner in the firm.  Mr. Teeple specializes in providing forensic accounting and restructuring services and testifies as an expert witness in such matters. Mr. Teeple has conducted multiple fraud investigations and regularly provides litigation consulting services.

**DIMPLE MEHRA, CFE**, University of Arizona (B.S. – Business Administration) and University of Phoenix (M.S. – Accountancy) is a Principal in the firm. Ms. Mehra has experience in providing forensic accounting and analysis services in the public and private sectors.  She is a member of the Association of Certified Fraud Examiners.

**KENNETH SOLARES, CPA,** California State University, Northridge (B.S. - Finance) is a Manager in the firm. Mr. Solares has experience in accounting, bookkeeping, financial statement analysis and office management.

**NICHOLAS COOPER**, University of South Carolina Darla Moore School of Business (BS- Finance/Marketing) is a Staff Accountant in the firm. Mr. Cooper has corporate finance experience in data analysis, including privately held businesses, as well as non-for-profit organizations.

**NOLAN McCARTHY,** Occidental College, (B.A. – Economics) and Georgetown University (M.P.S. – Sports Industry Management) is a Staff Accountant with the firm.

**KEVIN MEACHAM**, California State University, Northridge (B.S. - Information Systems with an Option in Business) is a Consultant in the firm. Mr. Meacham is knowledgeable in network technologies, database management, application development, business intelligence, IT audit, enterprise resource planning, project management, and IT security. He has experience in bank record reconstructions for numerous accounts related to fraudulent transactions.

**Los Angeles Headquarters**
6300 Canoga Avenue Ste 1500W
Woodland Hills, California 91367
818.532.1020 | gtllp.com

Los Angeles County, CA
Orange County, CA
Riverside County, CA
San Francisco, CA

Boston, MA
Las Vegas, NV
Washington D.C. Metro
Mérida, MX

Exhibit D, Page 71

**DENISE WEISS** is an Executive Assistant with the firm.

**BENJAMIN FAITH**, Occidental College (B.A. – Physics, math minor) was a staff accountant with the firm. Mr. Faith has experience with a variety of mathematics and analytical programs such as Excel.

**ALEXIE EPSTEIN** was an intern with the firm.  Ms. Epstein is a rising junior at Santa Clara University, pursuing a major in Finance and a minor in Retail Studies.