JOSHUA R. TEEPLE, CPA
Grobstein Teeple LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
Telephone: (949) 381-5655
Facsimile: (949) 381-5665
Email:    jteeple@gtllp.com; documents@gtllp.com

Accountants for Richard A. Marshack, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>**THE LITIGATION PRACTICE GROUP P.C.,**<br><br>Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**ERRATA TO FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GROBSTEIN TEEPLE, LLP AS ACCOUNTANTS FOR THE CHAPTER 11 TRUSTEE**<br><br>Date:  September 24, 2024<br>Time: 10:00 a.m.<br>Ctrm: 5C<br>     U.S. Bankruptcy Court<br>     411 West Fourth Street<br>     Santa Ana, California 92701 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE AND ALL INTERESTED PARTIES:**

On September 3, 2024, this office filed its *First Interim Application for Compensation and Reimbursement of Expenses of Grobstein Teeple, LLP as Accountants for the Chapter 7 [sic] Trustee* ("Application"), which was assigned Docket No. 1608.  The Application inadvertently referred to

1  Richard A. Marshack as the Chapter 7 Trustee throughout the document, instead of correctly referring

2  to him as the Chapter 11 Trustee.  The purpose of this errata is to correct said error.

Dated: September 3, 2024                             Grobstein Teeple LLP

                                                By: _____
                                                     Joshua R. Teeple

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

*PO Box 253, Woonsocket, RI 02895*

A true and correct copy of the foregoing document entitled (*specify*): **ERRATA TO FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GROBSTEIN TEEPLE, LLP AS ACCOUNTANTS FOR THE CHAPTER 11 TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  September 3, 2024  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒   Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On  September 3, 2024 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
The Litigation Practice Group P.C.
17542 17th St, Suite 100
Tustin, CA 92780-1981

Honorable Scott C. Clarkson
U.S. Bankruptcy Court
411 West Fourth St., Ste. 5130
Santa Ana, CA 92701-5493

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 3, 2024 | Denise Weiss | *Denise Weiss* |
|---|---|---|
| *Date* | *Typed Name* | *Signature* |

In re: The Litigation Practice Group P.C.        3        Case No.: 8:23-bk-10571-SC

**CM/ECF NOTICE OF ELECTRONIC FILING**

- Adam D Stein-Sapir on behalf of Creditor Pioneer Funding Group LLC info@pfllc.com
- Alan Craig Hochheiser on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com arodriguez@mauricewutscher.com
- Alan I Nahmias on behalf of Interested Party Courtesy NEF anahmias@mbn.law jdale@mbn.law
- Alan W Forsley on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- Alan W Forsley on behalf of Defendant JGW Solutions LLC alan.forsley@flpllp.com, awf@fkllawfirm.com, awf@fl-lawyers.net,addy@flpllp.com
- Amy Lynn Ginsburg on behalf of Creditor Amy Ginsburg efilings@ginsburglawgroup.com
- Amy Lynn Ginsburg on behalf of Creditor Shannon Bellfield efilings@ginsburglawgroup.com
- Amy Lynn Ginsburg on behalf of Creditor Kenton Cobb efilings@ginsburglawgroup.com
- Andrew Still on behalf of Creditor Alteryx Inc. astill@swlaw.com, kcollins@swlaw.com
- Andrew Still on behalf of Interested Party Courtesy NEF astill@swlaw.com kcollins@swlaw.com
- Andrew Still on behalf of Plaintiff Alteryx Inc. astill@swlaw.com, kcollins@swlaw.com
- Anthony Paul Diehl on behalf of Interested Party Courtesy NEF anthony@apdlaw.net Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net,9143954420@filings.docketbird.com
- Ashley Dionisio on behalf of Other Professional Omni Agent Solutions adionisio@omniagnt.com
- Bradford Barnhardt on behalf of Plaintiff Richard A. Marshack bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- Bradford Barnhardt on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- Bradford Barnhardt on behalf of Trustee Richard A Marshack (TR) bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- Brian L Holman on behalf of Creditor Sharp Electronics Corporation b.holman@musickpeeler.com
- Britteny Leyva on behalf of Interested Party Revolv3 Inc. bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com
- Byron Z Moldo on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com aantonio@ecjlaw.com, dperez@ecjlaw.com
- Christopher Celentino on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com caron.burke@dinsmore.com
- Christopher Celentino on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com caron.burke@dinsmore.com
- Christopher Ghio on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- Christopher Ghio on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- Christopher J Langley on behalf of Interested Party Courtesy NEF chris@slclawoffice.com langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com
- D Edward Hays on behalf of Interested Party Courtesy NEF ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- D Edward Hays on behalf of Creditor Committee of Unsecured Creditors ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- D Edward Hays on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Daniel A Edelman on behalf of Creditor Carolyn Beech dedelman@edcombs.com courtecl@edcombs.com

- Daniel A Lev on behalf of Interested Party Liberty Acquisitions Group Inc. daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- Daniel A Lev on behalf of Interested Party Consumer Legal Group P.C. daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- Daniel A Lev on behalf of Defendant Consumer Legal Group PC daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- Daniel A Lev on behalf of Defendant LGS Holdco LLC daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com; dlev@ecf.courtdrive.com
- Daniel A Lev on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com; dlev@ecf.courtdrive.com
- Daniel H Reiss on behalf of Defendant Eng Taing dhr@lnbyg.com dhr@ecf.inforuptcy.com
- Daniel H Reiss on behalf of Defendant Touzi Capital LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- Daniel H Reiss on behalf of Defendant PECC Corp dhr@lnbyg.com dhr@ecf.inforuptcy.com
- Daniel S March on behalf of Interested Party INTERESTED PARTY marchlawoffice@gmail.com marchdr94019@notify.bestcase.com
- Daniel S March on behalf of Defendant Daniel S. March marchlawoffice@gmail.com marchdr94019@notify.bestcase.com
- David M Goodrich on behalf of Interested Party Courtesy NEF dgoodrich@go2.law kadele@go2.law; dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- David M Goodrich on behalf of Creditor United Partnerships LLC dgoodrich@go2.law, kadele@go2.law; dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- David S Kupetz on behalf of Defendant Marich Bein LLC David.Kupetz@lockelord.com mylene.ruiz@lockelord.com
- David S Kupetz on behalf of Defendant Marich Bein LLC David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- David S Kupetz on behalf of Interested Party Courtesy NEF David.Kupetz@lockelord.com mylene.ruiz@lockelord.com
- Douglas A Plazak on behalf of Defendant Scott James Eadie dplazak@rhlaw.com
- Eric Bensamochan on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us G63723@notify.cincompass.com
- Eric Bensamochan on behalf of Interested Party Courtesy NEF eric@eblawfirm.us G63723@notify.cincompass.com
- Eric Bensamochan on behalf of Creditor Affirma LLC eric@eblawfirm.us, G63723@notify.cincompass.com
- Eric Bensamochan on behalf of Creditor Oxford Knox LLC eric@eblawfirm.us, G63723@notify.cincompass.com
- Eric Gassman on behalf of Creditor Herret Credit erg@gassmanlawgroup.com gassman.ericb112993@notify.bestcase.com
- Eric D Goldberg on behalf of Defendant Stripe Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Ethan J Birnberg on behalf of Defendant Diverse Capital LLC birnberg@portersimon.com reich@portersimon.com
- Ethan J Birnberg on behalf of Defendant BMF Advance LLC birnberg@portersimon.com, reich@portersimon.com
- Garrick A Hollander on behalf of Creditor Debt Validation Fund II LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Garrick A Hollander on behalf of Creditor MC DVI Fund 1 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Garrick A Hollander on behalf of Creditor MC DVI Fund 2 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Glenn D. Moses on behalf of Creditor ADP Inc gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com

- Gregory M Salvato on behalf of Creditor Mari Agape gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- Gregory M Salvato on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- Howard Steinberg on behalf of Defendant BankUnited N.A. steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- Howard M Ehrenberg on behalf of Defendant New Horizon Finance LLC Howard.Ehrenberg@gmlaw.com hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com
- Ira David Kharasch on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com
- Ira David Kharasch on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com Israel Orozco on behalf of Creditor Israel Orozco israel@iolawcorp.com
- Jacob Newsum-Bothamley on behalf of Trustee Richard A Marshack (TR) jacob.bothamley@dinsmore.com angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- Jacob Newsum-Bothamley on behalf of Plaintiff Richard A. Marshack jacob.bothamley@dinsmore.com angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- Jamie D Mottola on behalf of Plaintiff Richard A. Marshack Chapter 11 Trustee Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com
- Jeffrey I Golden on behalf of Creditor Affirma LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b estcase.com
- Jeffrey I Golden on behalf of Creditor Anaheim Ducks Hockey Club LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b estcase.com
- Jeffrey I Golden on behalf of Creditor Oxford Knox LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b estcase.com
- Jeffrey I Golden on behalf of Creditor Anaheim Arena Management LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b estcase.com
- Jeffrey I Golden on behalf of Interested Party Courtesy NEF jgolden@go2.law kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b estcase.com
- Jeffrey M Singletary on behalf of Plaintiff Alteryx Inc. jsingletary@swlaw.com, rmckay@swlaw.com
- Jenny L Doling on behalf of Interested Party National Consumer Bankruptcy Rights Center jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- Jenny L Doling on behalf of Interested Party INTERESTED PARTY jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- Jenny L Doling on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- Jeremy Faith on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- Jeremy Faith on behalf of Defendant Colbalt Funding Solutions LLC Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- Jeremy Freedman on behalf of Trustee Richard A Marshack (TR) jeremy.freedman@dinsmore.com nicolette.murphy@dinsmore.com
- Jeremy Freedman on behalf of Plaintiff Richard A. Marshack jeremy.freedman@dinsmore.com nicolette.murphy@dinsmore.com
- John H. Stephens on behalf of Plaintiff Richard A Marshack john.stephens@dinsmore.com lizbeth.alonso@dinsmore.com
- Johnny White on behalf of Creditor Debt Relief Group LLC JWhite@wrslawyers.com, jlee@wrslawyers.com

- Johnny White on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com jlee@wrslawyers.com
- Jonathan Serrano on behalf of Special Counsel Dinsmore & Shohl LLP jonathan.serrano@dinsmore.com
- Jonathan Serrano on behalf of Trustee Richard A Marshack (TR) jonathan.serrano@dinsmore.com
- Jonathan Serrano on behalf of Plaintiff Richard A. Marshack jonathan.serrano@dinsmore.com
- Joon M Khang on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com
- Joon M Khang on behalf of Attorney Khang & Khang LLP joon@khanglaw.com
- Kathleen P March on behalf of Defendant Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net, kmarch@sbcglobal.net
- Kathleen P March on behalf of Creditor Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net, kmarch@sbcglobal.net
- Kathleen P March on behalf of Creditor Phuong (Jayde) Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net, kmarch@sbcglobal.net
- Kathleen P March on behalf of Defendant Jayde Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net, kmarch@sbcglobal.net
- Kathleen P March on behalf of Defendant Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net, kmarch@sbcglobal.net
- Kathleen P March on behalf of Creditor Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net, kmarch@sbcglobal.net
- Keith C Owens on behalf of Creditor Committee Committee of Unsecured Creditors kowens@foxrothschild.com khoang@foxrothschild.com
- Kelli Ann Lee on behalf of Trustee Richard A Marshack (TR) Kelli.lee@dinsmore.com kristy.allen@dinsmore.com
- Kenneth Misken on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov
- Kevin Alan Rogers on behalf of Creditor Wells Marble and Hurst PLLC krogers@wellsmar.com
- Laila Masud on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- Laila Masud on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- Laila Masud on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- Laila Masud on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com lmasud@ecf.courtdrive.com; lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- Leslie Skorheim on behalf of U.S. Trustee United States Trustee (SA) leslie.skorheim@usdoj.gov
- Leslie A Cohen on behalf of Defendant Rosa Bianca Loli leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- Leslie A Cohen on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com; clare@lesliecohenlaw.com
- Lisa Patel on behalf of Defendant OptimumBank Holdings Inc. lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- Marc A Lieberman on behalf of Defendant JGW Solutions LLC marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com
- Marc A Lieberman on behalf of Interested Party Courtesy NEF marc.lieberman@flpllp.com addy@flpllp.com,andrea@flpllp.com
- Marc C Forsythe on behalf of Defendant Clear Vision Financial LLC mforsythe@goeforlaw.com mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
- Marc C Forsythe on behalf of Defendant Point Break Holdings LLC mforsythe@goeforlaw.com mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
- Marc C Forsythe on behalf of Defendant Perfect Financial LLC mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
- Mark J Markus on behalf of Creditor David Orr bklawr@bklaw.com markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com

- Matthew A Lesnick on behalf of Defendant OptimumBank Holdings Inc. matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- Maureen J Shanahan on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Mstotaro@aol.com
- Meredith Fahn on behalf of Creditor Meredith Fahn fahn@sbcglobal.net
- Meredith King on behalf of Interested Party Courtesy NEF mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law
- Meredith King on behalf of Defendant Gallant Law Group mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law
- Michael D Lieberman on behalf of Creditor Phillip A. Greenblatt PLLC mlieberman@lipsonneilson.com
- Michael Jay Berger on behalf of Defendant Leucadia Enterprises Inc michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- Michael R Pinkston on behalf of Creditor Wells Marble and Hurst PLLC rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com
- Michael R Totaro on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Ocbkatty@aol.com
- Michael R Totaro on behalf of Interested Party Randall Baldwin Clark Ocbkatty@aol.com
- Michael W Davis on behalf of Defendant Morning Law Group P.C. mdavis@dtolaw.com, ygodson@dtolaw.com
- Mitchell B Ludwig on behalf of Defendant Bridge Funding Cap LLC mbl@kpclegal.com, kad@kpclegal.com
- Mitchell B Ludwig on behalf of Creditor Fundura Capital Group mbl@kpclegal.com kad@kpclegal.com
- Nicholas A Koffroth on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com
- Olivia Scott on behalf of Creditor Azzure Capital LLC olivia.scott@hklaw.com
- Olivia Scott on behalf of Creditor Hi Bar Capital LLC olivia.scott@hklaw.com
- Paul R Shankman on behalf of Creditor United Partnerships LLC PShankman@fortislaw.com, info@fortislaw.com
- Paul R Shankman on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com info@fortislaw.com
- Peter L Isola on behalf of Interested Party Merchants Credit Corporation pisola@hinshawlaw.com rmojica@hinshawlaw.com,iking@hinshawlaw.com
- Peter W Bowie on behalf of Trustee Richard A Marshack (TR) peter.bowie@dinsmore.com caron.burke@dinsmore.com
- Queenie K Ng on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov
- Randall Baldwin Clark on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com
- Razmig Izakelian on behalf of Plaintiff OHP-CDR LP razmigizakelian@quinnemanuel.com
- Razmig Izakelian on behalf of Counter-Defendant PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com
- Razmig Izakelian on behalf of Plaintiff PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com
- Razmig Izakelian on behalf of Counter-Defendant OHP-CDR LP razmigizakelian@quinnemanuel.com
- Razmig Izakelian on behalf of Creditor OHP-CDR LP razmigizakelian@quinnemanuel.com
- Reina Zepeda on behalf of Other Professional Omni Agent Solutions rzepeda@omniagnt.com
- Richard A Marshack (TR) pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com
- Richard H Golubow on behalf of Creditor Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Richard H Golubow on behalf of Defendant Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Richard H Golubow on behalf of Defendant MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Richard H Golubow on behalf of Defendant MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Richard H Golubow on behalf of Creditor MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Richard H Golubow on behalf of Creditor MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Richard L. Hyde on behalf of Interested Party Courtesy NEF rhyde@awglaw.com
- Ronald K Brown on behalf of Creditor SDCO Tustin Executive Center Inc. ron@rkbrownlaw.com

- Ronald N Richards on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com
- Ronald N Richards on behalf of Defendant Consumer Legal Group PC ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Sara Johnston on behalf of Trustee Richard A Marshack (TR) sara.johnston@dinsmore.com
- Sarah S. Mattingly on behalf of Plaintiff Richard A. Marshack Chapter 11 Trustee sarah.mattingly@dinsmore.com
- Sarah S. Mattingly on behalf of Defendant Clearcube LLC sarah.mattingly@dinsmore.com
- Sarah S. Mattingly on behalf of Trustee Richard A Marshack (TR) sarah.mattingly@dinsmore.com
- Sarah S. Mattingly on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com
- Sharon Z. Weiss on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- Sharon Z. Weiss on behalf of Defendant Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- Sharon Z. Weiss on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- Shawn M Christianson on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com schristianson@buchalter.com
- Sweeney Kelly on behalf of Defendant Fidelity National Information Services Inc. kelly@ksgklaw.com
- Sweeney Kelly on behalf of Defendant Worldpay Group kelly@ksgklaw.com
- Sweeney Kelly on behalf of Defendant Fidelity National Information Services Inc. dba FIS kelly@ksgklaw.com
- Sweeney Kelly on behalf of Defendant Worldpay LLC kelly@ksgklaw.com
- Tyler Powell on behalf of Counter-Claimant Richard A Marshack (TR) tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com
- Tyler Powell on behalf of Trustee Richard A Marshack (TR) tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com
- Tyler Powell on behalf of Plaintiff Richard A. Marshack tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com
- Tyler Powell on behalf of Counter-Claimant Richard A. Marshack tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com
- Tyler Powell on behalf of Defendant Richard A. Marshack tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Vanessa Rodriguez on behalf of Plaintiff Richard A. Marshack vanessa.rodriguez@dinsmore.com angelica.urena@dinsmore.com
- Vanessa Rodriguez on behalf of Trustee Richard A Marshack (TR) vanessa.rodriguez@dinsmore.com angelica.urena@dinsmore.com
- Victoria Newmark on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com
- William McCormick on behalf of Creditor TN Dept of Revenue Bill.McCormick@ag.tn.gov
- William J Wall on behalf of Witness Bradford Lee wwall@wall-law.com
- William P Fennell on behalf of Creditor Validation Partners LLC william.fennell@fennelllaw.com wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;offi ce@fennelllaw.com;Brendan.Bargmann@fennelllaw.com
- Yosina M Lissebeck on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com
- Yosina M Lissebeck on behalf of Defendant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com
- Yosina M Lissebeck on behalf of Trustee Richard A Marshack (TR) Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com
- Yosina M Lissebeck on behalf of Counter-Claimant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

- Zev Shechtman on behalf of Interested Party Danning Gill Israel & Krasnoff LLP Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com
- Zev Shechtman on behalf of Interested Party Morning Law Group P.C. Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com