| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nancy Rapoport<br>William S. Boyd School of Law<br>University of Nevada, Las Vegas<br>4505 S. Maryland Parkway<br>Box 451003<br>Las Vegas, Nevada 89154-1003<br>nancy.rapoport@unlv.edu<br><br><br>Court Appointed Ethics Compliance Monitor<br><br>☐ *Individual appearing without attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:23-bk-10571-SC<br><br>CHAPTER: 11 |
|---|---|
| | **APPLICATION FOR PAYMENT OF:**<br><br>☒ **INTERIM FEES AND/OR EXPENSES**<br>**(11 U.S.C. § 331)**<br><br>☐ **FINAL FEES AND/OR EXPENSES**<br>**(11 U.S.C. § 330)** |
| | DATE: 09/24/2024<br>TIME: 10:00 am<br>COURTROOM: 5C<br>PLACE: 411 West Fourth Street<br><br>Santa Ana, CA 92701-4593 |

1. Name of Applicant (*specify*):  Nancy Rapoport

2. Type of services rendered:  Ethics Compliance Monitor
   a. ☐ Attorney for (*specify*): _____
   b. ☐ Accountant for (*specify*): _____
   c. ☒ Other professional (*specify*):  Court Appointed Ethics Compliance Monitor

3. Date of filing of petition under chapter  11  of the Bankruptcy Code:  03/20/2023

4. Date of entry of Order Approving Applicant's Employment:  08/07/2023

5. Date of filing of last Fee and/or Expense Application:  02/06/2024

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 1                    **F 2016-1.2.APP.PAYMENT.FEES**

6.  Total fees allowed or paid to Applicant to date (including retainers and prior approved fee applications): $ 69,335.75

   a.  Retainer received: $ 0.00

   b.  Retainer remaining as of the date of this Application: $ 0.00

   c.  Total amount requested in all prior applications: $ 37,533.75

   d.  Total amount actually paid pursuant to prior approved applications: $ 30,027.00

   e.  Total amount currently due but unpaid pursuant to prior approved applications: $ 7,506.75

   f.  Total amount allowed but reserved pending final fee application: $ 7,506.75

7.  **Summary of Requested Fees**: (*attach detailed supporting documentation to this Application*)

| Professional Person's Name | Hourly Rate | X | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|
| a. Nancy Rapoport | $ 975.00 * | X 40.40 | | = | $ 39,308.75 |
| b. Additional Fees Due / $5,000** / per month | $ | X | | = | $ 2,650.00 |
| c. Pursuant to Monitor Order | $ | X | | = | $ |
| d. Additional Fees Pursuant to Fee | $ | X | | = | $ 30,000.00 |
| e. Examiner Order | $ | X | | = | $ |
| f. | $ | X | | = | $ |

   g.  ☐ Continued on attached page

8.  The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as follows:                                                                 ☐ See attached page

9.  Bonus requested (final fee applications only): $ 0.00
    (*attach Declaration and Memorandum of Points and Authorities justifying bonus*)

10. **TOTAL FEES REQUESTED THIS APPLICATION**: $ 71,958.75

11. Total expenses paid to Applicant to date (including retainers and prior approved expense applications): $ 4,860.78

* Although Monitor's 2024 rate is $1,100.00, she is not raising her rates for the duration of her appointment in this case.
** Pursuant to the Monitor Order [Dkt. No. 363], the Monitor is entitled to a minimum monthly fee of $5,000.00.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                          F 2016-1.2.APP.PAYMENT.FEES

12. **Summary of Requested Expense Reimbursement**: (*attach detailed supporting documentation to this Application*)

| Type of Expense | Reimbursement Requested this Application |
|---|---|
| a. Boyd Law School | $ 1,500.00 |
| b. Paralegal A. Kempf | $ 28.00 |
| c. Inforuptcy and PACER | $ 225.40 |
| d. Travel | $ 514.29 |
| e. Postage | $ 8.50 |
| f. | $ |
| g. ☐ Continued on Attached Page | |

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION:** $ 2,276.19

14. Applicant submits the following in support of the Application herein pursuant to LBR 2016-1 (*specify*):

Declaration of Nancy Rapoport and accompanying Exhibits.

15. Total number of attached pages of supporting documentation: 63

16. Applicant declares under penalty of perjury under the laws of the United States that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/29/2024 | Nancy B. Rapoport | |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                        Page 3                        **F 2016-1.2.APP.PAYMENT.FEES**

### DECLARATION OF NANCY B. RAPOPORT

I, Nancy B. Rapoport, declare as follows:

I am the court-appointed Ethics Compliance Monitor (the "Monitor") pursuant to this Court's Order Appointing Nancy Rapoport as Ethics Compliance Monitor entered on August 7, 2023 (the "Monitor Order") [Dkt. No. 363].

In the foregoing capacity, I have personal knowledge of the facts set forth below based on my participation in the events or as a result of my review of the record, and, if called upon to testify, I could and would do so competently and truthfully.

I make this Declaration in support of my Second Application for Payment of Fees and Expenses (the "Application" incurred by me in connection with the Case for services rendered from February 1, 2024 through July 31, 2024 (the "Covered Period").

#### Statement of Facts

1. Debtor filed its Petition on March 20, 2023 (the "Petition Date").

2. I was appointed on August 7, 2023 [Dkt. No. 363].

3. The Debtor filed its schedules on April 4, 2023.

4. On July 7, 2023, as Dk. No. 191, Trustee filed Motion for Entry of an Order (A) Approving Sale, Subject to Overbid, of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests Pursuant To 11 U.S.C. § 363(b) and (B) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Other Agreements ("Sale Motion"). On July 21, 2023, the Court conducted an all-day hearing. At the conclusion of the hearing, the Court announced its decision to grant the Sale Motion and stated substantial findings and conclusions on the record. On July 22, 2023, as Dkt. No. 320, the Court entered its order approving the Sale Motion, finding that the Trustee could properly sell the assets identified in the Sale Motion. On August 3, 2023, as Dkt. No. 352, the Court entered a further order granting the Sale Motion and approving the asset purchase agreement with the successful overbidder. On August 4, 2023, the sale funded and closed.

///

///

1

1        5.     On August 7, 2023, as Dk. No. 363, the Court entered its order appointing me as the

2    post-sale monitor. Pursuant to the Monitor Order, I have helped with several matters including, but

3    not limited to, discussions with Morning Law Group ("MLG") about various specific clients,

4    discussions with the press about the difference between MLG and LPG, and a site visit of MLG's

5    offices.  I have been informed that Trustee, and Trustee's Special Counsel, believe that my

6    continued service in this role will be beneficial to the Estate; indeed, inasmuch as the OUST has

7    had specific "audit" questions of MLG, Trustee believes my role in communicating with that

8    stakeholder remains important in the foreseeable future.

9        6.     As set forth in the Monitor Order, the fees and expenses of the Monitor shall be paid

10   by the Estate, up to the first $100,000.00, upon proper application to the Bankruptcy Court, and

11   additional fees and expenses of the Monitor shall be paid by Buyer, up to $100,000.00. Any

12   amounts in excess of $200,000.00 will be the responsibility of the Seller's Estate.

13       7.     On August 7, 2024, as Dkt. No. 1489, the Court entered its order appointing me as

14   the Fee Examiner (the "Fee Examiner") in the case (the "Fee Examiner Order").  Pursuant to that

15   order, I will be paid "$30,000.00 for reviewing the fees for the parties to the Stipulation, as long as

16   the total fees sought by all professionals do not exceed $8,000,000." That $30,000.00 fee will

17   include a payment to Legal Decoder for the data work.  The Fee Examiner Order also provides

18   "With respect to examination of the remaining professionals not party to the Stipulation, if the

19   initial amount of the fees sought by all professionals cumulatively exceeds $8,000,000, the Fee

20   Examiner may apply for further compensation pursuant to 11 U.S.C. § 330 for services rendered for

21   efforts due to professionals not parties to the presented Stipulation."

22                     **Scope of Employment**

23       8.     The Monitor Order provides: "… Bankruptcy Court will authorize the payment of

24   80% of fees and 100% expenses each month, based on a monthly fee statement to be filed with the

25   Bankruptcy Court." Monitor Order at 6:1-2.  Pursuant to the terms of my employment, my

26   minimum monthly fee is $5,000.00.  I have filed Monthly Statements for each month (or partial

27   month) since my appointment.  Although my 2024 hourly rate is $1,100.00, I am not raising my

28   rates for the duration of my appointment in this case.  Attached hereto as Exhibit "1" is a summary

of those monthly fee statements.

9.    In the Monitor Order, this Court appointed me to "monitor the Buyer's compliance with generally understood ethical standards and consumer protection obligations relating thereto and not to act as an attorney or to provide any legal advice whatsoever to the Buyer or to any of the Buyer's to-be-assumed clients. Given the reach of the operations, Monitor's role shall not include specific compliance with any given state's ethics rules but will be based on generally established legal ethics principles." Monitor Order at para. 2, p. 3; see also id. at para. 4, pp. 3-4. In this role, I am "vested with all rights and powers reasonably necessary to carry out such powers, duties, authority, and responsibilities. In the event of any conflict between the APA and this Order, the terms of this Order shall control."

10.    In particular, my duties include the following:

> 6. a. work with all diligence to confirm and oversee compliance with the ethical issues raised as part of the representations and warranties of the Buyer as set forth in the APA, including but not limited to sections 12(j) through 12(k), section 12(m) and sections 12(q), as follows ...:
>
> > i. Buyer's LSAs and the implementation thereof have been modified ("Modified LSA's") for compliance with the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"), the Telemarketing Sales Rule, 16 C.F.R. Part 310 (the "TSR"), and the Credit Repair Organizations Act, 15 U.S.C. § 1679 (the "CROA"), as well as all applicable laws and regulations as well as any Order of the Bankruptcy Court;
> > ii.   The performance of the Modified LSAs will similarly comply with the TCPA, TSR, and the CROA, as well as all applicable laws and regulations as well as any Order of the U.S. Bankruptcy Court;
> > iii.  Review and recommend the procedures to assume and assign the reformed LSAs as set forth in the APA, and as may be further ordered by the Bankruptcy Court;
> > iv.   Buyer's cooperation with the requests, oversight, and inquiries of the Monitor;
> > v.    Buyer's provision of profit and loss statements, balance sheets, deposit accounts, and other financial information related to the Active Executory Contracts and Inactive Executory Contracts being purchased by Buyer; and
> > vi.   Buyer's provision of both reports and administrative

3

access into Buyer's ACH processing merchant account and related bank accounts, as well as customer relationship management software, such as Debt Pay Pro (or other similar software) for the purpose of monitoring Buyer's compliance with the APA as it relates to Active and Inactive Executory Contracts it is purchasing.

b. work with all diligence to confirm and oversee reformation of the terms of Buyer's Legal Services Agreement;

c. provide regular reports to the Bankruptcy Court, which reports shall be filed on the Bankruptcy Court's docket, with electronic notice to the Trustee and Committee, and which reports may include a discussion of the Buyer's possible violation of generally accepted legal ethics principles, if any.

*Id.* at para. 6, pp. 3-4. Pursuant to the Monitor Order, this First Report was due no later than the "120' day after the Closing," and subsequent reports are due at 90-day intervals. *Id.* at para. 7, pp. 6-7. I filed my First Report on November 27, 2023 [Doc. No. 720]. I filed my Second Report on February 21, 2024 [Doc. No. 951]. I filed my Third Report on May 15, 2024 [Dkt. No. 1227], with a Supplement to the Third Report filed on June 12, 2024 [Dkt. No. 1340]. I filed my Fourth Report on August 27, 2024 [Dkt. No. 1544].

11.    MLG is still demonstrating its "clients-first" attitude. In addition to the productive discussions that I have had with MLG, I have had equally productive discussions with the Trustee and with counsel for the Trustee and for the Creditors' Committee. In my opinion, everyone with whom I am working wants to see MLG's representation of its clients succeed.

12.    Paragraph 7 of the Monitor Order provides in part:

7.    The Monitor shall, among other things, and subject to this Order of Appointment:

b. serve, without bond or other security, with the Monitor's fees subject to final approval by the Bankruptcy Court, subject to the fee allocation provisions between the Estate and Buyer, as set forth at section 3, above; the Monitor may submit interim fee applications no more often than every 120 days pursuant to the Local Bankruptcy Rules. *In the interim, the Bankruptcy Court will authorize the payment of 80% of fees and 100% expenses each month, based on a monthly fie statement to be filed with the Bankruptcy Court.* A fee

application shall be filed no sooner than every 120 days. It is
further provided that the Monitor shall be authorized to use
the services of Special Counsel to the Trustee for the purpose
of preparing and submitting such fee applications and in
filing any reports or other pleadings with the Bankruptcy
Court....

13.    In order to comply with other orders of this Court concerning the use of funds, the
Trustee's counsel and Morning Law Group agreed, on October 12, 2023, that Morning Law Group
would advance my 80% fees/100% expense payments for the Covered Period.  On November 13,
2023, this Court entered an order approving the stipulation [Docket No. 622], in its Order
Approving Stipulation Between Chapter 11 Trustee and Morning Law Group, P.C. Re: Payment of
Monitor's Fees [Dkt. No. 661].

14.    In an agreement between Trustee's counsel and Morning Law Group, Morning Law
Group advanced 80% fees/100% expense payments for November and December.

15.    On January 3, 2024, Trustee filed his Motion To Surcharge Secured Creditors To
Pay The Monthly Fees And Expenses Of Ethics Compliance Monitor [Dkt. No. 806].  On February
8, 2024, the Court entered its order granting Trustee's Motion [Dkt. No. 928].

### Specific Tasks Undertaken

A.    *Monitor's Second Application for Compensation.*  During the Covered Period, with
the assistance of Trustee's counsel, Monitor spent time preparing her Second Application for
Compensation, Notice of Application, and Order thereto.

B.    *Meeting at MLG/Review of Operations.*  I traveled to MLG's office and reviewed its
operations, as described in my Supplement to the Third Report.

C.    *General Ethics Consulting and Advice.* MLG continues to be proactive about
reaching out to me when it has ethics questions or, even more important, when something has gone
wrong, so that MLG and I can work together to solve any problems. I have acted as a conduit for
some former LPG clients who were unsure whether their agreements had been assumed, and —
when it was clear that their contracts had not been assumed — I have helped them contact the
Trustee to discuss their options. The Trustee's team has been extremely responsive every time that I
have sent an LPG client to them. I have also reviewed MLG's letters to their dissatisfied clients,

5

1 some of whom are still conflating LPG's behavior with MLG's behavior. When there has been a

2 mistake on MLG's part, MLG has reached out to the affected client to propose how to correct the

3 mistake and has kept me in the loop throughout the resolution of that mistake.

4    D.    *Discussions with MLG About Force 10 Audit*. I worked with MLG to determine how

5 to provide certain information to Force 10 without revealing confidential client information.

6    E.    *Beginning of Discussions With Auditor Force 10*. On February 20, 2024, I reached

7 out to Force 10 to begin the process of learning about its audits.  Although I have not heard

8 anything back from Force 10, the lines of communication are still open.

9    F.    *Review of Several Standard Operating Procedures Documents Drafted by MLG*. I

10 commented on several of the MLG Standard Operating Procedures and made suggestions where

11 appropriate.

12    G.    *Audit of "Gap Period" Clients Who Were Paying for Services, in Order to Determine*

13 *if Those Clients Should Have Received Refunds of Their Payments*. Earlier this month, I shared a

14 screen with MLG to audit as a sampling of the roughly 860 files that involved "paying and not yet

15 opted-out" clients during the gap period.  I randomly selected forty files, which represents just

16 under 5% of the total files. Thirty-nine of the forty files either showed details of what work was

17 done for the client (which would mean that MLG had earned the fees that the clients paid during

18 that gap period) or, if little or no work was done, showed that the client had opted out early in the

19 gap period and that the clients' payments had ceased. There was an anomaly on one of the forty

20 files, and MLG circled back with me to close the loop on the last file. I reviewed several files

21 indicating that MLG had helped the client file a proof of claim in the case, even while the clients

22 were actively opting out. In my review of the files that saw significant work, I observed that MLG

23 was able to help those clients with settlements of some lawsuits, and I observed several files that

24 involved getting new client authorization letters to talk with each creditor.  I audited how the gap

25 period clients appropriately and have will not review additional files.

26    H.    *Discussions with Various State Attorneys General*. I have regular monthly

27 discussions scheduled with attorneys for the attorneys general and consumer protection divisions of

28 several states as well as the CFPB. (Each of them has asked me to keep the names confidential—

1   except that the names can be disclosed to the Court—in order not to compromise any of the actions

2   that any of them might be contemplating.)  These discussions have, to date, focused on which

3   contracts were assumed or rejected and how MLG is representing its current clients. One result of

4   recent discussions was the Trustee's filing of a global proof of claim for rejected client contracts.

5        I.    *Discussion with UST Kenneth Misken.*  I discussed with UST Kenneth Misken re an

6   Order on a Motion ("Default Judgment Motion") for Default Judgment filed by Adeofolarin

7   Ademosu against Phoenix in the United States District Court for the W.D. Washington (Tacoma),

8   along with the Complaint filed against Phoenix and the Default Judgment Motion. I had a

9   productive discussion about whether there were any double payments to MLG.

10       J.    *Notices to Clients with Rejected Contracts*. I discussed with MLG and counsel for

11   the Trustee how to create FAQs for clients of LPG who received notices that their contracts were to

12   be rejected. After these FAQs came out, I was contacted by a few of those clients and followed up

13   with MLG and counsel for the Trustee on questions that those clients had about their files, and I

14   emphasized the need for those clients to file timely proofs of claim.

15       K.    *Discussion with Counsel for the Trustee on IOLTA Escheatment*. I had a brief

16   discussion with Counsel for the Trustee on what to do with client funds where the clients

17   themselves are no longer "findable."

18       L.    *Discussions about Reporters' Questions*. As news stories came out about LPG (and

19   about MLG), and as reporters had questions for MLG, I communicated with counsel for the Trustee

20   and with MLG about appropriate responses. I have joined in discussions about various reporters'

21   questions regarding MLG's handling of client matters, and I have spoken with reporters myself.  I

22   have also explained to Law360 why I will no longer respond to the questions of one of its reporters.

23   ///

24                     **Fees and Costs Sought**

25       16.    Attached to this Application as composite Exhibit "2," and incorporated herein by

26   reference, are detailed billing records during the Covered Period, which set forth the detail and time

27   spent and the professional services rendered.

28       17.    During the Covered Period, I expended 40.40 hours rendered services for a total

1  amount due of $41,958.75, of which 80% has been paid, leaving a balance due of $8,669.84 when

2  the Final Fee Application is filed.  Pursuant to the Fee Examiner Order, an additional $30,000.00 is

3  due, of which I am requesting 80% in this Fee Application ($24,000.00).

4      18.    During the Covered Period, Aaron Kempf expended 1.40 hours rendered services for

5  a total amount due of $28.00.  Because Mr. Kempf's work was billed as an expense, I have already

6  paid Mr. Kempf.

7      19.    During the Covered Period, I have aggregated $2,276.19 in expenses in the Case.

8      20.    A copy of my resume and my research paralegal, Aaron Kempf, is attached hereto as

9  composite Exhibit "3."

10     I declare under penalty of perjury according to the laws of the United States that the

11  foregoing is true and correct and that this Declaration was executed on this _29th_ day of August,

12  2024 at Las Vegas, Nevada.

13

14  Nancy B. Rapoport

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8

EXHIBIT "1"

| | Monitor's Total fees[1] | Expenses[2] | Total Billed | 20% holdback | Total actually paid (80% of fees and 100% of expenses) | Balance Remaining |
|---|---|---|---|---|---|---|
| Feb-2024 | $5,000.00 | $279.00 | $5,279.00 | $1,000.00 | $4,279.00 | $1,000.00 |
| Mar-2024 | $5,000.00 | $279.00 | $5,279.00 | $1,000.00 | $4,279.00 | $1,000.00 |
| Apr-2024 | $5,000.00 | $646.97 | $5,646.97 | $1,000.00 | $4,646.97 | $1,000.00 |
| May-2024 | $15,453.75 | $425.32 | $15,879.07 | $3,090.75 | $12,788.32 | $3,090.75 |
| June-2024 | $6,337.50 | $307.00 | $6,672.50 | $1,545.50 | $5,127.00 | $1,545.50 |
| July-2024 | $5,167.50 | $338.90 | $5,506.49 | $1,033.59 | $4,472.90 | $1,033.59 |
| Fee | $30,000.00 | $0.00 | $30,000.00 | $6,000.00 | $0.00 | $30,000.00 |
| | | | | | | |
| **TOTALS** | **$71,958.75** | **$2,276.19** | **$74,263.03** | **$14,669.84** | **$35,593.19** | **$38,669.84** |

[1] Pursuant to the terms of the Monitor's employment, Monitor's minimum monthly fee is $5,000.00.
[2] Paralegal A. Kempf fees are paid under expenses and his fees are paid monthly by Monitor.

EXHIBIT "2"

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Nancy Rapoport- Feb. 2024**

| Date | Description | Time | Hourly rate | Total time/day | Expenses | NOTES |
|---|---|---|---|---|---|---|
| 2/1/24 | Emails with C Celentino and C Sautner re Sautner's rejected contract | 0.1 | $975.00 | $ 97.50 | $ 29.00 | Inforuptcy subscription |
| 2/1/24 | Emails with L Lewis and T Roman re Lewis's rejected contract | 0.1 | $975.00 | $ 97.50 | | |
| 2/5/24 | Review Jan Monthly Statement and draft of fee app prepared by C Burke; email A Kempf re secret shopper project | 0.1 | $975.00 | $ 97.50 | | |
| 2/6/24 | Email to R Marshack, E Hays, C Celentino re January payment; email to C Burke and C Celentino re fee app | 0.1 | $975.00 | $ 97.50 | | |
| 2/6/24 | Review latest redraft of fee app & emails with C Celentino and C Burke re same (.7); emails with C Celentino and R Marshack re M. Zilinskas request (1) | 0.7 | $975.00 | $ 682.50 | | |
| 2/8/24 | Emails with C Celentino and R Marshack re surcharge order | 0.1 | $975.00 | $ 97.50 | | |
| 2/9/24 | Emails with T Roman and C Celentino re Force10 request for info | 0.1 | $975.00 | $ 97.50 | | |
| 2/13/24 | Review SOPs for various calls from or to be made to MLG clients | 1.2 | $975.00 | $ 1,170.00 | | |
| 2/14/24 | Emails with C Celentino and T Roman re Force 10 request | 0.1 | $975.00 | $ 97.50 | | |
| 2/15/24 | Emails with T Roman re client emergency situation | 0.1 | $975.00 | $ 97.50 | | |
| 2/18/24 | Begin drafting second report | 0.3 | $975.00 | $ 292.50 | | |
| 2/19/24 | Email draft second report to C Celentino, T Roman, J Armstrong, N Koffruth, Z | 0.1 | $975.00 | $ 97.50 | | |
| 2/21/24 | Finalize 2d report and send to Caron Burke | 0.1 | $975.00 | $ 97.50 | | |

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| 2/22/24 | Emails with T Roman about notifying creditors when MLG has terminated client representation | 0.3 | $975.00 | $ 292.50 | |
| 2/23/24 | Call with state consumer representatives, plus follow-up emails to C Celentino, R Marshack, C Ghio, E Hays, T Roman, J Armstrong, and Z Shechtman; email to E Kim re status of audit | 0.4 | $975.00 | $ 390.00 | |
| 2/26/24 | Email C Celentino with AG question; email AG colleague re same; email with T Roman re same | 0.1 | $975.00 | $ 97.50 | |
| 2/26/24 | Review draft fee order and respond to C Burke; read docket nos 969, 970 | 0.1 | $975.00 | $ 97.50 | |
| 2/28/24 | Emails with J Peete about his rejected contract | 0.1 | $975.00 | $ 97.50 | |
| | Inforuptcy and PACER expenses | | | $ - | $ 29.00 |
| | **TOTAL FEES TO BE PAID TO NANCY RAPOPORT IF HOURLY** | 4.2 | | **$4,095.00** | |
| | **TOTAL TO BE PAID TO BOYD LAW (expense)** | | | $ 250.00 | $29.00 |
| | **Law student work** | 0 | | $0.00 | |
| | Total expenses (including law student work, Inforuptcy, PACER, and Boyd Law donation) | | | $279.00 | |
| | $5,000 monthly minimum | | | $5,000.00 | |
| | 80% of total (for 20% holdback)/100% of expenses | | | $ 4,279.00 | |
| | 20% holdback | | | | |
| | **Amount over/under $5,000** | | | -$905.00 | |

**Nancy Rapoport- Mar. 2024**

| Date | Description | Time | Hourly rate | Total time/day | Expenses | NOTES |
|---|---|---|---|---|---|---|
| 3/4/24 | Emails with D Connolly of Law360 to answer some of his questions | 0.1 | $975.00 | $ 97.50 | | Inforuptcy subscription |
| 3/5/24 | TW T Roman re SOPs | 1.1 | $975.00 | $ 1,072.50 | $ 29.00 | |
| 3/6/24 | Deal with D Connolly's emails by responding to his continued misinterpretations of my report; email with his editor, Matt Fair, re same | 0.1 | $975.00 | $ 97.50 | | |
| 3/6/24 | Respond to T Roman's ethics question about an abusive client | 0.2 | $975.00 | $ 195.00 | | |
| 3/8/24 | Emails with T Roman re another client-relations issue; follow-up call re same | 0.2 | $975.00 | $ 195.00 | | |
| 3/9/24 | TW R Marshack re possible mediation work; emails with C Celentino re same | 0.1 | $975.00 | $ 97.50 | | |
| 3/22/24 | TW C Celentino re valuation of LPG client contracts; emails with T Roman re answers to state questions about which contracts were assumed | 0.2 | $975.00 | $ 195.00 | | |
| 3/24/24 | Email state officials with number of contracts by state not assumed by MLG; email C Celentino re ethics issue | 0.1 | $975.00 | $ 97.50 | | |
| 3/26/24 | Review Trustee's POC for consumer claims and send same to state officials; emails with Y Lissebeck re same | 0.1 | $975.00 | $ 97.50 | | |
| 3/27/24 | TW Adam Meislik, Chad Kurth, Nick Koffroth, Keith Owens re Force 10 audit status (.5); TW state agencies re status of case (.5); emails to Y Lissebeck, C Celentino, T Roman, J Armstrong, Z Shechtman re today's calls with state agencies and Force 10 | 1.1 | $975.00 | $ 1,072.50 | | |
| 3/27/24 | TW R Marshack re Force 10 | 0.3 | $975.00 | $ 260.00 | | |

| | | | | |
|---|---|---|---|---|
| 3/29/24 | TW Y Lissebeck & C Celentino about global proof of claim and related issues; email state agencies re same | 0.7 | $975.00 | $ 682.50 | $ 29.00 |
| | Inforuptcy and PACER expenses | | | $ - | |
| | **TOTAL FEES TO BE PAID TO NANCY RAPOPORT IF HOURLY** | 4.3 | | $4,160.00 | |
| | **TOTAL TO BE PAID TO BOYD LAW (expense)** | | | $ 250.00 | $29.00 |
| | Law student work | 0 | | $0.00 | |
| | Total expenses (including law student work, Inforuptcy, PACER, and Boyd Law donation) | | | $279.00 | |
| | **$5,000 monthly minimum** | | | $5,000.00 | |
| | 80% of total (for 20% holdback)/100% of expenses | | | $ 4,279.00 | |
| | 20% holdback | | | | |
| | **Amount over/under $5,000** | | | -$840.00 | |

**Nancy Rapoport- Apr. 2024**

| Date | Description | Time | Hourly rate | Total time/day | Expenses | NOTES |
|---|---|---|---|---|---|---|
| 4/2/24 | Emailed with atty Anthony Diehl to confirm that he wasn't one of MLG's lawyers, cc'd Trustee's office and C Celentino | | | | | Inforuptcy subscription |
| 4/10/24 | Review docket no. 1093 and send to state agencies | 0.1 | $975.00 | $ 97.50 | $ 29.00 | |
| 4/11/24 | Review docket no. 1095 and send to state agencies; email Z Shechtman, T Roman, J Armstrong about a summer site visit | 0.2 | $975.00 | $ 195.00 | | |
| 4/11/24 | Conference call with C Celentino and Y Lissebeck on upcoming declaration | 0.3 | $975.00 | $ 292.50 | | |
| 4/12/24 | Buy ticket for onsite visit | 0 | $975.00 | $ - | $ 367.97 | Southwest ticket |
| 4/16/24 | Review materials for draft declaration | 0.4 | $975.00 | $ 390.00 | | |
| 4/17/24 | Continue to review materials for draft declaration and provide comments to Y Lissebeck | 0.8 | $975.00 | $ 780.00 | | |
| 4/17/24 | Emails with state agency re status of global proof of claim | 0.1 | $975.00 | $ 97.50 | | |
| 4/18/24 | Review draft motion and revised declaration and TW S Mattingly re same | 0.4 | $975.00 | $ 390.00 | | |
| 4/18/24 | TW T Roman about recent mistakes and plan to fix them | 0.3 | $975.00 | $ 292.50 | | |
| 4/20/24 | Emails with T Roman re one of the consumers in the 4/18 discussion | 0.1 | $975.00 | $ 97.50 | | |
| 4/21/24 | Review complaints of client of MLG and email T Roman | 0.1 | $975.00 | $ 97.50 | | |
| 4/23/24 | Emails with Y Lissebeck re IOLTA funds and escheatment; emails with T Roman re disgruntled client | 0.2 | $975.00 | $ 195.00 | | |

| Date | Description | Hours | Rate | Amount | Amount |
|---|---|---|---|---|---|
| 4/24/24 | Review response by client to offer to settle with MLG and provide ethics advice to T Roman | 0.2 | $975.00 | 195.00 | |
| 4/24/24 | Review first part of draft manuals for MLG and return it to T Roman | 0.8 | $975.00 | 780.00 | |
| 4/30/24 | Review docket no. 1145 (N/C) | 0.0 | $975.00 | - | |
| 4/30/24 | Emails with T Roman, J Armstrong re claims of McLaughlin | 0.1 | $975.00 | 97.50 | |
| | | | $975.00 | - | |
| | Inforuptcy and PACER expenses | | | $  - | $  396.97 |
| | TOTAL FEES TO BE PAID TO NANCY RAPOPORT IF HOURLY | 4.2 | | $4,095.00 | |
| | TOTAL TO BE PAID TO BOYD LAW (expense) | | | $  250.00 | $396.97 |
| | Law student work | 0 | | $0.00 | |
| | Total expenses (including law student work, Inforuptcy, PACER, and Boyd Law donation) | | | $646.97 | |
| | $5,000 monthly minimum | | | $5,000.00 | |
| | 80% of total (for 20% holdback)/100% of expenses | | | $  4,646.97 | |
| | 20% holdback | | | $  819.00 | |
| | Amount over/under $5,000 | | | -$905.00 | |

**Nancy Rapoport- May 2024**

| Date | Description | Time | Hourly rate | Total time/day | Expenses | NOTES |
|---|---|---|---|---|---|---|
| 5/1/24 | TW T Roman re J McLaughlin and the one client issue that we've discussed before; email with J McLaughlin re her own correspondence | 0.5 | $975.00 | $ 487.50 | $ 29.00 | Inforuptcy subscription |
| 5/4/24 | Emails with C Celentino re monthly statement and third report; review order authorizing refunds, and send that to the various state agencies; review docket nos 1167 & 1160 | 0.2 | $975.00 | $ 195.00 | | |
| 5/5/24 | Reviewing the McLaughlin files | 0.7 | $975.00 | $ 682.50 | | |
| 5/6/24 | Continuing review and emailing J McLaughlin and T Roman re same; emails with regulatory agencies re latest developments | 0.1 | $975.00 | $ 97.50 | | |
| 5/6/24 | Review draft April monthly statement, revise, and send to C Burke and C Celentino (N/C) | 0 | $975.00 | $ - | | |
| 5/9/24 | Begin draft of third report and send to T Roman, J Armstrong, and Z Shechtman for a | 0.3 | $975.00 | $ 292.50 | | |
| 5/13/24 | Review latest McLaughlin correspondence; revise third report and send to N Koffruth, C Celentino, Z Shechtman, T Roman, R Marshack, E Hays for comments | 0.2 | $975.00 | $ 195.00 | | |
| 5/14/24 | TW various state/federal regulators (regular monthly meeting); email T Roman re state of default judgment client; email C Celentino re question of claims for clients who continued to pay into LPG after the filing date; respond to state/federal regulators about the process for refunding certain amounts after reviewing email from C Celentino; follow-up emails on questions from state regulators | 0.5 | $975.00 | $ 487.50 | | |

| Date | Description | Rate | | Amount |
|---|---|---|---|---|
| 5/15/24 | Finalize third report and send to C Burke for filing; emails/calls with N Koffruth/T Roman re questions from Judge Clarkson | 0.2 | $975.00 | $ 195.00 |
| 5/16/24 | Review Law360 article about yesterday's hearing; send info to T Roman/J Armstrong/Z Shechtman | 0.1 | $975.00 | $ 97.50 |
| 5/16/24 | TW T Roman and J Armstrong re Judge Clarkson's questions and the follow-up questions from the regulators; emails to N Koffruth, C Celentino, Z Shechtman re scheduling a call to talk about the accounting; draft response to regulatory agencies | 1.1 | $975.00 | $ 1,072.50 |
| 5/17/24 | TW C Celentino re report for Judge Clarkson on funds available from MLG | 0.5 | $975.00 | $ 487.50 |
| 5/17/24 | Research issues relating to sale to MLG | 0.2 | $975.00 | $ 195.00 |
| 5/21/24 | TW Z Shechtman re calculations of payments | 0.3 | $975.00 | $ 292.50 |
| 5/23/24 | Emails with T Roman and T Wilkinson re T Wilkinson's representation by LPG; review docket no. 1238 | 0.1 | $975.00 | $ 97.50 |
| 5/27/24 | Review Z Shechtman draft of report for Judge Clarkson and email with Z Shechtman and C Celentino re same | 0.1 | $975.00 | $ 97.50 |
| 5/28/24 | Review emails from N Koffruth, T Roman, and Z Shechtman | | $975.00 | $ - |
| 5/28/24 | TW C Celentino about his approach to the calculations required by the report to Judge Clarkson | 0.2 | $975.00 | $ 195.00 |
| 5/29/24 | Travel to MLG (worked on the plane) | 1.5 | $975.00 | $ 1,462.50 |

| Date | Description | Hours | Rate | Amount | Expense | Expense Amount |
|---|---|---|---|---|---|---|
| 5/29/24 | All-day meeting at MLG to see operations for myself | 7.2 | $975.00 | $ 7,020.00 | Lyft to McCarran ($32.18), Lyft to MLG ($32.11), Lyft to John Wayne Airport ($26.29), cab home ($55.74) | $ 146.32 |
| 5/29/24 | Travel home (billed at 50%) | 0.8 | $975.00 | $ 731.25 | | |
| 5/30/24 | Review doc nos 1259 and 1260 | 0.1 | $975.00 | $ 97.50 | | |
| 5/30/24 | Answer Q from T Roman about a paused LPG client | 0.1 | $975.00 | $ 97.50 | | |
| 5/31/24 | Conversations with C Celentino and Z Shechtman re Daniel Connolly question; email state regulators re visit with MLG yesterday (.3 for both of those entries); TW Z Shechtman re options for resolving contract interpretation issue (.4); email to C Ghio, C Celentino, Z Shechtman re same; read D Connolly's article about status report and respond to C Ghio, C Celentino, Z Shechtman re same (.1); review docket nos. 1266 & 1267 (.1) | 0.9 | $975.00 | $ 877.50 | | |
| | Inforuptcy and PACER expenses | | | $ - | | $ 175.32 |
| | **TOTAL FEES TO BE PAID TO NANCY RAPOPORT IF HOURLY** | 15.9 | | $15,453.75 | | |
| | **TOTAL TO BE PAID TO BOYD LAW (expense)** | | $ 250.00 | | | $175.32 |
| | **Law student work** | 0 | | $0.00 | | |
| | **Total expenses (including law student work, Inforuptcy, PACER, and Boyd Law donation)** | | | $425.32 | | |
| | **$5,000 monthly minimum** | | | $5,000.00 | | |

| | | |
|---|---|---|
| 80% of total (for 20% holdback)/100% of expenses | $ | 12,788.32 |
| 20% holdback | $ | 3,090.75 |
| Amount over/under $5,000 | | $10,453.75 |

**Nancy Rapoport- June 2024**

| Date | Description | Time | Hourly rate | Total time/day | Expenses | NOTES |
|---|---|---|---|---|---|---|
| 6/3/24 | Review and revise monthly statement and return to C Burke; review emails from Z Shechtman re mediation; review emails from C Ghio, C Celentino, N Koffroth re mediation; emails with D Connolly re my visit to MLG | 0.2 | $975.00 | $ 195.00 | $ 29.00 | Inforuptcy subscription |
| 6/4/24 | Review transcript from 5/15 hearing; review docket nos. 1277, 1270, 1273, 1274, 1278 | 0.2 | $975.00 | $ 195.00 | | |
| 6/5/24 | TW C Celentino re timing of supplemental report; draft same and send draft to Z Shechtman, T Roman, J Armstrong for fact-checking; read docket nos. 1296-99; review letter from Z Shechtman to N Koffroth re transparency in financial records | 0.4 | $975.00 | $ 390.00 | | |
| 6/6/24 | Review T Roman factual suggestions for draft supplemental report; send draft to N Koffroth, C Celentino, E Hays, R Marshack, Z Shechtman for comments before filing; numerous emails regarding those comments, among all of these people; TW T Roman re | 0.7 | $975.00 | $ 682.50 | | |
| 6/7/24 | Revise Supplemental Report (.4) and send to N Koffroth, C Celentino, E Hays, R Marshack, Z Shechtman, C Ghio for review and fact-checking; send to T Roman/J Armstrong for same; further revise draft one more time and send to all parties; review proposed draft stipulation about withdrawing the motion for a protective order | 0.6 | $975.00 | $ 585.00 | | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/9/24 | Revise supplemental report and send to C Burke, C Celentino for filing in the morning; revise draft and send revised draft for filing in | 0.4 | $975.00 | $ 390.00 |
| 6/10/24 | TW C Celentino about mediation | 0.2 | $975.00 | $ 195.00 |
| 6/10/24 | TW Z Shechtman re mediation; revise draft Supplmental Report and send to N Koffroth, C Celentino, E Hays, R Marshack, Z Shechtman, T Roman, and J Armstrong for comments | 0.4 | $975.00 | $ 390.00 |
| 6/12/24 | TW T Roman re operations; send revised supplemental report to C Burke for filing after getting final comments | 0.4 | $975.00 | $ 390.00 |
| 6/13/24 | Emails with T Roman about clients who do not want to talk by phone | 0.1 | $975.00 | $ 97.50 |
| 6/14/24 | Review emails among Trustee's counsel, OCC's counsel, and MLG's counsel re upcoming mediation; TW T Roman re Law360 | 0.2 | $975.00 | $ 195.00 |
| 6/15/24 | Emails with A Kempf re secret shopper work; review his memo on same; TW Z Shechtman re mediation options | 0.5 | $975.00 | $ 487.50 |
| 6/17/24 | Continued discussion via email with Trustee's counsel, OCC's counsel, and MLG's counsel re mediation possibilities; TW Z Shechtman re mediation judge list (2); emails w T Roman re terminating a client; emails with Y Lissebeck re upcoming draft declaration and review and revise same (2) | 0.6 | $975.00 | $ 585.00 |
| 6/18/24 | Review declarations for trustee's motions and send executed versions (1); TW state regulators re on-site review (3); emails with Judge Jury, C Celentino, C Ghio, Z Shechtman, N Koffroth re mediation (1) | 0.5 | $975.00 | $ 487.50 |
| 6/19/24 | Emails w T Roman about noncommunicative client | 0.1 | $975.00 | $ 97.50 |

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| 6/20/24 | Emails with T Roman and former LPG client re MLG non-assumption | 0.1 | $975.00 | $ 97.50 | |
| 6/21/24 | Review Doc. No. 1364; TW T Roman and C Celentino re temporary agreement | 0.3 | $975.00 | $ 292.50 | |
| 6/24/24 | Emails w C Celentino and state regulators re omnibus proof of claim; check with T Roman about a particular LPG client and get back to that client | 0.2 | $975.00 | $ 195.00 | |
| 6/27/24 | Emails with former LPG client and T Roman | 0.1 | $975.00 | $ 97.50 | |
| 6/28/24 | Review Law360 article on D March; emails with Tracy Roman about terminating a client | 0.1 | $975.00 | $ 97.50 | |
| 6/30/24 | Review latest Law360 article; email C Celentino, Z Shechtman, T Roman, J Armstrong re same | 0.2 | $975.00 | $ 195.00 | |
| | | | $975.00 | $ - | |
| | | | $975.00 | $ - | |
| | | | $975.00 | $ - | |
| | Inforuptcy, Aaron Kempf, and PACER | | $ - | $ - | $ 57.00 |
| | **TOTAL FEES TO BE PAID TO NANCY RAPOPORT IF HOURLY** | 6.5 | | $6,337.50 | |
| | **TOTAL TO BE PAID TO BOYD LAW (expense)** | | | $ 250.00 | |
| | **Law student work** | 0 | | $28.00 | $28.00 |
| | **Total expenses (including law student work, Inforuptcy, PACER, and Boyd Law donation)** | | | $370.00 | |
| | **$5,000 monthly minimum** | | | $5,000.00 | |
| | **80% of total (for 20% holdback)/100% of expenses** | | | $ 5,127.00 | |
| | **20% holdback** | | | | |
| | **Amount over/under $5,000** | | | $1,337.50 | |

**DETAIL OF AARON KEMPF WORK**

| Aaron Kempf– June 2024 | | | | |
|---|---|---|---|---|
| Date | Description | Time | Hourly rate | Total time/day |
| 6/14/24 | Review of MLG's website | 0.2 | $20.00 | $ 4.00 |
| 6/14/24 | Call to MLG to ID their client intake practice | 0.3 | $20.00 | $ 6.00 |
| 6/14/24 | Draft document to N. Rapoport summarizing my finding re MLG's website and client intake | 0.9 | $20.00 | $ 18.00 |
| | TOTAL | | | $28.00 |

| Nancy Rapoport- July 2024 | | | | | | |
|---|---|---|---|---|---|---|
| Date | Description | Time | Hourly rate | Total time/day | Expenses | NOTES |
| 7/1/24 | Emails w D Connolly to ask him to have his Editor in Chief call me; TW M Bricketto re inaccuracies in the most recent Connolly story; emails with C Celentino, Z Shechtman, T Roman, J Armstrong re conversation with M Brickett | 0.2 | $975.00 | $ 195.00 | $ 29.00 | Inforuptcy subscription |
| 7/1/24 | Spoke with LPG creditor and referred him to Pam Kraus and N Koffroth | 0.1 | $975.00 | $ 97.50 | | |
| 7/2/24 | Review and execute latest declaration for | 0.1 | $975.00 | $ 97.50 | | |
| 7/3/24 | TW Tracy Roman re sampling MLG's service for opt-out clients before opting out | 0.2 | $975.00 | $ 195.00 | | |
| 7/8/24 | Review Docket No. 1405 | 0.1 | $975.00 | $ 97.50 | | |
| 7/10/24 | Review disgruntled client emails; send check to Aaron Kempf | 0.1 | $975.00 | $ 97.50 | $ 8.50 | Postage |
| 7/10/24 | Emails with K Miskin, Z Shechtman, T Roman, J Armstrong re opt-out refunds | 0.1 | $975.00 | $ 97.50 | | |
| 7/11/24 | PACER | 0 | $975.00 | $ - | $ 51.40 | Pacer |
| 7/12/24 | TW T Roman, Z Shechtman, J Armstrong re interpretation of opt-out provision (5); draft and send response to K Miskin (1); TW C Celentino re setting up a conf call next week (1); email with K Owens re same | 0.7 | $975.00 | $ 682.50 | | |
| 7/15/24 | Emails with K Miskin and C Celentino and T Roman re opt-out audit | 0.1 | $975.00 | $ 97.50 | | |
| 7/16/24 | TW K Owens & C Celentino re possible fee examination (5) & draft follow-up email (2) | 0.8 | $975.00 | $ 780.00 | | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/17/24 | Reschedule agency call to next week and provide an update on my latest activities to them; review doc no 1430; TW R Marshack re fee examination process (.4) | 0.5 | $975.00 | $ 487.50 |
| 7/19/24 | Review and comment on fee examiner stipulation | 0.1 | $975.00 | $ 97.50 |
| 7/23/24 | Emails with T Roman re sampling of gap period files | 0.1 | $975.00 | $ 97.50 |
| 7/24/24 | TW agencies about latest issues and follow up with Trustee/Counsel (Heys/Ghio/Celentino) on getting info for them (.2) | 0.2 | $975.00 | $ 195.00 |
| 7/25/24 | Read draft motion by trustee | 0.1 | $975.00 | $ 97.50 |
| 7/26/24 | TW C Celentino about process of fee examining (.3); email K Miskin re status update on sampling | 0.3 | $975.00 | $ 292.50 |
| 7/27/24 | Answer R Marshack's questions about prior fee examiner work | 0.1 | $975.00 | $ 97.50 |
| 7/29/24 | Review revised draft fee examiner stipulation and return to C Celentino and C Burke | 0.2 | $975.00 | $ 195.00 |
| 7/29/24 | Review Sample LSA, MSJ against Bridge Funding, and draft declaration and return same to Tyler Powell | 0.2 | $975.00 | $ 195.00 |
| 7/30/24 | Review revised declaration in Bridge Funding case and return to T Powell; then review final version, execute it, and send to T Powell | 0.2 | $975.00 | $ 195.00 |
| 7/31/24 | TW C Celentino about the local rule that can allow me to ask the court at the trustee's behest if it wants a fee examiner; emails with V Rodriguez re new declaration in a MSJ; review and execute same | 0.4 | $975.00 | $ 390.00 |
| 7/31/24 | Review draft motion for an order appointing a fee examiner and draft declaration; provide comments on same | 0.4 | $975.00 | $ 390.00 |
| | | | $ | - |

| | | | |
|---|---|---|---|
| Inforuptcy, Aaron Kempf, and PACER | | $   - | $   88.90 |
| TOTAL FEES TO BE PAID TO NANCY RAPOPORT | 5.3 | $5,167.50 | |
| TOTAL TO BE PAID TO BOYD LAW (expense) | | $   250.00 | |
| Law student work | 0 | | |
| Total expenses (including law student work, Inforuptcy, PACER, and Boyd Law donation) | | $338.90 | |
| 80% of total (for 20% holdback)/100% of expenses | | $   4,472.90 | |
| 20% holdback | | | |
| Amount over/under $5,000 | | $167.50 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT "3"

# NANCY B. RAPOPORT, J.D.

William S. Boyd School of Law
University of Nevada, Las Vegas
4505 S. Maryland Parkway
Mail Stop 451003
Las Vegas, NV 89154-1003
nancy.rapoport@unlv.edu
Cell:  713-202-1881

SSRN author page:  http://ssrn.com/author=260022
Google Scholar page:  http://scholar.google.com/citations?user=s7ElcsEAAAAJ&hl=en
IMDB.com page:  http://imdb.com/name/nm1904564/
Blog:  https://nancyrapoports.blog/

## EDUCATION

**Stanford Law School, J.D. (1985)**

*Selected activities and honors:*

- Note Editor, STANFORD LAW REVIEW (1984-85).
- Thesis:  *Computer Program for Secured Transactions* (1985).
- Technical assistant in various law school and all-university plays (1983-85).
- First Place, Stanford Women's Intramural Powerlifting Competition (1985).

**Rice University, B.A., *summa cum laude,* Legal Studies and Honors Psychology (1982)**

*Selected activities, honors, and scholarships:*

- Senior Thesis:  *The Effects of Time of Day on Cognitive Performance,* Psychology Department (1982).
- Phi Beta Kappa (1981).
- Houston Psychological Association Award for Excellence in Psychology (1982).
- Jones College Scholar (1981-82) and Academic Coordinator, Jones College (1980-82).
- President, Rice Hillel (1980-82).
- Student Advisor, Lovett College (1979-80).
- Member, Student Admissions Committee (1979-82).
- Founder, Rapoport Prize in Legal Studies (1982).
- Scholarships:  Max Roy Scholarship (1979-80, 1981-82); Jones College Scholarship (1981-82); Board of Governors Scholarship (1980-81).

Nancy B. Rapoport
Page 2

## EMPLOYMENT

**University of Nevada, Las Vegas**

- **Special Counsel to the President (2016-18).**
- **Acting Senior Vice President for Finance and Business (summer of 2017).**
- **Acting Executive Vice President & Provost (2015-16).**
- **Senior Advisor to the UNLV President (2014-15) (member of UNLV's Cabinet).**
- **Provost's Leadership Development Academy Coordinator (2013-14); Co-Coordinator (2014-15).**

- **William S. Boyd School of Law, University of Nevada, Las Vegas**
  - **UNLV Distinguished Professor (awarded in 2022).**
  - **Garman Turner Gordon Professor of Law (2007-present) (formerly the Gordon Silver Professor of Law).**
  - **Interim Dean (2012-13).**

  *Courses:* Basic Bankruptcy Law; Contracts; Professional Responsibility; Seminar on Corporate Scandals; Colloquium on Lawyers in Pop Culture; Business Law & Ethics; Bankruptcy Ethics.

- **Affiliate Professor of Business Law and Ethics, Lee Business School (renewable; 2014-present)**
  - **Co-Chair, Task Force on Scholarship, Lee Business School Strategic Planning Team (2014).**

*Responsibilities and Accomplishments as Special Counsel to the President:*

- The Executive Director of the Office of Compliance, the Ombuds Panel, the Special Projects Director, and the Interim Executive Director of the Office of Community Engagement reported to me.
- Coordinated, with Kyle Kaalberg (Special Projects Director), the continued implementation of UNLV's strategic plan (Top Tier). In late 2018, UNLV was added to the list of Carnegie R1 institutions.
- Served as a member of the President's Cabinet.
- Coordinated and monitored compliance activities across UNLV.
- Interacted frequently with members of the Board of Regents and the Nevada System of Higher Education.

*Responsibilities and Accomplishments as Acting Executive Vice President and Provost:*

- The deans of the School of Allied Health Sciences, the Lee Business School, the School of Community Health Sciences (now the School of Public Health), the School of Dental Medicine, the College of Education, the Howard R. Hughes College of Engineering, the College of Fine Arts, the Graduate College, the Honors College, the William F. Harrah

College of Hotel Administration, the William S. Boyd School of Law, the College of Liberal Arts, the School of Medicine (co-reporting to the President), the School of Nursing, the College of Sciences, and the Greenspun College of Urban Affairs all reported to me, as did the Senior Vice Provost, the Vice Provost for Information Technology, the Assistant Vice President of Academic Resources, the Associate Vice Provost for the Office of Decision Support, and the Special Assistant to the Executive Vice President and Provost.

- Chaired the board of directors of UNLV Singapore Ltd.
- Worked with President Jessup, two co-chairs of the Top Tier Plan, and the chairs and co-chairs of five committees, to implement year one of the Top Tier strategic plan.
- Repaired relationships with the Faculty Senate.
- Hired three new deans (Liberal Arts, Fine Arts, and Allied Health) and one acting dean (Sciences).
- Reinstituted the three-year dean review process and provided more autonomy to the deans of schools and colleges.

*Responsibilities and Accomplishments as Acting Senior Vice President for Finance & Business:*

- The departments of Planning and Construction, Budgets, Campus Audit, Human Resources, Facilities Management, Administration (Delivery Service, Telecommunication Services, Parking Services, and Real Estate), Risk Management and Safety, Purchasing, and the Controller reported to me.
- Served as a member of the negotiating team for the Las Vegas Stadium (Las Vegas Raiders).
- Repaired a challenging set of internal management issues.

*Responsibilities and Accomplishments as Senior Advisor to the UNLV President:*

- Developed the strategic plan (Top Tier) by working in concert with former Presidents Donald Snyder and Len Jessup, Jim Thomson (the Special Advisor to the President for Regional Development and also the former CEO of the RAND Corp.), our consultants (Academic Leadership Associates), Kyle Kaalberg (then the Special Assistant to the President's Chief of Staff), over 200 stakeholders inside and outside UNLV.
- Continued to serve as the point person for the execution of UNLV's strategic plan during all other central administration roles.

*Responsibilities and Accomplishments as Interim Dean of Boyd School of Law:*

- The Associate Dean for Academic Affairs, the Associate Dean for Student Affairs, the Associate Dean for Administration and External Affairs, the Associate Dean for Faculty Development and Research, the Director of the Wiener-Rogers Law Library, the Director of Information Technology and the Budget Director all reported to me.
- Managed a budget of roughly $20 million.
- Facilitated the conversion process for legal writing professors to move from long-term contracts to tenure-track positions and facilitated the hiring of two new tenure-track professors.

Nancy B. Rapoport
Page 4

- Significant fundraising success; systematized certain internal functions; and facilitated a review of our curriculum.

*Honors:* Tied (with Professor Jean Sternlight) for "Faculty Member of the Year" in 2024; named "Faculty Member of the Year" (and faculty commencement speaker) by Boyd law students in 2021; named "Dean of the Year" by Boyd law students in 2013.

**University of Houston Law Center**
**Professor of Law (2006-07).**
**Dean (2000-06).**

*Responsibilities and Accomplishments as Dean:*

- The Associate Dean for Academic Affairs, the Associate Dean for Student Affairs, the Director of the O'Quinn Law Library, the Associate Dean for Information Technology, the Associate Dean for Finance and Administration and Chief Operating Officer of the Law Foundation, the Associate Dean for External Affairs and Executive Director of the Law Foundation, and the Director of CLE all reported to me.
- Presided over a record increase in the amount and size of gifts to the Law Center, even during a downturn in the economy; raised seven new Law Center professorships, in partnership with a special campaign of the University of Houston, in under two months.
- Facilitated the establishment of several new centers, programs, and institutes, including the Criminal Justice Institute, the Institute for Energy, Law & Enterprise (now the Program in Energy, Environment & Natural Resources), and the Center for Consumer Law.
- Reinvigorated the Blakely Advocacy Institute (BAI) and acquired the A.A. White Center for Dispute Resolution as part of the BAI.
- Encouraged the first major revamping of the Law Center's curriculum in twenty years.
- Hired fourteen new faculty members (three of which hold endowed chairs at the Law Center).
- Facilitated the Law Center's recovery from the devastation caused by Tropical Storm Allison on June 9, 2001, which poured over 12 feet of water into the Law Center's sub-basement and destroyed much of its library collection (over 175,000 volumes and 1,000,000 microfiche lost) and all of the Law Center's facilities. As part of the lessons learned during our recovery, hosted Loyola University New Orleans College of Law after Hurricane Katrina, until it could recover and return to New Orleans.

**University of Nebraska College of Law**
**Dean and Professor of Law (1998-00).**

*Responsibilities and Accomplishments as Dean:*

- The Associate Dean, the Assistant Dean for Administration and Student Services, the Assistant Dean for Career Services and Alumni Relations, the Director of the Law Library, the Director of Development, the Office Manager, and the Acting Head of the Nebraska Institute for Technology in the Practice of Law all reported to me.

Nancy B. Rapoport
Page 5

- Instituted the creation of a new Access database to enable all Law College administrative units to organize and share information; improved our systems for the scheduling of Law College events, the timely review of employees, and the cultivation and stewardship of donors; initiated the design of the new "image" of the Law College; and revamped the furnishings of the student lounge (at zero cost to the Law College).
- Raised significant funds for such needs as scholarships and professorships.
- Encouraged the establishment of new student organizations (including an organization for law students who preferred non-traditional career paths and a GLBT student organization).
- Encouraged the development of a link between an undergraduate "learning community" and the Law College.

**Moritz College of Law, The Ohio State University**
**Professor (1998).**
**Associate Dean for Student Affairs (1996-98).**
**Associate Professor (with tenure) (1995-98).**
**Assistant Professor (1991-95).**

*Responsibilities and Accomplishments as Associate Dean for Student Affairs:*

- Assistant Dean of Admissions and Financial Aid, the Financial Aid Counselor and Staff Assistant, and the Placement Director reported to me.
- Counseled potential applicants regarding admission to College of Law and counseled existing students on academic and non-academic issues.
- With our Development Director, facilitated the establishment and maintenance of scholarships and other relationships with donors.

**Morrison & Foerster LLP**
**Associate, Bankruptcy and Workouts Group, Business Department (1986-91).**

- Bankruptcy cases included *In re Toy Liquidating Co. (Worlds of Wonder), Plexus, Greyhound, Nucorp,* and *California Land & Cattle Co.*
- Significant experience in bankruptcies involving industries such as toy manufacturers, computers, livestock, and television stations.

**The Hon. Joseph T. Sneed, United States Court of Appeals for the Ninth Circuit**
**Judicial Clerk (1985-86).**

**PUBLICATIONS, GRANTS, SPECIAL TRAINING, AND PRESENTATIONS**

**Works in progress**

- Nancy B. Rapoport & Joseph R. Tiano, Jr., *Fighting the Hypothetical: Why Law Firms Should Rethink the Billable Hour in Light of Generative AI* (forthcoming 2025).

Nancy B. Rapoport
Page 6

- NANCY B. RAPOPORT & JOSEPH R. TIANO, JR., A SHORT & HAPPY GUIDE TO THE ETHICS OF USING AI AND OTHER LEGAL TECH (West Academic, forthcoming 2025).
- Hon. Christopher M. Klein & Nancy B. Rapoport, *Views from the Bench:  Lessons and Perspectives from 36 Years in Judicial Service,* ___ AM. BANKR. L.J. ___ (forthcoming 2025).
- Nancy B. Rapoport, Introduction (to Symposium on *The Role of Bankruptcy Law in the U.S. Legal System),* ___ AM. BANKR. L.J. ___ (forthcoming 2025).
- Nancy B. Rapoport, *Failing to See What's in Front of Our Eyes: The Effect of Cognitive Errors on Corporate Scandals,* 16 WM. & MARY BUS. L. REV. 1 (forthcoming 2025) (solicited manuscript).
- Nancy B. Rapoport, *Training Law Students to Model Civility When Social Media Makes Civility Harder to Maintain,* University of Pittsburgh School of Law, Symposium on the Jurisprudence and Legacy of the Honorable Joseph F. Weis Jr., ___ U. PITT. L. REV. ___ (forthcoming 2024) (invited speaker).

**Animated videos**

- Aspen Practice Perfect Series, *Professional Responsibility* (2024) (with Andrew M. Perlman and Melissa B. Shultz).

**Books**

- BERNARD A. BURK, VERONICA J. FINKELSTEIN & NANCY B. RAPOPORT, ETHICAL LAWYERING: A GUIDE FOR THE WELL-INTENTIONED (Aspen Publishing 2021) (second edition forthcoming 2024).
- NANCY B. RAPOPORT & JEFFREY D. VAN NIEL, CORPORATE SCANDALS AND THEIR IMPLICATIONS (3d ed.) (West Academic 2018).
- BLOOMBERG BNA BANKRUPTCY LAW TREATISE, A TREATISE WITH REAL-TIME UPDATES (contributing editor) (Bloomberg BNA 2014).
- NANCY B. RAPOPORT & JEFFREY D. VAN NIEL, LAW FIRM JOB SURVIVAL MANUAL: FROM FIRST INTERVIEW TO PARTNERSHIP (Wolters Kluwer 2014).
- NANCY B. RAPOPORT & JEFFREY D. VAN NIEL, LAW SCHOOL SURVIVAL MANUAL: FROM LSAT TO BAR EXAM (Aspen Publishers / Wolters Kluwer 2010).
- NANCY B. RAPOPORT, JEFFREY D. VAN NIEL & BALA G. DHARAN, ENRON AND OTHER CORPORATE FIASCOS: THE CORPORATE SCANDAL READER (Foundation Press 2d ed. 2009).
- STEVEN L. EMANUEL, STRATEGIES & TACTICS FOR THE MBE (Aspen Publishers / Wolters Kluwer 2009) (one of several revision authors).
- NANCY B. RAPOPORT & BALA G. DHARAN, ENRON: CORPORATE FIASCOS AND THEIR IMPLICATIONS (Foundation Press 2004).
- DAVID B. GOODWIN & NANCY B. RAPOPORT, AN ORAL HISTORY OF THE HONORABLE JOSEPH T. SNEED, Ninth Circuit Historical Society (1994) (solicited oral history).

**Reports**

- Reporter, American College of Bankruptcy Diversity, Equity, and Inclusion Committee (2022-2024).

Nancy B. Rapoport
Page 7

- Reporter, American College of Bankruptcy Select Commission on Diversity, Equity, and Inclusion (2021-2022).
- LOIS R. LUPICA & NANCY B. RAPOPORT, CO-REPORTERS, FINAL REPORT OF THE ABI NATIONAL ETHICS TASK FORCE (2013), available at https://abi-org-corp.s3.amazonaws.com/materials/Final_Report_ABI_Ethics_Task_Force.pdf.

**Book chapters**

- Nancy B. Rapoport, *Compromising One's Principles: The Lesson of Mahlon Perkins and the Berkey-Kodak Case,* in NANCY B. RAPOPORT & JEFFREY D. VAN NIEL, CORPORATE SCANDALS AND THEIR IMPLICATIONS 545 (3d ed.) (West Academic 2018).
- Nancy B. Rapoport, *Social Media Ethics Missteps for Lawyers (and Others),* PROCEEDINGS OF THE SIXTIETH ANNUAL ROCKY MOUNTAIN MINERAL LAW INSTITUTE 3-1 (July 2014), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2557095.
- Nancy B. Rapoport, *Analysis and the Arts,* in ZENON BANKOWSKI, MAKSYMILIAN DEL MAR & PAUL MAHARG, THE ARTS AND THE LEGAL ACADEMY: BEYOND TEXT IN LEGAL EDUCATION 101 (Ashgate Press 2012) (solicited essay), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2464202.
- COLLIER COMPENSATION, EMPLOYMENT AND APPOINTMENT OF TRUSTEES AND PROFESSIONALS IN BANKRUPTCY CASES (Lexis-Nexis 2009) (one of several revision authors).
- Nancy B. Rapoport, *Swimming with Shark,* in LAWYERS IN YOUR LIVING ROOM! LAW ON TELEVISION 163 (Michael Asimow, ed., 2009) (solicited manuscript), chapter available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1157053.
- Nancy B. Rapoport, *Reflections of a Former Dean, in* LAW SCHOOL LEADERSHIP STRATEGIES: TOP DEANS ON BENCHMARKING SUCCESS, INCORPORATING FEEDBACK FROM FACULTY AND STUDENTS, AND BUILDING THE ENDOWMENT 199 (Aspatore Books 2006) (solicited), abstract available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=979321.
- Nancy B. Rapoport, *Bankruptcy Ethics Issues for Solos and Small Firms, in* ATTORNEY LIABILITY IN BANKRUPTCY (Corinne Cooper, ed. & Catherine E. Vance, contributing ed., ABA 2006) (solicited manuscript).
- Nancy B. Rapoport, *Lord of the Flies: The Development of Rules Within an Adolescent Culture, in* SCREENING JUSTICE—THE CINEMA OF LAW: FIFTY SIGNIFICANT FILMS OF LAW, ORDER AND SOCIAL JUSTICE 253 (Rennard Strickland, Teree Foster & Taunya Banks, eds. 2006) (solicited manuscript), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=949168.
- Nancy B. Rapoport & Jeffrey D. Van Niel, *Dr. Jekyll & Mr. Skilling: How Enron's Public Image Morphed from the Most Innovative Company in the* Fortune 500 *to the Most Notorious Company Ever, in* ENRON: CORPORATE FIASCOS AND THEIR IMPLICATIONS 77 (Nancy B. Rapoport & Bala G. Dharan, eds.) (Foundation Press 2004), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=505662.

Nancy B. Rapoport
Page 8

**Articles, book reviews, and essays**

- Nancy B. Rapoport, *Am I My Colleagues' Keeper When It Comes to Disclosing Connections?,* 40 EMORY BANKR. DEV. J. 333 (2024) (solicited manuscript), available at https://papers.ssrn.com/sol3/papers.cfm?abstract=4700214.

- Nancy B. Rapoport, *Nuance or Necessity for Conflicts in Bankruptcy Cases?,* CREDITOR RIGHTS COALITION (June 5, 2024), at https://creditorcoalition.org/special-feature-professor-nancy-rapoport-on-recent-disqualification-decisions/ and at https://papers.ssrn.com/abstract=4856186; republished in 37 AIRA J. 45 (2024), at https://www.aira.org/pdf/journal/2024_v37_n3.pdf.

- Nancy B. Rapoport, *Three Recommendations,* 2024 GREEN BAG ALM. 95 (solicited manuscript).

- Joseph R. Tiano Jr., Professor Nancy B. Rapoport, Joseph D. Wilson & Steven Aquino, *The Duty of Supervision in the Age of Generative AI: Urgent Mandates for a Public Company's Board of Directors and Its Executive and Legal Team,* ABA BUSINESS LAW TODAY (March 2024), at https://businesslawtoday.org/2024/03/the-duty-of-supervision-in-the-age-of-generative-ai-urgent-mandates-for-a-public-companys-board-of-directors-and-its-executive-and-legal-team/.

- Nancy B. Rapoport & Joseph R. Tiano, Jr., *Walking the Data Walk: Using Time Entries to Advance DEI Initiatives,* 79 BUS. LAW. 1 (Winter 2023-2024) (peer-reviewed), https://ssrn.com/abstract=4728030.

- Nancy B. Rapoport & Joseph R. Tiano, Jr., *Expert Q&A on the Ethical Considerations of AI and the Reasonableness of Bankruptcy Fees, Now That Generative AI Is Here to Stay,* THOMSON REUTERS PRACTICAL LAW (Nov. 10, 2023), http://content.next.westlaw.com/w-041-2232 or https://www.reuters.com/practical-law-the-journal/transactional/ai-bankruptcy-practice-2024-02-01/.

- Hon. Cynthia A. Norton & Nancy B. Rapoport, *Doubling Down on Dumb: Lessons from* Mata v. Avianca Inc., ABI J. 24 (Aug. 2023), available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=4528686.

- Nancy B. Rapoport, *Review of 2022 Books on Legal Education,* 2023 GREEN BAG ALM. 270 (solicited manuscript), available at https://papers.ssrn.com/abstract=4522108.

- Nancy B. Rapoport & Joseph R. Tiano, Jr., *Reimagining "Reasonableness" Under Section 330(a) in a World of Technology, Data, and Artificial Intelligence,* 97 AM. BANKR. L.J. 254 (2023) (peer-reviewed), available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=4515196 (awarded the AMERICAN BANKRUPTCY LAW JOURNAL Editors' Prize for 2023).

- John G. Cameron & Nancy B. Rapoport, *Ethics For Real Estate Lawyers and Practice Today,* 39 THE PRACTICAL REAL ESTATE LAWYER 30 (ALI CLE, May 2023), available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=4417451.

- Nancy Rapoport, *Stanford Law Protest Highlights Rise of Incivility,* LAW360 (Mar. 28, 2023), available at https://www.law360.com/personal-injury-medical-malpractice/articles/1590537/stanford-law-protest-highlights-rise-of-incivility-in-discourse.

- Nancy B. Rapoport & Joseph R. Tiano, Jr., *Billing Judgment,* 96 AM. BANKR. L.J. 311 (2022) (peer-reviewed), available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=4172409.

Nancy B. Rapoport
Page 9

- Joseph R. Tiano, Nancy B. Rapoport & William J. Siroky, *The Specter of Malpractice: When Law Firm General Counsel and Risk Management Professionals Are Confronted With Potential Malpractice Claims and Ethics Violations,* 81 (ONLINE) 1 (2021), available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3932534.
- Nancy B. Rapoport, *Being a First—Over and Over Again,* DENVER L. REV. FORUM (7/31/2021) available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3897378.
- Nancy B. Rapoport, *Telling the Story on Your Timesheets: A Fee Examiner's Tips for Creditors' Lawyers and Bankruptcy Estate Professionals,* 15 BROOK. J. OF CORP. FIN. & COM. L. 359 (2021), available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3853962.
- Nancy B. Rapoport & Joe Tiano, *Biglaw Surprises Some With Record Profits in 2020—Now What?,* ABOVE THE LAW (April 30, 2021), available at https://abovethelaw.com/2021/04/biglaw-surprises-some-with-record-profits-in-2020-now-what/.
- Nancy B. Rapoport & Joseph R. Tiano, Jr., *The Legal Industry's Second Chance To Get It Right,* 57 WILLAMETTE L. REV. 1 (2021), available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3773197.
- Nancy B. Rapoport & Joseph R. Tiano, Jr., *Using Data Analytics to Predict an Individual Lawyer's Legal Malpractice Risk Profile (Becoming an LPL "Precog"),* 6 U. PA. J. L. & PUB. AFF. 267 (2020), available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3760626.
- Nancy B. Rapoport, *Help Your Provost Help You During Promotion and Tenure Decisions,* 24 THE GREEN BAG 83 (2020) (peer-reviewed), available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3748896.
- Nancy B. Rapoport, *Want to Take Control of Professional Fees in Large Chapter 11 Bankruptcy Cases? Talking With Your Client's General Counsel is a Good First Step,* Harvard Law School Bankruptcy Roundtable, July 28, 2020, available at http://blogs.harvard.edu/bankruptcyroundtable/2020/07/28/want-to-take-control-of-professional-fees-in-large-chapter-11-bankruptcy-cases-talking-with-your-clients-general-counsel-is-a-good-first-step/.
- Nancy B. Rapoport, *Training Law Students To Maintain Civility in Their Law Practices as a Way To Improve Public Discourse,* North Carolina Law Review 2019 Symposium, 98 N.C. L. REV. 1143 (2020) (solicited manuscript), available at https://ssrn.com/abstract=3616995.
- Nancy B. Rapoport & Joe Tiano, *COVID-19 Could Catalyze The Legal Industry Renaissance,* ABOVE THE LAW (April 29, 2020), available at https://abovethelaw.com/2020/04/covid-19-could-catalyze-the-legal-industry-renaissance/.
- Nancy B. Rapoport, *Using General Counsel to Set the Tone for Work in Large Chapter 11 Cases,* 88 FORDHAM L. REV. 1727 (2020) (solicited manuscript) (presented at the Stein Center for Law and Ethics Colloquium on Corporate Lawyers (October 2019)), available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3591118.
- Nancy B. Rapoport, *Client-Focused Management of Expectations for Legal Fees in Large Chapter 11 Cases,* 28 AM. BANKR. INST. L. REV. 39 (2020), available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3541347.

Nancy B. Rapoport
Page 10

- Nancy B. Rapoport & Joseph R. Tiano, Jr., *Leveraging Legal Analytics and Spend Data as a Law Firm Self-Governance Tool,* XIII J. BUS., ENTREPRENEURSHIP & L. 171 (2019) (presented at Arizona State University's 7th Annual Conference on the Governance of Emerging Technologies & Science: Law, Policy & Ethics (May 2019)), available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3525660.

- Nancy B. Rapoport & Joseph R. Tiano, Jr., *Legal Analytics, Social Science, and Legal Fees: Reimagining "Legal Spend" Decisions in an Evolving Industry*, Georgia State Symposium on Legal Analytics, 35 GA. ST. U. L. REV. 1269 (2019), available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3418465.

- Dwayne J. Hermes, Erica R. LaVarnway & Nancy B. Rapoport, *A Solutions-Oriented Approach: Changing How Insurance Litigation Is Handled by Defense Law Firms,* 2017 J. PROF'L L. 129 (peer-reviewed annual journal of the Center for Professional Responsibility of the American Bar Association), available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3104055.

- Nancy B. Rapoport, *How Teams Can Help You (or Hurt You) When It Comes to Ethics,* December 2017 ABI J. 24, available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3085229.

- Nancy B. Rapoport & Charlie Douglas, *High Performance Organizational Teams,* LISI Estate Planning Newsletter #2563 (July 3, 2017), available at http://www.leimbergservices.com and at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=2998424.

- Nancy B. Rapoport, *In Praise of Margaret Howard,* 74 WASH. & LEE L. REV. 641 (2017), available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=2981404.

- Nancy B. Rapoport, *Ethics: Why We Must Play Well with Others (and Why We Don't),* Rocky Mountain Mineral Law Foundation, MANUAL OF THE ADVANCED PUBLIC LANDS SPECIAL INSTITUTE 587 (2017), available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=2917346.

- Nancy B. Rapoport, *On Shared Governance, Missed Opportunities, and Student Protests*, 17 NEV. L.J. 1 (2016), available at http://ssrn.com/abstract=2885539.

- Randy D. Gordon & Nancy B. Rapoport, *Virtuous Billing,* 15 NEV. L.J. 698 (2015), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2670628.

- Nancy B. Rapoport, *"Nudging" Better Lawyer Behavior: Using Default Rules and Incentives to Change Behavior in Law Firms,* 4 ST. MARY'S J. L. ETHICS & MALP. 42 (2014) (solicited manuscript for symposium on Legal Malpractice and Ethics), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2460078.

- Nancy B. Rapoport, *The Client Who Did Too Much,* 47 AKRON L. REV. 121 (2014) (solicited as part of the Joseph G. Miller and William C. Becker Center for Professional Responsibility's Symposium on Navigating the Practice of Law in the Wake of Ethics 20/20), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2412496.

- Nancy B. Rapoport, *Plus Ça Change, Plus C'est La Même Chose,* 17 GREEN BAG 55 (2013) (solicited manuscript), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2404069.

- Lois R. Lupica & Nancy B. Rapoport, *Best Practices for Working with Fee Examiners,* 32 AM. BANKR. INST. J. 20 (June 2013), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2279642.

- Nancy B. Rapoport, *Rethinking U.S. Legal Education:  No More "Same Old, Same Old,"* 45 CONN. L. REV. 1409 (2013), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2275315.

Nancy B. Rapoport
Page 11

- Nancy B. Rapoport, *Managing U.S. News & World Report—The Enron Way,* 42 GONZAGA L. REV. 423 (2013), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2255194.
- Nancy B. Rapoport, Book Review, Brian Z. Tamanaha, *Failing Law Schools* (2012), 47 L. & SOC. REV. 229 (2013) (solicited review), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2233617.
- Nancy B. Rapoport, *Black Swans, Ostriches, and Ponzi Schemes,* 42 GOLDEN GATE L. REV. 627 (2012) (solicited manuscript for symposium), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2131393.
- Nancy B. Rapoport, *The Case for Value Billing in Chapter 11,* 7 J. BUS. L. & TECH. LAW 117 (2012), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2039506.
- Nancy B. Rapoport, *Changing the Modal Law School: Rethinking U.S. Legal Education in (Most) Schools,* 116 PENN ST. L. REV. 1119 (2012), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2038409 (republished at 122 DICKINSON L. REV. 189 (2017)).
- Jennifer Gross & Nancy B. Rapoport, *Is the Attorney-Client Privilege Under Attack?,* GP | SOLO MAGAZINE 47 (October-November 2010), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1704026.
- Nancy B. Rapoport, *Rethinking Fees in Chapter 11 Bankruptcy Cases,* 5 J. BUS. & TECH. LAW 263 (2010) (solicited manuscript for University of Maryland School of Law's symposium on *Examining Government Reform in the Financial Crisis*), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1625102.
- Nancy B. Rapoport, *Through Gritted Teeth and Clenched Jaw: Court-Initiated Sanctions Opinions in Bankruptcy Courts,* 41 ST. MARY'S L.J. 701 (2010) (solicited manuscript for St. Mary's 9th Annual Symposium on *Legal Malpractice and Professional Responsibility),* available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1628275.
- C.R. Bowles & Nancy B. Rapoport, *Debtor Counsel's Fiduciary Duty: Is There a Duty to Rat in Chapter 11?,* 29 AM. BANKR. INST. JOURNAL 16 (2010), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1544930.
- Nancy B. Rapoport, *Academic Freedom and Academic Responsibility* (reviewing MATTHEW W. FINKIN & ROBERT C. POST, FOR THE COMMON GOOD: PRINCIPLES OF AMERICAN ACADEMIC FREEDOM (Yale University Press 2009)), in 13 GREEN BAG 2D 189 (Winter 2010) (solicited manuscript), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1544932.
- Eric Van Horn & Nancy B. Rapoport, *Restructuring the Misperception of Lawyers: Another Task for Bankruptcy Professionals,* 28 AM. BANKR. INST. JOURNAL 44 (2009), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1472211.
- Nancy B. Rapoport, *Where Have All the (Legal) Stories Gone?,* M/E INSIGHTS 7 (Fall 2009) (publication of the Association of Media and Entertainment Counsel), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1545443.
- Nancy B. Rapoport, *The real reason why businesses make bad decisions* (reviewing JONATHAN R. MACEY, CORPORATE GOVERNANCE: PROMISES KEPT, PROMISES BROKEN (Princeton University Press 2008)), in 18 BUS. LAW TODAY 52 (July/Aug. 2009) (solicited manuscript), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1425118.

Nancy B. Rapoport
Page 12

- Nancy B. Rapoport, *Lessons From Enron—And Why We Don't Learn From Them,* May/June 2009 COMMERCIAL LENDING REVIEW 23, available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1413937.

- Colin Marks & Nancy B. Rapoport, *Corporate Ethical Responsibility and the Lawyer's Role in a Contemporary Democracy,* 77 FORDHAM L. REV. 1269 (2009) (solicited manuscript), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1376475.

- Nancy B. Rapoport & Roland Bernier III, *(Almost) Everything We Learned About Pleasing Bankruptcy Judges, We Learned in Kindergarten,* 27 AM. BANKR. INST. J. 16 (July/August 2008), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1157103.

- Nancy B. Rapoport, *The Curious Incident of the Law Firm That Did Nothing in the Night-Time* (reviewing MILTON C. REGAN, JR., EAT WHAT YOU KILL: THE FALL OF A WALL STREET LAWYER (Univ. of Michigan Press 2004)), in 10 LEGAL ETHICS 98 (2007), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1017627 and at http://www.tandfonline.com/doi/abs/10.1080/1460728X.2007.11423884.

- Nancy B. Rapoport & Roland Bernier, *Bankruptcy Pro Bono Representation of Consumers: The Seven Deadly Sins,* 44 HOUS. LAWYER 18 (June 2007), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1051221.

- Nancy B. Rapoport, *Not Quite "Them," Not Quite "Us": Why It's Difficult for Former Deans to Go Home Again,* 38 U. TOLEDO L. REV. 581 (2006) (solicited manuscript), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=936251.

- Nancy B. Rapoport, *Eating Our Cake and Having It, Too: Why Real Change Is So Difficult in Law Schools,* 81 IND. L.J. 359 (2006) (solicited manuscript) (symposium at Indiana University-Bloomington School of Law—*The Next Generation of Law School Rankings*), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=703843.

- Nancy B. Rapoport, *Enron and the New Disinterestedness—The Foxes Are Guarding the Henhouse,* 13 AM. BANKR. INST. L. REV. 521 (2005) (solicited manuscript), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=936167.

- Nancy B. Rapoport, *Decanal Haiku,* 37 U. TOLEDO L. REV. 131 (2005) (solicited manuscript), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=936166.

- Nancy B. Rapoport, *Recent Developments in Bankruptcy Law,* 35 TEXAS TECH. L. REV. 543 (2004) (solicited manuscript), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=938551.

- Nancy B. Rapoport, *"Venn" and the Art of Shared Governance,* 35 U. TOLEDO L. REV. 169 (2003) (solicited manuscript), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=936247.

- Nancy B. Rapoport, *Examining Enron's enablers: Watkins' perspective makes Swartz's account stand out,* HOUSTON CHRONICLE, March 23, 2003, at *Zest* 15 (solicited book review).

- Nancy B. Rapoport, *Enron, Titanic, and the Perfect Storm,* 71 FORDHAM L. REV. 1373 (2003) (solicited manuscript for a special issue on ethics), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=498122; also included as an essay in ENRON: CORPORATE FIASCOS AND THEIR IMPLICATIONS 927 (Nancy B. Rapoport & Bala G. Dharan, eds.) (Foundation Press 2004).

- Nancy B. Rapoport, *The Intractable Problem of Bankruptcy Ethics: Square Peg, Round Hole,* 30 HOFSTRA L. REV. 977 (2002) (solicited manuscript for ethics symposium), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=936235.

- Nancy B. Rapoport, *In Memoriam: Yale Rosenberg,* 39 HOUS. L. REV. 869 (2002) (solicited essay), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1598446.

- Nancy B. Rapoport & Jeffrey D. Van Niel, *"Retail Choice" Is Coming: Have You Hugged Your Utilities Lawyer Today? (Part II),* August 2002 NORTON BANKRUPTCY LAW ADVISER 2, available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=963913.

- Nancy B. Rapoport, *Multidisciplinary Practice After In Re Enron: Should the Debate on MDP Change At All?,* TEXAS BAR JOURNAL 446 (May 2002), available at http://www.texasbar.com/Template.cfm?Section=Home&Template=/ContentManagement/ContentDisplay.cfm&ContentID=5999.

- Nancy B. Rapoport & Jeffrey D. Van Niel, *"Retail Choice" Is Coming: Have You Hugged Your Utilities Lawyer Today? (Part I),* February 2002 NORTON BANKRUPTCY LAW ADVISER 4, available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=963912.

- Nancy B. Rapoport, *Is "Thinking Like a Lawyer" Really What We Want to Teach?,* in *Erasing Lines: Integrating the Law School Curriculum,* 2001 ALWD CONF. PROCEEDINGS 91, available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=936248.

- Nancy B. Rapoport, *When Local IS Global: Using a Consortium of Law Schools to Encourage Global Thinking,* 20 PENN STATE INT'L LAW REVIEW 19 (2001) (transcript of AALS Annual Meeting session).

- Nancy B. Rapoport, *Of Cat-Herders, Conductors, Fearless Leaders, and Tour Guides,* 33 U. TOLEDO L. REV. 161 (2001) (solicited manuscript), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=936245.

- Nancy B. Rapoport, *Presidential Ethics: Should a Law Degree Make a Difference?,* 14 GEO. J. L. ETHICS 725 (2001), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=260021.

- Nancy B. Rapoport, *Going from "Us" to "Them" in Sixty Seconds,* 31 U. TOLEDO L. REV. 703 (2000) (solicited manuscript), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=936171.

- Nancy B. Rapoport, *Dressed for Excess: How Hollywood Affects the Professional Behavior of Lawyers,* 14 NOTRE DAME J. OF LAW, ETHICS & PUBLIC POLICY 49 (2000) (solicited manuscript), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=936188.

- Nancy B. Rapoport, *Ratings, Not Rankings: Why* U.S. News & World Report *Shouldn't Want To Be Compared To* Time *and* Newsweek—*or* The New Yorker, 60 OHIO ST. L.J. 1097 (1999), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=936246.

- Nancy B. Rapoport, *Living "Top-Down" in a "Bottom-Up" World: Musings on the Relationship Between Jewish Ethics and Legal Ethics,* 78 NEB. L. REV. 18 (1999), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=936241.

- Nancy B. Rapoport, *Moral Bankruptcy: Modeling Appropriate Attorney Behavior in Bankruptcy Cases,* THE NEBRASKA LAWYER 14 (March 1999) (solicited manuscript), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1598447.

- Nancy B. Rapoport, *The Need For New Bankruptcy Ethics Rules: How Can "One Size Fits All" Fit Anybody?,* 10 PROFESSIONAL LAWYER 20 (1998) (solicited manuscript), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=939448.

Nancy B. Rapoport
Page 14

- Nancy B. Rapoport, *Our House, Our Rules: The Need for a Uniform Code of Bankruptcy Ethics,* 6 AM. BANKR. INST. L. REV. 45 (1998) (solicited manuscript), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=936343.
- C.R. Bowles & Nancy B. Rapoport, *Has the DIP's Attorney Become the Ultimate Creditors' Lawyer in Bankruptcy Reorganization Cases?,* 5 AM. BANKR. INST. L. REV. 47 (1997) (symposium manuscript), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=936240.
- Nancy B. Rapoport, *Ethics: Is Disinterestedness Still a Viable Concept?  A Roundtable Discussion,* 5 AM. BANKR. INST. L. REV. 201 (1997) (solicited transcript) (with co-panelists John D. Ayer, the Hon. Charles N. Clevert, the Hon. Joel Pelofsky & Bettina Whyte), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=936340.
- Nancy B. Rapoport, *Turning the Microscope on Ourselves: Self-Assessment by Bankruptcy Lawyers of Potential Conflicts of Interest in Columbus, Ohio,* 58 OHIO ST. L.J. 1421 (1997), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=938611.
- Nancy B. Rapoport, *Avoiding Judicial Wrath: The Ten Commandments for Bankruptcy Practitioners,* 5 J. BANKR. L. & PRAC. 615 (September/October 1996) (solicited manuscript), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=940769.
- Nancy B. Rapoport, *Seeing the Forest* and *The Trees: The Proper Role of the Bankruptcy Attorney,* 70 IND. L.J. 783 (1995), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=938527.
- Nancy B. Rapoport, *Worth Reading: Review of Annual Survey of Bankruptcy Law,* TURNAROUNDS AND WORKOUTS (Beard Group, Inc.), January 15, 1995, at 6 (solicited book review).
- Nancy B. Rapoport, *Turning and Turning in the Widening Gyre: The Problem of Potential Conflicts of Interest in Bankruptcy,* 26 CONN. L. REV. 913 (1994), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=936337.

## Op-eds

- Nancy Rapoport & Mary Langsner, *Why does the bankruptcy code discriminate against disabled veterans?,* THE HILL (Jan. 24, 2019), available at https://thehill.com/opinion/finance/426854-why-does-the-bankruptcy-code-discriminate-against-disabled-veterans.
- Lois R. Lupica & Nancy Rapoport, *Consumer Debtors Should Not Have To Go It Alone,* DOW JONES DAILY BANKRUPTCY REVIEW (May 1, 2013), available at http://bankruptcynews.dowjones.com/article?an=DJFDBR0020130501e951qbfa8&from=alert&pid=10&ReturnUrl=http%3a%2f%2fbankruptcynews.dowjones.com%3a80%2farticle%3fan%3dDJFDBR0020130501e951qbfa8%26from%3dalert%26pid%3d10.
- Nancy Rapoport, *Board Smart Not to Raise the Superintendent Salary Stakes,* LAS VEGAS SUN, September 5, 2010, available at http://www.lasvegassun.com/news/2010/sep/05/board-smart-not-raise-superintendent-salary-stakes/.
- Nancy B. Rapoport, *Enron an Example: Grads Lost in Trees,* HOUSTON CHRONICLE, February 24, 2002, at 4H.
- Nancy B. Rapoport, *Wrestling with the Problem of Potential Conflicts of Interest in Bankruptcy,* 26 BANKRUPTCY COURT DECISIONS WEEKLY NEWS AND COMMENT (LRP Publications), March 7, 1995, at A3 (solicited editorial).

Nancy B. Rapoport
Page 15

**Grants**

- 2002 participant, Harvard Institutes for Higher Education Management and Leadership in Education (MLE) Program (partial scholarship from Harvard, $1,000 in 2001—had to withdraw, due to the aftermath of Tropical Storm Allison, but returned to participate in 2002).
- 1999 participant, Harvard Institutes for Higher Education Management Development Program (MDP) (partial scholarship from Harvard, $1,000).
- 1995 Instructional Technology Small Grant (Ohio State funds; $850).
- 1995 West Publishing/NCAIR Fellow ($15,000 grant for developing a computer program that teaches law students about conflicts of interest in bankruptcy law).
- 1994 participant in Summer Institute of the Law & Society Association (Wellesley, Massachusetts).
- 1993 University Seed Grant for the study of creditor representation in bankruptcy (1993 grant from Ohio State University's Office of Research & the College of Law).

**Podcasts (as guest speaker)**

- PLUS blog (with Joseph R. Tiano, Jr.), *Becoming an LPL "Precog",* https://plusblog.org/2022/10/10/plus-podcast-becoming-an-lpl-precog/.
- Jay Edelson, NON-COMPLIANT, *Episode 13: The One Where Professor Nancy Rapoport Discusses the Future of Law Firms,* July 1, 2020, available at https://podcasts.apple.com/us/podcast/episode-13-one-where-professor-nancy-rapoport-discusses/id1491233296?i=1000481718338.
- Jay Edelson, NON-COMPLIANT, *Episode 14: The (Second) One Where Professor Nancy Rapoport Discusses the Future of Law Firms,* July 13, 2020, available at https://podcasts.apple.com/us/podcast/episode-14-second-one-where-professor-nancy-rapoport/id1491233296?i=1000484787064.

**Selected academic presentations**

*Anthropology of higher education / higher education generally*

- Society for Applied Anthropology's 79th annual meeting, *Moving Seamlessly From Faculty Status to Administrator and Then Back Again* (March 2019).
- Society for Applied Anthropology's 78th annual meeting, *Concentric and Overlapping Circles of Leadership in Higher Education* (April 2018).
- Society for Applied Anthropology's 77th annual meeting, *Women and Diversity: Being a "First"* (March 2017).
- 2010 Annual Meeting of Association of American Law Schools, Section on Women in Legal Education, *Succeeding in Legal Education* (January 2010).
- 2009 Annual Meeting of Association of American Law Schools, Committee on Curriculum Issues, *Redesigning Legal Education* (January 2009).

Nancy B. Rapoport
Page 16

- 2007 Annual Meeting of Association of American Law Schools:
  - *Workshop on the Ratings Game (or Not!):  The Search for Sensible Assessment,* moderator for plenary discussion, *We Didn't Even Bring the Box:: A Roundtable Discussion on Creative Alternatives,* http://www.aals.org/am2007/wednesday/ratings.html.
  - Section on Continuing Legal Education, Co-Sponsored by Section on
  - Section on Professional Responsibility, *Legal Ethics CLE in the Law School Setting: Can It Be Practical, Academic, and Interesting at the Same Time?*
  - Section for the Law School Dean, *What I Wish I Had Known Then: A Conversation Among Deans.*
- Symposium at Indiana University-Bloomington School of Law, *Eating Our Cake and Having It, Too: Why Real Change Is So Difficult in Law Schools* (March 2005).
- "Better Learning, Better Lawyers" Conference, *Legal Education in the 21st Century: Radical Design for a Changing Profession* (August 2002).
- Annual Meeting of Association of American Law Schools, *Mini-Workshop on Major Issues of the 21st Century: The Impact on the Legal Academy and Law Students* (moderator of plenary session) (January 2000).

*Social science and ethics / social science and governance / social science and lawyer behavior / bankruptcy law*

- William & Mary School of Law, William & Mary Business Law Review Spring Symposium, Corporate Scandals: Trends in Corporate Fraud, *Failing to See What's in Front of Our Eyes: The Effect of Cognitive Errors on Corporate Scandals* (keynote speech) (April 2024).
- University of Pittsburgh School of Law, Symposium on The Jurisprudence and Legacy of the Honorable Joseph F. Weis Jr., *Irrepressible Civility, Professionalism, and Ethics in Defining the Lawyering Career* (with Abraham C. Reich and Nathan M. Crystal) (March 2023).
- Fordham University School of Law, Colloquium on Corporate Lawyers, The Stein Center for Law and Ethics, *Using General Counsel to Set the Tone for Work in Large Chapter 11 Cases* (October 2019).
- Pontificia Universidad Javeriana Cali (Colombia)'s International Congress of Corporate Law, *Corporate Social Responsibility and Social Science* (November 2017) (invited speaker).
- Colombia's Superintendency of Companies, *Corporate Governance, Compliance and Business Ethics* (May 2016) (invited speaker).
- Colombia's Superintendency of Companies, Responsibility of Administrators and Business Ethics Seminar, *Why Smart People Make Bad Decisions* (March 2015) (invited speaker).
- Boyd School of Law, Conference on Psychology and Lawyering: Coalescing the Field, *Using Psychology to Change Law Firms' Default Incentive Structures* (with Randy D. Gordon) (invited panelist) (February 2014).
- The Ohio State University Moritz College of Law, faculty workshop presentation on *"Nudging" Better Lawyer Behavior: Using Default Rules and Incentives to Change Behavior in Law Firms* (November 2013).
- The Joseph G. Miller and William C. Becker Center for Professional Responsibility's Symposium on Navigating the Practice of Law in the Wake of Ethics 20/20, *What It Means To Be a Lawyer in These Uncertain Times (Part I)* (invited panelist) (April 2013).
- Roger Williams University School of Law, Women Who Lead Series, *Why the World Needs Nay-Sayers* (keynote speaker) (March 2010).

Nancy B. Rapoport
Page 17

- Distinguished Lecturer, The Chapman Dialogue Series, Chapman University School of Law, *Why No Amount of Regulation Is Likely to Prevent Corporate Scandals* (February 2010).
- Association of American Law Schools, Annual Meeting, Section on Continuing Legal Education (co-sponsored by Section for the Law School Dean), *Exploring the Options for the Future of Legal Education* (with Kellye Y. Teste, Daniel McCarroll, Gary A. Munneke, and Ellen Y. Suni) (January 2010).
- Fordham Law School Colloquium, *The Lawyers' Role in a Contemporary Democracy* (with Colin Marks) (September 2008).
- Adjunct professor, St. John's University School of Law, LL.M. in Bankruptcy Program (Enron seminar), St. John's University School of Law Faculty, *Enron: Is It Still Relevant?* (March 2006 & March-April 2007).
- AALS Workshop—Do You Know Where Your Students Are?  Langdell Logs On to the 21st Century, AALS Annual Meeting, *The Changing Face of the Deanship* (January 2002).
- The 2001 Legal Ethics Conference, Hofstra University School of Law, *Legal Ethics—What Needs Fixing?* (September 2001).
- AALS Bankruptcy Workshop, *Teaching Bankruptcy as a Vehicle for Teaching Other Values* (May 2001).
- ALWD (Association of Legal Writing Directors) Biennial Conference, *Do "Best Practices" in Legal Education Include an Obligation to the Legal Profession to Integrate Theory, Skills, and Doctrine in the Law School Curriculum?* (July 2001).
- AALS Workshop for New Law Teachers, *Satisfying Your Multiple Constituencies (How Your Dean Can Help)* (July 2000 & July 1999).
- Annual Meeting of the Association of American Law Schools, Creditors' & Debtors' Rights Section, *Local Cultures + Judicial Discretion = National Confusion?: Equities, Equations, and the "Uniformity" of the Bankruptcy Code* (January 1998).

**Selected continuing legal education programs and other professional presentations**

*Legal education / the legal profession generally*

- Legal Foresight Summit, *Convergence of Legal Risk Management and Business Strategy Consulting,* (with David Kamien, Scott Leeb, and Mark Ford) (March 2023).
- General Counsel Roundtable, *Using Data Analytics to Predict an Individual Lawyer's Legal Malpractice Risk Profile,* (with Joseph R. Tiano, Jr.) (June 2022).
- 128th Annual Convention of the Commercial Law League of America, *Navigating Ethical Issues in the New Remote World,* (keynote) (May 2022).
- United States District Court Conference, District of Nevada, *Ethics in the Movies:  Lessons for Real Life,* (plenary session) (May 2022).
- General Counsel Roundtable, *The Specter of Malpractice,* (with Joseph R. Tiano, Jr.) (April 2022).
- Arizona State University's 7th Annual Conference on the Governance of Emerging Technologies & Science: Law, Policy & Ethics, *Leveraging Legal Analytics and Spend Data as a Law Firm Self-Governance Tool,* (with Joseph R. Tiano, Jr.) (May 2019).

Nancy B. Rapoport
Page 18

- 2019 Mid-Year Meeting, National Organization of Bar Counsel, *A Look Inside the Incubator—The Challenges Facing Today's Law Students, Law Schools, and Newly-Minted Lawyers* (with Nelson Page and Ari Telisman) (January 2019).
- Law School Admission Council's Annual Meeting, *"Soothing the Savage Beast": The Art of Working Effectively With Difficult People (*with Floyd Weatherspoon) (June 2011).
- Houston Bar Minority Opportunities in the Legal Profession Committee & Minority Corporate Counsel Association: Business Development in a Belt-Tightening Economy, *Overcoming Barriers and Opening Doors to Your Personal Success* (February 2002).
- LSAC Academic Support Conference, *Why Support Academic Support Programs?* (June 2000).
- LSAC Annual Meeting, *Establishing a Partnership With a New Dean* (June 2000).
- American Bar Association's Workshop for New Law Deans, *Reflections of an Ex-Novice Dean* (June 1999).
- Annual Conference of the National Association for Law Placement, *Reliable Evaluation of Law Schools: Going Beyond Law School Rankings* (April 1999).

*Bankruptcy / ethics*

- Visiting Scholar, State Bar of Arizona Convention, Bankruptcy Section (June 2024):
  - *Ethics Presentation: Current and Future Use of AI in BK Procedures* (Arizona Bar Association Inn of Court) (with Joseph R. Tiano, Jr., Kathleen Allare, Nicole Brindejonc, JoAnn Falgout, Andrew Haynes, CM Matthew Luk, Warren Stapleton, and Hon. Sarah Sharer Curley (ret.)).
  - *Too Important to Fail? Can a Bankruptcy Be Greater than the Pool of Creditors?* (with Hon. Daniel P. Collins, Thomas J. Salerno & Carolyn J. Johnsen).
  - Judges' Roundtable (invited guest).
- *Heroes and Horrors: Triumphs and Tragedies Unveiled (Navigating Credit Through the Eyes of the Court),* National Association of Credit Managers' 2024 Credit Congress (with Wanda Borges) (June 2024).
- *The Fee Examiner's Perspective: Sensible, Ethical, and Effective Lawyer Billing Hygiene*, Beverly Hills Bar Association (with J. Scott Bovitz) (June 2024).
- Moderator, *Preserving the Public Trust: The Need for Strict Adherence to the Code of Conduct for U.S. Judges, the Rules of Professional Conduct, and Other Ethical Principles* (plenary) (with Hon. Deborah L. Thorne, Hon. Martin Glenn, and Hon. Mary F. Walrath), American Bankruptcy Institute, Annual Spring Meeting (April 2024).
- ABA Standing Committee on Lawyers' Professional Liability National Legal Malpractice Conference, *Cutting Edge Data Analytics – Claims Prediction and More* (plenary session) (with Joseph R. Tiano, Jr., Brad Dantic, and John P. Muller) (September 2023).
- 2023 Ninth Circuit Judicial Conference, Bankruptcy Breakout Session, *The Cutting Edge: AI and Fee Application Issues* (August 2023).
- American College of Bankruptcy, *Attorney Fees in Consumer Cases: A Policy and Ethics Discussion* (with Joyce Babin and Areya Holder Aurzada) (March 2023).
- American Bankruptcy Institute, Winter Leadership Conference, *Don't Just Say No: Technology, Ethics and the Changing Practice of Law* (with Prof. Lois Lupica and Joseph R. Tiano, Jr.) (December 2022).

Nancy B. Rapoport
Page 19

- State Bar of Montana, Annual Meeting of Bankruptcy Section, *Billing Judgment* (July 2022).
- Annual meeting of the National Association of Chapter 13 Trustees, *Ethical Implications of Remote Lawyering Post-Pandemic* (plenary session) (July 2022).
- Ninth Circuit Conference of Chief Bankruptcy Judges, Bankruptcy Court Clerks and Bankruptcy Lawyer Representatives, *Billing Judgment* (March 2022).
- Annual Meeting of National Conference of Bankruptcy Judges, *Start Your Engines! Jeopardy— the Broken Bench Edition* (with Demetra Liggins and Judges Pamela Pepper and Catherine J. Furay) (October 2021).
- Los Angeles Chapter, Federal Bar Association, 17th Annual Bankruptcy Ethics Symposium, keynote address, *Telling the Story on Your Timesheets: A Fee Examiner's Tips for Creditors' Lawyers and Bankruptcy Estate Professionals* (November 2020).
- AMERICAN BANKRUPTCY INSTITUTE LAW REVIEW panel discussion, *Professional Fees in Bankruptcy* (with co-panelists Judge Kevin Carey, attorney Douglas Deutsch, Professor Stephen Lubben, and Professor John Pottow) (April 2019).
- National Conference of Bankruptcy Judges, *NCBJ Plenary: Broken Bench Awards Show: The Best Little Show in Texas* (October 2018).
- ABI 38th Annual Midwestern Bankruptcy Institute, *Sanctions and Social Science* (October 2018) (with Adam Miller).
- Fifth Annual James T. King Bankruptcy Symposium, *Ethics and Getting Paid* (July 2018) (with the Hon. Erithe A. Smith and M. Jonathan Hayes).
- American Bankruptcy Institute, VALCON 2018, *Special Problems Presenting Financial Consultants as Expert Witnesses and Ethics Hot Topics* (May 2018) (with Michael Richman, George Angelich, and Ted Gavin).
- American Bankruptcy Institute's Annual Spring Meeting, *Ethics Jeopardy* (with Nan Roberts Eitel, Lois Lupica, and Bill Rochelle) (April 2017).
- American Bankruptcy Institute's Annual Spring Meeting, *A Primer on Dealing with Fee Examiner*s (with Van Durrer, II, William K. Harrington, Robert J. Keach, and John F. Theil) (April 2016).
- 29th Annual Central California Bankruptcy Institute, *How to Use Social Science to Improve Ethics in a Law Firm* (September 2015).
- 89th Annual National Conference of Bankruptcy Judges, *Ethics and Social Media* (panel discussion with the Hon. Hannah Blumenstiel and Peter Fessenden) (September 2015).
- National Association of Legal Fee Analysts (NALFA) webinar, *Bankruptcy Fee Examiners in Large Chapter 11 Cases* (panel discussion with Walter W. Theus, Jr., Senior Trial Attorney, USDOJ U.S. Trustee Program and Jeffrey L. Cohen, Partner, Cooley, LLP) (May 2015).
- Bankruptcy Section of the Federal Bar Association and the Los Angeles Chapter of the Federal Bar Association, 11th Annual Bankruptcy Ethics Symposium, *An Ethics Conversation* (with Gillian N. Brown) (November 2014).
- Texas Bankruptcy Law Section Bench/Bar Conference, *Recent Attorney Fee Issues* (June 2013).
- Rocky Mountain Bankruptcy Conference: IWIRC session on bankruptcy ethics; keynote speaker on *Bankruptcy Ethics in Pop Culture* (January 2013).

Nancy B. Rapoport
Page 20

- Speaker at three sessions of the 86th Annual National Conference of Bankruptcy Judges: ABA session on *Ethical Issues Involving Pro Bono Representation:  Spotting the Issues, Solving the Problems;* NCBJ session on *The Ethics of Organizers—Ethical Challenges in Forming Official and Unofficial Committees;* and CLLA session on *Pre-Bankruptcy Ethics—How to Avoid the Minefields Before Battle Begins* (October 2012).
- Sacramento Valley Bankruptcy Forum's 11th Annual Northern California Bankruptcy Conference, *Stupid Lawyer Tricks* (March 2012).
- National Association of Bankruptcy Trustees' Spring Meeting, panelist on *Friend Me? Ethics and Professionalism Issues Related to the Use of Social Media* (March 2012).
- ABA Business Law Section's Annual Spring Meeting, panelist for the sessions on *Ethical Issues in Commercial Transactions, Should In-House Counsel Be Navigating in the Choppy Waters of Corporate Compliance?,* and *Consumer Bankruptcy Clinics for Law Schools* (March 2012).
- Southeastern Bankruptcy Law Institute, SBLI Visiting Scholar Presentation, *The Case for Value Billing in Chapter 11* (October 2011).
- Bankruptcy Law Section of the State Bar of Texas Bench/Bar Conference,  *"Money, Money, Money" -- Red Flags to Fee Examiners and Solutions to Those Red Flags* (with the Hon. H. Christopher Mott, Kemp Sawers, and Warren H. Smith) (June 2011).
- American Bankruptcy Institute's Annual Spring Meeting, *Fulfilling the Fiduciary Duty in a Complex Commercial World* (with Richard M. Meth & Judith Greenstone Miller (plenary session) (April 2011).
- Annual Meeting of National Conference of Bankruptcy Judges, *(Almost) Everything You Wanted to Know About…Getting Retained* and *Committee Solicitation Issues – The Problems, the Rules and the Enforcers* (October 2009).
- ABI Southwest Bankruptcy Conference, *Multimedia Ethics Presentation; Perspectives from the Bench and Ethical Issues;* and *Ethics—Walking in the Grey Areas: Advising Clients and Avoiding Pitfalls in Ethically Unsettled Areas* (September 2009).
- ALI-ABI Live Telephone Seminar and Audio Webcast:  Ethics and Professionalism Series, *When Bankruptcy Comes Calling on Your Client: Five Common Ethical Mistakes* (April 2009).
- ABI Annual Spring Meeting, *Multimedia Ethics Presentation* (plenary session) (April 2009).
- Alaska Bar Association and Alaska Bankruptcy Bar, *Ethics and Popular Culture* and *Issues in Bankruptcy Ethics* (March 2009).
- National Conference of Bankruptcy Judges, 82d Annual Conference, *Ethical Fee Limits: Getting Paid and Getting What You Deserve* (September 2008).
- American Bankruptcy Institute's 16th Annual Southwest Bankruptcy Conference, *Multimedia Ethics Extravaganza* (plenary session) (September 2008).
- National Conference of Consumer Bankruptcy Attorneys, 16th Annual Conference, *Ethics Issues* (May 2008).
- American Bankruptcy Institute's 26th Anniversary Annual Spring Meeting, *Beyond Ethics: The Coexistence of Zealousness, Professionalism and Civility in the Insolvency Community* (April 2008).
- American Bankruptcy Institute's 19th Annual Winter Leadership Conference, *Presentation of Fee Study* (February 2008).
- National Conference of Bankruptcy Judges, 81st Annual Conference, Commercial Law League of America's 22nd Annual Educational Program's panel on *Preemption and Federalism Issues in Bankruptcy* (October 2007).

- American Bankruptcy Institute's 15th Annual Southwest Bankruptcy Conference, *Ethics: Negotiating the Sanctions Minefield* (September 2007).
- American Bankruptcy Institute's 25th Annual Spring Meeting, *The Application of State Ethics Rules in Bankruptcy: Are We Just Holding Our Noses and Looking the Other Way?* (April 2007).
- 25th Anniversary Jay L. Westbrook Bankruptcy Conference, University of Texas CLE (with Martin Bienenstock), *Conflicts Writ Large: Intercreditor Issues and Issues with Fees and Overbilling* (November 2006).
- Annual Meeting of National Conference of Bankruptcy Judges, ABA Luncheon Meeting, *Examining the Examiner* (October 2004).
- Annual Meeting of National Conference of Bankruptcy Judges, *Current Bankruptcy Ethics Issues: It's Not That You Ought To! It's That You "Got To!"* (October 2004).
- Commercial Law League of America, Annual Meeting, *Bankruptcy Ethics* (April 2003).
- 4th Annual Barry L. Zaretsky Roundtable, Brooklyn Law School, *Ethics, Governance, and Bankruptcy After Enron* (April 2003).
- The University of Texas School of Law CLE: The 21st Annual Bankruptcy Conference & Personal Injury Conference, *Debtor Wrongdoing: Ethical Implications for Lawyers* (November 2002).
- National Association of Bankruptcy Trustees, Annual Conference, *What's Wrong With Us??!!—A Fascinating Look at Ourselves, Through the Eyes of Judges and Others* (August 2002).
- 10th Annual Southwest Bankruptcy Conference, American Bankruptcy Institute, A *Look Inside the Mega-Case* (September 2002).
- 20th Annual Bankruptcy Conference, University of Texas Law School, *Bankruptcy Ethics— How Do We Find Out What We're Doing Wrong (Or Right)?* (November 2001).
- Annual Meeting of National Conference of Bankruptcy Judges, *Tell Me What You Really Want—How Behavior (On Both Sides of the Bench) Can Impact Your Case* (October 2001).
- Winter Leadership Conference, American Bankruptcy Institute, *Bankruptcy Ethics* (December 2000).
- Twenty-Fourth Annual Bankruptcy Law & Practice Seminar, Stetson University College of Law, *Ethical Problems: Dual Representation in Chapter 11,* and *Ethics: Pre-Bankruptcy Planning and Ethical Limitations* (December 1999).
- Annual Meeting of National Conference of Bankruptcy Judges, *Disinterestedness and the Chapter 11 Professional* (October 1997).
- Eastern District of Pennsylvania Bankruptcy Conference, *Bankruptcy Issues* (January 1996, January 1997, January 1998, and January 1999).

*Social science generally / social science and ethics*

- International Conference of Shopping Centers, U.S. Law Conference, *Ethics Wise and Wonderful: Traditional Rules, Modern Trends* (general session) (with John G. Cameron, Jr.) (October 2022).
- The Annual CLLA Luncheon at the National Conference of Bankruptcy Judges, B*rave New World: Ethics Issues That We Never Knew We Had* (October 2022).
- *Teams, Cognitive Errors, and Legal Ethics,* International Council of Shopping Centers, U.S. Law Conference (October 2020) (general session) (virtual presentation).

Nancy B. Rapoport
Page 22

- Southeastern Bankruptcy Law Institute, *Life in the Time of COVID: Ethical Issues Facing Attorneys During the Pandemic* (with Judges Bess Creswell and James Sacca and George L. Washington, Jr.) (May 2021).
- National Association of Chapter 13 Trustees, 54th Annual Meeting, *Ethics and Professionalism: Why Lawyers Do Dumb Things—The Social Science Reasons* (plenary session) (with Mary K. Viegelahn) (July 2019).
- *What Social Science Can Teach Us About Good People and Bad Choices* and *Images of Lawyers in Film: Legal Ethics and the Movies,* 2018 American Bankruptcy Institute Midwest Regional Seminar (August 2018).
- 2017 Mutual Funds and Investment Management Conference, *Building Successful and Ethical Teams* (March 2017).
- National Association of Estate Planners' 52nd Annual Conference, *Nudging More Ethical Behavior Through Incentives and Checklists* (November 2015).
- The Eugene Kuntz Conference on Natural Resources Law and Policy, *Nudging Better Behavior: How Social Science Can Help Us Make Better Decisions* (November 2015).
- Institute for Energy Law, 66th Annual Oil & Gas Conference, *"Nudging" Better Behavior* (February 2015).
- National Association of Estate Planners and Councils, 50th Annual Conference, *Social Science, Human Error & Behavior* (November 2013).
- ABA Annual Meeting, Business Law Section, *Cognitive Biases, Blind Spots, and Other Impairments of Ethical Vision: How Good Lawyers Can Go Astray* (with Dr. Larry Richard, James Jones, and Charles McCallum) (August 2013).

*Judicial ethics*

- Federal Judicial Center Workshop for Bankruptcy Judges, *(NOT) Ripped from the Headlines: Navigating Ethical Issues and Instilling Public Confidence in the Judicial System* (with the Hon. Christopher M. Alston, the Hon. D. Sims Crawford, and the Hon. Michele J. Kim) (plenary sessions) (April 2022; July 2022).
- Federal Judicial Center Workshop for Bankruptcy Judges, *Judicial Ethics—Words Matter* (with the Hon. John Hoffman, Jr. and the Hon. Peter W. Bowie (Ret.)) (plenary sessions) (April 2021; July 2021).
- Federal Judicial Center, *Judicial Ethics* (with the Hon. Peter Bowie, the Hon. Arthur Federman, and Prof. Elizabeth Thornburg) (plenary sessions) (April 2013; August 2013).
- College for New Judges, Texas Center for the Judiciary, *Images of Judges in Movies* (December 2002 & November 2003).

*Corporate ethics*

- Summit for Corporate Governance, *"If You Don't Know, Now You Know": A Guide to a Board's Role in Managing (Unexpected) Risk in the Aftermath of the COVID-19 Pandemic* (with Michael J. Bonner, John Holland, and Jordan Rae Kelly) (September 2021).

- Boyd School of Law Summit on Corporate Governance, in partnership with Greenberg Traurig, LLP: *Asleep at the Switch: Lessons Learned from the Failure of Board Oversight In Recent Corporate Scandals and Cybersecurity Gaffes* (moderator, with panelists Cuneyt Akay, Paul Ferrillo, and Jordan Kelly, *Not Too Much, Not Too Little: What is Just Right?: Challenges Faced in Executive and Board Compensation* (with co-panelist Laura Wanlass and moderator Flora Perez (November 2019).
- Department of Energy & Contractor Attorneys' Association, Inc.'s Annual Meeting, *Ethics in the Corporate World* (May 2009).
- *Lessons To Be Learned From the Rise and Fall of High-Profile Corporate Entities—The Scandals—How to Identify Red Flags in Revenue Reporting and Financial Statements* (NACD Houston Chapter, Sept. 2004) (with Bala G. Dharan and Steven C. Currall).
- State Bar of Texas Annual Meeting, Business Law & Corporate Counsel Sections, *Moral Independence of Lawyers vs. Moral Interdependence* (June 2003).
- Southeastern Finance Association and Southern Academy of Legal Studies, *Corporate Scandals (Enron, Andersen, Tyco & World Com)—What Went Wrong?* (keynote speaker) (March 2003).
- The University of Texas School of Law CLE: The 24th Annual Corporate Counsel Institute, *Conflicts, Ethical Duties and Independence: Lessons from Enron* (August 2002).
- NASA National Managers Association, *Lessons in Character from Enron* (April 2002).
- The University of Texas School of Law CLE: The 25th Annual Page Keeton Products Liability & Personal Injury Conference, *Dressed for Excess* (November 2001).

*Women*

- Gardere Women's Council Ethics CLE, keynote speaker, *Women on Boards* (June 2013).
- State Bar of Texas Annual Meeting, Women & the Law Section, *Images of Women Lawyers in the Media* (June 2003).

*Miscellaneous*

- Emanuel Bar Review Lecturer (2008-2010).
- BAR/BRI, lecturer on *Succeeding in Law School* (2002-2006).

**Selected media appearances**

- Appearances on a variety of local, national, and international news broadcasts, and in local, national, and international news articles, on various bankruptcy, corporate law, and other legal issues, including the Enron bankruptcy case, the Arthur Andersen trial, and the Anna Nicole death (December 2001-present).
- Appeared in Academy Award®-nominated documentary, *Enron: The Smartest Guys in the Room* (Magnolia Pictures 2005).

**Special training**

- Attended three Harvard Institutes of Higher Education leadership programs (IEM in 2016, MLE in 2002, and MDP in 1999).
- Attended STAR: A Systematic Approach to Mediation Strategies, Straus Institute for Dispute Resolution, Pepperdine University School of Law (June 2008) (attended on a grant from Pepperdine).

**Contributor to the following blogs**

- ABOVE THE LAW, https://abovethelaw.com/.
- NANCY RAPOPORT'S BLOG, https://nancyrapoports.blog/.
- NANCY RAPOPORT'S BLOGSPOT (former blog), http://nancyrapoport.blogspot.com/.
- LAW SCHOOL SURVIVAL MANUAL, http://lawschoolsurvivalmanual.blogspot.com/.
- CORPORATE SCANDAL WATCH, http://corporatescandalwatch.blogspot.com/.
- UNLV LAW BLOG, Contributing Editor, http://unlvlawblog.blogspot.com.
- MONEYLAW, Contributing Editor, http://money-law.blogspot.com/.
- LEGAL PROFESSION, Contributing Editor: http://lawprofessors.typepad.com/legal_profession/.
- JURIST, Contributing Editor, http://jurist.law.pitt.edu/.
- CREDIT SLIPS, Guest Blogger, http://www.creditslips.org/.
- THE FACULTY LOUNGE, Guest Blogger, http://www.thefacultylounge.org/.
- THE CONGLOMERATE, Guest Blogger, http://www.theconglomerate.org/.
- FEMINIST LAW PROFESSORS, Guest Blogger, http://feministlawprofs.law.sc.edu/.
- RACE TO THE BOTTOM, Guest Blogger, http://www.theracetothebottom.org/home/.

## HONORS, BAR ADMISSIONS, MEMBERSHIPS, AND COMMUNITY SERVICE

**Selected honors**

- Tied (with Professor Jean Sternlight) for Boyd Law Faculty Member of the Year in 2024.
- Recipient of the 2022 UNLV Alumni Association's Outstanding Faculty Member of the Year Award.
- Named a UNLV Distinguished Professor in 2022.
- Named the Boyd Law Faculty Member of the Year in 2022 (commencement speaker).
- ABI Task Force For Veterans and Servicemembers' Affairs Challenge Coin (2019).
- Recipient of one of the NAACP Legacy Builder Awards (Las Vegas Branch #1111) (2018).
- Commercial Law League of America's Lawrence P. King Award for Excellence in Bankruptcy (2017).
- Inducted into Phi Kappa Phi, Chapter 100 (2017).
- Southeastern Bankruptcy Law Institute Distinguished Visiting Scholar (week-long visits at Georgia State College of Law) (2011).

Nancy B. Rapoport
Page 25

- 2008 Public Service Counsel of the Year, 4th annual event, Association of Media and Entertainment Counsel (2009).
- Fellow, American College of Bankruptcy (2005-present) (Class 16).
- Named a "Woman of Vision" by the Houston Delta Gamma Foundation (2004).
- Admitted to American Leadership Forum, Class XXII (2004). Withdrew due to family illness.
- Named "Best Local Girl Made Good," HOUSTON PRESS, September 25, 2003, at 24.
- Fellow, American Bar Foundation (2002-present; Life Fellow since 2015).
- Rice University Distinguished Alumna (2002).
- Named by the Greater Houston Area Chapter of the National Council of Jewish Women as a "Woman of Influence" (2001).
- Elected to membership in the American Law Institute (2001).
- Named a Legal Pioneer for Women in the Law (first woman to serve as the dean of a Nebraska law school), Nebraska State Bar Association (2000).
- Louis Nemzer Memorial Lecture (yearly lecture honoring a Jewish member of the Ohio State faculty) (1998).
- Outstanding Professor of the Year, The Ohio State University College of Law (third-year students voting) (co-winner, with Professor Barbara Rook Snyder) (1997).

## Bar admissions

- United States District Court, District of Nevada (2009).
- Nevada Supreme Court (2007).
- United States District Court, Northern District of Texas (2003).
- Texas Supreme Court (2001).
- United States Supreme Court (2000).
- Nebraska Supreme Court (1999) (inactive member).
- Ohio Supreme Court (1993) (inactive member).
- United States District Court for the District of Hawaii (1988).
- California Supreme Court (1987) (inactive member).
- United States Court of Appeals for the Ninth Circuit (1987).
- United States District Courts for the Northern, Eastern, Central, and Southern Districts of California (1987).

## Editorial boards

- Advisory Board, Bankruptcy and Restructuring Service, PRACTICAL LAW INSTITUTE (2024-present).
- AMERICAN BANKRUPTCY LAW JOURNAL ADVISORY BOARD (2023-25).
- THE BUSINESS LAWYER (2014-present).
- REYNOLDS COURTS & MEDIA LAW JOURNAL (2011-2013).
- Association of American Law Schools, JOURNAL OF LEGAL EDUCATION (2007-2010).

Nancy B. Rapoport
Page 26

- State Bar of Texas, TEXAS BAR JOURNAL Board of Editors (2003-06); State Bar of Texas, TEXAS BAR JOURNAL, Editorial Board Committee (2001-2004).
- CALIFORNIA BANKRUPTCY JOURNAL (1995-2002).

**Selected board memberships**

- Member of the Board, Dance Vision Foundation (2024-present); Advisor, (2023-2024).
- Nevada Conservatory Theatre Advocacy Board (2024-present).
- Claremont Graduate University Board of Trustees (2021-present) (serving on Academic Affairs, Audit, and Student Success committees, 2021-23); Vice-Chair, Audit and Risk Management Committee, 2022-2023); Chair, Audit and Risk Management Committee (2023-present).
- Setona Sub-HOA Board (President, 2021-present).
- Rice University, External Advisory Board, Center for Teaching Excellence (2019-present); Chair (2022-present).
- Nevada Board of Bar Examiners (2018-2020).
- Economic Club of Las Vegas (2017-2023).
- National Museum of Organized Crime & Law Enforcement ("The Mob Museum") (2013-2022); Secretary of the Board (2016-2022); Member, Advisory Council (2022-present).
- JURIST Board of Directors (http://jurist.law.pitt.edu/) (2008-2014).
- American Bankruptcy Institute Board of Directors (2008-2017); Executive Committee (2012-2016); Vice President of Research Grants (2013-2016).
- American Board of Certification (board certification for bankruptcy lawyers) (2007-2014) (Dean of Faculty, 2011-2013).
- Association of Rice Alumni Board (2006-2009).
- NALP Foundation for Law Career Research and Education (2005-2009).
- Texas Center for Legal Ethics (2004-2006).
- Texas Supreme Court Historical Society (2004); Advisory Board (2004-2006).
- Vinson & Elkins Women's Initiative Advisory Board (2003-2010).
- Houston Area Women's Center (2003-2006).
- Advisory Council Member, WWW United, Inc. (2002-2006).
- Texas Environmental Health Institute (a joint project of the Texas Department of Health & the Texas Natural Resource Conservation Commission, which is the Texas Commission on Environmental Quality (TCEQ)) (2002-2004).
- Houston World Affairs Council (2002-2005).
- Houston Hillel (2002-2007).
- Mayor's Advisory Board of World Energy Cities Partnership (2001-2004).
- Houston Disaster Relief Advisory Board (2001-2004).
- Houston Chapter of the Texas General Counsel Forum (2001-2005).
- Anti-Defamation League Southwest Regional Board (2001-2006).
- Law School Admission Council Board of Trustees (2001-2004).

Nancy B. Rapoport
Page 27

**Selected service activities and memberships**

- Member, Association of Insolvency & Restructuring Advisors (2024-present).
- President of UNLV's chapter of Phi Kappa Phi (2024-2025).
- Member of the Circuit Admissions Counsel for the Ninth Circuit, American College of Bankruptcy (2024-present).
- Member, Turnaround Management Association (2023-present).
- Member, Grapevine's Henderson Women for Good (2023-present).
- Member, Foundational Subject Requirement and Performance Test Task Force, Nevada Supreme Court Bar Licensing Commission (2023-present).
- Member, American Bar Association's Business Law Section, Corporate Governance Committee, Academic Affairs Subcommittee (2022-present).
- Member, Association of Professional Responsibility Lawyers (2022-present; 2014-16).
- Co-Chair (with Joseph R. Tiano, Jr.) of SALI Bankruptcy Working Group (developing a bankruptcy taxonomy (2021-present) (sali.org).
- Member, Operation Stand-By, militaryprobono.org (2021-present).
- Secretary and Reporter, American Bankruptcy Institute's Task Force for Veterans and Servicemembers Affairs (2018-present).
- Member, Federal Bar Association's Professional Ethics Committee (2018-present); Ethics Hotline subcommittee (2018-2019); Co-Chair, Speakers' Bureau, 2019-present).
- Member, Heterodox Academy (2017-present).
- Member, Society for Applied Anthropology (2017-present).
- Member, National Association of Legal Fee Analysts (2014-2018) (resigned).
- Member, Association of Professional Responsibility Lawyers (2014-2016).
- Member, Law School Admission Council Diversity Retention Workshop 2015 Planning Work Group (2014-2015).
- Member, Federalist Society (2013-present).
- Member, Federal Bar Association (2012-present).
- Member, Advisory Committee to the American Bankruptcy Institute's Commission to Study the Reform of Chapter 11 (2012-2015) (Governance Subcommittee).
- Co-Reporter, American Bankruptcy Institute's National Ethics Standards Task Force (2011-2013).
- Co-Chair, American Bankruptcy Institute's Task Force on Young and New Members (2011-2012).
- Association of Media and Entertainment Counsel, Law School Section (Co-Chair, 2010-2011; member and temporary Co-Chair, 2012-2013); member, Law School Advisory Board (2014); Chair, Law School Advisory Board (January 2018-present).
- American Bar Association, Section on Legal Education, Committee on Law School Administration (2008-2010); Chair-Elect (2010); Chair (2011-2013).
- American Bar Association, Section on Business Law, Committee on Corporate Counsel, Subcommittee on Corporate Governance (co-chair, with Roberta Torian) (2007-2010).
- Advisory Committee, American Bankruptcy Institute's consumer bankruptcy fee study (advisor to Professor Lois Lupica) (2008-2011).

Nancy B. Rapoport
Page 28

- Rice Alumni Volunteers for Admission (2007-present) and liaison for RAVA to Association of Rice Alumni Board (2007-2009); involved in Rice Annual Fund solicitations since 2007.
- Advisory Committee, American Bankruptcy Institute's Chapter 11 fee study (advisor to Professor Stephen Lubben) (2005-2007).
- American Bankruptcy Institute's Task Force on Pro Bono (2007).
- American Bar Association's Task Force on Attorney Discipline (2005).
- Planning committee for 2007 Annual Meeting of Association of American Law Schools, *Workshop on The Ratings Game* (2006-2007).
- City of Houston Mayor's Pension Governance Advisory Committee (2004-2006).
- American Bar Association, Advisory Group on Loan Repayment, Standing Committee on Legal Aid & Indigent Defendants (SCLAID) (2003-2006).
- Faculty member, ABA New Deans' School (May-June 2003, June 2004, and June 2005).
- Advisory Committee, Baylor College of Medicine-UH Law Center MD/JD Program (2004-2006).
- Academic advisor, National Governmental Affairs Committee, Commercial Law League of America (CLLA) (2002-2006).
- Co-chair (with Dean Stuart Deutsch), ABA Deans' Workshop (for mid-year ABA meeting in 2003).
- Advisory Committee, *The Birth of the Dot-Com Era,* project for the Library of Congress (Project Manager, Prof. David Kirsch, University of Maryland) (advising the Library of Congress on what to do with the records of now-defunct law firm of Brobeck, Phleger & Harrison) (2004-2007).
- National Association of Corporate Directors (2004-2006).
- Commercial Law League of America, Professional Responsibility Committee (2003-2005).
- Member, ABA Commission on Loan Repayment & Forgiveness (2001-2003).
- Member, AALS Professional Development Committee (2000-2003).
- Communication Skills Committee, ABA Section of Legal Education and Admissions to the Bar (1998-2002).
- Chair, AALS Planning Committee for the *Mini-Workshop on Major Issues of the 21ˢᵗ Century: the Impact on the Legal Academy and Law Students* (1999-2000).
- Member, Law School Admission Council (LSAC) Services & Programs Committee (1999-2000), Workgroup on Alternative Admissions Models (2000-2003), and Gay, Lesbian, Bisexual & Transgendered Issues Workgroup (2000-2001).
- Nebraska State Bar Association (1999-present).
- National Association of College & University Attorneys (1998-2006).
- Commercial Law League of America (1998-present).
- Ohio State Bar Association (1997-present).
- American Bankruptcy Institute (1994-present).
- AIDS Legal Referral Panel of the Bar Association of San Francisco (1989-91).
- Bar Association of San Francisco (1987-91).
- American Bar Association (1987-present).

Nancy B. Rapoport
Page 29

## EXPERT AND EXPERT WITNESS ACTIVITY

- Expert for Hienton Curry LaVoy & Durham, PLLC, in *Cohen Dowd Quigley, P.C. v. Arriaga et al.,* Case No. CV2023-019603, Superior Court of Arizona (2024-present).

- Fee examiner in *In re* The Litigation Practice Group P.C., Case No. 8:23-bk-10571, United States Bankruptcy Court, Central District of California (2024-present).

- Expert for McDonald Carano in TopTal, LLC v. Grosz and Mechanism Ventures, LLC, Second Judicial District of the State of Nevada, Washoe County, Case No. CV20-00555 (2024-present).

- Expert for Gryphon Digital Mining Inc. in Sphere 3D Corp. v. Gryphon Digital Mining, Inc., United States District Court, Southern District of New York, Case No. 1:23-cv-o2954-PKC (2024-present).

- Expert for Fresh Mix, LLC in Fresh Mix, LLC v. Pisanelli Bice, PLLC et al., District Court, Clark County, NV (Case No. not yet set) (2024-present).

- Court-appointed ethics monitor for the purchaser in *In re* The Litigation Practice Group P.C., Case No. 8:23-bk-10571, United States Bankruptcy Court, Central District of California (2023-present).

- Expert for Sabre Holdings Corporation in *U.S. Airways for American Airlines as Successor and Real Party in Interest vs. Sabre,* United States District Court, Southern District of New York, Case No. 1-11-cv-02725 (2023-present).

- Expert for Legal Aid Center of Southern Nevada in In the Matter of the Guardianship of the Person and Estate of Katherine June Jones, Case No. G-19-, 052263-A, District Court, Clark County, Nevada (2023-2024).

- Expert for McDermott Will & Emery LLP in *In re* Power Property Management, Cause No. DC-19-00695, 134th Judicial District Court, Dallas County, Texas (2023-present).

- Expert for McDonald Carano LLP in 4R4 Sons, LLC, Horizon Kids dba Kidz, Kidz, Kidz v. Tru G. Wilhelm, Inc. and counterclaim Tru G. Wilhelm v. Horizon Kidz, 4R4 Sons, LLC, Chrisetta M. Rush and Arthur T. Rush, individually and in their capacities as trustees of the Rush Family Revocable Trust (2022-present).

- Expert for Shumaker, Loop & Kendrick, LLP, in Adela 117, LLC v. JP Morgan Chase Bank, Case No. 2021-CF-004270-NC, Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida (2022-2023) (testified at deposition and at trial).

- Expert for The Claro Group in *In re* Diocese of Camden, New Jersey, Case No. 20-21257, United States Bankruptcy Court, District of New Jersey (2022-present).

- Expert for Lowenstein Sandler LLP in *In re* Diocese of Camden, New Jersey, Case No. 20-21257, United States Bankruptcy Court, District of New Jersey (2022).

- Expert for Wynn Resorts and Orrick Herrington & Sutcliffe LLP in Nielsen v. Wynn Resorts, Ltd., Case No. A-19-803879-C, Eighth Judicial District Court, Clark County, NV (2022-2023).

- Expert for Lipson Neilson PC in Estate of Tony Hsieh v. Premsrirut, Clark County District Court, Case No. A-22-847455-B, Las Vegas, NV (2022-present).

- Expert for Shumaker, Loop & Kendrick, LLP, in Adela 117, LLC and Newport Sports Mgmt., Inc. v. JPMorgan Chase Bank et al., Case No., 2021-CA-004270-NC, Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida (2022).

Nancy B. Rapoport
Page 30

- Expert for Krevolin & Horst Law Firm in Blackhall Real Estate, LLC v. Smith, JAMS Arbitration No. 1440007245, Atlanta, Georgia (2021).
- Expert for the United States Trustee in *In re* Star Mountain Resources, Inc., Case No. 2:18-bk-01594-DPC, United States Bankruptcy Court for the District of Arizona (2021).
- Expert for the Chapter 7 Trustee in *In re* Green-Light International, LLC, Case No. 2:17-bk-18265-BB, United States Bankruptcy Court for the Central District of California (2021).
- Consultant for law firms regarding a disclosure issue (2021).
- Expert for Beasley Allen Law Firm in *In re* Imerys Talc America, Inc., Case No. 19-10289, United States Bankruptcy Court for the District of Delaware (2020-present) and *In re* LTL Management LLC, Case No. 21-30589, United States Bankruptcy Court for the Western District of North Carolina, transferred to the United States Bankruptcy Court for the District of New Jersey (2021-present).
- Expert for Bonds Ellis Eppich Schafer Jones LLP in *In re* Highland Capital Management, L.P., Case No. 19-34054, United States Bankruptcy Court for the Northern District of Texas (2020).
- Fee examiner in *In re* Zetta Jet USA, Inc. (2:17-bk-21386-SK) and *In re* Zetta Jet PTE, Ltd., Case No. 2:17-bk-21387-SK, United States Bankruptcy Court for the Central District of California—Los Angeles Division (2020-present).
- Expert for Sidley Austin LLP in *In re* Boy Scouts of America and Delaware BSA, LLC, United States Bankruptcy Court for the District of Delaware, Case No. 20-10343 (LSS) (2020-2022) (testified at hearing in 2020; testified in arbitration in 2022).
- Expert for Porter Hedges LLP in *In re* McDermott Int'l, United States Bankruptcy Court for the Southern District of Texas, Case No. 20-30336 (DRJ) (2020-present).
- Expert for Diamond McCarthy LLP and Snow Covered Capital, LLC in Snow Covered Capital, LLC v. Weidner, United States District Court for the District of Nevada, Case No. 2:19-cv-00595-JAD-NJK (2019-2023) (testified at deposition).
- Expert for The Richter Firm and Shumaker, Loop & Kendrick in Wise v. Smith et al., Court of Common Pleas, State of South Carolina, Case No. 2019-CP-3300017 (2019-2020) (testified at deposition).
- Independent monitor for UpRight Law (2018-2023).
- Fee examiner in *In re* Toys "R" Us Property Company I, LLC, United States Bankruptcy Court for the Eastern District of Virginia, Case No. 18-31429 (KLP) (2018-2019).
- Fee examiner in *In re* Toys "R" Us, Inc., United States Bankruptcy Court for the Eastern District of Virginia, Case No. 17-34665 (KLP) (2018-2019).
- Expert for the Trustee in two *In re* ICPW Liquidation Corp. cases, United States Bankruptcy Court for the Central District of California, Case Nos. 1:17-bk-12408-MB and 1:17-bk-12409-MB (2018).
- Expert for Hoover Slovacek LLP in Midstates Petroleum Company v. Production Specialists, Inc. dba Regal Oilfield Sup., United States Bankruptcy Court for the Southern District of Texas, Case No. 4:16-bk-32237 (2017-2019).
- Expert for Panish Shea & Boyle LLP in Moradi v. Nevada Property 1, LLC, District Court, Clark County, Nevada, Case No. A-14-698824-C (2017).

Nancy B. Rapoport
Page 31

- Expert for Diamond State Insurance Company in Gieseke v. Diamond State Insurance Company, U.S. District Court for the District of Nevada, Case No. 3:16-cv-00103-MMD-WGC (2016).

- Expert for Mar-Bow Value Partners, LLC, and Lakeview Capital, Inc., on a confidential matter involving Federal Rule of Bankruptcy Procedure 2014 (2016-present).

- Independent member of Fee Committee, In re Caesars Entertainment Operating Co., Inc., U.S. Bankruptcy Court, Northern District of Illinois, Case No. 15-01145 (ABG) (2015-2018).

- Expert for Craig Marquiz in Home Gambling Network, Inc. v. Piche, United States District Court for the District of Nevada, Case No. 2:05-cv-00610-DAE-VCF (2015).

- Expert for the Debtor in In re The Catholic Bishop of Spokane, a/k/a The Catholic Diocese of Spokane, United States Bankruptcy Court, Eastern District of Washington, Case No. 04-08822-FPC11 (2014).

- Expert for the Trustee in In re Fundamental Long Term Care, Inc., United States Bankruptcy Court, Middle District of Florida, Case No. 8:11-bk-22258-MGW (2014-2015) (testified at deposition and at trial).

- Expert for the Liquidating Trustee in Mukamal v. Fulbright & Jaworski L.L.P (In re Palm Beach Finance Partners, L.P. and Palm Beach Finance Partners II, L.P.), United States Bankruptcy Court, Southern District of Florida, Case No. 09-36379-BKC-PGH (2014) (withdrew due to scheduling issues).

- Expert for the law firm of Lipson Neilson Cole Seltzer Garin, P.C. in a case involving conflicts of interest (2014).

- Consultant for the Liquidating Trust for In re Residential Capital, LLC, United States Bankruptcy Court, Southern District of New York, Case No. 12-12020 (MG), regarding the reasonableness of fees (2014).

- Expert for the law firm of Frank J. Cremen in Grievance File #SG 1-1156, State Bar of Nevada (2013-2014) (testified at hearing).

- Expert for Irell & Manella LLP, in State of Nevada v. Gary Trafford, et al., Clark County District Court, Case No. C-11-277573-1 (2013).

- Expert for a Nevada law firm (firm and client names kept confidential) in a matter involving attorney disciplinary procedures (2012).

- Expert for the Fee Examiner in Matter of Lehman Brothers Holdings, Inc., U.S. Bankruptcy Court, Southern District of New York, Case No. 08-13555-jmp (2012).

- Expert for the Fee Examiner in In re Motors Liquidation Co. (f/k/a General Motors Corp.), U.S. Bankruptcy Court, Southern District of New York, Case No. 09-50026 (2011-2012).

- Expert for Alverson Taylor Mortensen & Sanders in Stanish et al. v. Catholic Healthcare West, Nevada District Court, Clark County, Case No. A-11-639674-C (2011).

- Fee examiner in In re Station Casinos, Inc., U.S. Bankruptcy Court, District of Nevada, Case Nos. BK-09-52477 through BK-11-51219 (2011).

Nancy B. Rapoport
Page 32

- Expert for the Office of the United States Trustee in three cases: *In re* Mark Andrew Brown, U.S. Bankruptcy Court, Western District of Maryland, Case No. 09-44254-jwv7; *In re* Tracy L. Quarm, U.S. Bankruptcy Court, Northern District of Ohio, Case No. 09-20498; and *In re* John W. Young, U.S. Bankruptcy Court, Northern District of Ohio, Case No. 10-11404 (2010) (testified in discovery depositions and at trial; deposition and trial testimony done via videotape).

- Expert for the Trustee in The Pappg Grantor Trust v. Scott (*In re* Baltimore Emergency Services II, LLC, et al.), U.S. Bankruptcy Court, District of Maryland, Adversary No. 03-8294-esd (2010).

- Expert for Lionel, Sawyer & Collins in Michael Racusin v. Lionel Sawyer & Collins, American Arbitration Association, Case No. 79 194 Y 00108 08 (2009-2010) (testified in arbitration).

- Expert for the Reorganized Debtor in *In re* ASARCO, LLC, et al., U.S. Bankruptcy Court, Southern District of Texas, Case No. 05-21207 (2010) (testified at trial).

- Expert for BuckleySandler LLP in Pulte Homes, Inc. v. Terry Goddard, In His Official Capacity as Attorney General for the State of Arizona and Catherine Cortez Masto, In Her Official Capacity as Attorney General for the State of Nevada, D.C. Circuit, Civil Action No. 1:10-cv-00377 (2010).

- Court's fee expert and chair of the Fee Review Committee in *In re* Pilgrim's Pride Corp., U.S. Bankruptcy Court, Northern District of Texas, Case No. 08-45664 (DML) (2009-2010) (testified at hearing).

- Expert for plaintiff in Judy M. Jackson, M.D. v. Ira Levine et al., Nevada District Court, Clark County, Case No. A538983 (2009-2010) (testified in deposition and at trial).

- Expert for the Trustee in Asset Funding Group, L.L.C., Scobar Adventures, L.L.C., AFG Investment Fund 2, L.L.C., and HW Burbank, L.L.C. v. Adams and Reese, L.L.P., U.S. District Court, Eastern District of Louisiana, Case No. 07-2965 (2009) (testified in deposition; made available for trial, but case settled).

- Expert for Clausen Miller in *In re* Raymond Professional Group, Inc. (Raymond Professional Group, Inc. v. William A. Pope Company), Adv. No. 07-A-00639, U.S. Bankruptcy Court, Northern District of Illinois (2008-2009) (testified in deposition and at hearing).

- Expert for the plaintiff in Todd v. Guidance Software, Inc., U.S. District Court, Central District of California, Case No. SACV 08-1354 JVS (ANx) (2008-2009).

- Expert for the Debtor in Sports Shinko Co. v. Franklin K. Mukai, U.S. District Court, D. Hawaii, Case No. CV 04-00127 ACK/BMK (2007-2008).

- Expert for the Trustee in *In re* Mego Financial Corp., et al., U.S. Bankruptcy Court, D. Nev., Case Nos. BK-N-03-52300-GWZ through BK-N-03-52304-GWZ and BK-N-03-52470-GWZ through BK-N-03-52474-GWZ (2007-2008) (testified at deposition).

- Expert for Pillsbury Winthrop in *In re* SONICBlue Incorporated, U.S. Bankruptcy Court, Northern District of California, Case Nos. 03-51775 through 03-51778 MM (2007) (made available to testify in court early in the case; did not testify).

- Expert for the Trustee in *In re* Southwest Florida Heart Group, P.A., U.S. Bankruptcy Court, Middle District of Florida, Case No. 9:05-bk-17167-ALP (2007) (testified in deposition).

Nancy B. Rapoport
Page 33

- Expert for Beirne, Maynard & Parsons in Brazos Electric Power Cooperative, Inc. v. Tenaska IV Texas Partners and related cases (2003-2004; 2006-2007) (testified in depositions).
- Expert for Beirne, Maynard & Parsons in Hicks v. Charles Pfizer & Co., U.S. District Court, Eastern District of Texas, Civil Action No. 1:04CV201 (2006).
- Expert for Benjamin Hall, Esq., in Costilla Energy, Inc., by and through its litigation trustee, George Hicks v. Joint Energy Development Investments II, 49th Judicial District, Zapata County, Texas (2006-2008) (testified in deposition).
- Expert for Winstead, Secrest & Minick in an issue involving conflicts of interest (2005).
- Expert for Beckley, Singleton in Fremont Investment & Loan v. Beckley Singleton, Chtd. and Sidney Bailey, U.S. District Court, D. Nevada, Case No. CV-S-03-1406-JCM-RJJ (2003) (2005-2006) (testified in deposition).
- Expert for the debtor in *In re* ACandS, Inc., U.S. Bankruptcy Court, D. Delaware, Case No. 02-12687 (2004-2005) (testified at hearing).
- Court's fee expert and chair of the Fee Review Committee in *In re* Mirant Corporation, U.S. Bankruptcy Court, Northern District of Texas, Case No. 03-46590 (2003-2006; 2011-2012) (testified in deposition and at hearing).
- Expert witness for Latham & Watkins regarding Section 414 of H.R. 333 (changes in "disinterestedness" standard of 11 U.S.C. § 101(14)) (March-April 2003).
- Expert witness for the Office of Disciplinary Counsel, *In re* Charles William Ewing, Case No. 97-5, before the Board of Commissioners on Grievances and Discipline of the Bar of the Supreme Court of Ohio (1998).

**PUBLIC TESTIMONY**

- Testified at the June 2012 public meeting of the United States Trustee Program regarding the proposed new fee guidelines for larger chapter 11 cases (testimony available at http://www.justice.gov/ust/eo/rules_regulations/guidelines/docs/proposed/Prof_Rapoport_Comment.pdf, http://www.justice.gov/ust/eo/rules_regulations/guidelines/docs/proposed/Prof_Rapoport_SupplementalComment.pdf, and http://www.justice.gov/ust/eo/rules_regulations/guidelines/docs/proposed/Prof_Rapoport_Comment2.pdf; transcript available at http://www.justice.gov/ust/eo/rules_regulations/guidelines/docs/proposed/Transcript_June4_Public_Meeting.pdf; Director Clifford J. White III's statement on the adopted guidelines, available at http://www.justice.gov/ust/eo/rules_regulations/guidelines/docs/Fee_Guidelines_Cliff_White_Statement.pdf).

**ADVICE COLUMN**

- "Ms. Ps and Qs":  ethics advice column for the National Association of Chapter 13 Trustees (2011-present).

Nancy B. Rapoport
Page 34


## SELECTED AMICUS BRIEFS

- *Brief Amici Curiae of Bankruptcy Experts in Support of Respondents,* Truck Ins. Exch. v. Kaiser Gypsum Co., Inc., Case No. 22-1079, United States Supreme Court (Jan. 31, 2024).

- *Brief for Amici Erwin Chemerinsky and Other Legal Scholars in Support of Appellees,* Aearo Technologies, LLC v. Those Parties Listed on Appendix A to the Complaint and Jone & Jane Does, 1-1000 (In re Aearo Technologies, LLC), United States Court of Appeals for the Seventh Circuit, Case No. 22-2606 (Feb. 1, 2023).

- *Brief of 83 Legal Ethics Professors as Amici Curiae in Support of Hearing En Banc,* United States v. Varner, United States Court of Appeals for the Fifth Circuit, Case No. 19-40016 (Mar. 20, 2020).

- *Amicus Brief of Neutral Fee Examiners Supporting Neither Party,* Baker Botts L.L.P. v. ASARCO LLC, Case No. 14-103, United States Supreme Court (Dec. 10, 2014), 2014 WL 6984132.

- *Brief of Amici Curiae, In re* David Marshall Brown, Case No. 12-Cv-60016-KAM, United States District Court, Southern District of Florida (filed by co-counsel George Castrataro) (April 11, 2012), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2038267.

- *Brief in Support of Respondent for Amici Curiae Professors Richard Aaron, Laura Beth Bartell, Jagdeep S. Bhandari, Susan Block-Lieb, Robert D'Agostino, Jessica Dawn Gabel, Kenneth N. Klee, George W. Kuney, C. Scott Pryor, Nancy B. Rapoport, Marie T. Reilly, Lynne F. Riley, Keith Sharfman, and Michael Sousa,* RadLAX Gateway Hotel, LLC and RadLAX Gateway Deck, LLC v. Amalgamated Bank, Case No. 11-166, United States Supreme Court (March 5, 2012).

- *Brief of Legal Ethics Professors and Practitioners and the Ethics Bureau at Yale as Amici Curiae in Support of Petitioner,* Maples v. Thomas, Case No. 10-63, United States Supreme Court (May 25, 2011).

- *Brief of Amicus Curiae,* Warren v. Seidel, United States District Court for the District of Ohio, Case No. 2:10-cv-01049-MHW (2010), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1843496.

- *Brief of 30 Leading Ethicists as Amici Curiae in Support of the Petitioner,* Charles Dean Hood v. State of Texas, Case No. 09-8610, United States Supreme Court (February 18, 2010), available at 2010 WL 638469.

- *Brief of Amicus Curiae,* Danny Joe McClure and Kimberly Deskins McClure, Plaintiffs, v. Bank of America, Creditors Financial Group, LLC, and Peter Rebelo, Defendants, Bankr. N.D. Tex. 2010, Adv. No. 08-04000-DML, available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1550353.


## PERSONAL INFORMATION

- Native Texan (born in Bryan, Texas).
- Married to Jeffrey D. Van Niel; no children; two cats (Diana Prince and Shadow Grace).

# Aaron Kempf

**2105 Plaza Del Fuentes Las Vegas, NV 89102, 812-455-6119 kempf@unlv.nevada.edu**

## EDUCATION

**William S. Boyd School of Law, University of Nevada, Las Vegas**, Las Vegas, NV

Juris Doctor, expected May 2025
Class Rank:    28/101; GPA: 3.4
Honors:        Academic Scholarship, Fall 2022 – present;
               Nevada Law Journal (Law Review), Notes Editor, 2023 – present

**University of Nevada, Las Vegas**, Las Vegas, NV

Bachelor of Science in Finance, *magna cum laude*, August 2021
GPA:          3.96
Honors:       Dean's List, five semesters
Activities:   The National Society of Collegiate Scholars, Member, Spring 2019 – Fall 2021

## EXPERIENCE

**U.S. Bankruptcy Court Central Division of California – Santa Anna Division,** Remote

*Ethics Monitor Paralegal*, August 2023
- Hired by Professor Nancy Rapoport, the ethics monitor, to help oversee the $84.5 million sale of the Litigation Practice Group, case number 8:23-bk-10571.

**Southwest Gas Corporation**, Las Vegas, NV

*Corporate Summer Internship Program-Legal Intern*, Summer 2023
- Conduct legal research on a wide variety of issues, including the viability of using Hydrogen blending with Natural Gas and compensation trends within the United States since 2020.
- Draft briefs and memoranda covering regulatory filings, litigation, and recent court decisions affecting the Corporation.
- Draft motions for matters pertaining to the Public Utilities Commission of Nevada and the Federal Energy Regulatory Commission.
- Review and edit contracts from various corporate departments to ensure favorable and equitable terms are met for Southwest Gas Corporation.

**William S. Boyd School of Law, University of Nevada, Las Vegas**, Las Vegas, NV

*Community Service Program, Bankruptcy*, Summer 2023
- Partnered with the Legal Aid Center of Southern Nevada to teach individuals the process of filing Chapter 7 and Chapter 13 bankruptcy.

*Teaching Assistant, Lawyering Process 1 and 2*, Professor Lori Johnson, Fall 2023 – Spring 2024

**Del Frisco's Double Eagle Steakhouse**, Las Vegas, NV

*Server*, August 2021 – Present (leave of absence, Summer 2023)
- Offer outstanding service to guests by exhibiting professionalism and care while managing multiple tables and providing insight to guests on wine as a Level 1 sommelier.

**Hakkasan Group**, Las Vegas, NV

*Beverage Runner, Wet Republic Ultra Pool*, Summer 2016, 2017, 2019, 2020
- Provided excellent customer service in a fast-paced environment by offering guests drinks for their continued enjoyment and experience.

**United States Marine Corps**

*Sergeant, Infantry Assaultman*, May 2012 – May 2018
- Specialized in using a crew-served rocket launcher and explosives.
- Led Marines and developed their military proficiency and conduct.

## LANGUAGES, AWARDS, & INTERESTS

- Proficient in German.
- Battalion Meritorious Corporal, March 2014 – 1 out of 730 Marines to be meritoriously promoted to the rank of Corporal.
- Regimental Honor Graduate, Corporal's Course, August 2014 – handpicked to attend a military professional leadership course consisting of 80 Marines, representing the Regiment of 2,100 Marines, where I was selected by both my peers and instructor staff as the honor graduate.
- Read nonfiction history novels and those covering the universe, the Indianapolis Colts, and exercising.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:      655 W. Broadway, Suite 800, San Diego, California  92101

A true and correct copy of the foregoing document entitled **APPLICATION FOR PAYMENT OF INTERIM FEES AND/OR EXPENSES**

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 3, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒      Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On September 3, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> **JUDGE'S COPY:**
> The Honorable Scott C. Clarkson
> United States Bankruptcy Court
> Central District of California
> Ronald Reagan Federal Building and Courthouse
> 411 West Fourth Street, Suite 5130 / Courtroom 5C
> Santa Ana, CA 92701-4593

☐      Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 3, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐      Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 3, 2024 | Caron Burke | /s/ Caron Burke |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August  2010                                                                **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Kyra E Andrassy on behalf of Defendant Arash Asante Bayrooti
kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com

Kyra E Andrassy on behalf of Interested Party Courtesy NEF
kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com

Bradford Barnhardt on behalf of Interested Party Courtesy NEF
bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt on behalf of Plaintiff Richard A. Marshack
bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt on behalf of Trustee Richard A Marshack (TR)
bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Eric Bensamochan on behalf of Creditor Oxford Knox, LLC
eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Interested Party Courtesy NEF
eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Interested Party Eric Bensamochan
eric@eblawfirm.us, G63723@notify.cincompass.com

Michael Jay Berger on behalf of Defendant Leucadia Enterprises, Inc
michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Ethan J Birnberg on behalf of Defendant BMF Advance, LLC
birnberg@portersimon.com, kdwyer@portersimon.com

Ethan J Birnberg on behalf of Defendant Diverse Capital LLC
birnberg@portersimon.com, kdwyer@portersimon.com

Peter W Bowie on behalf of Trustee Richard A Marshack (TR)
peter.bowie@dinsmore.com, caron.burke@dinsmore.com

Ronald K Brown on behalf of Creditor SDCO Tustin Executive Center, Inc.
ron@rkbrownlaw.com

Christopher Celentino on behalf of Plaintiff Richard A. Marshack
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Trustee Richard A Marshack (TR)
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Shawn M Christianson on behalf of Interested Party Courtesy NEF
cmcintire@buchalter.com, schristianson@buchalter.com

Randall Baldwin Clark on behalf of Interested Party Randall Baldwin Clark
rbc@randallbclark.com

Leslie A Cohen on behalf of Defendant Rosa Bianca Loli
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-.1.PROOF.SERVICE

Leslie A Cohen on behalf of Interested Party Courtesy NEF
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Aaron E. DE Leest on behalf of Trustee Richard A Marshack (TR)
adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Michael W Davis on behalf of Defendant Morning Law Group, P.C.
mdavis@dtolaw.com, ygodson@dtolaw.com

Anthony Paul Diehl on behalf of Interested Party Courtesy NEF
anthony@apdlaw.net,
Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net,9143954420@filings.docketbird.com

Ashley Dionisio on behalf of Other Professional Omni Agent Solutions
adionisio@omniagnt.com

Jenny L Doling on behalf of Interested Party INTERESTED PARTY
jd@jdl.law,
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling on behalf of Interested Party National Association of Consumer Bankruptcy
Attorneys
jd@jdl.law,
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling on behalf of Interested Party National Consumer Bankruptcy Rights Center
jd@jdl.law,
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Daniel A Edelman on behalf of Creditor Carolyn Beech
dedelman@edcombs.com, courtecl@edcombs.com

Howard M Ehrenberg on behalf of Defendant New Horizon Finance LLC
Howard.Ehrenberg@gmlaw.com,
hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.
walker@gmlaw.com

Meredith Fahn on behalf of Creditor Meredith Fahn
fahn@sbcglobal.net

Jeremy Faith on behalf of Defendant Colbalt Funding Solutions, LLC
Jeremy@MarguliesFaithlaw.com,
Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Jeremy Faith on behalf of Interested Party Courtesy NEF
Jeremy@MarguliesFaithlaw.com,
Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

William P Fennell on behalf of Creditor Validation Partners LLC
william.fennell@fennelllaw.com,
wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.l
arimer@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com

Alan W Forsley on behalf of Creditor Anthem Blue Cross of California
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-1.PROOF.SERVICE**

Alan W Forsley on behalf of Defendant JGW Solutions, LLC
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com

Alan W Forsley on behalf of Interested Party Courtesy NEF
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com

Marc C Forsythe on behalf of Defendant Clear Vision Financial LLC
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Marc C Forsythe on behalf of Defendant Perfect Financial, LLC
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Marc C Forsythe on behalf of Defendant Point Break Holdings LLC
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Jeremy Freedman on behalf of Plaintiff Richard A. Marshack
jeremy.freedman@dinsmore.com, bonnie.connolly@dinsmore.com

Jeremy Freedman on behalf of Trustee Richard A Marshack (TR)
jeremy.freedman@dinsmore.com, bonnie.connolly@dinsmore.com

Eric Gassman on behalf of Creditor Herret Credit
erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com

Christopher Ghio on behalf of Trustee Richard A Marshack (TR)
christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com

Amy Lynn Ginsburg on behalf of Creditor Amy Ginsburg
efilings@ginsburglawgroup.com

Amy Lynn Ginsburg on behalf of Creditor Kenton Cobb
efilings@ginsburglawgroup.com

Amy Lynn Ginsburg on behalf of Creditor Shannon Bellfield
efilings@ginsburglawgroup.com

Eric D Goldberg on behalf of Defendant Stripe, Inc.
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Jeffrey I Golden on behalf of Creditor Affirma, LLC

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                        F 9013-.1.PROOF.SERVICE

jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Anaheim Arena Management, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Anaheim Ducks Hockey Club, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Oxford Knox, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Interested Party Courtesy NEF
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Richard H Golubow on behalf of Creditor Debt Validation Fund II, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 1, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 2, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Defendant Debt Validation Fund II, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Defendant MC DVI Fund 1, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Defendant MC DVI Fund 2, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

David M Goodrich on behalf of Creditor United Partnerships, LLC
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Interested Party Courtesy NEF
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

Spencer Keith Gray on behalf of Plaintiff Richard A Marshack
spencer.gray@dinsmore.com

D Edward Hays on behalf of Creditor Committee Committee of Unsecured Creditors
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                              F 9013-1.PROOF.SERVICE

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoz
a@ecf.courtdrive.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoz
a@ecf.courtdrive.com

D Edward Hays on behalf of Trustee Richard A Marshack (TR)
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoz
a@ecf.courtdrive.com

D Edward Hays on behalf of Trustee Richard A Marshack (TR)
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoz
a@ecf.courtdrive.com

Alan Craig Hochheiser on behalf of Creditor City Capital NY
ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com

Garrick A Hollander on behalf of Creditor Debt Validation Fund II, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander on behalf of Creditor MC DVI Fund 1, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander on behalf of Creditor MC DVI Fund 2, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Brian L Holman on behalf of Creditor Sharp Electronics Corporation
b.holman@musickpeeler.com

Richard L. Hyde on behalf of Interested Party Courtesy NEF
rhyde@awglaw.com

Peter L Isola on behalf of Interested Party Merchants Credit Corporation
pisola@hinshawlaw.com, rmojica@hinshawlaw.com,iking@hinshawlaw.com

Razmig Izakelian on behalf of Counter-Defendant OHP-CDR, LP
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Counter-Defendant PurchaseCo 80, LLC
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Creditor OHP-CDR, LP
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Plaintiff OHP-CDR, LP
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Plaintiff PurchaseCo 80, LLC
razmigizakelian@quinnemanuel.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-1.PROOF.SERVICE**

Sara Johnston on behalf of Trustee Richard A Marshack (TR)
sara.johnston@dinsmore.com

Sweeney Kelly on behalf of Defendant Fidelity National Information Services, Inc.
kelly@ksgklaw.com

Sweeney Kelly on behalf of Defendant Fidelity National Information Services, Inc. dba FIS
kelly@ksgklaw.com

Sweeney Kelly on behalf of Defendant Worldpay Group
kelly@ksgklaw.com

Sweeney Kelly on behalf of Defendant Worldpay, LLC
kelly@ksgklaw.com

Joon M Khang on behalf of Attorney Khang & Khang LLP
joon@khanglaw.com

Joon M Khang on behalf of Debtor The Litigation Practice Group P.C.
joon@khanglaw.com

Ira David Kharasch on behalf of Defendant Consumer Legal Group, PC
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Defendant LGS Holdco, LLC
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Interested Party Ad Hoc Consumer Claimants Committee
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Interested Party Consumer Legal Group, P.C.
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Interested Party Courtesy NEF
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Interested Party LGS Holdco, LLC
ikharasch@pszjlaw.com

Meredith King on behalf of Defendant Gallant Law Group
mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Meredith King on behalf of Interested Party Courtesy NEF
mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Nicholas A Koffroth on behalf of Creditor Committee Committee of Unsecured Creditors
nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com

David S Kupetz on behalf of Defendant Marich Bein LLC
David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

David S Kupetz on behalf of Defendant Marich Bein, LLC
David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

David S Kupetz on behalf of Interested Party Courtesy NEF
David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Christopher J Langley on behalf of Interested Party Courtesy NEF
chris@slclawoffice.com,
langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com

Kelli Ann Lee on behalf of Trustee Richard A Marshack (TR)
Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com

Matthew A Lesnick on behalf of Defendant OptimumBank Holdings, Inc.
matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Daniel A Lev on behalf of Interested Party Courtesy NEF
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev on behalf of Interested Party Liberty Acquisitions Group Inc.
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Britteny Leyva on behalf of Interested Party Revolv3, Inc.
bleyva@mayerbrown.com,
2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com

Marc A Lieberman on behalf of Defendant JGW Solutions, LLC
marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com

Marc A Lieberman on behalf of Interested Party Courtesy NEF
marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com

Michael D Lieberman on behalf of Creditor Phillip A. Greenblatt, PLLC
mlieberman@lipsonneilson.com

Yosina M Lissebeck on behalf of Counter-Claimant Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

Yosina M Lissebeck on behalf of Defendant Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

Yosina M Lissebeck on behalf of Plaintiff Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

Yosina M Lissebeck on behalf of Trustee Richard A Marshack (TR)
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

Mitchell B Ludwig on behalf of Creditor Fundura Capital Group
mbl@kpclegal.com, kad@kpclegal.com

Mitchell B Ludwig on behalf of Defendant Bridge Funding Cap, LLC
mbl@kpclegal.com, kad@kpclegal.com

Daniel S March on behalf of Defendant Daniel S. March
marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com

Daniel S March on behalf of Interested Party INTERESTED PARTY
marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com

Kathleen P March on behalf of Creditor Greyson Law Center PC
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Kathleen P March on behalf of Creditor Han Trinh
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Creditor Phuong (Jayde) Trinh
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Defendant Greyson Law Center PC
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Defendant Han Trinh
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Defendant Jayde Trinh
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Interested Party The Bankruptcy Law Firm, P.C.
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Mark J Markus on behalf of Creditor David Orr
bklawr@bklaw.com, markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com

Richard A Marshack (TR)
pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com

Laila Masud on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud on behalf of Interested Party Richard A. Marshack
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud on behalf of Plaintiff Richard Marshack
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud on behalf of Trustee Richard A Marshack (TR)
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Sarah S. Mattingly on behalf of Defendant Clearcube LLC
sarah.mattingly@dinsmore.com

Sarah S. Mattingly on behalf of Plaintiff Richard A. Marshack, Chapter 11 Trustee
sarah.mattingly@dinsmore.com

Sarah S. Mattingly on behalf of Plaintiff Richard A. Marshack
sarah.mattingly@dinsmore.com

Sarah S. Mattingly on behalf of Trustee Richard A Marshack (TR)
sarah.mattingly@dinsmore.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                          F 9013-.1.PROOF.SERVICE

William McCormick on behalf of Creditor TN Dept of Revenue
Bill.McCormick@ag.tn.gov

Kenneth Misken on behalf of U.S. Trustee United States Trustee (SA)
Kenneth.M.Misken@usdoj.gov

Byron Z Moldo on behalf of Interested Party Byron Moldo
bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com

Glenn D. Moses on behalf of Creditor ADP, Inc
gmoses@venable.com,
cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com

Jamie D Mottola on behalf of Plaintiff Richard A. Marshack, Chapter 11 Trustee
Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbn.law, jdale@mbn.law

Victoria Newmark on behalf of Defendant Consumer Legal Group, PC
vnewmark@pszjlaw.com

Victoria Newmark on behalf of Defendant LGS Holdco, LLC
vnewmark@pszjlaw.com

Victoria Newmark on behalf of Interested Party Consumer Legal Group, P.C.
vnewmark@pszjlaw.com

Victoria Newmark on behalf of Interested Party Courtesy NEF
vnewmark@pszjlaw.com

Victoria Newmark on behalf of Interested Party LGS Holdco, LLC
vnewmark@pszjlaw.com

Queenie K Ng on behalf of U.S. Trustee United States Trustee (SA)
queenie.k.ng@usdoj.gov

Israel Orozco on behalf of Creditor Israel Orozco
israel@iolawcorp.com

Keith C Owens on behalf of Creditor Committee Committee of Unsecured Creditors
kowens@foxrothschild.com, khoang@foxrothschild.com

Lisa Patel on behalf of Defendant OptimumBank Holdings, Inc.
lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com

Michael R Pinkston on behalf of Creditor Wells Marble and Hurst, PLLC
rpinkston@seyfarth.com,
jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankru
ptcydocket@seyfarth.com

Douglas A Plazak on behalf of Defendant Scott James Eadie
dplazak@rhlaw.com

Tyler Powell on behalf of Counter-Claimant Richard A Marshack (TR)

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-.1.PROOF.SERVICE

tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com

Tyler Powell on behalf of Counter-Claimant Richard A. Marshack
tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com

Tyler Powell on behalf of Defendant Richard A. Marshack
tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com

Tyler Powell on behalf of Plaintiff Richard A Marshack
tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com

Tyler Powell on behalf of Plaintiff Richard A. Marshack
tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com

Tyler Powell on behalf of Trustee Richard A Marshack (TR)
tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com

Daniel H Reiss on behalf of Defendant PECC Corp
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel H Reiss on behalf of Defendant Touzi Capital, LLC
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel H Reiss on behalf of Defendant Eng Taing
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Vanessa Rodriguez on behalf of Plaintiff Richard A. Marshack
vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com

Vanessa Rodriguez on behalf of Trustee Richard A Marshack (TR)
vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com

Kevin Alan Rogers on behalf of Creditor Wells Marble and Hurst, PLLC
krogers@wellsmar.com

Gregory M Salvato on behalf of Creditor Mari Agape
gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato on behalf of Interested Party Courtesy NEF
gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Olivia Scott on behalf of Creditor Azzure Capital LLC
olivia.scott@hklaw.com

Olivia Scott on behalf of Creditor Hi Bar Capital LLC
olivia.scott@hklaw.com

Jonathan Serrano on behalf of Plaintiff Richard A. Marshack
jonathan.serrano@dinsmore.com

Jonathan Serrano on behalf of Special Counsel Dinsmore & Shohl LLP

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                          F 9013-.1.PROOF.SERVICE

jonathan.serrano@dinsmore.com

Jonathan Serrano on behalf of Trustee Richard A Marshack (TR)
jonathan.serrano@dinsmore.com

Maureen J Shanahan on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC
Mstotaro@aol.com

Paul R Shankman on behalf of Attorney Paul R. Shankman
PShankman@fortislaw.com, info@fortislaw.com

Paul R Shankman on behalf of Creditor United Partnerships, LLC
PShankman@fortislaw.com, info@fortislaw.com

Zev Shechtman on behalf of Interested Party Danning Gill Israel & Krasnoff LLP
Zev.Shechtman@saul.com,
zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com;hannah.richmond@saul.com

Zev Shechtman on behalf of Interested Party Morning Law Group, P.C.
Zev.Shechtman@saul.com,
zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com;hannah.richmond@saul.com

Jeffrey M Singletary on behalf of Plaintiff Alteryx, Inc.
jsingletary@swlaw.com, rmckay@swlaw.com

Leslie Skorheim on behalf of U.S. Trustee United States Trustee (SA)
leslie.skorheim@usdoj.gov

Adam D Stein-Sapir on behalf of Creditor Pioneer Funding Group, LLC
info@pfllc.com

Howard Steinberg on behalf of Defendant BankUnited, N.A.
steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-
6096@ecf.pacerpro.com

John H. Stephens on behalf of Plaintiff Richard A Marshack
john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com

John H. Stephens on behalf of Plaintiff Richard A Marshack
john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com

Andrew Still on behalf of Creditor Alteryx, Inc.
astill@swlaw.com, kcollins@swlaw.com

Andrew Still on behalf of Interested Party Courtesy NEF
astill@swlaw.com, kcollins@swlaw.com

Andrew Still on behalf of Plaintiff Alteryx, Inc.
astill@swlaw.com, kcollins@swlaw.com

Matthew J Stockl on behalf of Plaintiff Richard A. Marshack
matthew.stockl@dinsmore.com, katrice.ortiz@dinsmore.com

Michael R Totaro on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC
Ocbkatty@aol.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                      **F 9013-1.PROOF.SERVICE**

Michael R Totaro on behalf of Interested Party Randall Baldwin Clark
Ocbkatty@aol.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

William J Wall on behalf of Witness Bradford Lee
wwall@wall-law.com

Sharon Z. Weiss on behalf of Creditor Azzure Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Sharon Z. Weiss on behalf of Creditor Hi Bar Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Sharon Z. Weiss on behalf of Defendant Azzure Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Johnny White on behalf of Creditor Debt Relief Group, LLC
JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White on behalf of Interested Party Courtesy NEF
JWhite@wrslawyers.com, jlee@wrslawyers.com

Reina Zepeda on behalf of Other Professional Omni Agent Solutions
rzepeda@omniagnt.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-.1.PROOF.SERVICE**