D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>NOTICE OF HEARING ON FEE APPLICATIONS<br><br>Date: September 24, 2024<br>Time: 10:00 a.m.<br>Ctrm: 5C - ViaZoom<br>Place: 411 West Fourth Street<br>Santa Ana, CA  92701 |

PLEASE TAKE NOTICE that on September 24, 2024, at 10:00 a.m., before the Honorable Scott C. Clarkson, United States Bankruptcy Judge, the following professionals will seek an order allowing payment of fees and costs for professional services as follows:

| Professional | Fees Requested | Expenses Requested |
|---|---|---|
| Marshack Hays Wood LLP<br>General Counsel for Trustee<br>First Interim Fee Application<br>May 8, 2023 through and including July 31, 2024 | $1,332,851.00 | $46,897.69 |
| Dinsmore & Shohl LLP<br>Special Counsel for Trustee<br>First Interim Fee Application<br>May 8, 2023 through and including June 30, 2024 | $4,745,825.25 | $57,379.11 |

1
NOTICE OF HEARING ON INTERIM FEE APPLICATIONS

4868-4800-0224v3

| | | |
|---|---|---|
| Fox Rothschild LLP<br>Counsel to the Committee of Unsecured Creditors<br>First and Final Fee Application<br>June 29, 2023 through and including July 31, 2024 | $1,050,894.00 | $19,823.67 |
| Grobstein Teeple, LLP<br>Accountants for Trustee<br>First Interim Fee Application<br>May 12, 2023 through and including June 30, 2024 | $307,466.50 | $51.03 |
| Omni Agent Solutions, Inc.<br>Claims and Noticing Agent for Estate<br>First Interim Fee Application<br>November 10, 2023, through and including July 31, 2024 | $826,644.60 | $72,399.12 |
| Nancy Rapoport<br>Ethics Compliance Monitor<br>Second Interim Fee Application<br>February 1, 2024 through and including July 31, 2024<br><br>Interim Payments<br>Balance Due | $71,958.75<br><br><br><br><br>$33,992.32<br>$37,966.43 | $2,276.19<br><br><br><br><br>$2,026.19<br>$250.00 |
| Lucy L. Thomson<br>Consumer Privacy Ombudsman<br>First and Final Fee Application<br>July 15, 2023 through and including July 31, 2024 | $29,975.00 | $0.00 |
| Force Ten Partners<br>First Interim Fee Application<br>Financial Advisor to the Official Committee of Unsecured Creditors<br>September 19, 2023 through and including July 31, 2024 | $187,620.00 | $0.00 |
| Robert F. Bicher & Associates<br>First Interim Fee Application<br>Field Agent and Forensic Analyst to Trustee<br>May 8, 2023 through and including July 31, 2024<br><br>Less previously approved payments<br>Balance Due | $70,478.00<br><br><br><br><br>($35,666.40)<br>$34,811.00 | $1,259.27<br><br><br><br><br>($1,259.27)<br>$0.00 |
| Richard A. Marshack<br>First Interim Report and Account<br>May 8, 2023 through and including July 31, 2024 | $500,547.33 | $1,458.15 |

The applications for compensation ("Applications") by the above professionals will be filed with the Clerk of the above-entitled Court and may be reviewed Monday through Friday from 9:00 a.m. to 4:00 p.m. Copies of the Applications may also be obtained by written request to:

2

NOTICE OF HEARING ON INTERIM FEE APPLICATIONS

4868-4800-0224v3

| | | |
|---|---|---|
| MARSHACK HAYS WOOD LLP<br>949-333-7777<br>D. Edward Hays<br>ehays@marshackhays.com<br>Laila Masud<br>lmasud@marshackhays.com | DINSMORE & SHOHL LLP<br>619-400-0473<br>Christopher Celentino<br>christopher.celentino@dinsmore.com<br>Yosina M. Lissebeck<br>yosina.lissebeck@dinsmore.com | ROBERT F. BICHER &<br>ASSOCIATES<br>909-793-8068<br>Robert F. Bicher<br>rfbicher@earthlink.net |
| GROBSTEIN TEEPLE, LLP<br>949-381-5655<br>Joshua R. Teeple<br>jteeple@gtllp.com | FORCE 10 PARTNERS<br>949-357-2360<br>Chad Kurtz<br>Adam Meislik<br>ckurtz@force10partners.com<br>ameislik@force10partners.com | RICHARD MARSHACK<br>949-333-7777<br>pkraus@marshackhays.com |
| OMNI AGENT SOLUTIONS<br>818-906-8300<br>Brian Osborne<br>bosborne@omniagnt.com | NANCY RAPOPORT<br>nancy.rapoport@unlv.edu | LUCY THOMSON<br>703-212-8770<br>Lucythomson_cpo@earthlink.net |
| FOX ROTHSCHILD LLP<br>424-285-7058<br>Nicholas Koffroth<br>nkoffroth@foxrothschild.com<br>Keith Owens<br>kowens@foxrothschild.com | | |

As set forth in the Applications, applicants seek approval of fees and costs pursuant to 11 U.S.C. §§ 330 and 331 on an interim basis.

**PLEASE TAKE FURTHER NOTICE** that any opposition or other responsive pleading to any of the Applications must be in the form as required by Rules 9013-1(f) and (o) of the Local Bankruptcy Rules ("LBR") and filed with the Clerk of the above-entitled Court no later than fourteen (14) days prior to the hearing with a copy served on the professional(s) at the address(es) indicated above. A copy must also be served on the Office of the United States Trustee, 411 W. Fourth Street, Suite 7160, Santa Ana, CA 92701. Failure to timely respond may be deemed as acceptance of the relief requested. See LBR 2016-1(a)(3) and 9013-1(f).

Dated: September 3, 2024    MARSHACK HAYS WOOD LLP

By: /s/ *D. Edward Hays*
    D. EDWARD HAYS
    LAILA MASUD
    Attorneys for Chapter 11 Trustee,
    RICHARD A. MARSHACK

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF HEARING ON FEE APPLICATIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 3, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **September 3, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR – MAIL REDIRECTED TO TRUSTEE**
THE LITIGATION PRACTICE GROUP P.C.
~~17542 17TH ST~~
~~SUITE 100~~
~~TUSTIN, CA 92780-1981~~

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 3, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| **VIA PERSONAL DELIVERY:**<br>**PRESIDING JUDGE'S COPY**<br>HONORABLE SCOTT C. CLARKSON<br>UNITED STATES BANKRUPTCY COURT<br>411 WEST FOURTH STREET, SUITE 5130 SANTA ANA, CA 92701-4593 | ETHICS MONITOR<br>NANCY RAPOPORT<br>nancy.rapoport@unlv.edu<br><br>ACCOUNTANT<br>JOSH TEEPLE<br>jteeple@gtllp.com<br><br>OMBUDSMAN<br>LUCY THOMSON<br>lucythomson1@mindspring.com | FORCE TEN PARTNERS<br>CHAD KURTZ<br>ADAM MEISLIK<br>ckurtz@force10partners.com<br>ameislik@force10partners.com<br><br>BICHER & ASSOCIATES<br>Robert F. Bicher<br>rfbicher@earthlink.net |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 3, 2024 | Pamela Kraus | /s/ Pamela Kraus |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **ATTORNEY FOR DEFENDANT ARAH ASANTE BAYROOTI:** Kyra E Andrassy kandrassy@raineslaw.com, bclark@raineslaw.com; jfisher@raineslaw.com
   - **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK:** Bradford Barnhardt bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com, alinares@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR AFFIRMA, LLC and CREDITOR OXFORD KNOX, LLC:** Eric Bensamochan eric@eblawfirm.us, G63723@notify.cincompass.com
   - **ATTORNEY FOR DEFENDANT LEUCADIA ENTERPRISES, INC:** Michael Jay Berger michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com; michael.berger@ecf.inforuptcy.com
   - **ATTORNEY FOR DEFENDANT BMF ADVANCE, LLC and DEFENDANT DIVERSE CAPITAL LLC:** Ethan J Birnberg birnberg@portersimon.com, kdwyer@portersimon.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK:** Peter W Bowie peter.bowie@dinsmore.com, caron.burke@dinsmore.com
   - **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC.:** Ronald K Brown ron@rkbrownlaw.com
   - **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK:** Christopher Celentino christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
   - **INTERESTED PARTY COURTESY NEF:** Shawn M Christianson cmcintire@buchalter.com, schristianson@buchalter.com
   - **INTERESTED PARTY COURTESY NEF:** Randall Baldwin Clark rbc@randallbclark.com
   - **ATTORNEY FOR DEFENDANT ROSA BIANCA LOLI:** Leslie A Cohen leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com; clare@lesliecohenlaw.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK:** Aaron E. DE Leest    adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
   - **ATTORNEY FOR DEFENDANT MORNING LAW GROUP, PC:** Michael W Davis mdavis@dtolaw.com, ygodson@dtolaw.com
   - **INTERESTED PARTY COURTESY NEF:** Anthony Paul Diehl anthony@apdlaw.net, Diehl.AnthonyB112492@notify.bestcase.com, ecf@apdlaw.net, 9143954420@filings.docketbird.com
   - **OTHER PROFESSIONAL OMNI AGENT SOLUTIONS:** Ashley Dionisio adionisio@omniagnt.com
   - **ATTORNEY FOR INTERESTED PARTY NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEYS and INTERESTED PARTY NATIONAL CONSUMER BANKRUPTCY RIGHTS CENTER:** Jenny L Doling jd@jdl.law, dolingjr92080@notify.bestcase.com; 15994@notices.nextchapterbk.com; jdoling@jubileebk.net
   - **ATTORNEY FOR CREDITOR CAROLYN BEECH:** Daniel A Edelman dedelman@edcombs.com, courtecl@edcombs.com
   - **ATTORNEY FOR DEFENDANT NEW HORIZON FINANCE LLD:** Howard M Ehrenberg Howard.Ehrenberg@gmlaw.com, hehrenberg@ecf.courtdrive.com; hehrenberg@ecf.inforuptcy.com; Karen.Files@gmlaw.com; denise.walker@gmlaw.com
   - **INTERESTED PARTY CREDITOR MEREDITH FAHN:** Meredith Fahn fahn@sbcglobal.net
   - **ATTORNEY FOR DEFENDANT COLBALT FUNDING SOLUTIONS, LLC:** Jeremy Faith Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com; Vicky@MarguliesFaithLaw.com; Amber@MarguliesFaithLaw.com
   - **ATTORNEY FOR CREDITOR VALIDATION PARTNERS LLC:** William P Fennell william.fennell@fennelllaw.com, wpf@ecf.courtdrive.com; hala.hammi@fennelllaw.com; naomi.cwalinski@fennelllaw.com; samantha.larimer@fennelllaw.com; office@fennelllaw.com; Brendan.Bargmann@fennelllaw.com
   - **ATTORNEY FOR CREDITOR ANTHEM BLUE CROSS OF CALIFORNIA and DEFENDANT JGW SOLUTIONS, LLC:** Alan W Forsley alan.forsley@flpllp.com, awf@fkllawfirm.com, awf@fl-lawyers.net, addy@flpllp.com
   - **ATTORNEY FOR DEFENDANT CLEAR VISION FINANCIAL LLC; DEFENDANT PERFECT FINANCIAL, LLC; and POINT BREAK HOLDINGS LLC:** Marc C Forsythe mforsythe@goeforlaw.com, mforsythe@goeforlaw.com; dcyrankowski@goeforlaw.com; Forsythe.MarcR136526@notify.bestcase.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK:** Jeremy Freedman jeremy.freedman@dinsmore.com, bonnie.connolly@dinsmore.com
- **ATTORNEY FOR CREDITOR HERRET CREDIT:** Eric Gassman erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com
- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK:** Christopher Ghio christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com
- **ATTORNEY FOR CREDITOR AMY GINSBURG; CREDITOR KENTON COBB; and CREDITOR SHANNON BELLFIELD:** Amy Lynn Ginsburg efilings@ginsburglawgroup.com
- **ATTORNEY FOR DEFENDANT STRIP, INC.:** Eric D Goldberg eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **ATTORNEY FOR CREDITOR AFFIRMA, LLC; CREDITOR ANAHEIM ARENA MANAGEMENT, LLC; and CREDITOR ANAHEIM DUCKS HOCKEY CLUB, LLC: and CREDITOR OXFORD KNOX:** Jeffrey I Golden jgolden@go2.law, kadele@ecf.courtdrive.com; cbmeeker@gmail.com; lbracken@wgllp.com; dfitzgerald@go2.law; golden.jeffreyi.b117954@notify.bestcase.com
- **ATTORNEY FOR CREDITOR AND DEFENDANT DEBT VALIDATION FUND II, LLC; CREDITOR AND DEFENDANT MC DVI FUND 1, LLC; and CREDITOR AND DEFENDANT MC DVI FUND 2, LLC:** Richard H Golubow on behalf of Creditor Debt Validation Fund II, LLC
- **ATTORNEY FOR CREDITOR UNITED PARTNERSHIPS, LLC:** David M Goodrich dgoodrich@go2.law, kadele@go2.law; dfitzgerald@go2.law; wggllp@ecf.courtdrive.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** Spencer Keith Gray spencer.gray@dinsmore.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; alinares@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR CITY CAPITAL NY:** Alan Craig Hochheiser ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC:** Garrick A Hollander ghollander@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
- **ATTORNEY FOR CREDITOR SHARP ELECTRONICS CORPORATION:** Brian L Holman b.holman@musickpeeler.com
- **INTERESTED PARTY COURTESY NEF:** Richard L. Hyde rhyde@awglaw.com
- **ATTORNEY FOR INTERESTED PARTY MERCHANTS CREDIT CORPORATION:** Peter L Isola pisola@hinshawlaw.com, rmojica@hinshawlaw.com, iking@hinshawlaw.com
- **ATTORNEY FOR COUNTER-DEFENDANT, CREDITOR, AND PLAINTIFF OHP-CDR, LP; COUNTER-DEFENDANT AND PLAINTIFF PURCHASECO 80, LLC:** Razmig Izakelian razmigizakelian@quinnemanuel.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK:** Sara Johnston sara.johnston@dinsmore.com
- **ATTORNEY FOR DEFENDANT FIDELITY NATIONAL INFORMATION SERVICES, INC. dba FIS; DEFENDANT WORLDPAY GROUP; and DEFENDANT WORLDPAY, LLC:** Sweeney Kelly kelly@ksgklaw.com
- **ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP PC:** Joon M Khang joon@khanglaw.com
- **ATTORNEY FOR INTERESTED PARTY AD HOC CONSUMER CLAIMANTS COMMITTEE:** Ira David Kharasch ikharasch@pszjlaw.com
- **ATTORNEY FOR DEFENDANT GALLANT LAW GROUP:** Meredith King mking@fsl.law, ssanchez@fsl.law; jwilson@fsl.law
- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS:** Nicholas A Koffroth nkoffroth@foxrothschild.com, khoang@foxrothschild.com; ca.dkt@foxrothschild.com
- **ATTORNEY FOR DEFENDANT MARICH BEIN LLC:** David S Kupetz David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **INTERESTED PARTY COURTESY NEF:** Christopher J Langley chris@slclawoffice.com, langleycr75251@notify.bestcase.com; ecf123@casedriver.com; john@slclawoffice.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK:** Kelli Ann Lee Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com
- **ATTORNEY FOR DEFENDANT OPTIMUMBANK HOLDINGS, INC.:** Matthew A Lesnick matt@lesnickprince.com, matt@ecf.inforuptcy.com; jmack@lesnickprince.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, PC; DEFENDANT LGS HOLDCO, LLC; and INTERESTED PARTY LIBERTY ACQUISITIONS GROUP INC.:** Daniel A Lev daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com; dlev@ecf.courtdrive.com
- **ATTORNEY FOR INTERESTED PARTY REVOLV3, INC.:** Britteny Leyva bleyva@mayerbrown.com, 2396393420@filings.docketbird.com; KAWhite@mayerbrown.com; ladocket@mayerbrown.com
- **ATTORNEY FOR DEFENDANT JGW SOLUTIONS, LLC:** Marc A Lieberman marc.lieberman@flpllp.com, addy@flpllp.com, andrea@flpllp.com
- **ATTORNEY FOR CREDITOR PHILLIP A GREENBLATT, PLLC:** Michael D Lieberman mlieberman@lipsonneilson.com
- **ATTORNEY FOR COUNTER-CLAIMANT, DEFENDANT, PLAINTIFF, AND TRUSTEE RICHARD A MARSHACK:** Yosina M Lissebeck Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com; Wendy.Yones@Dinsmore.com
- **ATTORNEY FOR CREDITOR FUNDURA CAPITAL GROUP and DEFENDANT BRIDGE FUNDING CAP, LLC:** Mitchell B Ludwig mbl@kpclegal.com, kad@kpclegal.com
- **ATTORNEY FOR DEFENDANT DANIEL S MARCH:** Daniel S March marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **ATTORNEY FOR CREDITOR AND DEFENDANT GREYSON LAW CENTER PC; CREDITOR AND DEFENDANT HAN TRINH; CREDITOR AND DEFENDANT PHUONG (JAYDE) TRINH:** Kathleen P March on behalf of Creditor Greyson Law Center PC kmarch@bkylawfirm.com, kmarch3@sbcglobal.net, kmarch@sbcglobal.net
- **ATTORNEY FOR CREDITOR DAVID ORR:** Mark J Markus bklawr@bklaw.com, markjmarkus@gmail.com; markus.markj.r112926@notify.bestcase.com
- **TRUSTEE RICHARD A MARSHACK:** Richard A Marshack (TR) pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; lbuchanan@marshackhays.com; alinares@ecf.courtdrive.com
- **ATTORNEY FOR DEFENDANT CLEARCUBE LLC:** Sarah S. Mattingly sarah.mattingly@dinsmore.com
- **ATTORNEY FOR CREDITOR TN DEPT OF REVENUE:** William McCormick Bill.McCormick@ag.tn.gov
- **ATTORNEY FOR US TRUSTEE:** Kenneth Misken Kenneth.M.Misken@usdoj.gov
- **INTERESTED PARTY COURTESY NEF:** Byron Z Moldo bmoldo@ecjlaw.com, aantonio@ecjlaw.com, dperez@ecjlaw.com
- **ATTORNEY FOR CREDITOR ADP, INC:** Glenn D. Moses gmoses@venable.com, cascavone@venable.com; ipmalcolm@venable.com; jadelgado@venable.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** Jamie D Mottola Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com
- **INTERESTED PARTY COURTESY NEF:** Alan I Nahmias anahmias@mbn.law, jdale@mbn.law
- **INTERESTED PARTY COURTESY NEF:** Victoria Newmark vnewmark@pszjlaw.com
- **ATTORNEY FOR US TRUSTEE:** Queenie K Ng queenie.k.ng@usdoj.gov
- **ATTORNEY FOR CREDITOR ISRAEL OROZCO:** Israel Orozco israel@iolawcorp.com
- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS:** Keith C Owens kowens@foxrothschild.com, khoang@foxrothschild.com
- **ATTORNEY FOR DEFENDANT OPTIMUMBANK HOLDINGS, INC.:** Lisa Patel lpatel@lesnickprince.com, jmack@lesnickprince.com; jnavarro@lesnickprince.com
- **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC:** Michael R Pinkston rpinkston@seyfarth.com, jmcdermott@seyfarth.com, sfocalendar@seyfarth.com, 5314522420@filings.docketbird.com, bankruptcydocket@seyfarth.com
- **ATTORNEY FOR DEFENDANT SCOTT JAMES EADIE:** Douglas A Plazak dplazak@rhlaw.com
- **ATTORNEY FOR COUNTER-CLAIMANT, DEFENDANT, PLAINTIFF, AND TRUSTEE RICHARD A MARSHACK:** Tyler Powell tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com; caitlin.brock@dinsmore.com
- **ATTORNEY FOR DEFENDANT PECC CORP; DEFENDANT TOUZI CAPITAL, LLC; and DEFENDANT ENG TAKING:** Daniel H Reiss dhr@lnbyg.com, dhr@ecf.inforuptcy.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, PC and DEFENDANT LGS HOLDCO, LLC:** Ronald N Richards ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK:** Vanessa Rodriguez vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com
- **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC:** Kevin Alan Rogers krogers@wellsmar.com
- **ATTORNEY FOR CREDITOR MARI AGAPE:** Gregory M Salvato gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com; jboufadel@salvatoboufadel.com; gsalvato@ecf.inforuptcy.com
- **ATTORNEY FOR CREDITOR AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC:** Olivia Scott olivia.scott@hklaw.com
- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK:** Jonathan Serrano jonathan.serrano@dinsmore.com
- **ATTORNEY FOR CREDITOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC:** Maureen J Shanahan Mstotaro@aol.com
- **ATTORNEY FOR CREDITOR UNITED PARTNERSHIPS, LLC:** Paul R Shankman PShankman@fortislaw.com, info@fortislaw.com
- **ATTORNEY FOR INTERESTED PARTY MORNING LAW GROUP, PC:** Zev Shechtman Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com; easter.santamaria@saul.com
- **ATTORNEY FOR PLAINTIFF ALTERYX, INC.:** Jeffrey M Singletary jsingletary@swlaw.com, rmckay@swlaw.com
- **ATTORNEY FOR US TRUSTEE:** Leslie Skorheim leslie.skorheim@usdoj.gov
- **ATTORNEY FOR CREDITOR PIONEER FUNDING GROUP, LLC:** Adam D Stein-Sapir info@pfllc.com
- **ATTORNEY FOR DEFENDANT BANKUNITED, NA:** Howard Steinberg steinbergh@gtlaw.com, pearsallt@gtlaw.com; NEF-BK@gtlaw.com; howard-steinberg-6096@ecf.pacerpro.com
- **ATTORNEY FOR PLAINTIFF RICHARD MARSHACK:** John H. Stephens john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com
- **ATTORNEY FOR CREDITOR AND PLAINTIFF ALTERYX, INC.:** Andrew Still astill@swlaw.com, kcollins@swlaw.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** Matthew J Stockl matthew.stockl@dinsmore.com, katrice.ortiz@dinsmore.com
- **ATTORNEY FOR CREDITOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC:** Michael R Totaro Ocbkatty@aol.com
- **US TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR WITNESS BRADFORD LEE:** William J Wall wwall@wall-law.com
- **ATTORNEY FOR CREDITOR AND DEFENDANT AZZURE CALPITAL LLC and CREDITOR HI BAR CAPITAL LLC:** Sharon Z. Weiss sharon.weiss@bclplaw.com, raul.morales@bclplaw.com, REC_KM_ECF_SMO@bclplaw.com
- **ATTORNEY FOR CREDITOR DEBT RELIEF GROUP, LLC:** Johnny White JWhite@wrslawyers.com, jlee@wrslawyers.com
- **OTHER PROFESSIONAL OMNI AGENT SOLUTIONS:** Reina Zepeda on behalf of Other Professional Omni Agent Solutions rzepeda@omniagnt.com

**2. SERVED BY UNITED STATES MAIL**: CONTINUED:

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

**20 LARGEST CREDITOR**
ANTHEM BLUE CROSS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 511300
LOS ANGELES, CA 90051-7855

**20 LARGEST CREDITOR**
AZEVEDO SOLUTIONS GROUPS, INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
420 ADOBE CANYON RD
KENWOOD, CA 95452-9048

RTD 02/05/24 UTF
**20 LARGEST CREDITOR**
BUSINESS CENTERS OF AMERICA
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
~~1100 SIR FRANCIS DRAKE BLVD, SUITE 1~~
~~KENTFIELD, CA 94904-1476~~

**20 LARGEST CREDITOR**
CALIFORNIA FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO, CA 94257-0001

RTD 05/30/23 UTF
**20 LARGEST CREDITOR**
COLLABORATION ADVISORS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
~~400 DORLA COURT~~
~~ZEPHYR COVE, NV 89448~~

**20 LARGEST CREDITOR**
CREDIT REPORTING SERVICE INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
548 MARKET ST, SUITE 72907
SAN FRANCISCO, CA 94104-5401

**20 LARGEST CREDITOR**
DEBT PAY PRO
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1900 E GOLF ROAD, SUITE 550
SCHAUMBURG, IL 60173-5870

**20 LARGEST CREDITOR**
DEBT VALIDATION FUND II, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
5075 LOWER VALLEY ROAD
ATGLEN, PA 19310-1774

**20 LARGEST CREDITOR**
DOCUMENT FULFILLMENT SERVICES
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2930 RAMONA AVE #100
SACRAMENTO, CA 95826-3838

**20 LARGEST CREDITOR**
EXECUTIVE CENTER LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
5960 SOUTH JONES BLVD
LAS VEGAS, NV 89118-2610

**20 LARGEST CREDITOR / POC ADDRESS**
EXELA ENTERPRISE SOLUTIONS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2701 E. GRAUWYLER ROAD
IRVING, TX 75061-3414

**20 LARGEST CREDITOR / POC ADDRESS**
FIRST LEGAL NETWORK, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 743451
LOS ANGELES, CA 90074-3451

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**RTD 12/05/23 UTF**
**20 LARGEST CREDITOR**
JP MORGAN CHASE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
~~3 PARK PLAZA, STE 900~~
~~IRVINE, CA 92614-5208~~

**RTD 01/26/24 UTF**
**20 LARGEST CREDITOR**
LEXISNEXUS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
~~15500 B ROCKFIELD BLVD~~
~~IRVINE, CA 92618-2722~~

**RTD 10/03/23 UTF**
**20 LARGEST CREDITOR**
MARICH BEIN LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
~~99 WALL STREET, STE 2669~~
~~NEW YORK, NY 10005-4301~~

**20 LARGEST CREDITOR**
NETSUITE-ORACLE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2300 ORACLE WAY
AUSTIN, TX 78741-1400

**20 LARGEST CREDITOR**
SHARP BUSINESS SYSTEMS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
8670 ARGENT ST
SANTEE, CA 92071-4172

**RTD 10/16/23 UTF**
**20 LARGEST CREDITOR**
TASKUS HOLDINGS, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
~~1650 INDEPENDENCE DR~~
~~NEW BRAUNFELS, TX 78132-3959~~

**20 LARGEST CREDITOR**
TUSTIN EXECUTIVE CENTER
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1630 S SUNKIST STEET, STE A
ANAHEIM, CA 92806-5816

**RTD 06/05/23 UTF**
**20 LARGEST CREDITOR**
VALIDATION PARTNERS LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
~~1300 SAWGRASS PKWY, STE 110~~
~~SUNRISE, FL 33323~~

**CREDITOR / POC ADDRESS**
JASON PATTERSON STOPNITZKY
C/O LESLIE E. CHAYO, ESQ.
9454 WILSHIRE BLVD., PH
BEVERLY HILLS, CA 90212

**CREDITOR / POC ADDRESS**
JOAN P. SCHOTT
9303 LANDS POINT
SAN ANTONIO, TX 78250

**RTD 06/14/23 UTF**
**SECURED CREDITOR**
CITY CAPITAL NY
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
~~1135 KANE CONCOURSE~~
~~BAY HARBOUR ISLANDS, FL 33154-2025~~

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

**SECURED CREDITOR**
DIVERSE CAPITAL LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
323 SUNNY ISLES BLVD, STE 503
SUNNY ISLES, FL 33160-4675

**RTD 12/22/23 UTF**
**SECURED CREDITOR**
FUNDURA CAPITAL GROUP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
~~80 BROAD STREET, STE 3303~~
~~NEW YORK, NY 10004-2845~~

**SECURED CREDITOR / POC ADDRESS**
FUNDURA CAPITAL GROUP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1545 ROUTE 202, SUITE 101
POMONA, NY 10970

**RTD 2/5/24 UTF**
**SECURED CREDITOR**
GREEN FUND NY
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
~~276 5TH AVENUE, ROOM 704~~
~~BROOKLYN, NY 10001~~

**RTD 11/8/23 UTF**
**SECURED CREDITOR**
MCA CAPITAL HOLDINGS LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
~~254 32ND STREET, BLDG 2 C303~~
~~BROOKLYN, NY 11232~~

**SECURED CREDITOR / POC ADDRESS**
MNS FUNDING LLC
C/O PAUL R. SHANKMAN
FORTIS LLP
650 TOWN CENTER DRIVE, SUITE 1530
COSTA MESA, CA 92626

**SECURED CREDITOR / POC ADDRESS**
PECC CORP.
C/O RUSTY O'KANE
3131 MCKINNEY AVENUE, SUITE 500
DALLAS, TX 75204

**SECURED CREDITOR / POC ADDRESS**
RIVER TREE LLC
C/O MAYS JOHNSON LAW FIRM
21 BATTERY PARK AVE, SUITE 201
ASHEVILLE, NC 28801

**SECURED CREDITOR / POC ADDRESS**
VENTURE PARTNERS LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1309 COFFEEN AVENUE, STE 1200
SHERIDAN, WY 82801

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                      F 9013-3.1.PROOF.SERVICE