KEITH C. OWENS (SBN 184841)
kowens@foxrothschild.com
NICHOLAS A. KOFFROTH (SBN 287854)
nkoffroth@foxrothschild.com
**FOX ROTHSCHILD LLP**
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:    310.598.4150
Facsimile:    310.556.9828

Counsel for The Official Committee of
Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>               Debtor. | Case No. : 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**FIRST  INTERIM APPLICATION OF FORCE TEN PARTNERS, LLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM FEE PERIOD SEPTEMBER 18, 2023 THROUGH JULY 31, 2024; DECLARATION OF ADAM MEISLIK IN SUPPORT THEREOF**<br><br><u>Hearing</u><br>Date:  September 24, 2024<br>Time: 10:00 a.m.<br>Ctrm: Courtroom 5C<br>Place: 411 West Fourth Street<br>       Santa Ana, CA  92701 |

Force Ten Partners, LLC ("Force Ten"), in its capacity as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned bankruptcy case (the "Bankruptcy Case") of The Litigation Practice Group, P.C. (the "Debtor") filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"),[1] hereby submits this interim application (the "Application") for approval of fees in the amount of $187,620.00 and reimbursement of expenses in the amount of $0.00 (the "Requested Compensation") for the period between September 18, 2023 and July 31, 2024 (the "First Interim Fee Period"). In support of this Application, Force Ten refers to the Declaration of Adam Meislik (the "Meislik Declaration") annexed hereto, the record in the Bankruptcy Case, and respectfully states as follows:

## I.

## INTRODUCTION

Force Ten was engaged to advise the Committee to represent the diverse interests of general unsecured creditors in this Bankruptcy Case after the appointment of a chapter 11 trustee (the "Trustee"). This Bankruptcy Case has raised novel and challenging issues from the start given the now infamous prepetition operations of the Debtor's business to the detriment of hundreds of millions of asserted unsecured creditor claims, including those of thousands of the Debtor's former clients. The Committee quickly evaluated the moving pieces of this case—a sale of the Debtor's business operations, assignment of client relationships to a new purchaser, and financing requests from parties already subject to investigation—and made hard decisions. Those decisions and the collaborative relationship built with the Trustee have resulted in confirmation of a plan supported by all classes casting votes, including the overwhelming support of unsecured creditors.

The Committee's and Force Ten's intentional decision to work collaboratively with the Trustee resulted most notably in the development, solicitation, and approval of the joint plan [Docket No. 1344] (the "Plan") that will provide the best avenue for creditor recovery and a seat at the table as the process unfolds post confirmation. As set forth more fully below, the skill and effort of Force Ten, along with

---

[1] Unless otherwise indicated herein, all references to "Section" or "§" refer to a section of the Bankruptcy Code.

1

their diligence in balancing the needs and position of the Committee with the realities of this Bankruptcy Case, have brought material value to the estate and creditors.

## II.

## FACTUAL BACKGROUND

**A.    General Background**

On March 20, 2023 ("Petition Date"), Debtor filed a voluntary petition under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California, Santa Ana Division (the "Court"), commencing the above-captioned Bankruptcy Case.

On May 8, 2023, the Office of the United States Trustee ("U.S. Trustee") appointed the Trustee to serve in a fiduciary capacity as the chapter 11 trustee of the Debtor's estate.  On June 23 and 29, 2023, the U.S. Trustee appointed the Committee to represent the interests of unsecured creditors in the Bankruptcy Case.

**B.    Force Ten's Appointment as Financial Advisor to the Committee (LBR 2016-1(a)(1)(B))**

On July 28, 2023, Fox Rothschild, LLP   ("Fox"), counsel to the Committee, filed the *Application for Order Authorizing Employment of Force Ten Partners, LLC as Financial Advisor for the Official Committee of Unsecured Creditors, Effective as of September 18, 2023* [Docket No. 526] ("Employment Application").    On October 16, 2023, the Court entered its *Order Authorizing Employment of Force Ten Partners, LLC as Financial Advisor for the Official Committee of Unsecured Creditors, Effective as of September 18, 2023* [Docket No. 578] (the "Employment Order") authorizing the Committee to employ Force Ten as its financial advisor as of September 18, 2023.  A copy of the Employment Order is attached hereto as **Exhibit A**.

**C.    Fees And Expenses Sought by Force Ten Partners, LLC**

On July 16, 2024, the Trustee filed the *Notice to Retained Professionals re: Hearings on Interim Fee Applications* [Docket No. 1427] which established September 3, 2024 as the deadline to file interim fee applications.  Pursuant to the notice to professionals, Force Ten files this Application seeking an Order from this Court allowing interim approval of the Requested Compensation for services rendered and expenses incurred during the First Interim Fee Period comprised of (i) fees in the amount of $187,620.00 and (ii) reimbursement of expenses in the amount of $0.00.  No party sought, and the

2

Court did not approve, interim compensation procedures in this Bankruptcy Case. Accordingly, all fees and expenses incurred during the First Interim Fee Period remain unpaid and outstanding as of the date of this Application.

**D.    Guidelines Pursuant to Which This Application Has Been Prepared**

Force Ten submits this Application in accordance with the Guidelines For Compensation And Expense Reimbursement Of Professionals And Trustees issued by the United States Bankruptcy Court for the Central District of California ("Central District Guidelines"), the United States Trustee Guidelines For Reviewing Applications For Compensation And Reimbursement Of Expenses Filed Under 11 U.S.C. § 331 ("UST Guidelines"), and the Local Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California ("LBR").

**E.    Appointment of the Fee Examiner**

On August 7, 2024, the Court entered an order [Docket No. 1489] appointing Nancy B. Rapoport (the "Fee Examiner") as the fee examiner in the Bankruptcy Case. Pursuant to the order, the Application is subject to the review and comment of the Fee Examiner. Force Ten has submitted its fees and expenses for review to the Fee Examiner, pursuant to the procedures requested by the Fee Examiner, including as set forth in the notice to professionals [Docket No. 1498] filed on August 9, 2024.

**F.    Incorporation by Reference of Narrative (LBR 2016-1(a)(1)(A))**

LBR 2016-1 requires that an applicant for approval of interim fees provide a brief narrative history and report concerning the status of the case. *See* LBR 2016-1(a)(1)(A). However, if more than one application for interim fees is noticed for hearing at the same date and time, the narrative from one application may be incorporated by reference into the other interim fee applications. *See* LBR 2016-1(a)(1)(A)(iv). Force Ten hereby incorporates by this reference the narrative set forth in the *First Interim Application for Allowance of Fees and Costs filed by Marshack Hays Wood LLP as General Counsel* filed concurrently herewith in satisfaction of the narrative requirement set forth in LBR 2016-1(a)(1)(A).

## III.

## SUMMARY OF COMPENSATION REQUEST

**A.**  **Fees Sought and Reimbursement of Expenses Incurred by Force Ten (LBR 2016-1(a)(1)(C))**

Force Ten: (i) seeks an allowance of compensation for services rendered and expenses incurred during the First Interim Period, in a total amount of $187,620.00, which includes (a) fees in the amount of $187,620.00 and (b) reimbursement of expenses in the amount of $0.00; and (ii) authorizing immediate payment of such fees and expenses.

**B.**  **Summary of Hours and Fees by Professional (LBR 2016-1(a)(1)(G) & (I))**

The names of all of the professionals who have been responsible for providing services to the Committee, their applicable rates, total number of hours spent on the case and total fees charged as a result of service they each provided to the Committee during the First Interim Fee Period is set forth below:

### SUMMARY OF PROFESSIONALS
September 18, 2023 through July 31, 2024

| FINANCIAL ADVISOR | HOURLY RATE | APPLICATION HOURS | TOTAL FEES |
|---|---|---|---|
| Adam Meislik – Partner | $850.00 | 95.7 | $81,345.00 |
| Chad Kurtz – Managing Director | $650.00 | 163.5 | $106,275.00 |
| **GRAND TOTAL** | | **259.2** | **$187,620.00** |
| **Combined Blended Rate** | | | **$723.84** |

**C.**  **Professional Background and Experience (LBR 2016-1(a)(1)(H))**

Force Ten represented the Committee as effectively and efficiently as possible during the First Interim Period through considerate task allocation between the professionals. In general, tasks were allocated between the professionals based on their comparative expertise, taking into consideration the knowledge and experience of Force Ten's professionals and their familiarity with the case to avoid duplicative work. Resumes on the background and qualifications of each of the professionals who rendered services to the Committee during the First Interim Fee Period are attached collectively hereto as **Exhibit B**.

**D.    Previously Paid Compensation (LBR 2016-1(a)(1)(C))**

During the First Interim Fee Period, Force Ten has received no payment and no promises for payment from any source for services rendered or yet to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  Further, there is no agreement or understanding between Force Ten and any other person other than the equity holders of Force Ten for the sharing of compensation to be received for services rendered in this Bankruptcy Case.

**E.    Project Billing and Detailed Listing of Services (LBR 2016-1(a)(1)(E))**

In accordance with the Central District Guidelines and UST Guidelines, Force Ten classified all services performed for each into Categories of Service ("Task Codes").  Force Ten attempted to place the services performed in the appropriate Task Code that best related to the service provided. The following chart summarizes the project billing categories utilized and the total hours expended for each category during the First Interim Fee Period:[2]

| TASK CATEGORY | HOURS | TOTAL FEES |
|---|---|---|
| Committee – Business Analysis / Operations | 91.5 | $67,515.00 |
| Committee – Claims Analysis and Objectives | 17.9 | 12,275.00 |
| Committee – Committee Activities | 30.8 | 23,840.00 |
| Committee – Fee / Employment Application | 2.5 | 2,125.00 |
| Committee – Plan & Disclosure Statement | 116.5 | 81,865.00 |
| Total | 259.2 | $187,620.00 |

The Invoice attached as **Exhibit C** contains summaries and daily logs of the actual and necessary expenses paid by Force Ten during the First Interim Fee Period.  While certain services may relate to one or more Task Codes, services arguably pertaining to one Task Code may, in fact, be included in another Task Code.

---

[2] Some of the services rendered could reasonably be categorized in more than one of the billing categories.  Consequently, different attorneys sometimes billed their services on the same matter in different categories.

**IV.**

**REVIEW AND CERTIFICATION**

**A.    Client Review (LBR 2016-1(a)(1)(J))**

Force Ten has previously provided the Committee with a copy of the invoice for the First Interim Fee Period and will provide a copy of this First Interim Application to the Committee.  As set forth more fully in the Meislik declaration, the Committee has reviewed the Requested Compensation set forth in this Application and has no objection to it.

**B.    Certification of Counsel (LBR 2016-1(a)(1)(K))**

As set forth more fully in the Meislik Declaration, Force Ten has provided the certification of Force Ten required pursuant to LBR 2016-1(a)(1)(K).  The certification includes the following:

- the compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable that those customarily employed by Force Ten and generally accepted by Force Ten's clients;

- at all relevant times, Force Ten has been a disinterested person as that term is defined in § 101(14) and has not represented or held an interest adverse to the interest of the Committee;

- neither Force Ten nor any employee of Force Ten has any agreement or understanding of any kind or nature to divide, pay over or share any portion of the fees or expenses to be awarded to Force Ten with any other person or financial advisor except as among the members and associates of Force Ten;

- no time has been billed to the Committee outside the scope of work authorized by the Order authorizing employment of the Firm; and

- the compensation and expense reimbursement sought herein is in conformity with the LBR, the Compensation Guidelines for the United States Bankruptcy Court for the Central District of California and the Guidelines of the Office of the United States Trustee, except as otherwise noted herein.

**V.**

**DESCRIPTION OF SERVICES**

**LBR 2016-1(A)(1)(D)**

The primary professionals who rendered services to or on behalf of the Committee in this Bankruptcy Case were Adam Meislik and Chad Kurtz.  Force Ten made a significant effort to limit unnecessary or duplicative work already being pursued by the Trustee and the Trustee's accountant and financial advisor, which struck an appropriate balance between fulsome advocacy for the interests of the Committee and conscious management of administrative expenses.  While balancing these objectives, Force Ten performed the following services on behalf of the Committee during the First Interim Period:

**A.    Committee – Business Analysis / Operations**

Force Ten's time in this category relates to time spent analyzing the financial results for the buyer of the Debtor's operations after the August 2023 closing.  This work was done at the specific request of the Chapter 11 Trustee, with the goal of ensuring the estate received the maximum proceeds available under the court-approved asset purchase agreement.  As part of this, Force Ten conducted due diligence meetings with the management of Morning Law Group, the buyer, prepared analyses and projections of estimated sale proceeds due to the estate in the future under various scenarios and reported its findings back to both the Chapter 11 Trustee and the Committee.

**B.    Committee – Claims Analysis and Objections**

Force Ten's time in this category includes time spent analyzing potential claims against the Debtor, including both those shown on the Debtor's original Schedules and those filed before the bar dates by creditors themselves.  This work was done to prepare the feasibility and liquidation analyses used in support of the Plan. As part of this, Force Ten held discussions with the Chapter 11 Trustee and his advisors who were overseeing analyses and negotiations regarding such claims, including potential secured, administrative, and priority unsecured claims; prepared its own analyses summarizing the potential aggregate amounts owed on such claims; and reported its finding back to both the Chapter 11 Trustee and the Committee.

**C.** **Committee – Committee Activities**

This category contains time spent by Force Ten in reporting to the Committee and counsel, as well as time spent in preparation and follow-up on discrete topics as requested by the Committee and counsel. As part of this, Force Ten attended numerous calls and other meetings with the Committee and counsel, and with the Chapter 11 Trustee and his advisors.

**D.** **Committee – Fee / Employment Applications**

This category contains time spent by Force Ten in preparing its employment application at the start of its involvement in this bankruptcy case and time later spent discussing the work to be performed by a potential fee examiner.

**E.** **Committee – Plan & Disclosure Statement**

Force Ten's time in this category relates to time spent analyzing the proposed plan of liquidation and related disclosure statement and also preparing financial analyses in support thereof. This work was done at the specific request of the Chapter 11 Trustee and also at the request of the Committee and counsel. At the specific request of the Chapter 11 Trustee, Force Ten directly prepared the feasibility and liquidation analyses used in support of the plan, which included significant time spent analyzing the estate's cash flow activities, potential claims on the estate, potential cash proceeds realizable in relation to pending litigation efforts by the Chapter 11 Trustee and also residual asset sale proceeds from Morning Law Group. In addition, and at the request of the Committee and Fox, Force Ten participated in numerous discussions and negotiations involving the plan's structure and liquidating trust to be established to oversee the post-confirmation activity.

**VI.**

**COSTS AND SUMMARY OF EXPENSES**

**LBR 2016-1(A)(1)(F)**

The Fee Guidelines require that an application seeking reimbursement of expenses include a summary identifying all expenses by category. The total costs and expenses incurred during the First Interim Fee Period for which Force Ten seeks reimbursement is $0.00.

To assist the Court in reviewing Force Ten's request for reimbursement of the expenses incurred in connection with its representation of the Committee during the First Interim Period Force Ten's

accounting procedures for the general categories of costs and expenses for which it seeks reimbursement by this Application are described in the Declaration attached hereto. The requested expenses are charged at rates customarily applied to Force Ten's debtor clients. Those charges are:

| DESCRIPTION | AMOUNT |
|---|---|
| None | $0.00 |
| Total | $0.00 |

The Invoice attached as **Exhibit C** includes an itemized statement of expenses incurred during the First Interim Period.

## VII.

## LEGAL ARGUMENT

In determining the amount of allowable fees under § 330, courts are to be guided by the same "general principles" as are to be applied in determining awards under the federal fee-shifting statutes, with "some accommodation to the peculiarities of bankruptcy matters." *In re Manoa Finance Co., Inc.*, 853 F.2d 687, 691 (9th Cir. 1988); *see Meronk v. Arter & Hadden, LLP* (In re Meronk), 249 B.R. 208, 213 (B.A.P. 9th Cir. 2000) (reiterating that Manoa Finance is the controlling authority and characterizing the factor test identified in *Johnson v Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974) and *Kerr v. Screen Extras Guild, Inc.*, 526 F.2d 67, 70 (9th Cir. 1975), *cert. denied*, 425 U.S. 951 (1976), as an "obsolete laundry list" now subsumed within more refined analyses).

The Supreme Court has evaluated the lodestar approach and endorses its usage. In *Hensley v. Eckerhart*, 461 U.S. 424 (1983), a civil rights case, the Supreme Court held that while the Johnson factors might be considered in setting fees, the lodestar amount subsumed many of those factors. *Hensley*, at 434, n. 9. The following year, another civil rights case *Blum v. Stenson*, 465 U.S. 886 (1984), provided the so-called lodestar calculation: "The initial estimate of a reasonable attorney's fee is properly calculated by multiplying the number of hours reasonably expended on the litigation times a reasonable hourly rate . . . Adjustments to that fee then may be made as necessary in the particular case." *Blum*, 465 U.S. at 888.

Then, in 1986, the Supreme Court more explicitly indicated that the factors relevant to determining fees should be applied using the lodestar approach, rather than an ad hoc approach. While

holding that the attorney's fee provision of the Clean Air Act, 42 U.S.C. § 7401, et seq., should be interpreted like that of the Civil Rights Act, the Supreme Court expressly rejected the ad hoc application of the factors set forth in Johnson and thus Kerr stating that "the lodestar figure includes most, if not all, of the relevant factors constituting a 'reasonable' attorney's fee . . . ." *Pennsylvania v. Del. Valley Citizens' Council for Clean Air*, 478 U.S. 546, 563-66 (1986); see also *Blanchard v. Bergeron*, 489 U.S. 87, 94 (1989) ("we have said repeatedly that the initial estimate of a reasonable attorney's fee is properly calculated by multiplying the number of hours reasonably expended on the litigation times a reasonable hourly rate").

While the lodestar approach is the primary basis for determining fee awards under the federal fee-shifting statutes and Bankruptcy Code, some of the Johnson/Kerr factors previously applied in an ad hoc fashion, can still apply in calculating the appropriate hourly rate to use under the lodestar approach. *In re Charles Russell Buckridge*, Jr., 367 B.R. 191 201 (C.D.Cal. 2007) ("a court is permitted to adjust the lodestar up or down using a multiplier based on the criteria listed in § 330 and its consideration of the Kerr factors not subsumed within the initial calculations of the lodestar"); *see also Dang v. Cross*, 422 F.3d 800, 812 (9th Cir. 2005) (court may "adjust the lodestar amount after considering other factors that bear on the reasonableness of the fee"); *Unsecured Creditors' Comm. v. Puget Sound Plywood, Inc.*, 924 F.2d 955, 960 (9th Cir. 1991) ("Although *Manoa* suggests that starting with the 'lodestar' is customary, it does not mandate such an approach in all cases... Fee shifting cases are persuasive, but due to the uniqueness of bankruptcy proceedings, they are not controlling.").

Force Ten respectfully submits that the hourly rates for its financial advisors are reasonable and appropriate in the relevant community and in view of the circumstances of this case and the successful results thus far achieved by Force Ten on behalf of the Committee. By this Application, Force Ten requests that the Court approve the allowance of compensation and the reimbursement of expenses during the First Interim Fee Period. The full scope of the services provided, and the related expenses incurred are fully described herein and/or in the attached Invoice.  All services for which Force Ten requests compensation were performed for or on behalf of the Committee.

The professional services and related expenses for which Force Ten requests allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case

in the discharge of Force Ten's professional responsibilities as financial advisor for the Committee in this chapter 11 case. Force Ten's services were necessary and beneficial to the Committee and the estate creditors, and other parties in interest.

In accordance with the factors enumerated in § 330, Force Ten respectfully submits that the amount requested by Force Ten is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

Therefore, for the reasons set forth above, Force Ten respectfully submits that the foregoing establishes that Force Ten's requested fees and expenses are reasonable and appropriate and should be approved by this Court.

**VIII.**

**RESERVATION OF RIGHTS**

The Plan provides that holders of Professional Fee Claims must file final applications for payment of fees and reimbursement of expenses no later than 45 days after the effective date of the plan. *See* Docket No. 1344 at 7. Although the notice to professionals [Docket No. 1427] provides that further fee applications may not be filed within 120 days, Force Ten reserves all rights to file its final application for fees and expenses consistent with the requirement set forth in the plan.

///

///

///

///

///

///

///

///

///

///

///

11

## IX.

## <u>CONCLUSION</u>

Force Ten respectfully requests that the Court enter an order (i) approving the Application in its entirety; (ii) approving the allowance, and authorizing Debtor's payment to Force Ten, of the full amount of the Requested Compensation in the total amount of $187,620.00, which includes (a) fees in the amount of $187,620.00 and (b) reimbursement of expenses in the amount of $0.00; (iii) authorizing immediate payment of such Requested Compensation; and (iv) granting Force Ten such other and further relief as the Court may deem just and proper.

Dated: September 3, 2024 **FOX ROTHSCHILD LLP**

By: ___*/s/ Nicholas A. Koffroth*___
　　Keith C. Owens (SBN 184841)
　　Nicholas A. Koffroth (SBN 287854)
　　10250 Constellation Blvd., Suite 900
　　Los Angeles CA 90067
　　*Counsel for the Official Committee of Unsecured*
　　*Creditors of The Litigation Practice Group PC*

**DECLARATION OF ADAM MEISLIK**

I, Adam Meislik, declare as follows:

1.      I am a partner at Force Ten Partners, LLC, financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned bankruptcy case (the "Bankruptcy Case") of The Litigation Practice Group P.C. (the "Debtor").  I make this Declaration in support of *Force Ten Partners' First Interim Application for Compensation and Reimbursement of Expenses for the Interim Fee Period September 18, 2023 through July 31, 2024* (the "Application").[3]  I am over the age of 18, except as otherwise indicated herein I have personal knowledge of the facts set forth herein or have obtained familiarity with such facts from persons knowledgeable of them at Force Ten, and if called upon to testify, could and would do so.

**A.     Summary of Application and Certification**

2.      By the Application, Force Ten seeks an Order from this Court allowing interim approval of the Requested Compensation for services rendered and expenses incurred during the First Interim Fee Period comprised of (i) fees in the amount of $187,620.00 and (ii) reimbursement of expenses in the amount of $0.00.  No party sought, and the Court did not approve, interim compensation procedures in this Bankruptcy Case.  Accordingly, all fees and expenses incurred during the First Interim Fee Period remain unpaid and outstanding as of the date of this Application.

3.      I have reviewed the requirements of LBR 2016-1 and believe that the Application complies with that rule.  I further certify as follows with respect to the Application:

- I have read the Application and believe the facts stated therein and herein are true and correct to the best of my knowledge and belief;

- the compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable that those customarily employed by Force Ten and generally accepted by Force Ten clients;

- at all relevant times, Force Ten has been a disinterested person as that term is defined in § 101(14) and has not represented or held an interest adverse to the interest of the Committee;

- neither Force Ten nor any employee of Force Ten has any agreement or understanding of any kind or nature to divide, pay over or share any portion of the fees or expenses to be awarded to Force Ten with any other person or attorney

---

[3] Capitalized terms not defined herein have the meanings assigned to them in the Application.

13

except as among the members and associates of Force Ten;

- no time has been billed to the Committee outside the scope of work authorized by the Order authorizing employment of the Firm; and

- the compensation and expense reimbursement sought herein is in conformity with the LBR, the Compensation Guidelines for the United States Bankruptcy Court for the Central District of California and the Guidelines of the Office of the United States Trustee, except as otherwise noted herein.

**B.**    **Summary of Hours and Fees by Professional**

4.    Based on my review of the Force Ten invoice in this matter, the names of all of the Financial Advisors who have been responsible for providing services to the Committee, total number of hours spent on the case and total fees charged as a result of service they each provided to the Committee during the First Interim Fee Period is set forth below:

### SUMMARY OF PROFESSIONALS
September 18, 2023 through July 31, 2024

| ATTORNEY | HOURLY RATE | APPLICATION HOURS | TOTAL FEES |
|---|---|---|---|
| Adam Meislik – Partner | $850.00 | 95.7 | $81,345.00 |
| Chad Kurtz – Managing Director | $650.00 | 163.5 | $106,275.00 |
| **GRAND TOTAL** | | **259.2** | **$187,620.00** |
| **Combined Blended Rate** | | | **$723.84** |

**C.**    **Professional Background and Experience**

5.    Force Ten represented the Committee as effectively and efficiently as possible during the First Interim Period through the considered allocation of tasks among the professionals.  A true and correct copy of the background and qualifications of each of the professionals who rendered services to the Committee during the First Interim Fee Period are attached collectively to the Application as **Exhibit B**.

**D.**    **Previously Paid Compensation**

6.    During the First Interim Fee Period, Force Ten has received no payment and no promises for payment from any source for services rendered or yet to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  Further, there is no agreement or understanding between Force Ten and any other person other than the equity holders of Force Ten for the sharing of compensation to be received for services rendered in this Bankruptcy Case.

**E.      Project Billing and Detailed Listing of Services**

7.      In accordance with the Central District Guidelines and UST Guidelines, Force Ten classified all services performed for each into Categories of Service ("Task Codes"). Force Ten attempted to place the services performed in the appropriate Task Code that best related to the service provided. The following chart summarizes the project billing categories utilized, and the total hours expended for each category during the First Interim Fee Period:[4]

| TASK CATEGORY | HOURS | TOTAL FEES |
|---|---|---|
| Committee – Business Analysis / Operations | 91.5 | $67,515.00 |
| Committee – Claims Analysis and Objectives | 17.9 | 12,275.00 |
| Committee – Committee Activities | 30.8 | 23,840.00 |
| Committee – Fee / Employment Application | 2.5 | 2,125.00 |
| Committee – Plan & Disclosure Statement | 116.5 | 81,865.00 |
| Total | 259.2 | $187,620.00 |

A true and correct copy of the Force Ten invoice, which contains summaries and daily logs of the actual and necessary fees incurred and expenses paid by Force Ten during the First Interim Fee Period, is attached to the Application as **Exhibit C**. While certain services may relate to one or more Task Codes, services arguably pertaining to one Task Code may, in fact, be included in another Task Code.

8.      All services for which Force Ten requests compensation were performed for or on behalf of the Committee. Force Ten performed services for or on behalf of Committee during the First Interim Fee Period, and I believe such services were necessary and reasonable.

9.      I have provided a copy of Force Ten's fees sought by this Application to the Committee for their review and understand that the Committee does not object to the Application or the fees sought therein.

---

[4] Some of the services rendered could reasonably be categorized in more than one of the billing categories. Consequently, different attorneys sometimes billed their services on the same matter in different categories.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of September 2024.

_____

Adam Meislik

**<u>EXHIBIT A</u>**

**<u>EMPLOYMENT ORDER</u>**

1 | Michael A. Sweet (SBN 184345)
2 | Keith C. Owens (SBN 184841)
  | Nicholas A. Koffroth (SBN 287854)
3 | **FOX ROTHSCHILD LLP**
  | 10250 Constellation Blvd., Suite 900
  | Los Angeles CA 90067
4 | Telephone:    (310) 598-4150
  | Facsimile:    (310) 556-9828
5 | msweet@foxrothschild.com
  | kowens@foxrothschild.com
6 | nkoffroth@foxrothschild.com

**FILED & ENTERED**

**OCT 16 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

7 | Counsel For Official Committee of Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| In re: | Chapter 11 |
|---|---|
| THE LITIGATION PRACTICE GROUP, P.C., | Case No. 8:23-bk-10571-SC |
| | **ORDER AUTHORIZING EMPLOYMENT OF FORCE TEN PARTNERS, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF SEPTEMBER 18, 2023** |
| Debtor. | |
| | *[No Hearing Required Pursuant to LBR 9013-1(o)]* |

The Court, having considered the *Application for Order Authorizing Employment of Force Ten Partners, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, Effective as of September 18, 2023* [Docket No. 526] (the "Application")[1] filed by the Official Committee of Unsecured Creditors (the "Committee"), and the Court being satisfied that Force 10 does not represent any entity having an adverse interest in connection with the above-captioned case and is a "disinterested person" as defined under 11 U.S.C. § 101(14); having found that notice

---

[1] Unless otherwise defined herein, all capitalized terms shall have the definitions set forth in the Application.

of the Application is sufficient under the circumstances and that no further notice is required; and

good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is APPROVED.

2.      The Committee is authorized to retain and employ Force 10 as financial advisor,

effective as of September 18, 2023, at the expense of the estate pursuant to 11 U.S.C. § 1103(a).

3.      Except as the Court may otherwise determine and direct, the compensation to be

awarded to Force 10 shall be fixed by the Court after notice and a hearing as may be required by

the §§ 330 and 331, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for

the Central District of California, and the practice and procedure of this Court.

###

Date: October 16, 2023

Scott C. Clarkson
United States Bankruptcy Judge

- 2 -

**EXHIBIT B**

**PROFILES**

**Adam Meislik, Partner**

Adam leverages his accomplished career, spanning twenty-five years in restructuring and corporate finance, into various roles for his clients, including financial advisor, investment banker, CRO, expert witness, and fiduciary.

His clients have run the gamut, including companies, bank lenders and other secured and unsecured creditors, buyers, sellers, bankruptcy counsel, and litigators, all in the context of workouts, insolvency proceedings, fundraising, M&A, and litigation. He provides expert testimony concerning transactions, intangible/intellectual assets, valuation, solvency, and reasonably equivalent value issues. Adam has a proven record in advising, structuring, and executing in excess of 100 mergers, acquisitions, capital transactions, restructurings, and litigation support assignments.

Prior to co-founding Force 10 Partners in 2016, Adam was a Senior Managing Director at GlassRatner Advisory & Capital Group and Co-President and Chief Compliance Officer of GlassRatner Securities. Adam was also a Principal with XRoads Solutions Group. He spent half his career at CIBC World Markets and its predecessor, Oppenheimer & Company, where he led numerous multi-disciplinary teams on large capital markets, M&A, and restructuring assignments. He also co-established CIBC's Houston-based energy practice and helped establish CIBC's software practice. Prior to CIBC, Adam worked in the energy groups at Jefferies and Howard Weil.

Adam also serves as a director of public and private companies. Currently, he is board director of the twelve-year-old Orange County-based Sendio, an email security provider, and Evantix (business and assets sold to Optiv, May 2016).

Adam majored in finance and graduated with a Bachelor of Science degree in Management from Tulane University in 1993. He holds FINRA Series 24, 79, and 62 licenses.

**Chad Kurtz, Managing Director**

Chad specializes in insolvency matters, buying and selling side M&A transactions, and complex modeling/financial analysis. Chad works closely with clients to develop cash collateral forecasts, analyze and improve business operations/cost structures, prepare bankruptcy compliance forms, develop bankruptcy plan projections, and analyze creditor claims.

Prior to joining Force 10, Chad worked at BSW & Associates. Chad also spent 10 years at Ernst & Young LLP, including serving as a Director in its Corporate Finance practice, where he led restructuring advisory engagements. In that capacity, Chad has represented debtors, secured lenders, and creditors' committees, advising on businesses that ranged from start-ups to Fortune 500 companies. He started his career with Ernst & Young's audit department in New York City and ultimately transferred to the Los Angeles office, where he helped lead the West Coast restructuring group that was part of the Corporate Finance practice.

Chad received his MBA from New York University, Stern School of Business and his bachelor's degree from Williams College, and he is a CPA (inactive).

**EXHIBIT C**

**INVOICE**

Force Ten Partners – The Litigation Practice Group P.C.
Timesheet Details for the period September 19, 2023 through July 31, 2024

| Date | Task Code | Notes | Hours | First Name | Last Name | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 9/19/2023 | Committee - Committee Activities | Attend introductory call with representatives of Affirma (committee member) and counsel to Affirma. | 0.3 | Adam | Meislik | $ 850.00 | $ 255.00 |
| 9/19/2023 | Committee - Committee Activities | Attend organizational meeting with Committee legal counsel - N Koffroth, K Owens and M Sweet. Discussed workplan. | 1.0 | Adam | Meislik | $ 850.00 | $ 850.00 |
| 9/19/2023 | Committee - Fee / Employment Applications | Draft Force 10 employment application. | 0.5 | Adam | Meislik | $ 850.00 | $ 425.00 |
| 9/19/2023 | Committee - Fee / Employment Applications | Finalize and execute Meislik declaration supporting employment application. | 0.2 | Adam | Meislik | $ 850.00 | $ 170.00 |
| 9/19/2023 | Committee - Business Analysis / Operations | Review and analyze sale order for information rights to prepare request to MLG to improve their weekly status report. | 0.4 | Adam | Meislik | $ 850.00 | $ 340.00 |
| 9/20/2023 | Committee - Business Analysis / Operations | Attend working session with C Kurtz to compile diligence request list for MLG and the Trustee/Debtor. | 0.6 | Adam | Meislik | $ 850.00 | $ 510.00 |
| 9/20/2023 | Committee - Business Analysis / Operations | Attend working session with C Kurtz and Fox Rothchild to discuss request from UCC to MLG. | 0.5 | Adam | Meislik | $ 850.00 | $ 425.00 |
| 9/20/2023 | Committee - Business Analysis / Operations | Begin diligence request list for MLG. | 0.5 | Adam | Meislik | $ 850.00 | $ 425.00 |
| 9/20/2023 | Committee - Business Analysis / Operations | Continue to review key filings and prepare initial MLG due diligence request list. | 2.5 | Adam | Meislik | $ 850.00 | $ 2,125.00 |
| 9/20/2023 | Committee - Business Analysis / Operations | Continue to research and prepare MLG diligence requests. | 1.4 | Adam | Meislik | $ 850.00 | $ 1,190.00 |
| 9/20/2023 | Committee - Committee Activities | Attend with Trustee, Richard Marshack to discuss case issues. | 0.6 | Adam | Meislik | $ 850.00 | $ 510.00 |
| 9/20/2023 | Committee - Business Analysis / Operations | Telco with A. Meislik to discuss information request from UCC to MLG. | 0.6 | Chad | Kurtz | $ 650.00 | $ 390.00 |
| 9/20/2023 | Committee - Business Analysis / Operations | Telco with A. Meislik and Fox Rothchild to discuss information request from UCC to MLG. | 0.5 | Chad | Kurtz | $ 650.00 | $ 325.00 |
| 9/20/2023 | Committee - Business Analysis / Operations | Read court filings re: asset sale agreement, including subsequent buyer status reports and creditor complaints to determine lien priority. | 1.8 | Chad | Kurtz | $ 650.00 | $ 1,170.00 |
| 9/21/2023 | Committee - Business Analysis / Operations | Finalize MLG due diligence request list and transmit to committee counsel. | 0.5 | Adam | Meislik | $ 850.00 | $ 425.00 |
| 9/21/2023 | Committee - Committee Activities | Read court filings re: Trustee complaint for injunctive relief. | 1.6 | Chad | Kurtz | $ 650.00 | $ 1,040.00 |
| 9/21/2023 | Committee - Committee Activities | Read court filings re: Monthly Operating Reports. | 0.4 | Chad | Kurtz | $ 650.00 | $ 260.00 |
| 9/22/2023 | Committee - Business Analysis / Operations | Review and respond to N Koffroth's comments to F10 diligence requests. | 0.3 | Adam | Meislik | $ 850.00 | $ 255.00 |
| 9/22/2023 | Committee - Committee Activities | Attend weekly call with Committee and Ch 11 Trustee professionals (incl Trustee) | 0.8 | Chad | Kurtz | $ 650.00 | $ 520.00 |
| 9/22/2023 | Committee - Committee Activities | Attend weekly Committee update call. | 0.7 | Chad | Kurtz | $ 650.00 | $ 455.00 |
| 9/22/2023 | Committee - Committee Activities | Attend weekly status session with Trustee and counsel, creditors committee counsel, and C Kurtz of Force 10 | 0.7 | Adam | Meislik | $ 850.00 | $ 595.00 |
| 9/22/2023 | Committee - Committee Activities | Attend weekly committee meeting with Fox Rothschild, members of the committee, C Kurtz | 0.8 | Adam | Meislik | $ 850.00 | $ 680.00 |
| 9/27/2023 | Committee - Committee Activities | Attend meeting with Consumer Ombudsman, Fox Rothschild, Grobstein Teeple, the Trustee and Trustee counsel. | 1.0 | Adam | Meislik | $ 850.00 | $ 850.00 |
| 9/27/2023 | Committee - Business Analysis / Operations | Prepare analyses of anonymized customer contracts from LPG and MLG to understand cash payments to be received from customers; provide to A. Meislik | 1.6 | Chad | Kurtz | $ 650.00 | $ 1,040.00 |
| 9/27/2023 | Committee - Business Analysis / Operations | Telco with A. Meislik, Fox Rothchild, Ch 11 Trustee and counsel, and Consumer Ombudsman re: recent information request from UCC to MLG. | 1.0 | Chad | Kurtz | $ 650.00 | $ 650.00 |
| 9/28/2023 | Committee - Claims Analysis and Objections | Read and respond to email from A. Meislik re: recently filed secured claims. | 0.5 | Chad | Kurtz | $ 650.00 | $ 325.00 |
| 9/29/2023 | Committee - Committee Activities | Attend committee meeting. | 0.7 | Adam | Meislik | $ 850.00 | $ 595.00 |

Force Ten Partners – The Litigation Practice Group P.C.
Timesheet Details for the period September 19, 2023 through July 31, 2024

| Date | Task Code | Notes | Hours | First Name | Last Name | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 9/29/2023 | Committee - Business Analysis / Operations | Preparation for and attend working session with representatives of MLG (Armstrong and additional staff) and counsel (Z Schectman), Trustee counsel (C Ghio), committee counsel (N Koffroth) and C Kurtz. | 1.1 | Adam | Meislik | $ 850.00 | $ 935.00 |
| 9/29/2023 | Committee - Business Analysis / Operations | Telco with A. Meislik, N. Koffroth, MLG, and Ch 11 Trustee's counsel re: recent information request from UCC to MLG. | 1.1 | Chad | Kurtz | $ 650.00 | $ 715.00 |
| 10/6/2023 | Committee - Business Analysis / Operations | Draft and transmit agenda and work plan status update to FR and F10 teams. | 0.3 | Adam | Meislik | $ 850.00 | $ 255.00 |
| 10/6/2023 | Committee - Committee Activities | Prepare for and attend weekly Committee update call. | 1.4 | Chad | Kurtz | $ 650.00 | $ 910.00 |
| 10/6/2023 | Committee - Committee Activities | Telco with N. Koffroth to discuss current case status of data needed to prepare plan projections and analyses. | 1.1 | Chad | Kurtz | $ 650.00 | $ 715.00 |
| 10/7/2023 | Committee - Business Analysis / Operations | Draft and transmit follow up information request to MLG after not receiving data as agreed. | 0.3 | Adam | Meislik | $ 850.00 | $ 255.00 |
| 10/9/2023 | Committee - Business Analysis / Operations | Telco with D. Mehra (GT) to discuss recently filed MORs, including updates thereto. | 0.6 | Chad | Kurtz | $ 650.00 | $ 390.00 |
| 10/11/2023 | Committee - Business Analysis / Operations | Prepare list of items to request from Ch. 11 Trustee and provide to A. Meislik, N. Koffroth, and K. Owens for comments. | 0.6 | Chad | Kurtz | $ 650.00 | $ 390.00 |
| 10/11/2023 | Committee - Business Analysis / Operations | Prepare and transmit due diligence request list for Trustee. | 0.4 | Adam | Meislik | $ 850.00 | $ 340.00 |
| 10/13/2023 | Committee - Committee Activities | Attend weekly Committee update call. | 0.7 | Chad | Kurtz | $ 650.00 | $ 455.00 |
| 10/13/2023 | Committee - Committee Activities | Attend committee meeting. | 0.7 | Adam | Meislik | $ 850.00 | $ 595.00 |
| 10/18/2023 | Committee - Business Analysis / Operations | Telco with A. Meislik and Ch. 11 Trustee and advisors to discuss recent information request from UCC to Ch. 11 Trustee. | 1.2 | Chad | Kurtz | $ 650.00 | $ 780.00 |
| 10/18/2023 | Committee - Business Analysis / Operations | Read and respond to emails from Ch. 11 Trustee and advisors sending portions of requested information. | 0.5 | Chad | Kurtz | $ 650.00 | $ 325.00 |
| 10/18/2023 | Committee - Business Analysis / Operations | Attend call with Trustee and professionals to discuss Committee due diligence request list and case action plan. | 1.2 | Adam | Meislik | $ 850.00 | $ 1,020.00 |
| 10/18/2023 | Committee - Business Analysis / Operations | Compile and summarize notes from call with Trustee and professionals. | 0.4 | Adam | Meislik | $ 850.00 | $ 340.00 |
| 10/19/2023 | Committee - Business Analysis / Operations | Prepare MLG diligence request list to support motion. | 0.9 | Adam | Meislik | $ 850.00 | $ 765.00 |
| 10/19/2023 | Committee - Business Analysis / Operations | Attend a working session with K Owens, N Koffroth, and C Kurtz to discuss the work plan and recap 10/18 discussion with the Trustee and professionals. | 0.9 | Adam | Meislik | $ 850.00 | $ 765.00 |
| 10/19/2023 | Committee - Business Analysis / Operations | Telco with A. Meislik and Fox Rothschild to discuss current case status, including responses so far to information requests sent to MLG and Ch. 11 Trustee. | 0.9 | Chad | Kurtz | $ 650.00 | $ 585.00 |
| 10/19/2023 | Committee - Business Analysis / Operations | Revise list of items to request from MLG based on data previously requested; provide to A. Meislik for comments. | 0.6 | Chad | Kurtz | $ 650.00 | $ 390.00 |
| 10/20/2023 | Committee - Plan & Disclosure Statement | Prepare analysis of recent cash activity as provided by Ch. 11 Trustee. | 2.3 | Chad | Kurtz | $ 650.00 | $ 1,495.00 |
| 10/20/2023 | Committee - Committee Activities | Attend weekly committee call. | 0.5 | Adam | Meislik | $ 850.00 | $ 425.00 |
| 10/25/2023 | Committee - Business Analysis / Operations | Prepare analysis of recent collections activity per Status Reports as compared to original projections provided by Resolution Processing. | 1.8 | Chad | Kurtz | $ 650.00 | $ 1,170.00 |
| 10/25/2023 | Committee - Plan & Disclosure Statement | Prepare analysis of recent cash activity as provided by Ch. 11 Trustee. | 1.6 | Chad | Kurtz | $ 650.00 | $ 1,040.00 |
| 10/25/2023 | Committee - Claims Analysis and Objections | Draft email to, and read and respond to replies from, P. Kraus and C. Celentino re: post-petition super-priority financing. | 0.4 | Chad | Kurtz | $ 650.00 | $ 260.00 |
| 10/31/2023 | Committee - Business Analysis / Operations | Telco with A. Meislik to discuss analysis of collections activity as per Status Reports and estimated sales proceeds to be collected. | 0.9 | Chad | Kurtz | $ 650.00 | $ 585.00 |

Force Ten Partners – The Litigation Practice Group P.C.
Timesheet Details for the period September 19, 2023 through July 31, 2024

| Date | Task Code | Notes | Hours | First Name | Last Name | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 10/31/2023 | Committee - Business Analysis / Operations | Pull MLG customer collection data from Wordplay system. | 0.5 | Chad | Kurtz | $ 650.00 | $ 325.00 |
| 10/31/2023 | Committee - Business Analysis / Operations | Review and analyze draft liquidation and proceeds projections. | 0.5 | Adam | Meisilk | $ 850.00 | $ 425.00 |
| 10/31/2023 | Committee - Business Analysis / Operations | Attend a working session with C Kurtz to discuss collections activity, Status Reports, and estimated sales collections. | 0.9 | Adam | Meisilk | $ 850.00 | $ 765.00 |
| 10/31/2023 | Committee - Committee Activities | Discuss case status and plan drafting with R Marshack. | 0.4 | Adam | Meisilk | $ 850.00 | $ 340.00 |
| 11/1/2023 | Committee - Business Analysis / Operations | Telco with N. Koffroh and A. Meislik to discuss analysis of collections activity as per Status Reports and estimated sales proceeds to be collected. | 0.8 | Chad | Kurtz | $ 650.00 | $ 520.00 |
| 11/1/2023 | Committee - Business Analysis / Operations | Confer with C Kurtz regarding revenue projections. | 0.3 | Adam | Meisilk | $ 850.00 | $ 255.00 |
| 11/1/2023 | Committee - Business Analysis / Operations | Analyze revenue projections. | 0.3 | Adam | Meisilk | $ 850.00 | $ 255.00 |
| 11/1/2023 | Committee - Business Analysis / Operations | Attend working session with C Kurtz and N Koffroth regarding draft plan analysis and related issues. | 0.5 | Adam | Meisilk | $ 850.00 | $ 425.00 |
| 11/1/2023 | Committee - Business Analysis / Operations | Review Motion on potential compromise with Azure and impact on plan of reorganization economics. Draft and transmit follow up questions to N Koffroth regarding same. | 0.4 | Adam | Meisilk | $ 850.00 | $ 340.00 |
| 11/2/2023 | Committee - Claims Analysis and Objections | Prepare analysis of estimated administrative claims; provide to A. Meislik for comments. | 1.8 | Chad | Kurtz | $ 650.00 | $ 1,170.00 |
| 11/3/2023 | Committee - Business Analysis / Operations | Update analysis of recent collections activity per Status Reports as compared to original projections provided by Resolution Processing. | 0.6 | Chad | Kurtz | $ 650.00 | $ 390.00 |
| 11/3/2023 | Committee - Plan & Disclosure Statement | Update analysis of recent cash activity as provided by Ch. 11 Trustee. | 0.6 | Chad | Kurtz | $ 650.00 | $ 390.00 |
| 11/3/2023 | Committee - Claims Analysis and Objections | Attend conversation with J Golden regarding his clients GUC claim. | 0.3 | Adam | Meisilk | $ 850.00 | $ 255.00 |
| 11/3/2023 | Committee - Committee Activities | Attend committee meeting. | 0.6 | Adam | Meisilk | $ 850.00 | $ 510.00 |
| 11/5/2023 | Committee - Claims Analysis and Objections | Review and analyze Affirma claims. | 1.0 | Adam | Meisilk | $ 850.00 | $ 850.00 |
| 11/5/2023 | Committee - Claims Analysis and Objections | Call with J Golden regarding Affirma claim issue. | 0.4 | Adam | Meisilk | $ 850.00 | $ 340.00 |
| 11/6/2023 | Committee - Plan & Disclosure Statement | Draft email to, and read and respond to replies from, P. Kraus and C. Celentino re: receipt of sale proceeds. | 0.4 | Chad | Kurtz | $ 650.00 | $ 260.00 |
| 11/10/2023 | Committee - Business Analysis / Operations | Update analysis of recent collections activity per Status Reports as compared to original projections provided by Resolution Processing. | 0.6 | Chad | Kurtz | $ 650.00 | $ 390.00 |
| 11/10/2023 | Committee - Business Analysis / Operations | Read and respond to emails from N. Koffroth, K. Owens, and A. Meislik re: most recent analysis of data from MLG and potential sale proceeds to be received by the estate. | 0.6 | Chad | Kurtz | $ 650.00 | $ 390.00 |
| 11/14/2023 | Committee - Business Analysis / Operations | Telco with D. Mehra, J. Teeple, and A. Meislik to discuss current status of estate accounting and recently filed MORs. | 0.6 | Chad | Kurtz | $ 650.00 | $ 390.00 |
| 11/14/2023 | Committee - Business Analysis / Operations | Attend working session with J Teeple, D Mehra and C Kurtz regarding data from MLG and case status. | 0.6 | Adam | Meisilk | $ 850.00 | $ 510.00 |
| 11/16/2023 | Committee - Claims Analysis and Objections | Read and respond to replies from, P. Kraus, A. Meislik, D. Mehra, J. Teeple, C. Ghio and C. Celentino re: receipt of sale proceeds and post-petition super-priority financing. | 0.8 | Chad | Kurtz | $ 650.00 | $ 520.00 |
| 11/17/2023 | Committee - Business Analysis / Operations | Update analysis of recent collections activity per Status Reports as compared to original projections provided by Resolution Processing. | 0.6 | Chad | Kurtz | $ 650.00 | $ 390.00 |
| 11/17/2023 | Committee - Committee Activities | Attend Committee update call. | 0.5 | Chad | Kurtz | $ 650.00 | $ 325.00 |
| 11/17/2023 | Committee - Committee Activities | Attend call with Trustee, Trustee professionals, and Fox Rothschild to discuss case strategy and work plan updates. | 1.0 | Adam | Meisilk | $ 850.00 | $ 850.00 |
| 11/17/2023 | Committee - Committee Activities | Attend committee meeting. | 0.5 | Adam | Meisilk | $ 850.00 | $ 425.00 |

Force Ten Partners – The Litigation Practice Group P.C.
Timesheet Details for the period September 19, 2023 through July 31, 2024

| Date | Task Code | Notes | Hours | First Name | Last Name | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 11/17/2023 | Committee - Claims Analysis and Objections | Read and respond to replies from, P. Kraus, A. Meisilk, D. Mehra, J. Teeple, C. Ghio and C. Celentino re: receipt of sale proceeds and post-petition super-priority financing. | 0.9 | Chad | Kurtz | $ 650.00 | $ 585.00 |
| 11/20/2023 | Committee - Plan & Disclosure Statement | Prepare comments on draft POR and draft Plan. | 1.3 | Chad | Kurtz | $ 650.00 | $ 845.00 |
| 11/20/2023 | Committee - Plan & Disclosure Statement | Review and analyze draft Plan. | 0.7 | Adam | Meislik | $ 850.00 | $ 595.00 |
| 11/20/2023 | Committee - Plan & Disclosure Statement | Review C Kurtz comments and transmit combined comments to Fox Rothschild. | 0.4 | Adam | Meislik | $ 850.00 | $ 340.00 |
| 11/21/2023 | Committee - Plan & Disclosure Statement | Telco with K. Owens, N. Koffroth, and A. Meislik to discuss comments on draft POR. | 1.3 | Chad | Kurtz | $ 650.00 | $ 845.00 |
| 11/21/2023 | Committee - Plan & Disclosure Statement | Attend working session with K Owens, N Koffroth, C Kurtz to review the draft Plan. | 1.3 | Adam | Meislik | $ 850.00 | $ 1,105.00 |
| 11/21/2023 | Committee - Claims Analysis and Objections | Read transcript of July sale hearing; provide comments to K. Owens, N. Koffroth, and A. Meisilk re: potential treatment of post-petition super-priority financing. | 0.6 | Chad | Kurtz | $ 650.00 | $ 390.00 |
| 11/24/2023 | Committee - Business Analysis / Operations | Update analysis of recent collections activity per Status Reports as compared to original projections provided by Resolution Processing. | 0.6 | Chad | Kurtz | $ 650.00 | $ 390.00 |
| 11/24/2023 | Committee - Business Analysis / Operations | Review, analyze and request further clarification on J Armstrong (MLG) estate proceeds responses. | 0.3 | Adam | Meislik | $ 850.00 | $ 255.00 |
| 11/26/2023 | Committee - Business Analysis / Operations | Review and analyze weekly status report transmit concerns to committee counsel, and draft and transmit email to MLG regarding cash flow. | 0.4 | Adam | Meislik | $ 850.00 | $ 340.00 |
| 11/27/2023 | Committee - Business Analysis / Operations | Telco with K. Owens, N. Koffroth, and A. Meislik to discuss recent liquidity position for MLG and amounts owed to the estate. | 0.7 | Chad | Kurtz | $ 650.00 | $ 455.00 |
| 11/27/2023 | Committee - Business Analysis / Operations | Call with R Marshack regarding MLG status reports. | 0.2 | Adam | Meislik | $ 850.00 | $ 170.00 |
| 11/28/2023 | Committee - Business Analysis / Operations | Telco with R. Marshack, C. Celentino, and A. Meislik to discuss recent liquidity position for MLG and amounts owed to the estate. | 0.9 | Chad | Kurtz | $ 650.00 | $ 585.00 |
| 11/28/2023 | Committee - Business Analysis / Operations | Attend call with R Marshack, C Celentino, C Ghio and C Kurtz regarding MLG revenue and expense issues and other case issues. | 0.9 | Adam | Meislik | $ 850.00 | $ 765.00 |
| 11/28/2023 | Committee - Business Analysis / Operations | Review and summarize call notes for FR. | 0.3 | Adam | Meislik | $ 850.00 | $ 255.00 |
| 11/29/2023 | Committee - Business Analysis / Operations | Update analysis of reported MLG collections to include units as well as amounts; provide to A. Meislik for comments. | 0.8 | Chad | Kurtz | $ 650.00 | $ 520.00 |
| 11/29/2023 | Committee - Business Analysis / Operations | Telco with J. Armstrong, T. Roman, C. Celentino, and A. Meislik to discuss recent liquidity position for MLG and amounts owed to the estate. | 1.0 | Chad | Kurtz | $ 650.00 | $ 650.00 |
| 11/29/2023 | Committee - Business Analysis / Operations | Attend working session with J Armstrong, T Roman (both of MLG), C Celentino (Dinsmore) and C Kurtz (F10) to discuss MLG revenue and profit improvement plan. | 1.0 | Adam | Meislik | $ 850.00 | $ 850.00 |
| 11/29/2023 | Committee - Business Analysis / Operations | Prepare MLG due diligence summary and transmit to N Koffroth and K Owens. | 0.4 | Adam | Meislik | $ 850.00 | $ 340.00 |
| 11/29/2023 | Committee - Committee Activities | Attend call with R Marshack regarding liquidating/litigation trust fees. | 0.2 | Adam | Meislik | $ 850.00 | $ 170.00 |
| 12/1/2023 | Committee - Business Analysis / Operations | Update analysis of recent collections activity per Status Reports as compared to original projections provided by Resolution Processing. | 0.4 | Chad | Kurtz | $ 650.00 | $ 260.00 |
| 12/1/2023 | Committee - Business Analysis / Operations | Telco with D. Mehra, J. Teeple, and A. Meislik to discuss recent liquidity position for MLG and amounts owed to the estate. | 0.5 | Chad | Kurtz | $ 650.00 | $ 325.00 |
| 12/1/2023 | Committee - Business Analysis / Operations | Attend working session with J Teeple, D Mehra, and C Kurtz to discuss MLG performance and open issues. | 0.5 | Adam | Meislik | $ 850.00 | $ 425.00 |

Force Ten Partners – The Litigation Practice Group P.C.
Timesheet Details for the period September 19, 2023 through July 31, 2024

| Date | Task Code | Notes | Hours | First Name | Last Name | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 12/1/2023 | Committee - Business Analysis / Operations | Review APA, prepare and transmit email to C Celentino regarding purchase price adjustments. | 0.3 | Adam | Meislik | $ 850.00 | $ 255.00 |
| 12/1/2023 | Committee - Business Analysis / Operations | Review secured claims and summarize schedule. | 0.3 | Chad | Meislik | $ 850.00 | $ 255.00 |
| 12/6/2023 | Committee - Plan & Disclosure Statement | Prepare comments on draft Liquidating Trust Agreement and provide to A. Meislik. | 1.3 | Chad | Kurtz | $ 650.00 | $ 845.00 |
| 12/7/2023 | Committee - Business Analysis / Operations | Edit liquidating trust agreement. | 0.5 | Adam | Meislik | $ 850.00 | $ 425.00 |
| 12/8/2023 | Committee - Claims Analysis and Objections | Attend Ch 11 Trustee professionals update call (re: potential approaches to secured claims). | 1.0 | Chad | Kurtz | $ 650.00 | $ 650.00 |
| 12/8/2023 | Committee - Committee Activities | Attend Committee update call. | 0.3 | Chad | Kurtz | $ 650.00 | $ 195.00 |
| 12/8/2023 | Committee - Committee Activities | Attend trustee / GUC professional update call. | 1.0 | Chad | Meislik | $ 850.00 | $ 850.00 |
| 12/8/2023 | Committee - Committee Activities | Attend weekly Committee meeting | 0.3 | Adam | Meislik | $ 850.00 | $ 255.00 |
| 12/13/2023 | Committee - Business Analysis / Operations | Update analysis of recent collections activity per Status Reports as compared to original projections provided by Resolution Processing | 0.4 | Chad | Kurtz | $ 650.00 | $ 260.00 |
| 12/13/2023 | Committee - Committee Activities | Review and analyze Order to vacate 5/26/23 lockout and preliminary injunction and supporting declarations. | 0.4 | Adam | Meislik | $ 850.00 | $ 340.00 |
| 12/15/2023 | Committee - Claims Analysis and Objections | Review and analyze email from FR related to OHP settlement discussions.  Prepare and request data from MLG. | 0.5 | Adam | Meislik | $ 850.00 | $ 425.00 |
| 12/21/2023 | Committee - Business Analysis / Operations | Update analysis of recent collections activity per Status Reports as compared to original projections provided by Resolution Processing. | 0.4 | Chad | Kurtz | $ 650.00 | $ 260.00 |
| 12/22/2023 | Committee - Business Analysis / Operations | Review OHP data received from MLG. Correspond with OHP regarding data and prepare preliminary analysis. | 1.2 | Adam | Meislik | $ 850.00 | $ 1,020.00 |
| 12/22/2023 | Committee - Claims Analysis and Objections | Prepare analysis of potential secured, priority, and administrative claims based on data provided by Omni and P. Kraus; provide comments to A. Meislik. | 3.4 | Chad | Kurtz | $ 650.00 | $ 2,210.00 |
| 12/26/2023 | Committee - Business Analysis / Operations | Telco with J. Armstrong, T. Roman, and A. Meislik to discuss recent liquidity position for MLG and amounts owed to the estate. | 0.5 | Chad | Kurtz | $ 650.00 | $ 325.00 |
| 12/26/2023 | Committee - Business Analysis / Operations | Prepare for and attend working session with representatives of MLG and C Kurtz. | 0.5 | Adam | Meislik | $ 850.00 | $ 425.00 |
| 12/27/2023 | Committee - Business Analysis / Operations | Update analysis of recent collections activity per Status Reports as compared to original projections provided by Resolution Processing. | 0.4 | Chad | Kurtz | $ 650.00 | $ 260.00 |
| 12/27/2023 | Committee - Business Analysis / Operations | Review and respond to request for OHP-related client IDs not contained in APA. | 0.2 | Adam | Meislik | $ 850.00 | $ 170.00 |
| 12/28/2023 | Committee - Business Analysis / Operations | Attend working session with C Kurtz regarding admin claims. | 0.5 | Adam | Meislik | $ 850.00 | $ 425.00 |
| 12/28/2023 | Committee - Claims Analysis and Objections | Discussion with A. Meislik re: next steps to clarify potential amount of secured, priority, and administrative claims. | 0.5 | Chad | Kurtz | $ 650.00 | $ 325.00 |
| 1/5/2024 | Committee - Business Analysis / Operations | Update analysis of recent collections activity per Status Reports as compared to original projections provided by Resolution Processing. | 0.4 | Chad | Kurtz | $ 650.00 | $ 260.00 |
| 1/12/2024 | Committee - Business Analysis / Operations | Update analysis of recent collections activity per Status Reports as compared to original projections provided by Resolution Processing. | 0.4 | Chad | Kurtz | $ 650.00 | $ 260.00 |
| 1/15/2024 | Committee - Claims Analysis and Objections | Attend working discussion with C Kurtz on the admin claims. | 0.5 | Adam | Meislik | $ 850.00 | $ 425.00 |
| 1/17/2024 | Committee - Committee Activities | Meeting with K Owens of Fox Rothschild to discuss administrative claims, secured claims and plan confirmation issues. | 0.4 | Adam | Meislik | $ 850.00 | $ 340.00 |

Force Ten Partners – The Litigation Practice Group P.C.
Timesheet Details for the period September 19, 2023 through July 31, 2024

| Date | Task Code | Notes | Hours | First Name | Last Name | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 1/18/2024 | Committee - Business Analysis / Operations | Update analysis of recent collections activity per Status Reports as compared to original projections provided by Resolution Processing. | 0.4 | Chad | Kurtz | $ 650.00 | $ 260.00 |
| 1/18/2024 | Committee - Claims Analysis and Objections | Draft email, and read and respond to replies from, working group (Marshack Hayes, Dinsmore, the Ch 11 Trustee, Fox Rothschild, and A. Meislik) re: claims filed to date as administrative. | 1.3 | Chad | Kurtz | $ 650.00 | $ 845.00 |
| 1/18/2024 | Committee - Claims Analysis and Objections | Attend phone call with Trustee Marshack and counsel E Hayes regarding admin claims. Trustee counsel will further research. | 0.2 | Adam | Meislik | $ 850.00 | $ 170.00 |
| 1/18/2024 | Committee - Claims Analysis and Objections | Email updates to committee counsel | 0.3 | Adam | Meislik | $ 850.00 | $ 255.00 |
| 1/19/2024 | Committee - Claims Analysis and Objections | Attend Ch 11 Trustee professionals update call (re: potential approaches to secured and administrative claims). | 1.0 | Chad | Kurtz | $ 650.00 | $ 650.00 |
| 1/19/2024 | Committee - Plan & Disclosure Statement | Attend working session with R Marshack, E Hays, and K Owens regarding plan issues. | 0.6 | Adam | Meislik | $ 850.00 | $ 510.00 |
| 1/23/2024 | Committee - Plan & Disclosure Statement | Prepare draft feasibility analysis, including projected residual sale proceeds to be received. | 2.7 | Chad | Kurtz | $ 650.00 | $ 1,755.00 |
| 1/24/2024 | Committee - Business Analysis / Operations | Update analysis of recent collections activity per Status Reports as compared to original projections provided by Resolution Processing. | 0.4 | Chad | Kurtz | $ 650.00 | $ 260.00 |
| 1/24/2024 | Committee - Plan & Disclosure Statement | Update draft feasibility analysis to include projected operating cash outflows and administrative expenses. | 2.5 | Chad | Kurtz | $ 650.00 | $ 1,625.00 |
| 1/25/2024 | Committee - Business Analysis / Operations | Review and respond to Trustee Marshack email on sale proceeds. | 0.2 | Adam | Meislik | $ 850.00 | $ 170.00 |
| 1/25/2024 | Committee - Business Analysis / Operations | Prepare for and attend working session with C Kurtz regarding case issues, plan confirmation issues (0.7). Draft information requests and transmit regarding same (0.6). | 1.3 | Adam | Meislik | $ 850.00 | $ 1,105.00 |
| 1/25/2024 | Committee - Plan & Disclosure Statement | Update draft feasibility analysis based on comments from A. Meislik. | 1.5 | Chad | Kurtz | $ 650.00 | $ 975.00 |
| 1/25/2024 | Committee - Plan & Disclosure Statement | Telco with N. Koffroth, K. Owens, and A. Meislik re: draft plan document and status of disclosure statement. | 1.8 | Chad | Kurtz | $ 650.00 | $ 1,170.00 |
| 1/25/2024 | Committee - Plan & Disclosure Statement | Attend working session regarding plan issues with N Koffroth, K Owens, C Kurtz. | 1.8 | Adam | Meislik | $ 850.00 | $ 1,530.00 |
| 1/26/2024 | Committee - Business Analysis / Operations | Attend call with C Celantino regarding MLG status. | 0.2 | Adam | Meislik | $ 850.00 | $ 170.00 |
| 1/26/2024 | Committee - Business Analysis / Operations | Draft and transmit email to committee professionals regarding MLG status. | 0.2 | Adam | Meislik | $ 850.00 | $ 170.00 |
| 1/26/2024 | Committee - Business Analysis / Operations | Communicate with MLG management regarding status and accounting. | 0.3 | Adam | Meislik | $ 850.00 | $ 255.00 |
| 1/26/2024 | Committee - Committee Activities | Attend Committee update call. | 1.8 | Chad | Kurtz | $ 650.00 | $ 1,170.00 |
| 1/26/2024 | Committee - Committee Activities | Attend trustee and committee professional call. | 0.8 | Adam | Meislik | $ 850.00 | $ 680.00 |
| 1/26/2024 | Committee - Committee Activities | Attend Committee meeting. | 1.0 | Adam | Meislik | $ 850.00 | $ 850.00 |
| 1/26/2024 | Committee - Committee Activities | Call with N Koffroth regarding liquidating trust terms. | 0.4 | Adam | Meislik | $ 850.00 | $ 340.00 |
| 1/26/2024 | Committee - Plan & Disclosure Statement | Prepare analysis of potential priority, and administrative claims based on data provided by Omni and P. Kraus. | 2.7 | Chad | Kurtz | $ 650.00 | $ 1,755.00 |
| 1/26/2024 | Committee - Plan & Disclosure Statement | Prepare analysis of potential secured claims based on data provided by Fox Rothschild, Omni and P. Kraus. | 2.4 | Chad | Kurtz | $ 650.00 | $ 1,560.00 |
| 1/27/2024 | Committee - Committee Activities | Update draft feasibility analysis to include estimated amounts for potential secured, priority, and administrative claims. | 2.4 | Chad | Kurtz | $ 650.00 | $ 1,560.00 |
| 1/29/2024 | Committee - Business Analysis / Operations | Attend working session with C Kurtz regarding disclosure statement. | 0.6 | Adam | Meislik | $ 850.00 | $ 510.00 |

Force Ten Partners - The Litigation Practice Group P.C.
Timesheet Details for the period September 19, 2023 through July 31, 2024

| Date | Task Code | Notes | Hours | First Name | Last Name | Billable Rate | Billable Amount |
|------|-----------|-------|-------|-----------|-----------|--------------|----------------|
| 1/29/2024 | Committee - Plan & Disclosure Statement | Telco with A. Meislik to discuss draft plan projections, including feasibility and liquidation analyses. | 0.6 | Chad | Kurtz | $ 650.00 | $ 390.00 |
| 1/29/2024 | Committee - Plan & Disclosure Statement | Update draft feasibility analysis based on comments from A. Meislik. | 1.8 | Chad | Kurtz | $ 650.00 | $ 1,170.00 |
| 1/29/2024 | Committee - Plan & Disclosure Statement | Prepare draft liquidation analysis and computation of best interests test. | 1.9 | Chad | Kurtz | $ 650.00 | $ 1,235.00 |
| 1/30/2024 | Committee - Business Analysis / Operations | Attend working session with C Kurtz regarding Disclosure Statement analysis. | 0.7 | Adam | Meislik | $ 850.00 | $ 595.00 |
| 1/30/2024 | Committee - Plan & Disclosure Statement | Telco with A. Meislik to discuss draft plan projections, including feasibility and liquidation analyses. | 0.7 | Chad | Kurtz | $ 650.00 | $ 455.00 |
| 1/30/2024 | Committee - Plan & Disclosure Statement | Update draft plan projections, including feasibility and liquidation analyses, based on comments from A. Meislik; provide to K. Owens and N. Koffroth for comments. | 2.4 | Chad | Kurtz | $ 650.00 | $ 1,560.00 |
| 1/31/2024 | Committee - Committee Activities | Discuss liquidating trust issues with N Koffroth and K Owens. | 0.4 | Adam | Meislik | $ 850.00 | $ 340.00 |
| 1/31/2024 | Committee - Plan & Disclosure Statement | Review Liquidating Trust agreement and discuss with N Koffroth. | 0.5 | Adam | Meislik | $ 850.00 | $ 425.00 |
| 2/1/2024 | Committee - Business Analysis / Operations | Update analysis of recent collections activity per Status Reports as compared to original projections provided by Resolution Processing. | 0.4 | Chad | Kurtz | $ 650.00 | $ 260.00 |
| 2/1/2024 | Committee - Plan & Disclosure Statement | Update draft plan projections, including feasibility and liquidation analyses, to include estimated amount of general unsecured claims. | 4.3 | Chad | Kurtz | $ 650.00 | $ 2,795.00 |
| 2/2/2024 | Committee - Business Analysis / Operations | Telco with J. Armstrong and A. Meislik to discuss recent financial performance and estimated amount of purchase price still pending. | 0.9 | Chad | Kurtz | $ 650.00 | $ 585.00 |
| 2/2/2024 | Committee - Business Analysis / Operations | Call with J Armstrong and C Kurtz to discuss MLG operational and financial issues. | 0.9 | Adam | Meislik | $ 850.00 | $ 765.00 |
| 2/2/2024 | Committee - Business Analysis / Operations | Call with N Koffroth to discuss APA issues. | 0.2 | Adam | Meislik | $ 850.00 | $ 170.00 |
| 2/2/2024 | Committee - Committee Activities | Attend professionals call. | 0.7 | Adam | Meislik | $ 850.00 | $ 595.00 |
| 2/2/2024 | Committee - Plan & Disclosure Statement | Correspondence with A. Meislik to discuss draft plan projections, including potential purchase price adjustments and other data provided by buyer. | 1.4 | Chad | Kurtz | $ 650.00 | $ 910.00 |
| 2/5/2024 | Committee - Plan & Disclosure Statement | Review disclosure statement analysis and converse with C Kurtz regarding same. | 0.3 | Adam | Meislik | $ 850.00 | $ 255.00 |
| 2/6/2024 | Committee - Plan & Disclosure Statement | Review disclosure statement analysis. | 1.0 | Adam | Meislik | $ 850.00 | $ 850.00 |
| 2/7/2024 | Committee - Plan & Disclosure Statement | Correspondence with A. Meislik to discuss draft plan projections, including potential purchase price adjustments and other data provided by buyer. | 1.6 | Chad | Kurtz | $ 650.00 | $ 1,040.00 |
| 2/7/2024 | Committee - Plan & Disclosure Statement | Analyze monthly financials from MLG. | 0.4 | Adam | Meislik | $ 850.00 | $ 340.00 |
| 2/7/2024 | Committee - Plan & Disclosure Statement | Analyze closing adjustment data from MLG and APA. | 2.0 | Adam | Meislik | $ 850.00 | $ 1,700.00 |
| 2/8/2024 | Committee - Business Analysis / Operations | Update analysis of recent collections activity per Status Reports as compared to original projections provided by Resolution Processing. | 0.4 | Chad | Kurtz | $ 650.00 | $ 260.00 |
| 2/8/2024 | Committee - Business Analysis / Operations | Telco with A. Rubin (RP), T. Roman, J. Armstrong and A. Meislik to discuss potential adjustments to purchase price. | 0.6 | Chad | Kurtz | $ 650.00 | $ 390.00 |
| 2/8/2024 | Committee - Plan & Disclosure Statement | Telcos with A. Meislik to discuss draft plan projections, including potential purchase price adjustments and other data provided by buyer. | 1.4 | Chad | Kurtz | $ 650.00 | $ 910.00 |
| 2/8/2024 | Committee - Business Analysis / Operations | Prepare for and attend call with representatives of MLG and C Kurtz. | 0.6 | Adam | Meislik | $ 850.00 | $ 510.00 |
| 2/8/2024 | Committee - Business Analysis / Operations | Prepare for and attend working session with C Kurtz regarding APA purchase price adjustment issues. | 1.4 | Adam | Meislik | $ 850.00 | $ 1,190.00 |

Force Ten Partners – The Litigation Practice Group P.C.
Timesheet Details for the period September 19, 2023 through July 31, 2024

| Date | Task Code | Notes | Hours | First Name | Last Name | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 2/8/2024 | Committee - Business Analysis / Operations | Prepare analysis and follow up email summary from notes of the conversation with MLG and transmit to Trustee and counsel and GUC professionals. | 0.8 | Adam | Meisilk | $ 850.00 | $ 680.00 |
| 2/8/2024 | Committee - Business Analysis / Operations | Correspond with C Ghio regarding purchase price adjustment and follow-up with MLG on same. | 0.4 | Adam | Meisilk | $ 850.00 | $ 340.00 |
| 2/8/2024 | Committee - Business Analysis / Operations | Continue to analyze and research paying contracts at closing data. | 0.4 | Adam | Meisilk | $ 850.00 | $ 340.00 |
| 2/9/2024 | Committee - Committee Activities | Attend committee professionals call to discuss liquidating trust issues. | 1.5 | Adam | Meisilk | $ 850.00 | $ 1,275.00 |
| 2/9/2024 | Committee - Business Analysis / Operations | Prepare summary of call with MLG and resolution processing group and transmit to N Koffroh and K Owens. | 0.4 | Adam | Meisilk | $ 850.00 | $ 340.00 |
| 2/9/2024 | Committee - Plan & Disclosure Statement | Correspondence with A. Meisilk to discuss draft plan projections, including potential purchase price adjustments and other data provided by buyer. | 0.6 | Chad | Kurtz | $ 650.00 | $ 390.00 |
| 2/9/2024 | Committee - Plan & Disclosure Statement | Review and comment on draft DS and LT agreements. Provide instruction to C Kurtz on same and transmit considerations to N Koffroh and K Owens. | 1.5 | Adam | Meisilk | $ 850.00 | $ 1,275.00 |
| 2/9/2024 | Committee - Plan & Disclosure Statement | Prepare for and attend working session with C Kurtz on Disclosure Statement issues. | 0.6 | Adam | Meisilk | $ 850.00 | $ 510.00 |
| 2/10/2024 | Committee - Committee Activities | Research statements on sale terms. | 0.2 | Adam | Meisilk | $ 850.00 | $ 170.00 |
| 2/11/2024 | Committee - Business Analysis / Operations | Further review contract counts and send questions to MLG. | 0.4 | Adam | Meisilk | $ 850.00 | $ 340.00 |
| 2/12/2024 | Committee - Business Analysis / Operations | Review revenue tail report prepared by MLG and respond to C Ghio email on next steps. | 0.2 | Adam | Meisilk | $ 850.00 | $ 170.00 |
| 2/14/2024 | Committee - Business Analysis / Operations | Update analysis of recent collections activity per Status Reports as compared to original projections provided by Resolution Processing. | 0.4 | Chad | Kurtz | $ 650.00 | $ 260.00 |
| 2/16/2024 | Committee - Plan & Disclosure Statement | Attend Ch 11 Trustee professionals update call (re: current status of Plan, DS, and LT agreement). | 1.0 | Chad | Kurtz | $ 650.00 | $ 650.00 |
| 2/16/2024 | Committee - Plan & Disclosure Statement | Attend call with K Koffroh regarding liquidating trust disagreements with chapter 11 trustee. | 0.3 | Adam | Meisilk | $ 850.00 | $ 255.00 |
| 2/16/2024 | Committee - Plan & Disclosure Statement | Attend professionals call. | 1.0 | Adam | Meisilk | $ 850.00 | $ 850.00 |
| 2/21/2024 | Committee - Business Analysis / Operations | Update analysis of recent collections activity per Status Reports as compared to original projections provided by Resolution Processing. | 0.4 | Chad | Kurtz | $ 650.00 | $ 260.00 |
| 2/21/2024 | Committee - Plan & Disclosure Statement | Telco with E. Hayes, K. Owens, N. Koffroh, and A. Meisilk re: comments on draft plan projections. | 1.4 | Chad | Kurtz | $ 650.00 | $ 910.00 |
| 2/21/2024 | Committee - Plan & Disclosure Statement | Attend working session with K Owens, C Kurtz and E Hays regarding the disclosure statement schedules and other issues. | 1.4 | Adam | Meisilk | $ 850.00 | $ 1,190.00 |
| 2/22/2024 | Committee - Plan & Disclosure Statement | Telco with A. Meisilk to discuss potential updates to draft plan projections, including data needed from working group (MH, Dinsmore, FR, and F10). | 1.4 | Chad | Kurtz | $ 650.00 | $ 910.00 |
| 2/22/2024 | Committee - Plan & Disclosure Statement | Attend working session with C Kurtz on disclosure statement schedules. | 1.4 | Adam | Meisilk | $ 850.00 | $ 1,190.00 |
| 2/22/2024 | Committee - Plan & Disclosure Statement | Review and reply to email from K Owens regarding claims treatment. | 0.1 | Adam | Meisilk | $ 850.00 | $ 85.00 |
| 2/22/2024 | Committee - Business Analysis / Operations | Analyze MLG customer data to determine payment census. | 0.8 | Adam | Meisilk | $ 850.00 | $ 680.00 |
| 2/23/2024 | Committee - Plan & Disclosure Statement | Draft email, and read and respond to replies from, working group (MH, Dinsmore, FR, and F10) re: data needed to update plan projections. | 0.6 | Chad | Kurtz | $ 650.00 | $ 390.00 |
| 2/23/2024 | Committee - Business Analysis / Operations | Review, analyze MLG customer data. Prepare and transmit email to on same to MLG. | 1.5 | Adam | Meisilk | $ 850.00 | $ 1,275.00 |

Force Ten Partners – The Litigation Practice Group P.C.
Timesheet Details for the period September 19, 2023 through July 31, 2024

| Date | Task Code | Notes | Hours | First Name | Last Name | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 2/26/2024 | Committee - Plan & Disclosure Statement | Update draft plan projections, including feasibility and liquidation analyses, based on feedback from J. Armstrong re: current operating trends and potential purchase price adjustments. | 1.7 | Chad | Kurtz | $ 650.00 | $ 1,105.00 |
| 2/27/2024 | Committee - Plan & Disclosure Statement | Update draft plan projections, including feasibility and liquidation analyses, based on comments from E. Hayes and K. Owens. | 1.9 | Chad | Kurtz | $ 650.00 | $ 1,235.00 |
| 2/27/2024 | Committee - Plan & Disclosure Statement | Draft email, and read and respond to replies from, working group (MH, Dinsmore, FR, and F10) re: data needed to update plan projections. | 0.6 | Chad | Kurtz | $ 650.00 | $ 390.00 |
| 2/28/2024 | Committee - Business Analysis / Operations | Update analysis of recent collections activity per Status Reports as compared to original projections provided by Resolution Processing. | 0.4 | Chad | Kurtz | $ 650.00 | $ 260.00 |
| 3/5/2024 | Committee - Plan & Disclosure Statement | Draft email, and read and respond to replies from, working group (MH, Dinsmore, FR, and F10) re: data needed to update plan projections. | 0.6 | Chad | Kurtz | $ 650.00 | $ 390.00 |
| 3/5/2024 | Committee - Plan & Disclosure Statement | Participate in correspondence with C Celentino and other trustee professionals retarding disclosure statement issues. | 0.3 | Adam | Meislik | $ 850.00 | $ 255.00 |
| 3/5/2024 | Committee - Plan & Disclosure Statement | Attend call with N Koffroth regarding disclosure statement issues. | 0.2 | Adam | Meislik | $ 850.00 | $ 170.00 |
| 3/6/2024 | Committee - Business Analysis / Operations | Update analysis of recent collections activity per Status Reports as compared to original projections provided by Resolution Processing. | 0.4 | Chad | Kurtz | $ 650.00 | $ 260.00 |
| 3/6/2024 | Committee - Plan & Disclosure Statement | Read and respond to emails from working group (MH, Dinsmore, FR, and F10) re: data needed to update plan projections. | 0.7 | Chad | Kurtz | $ 650.00 | $ 455.00 |
| 3/6/2024 | Committee - Plan & Disclosure Statement | Telco with N. Koffroth re: data needed to update plan projections. | 0.4 | Chad | Kurtz | $ 650.00 | $ 260.00 |
| 3/6/2024 | Committee - Business Analysis / Operations | Review and analyze MLG customer payment data. | 0.8 | Adam | Meislik | $ 850.00 | $ 680.00 |
| 3/6/2024 | Committee - Plan & Disclosure Statement | Discuss DS issues with C Kurtz. | 0.2 | Adam | Meislik | $ 850.00 | $ 170.00 |
| 3/7/2024 | Committee - Plan & Disclosure Statement | Review and respond to disclosure statement deficiency request. | 0.5 | Adam | Meislik | $ 850.00 | $ 425.00 |
| 3/11/2024 | Committee - Plan & Disclosure Statement | Update draft plan projections, including feasibility and liquidation analyses, to include recently filed POCs. | 4.9 | Chad | Kurtz | $ 650.00 | $ 3,185.00 |
| 3/11/2024 | Committee - Plan & Disclosure Statement | Draft email to working group (MH, Dinsmore, FR, and F10) re: current analysis of potential secured, administrative, and priority claims. | 0.6 | Chad | Kurtz | $ 650.00 | $ 390.00 |
| 3/12/2024 | Committee - Plan & Disclosure Statement | Telco with Y. Lissebeck, A. Mamlyuk, and T. Powell to discuss draft analysis of potential creditor treatment. | 1.8 | Chad | Kurtz | $ 650.00 | $ 1,170.00 |
| 3/12/2024 | Committee - Plan & Disclosure Statement | Update draft plan projections, including feasibility and liquidation analyses, to include comments provided by Y. Lissebeck, A. Mamlyuk, and T. Powell. | 3.6 | Chad | Kurtz | $ 650.00 | $ 2,340.00 |
| 3/13/2024 | Committee - Business Analysis / Operations | Update analysis of recent collections activity per Status Reports as compared to original projections provided by Resolution Processing. | 0.4 | Chad | Kurtz | $ 650.00 | $ 260.00 |
| 3/13/2024 | Committee - Plan & Disclosure Statement | Update draft plan projections, including feasibility and liquidation analyses; provide to K. Owens, N. Koffroth, and A. Meislik for comments. | 2.4 | Chad | Kurtz | $ 650.00 | $ 1,560.00 |
| 3/14/2024 | Committee - Business Analysis / Operations | Telco with C. Ghio and A. Meislik re: projected residual sale proceeds pending collection. | 0.6 | Chad | Kurtz | $ 650.00 | $ 390.00 |
| 3/14/2024 | Committee - Plan & Disclosure Statement | Telco with A. Meislik re: current draft of plan projections. | 0.3 | Chad | Kurtz | $ 650.00 | $ 195.00 |

Force Ten Partners – The Litigation Practice Group P.C.
Timesheet Details for the period September 19, 2023 through July 31, 2024

| Date | Task Code | Notes | Hours | First Name | Last Name | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 3/14/2024 | Committee - Plan & Disclosure Statement | Draft email to working group (MH, Dinsmore, FR, and F10) re: updated analysis of potential secured, administrative, and priority claims. | 0.6 | Chad | Kurtz | $ 650.00 | $ 390.00 |
| 3/14/2024 | Committee - Plan & Disclosure Statement | Prepare for and attend working session with C Kurtz and C Ghio (Dinsmore) regarding additional purchase consideration. | 1.3 | Adam | Meisilk | $ 850.00 | $ 1,105.00 |
| 3/14/2024 | Committee - Plan & Disclosure Statement | Attend work planning session with C Kurtz. | 0.3 | Adam | Meisilk | $ 850.00 | $ 255.00 |
| 3/15/2024 | Committee - Business Analysis / Operations | Draft email to C. Ghio and A. Meisik re: further questions on MLG financial performance. | 0.4 | Chad | Kurtz | $ 650.00 | $ 260.00 |
| 3/15/2024 | Committee - Plan & Disclosure Statement | Read and respond to emails from working group (MH, Dinsmore, FR, and F10) re: comments on updated analysis of potential secured, administrative, and priority claims. | 0.5 | Chad | Kurtz | $ 650.00 | $ 325.00 |
| 3/20/2024 | Committee - Business Analysis / Operations | Update analysis of recent collections activity per Status Reports as compared to original projections provided by Resolution Processing. | 0.4 | Chad | Kurtz | $ 650.00 | $ 260.00 |
| 3/21/2024 | Committee - Plan & Disclosure Statement | Update draft plan projections, including feasibility and liquidation analyses based on comments from K. Owens, N. Koffroh, and A. Meisilc; provide to working group (MH, Dinsmore, FR, and F10) for comments. | 1.6 | Chad | Kurtz | $ 650.00 | $ 1,040.00 |
| 3/21/2024 | Committee - Plan & Disclosure Statement | Correspondence with A. Meisilk re: potential updates to plan projections. | 0.7 | Chad | Kurtz | $ 650.00 | $ 455.00 |
| 3/22/2024 | Committee - Committee Activities | Attend committee call. | 0.6 | Adam | Meisilk | $ 850.00 | $ 510.00 |
| 3/22/2024 | Committee - Plan & Disclosure Statement | Update draft plan projections, including feasibility and liquidation analyses based on comments from working group (MH, Dinsmore, FR, and F10); provide to K. Owens, N. Koffroh, and A. Meisilk for further comments. | 1.2 | Chad | Kurtz | $ 650.00 | $ 780.00 |
| 3/22/2024 | Committee - Plan & Disclosure Statement | Correspondence with A. Meisilk re: potential updates to plan projections. | 0.8 | Chad | Kurtz | $ 650.00 | $ 520.00 |
| 3/22/2024 | Committee - Plan & Disclosure Statement | Attend call with Trustee Marshack and P Kraus | 0.2 | Adam | Meisilk | $ 850.00 | $ 170.00 |
| 3/22/2024 | Committee - Plan & Disclosure Statement | Attend to questions about the disclosure schedules. | 0.5 | Adam | Meisilk | $ 850.00 | $ 425.00 |
| 3/27/2024 | Committee - Business Analysis / Operations | Draft email to, and read reply from, C. Ghio re: further questions on MLG financial performance. | 0.4 | Chad | Kurtz | $ 650.00 | $ 260.00 |
| 3/27/2024 | Committee - Business Analysis / Operations | Telco with N. Rappaport, K. Owens, N. Koffroth, and A. Meisik re: analyses to date on MLG financial performance. | 0.5 | Chad | Kurtz | $ 650.00 | $ 325.00 |
| 3/27/2024 | Committee - Business Analysis / Operations | Attend call with Consumer Ombudsman, N Rappaport, N Koffroth, K Owens and C Kurtz to discuss MLG. | 0.5 | Adam | Meisilk | $ 850.00 | $ 425.00 |
| 3/27/2024 | Committee - Plan & Disclosure Statement | Draft email to working group (MH, Dinsmore, FR, and F10) re: updated analysis of potential secured, administrative, and priority claims. | 0.4 | Chad | Kurtz | $ 650.00 | $ 260.00 |
| 3/28/2024 | Committee - Business Analysis / Operations | Review emails related to OHP and provide analysis. | 0.2 | Adam | Meisilk | $ 850.00 | $ 170.00 |
| 3/28/2024 | Committee - Business Analysis / Operations | Further review emails related to OHP and provide analysis. | 0.3 | Adam | Meisilk | $ 850.00 | $ 255.00 |
| 4/1/2024 | Committee - Claims Analysis and Objections | Read and respond to emails from N. Koffroth, K. Owens, and A. Meisilk re: size of potential priority unsecured claims pool. | 0.5 | Chad | Kurtz | $ 650.00 | $ 325.00 |
| 4/1/2024 | Committee - Plan & Disclosure Statement | Participate in discussions about insurance admin claim. | 0.1 | Adam | Meisilk | $ 850.00 | $ 85.00 |
| 4/4/2024 | Committee - Business Analysis / Operations | Update analysis of recent collections activity per Status Reports as compared to original projections provided by Resolution Processing. | 0.4 | Chad | Kurtz | $ 650.00 | $ 260.00 |
| 4/10/2024 | Committee - Business Analysis / Operations | Update analysis of recent collections activity per Status Reports as compared to original projections provided by Resolution Processing. | 0.4 | Chad | Kurtz | $ 650.00 | $ 260.00 |
| 4/12/2024 | Committee - Committee Activities | Attend professionals call. | 0.9 | Adam | Meisilk | $ 850.00 | $ 765.00 |

Force Ten Partners - The Litigation Practice Group P.C.
Timesheet Details for the period September 19, 2023 through July 31, 2024

| Date | Task Code | Notes | Hours | First Name | Last Name | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 4/18/2024 | Committee - Plan & Disclosure Statement | Telco with working group (MH, Dinsmore, FR, and F10) re: comments on and other data needed to update plan projections. | 2.0 | Chad | Kurtz | $ 650.00 | $ 1,300.00 |
| 4/18/2024 | Committee - Plan & Disclosure Statement | Attend call with working group to discuss status of plan and disclosure statement. | 2.0 | Adam | Meislik | $ 850.00 | $ 1,700.00 |
| 4/19/2024 | Committee - Business Analysis / Operations | Update analysis of recent collections activity per Status Reports as compared to original projections provided by Resolution Processing. | 0.5 | Chad | Kurtz | $ 650.00 | $ 325.00 |
| 4/19/2024 | Committee - Business Analysis / Operations | Telco with A. Meislik re: analysis of post-sale collections activity and other pending information from MLG. | 0.3 | Chad | Kurtz | $ 650.00 | $ 195.00 |
| 4/19/2024 | Committee - Plan & Disclosure Statement | Call with C Kurtz regarding plan projections. | 0.3 | Adam | Meislik | $ 850.00 | $ 255.00 |
| 4/25/2024 | Committee - Plan & Disclosure Statement | Update draft plan projections, including feasibility and liquidation analyses, to include comments and updates received to date from MH and Dinsmore; provide to K. Owens, N. Koffroth, and A. Meislik for comments. | 2.6 | Chad | Kurtz | $ 650.00 | $ 1,690.00 |
| 4/26/2024 | Committee - Business Analysis / Operations | Draft email to MLG re: status of future Status Reports and other pending information. | 0.4 | Chad | Kurtz | $ 650.00 | $ 260.00 |
| 4/26/2024 | Committee - Plan & Disclosure Statement | Telco with working group (MH, Dinsmore, FR, and F10) re: comments on and other data needed to update plan projections. | 1.0 | Chad | Kurtz | $ 650.00 | $ 650.00 |
| 4/27/2024 | Committee - Plan & Disclosure Statement | Finalize plan projections, including feasibility and liquidation analyses, to include additional comments and updates received from MH and Dinsmore; provide to working group (MH, Dinsmore, FR, and F10) for comments. | 2.1 | Chad | Kurtz | $ 650.00 | $ 1,365.00 |
| 4/29/2024 | Committee - Business Analysis / Operations | Read email responses and comments provided on finalized plan projections. | 0.4 | Chad | Kurtz | $ 650.00 | $ 260.00 |
| 5/6/2024 | Committee - Business Analysis / Operations | Draft email to working group (MH, Dinsmore, FR, and F10) re: questions on calculation of amounts owed by MLG, and read and respond to replies thereto. | 0.5 | Chad | Kurtz | $ 650.00 | $ 325.00 |
| 5/10/2024 | Committee - Business Analysis / Operations | Telco with N. Koffroth re: questions on calculation of amounts owed by MLG. | 0.3 | Chad | Kurtz | $ 650.00 | $ 195.00 |
| 5/10/2024 | Committee - Claims Analysis and Objections | Telco with working group (MH, Dinsmore, FR, and F10) to discuss potential treatment of secured creditors. | 1.1 | Chad | Kurtz | $ 650.00 | $ 715.00 |
| 5/27/2024 | Committee - Plan & Disclosure Statement | Participate in discussions regarding MLGs status report draft and impact on Plan. | 0.3 | Adam | Meislik | $ 850.00 | $ 255.00 |
| 5/28/2024 | Committee - Business Analysis / Operations | Read and respond to emails from working group (MH, Dinsmore, FR, and F10) re: questions on calculation of amounts owed by MLG. | 0.8 | Chad | Kurtz | $ 650.00 | $ 520.00 |
| 5/28/2024 | Committee - Plan & Disclosure Statement | Attend to issues related to MLG purchase consideration adjustments. | 0.8 | Adam | Meislik | $ 850.00 | $ 680.00 |
| 5/28/2024 | Committee - Plan & Disclosure Statement | Draft and transmit follow up questions to N Koffroth, K Owens and C Kurtz. | 0.3 | Adam | Meislik | $ 850.00 | $ 255.00 |
| 5/29/2024 | Committee - Business Analysis / Operations | Read and respond to emails from A. Meislik, K. Owens, and N. Koffroth re: questions on calculation of amounts owed by MLG. | 0.4 | Chad | Kurtz | $ 650.00 | $ 260.00 |
| 5/29/2024 | Committee - Business Analysis / Operations | Compile list of items to request from MLG to address questions on calculation of amounts owed by MLG and provide to A. Meislik for comments. | 0.9 | Chad | Kurtz | $ 650.00 | $ 585.00 |
| 5/29/2024 | Committee - Plan & Disclosure Statement | Review correspondence related to purchase consideration and status report. | 0.2 | Adam | Meislik | $ 850.00 | $ 170.00 |
| 5/29/2024 | Committee - Plan & Disclosure Statement | Review and revise MLG request letter. | 0.5 | Adam | Meislik | $ 850.00 | $ 425.00 |
| 5/30/2024 | Committee - Business Analysis / Operations | Provide comments on draft Status Report re: MLG to N. Koffroth, K. Owens, and A. Meislik. | 0.6 | Chad | Kurtz | $ 650.00 | $ 390.00 |

Force Ten Partners - The Litigation Practice Group P.C.
Timesheet Details for the period September 19, 2023 through July 31, 2024

| Date | Task Code | Notes | Hours | First Name | Last Name | Billable Rate | | Billable Amount |
|---|---|---|---|---|---|---|---|---|
| 5/30/2024 | Committee - Plan & Disclosure Statement | Prepare analysis of projected professional fees and provide to E. Hayes, Y. Lissebeck, N. Koffroth, K. Owens, and A. Meislik for comments. | 0.9 | Chad | Kurtz | $ | 650.00 | $ 585.00 |
| 6/3/2024 | Committee - Business Analysis / Operations | Read and respond to emails from A. Meislik, K. Owens, and N. Koffroth re: questions on calculation of amounts owed by MLG. | 0.4 | Chad | Kurtz | $ | 650.00 | $ 260.00 |
| 6/3/2024 | Committee - Plan & Disclosure Statement | Review docket. | 0.3 | Adam | Meislik | $ | 850.00 | $ 255.00 |
| 6/3/2024 | Committee - Business Analysis / Operations | Review spreadsheet provided by MLG. | 0.3 | Adam | Meislik | $ | 850.00 | $ 255.00 |
| 6/3/2024 | Committee - Business Analysis / Operations | Participate in correspondence regarding MLG data. | 0.2 | Adam | Meislik | $ | 850.00 | $ 170.00 |
| 6/5/2024 | Committee - Business Analysis / Operations | Read and respond to emails from A. Meislik, K. Owens, and N. Koffroth re: data requested from MLG. | 0.9 | Chad | Kurtz | $ | 650.00 | $ 585.00 |
| 6/6/2024 | Committee - Business Analysis / Operations | Telco with A. Meislik, K. Owens, and N. Koffroth re: data requested from MLG. | 1.0 | Chad | Kurtz | $ | 650.00 | $ 650.00 |
| 6/6/2024 | Committee - Committee Activities | Review docket filings. | 0.5 | Adam | Meislik | $ | 850.00 | $ 425.00 |
| 6/6/2024 | Committee - Business Analysis / Operations | Review MLG production. | 0.3 | Adam | Meislik | $ | 850.00 | $ 255.00 |
| 6/6/2024 | Committee - Business Analysis / Operations | Prepare for and attend working session with C Kurtz on MLG financial analysis. | 0.5 | Adam | Meislik | $ | 850.00 | $ 425.00 |
| 6/6/2024 | Committee - Plan & Disclosure Statement | Attend call with N Koffroth, K Owens and C Kurtz. | 1.0 | Adam | Meislik | $ | 850.00 | $ 850.00 |
| 6/7/2024 | Committee - Plan & Disclosure Statement | Read correspondence related to Consumer Monitor report. | 0.2 | Adam | Meislik | $ | 850.00 | $ 170.00 |
| 6/7/2024 | Committee - Business Analysis / Operations | Attend to correspondence regarding MLG data request issues and mediation issues. | 0.3 | Adam | Meislik | $ | 850.00 | $ 255.00 |
| 6/7/2024 | Committee - Business Analysis / Operations | Review declaration supporting sale which provides active executory account counts. | 0.5 | Adam | Meislik | $ | 850.00 | $ 425.00 |
| 6/8/2024 | Committee - Business Analysis / Operations | Read and respond to emails from A. Meislik, K. Owens, and N. Koffroth re: data requested from MLG. | 0.5 | Chad | Kurtz | $ | 650.00 | $ 325.00 |
| 6/8/2024 | Committee - Business Analysis / Operations | Prepare analysis of recent MLG financial results. | 2.3 | Chad | Kurtz | $ | 650.00 | $ 1,495.00 |
| 6/9/2024 | Committee - Business Analysis / Operations | Telco with A. Meislik, K. Owens, and N. Koffroth re: data requested from MLG. | 1.4 | Chad | Kurtz | $ | 650.00 | $ 910.00 |
| 6/9/2024 | Committee - Plan & Disclosure Statement | Prepare updated financial projections of potential additional asset sale proceeds; prepare analysis of POL projections to actual + re-projected amounts and provide to A. Meislik for comments. | 2.6 | Chad | Kurtz | $ | 650.00 | $ 1,690.00 |
| 6/9/2024 | Committee - Business Analysis / Operations | Attend working session with C Kurtz regarding MLG projections and roll-through the POR. | 1.0 | Adam | Meislik | $ | 850.00 | $ 850.00 |
| 6/9/2024 | Committee - Plan & Disclosure Statement | Prepare for and attend working session with N Koffroth and C Kurtz. | 0.9 | Adam | Meislik | $ | 850.00 | $ 765.00 |
| 6/10/2024 | Committee - Business Analysis / Operations | Various telcos with working group (MH, Dinsmore, FR, and F10) re: data requested from MLG. | 3.4 | Chad | Kurtz | $ | 650.00 | $ 2,210.00 |
| 6/10/2024 | Committee - Plan & Disclosure Statement | Update POL projections to include updated data provided by MLG, MH, and Dinsmore. | 1.9 | Chad | Kurtz | $ | 650.00 | $ 1,235.00 |
| 6/10/2024 | Committee - Plan & Disclosure Statement | Prepare for and attend call with Trustee and Trustee counsel. | 1.0 | Adam | Meislik | $ | 850.00 | $ 850.00 |
| 6/10/2024 | Committee - Plan & Disclosure Statement | Attend working session with trustee and trustee's counsel, K Owens and C Kurtz. | 0.8 | Adam | Meislik | $ | 850.00 | $ 680.00 |
| 6/10/2024 | Committee - Plan & Disclosure Statement | Attend working session with N Koffroth, K Owens and C Kurtz. | 0.5 | Adam | Meislik | $ | 850.00 | $ 425.00 |
| 6/10/2024 | Committee - Plan & Disclosure Statement | Review plan projections. | 0.2 | Adam | Meislik | $ | 850.00 | $ 170.00 |
| 6/10/2024 | Committee - Plan & Disclosure Statement | Call with C Kurtz regarding plan projections. | 1.1 | Adam | Meislik | $ | 850.00 | $ 935.00 |
| 6/11/2024 | Committee - Plan & Disclosure Statement | Read and respond to emails from C. Ghio and P. Kraus re: updated data to include in updated POL projections. | 0.6 | Chad | Kurtz | $ | 650.00 | $ 390.00 |
| 6/11/2024 | Committee - Plan & Disclosure Statement | Update POL projections to include updated data provided by MH, and Dinsmore; provide to N. Koffroth, K. Owens, and A. Meislik for comments. | 1.4 | Chad | Kurtz | $ | 650.00 | $ 910.00 |

Force Ten Partners - The Litigation Practice Group P.C.
Timesheet Details for the period September 19, 2023 through July 31, 2024

| Date | Task Code | Notes | Hours | First Name | Last Name | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 6/11/2024 | Committee - Plan & Disclosure Statement | Read and respond to emails from N. Koffroth, K. Owens, and A. Meislik re: comments and questions on updated POL projections. | 0.5 | Chad | Kurtz | $ 650.00 | $ 325.00 |
| 6/11/2024 | Committee - Plan & Disclosure Statement | Review plan projections and correspond regarding same. | 0.8 | Adam | Meislik | $ 850.00 | $ 680.00 |
| 6/12/2024 | Committee - Plan & Disclosure Statement | Update POL projections to include comments from N. Koffroth, K. Owens, and A. Meislik; provide to working group (MH, Dinsmore, FR, and F10) for further comments. | 0.6 | Chad | Kurtz | $ 650.00 | $ 390.00 |
| 6/12/2024 | Committee - Plan & Disclosure Statement | Finalize updated POL projections and provide to working group (MH, Dinsmore, FR, and F10). | 0.4 | Chad | Kurtz | $ 650.00 | $ 260.00 |
| 6/12/2024 | Committee - Plan & Disclosure Statement | Review plan projections. | 0.5 | Adam | Meislik | $ 850.00 | $ 425.00 |
| 6/13/2024 | Committee - Business Analysis / Operations | Read and respond to email from C. Ghio re: question on updated projections in support of mediation brief. | 0.9 | Chad | Kurtz | $ 650.00 | $ 585.00 |
| 6/13/2024 | Committee - Plan & Disclosure Statement | Review Law360 article. | 0.1 | Adam | Meislik | $ 850.00 | $ 85.00 |
| 6/14/2024 | Committee - Business Analysis / Operations | Read and respond to email from C. Ghio re: question on updated projections in support of mediation brief. | 0.5 | Chad | Kurtz | $ 650.00 | $ 325.00 |
| 6/18/2024 | Committee - Business Analysis / Operations | Read and respond to emails from working group (MH, Dinsmore, FR, and F10) re: questions on updated projections in support of mediation brief. | 0.5 | Chad | Kurtz | $ 650.00 | $ 325.00 |
| 6/19/2024 | Committee - Business Analysis / Operations | Read and respond to emails from working group (MH, Dinsmore, FR, and F10) re: questions on updated projections in support of mediation brief. | 0.6 | Chad | Kurtz | $ 650.00 | $ 390.00 |
| 6/19/2024 | Committee - Business Analysis / Operations | Telco with C. Ghio, K. Owens, and A. Meislik re: questions on updated projections in support of mediation brief. | 0.6 | Chad | Kurtz | $ 650.00 | $ 390.00 |
| 6/19/2024 | Committee - Business Analysis / Operations | Attend working session with C Ghio, K Owens and C Kurtz regarding MLG settlement issues. | 0.6 | Adam | Meislik | $ 850.00 | $ 510.00 |
| 7/18/2024 | Committee - Claims Analysis and Objections | Telco with N. Koffroth, Y. Lissebeck, and T. Powell to discuss current status of negotiations with secured creditors. | 0.9 | Chad | Kurtz | $ 650.00 | $ 585.00 |
| 7/19/2024 | Committee - Committee Activities | Attend professionals' call. | 1.0 | Adam | Meislik | $ 850.00 | $ 850.00 |
| 7/19/2024 | Committee - Fee / Employment Applications | Attend call to discuss fee examiner proposal and confirmation issues. | 0.8 | Adam | Meislik | $ 850.00 | $ 680.00 |
| 7/22/2024 | Committee - Fee / Employment Applications | Attend call with C Celantino and K Owens regarding fee issues. | 1.0 | Adam | Meislik | $ 850.00 | $ 850.00 |
| | | Total | 259.2 | | | | $ 187,620.00 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 900, Los Angeles, CA 90067.

A true and correct copy of the foregoing documents entitled: FIRST INTERIM APPLICATION OF FORCE TEN PARTNERS, LLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM FEE PERIOD SEPTEMBER 18, 2023 THROUGH JULY 31, 2024; DECLARATION OF ADAM MEISLIK IN SUPPORT THEREOF on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 9/03/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Bradford Barnhardt    bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- Eric Bensamochan    eric@eblawfirm.us, G63723@notify.cincompass.com
- Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- Ethan J Birnberg    birnberg@portersimon.com, reich@portersimon.com
- Peter W Bowie    peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- Ronald K Brown    ron@rkbrownlaw.com
- Christopher Celentino    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Randall Baldwin Clark    rbc@randallbclark.com
- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- Michael W Davis    mdavis@dtolaw.com, ygodson@dtolaw.com
- Anthony Paul Diehl    anthony@apdlaw.net, Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net
- Jenny L Doling    jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- Daniel A Edelman    dedelman@edcombs.com, courtecl@edcombs.com
- Meredith Fahn    fahn@sbcglobal.net
- William P Fennell    william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com
- Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- Marc C Forsythe    mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com
- Jeremy Freedman    jeremy.freedman@dinsmore.com, nicolette.murphy@dinsmore.com
- Eric Gassman    erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com
- Christopher Ghio    christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- Amy Lynn Ginsburg    efilings@ginsburglawgroup.com
- Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Jeffrey I Golden    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

- Richard H Golubow    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Mark Mark Good    mark@markgood.com
- David M Goodrich    dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Alan Craig Hochheiser    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- Garrick A Hollander    ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Brian L Holman    b.holman@musickpeeler.com
- Richard L. Hyde    rhyde@awglaw.com
- Peter L Isola    pisola@hinshawlaw.com, rmojica@hinshawlaw.com,iking@hinshawlaw.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com
- Sara Johnston    sara.johnston@dinsmore.com
- Sweeney Kelly    kelly@ksgklaw.com
- Joon M Khang    joon@khanglaw.com
- Ira David Kharasch    ikharasch@pszjlaw.com
- Meredith King    mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- Nicholas A Koffroth    nkoffroth@foxrothschild.com, khoang@foxrothschild.com
- David S Kupetz    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- Christopher J Langley    chris@slclawoffice.com, langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com
- Kelli Ann Lee    Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com
- Matthew A Lesnick    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- Daniel A Lev    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- Britteny Leyva    bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com
- Marc A Lieberman    marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- Michael D Lieberman    mlieberman@lipsonneilson.com
- Yosina M Lissebeck    Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com
- Mitchell B Ludwig    mbl@kpclegal.com, kad@kpclegal.com
- Daniel S March    marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- Kathleen P March    kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- Mark J Markus    bklawr@bklaw.com, markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com
- Richard A Marshack (TR)    pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- Sarah S. Mattingly    sarah.mattingly@dinsmore.com
- William McCormick    Bill.McCormick@ag.tn.gov
- Kenneth Misken    Kenneth.M.Misken@usdoj.gov
- Byron Z Moldo    bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com
- Glenn D. Moses    gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com
- Jamie D Mottola    Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com
- Alan I Nahmias    anahmias@mbn.law, jdale@mbn.law
- Victoria Newmark    vnewmark@pszjlaw.com
- Jacob Newsum-Bothamley    jacob.bothamley@dinsmore.com, angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- Queenie K Ng    queenie.k.ng@usdoj.gov
- Israel Orozco    israel@iolawcorp.com

- Keith C Owens    kowens@foxrothschild.com, khoang@foxrothschild.com
- Lisa Patel    lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- Michael R Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankr uptcydocket@seyfarth.com
- Douglas A Plazak    dplazak@rhlaw.com
- Tyler Powell    tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;rosetta.mitchell@dinsmore.com
- Daniel H Reiss    dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- Ronald N Richards    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Vanessa Rodriguez    vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com
- Kevin Alan Rogers    krogers@wellsmar.com
- Gregory M Salvato    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- Olivia Scott    olivia.scott3@bclplaw.com
- Jonathan Serrano    jonathan.serrano@dinsmore.com
- Maureen J Shanahan    Mstotaro@aol.com
- Paul R Shankman    PShankman@fortislaw.com, info@fortislaw.com
- Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com
- Jeffrey M Singletary    jsingletary@swlaw.com, rmckay@swlaw.com
- Leslie Skorheim    leslie.skorheim@usdoj.gov
- Adam D Stein-Sapir    info@pfllc.com
- Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- Andrew Still    astill@swlaw.com, kcollins@swlaw.com
- Michael R Totaro    Ocbkatty@aol.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- William J Wall    wwall@wall-law.com
- Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- Johnny White    JWhite@wrslawyers.com, jlee@wrslawyers.com
- Reina Zepeda    rzepeda@omniagnt.com

**2.    SERVED BY UNITED STATES MAIL**: On 9/03/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

**See attached for additional parties**

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 9/03/2024, I served the following persons and/or entities by personal delivery, mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson
United States Bankruptcy Court, Central District of California
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593
I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/03/2024 | Kimberly Hoang | /s/ Kimberly Hoang |
|-----------|----------------|--------------------|
| *Date* | *Printed Name* | *Signature* |

### **Additional Parties Served by U.S. Mail**

**Creditors who have the 20 largest unsecured claims**

Debt Validation Fund II, LLC
5075 Lower Valley Road,
Atglen, PA 19310

MC DVI Fund 1, LLC; MC
DVI Fund 2, LLC
598 Cottonwood Dr.,
Glenview, IL 60026

Validation Partners LLC
1300 Sawgrass Pkwy, Ste. 110
Sunrise, FL 33323

Marich Bein LLC
99 Wall Street, Ste 2669
New York, NY 10005

Business Centers of America
1100 Sir Francis Drake Blvd,
Ste 1, Kentfield, CA 94904

JP Morgan Chase
3 Park Plaza, Ste 900
Irvine, CA 92614

CA Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0511

Outsource Accelerator Ltd
City Marque Limited
Unit 8801-2 Bldg. 244-248
Des Voeux Rd.
Central Hong Kong

Collaboration Advisors
400 Dorla Court
Zephyr Cove, NV 89448

Anthem Blue Cross
PO Box 511300
Los Angeles, CA 90051-7855

1

Azevedo Solutions Groups, Inc.
420 Adobe Canyon Rd.

2

Kenwood, CA 95452

3

Debt Pay Pro
1900 E Golf Road, Suite 550

4

Schaumburg, IL 60173

5

Sharp Business Systems
8670 Argent St

6

Santee, CA 92071

7

Tustin Executive Center
1630 S Sunkist Steet, Ste A

8

Anaheim, CA 92806

9

Exela Enterprise Solutions
2701 E. Grauwyler Road

10

Irving, TX 75061

11

Netsuite-Oracle
2300 Oracle Way

12

Austin, TX 78741

13

Credit Reporting Service Inc
548 Market St, Suite 72907

14

San Francisco, CA 94104-5401

15

Document Fulfillment Services
2930 Ramona Ave #100

16

Sacramento, CA 95826

17

Executive Center LLC
5960 South Jones Blvd

18

Las Vegas, NV 89118

19

LexisNexus
15500 B Rockfield Blvd

20

Irvine, CA 92618

21

**<u>Secured Creditors</u>**

22

Diverse Capital LLC
323 Sunny Isles Blvd., Suite 503

23

Sunny Isles, FL 33154

24

City Capital NY
1135 Kane Concourse

25

Bay Harbour Islands, FL 33154

26

27

28