**EXHIBIT "A"**
**FEE APPLICATION SUMMARY**

| CATEGORIES | INTERIM PERIOD (May 8, 2023 - June 30, 2024) | |
|---|---|---|
| | Hours | Amount requested |
| Case Administration (143576-1) | 406.70 | $232,686.50 |
| Employment Applications (143576-2) | 15.90 | $7,306.50 |
| Fee Applications (143576-4) | 4.10 | $3,371.50 |
| Plan and Disclosure Statement (143576-6) | 162.20 | $117,883.00 |
| Claims, Consumer Rejections Claims and Administrative Claims (143576-7) | 158.40 | $102,439.00 |
| Asset Analysis/Recovery/Disposition (143576-8) | 1245.00 | $711,115.50 |
| Opt-Out Notice and Assumption and Rejection (143576-9). | 25.30 | $10,809.50 |
| Business Operations/Analysis (143576-10) | 109.80 | $51,228.50 |
| Post-Petition Financing Matters (143576-11) | 186.10 | $105,111.00 |
| Employee Matters (143576-12) | 52.30 | $23,813.00 |
| Meetings of Creditors (143576-13) | 30.40 | $13,889.50 |
| 2004 Examinations (143576-15) | 93.40 | $46,012.00 |
| Consumer and Other Contract Assumptions (143576-16) | 7.50 | $4,596.50 |
| Relief From Stay Proceedings (143576-17) | 56.90 | $31,905.50 |
| General Litigation (143576-18) | 1591.30 | $907,607.50 |
| Adv. Case Nos. 23-102 / 23-1046 (Diab) (143576-19) | 946.00 | $469,343.50 |
| Adv. Case No. 23-1098 (OHP-CDR, LP) (143576-20) | 153.10 | $91,636.50 |

| # | Entity | Hours | Amount |
|---|---|---|---|
| 1-2 | New Vision Debt Relief LLC/ New Vision Capital Group/ Various Other New Vision Entities (143576-21) | 90.20 | $39,385.50 |
| 3 | Debt Relief Group LLC (143576-22) | 28.20 | $12,223.00 |
| 4-5 | Adv. Case No. 24-01017 (New Horizon Finance LLC) (143576-23) | 119.10 | $48,582.00 |
| 6 | Adv. Case No. 23-1150 (Clear Vision Financial LLC / Liberty 1 Financial) (143576-24) | 179.00 | $78,151.50 |
| 7-8 | Adv. Case No. 24-01018 (MRD Marketing LLC) (143576-25) | 86.90 | $33,610.50 |
| 9 | Adv. Case No. 24-01040 (Marich Bein, LLC) (143576-26) | 106.30 | $53,678.00 |
| 10-11 | Adv. Case No. 24-1004 (Point Break Holdings LLC) (143576-27) | 25.80 | $10,297.50 |
| 12 | Adv. Case No. 24-01002 (Clearcube LLC) (143576-28) | 83.80 | $37,886.50 |
| 13-14 | Adv. Case No. 23-1148 (JGW Solutions LLC) (143576-29) | 71.10 | $29,835.50 |
| 15 | Adv. Case No. 24-1003 (Perfect Financial LLC) (143576-30) | 18.80 | $7,662.50 |
| 16-17 | Spot on Consulting Inc. (143576-31) | 38.30 | $16,245.50 |
| 18 | Adv. Case No. 24-01023 (CRI System Inc.) (143576-32) | 59.20 | $25,471.00 |
| 19 | Vasco Assets LLC (143576-33) | 65.40 | $27,495.00 |
| 20-21 | Adv. Case No. 24-01001 (Leucadia Enterprises Inc.) (143576-34) | 41.50 | $14,041.50 |
| 22 | PECC/Teng/Touzi/Oakstone (143576-35) | 211.10 | $107,459.00 |
| 23 | United Global Research Group, Inc. (143576-36) | 25.90 | $10,645.00 |
| 24 | MPowering America, LLC (143576-37) | 19.00 | $8,042.00 |
| 25 | Strategic Consulting Solutions LLC (143576-38) | 8.60 | $3,781.50 |
| 26 | Sabia Financial Inc. (143576-39) | 52.00 | $22,024.00 |
| 27-28 | BC Consulting Group, LLC (143576-40) | 37.60 | $15,567.00 |

| | | |
|---|---:|---:|
| EZ Debt Relief Inc. (143576-41) | 43.60 | $18,637.00 |
| Summit Marketing Solutions Inc. (143576-42) | 50.00 | $20,864.00 |
| Hi Bar Capital (143576-46) | 20.50 | $8,827.00 |
| Consumer/Creditor Communications (143576-53) | 325.50 | $138,929.50 |
| Azzure Capital LLC (143576-54) | 65.80 | $37,079.00 |
| Diverse Capital LLC (143576-55) | 4.10 | $2,439.50 |
| MCDVI Fund 2 LLC, MCDVI Fund 2, LLC, Debt Validation Fund II, LLC, Venture Partners, LLC and ProofPositive (143576-57) | 2.30 | $1,428.50 |
| MNS Funding LLC (143576-58) | 14.90 | $9,349.50 |
| OHP-CDR, LP (143576-62) | 12.20 | $7,375.00 |
| Adv. Case No. 24-1001 - Secured Creditor Liquidation (143576-63) | 502.60 | $294,054.50 |
| Adv. Case No. 24-1080 (BMF Advance LLC) (143576-64) | 82.40 | $45,177.50 |
| City Capital (143576-65) | 12.00 | $7,688.00 |
| Clearfund Solution, LLC / Cloudfund, LLC (143576-66) | 18.10 | $11,879.00 |
| Adv. Case No. 24-1090 (Cobalt Funding Solutions, LLC) (143576-67) | 95.70 | $50,577.50 |
| Everyday Funding Group (143576-68) | 18.70 | $12,155.00 |
| Franklin Capital Management LLC (143576-69) | 4.90 | $3,147.50 |
| Green Fund NY (143576-70) | 5.50 | $3,575.00 |
| Kevlar Capital LLC (143576-71) | 0.50 | $272.50 |
| Stratcap Management LLC (143576-72) | 18.00 | $10,623.00 |
| World Global Fund LLC (143576-73) | 7.30 | $4,107.50 |
| Ace Funding Source LLC (143576-74) | 9.20 | $3,818.00 |
| Herret Credit Consultants (143576-75) | 60.30 | $29,705.50 |

| | | |
|---|---:|---:|
| Greyson/Han Trinh (143576-76) | 768.00 | $388,745.50 |
| Han Trinh and Jayde Trinh (143576-77) | 30.70 | $15,107.50 |
| Debt Resolution Direct (143576-78) | 3.50 | $962.50 |
| Gofi Finance / Gofi, LLC (143576-79) | 13.60 | $5,814.00 |
| United Debt Consultants (143576-80) | 7.70 | $2,117.50 |
| Platinum Capital Consulting, LLC (143576-81) | 24.10 | $8,211.50 |
| dv. Case No. 24-1068 (Arash Asante Bayrooti) (143576-85) | 97.30 | $52,111.50 |
| Consumer Law Group, PC/Feig (143576-88) | 143.20 | $69,411.00 |
| Revolv3, Inc. (143576-89) | 12.30 | $5,651.50 |
| Teracel Blockchain Fund II LLC (143576-91) | 6.20 | $3,032.50 |
| Worldpay Group / Worldpay, Inc. (143576-92) | 12.20 | $6,788.00 |
| ACB Holdings, LP (143576-102) | 1.00 | $595.00 |
| Point 69, LLC (143576-119) | 3.20 | $1,638.00 |
| Document Review (143576-122) | 65.20 | $27,358.50 |
| EIN CAP (143576-123) | 17.00 | $7,383.00 |
| Greyson (143576-126) | 8.60 | $3,537.00 |
| MLG / Mediation (143576-127) | 69.80 | $50,289.50 |
| Phoenix Law (143576-128) | 27.70 | $14,801.00 |