**EXHIBIT "B"**
**SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS WHO PROVIDED SERVICES DURING THE FEE PERIOD**

| Name | Date of Bar Admission | Rate (2023/2024) | Hours | Total Fees (does not include courtesy discount) |
|---|---|---|---|---|
| Caroline G. Massey | 2014 | $465.00 | 3.20 | $1,488.00 |
| Christopher B. Ghio | 2009 | $615.00 | 1123.40 | $695,264.00 |
| Christopher Celentino | 1988 | $825.00 | 549.50 | $455,112.50 |
| Ellen Arvin Kennedy | 2001 | $665.00 | 68.20 | $45,610.00 |
| John A. Mayers | 1991 | $525.00 | 3.10 | $1,627.50 |
| John H. Stephens | 1979 | $545.00 | 215.90 | $117,250.50 |
| Kurt R Hunt | 2008 | $550.00 | 0.70 | $385.00 |
| Lovee D. Sarenas | 1999 | $660.00 | 7.40 | $4,885.00 |
| Matthew Tyler Powell | 2004 | $575.00/ $595.00 | 724.00 | $425,258.00 |
| Milton T. Spurlock | 2001 | $595.00 | 26.10 | $15,529.50 |
| Peter A. Draugelis | 2001 | $665.00 | 3.20 | $2,128.00 |
| Peter J. Mastan | 1998 | $740.00 | 9.20 | $6,808.00 |
| Robert A. Linn | 1979 | $545.00 | 35.30 | $18,476.50 |
| Sara A Johnston | 2016 | $475.00 | 260.70 | $126,024.50 |
| Sarah S. Mattingly | 2012 | $595.00/ $610.00 | 117.90 | $70,981.50 |
| Tyler J. Mitchell | 2019 | $360.00 | 29.40 | $10,594.50 |
| Yosina M. Lissebeck | 1999 | $690.00/ $745.00 | 1305.10 | $940,784.50 |
| Amy M Childers | N/A | $245.00 | 7.50 | $1,807.50 |
| Adam H. Settle | 2017 | $425.00 | 9.60 | $4,080.00 |
| Alexander H. Gardner | 2019 | $355.00 | 29.50 | $10,472.50 |
| Brian J Wood | 2017 | $265.00 | 4.00 | $1,002.00 |

| Name | Year | Rate | Hours | Total |
|---|---|---|---|---|
| Brian M. Metcalf | 2000 | $650.00 | 280.30 | $182,195.00 |
| Bryan L. Cockroft | 2022 | $260.00 | 103.20 | $28,114.50 |
| Cody E. King | - | $325.00 | 20.90 | $6,792.50 |
| Dorota A. James | 2016 | $420.00 | 43.90 | $18,646.00 |
| Gina Kripotos | 2019 | $420.00 | 35.40 | $14,868.00 |
| Jacob R. Bothamley | 2017 | $405.00 | 536.80 | $217,404.00 |
| Jamie D. Mottola | 2016 | $455.00 | 494.20 | $213,590.00 |
| Jeremy B. Freedman | 2016 | $445.00/ $465.00 | 1143.60 | $521,116.00 |
| Jessica M. Lavin | 2014 | $375.00 | 32.50 | $12,187.50 |
| Jonathan B. Serrano | 2021 | $395.00 | 776.50 | $315,239.50 |
| Jordan R. McMinn | 2022 | $285.00 | 3.00 | $855.00 |
| Kelli A. Lee | 2011 | $425.00 | 31.80 | $13,245.50 |
| Lauren K. Levenson | 2020 | $410.00 | 6.50 | $2,665.00 |
| Lexi J. Epley | 2022 | $385.00 | 59.10 | $23,611.00 |
| Matthew J. Stockl | 2019 | $480.00 | 113.70 | $54,576.00 |
| Meredith P Montrose | 2018 | $415.00 | 7.90 | $3,278.50 |
| Paige E. Hornback | 2022 | $345.00/ $355.00 | 83.80 | $29,647.00 |
| Robert D. Prine | 2017 | $420.00 | 1.80 | $756.00 |
| Spencer K Gray | 2019 | $400.00 | 68.90 | $27,357.50 |
| Suzanne M. Marino | 2021 | $360.00 | 106.70 | $38,412.00 |
| Vanessa Rodriguez | 2023 | $315.00 | 309.80 | $114,415.00 |
| Veneeta Jaswal | 2018 | $460.00 | 9.20 | $4,232.00 |
| William C. Brown, III | - | $375.00 | 5.30 | $1,987.50 |
| Autumn R. Clark | N/A | $185.00 | 10.50 | $1,942.50 |
| Robert J. Simmons | N/A | $350.00/ $365.00 | 89.60 | $32,450.50 |
| Amy M Childers | N/A | $245.00 | 7.50 | $1,807.50 |

| Name | | Rate | Hours | Total |
|---|---|---|---|---|
| Caron Burke | N/A | $225.00 | 99.90 | $22,477.50 |
| Fernando Juarez | N/A | $210.00 | 9.50 | $1,995.00 |
| Jamie Herald | N/A | $145.00 | 10.90 | $1,580.50 |
| Jason Murray | N/A | $100.00 | 6.30 | $630.00 |
| Jennifer E. Pitcock | N/A | $205.00/ $215.00 | 181.20 | $38,122.00 |
| Katherine Hemphill | N/A | $210.00 | 7.20 | $1,570.00 |
| Kayla M. Howard | N/A | $125.00 | 30.00 | $3,750.00 |
| Wendy Yones | N/A | $205.00 | 40.00 | $8,200.00 |
| TOTALS: | | | 9300.30 | $4,915,286.00 |
| ADDITIONAL AMOUNT FOR THIS APPLICATION | | | | 0.00 |
| LESS NO CHARGES: | | | | 0.00 |
| LESS VOLUNTARY COURTESY DISCOUNT: | | | | $169,460.75 |
| TOTAL DUE: | | | | $4,745,825.25 |

3