| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Joon M. Khang (SBN 188722)<br>KHANG & KHANG LLP<br>4000 Barranca Parkway, Suite 250<br>Irvine, CA 92604<br>Tel: (949) 419-3834 Fax: (949) 385-5868<br>Emai: joon@khanglaw.com | FOR COURT USE ONLY |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>THE LITIGATION PRACTICE GROUP, P.C.<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: 11 |
|---|---|
| | **APPLICATION FOR PAYMENT OF:**<br><br>☒ **INTERIM FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 331)**<br><br>☐ **FINAL FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 330)** |
| | DATE: 09/24/2024<br>TIME: 10:00 am<br>COURTROOM: 5C - via Zoom<br>PLACE: 411 W. Foruth St.<br>          Santa Ana, CA 92701 |

1. Name of Applicant (*specify*): _KHANG & KHANG LLP_

2. Type of services rendered:  Legal
   a. ☒ Attorney for (*specify*): _Debtor_
   b. ☐ Accountant for (*specify*): _____
   c. ☐ Other professional (*specify*): _____

3. Date of filing of petition under chapter _11_ of the Bankruptcy Code: _03/20/2023_

4. Date of entry of Order Approving Applicant's Employment: _08/11/2023_

5. Date of filing of last Fee and/or Expense Application: _____

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 2016-1.2.APP.PAYMENT.FEES**

6. Total fees allowed or paid to Applicant to date (including retainers and prior
   approved fee applications): $ 0.00

   a. Retainer received: $ 0.00

   b. Retainer remaining as of the date of this Application: $ 0.00

   c. Total amount requested in all prior applications: $ 0.00

   d. Total amount actually paid pursuant to prior approved applications: $ 0.00

   e. Total amount currently due but unpaid pursuant to prior approved applications: $ 0.00

   f. Total amount allowed but reserved pending final fee application: $ 0.00

7. **Summary of Requested Fees**: (*attach detailed supporting documentation to this Application*)

| Professional Person's Name | Hourly Rate | X | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|
| a. Joon M. Khang | $ 500.00 | X 165.0 | | = | $ 82,500.00 |
| b. | $ | X | | = | $ |
| c. | $ | X | | = | $ |
| d. | $ | X | | = | $ |
| e. | $ | X | | = | $ |
| f. | $ | X | | = | $ |

   g. ☐ Continued on attached page

8. The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as
   follows:                                                                    ☐ See attached page

9. Bonus requested (final fee applications only): $ 0.00
   (*attach Declaration and Memorandum of Points and Authorities justifying bonus*)

10. **TOTAL FEES REQUESTED THIS APPLICATION**: $ 82,500.00

11. Total expenses paid to Applicant to date (including retainers and prior
    approved expense applications): $ 0.00

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                          Page 2                 **F 2016-1.2.APP.PAYMENT.FEES**

12. **Summary of Requested Expense Reimbursement**: (*attach detailed supporting documentation to this Application*)

| Type of Expense | Reimbursement Requested this Application |
|---|---|
| a. Petition Filing Fee | $1,738.00 |
| b. Copies (419 x $.10 per page) | $41.90 |
| c. Postage (actual) | $77.40 |
| d. | $ |
| e. | $ |
| f. | $ |
| g. ☐ Continued on Attached Page | |

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION:** $ 1,857.30

14. Applicant submits the following in support of the Application herein pursuant to LBR 2016-1 (*specify*):

　　Exhibit A - Order Authorizing Employment

　　Exhibit B - Detailed Billing Statement

　　Exhibit C - Declaration of Joon M. Khang

15. Total number of attached pages of supporting documentation: _12___

16. Applicant declares under penalty of perjury under the laws of the United States that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/03/2024 | Joon M. Khang | /s/ Joon M. Khang |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                              Page 3                    **F 2016-1.2.APP.PAYMENT.FEES**

# EXHIBIT A



1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  LAILA MASUD, #311731
   lmasud@marshackhays.com
3  MARSHACK HAYS LLP
   870 Roosevelt
4  Irvine, California 92620
   Telephone: (949) 333-7777
5  Facsimile: (949) 333-7778

6  Attorneys for Chapter 11 Trustee,
   RICHARD A. MARSHACK

**FILED & ENTERED**

**AUG 11 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte       DEPUTY CLERK

7

8                    UNITED STATES BANKRUPTCY COURT

9          CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

10

11  In re                                    Case No. 8:23-bk-10571-SC

12  THE LITIGATION PRACTICE GROUP,           Chapter 11

13              Debtor.                       ORDER RE: APPLICATION BY
                                             CHAPTER 11 TRUSTEE TO EMPLOY
14                                           KHANG & KHANG LLP AS GENERAL
                                             COUNSEL
15

16                                           Hearing:
                                             Date:  July 19, 2023
17                                           Time:  1:30 p.m.
                                             Ctrm;  5C
18

19       On July 19, 2023, the Court held a hearing on the *Application to Employ Khang & Khang*

20  *LLP as General Bankruptcy Counsel to the Debtor* ("K&K Application"), filed by Debtor, on April

21  18, 2023, as Dk. No. 42.  D. Edward Hays of Marshack Hays LLP, appeared on behalf of the

22  Chapter 11 Trustee, Richard A. Marshack, Joon M. Khang of Khang & Khang appeared on behalf of

23  the Debtor, The Litigation Practice Group. All other appearances were noted on the record. After

24  considering the Application, the Supplemental Declaration of Joon M. Khang filed in support of the

25  Application on June 23, 2023, as Dk. No. 137, hearing the arguments of counsel at the hearing, and

26  for good cause, the court orders as follows:

27  / / /

28  / / /

                                    1

1    IT IS ORDERED that:

2    1.    The Application is granted and Khang & Khang LLP ("Firm") is employed as

3    Debtor's counsel from the petition date of March 20, 2023, through the date that the Chapter 11

4    trustee was appointed on May 8, 2023;

5    2.    The $80,000 retainer paid to the Firm by Vulcan Consulting Group, LLC post-

6    petition on March 21, 2023, constitutes property of the Estate;

7    3.    The $14,738 drawn down by the Firm from the post-petition retainer without Court

8    authorization shall be immediately turned over to Trustee;

9    4.    The $64,462 balance of the retainer held by the Firm in Trust shall be turned over to

10   Trustee no later than August 9, 2023; and

11   5.    Any allowed compensation or reimbursement of costs shall only be determined

12   pursuant to a properly noticed application pursuant to 11 U.S.C. §§ 330 or 331.

13                                  # # #

Date: August 11, 2023

Scott C. Clarkson
United States Bankruptcy Judge

4880-6285-8613, v. 1

2

# EXHIBIT B

DETAIL TIME ENTRIES

In re The Litigation Practice Group

Case No.: 8:23-bk-10571-SC

**Case Administration**

| Date | By | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 3/16/23 | JMK | 2.0 | $500.00 | $1,000.00 | Telephone conference with client re case and review documents received from client. |
| 3/17/23 | JMK | 4.6 | $500.00 | $2,300.00 | Review emails, texts and documents received from client regarding Validation Partners and other pending litigation. |
| 3/18/24 | JMK | 10.0 | $500.00 | $5,000.00 | Review emails, texts and documents received from client. |
| 3/19/23 | JMK | 2.0 | $500.00 | $1,000.00 | Telephone conference and emails with client re emergency filing. |
| 3/19/23 | JMK | 6.0 | $500.00 | $3,000.00 | Review documents received from client for case filing. |
| 3/20/23 | JMK | 2.0 | $500.00 | $1,000.00 | Telephone conferences and document review with client re emergency filing. |
| 3/20/23 | JMK | 1.0 | $500.00 | $500.00 | Prepare emergeny filing documents and telephone conference and email with client re case filing. |
| 3/21/23 | JMK | 5.6 | $500.00 | $2,800.00 | Telephone conference with client and review additional litigation and financial documents received from client. |
| 3/22/23 | JMK | 2.7 | $500.00 | $1,350.00 | Meeting with client to discuss US Trustee guidelines and reporting requirements and review monthly operating report and 7-day package. |
| 3/23/23 | JMK | 3.5 | $500.00 | $1,750.00 | Review additional documents received from client for preparation of schedules and statements. |
| 3/24/23 | JMK | 4.5 | $500.00 | $2,250.00 | Telephone conference with client re financial documents for bankruptcy schedules; Reivew additional information and documents for schedules. |
| 3/24/23 | JMK | 0.2 | $500.00 | $100.00 | Email with US Trustee office re case information. |

DETAIL TIME ENTRIES

In re The Litigation Practice Group

Case No.: 8:23-bk-10571-SC

| | | | | | |
|---|---|---|---|---|---|
| 3/25/23 | JMK | 0.2 | $500.00 | $100.00 | Review Order setting case management conference and email with client re same. |
| 3/25/23 | JMK | 4.8 | $500.00 | $2,400.00 | Prepare drafts of 7-day package documents and telephone conference with client re same. |
| 3/27/23 | JMK | 2.8 | $500.00 | $1,400.00 | Telephone conference with client re review of 7-day package documents; Revise 7-day package documents. |
| 3/28/23 | JMK | 6.5 | $500.00 | $3,250.00 | Telephone conference and emails with client re bankruptcy schedules and statements and update schedules and statements. |
| 3/28/23 | JMK | 0.3 | $500.00 | $150.00 | Email with US Trustee office re rescheduling intitial debtor interview and 7-day package status; Email client re same. |
| 3/28/23 | JMK | 0.3 | $500.00 | $150.00 | Emails with US Trustee office re communications from former CFO of client. |
| 3/29/23 | JMK | 0.4 | $500.00 | $200.00 | Calls and emails with client's insurance carrier. |
| 3/29/23 | JMK | 0.6 | $500.00 | $300.00 | Review UD motion for relief from stay from landlord and discuss with client. |
| 3/29/23 | JMK | 0.4 | $500.00 | $200.00 | Emails with client re North Carolina attorneys. |
| 3/29/23 | JMK | 2.7 | $500.00 | $1,350.00 | Review list of clients and creditors received from client. |
| 3/30/23 | JMK | 0.2 | $500.00 | $100.00 | Emails with client re scheduling conflict with creditors meeting. |
| 3/31/23 | JMK | 6.2 | $500.00 | $3,100.00 | Review and revise schedules and 7-day package. |
| 3/31/23 | JMK | 1.4 | $500.00 | $700.00 | Review US Trustee Motion to Dismiss of Convert case and telephone conference with client re same. |
| 4/2/23 | JMK | 4.6 | $500.00 | $2,300.00 | Review additional summaries and litigation file documents received from client regarding disputes with Marich Bein and Validation Partners litigation. |

DETAIL TIME ENTRIES
In re The Litigation Practice Group
Case No.: 8:23-bk-10571-SC

| | | | | | |
|---|---|---|---|---|---|
| 4/3/23 | JMK | 3.4 | $500.00 | $1,700.00 | Review emails and documents received from client re disputes with former CFO, Marich Bein and DVI Fund/Debt Validation Fund. |
| 4/4/23 | JMK | 1.7 | $500.00 | $850.00 | Telephone conference with client re review of schedules and 7-day package. |
| 4/5/23 | JMK | 2.5 | $500.00 | $1,250.00 | Meeting with client to review and discuss prepetition litigation, business operations and case plan strategy. |
| 4/5/23 | JMK | 2.7 | $500.00 | $1,350.00 | Review additional prepetition litigation information and documents and business operation information. |
| 4/6/23 | JMK | 0.6 | $500.00 | $300.00 | Telephone conference with client re case status and information and documents for 7-day package. |
| 4/7/23 | JMK | 0.3 | $500.00 | $150.00 | Emails with client and US Trustee office re rescheduling initial debtor interview. |
| 4/10/23 | JMK | 1.2 | $500.00 | $600.00 | Telephone conference with client re preparation for initial debtor's interview with US Trustee's office. |
| 4/10/23 | JMK | 0.6 | $500.00 | $300.00 | Emails with US Trustee's office re questions about schedules. |
| 4/11/23 | JMK | 2.5 | $500.00 | $1,250.00 | Prepare for and appear for US Trustee initial debtor's interview. |
| 4/11/23 | JMK | 3.2 | $500.00 | $1,600.00 | Meeting with client re case status and follow up after initial debtor's interview and to strategize case plan. |
| 4/14/23 | JMK | 0.6 | $500.00 | $300.00 | Telephone conference with client re case update. |
| 4/17/23 | JMK | 0.2 | $500.00 | $100.00 | Emails with US Trustee office re rescheduled creditors meeting. |
| 4/18/23 | JMK | 0.6 | $500.00 | $300.00 | Prepare Notice of Rescheduled creditors meeting. |
| 4/18/23 | JMK | 4.6 | $500.00 | $2,300.00 | Review additional prepetition litigation information received from client. |

DETAIL TIME ENTRIES
In re The Litigation Practice Group
Case No.: 8:23-bk-10571-SC

| 4/19/23 | JMK | 0.3 | $500.00 | $150.00 | Emails with client re US Trustee request for additional documents and agreements with Oakstone and Consumer Legal Group. |
| 4/19/23 | JMK | 2.2 | $500.00 | $1,100.00 | Review documents and agreements with Oakstone and Consumer Legal Group. |
| 4/19/23 | JMK | 0.3 | $500.00 | $150.00 | Emails with Sharp Electronics re equipment lesaes. |
| 4/20/23 | JMK | 1.8 | $500.00 | $900.00 | Review motion to dismiss filed by DVF and MC DVI and call with client re same. |
| 4/21/23 | JMK | 2.7 | $500.00 | $1,350.00 | Review additional prepetition litigation information received from client and telephone conference with client re same. |
| 4/21/23 | JMK | 1.0 | $500.00 | $500.00 | Prepare Notice of Insider compensation and review with client. |
| 4/22/23 | JMK | 0.5 | $500.00 | $250.00 | Telephone conference with US Trustee's office re 7 day package and case questions. |
| 4/25/23 | JMK | 2.2 | $500.00 | $1,100.00 | Finalize and submit 7-day package. |
| 4/28/23 | JMK | 2.6 | $500.00 | $1,300.00 | Meeting with client to discuss case status and pending litigation matters. |
| 4/29/23 | JMK | 3.7 | $500.00 | $1,850.00 | Review information and documents received from client re schedules and status of business. |
| 4/29/23 | JMK | 0.7 | $500.00 | $350.00 | Review Supplement to US Trustee motion to dismiss or convert and discuss with client. |
| 4/30/23 | JMK | 3.5 | $500.00 | $1,750.00 | Review additional information and documents received from client re 3rd party agreements with Oakstone and CLG and call with client re same. |
| 4/30/23 | JMK | 3.7 | $500.00 | $1,850.00 | Review documents received from client and assist in preparing MOR and call with client to discuss same. |
| 5/1/23 | JMK | 2.7 | $500.00 | $1,350.00 | Prepare supplements to 7-day package and review with client. |

## DETAIL TIME ENTRIES
### In re The Litigation Practice Group
### Case No.: 8:23-bk-10571-SC

| Date | Atty | Hrs | Rate | Amount | Description |
|---|---|---|---|---|---|
| 5/1/23 | JMK | 1.8 | $500.00 | $900.00 | Telephone conference with client re preparations for creditors meeting and US Trustee Motion to Dismiss of Convert case and business operations. |
| 5/2/23 | JMK | 1.3 | $500.00 | $650.00 | Email and call with client re DVI motion to dismiss. |
| 5/2/23 | JMK | 2.0 | $500.00 | $1,000.00 | Prepare amended schedules and review with client. |
| 5/2/23 | JMK | 0.5 | $500.00 | $250.00 | Emails and call with US Trustee office re creditors meeting and related issues. |
| 5/3/23 | JMK | 1.6 | $500.00 | $800.00 | Prepare for and appear for US Trustee Motion to Dismiss or Convert case. |
| 5/3/23 | JMK | 0.5 | $500.00 | $250.00 | Review US Trustee objection to Notice of insider compensation and call with client re same. |
| 5/3/23 | JMK | 0.4 | $500.00 | $200.00 | Emails with Equipay re release of funds to debtor and call with client re same. |
| 5/4/23 | JMK | 1.0 | $500.00 | $500.00 | Call with client re appointment of chapter 11 trustee and impact on case. |
| 5/5/23 | JMK | 0.7 | $500.00 | $350.00 | Call with client to discuss requests for information and communications with chapter 11 trustee. |
| 5/6/23 | JMK | 2.8 | $500.00 | $1,400.00 | Calls and emails with chapter 11 trustee's office re case information and documents and prepare and send information to trustee. |
| 5/7/23 | JMK | 0.8 | $500.00 | $400.00 | Calls with client re cooperating with chapter 11 trustee and case issues. |
| **Category Total: 141.5** | | | | **$ 70,750.00** | |

### Employment/Fee Applications

| Date | Atty | Hrs | Rate | Amount | Description |
|---|---|---|---|---|---|
| 4/18/23 | JMK | 2.7 | $500.00 | $1,350.00 | Prepare Notice and Employment Application for K&K. |

DETAIL TIME ENTRIES
In re The Litigation Practice Group
Case No.: 8:23-bk-10571-SC

| | | | | | |
|---|---|---|---|---|---|
| 5/2/23 | JMK | 1.5 | $500.00 | $750.00 | Prepare Declaration re Non-Opp to Employment Application of K&K; Prepare Order and Notice of Lodgment of Order granting Employment Application of K&K |
| 5/20/23 | JMK | 0.3 | $500.00 | $150.00 | Call with US Trustee office about additional information for K&K employment application. |
| 5/23/23 | JMK | 1.0 | $500.00 | $500.00 | Prepare supplemental declarations of Joon Khang and Tony Diab in support of K&K employment application. |
| 7/19/23 | JMK | 0.2 | $500.00 | $100.00 | Prepare Notice of Hearing on K&K Employment Application. |
| 7/19/23 | JMK | 1.0 | $500.00 | $500.00 | Prepare for and appear for hearing on K&K Employment Application. |
| 8/11/23 | JMK | 0.2 | $500.00 | $100.00 | Review trustee's proposed order on K&K Employment Application. |
| **Category Total: 6.9** | | | | **$3,450.00** | |

**Creditors Meeting**

| | | | | | |
|---|---|---|---|---|---|
| 5/1/23 | JMK | 0.6 | $500.00 | $300.00 | Telephone conference with US Trustee office re 7-day package, creditors meeting and Motion to Dismiss or Convert case. |
| 5/1/23 | JMK | 1.5 | $500.00 | $750.00 | Meeting with client to prepare for creditors meeting. |
| 5/2/23 | JMK | 5.7 | $500.00 | $2,850.00 | Prepare for and appear for creditors meeting. |
| **Category Total 7.8** | | | | **$3,900.00** | |

**Litigation**

| | | | | | |
|---|---|---|---|---|---|
| 4/5/23 | JMK | 0.6 | $500.00 | $300.00 | Telephone conference with client re adversary complaint to extend automatic stay and injunctive relief against Validation Partners, et al. |
| 4/6/23 | JMK | 2.5 | $500.00 | $1,250.00 | Review documents received from client for preparation of adversary complaint against Validation Partners, et al. |

DETAIL TIME ENTRIES
In re The Litigation Practice Group
Case No.: 8:23-bk-10571-SC

| 4/7/23 | JMK | 5.7 | $500.00 | $2,850.00 | Prepare adversary complaint against Validation Partners, et al. and review and discuss with client. |
|---|---|---|---|---|---|
| Category Total | | 8.8 | | $4,400.00 | |

| TOTALS: | 165.0 | $ 82,500.00 |
|---|---|---|

**KHANG & KHANG LLP**

4000 Barranca Parkway, Suite 250
Irvine, California 92604
Telephone:  (949) 419-3834
Facsimile:    (949) 358-5868

| | |
|---|---|
| **Client:** | **The Litigation Practice Group** |
| **Address:** | **17542 17th St., Stuie 100** |
| | **Tustin, CA 92780** |

**Matter Name:  In re The Litigation Practice Group - Chapter 11**

## BILLING STATEMENT - COSTS

| | No. of Pages | Miles | Total |
|---|---|---|---|
| **Photo Copies - $0.10 per page** | 419 | | $41.90 |
| **Facsimiles - $1.00 per page** | 0 | | $0.00 |
| **Mileage - $0.58 per mile** | | 0 | $0.00 |
| **Postage** | | | $77.40 |
| **Parking** | | | $0.00 |
| **Telephonic Appearance Fees** | | | $0.00 |
| **Filing Fees** | | | $1,738.00 |
| **Messenger Fees** | | | $0.00 |
| **TOTAL:** | | | **$1,857.30** |

# EXHIBIT C

Joon M. Khang (CSBN 188722)
**KHANG & KHANG LLP**
4000 Barranca Parkway, Suite 250
Irvine, California 92604
Telephone: (949) 419-3834
Facsimile: (949) 385-5868
Email: joon@khanglaw.com

Attorneys for The Litigation Practice Group, P.C.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re | Case No.: 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP, P.C. | Chapter 11 |
| Debtor. | **DECLARATION OF JOON M. KHANG RE BILLINGS STATEMENTS AND EXPENSES IN SUPPORT OF FIRST INTERIM APPLICATION FOR PAYMENT OF FEES AND EXPENSES** |
| | Hearing |
| | Date:   September 24, 2024 |
| | Time:   10:00 a.m. |
| | Court:  Courtroom 5C – via Zoom |
| | 411 W. Fourth St., 5th Floor |
| | Santa Ana, CA 92701 |

DECLARATION OF JOON M. KHANG

I, Joon M. Khang, declare:

1.      I am a partner with KHANG & KHANG LLP ("K&K"), with offices located at 4000 Barranca Parkway, Suite 250, Irvine, CA 92604. I am admitted to practice in all courts in the

1

1 State of California and in the United States District Court for the Central District of California. I

2 have personal knowledge of the facts set forth herein and, if called as a witness, I could and would

3 testify competently thereto. This declaration is made in support of K&K's first interim application

4 for payment of fees and expenses (the "Application") in this case.

5      2.     K&K's employment application was approved on August 11, 2023, effective March

6 20, 2023 – May 8, 2023. Attached hereto as Exhibit A is a conformed copy of the Court's Order

7 authorizing K&K's employment in this case.

8      3.     Attached hereto as Exhibit B are copies of K&K's billing statements for services

9 provided, which include a summary of expenses in this case. The billing statements are for the

10 period covering March 20, 2023 – May 8, 2023.

11      4.     K&K was first retained by Applicant on March 17, 2023 and received the sum of

12 $80,000.00 (the "Retainer Deposit") to prepare and file this Chapter 11 petition. I was informed

13 that the Retainer Deposit was wired to my business account March 17, 2023. However, the funds

14 did not reach my business account until post-petition on March 21, 2023. As a result, the Court

15 ordered me to pay the Retainer Deposit to the Chapter 11 Trustee in the case. Accordingly, I have

16 turned over $80,000 Retainer Deposit to the Chapter 11 Trustee. Therefore, K&K is not in

17 possession of any of the Retainer Deposit at this time.

18      5.     This is K&K's first interim fee application. K&K is seeking approval of fees in the

19 sum of $82,500 and expenses in the sum of $1,857.30, for total fees and expenses in the sum of

20 $84,357.30.

21      I declare under penalty of perjury under the laws of the United States of America that the

22 foregoing is true and correct.

23      Executed this 3rd day of September 2024, at Irvine, California.

24

25                                  _____
                                     Joon M. Khang

26

27

28

| In re: | CHAPTER 11 |
|---|---|
| THE LITIGATION PRACTICE GROUP, PC                    Debtor(s). | CASE NUMBER: 8:23-bk-10571-SC |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
KHANG & KHANG LLP, 4000 Barranca Parkway, Suite 250, Irvine, CA 92604

A true and correct copy of the foregoing document described **APPLICATION FOR PAYMENT OF INTERIM (11 U.S.C. § 331)/FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 09/03/24 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On  09/03/2024  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

<u>Via US Mail</u>:
The Honorable Scott C. Clarkson
US Bankruptcy Court
411 W. Fourth St., Suite 5130
Santa Ana, CA 92701

ETHICS MONITOR
Nancy Rapoport
nancy.rapoport@unlv.edu

ACCOUNTANT
Josh Teeple
jteeple@gtllp.com

OMBUDSMAN
Lucy Thomson
lucythomson1@mindspring.com

FORCE TEN PARTNERS
Chad Kurtz
Adam Meislik
ckurtz@force10partners.com
ameislik@force10partners.com

BICHER & ASSOCIATES
Robert Bicher
rfbicher@earthlink.net

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 09/03/24 | Joon M. Khang | /s/  Joon M. Khang |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9013-3.1

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **ATTORNEY FOR DEFENDANT ARAH ASANTE BAYROOTI:** Kyra E Andrassy kandrassy@raineslaw.com, bclark@raineslaw.com; jfisher@raineslaw.com
- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK:** Bradford Barnhardt bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com, alinares@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR AFFIRMA, LLC and CREDITOR OXFORD KNOX, LLC:** Eric Bensamochan eric@eblawfirm.us, G63723@notify.cincompass.com
- **ATTORNEY FOR DEFENDANT LEUCADIA ENTERPRISES, INC:** Michael Jay Berger michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com; michael.berger@ecf.inforuptcy.com
- **ATTORNEY FOR DEFENDANT BMF ADVANCE, LLC and DEFENDANT DIVERSE CAPITAL LLC:** Ethan J Birnberg birnberg@portersimon.com, kdwyer@portersimon.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK:** Peter W Bowie peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC.:** Ronald K Brown ron@rkbrownlaw.com
- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK:** Christopher Celentino christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **INTERESTED PARTY COURTESY NEF:** Shawn M Christianson cmcintire@buchalter.com, schristianson@buchalter.com
- **INTERESTED PARTY COURTESY NEF:** Randall Baldwin Clark rbc@randallbclark.com
- **ATTORNEY FOR DEFENDANT ROSA BIANCA LOLI:** Leslie A Cohen leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com; clare@lesliecohenlaw.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK:** Aaron E. DE Leest    adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **ATTORNEY FOR DEFENDANT MORNING LAW GROUP, PC:** Michael W Davis mdavis@dtolaw.com, ygodson@dtolaw.com
- **INTERESTED PARTY COURTESY NEF:** Anthony Paul Diehl anthony@apdlaw.net, Diehl.AnthonyB112492@notify.bestcase.com, ecf@apdlaw.net, 9143954420@filings.docketbird.com
- **OTHER PROFESSIONAL OMNI AGENT SOLUTIONS:** Ashley Dionisio adionisio@omniagnt.com
- **ATTORNEY FOR INTERESTED PARTY NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEYS and INTERESTED PARTY NATIONAL CONSUMER BANKRUPTCY RIGHTS CENTER:** Jenny L Doling jd@jdl.law, dolingjr92080@notify.bestcase.com; 15994@notices.nextchapterbk.com; jdoling@jubileebk.net
- **ATTORNEY FOR CREDITOR CAROLYN BEECH:** Daniel A Edelman dedelman@edcombs.com, courtecl@edcombs.com
- **ATTORNEY FOR DEFENDANT NEW HORIZON FINANCE LLD:** Howard M Ehrenberg Howard.Ehrenberg@gmlaw.com, hehrenberg@ecf.courtdrive.com; hehrenberg@ecf.inforuptcy.com; Karen.Files@gmlaw.com; denise.walker@gmlaw.com
- **INTERESTED PARTY CREDITOR MEREDITH FAHN:** Meredith Fahn fahn@sbcglobal.net
- **ATTORNEY FOR DEFENDANT COLBALT FUNDING SOLUTIONS, LLC:** Jeremy Faith Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com; Vicky@MarguliesFaithLaw.com; Amber@MarguliesFaithLaw.com
- **ATTORNEY FOR CREDITOR VALIDATION PARTNERS LLC:** William P Fennell william.fennell@fennelllaw.com, wpf@ecf.courtdrive.com; hala.hammi@fennelllaw.com; naomi.cwalinski@fennelllaw.com; samantha.larimer@fennelllaw.com; office@fennelllaw.com; Brendan.Bargmann@fennelllaw.com
- **ATTORNEY FOR CREDITOR ANTHEM BLUE CROSS OF CALIFORNIA and DEFENDANT JGW SOLUTIONS, LLC:** Alan W Forsley alan.forsley@flpllp.com, awf@fkllawfirm.com, awf@fl-lawyers.net, addy@flpllp.com
- **ATTORNEY FOR DEFENDANT CLEAR VISION FINANCIAL LLC; DEFENDANT PERFECT FINANCIAL, LLC; and POINT BREAK HOLDINGS LLC:** Marc C Forsythe mforsythe@goeforlaw.com, mforsythe@goeforlaw.com; dcyrankowski@goeforlaw.com; Forsythe.MarcR136526@notify.bestcase.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    **F 9013-3.1.PROOF.SERVICE**

- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK:** Jeremy Freedman jeremy.freedman@dinsmore.com, bonnie.connolly@dinsmore.com
- **ATTORNEY FOR CREDITOR HERRET CREDIT:** Eric Gassman erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com
- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK:** Christopher Ghio christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com
- **ATTORNEY FOR CREDITOR AMY GINSBURG; CREDITOR KENTON COBB; and CREDITOR SHANNON BELLFIELD:** Amy Lynn Ginsburg efilings@ginsburglawgroup.com
- **ATTORNEY FOR DEFENDANT STRIP, INC.:** Eric D Goldberg eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **ATTORNEY FOR CREDITOR AFFIRMA, LLC; CREDITOR ANAHEIM ARENA MANAGEMENT, LLC; and CREDITOR ANAHEIM DUCKS HOCKEY CLUB, LLC: and CREDITOR OXFORD KNOX:** Jeffrey I Golden jgolden@go2.law, kadele@ecf.courtdrive.com; cbmeeker@gmail.com; lbracken@wgllp.com; dfitzgerald@go2.law; golden.jeffreyi.b117954@notify.bestcase.com
- **ATTORNEY FOR CREDITOR AND DEFENDANT DEBT VALIDATION FUND II, LLC; CREDITOR AND DEFENDANT MC DVI FUND 1, LLC; and CREDITOR AND DEFENDANT MC DVI FUND 2, LLC:** Richard H Golubow on behalf of Creditor Debt Validation Fund II, LLC
- **ATTORNEY FOR CREDITOR UNITED PARTNERSHIPS, LLC:** David M Goodrich dgoodrich@go2.law, kadele@go2.law; dfitzgerald@go2.law; wggllp@ecf.courtdrive.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** Spencer Keith Gray spencer.gray@dinsmore.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; alinares@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR CITY CAPITAL NY:** Alan Craig Hochheiser ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC:** Garrick A Hollander ghollander@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
- **ATTORNEY FOR CREDITOR SHARP ELECTRONICS CORPORATION:** Brian L Holman b.holman@musickpeeler.com
- **INTERESTED PARTY COURTESY NEF:** Richard L. Hyde rhyde@awglaw.com
- **ATTORNEY FOR INTERESTED PARTY MERCHANTS CREDIT CORPORATION:** Peter L Isola pisola@hinshawlaw.com, rmojica@hinshawlaw.com, iking@hinshawlaw.com
- **ATTORNEY FOR COUNTER-DEFENDANT, CREDITOR, AND PLAINTIFF OHP-CDR, LP; COUNTER-DEFENDANT AND PLAINTIFF PURCHASECO 80, LLC:** Razmig Izakelian razmigizakelian@quinnemanuel.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK:** Sara Johnston sara.johnston@dinsmore.com
- **ATTORNEY FOR DEFENDANT FIDELITY NATIONAL INFORMATION SERVICES, INC. dba FIS; DEFENDANT WORLDPAY GROUP; and DEFENDANT WORLDPAY, LLC:** Sweeney Kelly kelly@ksgklaw.com
- **ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP PC:** Joon M Khang joon@khanglaw.com
- **ATTORNEY FOR INTERESTED PARTY AD HOC CONSUMER CLAIMANTS COMMITTEE:** Ira David Kharasch ikharasch@pszjlaw.com
- **ATTORNEY FOR DEFENDANT GALLANT LAW GROUP:** Meredith King mking@fsl.law, ssanchez@fsl.law; jwilson@fsl.law
- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS:** Nicholas A Koffroth nkoffroth@foxrothschild.com, khoang@foxrothschild.com; ca.dkt@foxrothschild.com
- **ATTORNEY FOR DEFENDANT MARICH BEIN LLC:** David S Kupetz David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **INTERESTED PARTY COURTESY NEF:** Christopher J Langley chris@slclawoffice.com, langleycr75251@notify.bestcase.com; ecf123@casedriver.com; john@slclawoffice.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK:** Kelli Ann Lee Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com
- **ATTORNEY FOR DEFENDANT OPTIMUMBANK HOLDINGS, INC.:** Matthew A Lesnick matt@lesnickprince.com, matt@ecf.inforuptcy.com; jmack@lesnickprince.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, PC; DEFENDANT LGS HOLDCO, LLC; and INTERESTED PARTY LIBERTY ACQUISITIONS GROUP INC.:** Daniel A Lev daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com; dlev@ecf.courtdrive.com
- **ATTORNEY FOR INTERESTED PARTY REVOLV3, INC.:** Britteny Leyva bleyva@mayerbrown.com, 2396393420@filings.docketbird.com; KAWhite@mayerbrown.com; ladocket@mayerbrown.com
- **ATTORNEY FOR DEFENDANT JGW SOLUTIONS, LLC:** Marc A Lieberman marc.lieberman@flpllp.com, addy@flpllp.com, andrea@flpllp.com
- **ATTORNEY FOR CREDITOR PHILLIP A GREENBLATT, PLLC:** Michael D Lieberman mlieberman@lipsonneilson.com
- **ATTORNEY FOR COUNTER-CLAIMANT, DEFENDANT, PLAINTIFF, AND TRUSTEE RICHARD A MARSHACK:** Yosina M Lissebeck Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com; Wendy.Yones@Dinsmore.com
- **ATTORNEY FOR CREDITOR FUNDURA CAPITAL GROUP and DEFENDANT BRIDGE FUNDING CAP, LLC:** Mitchell B Ludwig mbl@kpclegal.com, kad@kpclegal.com
- **ATTORNEY FOR DEFENDANT DANIEL S MARCH:** Daniel S March marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **ATTORNEY FOR CREDITOR AND DEFENDANT GREYSON LAW CENTER PC; CREDITOR AND DEFENDANT HAN TRINH; CREDITOR AND DEFENDANT PHUONG (JAYDE) TRINH:** Kathleen P March on behalf of Creditor Greyson Law Center PC kmarch@bkylawfirm.com, kmarch3@sbcglobal.net, kmarch@sbcglobal.net
- **ATTORNEY FOR CREDITOR DAVID ORR:** Mark J Markus bklawr@bklaw.com, markjmarkus@gmail.com; markus.markj.r112926@notify.bestcase.com
- **TRUSTEE RICHARD A MARSHACK:** Richard A Marshack (TR) pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; lbuchanan@marshackhays.com; alinares@ecf.courtdrive.com
- **ATTORNEY FOR DEFENDANT CLEARCUBE LLC:** Sarah S. Mattingly sarah.mattingly@dinsmore.com
- **ATTORNEY FOR CREDITOR TN DEPT OF REVENUE:** William McCormick Bill.McCormick@ag.tn.gov
- **ATTORNEY FOR US TRUSTEE:** Kenneth Misken Kenneth.M.Misken@usdoj.gov
- **INTERESTED PARTY COURTESY NEF:** Byron Z Moldo bmoldo@ecjlaw.com, aantonio@ecjlaw.com, dperez@ecjlaw.com
- **ATTORNEY FOR CREDITOR ADP, INC:** Glenn D. Moses gmoses@venable.com, cascavone@venable.com; ipmalcolm@venable.com; jadelgado@venable.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** Jamie D Mottola Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com
- **INTERESTED PARTY COURTESY NEF:** Alan I Nahmias anahmias@mbn.law, jdale@mbn.law
- **INTERESTED PARTY COURTESY NEF:** Victoria Newmark vnewmark@pszjlaw.com
- **ATTORNEY FOR US TRUSTEE:** Queenie K Ng queenie.k.ng@usdoj.gov
- **ATTORNEY FOR CREDITOR ISRAEL OROZCO:** Israel Orozco israel@iolawcorp.com
- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS:** Keith C Owens kowens@foxrothschild.com, khoang@foxrothschild.com
- **ATTORNEY FOR DEFENDANT OPTIMUMBANK HOLDINGS, INC.:** Lisa Patel lpatel@lesnickprince.com, jmack@lesnickprince.com; jnavarro@lesnickprince.com
- **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC:** Michael R Pinkston rpinkston@seyfarth.com, jmcdermott@seyfarth.com, sfocalendar@seyfarth.com, 5314522420@filings.docketbird.com, bankruptcydocket@seyfarth.com
- **ATTORNEY FOR DEFENDANT SCOTT JAMES EADIE:** Douglas A Plazak dplazak@rhlaw.com
- **ATTORNEY FOR COUNTER-CLAIMANT, DEFENDANT, PLAINTIFF, AND TRUSTEE RICHARD A MARSHACK:** Tyler Powell tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com; caitlin.brock@dinsmore.com
- **ATTORNEY FOR DEFENDANT PECC CORP; DEFENDANT TOUZI CAPITAL, LLC; and DEFENDANT ENG TAKING:** Daniel H Reiss dhr@lnbyg.com, dhr@ecf.inforuptcy.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, PC and DEFENDANT LGS HOLDCO, LLC:** Ronald N Richards ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK:** Vanessa Rodriguez vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com
- **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC:** Kevin Alan Rogers krogers@wellsmar.com
- **ATTORNEY FOR CREDITOR MARI AGAPE:** Gregory M Salvato gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com; jboufadel@salvatoboufadel.com; gsalvato@ecf.inforuptcy.com
- **ATTORNEY FOR CREDITOR AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC:** Olivia Scott olivia.scott@hklaw.com
- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK:** Jonathan Serrano jonathan.serrano@dinsmore.com
- **ATTORNEY FOR CREDITOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC:** Maureen J Shanahan Mstotaro@aol.com
- **ATTORNEY FOR CREDITOR UNITED PARTNERSHIPS, LLC:** Paul R Shankman PShankman@fortislaw.com, info@fortislaw.com
- **ATTORNEY FOR INTERESTED PARTY MORNING LAW GROUP, PC:** Zev Shechtman Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com; easter.santamaria@saul.com
- **ATTORNEY FOR PLAINTIFF ALTERYX, INC.:** Jeffrey M Singletary jsingletary@swlaw.com, rmckay@swlaw.com
- **ATTORNEY FOR US TRUSTEE:** Leslie Skorheim leslie.skorheim@usdoj.gov
- **ATTORNEY FOR CREDITOR PIONEER FUNDING GROUP, LLC:** Adam D Stein-Sapir info@pfllc.com
- **ATTORNEY FOR DEFENDANT BANKUNITED, NA:** Howard Steinberg steinbergh@gtlaw.com, pearsallt@gtlaw.com; NEF-BK@gtlaw.com; howard-steinberg-6096@ecf.pacerpro.com
- **ATTORNEY FOR PLAINTIFF RICHARD MARSHACK:** John H. Stephens john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com
- **ATTORNEY FOR CREDITOR AND PLAINTIFF ALTERYX, INC.:** Andrew Still astill@swlaw.com, kcollins@swlaw.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** Matthew J Stockl matthew.stockl@dinsmore.com, katrice.ortiz@dinsmore.com
- **ATTORNEY FOR CREDITOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC:** Michael R Totaro Ocbkatty@aol.com
- **US TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR WITNESS BRADFORD LEE:** William J Wall wwall@wall-law.com
- **ATTORNEY FOR CREDITOR AND DEFENDANT AZZURE CALPITAL LLC and CREDITOR HI BAR CAPITAL LLC:** Sharon Z. Weiss sharon.weiss@bclplaw.com, raul.morales@bclplaw.com, REC_KM_ECF_SMO@bclplaw.com
- **ATTORNEY FOR CREDITOR DEBT RELIEF GROUP, LLC:** Johnny White JWhite@wrslawyers.com, jlee@wrslawyers.com
- **OTHER PROFESSIONAL OMNI AGENT SOLUTIONS:** Reina Zepeda on behalf of Other Professional Omni Agent Solutions rzepeda@omniagnt.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**