Ira D. Kharasch (CA Bar No. 109084)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:   ikharasch@pszjlaw.com
              vnewmark@pszjlaw.com

Attorneys for Consumer Legal Group, PC

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>    Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**DECLARATION OF JASON J. REBHUN IN SUPPORT OF OPPOSITION TO CHAPTER 11 TRUSTEE, RICHARD A. MARSHACK'S MOTION FOR ORDER APPROVING COMPROMISE OF CONTROVERSY PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 AS TO DEFENDANT OPTIMUMBANK AND OPTIMUMBANK HOLDINGS, INC.**<br><br>**Hearing:**<br>Date:      September 12, 2024<br>Time:     10:00 AM<br>Judge:    Hon. Scott C. Clarkson<br>Place:     Courtroom 5C - ViaZoom<br>              411 Fourth Street<br>              Santa Ana, CA 92701 |

## DECLARATION OF JASON J. REBHUN

I, Jason J. Rebhun, declare:

1. I am a managing partner for Consumer Legal Group, PC ("CLG"). I have personal knowledge of the facts set forth below and could and would competently testify under oath thereto if requested to do so.

4866-9250-7873.3

2. I submit this declaration in support of CLG's *Opposition to Chapter 11 Trustee, Richard A. Marshack's Motion for Order Approving Compromise of Controversy Pursuant to Federal Rule of Bankruptcy Procedure 9019 as to Defendant OptimumBank and OptimumBank Holdings, Inc.* (the "Opposition"). Capitalized terms not otherwise defined herein have the same meanings ascribed thereto in the Opposition.

3. Prior to the petition date, CLG acquired via purchase or forgiveness of indebtedness approximately 6,000 performing client files from the Debtor. These were arm's length transactions completed over the approximately 3-month period leading up to the bankruptcy filing.

4. CLG also disputes Optimum's alleged right to recoup and offset $200,000 of CLG's funds from CLG's account.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 5, 2024

JASON J. REBHUN

4866-9250-7873.3

2