

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRANSCRIPT ORDER FORM

CHAPTER __11__

APPEAL? ☐ Yes ☐ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: __Victoria A. Newmark__     Attorney Bar# __183581__
Law Firm: __Pachulski Stang Ziehl & Jones LLP__
Mailing Address: __10100 Santa Monica Blvd., Suite 1300, Los Angeles, CA 90067__

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement****): __Nancy H. Brown__
Telephone: (__818__) __625-7845__     E-mail: __nbrown@pszjlaw.com__
Bankruptcy Case #: __23-10571-SC__     Adversary Proceeding #/MP #: _____
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): __9/11/24__  Time: __1:30 p.m.__
Debtor: __The Litigation Practice Group, P.C.__
Adversary Proceeding Name: _____ vs. _____
Hearing Judge: __Scott Clarkson__     Courtroom #: __SA 5C__
TRANSCRIBER: __eScribers__     ALTERNATE: __Ben Hyatt__
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For _341(a) Recording Request Procedures_, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**   NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)    ☐ 3 Days        ☒ Entire Hearing
☐ 14 Days               ☒ Daily (24 hours)   ☐ Ruling/Opinion of Judge only
☐ 7 Days                                ☐ Testimony of Witness _____
                                        ☐ Other* _____ (name of witness)

*Special Instructions: __# 20 on the docket__

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See _Transcript Ordering Instructions_, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript****: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐ FDS ☐ Mail ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #:____)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
(Tape #:____)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
Court Recorder: _____ Division: _____ Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote _prior_ to transcribing.

_Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California._