Nancy Rapoport
William S. Boyd School of Law
University of Nevada, Las Vegas
4505 S. Maryland Parkway
Box  451003
Las Vegas, Nevada  89154-1003
nancy.rapoport@unlv.edu

Court Appointed Ethics Compliance Monitor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Chapter 11 |
| Debtor. | **SUPPLEMENT TO REPORT OF FEE EXAMINER NANCY B. RAPOPORT - [SEPTEMBER 16, 2024]** |

1

Attachment A

### _Report of Fee Examiner Nancy B. Rapoport — [September 16, 2024]_

Pursuant to the **_Order Appointing a Fee Examiner_** dated August 7, 2024

[Docket No. 1489] (the "Appointment Order"), my first report was filed on

September 12, 2024 [Docket No. 1673] (the "First Report"). This report is my

Supplement to that First Report (the "Supplement"), and it covers the fees of Fox

Rothschild and Force 10.

#### _Specific observations about this billing cycle_

As is my practice when reviewing professional fees, I asked Fox Rothschild and

Force 10 for additional details to clarify questionable time entries. I also followed my

standard practice of showing representatives the draft of the section of this

Supplement relating to that professional's review—before filing this Supplement with

the Court—in order to ensure that I had stated all of the facts and the amounts of

any negotiated reductions accurately. Thus, both professionals have had ample

opportunity to correct any errors.

In order to assist this Court with the fee application hearing, here is a chart

summarizing my conclusions with respect to all covered professionals:

| Professional | Order Appointing / Approving Professional | Conclusions, Including Any Additional Recommended Reductions |
|---|---|---|
| Marshack Hays Woods | Docket No. 129, Dec. 22, 2023 (sec. 327 professional) | Other than $499.00, reasonable when incurred. |

| Richard Marshack | Docket No. 65, May 8, 2023 (sec. 326 professional) | Fees and expenses were reasonable—no recommended reductions |
|---|---|---|
| Omni Agent Solutions | Docket No. 785, Dec. 22, 2023 (sec. 327 professional) | Fees and expenses were reasonable—no recommended reductions. |
| Dinsmore & Shohl | Docket No. 171, July 5, 2023 (sec. 327 professional) | Fees and expenses were reasonable—no further recommended reductions.[1] |
| Bicher & Assocs. | Docket No. 155, June 29, 2024 (sec. 327 professional) | Other than $298.00, reasonable when incurred. |
| Grobstein Teeple | Docket No. 169, July 3, 2023 (sec. 327 professional) | Fees and expenses were reasonable—no recommended reductions |
| Fox Rothschild | Docket No. 444, August 24, 2023 (sec. 327 professional) | Other than $5,475.55 (my negotiated reduction) and $3,647.00 (the United States Trustee's negotiated reduction), reasonable when incurred. |
| Force 10 | Docket No. 578, October 16, 2023 | Fees and expenses were reasonable—no recommended reductions |

Here is a summary of the fees and expenses requested to date:

---

[1] Dinsmore & Shohl already deducted the Fee Examiner's recommended reductions before filing its First Interim Application; hence, no further reductions are necessary.

| | Fee App Doc. No. | Fees requested to date | Expenses requested to date | Total fees and expenses requested to date (before any post-filing reductions) | Negotiated reductions | Total fees and expenses requested to date (after any negotiated reductions) |
|---|---|---|---|---|---|---|
| Marshack Hays Woods | 1617 | $1,332,851.00 | $46,897.69 | $1,379,748.69 | $499.00 | $1,379,249.69 |
| Richard Marshack | 1616 | $500,547.33 | $1,458.15 | $502,005.48 | N/A | $502,005.48 |
| Omni Agent Solutions | 1577 | $826,644.60 | $72,399.12 | $899,043.72 | N/A | $899,043.72 |
| Dinsmore & Shohl | 1621 | $4,745,825.25 | $57,379.11 | $4,803,204.36[2] | $169,460.75 | $4,803,204.36 |
| Bicher & Assocs. | 1576 | $70,478.00 | $1,259.27 | $71,737.27 | $298.00 | $71,439.27 |
| Grobstein Teeple | 1608 | $307,466.50 | $51.03 | $307,517.53 | N/A | $307,517.53 |
| Fox Rothschild | 1619 | $1,050,894.00 | $19,823.67 | $1,070,717.67 | $9,122.55[3] | $1,061,595.12[4] |
| Force 10 | 1620 | $187,620.00 | $0.00 | $187,620.00 | N/A | $187,620.00 |
| Totals | | $9,022,326.68 | $199,268.04 | $9,221,594.72[5] | $179,082.30 | $9,211,675.17 |

I will now turn to the fee applications.

| First Interim Applications | Fees requested in this Interim Fee Application | Proposed reduction / agreed-to voluntary reduction | Opinion as to reasonable fee award | Expenses requested | Proposed reduction | Opinion as to reasonable expenses | Total fees and expenses, if this Court approves the fees and expenses (including any negotiated reductions) |
|---|---|---|---|---|---|---|---|
| Marshack Hays Wood | $1,332,851.00 | $499.00 | Other than $499.00, reasonable. | $46,897.69 | None | Reasonable | $1,379,249.69 |
| Richard Marshack | $500,547.33 | None | Reasonable | $1,458.15 | None | Reasonable | $502,005.48 |

---

[2] Such amount reflects the agreed-to voluntary reduction.

[3] This number includes my negotiated reduction of $5,475.55 and the United States Trustee negotiated reduction of $3,647.00.

[4] After my discussions with Fox Rothschild, the firm agreed to an additional $3,647.00 reduction after discussions with the United States Trustee, for a total requested fees and expenses of $1,061,595.12.

[5] Because the fees and expenses in this tranche of reviews exceeded $8,000,000, I will, per the order appointing me as fee examiner, be seeking additional compensation for this first tranche. I am assuming that this Court wishes me to stay on as fee examiner through the final fee applications; thus, there will also be an additional compensation request for any future tranches of fee reviews.

| Omni Agent Solutions | $826,644.60 | None | Reasonable | $72,399.12 | None | Reasonable | $899,043.72 |
|---|---|---|---|---|---|---|---|

| Dinsmore & Shohl | $4,745,825.25 | $169,460.75[6] | Reasonable | $57,379.11 | None | Reasonable | $4,803,204.36 |
|---|---|---|---|---|---|---|---|
| Bicher & Assocs. | $70,478.00 | $298.00 | Other than $298.00, reasonable. | $1,259.27 | None | Reasonable | $71,439.27 |
| Grobstein Teeple | $307,466.50 | None | Reasonable | $51.03 | None | Reasonable | $ 307,517.53 |
| Fox Rothschild | $1,050,894.00 | $3,073.50 | Other than $3,073.50, reasonable. | $19,823.67 | $2,402.05 | Other than $2,402.05, reasonable. | $1,061,595.12[7] |
| Force 10 | $187,620.00 | None | Reasonable | $0.00 | N/A | N/A | $187,620.00 |

One more point before turning to each interim fee application:  I have

continued my practice of not suggesting any particular holdback percentages.

### Specific Observations on the Interim Fee Applications

### Marshack Hays Wood LLP

First Interim Application of Marshack Hays Wood LLP
[Docket No. 1617]

| | |
|---|---|
| Interim fees requested in First Interim Application | $1,332,851.00 |
| Additional agreed-to voluntary reductions | $499.00 |
| Expenses requested in First Interim Application | $46,897.69 |
| Voluntary reductions taken by Marshack Hays Wood LLP prior to the fee examiner's review and included in the requested fees | N/A |
| Total fees (after reductions) and expenses that Marshack Hays Wood LLP wishes this Court to consider at the First Interim Fee Application Hearing | $1,379,249.69 |

---

[6] This $169,460.75 was already deducted before filing the fee application; thus, no further deduction is necessary.

[7] This number includes two different negotiated reductions:  $5,475.55 (negotiations with me) and $3,647.00 (negotiations with the United States Trustee).

My review of this interim fee application focused on understanding the division of authority among the various professionals to ensure that the work was being assigned to the lowest efficient biller, certain fees that appeared to be more in the nature of overhead; some vague entries, and the reason for certain professionals attending certain meetings.  I also reviewed the expenses and found no issues there. The firm was able to answer all of my questions, and other than $499.00, I conclude that the fees and expenses were reasonable and necessary when incurred.

<u>Richard Marshack, Trustee</u>

First Interim Application of Chapter 11 Trustee
[Docket No. 1616]

| Interim fees requested in First Interim Application | $500,547.33 |
| Expenses requested in First Interim Application | $1,458.15 |
| Voluntary reductions taken by Mr. Marshack prior to the fee examiner's review and included in the requested fees | N/A |
| Total fees and expenses that Mr. Marshack wishes this Court to consider at the First Interim Fee Application Hearing | $502,005.48 |

Because Mr. Marshack is a section 326 professional, rather than a section 327 professional, my review of his fees and expenses was a little different.  Although I treated the time entries as if he were a section 327 professional in order to assure myself that he performed the work that he had described in his fee application, and although I asked for certain follow-up information, all of which was provided, I reviewed his fees primarily in the context of what he has achieved for this estate.

Having discussed similarly situated cases with various state regulators and the

CFPB, the primary difficulty with closing down a practice without a sale of at least

some of the consumer files to a new law firm is that a closed-down practice leaves

consumers stranded. In my opinion, the decision to effectuate a sale of many of

LPG's files to Morning Law Group, therefore, not only provided a large number of

stranded LPG clients with access to high-quality legal care (or, at least a determination

that Morning Law Group could—for various reasons—not help a particular

consumer while remaining on the correct side of the law) but also provided an

infusion of funds to the estate. Mr. Marshack's decision, and this Court's approval of

that decision, was both humane and useful. I also reviewed Mr. Marshack's expenses

and found no issues with them. I conclude that Mr. Marshack's fees and expenses

were reasonable and necessary.

## Omni Agent Solutions

First Interim Application of Omni Agent Solutions
[Docket No. 1577]

| | |
|---|---|
| Interim fees requested in First Interim Application | $826,644.60 |
| Expenses requested in First Interim Application | $72,399.12 |
| Voluntary reductions taken by Omni Agent Solutions prior to the fee examiner's review and included in the requested fees | N/A |
| Total fees and expenses that Omni Agent Solutions wishes this Court to consider at the First Interim Fee Application Hearing | $899,043.72 |

Omni, given its role, had numerous repetitive tasks, none of which raised any red flags. No flags were triggered on the expenses. I conclude that Omni Agent's fees and expenses are reasonable and necessary as incurred.

First Interim Application of Dinsmore & Shohl, LLP[8]
[Docket No. 1621]

| | |
|---|---|
| Interim fees requested in First Interim Application | $4,745,825.25 |
| Agreed-to voluntary reductions, taken before filing the First Interim Application[9] | $169,460.75 |
| Expenses requested in First Interim Application | $57,379.11 |
| Voluntary fee reductions taken by Dinsmore & Shohl, taken before filing the First Interim Application | $223,990.00 |
| Voluntary rate reductions taken by Dinsmore & Shohl, taken before filing the First Interim Application | $51,000.00 |
| Total fees (after reductions) and expenses that Dinsmore & Shohl wishes this Court to consider at the First Interim Fee Application Hearing | $4,803,204.36 |

At the outset, the review found that the firm's fees represent a 35% lower rate structure than comparable firms with substantial bankruptcy experience, adding significant value to the Trustee and the Estate. The rest of the review focused on issues of the use of itinerant billers, the choice of professional for particular tasks (whether the professional was the lowest efficient biller), some vague and block-billed entries, questions about allocation of work between this firm and Marshack Hays

---

[8] Note: Dinsmore & Shohl LLP's filed Fee Application also reflects a separately agreed-to voluntary reduction. Before it submitted the fee application to the Fee Examiner, Dinsmore took a rate reduction of approximately $51,000.00 for Attorneys Celentino, Ghio, and certain other professionals' time, as well as an overall voluntary reduction of $223,990.00 for all timekeepers; when added to the Fee Examiner's suggested reduction of $169,460.75, the total Dinsmore reduction is $444,450.75, or roughly 9% of the fees.

[9] Such reduction was reflected in the Fee Application filed by Dinsmore & Shohl LLP, Dkt. No. 1621, at p. 2, ll. 3-6, p. 7-ll. 27-28 - p. 8, l. 2, p. 27, A. Summary of Fees, ll. 11-14.

Wood, and questions about how some travel time was billed. All of these questions were answered to my satisfaction, and therefore, with the reduction of $169,460.75 taken after my review and reflected in the filed fee application, I conclude that Dinsmore & Shohl's fees and expenses were reasonable as incurred.

First Interim Application of Robert F. Bicher & Associates
[Docket No. 1576]

| Interim fees requested in First Interim Application | $70,478.00 |
|---|---|
| Additional agreed-to voluntary reductions | $298.00 |
| Expenses requested in First Interim Application | $1,259.27 |
| Voluntary reductions taken by Bicher & Associates prior to the fee examiner's review and included in the requested fees | $7,709.00[10] |
| Interim fees after proposed reductions, plus 100% of expenses | $71,439.27 |

My review of this interim fee application focused on understanding the division of authority among the various professionals to ensure that the work was being assigned to the lowest efficient biller, certain fees that appeared to be more in the nature of overhead; certain expenses that appeared to be more in the nature of overhead; some vague entries, and the reason for certain professionals attending certain meetings. The firm was able to answer all of my questions, and other than $298.00, I conclude that the fees and expenses were reasonable and necessary when incurred.

---

[10] The Firm discounted its rate for Claims Analysis, at the request of the Trustee, from $250.00 per hour to $120.00 per hour (a 52% reduction). The time billed, 59.3 hours, resulted in a savings to the estate of $7,709.00, approximately 10% of total fees, and a reduction in the average hourly rate for all services provided from $154.23 per hour to $139.08 per hour.

First Interim Application of Grobstein Teeple
[Docket No. 1608, with a slight modification of language in Docket No. 1611]

| | |
|---|---:|
| Interim fees requested in First Interim Application | $307,466.50 |
| Expenses requested in First Interim Application | $51.03 |
| Voluntary reductions taken by Grobstein Teeple prior to the fee examiner's review and included in the requested fees | N/A |
| Total fees and expenses that Grobstein Teeple wishes this Court to consider at the First Interim Fee Application Hearing | $307,517.53 |

My review of this interim fee application focused on some vague entries and the reason for certain professionals attending certain meetings. The firm was able to answer all of my questions, and I conclude that the fees and expenses were reasonable and necessary when incurred.

First Interim Application of Fox Rothschild LLP
[Docket No. 1619]

| | |
|---|---:|
| Interim fees requested in First Interim Application | $1,050,894.00 |
| Expenses requested in First Interim Application | $19,823.67 |
| Voluntary reductions taken by Fox Rothschild prior to the filing of the fee application | $5,379.06 |
| Additional voluntary reductions taken by Fox Rothschild in connection with the fee examiner's review | $5,475.55 |
| Additional voluntary reductions taken by Fox Rothschild in connection with discussions with the United States Trustee | $3,647.00 |
| Total fees and expenses that Fox Rothschild wishes this Court to consider at the First Interim Fee Application Hearing | $1,061,595.12 |

My review of this interim fee application focused on whether the right level of professional was performing certain tasks, the number of itinerant professionals working on the case, certain vague entries, certain expenses, and the overlap on the

plan and disclosure statement work between Fox Rothschild and Marshack Hays

Wood. The firm was able to answer all of my questions, and, following our discussion,

has agreed to a further reduction of fees and expenses of $5,475.55, as well as the

negotiated additional reduction of $3,647.00 from discussions with the United States

Trustee; therefore, I conclude that the balance of fees and expenses requested by the

firm ($1,061,595.12) were reasonable and necessary when incurred.

First Interim Application of Force 10
[Docket No. 1620]

| | |
|---|---:|
| Interim fees requested in First Interim Application | $187,620.00 |
| Additional agreed-to voluntary reductions | N/A |
| Expenses requested in First Interim Application | $0.00 |
| Voluntary reductions taken by Force 10 prior to the filing of the fee application | $5,933.00 |
| Total fees and expenses that Force 10 wishes this Court to consider at the First Interim Fee Application Hearing | $187,620.00 |

My review of this interim fee application focused on whether the right level of

professional was performing certain tasks and certain vague entries. The firm was

able to answer all of my questions, and I conclude that the fees and expenses were

reasonable and necessary when incurred.

Conclusion

In closing, I wish to express my appreciation to all of those professionals who

cooperated in helping me better understand their fee applications.

I will appear at the hearing on the pending interim fee applications to answer

questions from the Court. To the extent that new and relevant pleadings related to

these fee applications are filed after this Supplement has been docketed, I will file an

additional report.


Date:  September 16, 2024
Las Vegas, Nevada

Respectfully submitted:

*Nancy B. Rapoport*
*Fee Examiner*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address
is:        655 W. Broadway, Suite 800, San Diego, California  92101

A true and correct copy of the foregoing document entitled **SUPPLEMENT TO REPORT OF FEE EXAMINER
NANCY B. RAPOPORT - [SEPTEMBER 16, 2024]**

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d);
and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling
General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the
document. On September 17, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary
proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF
transmission at the email addresses stated below:

☒    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On September 17, 2024, I served the following persons and/or entities at the last known addresses in this
bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the
United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a
declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state
method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 17,
2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who
consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge
here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later
than 24 hours after the document is filed.

**JUDGE'S COPY - VIA FEDEX**
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 17, 2024 | Caron Burke | /s/ Caron Burke |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August  2010*                                                    **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Kyra E Andrassy on behalf of Defendant Arash Asante Bayrooti
kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com

Kyra E Andrassy on behalf of Interested Party Courtesy NEF
kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com

Bradford Barnhardt on behalf of Interested Party Courtesy NEF
bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt on behalf of Plaintiff Richard A. Marshack
bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt on behalf of Trustee Richard A Marshack (TR)
bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Eric Bensamochan on behalf of Creditor Oxford Knox, LLC
eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Interested Party Courtesy NEF
eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Interested Party Eric Bensamochan
eric@eblawfirm.us, G63723@notify.cincompass.com

Michael Jay Berger on behalf of Defendant Leucadia Enterprises, Inc
michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Ethan J Birnberg on behalf of Defendant BMF Advance, LLC
birnberg@portersimon.com, kdwyer@portersimon.com

Ethan J Birnberg on behalf of Defendant Diverse Capital LLC
birnberg@portersimon.com, kdwyer@portersimon.com

Peter W Bowie on behalf of Trustee Richard A Marshack (TR)
peter.bowie@dinsmore.com, caron.burke@dinsmore.com

Ronald K Brown on behalf of Creditor SDCO Tustin Executive Center, Inc.
ron@rkbrownlaw.com

Christopher Celentino on behalf of Plaintiff Richard A. Marshack
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Special Counsel Dinsmore & Shohl LLP
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Trustee Richard A Marshack (TR)
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Shawn M Christianson on behalf of Interested Party Courtesy NEF
cmcintire@buchalter.com, schristianson@buchalter.com

Randall Baldwin Clark on behalf of Interested Party Randall Baldwin Clark

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                    **F 9013-3.1.PROOF.SERVICE**

rbc@randallbclark.com

Leslie A Cohen on behalf of Defendant Rosa Bianca Loli
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Leslie A Cohen on behalf of Interested Party Courtesy NEF
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Aaron E. DE Leest on behalf of Trustee Richard A Marshack (TR)
adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Michael W Davis on behalf of Defendant Morning Law Group, P.C.
mdavis@dtolaw.com, ygodson@dtolaw.com

Anthony Paul Diehl on behalf of Interested Party Courtesy NEF
anthony@apdlaw.net,
Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net,9143954420@filings.docketbird.com

Ashley Dionisio on behalf of Other Professional Omni Agent Solutions
adionisio@omniagnt.com

Jenny L Doling on behalf of Interested Party INTERESTED PARTY
jd@jdl.law,
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys
jd@jdl.law,
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling on behalf of Interested Party National Consumer Bankruptcy Rights Center
jd@jdl.law,
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Daniel A Edelman on behalf of Creditor Carolyn Beech
dedelman@edcombs.com, courtecl@edcombs.com

Howard M Ehrenberg on behalf of Defendant New Horizon Finance LLC
Howard.Ehrenberg@gmlaw.com,
hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walke
r@gmlaw.com

Meredith Fahn on behalf of Creditor Meredith Fahn
fahn@sbcglobal.net

Jeremy Faith on behalf of Defendant Colbalt Funding Solutions, LLC
Jeremy@MarguliesFaithlaw.com,
Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Jeremy Faith on behalf of Interested Party Courtesy NEF
Jeremy@MarguliesFaithlaw.com,
Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

William P. Fennell on behalf of Creditor Validation Partners LLC

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-.1.PROOF.SERVICE

william.fennell@fennelllaw.com,
wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larime
r@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com

Alan W Forsley on behalf of Creditor Anthem Blue Cross of California
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com

Alan W Forsley on behalf of Defendant JGW Solutions, LLC
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com

Alan W Forsley on behalf of Interested Party Courtesy NEF
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com

Marc C Forsythe on behalf of Defendant Clear Vision Financial LLC
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Marc C Forsythe on behalf of Defendant Perfect Financial, LLC
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Marc C Forsythe on behalf of Defendant Point Break Holdings LLC
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Jeremy Freedman on behalf of Plaintiff Richard A. Marshack
jeremy.freedman@dinsmore.com, bonnie.connolly@dinsmore.com

Jeremy Freedman on behalf of Trustee Richard A Marshack (TR)
jeremy.freedman@dinsmore.com, bonnie.connolly@dinsmore.com

Eric Gassman on behalf of Creditor Herret Credit
erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com

Christopher Ghio on behalf of Trustee Richard A Marshack (TR)
christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com

Amy Lynn Ginsburg on behalf of Creditor Amy Ginsburg
efilings@ginsburglawgroup.com

Amy Lynn Ginsburg on behalf of Creditor Kenton Cobb
efilings@ginsburglawgroup.com

Amy Lynn Ginsburg on behalf of Creditor Shannon Bellfield
efilings@ginsburglawgroup.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                          F 9013-.1.PROOF.SERVICE

Eric D Goldberg on behalf of Defendant Stripe, Inc.
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Jeffrey I Golden on behalf of Creditor Affirma, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Anaheim Arena Management, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Anaheim Ducks Hockey Club, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Oxford Knox, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Interested Party Courtesy NEF
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

Richard H Golubow on behalf of Creditor Debt Validation Fund II, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 1, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 2, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Defendant Debt Validation Fund II, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Defendant MC DVI Fund 1, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Defendant MC DVI Fund 2, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

David M Goodrich on behalf of Creditor United Partnerships, LLC
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Interested Party Courtesy NEF
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

Spencer Keith Gray on behalf of Plaintiff Richard A Marshack
spencer.gray@dinsmore.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                         **F 9013-.1.PROOF.SERVICE**

Spencer Keith Gray on behalf of Trustee Richard A Marshack (TR)
spencer.gray@dinsmore.com

D Edward Hays on behalf of Attorney Marshack Hays LLP
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Creditor Committee Committee of Unsecured Creditors
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Trustee Richard A Marshack (TR)
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Trustee Richard A Marshack (TR)
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Alan Craig Hochheiser on behalf of Creditor City Capital NY
ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com

Garrick A Hollander on behalf of Creditor Debt Validation Fund II, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander on behalf of Creditor MC DVI Fund 1, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander on behalf of Creditor MC DVI Fund 2, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Brian L Holman on behalf of Creditor Sharp Electronics Corporation
b.holman@musickpeeler.com

Richard L. Hyde on behalf of Interested Party Courtesy NEF
rhyde@awglaw.com

Peter L Isola on behalf of Interested Party Merchants Credit Corporation
pisola@hinshawlaw.com, rmojica@hinshawlaw.com;iking@hinshawlaw.com

Razmig Izakelian on behalf of Counter-Defendant OHP-CDR, LP

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-.1.PROOF.SERVICE

razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Counter-Defendant PurchaseCo 80, LLC
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Creditor OHP-CDR, LP
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Plaintiff OHP-CDR, LP
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Plaintiff PurchaseCo 80, LLC
razmigizakelian@quinnemanuel.com

Sara Johnston on behalf of Trustee Richard A Marshack (TR)
sara.johnston@dinsmore.com

Sweeney Kelly on behalf of Defendant Fidelity National Information Services, Inc.
kelly@ksgklaw.com

Sweeney Kelly on behalf of Defendant Fidelity National Information Services, Inc. dba FIS
kelly@ksgklaw.com

Sweeney Kelly on behalf of Defendant Worldpay Group
kelly@ksgklaw.com

Sweeney Kelly on behalf of Defendant Worldpay, LLC
kelly@ksgklaw.com

Joon M Khang on behalf of Attorney Khang & Khang LLP
joon@khanglaw.com

Joon M Khang on behalf of Debtor The Litigation Practice Group P.C.
joon@khanglaw.com

Ira David Kharasch on behalf of Defendant Consumer Legal Group, PC
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Defendant LGS Holdco, LLC
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Interested Party Ad Hoc Consumer Claimants Committee
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Interested Party Consumer Legal Group, P.C.
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Interested Party Courtesy NEF
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Interested Party LGS Holdco, LLC
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Interested Party Liberty Acquisitions Group Inc.
ikharasch@pszjlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    F 9013-.1.PROOF.SERVICE

Meredith King on behalf of Defendant Gallant Law Group
mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Meredith King on behalf of Interested Party Courtesy NEF
mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Nicholas A Koffroth on behalf of Creditor Committee Committee of Unsecured Creditors
nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com

David S Kupetz on behalf of Defendant Marich Bein LLC
David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

David S Kupetz on behalf of Defendant Marich Bein, LLC
David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

David S Kupetz on behalf of Interested Party Courtesy NEF
David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

Christopher J Langley on behalf of Interested Party Courtesy NEF
chris@slclawoffice.com,
langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com

Kelli Ann Lee on behalf of Trustee Richard A Marshack (TR)
Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com

Matthew A Lesnick on behalf of Defendant OptimumBank Holdings, Inc.
matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Daniel A Lev on behalf of Interested Party Courtesy NEF
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev on behalf of Interested Party Liberty Acquisitions Group Inc.
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Britteny Leyva on behalf of Interested Party Revolv3, Inc.
bleyva@mayerbrown.com,
2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com

Marc A Lieberman on behalf of Defendant JGW Solutions, LLC
marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com

Marc A Lieberman on behalf of Interested Party Courtesy NEF
marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com

Michael D Lieberman on behalf of Creditor Phillip A. Greenblatt, PLLC
mlieberman@lipsonneilson.com

Yosina M Lissebeck on behalf of Counter-Claimant Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

Yosina M Lissebeck on behalf of Defendant Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

Yosina M Lissebeck on behalf of Plaintiff Richard A. Marshack

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                    **F 9013-1.1.PROOF.SERVICE**

Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

Yosina M Lissebeck on behalf of Trustee Richard A Marshack (TR)
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

Mitchell B Ludwig on behalf of Creditor Fundura Capital Group
mbl@kpclegal.com, kad@kpclegal.com

Mitchell B Ludwig on behalf of Defendant Bridge Funding Cap, LLC
mbl@kpclegal.com, kad@kpclegal.com

Daniel S March on behalf of Defendant Daniel S. March
marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com

Daniel S March on behalf of Interested Party INTERESTED PARTY
marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com

Kathleen P March on behalf of Creditor Greyson Law Center PC
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Creditor Han Trinh
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Creditor Phuong (Jayde) Trinh
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Defendant Greyson Law Center PC
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Defendant Han Trinh
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Defendant Jayde Trinh
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Interested Party The Bankruptcy Law Firm, P.C.
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Mark J Markus on behalf of Creditor David Orr
bklawr@bklaw.com, markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com

Richard A Marshack (TR)
pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com

Laila Masud on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud on behalf of Interested Party Richard A. Marshack
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                **F 9013-.1.PROOF.SERVICE**

Laila Masud on behalf of Plaintiff Richard Marshack
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud on behalf of Trustee Richard A Marshack (TR)
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Sarah S. Mattingly on behalf of Defendant Clearcube LLC
sarah.mattingly@dinsmore.com

Sarah S. Mattingly on behalf of Plaintiff Richard A. Marshack, Chapter 11 Trustee
sarah.mattingly@dinsmore.com

Sarah S. Mattingly on behalf of Plaintiff Richard A. Marshack
sarah.mattingly@dinsmore.com

Sarah S. Mattingly on behalf of Trustee Richard A Marshack (TR)
sarah.mattingly@dinsmore.com

William McCormick on behalf of Creditor TN Dept of Revenue
Bill.McCormick@ag.tn.gov

Kenneth Misken on behalf of U.S. Trustee United States Trustee (SA)
Kenneth.M.Misken@usdoj.gov

Byron Z Moldo on behalf of Interested Party Byron Moldo
bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com

Glenn D. Moses on behalf of Creditor ADP, Inc
gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com

Jamie D Mottola on behalf of Plaintiff Richard A. Marshack, Chapter 11 Trustee
Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbn.law, jdale@mbn.law

Victoria Newmark on behalf of Defendant Consumer Legal Group, PC
vnewmark@pszjlaw.com

Victoria Newmark on behalf of Defendant LGS Holdco, LLC
vnewmark@pszjlaw.com

Victoria Newmark on behalf of Interested Party Consumer Legal Group, P.C.
vnewmark@pszjlaw.com

Victoria Newmark on behalf of Interested Party Courtesy NEF
vnewmark@pszjlaw.com

Victoria Newmark on behalf of Interested Party LGS Holdco, LLC
vnewmark@pszjlaw.com

Victoria Newmark on behalf of Interested Party Liberty Acquisitions Group Inc.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    F 9013-.1.PROOF.SERVICE

vnewmark@pszjlaw.com

Jacob Newsum-Bothamley on behalf of Plaintiff Richard A. Marshack
jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com

Jacob Newsum-Bothamley on behalf of Trustee Richard A Marshack (TR)
jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com

Queenie K Ng on behalf of U.S. Trustee United States Trustee (SA)
queenie.k.ng@usdoj.gov

Israel Orozco on behalf of Creditor Israel Orozco
israel@iolawcorp.com

Keith C Owens on behalf of Creditor Committee Committee of Unsecured Creditors
kowens@foxrothschild.com, khoang@foxrothschild.com

Lisa Patel on behalf of Defendant OptimumBank Holdings, Inc.
lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com

Michael R Pinkston on behalf of Creditor Wells Marble and Hurst, PLLC
rpinkston@seyfarth.com,
jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcyd
ocket@seyfarth.com

Douglas A Plazak on behalf of Defendant Scott James Eadie
dplazak@rhlaw.com

Tyler Powell on behalf of Counter-Claimant Richard A Marshack (TR)
tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com

Tyler Powell on behalf of Counter-Claimant Richard A. Marshack
tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com

Tyler Powell on behalf of Defendant Richard A. Marshack
tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com

Tyler Powell on behalf of Plaintiff Richard A Marshack
tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com

Tyler Powell on behalf of Plaintiff Richard A. Marshack
tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com

Tyler Powell on behalf of Trustee Richard A Marshack (TR)
tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com

Daniel H Reiss on behalf of Defendant PECC Corp
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel H Reiss on behalf of Defendant Touzi Capital, LLC
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel H Reiss on behalf of Defendant Eng Taing
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-1.PROOF.SERVICE

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Vanessa Rodriguez on behalf of Plaintiff Richard A. Marshack
vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com

Vanessa Rodriguez on behalf of Trustee Richard A Marshack (TR)
vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com

Kevin Alan Rogers on behalf of Creditor Wells Marble and Hurst, PLLC
krogers@wellsmar.com

Gregory M Salvato on behalf of Creditor Mari Agape
gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato on behalf of Interested Party Courtesy NEF
gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Olivia Scott on behalf of Creditor Azzure Capital LLC
olivia.scott@hklaw.com

Olivia Scott on behalf of Creditor Hi Bar Capital LLC
olivia.scott@hklaw.com

Jonathan Serrano on behalf of Plaintiff Richard A. Marshack
jonathan.serrano@dinsmore.com

Jonathan Serrano on behalf of Special Counsel Dinsmore & Shohl LLP
jonathan.serrano@dinsmore.com

Jonathan Serrano on behalf of Trustee Richard A Marshack (TR)
jonathan.serrano@dinsmore.com

Maureen J Shanahan on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC
Mstotaro@aol.com

Paul R Shankman on behalf of Attorney Paul R. Shankman
PShankman@fortislaw.com, info@fortislaw.com

Paul R Shankman on behalf of Creditor United Partnerships, LLC
PShankman@fortislaw.com, info@fortislaw.com

Zev Shechtman on behalf of Interested Party Danning Gill Israel & Krasnoff LLP
Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com

Zev Shechtman on behalf of Interested Party Morning Law Group, P.C.
Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com

Jeffrey M Singletary on behalf of Plaintiff Alteryx, Inc.
jsingletary@swlaw.com, rmckay@swlaw.com

Leslie Skorheim on behalf of U.S. Trustee United States Trustee (SA)
leslie.skorheim@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                    F 9013-1.PROOF.SERVICE

Adam D Stein-Sapir on behalf of Creditor Pioneer Funding Group, LLC
info@pfllc.com

Howard Steinberg on behalf of Defendant BankUnited, N.A.
steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-
6096@ecf.pacerpro.com

John H. Stephens on behalf of Plaintiff Richard A Marshack
john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com

John H. Stephens on behalf of Plaintiff Richard A Marshack
john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com

Andrew Still on behalf of Creditor Alteryx, Inc.
astill@swlaw.com, kcollins@swlaw.com

Andrew Still on behalf of Interested Party Courtesy NEF
astill@swlaw.com, kcollins@swlaw.com

Andrew Still on behalf of Plaintiff Alteryx, Inc.
astill@swlaw.com, kcollins@swlaw.com

Matthew J Stockl on behalf of Plaintiff Richard A. Marshack
matthew.stockl@dinsmore.com, katrice.ortiz@dinsmore.com

Michael R Totaro on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC
Ocbkatty@aol.com

Michael R Totaro on behalf of Interested Party Randall Baldwin Clark
Ocbkatty@aol.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

William J Wall on behalf of Witness Bradford Lee
wwall@wall-law.com

Sharon Z. Weiss on behalf of Creditor Azzure Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Sharon Z. Weiss on behalf of Creditor Hi Bar Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Sharon Z. Weiss on behalf of Defendant Azzure Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Johnny White on behalf of Creditor Debt Relief Group, LLC
JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White on behalf of Interested Party Courtesy NEF
JWhite@wrslawyers.com, jlee@wrslawyers.com

Reina Zepeda on behalf of Other Professional Omni Agent Solutions
rzepeda@omniagnt.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    **F 9013-1.PROOF.SERVICE**