Keith C. Owens (SBN 184841)
Nicholas A. Koffroth (SBN 287854)
**FOX ROTHSCHILD LLP**
10250 Constellation Blvd., Suite 900
Los Angeles CA 90067
Telephone:     (310) 598-4150
Facsimile:      (310) 556-9828
kowens@foxrothschild.com
nkoffroth@foxrothschild.com

Counsel For Official Committee of Unsecured Creditors



FILED & ENTERED

SEP 20 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| THE LITIGATION PRACTICE GROUP, P.C., | Case No. 8:23-bk-10571-SC |
| Debtor. | **ORDER APPROVING STIPULATION BETWEEN THE CHAPTER 11 TRUSTEE, DINSMORE & SHOHL LLP AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING THE FIRST CHAPTER 11 APPLICATION OF DINSMORE & SHOHL LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 8, 2023 THROUGH JUNE 30, 2024** |
| | <u>Hearing</u><br>Date:     September 24, 2024<br>Time:    10:00 a.m.<br>Ctrm:    5C – Via Zoom<br>Place:   411 West Fourth Street<br>            Santa Ana, CA 92701 |

1

162677815.1

The Court, having considered the *Stipulation Between the Chapter 11 Trustee, Dinsmore & Shohl LLP and the Official Committee of Unsecured Creditors Regarding the First Chapter 11 Application of Dinsmore & Shohl LLP For Compensation and Reimbursement of Expenses for the Period May 8, 2023 Through June 30, 2024* [Docket No. 1698] (the "Stipulation"),[1] and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is APPROVED in its entirety.

2. The Trustee shall withhold from payment to Dinsmore $650,000.00 of the allowed amount of fees and expenses approved by the Court in its ruling on the Dinsmore Application (the "Holdback Amount").

3. The Trustee shall not include the Holdback Amount when calculating the cash necessary to fund the Professional Fee Claim Reserve.

4. Dinsmore shall be entitled to payment of the Holdback Amount from the Trust upon the Trust's recovery of not less than $6 million in total cash recoveries attributable to settlements, judgments, or other final resolutions of avoidance actions prosecuted by Dinsmore (at any time from and after commencement of the Bankruptcy Case without regard to whether such action was commenced before or after the Effective Date) which cash recoveries are received by the Trust on or after the Effective Date (the "Holdback Trigger").  For the avoidance of doubt, recoveries obtained by the Debtor's estate (including recoveries funded to the Professional Fee Reserve) that are subsequently transferred to the Trust shall not be considered in calculating the Holdback Trigger regardless of whether such funds were transferred from the Trustee on behalf of the bankruptcy estate to the Trust pre-Effective Date or post-Effective Date.

/ / /

/ / /

/ / /

/ / /

---

[1] Unless otherwise defined herein, all capitalized terms have the definitions set forth in the Stipulation.

1

162677815.1

5. Upon entry of this order approving the Stipulation in its entirety, the Committee shall waive any objection to the Dinsmore Application.

### #

Date: September 20, 2024

Scott C. Clarkson
United States Bankruptcy Judge

2

162677815.1