# Form 2
## Cash Receipts and Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 23-10571 SC | |
| **Case Name:** | The Litigation Practice Group PC | |
| | | |
| **Taxpayer ID#:** | **-***5343 | |
| **Period:** | 08/01/24 - 08/31/24 | |

| | |
|---|---|
| **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| **Bank Name:** | WELLS FARGO BANK |
| **Account:** | ******9879 - DIP Account |
| **Blanket Bond:** | N/A |
| **Separate Bond:** | 18,600,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 6,095.42 | 6,095.42 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,095.42 | 6,095.42 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,095.42** | **$6,095.42** | |

# Form 2
## Cash Receipts and Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | WELLS FARGO BANK |
| | | | **Account:** | ******9887 - DIP Account |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | N/A |
| **Period:** | 08/01/24 - 08/31/24 | | **Separate Bond:** | 18,600,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | **50.00** | **50.00** | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **50.00** | **50.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$50.00** | **$50.00** | |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 23-10571 SC | Trustee: | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| Case Name: | The Litigation Practice Group PC | Bank Name: | WELLS FARGO BANK |
| | | Account: | ******9895 - DIP Account |
| Taxpayer ID#: | **-***5343 | Blanket Bond: | N/A |
| Period: | 08/01/24 - 08/31/24 | Separate Bond: | 18,600,000.00 |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | 5 Uniform Tran. Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **50.00** | **50.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **50.00** | **50.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$50.00** | **$50.00** | |

# Form 2
## Cash Receipts and Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| **Case Name:** The Litigation Practice Group PC | **Bank Name:** | Flagstar Bank, N.A. |
| | **Account:** | ******9960 - Checking |
| **Taxpayer ID#:** **-***5343 | **Blanket Bond:** | N/A |
| **Period:** 08/01/24 - 08/31/24 | **Separate Bond:** | 18,600,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/01/24 | 1038 | Nancy Rapoport | July 2024 - 80% per order | 6700-000 | | 4,134.00 | 1,651,242.78 |
| 08/01/24 | 1039 | Nancy Rapoport | Expenses July 2024 per order 8-7-23 | 6710-000 | | 338.90 | 1,650,903.88 |
| 08/08/24 | 1040 | International Sureties, LTD | Bond increase for 8/8/24 bond #016239386 | 2300-000 | | 75.00 | 1,650,828.88 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 15,185,043.69 | 13,534,214.81 | $1,650,828.88 |
| Less: Bank Transfers | 2,117,118.86 | 12,434,431.98 | |
| **Subtotal** | 13,067,924.83 | 1,099,782.83 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$13,067,924.83** | **$1,099,782.83** | |

# Form 2
## Cash Receipts and Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| **Case Name:** The Litigation Practice Group PC | **Bank Name:** | Flagstar Bank, N.A. |
| | **Account:** | ******2953 - ACH Segregated no fee account |
| **Taxpayer ID#:** **-***5343 | **Blanket Bond:** | N/A |
| **Period:** 08/01/24 - 08/31/24 | **Separate Bond:** | 18,600,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | **6,250,466.48** | **6,202,000.00** | **$48,466.48** |
| | | | Less: Bank Transfers | | 6,250,466.48 | 6,202,000.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | Flagstar Bank, N.A. |
| | | **Account:** | ******4611 - Payroll and Operating Account |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | N/A |
| **Period:** | 08/01/24 - 08/31/24 | **Separate Bond:** | 18,600,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/09/24 | 200471 | Bicher & Associates | CLAIMS work 6-30-24 - 60% this month; per order 6/29/23 | 6700-000 | | 64.80 | 2,968.00 |
| 08/09/24 | 200472 | Bicher & Associates | CLAIMS work 7-30-24 - 60% this month; per order 6/29/23 | 6700-000 | | 21.60 | 2,946.40 |
| 08/09/24 | 200473 | Bicher & Associates | 7-30-24 - 80% of agent fees per order 6/29/23 | 6700-000 | | 249.60 | 2,696.80 |

|  |  | Receipts | Disbursements |  |
|---|---|---:|---:|---:|
| **ACCOUNT TOTALS** | | 2,618,436.02 | 2,615,739.22 | $2,696.80 |
| | Less: Bank Transfers | 312,100.00 | 1,675,691.98 | |
| **Subtotal** | | 2,306,336.02 | 940,047.24 | |
| | Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | | **$2,306,336.02** | **$940,047.24** | |

# Form 2
## Cash Receipts and Disbursements Record

| | |  | | | |
|---|---|---|---|---|---|
| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee | |
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | Flagstar Bank, N.A. | |
| | | | **Account:** | ******4344 - Payroll Tax | |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | N/A | |
| **Period:** | 08/01/24 - 08/31/24 | | **Separate Bond:** | 18,600,000.00 | |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **421,500.00** | **413,273.85** | **$8,226.15** |
| | | | Less: Bank Transfers | | 421,500.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **413,273.85** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$413,273.85** | |

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | Flagstar Bank, N.A. |
| | | **Account:** | ******3526 - Sale proceeds both bidders |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | N/A |
| **Period:** | 08/01/24 - 08/31/24 | **Separate Bond:** | 18,600,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS**<br>Less: Bank Transfers | | **1,249,963.98**<br>1,249,963.98 | **1,249,963.98**<br>1,249,963.98 | **$0.00** |
| | | | **Subtotal**<br>Less: Payment to Debtors | | **0.00** | **0.00**<br>0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

**Form 2**
**Cash Receipts and Disbursements Record**

| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | Fidelity |
|  |  | **Account:** | ******7725 - T-Bill Account |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | N/A |
| **Period:** | 08/01/24 - 08/31/24 | **Separate Bond:** | 18,600,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/30/24 |  | Flagstar Advisors | income plus accrued interest plus/minus market fluctuation during calendar month (the T-bills were purchased mid-month) | 1270-000 | 30,276.03 |  | 6,506,117.96 |
|  |  |  | **ACCOUNT TOTALS**<br>Less: Bank Transfers |  | **6,506,117.96**<br>6,200,000.00 | **0.00**<br>0.00 | **$6,506,117.96** |
|  |  |  | **Subtotal**<br>Less: Payment to Debtors |  | **306,117.96** | **0.00**<br>0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$306,117.96** | **$0.00** |  |

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | | **Bank Name:** | Flagstar Bank, N.A. |
| | | | **Account:** | ******8404 - MMA - Sale Proceeds |
| **Taxpayer ID#:** | **-***5343 | | **Blanket Bond:** | N/A |
| **Period:** | 08/01/24 - 08/31/24 | | **Separate Bond:** | 18,600,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/30/24 | | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 44.21 | | 1,041,163.08 |
| | | | **ACCOUNT TOTALS** | | **4,901,789.96** | **3,860,626.88** | **$1,041,163.08** |
| | | | Less: Bank Transfers | | 4,900,000.00 | 3,860,626.88 | |
| | | | **Subtotal** | | **1,789.96** | **0.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,789.96** | **$0.00** | |

# Form 2
## Cash Receipts and Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 23-10571 SC | |
| **Case Name:** | The Litigation Practice Group PC | |
| **Taxpayer ID#:** | **-***5343 | |
| **Period:** | 08/01/24 - 08/31/24 | |

| | |
|---|---|
| **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
| **Bank Name:** | Flagstar Bank, N.A. |
| **Account:** | ******3629 - Refunds from MLG for not assumed LSAs |
| **Blanket Bond:** | N/A |
| **Separate Bond:** | 18,600,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | **808,068.20** | **808,068.20** | **$0.00** |
| | | | Less: Bank Transfers | | 808,068.20 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **808,068.20** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$808,068.20** | |

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | Resolution Processing Account |
| | | **Account:** | ******1234 - Checking |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | N/A |
| **Period:** | 08/01/24 - 08/31/24 | **Separate Bond:** | 18,600,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 243,599.73 | 243,599.73 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 243,599.73 | 243,599.73 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$243,599.73** | **$243,599.73** | |

# Form 2
## Cash Receipts and Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee | |
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | Flagstar Bank, N.A. | |
| | | **Account:** | ******7193 - Avoidance Recoveries | |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | N/A | |
| **Period:** | 08/01/24 - 08/31/24 | **Separate Bond:** | 18,600,000.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | **163,497.30** | **0.00** | **$163,497.30** |
| | | | Less: Bank Transfers | | 163,497.30 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

**Form 2**
**Cash Receipts and Disbursements Record**

| **Case Number:** | 23-10571 SC | **Trustee:** | Richard A. Marshack, Chapter 11 Trustee |
|---|---|---|---|
| **Case Name:** | The Litigation Practice Group PC | **Bank Name:** | Fidelity |
| | | **Account:** | ******8060 - T-Bill Account for Sale Proceeds |
| **Taxpayer ID#:** | **-***5343 | **Blanket Bond:** | N/A |
| **Period:** | 08/01/24 - 08/31/24 | **Separate Bond:** | 18,600,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/30/24 | | Flagstar Advisors | income plus accrued interest plus/minus market fluctuation during calendar month (the T-bills were purchased mid-month) | 1270-000 | 14,064.01 | | 3,022,331.10 |
| | | | **ACCOUNT TOTALS** | | **3,022,331.10** | **0.00** | **$3,022,331.10** |
| | | | Less: Bank Transfers | | 3,000,000.00 | 0.00 | |
| | | | **Subtotal** | | **22,331.10** | **0.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$22,331.10** | **$0.00** | |

**Form 2**

**Cash Receipts and Disbursements Record**

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******1234** | 243,599.73 | 243,599.73 | 0.00 |
| **Checking # ******2953** | 0.00 | 0.00 | 48,466.48 |
| **Checking # ******3526** | 0.00 | 0.00 | 0.00 |
| **Checking # ******3629** | 0.00 | 808,068.20 | 0.00 |
| **Checking # ******4344** | 0.00 | 413,273.85 | 8,226.15 |
| **Checking # ******4611** | 2,306,336.02 | 940,047.24 | 2,696.80 |
| **Checking # ******7193** | 0.00 | 0.00 | 163,497.30 |
| **Checking # ******7725** | 306,117.96 | 0.00 | 6,506,117.96 |
| **Checking # ******8060** | 22,331.10 | 0.00 | 3,022,331.10 |
| **Checking # ******8404** | 1,789.96 | 0.00 | 1,041,163.08 |
| **Checking # ******9879** | 6,095.42 | 6,095.42 | 0.00 |
| **Checking # ******9887** | 50.00 | 50.00 | 0.00 |
| **Checking # ******9895** | 50.00 | 50.00 | 0.00 |
| **Checking # ******9960** | 13,067,924.83 | 1,099,782.83 | 1,650,828.88 |
|  | $15,954,295.02 | $3,510,967.27 | $12,443,327.75 |

| | |
|---|---|
| Net Receipts: | $15,954,295.02 |
| Plus Gross Adjustments: | 0.34 |
| Net Estate: | $15,954,295.36 |