1 | Israel Orozco, Esq. (340722)
**ISRAEL OROZCO LAW PC**
2 | 700 E Birch St, Unit 69
Brea, CA 92822
3 | Tel:     (714) 351-0258
Fax:     N/A
4 | israel@iolawcorp.com

5 | *In Pro Per*

6

7

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

10 | In re | Case No. 8:23-bk-10571-SC

11 | The Litigation Practice Group P.C., | Chapter 11

12 | Debtor. | **RESPONSE OF CLAIMANT ISRAEL OROZCO TO TRUSTEE RICHARD A.**
13 | **MARSHACK'S OBJECTION [DKT. NO 1707] TO CLAIMANT'S PREPETITION**
14 | **PROOF OF CLAIM  [CLAIM NO. 104]; MEMORANDUM OF POINTS AND**
15 | **AUTHORITIES; DECLARATION OF ISRAEL OROZCO**

16

17 | Hearing Date: October 24, 2024
Time:          10:00 a.m.
18 | Dept.:         Courtroom 5C—Via Zoom
Place:         411 W. Fourth Street
19 |                Santa Ana, CA 92701

20

21

22

23

24

25

26

27

28

0

## **RESPONSE MEMORANDUM OF ISRAEL OROZCO**

Israel Orozco, ("Claimant"), files the herein Response to Trustee Richard A. Marshack's Objection ("Objection") [Dkt. No 1707] To Claimant's Prepetition Proof of Claim ("POC") [Claim No. 104], amended and filed on September 27, 2024 and attached herein as Exhibit "A", which asks the Court to honor prepetition wages and prepetition reimbursable employee business expenses. The bases for the relief requested is set forth in this Response, the Declaration of Israel Orozco ("Orozco Decl."), records and files herein, and on such evidence as may be presented at the hearing of the Trustee's Objection.

## **I. INTRODUCTION**

From August 2021, until the Petition Date, Claimant was employed by Debtor as an attorney providing legal services to Debtor's Clients. (Orozco Decl. ¶ 1). The services provided included legal representation in California state courts to defend lawsuits brought by creditors and/or debt collectors against Clients. (Orozco Decl. *Id*.)

During the prepetition time, from Claimant's personal funds, Claimant paid prepetition reimbursable business expenses that were necessary and actual to preserve the estate of Debtor. (Orozco Decl. ¶ 2). Firstly, as detailed in the summary ("Summary") of Claimant's amended POC, the prepetition amount owing to Claimant for unpaid wages is $25,231.70, which is capped at $15,150.00 as an unsecured, priority claim, with the remaining $10,081.70 as an unsecured, nonpriority claim. . (Orozco Decl. *id*.). Secondly, Claimant's reimbursable business expenses provided to Debtor is $8,803.01, as detailed in the Summary of Claimant's amended POC. (Orozco Decl. ¶ 3.). The total amount demanded in Claimant's amended POC is $34,034.71, of which a portion thereof is claimed as an unsecured priority claim. (Orozco Decl. *Id*).

## **II. FACTUAL BACKGROUND**

On March 20, 2023 ("Petition Date"), The Litigation Practice Group PC ("Debtor") commenced its chapter 11 case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code with this Court. From the commencement of the Petition Date, Debtor

1  initially operated as debtor in possession.

2      On May 8, 2023, this Court appointed Mr. Richard A. Marshack as trustee ("Trustee")

3  for Debtor's estate. Trustee continues to operate Debtor's business and manage its financial

4  affairs.

5      On July 6, 2023, Claimant filed its Proof of Claim [Claim No. 104]. On September 27,

6  2024, Claimant filed its Amended Proof of Claim, to Claim No. 104.

7      On June 17, 2024, the Court approving the solicitation of a plan of liquidation ( "Plan").

8  On September 9, 2024, the Court entered an order confirming the Plan.

9      As explained in the Trustee's Objection, Pursuant to the confirmed Plan, the Trustee is

10  obligated to satisfy those claims deemed allowed as Class 2 claims entitled to priority treatment

11  pursuant to 11 U.S.C. § 507. (Objection, 5:19-20).

12      **III. CLAIMANT IS NOT AN "INSIDER" AS DEFINED IN 11 U.S.C. 101(31) OR**
    **OTHERWISE, THE TRUSTEE PROVIDES NO EVIDENCE WHATSOEVER TO**

13      **ALLEGE THAT CLAIMANT WAS AN "INSIDER", AND CLAIMANT ASSERTS**
    **THAT ANY AMOUNTS IDENTIFIED BY THE TRUSTEE WERE SOLELY FOR**

14      **WAGES OWED TO CLAIMANT**

15      On bare speculation, the Trustee alleges that Claimant was an "insider" of the Debtor.

16  Claimant is not an "insider", as that term is defined in Bankruptcy Code § 101(31); nor is

17  Claimant a non-statutory "insider" as defined by relevant case law. (Orozco Decl. ¶ 4). The

18  Trustee's "General Objection to Objected Claims" in the Objection or the Trustee's Declaration

19  ("Marshack Decl.") does not address any relevant actions or circumstances that would lead this

20  court to believe that Claimant was an "insider", (Objection, 8:12 – 9:8; Marshack Decl. 4:6-23),

21  because Claimant was at no time an "insider" of the debtor. (Orozco Decl. *Id*).

22      Further, the Trustee's specific objection to Claimant's POC does not again address any

23  relevant actions or circumstances that would lead this court to believe that Claimant was an

24  "insider", (Objection, 11:10-23; Marshack Decl. 6:26 – 7:10), because Claimant was at no time

25  an "insider" of the debtor. (Orozco Decl. ¶ 5). The only allegation presented in the specific

26  objection is the assertion that "Grobstein have identified $4,144.26 transferred to Claimant in

27  the 90 day period before the Petition Date that do not appear related to salary and another

28

RESPONSE OF CLAIMANT ISRAEL OROZCO TO TRUSTEE RICHARD A. MARSHACK'S OBJECTION
[DKT. NO 1707] TO CLAIMANT'S PREPETITION PROOF OF CLAIM  [CLAIM NO. 104];
MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF ISRAEL OROZCO

$4,225.78 transferred after the Petition Date for unknown purposes." (Objection, 11:17-19). (Orozco Decl. *Id*).

On October 2, 2024, Claimant contacted counsel for the Trustee, Mr. Tyler Powell ("Powell") in an attempt to resolve the Trustee's objection to Claimant's POC. (Orozco Decl. ¶ 6). As to the prepetition amount of $4,144.26 identified by Grobstein, Claimant informed Mr. Powell that this amount reflected the amount related to Claimant's salary. (Orozco Decl. *Id.*). In Claimant's amended POC, Claimant included a paystub from Debtor during the pay period of 01/16/23 to 01/29/23, reflecting the net pay of $4,144.26 for wages owed to Claimant, (Exhibit "A", pgs. 6-7). (Orozco Decl. *Id.*).

As to the postpetition amount of $4,225.78 identified by Grobstein, Claimant informed Mr. Powell that Claimant had searched his bank records but that Claimant was unable to find a deposit for that amount. (Orozco Decl. ¶ 7). Claimant further asked Mr. Powell whether this postpetition amount was a single payment or more and asked for the dates in order for Claimant to be able to verify that this postpetition amount was related to Claimant's salary. (Orozco Decl. *Id.*). On October 10, 2024, Claimant contacted Mr. Powell again in an attempt to resolve the Trustee's objection to Claimant's POC, and to, in-part, receive whatever information from Grobstein in order for Claimant to verify to the Court that the identified amounts are related to Claimant's salary. (Orozco Decl. *Id*).

Although Grobstein has identified these amounts, the Trustee has not provided to Claimant the necessary information needed for Claimant to make a good-faith search of his records in order to verify to the Court that these identified amounts were related to Claimant's salary. (Orozco Decl. ¶ 8). As explained, Claimant is not an "insider" of the debtor, and further asserts that the amounts identified by Grobstein were related to Claimant's salary. (Orozco Decl. *Id*). Moreover, insofar as the Trustee's general objections in its Objection may refer to Claimant, Claimant has never participated in any form whatsoever in the transfer of debtor's assets or client files or ever participated in defrauding the debtor's creditors. (Orozco Decl. *Id*).

RESPONSE OF CLAIMANT ISRAEL OROZCO TO TRUSTEE RICHARD A. MARSHACK'S OBJECTION
[DKT. NO 1707] TO CLAIMANT'S PREPETITION PROOF OF CLAIM  [CLAIM NO. 104];
MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF ISRAEL OROZCO

### IV. PURSUANT TO 11 U.S.C. § 507(a)(4), CLAIMANT HAS A PRIORITY CLAIM IN THE AMOUNT OF $15,150.00 AGAINST THE DEBTOR FOR PREPETITION WAGES OWED TO CLAIMANT

In relevant part, section § 507(a)(4) of the bankruptcy court states as follows:

> (a) The following expenses and claims have priority in the following order … (4) Fourth, allowed unsecured claims, but only to the extent of $15,150 [] for each individual or corporation, as the case may be, earned within 180 days before the date of the filing of the petition or the date of the cessation of the debtor's business, whichever occurs first, for--(A) wages, salaries, or commissions, including vacation, severance, and sick leave pay earned by an individual[.]

11 U.S.C. § 507(a)(4).

Prepetition, Claimant received an annual salary of $164,000.00 from Debtor. (Orozco Decl. ¶ 9). Debtor paid Claimant on a bi-weekly basis, every other Friday, one to three weeks in arrears, for a gross bi-weekly amount of $6307.70. (Orozco Decl. *Id*). As detailed fully in Claimant's Summary for its amended POC, on March 13, 2023, Claimant received his final paycheck from Debtor for vested vacation time, in the gross amount of $9,950.87.[1] (Orozco Decl. *Id*). Claimant's amount claimed for unpaid prepetition wages of $25,231.70, is broken down as follows:

#### A. Claimant Is Owed $6,307.70 In Wages Earned But Never Received From Debtor.

Unpaid wages in the gross amount of **$6,307.70**, for the pay-period of February 13, 2023 to February 26, 2023.

#### B. The Court Should Award $18,924.00 In Wages Pursuant to Cal. Labor Code § 203.

Section 201 of the California Labor Code provides in relevant part that "(a) If an employer discharges an employee, the wages earned and unpaid at the time of discharge are

---

[1] Although by this amended claim, Claimant no longer seeks payment of vacation time as LPG eventually paid the true and correct amount of $9950.87, Claimant only seeks penalties pursuant to Cal. Lab. Code § 203 due to LPG paying the vested vacation time late on March 13, 2023.

RESPONSE OF CLAIMANT ISRAEL OROZCO TO TRUSTEE RICHARD A. MARSHACK'S OBJECTION [DKT. NO 1707] TO CLAIMANT'S PREPETITION PROOF OF CLAIM  [CLAIM NO. 104]; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF ISRAEL OROZCO

due and payable immediately." Cal. Lab. Code § 201. Further, In relevant part, pursuant to Cal. Lab. Code § 203: "[A]ny wages of an employee who is discharged or who quits, the wages of the employee shall continue as a penalty from the due date thereof at the same rate until paid or until an action therefor is commenced; *but the wages shall not continue for more than 30 days*[.] (emphasis added). Cal. Lab. Code § 203. Because Debtor failed to pay all outstanding wages upon Claimant's termination, wages continued to accrue for an additional thirty days, amounting to $18,924.00 as wages owed as penalties, which is calculated as follows:

    i.   **Paid wages**, when due, in the gross amount of $6,307.70 for the pay-period of January 16, 2023 to January 29, 2023. LPG was due to pay Claimant for this pay-period on February 3, 2023, but instead paid it **four (4) days late** On February 7, 2023.

   ii.   **Paid wages**, when due, in the gross amount of $6,307.70 for the pay-period of January 30, 2023 to February 12, 2023. LPG was due to pay Claimant for this pay-period on February 17, 2023, but instead paid it **six (6) days late** in February. 23, 2023.

  iii.   **Unpaid wages**, in the gross amount of $6,307.70 for the pay-period of February 13, 2023, to February 26, 2023. Claimant has never received this wage from LPG.

  iv.   **Vested vacation time**, when due, (paid vacation as provided for under LPG's Employee Handbook) in the gross amount of $9,950.87 (includes 40 hours of accrued sick pay—but the Labor Code seems to only provide penalties for late vacation pay as wages) when said vested vacation time was to be paid out on Claimant's last day at LPG, which was February 26, 2023. Claimant was not paid his vested vacation time in the gross amount of $9,950.87 on time but was instead paid **fifteen (15) days late** on March 13, 2023.

In total, LPG was 25 days late in paying Claimant his wages for the pay-period of January 16, 2023 to January 29, 2023; January 30, 2023 to February 12, 2023; and for Claimant's vested vacation time. (Orozco Decl. ¶ 10). Moreover, Claimant never received his wages for the pay-period of January 13, 2023 to February 26, 2023, which is far beyond 30 days. (Orozco Decl. *Id*). The amount of $18,924.00 reflects the wages owed as penalties— capped at 30 days—for the reasons stated above. (Orozco Decl. *Id*). Therefore, Claimant is owed $25,231.70 in prepetition wages owed by Debtor to Claimant, which is capped at $15,150.00 as an unsecured, priority claim.

## V. REIMBURSABLE EXPENSES

Prior to the Petition Date, Debtor reimbursed Claimant for reasonable and customary

expenses incurred on behalf of Debtor in the scope of Claimant's employment, including, but not limited to, court filing costs, remote appearance costs (when applicable), mailing and shipping costs, bar admission costs, and travel expenses. (Orozco Decl. ¶ 11).

Additionally, Claimant was issued a business credit card by Debtor, which was used to incur Reimbursable Expenses. (Orozco Decl. ¶ 12). However, on or around late January 2023 to February 2023, Debtor experienced difficulty paying Claimant on time and was further unable to provide Claimant with a substitute business credit card to be used for necessary and actual legal expenses. (Orozco Decl. *Id*). In order to properly continue the legal representation of Debtor's Clients, Claimant was forced to use personal credit cards for necessary and actual legal expenses. (Orozco Decl. *Id*). This was done on Mr. March's representation to Claimant that Debtor was expected to continue running its operations for approximately a year, and at no time prior to the Petition Date was Claimant informed that Debtor was filing or contemplating filing this bankruptcy proceeding. (Orozco Decl. *Id*).

As detailed in the Summary of Claimant's POC, the amount of prepetition expenses owed to Claimant by the debtor is **$8,803.01**. (Orozco Decl. ¶ 13).

## VI. BASIS FOR RELIEF FOR REIMBURSEABLE BUSINESS EXPENSES IS WARRANTED UNDER SECTIONS 105(a) AND 363(b) OF THE BANKRUPTCY CODE.

Courts generally acknowledge that it is appropriate to authorize the payment (or other special treatment) of prepetition obligations in appropriate circumstances. *See, e.g., Czyzewki v. Jevic Holding Corp*. 580 U.S. 451, at 467 (2017) (citing favorably to the entry of "first day orders" authorizing the payment of prepetition wages where doing so would, among other things, "enable a successful reorganization") In authorizing payments of certain prepetition obligations, courts have relied on several legal theories, rooted in Bankruptcy Code sections 105(a), 363(b).

The Court may authorize Debtor to pay any prepetition amounts related to their policies pursuant to section 363(b) of the Bankruptcy Code. Section 363 of the Bankruptcy Code provides, in relevant part, that "[t]he trustee, after notice and a hearing, may use, sell, or lease,

RESPONSE OF CLAIMANT ISRAEL OROZCO TO TRUSTEE RICHARD A. MARSHACK'S OBJECTION
[DKT. NO 1707] TO CLAIMANT'S PREPETITION PROOF OF CLAIM  [CLAIM NO. 104];
MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF ISRAEL OROZCO

other than in the ordinary course of business, property of the estate." 11 U.S.C. § 363(b)(1).

Under this section, a court may authorize a debtor to pay certain prepetition claims where a

sound business purpose exists for doing so. *See, e.g., In re Adams Apple*, 829 F.2d 1484, 1490

(9th Cir. 1987) (stating that "fundamental tenet" of rehabilitation of debtors "may supersede

the policy of equal treatment" and noting examples of unequal treatment of prepetition debts

permitted where necessary for rehabilitation); *see also In re Ionosphere Clubs, Inc*., 98 B.R.

174, 175 (Bankr. S.D.N.Y. 1989) (finding that a sound business justification existed to justify

payment of prepetition wages); *see also Armstrong World Indus., Inc. v. James A. Phillips, Inc*.,

(*In re James A. Phillips, Inc*.), 29 B.R. 391, 397 (Bankr. S.D.N.Y. 1983) (relying on section

363 to allow contractor to pay prepetition claims of suppliers who were potential lien claimants

because the payments were necessary for general contractors to release funds owed to debtors).

In addition, the Court may authorize payment of prepetition claims in appropriate

circumstances based on section 105(a) of the Bankruptcy Code. Bankruptcy Code section

105(a), which codifies the inherent equitable powers of the bankruptcy court, empowers the

court to "issue any order, process, or judgment that is necessary or appropriate to carry out the

provisions of this title." 11 U.S.C. § 105(a). Under section 105(a), courts may permit preplan

payments of prepetition obligations when essential to the continued operation of the debtor's

business. Specifically, this Court may use its power under Bankruptcy Code section 105(a) to

authorize payment of prepetition obligations pursuant to the "necessity of payment" rule (also

referred to as the "doctrine of necessity"). *See In re Wehrenherg, Inc*., 260 B.R. 468, 469 (Bankr.

E.D. Mo. 2001) ("Pursuant to 11 U.S.C. § 105(a) the Court may authorize the payment of

prepetition claims when such payments are necessary to the continued operation of the

Debtor.") (citation omitted); *see also In re NVR L.P*., 147 B.R. 126, 127-28 (Bankr. E.D. Va.

1992).

Courts also have permitted postpetition payment of prepetition claims pursuant to

Bankruptcy Code section 105(a) in other situations, such as if nonpayment of a prepetition

obligation would trigger a withholding of goods or services essential to the debtors' continued

RESPONSE OF CLAIMANT ISRAEL OROZCO TO TRUSTEE RICHARD A. MARSHACK'S OBJECTION
[DKT. NO 1707] TO CLAIMANT'S PREPETITION PROOF OF CLAIM  [CLAIM NO. 104];
MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF ISRAEL OROZCO

business operations in chapter 11. *See In re UNR Indus., Inc*., 143 B.R. 506, 520 (Bankr. N.D. Ill. 1992) (permitting the debtor to pay prepetition claims of suppliers or employees whose continued cooperation is essential to the debtors' successful reorganization); *Ionosphere Clubs*, 98 B.R. 174, 177 (finding that Bankruptcy Code section 105 empowers bankruptcy courts to authorize payment of prepetition debt when such payment is needed to facilitate the rehabilitation of the debtor).

This flexible approach is particularly critical where a prepetition creditor—like Claimant, here—provides vital goods or services to a debtor that would be unavailable if the debtor did not satisfy its prepetition obligations. *In In re Structurlite Plastics Corp*., 86 B.R. 922, 931 (Bankr. S.D. Ohio 1988), the bankruptcy court stated it "may exercise its equity powers under §105(a) to authorize payment of pre-petition claims where such payment is necessary 'to permit the greatest likelihood of survival of the debtor and payment of creditors in full or at least proportionately.'" *Id*. The court explained that "a per se rule proscribing the payment of pre-petition indebtedness may well be too inflexible to permit the effectuation of the rehabilitative purposes of the Code." *Id*. at 932.

Claimant relied exclusively on Claimant's compensation and reimbursement of expenses from Debtor to satisfy Claimant's daily living expenses. (Orozco Decl. ¶ 14). Consequently, Claimant had been exposed to significant financial difficulties, all while Claimant used personal funds and credit cards in order to be able to continue legal representation of Debtor's Clients. (Orozco Decl. *Id*).

For all of the foregoing reasons, the relief requested herein directly benefitted Debtor's estate by allowing Debtor's business operations to continue without interruption. The importance of a debtor's employees to its operations has been recognized by courts in granting relief similar to the relief requested herein. *See, e.g., In re Fili Enters., Inc*., Case No. 10-00324 (PB) (Bankr. S.D. Cal. Jan. 11, 2010); *In re Roman Catholic Bishop of San Diego*, Case No. 07-0939 (LA) (Bankr. S.D. Cal. Feb. 27, 2007); *see also In re Walking Company*, Case No. 09-15138 (RR) (Bankr. C.D. Cal. Dec. 14, 2009); *In re Woodside Group, LLC*, Case No. 08-20682

8

1  (PC) (Bankr. C.D. Cal. Sept. 19, 2008); *In re Visteon Corp.*, Case No. 09-11786 (CSS) (Bankr.

2  D. Del. May 29, 2009); *In re Masonite Corp.*, Case No. 09-10844 (PJW) (Bankr. D. Del. Apr.

3  14, 2009); *In re Portola Packaging, Inc.*, Case No. 08-12001 (CSS) (Bankr. D. Del. Aug. 29,

4  2008); *In re Hines Horticulture, Inc.*, Case No. 08-11922 (KJC) (Bankr. D. Del. Aug. 22,2008);

5  In re Pierre Foods Inc., Case No. 08-11480 (KG) (Bankr. D. Del. July 16, 2008); In re ACG

6  Holdings, Inc., Case No. 08-11467 (CSS) (Bankr. D. Del. July 16, 2008); *In re Tropicana*

7  *Entm't, LLC*, Case No. 08-10856 (KJC) (Bankr. D. Del. May 6, 2008).

8                                    **VII. CONCLUSION.**

9         WHEREFORE, Claimant respectfully requests the Court to reject the Trustee's

10  Opposition to Claimant's amended proof of claim in its entirety, and instead authorizing and

11  allowing Claimant a prepetition proof of claim in the amount of **$34,034.71**; and for any other

12  relief the Court deems just and proper under the circumstances.

13   Dated: October 10, 2024                          **Israel Orozco Law PC**

14

15                                                      Israel Orozco, Esq.
                                                       *In Pro Per*
16

17

18

19

20

21

22

23

24

25

26

27

28

Israel Orozco, Esq. (340722)
**ISRAEL OROZCO LAW PC**
700 E Birch St, Unit 69
Brea, CA 92822
Tel:     (714) 351-0258
Fax:     N/A
israel@iolawcorp.com

*In Pro Per*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:23-bk-10571-SC |
| The Litigation Practice Group P.C., | Chapter 11 |
| Debtor. | **DECLARATION OF CLAIMANT ISRAEL OROZCO IN SUPPORT OF CLAIMANT'S RESPONSE TO TRUSTEE RICHARD A. MARSHACK'S OBJECTION TO CLAIMANT'S PROOF OF CLAIM** |
| | Hearing Date: October 24, 2024 |
| | Time:        10:00 a.m. |
| | Dept.:        Courtroom 5C—Via Zoom |
| | Place:        411 W. Fourth Street |
| | Santa Ana, CA 92701 |

I, Israel Orozco declare as follows:

I am an attorney at law, duly licensed to practice law under the Laws of the State of California, as well as in the Central District of California. This declaration is in support of response to trustee Richard A. Marshack's objection to my proof of claim. I make the following facts to be true and based upon my personal knowledge, except as otherwise stated. If required, I would competently testify with respect to the facts herein.

- 1 -

1.    From August 2021, until the Petition Date, I was employed by Debtor as an attorney providing legal services to Debtor's Clients. The services provided included legal representation in California state courts to defend lawsuits brought by creditors and/or debt collectors against Clients.

2.    During the prepetition time, from Claimant's personal funds, Claimant paid prepetition reimbursable business expenses that were necessary and actual to preserve the estate of Debtor. Firstly, as detailed in the summary ("Summary") of Claimant's amended POC, the prepetition amount owing to Claimant for unpaid wages is $25,231.70, which is capped at $15,150.00 as an unsecured, priority claim, with the remaining $10,081.70 as an unsecured, nonpriority claim.

3.    Secondly, Claimant's reimbursable business expenses provided to Debtor is $8,803.01, as detailed in the Summary of Claimant's amended POC. The total amount demanded in Claimant's amended POC is $34,034.71, of which a portion thereof is claimed as an unsecured priority claim.

4.    On bare speculation, the Trustee alleges that Claimant was an "insider" of the Debtor. Claimant is not an "insider", as that term is defined in Bankruptcy Code § 101(31); nor is Claimant a non-statutory "insider" as defined by relevant case law. The Trustee's "General Objection to Objected Claims" in the Objection or the Trustee's Declaration ("Marshack Decl.") does not address any relevant actions or circumstances that would lead this court to believe that Claimant was an "insider", (Objection, 8:12 – 9:8; Marshack Decl. 4:6-23), because Claimant was at no time an "insider" of the debtor.

5.    Further, the Trustee's specific objection to Claimant's POC does not again address any relevant actions or circumstances that would lead this court to believe that Claimant was an "insider", (Objection, 11:10-23; Marshack Decl. 6:26 – 7:10), because Claimant was at no time an "insider" of the debtor. The only allegation presented in the specific objection is the assertion that "Grobstein have identified $4,144.26 transferred to Claimant in the 90 day period before the Petition Date that do not appear related to salary and another $4,225.78 transferred

- 2 -

DECLARATION OF CLAIMANT ISRAEL OROZCO IN SUPPORT OF CLAIMANT'S RESPONSE TO TRUSTEE RICHARD A. MARSHACK'S OBJECTION TO CLAIMANT'S PROOF OF CLAIM

after the Petition Date for unknown purposes." (Objection, 11:17-19).

6.      On October 2, 2024, Claimant contacted counsel for the Trustee, Mr. Tyler Powell ("Powell") in an attempt to resolve the Trustee's objection to Claimant's POC. As to the prepetition amount of $4,144.26 identified by Grobstein, Claimant informed Mr. Powell that this amount reflected the amount related to Claimant's salary. In Claimant's amended POC, Claimant included a paystub from Debtor during the pay period of 01/16/23 to 01/29/23, reflecting the net pay of $4,144.26 for wages owed to Claimant, (Exhibit "A", pgs. 6-7).

7.      As to the postpetition amount of $4,225.78 identified by Grobstein, Claimant informed Mr. Powell that Claimant had searched his bank records but that Claimant was unable to find a deposit for that amount. Claimant further asked Mr. Powell whether this postpetition amount was a single payment or more and asked for the dates in order for Claimant to be able to verify that this postpetition amount was related to Claimant's salary. On October 10, 2024, Claimant contacted Mr. Powell again in an attempt to resolve the Trustee's objection to Claimant's POC, and to, in-part, receive whatever information from Grobstein in order for Claimant to verify to the Court that the identified amounts are related to Claimant's salary.

8.      Although Grobstein has identified these amounts, the Trustee has not provided to Claimant the necessary information needed for Claimant to make a good-faith search of his records in order to verify to the Court that these identified amounts were related to Claimant's salary. As explained, Claimant is not an "insider" of the debtor, and further asserts that the amounts identified by Grobstein were related to Claimant's salary. Moreover, insofar as the Trustee's general objections in its Objection may refer to Claimant, Claimant has never participated in any form whatsoever in the transfer of debtor's assets or client files or ever participated in defrauding the debtor's creditors.

9.      Prepetition, Claimant received an annual salary of $164,000.00 from Debtor. Debtor paid Claimant on a bi-weekly basis, every other Friday, one to three weeks in arrears, for a gross bi-weekly amount of $6307.70. As detailed fully in Claimant's Summary for its amended POC, on March 13, 2023, Claimant received his final paycheck from Debtor for

vested vacation time, in the gross amount of $9,950.87. Claimant's amount claimed for unpaid prepetition wages of $25,231.70, is broken down as follows:

10.     In total, LPG was 25 days late in paying Claimant his wages for the pay-period of January 16, 2023 to January 29, 2023; January 30, 2023 to February 12, 2023; and for Claimant's vested vacation time. Moreover, Claimant never received his wages for the pay-period of January 13, 2023 to February 26, 2023, which is far beyond 30 days. The amount of $18,924.00 reflects the wages owed as penalties—capped at 30 days—for the reasons stated above.

11.     Prior to the Petition Date, Debtor reimbursed Claimant for reasonable and customary expenses incurred on behalf of Debtor in the scope of Claimant's employment, including, but not limited to, court filing costs, remote appearance costs (when applicable), mailing and shipping costs, bar admission costs, and travel expenses.

12.     Additionally, Claimant was issued a business credit card by Debtor, which was used to incur Reimbursable Expenses. However, on or around late January 2023 to February 2023, Debtor experienced difficulty paying Claimant on time and was further unable to provide Claimant with a substitute business credit card to be used for necessary and actual legal expenses. In order to properly continue the legal representation of Debtor's Clients, Claimant was forced to use personal credit cards for necessary and actual legal expenses. This was done on Mr. March's representation to Claimant that Debtor was expected to continue running its operations for approximately a year, and at no time prior to the Petition Date was Claimant informed that Debtor was filing or contemplating filing this bankruptcy proceeding.

13.     As detailed in the Summary of Claimant's POC, the amount of prepetition expenses owed to Claimant by the debtor is **$8,803.01**.

///
///
///
///

- 4 -

14.    Claimant relied exclusively on Claimant's compensation and reimbursement of expenses from Debtor to satisfy Claimant's daily living expenses. Consequently, Claimant had been exposed to significant financial difficulties, all while Claimant used personal funds and credit cards in order to be able to continue legal representation of Debtor's Clients.

I, declare, under penalty of perjury, under the laws of the State of California, that the foregoing is correct and true.

Dated: October 10, 2024                          **Israel Orozco Law PC**

_____
Israel Orozco, Esq.
*In Pro Per*

DECLARATION  OF  CLAIMANT  ISRAEL  OROZCO  IN  SUPPORT  OF  CLAIMANT'S  RESPONSE  TO
TRUSTEE RICHARD A. MARSHACK'S OBJECTION TO CLAIMANT'S PROOF OF CLAIM

# Exhibit "A"

**Exhibit A-1**

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1    The Litigation Practice Group P.C. | **FILED** |
| Debtor 2 (Spouse, if filing) | **U.S. Bankruptcy Court** |
| | **Central District of California** |
| United States Bankruptcy Court   **Central District of California** | 9/27/2024 |
| Case number:  **23–10571** | **Kathleen J. Campbell, Clerk** |

## Official Form 410

## Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

### Part 1:  Identify the Claim

| | |
|---|---|
| 1. **Who is the current creditor?** | Israel Orozco |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |
| 2. **Has this claim been acquired from someone else?** | ☒ No<br>☐ Yes. From whom? |
| 3. **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Israel Orozco<br><br>Name<br>115 E Date St<br>Brea, CA 92821<br><br>Contact phone   7143510258<br>Contact email   israel@iolawcorp.com<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one): | **Where should payments to the creditor be sent?** (if different)<br><br>Name<br><br><br>Contact phone<br>Contact email |
| 4. **Does this claim amend one already filed?** | ☐ No<br>☒ Yes. Claim number on court claims registry (if known)  104    Filed on  07/06/2023<br>MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No<br>☐ Yes. Who made the earlier filing? |

Official Form 410                    Proof of Claim                    page 1

**Exhibit A-2**

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |
| 7. **How much is the claim?** | $ 34034.71  **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>Unpaid wages, penalties for of unpaid/late wages, reimbursement owed for business expenses |
| 9. **Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☐ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property: $ _____<br>**Amount of the claim that is secured:** $ _____<br>**Amount of the claim that is unsecured:** $ _____   (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ _____<br><br>**Annual Interest Rate** (when case was filed) _____ %<br>☐ Fixed<br>☐ Variable |
| 10. **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |
| 11. **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

Official Form 410  Proof of Claim  page 2

**Exhibit A-3**

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No<br>☑ Yes. *Check all that apply:* | | Amount entitled to priority |
|---|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $ _____ |
| | ☐ Up to $3,350 * of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $ _____ |
| | ☑ Wages, salaries, or commissions (up to $15,150 *) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $ 15150.00 |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | | $ _____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    9/27/2024
                    _____
                    MM / DD / YYYY


/s/  Israel Orozco
_____
Signature

Print the name of the person who is completing and signing this claim:

Name         Israel Orozco
             _____
             First name    Middle name    Last name

Title        Attorney at Law
             _____

Company      _____
             Identify the corporate servicer as the company if the authorized agent is a servicer

Address      115 E Date St
             _____
             Number   Street

             Brea, CA 92821
             _____
             City   State   ZIP Code

Contact phone    7143510258          Email    israel@iolawcorp.com

**Exhibit A-4**

## AMENDED PROOF OF CLAIM SUMMARY
Case No. 8:23-bk-10571-SC

### Exhibit A – Unpaid Wages & Labor Code Penalty Fees

1.  A claim for $25,231.70:

    a.  **Unpaid wages** in the gross amount of $6,307.70, for the pay-period of February 13, 2023 to February 26, 2023; and
    b.  $18,924.00 as penalties pursuant to California Labor Code § 203 as a result of LPG's failure to pay Claimant on time for:

        i.  **Paid wages**, when due, in the gross amount of $6,307.70 for the pay-period of January 16, 2023 to January 29, 2023. LPG was due to pay Claimant for this pay-period on February 3, 2023, but instead paid it **four (4) days late** On February 7, 2023.
        ii.  **Paid wages**, when due, in the gross amount of $6,307.70 for the pay-period of January 30, 2023 to February 12, 2023. LPG was due to pay Claimant for this pay-period on February 17, 2023, but instead paid it **six (6) days late** in February. 23, 2023.
        iii.  **Unpaid wages**, in the gross amount of $6,307.70 for the pay-period of February 13, 2023, to February 26, 2023. Claimant has never received this wage from LPG.
        iv.  **Vested vacation time**, when due, (paid vacation as provided for under LPG's Employee Handbook) in the gross amount of $9,950.87 (includes 40 hours of accrued sick pay—but the Labor Code seems to only provide penalties for late vacation pay as wages) when said vested vacation time was to be paid out on Claimant's last day at LPG, which was February 26, 2023. Claimant was not paid his vested vacation time in the gross amount of $9,950.87 on time but was instead paid **fifteen (15) days late** on March 13, 2023.

In total, LPG was 25 days late in paying Claimant his wages for the pay-period of January 16, 2023 to January 29, 2023; January 30, 2023 to February 12, 2023; and for Claimant's vested vacation time. Moreover, Claimant never received his wages for the pay-period of January 13, 2023 to February 26, 2023, which is far beyond 30 days.

The amount of $18,924.00 reflects the wages owed as penalties—**capped at 30 days**—for the reasons stated above.

California Labor Code

In relevant part, pursuant to Cal. Lab. Code § 203: "[A]ny wages of an employee who is discharged or who quits, the wages of the employee shall continue as a penalty from the due date thereof at the same rate until paid or until an action therefor is commenced; **but the wages shall not continue for more than 30 days**[.] (emphasis added). Cal. Lab. Code § 203.

Pursuant to Cal. Lab. Code § 227.3, vested vacation time is treated as wages:

> Unless otherwise provided by a collective-bargaining agreement, whenever a contract of employment or employer policy provides for paid vacations, and an employee is terminated without having taken off his vested vacation time, all vested vacation shall be paid to him

**Exhibit A-5**

as wages at his final rate in accordance with such contract of employment or employer policy respecting eligibility or time served[.]

<u>Calculation of Vested Vacation Time</u>

Although by this amended claim, Claimant no longer seeks payment of vacation time as LPG eventually paid the true and correct amount of $9950.87, Claimant only seeks penalties pursuant to Cal. Lab. Code § 203 due to LPG paying the vested vacation time late on March 13, 2023.

Even so, Claimant herein provides the calculation of how $9950.87 of vested vacation (and sick pay) time was properly paid as the right amount.

<u>Sick Policy Calculation</u>

Pursuant to LPG's Employee Handbook (attached within Exhibit "A"), pursuant to "**9.3 Sick Policy**", LPG capped employee's sick time at 40 hours per year. *See page 26 of the Employee Handbook.*

<u>Vacation Time Calculation</u>

Pursuant to LPG's Employee Handbook, Section "**9.4 Vacation Policy**"), in relevant part, the policy states:

> "LPG full time employees will accrue vacation based upon their years of service[.] Vacation time begins accruing at the date of employment, however, there is a 90-day waiting period before you may utilize any vacation time.
>
> Employees may carry over unused vacation not to exceed 120 hours, at which point no additional vacation will accrue. Upon separation from the company any unused accrued vacation will be paid to the Employee."

Pursuant to the vacation policy, 1.54 hours of vacation time accrues every pay-period for up to one (1) year. LPG provided Claimant with a bi-weekly pay period (26 pay-periods per year).

From 2 to 4 years, 3.08 hours of vacation time accrues every pay-period. *See page 26 of the Employee Handbook.*

***

Claimant's employment with LPG began on August 2, 2021. *See first paystub received within Exhibit "A" – the first paystub listed therein.* In 2021, Claimant received 10 paystubs (each paystub reflecting one pay-period). Claimant finished 2021 with 15.40 hours of accrued, vested vacation time.

For the 2022 year of Claimant's employment, Claimant received 26 paystubs. For first 16 pay-periods, Claimant accrued 24.64 hours of vested vacation time based on 1.54 hours per pay-period. This concluded one year of employment at LPG. For the last 10 pay-periods, Claimant accrued 30.08 hours of vested vacation time based on 3.08 hours per pay-period. Claimant earned 55.40 hours of accrued vested vacation time in 2022.

**Exhibit A-6**

For the 2023 year of Claimant's employment, Claimant received 5 paystubs. Claimant finished 2023 with 15.40 hours of accrued, vested vacation time.

The total amount of vested vacation time that Claimant accrued from 2021 to 2023 is 86.20 hours.

<u>Calculation of Hourly Rate</u>

As such, pursuant to Cal. Lab. Code § 203: Claimants wages continue as a penalty from the due date thereof at the same rate until paid … but the wages shall not continue for more than 30 days[.] The calculated rate of Claimant's pay is $78.85 an hour based on an annual salary of $164,000.00.

Claimant's rate of $78.85 an hour is calculated as follows: $164,000 divided by 52 weeks = $3,153.85 per week. /// Then, $3,153.85 is divided by 40 work hours in a week = $78.85 per hour.

Thus, when taking 86.20 hours of vested vacation time accrued, multiplied by the rate of $78.85 an hour, the total amount of vacation time paid to Claimant is $6,796.87. Plus, in addition to the 40 hours of accrued sick pay, multiplied by the rate of $78.85 an hour, the total amount of sick-pay made out to Claimant is $3,154.00.

The total amount of vested vacation time accrued, and sick pay (totaling 126.20 hours), multiplied by the rate of $78.85 is $9,950.87.

Therefore, Claimant has a prepetition claim for unpaid wages and penalties in the total amount of $25,231.70. Of that amount, $15,150.00 is capped as an unsecured, priority claim pursuant to 11 U.S.C. § 507(a)(4). The remaining $10,081.70 is then considered an unsecured, nonpriority claim.

### Exhibit B – One Legal Expenses

2. Pre-petition expenses for court filings through One Legal from February 16, 2023, to March 15, 2023, in the amount of $6,766.48.

### Exhibit C – My Case

3. Pre-petition expenses for "MyCase" client database in the amount of **$1,602.31**.

### Exhibit D – CourtCall

4. Pre-petition expense for remote appearance via CourtCall in the amount of **$72.00**.

### Exhibit E – Court Documents

5. Pre-petition expenses for court documents in the amount of **$22.40**.

### Exhibit F – Work Travel

6. Pre-petition expenses for work-travel to San Bernardino County Superior Court on February 27, 2023, for case no. CIVSB2203213, and to Santa Barbara County Superior Court on March 7, 2023, for case no. 22CV01324, in the amount of **$339.82**.

**Total Wages**    **$25,231.70 (only $15,150.00 as an unsecured, priority claim)**
**Total Expenses**    **$8,803.01**

**TOTAL AMOUNT: $34,034.71**

**Exhibit A-7**

# Exhibit "A"

Exhibit A-8

LITIGATION PRACTICE GROUP PC
17542 17th Ste 100
Tustin CA 92780-1981

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

ISRAEL OROZCO
115 E. DALE STREET
BREA CA 92821



**PERSONAL AND CHECK INFORMATION**
Israel Orozco
115 E. Dale Street
Brea, CA 92821
**Soc Sec #:** xxx-xx-xxxx   **Employee ID:** ▮

**Pay Period:** 08/02/21 **to** 08/15/21
**Check Date:** 08/20/21   **Check #:** 10652

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
|---|---|---|---|---|
| Sick | 0.00 hrs | 0.00 hrs | 0.00 hrs | 0.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAIL BAL |
| Vacation | 0.00 hrs | 1.54 hrs | 0.00 hrs | 0.00 hrs |



*Payrolls by Paychex, Inc.*

**Exhibit A-9**

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA  92780

1607-7926
EE ID: 1254

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

ISRAEL OROZCO
115 E. DATE STREET
BREA CA  92821

NON-NEGOTIABLE

NON-NEGOTIABLE



**PERSONAL AND CHECK INFORMATION**
Israel Orozco
115 E. Date Street
Brea, CA  92821
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:**

**Home Department:** 1 LPG CA

**Pay Period:** 01/16/23 **to** 01/29/23
**Check Date:** 02/03/23    **Check #:** 12206
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) |
|---|---|
| Check Amount | 4144.26 |
| Chkg 109 | 0.00 |
| **NET PAY** | **4144.26** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 6307.70 | | |
| | | Total Hours | | | | | |
| | | Gross Earnings | | | 6307.70 | | |
| | | Total Hrs Worked | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | **4144.26** | |

**Exhibit A-10**

# BANK OF AMERICA

ISRAEL OROZCO  |  Account # ████████ 6109  |  February 1, 2023 to February 28, 2023

## Deposits and other additions

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| 02/07/23 | BKOFAMERICA MOBILE 02/07 3704215984 DEPOSIT | *MOBILE | CA | 4,144.26 |
| ███████ | ████████████████ | | | ███ |
| ███████ | ████████████████ | | | ███ |
| 02/10/23 | LITIGATION PRACT DES:PAYROLL ID:01109000000306X INDN:OROZCO, ISREAL ID:9009865427 PPD | | CO | 400.00 |
| ███████ | ████████ ████████ ███████ | | | ███ |
| 02/23/23 | LITIGATION PRACT DES:PAYROLL ID:01268900000140X INDN:OROZCO, ISREAL ID:9009865427 PPD | | CO | 4,144.25 |

**Exhibit A-11**

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780

1607-7926
EE ID: 1254    DD

ISRAEL OROZCO
115 E. DATE STREET
BREA CA 92821



**PERSONAL AND CHECK INFORMATION**
Israel Orozco
115 E. Date Street
Brea, CA 92821
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** ▮▮▮

**Home Department:** 1 LPG CA

**Pay Period:** 02/06/23 to 02/19/23
**Check Date:** 02/10/23    **Check #:** 12443
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) |
|---|---|
| Check Amount | 0.00 |
| Chkg 109 | 400.00 |
| **NET PAY** | **400.00** |

**EARNINGS** | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($)

Salary
Total Hours
Gross Earnings
Total Hrs Worked

| | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Dir Dep Reimb | | 400.00 | 400.00 |
| **REIMB & OTHER PAYMENTS** | | 400.00 | 400.00 |

WITHHOLDINGS

DEDUCTION

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **400.00** | |

**Exhibit A-12**

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780

*Payrolls by Paychex, Inc.*

EE ID: 1254    DD

ISRAEL OROZCO
115 E. DATE STREET
BREA CA 92821

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE



**PERSONAL AND CHECK INFORMATION**
Israel Orozco
115 E. Date Street
Brea, CA 92821
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:**

**Home Department:** 1 LPG CA

**Pay Period:** 01/30/23 **to** 02/12/23
**Check Date:** 02/17/23    **Check #:** 12650
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) |
|---|---|
| Check Amount | 0.00 |
| Chkg 109 | 4144.25 |
| **NET PAY** | **4144.25** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
|---|---|---|---|---|
| Sick | 40.00 hrs | 0.00 hrs | 0.00 hrs | 40.00 hrs |
| DESCRIPTION | BEG BAL | CURR ACCRUE | CURR DEDUCT | AVAL BAL |
| Vacation | 80.04 hrs | 3.08 hrs | 0.00 hrs | 83.12 hrs |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 6307.70 | | |
| | Total Hours | | | | | |
| | Gross Earnings | | | 6307.70 | | |
| | Total Hrs Worked | | | | | |
| | Dir Dep Reimb | | | | | 400.00 |
| | **REIMB & OTHER PAYMENTS** | | | | | 400.00 |

**WITHHOLDINGS**

**DEDUCTION**

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4144.25** | |

**Exhibit A-13**

LITIGATION PRACTICE GROUP PC
17542 17th St Ste 100
Tustin CA 92780

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

EE ID: 1254    DD

ISRAEL OROZCO
115 E. DATE STREET
BREA CA 92821



**PERSONAL AND CHECK INFORMATION**
Israel Orozco
115 E. Date Street
Brea, CA 92821
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:**

**Home Department:** 1 LPG CA

**Pay Period:** 02/13/23 to 02/26/23
**Check Date:** 03/03/23    **Check #:** 13002

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) |
|---|---|
| Check Amount | 0.00 |
| Chkg 109 | 6021.28 |
| **NET PAY** | **6021.28** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 9950.87 | | |
| | Vacation | M86.2000 | | | M86.2000 | |
| | **Total Hours** | 86.2000 | | | 86.2000 | |
| | **Gross Earnings** | | | 9950.87 | | |
| | **Total Hrs Worked** | | | | | |
| | Dir Dep Reimb | | | | | 400.00 |
| | **REIMB & OTHER PAYMENTS** | | | | | 400.00 |

**WITHHOLDINGS**

**DEDUCTION**

| NET PAY | THIS PERIOD ($) | YTD |
|---|---|---|
| | **6021.28** | |

*Payrolls by Paychex, Inc.*

0942 1607-7926 Litigation Practice Group PC DBA • 17542 17th St Ste 100 • Tustin CA 92780 • (949) 715-0648

**Exhibit A-14**



**BANK OF AMERICA**

ISRAEL OROZCO  |  Account # 6109  |  March 1, 2023 to March 31, 2023

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| | | |
| | | |
| | | |
| 03/13/23 | LITIGATION PRACT DES:PAYROLL   ID:01468500004936X INDN:OROZCO, ISREAL   CO  ID:9009865427 PPD | 6,021.28 |

**Exhibit A-15**





# Employee Handbook 2021

# The Litigation Practice Group

Welcome to The Litigation Practice Group (LPG). We are delighted that you have chosen to join our team and hope that you enjoy a long and successful career with us. As you become familiar with our culture and mission, we hope you will take advantage of opportunities to enhance your career and further LPG's goals.
People are the key to our success. We believe that we are only as good as those we surround ourselves with.

## Handbook Introduction

Welcome! As an Employee with LPG you are an important part of a team effort. We hope that you will find your position with the company rewarding, challenging, and productive.

Because our success depends upon the dedication of our Employees, we are highly selective in choosing new members of our team. We look to you and the other Employees to contribute to the success of the company.

This Employee Handbook is intended to explain the terms and conditions of employment of all Employees at LPG This handbook summarizes the policies and practices in effect at the time of publication. This handbook supersedes all previously issued handbooks and handbook addendums and any policy memoranda that are inconsistent with the policies described herein. Your Manager or Human Resource department will be happy to answer any questions you may have.

Use the Section Guide to locate information about specific programs and provisions within each of the topics. You will be asked to sign a receipt that you have received this handbook.

This Handbook has been designed to give you an overview. It is not intended to be all encompassing or to provide you with all of the details that might apply to an individual situation. If you find yourself needing to determine how a particular policy applies in your situation, please contact your Manager, Manager, or Human Resources. You should keep this handbook with other important company paperwork and refer to it when you have questions.

## Right to Revise

LPG reserves the right to revise, modify, delete, or add to any and all policies, procedures, work rules, or benefits stated in this handbook or any other document, except for the policy of at-will employment. Any written changes to this handbook will be distributed as an addendum so that all Employees are aware of the new policies or procedures. No oral statements or representations can in any way alter the provisions of this handbook.

Nothing in this Employee Handbook or in any other personnel document, including benefit plan descriptions, creates, or is intended to create a promise or representation of continued employment for any Employee.

**Exhibit A-17**

## The Litigation Practice Group

**The Basics**

**SECTION 1 – Company Information**
1. At-Will Employment Status
2. Equal Employment Opportunity
3. Union-Free
4. Employee Classification
5. Same-Sex Marriages and Registered Domestic Partners

**SECTION 2 – General Appearance**
1. Dress Code and Other Personal Standards
2. Personal Hygiene
3. Facial Hair
4. Piercings

**SECTION 3 – Work Schedules, Timekeeping, and Compensation**
1. Time Keeping Requirements for Non-Exempt Employees
2. Meal and Rest Periods for Non-Exempt Members
3. Emergency Closings
4. Questions About Your Pay
5. Overtime Pay for Non-Exempt Employees
6. Payment of Wages
7. Direct Deposit

**SECTION 4 – Business Ethics & More**
1. Code of Business Ethics
2. Avoid Conflict of Interest
3. Confidential Information
4. Employer Property
5. Reporting Theft
6. Reporting Illegal or Unethical Behavior
7. Off-Duty Conduct
8. Secondary Employment

**SECTION 5 – The Basics- Miscellaneous**
1. Parking
2. Personal Belongings
3. Respect
4. Communication
5. Accountability

**Programs and Practices**

**SECTION 6 – Programs and Practices**
1. Personal Data
2. Personnel Records
3. Employee Addresses, Phone Numbers, and Personnel File Information
4. Employment Verifications
5. Separation of Employment
6. Voluntary Separation
7. Rehire
8. Confidentiality and Trade Secrets
9. Solicitation and Distribution of Literature
10. Surveillance
11. Company Search
12. Meetings with Employees
13. Performance Evaluation Periods and Compensation
14. Promotions

**Exhibit A-18**

# The Litigation Practice Group

**Policies**

## SECTION 7 – Company Policies & Prohibited Conduct
1. Harassment Free Environment /Unlawful Harassment
2. Abusive Conduct (Bullying)
3. Reporting Procedures
4. Workplace Violence Policy
5. Prohibited Conduct Policy
6. No Gossip Policy
7. Diversity
8. Attendance and Voluntary Separation Policy
9. Punctuality and Tardiness
10. Discipline and Involuntary Termination
11. Gross Misconduct
12. Fraternization
13. Employment of Relatives
14. Social Networking
15. Electronic Communication
16. Travel Policy
17. Gifts/Gratuities
18. Smoking/Tobacco Use
19. Lactation/Breastfeeding Breaks

## SECTION 8 – Health & Safety Policies and Procedures
1. Health and Safety
2. Hand Washing Policy
3. Follow Emergency Preparedness Procedures
4. Fire Safety/Prevention
5. Reporting Illness, Incident or Accident
6. Workers' Compensation
7. Drug Free Workplace Policy

## SECTION 9 – Our Benefits & Privileges
1. Benefits
2. Privacy and Health
3. Sick Policy
4. Vacation Policy
5. Holidays
6. **401(k) Retirement Savings Plan – (TBD)**
7. COBRA

## SECTION 10 – Leaves of Absence Benefits
1. Procedure for Requesting Leave
2. Medical Certification or Proof for the Need for a Leave of Absence
3. Amount of Leave
4. Measuring 12-Month Period
5. Intermittent Leave or a Reduced Work Schedule
6. Use of Paid and Unpaid Leave
7. Seniority While on Leave
8. Health Benefits While on Leave
9. Return to Work
10. Family and Medical Leave Act (FMLA)
11. Serious Health Condition
12. Qualifying Exigency Leave
13. Military Caregiver Leave
14. California Family Rights Act (CFRA)
15. CFRA Leave for Bonding or Placement

**Exhibit A-19**

**The Litigation Practice Group**

16. Use of Paid and Unpaid Leave
17. Pregnancy Disability Leave
18. Military Service Leave
19. Military Spouse Leave
20. Bereavement Leave
21. Bone Marrow and Organ Donor Leave
22. Domestic Violence, Sexual Assault and Stalking Victims' Leave
23. Crime Victim's Leave
24. Jury or Witness Duty
25. Voting Leave
26. Voluntary Civil Service Leave
27. School Appearance Leave

Handbook Acknowledgement, Signature & Authentication

**Exhibit A-20**

# Section 1 - Company Information

**1.1 At-Will Employment Status**

LPG Employees are employed on an at-will basis. At-will Employment may be terminated with or without cause and with or without notice at any time by the Employee or the company. Nothing in this handbook shall limit the right to terminate at-will employment. No Employee of the company has any authority to enter into an agreement for employment for any specified period of time or to make an agreement for employment on other than at-will terms. Only the CEO and CFO of LPG has the authority to make any such agreement, which is binding only if it is in writing.

**1.2 Equal Employment Opportunity**

LPG is an equal opportunity employer and makes employment decisions on the basis of merit. We want to have the best available persons in every job. Company policy prohibits unlawful discrimination based on race, color, creed, gender, religion, marital status, registered domestic partner status, age, national origin or ancestry, gender identity, physical or mental disability, medical condition including genetic characteristics, sexual orientation, or any other consideration made unlawful by federal, state, or local laws. It also prohibits unlawful discrimination based on the perception that anyone has any of those characteristics or is associated with a person who has or is perceived as having any of those characteristics. All such discrimination is **unlawful**.

The company is committed to compliance with all applicable laws providing equal employment opportunities. This commitment applies to **all** persons involved in company operations and prohibits unlawful discrimination by any Employee of LPG

To comply with applicable laws ensuring equal employment opportunities to qualified individuals with a disability, the company will make reasonable accommodations for the known physical or mental limitations of an otherwise qualified individual with a disability who is an applicant or an Employee unless undue hardship would result.

Any applicant or Employee who requires an accommodation in order to perform the essential functions of the job should contact their Manager or Human Resources with day-to-day personnel responsibilities and request such an accommodation. The individual requesting an accommodation should specify what accommodation he or she needs to perform the job. The company then will conduct an investigation to identify the barriers that interfere with the equal opportunity of the applicant or Employee to perform his or her job. The company will identify possible accommodations, if any that will help eliminate the limitation. If the accommodation is reasonable and will not impose an undue hardship, the company will make the accommodation.

If you believe you have been subjected to any form of unlawful discrimination, submit a written complaint to Human Resources. Your complaint should be specific and should include the names of the individuals involved and the names of any witnesses. If you need assistance with your complaint, or if you prefer to make a complaint in person, contact the Manager in your location or the Human Resources Department. The company will immediately undertake an effective, thorough, and objective investigation to resolve the situation.

If the company determines that unlawful discrimination has occurred, effective remedial action will be taken commensurate with the severity of the offense. Appropriate action also will be taken to deter any future discrimination. The company will not retaliate against you for filing a complaint and will not knowingly permit retaliation by Management or other Employees.

**1.3 Union-Free**

We are a union-free environment, and we prefer to remain that way. Our union-free status allows us to work directly with our Employees rather than through an outside third party, and to treat every Employee as an individual.

We sincerely believe that our success over the years is due to the cooperative relationship between Management teams and Employees and our mutual willingness to listen to one another, share ideas and offer suggestions for improvement.

**Exhibit A-21**

## The Litigation Practice Group

**1.4 Employee Classification**

In compliance with the Fair Labor Standards Act and applicable state laws and regulations, all LPG Employees are classified as either non-exempt or exempt.

- **Non-Exempt:** Any Employee covered by the overtime provisions of the federal Fair Labor Standards Act (FLSA) and any applicable state laws. Non-exempt Employees are paid for all hours worked and are entitled to overtime pay based on state specific laws or local laws, if applicable.

- **Exempt:** Any Employee who is exempt from the overtime provisions of federal and state laws. As an exempt Employee, you are paid for the job or role you perform, not the amount of hours you work. The Company is not required to pay overtime to Employees in exempt positions if the normal workweek is exceeded. Positions that are "exempt" are those that meet specific job content tests contained in the law.

**1.5 Same-Sex Marriages and Registered Domestic Partners**

LPG complies with all applicable federal and state laws regarding the provision of benefits to same-sex spouses and domestic partners. In California, marriage is considered a personal relationship arising out of a contract between two persons, which include same-sex spouses. At LPG, all registered domestic partners have the same rights, protections, and benefits, and shall be subject to the same responsibilities, obligations, and duties under law, as are granted to and imposed upon spouses.

Questions regarding this policy should be directed to the Human Resource department.

**Exhibit A-22**

**The Litigation Practice Group**

# Section 2 - General Appearance

**2.1 Dress Code and Other Personal Standards**
Employees must always present a clean professional appearance during the work week.
Our dress code is Business / Smart Casual / Conservative clothing.
Employees who wish to wear business suits may do so, but this level of formality is not required.

Examples of Business Casual are:
Dress slacks, khakis, twill bottoms or light fabric slacks
Dresses or skirts (may not be more than 5 inches above the knee)
Jeans that are **not** faded and free from stains or tears
Collared button-down or polo style shirt, sweater or similar attire
Sandals and open toe shoes are permissible

Examples of items considered **too casual and/or inappropriate** include: ·
Revealing clothing that exposes your chest, stomach, navel, underwear (front or back) or
that reveals too much cleavage
T-shirts of a casual nature, such as those printed or embroidered with sayings or team logos, as well as those intended to be
worn as undershirts
Tops with spaghetti straps, halter tops or muscle shirts
Tops that are transparent or see-through, or that give the appearance of such
Shorts, skorts, or very short skirts
items adorned with language or images that can be considered foul, vulgar or obscene
Apparel with holes, rips or tears
Workout attire, including yoga style pants, sweatpants, sweat suits, sweatshirts, hoodies,
tennis attire or athletic shoes
Beachwear, including swimwear, swimsuit cover-ups, or casual flip flops
Hats, caps, sweat bands or bandanas

Employees are expected to comply with the Company dress code policy, maintaining an appropriate image for the workplace
any time they are at work or otherwise representing the Company, such as during professional association meetings and
business travel. Failure to adhere to this policy may result in appropriate disciplinary action, up to and including termination of
employment.

**2.2 Personal Hygiene**
Due to close contact with fellow Employees, good personal hygiene, cleanliness, and grooming are essential. Strong body
odor is not acceptable; therefore, the use of an antiperspirant or deodorant is required.
reasons, the use of strong, heavy scents and fragrances is not permitted. If you choose to wear a scent or fragrance product,
please be considerate of others and select a light, mild scent.

**2.3 Facial Hair**
Male employees are permitted to have moustaches, beards or goatees that are kept trimmed and not present a bushy or
unkempt appearance. Beard and Goatee lengths must not exceed ½ an inch below the chin.
Moustaches must not extend further than the corners of your mouth. Sideburns may not extend below the bottom of the
earlobe

**2.4 Piercings**
Intentional body alteration or modification for the purpose of achieving a visible, physical effect that disfigures, deforms or
similarly detracts from a professional image is prohibited. Examples include, but are not limited to, body piercings
(other than   traditional ear piercing), tongue piercing or splitting, tooth filing, earlobe expansion, and acquiring visible.
disfiguring skin implants. Employees are offered positions with the understanding that they meet the criteria above.
LPG Law reserves the right to separate with any employee in violation of this policy after the date of hire.

**Exhibit A-23**

# Section 3 - Timekeeping and Compensation

**3.1 Timekeeping Requirements for Non-Exempt Employees**
Every Employee is entitled by law to receive wages for all hours worked. You will be assigned a Payroll login by the Payroll Company. This is your identification when signing in and out on the computer and is required by the payroll system. This Employee identification number and your password should not be shared with other Employees. Any Employee found tampering with the time keeping system or deliberately falsifying their own or any other time records will be subject to immediate termination.

All non-exempt Employees are required to record time worked for payroll purposes. Employees must record their own time at the start and at the end of each work period, including before and after their meal period. Employees also must record their time whenever they leave the building for any reason other than LPG business. All Employees are responsible for recording their hours at the time the hours are worked. Employees are required to notify Human Resources
if they have failed to use the time clock properly. Any errors in your time record should also be immediately reported to Human Resources and they will enter the correct time punches manually. Multiple occurrences of failing to use the Time Clock properly will be documented as a Write Up.

Employees will not be required nor permitted to work any period of time beyond the normal starting or quitting times for the purpose of making up time lost unless compensated. **No instances of hourly Employees "working off the clock" will be tolerated**. Managers must ensure that hourly Employees receive wages for all hours worked. In the event an hourly Employee is found to be working while not clocked in, both the Manager-on-duty and said hourly Employee(s) can expect disciplinary action as a result of this misconduct. Clocking in another Employee or altering a time is not permissible and is subject to immediate termination under the *Prohibited Conduct Policy,* as defined in section 7.

**3.2 Meal and Rest Periods for Non-Exempt Employees**
Meal and Rest breaks are guaranteed daily to non-exempt members by several state laws and are an important Company policy to provide you with an opportunity to rest.

Meal Periods
All non-exempt Employees who work in excess of 5 hours in a workday are provided a minimum of 30 minutes up to an hour of unpaid time for a meal period ("First Meal Period"). Employees who work more than 10 hours in a workday are provided a second unpaid meal period of at least 30 minutes ("Second Meal Period").

**The employee's First Meal Period shall begin prior to working 5 complete hours of work and the Second Meal Period shall begin prior to working 10 complete hours of work**. During a meal period, the employee will be relieved of all work duties and is free to leave the premises. Under no circumstances should an employee clock out for a meal period and continue working. **<u>Any employee who repeatedly violates this policy will receive disciplinary action up to termination</u>**.

Rest Breaks
Non-exempt Employees must take a net 15-minute rest break per 4 hours worked or major fraction thereof. A "net" 15-minute rest break means that the employee has a full 15 minutes to rest. Insofar as practicable, rest breaks will be provided in the middle of work periods – one before the meal period, and one after the meal period. Rest breaks are taken while on-the-clock. And should never exceed 15 minutes.

The following chart outlines the meal periods and rest breaks LPG provides and expects all Non-exempt employees to take:

**Exhibit A-24**

## The Litigation Practice Group

| California Meal & Rest Periods | | | |
|---|---|---|---|
| **Total Hours Worked (including paid rest breaks)** | **Number of Available 15-Minute Paid Rest Breaks** | **Number of Available 30-Minute to an hour Unpaid Meal Periods** | **Meal Period Start Time** |
| Less than 3½ | 0 | 0 | N/A |
| 3½ to 5 | 1 | 0 | N/A |
| More than 5 up to 6 | 1 | 1 | No later than 5 hours of work |
| More than 6 up to 10 | 2 | 1 | No later than 5 hours of work |
| More than 10 up to 14 | 3 | 2 | For the first meal period, no later than 5 hours of work; for the second meal period, no later than 10 hours of work |

If anyone or anything interferes with an employee's ability to take rest breaks or meal periods as outlined in this policy, the employee must immediately notify a member of Management or the Human Resources Department. No employee will be retaliated against for raising a concern regarding meal periods and/or rest breaks.

Meal Period: A designated meal period in accordance with state law and Company policy. The company requires that all non-exempt Employees take the designated meal periods.

Employees are provided with a minimum of 30 minutes up to an hour meal period. The Employee's First Meal Period shall be provided after no more than 4 hours and 59 minutes of work. The Employee Second Meal Period shall be after no more than 9 hours and 59 minutes of work. During a meal period, the employee will be relieved of all work duties and is free to leave the premises. Under no circumstances should an employee clock out for a meal period and continue working.
- The meal period for non-exempt Employees is unpaid.
- Employees are required to clock out for their meal period and clock in no earlier than a full 30 minutes after clocking out. However, you will be considered late if you clock back in for your shift more than 35 minutes after clocking out.
- You may depart the premises during a scheduled meal period once clocked out.

Rest Break: A designated 10-minute paid rest period is in accordance with state law and Company policy.
- Non-exempt Employees must remain on the premises in designated areas during rest periods.

If for any reason you have missed a rest or meal period break, you must notify a Manager or Supervisor as soon as possible. LPG prohibits you from working off the clock on your breaks. LPG takes the requirements of State Labor Codes regarding rest and meal period breaks very seriously, and **failure to take your scheduled breaks may be grounds for disciplinary action up to and including termination.**

Disciplinary actions for violating the Meal Break and Break Policy are as follows:

1st and 2nd occurrences- verbal warning
3rd occurrence – written warning
4th occurrence - 2-day suspension without pay
5th occurrence - 3-day suspension without pay
6th occurrence – Employment is Terminated
After 3 months of zero instance the number of occurrences reset to zero

Lactation/Breastfeeding Breaks
Any Employee who is breastfeeding her child will be provided reasonable break times as needed to express breast milk for her baby. The break time shall, if possible, run concurrently with any break time already provided to the employee. Break

**Exhibit A-25**

# The Litigation Practice Group

time for an employee that does not run concurrently with the rest time authorized for the employee by the applicable wage order of the Industrial Welfare Commission shall be unpaid. LPG, Inc has a designated room for this purpose. Employees storing milk in the refrigerator assume all responsibility for the safety of the milk and the risk of harm for any reason, including improper storage or refrigeration and tampering.

Breaks beyond an employee's normal break time will be unpaid, and the Employee should indicate the unpaid break period on her time record.

### 3.3 Emergency Closings
Severe weather, fire, power failure, earthquake or other events can disrupt our lives and company operations. These circumstances may require the company to temporarily close the office. You will be notified by your Manager regarding permission to leave early. If you have not begun your shift and are notified not to come to work, you will not be paid. In this case, you may choose to take any accrued vacation or time without pay.

### 3.4 Questions About Your Pay
You may bring any questions you have regarding your paycheck, pay policy and deductions to the attention of Human Resources.

If you lose your payroll check, the payroll company (ADP) is required to cancel the original check. You will not be issued a new check until the bank has confirmed the stop payment. You may be documented for the extra costs incurred by the company for re-issuing your paycheck.

### 3.5 Overtime Pay for Non-Exempt Employees
Before you incur any overtime your Manager must authorize the overtime. You must notify your Manager if you anticipate that your shift will put you into an overtime situation. All overtime worked will be compensated. However, working overtime without prior approval may result in disciplinary action.

Overtime Pay: Overtime pay for non-exempt Employees equals one and one half times their regular non-exempt rate (for example, $10.00 hourly rate equal $15.00 overtime hourly rate.)

All non-exempt Employees are eligible to receive overtime pay based on the definition above. In addition, eligible non-exempt Employees will receive "double time" pay (twice their hourly rate) when required to work a 7th consecutive day in the same workweek or for hours worked in excess of 12 hours based on specific state law.

| California |
| --- |
| Hours worked over 8 in one workday; overtime is paid at the rate of 1.5 times your regular rate of pay. |
| Hours worked over 12 in one workday; overtime is paid at the rate of 2.0 times your regular rate of pay. |
| Hours worked up to 8 on the seventh consecutive day of the work week; overtime is paid at the rate of 1.5 times your regular rate of pay. |
| Hours worked over 8 on the seventh consecutive day of the work week; overtime is paid at the rate of 2.0 times your regular rate of pay. |
| Hours worked over 40 straight-time hours in one work week; overtime is paid at the rate of 1.5 times your regular rate of pay. |

### 3.6 Payment of Wages
Paydays are bi-weekly, with payday being every other Friday.

### 3.7 Direct Deposit
LPG offers direct deposit for Employees. You may begin and stop automatic payroll deposit at any time. To begin automatic payroll deposit, you must complete a form on your first day of hire. You should carefully monitor your direct deposit stubs, just as you would your paycheck stub.

To stop automatic payroll deposit, you must inform Human Resources.

**Exhibit A-26**

**The Litigation Practice Group**

# Section 4 - Conflicts of Interest and Confidentiality

### 4.1 Code of Business Ethics

"Doing the right thing" is a company expectation. Your personal ethical behavior on the job is the most important way to keep the Company's tradition of excellence intact. Maintaining integrity while performing all aspects of the Company's business has always been a key part of LPG's culture.

Our reputation for ethical business practices is one of the Company's most valued assets. Your personal integrity and actions are important to continue this tradition of excellence.

You are expected to know the Company's Code of Business Ethics, which is a Company policy that is followed without exception. Below is a summary of the Code, along with examples of actions to avoid. Review them carefully to learn your responsibilities for ethical behavior on the job.

### 4.2 Conflicts of Interest

LPG expects all employees to conduct themselves and company business in a manner that reflects the highest standards of ethical conduct, and in accordance with all federal, state, and local laws and regulations. This includes avoiding real and potential conflicts of interests.

Exactly what constitutes a conflict of interest, or an unethical business practice is both a moral and a legal question. LPG recognizes and respects the individual's employees right to engage in activities outside of employment which are private in nature and do not in any way conflict with or reflect poorly on the company.

It is not possible to define all the circumstances and relationships that might create a conflict of interest. If a situation arises where there is a potential conflict of interest, the employees should discuss this with a manager for advice and guidance on how to proceed. The list below suggests some of the types of activity that indicate improper behavior, unacceptable personal integrity, or unacceptable ethics:

1. Simultaneous employment by another firm that is a competitor to LPG
2. Carrying on company business with a firm in which the employee, or a close relative of the employee, has a substantial ownership or interest.
3. Holding a substantial interest in or participating in the management of a firm to which the company makes sales or from which it makes purchases.
4. Borrowing money from customers or firms, other than recognized loan institutions, from which our company buys services, materials, equipment, or supplies.
5. Accepting substantial gifts or excessive entertainment from an outside organization or the company.
6. Speculation or dealing in materials, equipment, supplies, services, or property purchased by the company.
7. Participating in civic or professional organization activities in a manner that divulges confidential company information.
8. Misusing privileged information or revealing confidential data to outsiders.
9. Using one's position in the company or knowledge of its affairs for personal gains.
10. Engaging in practices or procedures that violate antitrust laws, commercial bribery laws, copyright laws, campaign contribution laws, or other laws regarding the conduct of company business.

### 4.3 Confidential Information

The protection of confidential business information and trade secrets is vital to the interests and success of LPG Confidential information is any and all information disclosed to or known by you because of employment with the company that is not generally known to the people outside the company about its business.

An employee who improperly uses or discloses trade secrets or confidential business information will be subject to disciplinary action up to and including termination of employment and legal action, even if he or she does not actually benefit from the disclosed information.

This provision is not intended to, and should not be interpreted to, prohibit employees from discussing wages and other terms and conditions of employment if they so choose.

**Exhibit A-27**

## The Litigation Practice Group

### 4.4 Employer Property

Desks, computers, keyboards, headsets, and phones, etc. are LPG property and must be maintained according to Company rules and regulations. They must be kept clean and are to be used only for work-related purposes. LPG reserves the right to inspect all company property to ensure compliance with its rules and regulations, without notice to the Employee and at any time, not necessarily in the Employee's presence.

Company voice mail and/or electronic mail (e-mail) are to be used for business purposes only. LPG reserves the right to monitor voice mail messages and e-mail messages to ensure compliance with this rule, without notice to the Employee and at any time, not necessarily in the Employee's presence.

For security reasons, Employees should not leave personal belongings of value in the workplace. Terminated Employees should remove any personal items at the time they leave LPG Personal items left in the workplace are subject to disposal if not claimed at the time of an Employee's termination.

It is your job to protect Company assets entrusted to you and to ensure their efficient use for legitimate business purposes.

### 4.5 Reporting Theft

As mentioned before, LPG has a zero tolerance policy when it comes to any form of theft. If you do
become aware of any theft you are required to report it. Here are four ways to report theft:

- Talk to your Manager or Supervisor
- Contact your Human Resource Department

### 4.6 Reporting Illegal or Unethical Behavior

If you have a concern of illegal, unethical or other questionable behavior in the workplace, speak up; discuss your concerns with a Manager or contact Human Resources.

### 4.7 Off-Duty Conduct

While LPG does not seek to interfere with the off-duty and personal conduct of its Employees, certain types of off-duty conduct may interfere with the Company's legitimate business interests. For this reason, Employees are expected to conduct their personal affairs in a manner that does not adversely affect the Company's or their own integrity, reputation or credibility. Illegal or immoral off-duty conduct by an Employee that adversely affects the Company's legitimate business interests or the Employee's ability to perform his or her job will not be tolerate

### 4.8 Secondary Employment

Employees who wish to engage in additional employment that may create a real or apparent conflict of interest must submit a written request to LPG explaining the details of the additional employment. If the additional employment is authorized, LPG assumes no responsibility for it. LPG shall not provide workers' compensation coverage or any other benefit for injuries occurring from or arising out of additional employment. Authorization to engage in additional employment can be revoked at any time

The following types of employment elsewhere are strictly prohibited:

- Additional employment that conflicts with an Employee's work schedule, duties, and responsibilities at the company
- Additional employment that creates a conflict of interest with the Employee's position with the company
- Additional employment that impairs or has a detrimental effect on the Employee's work performance with the company
- Additional employment that requires the Employee to conduct work or related activities on Company property during the employer's working hours or using company facilities and/or equipment
- Additional employment that directly or indirectly competes with the business or the interests of the company.

**Exhibit A-28**

**The Litigation Practice Group**

# Section 5 - The Basics- Miscellaneous

**5.1 Parking**
Employees must park their vehicles in designated areas. Please leave all valuables at home and not in your car. LPG is not responsible for any loss or damage to Employee vehicles or contents while parked in assigned parking.

**5.2 Personal Belongings**
LPG will not be responsible or liable for any personal property of an individual that is lost, stolen or damaged. The responsibility for safeguarding, replacing or repairing personal property lost, stolen or damaged while on Company premises is that of the Employee. Consequently, we encourage Employees not to bring personal property to work.

**5.3 Respect**
Respecting others invites respectful treatment toward you
- Treat others with dignity as unique and valued individuals
- Respect among Employees at all levels is vital to our success as a Company

**5.4 Communication**
Willingness to communicate with Employees, Supervisors, Managers and Human Resources helps to clarify issues, resolve misunderstandings, and prevent conflicts that affect teamwork.
- You are responsible for remaining courteous on the job at all times, including with clients, affiliates and fellow Employees.
- If you have questions, ask them courteously and respectfully.
- Never use foul language, biased words or tone of voice that could injure the image or reputation of the Company.

**5.7 Accountability**
Accountability is defined as taking ownership for your performance each day.
- Take the initiative to deliver your best efforts every day
- Support your team by pitching in
- Be sensitive to how your work affects other Employees and contributes to their success

**Exhibit A-29**

# Section 6 - Programs and Practices

**6.1 Personal Data**
You are responsible for ensuring that your personal data is accurate and up-to-date in the Company's payroll System (ADP). Timely updates are essential. This information is essential for you to receive Company communications.

A change of address, phone number, or emergency contact information must be reported to Human Resources via email or paper form. A name change cannot be made in the Human Resources System until the name change has been processed through the Social Security Administration. Human Resources must see your new Social Security card and request the name change.

**6.2 Personnel Records**
You may request an appointment to review your personnel file at any time during normal business hours. The file is to remain in the Human Resources Department. You may request copies of any document contained in your personnel file bearing your signature. Only you, your Manager, and Human Resources have access to your personnel file. However, when applying for another position within the Company, the hiring Manager may review your past performance and attendance records.

**6.3 Employee Addresses, Phone Numbers, and Personnel File Information**
All information contained in Employees' personnel files is confidential. This information must be maintained by all Employees as confidential. Many times, people will ask for the address or phone number of a Company Employee. These numbers may not be given out to other Employees or any other private party that may ask for it. They are to be kept in strict confidence at all times. You are free to exchange phone numbers with other Employees, but this information will not be provided by your store.

**6.4 Employment Verifications**
All verifications for employment information, including salary will be processed through Human Resources and all inquiries received about your employment will be documented and kept in your personnel file.

Information will only be provided with your signed authorization or if the Company is served a subpoena, as required by law. Your Manager is not authorized to release any information about your current or past employment. By policy, LPG discloses only the dates of employment and the title of the last position held of a former Employee. If you authorize the disclosure in writing, LPG will also inform prospective employers of the amount of salary or wage you last earned.

**6.5 Separation of Employment**
In the event that you choose to resign from your position, we ask that you give us at least a two week written notice. You are responsible for returning all Company property, including keys, uniforms, and credit cards immediately upon termination of employment. Employees leaving the Company may be requested to complete an electronic exit survey that will be returned to Human Resources. The purpose of the survey is to determine the reasons for leaving and to resolve any questions or any matters related to the separation. We encourage your candid response to assist us in our improvement efforts. Please note that upon separation of employment, your final check will reflect benefit deductions up to the end of the date of separation.

**6.6 Voluntary Separation**
Voluntary separation results when a Employee voluntarily resigns his or her employment at LPG, or fails to report to work for one scheduled workday without notice to, or approval by, his or her Manager.

**6.7 Rehire**
Employees who are rehired more than 31 days after their separation date will be subject to the new hire process such as a background check, etc. Employees who provide the requested amount of notice will be considered to have resigned in good standing and generally will be eligible for
All rehires must be approved by the Human Resource Department prior to promising or offering a position.

**Exhibit A-30**

## The Litigation Practice Group

### 6.8  Confidentiality and Trade Secrets

Each Employee is personally responsible for the security of all Company confidential information and trade secrets, including material relating to the business of the Company and its subsidiaries, during and after employment. Each

Employee agrees, as a condition of employment, to use your best efforts and utmost diligence to safeguard and preserve the confidentiality of all such information.

Trade secrets and confidential information is any information that reflects knowledge, not already available to the public, acquired by a Employee during the course of employment, pertaining to the Company's methods, formulations, inventions, use of technology, business plans and other such information that provides the Company with a competitive advantage.

Examples of Confidential information include, but are not limited to:
- All letters or any other information concerning transactions with clients
- Financial records of the Company
- All records pertaining to purchases from vendors and suppliers
- Correspondence and agreements with clients and guests
- Payroll or personnel records of past or present Employees
- Trade secrets

### 6.9  Solicitation and Distribution of Literature

In order to ensure efficient operation of the company's business and to prevent disruption to Employees, we have established control of solicitations and distribution of literature on company property.

LPG has enacted rules applicable to all Employees governing solicitation, distribution of written material, and entry onto the premises and work areas. All Employees are expected to comply strictly with these rules. Any Employee who is in doubt concerning the application of these rules should consult with his or her Supervisor or Manager.

No Employee shall solicit or promote support for any cause or organization during his or her working time or during the working time of the Employee or Employees at whom such activity is directed.
No Employee shall distribute or circulate any written or printed material in work areas at any time, or during his or her working time or during the working time of the Employee or Employees at whom such activity is directed.

Under no circumstances will Non-Employees be permitted to solicit or to distribute written material for any purpose on company property.

### 6.10  Surveillance

Our facilities may be monitored by video surveillance for your safety and protection. The Company also uses this tool to minimize theft and unethical behavior. You may be videotaped while on the premises and this recording may be stored for historical records and may be used and stored during an investigation. Tampering with any surveillance equipment will be subject to disciplinary action up to and including termination.

### 6.11  Company Search

In order to enforce Company Policies, stop theft, prevent workplace violence, prevent harassment, prevent illegal actions and otherwise protect the interests of the Company, its customers and its employees, a Company Manager or designee may work areas, desks and other locations or belongings without prior notice in order to ensure a work environment free of prohibited items. All Employees are required to cooperate with and aid in investigations to the best of their ability.

### 6.12  Meetings with Employees

From time to time, mandatory individual or staff meetings may be held for the purpose of providing instruction, training, counseling, or to review Company operating policies. If such a meeting is called and includes you or your department, then your attendance is required. You will be paid for this time.

**Exhibit A-31**

## The Litigation Practice Group

**6.13 Performance Evaluation Periods and Compensation-** *ALL performance discussions are confidential.*
Communication between employees and supervisors or mangers is very important. Discussions regarding job performance are ongoing and often informal. Employees should initiate conversations with their supervisors if they feel additional ongoing feedback is needed. Generally, formal performance reviews are conducted annually. These reviews include a written performance appraisal and discussion between the employee and the supervisor about job performance and expectations for the coming year.
If an Employee is out on a Leave of Absence their review will be deferred until their return.

**6.14 Promotions**
LPG believes that rewarding talent and promoting from within creates a culture of loyalty and stability.
We encourage our Employees to seek additional responsibilities and promotions that may come available. All open positions will be posted so that all Employees will have the opportunity to apply.

**Exhibit A-32**

# Section 7 - Company Policies & Prohibited Conduct

**7.1 Harassment Free Environment/Unlawful Harassment**

LPG is committed to providing a work environment free of unlawful harassment. Company policy prohibits sexual harassment and harassment based on pregnancy, childbirth or related medical conditions, race, religious creed, color, gender, national origin or ancestry, physical or mental disability, medical condition, marital status, registered domestic partner status, age, sexual orientation or any other basis protected by federal, state or local law or ordinance or regulation. **All such harassment is unlawful.** The company's anti-harassment policy applies to all persons involved in the operation of the company and prohibits unlawful harassment by any Employee of the company, including Executives and Managers, as well as vendors, guests, and any other persons. It also prohibits unlawful harassment based on the perception that anyone has any of those characteristics or is associated with a person who has or is perceived as having any of those characteristics.

Prohibited unlawful harassment includes, but is not limited to, the following behavior:
- Verbal conduct such as epithets, derogatory jokes or comments, slurs or unwanted sexual advances, invitations or comments
- Visual displays such as derogatory and/or sexually-oriented posters, photography, cartoons, drawings, or gestures
- Physical conduct such as assault, unwanted touching, intentionally blocking normal movement or interfering with work because of sex, race, or any other protected basis
- Threats and demands to submit to sexual requests as a condition of continued employment, or to avoid some other loss and offers of employment benefits in return for sexual favors
- Retaliation for reporting or threatening to report harassment

**7.2 Abusive Conduct (Bullying)**

As amended by A.B. 2053, Section 12950.1 of the Government Code defines abusive conduct as malicious conduct "that a reasonable person would find hostile, offensive, and unrelated to an employer's legitimate business interests." Although A.B. 2053 provides that a single act is not abusive "unless especially severe and egregious," its list of conduct that may be abusive is expansive, such as:
- infliction of verbal abuse, such as the use of derogatory remarks
- insults
- epithets
- verbal or physical conduct that a reasonable person would find threatening, intimidating, or humiliating
- gratuitous sabotage or undermining of a person's work performance

**7.3 Reporting Procedures**

If you believe that you have been unlawfully harassed, you may submit a complaint via a verbal or written communication to the Human Resources Department immediately or as soon as possible after the incident. You will be asked to provide details of the incident or incidents, names of individuals involved and names of any witnesses. Management will refer all

harassment complaints to the Human Resources Department. The company will immediately undertake an effective, thorough, and objective investigation of the harassment allegations.

If the Company determines that unlawful harassment has occurred, effective remedial action will be taken in accordance with the circumstances involved. Any Employee determined by the Company to be responsible for unlawful harassment will be subject to appropriate disciplinary action, up to, and including termination. A Company representative will advise all parties concerned of the results of the investigation. The Company will not retaliate against you for filing a complaint and will not tolerate or permit retaliation by Management, Executives or co-workers.

LPG will also take action to protect the Employee who filed the complaint and prevent further harassment or retaliation. Any individuals including Employees and Managers engaging in such conduct contrary to LPG policy may be personally liable in any legal action brought against them.

The company encourages all Employees to immediately report any incidents of harassment forbidden by this policy so that complaints can be quickly and fairly resolved. LPG does not consider conduct violating this policy to be within the course and scope of employment or the direct consequence of the discharge of one's duties. Accordingly, to the extent permitted by law, the company reserves the right to not provide a defense or pay damages assessed against an Employee for conduct in violation of this policy.

**Exhibit A-33**

# The Litigation Practice Group

You also should be aware that the Federal Equal Employment Opportunity Commission and the California Department of Fair Employment and Housing investigate and prosecute complaints of prohibited harassment in employment. If you think you have been harassed or that you have been retaliated against for resisting or complaining, you may file a complaint with the appropriate agency. The nearest office is listed online or on the Employee Notices poster in the Employee break rooms.

## 7.4 Workplace Violence Policy

LPG is committed to providing a safe workplace for all Employees and we have established this policy to do our best to provide a safe and secure workplace. To better understand your role in reducing the risk of violence, all Employees should review and understand all provisions of this *Workplace Violence Policy*.

This list of behaviors, while not inclusive, provides examples of conduct that is prohibited under the Workplace Violence policy.

- Causing physical injury to another person
- Making threatening remarks
- Aggressive or hostile behavior that creates a reasonable fear of injury to another person or subject another individual to emotional distress
- Intentionally damaging LPG property or property of another Employee
- Possession of a weapon while on LPG property or while on LPG business whether or not you are on the clock
- Committing acts motivated by, or related to, sexual harassment or domestic violence

## 7.5 Prohibited Conduct Policy

The list of behaviors below, while not inclusive, provides examples of conduct that is prohibited.

- Falsifying employment records, employment information, or other Company records
- Gambling on LPG property, including using the intranet for the purposes of gambling
- Violating traffic or parking regulations while traveling for Company business or failing to properly report any type of accidents involving a vehicle used while traveling on Company business
- Recording the work time of another Employee or allowing any other Employee to record your work time, or falsifying any time edit or time sheet, either your own or another Employee's
- Theft and deliberate or careless damage or destruction of any Company property, or the property of any Employee or guest
- Removing or borrowing Company property without prior authorization
- Unauthorized use of Company equipment, time, materials, or facilities
- Provoking a fight or fighting during working hours or on Company property
- Carrying firearms or any other dangerous weapons on Company premises at any time
- Engaging in criminal conduct whether or not related to job performance
- Causing, creating, or participating in a disruption of any kind during working hours on Company property
- Insubordination, including but not limited to failure or refusal to obey the orders or instructions of a member of Management or the use of abusive or threatening language toward a Supervisor or member of Management
- Failing to notify a Supervisor, Manager or HR when unable to report to work
- Failing to obtain permission to leave work for any reason during normal working hours
- Failing to observe working schedules, including rest and lunch periods; (Please refer to Meal/Rest Break Policy in Section 3.2)
- Failure to report all time worked, including overtime
- Failing to use the Time Clock properly repeatedly
- Substandard Work, Performance
- Sleeping or malingering on the job
- Using abusive language and threatening gestures and or body language at any time on Company premises
- Violating any safety, health, security or Company policy, rule or procedure
- Committing, or involvement in, any act of unlawful harassment of another individual
- Making defamatory or false statements detrimental to the facility's operation or good standing in the community
- Failing to be courteous and polite to other Employees and our guests at all times
- Working inefficiently, lacking of productive effort, or other unsatisfactory work performance
- Failing to report for scheduled work shift without proper notice, authorization, and/or valid reason. Employees failing to provide this notice will be considered to have voluntarily terminated their employment
- Having an excessive number of absences or tardiness

**Exhibit A-34**

## The Litigation Practice Group

Disciplinary actions for Substandard Work and other select Conduct issues are as follows:

1st occurrence - verbal warning
2nd occurrence  written warning
3rd occurrence - 2-day suspension without pay
4th occurrence - 3-day suspension without pay
5th occurrence - Termination of employment with The Company
Based on the severity of the Prohibited Conduct, the Company has the right to Terminate employment immediately

### 7.6 No Gossip Policy
Gossip is an activity that can drain, corrupt, and impact a company's productivity, moral, and overall satisfaction. Most people involved in gossip may not intend to do harm, but gossip can have a negative impact as it has the potential to destroy a person's or organization's reputation and credibility.

Samples of gossiping are:
- Discussing a person's private life while that person was not present
- Discussing a person's professional life without that person's supervisor present
- Making negative, derogatory, or critical comments about someone else
- Sharing information that could injure a person's credibility or reputation, and
- Sharing or repeating a rumor about another person.

Damaging side effects of gossip:
- Increased anxiety among employees as rumors circulate without clear information as to what is and what is not fact.
- Divisiveness among employees as people take sides.
- Hurt feelings and reputations.
- Good employees leaving the company because of an unhealthy work environment.

Gossip will not be tolerated at LPG Employees that participate in or instigate gossip about the company, a coworker, or customer will receive disciplinary action up to Termination.

### 7.7 Diversity
Diversity is our strength. The uniqueness of our individual Employees is what makes us special as a company. LPG celebrates these differences because we know diversity contributes to our key competitive strength—innovation. Our innovative excellence is a result of the creative ideas and perspectives of the many diverse people within our organization. The following guidelines allow us to celebrate diversity as our strength:
- Make Your Actions Count: Conduct yourself in a manner that positively contributes to the quality of work life for everyone.
- Demonstrate Acceptance of Others: Communicate respectfully through your words and actions.

For Example:
- Use non-judgmental words or phrases;
- Don't make negative assumptions about people who are different than you
- Control expressions that reflect generalizations or types of people
- Don't discuss or probe others' personal habits or lifestyle
  Don't make sexual, religious or ethnic jokes or remarks
- Avoid contributing to negative attitudes towards groups or individuals. This includes holding back, denying your full assistance or participation, or by silently observing such treatment by others.
- **Follow the PLATINUM Rule:** "Treat others as they would like to be treated."

### 7.8 Attendance and Voluntary Separation Policy
As an Employee of LPG, you are expected to be in regular attendance. If you are unable to report to a scheduled shift LPG expects you to inform your Manager, Human Resources and Payroll of the expected duration of any absence. If you are absent for more than 2 shifts with an illness or injury, you will be asked to provide a doctor's note excusing you from work. If you provide a doctor's note, missed shifts during this absence <u>will be dismissed as excused</u>.
<u>**Four unexcused absences in a 45-day period will result in immediate termination**</u>.
In addition, **if you fail to report for work without any notification to your Manager or Human Resources, LPG will**

**Exhibit A-35**

## The Litigation Practice Group

consider this a "Voluntary Separation." Voluntary Separation results when an Employee voluntarily resigns his or her employment at LPG or fails to report to work for one (1) scheduled workday without giving notice to, or approval by, his or her Manager or Human Resources.

### 7.9 Punctuality and Tardiness
As an Employee of LPG, you are expected to be punctual. Tardiness interferes with business operations and needs and creates a hardship for your fellow Employees and your Managers.
Excessive tardiness will not be tolerated. **Excessive tardiness will result in disciplinary action up to and including termination. Excessive Tardiness is defined as being late over 15 minutes 7 times in a rolling 90 day period.**

Employees are expected to report to work as scheduled, on time, and prepared to start work. Employees also are expected to remain at work for their entire work schedule, except for meal periods or when required to leave on authorized Company business. Late arrival and/or early departure from scheduled hours are disruptive and must be avoided, unless authorized by Management.

### 7.10  Discipline and Involuntary Termination
LPG expects and demands high quality work and behavior from its Employees and expects you to conduct yourself in a businesslike manner. If discipline is necessary, you will be subject to LPG progressive discipline process that may take the form of a verbal warning, a written warning, suspension or discharge, at Management's discretion. LPG, INC has the right to determine what discipline is appropriate. In certain circumstances your conduct may lead to immediate termination. Further, as previously stated, you are an ***at-will Employee*** and both you and LPG may terminate your employment at any time, with or without cause. LPG's discipline procedures are not meant to imply any contrary policy.

### 7.11  Gross Misconduct
Gross misconduct is any illegal or dangerous act willfully committed in the workplace. The act need not be criminal or otherwise unlawful in nature to qualify as gross misconduct.

Gross misconduct can be an intentional, wanton, willful and/or reckless act in direct conflict or indifference to the Company's interests or the safety of the team. An act of gross misconduct that will result in termination is an act done in deliberate violation of the Company's known standards, beyond simple negligence or incompetence.

### 7.12  Fraternization
Relationships of a social and/or personal nature between Managers and subordinate Employees are discouraged by LPG Such relationships can lead to alleged favoritism, morale and/or sexual harassment problems.

Therefore, if any two Employees who are dating or attempting to date and who are either directly or indirectly under his/her supervision, both Employees involved must, in writing, immediately notify the Human Resources Department. Both Employees will also be asked to sign a Consensual Relationship Agreement.

Any and all relationships between Employees, which disrupt the LPG operations or interfere with Employee's rights, will result in discipline up to and including termination. LPG has a strict policy against sexual harassment. Such harassment will not be tolerated.

### 7.13  Employment of Relatives
LPG will not employ persons in direct or indirect Manager/subordinate relationships who are related by blood or marriage without approval from the CEO and CFO. If you work in a supervisory position you are required to notify Human Resources of any relatives that work for the company or have been hired by the company.

For the purpose of this policy, "related by blood or marriage" includes:

| Adopted Relative | Spouse/ Ex-Spouse | Legal Ward |
|---|---|---|
| Aunt/Uncle | Grandchild | Niece/Nephew |
| Brother/Sister | Grandparent | Parent/Stepparent |
| Child/Stepchild | In-Law | Registered Domestic Partner |
| Cousin | Legal Guardian | Stepbrother/Stepsister |

**Exhibit A-36**

## The Litigation Practice Group

In order to maintain this policy, the following rules apply: No one eligible for employment or any current Employee may be transferred or promoted if they are related by blood or marriage to another Employee in the Management chain of command over that position at any LPG location. It is the Manager in said position and the Employee's responsibility to notify Human Resources if there is such a relationship.

### 7.14 Social Networking

Social Networks have become a common form of communication in our personal and professional lives. These include popular web sites such as Facebook, YouTube, Twitter, Instagram and Snap Chat as well as numerous blog sites and user review sites. Used responsibly, they can help positively shape the public's opinion of the Company and its products, Employees and guests.

The same basic policies apply as in other areas of your work regarding these social networking sites. While typically what you do outside of work is your personal business, certain activities, like social networking activities, might affect your performance or the Company's business interests and therefore are an appropriate subject of Company policy. The purpose of these guidelines is to help you understand how LPG Company policies apply to your social media activities, so you can participate responsibly.

- Only those officially designated by the Company are authorized to speak on its behalf.
- Unless you have this permission and are participating in this role, your participation in social networking activities is personal, and you should use a personal email address (not your corporate address). Just as you would not use Company stationery for a letter to the editor with your personal views, do not use your Company e-mail address for personal views. Remember even anonymous comments may be tracked to an individual through their specific IP address.
- You must not share confidential or proprietary information about the Company or its operating companies—even when on your own Facebook page. You must assume anyone can read your posts at any time.
- Never post sensitive confidential information about your work. This includes information about strategy, products, clients, employees, sales, finances, or any other information that has not been publicly released by the Company.
- Policies you should be familiar with include the Code of Business Ethics, Computer, E-mail & Internet Use, and the release of Proprietary Information and Confidentiality. Remember, you are responsible for anything you write or present in a social network. Be mindful that your conduct may result in liability for the Company as well.
- Write in the first person. Where your connection to the Company is apparent, make it clear that you are speaking for yourself and not on behalf of the Company by including the following statement in your communication: "The views expressed are my own and do not reflect the views of my employer." Consider adding this language in an "About me" section of your blog or social networking profile.
- Follow all Company policies.

### 7.15 Electronic Communication

LPG uses various forms of electronic communication including, but not limited to computers, e-mail, telephones, Internet, etc. All electronic communications, including all software, databases, hardware, and digital files, remain the sole property of LPG and are to be used only for Company business and not for any personal use.

Electronic communication and media may not be used in any manner that would be discriminatory, harassing, or obscene, or for any other purpose that is illegal, against Company policy, or not in the best interest of the company.

Employees who misuse electronic communications and engage in defamation, copyright or trademark infringement, misappropriation of trade secrets, discrimination, harassment, or related actions will be subject to discipline and/or immediate termination.

Employees may not install personal software on company computer systems. No screen savers or any other programs may be downloaded without prior consent from the IT department.

All electronic information created by any Employee using any means of electronic communication is the property of LPG and remains the property of LPG Personal passwords may be used for purposes of security, but the use of a personal password does not affect the company's ownership of the electronic information. LPG will override all personal passwords if necessary for any reason.

**Exhibit A-37**

# The Litigation Practice Group

LPG reserves the right to access and review electronic files, messages, mail, and other digital archives, and to monitor the use of electronic communications as necessary to ensure that no misuse or violation of Company policy or any law occurs.

## 7.16 Travel Policy

All travel costs including airline tickets, hotels, rental cars and use of personal vehicles must be approved by the CFO prior to purchases or usage.

Travelers will be reimbursed for out-of-pocket, reasonable costs incurred when traveling on official Company business, within certain limitations as specified within these guidelines. Reimbursable expenses include the direct cost of approved travel, approved lodging, and approved meals excluding alcohol, approved airport parking, approved ground transportation, and other approved travel-related items.

Personal expenses incurred during business travel will not be reimbursed. Examples of personal expenses include, but are not limited to items such as:

- Telephone calls to family and friends
- Movies, headphones, snacks, or beverages purchased on aircrafts, in airports, or in hotels
- Room service charges that are over and above daily allotted meal allowance per the terms below
- Dry cleaning and laundry expenses (except for trips longer than five days)
- Personal hygiene items, and other expenses of a personal nature

All travel expenses must be documented on our standard Expense Report Form, approved by the CFO and then submitted to Accounts Payable within 15 days of the completion of the travel. In turn, Accounts Payable will process expense reports with the goal of producing reimbursement checks on a weekly basis.

- You must have the original receipt reflecting the meal cost and the original itemized receipts must be submitted in order to be reimbursed. Credit card receipts will not be accepted
- There is no reimbursement for alcoholic beverages.
- The CFO must approve all travel, before travel occurs.
- Keep a copy of all receipts submitted for your records.

Non-exempt Employees who are traveling will be paid for travel time. If the hours worked goes into overtime during travel, the Employee will be paid time and a half, or double time if required by law.

When approved by the CFO, LPG Employees may use a personal vehicle for travel. LPG will pay per mile for any travel outside of their regular commute. All reimbursements for mileage will be calculated from the location of their home office to their travel destination. LPG will not be responsible for any damages to a personal vehicle due to accident, vandalism or theft. This includes paying a deductible.

## 7.17 Gifts/Gratuities

Gifts of more than token value of $50.00 per year, excessive entertainment or other substantial favors from any outside party that is seeking to do business with the Company is considered a conflict of interest. This policy should not be construed to prohibit necessary business outings. However, sporting events or any other leisure activities with vendors or other outside parties are not acceptable. Failure to comply with this policy will subject you to Corrective Action, up to and including separation of employment.

## 7.18 Smoking/Tobacco Use

There is to be absolutely NO Smoking, chewing tobacco or Vaping of any kind inside the Restrooms or anywhere inside the office building.

## 7.19 Lactation/Breastfeeding Breaks

Any Employee who is breastfeeding her child will be provided reasonable break times as needed to express breast milk for her baby. The break time shall, if possible, run concurrently with any break time already provided to the employee. Break time for an employee that does not run concurrently with the rest time authorized for the employee by the applicable wage order of the Industrial Welfare Commission shall be unpaid. Each LPG location has a designated room for this purpose. Employees storing milk in the refrigerator assume all responsibility for the safety of the milk and the risk of harm for any reason, including improper storage or refrigeration and tampering.
Breaks beyond an employee's normal break time will be unpaid, and the Employee should indicate the unpaid break period on her time record.

**Exhibit A-38**

# Section 8 - Health & Safety Policies and Procedures

**8.1 Health and Safety**

LPG is committed to a safe and healthy work environment for Employees and guests alike. As a team, we manage the safety and health function of our business in the same way we manage quality efforts– with a commitment to excellence. The Company makes every effort to continually ensure your safety and health in the

workplace. To accomplish this, we believe safety is everyone's job, not just the job of the Safety Committee. You are responsible to act in a safe manner throughout your work shift every day.

While training for your new position, you will be coached on proper injury prevention methods. Our goal is to provide you and your fellow Employees with a safe work environment and the knowledge necessary to prevent possible injuries.

As you are working, always study your job and its possible hazards. If you encounter an unsafe condition, please notify a Supervisor or Manager immediately so we can actively take steps to prevent you or another Employee from being injured. Maintaining a safe environment requires the efforts of all of us.

Protecting the safety of our employees and visitors is the most important aspect of running our business. All employees have the opportunity and responsibility to contribute to a safe work environment by using common sense rules and safe practices and by notifying management when any health or safety issues are present. All employees are encouraged to partner with management to ensure maximum safety for all.

In the event of an emergency, notify the appropriate emergency personnel by dialing 911.

**8.2 Hand Washing Policy**

The prevention of illness and flu through proper hand washing is well established.

Your hands must be washed:

- After using the restroom
- After coughing or sneezing
- After touching your face, hair
- After smoking
- After eating

- After taking a break
- After handling money
- After emptying garbage

**8.3 Follow Emergency Preparedness Procedures**

Emergency circumstances such as a power outage, earthquake, or fire can occur at any time. It is important for you to understand your role in an emergency situation so that you can respond quickly and safely in a crisis. LPG has written emergency plans for specific situations to reduce health and safety risks and possibly save lives. It is your responsibility to become familiar with these plans.

Below are some basic tips to help you respond in an emergency:

- Familiarize yourself with the emergency exits near your work area and throughout the office.
- In an emergency, report directly to your Manager and follow their instructions to evacuate and/or secure the office.
- Proceed directly to the designated assembly area where Employees are instructed to gather in the event of an emergency. These assembly areas are marked with the appropriate department information.

**8.4 Fire Safety/Prevention**

- Know the location of fire extinguishers and exit doors in your work area and make sure they are kept clear at all times.
- Do not do anything that would put you or your coworkers in danger. If in doubt, evacuate.

**Exhibit A-39**

## The Litigation Practice Group

### 8.5 Reporting Illness, Incident or Accident

Our first priority is your health. If you become ill while at work make sure to report your illness to your Manager as soon as possible. We want to ensure you are able to contact your primary care provider if medical attention is needed.

### 8.6 Workers' Compensation

The Company pays a Workers' Compensation insurance premium, which provides benefits to Employees who experience any compensable work related injury or illness. To be eligible for Workers' Compensation benefits, the injury/illness must be determined to be a direct result of work on the job or work environment. To be eligible for Workers' Compensation benefits your injury or illness must be work related. Benefit entitlements are governed by state laws, which involve reporting structures and timelines. It is essential that you report all work related accidents, injuries, and illnesses to your Manager at the time of occurrence. It is equally important to report an injury even if you are only a witness.

**It is a crime to knowingly file a false or fraudulent claim for Workers' Compensation benefits or to knowingly submit false or fraudulent information in connection with any Workers' Compensation claim.**

The penalty for filing a false Worker's Compensation claim can vary widely. A judge may impose fines, restitution, and probation. If a misdemeanor conviction is given it can include up to one year in jail. Depending on the specifics of the case, a judge can impose a felony conviction and up to 30 years in prison. Filing a false or fraudulent Workers' Compensation claim is also a violation of Company policy and will result in disciplinary action, up to and including separation of employment. LPG actively monitors for fraudulent Workers' Compensation claims.

### 8.7 Drug Free Workplace Policy

Purpose: The Company is committed to providing a safe working environment to protect Employees and guests, minimize the risk of accidents and injuries, and to provide the highest level of services.

It is the policy of LPG to maintain a drug- and alcohol-free work environment that is safe and productive for employees and others having business with the company. The unlawful use, possession, sale, distribution, or being under the influence of any illegal drug and/or the misuse of legal drugs while on company or client premises or while performing services for the company is strictly prohibited. LPG also prohibits reporting to work or performing services under the influence of alcohol or consuming alcohol while on duty or during work hours. In addition, LPG prohibits off-premises abuse of alcohol and controlled substances, as well as the possession, use, or sale of illegal drugs, when these activities adversely affect job performance, job safety, or the Company's reputation in the community.

**Exhibit A-40**

**The Litigation Practice Group**

# Section 9 - Our Benefits & Privileges

### 9.1 Benefits

LPG is proud to offer its eligible Employees valuable and competitive benefits and services. For more information, please contact Human Resources.

### 9.2 Privacy and Health

The federal government has created a set of rules under the Health Insurance Portability and Accountability Act (HIPAA). These rules require privacy and security surrounding your personal health information. The HIPAA privacy rule does not apply to other areas such as disability claims or workplace safety.

Human Resources will assist you with enrollment and provide detailed information about your benefit plan provisions. In order to protect your privacy, Human Resources will not be able to assist you with your health claims. However, you will have the full range of personal customer service available to you from your health care providers.

### 9.3 Sick Policy

LPG full time employees will receive 24 hours of sick pay upon hire, however, there is a 90-day waiting period before you may utilize any sick time.
Afterwards, your sick time will accrue each pay period but will be capped at 40 hours per year.
Sick days are not intended to be used as a substitute for vacation days, but sick days may be used if an employee needs to provide care for a family member who is ill. Sick days may also be used if an employee needs time off for scheduled medical procedures.
If an employee misses 2 or more consecutive days because of an illness LPG may require the employee to provide a doctor's note to excuse the absence. Any accrued sick days are paid out when employee's employment is terminated.

### 9.4 Vacation Policy

LPG full time employees will accrue vacation based upon their years of service, position as per the chart below. Vacation time begins accruing at the date of employment, however, there is a 90-day waiting period before you may utilize any vacation time.

The eligible Employee must submit all vacation requests on a Time-Off Request Form at least 2 weeks in advance of the planned vacation time in order to make allowances for business needs. In some cases, business requirements may restrict requested days off.

Employees may carry over unused vacation not to exceed 120 hours, at which point no additional vacation will accrue. Upon separation from the company any unused accrued vacation will be paid to the Employee.

| Years of Service | Vacation Accrual |
|---|---|
| Up to 1 year | Accrual 5 days off per year. 1.54 hours per pay period |
| 2 to 4 years | Accrual 10 days off per year. 3.08 hours per pay period |
| 5 years or more | Accrual 15 days off per year. 4.62 hours per pay period |

Confidential
California Handbook

**Exhibit A-41**

# The Litigation Practice Group

| Executive Management | |
|---|---|
| 1 years to 5 Years | Accrual 15 days off per year. 4.62 hours per pay period |
| 10 years or more | Accrual 20 days off per year. 6.16 hours per pay period |

Executive Management will be forced to take vacation for two consecutive weeks annually.

### 9.1 Holidays

The company observes and allows time off with pay for the following holidays:

- New Year's Day
- Martin Luther King
- Memorial Day
- Independence Day (4th of July)
- Labor Day
- Thanksgiving Holiday (Thursday & Friday)
- Christmas

Should a holiday fall over the weekend, LPG will close it's offices the Friday immediately preceding the Holiday.

### 9.2  401(k) Retirement Savings Plan

TBD

### 9.3  COBRA

The Consolidated Omnibus Budget Reconciliation Act provides the opportunity for Employees and their beneficiaries to continue health insurance coverage under the Company health plan when a "qualifying event" could result in the loss of eligibility. Qualifying events include resignation, termination of employment, death of a Employee, reduction in hours, a leave of absence, divorce or legal separation, entitlement to Medicare, or where a dependent child no longer meets eligibility requirements. Please contact Human Resources to learn more about your COBRA rights.

**Exhibit A-42**

# Section 10 – Leaves of Absences Benefits

LPG recognizes that Employees may need to be absent from work (or miss work intermittently) for an extended period of time for various reasons. Taking a leave of absence can accommodate this needed time-off, while maintaining status as a Company Employee.

There are various types of leaves, some of which may require you to meet certain eligibility criteria. The leave may fall under one or more of the following categories: Family and Medical Leave Act (FMLA), California Family Rights Act (CFRA), Pregnancy Disability Leave (PDL), a Personal Leave of Absence, Military Service Leave, or Military Spouse Leave. In addition, there are other leave types available which are further outlined in this section.

Your office phone, voice mail, email and all system access will be deactivated while you are on a leave, subject to specific leave type. Once you return from leave, your access will be restored. You must turn in you radio and company keys before you go on leave.

**10.1 Procedure for Requesting Leave**
If you think you may need to take a leave of absence, please notify Human Resources and a Leave of Absence Request Form will be provided to you. The request form must be submitted to and approved by Human Resources.

When the need for the leave is foreseeable, the Employee must provide the employer with at least 30 days' notice. When a Employee becomes aware of a need for leave less than 30 days in advance, the Employee must provide notice of the need for the leave either the same day or the next business day, or according to the specific policy related to the leave type. When the need for a leave is not foreseeable, the Employee must provide notice within a reasonable period of time either prior to the commencement of the leave or as soon as feasible.

Every leave is unique, and Human Resources will be able to assist you with the leave process and answer any questions you may have. After you submit your leave of absence request, a leave designation notice will be mailed to your current address on record.

**10.2 Medical Certification or Proof for the Need for a Leave of Absence**
In most cases, the company will require certification or proof for the need for a leave of absence. The certification should be attached to the Leave of Absence Request form. If the certification or proof is not attached, the leave cannot be approved and instead a designation notice will be sent to the Employee stating that the leave is contingent upon receiving the certification or proof within 15 days or provide a reasonable explanation for the delay. Failure to provide certification or proof may result in a denial of continuation of leave. If the leave type does not require a designation notice, and certification or proof has not been submitted prior to the need for leave, if the leave is foreseeable and not an emergency situation, then the leave may be denied.

The company may request recertification for the serious health condition of the Employee or the Employee's family member when circumstances have changed significantly, or if the employer receives information casting doubt on the reason given for the absence, or if the Employee seeks an extension of his or her leave. Otherwise, the company may request recertification for the serious health condition of the Employee or the Employee's family member every six months in connection with a FMLA absence.

**10.3 Amount of Leave**
An eligible Employee may take up to 12 weeks for most FMLA/CFRA qualified leaves during any 12-month period (or 26 weeks for the FMLA military caregiver leave). If a husband and wife both work for the company and each wishes to take leave to care for a covered injured or ill service member, the husband and wife may only take a combined total of 26 weeks of leave.

A woman Employee who goes out on a Pregnancy Disability Leave is provided with up to 4 months or 17 1/3 weeks for pregnancy disability leave. (Please see Pregnancy Disability Leave section for further information.)

**Exhibit A-43**

# The Litigation Practice Group

**10.4 Measuring 12-Month Period**

The Company will measure the 12-month period as a rolling 12-month period measured backward from the date a Employee uses any leave under this policy. Each time an Employee takes leave, the company will compute the amount of leave the Employee has taken under this policy in the last 12-months and subtract it from the 12 weeks of available leave, and the balance remaining is the amount of time the Employee is entitled to take at that time.

An eligible Employee can take up to 26 weeks for the FMLA military caregiver leave circumstance above during a single 12-month period. For this military caregiver leave, the company will measure the 12-month period as a rolling 12-month period measured forward. FMLA leave already taken for other FMLA circumstances will be deducted from the total of 26 weeks available.

The company will measure a 30 day personal leave period as a rolling 12-month period measured backward from the date a Employee uses any leave under this policy. Each time a Employee takes a personal leave, the company will compute the amount of leave the Employee has taken under this policy in the last 12 months and subtract it from the 30 days of available leave, and the balance remaining is the amount of time the Employee is entitled to take at that time.

**10.5 Intermittent Leave or a Reduced Work Schedule**

The Employee may take FMLA leave in 12 consecutive weeks, may use the leave intermittently (take a day periodically when needed over the year) or, under certain circumstances, may use the leave to reduce the workweek or workday, resulting in a reduced-hour schedule. In all cases, the leave may not exceed a total of 12 workweeks (or 26 workweeks to care for an injured or ill service member over a 12-month period).

**10.6 Use of Paid and Unpaid Leave**

All paid vacation and sick leave runs concurrently with FMLA leave when the leave type falls under FMLA.

Disability leave for the birth of a child (Pregnancy Disability Leave) and for a Employee's serious health condition, including workers' compensation leave (to the extent that it qualifies), will be designated as FMLA leave and will run concurrently with FMLA.

Employees who are on leave for their own serious health condition or to care for a family member who has a serious health condition, or who is bonding with a newborn or child placed for adoption or foster care may qualify for pay under State Disability Insurance (SDI) or Paid Family Leave (PFL). Pamphlets will be sent to the Employee along with the leave of absence designation letter.

**10.7 Seniority While on Leave**

Your bonus, annual increase, review date may be prorated according to any Leave of Absence you have taken. (For leaves related to pregnancy, workers' compensation, military leave under USERRA, Crime Victims, or bone marrow and organ donor leave, your review date and service award date will not be affected.)

**10.8 Health Benefits While on Leave**

For Employees who are currently enrolled in health benefits when their leave begins, their health coverage will be maintained at the same level and under the same conditions as coverage would have been provided if the employee was continuously employed during the entire leave period. **Employees are expected to continue paying for their portion of the premiums while on leave.**

Health coverage will be maintained, for Employees who qualify for a leave under FMLA/CFRA, for up to 12 weeks (or up to 26 weeks during a leave to care for an ill or injured service member). For Pregnancy Disability Leaves (PDL), coverage will be maintained for the entire duration of the PDL and during the 12 weeks the qualifying Employee is on CFRA leave for baby bonding. Health coverage for Employees on a personal leave of absence will be maintained for up to 30 days.

Employees who are provided an extension of leave but whose leave is exhausted under FMLA/CFRA and personal leave, will be able to continue their health coverage under COBRA.

**10.9 Return to Work**

An Employee who takes leave may be asked to provide a fitness for duty (FFD) clearance from the health care provider if the original medical certification provided does not include a return to work date.

**Exhibit A-44**

# The Litigation Practice Group

The Company may require a Employee on leave to report periodically on the Employee's status and intent to return to work.

Should the Employee fail to return to work at the end of an approved leave or fail to provide an updated LOA request form to extend the leave (not to exceed the total weeks allowed under the specific leave type), will be considered to have voluntarily resigned from the Company.

## 10.10 Family and Medical Leave Act (FMLA)

The function of this policy is to provide Employees with a general description of their FMLA rights. In the event of any conflict between this policy and the applicable law, Employees will be afforded all rights required by law.

If you have any questions, concerns or disputes with this policy, you must contact the LPG Human Resources.

General Provisions

Under this policy, the Company will grant up to 12 weeks of unpaid leave (or up to 26 weeks of unpaid military caregiver leave to care for a covered service member with a serious injury or illness) during a 12-month period to eligible Employees.

Eligibility

To qualify to take family or medical leave under this policy, the Employee must meet the following conditions:

- The Employee must have worked for the company for 12 months prior to the Employee's first day out on leave. The 12 months does not have to be consecutive. Separate periods of employment will be counted, provided that the break in service does not exceed seven years. Separate periods of employment will be counted if the break in service exceeds seven years due to National Guard or Reserve military service obligations.
- The Employee must have worked at least 1,250 hours during the 12-month period immediately before the date when the leave is requested to commence.
- The Employee must work in a work site where 50 or more Employees are employed by the company within 75 miles of that office or work site. The distance is to be calculated by using available transportation by the most direct route.

Type of Leave Covered

To qualify as FMLA leave under this policy, the eligible Employee must be taking leave for one of the reasons listed below:

- The birth of a child and to care for the newborn child within one year of birth.
- The placement of a child for adoption or foster care and to care for a newly placed child.
- To care for a spouse, child or parent with a serious health condition (Under the FMLA, a "spouse" means a husband or wife as defined under the law in the state where the Employee resides, including same-sex marriages in states that legally recognize such civil unions, such as California).
- The serious health condition of the Employee. (Further explained)
- Qualifying exigency leave for families of members of the National Guard or Reserves or of a regular component of the Armed Forces when the covered military member is on covered active duty or called to covered active duty. (Further explained)
- Military caregiver leave (also known as covered service member leave) to care for an injured or ill service member or veteran. (Further explained)

## 10.11 Serious Health Condition

A Employee may take leave because of a serious health condition that makes the Employee unable to perform the functions of the Employee's position.

A serious health condition is defined as a condition that requires inpatient care at a hospital, hospice or residential medical care facility, including any period of incapacity or any subsequent treatment in connection with such inpatient care or as a condition that requires continuing care by a licensed health care provider.

This policy covers illnesses of a serious and long-term nature, resulting in recurring or lengthy absences. Generally, a chronic or long-term health condition that would result in a period of three consecutive days of incapacity with the first visit to the

**Exhibit A-45**

# The Litigation Practice Group

health care provider within seven days of the onset of the incapacity and a second visit within 30 days of the incapacity would be considered a serious health condition. For chronic conditions requiring periodic health care visits for treatment, such visits must take place at least twice a year.

Employees with questions about what illnesses are covered under this FMLA policy or under the company's sick leave policy are encouraged to consult with Human Resources.

If an Employee takes paid sick leave for a condition that progresses into a serious health condition and the Employee requests unpaid leave as provided under this policy, the company may designate all or some portion of related leave taken as leave under this policy, to the extent that the earlier leave meets the necessary qualifications.

## 10.12 Qualifying Exigency Leave

A Employee whose spouse, son, daughter or parent has been notified of an impending call or order to covered active military duty or who is already on covered active duty may take up to 12 weeks of leave for reasons related to or affected by the family member's call-up or service. The qualifying exigency must be one of the following: a) short-notice deployment, b) military events and activities, c) child care and school activities, d) financial and legal arrangements, e) counseling, f) rest and recuperation, g) post-deployment activities, and h) additional activities that arise out of active duty, provided that the employer and Employee agree, including agreement on timing and duration of the leave.

Covered active duty means:

- In the case of a member of a regular component of the Armed Forces, duty during the deployment of the member with the Armed Forces to a foreign country.

- In the case of a member of a reserve component of the Armed Forces, duty during the deployment of the member with the Armed Forces to a foreign country under a call or order to active duty under a provision of law referred to in Title 10 U.S.C. §101(a)(13)(B).

The leave may commence as soon as the individual receives the call-up notice. (*Son* or *daughter* for this type of FMLA leave is defined the same as for *child* for other types of FMLA leave except that the person does not have to be a minor.) This type of leave would be counted toward the Employee's 12-week maximum of FMLA leave in a 12-month period.

## 10.13 Military Caregiver Leave

An Employee whose son, daughter, parent or next of kin is a covered service member may take up to 26 weeks in a single 12-month period to care for that service member.

*Next of kin* is defined as the closest blood relative of the injured or recovering service member.

The term *covered service member* means:

- A member of the Armed Forces (including a member of the National Guard or Reserves) who is undergoing medical treatment, recuperation or therapy or is otherwise in outpatient status, or is otherwise on the temporary disability retired list, for a serious injury or illness.
- A veteran who is undergoing medical treatment, recuperation or therapy for a serious injury or illness and who was a member of the Armed Forces (including a member of the National Guard or Reserves) at any time during the period of five years preceding the date on which the veteran undergoes that medical treatment, recuperation or therapy.

The term *serious injury* or *illness* means:

- In the case of a member of the Armed Forces (including a member of the National Guard or Reserves), an injury or illness that was incurred by the member in line of duty on active duty in the Armed Forces (or that existed before the beginning of the member's active duty and was aggravated by service in line of duty on active duty in the Armed Forces) and that may render the member medically unfit to perform the duties of the member's office, grade, rank or rating.

- In the case of a veteran who was a member of the Armed Forces (including a member of the National Guard or Reserves) at any time during a period when the person was a covered service member, a qualifying (as defined by the Secretary of Labor) injury or illness that was incurred by the member in line of duty on an active duty in the

**Exhibit A-46**

# The Litigation Practice Group

- Armed Forces (or that existed before the beginning of the member's active duty and was aggravated by service in line of duty on active duty in the Armed Forces) and that manifested itself before or after the member became a veteran.

## 10.14 California Family Rights Act (CFRA)

General Provisions and Eligibility
CFRA leave shares the same General Provisions and Eligibility as FMLA, (with the exception of military caregiver leave). Please see General Provisions and Eligibility under the FMLA section of this handbook.

Type of Leave Covered
The California Family Rights Act (CFRA) (Gov. Code, § 12945.2) was established to ensure secure leave rights for the following:

- Birth of a child for purposes of bonding
- Placement of a child in the employee's family for adoption or foster care
- For the serious health condition of the employee's child, parent, spouse (including same-sex spouses), or registered domestic partner
- For the employee's own serious health condition

For the definition of Serious Health Condition, please refer to Type of Leave Covered under the FMLA section of this handbook.

## 10.15 CFRA Leave for Bonding or Placement

The birth-mom (who is also the Employee), who qualifies for a leave under CFRA, is eligible to take up to 12 weeks of baby bonding after a Pregnancy Disability Leave (PDL). Any FMLA leave-time remaining after the PDL will run concurrently with any CFRA leave taken for this purpose.

A Employee who is not the birth mom, and who qualifies for a leave under CFRA, is eligible to take 12 weeks of leave under CFRA for baby bonding. The 12 weeks of leave provided under CFRA runs concurrently with 12 weeks of Leave provided under FMLA. A written and signed statement from the Employee will serve as proof of relationship to the child.

Leave taken under this policy must be completed within one year of the event. If the original requested time off is less than the total 12 weeks allowed under this policy and the Employee wishes to extend the time, the Employee should provide the Company with an updated LOA Request form with at least a 30 day notice.

The basic minimum duration of a CFRA leave is two weeks when the leave is taken for the birth, adoption, or foster care placement of a child. However, the Company shall grant a request for a CFRA leave of less than two weeks duration on any two occasions.

## 10.16 Use of Paid and Unpaid Leave

If CFRA leave is for a serious health condition, the employee may elect or the employer may require the employee to use any accrued vacation time or other accumulated paid leave, including any accrued sick leave. The 12 weeks of leave provided under CFRA for a serious health condition runs concurrently with 12 weeks of Leave provided under FMLA.

## 10.17 Pregnancy Disability Leave

A woman Employee is eligible for Pregnancy Disability Leave immediately upon hire. A length of service requirement does not need to be met. The Employee's healthcare provider ultimately decides when a woman is disabled by her pregnancy.

If disabled by pregnancy, childbirth or related medical conditions, a Employee is entitled to take Pregnancy Disability Leave (PDL) of up to four months, or the working days in one-third of a year or 17⅓ weeks, depending on her period(s) of actual disability.

**Exhibit A-47**

**The Litigation Practice Group**

The following are all covered by PDL:

- severe morning sickness
- prenatal or postnatal care
- doctor-ordered bed rest
- gestational diabetes
- pregnancy-induced hypertension
- preeclampsia
- childbirth
- postpartum depression
- loss or end of pregnancy
- recovery from childbirth or loss or end of pregnancy

Leave taken for pregnancy disability does not have to be taken at one time. Leave can be taken before or after birth or at any period of time the woman is physically unable to work because of the pregnancy or pregnancy-related condition. Periods of leave may be totaled in computing the four months of leave.

Reasonable accommodation or transfer to another job function will be made for a pregnant Employee affected by her pregnancy when it is medically advisable. Also, if a Employee's health care provider indicates that intermittent leave or a reduced work schedule is medically advisable and foreseeable based on planned medical treatment, LPG may require the Employee to transfer to an alternative position. The alternative position must better accommodate recurring periods of leave than does the Employee's regular job. Although the alternative position need not have equivalent duties, it must have an equivalent rate of pay and benefits and the Employee must be qualified for the position. Transfer to an alternative position may include altering an existing position to accommodate the Employee's need for intermittent leave or a reduced work schedule. Periodic absences for pregnancy-related illness of limited duration taken prior to an actual leave may be subtracted from the four months of disability leave for pregnancy.

An Employee who takes a pregnancy disability leave is also entitled to take a CFRA leave if she meets the eligibility requirements for a CFRA leave. That means that a woman who is eligible for CFRA leave could take up to four months of pregnancy disability leave for her pregnancy disability and could also be entitled to up to 12 weeks of CFRA leave to bond with the baby, or for another CFRA qualifying event such as to bond with an adopted child, or to care for a parent, spouse or child with a serious health condition.

An Employee under this policy is required to use their sick accrual for any portion of PDL leave which is unpaid. If the Employee is applying for SDI, their sick leave benefit will be coordinated with SDI as long as it does not exceed 100% of her wages. The Employee is not required to use any vacation accrual during her PDL leave.

**10.18 Military Service Leave**

LPG is committed to protecting the job rights of Employees absent on military leave. In accordance with federal and state law, it is the company's policy that no Employee or prospective Employee will be subjected to any form of discrimination on the basis of that person's membership in or obligation to perform service for any of the Uniformed Services of the United States. Specifically, no person will be denied employment, reemployment, promotion or other benefit of employment on the basis of such membership. Furthermore, no person will be subjected to retaliation or adverse employment action because such person has exercised his or her rights under applicable law or company policy.

If any Employee believes that he or she has been subjected to discrimination in violation of company policy, the Employee should immediately contact Human Resources.

Employees taking part in a variety of military duties are eligible for benefits under this policy. Such military duties include leaves of absence taken by members of the uniformed services, including Reservists and National Guard members, for training, periods of active military service and funeral honors duty, as well as time spent being examined to determine fitness to perform such service. Subject to certain exceptions under the applicable laws, these benefits are generally limited to five years of leave of absence.

Employees requesting leave for military duty should contact Human Resources to request leave as soon as they are aware of the need for leave. For request forms and detailed information on eligibility, Employee rights while on leave and job restoration upon completion of leave, refer to the policies, procedures and forms by contacting Human Resources.

**Exhibit A-48**

# The Litigation Practice Group

## 10.19 Military Spouse Leave

Military Spouse Leave is separate from leave under the Family and Medical Leave Act (FMLA) to provide qualifying exigency leave and leave to care for an ill or injured service member. Leave under this policy is unpaid and lasts for up to 10 days.

An Employee must meet the following qualifications to qualify for leave under this policy:

- Work for a qualified employer that employs 25 or more employees
- Be the spouse of a qualified service member
- Work an average of 20 or more hours per week
- Provide you with notice of his/her intention to take the leave, within two business days of receiving official notice that the service member will be on leave from deployment
- Submit written documentation certifying that the service member will be on leave from deployment during the time the leave is requested

The service member must meet one of the following requirements for an Employee to be eligible for leave under this policy:

- Be a qualified member of the United States Armed Forces who was deployed during a period of military conflict to an area designated as a combat theater or combat zone by the president of the United States
- Be a member of the National Guard who has been deployed during a period of military conflict
- Be a member of the Reserves who has been deployed during a period of military conflict

Employees may use their vacation accrual during military spouse leave. However, it is not required.

## 10.20 Bereavement Leave

Employees with more than 3 months' service may take up to 3 days of paid bereavement leave upon the death of a member of their immediate family. "Immediate family members" are defined as an employee's spouse, domestic partner, parents, stepparents, siblings, children, stepchildren, grandparent, father in law, mother in law, sister in law, son in law, daughter in law, or grandchild. All regular, full time employees may take up to one (1) day off with pay to attend the funeral of an extended family member; aunts, uncles and cousins. The company may require verification of the need for the leave.
The employee's supervisor and Human Resources will consider this time off on a case-by-case basis.

An eligible Employee who is notified of a death in his or her family as defined above while at work will be paid for the remainder of the scheduled hours that day. The eligibility for paid bereavement leave will not commence until the next regularly scheduled workday which is lost. All time off in connection with the death of one of the above-listed individuals should be scheduled with your Manager. Employees will be required to have proof for Payroll Services to payout. See Human Resources for clarification or questions.

## 10.21 Bone Marrow and Organ Donor Leave

Bone Marrow Leave: (California only) Employees are allowed up to five days of unpaid leave in any one-year period for a bone marrow donation. Employee must provide a medical certification that he or she is a bone marrow donor and that there is a medical necessity for the donation of the bone marrow. This leave will run concurrent with other leaves. A Employee taking leave for this purpose must use up to five days of their accrued sick and vacation pay.

Organ Donation Leave: Allows Employees up to thirty days of unpaid leave in any one-year period for organ donation. Employee must provide a medical certification that he or she is an organ donor and that there is a medical necessity for the donation of the organ. This leave will run concurrent with other leaves. Up to two weeks of vacation or sick time will be exhausted for Employees taking leave for this purpose.

In order to take Bone Marrow or Organ Donor Leave, an eligible Employee must be employed for a period of 90 days immediately preceding the beginning of the leave.

A "one-year period" is considered to be 12 consecutive months from the date the employee begins his/her leave, not one calendar year.

Bone Marrow and Organ Donor Leave does not run concurrently with FMLA/CFRA.

**Exhibit A-49**

## The Litigation Practice Group

**10.22 Domestic Violence, Sexual Assault and Stalking Victims' Leave**
<u>Reasons for Leave</u>
Employees who are victims of domestic violence, sexual assault or stalking may need time off for legal proceedings, such as 1) obtaining a restraining order or court assistance; 2) to seek medical attention for injuries; 3) to obtain services from a shelter, program or rape crisis center to obtain psychological counseling or to participate in safety planning, including relocation due to domestic violence. Accrued paid sick leave may be used for these purposes.

<u>Notice to Employer</u>
Employees must give reasonable advance notice of their intent to take time off, if feasible and be able to provide certification. The confidentiality of any Employee seeking leave for this purpose will be maintained. The certification may be any of the following:

- A police report indicating that the employee was a victim of domestic violence, sexual assault or stalking

- A court order protecting or separating the employee from the perpetrator of an act of domestic violence, sexual assault or stalking, or other evidence from the court or prosecuting attorney that the employee appeared in court
- Documentation from a medical professional, domestic violence advocate or advocate for victims of sexual

  assault, health care provider or counselor that the employee was undergoing treatment for physical or mental injuries or abuse resulting in victimization from an act of domestic violence, sexual assault or stalking

An Employee, who seeks medical treatment for this purpose, to the extent that they qualify, may take a leave of absence under FMLA.

**10.23 Crime Victim's Leave**
<u>Judicial Proceedings</u>
Employees who are victims of a crime may take leave to attend to judicial proceedings related to the specified serious crime and for any proceeding involving victims' rights.

The leave can be of any length. However, the time off from work must be used to attend judicial proceedings related to a:
- Violent felony
- Serious felony
- Felony theft or felony embezzlement

An Employee who is a victim of one of these serious crimes or whose immediate family member is a crime victim can take time off to attend judicial proceedings related to that crime.

An Employee may take time off from work to attend judicial proceedings related to one of these serious crimes if the Employee is:
- A victim of a crime
- A crime victim's immediate family member
- A crime victim's registered domestic partner
- A child of a registered domestic partner who is a crime victim

Immediate family members include the employee's: Spouse, Child/Step-Child, Brother/Sister, Step-Brother/Step-Sister, Mother/Father, and Step-mother/Step-father.

Before taking leave to attend the judicial proceeding, the Employee must provide a copy of the notice of each scheduled proceeding. These notices are provided to the victim by the pertinent government agency. Documentation can come from any of the following sources:
- The court or government agency setting the hearing
- The district attorney or prosecuting attorney's office
- The victim or witness assistance office advocating on the victim's behalf

Employees can use accrued sick time, vacation, and personal leave under this policy to attend judicial proceedings related to the crime.

**Exhibit A-50**

## The Litigation Practice Group

Leave for Any Proceeding Involving Victims' Rights

An Employee who is a crime victim can take time off from work to appear in court to be heard at any proceeding in which a right of the victim is at issue.

Unlike the leave under the Judicial Proceeds section, this leave can be initiated at the victim's request and does not need to be initiated by a notice from a government agency.

Under this policy, a Employee who is a "victim" may take time off from work to attend proceedings related to that crime. The law protects time off to attend any "proceeding," including any delinquency proceeding, involving a post-arrest release decision, plea, sentencing, post-conviction release decision; or any proceeding in which a right of the victim is at issue. (Labor Code 230.5)

A "victim" is any person who suffers direct or threatened physical, psychological, or financial harm as a result of the commission or attempted commission of a crime or a delinquent act." (Labor Code 230.5)

A victim includes various family members for whom you will have to provide leave. A victim also includes the person's: Spouse, Parent, Child, Sibling, or Guardian.

The leave can be of any length. The Employee must be a victim, as defined above, of one of the following covered offenses:

- Vehicular manslaughter while intoxicated
- Felony child abuse likely to produce great bodily harm or a death
- Assault resulting in the death of a child under eight years of age
- Felony domestic violence
- Felony physical abuse of an elder or dependent adult
- Felony stalking
- Solicitation for murder
- A serious felony, such as kidnapping, rape or assault
- Hit-and-run causing death or injury
- Felony driving under the influence causing injury
- Specified sexual assault

Although this leave type can be taken at the victim's request, the Employee must provide reasonable advance notice of his or her intention to take the time off. When advance notice is not feasible, or if an unscheduled absence occurs, please provide certification within a reasonable time after the absence.

Any one of the following forms will be sufficient:

- A police report indicating that the employee was a victim of one of the specified offenses
- A court order protecting or separating the employee from the perpetrator of one of the specified offenses.
- Documentation verifying that the employee was undergoing treatment for physical or mental injuries or abuse as a result of being a victim of one of the specified offenses.
- Documentation must be accepted from a:
  - Medical professional
  - Domestic violence advocate
  - Victims of sexual assault advocate
  - Health care provider
  - Counselor

Employees can use accrued vacation time and personal leave under this policy to attend judicial proceedings related to the crime.

### 10.24 Jury or Witness Duty

Upon receiving a summons to appear for grand jury/trial jury, or to appear in court in compliance with a subpoena or court order as a witness, you must inform your Manager at least 24-hours in advance. Proof of notification and attendance is required. The company supports employees in their civic duty to serve on a jury. Employees must present any summons to jury duty to their supervisor as soon as possible after receiving the notice to allow advance planning for an employee's absence.

**Exhibit A-51**

## The Litigation Practice Group

Nonexempt employees will be paid for up to 2 weeks of jury duty service at their regular rate of pay minus any compensation received from the court for the period of service. Exempt employees are subject to the same 2-week limitation except that they will also receive pay for any days they serve as a juror or witness in a workweek in which they actually perform work.

All employees may use any accrued time off if required to serve more than 2 weeks on a jury. If an employee is released from jury duty after 4 hours or less of service, he or she must report to work for the reminder of that work day.

Time for appearance in court for personal business will be the individual employee's responsibility. Normally, personal days or vacation days will be used for this purpose.

### 10.25 Voting Leave
Voting Time
All Employees should be able to vote either before or after their shift. However, when this is not possible due to work schedules, Employees will receive up to two hours during the workday to vote.

Notification to Employer
The Employee must notify their Manager at least two working days in advance that time will be needed to vote.

Election Leave
Employees who are chosen to serve as election officials at polling sites will be permitted to take required unpaid time off to serve in this capacity. Please notify your Manager seven days in advance of your need for time off in order to accommodate the necessary rescheduling of work periods.

### 10.26 Voluntary Civil Service Leave
Volunteer Emergency Duty Leave
The law applies to:
- Volunteer firefighters
- Reserve peace officers
- Emergency rescue personnel, defined as any person who is an officer, employee, or member of:
  - A fire department, fire protection or firefighting agency of the federal government, California state government, local government, special district or other public or municipal corporation or political subdivision of California
  - An officer of a sheriff's department, police department or private fire department
  - Disaster medical Response Teams

Civil Air Patrol Leave
The Employee must be a volunteer member of the California Wing of the civilian auxiliary of the U.S. Air Force Civil Air Patrol, responding to an emergency operation mission.

A qualified Employee is entitled up to 10 days of unpaid leave per year. However, the leave for a single emergency mission cannot exceed three days, unless the emergency is extended by the entity in charge of the operation and the leave extension is approved.

Employees are not required to exhaust their vacation or personal leave time.

### 10.27 School Appearance Leave
An Employee who needs to appear at their child's school for disciplinary reasons, and as required by the school or ward under The Education Code to attend class with the student when the student is suspended, may take unpaid time off from work.

The parent or guardian should receive a written notice from the school stating that they must attend a class. A copy of the notice or some other certification from the school is required.

School Activities Leave
Employees, who are the parents, guardians or custodial grandparents of children in kindergarten through grade 12, or of children in a licensed child day care facility, may take time off to participate in school activities following these guidelines:
- The time must not exceed 40 hours per year, nor 8 hours in a calendar month.
- The employee must give reasonable prior notice of the planned absence.
- The employee must provide documentation of his/her participation.

**Exhibit A-52**

## The Litigation Practice Group

If both parents work for the Company and are at the same location, the parent who gave notice first will be able to take the leave. The other parent may take leave upon approval from their Manager or Manager if it does not interfere with daily operations. An Employee must use existing vacation accrual or the time off will be deducted from their personal leave benefit.

**Exhibit A-53**

# Employee Handbook Acknowledgment and Receipt

I hereby acknowledge the receipt of the employee handbook of LPG  I understand and agree that it is my responsibility to read and comply with the policies in the handbook. I understand that the handbook and all other written and oral material provided to me are intended for informational purposes only. Neither it, company practices, nor other communications create an employment contract or term. I understand that the policies and benefits, both in the handbook and those communicated to me in any other fashion, are subject to interpretation, review, removal, and change by management at any time without notice. I further understand that I am an at-will employee and that neither this document nor any other communication shall bind the company to employ me now or hereafter and that my employment may be terminated by me or the company without reason at any time.  I understand that no representative of the company has any authority to enter into any agreement for employment for any specific period of time or to assure any other personnel action or to assure any benefits or terms or conditions of employment, or to make any agreement contrary to the foregoing. I also understand and agree that his agreement may not be modified orally and that only the presidents of the company may make a commitment for employment. I also understand that if such an agreement is made, it must be in writing and signed by the presidents of the company.

_____

Employee's Name – Printed

_____

Signature of Employee

_____

Date Signed by Employee

**TO BE PLACED IN EMPLOYEE'S PERSONNEL FILE**

**Exhibit A-54**

# Exhibit "B"

# venmo

## Transaction details

| | Date | Reference # | Description | Amount |
|---|---|---|---|---|
| | | | **Purchases and other debits** | **$5,783.89** |
| | | | Israel Orozco (Card Number Ending In 8102) | |
| 1 | 02/16 | 24906411F4VWZ6E08 | OneLegal PYMNT1510046  800-9388815 CA | $494.83 |
| 2 | 02/16 | 24906411F4VXLRZHZ | OneLegal PYMNT1510250  800-9388815 CA | $164.72 |
| 3 | 02/16 | 24906411F4VYGB62Z | OneLegal CCSALE04757928 800-9388815 CA | $251.40 |
| 4 | 02/17 | 24906411G4W0ML48W | OneLegal PYMNT1511777  800-9388815 CA | $261.44 |
| 5 | 02/17 | 24906411G4W0X0PE3 | OneLegal CCSALE04762025 800-9388815 CA | $18.07 |
| 6 | 02/17 | 24906411G4W10ZFKM | OneLegal CCSALE04762534 800-9388815 CA | $250.32 |
| 7 | 02/18 | 24906411H4W25XGPJ | OneLegal PYMNT1512076  800-9388815 CA | $304.73 |
| 8 | 02/21 | 24906411L4W9AHQX5 | OneLegal CCSALE04767660 800-9388815 CA | $205.02 |
| 9 | 02/21 | 24906411L4W9KXJ40 | OneLegal CCSALE04768205 800-9388815 CA | $18.27 |
| 10 | 02/21 | 24906411L4W9L12Y6 | OneLegal CCSALE04768054 800-9388815 CA | $17.40 |
| 11 | 02/21 | 24906411L4W90Z1HL | OneLegal CCSALE04766569 800-9388815 CA | $204.56 |
| 12 | 02/21 | 24906411L4W941RH5 | OneLegal CCSALE04766950 800-9388815 CA | $18.07 |
| 13 | 02/21 | 24906411L4W983DRJ | OneLegal CCSALE04767534 800-9388815 CA | $14.36 |
| 14 | 02/22 | 24906411M4WAVNTY6 | OneLegal CCSALE04770039 800-9388815 CA | $249.86 |
| 15 | 02/22 | 24906411M4WAWGV29 | OneLegal CCSALE04770043 800-9388815 CA | $249.86 |
| 16 | 02/22 | 24906411M4WAY0QST | OneLegal CCSALE04770209 800-9388815 CA | $17.66 |
| 17 | 02/22 | 24906411M4WBMTQNQ | OneLegal CCSALE04772089 800-9388815 CA | $18.69 |
| 18 | 02/22 | 24906411M4W9XEGT7 | OneLegal PYMNT1512543  800-9388815 CA | $179.08 |
| 19 | 02/24 | 24906411P4WFAN445 | OneLegal CCSALE04778287 800-9388815 CA | $20.49 |
| 20 | 02/24 | 24906411P4WFFP632 | OneLegal CCSALE04779242 800-9388815 CA | $19.66 |
| 21 | 02/24 | 24906411P4WFHEJL8 | OneLegal CCSALE04779333 800-9388815 CA | $19.66 |
| 22 | 02/25 | 24906411R4WGMXVGL | OneLegal PYMNT1514924  800-9388815 CA | $30.89 |
| 23 | 02/27 | 24906411S4WMKJXZ3 | OneLegal CCSALE04782543 800-9388815 CA | $14.36 |
| 24 | 02/28 | 24906411V4WS15RHD | OneLegal CCSALE04788336 800-9388815 CA | $398.57 |
| 25 | 02/28 | 24906411V4WTVBDTA | OneLegal CCSALE04787830 800-9388815 CA | $14.36 |
| 26 | 02/28 | 24906411V4WTVWSM2 | OneLegal CCSALE04787893 800-9388815 CA | $248.32 |
| 27 | 03/01 | 24906411W4WWVSAF2 | OneLegal CCSALE04790015 800-9388815 CA | $246.98 |
| 28 | 03/01 | 24906411W4WXBNQRZ | OneLegal CCSALE04790887 800-9388815 CA | $16.37 |
| 29 | 03/01 | 24906411W4WXBN7HX | OneLegal CCSALE04790919 800-9388815 CA | $246.00 |
| 30 | 03/02 | 24906411X4WYVTGYX | OneLegal CCSALE04793389 800-9388815 CA | $454.01 |
| 31 | 03/02 | 24906411X4WYVV0ME | OneLegal CCSALE04793390 800-9388815 CA | $454.01 |
| 32 | 03/02 | 24906411X4X0EE71B | OneLegal CCSALE04794492 800-9388815 CA | $270.91 |
| 33 | 03/06 | 2490641214XA3QM1E | OneLegal CCSALE04805243 800-9388815 CA | $295.21 |
| x | ▉ | ▉ | ▉ | ▉ |
| 34 | 03/14 | 2490641294XSY8Y1P | OneLegal CCSALE04828318 800-9388815 CA | $72.07 |
| | | | Total | **$5,783.89** |

| | | | |
|---|---|---|---|
| **Total fees charged this period** | | | **$0.00** |
| **Total interest charged this period** | | | **$0.00** |
| 03/19 | | INTEREST CHARGE ON PURCHASES | $0.00 |
| 03/19 | | INTEREST CHARGE ON CASH ADVANCES | $0.00 |

**2023 Year-to-date fees and interest**

| | |
|---|---|
| Total fees charged | $0.00 |
| Total interest charged | $0.00 |

## Interest charge calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.    ▉

| Type of balance | Expiration date | (APR) Annual percentage rate | Balance subject to interest rate | Interest charge |
|---|---|---|---|---|
| ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ |

**Exhibit A-56**

# Invoice

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

| | |
|---|---|
| **Date** | 2/15/2023 |
| **Customer** | 0152315 |
| **Invoice** | 14337504 |
| **Due Date** | 2/15/2023 |
| **Terms** | Due on Receipt |
| **Amount Due** | $0.00 |

**Bill To**

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19831883 |
| Billing Code | 558738739 |
| Case Number | BCL-23-010388 |
| Court Transaction Number | 11189227 |
| Contact | Nicole Filtz |
| Attorney | Vincent Jackson |
| Case Title | XXXXXXXXXXXXXXXXXX |
| Documents | Answer to Complaint |
| Court | Superior Court of California, Kern County |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Filing Fee | $225.00 |
| Court Technology Access Fee | $3.50 |
| eCheck Fee++ | $0.25 |
| **SUBTOTAL** | **$228.75** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.95 |
| Convenience Fee‡ | $7.13 |
| **SUBTOTAL** | **$20.08** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $228.75 |
| One Legal Fees | $20.08 |
| **TOTAL BILLED** | **$248.83** |

Past due balance may be charged a late payment fee and/or a late charge of up to 1.5% per month (18% per annum).
* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
++ When it is most cost effective, One Legal disburses fees on your behalf via eCheck. We pass these savings directly on to you.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-57**

One Legal

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Invoice

| | |
|---|---|
| **Date** | 2/15/2023 |
| **Customer** | 0152315 |
| **Invoice** | 14337021 |
| **Due Date** | 2/15/2023 |
| **Terms** | Due on Receipt |
| **Amount Due** | $0.00 |

**Bill To**

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19823692 |
| Billing Code | 559172731 |
| Case Number | 37-2023-00001649-CL-CL-CTL |
| Court Transaction Number | 21588956 |
| Contact | Nicole Filtz |
| Attorney | Vincent Jackson |
| Case Title | XXXXXXXXXXXXXXXXXXXXXXXX |
| Documents | Answer |
| Court | Superior Court of California, San Diego County |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Filing Fee | $225.00 |
| **SUBTOTAL** | **$225.00** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.95 |
| eServe Charge | $1.00 |
| Convenience Fee‡ | $7.05 |
| **SUBTOTAL** | **$21.00** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $225.00 |
| One Legal Fees | $21.00 |
| **TOTAL BILLED** | **$246.00** |

Past due balance may be charged a late payment fee and/or a late charge of up to 1.5% per month (18% per annum).
* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-58**

 

# Payment Receipt

1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 85-4343705

| Date | 2/15/2023 |
|---|---|
| Acct. No. | 0152315 |

**Bill To**
LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

**Payment Method**   VISA

**Credit Card #**   ************8102

| Date | Description | Orig. Amount | Amount Due | Applied Amount |
|---|---|---|---|---|
| 2/15/2023 | Invoice #14337504 | 248.83 | 248.83 | 248.83 |
| 2/15/2023 | Invoice #14337021 | 246.00 | 246.00 | 246.00 |

**Applied** 494.83
**Unapplied** 0.00

**Exhibit A-59**

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Invoice

| | |
|---|---|
| **Date** | 2/15/2023 |
| **Customer** | 0152315 |
| **Invoice** | 14341644 |
| **Due Date** | 2/15/2023 |
| **Terms** | Due on Receipt |
| **Amount Due** | $0.00 |

**Bill To**

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19444235 |
| Billing Code | 468314366 |
| Case Number | L22-06136 |
| Court Transaction Number | |
| Contact | Maria Wilson |
| Attorney | Anthony Diehl |
| Case Title | XXXXXXXXXXXXXXXXXXXX |
| Documents | Summons, Complaint, Civil Case Cover Sheet |
| Court | Superior Court of California, Contra Costa County |
| Assignment Details | Company Serve - American First Finance, LLC |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| Convenience Fee‡ | $4.72 |
| Service on a Registered Agent (CT or CSC) | $40.00 |
| Process Serving Area Surcharge | $120.00 |
| **SUBTOTAL** | **$164.72** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $164.72 |
| **TOTAL BILLED** | **$164.72** |

Past due balance may be charged a late payment fee and/or a late charge of up to 1.5% per month (18% per annum).
* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-60**

 

# Payment Receipt

1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 85-4343705

| Date | 2/16/2023 |
|------|-----------|
| Acct. No. | 0152315 |

**Bill To**
LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

**Payment Method**    VISA

**Credit Card #**    ************8102

| Date | Description | Orig. Amount | Amount Due | Applied Amount |
|------|-------------|-------------|-----------|----------------|
| 2/15/2023 | Invoice #14341644 | 164.72 | 164.72 | 164.72 |

**Applied**    **164.72**
**Unapplied**    **0.00**

**Exhibit A-61**

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| | |
|---|---|
| **Date** | 2/16/2023 |
| **Customer** | 0152315 |
| **Credit Sale** | 04757928 |
| **Amount Due** | $0 |

**Bill To**

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19846304 |
| Contact | Nicole Filtz |
| Attorney | Vincent Jackson |
| Billing Code | 597285915 |
| Case Title | XXXXXXXXXXXXXXX |
| Court | Superior Court of California, Yolo County |
| Court Transaction Number | 11209762 |
| Case Number | CV2023-0276 |
| Documents | Answer / Response / Denial - Limited up to $10,000 |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Filing Fee | $225.00 |
| Court Technology Access Fee | $5.00 |
| eCheck Fee++ | $0.25 |
| **SUBTOTAL** | **$230.25** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.95 |
| eServe Charge | $1.00 |
| Convenience Fee‡ | $7.20 |
| **SUBTOTAL** | **$21.15** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $230.25 |
| One Legal Fees | $21.15 |
| **TOTAL CHARGED** | **$251.40** |

* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
++ When it is most cost effective, One Legal disburses fees on your behalf via eCheck. We pass these savings directly on to you.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-62**

**From:** **One Legal Accounting** no-reply@onelegal.com 📎
**Subject:** Transaction Notification for order #19846304 : Customer 0152315
**Date:** February 16, 2023 at 2:14 PM
**To:** israel@lpglaw.com



Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| | |
|---|---|
| **Order number:** | 19846304 |
| **Credit card sale number:** | 04757928 |
| **Credit card number:** | ************8102 |
| **Credit card sale amount:** | $251.40 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.

Sincerely,

The One Legal Team

How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



ONE LEGAL ⸰ⁿᵉ                                    **Credit Card Sale**
1400 N. McDowell Blvd.

**Exhibit A-63**

 

# Invoice

| | |
|---|---|
| **Date** | 2/15/2023 |
| **Customer** | 0152315 |
| **Invoice** | 14341803 |
| **Due Date** | 2/15/2023 |
| **Terms** | Due on Receipt |
| **Amount Due** | $0.00 |

1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 85-4343705

**Bill To**

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19823352 |
| Billing Code | 558738739 |
| Case Number | BCL-23-010388 |
| Court Transaction Number | 11177420 |
| Contact | Nicole Filtz |
| Attorney | Vincent Jackson |
| Case Title | ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ |
| Documents | Answer to Complaint |
| Court | Superior Court of California, Kern County |
| Assignment Details | |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.95 |
| eServe Charge | $1.00 |
| Convenience Fee‡ | $0.41 |
| **SUBTOTAL** | **$14.36** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $14.36 |
| **TOTAL BILLED** | **$14.36** |

Past due balance may be charged a late payment fee and/or a late charge of up to 1.5% per month (18% per annum).
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-64**

 

# Invoice

1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 85-4343705

| Date | 2/15/2023 |
|---|---|
| Customer | 0152315 |
| Invoice | 14342101 |
| Due Date | 2/15/2023 |
| Terms | Due on Receipt |
| **Amount Due** | $0.00 |

**Bill To**

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19337805 |
| Billing Code | 404764614 |
| Case Number | CIVSB2134269 |
| Court Transaction Number | |
| Contact | Nicole Filtz |
| Attorney | Israel Orozco |
| Case Title | ✕✕✕✕✕✕✕✕ |
| Documents | Answer to Complaint |
| Court | Superior Court of California, San Bernardino County |
| Assignment Details | |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Filing Fee | $240.00 |
| **SUBTOTAL** | **$240.00** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| Convenience Fee‡ | $7.08 |
| **SUBTOTAL** | **$7.08** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $240.00 |
| One Legal Fees | $7.08 |
| **TOTAL BILLED** | **$247.08** |

Past due balance may be charged a late payment fee and/or a late charge of up to 1.5% per month (18% per annum).

* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.

‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-65**

 

# Payment Receipt

1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 85-4343705

| Date | 2/17/2023 |
|---|---|
| Acct. No. | 0152315 |

**Bill To**
LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

**Payment Method**  VISA

**Credit Card #**  ************8102

| Date | Description | Orig. Amount | Amount Due | Applied Amount |
|---|---|---|---|---|
| 2/15/2023 | Invoice #14341803 | 14.36 | 14.36 | 14.36 |
| 2/15/2023 | Invoice #14342101 | 247.08 | 247.08 | 247.08 |

**Applied**  261.44
**Unapplied**  0.00

**Exhibit A-66**

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| | |
|---|---|
| **Date** | 2/17/2023 |
| **Customer** | 0152315 |
| **Credit Sale** | 04762025 |
| **Amount Due** | $0 |

| **Bill To** |
|---|

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19846125 |
| Contact | Nicole Filtz |
| Attorney | Vincent Jackson |
| Billing Code | 441867840 |
| Case Title | ✕✕✕✕✕✕✕✕✕✕ |
| Court | Superior Court of California, Sonoma County |
| Court Transaction Number | 11209425 |
| Case Number | MCV-256997 |
| Documents | Trial Orders - Procedural Stipulations |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Technology Access Fee | $3.50 |
| Court Convenience Fee** | $0.10 |
| **SUBTOTAL** | **$3.60** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.95 |
| eServe Charge | $1.00 |
| Convenience Fee‡ | $0.52 |
| **SUBTOTAL** | **$14.47** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $3.60 |
| One Legal Fees | $14.47 |
| **TOTAL CHARGED** | **$18.07** |

\* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
\*\* The court levies a surcharge on all its mandatory fees. The surcharge varies depending on the court.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-67**

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| | |
|---|---|
| **Date** | 2/17/2023 |
| **Customer** | 0152315 |
| **Credit Sale** | 04762534 |
| **Amount Due** | $0 |

**Bill To**

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19856016 |
| Contact | Nicole Filtz |
| Attorney | none |
| Billing Code | 458281097 |
| Case Title | XXXXXXXXXXXXXXXXXXX |
| Court | Superior Court of California, Los Angeles County |
| Court Transaction Number | 23LA00244655 |
| Case Number | 23NWLC02982 |
| Documents | Answer |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Filing Fee | $225.00 |
| Court Technology Access Fee | $4.20 |
| **SUBTOTAL** | **$229.20** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.95 |
| eServe Charge | $1.00 |
| Convenience Fee‡ | $7.17 |
| **SUBTOTAL** | **$21.12** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $229.20 |
| One Legal Fees | $21.12 |
| **TOTAL CHARGED** | **$250.32** |

* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-68**

From: **One Legal Accounting** no-reply@onelegal.com 📎
Subject: Transaction Notification for order #19856016 : Customer 0152315
Date: February 17, 2023 at 1:28 PM
To: israel@lpglaw.com



Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| | |
|---|---|
| **Order number:** | 19856016 |
| **Credit card sale number:** | 04762534 |
| **Credit card number:** | ************8102 |
| **Credit card sale amount:** | $250.32 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.

Sincerely,

The One Legal Team

How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



ONE LEGAL | 1400 N. McDowell Blvd

**Credit Card Sale**

**Exhibit A-69**

# Invoice

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

| | |
|---|---|
| **Date** | 2/17/2023 |
| **Customer** | 0152315 |
| **Invoice** | 14348572 |
| **Due Date** | 2/17/2023 |
| **Terms** | Due on Receipt |
| **Amount Due** | $0.00 |

**Bill To**

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19798982 |
| Billing Code | 67850298 |
| Case Number | FCM182862 |
| Court Transaction Number | |
| Contact | Nicole Filtz |
| Attorney | Vincent Jackson |
| Case Title | XXXXXXXXXXXXXXXXXXXXXXX |
| Documents | Answer to Complaint and Demand for Bill of Particulars |
| Court | Superior Court of California, Solano County |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Filing Fee | $225.00 |
| **SUBTOTAL** | **$225.00** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eServe Charge | $1.00 |
| Convenience Fee‡ | $8.73 |
| Court Filing Service Charge, 1 - 15 Pages | $70.00 |
| **SUBTOTAL** | **$79.73** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $225.00 |
| One Legal Fees | $79.73 |
| **TOTAL BILLED** | **$304.73** |

Past due balance may be charged a late payment fee and/or a late charge of up to 1.5% per month (18% per annum).
* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-70**



# Payment Receipt

1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 85-4343705

| Date | 2/18/2023 |
| --- | --- |
| Acct. No. | 0152315 |

**Bill To**
LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

**Payment Method**    VISA

**Credit Card #**    ************8102

| Date | Description | Orig. Amount | Amount Due | Applied Amount |
| --- | --- | --- | --- | --- |
| 2/17/2023 | Invoice #14348572 | 304.73 | 304.73 | 304.73 |

**Applied** 304.73
**Unapplied** 0.00

**Exhibit A-71**

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| | |
|---|---|
| **Date** | 2/21/2023 |
| **Customer** | 0152315 |
| **Credit Sale** | 04767660 |
| **Amount Due** | $0 |

**Bill To**

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19864926 |
| Contact | Nicole Filtz |
| Attorney | none |
| Billing Code | 418066743 |
| Case Title | ████████████████████████ |
| Court | Superior Court of California, Los Angeles County |
| Court Transaction Number | 23LA00252353 |
| Case Number | 22NWLC29743 |
| Documents | Answer |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Technology Access Fee | $4.20 |
| Court Filing Fee | $181.00 |
| **SUBTOTAL** | **$185.20** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.95 |
| eServe Charge | $1.00 |
| Convenience Fee‡ | $5.87 |
| **SUBTOTAL** | **$19.82** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $185.20 |
| One Legal Fees | $19.82 |
| **TOTAL CHARGED** | **$205.02** |

* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-72**

**From:** **One Legal Accounting** no-reply@onelegal.com
**Subject:** Transaction Notification for order #19864926 : Customer 0152315
**Date:** February 21, 2023 at 6:08 PM
**To:** israel@lpglaw.com



Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| | |
|---|---|
| **Order number:** | 19864926 |
| **Credit card sale number:** | 04767660 |
| **Credit card number:** | ************8102 |
| **Credit card sale amount:** | $205.02 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.


Sincerely,

The One Legal Team


How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



ONE LEGAL
1400 N. McDowell Blvd.

**Credit Card Sale**

**Exhibit A-73**

ONE LEGAL

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| | |
|---|---|
| **Date** | 2/21/2023 |
| **Customer** | 0152315 |
| **Credit Sale** | 04768205 |
| **Amount Due** | $0 |

**Bill To**

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19867536 |
| Contact | Nicole Filtz |
| Attorney | none |
| Billing Code | 462945848 |
| Case Title | ██████████████████████ |
| Court | Superior Court of California, Riverside County |
| Court Transaction Number | 23RSCR00341861 |
| Case Number | CVRI2203877 |
| Documents | Case Management Statement,Notice of Remote Appearance for Hearing on |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Technology Access Fee | $3.80 |
| **SUBTOTAL** | **$3.80** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.95 |
| eServe Charge | $1.00 |
| Convenience Fee‡ | $0.52 |
| **SUBTOTAL** | **$14.47** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $3.80 |
| One Legal Fees | $14.47 |
| **TOTAL CHARGED** | **$18.27** |

* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-74**

---

**From:** **One Legal Accounting** no-reply@onelegal.com  📎
**Subject:** Transaction Notification for order #19867536 : Customer 0152315
**Date:** February 21, 2023 at 7:57 PM
**To:** israel@lpglaw.com



Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| | |
|---|---|
| **Order number:** | 19867536 |
| **Credit card sale number:** | 04768205 |
| **Credit card number:** | ***********8102 |
| **Credit card sale amount:** | $18.27 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.

Sincerely,

The One Legal Team

How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



Credit Card
Sale_0...05.pdf

**Exhibit A-75**

ONE LEGAL

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| | |
|---|---|
| **Date** | 2/21/2023 |
| **Customer** | 0152315 |
| **Credit Sale** | 04768054 |
| **Amount Due** | $0 |

**Bill To**

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19870977 |
| Contact | Nicole Filtz |
| Attorney | none |
| Billing Code | 566755138 |
| Case Title | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX |
| Court | Superior Court of California, Tulare County |
| Court Transaction Number | 23TL00026511 |
| Case Number | VCL294892 |
| Documents | Notice of Change Address or Other Contact Information |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Technology Access Fee | $2.95 |
| **SUBTOTAL** | **$2.95** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.95 |
| eServe Charge | $1.00 |
| Convenience Fee‡ | $0.50 |
| **SUBTOTAL** | **$14.45** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $2.95 |
| One Legal Fees | $14.45 |
| **TOTAL CHARGED** | **$17.40** |

* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-76**

**From:** **One Legal Accounting** no-reply@onelegal.com  📎
**Subject:** Transaction Notification for order #19870977 : Customer 0152315
**Date:** February 21, 2023 at 7:29 PM
**To:** israel@lpglaw.com



Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| | |
|---|---|
| **Order number:** | 19870977 |
| **Credit card sale number:** | 04768054 |
| **Credit card number:** | ************8102 |
| **Credit card sale amount:** | $17.40 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.

Sincerely,

The One Legal Team

How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



ONE LEGAL                                            **Credit Card Sale**
1400 N. McDowell Blvd.

**Exhibit A-77**

One Legal

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| | |
|---|---|
| **Date** | 2/21/2023 |
| **Customer** | 0152315 |
| **Credit Sale** | 04766569 |
| **Amount Due** | $0 |

**Bill To**

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19864947 |
| Contact | Nicole Filtz |
| Attorney | Vincent Jackson |
| Billing Code | 459367021 |
| Case Title | XXXXXXXXXXXXXXXXXXX |
| Court | Superior Court of California, Stanislaus County |
| Court Transaction Number | 11233088 |
| Case Number | CV-23-000824 |
| Documents | Answer |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Filing Fee | $181.00 |
| Court Technology Access Fee | $3.50 |
| eCheck Fee++ | $0.25 |
| **SUBTOTAL** | **$184.75** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.95 |
| eServe Charge | $1.00 |
| Convenience Fee‡ | $5.86 |
| **SUBTOTAL** | **$19.81** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $184.75 |
| One Legal Fees | $19.81 |
| **TOTAL CHARGED** | **$204.56** |

* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
++ When it is most cost effective, One Legal disburses fees on your behalf via eCheck. We pass these savings directly on to you.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-78**

From: **One Legal Accounting** no-reply@onelegal.com  📎
Subject: Transaction Notification for order #19864947 : Customer 0152315
Date: February 21, 2023 at 2:36 PM
To: israel@lpglaw.com



Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| Order number: | 19864947 |
|---|---|
| Credit card sale number: | 04766569 |
| Credit card number: | ************8102 |
| Credit card sale amount: | $204.56 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.

Sincerely,

The One Legal Team

How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



ONE LEGAL | InfoTrack
1400 N. McDowell Blvd

**Credit Card Sale**

**Exhibit A-79**

ONE LEGAL

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| | |
|---|---|
| **Date** | 2/21/2023 |
| **Customer** | 0152315 |
| **Credit Sale** | 04766950 |
| **Amount Due** | $0 |

| **Bill To** |
|---|

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19868516 |
| Contact | Nicole Filtz |
| Attorney | Vincent Jackson |
| Billing Code | 458674629 |
| Case Title | ◼◼◼◼◼◼◼◼◼◼ |
| Court | Superior Court of California, Fresno County |
| Court Transaction Number | 11239238 |
| Case Number | 22CECL01306 |
| Documents | Notice |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Technology Access Fee | $3.50 |
| Court Convenience Fee** | $0.10 |
| **SUBTOTAL** | **$3.60** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.95 |
| eServe Charge | $1.00 |
| Convenience Fee‡ | $0.52 |
| **SUBTOTAL** | **$14.47** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $3.60 |
| One Legal Fees | $14.47 |
| **TOTAL CHARGED** | **$18.07** |

\* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
\*\* The court levies a surcharge on all its mandatory fees. The surcharge varies depending on the court.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-80**



**From:** **One Legal Accounting** no-reply@onelegal.com
**Subject:** Transaction Notification for order #19868516 : Customer 0152315
**Date:** February 21, 2023 at 3:57 PM
**To:** israel@lpglaw.com

---

Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| Order number: | 19868516 |
|---|---|
| Credit card sale number: | 04766950 |
| Credit card number: | ************8102 |
| Credit card sale amount: | $18.07 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.

Sincerely,

The One Legal Team

How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



Credit Card
Sale_0...50.pdf

**Exhibit A-81**

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| | |
|---|---|
| **Date** | 2/21/2023 |
| **Customer** | 0152315 |
| **Credit Sale** | 04767534 |
| **Amount Due** | $0 |

**Bill To**

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19864691 |
| Contact | Nicole Filtz |
| Attorney | none |
| Billing Code | 472048946 |
| Case Title | ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨ |
| Court | Superior Court of California, Los Angeles County |
| Court Transaction Number | 23LA00252077 |
| Case Number | 22NWLC08331 |
| Documents | Answer |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.95 |
| eServe Charge | $1.00 |
| Convenience Fee‡ | $0.41 |
| **SUBTOTAL** | **$14.36** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $14.36 |
| **TOTAL CHARGED** | **$14.36** |

\* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-82**

**From:** **One Legal Accounting** no-reply@onelegal.com  📎
**Subject:** Transaction Notification for order #19864691 : Customer 0152315
**Date:** February 21, 2023 at 5:45 PM
**To:** israel@lpglaw.com



Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| | |
|---|---|
| **Order number:** | 19864691 |
| **Credit card sale number:** | 04767534 |
| **Credit card number:** | ************8102 |
| **Credit card sale amount:** | $14.36 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.

Sincerely,

The One Legal Team

How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



ONE LEGAL | ........
1400 N. McDowell Blvd.                                    **Credit Card Sale**

**Exhibit A-83**

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| | |
|---|---|
| **Date** | 2/22/2023 |
| **Customer** | 0152315 |
| **Credit Sale** | 04770039 |
| **Amount Due** | $0 |

| **Bill To** |
|---|

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19846561 |
| Contact | Nicole Filtz |
| Attorney | Vincent Jackson |
| Billing Code | 662466473 |
| Case Title | XXXXXXXXXXXXXXX |
| Court | Superior Court of California, Fresno County |
| Court Transaction Number | 11210135 |
| Case Number | 23CECL00333 |
| Documents | Answer/Response/Denial/Demurrer - First Appearance Fee |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Filing Fee | $225.00 |
| Court Technology Access Fee | $3.50 |
| eCheck Fee++ | $0.25 |
| **SUBTOTAL** | **$228.75** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.95 |
| eServe Charge | $1.00 |
| Convenience Fee‡ | $7.16 |
| **SUBTOTAL** | **$21.11** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $228.75 |
| One Legal Fees | $21.11 |
| **TOTAL CHARGED** | **$249.86** |

* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
++ When it is most cost effective, One Legal disburses fees on your behalf via eCheck. We pass these savings directly on to you.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-84**

From: **One Legal Accounting** no-reply@onelegal.com 
Subject: Transaction Notification for order #19846561 : Customer 0152315
Date: February 22, 2023 at 11:48 AM
To: israel@lpglaw.com

Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| Order number: | 19846561 |
|---|---|
| Credit card sale number: | 04770039 |
| Credit card number: | ************8102 |
| Credit card sale amount: | $249.86 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.

Sincerely,

The One Legal Team

How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



**Credit Card Sale**

**Exhibit A-85**

ONE LEGAL

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| | |
|---|---|
| **Date** | 2/22/2023 |
| **Customer** | 0152315 |
| **Credit Sale** | 04770043 |
| **Amount Due** | $0 |

**Bill To**

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19846487 |
| Contact | Nicole Filtz |
| Attorney | Vincent Jackson |
| Billing Code | 552103156 |
| Case Title | XXXXXXXXXXXXXX |
| Court | Superior Court of California, Fresno County |
| Court Transaction Number | 11210025 |
| Case Number | 23CECL00974 |
| Documents | Answer/Response/Denial/Demurrer - First Appearance Fee |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Filing Fee | $225.00 |
| Court Technology Access Fee | $3.50 |
| eCheck Fee++ | $0.25 |
| **SUBTOTAL** | **$228.75** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.95 |
| eServe Charge | $1.00 |
| Convenience Fee‡ | $7.16 |
| **SUBTOTAL** | **$21.11** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $228.75 |
| One Legal Fees | $21.11 |
| **TOTAL CHARGED** | **$249.86** |

* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
++ When it is most cost effective, One Legal disburses fees on your behalf via eCheck. We pass these savings directly on to you.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-86**



**From:** **One Legal Accounting** no-reply@onelegal.com
**Subject:** Transaction Notification for order #19846487 : Customer 0152315
**Date:** February 22, 2023 at 11:49 AM
**To:** israel@lpglaw.com

Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| Order number: | 19846487 |
|---|---|
| Credit card sale number: | 04770043 |
| Credit card number: | ************8102 |
| Credit card sale amount: | $249.86 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.

Sincerely,

The One Legal Team

How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



ONE LEGAL

1400 N. McDowell Blvd

**Credit Card Sale**

**Exhibit A-87**

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| | |
|---|---|
| **Date** | 02/22/2023 |
| **Customer** | 0152315 |
| **Credit Sale** | 04770209 |
| **Amount Due** | $0 |

**Bill To**

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19872853 |
| Contact | Nicole Filtz |
| Attorney | none |
| Billing Code | 472048946 |
| Case Title | XXXXXXXXXXXXXXXXXXXXXXXXXXX |
| Court | Superior Court of California, Los Angeles County |
| Court Transaction Number | 23LA00258950 |
| Case Number | 22NWLC08331 |
| Documents | Answer |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Technology Access Fee | $4.20 |
| **SUBTOTAL** | **$4.20** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.95 |
| Convenience Fee‡ | $0.51 |
| **SUBTOTAL** | **$13.46** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $4.20 |
| One Legal Fees | $13.46 |
| **TOTAL CHARGED** | **$17.66** |

* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-88**



**From:** **One Legal Accounting** no-reply@onelegal.com  🖉
**Subject:** Transaction Notification for order #19872853 : Customer 0152315
**Date:** February 22, 2023 at 12:33 PM
**To:** israel@lpglaw.com

Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the
following:

| Order number: | 19872853 |
|---|---|
| Credit card sale number: | 04770209 |
| Credit card number: | ************8102 |
| Credit card sale amount: | $17.66 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.

Sincerely,

The One Legal Team

How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal
account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



ONE LEGAL  |  An InfoTrack Company

ONE LEGAL  InfoTrack
1400 N. McDowell Blvd.

**Credit Card Sale**

**Exhibit A-89**

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| | |
|---|---|
| **Date** | 2/22/2023 |
| **Customer** | 0152315 |
| **Credit Sale** | 04772089 |
| **Amount Due** | $0 |

**Bill To**

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19871260 |
| Contact | Nicole Filtz |
| Attorney | none |
| Billing Code | 552684316 |
| Case Title | ▨▨▨▨▨▨▨▨▨▨▨▨ |
| Court | Superior Court of California, Los Angeles County |
| Court Transaction Number | 23LA00257673 |
| Case Number | 22STLC08204 |
| Documents | Notice of Change of Handling Attorney |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Technology Access Fee | $4.20 |
| **SUBTOTAL** | **$4.20** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.95 |
| eServe Charge | $1.00 |
| Convenience Fee‡ | $0.54 |
| **SUBTOTAL** | **$14.49** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $4.20 |
| One Legal Fees | $14.49 |
| **TOTAL CHARGED** | **$18.69** |

\* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-90**

**From:** **One Legal Accounting** no-reply@onelegal.com
**Subject:** Transaction Notification for order #19871260 : Customer 0152315
**Date:** February 22, 2023 at 7:15 PM
**To:** israel@lpglaw.com



Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| | |
|---|---|
| **Order number:** | 19871260 |
| **Credit card sale number:** | 04772089 |
| **Credit card number:** | ************8102 |
| **Credit card sale amount:** | $18.69 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.

Sincerely,

The One Legal Team

How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



ONE LEGAL

**Credit Card Sale**

1400 N. McDowell Blvd.

**Exhibit A-91**

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Invoice

| | |
|---|---|
| **Date** | 2/21/2023 |
| **Customer** | 0152315 |
| **Invoice** | 14352461 |
| **Due Date** | 2/21/2023 |
| **Terms** | Due on Receipt |
| **Amount Due** | $0.00 |

**Bill To**

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19819461 |
| Billing Code | 520595980 |
| Case Number | 37-2022-00023713-CL-NP-NC |
| Court Transaction Number | 21588216 |
| Contact | Israel Orozco |
| Attorney | Israel Orozco |
| Case Title | XXXXXXXXXXXXXXXXXXXX |
| Documents | Notice of Unconditional Settlement |
| Court | Superior Court of California, San Diego County |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.95 |
| eServe Charge | $1.00 |
| Convenience Fee‡ | $0.41 |
| **SUBTOTAL** | **$14.36** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $14.36 |
| **TOTAL BILLED** | **$14.36** |

Past due balance may be charged a late payment fee and/or a late charge of up to 1.5% per month (18% per annum).
* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-92**

 

# Payment Receipt

1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 85-4343705

| Date | 2/22/2023 |
|------|-----------|
| Acct. No. | 0152315 |

| Bill To |
|---------|
| LPG |
| 17542 E 17th Street., Suite 100 |
| Tustin CA 92780 |

**Payment Method**     VISA

**Credit Card #**     ************8102

| Date | Description | Orig. Amount | Amount Due | Applied Amount |
|------|-------------|-------------:|-----------:|---------------:|
| 2/13/2023 | Invoice #14334181 | 164.72 | 164.72 | 164.72 |
| 2/21/2023 | Invoice #14352461 | 14.36 | 14.36 | 14.36 |

**Applied 179.08**
**Unapplied 0.00**

**Exhibit A-93**

From: **One Legal Accounting** no-reply@onelegal.com  📎
Subject: Invoice Notification
Date: February 14, 2023 at 5:21 AM
To: israel@lpglaw.com



Dear LPG:

Thank you for being a One Legal customer. An invoice is attached for the following:

| | |
|---|---|
| **Order number:** | 19649450 |
| **Invoice number:** | 14334181 |
| **Invoice amount:** | $164.72 |

You can manage your payment options, view invoices, and more, from the [Billing Center](#).

Need help? Contact us at [accounting@onelegal.com](#).


Sincerely,

The One Legal Team

---

You are receiving this email because you are opted in to receive billing emails for your One Legal
account. Get help in our [Support Center](#) or [Contact Us](#).
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954




Transaction_774
00968.pdf


**Exhibit A-94**

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| | |
|---|---|
| **Date** | 2/24/2023 |
| **Customer** | 0152315 |
| **Credit Sale** | 04778287 |
| **Amount Due** | $0 |

| **Bill To** |
|---|

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19890392 |
| Contact | Nicole Filtz |
| Attorney | none |
| Billing Code | 51165551 |
| Case Title | ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨ |
| Court | Superior Court of California, Alameda County |
| Court Transaction Number | 23AA00027539 |
| Case Number | 22CV019876 |
| Documents | Request for Dismissal |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Technology Access Fee | $6.95 |
| **SUBTOTAL** | **$6.95** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.95 |
| Convenience Fee‡ | $0.59 |
| **SUBTOTAL** | **$13.54** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $6.95 |
| One Legal Fees | $13.54 |
| **TOTAL CHARGED** | **$20.49** |

\* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-95**

**From:** **One Legal Accounting** no-reply@onelegal.com  📎
**Subject:** Transaction Notification for order #19890392 : Customer 0152315
**Date:** February 24, 2023 at 11:18 AM
**To:** israel@lpglaw.com



Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| | |
|---|---|
| **Order number:** | 19890392 |
| **Credit card sale number:** | 04778287 |
| **Credit card number:** | ************8102 |
| **Credit card sale amount:** | $20.49 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.

Sincerely,

The One Legal Team

How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



One Legal
1400 N. McDowell Blvd

**Credit Card Sale**

**Exhibit A-96**

ONE LEGAL

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| | |
|---|---|
| **Date** | 2/24/2023 |
| **Customer** | 0152315 |
| **Credit Sale** | 04779242 |
| **Amount Due** | $0 |

**Bill To**

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19894746 |
| Contact | Nicole Filtz |
| Attorney | Vincent Jackson |
| Billing Code | 544233283 |
| Case Title | XXXXXXXXXXXXX |
| Court | Superior Court of California, Santa Barbara County |
| Court Transaction Number | 11274276 |
| Case Number | 22CV04462 |
| Documents | Case Management Statement,Notice |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Technology Access Fee | $5.00 |
| Court Convenience Fee** | $0.15 |
| **SUBTOTAL** | **$5.15** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.95 |
| eServe Charge | $1.00 |
| Convenience Fee‡ | $0.56 |
| **SUBTOTAL** | **$14.51** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $5.15 |
| One Legal Fees | $14.51 |
| **TOTAL CHARGED** | **$19.66** |

* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
** The court levies a surcharge on all its mandatory fees. The surcharge varies depending on the court.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-97**



**From:** **One Legal Accounting** no-reply@onelegal.com  📎
**Subject:** Transaction Notification for order #19894746 : Customer 0152315
**Date:** February 24, 2023 at 2:28 PM
**To:** israel@lpglaw.com

Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| | |
|---|---|
| **Order number:** | 19894746 |
| **Credit card sale number:** | 04779242 |
| **Credit card number:** | ************8102 |
| **Credit card sale amount:** | $19.66 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.

Sincerely,

The One Legal Team

How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



ONE LEGAL  [InfoTrack]

**Credit Card Sale**

**Exhibit A-98**

ONE LEGAL

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| | |
|---|---|
| **Date** | 2/24/2023 |
| **Customer** | 0152315 |
| **Credit Sale** | 04779333 |
| **Amount Due** | $0 |

| **Bill To** |
|---|

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19894798 |
| Contact | Nicole Filtz |
| Attorney | Vincent Jackson |
| Billing Code | 544233283 |
| Case Title | XXXXXXXXXXXXXXXXX |
| Court | Superior Court of California, Santa Barbara County |
| Court Transaction Number | 11274324 |
| Case Number | 22CV04464 |
| Documents | Case Management Statement,Notice |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Technology Access Fee | $5.00 |
| Court Convenience Fee** | $0.15 |
| **SUBTOTAL** | **$5.15** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.95 |
| eServe Charge | $1.00 |
| Convenience Fee‡ | $0.56 |
| **SUBTOTAL** | **$14.51** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $5.15 |
| One Legal Fees | $14.51 |
| **TOTAL CHARGED** | **$19.66** |

* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
** The court levies a surcharge on all its mandatory fees. The surcharge varies depending on the court.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-99**

**From:** **One Legal Accounting** no-reply@onelegal.com  📎
**Subject:** Transaction Notification for order #19894798 : Customer 0152315
**Date:** February 24, 2023 at 2:54 PM
**To:** israel@lpglaw.com



Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| Order number: | 19894798 |
|---|---|
| Credit card sale number: | 04779333 |
| Credit card number: | ************8102 |
| Credit card sale amount: | $19.66 |

You can manage your payment options, view invoices, and more, from the [Billing Center](#).

Need help? Contact us at [accounting@onelegal.com](#).

Sincerely,

The One Legal Team

How are we doing? [Click here](#) to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our [Support Center](#) or [Contact Us](#).
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



ONE LEGAL
1400 N. McDowell Blvd.

**Credit Card Sale**

**Exhibit A-100**

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Invoice

| | |
|---|---|
| **Date** | 2/24/2023 |
| **Customer** | 0152315 |
| **Invoice** | 14363649 |
| **Due Date** | 2/24/2023 |
| **Terms** | Due on Receipt |
| **Amount Due** | $0.00 |

**Bill To**

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19821500 |
| Billing Code | 555146452 |
| Case Number | 34-2023-00333299 |
| Court Transaction Number | |
| Contact | Israel Orozco |
| Attorney | Richard Meier |
| Case Title | XXXXXXXXXXXXXXXXXX |
| Documents | POS |
| Court | Superior Court of California, Sacramento County |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| Convenience Fee‡ | $0.89 |
| File Proof of Service | $30.00 |
| **SUBTOTAL** | **$30.89** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $30.89 |
| **TOTAL BILLED** | **$30.89** |

Past due balance may be charged a late payment fee and/or a late charge of up to 1.5% per month (18% per annum).
* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-101**

 

# Payment Receipt

1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 85-4343705

| Date | 2/25/2023 |
|------|-----------|
| Acct. No. | 0152315 |

**Bill To**
LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

**Payment Method**    VISA

**Credit Card #**    ************8102

| Date | Description | Orig. Amount | Amount Due | Applied Amount |
|------|-------------|--------------|------------|----------------|
| 2/24/2023 | Invoice #14363649 | 30.89 | 30.89 | 30.89 |

**Applied**    **30.89**
**Unapplied**    **0.00**

**Exhibit A-102**

One Legal

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| | |
|---|---|
| **Date** | 2/27/2023 |
| **Customer** | 0152315 |
| **Credit Sale** | 04782543 |
| **Amount Due** | $0 |

| **Bill To** |
|---|

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19905070 |
| Contact | Nicole Filtz |
| Attorney | none |
| Billing Code | 389864955 |
| Case Title | XXXXXXXXXXXXXX |
| Court | Superior Court of California, Imperial County |
| Court Transaction Number | 23IM00014322 |
| Case Number | ECL007196 |
| Documents | Answer |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.95 |
| eServe Charge | $1.00 |
| Convenience Fee‡ | $0.41 |
| **SUBTOTAL** | **$14.36** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $14.36 |
| **TOTAL CHARGED** | **$14.36** |

* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-103**

**From:** **One Legal Accounting** no-reply@onelegal.com  📎
**Subject:** Transaction Notification for order #19905070 : Customer 0152315
**Date:** February 27, 2023 at 12:07 PM
**To:** israel@lpglaw.com



Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| | |
|---|---|
| **Order number:** | 19905070 |
| **Credit card sale number:** | 04782543 |
| **Credit card number:** | ************8102 |
| **Credit card sale amount:** | $14.36 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.

Sincerely,

The One Legal Team

How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



ONE LEGAL                                    **Credit Card Sale**
1400 N. McDowell Blvd

**Exhibit A-104**

ONE LEGAL

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| | |
|---|---|
| **Date** | 2/28/2023 |
| **Customer** | 0152315 |
| **Credit Sale** | 04788336 |
| **Amount Due** | $0 |

| **Bill To** |
|---|

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| Order Number | 19919080 |
|---|---|
| Contact | Nicole Filtz |
| Attorney | none |
| Billing Code | 524042977 |
| Case Title | XXXXXXXXXXXXXXXXX |
| Court | Superior Court of California, Los Angeles County |
| Court Transaction Number | 23LA00297054 |
| Case Number | 23NWLC03209 |
| Documents | Answer |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Technology Access Fee | $4.20 |
| Court Filing Fee | $370.00 |
| **SUBTOTAL** | **$374.20** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.95 |
| Convenience Fee‡ | $11.42 |
| **SUBTOTAL** | **$24.37** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $374.20 |
| One Legal Fees | $24.37 |
| **TOTAL CHARGED** | **$398.57** |

\* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-105**

**From:** **One Legal Accounting** no-reply@onelegal.com  
**Subject:** Transaction Notification for order #19919080 : Customer 0152315
**Date:** February 28, 2023 at 5:39 PM
**To:** israel@lpglaw.com

Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| | |
|---|---|
| **Order number:** | 19919080 |
| **Credit card sale number:** | 04788336 |
| **Credit card number:** | ***********8102 |
| **Credit card sale amount:** | $398.57 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.

Sincerely,

The One Legal Team

How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



ONE LEGAL
1400 N. McDowell Blvd.

**Credit Card Sale**

**Exhibit A-106**

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| | |
|---|---|
| **Date** | 2/28/2023 |
| **Customer** | 0152315 |
| **Credit Sale** | 04787830 |
| **Amount Due** | $0 |

| **Bill To** |
|---|

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19914397 |
| Contact | Nicole Filtz |
| Attorney | none |
| Billing Code | 524042977 |
| Case Title | XXXXXXXXXXXX |
| Court | Superior Court of California, Los Angeles County |
| Court Transaction Number | 23LA00293272 |
| Case Number | 23NWLC03209 |
| Documents | Answer |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.95 |
| eServe Charge | $1.00 |
| Convenience Fee‡ | $0.41 |
| **SUBTOTAL** | **$14.36** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $14.36 |
| **TOTAL CHARGED** | **$14.36** |

* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-107**

**From:** **One Legal Accounting** no-reply@onelegal.com 📎

**Subject:** Transaction Notification for order #19914397 : Customer 0152315

**Date:** February 28, 2023 at 3:53 PM

**To:** israel@lpglaw.com



Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| Order number: | 19914397 |
|---|---|
| Credit card sale number: | 04787830 |
| Credit card number: | ************8102 |
| Credit card sale amount: | $14.36 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.

Sincerely,

The One Legal Team

How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



ONE LEGAL                    **Credit Card Sale**

1400 N. McDowell Blvd.

**Exhibit A-108**

ONE LEGAL

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| | |
|---|---|
| **Date** | 2/28/2023 |
| **Customer** | 0152315 |
| **Credit Sale** | 04787893 |
| **Amount Due** | $0 |

**Bill To**

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19871588 |
| Contact | Nicole Filtz |
| Attorney | Vincent Jackson |
| Billing Code | 406009542 |
| Case Title | XXXXXXXXXXX |
| Court | Superior Court of California, Orange County |
| Court Transaction Number | 11104531 |
| Case Number | 30-2023-01301183-CL-CL-CJC |
| Documents | Answer to Complaint |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Filing Fee | $225.00 |
| Court Technology Access Fee | $2.25 |
| **SUBTOTAL** | **$227.25** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.95 |
| eServe Charge | $1.00 |
| Convenience Fee‡ | $7.12 |
| **SUBTOTAL** | **$21.07** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $227.25 |
| One Legal Fees | $21.07 |
| **TOTAL CHARGED** | **$248.32** |

* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-109**

| | |
|---|---|
| **From:** | **One Legal Accounting** no-reply@onelegal.com 📎 |
| **Subject:** | Transaction Notification for order #19871588 : Customer 0152315 |
| **Date:** | February 28, 2023 at 4:05 PM |
| **To:** | israel@lpglaw.com |



Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| | |
|---|---|
| **Order number:** | 19871588 |
| **Credit card sale number:** | 04787893 |
| **Credit card number:** | ************8102 |
| **Credit card sale amount:** | $248.32 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.

Sincerely,

The One Legal Team

How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



Credit Card
Sale_0...93.pdf

**Exhibit A-110**

ONE LEGAL

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| | |
|---|---|
| **Date** | 3/1/2023 |
| **Customer** | 0152315 |
| **Credit Sale** | 04790015 |
| **Amount Due** | $0 |

**Bill To**

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19919023 |
| Contact | Nicole Filtz |
| Attorney | none |
| Billing Code | 389864955 |
| Case Title | XXXXXXXXXXXXX |
| Court | Superior Court of California, Imperial County |
| Court Transaction Number | 23IM00014482 |
| Case Number | ECL007196 |
| Documents | Answer |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Filing Fee | $225.00 |
| Court Technology Access Fee | $1.95 |
| **SUBTOTAL** | **$226.95** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.95 |
| Convenience Fee‡ | $7.08 |
| **SUBTOTAL** | **$20.03** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $226.95 |
| One Legal Fees | $20.03 |
| **TOTAL CHARGED** | **$246.98** |

\* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-111**

**From:** **One Legal Accounting** no-reply@onelegal.com 📎
**Subject:** Transaction Notification for order #19919023 : Customer 0152315
**Date:** March 1, 2023 at 9:13 AM
**To:** Israel Orozco israel@lpglaw.com



Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| | |
|---|---|
| **Order number:** | 19919023 |
| **Credit card sale number:** | 04790015 |
| **Credit card number:** | ************8102 |
| **Credit card sale amount:** | $246.98 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.


Sincerely,

The One Legal Team


How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954




1400 N. McDowell Blvd
Suite 300

**Credit Card Sale**

| Date | 3/1/2023 |
|---|---|

**Exhibit A-112**

One Legal

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| | |
|---|---|
| **Date** | 3/1/2023 |
| **Customer** | 0152315 |
| **Credit Sale** | 04790887 |
| **Amount Due** | $0 |

**Bill To**

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19864534 |
| Contact | Nicole Filtz |
| Attorney | none |
| Billing Code | 556616830 |
| Case Title | XXXXXXXXXXXXXXXXXXXXXXXXX |
| Court | Superior Court of California, Placer County |
| Court Transaction Number | 23PL00062640 |
| Case Number | M-CV-0081133 |
| Documents | Case Management Conference Statement,Notice: Appear |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Technology Access Fee | $1.95 |
| **SUBTOTAL** | **$1.95** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.95 |
| eServe Charge | $1.00 |
| Convenience Fee‡ | $0.47 |
| **SUBTOTAL** | **$14.42** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $1.95 |
| One Legal Fees | $14.42 |
| **TOTAL CHARGED** | **$16.37** |

\* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-113**

**From:** **One Legal Accounting** no-reply@onelegal.com 
**Subject:** Transaction Notification for order #19864534 : Customer 0152315
**Date:** March 1, 2023 at 12:23 PM
**To:** israel@lpglaw.com

Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| | |
|---|---|
| **Order number:** | 19864534 |
| **Credit card sale number:** | 04790887 |
| **Credit card number:** | ************8102 |
| **Credit card sale amount:** | $16.37 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.

Sincerely,

The One Legal Team

How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



ONE LEGAL | 1400 N. McDowell Blvd.

**Credit Card Sale**

**Exhibit A-114**

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| | |
|---|---|
| **Date** | 3/1/2023 |
| **Customer** | 0152315 |
| **Credit Sale** | 04790919 |
| **Amount Due** | $0 |

| **Bill To** |
|---|

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19876982 |
| Contact | Nicole Filtz |
| Attorney | Vincent Jackson |
| Billing Code | 484456885 |
| Case Title | XXXXXXXXXXXXXXXXXX |
| Court | Superior Court of California, San Diego County |
| Court Transaction Number | 21597143 |
| Case Number | 37-2023-00003533-CL-CL-CTL |
| Documents | Answer |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Filing Fee | $225.00 |
| **SUBTOTAL** | **$225.00** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.95 |
| eServe Charge | $1.00 |
| Convenience Fee‡ | $7.05 |
| **SUBTOTAL** | **$21.00** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $225.00 |
| One Legal Fees | $21.00 |
| **TOTAL CHARGED** | **$246.00** |

* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-115**



**From:** **One Legal Accounting** no-reply@onelegal.com  📎
**Subject:** Transaction Notification for order #19876982 : Customer 0152315
**Date:** March 1, 2023 at 12:28 PM
**To:** israel@lpglaw.com

Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| | |
|---|---|
| **Order number:** | 19876982 |
| **Credit card sale number:** | 04790919 |
| **Credit card number:** | ************8102 |
| **Credit card sale amount:** | $246.00 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.

Sincerely,

The One Legal Team

How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



Credit Card
Sale_0...19.pdf

**Exhibit A-116**

ONE LEGAL

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| | |
|---|---|
| **Date** | 3/1/2023 |
| **Customer** | 0152315 |
| **Credit Sale** | 04793389 |
| **Amount Due** | $0 |

**Bill To**

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19904977 |
| Contact | Nicole Filtz |
| Attorney | Vincent Jackson |
| Billing Code | 567511558 |
| Case Title | ████████████████████ |
| Court | Superior Court of California, Ventura County |
| Court Transaction Number | |
| Case Number | 56-2023-00574481 |
| Documents | Answer to Complaint and Demand for Bill of Particulars |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Filing Fee | $370.00 |
| **SUBTOTAL** | **$370.00** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eServe Charge | $1.00 |
| Convenience Fee‡ | $13.01 |
| Court Filing Service Charge, 1 - 15 Pages | $70.00 |
| **SUBTOTAL** | **$84.01** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $370.00 |
| One Legal Fees | $84.01 |
| **TOTAL CHARGED** | **$454.01** |

* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-117**

**From:** **One Legal Accounting** no-reply@onelegal.com 
**Subject:** Transaction Notification for order #19904977 : Customer 0152315
**Date:** March 1, 2023 at 9:07 PM
**To:** israel@lpglaw.com

Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the
following:

| | |
|---|---|
| **Order number:** | 19904977 |
| **Credit card sale number:** | 04793389 |
| **Credit card number:** | ************8102 |
| **Credit card sale amount:** | $454.01 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.

Sincerely,

The One Legal Team

How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal
account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



Credit Card
Sale_0...89.pdf

**Exhibit A-118**

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| | |
|---|---|
| **Date** | 3/1/2023 |
| **Customer** | 0152315 |
| **Credit Sale** | 04793390 |
| **Amount Due** | $0 |

**Bill To**

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19905008 |
| Contact | Nicole Filtz |
| Attorney | Vincent Jackson |
| Billing Code | 567511558 |
| Case Title | ✕✕✕✕✕✕✕✕✕✕✕✕ |
| Court | Superior Court of California, Ventura County |
| Court Transaction Number | |
| Case Number | 56-2023-00574480 |
| Documents | Answer to Complaint and Demand for Bill of Particulars |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Filing Fee | $370.00 |
| **SUBTOTAL** | **$370.00** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eServe Charge | $1.00 |
| Convenience Fee‡ | $13.01 |
| Court Filing Service Charge, 1 - 15 Pages | $70.00 |
| **SUBTOTAL** | **$84.01** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $370.00 |
| One Legal Fees | $84.01 |
| **TOTAL CHARGED** | **$454.01** |

* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-119**

**From:** **One Legal Accounting** no-reply@onelegal.com  📎
**Subject:** Transaction Notification for order #19905008 : Customer 0152315
**Date:** March 1, 2023 at 9:08 PM
**To:** israel@lpglaw.com



Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| | |
|---|---|
| **Order number:** | 19905008 |
| **Credit card sale number:** | 04793390 |
| **Credit card number:** | ************8102 |
| **Credit card sale amount:** | $454.01 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.

Sincerely,

The One Legal Team

How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



ONE LEGAL    1400 N. McDowell Blvd.

**Credit Card Sale**

**Exhibit A-120**

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| | |
|---|---|
| **Date** | 3/2/2023 |
| **Customer** | 0152315 |
| **Credit Sale** | 04794492 |
| **Amount Due** | $0 |

**Bill To**

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19932557 |
| Contact | Nicole Filtz |
| Attorney | none |
| Billing Code | 481094068 |
| Case Title | ☒☒☒☒☒☒☒☒☒☒☒☒ |
| Court | Superior Court of California, Los Angeles County |
| Court Transaction Number | 23LA00308406 |
| Case Number | 23NWLC02337 |
| Documents | Answer,Request |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Technology Access Fee | $4.20 |
| Court Filing Fee | $245.00 |
| **SUBTOTAL** | **$249.20** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.95 |
| eServe Charge | $1.00 |
| Convenience Fee‡ | $7.76 |
| **SUBTOTAL** | **$21.71** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $249.20 |
| One Legal Fees | $21.71 |
| **TOTAL CHARGED** | **$270.91** |

* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-121**

From: **One Legal Accounting** no-reply@onelegal.com 
Subject: Transaction Notification for order #19932557 : Customer 0152315
Date: March 2, 2023 at 10:33 AM
To: israel@lpglaw.com

Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| | |
|---|---|
| **Order number:** | 19932557 |
| **Credit card sale number:** | 04794492 |
| **Credit card number:** | ************8102 |
| **Credit card sale amount:** | $270.91 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.

Sincerely,

The One Legal Team

How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



ONE LEGAL
1400 N. McDowell Blvd.

**Credit Card Sale**

**Exhibit A-122**

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| | |
|---|---|
| **Date** | 3/6/2023 |
| **Customer** | 0152315 |
| **Credit Sale** | 04805243 |
| **Amount Due** | $0 |

**Bill To**

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19940624 |
| Contact | Israel Orozco |
| Attorney | Israel Orozco |
| Billing Code | 456813233 |
| Case Title | XXXXXXXXXXXXX |
| Court | Superior Court of California, Colusa County |
| Court Transaction Number | |
| Case Number | C6406 |
| Documents | Mandatory Settlement Conference Statement |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| Courtesy Copy with Filing Service | $40.00 |
| Photocopy Charges | $0.75 |
| eServe Charge | $1.00 |
| Convenience Fee‡ | $8.46 |
| Court Filing Service Charge, 1 - 15 Pages | $70.00 |
| Urgent Service - Court Filing | $75.00 |
| Court Filing Area Surcharge | $100.00 |
| **SUBTOTAL** | **$295.21** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $295.21 |
| **TOTAL CHARGED** | **$295.21** |

\* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.

‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-123**

**From:** **One Legal Accounting** no-reply@onelegal.com 
**Subject:** Transaction Notification for order #19940624 : Customer 0152315
**Date:** March 6, 2023 at 8:55 PM
**To:** israel@lpglaw.com

Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| | |
|---|---|
| **Order number:** | 19940624 |
| **Credit card sale number:** | 04805243 |
| **Credit card number:** | ************8102 |
| **Credit card sale amount:** | $295.21 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.

Sincerely,

The One Legal Team

How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954





**Credit Card Sale**

**Exhibit A-124**

ONE LEGAL
1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| | |
|---|---|
| **Date** | 3/14/2023 |
| **Customer** | 0152315 |
| **Credit Sale** | 04828318 |
| **Amount Due** | $0 |

**Bill To**

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19857607 |
| Contact | Israel Orozco |
| Attorney | Anthony Diehl |
| Billing Code | 525443413 |
| Case Title | XXXXXXXXXXXXXXXXXX |
| Court | Superior Court of California, San Joaquin County |
| Court Transaction Number | |
| Case Number | STK-CV-LNPI-2022-0007482 |
| Documents | Request for Dismissal |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| Convenience Fee‡ | $2.07 |
| Court Filing Service Charge, 1 - 15 Pages | $70.00 |
| **SUBTOTAL** | **$72.07** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $72.07 |
| **TOTAL CHARGED** | **$72.07** |

* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-125**



**From:** **One Legal Accounting** no-reply@onelegal.com 📎
**Subject:** Transaction Notification for order #19857607 : Customer 0152315
**Date:** March 14, 2023 at 8:12 PM
**To:** israel@lpglaw.com

Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| Order number: | 19857607 |
|---|---|
| Credit card sale number: | 04828318 |
| Credit card number: | ************8102 |
| Credit card sale amount: | $72.07 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.

Sincerely,

The One Legal Team

How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



ONE LEGAL InfoTrack

1400 N. McDowell Blvd.                                    **Credit Card Sale**

**Exhibit A-126**

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| | |
|---|---|
| **Date** | 3/6/2023 |
| **Customer** | 0152315 |
| **Credit Sale** | 04802529 |
| **Amount Due** | $0 |

**Bill To**

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19951653 |
| Contact | Nicole Filtz |
| Attorney | Israel Orozco |
| Billing Code | 543135454 |
| Case Title | XXXXXXXXXXXXXXXXXXXXXXXXX |
| Court | Superior Court of California, Kern County |
| Court Transaction Number | 11352820 |
| Case Number | BCL-22-016201 |
| Documents | Notice |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Technology Access Fee | $3.50 |
| Court Convenience Fee** | $0.10 |
| **SUBTOTAL** | **$3.60** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.95 |
| eServe Charge | $1.00 |
| Convenience Fee‡ | $0.52 |
| **SUBTOTAL** | **$14.47** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $3.60 |
| One Legal Fees | $14.47 |
| **TOTAL CHARGED** | **$18.07** |

\* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
\*\* The court levies a surcharge on all its mandatory fees. The surcharge varies depending on the court.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-127**

From: **One Legal Accounting** no-reply@onelegal.com   📎
Subject: Transaction Notification for order #19951653 : Customer 0152315
Date: March 6, 2023 at 11:41 AM
To: Israel Orozco israel@lpglaw.com



Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| | |
|---|---|
| **Order number:** | 19951653 |
| **Credit card sale number:** | 04802529 |
| **Credit card number:** | ***********4008 |
| **Credit card sale amount:** | $18.07 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.

Sincerely,

The One Legal Team

How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954





1400 N. McDowell Blvd
Suite 300

### Credit Card Sale

| Date | 3/6/2023 |
|---|---|

**Exhibit A-128**



ACCOUNT ENDING - 04008

Platinum Card®                                                                                ISRAEL OROZCO

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| Mar 6 | **INFOTRACK**<br>1400 NORTH MCDOWELL BLVD STE 300<br><br>PETALUMA<br>CA<br>94954<br>(415) 475-6223<br>www.infotrack.com | **ONELEGAL CCSALE04802800-938-8815 CA** | $18.07 |

**ONELEGAL CCSALE04802800-938-8815 CA**

Will appear on your Mar 29, 2023 statement as ONELEGAL CCSALE04802800-938-8815 CA

CARD
ISRAEL OROZCO

MEMBERSHIP REWARDS POINTS
1X on Other purchases                    18

ADDITIONAL INFORMATION
77985421 11568578 92780

**Exhibit A-129**

ONE LEGAL

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| | |
|---|---|
| **Date** | 03/10/2023 |
| **Customer** | 0152315 |
| **Credit Sale** | 04817866 |
| **Amount Due** | $0 |

**Bill To**

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19972843 |
| Contact | Nicole Filtz |
| Attorney | none |
| Billing Code | 540016227 |
| Case Title | XXXXXXXXXXXXXX |
| Court | Superior Court of California, Alameda County |
| Court Transaction Number | 23AA00034017 |
| Case Number | 22CV023875 |
| Documents | Answer |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Technology Access Fee | $6.95 |
| Court Filing Fee | $225.00 |
| **SUBTOTAL** | **$231.95** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.95 |
| eServe Charge | $1.00 |
| Convenience Fee‡ | $7.25 |
| **SUBTOTAL** | **$21.20** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $231.95 |
| One Legal Fees | $21.20 |
| **TOTAL CHARGED** | **$253.15** |

* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-130**

**From:** **One Legal Accounting** no-reply@onelegal.com  📎
**Subject:** Transaction Notification for order #19972843 : Customer 0152315
**Date:** March 10, 2023 at 9:12 AM
**To:** israel@lpglaw.com



Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| Order number: | 19972843 |
|---|---|
| Credit card sale number: | 04817866 |
| Credit card number: | ***********4008 |
| Credit card sale amount: | $253.15 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.


Sincerely,

The One Legal Team


How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



ONE LEGAL | InfoTrack
1400 N. McDowell Blvd

**Credit Card Sale**

**Exhibit A-131**

ACCOUNT ENDING - 04008

Platinum Card®                                                    ISRAEL OROZCO

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| Mar 10 | **INFOTRACK** | $253.15 |
| | 1400 NORTH MCDOWELL BLVD STE 300 | |
| | | |
| | PETALUMA | |
| | CA | |
| | 94954 | |
| | (415) 475-6223 | |
| | www.infotrack.com | |

**ONELEGAL CCSALE04817800-938-8815 CA**

Will appear on your Mar 29, 2023 statement as ONELEGAL
CCSALE04817800-938-8815 CA

CARD
ISRAEL OROZCO

MEMBERSHIP REWARDS POINTS
1X on Other purchases                                    **253**

ADDITIONAL INFORMATION
78138060 11568578 92780

**Exhibit A-132**

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| | |
|---|---|
| **Date** | 3/10/2023 |
| **Customer** | 0152315 |
| **Credit Sale** | 04818826 |
| **Amount Due** | $0 |

**Bill To**

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19970937 |
| Contact | Nicole Filtz |
| Attorney | none |
| Billing Code | 506961997 |
| Case Title | XXXXXXXXXXXXXXXXXXXXXX |
| Court | Superior Court of California, Tulare County |
| Court Transaction Number | 23TL00027851 |
| Case Number | VCL295553 |
| Documents | Answer |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Technology Access Fee | $2.95 |
| Court Filing Fee | $225.00 |
| **SUBTOTAL** | **$227.95** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.95 |
| eServe Charge | $1.00 |
| Convenience Fee‡ | $7.14 |
| **SUBTOTAL** | **$21.09** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $227.95 |
| One Legal Fees | $21.09 |
| **TOTAL CHARGED** | **$249.04** |

\* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-133**



**From:** **One Legal Accounting** no-reply@onelegal.com  📎
**Subject:** Transaction Notification for order #19970937 : Customer 0152315
**Date:** March 10, 2023 at 12:42 PM
**To:** israel@lpglaw.com

Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| Order number: | 19970937 |
|---|---|
| Credit card sale number: | 04818826 |
| Credit card number: | ***********4008 |
| Credit card sale amount: | $249.04 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.

Sincerely,

The One Legal Team

How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



ONE LEGAL®  | An InfoTrack Company

ONE LEGAL | InfoTrack
1400 N. McDowell Blvd

**Credit Card Sale**

**Exhibit A-134**

AMERICAN EXPRESS

ACCOUNT ENDING - 04008

Platinum Card®

CARD MEMBER

ISRAEL OROZCO

| DATE | | DESCRIPTION | AMOUNT |
|------|--|-------------|--------|
| Mar 10 | **INFOTRACK**<br>1400 NORTH MCDOWELL<br>BLVD STE 300<br><br>PETALUMA<br>CA<br>94954<br>(415) 475-6223<br>www.infotrack.com | **ONELEGAL CCSALE04818800-938-8815 CA**<br><br>Will appear on your Mar 29, 2023 statement as ONELEGAL CCSALE04818800-938-8815 CA<br><br>CARD<br>ISRAEL OROZCO<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases     **249**<br><br>ADDITIONAL INFORMATION<br>78145594 11568578 92780 | $249.04 |

**Exhibit A-135**

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

## Credit Card Sale

| | |
|---|---|
| **Date** | 3/10/2023 |
| **Customer** | 0152315 |
| **Credit Sale** | 04820795 |
| **Amount Due** | $0 |

| **Bill To** |
|---|

LPG
17542 E 17th Street., Suite 100
Tustin CA 92780

| | |
|---|---|
| Order Number | 19985738 |
| Contact | Vanessa Buchner |
| Attorney | Israel Orozco |
| Billing Code | BATLLC-453105955 |
| Case Title | ▨▨▨▨▨▨▨▨▨▨▨▨▨ |
| Court | Superior Court of California, San Bernardino County |
| Court Transaction Number | |
| Case Number | CIVSB2203213 |
| Documents | Notice of Remote Appearance |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| Convenience Fee‡ | $2.07 |
| Court Filing Service Charge, 1 - 15 Pages | $70.00 |
| **SUBTOTAL** | **$72.07** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $72.07 |
| **TOTAL CHARGED** | **$72.07** |

* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

**Exhibit A-136**

**From:** **One Legal Accounting** no-reply@onelegal.com 
**Subject:** Transaction Notification for order #19985738 : Customer 0152315
**Date:** March 10, 2023 at 8:51 PM
**To:** israel@lpglaw.com

Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| Order number: | 19985738 |
|---|---|
| Credit card sale number: | 04820795 |
| Credit card number: | ***********4008 |
| Credit card sale amount: | $72.07 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.

Sincerely,

The One Legal Team

How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



ONE LEGAL
1400 N. McDowell Blvd

**Credit Card Sale**

**Exhibit A-137**

**Platinum Card®**

CARD MEMBER

ISRAEL OROZCO

| DATE | | DESCRIPTION | AMOUNT |
|------|--|-------------|--------|
| Mar 10 | **INFOTRACK**<br>1400 NORTH MCDOWELL<br>BLVD STE 300<br><br>PETALUMA<br>CA<br>94954<br>(415) 475-6223<br>www.infotrack.com | **ONELEGAL CCSALE04820800-938-8815 CA**<br><br>Will appear on your Mar 29, 2023 statement as ONELEGAL<br>CCSALE04820800-938-8815 CA<br><br>CARD<br>ISRAEL OROZCO<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases                          **72**<br><br>ADDITIONAL INFORMATION<br>78160179 11568578 92780 | $72.07 |

**Exhibit A-138**

From: **One Legal Accounting** no-reply@onelegal.com  📎
Subject: Transaction Notification for order #19758108 : Customer 0152315
Date: March 13, 2023 at 9:05 AM
To: israel@lpglaw.com



Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| | |
|---|---|
| **Order number:** | 19758108 |
| **Credit card sale number:** | 04821454 |
| **Credit card number:** | ***********4008 |
| **Credit card sale amount:** | $256.07 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.

Sincerely,

The One Legal Team

How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



ONE LEGAL  |  An InfoTrack Company

**Credit Card Sale**

**Exhibit A-139**

ACCOUNT ENDING - 04008

Platinum Card®

CARD MEMBER
ISRAEL OROZCO

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| Mar 13 | **INFOTRACK**<br>1400 NORTH MCDOWELL BLVD STE 300<br><br>PETALUMA<br>CA<br>94954<br>(415) 475-6223<br>www.infotrack.com | **ONELEGAL CCSALE04821800-938-8815 CA**<br><br>Will appear on your Mar 29, 2023 statement as ONELEGAL CCSALE04821800-938-8815 CA<br><br>CARD<br>ISRAEL OROZCO<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases  **256**<br><br>ADDITIONAL INFORMATION<br>78192547 11568578 92780 | $256.07 |

**Exhibit A-140**



**From:** **One Legal Accounting** no-reply@onelegal.com 📎
**Subject:** Transaction Notification for order #19992923 : Customer 0152315
**Date:** March 13, 2023 at 10:27 AM
**To:** israel@lpglaw.com

Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| | |
|---|---|
| **Order number:** | 19992923 |
| **Credit card sale number:** | 04821852 |
| **Credit card number:** | ***********4008 |
| **Credit card sale amount:** | $17.66 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.

Sincerely,

The One Legal Team

How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



ONE LEGAL ┊ **Credit Card Sale**
1400 N. McDowell Blvd

**Exhibit A-141**

Main Document Page 157 of 190

Platinum Card®

CARD MEMBER
ISRAEL OROZCO

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| Mar 13 | **INFOTRACK**<br>1400 NORTH MCDOWELL BLVD STE 300<br><br>PETALUMA<br>CA<br>94954<br>(415) 475-6223<br>www.infotrack.com | **ONELEGAL CCSALE04821800-938-8815 CA**<br><br>Will appear on your Mar 29, 2023 statement as ONELEGAL CCSALE04821800-938-8815 CA<br><br>CARD<br>ISRAEL OROZCO<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases      **18**<br><br>ADDITIONAL INFORMATION<br>78195993 11568578 92780 | $17.66 |

**Exhibit A-142**

**From:** **One Legal Accounting** no-reply@onelegal.com  📎
**Subject:** Transaction Notification for order #19992925 : Customer 0152315
**Date:** March 14, 2023 at 8:39 PM
**To:** israel@lpglaw.com



Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| | |
|---|---|
| **Order number:** | 19992925 |
| **Credit card sale number:** | 04828446 |
| **Credit card number:** | ***********4008 |
| **Credit card sale amount:** | $83.13 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.


Sincerely,

The One Legal Team


How are we doing? Click here to answer a two-question survey.



You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954

ONE LEGAL® An InfoTrack Company

ONE LEGAL
1400 N. McDowell Blvd

**Credit Card Sale**

**Exhibit A-143**

**Platinum Card®**

ACCOUNT ENDING - 04008

CARD MEMBER

ISRAEL OROZCO

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| Mar 14 | **INFOTRACK** | $83.13 |

**INFOTRACK**
1400 NORTH MCDOWELL
BLVD STE 300

PETALUMA
CA
94954
(415) 475-6223
www.infotrack.com

**ONELEGAL CCSALE04828800-938-8815 CA**

Will appear on your Mar 29, 2023 statement as ONELEGAL
CCSALE04828800-938-8815 CA

CARD
ISRAEL OROZCO

MEMBERSHIP REWARDS POINTS
1X on Other purchases                83

ADDITIONAL INFORMATION
78256753 11568578 92780

**Exhibit A-144**



**From:** **One Legal Accounting** no-reply@onelegal.com
**Subject:** Transaction Notification for order #20015881 : Customer 0152315
**Date:** March 15, 2023 at 2:14 PM
**To:** israel@lpglaw.com

Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| Order number: | 20015881 |
|---|---|
| Credit card sale number: | 04830495 |
| Credit card number: | ***********4008 |
| Credit card sale amount: | $19.71 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.

Sincerely,

The One Legal Team

How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



ONE LEGAL | InfoTrack
1400 N. McDowell Blvd.

**Credit Card Sale**

**Exhibit A-145**

Platinum Card®

ACCOUNT ENDING - 04008

CARD MEMBER
ISRAEL OROZCO

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| Mar 15 | **INFOTRACK** <br> 1400 NORTH MCDOWELL BLVD STE 300 <br><br> PETALUMA <br> CA <br> 94954 <br> (415) 475-6223 <br> www.infotrack.com | **ONELEGAL CCSALE04830800-938-8815 CA** <br><br> Will appear on your Mar 29, 2023 statement as ONELEGAL CCSALE04830800-938-8815 CA <br><br> CARD <br> ISRAEL OROZCO <br><br> MEMBERSHIP REWARDS POINTS <br> 1X on Other purchases **20** <br><br> ADDITIONAL INFORMATION <br> 78281307 11568578 92780 | $19.71 |

**Exhibit A-146**



**From:** **One Legal Accounting** no-reply@onelegal.com  🖉
**Subject:** Transaction Notification for order #20016055 : Customer 0152315
**Date:** March 15, 2023 at 2:19 PM
**To:** Israel Orozco  israel@lpglaw.com

---

Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| Order number: | 20016055 |
|---|---|
| **Credit card sale number:** | 04830524 |
| **Credit card number:** | ***********4008 |
| **Credit card sale amount:** | $19.71 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.

Sincerely,

The One Legal Team

How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



ONE LEGAL
1400 N. McDowell Blvd
Suite 300

### Credit Card Sale

| Date | 3/15/2023 |
|---|---|

**Exhibit A-147**

ACCOUNT ENDING - 04008

**Platinum Card®**

CARD MEMBER

ISRAEL OROZCO

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| Mar 15 | **INFOTRACK**<br>1400 NORTH MCDOWELL<br>BLVD STE 300<br><br>PETALUMA<br>CA<br>94954<br>(415) 475-6223<br>www.infotrack.com | **ONELEGAL CCSALE04830800-938-8815 CA**<br><br>Will appear on your Mar 29, 2023 statement as ONELEGAL<br>CCSALE04830800-938-8815 CA<br><br>CARD<br>ISRAEL OROZCO<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases     **20**<br><br>ADDITIONAL INFORMATION<br>78281275 11568578 92780 | $19.71 |

**Exhibit A-148**

**From:** **One Legal Accounting** no-reply@onelegal.com  📎
**Subject:** Transaction Notification for order #20016220 : Customer 0152315
**Date:** March 15, 2023 at 5:51 PM
**To:** israel@lpglaw.com



Dear LPG:

Thank you for being a One Legal customer. A credit card sale receipt is attached for the following:

| | |
|---|---|
| **Order number:** | 20016220 |
| **Credit card sale number:** | 04831604 |
| **Credit card number:** | ***********4008 |
| **Credit card sale amount:** | $17.66 |

You can manage your payment options, view invoices, and more, from the Billing Center.

Need help? Contact us at accounting@onelegal.com.

Sincerely,

The One Legal Team

How are we doing? Click here to answer a two-question survey.

You are receiving this email because you are opted in to receive billing emails for your One Legal account. Get help in our Support Center or Contact Us.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



ONE LEGAL ⸱ 1400 N. McDowell Blvd

**Credit Card Sale**

**Exhibit A-149**

**Platinum Card®**

ACCOUNT ENDING - 04008

CARD MEMBER

ISRAEL OROZCO

| DATE | | DESCRIPTION | AMOUNT |
|------|---|-------------|--------|
| Mar 15 | **INFOTRACK**<br>1400 NORTH MCDOWELL BLVD STE 300<br><br>PETALUMA<br>CA<br>94954<br>(415) 475-6223<br>www.infotrack.com | **ONELEGAL CCSALE04831800-938-8815 CA**<br><br>Will appear on your Mar 29, 2023 statement as ONELEGAL CCSALE04831800-938-8815 CA<br><br>CARD<br>ISRAEL OROZCO<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases    **18**<br><br>ADDITIONAL INFORMATION<br>78289981 11568578 92780 | $17.66 |

**Exhibit A-150**

# Exhibit "C"

Exhibit A-151

Questions?
**Call:** 800-571-8062 Ext
**Email:** billing@mycase.com
**Visit:** mycase.com

MyCase, Inc.
9201 Spectrum Center Blvd., Suite 100
San Diego, CA 92123
Tax ID: 27-1943582

The Litigation Practice Group
1351 Calle Avanzado Suite 4
San Clemente California
92673

**Invoice #**
INV00303915

**Account#**
MCA00018463

**INVOICE DATE**
02/15/2023

**TOTAL DUE**
$1,063.70

| DESCRIPTION | SERVICE PERIOD | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Annual User License (Pro) -- Proration Credit | 02/15/2023-11/18/2023 | 6 | $708.00 | ($3,231.68) |
| Annual User License (Pro) -- Proration | 02/15/2023-11/18/2023 | 7 | $708.00 | $3,770.29 |

| | |
|---|---|
| SUBTOTAL | $538.61 |
| TAX* | $0.00 |
| **INVOICE TOTAL** | **$538.61** |

| | |
|---|---|
| AMOUNT PAID | ($538.61) |
| PAYMENT INFO | **********4008 |

| | |
|---|---|
| TOTAL DUE | $1,063.70 |

Credit Card On File was Declined:
Please update your billing information
in MyCase with a different card to
ensure your service is not interrupted.
Click Settings > Firm Settings > Edit
Payment Information

# Thank you for your business!

The MyCase Billing Team is developing new ways to support our
customers. We are working to improve your billing experience and
welcome your feedback, please contact us at billing@mycase.com

*Tax is calculated based on the rates in your state and local jurisdiction

**Exhibit A-152**

ACCOUNT ENDING - 04008

Platinum Card®

CARD MEMBER

ISRAEL OROZCO

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| Feb 22 | **MYCASE** | $538.61 |
| | 3700 NORTH CAPITAL OF TEXAS HWY | |
| | AUSTIN | |
| | TX | |
| | 78746 | |
| | (800) 571-8062 | |
| | https://www.mycase.com/ | |

**MYCASE OP 8990000047SAN DIEGO CA**

Will appear on your Feb 26, 2023 statement as MYCASE OP 8990000047SAN DIEGO CA

CARD
ISRAEL OROZCO

MEMBERSHIP REWARDS POINTS
1X on Other purchases                    **539**

ADDITIONAL INFORMATION
73011003055 COMPUTERS & EQUIPMENT

**Exhibit A-153**

**Questions?**
**Call:** 800-571-8062 Ext
**Email:** billing@mycase.com
**Visit:** mycase.com

**mycase**

MyCase, Inc.
9201 Spectrum Center Blvd., Suite 100
San Diego, CA 92123
Tax ID: 27-1943582

The Litigation Practice Group
1351 Calle Avanzado Suite 4
San Clemente California
92673

**Invoice #**
INV00304733

**Account#**
MCA00018463

**INVOICE DATE**
02/17/2023

**TOTAL DUE**
$0.00

| DESCRIPTION | SERVICE PERIOD | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Annual User License (Pro) -- Proration | 02/17/2023-11/18/2023 | 8 | $708.00 | $4,278.45 |
| Annual User License (Pro) -- Proration Credit | 02/17/2023-11/18/2023 | 7 | $708.00 | ($3,743.65) |

| | |
|---|---|
| SUBTOTAL | $534.80 |
| TAX* | $0.00 |
| **INVOICE TOTAL** | **$534.80** |
| AMOUNT PAID | ($534.80) |
| PAYMENT INFO | ***********4008 |
| TOTAL DUE | $0.00 |

# Thank you for your business!

The MyCase Billing Team is developing new ways to support our
customers. We are working to improve your billing experience and
welcome your feedback, please contact us at billing@mycase.com

*Tax is calculated based on the rates in your state and local jurisdiction

**Exhibit A-154**

ACCOUNT ENDING - 04008

Platinum Card®

ISRAEL OROZCO

| DATE | | DESCRIPTION | AMOUNT |
|------|--|-------------|--------|
| Feb 22 | **MYCASE**<br>3700 NORTH CAPITAL OF TEXAS HWY<br><br>AUSTIN<br>TX<br>78746<br>(800) 571-8062<br>https://www.mycase.com/ | **MYCASE OP 8990000047SAN DIEGO CA**<br><br>Will appear on your Feb 26, 2023 statement as MYCASE OP 8990000047SAN DIEGO CA<br><br>CARD<br>ISRAEL OROZCO<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases     **535**<br><br>ADDITIONAL INFORMATION<br>73011003055 COMPUTERS & EQUIPMENT | $534.80 |

**Exhibit A-155**

MyCase, Inc.
9201 Spectrum Center Blvd., Suite 100
San Diego, CA 92123
Tax ID: 27-1943582

**mycase**

**Questions?**
**Call:** 800-571-8062 Ext
**Email:** billing@mycase.com
**Visit:** mycase.com

The Litigation Practice Group
1351 Calle Avanzado Suite 4
San Clemente California
92673

**Invoice #**
INV00307098

**INVOICE DATE**
02/20/2023

**Account#**
MCA00018463

**TOTAL DUE**
$0.00

| DESCRIPTION | SERVICE PERIOD | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Annual User License (Pro) -- Proration | 02/20/2023-11/18/2023 | 9 | $708.00 | $4,760.04 |
| Annual User License (Pro) -- Proration Credit | 02/20/2023-11/18/2023 | 8 | $708.00 | ($4,231.14) |

| | |
|---|---|
| SUBTOTAL | $528.90 |
| TAX* | $0.00 |
| **INVOICE TOTAL** | **$528.90** |
| AMOUNT PAID | ($528.90) |
| PAYMENT INFO | ***********4008 |
| TOTAL DUE | $0.00 |

# Thank you for your business!

The MyCase Billing Team is developing new ways to support our
customers. We are working to improve your billing experience and
welcome your feedback, please contact us at billing@mycase.com

*Tax is calculated based on the rates in your state and local jurisdiction

**Exhibit A-156**

**AMERICAN EXPRESS**

ACCOUNT ENDING - 04008

Platinum Card®

CARD MEMBER

ISRAEL OROZCO

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| Feb 22 | **MYCASE**<br>3700 NORTH CAPITAL OF TEXAS HWY<br><br>AUSTIN<br>TX<br>78746<br>(800) 571-8062<br>https://www.mycase.com/ | **MYCASE OP 8990000047SAN DIEGO CA**<br>Will appear on your Feb 26, 2023 statement as MYCASE OP 8990000047SAN DIEGO CA<br><br>CARD<br>ISRAEL OROZCO<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases **529**<br><br>ADDITIONAL INFORMATION<br>73011003055 COMPUTERS & EQUIPMENT | $528.90 |

**Exhibit A-157**

# Exhibit "D"



2158 W. 190th Street
Torrance, CA 90504

Phone: (888) 882-6878
Fax: (888) 883-2946

CourtCall.com

**Court Conference®** is a division of **CourtCall®**

## INVOICE / RECEIPT

02/28/2023 02:37 AM

All amounts below are in **U.S. Dollars**

| | |
|---|---|
| COURTCALL ID: | 11665585   423859656 |
| CASE NUMBER/NAME: | CIVSB2127985 / XXXXXXXXXXX |
| CUSTOMER REF. NUMBER: | |
| PROCEEDING: | Trial Setting Conference |
| DATE OF HEARING: | Wednesday, March 1st, 2023 at 8:15 AM PT |
| FIRM NAME: | The Litigation Practice Group PLC |
| ATTORNEY/PARTY APPEARING: | Israel Orozco |
| TELEPHONE: | (657) 468-9066 |
| FAX/EMAIL: | |
| BASIC FEE/LATE FEE: | $72.00 |
| AMOUNT PAID: | $72.00 |
| **PAYMENT NOW DUE:** | $0.00 |

### Payment Details

| Method | Type | Amount | Reference | Date/Time |
|---|---|---|---|---|
| Credit | Charge | $72.00 | American Express ending in 4008 | 2/28/2023  2:35:35AM |

**If the 'Payment Now Due' indicated above is zero, no payment is due and this receipt is for your records only; otherwise, the amount indicated is now due.**

If there is an amount due, please remit your payment upon receipt of this notice. If you have already sent payment please contact our Accounting Department as our records do not reflect receipt of payment at the time this notice was sent. IF PAYMENT IS NOT RECEIVED, FUTURE SERVICE MAY BE DENIED AND/OR THE COURT MAY BE ADVISED OF YOUR REFUSAL TO PAY.

**PAYMENT BY CREDIT CARD or COURTCALL DEBIT ACCOUNT:** Payment can be made online by registering and logging in at www.courtcall.com or by calling (888) 882-6878 and selecting option '5' for the Accounting Department. Please have your CourtCall Debit Account number or complete credit card billing address in addition to the credit card number, expiration date and cardholder's full name available when making payment.

PLEASE DETACH AND RETURN THE PORTION BELOW IF PAYING BY CHECK OR MONEY ORDER

---

**PAYMENT BY CHECK OR MONEY ORDER:** If a balance is due detach and mail this payment section with your check, payable to: **CourtCall LLC, 2158 W. 190th Street, Torrance, CA 90504.** Please write the CourtCall ID number in the memo section of your check. Please note: CourtCall does not accept personal checks.

| | |
|---|---|
| COURTCALL ID: | 11665585 |
| CASE NAME/NUMBER: | CIVSB2127985 / S XXXXXXXXXXX |
| CUSTOMER REF. NUMBER: | |
| PROCEEDING: | Trial Setting Conference |
| DATE OF HEARING: | Wednesday, March 1st, 2023 at 8:15 AM PT |
| FIRM NAME: | The Litigation Practice Group PLC |
| ATTORNEY/PARTY APPEARING: | Israel Orozco |
| TELEPHONE: | (657) 468-9066 |

---

INVOICE FOR COURTCALL® APPEARANCE   Copyright © CourtCall LLC. All rights reserved.   **Exhibit A-159**

**Platinum Card®**

ACCOUNT ENDING - 04008

CARD MEMBER

ISRAEL OROZCO

| DATE | | DESCRIPTION | AMOUNT |
|------|---|------------|--------|
| Feb 28 | **COURTCALL**<br>6383 ARIZONA CIR<br><br>LOS ANGELES<br>CA<br>90045-1201<br>(310) 342-0888<br>http://www.courtcall.com | **CCALL ID11665585 LOS ANGELES CA**<br><br>Will appear on your Mar 29, 2023 statement as CCALL ID11665585 LOS ANGELES CA<br><br>CARD<br>ISRAEL OROZCO<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases      **72**<br><br>ADDITIONAL INFORMATION<br>94346754 A11665585 92821<br>PROFESSIONAL SEVICES | $72.00 |

**Exhibit A-160**

# Exhibit "E"

Exhibit A-161

**From:** onlineServices@lacourt.org
**Subject:** LASC Receipt for Online Services Transaction Case Document Images - 22NWCV00847
**Date:** January 11, 2023 at 1:04 AM
**To:** Israel Orozco  israel@lpglaw.com

This is an automated email. Please do not reply. Replies will not be read.

Your credit card statement will reflect a charge from L.A. Superior Court.

Your receipt number is 1230111J3982
The actual amount charged is indicated below.
Transaction Date: 01/11/2023 01:04:41
Credit Card Number: ...7620
Credit Card Type: Visa

Bill to:
Israel Orozco
115 E Date St
Brea, CA 92821

Case Number: 22NWCV00847 644184182
Case Name: ████████████████████████████████████████
████████████████████
Case Type: CIVIL


Purchased Documents:
1/6/2023 - Case Management Statement 1-5 (5 pages total) $5.00

Total: $5.00

Transaction Remarks: 22NWCV00847

You may use the following link to retrieve the document purchased on this transaction
This link is valid for 30 days from the date of this receipt

https://www.lacourt.org/documentimages/reports/docslink.aspx?
index=13853982!1230111J3982!la99gst

**Exhibit A-162**

Exhibit A-163

From:  onlineServices@lacourt.org
Subject:  LASC Receipt for Online Services Transaction Case Document Images - 22NWLC08331
Date:  February 19, 2023 at 11:04 PM
To:  Israel Orozco  israel@lpglaw.com

This is an automated email. Please do not reply. Replies will not be read.

Your credit card statement will reflect a charge from L.A. Superior Court.

Your receipt number is 1230219J0854
The actual amount charged is indicated below.
Transaction Date: 02/19/2023 23:04:07
Credit Card Number: ...7620
Credit Card Type: Visa

Bill to:
Israel Orozco
115 E Date St
Brea, CA 92821

Case Number: 22NWLC08331  472048946
Case Name: ██████████████████████████████
Case Type: CIVIL


Purchased Documents:
2/14/2023 - Minute Order - Minute Order (Hearing on Motion to Set Aside/Vacate
Default and Default Jud...) 1-2 (2 pages total) $2.00

Total: $2.00

Transaction Remarks: 22NWLC08331

You may use the following link to retrieve the document purchased on this transaction
This link is valid for 30 days from the date of this receipt

https://www.lacourt.org/documentimages/reports/docslink.aspx?
index=14080854!1230219J0854!la99gst

**Exhibit A-164**

Exhibit A-165

**From:** no-reply@sdcourt.ca.gov
**Subject:** Superior Court Payment Receipt
**Date:** February 27, 2023 at 12:50 PM
**To:** Israel Orozco  israel@lpglaw.com

You have purchased the option to view, print, and save case documents.

Billing Information
  Payment Amount:    $6.40
  Payment Date:       2/27/23
  Credit Card Number:  ***7620

Purchase Information
 Save the following information.  You will need your Purchase E-mail Address
 and Purchase Confirmation Number in order to request your documents.
 You have up through the Purchase Expiration Date to view your documents online.
 View your documents by selecting "Request Previously Purchased Documents" in the ROA menu.
  Purchase E-mail Address:     israel@lpglaw.com
  Purchase Confirmation Number:  2255321
  Purchase Expiration Date:     03/13/23

Documents Purchased
  Case Number          ROA#  Entry Dt  Document          Page(s)  Cost
  37-2021-00053120-CL-CL-CTL   44  01/20/23  Minutes finalized for   6   5.40   482230792
  37-2021-00053120-CL-CL-CTL   44  01/20/23  Minute Order         1   1.00

Thank you for using San Diego Superior Court Online Services.

**Exhibit A-166**

**From:** no-reply@sdcourt.ca.gov
**Subject:** Superior Court Payment Receipt
**Date:** March 3, 2023 at 4:15 AM
**To:** Israel Orozco  israel@lpglaw.com



You have purchased the option to view, print, and save case documents.

Billing Information
   Payment Amount:     $5.00
   Payment Date:     3/3/23
   Credit Card Number:   ***7620

Purchase Information
 Save the following information.  You will need your Purchase E-mail Address
 and Purchase Confirmation Number in order to request your documents.
 You have up through the Purchase Expiration Date to view your documents online.
 View your documents by selecting "Request Previously Purchased Documents" in the ROA menu.
   Purchase E-mail Address:     israel@lpglaw.com
   Purchase Confirmation Number:  2257603
   Purchase Expiration Date:    03/17/23

Documents Purchased
   Case Number          ROA#  Entry Dt  Document          Page(s)  Cost
   37-2019-00018956-CL-CL-CTL     7  05/22/19  Proof of Service of 30    3   3.00       583533319
   37-2019-00018956-CL-CL-CTL    14  02/10/21  Judgment (Judgment/Dis    2   2.00

Thank you for using San Diego Superior Court Online Services.

**Exhibit A-167**

**From:** no-reply@sdcourt.ca.gov
**Subject:** Superior Court Payment Receipt
**Date:** March 3, 2023 at 4:10 AM
**To:** Israel Orozco  israel@lpglaw.com

You have purchased the option to view, print, and save case documents.

Billing Information
　Payment Amount:　$4.00
　Payment Date:　3/3/23
　Credit Card Number:　***7620

Purchase Information
　Save the following information.  You will need your Purchase E-mail Address
　and Purchase Confirmation Number in order to request your documents.
　You have up through the Purchase Expiration Date to view your documents online.
　View your documents by selecting "Request Previously Purchased Documents" in the ROA menu.
　Purchase E-mail Address:　　israel@lpglaw.com
　Purchase Confirmation Number:　2257602
　Purchase Expiration Date:　　03/17/23

Documents Purchased
| Case Number | ROA# | Entry Dt | Document | Page(s) | Cost | |
| --- | --- | --- | --- | --- | --- | --- |
| 37-2021-00018956-CL-CL-CTL | 8 | 05/12/21 | Proof of Service | 2 | 2.00 | 583533319 |
| 37-2021-00018956-CL-CL-CTL | 10 | 08/19/21 | Judgment | 2 | 2.00 | |

Thank you for using San Diego Superior Court Online Services.

**Exhibit A-168**

# Exhibit "F"

Exhibit A-169

Case 8:23-bk-10571-SC   Doc 1054   Filed 01/14/24   Entered 01/14/24 00:05:19   Page

# Google Maps

Work (17542 17th St) to San Bernardino Superior Court Civil
Division, 247 W 3rd St, San Bernardino, CA 92415

Drive 47.4 miles, 44 min



Map data ©2023 Google   2 mi

**17542 17th St**
Tustin, CA 92780

**Get on CA-55 N/State Rte 55 N from 17th St**

3 min (0.5 mi)

↑   1.   Head east toward 17th St
⚠️ Restricted usage road

98 ft

↰   2.   Turn left toward 17th St
⚠️ Restricted usage road

85 ft

↰   3.   Turn left at the 1st cross street onto 17th St
ℹ️ Pass by Taco Bell (on the left)

0.3 mi

🚶   4.   Take the ramp onto CA-55 N/State Rte 55 N

0.2 mi

**Take CA-91 E to W 2nd St in San Bernardino. Take exit 43
from I-215 N**

44 min (46.1 mi)

🚶   5.   Merge onto CA-55 N/State Rte 55 N

5.6 mi

**Exhibit A-170**

↑ 6. Continue onto Exit 105 (signs for CA-91 E/Anaheim/Riverside)

0.3 mi

⤴ 7. Merge onto CA-91 E

31.5 mi

↑ 8. Continue onto I-215 N

⚠ Parts of this road may be closed at certain times or days

8.4 mi

↱ 9. Use the right 2 lanes to take exit 43 for West 2nd Street toward West 3rd Street

0.3 mi

**Continue on W 2nd St to your destination**

3 min (0.8 mi)

↱ 10. Turn right onto W 2nd St

ⓘ Pass by SKECHERS Warehouse Outlet (on the right)

0.7 mi

↰ 11. Turn left onto N Arrowhead Ave

351 ft

↱ 12. Turn right

ⓘ Destination will be on the left

157 ft

San Bernardino Superior Court Civil Division

**Exhibit A-171**



**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF SAN BERNARDINO**
San Bernardino District
247 West 3rd St
San Bernardino, CA 92415
www.sb-court.org

# PORTAL MINUTE ORDER

**Case Number: CIVSB2203213**                                          Date: 2/27/2023

**Case Title:**                    453105955

**Department S23 - SBJC**                 Date: 2/27/2023        Time: 10:00 AM        Court Trial

Judicial Officer: Donald Alvarez
Judicial Assistant: Monica Real
Court Reporter: Not Reported or Recorded
Court Attendant: Eric Ashe

**Appearances**
Attorney Brinna Elmassian present for plaintiff 
Attorney Israel Orozco present for defendant

**Proceedings**
Hearing continued at the request of the court.
Reason: This department is currently engaged in trial.

**Hearings**
Court Trial set for 6/2/2023 at 10:00 AM in Department S23 - SBJC

Notice waived.

**== Minute Order Complete ==**

**Exhibit A-172**

Work (17542 17th St) to 312 E Cook St, Santa Maria, CA 93454

**Google** Maps

Work (17542 17th St) to 312 E Cook St, Santa Maria, CA 93454

Drive 194 miles, 3 hr 9 min



**17542 17th St**
Tustin, CA 92780

**Get on CA-55 N/State Rte 55 N from 17th St**

3 min (0.5 mi)

↑   1.   Head east toward 17th St
⚠️ Restricted usage road

98 ft

↰   2.   Turn left toward 17th St
⚠️ Restricted usage road

85 ft

↰   3.   Turn left at the 1st cross street onto 17th St
ℹ️ Pass by Taco Bell (on the left)

0.3 mi

🚶   4.   Take the ramp onto CA-55 N/State Rte 55 N

0.2 mi

**Follow I-5 N and US-101 N to Calle Real in Santa Barbara. Take exit 101B from US-101 N**

2 hr 16 min (134 mi)

🚶   5.   Merge onto CA-55 N/State Rte 55 N

0.7 mi

**Exhibit A-173**

6. Use the right 2 lanes to take exit 14 for California St/CA-22 W/Garden Grove Fwy toward Long Beach

*0.6 mi*

7. Continue onto CA-22 W/Garden Grove Fwy

*2.1 mi*

8. Use the right 2 lanes to take exit 14B to merge onto I-5 N toward Los Angeles

*18.8 mi*

9. Take exit 125 for Lakewood Blvd/CA-19 S/CA-19 N toward Rosemead Blvd

*0.2 mi*

10. Turn right onto CA-19 S/Lakewood Blvd

*0.1 mi*

11. Turn left onto Telegraph Rd

*2.2 mi*

12. Turn left to merge onto I-5 N toward Los Angeles

*5.2 mi*

13. Keep right at the fork to stay on I-5 N, follow signs for Interstate 5 N/Sacramento

*3.5 mi*

14. Use the right 2 lanes to take exit 136B for Broadway
⚠️ May be closed at certain times or days

*0.3 mi*

15. Take the ramp onto I-5 N
⚠️ Parts of this road may be closed at certain times or days

*6.9 mi*

16. Use the right 2 lanes to take exit 144B to merge onto CA-134 W/Ventura Fwy toward Ventura

*5.2 mi*

17. Continue onto Exit 1A (signs for US-101/Ventura Fwy/Ventura)

*282 ft*

18. Keep left at the fork to continue toward US-101 N/Ventura Fwy

*0.4 mi*

19. Continue onto US-101 N/Ventura Fwy

*13.8 mi*

20. Continue onto US-101 N
ℹ️ Pass by Taco Bell (on the left in 5.5 mi)

*73.6 mi*

21. Take exit 101B for State St toward CA-154/Cachuma Lk

*0.2 mi*

**Get on US-101 N from CA-154 W/San Marcos Pass Rd**

**Exhibit A-174**

↑  22.  Continue straight onto Calle Real

3.3 mi

→  23.  Turn right onto CA-154 W/San Marcos Pass Rd

23.9 mi

↻  24.  At the traffic circle, take the 2nd exit and stay on CA-154 W/San Marcos Pass Rd

8.6 mi

🗶  25.  Merge onto US-101 N via the ramp to Santa Maria

0.3 mi

**Follow US-101 N to your destination in Santa Maria. Take exit 170 from US-101 N**

22 min (24.6 mi)

🗶  26.  Merge onto US-101 N
⚠️ Parts of this road may be closed at certain times or days

24.3 mi

→  27.  Take exit 170 toward Stowell Rd

0.3 mi

�misc  28.  Keep right at the fork and merge onto E Stowell Rd

272 ft

**Follow E Stowell Rd and S Miller St to your destination**

5 min (1.6 mi)

🗶  29.  Merge onto E Stowell Rd

0.8 mi

→  30.  Turn right onto S Miller St

0.7 mi

←  31.  Turn left at E Orange St

92 ft

→  32.  Turn right
ℹ️ Destination will be on the left

118 ft

312 E Cook St