JOSHUA R. TEEPLE, CPA
Grobstein Teeple LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
Telephone: (949) 381-5655
Facsimile: (949) 381-5665
Email:    jteeple@gtllp.com; documents@gtllp.com

Accountants for Richard A. Marshack, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**THE LITIGATION PRACTICE GROUP P.C.,**<br><br><br><br><br><br><br><br>Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Chapter 11<br><br>SUPPLEMENT TO STATEMENT OF DISINTERESTEDNESS RE: TRUSTEE'S ACCOUNTANTS (GROBSTEIN TEEPLE LLP); AND SUPPLEMENTAL DECLARATION OF JOSHUA R. TEEPLE IN SUPPORT<br><br>[NO HEARING REQUIRED] |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR AND ITS COUNSEL, THE OFFICE OF THE UNITED STATES TRUSTEE, AND INTERESTED PARTIES:**

Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of The Litigation Practice Group P.C. ("Debtor" or "LPG"), files this supplement to the statement of disinterestedness re: its accountants, Grobstein Teeple LLP ("Firm" or "GT").

**I.    Background of Employment of Firm**

On June 9, 2023, the Firm filed its application to be employed as accountants to the Trustee (the "Application"). Dk. No. 95.

On July 3, 2023, the Court entered an order granting the Application and approving the Firm's employment. Dk. No. 169.

This supplement is filed in accordance with FRBP 2014(a) to supplement the Firm's disclosures in its Application.

**II.    Supplement re Disinterestedness of Firm**

As set forth in the attached supplemental declaration of Joshua Teeple, on October 1, 2024, the Firm was asked to provide an analysis of payments made to creditor, Litvak Law Group ("Litvak").

GT, has been retained to provide forensic and litigation support services by Litvak in matters not related to the Debtor.

GT's work related to Litvak is limited to providing summaries and analyses of the Debtor's banking records to the Trustee and his counsel.  GT is not providing any litigation support services related to the Trustee or his counsel in relation to Litvak.

The Firm does not believe that GT's involvement will be adverse to either the Estate or to Litvak.

Because the Firm's employment has already been approved by this Court, no hearing is being noticed. If any party questions whether the Firm remains disinterested, it should promptly contact the Firm to discuss the issues. If necessary, the Firm will file a motion requesting that the Court resolve any dispute.

Dated:  October 11, 2024        By: _____
                                        Joshua R. Teeple

# Supplemental Declaration of Joshua Teeple

I, Joshua Teeple, say and declare as follows:

1. I am a certified public accountant, duly licensed and authorized to practice accounting in the State of California. I am a member in good standing of the American Institute of Certified Public Accountants (AICPA). I am a partner of GROBSTEIN TEEPLE LLP ("GT"), accountants for the Chapter 11 Trustee, and am duly authorized to make this declaration on behalf of GT.

2. I submit this supplemental declaration regarding the Firm's disinterestedness as it relates to its employment in connection with Richard Marshack as Chapter 11 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of The Litigation Practice Group P.C. ("Debtor" or "LPG").

3. In addition to the disclosures that I made in my Statement of Disinterestedness filed in connection with GT's employment application, Dk. No. 95, I believe that it is prudent to disclose that on October 1, 2024, the Firm was asked to provide an analysis of payments made to creditor, Litvak Law Group ("Litvak").

4. GT, has been retained to provide forensic and litigation support services by Litvak in matters not related to the Debtor.

5. GT's work related to Litvak is limited to providing summaries and analyses of the Debtor's banking records to the Trustee and his counsel. GT is not providing any litigation support services related to the Trustee or his counsel in relation to Litvak.

6. The Firm does not believe that GT's involvement will be adverse to either the Estate or to Litvak.

7. Based on the foregoing and to the best of my knowledge, I believe that GT is "disinterested" as that term is defined in Section 101(14) of the Bankruptcy Code and does not represent or hold an interest adverse to the Debtor or the Debtor's estate.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 10, 2024.

_____
JOSHUA R. TEEPLE

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

*P.O. Box 253, Woonsocket, RI 02895*

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENT TO STATEMENT OF DISINTERESTEDNESS RE: TRUSTEE'S ACCOUNTANTS (GROBSTEIN TEEPLE LLP); AND SUPPLEMENTAL DECLARATION OF JOSHUA R. TEEPLE IN SUPPORT WITH PROOF OF SERVICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 16, 2024,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Aaron E. De Leest on behalf of Trustee Richard A Marshack (TR) adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- Adam D Stein-Sapir on behalf of Creditor Pioneer Funding Group LLC info@pfllc.com
- Alan Craig Hochheiser on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com arodriguez@mauricewutscher.com
- Alan I Nahmias on behalf of Interested Party Courtesy NEF anahmias@mbn.law jdale@mbn.law
- Alan W Forsley on behalf of Creditor Anthem Blue Cross of California alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- Alan W Forsley on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- Alan W Forsley on behalf of Defendant JGW Solutions LLC alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- Amy Lynn Ginsburg on behalf of Creditor Amy Ginsburg efilings@ginsburglawgroup.com
- Amy Lynn Ginsburg on behalf of Creditor Shannon Bellfield efilings@ginsburglawgroup.com Amy Lynn Ginsburg on behalf of Creditor Kenton Cobb efilings@ginsburglawgroup.com
- Andrew Still on behalf of Creditor Alteryx Inc. astill@swlaw.com, kcollins@swlaw.com
- Andrew Still on behalf of Interested Party Courtesy NEF astill@swlaw.com kcollins@swlaw.com
- Andrew Still on behalf of Plaintiff Alteryx Inc. astill@swlaw.com, kcollins@swlaw.com
- Anthony Paul Diehl on behalf of Interested Party Courtesy NEF anthony@apdlaw.net Diehl.AnthonyB112492@notify.bestcase.com, ecf@apdlaw.net, 9143954420@filings.docketbird.com
- Ashley Dionisio on behalf of Other Professional Omni Agent Solutions adionisio@omniagnt.com
- Bradford Barnhardt on behalf of Plaintiff Richard A. Marshack bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- Bradford Barnhardt on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- Bradford Barnhardt on behalf of Trustee Richard A Marshack (TR) bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- Brian L Holman on behalf of Creditor Sharp Electronics Corporation b.holman@musickpeeler.com
- Britteny Leyva on behalf of Interested Party Revolv3 Inc. bleyva@mayerbrown.com, 2396393420@filings.docketbird.com; KAWhite@mayerbrown.com; ladocket@mayerbrown.com
- Byron Z Moldo on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com aantonio@ecjlaw.com,dperez@ecjlaw.com
- Christopher Celentino on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com caron.burke@dinsmore.com
- Christopher Celentino on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com caron.burke@dinsmore.com
- Christopher Celentino on behalf of Special Counsel Dinsmore & Shohl LLP christopher.celentino@dinsmore.com caron.burke@dinsmore.com
- Christopher Ghio on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com angelica.urena@dinsmore.com
- Christopher Ghio on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com angelica.urena@dinsmore.com
- Christopher J Langley on behalf of Interested Party Courtesy NEF chris@slclawoffice.com langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com
- D Edward Hays on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- D Edward Hays on behalf of Interested Party Courtesy NEF ehays@marshackhays.com ehays@ecf.courtdrive.com; alinares@ecf.courtdrive.com; cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- D Edward Hays on behalf of Creditor Committee Committee of Unsecured Creditors ehays@marshackhays.com ehays@ecf.courtdrive.com; alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com D
- Edward Hays on behalf of Attorney Marshack Hays LLP ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com; cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Daniel A Edelman on behalf of Creditor Carolyn Beech dedelman@edcombs.com courtecl@edcombs.com
- Daniel A Lev on behalf of Interested Party Liberty Acquisitions Group Inc. daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- Daniel A Lev on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- Daniel H Reiss on behalf of Defendant Eng Taing dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- Daniel H Reiss on behalf of Defendant Touzi Capital LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- Daniel H Reiss on behalf of Defendant PECC Corp dhr@lnbyg.com dhr@ecf.inforuptcy.com
- Daniel S March on behalf of Interested Party INTERESTED PARTY marchlawoffice@gmail.com marchdr94019@notify.bestcase.com
- Daniel S March on behalf of Defendant Daniel S. March marchlawoffice@gmail.com marchdr94019@notify.bestcase.com
- David M Goodrich on behalf of Interested Party Courtesy NEF dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- David M Goodrich on behalf of Creditor United Partnerships LLC dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- David S Kupetz on behalf of Defendant Marich Bein LLC David.Kupetz@lockelord.com mylene.ruiz@lockelord.com

- David S Kupetz on behalf of Defendant Marich Bein LLC David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- David S Kupetz on behalf of Interested Party Courtesy NEF David.Kupetz@lockelord.com mylene.ruiz@lockelord.com
- Douglas A Plazak on behalf of Defendant Scott James Eadie dplazak@rhlaw.com
- Eric Bensamochan on behalf of Creditor Oxford Knox LLC eric@eblawfirm.us, G63723@notify.cincompass.com
- Eric Bensamochan on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us G63723@notify.cincompass.com
- Eric Bensamochan on behalf of Interested Party Courtesy NEF eric@eblawfirm.us G63723@notify.cincompass.com
- Eric Gassman on behalf of Creditor Herret Credit erg@gassmanlawgroup.com gassman.ericb112993@notify.bestcase.com
- Eric D Goldberg on behalf of Defendant Stripe Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Ethan J Birnberg on behalf of Defendant Diverse Capital LLC birnberg@portersimon.com kdwyer@portersimon.com
- Ethan J Birnberg on behalf of Defendant BMF Advance LLC birnberg@portersimon.com, kdwyer@portersimon.com
- Garrick A Hollander on behalf of Creditor Debt Validation Fund II LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Garrick A Hollander on behalf of Creditor MC DVI Fund 1 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Garrick A Hollander on behalf of Creditor MC DVI Fund 2 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Glenn D. Moses on behalf of Creditor ADP Inc gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com
- Gregory M Salvato on behalf of Creditor Mari Agape gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com; jboufadel@salvatoboufadel.com; gsalvato@ecf.inforuptcy.com
- Gregory M Salvato on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com; jboufadel@salvatoboufadel.com; gsalvato@ecf.inforuptcy.com
- Howard Steinberg on behalf of Defendant BankUnited N.A. steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- Howard M Ehrenberg on behalf of Defendant New Horizon Finance LLC Howard.Ehrenberg@gmlaw.com hehrenberg@ecf.courtdrive.com; hehrenberg@ecf.inforuptcy.com; Karen.Files@gmlaw.com;denise.walker@gmlaw.com
- Ira David Kharasch on behalf of Interested Party Liberty Acquisitions Group Inc. ikharasch@pszjlaw.com
- Ira David Kharasch on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com Ira
- David Kharasch on behalf of Defendant Consumer Legal Group PC ikharasch@pszjlaw.com Ira
- David Kharasch on behalf of Defendant LGS Holdco LLC ikharasch@pszjlaw.com Ira
- David Kharasch on behalf of Interested Party LGS Holdco LLC ikharasch@pszjlaw.com Ira
- David Kharasch on behalf of Interested Party Consumer Legal Group P.C. ikharasch@pszjlaw.com Ira
- David Kharasch on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com
- Israel Orozco on behalf of Creditor Israel Orozco israel@iolawcorp.com
- Jacob Newsum-Bothamley on behalf of Trustee Richard A Marshack (TR) jacob.bothamley@dinsmore.com bonnie.connolly@dinsmore.com
- Jacob Newsum-Bothamley on behalf of Plaintiff Richard A. Marshack jacob.bothamley@dinsmore.com bonnie.connolly@dinsmore.com
- Jamie D Mottola on behalf of Plaintiff Richard A. Marshack Chapter 11 Trustee Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com
- Jeffrey I Golden on behalf of Interested Party Courtesy NEF jgolden@go2.law kadele@ecf.courtdrive.com; cbmeeker@gmail.com;  lbracken@wgllp.com; dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b estcase.com
- Jeffrey I Golden on behalf of Creditor Affirma LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com; lbracken@wgllp.com; dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b estcase.com
- Jeffrey I Golden on behalf of Creditor Anaheim Ducks Hockey Club LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com; lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b estcase.com
- Jeffrey I Golden on behalf of Creditor Oxford Knox LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com; dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b estcase.com
- Jeffrey I Golden on behalf of Creditor Anaheim Arena Management LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com; lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b estcase.com
- Jeffrey M Singletary on behalf of Plaintiff Alteryx Inc. jsingletary@swlaw.com, rmckay@swlaw.com
- Jenny L Doling on behalf of Interested Party National Consumer Bankruptcy Rights Center jd@jdl.law dolingjr92080@notify.bestcase.com; 15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- Jenny L Doling on behalf of Interested Party INTERESTED PARTY jd@jdl.law dolingjr92080@notify.bestcase.com; 15994@notices.nextchapterbk.com; jdoling@jubileebk.net
- Jenny L Doling on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys jd@jdl.law dolingjr92080@notify.bestcase.com; 15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- Jeremy Faith on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com Angela@MarguliesFaithLaw.com; Vicky@MarguliesFaithLaw.com; Amber@MarguliesFaithLaw.com
- Jeremy Faith on behalf of Defendant Colbalt Funding Solutions LLC Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com; Vicky@MarguliesFaithLaw.com; Amber@MarguliesFaithLaw.com
- Jeremy Freedman on behalf of Plaintiff Richard A. Marshack jeremy.freedman@dinsmore.com bonnie.connolly@dinsmore.com
- Jeremy Freedman on behalf of Trustee Richard A Marshack (TR) jeremy.freedman@dinsmore.com bonnie.connolly@dinsmore.com
- John H. Stephens on behalf of Plaintiff Richard A Marshack john.stephens@dinsmore.com lizbeth.alonso@dinsmore.com
- Johnny White on behalf of Creditor Debt Relief Group LLC JWhite@wrslawyers.com, jlee@wrslawyers.com
- Johnny White on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com jlee@wrslawyers.com
- Jonathan Serrano on behalf of Special Counsel Dinsmore & Shohl LLP jonathan.serrano@dinsmore.com
- Jonathan Serrano on behalf of Trustee Richard A Marshack (TR) jonathan.serrano@dinsmore.com
- Jonathan Serrano on behalf of Plaintiff Richard A. Marshack jonathan.serrano@dinsmore.com
- Joon M Khang on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com
- Joon M Khang on behalf of Attorney Khang & Khang LLP joon@khanglaw.com
- Kathleen P March on behalf of Interested Party The Bankruptcy Law Firm P.C. kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- Kathleen P March on behalf of Creditor Phuong (Jayde) Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- Kathleen P March on behalf of Defendant Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- Kathleen P March on behalf of Creditor Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- Kathleen P March on behalf of Defendant Jayde Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- Kathleen P March on behalf of Defendant Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- Kathleen P March on behalf of Creditor Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- Keith Barnett on behalf of Defendant Payliance LLC keith.barnett@troutman.com, kelley.wade@troutman.com
- Keith C Owens on behalf of Creditor Committee Committee of Unsecured Creditors kowens@foxrothschild.com khoang@foxrothschild.com
- Keith C Owens on behalf of Intervenor OFFICIAL COMMITTEE OF UNSECURED CREDITORS kowens@foxrothschild.com khoang@foxrothschild.com
- Kelli Ann Lee on behalf of Trustee Richard A Marshack (TR) Kelli.lee@dinsmore.com kristy.allen@dinsmore.com

- Kenneth Misken on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov
- Kevin Alan Rogers on behalf of Creditor Wells Marble and Hurst PLLC krogers@wellsmar.com
- Kyra E Andrassy on behalf of Defendant Arash Asante Bayrooti kandrassy@raineslaw.com bclark@raineslaw.com;jfisher@raineslaw.com
- Kyra E Andrassy on behalf of Interested Party Courtesy NEF kandrassy@raineslaw.com bclark@raineslaw.com;jfisher@raineslaw.com
- Laila Masud on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com; lbuchanan@marshackhays.com; alinares@ecf.courtdrive.com
- Laila Masud on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com; alinares@ecf.courtdrive.com
- Laila Masud on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com; alinares@ecf.courtdrive.com Laila Masud on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com lmasud@ecf.courtdrive.com; lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- Leslie A Cohen on behalf of Defendant Rosa Bianca Loli leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- Leslie A Cohen on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- Lisa Patel on behalf of Defendant OptimumBank Holdings Inc. lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- Marc A Lieberman on behalf of Defendant JGW Solutions LLC marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com
- Marc A Lieberman on behalf of Interested Party Courtesy NEF marc.lieberman@flpllp.com addy@flpllp.com,andrea@flpllp.com
- Marc C Forsythe on behalf of Defendant Clear Vision Financial LLC mforsythe@goeforlaw.com mforsythe@goeforlaw.com; dcyrankowski@goeforlaw.com; Forsythe.MarcR136526@notify.bestcase.com
- Marc C Forsythe on behalf of Defendant Point Break Holdings LLC mforsythe@goeforlaw.com mforsythe@goeforlaw.com; dcyrankowski@goeforlaw.com; Forsythe.MarcR136526@notify.bestcase.com
- Marc C Forsythe on behalf of Defendant Perfect Financial LLC mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com; Forsythe.MarcR136526@notify.bestcase.com
- Mark J Markus on behalf of Creditor David Orr bklawr@bklaw.com markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com
- Matthew A Lesnick on behalf of Defendant OptimumBank Holdings Inc. matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- Matthew J Stockl on behalf of Plaintiff Richard A. Marshack matthew.stockl@dinsmore.com katrice.ortiz@dinsmore.com
- Maureen J Shanahan on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Mstotaro@aol.com
- Meredith Fahn on behalf of Creditor Meredith Fahn fahn@sbcglobal.net Meredith King on behalf of Interested Party Courtesy NEF mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law
- Meredith King on behalf of Defendant Gallant Law Group mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law
- Michael D Lieberman on behalf of Creditor Phillip A. Greenblatt PLLC mlieberman@lipsonneilson.com
- Michael Jay Berger on behalf of Defendant Leucadia Enterprises Inc michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com; michael.berger@ecf.inforuptcy.com
- Michael R Pinkston on behalf of Creditor Wells Marble and Hurst PLLC rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com, 5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com
- Michael R Totaro on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Ocbkatty@aol.com
- Michael R Totaro on behalf of Interested Party Randall Baldwin Clark Ocbkatty@aol.com
- Michael T Delaney on behalf of Defendant Fidelity National Information Services Inc. dba FIS mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- Michael W Davis on behalf of Defendant Morning Law Group P.C. mdavis@dtolaw.com, ygodson@dtolaw.com
- Mitchell B Ludwig on behalf of Defendant Bridge Funding Cap LLC mbl@kpclegal.com, kad@kpclegal.com
- Mitchell B Ludwig on behalf of Creditor Fundura Capital Group mbl@kpclegal.com kad@kpclegal.com
- Nicholas A Koffroth on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com khoang@foxrothschild.com; ca.dkt@foxrothschild.com
- Olivia Scott on behalf of Creditor Azzure Capital LLC olivia.scott@hklaw.com
- Olivia Scott on behalf of Creditor Hi Bar Capital LLC olivia.scott@hklaw.com Paul R Shankman on behalf of Creditor United Partnerships LLC PShankman@fortislaw.com, info@fortislaw.com
- Paul R Shankman on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com info@fortislaw.com
- Peter L Isola on behalf of Interested Party Merchants Credit Corporation pisola@hinshawlaw.com rmojica@hinshawlaw.com,iking@hinshawlaw.com
- Peter W Bowie on behalf of Trustee Richard A Marshack (TR) peter.bowie@dinsmore.com caron.burke@dinsmore.com
- Queenie K Ng on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov
- Randall Baldwin Clark on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com
- Razmig Izakelian on behalf of Creditor OHP-CDR LP razmigizakelian@quinnemanuel.com
- Razmig Izakelian on behalf of Plaintiff OHP-CDR LP razmigizakelian@quinnemanuel.com
- Razmig Izakelian on behalf of Counter-Defendant PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com
- Razmig Izakelian on behalf of Plaintiff PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com
- Razmig Izakelian on behalf of Counter-Defendant OHP-CDR LP razmigizakelian@quinnemanuel.com
- Reina Zepeda on behalf of Other Professional Omni Agent Solutions rzepeda@omniagnt.com
- Richard A Marshack (TR) pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com
- Richard H Golubow on behalf of Creditor Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Richard H Golubow on behalf of Defendant Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Richard H Golubow on behalf of Defendant MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Richard H Golubow on behalf of Defendant MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Richard H Golubow on behalf of Creditor MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Richard H Golubow on behalf of Creditor MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Richard L. Hyde on behalf of Interested Party Courtesy NEF rhyde@awglaw.com
- Ronald K Brown on behalf of Creditor SDCO Tustin Executive Center Inc. ron@rkbrownlaw.com
- Ronald N Richards on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com
- Sara Johnston on behalf of Trustee Richard A Marshack (TR) sara.johnston@dinsmore.com
- Sarah S. Mattingly on behalf of Plaintiff Richard A. Marshack Chapter 11 Trustee sarah.mattingly@dinsmore.com
- Sarah S. Mattingly on behalf of Defendant Clearcube LLC sarah.mattingly@dinsmore.com
- Sarah S. Mattingly on behalf of Trustee Richard A Marshack (TR) sarah.mattingly@dinsmore.com
- Sarah S. Mattingly on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com
- Sharon Z. Weiss on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- Sharon Z. Weiss on behalf of Defendant Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- Sharon Z. Weiss on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- Shawn M Christianson on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com schristianson@buchalter.com

- Spencer Keith Gray on behalf of Trustee Richard A Marshack (TR) spencer.gray@dinsmore.com
- Spencer Keith Gray on behalf of Plaintiff Richard A Marshack spencer.gray@dinsmore.com
- Stella A Havkin on behalf of Defendant Bridge Funding Cap LLC stella@havkinandshrago.com, shavkinesq@gmail.com
- Sweeney Kelly on behalf of Defendant Fidelity National Information Services Inc. kelly@ksgklaw.com
- Sweeney Kelly on behalf of Defendant Worldpay Group kelly@ksgklaw.com
- Sweeney Kelly on behalf of Defendant Fidelity National Information Services Inc. dba FIS kelly@ksgklaw.com
- Sweeney Kelly on behalf of Defendant Worldpay LLC kelly@ksgklaw.com
- Tyler Powell on behalf of Counter-Claimant Richard A Marshack (TR) tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com
- Tyler Powell on behalf of Trustee Richard A Marshack (TR) tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com
- Richard H Golubow on behalf of Defendant MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Richard H Golubow on behalf of Defendant MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Richard H Golubow on behalf of Creditor MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Richard H Golubow on behalf of Creditor MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Richard L. Hyde on behalf of Interested Party Courtesy NEF rhyde@awglaw.com Ronald K Brown on behalf of Creditor SDCO Tustin Executive Center Inc. ron@rkbrownlaw.com
- Ronald N Richards on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com
- Sara Johnston on behalf of Trustee Richard A Marshack (TR) sara.johnston@dinsmore.com
- Sarah S. Mattingly on behalf of Plaintiff Richard A. Marshack Chapter 11 Trustee sarah.mattingly@dinsmore.com
- Sarah S. Mattingly on behalf of Defendant Clearcube LLC sarah.mattingly@dinsmore.com
- Sarah S. Mattingly on behalf of Trustee Richard A Marshack (TR) sarah.mattingly@dinsmore.com
- Sarah S. Mattingly on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com
- Sharon Z. Weiss on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- Sharon Z. Weiss on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- Sharon Z. Weiss on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- Shawn M Christianson on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com schristianson@buchalter.com

- Spencer Keith Gray on behalf of Trustee Richard A Marshack (TR) spencer.gray@dinsmore.com
- Spencer Keith Gray on behalf of Plaintiff Richard A Marshack spencer.gray@dinsmore.com
- Stella A Havkin on behalf of Defendant Bridge Funding Cap LLC stella@havkinandshrago.com, shavkinesq@gmail.com
- Sweeney Kelly on behalf of Defendant Fidelity National Information Services Inc. kelly@ksgklaw.com
- Sweeney Kelly on behalf of Defendant Worldpay Group kelly@ksgklaw.com
- Sweeney Kelly on behalf of Defendant Fidelity National Information Services Inc. dba FIS kelly@ksgklaw.com
- Sweeney Kelly on behalf of Defendant Worldpay LLC kelly@ksgklaw.com
- Tyler Powell on behalf of Counter-Claimant Richard A Marshack (TR) tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com
- Tyler Powell on behalf of Trustee Richard A Marshack (TR) tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com

**2. SERVED BY UNITED STATES MAIL**:

On **October 16, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
The Litigation Practice Group P.C.
No US Mail Copy as Mail is
diverted to the Trustee

Judge
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

20 Largest Unsecured Creditors

| | | |
|---|---|---|
| DOCUMENT FULFILLMENT SERVICES<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>2930 RAMONA AVE #100<br>SACRAMENTO, CA 95826-3838 | TUSTIN EXECUTIVE CENTER<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1630 S SUNKIST STEET, STE A<br>ANAHEIM, CA 92806-5816 | TASKUS HOLDINGS, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1650 INDEPENDENCE DR<br>NEW BRAUNFELS, TX 78132-3959 |
| SHARP BUSINESS SYSTEMS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>8670 ARGENT ST<br>SANTEE, CA 92071-4172 | OUTSOURCE ACCELERATOR LTD<br>C/O PAUL R. SHANKMAN, ESQ<br>FORTIS LLP<br>650 TOWN CENTER DRIVE, SUITE 1530<br>COSTA MESA, CA 92626 | NETSUITE-ORACLE<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>2300 ORACLE WAY<br>AUSTIN, TX 78741-1400 |

| | | |
|---|---|---|
| MC DVI FUND 1, LLC; MC DVI FUND 2, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1598 COTTONWOOD DR<br>GLENVIEW, IL 60026-7769 | MARICH BEIN LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>99 WALL STREET, STE 2669<br>NEW YORK, NY 10005-4301 | LEXISNEXUS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>15500 B ROCKFIELD BLVD<br>IRVINE, CA 92618-2722 |
| JP MORGAN CHASE<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>3 PARK PLAZA, STE 900<br>IRVINE, CA 92614-5208 | FIRST LEGAL NETWORK, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 743451<br>LOS ANGELES, CA 90074-3451 | CREDIT REPORTING SERVICE INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>548 MARKET ST, SUITE 72907<br>SAN FRANCISCO, CA 94104-5401 |
| ANTHEM BLUE CROSS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 511300<br>LOS ANGELES, CA 90051-7855 | AZEVEDO SOLUTIONS GROUPS, INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>420 ADOBE CANYON RD<br>KENWOOD, CA 95452-9048 | BUSINESS CENTERS OF AMERICA<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1100 SIR FRANCIS DRAKE BLVD, SUITE 1<br>KENTFIELD, CA 94904-1476 |
| EXELA ENTERPRISE SOLUTIONS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>2701 E. GRAUWYLER ROAD<br>IRVING, TX 75061-3414 | COLLABORATION ADVISORS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>400 DORLA COURT<br>ZEPHYR COVE, NV 89448 | EXECUTIVE CENTER LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>5960 SOUTH JONES BLVD<br>LAS VEGAS, NV 89118-2610 |
| DEBT PAY PRO<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1900 E GOLF ROAD, SUITE 550<br>SCHAUMBURG, IL 60173-5870 | DEBT VALIDATION FUND II, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>5075 LOWER VALLEY ROAD<br>ATGLEN, PA 19310-1774 | VALIDATION PARTNERS LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1300 SAWGRASS PKWY, STE 110<br>SUNRISE, FL 33323 |
| CALIFORNIA FRANCHISE TAX BOARD<br>PO BOX 942857<br>SACRAMENTO, CA 94257-0001 | LIBERTY MUTUAL<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 91013<br>CHICAGO, IL 60680-1171 | |

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 16, 2024 | Denise Weiss | /s/ Denise Weiss |
|---|---|---|
| *Date* | *Typed Name* | *Signature* |