In re: The Litigation Practice Group PC
Case no. 23-10571
MOR Supporting Documentation

Case 8:23-bk-10571-SC   Doc 1849-1   Filed 10/23/24   Entered 10/23/24 09:19:53
Desc  Schedule of Payments to Professionals   Page 1 of 1

Schedule of Payments to Professionals
For Period Ending: 9/30/2024

| Name of Professional | Role | Date of retention | Amount of any retainers received (reporting period) | Amount of any retainers received (cumulative) | Court-Approved Compensation (reporting period) | Court-Approved Compensation (cumulative) | Court-Approved Expenses (reporting period) | Court-Approved Expenses (cumulative) | Amount of retainer applied to compensation (reporting period) | Amount of retainer applied to compensation (cumulative) | Amount of retainer applied to expenses (reporting period) | Amount of retainer applied to expenses (cumulative) | Amount paid by the Estate for compensation (reporting period) | Amount paid by the Estate for compensation (cumulative) | Amount paid by the Estate for expenses (reporting period) | Amount paid by the Estate for expenses (cumulative) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nancy Rapoport | Monitor | 8/7/2023 | - | - | 35,076.00 | 73,068.32 | 287.50 | 2,624.29 | - | - | - | - | 35,076.00 | 73,068.32 | 287.50 | 2,624.29 |
| Bicher & Associates | Field Agent | 6/7/2023 | - | - | 547.20 | 36,213.60 | 15.00 | 1,273.87 | - | - | - | - | 547.20 | 36,213.60 | 15.00 | 1,273.87 |
| Lucy Thomson | Consumer Privacy | 7/17/2023 | - | - | 29,975.00 | 29,975.00 | - | - | - | - | - | - | 29,975.00 | 29,975.00 | - | - |
| Tiffany Cornelius | Legal | | - | - | - | 22,000.00 | - | - | - | - | - | - | - | 22,000.00 | - | - |
| Ashley Lambert-Bland | Legal | | - | - | - | 30,250.00 | - | - | - | - | - | - | - | 30,250.00 | - | - |
| Shadae Clarke | Legal | | - | - | - | 19,675.00 | - | - | - | - | - | - | - | 19,675.00 | - | - |
| Kelly J. Adams | Legal | | - | - | - | 42,600.00 | - | - | - | - | - | - | - | 42,600.00 | - | - |
| Panamerican Consulting, LLC | Legal | | - | - | - | 268,323.80 | - | - | - | - | - | - | - | 268,323.80 | - | - |
| Resolution Ventures | Legal | | - | - | - | 269,210.67 | - | - | - | - | - | - | - | 269,210.67 | - | - |