D. EDWARD HAYS (SBN 162507)
ehays@marshackhays.com
AARON E. DE LEEST (SBN 216832)
adeleest@marshackhays.com
ALINA MAMLYUK (SBN 284154)
amamlyuk@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

General Counsel for Richard A. Marshack,
Trustee for the Chapter 11 Bankruptcy Estate
of the Litigation Practice Group and the
LPG Liquidation Trust

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:23-bk-10571-SC |
| | Chapter 11 |
| THE LITIGATION PRACTICE GROUP P.C., | TRUSTEE'S POST-CONFIRMATION STATUS REPORT |
| Debtor. | Date: November 6, 2024<br>Time: 1:30 p.m.<br>Ctrm: Courtroom 5C – Virtual[1]<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

TO THE HONORABLE JUDGE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY

COURT JUDGE AND ALL INTERESTED PARTIES:

Pursuant to the Court's Order (Dk. No. 1646), Richard A. Marshack, in his capacities as

Chapter 11 Trustee for the bankruptcy estate of the Litigation Practice Group P.C. ("Debtor") and as

the Liquidating Trustee of the LPG Liquidation Trust (collectively, "Trustee"), respectfully submits

this post-confirmation status report ("Status Report"). This Status Report covers developments since

---

[1] This hearing date is designated Zoom Only, pursuant to Judge Clarkson's self-calendaring procedures. Video and audio connection information for each hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC.

the last status report that was filed on August 15, 2024, as Dk. No. 1512. This Status Report is made pursuant to requirements of Local Bankruptcy Rule 3020-1.

**Plan and Effective Date:** On August 29, 2024, the Court held a confirmation hearing ("Confirmation Hearing") on the Modified First Amended Joint Chapter 11 Plan of Liquidation (Dated June 14, 2024) [Dk. No. 1344] ("Plan"). On September 9, 2024, the Court entered an order confirming the Plan, as Dk. No. 1646 ("Confirmation Order"). On September 24, 2024, as Dk. No. 1762, the Trustee filed the Notice of Occurrence of the Effective Date of the Plan, which was September 24, 2024 ("Effective Date").

**1.**    **Progress Made Toward Substantial Consummation of the Plan**

**a.**    **Administrative Claims**

**i.**    **Administrative Claim Appeals**

On August 27, 2024, the Court denied the administrative expense motions of Han Trinh (Dk. No. 674) seeking $136,280.56, Phuong (aka Jayde) Trinh (Dk. No. 675) seeking $114,825.14, and Greyson Law Center, PC (Dk. No. 676) seeking $5,434,633.00. The Court entered the following Orders denying the administrative claims: Han Trinh ("Han") as Dk. No. 1548; Phuong (aka Jayde) Trinh ("Jayde") as Dk. No. 1547; and Greyson Law Center, PC ("Greyson") as Dk. No. 1546. On September 9, 2024, Han, Jayde, and Greyson each filed Notices of Appeal and Statements of Election to Bankruptcy Appellate Panel ("Admin Claim Appeals"). On September 7, 2024, the Trustee filed his Statements of Election to Proceed in U.S. District Court for all three Admin Claim Appeals. Currently, the Admin Claim Appeals are assigned the following case numbers: *Han Trinh v. Richard A. Marshack, Chapter 11 Trustee*: 8:24-cv-02077-FMO ("Han Appeal"); *Phuong Jayde Trinh v. Richard A. Marshack, Chapter 11 Trustee*: 8:24-cv-02243-FMO ("Jayde Appeal"); and *Greyson Law Center, PC v. Richard A. Marshack, Chapter 11 Trustee*: 8:24-cv-02074-FMO ("Greyson Appeal").

**ii.**    **Administrative Claim Payments**

On September 18, 2024, the Trustee made payments to the following administrative expense claimants:

- <u>14 administrative claimants with whom the Trustee previously entered into stipulations that have been approved by the court</u> (Name, Dk. No.): (1) ADP, 665; (2) Wells Marble and Hurst, PLLC, 679; (3) SDCO Tustin Executive Center, Inc., 686; (4) Melina Beltran, 693; (5) Kimberly Torres, 694; (6) Melissa Wilkes, 695, amended by 727; (7) R. Reed Pruyn, 698; (8) Jorge E. Sanchez, 700; (9) Jaslynn Sanchez, 701; (10) Amy Ginsburg, et al, 706; (11) Randall Baldwin Clark, Attorney at Law, PLLC, 707; (12) Sharp Electronics Corporation, 729; (13) Israel Orozco, 862; (14) Jennifer McLaughlin, 1363.

- <u>Two administrative claimants whose motions the Trustee did not oppose</u>: David Orr, Esq., (Dk. No. 697) in the amount of $31,068.45 and Peter Schneider (Dk. No. 702) in the amount of $67,252.77.

- <u>Two administrative claimants who did not file motions because the Court already authorized and allowed such amounts</u>:  FTL 500 Corp. in the amount of $10,000, Dk. No. 825, and River Tree, LLC, in the amount of $35,843.77, Dk. No. 522.

In all, the Trustee made 18 payments totaling of $790,106.32 to the allowed administrative expense claimants. The Trustee has made other payments to retained professionals on account of their interim fees as allowed and approved by the Court.

Currently, there are three administrative expense motions that remain pending to which the Trustee's response has been extended. The motions are set for hearings on December 5, 2024, and Trustee's responses are due November 21, 2024. Trustee's position on the remaining three administrative expense has remained unchanged since the filing of the August 15, 2024, status report:

<u>United Partnership, Dk. No. 671</u>:  United Partnerships ("UP") seeks $178,665.70 for providing leads and customer retention services to Debtor. The Trustee has concluded that he must oppose the motion because UP has not yet been able to provide any evidence that its claim arose from a post-petition transaction **with the Debtor** that directly and substantially benefitted the estate.

1  The Trustee has agreed to continue the hearing on the Motion and modify the briefing schedule to

2  provide UP with additional time to investigate and provide proof in support of its claim.

3      <u>Herret Credit Consultants, Dk. No. 708:</u>  Herret Credit Consultants ("Herret") seeks

4  $450,000.00 for post-petition services allegedly managing 65,000 consumer clients and a myriad of

5  LPG affiliate firms. The Trustee has concluded that he must oppose the motion because UP has not

6  yet been able to provide any evidence that its claim arose from a post-petition transaction **with the**

7  ***Debtor*** (and not non-Debtor entities that received fraudulent transfers of the Debtor's assets) that

8  directly and substantially benefitted the estate. The Trustee has agreed to continue the hearing on the

9  Motion and modify the briefing schedule on the Motion to allow Herret time to complete its

10  investigation and attempt to meet its burden of proof.

11      <u>Alteryx, Dk. No. 750:</u>  Alteryx seeks $703,089.94 based on a March 2022 sublease

12  agreement between Alteryx and Innovative Solutions, Inc. ("Innovative") for property located at

13  3345 Michelson Drive, Suites 400 and 490, and 3347 Michelson Drive, Suite 400 in Irvine, CA

14  ("Alteryx Property"). The Debtor was not a party to the sublease and did not receive any benefit in

15  return for providing (1) a guaranty and (2) an irrevocable letter of credit ("LOC") in the amount of

16  $409,206.31 to Alteryx as part of Innovative's sublease. The Trustee prepared an adversary

17  proceeding against Alteryx ("Alteryx Adversary") which would seek avoidance and recovery of

18  fraudulent transfers including the cancellation of LPG's guaranty, its pledge of cash in support of the

19  LOC which Alteryx has completely exhausted, and over $1 million of payments made on account of

20  obligations under the sublease. After preparation of the Alteryx Adversary, because the stated

21  amount in controversy exceeds $1,000,000, pursuant to Section 2.10(c)(i) of the Liquidation Trust

22  Agreement included in the Plan, the Trustee obtained consent of the Post-Confirmation Committee[2]

23  to make a counteroffer to Alteryx which was accepted. The Trustee is in the process of documenting

24  the proposed agreement.

25

26

27

28  [2] Post-Confirmation Committee is defined in Section 2.10(a) of the Liquidation Trust Agreement as the oversight board formed on the Effective Date after the Official Committee of Unsecured Creditors is dissolved.

### iii.  Improperly Designated Administrative Claims

The Trustee identified 70 parties that filed proofs of claim marking the box stating it was an administrative claim entitled to administrative priority status under 11 U.S.C. §503(b)(9) or as a broader administrative claim under 11 U.S.C. §503(b). After a thorough review of these proofs of claim and the evidence attached to them, the Trustee determined that these proofs of claims were not entitled to administrative priority. On September 24, 2024, the Trustee filed an Omnibus Objection to Proofs of Claim Filed for Alleged Administrative Claims as Dk. No. 1747 ("Omnibus Objection to Alleged Admin Claims"). The total amount of the Omnibus Objection to Alleged Admin Claims is at least $849,841.16.[3] The hearing on the Omnibus Objection to Alleged Admin Claims is set on November 14, 2024 (Dk. No. 1747).

### b.  Trustee's Filed Objections to Claims

The Trustee has been investigating and verifying proofs of claims that have been filed with the bankruptcy court and with the Court-approved claims agent, Omni Agent Solutions ("Omni") and filing appropriate objections. In addition to filing the Omnibus Objection to Alleged Admin Claims (supra), the Trustee filed the following objections.

On September 13, 2024, the Trustee filed Objection to Unified Global Research Group, Inc's ("Unified") Proof of Claim No. 23 in the amount of $6,155,125.60 as Dk. No. 1686 ("Unified Objection"). Currently, the hearing on the Unified Objection is set on November 26, 2024.

On September 19, 2024, the Trustee filed Omnibus Objection to Proofs of Claim filed by (I) Phuong "Jayde" Trinh; (II) Sheri Chen; (III) Justin Nguyen; (IV) Han Trinh; (V) Israel Orozco; (VI) Scott Eadie; (VII) Kevin Kurka; and (VIII) Azevedo Solutions Group, Inc as Dk. No. 1707 ("Insiders Objection"). The amounts of claims in the Insiders Objection are as follows:

- Phuong "Jayde" Trinh: $14,423.08 (Proof of Claim No. 75)
- Sheri Chen: $12,083.19 (Proof of Claim No. 77)
- Justin Nguyen: $23,884.20, including priority claim of $15,150.00 for unpaid wages (Proof of Claim No. 78)

---

[3] Some of the proofs of claim did not properly indicate the amount of the administrative claim and are therefore not included in this total.

- Han Trinh: $24,310.23 (Proof of Claim No. 79)
- Israel Orozco: $53,729.31, including priority claim of $24,310.23 for unpaid wages (Proof of Claim No. 104)
- Scott Eadie: $31,249.99 (Proof of Claim No. 193)
- Kevin Kurka: $575,000.00, including priority claim of $15,150.00 for unpaid wages (Proof of Claim No. 101651)
- Azevedo Solutions Group, Inc.: $475,200.00 (Proof of Claim No. 100232)

Currently, the Insiders Objection is partially granted as to the claims filed by Sheri Chen and Justin Nguyen as per Court order entered on October 16, 2024, as Dk. No. 1827. The hearing on the remaining six claims listed in the Insiders Objection is set for October 24, 2024, and November 13, 2024.

On September 20, 2024, the Trustee filed Omnibus Objection to Alleged 11 U.S.C. §507(A)(4) Priority Claims that Exceed Statutory Cap naming six claimants whose proofs of claims exceeded the statutory cap pursuant to §507(A)(4) ("Stat Cap Objection I") as Dk. No. 1715. The hearing on Stat Cap Objection I is currently set on November 14, 2024. On October 18, 2024, the Court approved Trustee's stipulation with Jennifer Ann McLaughlin ("McLaughlin"), one of the claimants named in Stat Cap Objection I. The order, entered as Dk. No. 1843, caps the McLaughlin priority portion at $15,150 and reclassified $3,764.77 as an unsecured claim and vacated the November 14, 2024, hearing as to McLaughlin only.

On September 20, 2024, the Trustee filed Omnibus Objection to Alleged 11 U.S.C. §507(A)(4) Priority Wage Benefit Claims filed by Non-Employees ("Non-Employee Wage Objection") as Dk. No. 1717. The hearing on Non-Employee Wage Objection is set on November 14, 2024.

On September 20, 2024, the Trustee filed Objection to the Claims Filed by Olga Lucia Esquivel ("Esquivel Objection") as Dk. No. 1719 which proposes disallowing 14 claims totaling $170,895.95 filed by Olga Esquivel. The hearing on Esquivel Objection is set on November 14, 2024.

On September 20, 2024, the Trustee filed Omnibus Objection to Duplicative Priority Proofs of Claims ("Duplicative Claims Objection") as Dk. No. 1728. The hearing on Duplicative Claims Objection is set on November 14, 2024.

On October 3, 2024, the Trustee filed Objection to Priority Claim No. C 571-101407 filed by Alexandria Marie Campos for Exceeding the Statutory Cap ("Stat Cap Objection II") as Dk. No. 1783. The hearing on Stat Cap Objection II is set on December 5, 2024.

On October 3, 2024, the Trustee filed Objection to Alleged Priority Claim No. 2410-1 Filed by Alexis Johnson That Exceeds the Statutory Cap ("Stat Cap Objection III") as Dk. No. 1784. The hearing on Stat Cap Objection III is set on December 5, 2024.

On October 3, 2024, the Trustee filed Omnibus Objection to Alleged Priority Claims that Lack Evidence Supporting Priority Status ("Non-Evidenced Priority Objection") as Dk. No. 1785. The hearing on Non-Evidenced Priority Objection is set on December 5, 2024.

### c.  Litigation Targets

Since the August 15, 2024, status report, the Trustee has filed the following additional avoidance complaints.

- Dk. No. 1535; 8:24-ap-01115; Trustee's complaint against MPowering America, LLC and Matthew Lovelady.

- Dk. No. 1596; 8:24-ap-01120; Trustee's complaint against Colonna Cohen Law, PLLC.

- Dk. No. 1841; 8:24-ap-01138; Trustee's complaint against New Vision Debt, LLC.

The Trustee has sent approximately 178 demand letters to additional litigation targets based on Trustee's investigation of avoidable transfers including fraudulent conveyances, preferences, and unauthorized postpetition transactions. Currently, approximately 125 targets have not yet responded. The Trustee is processing responses to the demand letters and finalizing a list of transferees to be sued. The Trustee anticipates recovering millions of dollars on account of these claims.

In addition, on October 8, 2024, the Court approved a settlement between the Trustee and New Horizon Finance, LLC ("New Horizon"), as Dk. No. 1799. The Trustee initiated adversary Dk. No. 8:24-ap-01017-SC against New Horizon as one of marketing affiliates that engaged in the

7

1  solicitation of illegal capping of consumers. Pursuant to the Court's order, New Horizon shall pay

2  the Trustee $90,000.00 in exchange of release of claims and the Trustee will dismiss the adversary.

3  **d.  Status of Trustee's Funds in Administering the Estate**

4  Per the Monthly Operating Report filed on October 23, 2024, as Dk. No. 1849, as of

5  September 30, 2024, the Estate has cash in the amount of $10,110,057. This amount has been

6  reduced after payment of court-approved fees and costs to retained professionals.

7  Additional substantial recoveries are expected to be recovered from Morning Law Group

8  pursuant to the Court-approved sale and from litigation recoveries.

9  **e.  Status of Secured Creditors and Related Litigation**

10  Current Status of Secured Creditors

11  OHP / PurchaseCo ("OHP"): On August 28, 2024, the Court approved the settlement

12  agreement between the Trustee and OHP as Dk. No. 1563.

13  Bridge Funding CAP, LLC d/b/a/ Fundura Capital, MNS Funding, LLC, Azzure Capital

14  LLC, Diverse Capital, LLC, PECC Corp, Proof Positive LLC, MC DVI Fund 1 LLC, MC DVI Fund

15  2 LLC, Debt Validation Fund II LLC, Venture Partners LLC: These Secured Creditors have all been

16  named as defendants in the adversary 8:24-ap-01011-SC that the Trustee filed on January 26, 2024

17  ("Secured Creditor Adversary") seeking, *inter alia*, declaratory judgment as to validity of their

18  secured interests. The following is the status of Trustee's resolution with various defendants in the

19  Secured Creditor Adversary since the August 15, 2024, status report:

20  - The Trustee filed Summary Judgment Motions against Bridge Funding; Azzure

21  Capital; Diverse Capital, and PECC.

22  o   On August 27, 2024, the Court granted summary judgment in favor of the

23  Trustee and against Bridge Funding as Secured Creditor Adversary Dk. No.

24  150. On September 20, 2024, Bridge Funding filed an appeal of the denial of

25  summary judgment, currently known as case number 8:24-cv-02043-FMO.

26  o   The Trustee has agreed to participate in mediation with Azzure Capital. In the

27  meantime, Azzure Capital has agreed to release its $5 million lien from

28  money that was to be paid upon effective date and to obtain a replacement lien

on other assets of the estate including litigation proceeds. The hearing on the Summary Judgment Motion against Azzure Capital is continued to November 13, 2024, at 11:00 a.m per Secured Creditor Adversary Dk. No. 147.

- o The Trustee negotiated a settlement with Diverse Capital ("Diverse"). On September 3, 2024, the Court approved the settlement between the Trustee and Diverse as Dk. No. 1609. On September 19, 2024, the Trustee dismissed Diverse from the Secured Creditor Adversary as adversary Dk. No. 158.
- o On August 15, 2024, the Court granted summary judgment in favor of the Trustee and against PECC as Secured Creditor Adversary Dk. No. 144.

- **MNS Funding**: On September 3, 2024, the Court approved the settlement between the Trustee and MNS Funding as Dk. No. 1610.

**f.    Trustee's Original Adversary Proceeding:**

*Marshack v. Diab et al* (Dk. No. 93; 8:23-ap-01046-SC).[4] The Trustee's complaint against Tony Diab, Daniel S. March, Rosa Bianca Loli, and approximately 45 other defendants is the largest adversary currently pending in this bankruptcy case.

On October 9, 2024, the Trustee filed Motion for leave to file the Fifth Amended Complaint as 1046 Adv. Dk. No. 632. The Fifth Amended Complaint will encompass new claims learned during Trustee's investigation and discovery into the defendants' wrongful conduct against the Estate. Postconfirmation, the Trustee has served additional subpoenas on Visa, Inc., American Express National Bank, and Umpqua Holdings Corporation, D.B.A. Umpqua Bank. The Trustee has been receiving documents from banking institutions subpoenaed pre- and post-confirmation and has been analyzing them to aid in the *Marshack v. Diab* adversary.

**2.    Schedule Of Payments**

In addition to payment of administrative claims outlined above which became due on the Effective Date, the Trustee has made payments outlined in the attached Schedule of Payments to Professionals.

---

[4] The docket entries for this adversary are referred to as 1046 Adv. Dk. No. 93 of the main case.

On October 1, 2024, the Court entered an Omnibus Order Granting Applications for Compensation and Reimbursement of Expenses as Dk. No. 1778 ("Omnibus Payment Order"). These included applications by the Trustee and the professionals employed by the Trustee. These payments have or will be made according to the Omnibus Payment Order and approved stipulations entered into by the Trustee. The next post-confirmation status report due in 120 days will include a schedule of payments made according to the Omnibus Payment Order.

On October 22, 2024, as Dk. No. 1847, the Court denied in its entirety the application for payment of Interim Fees in the amount of $82,500 filed by Khang & Khang LLP, Debtor's former counsel. The Court approved $1,857.30 to be paid to Khang & Khang LLP for Interim Expenses only.

**3.      Schedule of any and all Post-Confirmation Tax Liabilities**

There have been no postconfirmation tax liabilities that have accrued or come due post-confirmation. The next post-confirmation status report will be due in 120 days, at which point the Trustee will have a more comprehensive tax liability schedule to report to the Court.

**4.      Projections to the Trustee's Ability to Comply With the Terms of the Plan**

The Trustee has not encountered any difficulties in complying with the terms of the Plan and has been pursuing the exact course of action outlined in the August 15, 2024, status report, and the Court's confirmation order. At this point, the Trustee does not project any upcoming difficulties in complying with the terms of the Plan.

**5.      Estimate of the Date for Plan Consummation and Application for Final Decree**

The Trustee anticipates that the Plan will be substantially consummated upon the transfer of the remaining assets from the bankruptcy estate to the liquidating trust. The Trustee will file an application for final decree once the Estate has been fully administered.

**6.      Conclusion**

As outlined in this Status Report, the Trustee believes that significant progress has been made toward substantial consummation. The Trustee's active pursuit of litigation has already resulted in recovering substantial amounts; these recoveries are anticipated to substantially increase as the Trustee files more avoidance complaints on what is expected to be more than 150 transferees.

1   The Trustee projects that recoveries for the benefit of allowed creditors will align with the

2   projections set forth in the Plan.

3

4   DATED: October 23, 2024                    MARSHACK HAYS WOOD LLP

5                                              By:  /s/ D. Edward Hays
6                                                   D. EDWARD HAYS
                                                    AARON E. DE LEEST
7                                                   ALINA MAMLYUK
                                                    General Counsel for Richard A.
8                                                   Marshack, Trustee for the
                                                    Chapter 11 Bankruptcy Estate of
9                                                   the Litigation Practice Group and
                                                    the LPG Liquidation Trust
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 1

In re: The Litigation Practice Group PC
Case no. 23-10571
MOR Supporting Documentation

Schedule of Payments to Professionals
For Period Ending: 9/30/2024

| Name of Professional | Role | Date of retention | Amount of any retainers received (reporting period) | Amount of any retainers received (cumulative) | Court-Approved Compensation (reporting period) | Court-Approved Compensation (cumulative) | Court-Approved Expenses (reporting period) | Court-Approved Expenses (cumulative) | Amount of retainer applied to compensation (reporting period) | Amount of retainer applied to compensation (cumulative) | Amount of retainer applied to expenses (reporting period) | Amount of retainer applied to expenses (cumulative) | Amount paid by the Estate for compensation (reporting period) | Amount paid by the Estate for compensation (cumulative) | Amount paid by the Estate for expenses (reporting period) | Amount paid by the Estate for expenses (cumulative) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nancy Rapoport | Monitor | 8/7/2023 | - | - | 35,076.00 | 73,068.32 | 287.50 | 2,624.29 | - | - | - | - | 35,076.00 | 73,068.32 | 287.50 | 2,624.29 |
| Bicher & Associates | Field Agent | 6/7/2023 | - | - | 547.20 | 36,213.60 | 15.00 | 1,273.87 | - | - | - | - | 547.20 | 36,213.60 | 15.00 | 1,273.87 |
| Lucy Thomson | Consumer Privacy | 7/17/2023 | - | - | 29,975.00 | 29,975.00 | - | - | - | - | - | - | 29,975.00 | 29,975.00 | - | - |
| Tiffany Cornelius | Legal | | - | - | - | 22,000.00 | - | - | - | - | - | - | - | 22,000.00 | - | - |
| Ashley Lambert-Bland | Legal | | - | - | - | 30,250.00 | - | - | - | - | - | - | - | 30,250.00 | - | - |
| Shadae Clarke | Legal | | - | - | - | 19,675.00 | - | - | - | - | - | - | - | 19,675.00 | - | - |
| Kelly J. Adams | Legal | | - | - | - | 42,600.00 | - | - | - | - | - | - | - | 42,600.00 | - | - |
| Panamerican Consulting, LLC | Legal | | - | - | - | 268,323.80 | - | - | - | - | - | - | - | 268,323.80 | - | - |
| Resolution Ventures | Legal | | - | - | - | 269,210.67 | - | - | - | - | - | - | - | 269,210.67 | - | - |

DRAFT FORM - SUBJECT TO CHANGE

**Exhibit "1"**
**Page 12**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **CHAPTER 11 TRUSTEE'S POSTCONFIRMATION STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 23, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **October 23, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR – MAIL REDIRECTED TO TRUSTEE**
THE LITIGATION PRACTICE GROUP P.C.
~~17542 17TH ST~~
~~SUITE 100~~
~~TUSTIN, CA 92780-1981~~

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 23, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 23, 2024 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **INTERESTED PARTY COURTESY NEF:** Kyra E Andrassy    kandrassy@raineslaw.com,
  bclark@raineslaw.com;jfisher@raineslaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Bradford
  Barnhardt**    bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR AFFIRMA, LLC and CREDITOR OXFORD KNOX, LLC: Eric
  Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com
- **ATTORNEY FOR DEFENDANT LEUCADIA ENTERPRISES, INC.: Michael Jay
  Berger**    michael.berger@bankruptcypower.com,
  yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **INTERESTED PARTY COURTESY NEF:** Ethan J Birnberg    birnberg@portersimon.com,
  reich@portersimon.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Peter W
  Bowie**    peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC: Ronald K
  Brown**    ron@rkbrownlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Christopher
  Celentino**    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **INTERESTED PARTY COURTESY NEF: Shawn M Christianson**    cmcintire@buchalter.com,
  schristianson@buchalter.com
- **INTERESTED PARTY COURTESY NEF: Randall Baldwin Clark**    rbc@randallbclark.com
- **ATTORNEY FOR DEFENDANT LISA COHEN and DEFENDANT ROSA BIANCA LOLI: Leslie A
  Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **ATTORNEY FOR DEFENDANT MORNING LAW GROUP, P.C.: Michael W Davis**    mdavis@dtolaw.com,
  ygodson@dtolaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Aaron E. De Leest
  adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF: Anthony Paul Diehl**    anthony@apdlaw.net,
  Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net
- **INTERESTED PARTY COURTESY NEF: Ashley Dionisio**    adionisio@omniagnt.com
- **ATTORNEY FOR INTERESTED PARTY NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY
  ATTORNEYS and INTERESTED PARTY NATIONAL CONSUMER BANKRUPTCY RIGHTS CENTER : Jenny
  L Doling**    jd@jdl.law,
  dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- **ATTORNEY FOR CREDITOR CAROLYN BEECH: Daniel A Edelman**    dedelman@edcombs.com,
  courtecl@edcombs.com
- **INTERESTED PARTY COURTESY NEF: Howard M Ehrenberg**    Howard.Ehrenberg@gmlaw.com,
  hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmla
  w.com
- **CREDITOR: Meredith Fahn**    fahn@sbcglobal.net
- **INTERESTED PARTY COURTESY NEF:** Jeremy Faith    Jeremy@MarguliesFaithlaw.com,
  Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **ATTORNEY FOR CREDITOR VALIDATION PARTNERS LLC: William P
  Fennell**    william.fennell@fennelllaw.com,
  luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelll
  aw.com;samantha.larimer@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com
- **INTERESTED PARTY COURTESY NEF: Alan W Forsley**    alan.forsley@flpllp.com,
  awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- **ATTORNEY FOR DEFENDANT CLEAR VISION LLC dba LIBERTY1 FINANCIAL: Marc C
  Forsythe**    mforsythe@goeforlaw.com,
  mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jeremy
  Freedman**    jeremy.freedman@dinsmore.com, nicolette.murphy@dinsmore.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

- **ATTORNEY FOR CREDITOR HERRET CREDIT: Eric Gassman**    erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Christopher Ghio**    christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- **ATTORNEY FOR CREDITOR AMY GINSBURG; CREDITOR KENTON COBB; and CREDITOR SHANNON BELLFIELD: Amy Lynn Ginsburg**    efilings@ginsburglawgroup.com
- **ATTORNEY FOR DEFENDANT STRIPE, INC: Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **ATTORNEY FOR CREDITOR AFFIRMA, LLC; CREDITOR ANAHEIM ARENA MANAGEMENT, LLC; CREDITOR ANAHEIM DUCKS HOCKEY CLUB, LLC; and CREDITOR OXFORD KNOX, LLC: Jeffrey I Golden**    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com; lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC: Richard H Golubow**    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **ATTORNEY FOR CREDITOR UNITED PARTNERSHIPS, LLC: David M Goodrich**    dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Spencer Keith Gray    spencer.gray@dinsmore.com
- **INTERESTED PARTY COURTESY NEF:** Stella A Havkin    stella@havkinandshrago.com, shavkinesq@gmail.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR CITY CAPITAL NY: Alan Craig Hochheiser**    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC: Garrick A Hollander**    ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **ATTORNEY FOR CREDITOR SHARP ELECTRONICS CORPORATION: Brian L Holman**    b.holman@musickpeeler.com
- **INTERESTED PARTY COURTESY NEF: Richard L. Hyde**    rhyde@awglaw.com
- **ATTORNEY FOR INTERESTED PARTY MERCHANTS CREDIT CORPORATION: Peter L Isola**    pisola@hinshawlaw.com, rmojica@hinshawlaw.com,iking@hinshawlaw.com
- **ATTORNEY FOR CREDITOR, PLAINTIFF, and COUNTER-DEFENDANT OHP-CDR, LP and PLAINTIFF and COUNTER-DEFENDANT PURCHASECO 80, LLC: Razmig Izakelian**    razmigizakelian@quinnemanuel.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Veneeta Jaswal**    veneeta.jaswal@dinsmore.com, bonnie.connolly@dinsmore.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Sara Johnston**    sara.johnston@dinsmore.com
- **ATTORNEY FOR FIDELITY NATIONAL INFORMATION SERVICES, INC. DBA FIS: Sweeney Kelly**    kelly@ksgklaw.com
- **ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP P.C.: Joon M Khang**    joon@khanglaw.com
- **ATTORNEY FOR INTERESTED PARTY AD HOC CONSUMER CLAIMANTS COMMITTEE: Ira David Kharasch**    ikharasch@pszjlaw.com
- **ATTORNEY FOR DEFENDANT GALLANT LAW GROUP: Meredith King**    mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS: Nicholas A Koffroth**    nkoffroth@foxrothschild.com, khoang@foxrothschild.com
- **ATTORNEY FOR DEFENDANT MARICH BEIN, LLC: David S Kupetz**    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

- **INTERESTED PARTY COURTESY NEF: Christopher J Langley**    chris@slclawoffice.com, langleycr75251@notify.bestcase.com;ecf123@casedriver;john@slclawoffice.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Kelli Ann Lee**    Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com
- **ATTORNEY DEFENDANT OPTIMUMBANK HOLDINGS, INC: Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, P.C.; DEFENDANT LGS HOLDCO, LLC; INTERESTED PARTY CONSUMER LEGAL GROUP, P.C.; and INTERESTED PARTY LIBERTY ACQUISITIONS GROUP INC: Daniel A Lev**    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **ATTORNEY FOR INTERESTED PARTY REVOLV3, INC.: Britteny Leyva**    bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com
- **INTERESTED PARTY COURTESY NEF ADVERSARY PROCEEDING #: 8:23-AP-01148-SC: Marc A Lieberman**    marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- **ATTORNEY FOR CREDITOR PHILLIP A GREENBLATT, PLLC: Michael D Lieberman**    mlieberman@lipsonneilson.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Yosina M Lissebeck**    Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;Wendy.Yones@dinsmore.com
- **ATTORNEY FOR CREDITOR FUNDURA CAPITAL GROUP: Mitchell B Ludwig**    mbl@kpclegal.com, kad@kpclegal.com
- **INTERESTED PARTY AND ATTORNEY: Daniel S March**    marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **ATTORNEY FOR CREDITOR and DEFENDANT GREYSON LAW CENTER PC, CREDITOR and DEFENDANT HAN TRINH; and CREDITOR and DEFENDANT PHUONG (JAYDE) TRINH: Kathleen P March**    kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **ATTORNEY FOR CREDITOR DAVID ORR: Mark J Markus**    bklawr@bklaw.com, markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com
- **CHAPTER 11 TRUSTEE: Richard A Marshack (TR)**    pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Laila Masud**    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Sarah S. Mattingly**    sarah.mattingly@dinsmore.com
- **INTERESTED PARTY COURTESY NEF: William McCormick**    Bill.McCormick@ag.tn.gov
- **ATTORNEY FOR US TRUSTEE: Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **INTERESTED PARTY COURTESY NEF: Byron Z Moldo**    bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com
- **ATTORNEY FOR CREDITOR ADP, INC: Glenn D. Moses**    gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jamie D Mottola**    Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com
- **INTERESTED PARTY COURTESY NEF: Alan I Nahmias**    anahmias@mbn.law, jdale@mbn.law
- **INTERESTED PARTY COURTESY NEF: Victoria Newmark**    vnewmark@pszjlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jacob Newsum-Bothamley**    jacob.bothamley@dinsmore.com, angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- **ATTORNEY FOR US TRUSTEE: Queenie K Ng**    queenie.k.ng@usdoj.gov
- **CREDITOR: Israel Orozco**    israel@iolawcorp.com
- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS: Keith C Owens**    kowens@foxrothschild.com, khoang@foxrothschild.com
- **ATTORNEY FOR DEFENDANT OPTIMUMBANK HOLDINGS, INC.: Lisa Patel**    lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC: Michael R Pinkston**    rpinkston@seyfarth.com,

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com

- **ATTORNEY FOR DEFENDANT SCOTT JAMES EADIE: Douglas A Plazak**    dplazak@rhlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Tyler Powell**    tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;rosetta.mitchell@dinsmore.com
- **ATTORNEY FOR DEFENDANT TOUZI CAPITAL, LLC and DEFENDANT ENG TAING: Daniel H Reiss**    dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, PC: Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Vanessa Rodriguez**    vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com
- **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC: Kevin Alan Rogers**    krogers@wellsmar.com
- **ATTORNEY FOR CREDITOR MARI AGAPE: Gregory M Salvato**    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **ATTORNEY FOR CREDITOR AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC: Olivia Scott**    olivia.scott3@bclplaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jonathan Serrano**    jonathan.serrano@dinsmore.com
- **ATTORNEY FOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC: Maureen J Shanahan**    Mstotaro@aol.com
- **ATTORNEY FOR CREDITORS UNITED PARTNERSHIPS, LLC and MNS FUNDING LLC: Paul R Shankman**    PShankman@fortislaw.com, info@fortislaw.com
- **ATTORNEY FOR INTERESTED PARTY MORNING LAW GROUP, PC: Zev Shechtman**    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com
- **INTERESTED PARTY COURTESY NEF: Jeffrey M Singletary**    jsingletary@swlaw.com, rmckay@swlaw.com
- **ATTORNEY FOR CREDITOR PIONEER FUNDING GROUP, LLC: Adam D Stein-Sapir**    info@pfllc.com
- **ATTORNEY FOR DEFENDANT BANKUNITED, N.A.: Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): John H. Stephens**    john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com
- **ATTORNEY FOR CREDITOR ALTERYX, INC.: Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Matthew J Stockl**    matthew.stockl@dinsmore.com, katrice.ortiz@dinsmore.com
- **ATTORNEY FOR CREDITOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC and INTERESTED PARTY RANDALL BALDWIN CLARK: Michael R Totaro**    Ocbkatty@aol.com
- **US TRUSTEE: United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR WITNESS BRADFORD LEE 8:23-ap-01046-SC: William J Wall**    wwall@wall-law.com
- **ATTORNEY FOR CREDITOR and DEFENDANT AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC: Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- **ATTORNEY FOR CREDITOR DEBT RELIEF GROUP, LLC: Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com
- **CLAIM AGENT FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Reina Zepeda**    rzepeda@omniagnt.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:

**20 LARGEST CREDITOR**
ANTHEM BLUE CROSS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 511300
LOS ANGELES, CA 90051-7855

**20 LARGEST CREDITOR**
AZEVEDO SOLUTIONS GROUPS, INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
420 ADOBE CANYON RD
KENWOOD, CA 95452-9048

**RTD 02/05/24 UTF**
**20 LARGEST CREDITOR**
BUSINESS CENTERS OF AMERICA
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1100 SIR FRANCIS DRAKE BLVD,
SUITE 1
KENTFIELD, CA 94904-1476

**20 LARGEST CREDITOR**
CALIFORNIA FRANCHISE TAX
BOARD
PO BOX 942857
SACRAMENTO, CA 94257-0001

**RTD 05/30/23 UTF**
**X-20**
COLLABORATION ADVISORS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
~~400 DORLA COURT~~
~~ZEPHYR COVE, NV 89448~~

**20 LARGEST CREDITOR**
CREDIT REPORTING SERVICE INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
548 MARKET ST, SUITE 72907
SAN FRANCISCO, CA 94104-5401

**20 LARGEST CREDITOR**
DEBT PAY PRO
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1900 E GOLF ROAD, SUITE 550
SCHAUMBURG, IL 60173-5870

**20 LARGEST CREDITOR**
DEBT VALIDATION FUND II, LLC
C/O GARRICK A HOLLANDER
WINTHROP GOLUBOW HOLLANDER
LLP
1301 DOVE STREET, 5TH FLOOR
NEWPORT BEACH, CA 92660

**20 LARGEST CREDITOR**
DEBT VALIDATION FUND II, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
5075 LOWER VALLEY ROAD
ATGLEN, PA 19310-1774

**20 LARGEST CREDITOR**
DOCUMENT FULFILLMENT
SERVICES
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
2930 RAMONA AVE #100
SACRAMENTO, CA 95826-3838

**20 LARGEST CREDITOR**
EXECUTIVE CENTER LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
5960 SOUTH JONES BLVD
LAS VEGAS, NV 89118-2610

**20 LARGEST CREDITOR / POC
ADDRESS**
EXELA ENTERPRISE SOLUTIONS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
2701 E. GRAUWYLER ROAD
IRVING, TX 75061-3414

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          **F 9013-3.1.PROOF.SERVICE**

**20 LARGEST CREDITOR / POC ADDRESS**
FIRST LEGAL NETWORK, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 743451
LOS ANGELES, CA 90074-3451

**RTD 10/03/23 UTF**
**20 LARGEST CREDITOR**
MARICH BEIN LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
~~99 WALL STREET, STE 2669~~
~~NEW YORK, NY 10005-4301~~

**20 LARGEST CREDITOR / POC ADDRESS**
OUTSOURCE ACCELERATOR LTD
C/O PAUL R. SHANKMAN, ESQ
FORTIS LLP
650 TOWN CENTER DRIVE, SUITE
1530
COSTA MESA, CA 92626

**20 LARGEST CREDITOR**
TUSTIN EXECUTIVE CENTER
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1630 S SUNKIST STEET, STE A
ANAHEIM, CA 92806-5816

**RTD 12/05/23 UTF**
**20 LARGEST CREDITOR**
JP MORGAN CHASE
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
~~3 PARK PLAZA, STE 900~~
~~IRVINE, CA 92614-5208~~

**20 LARGEST CREDITOR**
MC DVI FUND 1, LLC; MC DVI FUND 2,
LLC
C/O GARRICK A HOLLANDER
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
1598 COTTONWOOD DR
GLENVIEW, IL 60026-7769

**20 LARGEST CREDITOR**
SHARP BUSINESS SYSTEMS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
8670 ARGENT ST
SANTEE, CA 92071-4172

**RTD 06/05/23 UTF**
**20 LARGEST CREDITOR**
VALIDATION PARTNERS LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
~~1300 SAWGRASS PKWY, STE 110~~
~~SUNRISE, FL 33323~~

**RTD 01/26/24 UTF**
**20 LARGEST CREDITOR**
LEXISNEXUS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
~~15500 B ROCKFIELD BLVD~~
~~IRVINE, CA 92618-2722~~

**20 LARGEST CREDITOR**
NETSUITE-ORACLE
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
2300 ORACLE WAY
AUSTIN, TX 78741-1400

**RTD 10/16/23 UTF**
**20 LARGEST CREDITOR**
TASKUS HOLDINGS, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
~~1650 INDEPENDENCE DR~~
~~NEW BRAUNFELS, TX 78132-3959~~

**SECURED CREDITOR / POC ADDRESS**
AZZURE CAPITAL LLC
C/O SHARON Z. WEISS
BRYAN CAVE LEIGHTON PAISNER
LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

**SECURED CREDITOR / POC ADDRESS**
CITY CAPITAL NY
C/O MAURICE WUTSCHER LLP
23611 CHAGRIN BLVD. SUITE 207
BEACHWOOD, OH 44122-5540

**RTD 06/14/23 UTF**
**SECURED CREDITOR**
CITY CAPITAL NY
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
~~1135 KANE CONCOURSE~~
~~BAY HARBOUR ISLANDS, FL 33154-2025~~

**SECURED CREDITOR**
DIVERSE CAPITAL LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
323 SUNNY ISLES BLVD, STE 503
SUNNY ISLES, FL 33160-4675

**RTD 12/22/23 UTF**
**SECURED CREDITOR**
FUNDURA CAPITAL GROUP
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
~~80 BROAD STREET, STE 3303~~
~~NEW YORK, NY 10004-2845~~

**SECURED CREDITOR / POC ADDRESS**
FUNDURA CAPITAL GROUP
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
1545 ROUTE 202, SUITE 101
POMONA, NY 10970

**RTD 2/5/24 UTF**
**SECURED CREDITOR**
GREEN FUND NY
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
~~276 5TH AVENUE, ROOM 704~~
~~BROOKLYN, NY 10001~~

**RTD 11/8/23 UTF**
**SECURED CREDITOR**
MCA CAPITAL HOLDINGS LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
~~254 32ND STREET, BLDG 2 C303~~
~~BROOKLYN, NY 11232~~

**SECURED CREDITOR / POC ADDRESS**
MNS FUNDING LLC
C/O PAUL R. SHANKMAN
FORTIS LLP
650 TOWN CENTER DRIVE, SUITE
1530
COSTA MESA, CA 92626

**SECURED CREDITOR / POC ADDRESS**
OHP-CDR, LP
C/O JEREMY ANDERSEN, RAZMIG
IZAKELIAN
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 S. FIGUEROA STREET, 10TH
FLOOR
LOS ANGELES, CA 90017

**SECURED CREDITOR / POC ADDRESS**
PECC CORP.
C/O RUSTY O'KANE
3131 MCKINNEY AVENUE, SUITE
500
DALLAS, TX 75204

**SECURED CREDITOR / POC ADDRESS**
RIVER TREE LLC
C/O MAYS JOHNSON LAW FIRM
21 BATTERY PARK AVE, SUITE 201
ASHEVILLE, NC 28801

**SECURED CREDITOR / POC ADDRESS**
VENTURE PARTNERS LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1309 COFFEEN AVENUE, STE 1200
SHERIDAN, WY 82801

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.