|  | FOR COURT USE ONLY<br><br>8:23-bk-10571-SC<br><br>FILED<br>OCT 31 2024<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:            Deputy Clerk |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION**** ||
| Name of Debtor(s) listed on the bankruptcy case: | CASE NO.:<br><br>CHAPTER: |
| | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by: ☐ Debtor  ☐ Joint-Debtor  ☒ Creditor
   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s): Janice Langford
   Mailing Address: 1021 Washington Ave Apt 510
   City, State, Zip Code: St. Louis, MO 63101

3. **New Address:**
   Mailing Address: 245 Union Blvd Apt 811
   City, State, Zip Code: St. Louis, MO, 63108

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 9/18/24

Janice Langford
Requestor's printed name(s)

_____
Requestor's signature(s)

_____
Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                                                             F 1002-1.3.CHANGE.ADDRESS