JOSHUA R. TEEPLE, CPA
Grobstein Teeple LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
Telephone: (949) 381-5655
Facsimile: (949) 381-5665
Email:    jteeple@gtllp.com; documents@gtllp.com

Accountants for Richard A. Marshack, Chapter 11 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No.: 8:23-bk-10571-SC |
| **THE LITIGATION PRACTICE GROUP P.C.,** | Chapter 11 |
| | **SECOND AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GROBSTEIN TEEPLE, LLP AS ACCOUNTANTS FOR THE CHAPTER 11 TRUSTEE; DECLARATION OF DIMPLE MEHRA IN SUPPORT THEREOF** |
| Debtor. | Date:  January 14, 2025 Time: 10:00 a.m. Ctrm: 5C |
| | U.S. Bankruptcy Court 411 West Fourth Street Santa Ana, California 92701 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE:**

GROBSTEIN TEEPLE LLP ("Applicant" or "GT" or the "Firm"), accountants for the Chapter 11 Trustee of The Litigation Practice Group P.C. (the "Debtor") in the above-referenced case, represents the following in support of this *Second and Final Application for Compensation and Reimbursement of Expenses of Grobstein Teeple, LLP as Accountants for the Chapter 11 Trustee*

("Final Application").  The Final Application requests a total of $77,390.00 for fees and $46.03 for expenses incurred during the period of July 1, 2024, through and including the effective date of the Chapter 11 Plan of Reorganization ("Plan"), September 23, 2024 (the "Final Application Period").

## I.

## PRELIMINARY SUMMARY OF COMPENSATION DATA

1.      Applicant: GROBSTEIN TEEPLE LLP

2.      Application Period: July 1, 2024 through September 23, 2024

3.      Date of Entry of Order Authorizing Employment:  July 3, 2023 [effective May 12, 2023]

4.      Date Services Commenced:  May 12, 2023

5.      Dates of Prior Fee Hearings: September 24, 2024

6.      Advance Fee Payment Received: $0.00

7.      Advance Fee Payment Remaining: $0.00

8.      Fees Paid Pursuant to Prior Fee Applications: $235,211.87

9.      Expenses Paid Pursuant to Prior Fee Applications: $51.03

10.     Amount Remaining to be Paid to Pursuant to Prior Applications: $72,254.63 *(Please see paragraph 4 below for detailed explanation).*

11.     Amount Reserved Pending Final Fee Application: $0.00

12.     Total Amount of Fees Requested for this Application Period: $77,390.00[1]

13.     Total Amount of Expenses Requested for this Application Period: $46.03

14.     Cash on hand: $10,256,305 (pursuant to the Monthly Operating Report for the Period Ending September 30, 2024)

Applicant is seeking 100% approval of fees and understands that based on the terms of Applicant's employment application it will take a reduction of 15% of the allowed fees if a distribution of less than 25% is made to the general unsecured creditors.  As such, Applicant is agreeable to a 15%

---

[1] Pursuant to the employment in this case, GT agreed that if general unsecured creditors do not receive at least a 25% distribution on allowed claims, GT would take a voluntary 15% reduction on its standard hourly rates to the extent GT's fees were approved by the Court.  Further, should general unsecured creditors receive a distribution of more than 25%, GT will have the ability to request that the Court to allow 100% of its fees.  At this time GT is only seeking payment of $65,781.50 (85% of the fees sought).

interim holdback of 100% allowed fees to ensure it does not receive more than the potential reduction.

## II.

## INTRODUCTION

1.    On March 20, 2023, the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Petition Date").  Thereafter, Richard A. Marshack was appointed as the chapter 11 trustee ("Trustee") for the Debtor's bankruptcy estate ("Estate").

2.    Pursuant to the order entered authorizing the employment of GT as accountants, Applicant began work on May 12, 2023.

3.    Applicant was employed to provide accounting related assistance including: obtain and evaluate financial records; evaluate assets and liabilities of the Debtor and Estate; evaluate tax issues related to the Debtor and Estate; prepare tax returns; provide litigation consulting if required; and provide accounting and consulting services requested by the Trustee and his counsel.

4.    Applicants first interim application in connection with this case ("First Application") was filed on September 3, 2024 and sought approval of fees totaling $307,466.50, and reimbursement of expenses in the amount of $51.03 for the period of May 12, 2023 through June 30, 2024 (the "First Application Period").  Pursuant to the employment in this case, GT agreed that if general unsecured creditors do not receive at least a 25% distribution on allowed claims, GT would take a voluntary 15% reduction on its standard hourly rates to the extent GT's fees were approved by the Court.  Further, should general unsecured creditors receive a distribution of more than 25%, GT will have the ability to request that the Court to allow 100% of its fees.  Pursuant to Court Order entered October 1, 2024 ("Fee Order"), GT's fees were approved in the amount of $261,346.52 (85% of the fees sought), and expenses were approved in full.  The Fee Order further provided that the Trustee was authorized to distribute the sum of $235,211.87 (representing an additional 10% holdback of its allowed fees), and 100% of its allowed expenses.  On about October 4, 2024, GT received payment of fees and expenses in the amounts of $235,211.87 and $51.03, respectively.  Taking into consideration the 15% voluntary reduction and the additional 10% holdback, the outstanding balance owed to GT on its first application is $72,254.63.

///

5.      This is Applicant's second and final application in connection with this case.  Applicant seeks approval of compensation for the Final Application Period.  The requested amount of compensation is based upon a total of 273.1 hours of accounting services, resulting in fees totaling $77,390.00.  In addition, Applicant incurred expenses in the amount of $46.03. The Applicant is informed and believes that the Trustee is currently holding $10,256,305.

6.      The professional services which are the subject of this Final Application were rendered by the Applicant in connection with providing services for the benefit of the estate and not for any other entity. All of the expenses which are the subject of this Final Application were incurred by Applicant in connection with providing services for the benefit of the estate.

7.      Applicant maintains time records of professionals and support personnel on a contemporaneous basis.  Such time records are prepared by the professionals who have rendered the services.  The time records and this Final Application were reviewed by the project manager assigned to the case.

8.      **Exhibit "A"** attached to the declaration in support of the Final Application provides a grand total of fees, as well as expenses, by subject area incurred during the Final Application Period.

9.      A summary of the hours of professional time expended by each professional for the Applicant is attached as **Exhibit "B"** to the declaration in support of the Final Application.  The hourly rates in **Exhibit "B"**, as well as those reported in **Exhibit "C"**, reflect the rates in effect on the dates those services were performed.  Therefore, certain professionals may reflect multiple rates if there were rate adjustments during the Final Application Period.

10.     Attached as **Exhibit "C"** to the declaration in support of this Final Application and incorporated herein by this reference is a report detailing the services and expenses rendered by the Applicant for the Final Application Period, with a description of the service(s) performed, time spent, timekeeper identity, and applicable rate.  **Exhibit "C"** categorizes the professional fees by subject work areas.

11.     Applicant has no agreement or understanding for a division of fees between Applicant and any other party or parties involved in this matter.  No retainer or advance fee payment has been received by Applicant and Applicant has not received, nor intends to receive, a lien or any other

interest in the property of the Debtor or any other third party to secure payments of Applicant's fees. Applicant is aware of the risk that there may be insufficient assets from which it may be compensated.

12.　　Attached as **Exhibit "D"** to the declaration in support of this Final Application is biographical information of the professionals providing services during the Final Application Period.

### III.

### SUMMARY OF PROFESSIONAL SERVICES PERFORMED BY APPLICANT
### DURING THE FIRST APPLICATION PERIOD

**Accounting Services**

13.　　Applicant was engaged by the Chapter 11 Trustee to provide accounting services which included evaluating books and records, gathering and analyzing available documents and electronic data, interviewing parties to the matter, and performing financial and other analyses.

14.　　Debtor's management was uncooperative and access to the scant financial records available was limited.　The Trustee and his counsel instructed Applicant to conduct a thorough investigation of the Debtor's available financial records, which required Applicant to reconstruct banking activity and prepare multiple analyses thereupon.

15.　　Applicant worked with the Trustee, his counsel and counsel for the Debtor's principals to obtain as much of the Debtor's banking and accounting records as quickly, efficiently and completely as possible.　Trustee's counsel is still in the process of obtaining missing banking records from multiple financial institutions.

16.　　Applicant participated in numerous email correspondence, teleconferences, and videoconferences with the Trustee, Trustee's counsel, and third-party vendors used by the Debtor in order to assist with obtaining and preserving the Debtor's financial records.

17.　　Applicant had to review and organize the bank statements in order to start the reconstruction process.

18.　　Throughout the case, Applicant maintained a detailed inventory of all bank and credit card accounts identified in the tens of thousands of pages of records obtained in this matter. Applicant has provided multiple lists of identified and missing bank accounts to Trustee's counsel to assist with subpoena demands of banks involved to obtain missing bank account statements and related

enclosures.

19.    Applicant did not receive all of the bank records at once. They were received piece-meal over the pendency of the case.  Each time bank statements were received, Applicant had to update its banking index, reconstruct the new banking activity, and integrate that data into the existing reconstruction.

20.    Applicant reconstructed the bank account transaction data as described in the Reconstruction Accounting section below.  Ultimately, the reconstruction consisted of approximately 50 bank accounts consisting of over 61,000 transactions.

21.    Once the bank statements were reconstructed, Applicant had to normalize the voluminous banking transactions in order to run analyses by payee and payor.  All of the bank statements received did not have check images, therefore, Applicant had to provide lists of missing check images for the Trustee and his counsel to obtain those records from the banks.  Once the missing check images were received, Applicant had to record the check payee and memo information by reconciling the payee and dollar amounts from the produced images to the database created by Applicant.

22.    After the banking transaction data set was complete, Applicant prepared multiple analyses as requested by the Trustee, including but not limited to, disbursements summaries by entity.

23.    Applicant prepared 14 monthly operating reports ("MORs") as required by the U.S. Trustee's office ("UST").  Due to the lack of cooperation by the Debtor, Applicant had to amend the initial MORs several times as additional information became available.

24.    Applicant prepared an addendum each month to be included with the MOR to provide additional information that cannot be reported on the data-enabled MOR form.

25.    Applicant attended court hearings virtually and/or in-person as requested by the Trustee and his counsel.

26.    Applicant participated in numerous communications with financial advisors retained by the creditors' committee ("Committee FAs") and provided information as requested by the Committee FAs.

///

27.     Applicant worked with Debtor's former technology advisors to obtain Debtor's accounting records.

**Fee/Employment Application**

28.     Applicant prepared its employment application in the case.  The employment application was prepared to include certain fee payment provisions requested by the Trustee.

**Litigation Consulting**

29.     Trustee and his counsel determined that there were numerous alleged fraudulent transfers made by the Debtor during the 90-day and 4-year pre-petition period that could possibly be recovered for the benefit of the Estate.

30.     As discussed above, Applicant reviewed, indexed, and analyzed banking records received in the underlying lawsuits commenced by the Trustee and his counsel in order to assist with the identification of potential litigation targets.

31.     Applicant prepared over 300 analyses for transfers made within the 90-day and 4-year pre-petition periods by Debtor. Applicant provided Trustee counsel with the supporting bank records for each transaction in each of the analyses.

32.     In addition to the transfer analyses discussed above, Applicant prepared fund tracing analyses for funds received from six secured creditors.

33.     Applicant provided declarations as needed supporting the Trustee's fraudulent transfer actions.

34.     Trustee instructed Applicant to prepare an insolvency analysis.  Applicant reviewed the financial records received by the Trustee and advised Trustee that the financial records were incomplete.

35.     Applicant assisted Trustee in his attempt to gain access to additional financial records.

**Reconstruction Accounting**

36.     Applicant reviewed and organized bank statements received pursuant to subpoenas issued by the Trustee and his counsel.

37.   Applicant reconstructed the bank account transaction data, including populating the source or use of each transaction and any other available data points. The reconstruction consisted of

Applicant recording the account holder name, account number, statement date, transaction date, check or reference number, payee or payor, amount, and memo for each transaction. Ultimately, the reconstruction is comprised of approximately 50 bank accounts consisting of over 61,000 transactions.

38.     As discussed above, Applicant had to update the reconstruction once the missing check images were obtained. Applicant had to reconstruct the check payee and memo information by reconciling the payee and dollar amounts from the produced images to the database created by Applicant.

**Tax Issues**

39.     Applicant assisted Trustee in resolving payroll tax reporting issues.

40.     Applicant assisted Trustee in obtaining tax transcripts from the Internal Revenue Service.

41.     Applicant reviewed the tax transcripts to determine tax filing requirements for the Debtor's estate.

**Tax Return Preparation**

42.     Applicant prepared the Debtor's required income tax return extension.

**Preference/Insider Analysis**

43.     Applicant prepared a summary analysis of over 1,300 payees in the 90-day pre-petition period.

44.     Applicant prepared a summary analysis of over 6,000 payees in the 4-year pre-petition period.

45.     Trustee and his counsel then asked applicant to prepare detailed 90-day and 4-year analyses of certain payees.

46.     Applicant prepared numerous analyses as requested by the Trustee and his counsel.

**Expenses**

47.     During the First Application Period, Applicant incurred out-of-pocket expenses totaling $462.11, for which reimbursement was sought. Those expenses were as follows:

| Postage/Delivery Charges | $21.83 |
|---|---|
| Photocopies/Printing | $29.20 |
| TOTAL | $51.03 |

**IV.**

**SUMMARY OF PROFESSIONAL SERVICES PERFORMED BY APPLICANT**

**DURING THIS FINAL APPLICATION PERIOD**

**Accounting Services**

48.    Applicant continued to provide accounting services which included evaluating books and records, gathering and analyzing available documents and electronic data, interviewing parties to the matter, and performing financial and other analyses.

49.    Applicant assisted Trustee in preparing and filing payroll tax returns with federal and state tax agencies.

50.    Applicant participated in numerous communications with Trustee's counsel and staff regarding the payroll tax returns to be filed.

51.    Applicant prepared 3 MORs as required by the UST during the Final Application Period.

52.    Applicant prepared an addendum each month to be included with the MOR to provide additional information that cannot be reported on the data-enabled MOR form.

53.    Applicant communicated with Trustee regarding the requirements to prepare and file post-confirmation reports for the Estate.

54.    Applicant participated in numerous communications with Committee FAs and provided information as requested by the Committee FAs.

55.    Applicant continued to work with Trustee's counsel on analysis of disbursements made by Debtor in the 90-days and 4-year pre-petition periods.

56.    Applicant communicated with Trustee regarding notices received from tax agencies and the information needed to prepare the related analyses.

57.    During the Final Application Period, Applicant incurred 25.3 hours under the category of Accounting Services, resulting in fees totaling $7,372.50. This resulted in a blended hourly rate of

$291.40.

**Fee/Employment Application**

58.     Due to the complicated nature of the work completed by the Applicant, Applicant drafted and filed the first interim fee application and submitted Applicants' time entries in LEDES format as required by the UST.

59.     Applicant worked with Trustee's counsel to resolve inquiries made by the Court appointed fee examiner ("Fee Examiner").

60.     Applicant responded to all follow-up inquiries made by the Court appointed Fee Examiner.

61.     Applicant worked with Trustee's counsel to resolve additional inquiries made by the Fee Examiner.

62.     During the Final Application Period, Applicant incurred 7.9 hours under the category of Fee/Employment Application, resulting in fees totaling $3,887.50. This resulted in a blended hourly rate of $492.09.

**Litigation Consulting**

63.     Applicant worked with Trustee's counsel to prepare Applicant's declaration in support of Trustee's motion for entry of default judgment against Azzure.

64.     Applicant reviewed and prepared a declaration for Trustee's motion for summary judgment against Diverse.

65.     Applicant reviewed and prepared a declaration for Trustee's motion for entry of default judgment against MRD Marketing.

66.     Applicant reviewed and prepared a declaration for Trustee's motion for entry of default judgment against CRI System.

67.     Applicant continued to work with Trustee's counsel in identifying banking records that needed to be subpoenaed from third parties.

68.     Applicant prepared a disbursement summary of post-petition transfers made by the Debtor as requested by Trustee's counsel.

69.     In the Final Application Period, Applicant prepared over 100 detailed analyses of pre-

and post-petition transfers made by the Debtor as requested by Trustee's counsel to support their on-going efforts at recover funds for the Estate.

70.    Applicant provided Trustee's counsel with supporting bank records for each transaction in each of the analyses.

71.    In addition to the transfer analyses discussed above, Applicant prepared funds tracing analyses for funds received from multiple creditors as requested by Trustee's counsel.

72.    Applicant participated in communications with Trustee, Trustee's counsel, and federal agents regarding Debtor's banking records and related issues.

73.    During the Final Application Period, Applicant incurred 84.5 hours under the category of Litigation Consulting, resulting in fees totaling $24,982.50. This resulted in a blended hourly rate of $295.65.

**Reconstruction Accounting**

74.    Applicant continued to review, organize, and reconstruct banking statements as they were received pursuant to subpoenas issued by Trustee's counsel.

75.    Applicant reconstructed the bank account transaction data, including populating the source or use of each transaction and any other available data points. The reconstruction consisted of Applicant recording the account holder name, account number, statement date, transaction date, check or reference number, payee or payor, amount, and memo for each transaction.   Ultimately, the reconstruction consisted of over 5,600 transactions in the Final Application Period.

76.    During the Final Application Period, Applicant incurred 154.5 hours under the category of Reconstruction Accounting, resulting in fees totaling $40,607.50. This resulted in a blended hourly rate of $262.83.

**Tax Issues**

77.    Applicant reviewed and provided guidance to the Trustee regarding the proof of claim filed by the Internal Revenue Service ("IRS").

78.    During the Final Application Period, Applicant incurred 0.9 hours under the category of Tax Issues, resulting in fees totaling $540.00. This resulted in a blended hourly rate of $600.00.

///

**Expenses**

79.      During the Final Application Period, Applicant incurred out-of-pocket expenses totaling $46.03, for which reimbursement was sought.  Those expenses were as follows:

| Postage/Delivery Charges | $15.43 |
|---|---|
| Photocopies/Printing | $30.60 |
| TOTAL | $46.03 |

**V.**

**REQUEST FOR FINAL COMPENSATION**

80.      During the Final Application Period, Applicant incurred a total of 273.1 hours as accountants for the Chapter 11 Trustee.  Applicant submits that all of its time was reasonable and necessary.  Applicant has attempted, as best possible, to avoid utilizing professionals at a higher rate than needed for any particular task.  The blended hourly rate for the Final Application Period is $283.37.

81.      Applicant is seeking 100% approval of fees and understands that based on the terms of Applicant's employment application it will take a reduction of 15% of the allowed fees if a distribution of less than 25% is made to the general unsecured creditors.  As such, Applicant is agreeable to a 15% interim holdback of 100% allowed fees to ensure it does not receive more than the potential reduction.

82.      At this time Applicant is requesting approval of $77,390.00, but is only seeking payment of $65,781.50 (85% of the fees sought) for services rendered.  This amount is based upon the normal hourly rates charged by its professionals at the time the work was performed.  This amount does not include any enhancements or bonuses.  It is also requesting reimbursement of costs in the amount of $46.03.

///
///
///
///
///
///

**WHEREFORE, GROBSTEIN TEEPLE LLP** requests that this Court, after proper notice and hearing, allow on a final basis, fees totaling $77,390.00 with payment of fees limited to $65,781.50 (85% of the fees sought).  Applicant also requests approval of expenses totaling $46.03.  This would result in a total payment of $65,827.53 to GROBSTEIN TEEPLE LLP.

Dated: November 5th , 2024                        GROBSTEIN TEEPLE LLP

                                                  By _____

                                                  JOSHUA R. TEEPLE

### DECLARATION OF DIMPLE MEHRA

I, DIMPLE MEHRA, declare and state as follows:

1.    I am a Certified Fraud Examiner and Principal at GROBSTEIN TEEPLE LLP ("GT"), accountants for the Chapter 7 Trustee, and am duly authorized to make this declaration on behalf of GT.

2.    I am the accountant principally responsible for the services performed in this matter on behalf of the Chapter 11 Trustee.  The facts stated herein are within my personal knowledge or I have gained knowledge of them from other GT staff members or the regular business records as maintained by my office.  The time records and this Application were reviewed by the project manager assigned to the case.  If called as a witness, I could and would testify competently thereto.

3.    I have reviewed the foregoing Second and Final Application for Compensation and Reimbursement of Expenses of Grobstein Teeple, LLP as Accountants for the Chapter 11 Trustee (the "Application"). I have reviewed the requirements of Local Bankruptcy Rule 2016, and to the best of my knowledge, information, and belief, the Application are true and correct, and the Application complies with that rule.

4.    I am familiar with GT's billing practices and procedures. In the ordinary course of its business, GT keeps a record of all time expended by its professionals and employees in the rendering of professional services, as well as all reimbursable expenses, on a computerized billing system. The amounts requested by GT in the Application are based upon GT's business records kept in the ordinary course of GT's business.

5.    Attached to this declaration as **Exhibit "A"** is a true and correct copy of a report generated by GT's computerized billing system, which provides a grand total of fees by subject area incurred by GT in this matter on behalf of the estate and expenses incurred by GT, which is kept by GT in the ordinary course of its business.

6.    Attached to this declaration as **Exhibit "B"** is a true and correct copy of a report generated by GT's computerized billing system, which provide a summary of the hours of professional time expended by each professional at GT in providing services to the estate in this matter, which is kept by GT in the ordinary course of its business.

7.     Attached to this declaration as **Exhibit "C"** is a true and correct copy of a report generated by GT's computerized billing system providing a detail of fees and expenses incurred by GT in connection with providing services to the estate in this matter, which GT keeps in the ordinary course of its business. The time records include a description of the nature of the services performed, the GT professional providing that service, the applicable rate of the professional, and the duraction of time expended.

8.     GT's request for reimbursement of costs and the computation of the costs reflect photocopying at $0.20 per page, outgoing facsimiles at $1.00 per page and incoming facsimiles at $0.20 per page.  All costs from outside parties such as messengers, Federal Express, mail and long distance telephone charges are charged at Applicant's cost.

9.     Attached to this declaration as **Exhibit "D"** is biographical information of the professionals who provided services to the estate in this matter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed November _5_, 2024 at Las Vegas, Nevada.

DIMPLE MEHRA

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**The Litigation Practice Group P.C.**

**Summary of Professional Fees and Expenses**

**Fee Application Period: July 1, 2024 through September 23, 2024**

**Category of Work**

| | | |
|---|---|---|
| 001 - Accounting Services | 25.30 | $7,372.50 |
| 009 - Fee/Employment Application | 7.90 | $3,887.50 |
| 012 - Litigation Consulting | 84.50 | $24,982.50 |
| 013 - Reconstruction Accounting | 154.50 | $40,607.50 |
| 014 - Tax Issues | 0.90 | $540.00 |
| Total Professional Fees | 273.10 | $77,390.00 |

**Expenses**

| | |
|---|---|
| 405 - Client Postage/Delivery | $15.43 |
| 406 - Client Photocopies/Printing | $30.60 |
| Total Expenses | $46.03 |

| | |
|---|---|
| **Total Professional Fees and Expenses** | **$77,436.03** |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



---

**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 10/01/2024
**Invoice Number:** 109335
**Billing Through:** 10/01/2024

**IN RE: The Litigation Practice Group P.C.**

---

## Professional Fees by Employee

**Fee Application Period: July 1, 2024 - September 23, 2024**

| Employee | Rate | Hours | Amount |
|---|---|---|---|
| Breanna A McCallum | $250.00 | 3.30 | $825.00 |
| Claudia Nino | $115.00 | 3.00 | $345.00 |
| Denise Weiss | $185.00 | 1.00 | $185.00 |
| Dimple P Mehra | $475.00 | 12.40 | $5,890.00 |
| Joshua R Teeple | $600.00 | 12.20 | $7,320.00 |
| Kenneth C Solares | $385.00 | 0.50 | $192.50 |
| Kevin R Meacham | $325.00 | 16.80 | $5,460.00 |
| Nicholas D Cooper | $275.00 | 168.90 | $46,447.50 |
| Nolan M McCarthy | $195.00 | 55.00 | $10,725.00 |
| Totals | | 273.10 | $77,390.00 |

Please mail payments to:
Grobstein Teeple, LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630

Exhibit B

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620


**GROBSTEIN
TEEPLE**

**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**   10/01/2024
**Invoice Number:** 109335
**Billing Through:** 10/01/2024

**IN RE: The Litigation Practice Group P.C.**

## Professional Services:

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| **001 - Accounting Services** | | | | | |
| 07/08/2024 | Kenneth C Solares | Assist Pam Kraus with payroll tax returns. | $385.00 | 0.20 | $77.00 |
| 07/09/2024 | Claudia Nino | Review payroll spreadsheet re 2023 940 as requested by Pam K and request additional information from Pam K. | $115.00 | 0.80 | $92.00 |
| 07/09/2024 | Dimple P Mehra | Emails with staff and Pam re information needed for quarterly 940 filing. | $475.00 | 0.20 | $95.00 |
| 07/09/2024 | Kenneth C Solares | Assist Pam K. with payroll tax returns. | $385.00 | 0.30 | $115.50 |
| 07/09/2024 | Nicholas D Cooper | Begin preparation of June MOR | $275.00 | 1.60 | $440.00 |
| 07/10/2024 | Claudia Nino | Review payroll detail spreadsheet and calculate FUTA wages as requested by Pam K. | $115.00 | 0.80 | $92.00 |
| 07/10/2024 | Nicholas D Cooper | Continue preparation of June MOR by compiling accrued professional fees | $275.00 | 0.40 | $110.00 |
| 07/11/2024 | Claudia Nino | Prepare 2023 940 + Schedule A and FL RT-6 and email to Pam | $115.00 | 1.40 | $161.00 |
| 07/16/2024 | Dimple P Mehra | Emails with Nick re MOR. | $475.00 | 0.20 | $95.00 |
| 07/16/2024 | Nicholas D Cooper | Continue preparation of June MOR | $275.00 | 0.80 | $220.00 |
| 07/17/2024 | Nicholas D Cooper | Continue preparation of June MOR | $275.00 | 3.10 | $852.50 |
| 07/18/2024 | Dimple P Mehra | Review June MOR. | $475.00 | 0.40 | $190.00 |
| 07/18/2024 | Nicholas D Cooper | Finalize June MOR and send to MHW for submission | $275.00 | 0.60 | $165.00 |
| 08/06/2024 | Nicholas D Cooper | Begin preparation of July MOR | $275.00 | 2.10 | $577.50 |
| 08/16/2024 | Dimple P Mehra | Review documents on file and respond to request from Aaron DeLeest for payroll records. | $475.00 | 0.20 | $95.00 |
| 08/16/2024 | Joshua R Teeple | Emails with MHW re payroll records | $600.00 | 0.10 | $60.00 |

Exhibit C

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 10/01/2024
**Invoice Number:** 109335
**Billing Through:** 10/01/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/19/2024 | Joshua R Teeple | Review various emails from MHW re payroll | $600.00 | 0.10 | $60.00 |
| 08/19/2024 | Nicholas D Cooper | Prepare report of accrued professional fees as requested by Force 10. | $275.00 | 0.30 | $82.50 |
| 08/20/2024 | Dimple P Mehra | Review July MOR. | $475.00 | 0.50 | $237.50 |
| 08/20/2024 | Nicholas D Cooper | Continue preparation of July MOR | $275.00 | 3.30 | $907.50 |
| 08/21/2024 | Nicholas D Cooper | Finalize July MOR | $275.00 | 0.80 | $220.00 |
| 08/29/2024 | Joshua R Teeple | Call with Trustee re plan confirmation | $600.00 | 0.10 | $60.00 |
| 09/04/2024 | Nicholas D Cooper | Review various versions of 4-yr and 90-day pre-petition reports for Chad at MHW | $275.00 | 0.70 | $192.50 |
| 09/11/2024 | Dimple P Mehra | Emails with MHW re PCRs and final MORs. | $475.00 | 0.10 | $47.50 |
| 09/11/2024 | Joshua R Teeple | Emails with Mehra and Trustee Administrator re PCR preparation | $600.00 | 0.10 | $60.00 |
| 09/12/2024 | Dimple P Mehra | Review of tax notices received from Pam Kraus (.2); Emails with Kermith and Ken re information needed to complete tax analysis (.2); Email response to Pam requesting information (.1). | $475.00 | 0.50 | $237.50 |
| 09/17/2024 | Nicholas D Cooper | Prepare August MOR | $275.00 | 0.90 | $247.50 |
| 09/18/2024 | Nicholas D Cooper | Prepare August MOR | $275.00 | 1.70 | $467.50 |
| 09/19/2024 | Dimple P Mehra | Communications with Chris G. re status of A/R and how to report it along with draft of MOR (.4); Review of August MOR (.4). | $475.00 | 0.80 | $380.00 |
| 09/19/2024 | Joshua R Teeple | Review emails and attachments from Mehra, Celentino and Ghio re treatment of transactions on MOR | $600.00 | 0.20 | $120.00 |
| 09/23/2024 | Joshua R Teeple | Review email from Cooper and attachments re August MOR | $600.00 | 0.20 | $120.00 |
| 09/23/2024 | Nicholas D Cooper | Continue preparation of August MOR | $275.00 | 1.80 | $495.00 |

Exhibit C

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 10/01/2024
**Invoice Number:** 109335
**Billing Through:** 10/01/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| | | **001 - Accounting Services Total:** | | **25.30** | **$7,372.50** |
| **009 - Fee/Employment Application** | | | | | |
| 07/18/2024 | Dimple P Mehra | Start draft of narrative for 1st interim fee application. | $475.00 | 0.80 | $380.00 |
| 07/22/2024 | Dimple P Mehra | Finish drafting narrative for 1st interim fee application. | $475.00 | 1.10 | $522.50 |
| 07/22/2024 | Joshua R Teeple | Review fee app narrative and provide revisions to same | $600.00 | 0.30 | $180.00 |
| 07/24/2024 | Denise Weiss | Finalize fee application; prepare for filing and service. | $185.00 | 0.60 | $111.00 |
| 07/24/2024 | Dimple P Mehra | Final review of 1st interim fee application (.4) and prepare LEDES spreadsheet for UST (.4) | $475.00 | 0.80 | $380.00 |
| 07/24/2024 | Joshua R Teeple | Additional review of fee app and send same to Trustee | $600.00 | 0.20 | $120.00 |
| 07/29/2024 | Joshua R Teeple | Call with Trustee re process for fee examiner | $600.00 | 0.20 | $120.00 |
| 08/05/2024 | Joshua R Teeple | Review and sign stipulation for fee examiner | $600.00 | 0.30 | $180.00 |
| 08/29/2024 | Joshua R Teeple | Review fee examiner report and discussions with Mehra on same; provide responses to Counsel - MHW | $600.00 | 0.30 | $180.00 |
| 08/30/2024 | Joshua R Teeple | Provide responses to questions from Fee Examiner to counsel; review and respond to related emails from counsel - MHW | $600.00 | 0.50 | $300.00 |
| 09/03/2024 | Denise Weiss | Finalize fee application; prepare for filing and service. | $185.00 | 0.40 | $74.00 |
| 09/03/2024 | Dimple P Mehra | Respond to questions from fee examiner - Nancy Rapoport. | $475.00 | 0.80 | $380.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**     10/01/2024
**Invoice Number:** 109335
**Billing Through:** 10/01/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 09/03/2024 | Joshua R Teeple | Provide additional responses to fee examiner on time entry questions; sign fee application and errata filing | $600.00 | 1.20 | $720.00 |
| 09/23/2024 | Joshua R Teeple | Review Court tentatives and email from Trustee and others on same | $600.00 | 0.40 | $240.00 |
| | | **009 - Fee/Employment Application Total:** | | **7.90** | **$3,887.50** |

**012 - Litigation Consulting**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 07/01/2024 | Dimple P Mehra | Review of declaration for accuracy of information. | $475.00 | 0.60 | $285.00 |
| 07/01/2024 | Joshua R Teeple | Review and redline declaration for Azzure adjudication motion; review supporting documentation; work with GT staff on questions on same | $600.00 | 1.20 | $720.00 |
| 07/01/2024 | Joshua R Teeple | Work with Dinsmore on additional changes to Azzure declaration and review additional documents provided by Dinsmore | $600.00 | 2.00 | $1,200.00 |
| 07/01/2024 | Nicholas D Cooper | Review Josh Teeple Declaration and supporting exhibits for completeness | $275.00 | 1.40 | $385.00 |
| 07/02/2024 | Joshua R Teeple | Review Azzure motion for adjudication and statement of facts; multiple emails with Dinsmore on revisions; final review and execution of supporting declaration | $600.00 | 0.90 | $540.00 |
| 07/02/2024 | Joshua R Teeple | Review Diverse MSJ declaration and supporting documentation; finalize declaration and send same to Dinsmore | $600.00 | 0.60 | $360.00 |
| 07/15/2024 | Dimple P Mehra | Multiple emails with Dinsmore re data to be provided via subpoenas. | $475.00 | 0.20 | $95.00 |
| 07/24/2024 | Dimple P Mehra | Call with Nick re Chad's request (.1); Respond to Chad with information (.1). | $475.00 | 0.20 | $95.00 |
| 07/24/2024 | Nicholas D Cooper | Compile debtor bank account ending balance data at request of Dinsmore | $275.00 | 1.10 | $302.50 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 10/01/2024
**Invoice Number:** 109335
**Billing Through:** 10/01/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 07/30/2024 | Nicholas D Cooper | Summarize debtor and affiliate bank account ending dates and balances as requested by MHW and Dinsmore attorneys. | $275.00 | 1.30 | $357.50 |
| 07/31/2024 | Nicholas D Cooper | Prepare post-petition disbursement summary as requested by MHW and Dinsmore attorneys. | $275.00 | 1.70 | $467.50 |
| 08/01/2024 | Joshua R Teeple | Review Motion for Default re MRD Marketing; review and sign related declaration | $600.00 | 0.50 | $300.00 |
| 08/01/2024 | Kevin R Meacham | Prepare disbursement summaries for various payees. | $325.00 | 3.20 | $1,040.00 |
| 08/01/2024 | Nicholas D Cooper | Compile post-petition bank transaction detail as requested by MHW and Dinsmore attorneys. | $275.00 | 1.40 | $385.00 |
| 08/02/2024 | Kevin R Meacham | Prepare disbursement summaries for various payees as requested by MHW and Dinsmore attorneys. | $325.00 | 6.30 | $2,047.50 |
| 08/05/2024 | Kevin R Meacham | Prepare backup details for post petition transfer analysis for disbursements as requested by MHW and Dinsmore attorneys. | $325.00 | 5.90 | $1,917.50 |
| 08/09/2024 | Nicholas D Cooper | Prepare post-petition disbursement summary at request of MHW and Dinsmore attorneys. | $275.00 | 0.90 | $247.50 |
| 08/09/2024 | Nolan M McCarthy | Prepare post petition analyses of banking activity as requested by MHW and Dinsmore attorneys. | $195.00 | 2.80 | $546.00 |
| 08/12/2024 | Nolan M McCarthy | Extracting transactions and saving relevant information for disbursements as requested by MHW and Dinsmore attorneys. | $195.00 | 2.10 | $409.50 |
| 08/13/2024 | Nolan M McCarthy | Extracting transactions and saving relevant information for disbursements as requested by MHW and Dinsmore attorneys. | $195.00 | 4.40 | $858.00 |

Exhibit C

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



## GROBSTEIN TEEPLE

**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 10/01/2024
**Invoice Number:** 109335
**Billing Through:** 10/01/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/13/2024 | Nolan M McCarthy | Extracting requested transactions for disbursements as requested by MHW and Dinsmore attorneys. | $195.00 | 0.20 | $39.00 |
| 08/14/2024 | Kevin R Meacham | Work with staff on post petition transfer analysis for disbursements as requested by MHW and Dinsmore attorneys. | $325.00 | 0.80 | $260.00 |
| 08/14/2024 | Nolan M McCarthy | Extracting transactions and saving relevant information for for disbursements as requested by MHW and Dinsmore attorneys. | $195.00 | 5.60 | $1,092.00 |
| 08/14/2024 | Nolan M McCarthy | Extracting requested transactions for disbursements as requested by MHW and Dinsmore attorneys. | $195.00 | 1.90 | $370.50 |
| 08/15/2024 | Kevin R Meacham | Work with staff on post petition transfer analysis for disbursements as requested by MHW and Dinsmore attorneys. | $325.00 | 0.60 | $195.00 |
| 08/15/2024 | Nolan M McCarthy | Extracting requested transactions for disbursements as requested by MHW and Dinsmore attorneys. | $195.00 | 4.30 | $838.50 |
| 08/16/2024 | Nolan M McCarthy | Extracting transactions and saving relevant information for for disbursements as requested by MHW and Dinsmore attorneys. | $195.00 | 2.30 | $448.50 |
| 08/16/2024 | Nolan M McCarthy | Extracting requested transactions for disbursements as requested by MHW and Dinsmore attorneys. | $195.00 | 0.60 | $117.00 |
| 08/19/2024 | Nicholas D Cooper | Prepare disbursement summary report for Paychex and Blue Cross activity at request of Dinsmore attorneys | $275.00 | 0.60 | $165.00 |
| 08/20/2024 | Nicholas D Cooper | Prepare disbursement summary report for Paychex and Blue Cross activity at request of Dinsmore attorneys | $275.00 | 0.40 | $110.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 10/01/2024
**Invoice Number:** 109335
**Billing Through:** 10/01/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/21/2024 | Nicholas D Cooper | Prepare disbursement summary report for Paychex and Blue Cross activity at request of Dinsmore attorneys. | $275.00 | 0.40 | $110.00 |
| 08/21/2024 | Nicholas D Cooper | Prepare disbursement summary report for Matt Lovelady activity at request of Dinsmore attorneys | $275.00 | 1.40 | $385.00 |
| 08/21/2024 | Nolan M McCarthy | Extracting bank detail for disbursements as requested by MHW and Dinsmore attorneys. | $195.00 | 4.10 | $799.50 |
| 08/22/2024 | Nicholas D Cooper | Prepare disbursement summary report for Matt Lovelady activity at request of MHW attorneys. | $275.00 | 0.40 | $110.00 |
| 08/27/2024 | Joshua R Teeple | Respond to email from counsel re bank subpoenas and coordinate same with Cooper; review request list | $600.00 | 0.30 | $180.00 |
| 08/28/2024 | Nicholas D Cooper | Review status of all 4-year pre-petition analyses and convey to Dinsmore | $275.00 | 0.60 | $165.00 |
| 08/30/2024 | Joshua R Teeple | Review motion for default judgement re CRI System; review exhibits; review and sign declaration; email communications with Dinsmore on same | $600.00 | 0.70 | $420.00 |
| 09/04/2024 | Dimple P Mehra | Call with Nick re request from Chad for transfer analyses. | $475.00 | 0.20 | $95.00 |
| 09/04/2024 | Joshua R Teeple | Zoom meeting with Ghio, Lissebeck, Hays, Trustee and FBI agents to discuss banking reconstruction and other issues | $600.00 | 0.90 | $540.00 |
| 09/05/2024 | Dimple P Mehra | Emails with Chad re payee analyses. | $475.00 | 0.20 | $95.00 |
| 09/06/2024 | Nicholas D Cooper | Prepare summary of disbursements to various employees at request of Tyler at Dinsmore | $275.00 | 1.40 | $385.00 |
| 09/12/2024 | Breanna A McCallum | GT internal call to review four-year disbursement summaries with Nick | $250.00 | 0.70 | $175.00 |

Exhibit C

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 10/01/2024
**Invoice Number:** 109335
**Billing Through:** 10/01/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 09/12/2024 | Dimple P Mehra | Call with Nick and Breanna re new analyses to be completed as requested by Chad Haes. | $475.00 | 0.40 | $190.00 |
| 09/12/2024 | Nicholas D Cooper | GT status call to review 4-yr disbursement summary analyses with Breanna. | $275.00 | 0.70 | $192.50 |
| 09/12/2024 | Nicholas D Cooper | Review list of entities and individuals who received demand letters from MHW, and create tracker to monitor communication between GT and MHW regarding providing supporting detail and disbursement analyses | $275.00 | 1.40 | $385.00 |
| 09/13/2024 | Breanna A McCallum | Prepare 4-yr disbursement summaries and compile supporting evidence from bank statements at the request of Marshack Hays Wood for Derrick Landry | $250.00 | 0.30 | $75.00 |
| 09/13/2024 | Breanna A McCallum | Prepare 4-yr disbursement summaries and compile supporting evidence from bank statements at the request of Marshack Hays Wood for Finlays HR LLC | $250.00 | 0.60 | $150.00 |
| 09/13/2024 | Dimple P Mehra | Call with Nick re analyses requests made by Chad (.2); Respond to email from Chad (.1). | $475.00 | 0.30 | $142.50 |
| 09/13/2024 | Nicholas D Cooper | GT status call to review 4-yr disbursement summary analyses with Dimple. | $275.00 | 0.20 | $55.00 |
| 09/13/2024 | Nicholas D Cooper | Prepare 4-year pre-petition disbursement summaries at request of Dinsmore and MHW attorneys, in response to demand letters sent out | $275.00 | 1.20 | $330.00 |
| 09/13/2024 | Nicholas D Cooper | Prepare post-petition disbursement summary at request of Tyler at Dinsmore | $275.00 | 1.40 | $385.00 |

Exhibit C

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 10/01/2024
**Invoice Number:** 109335
**Billing Through:** 10/01/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 09/17/2024 | Nicholas D Cooper | Review and send 4-year disbursement summary analyses to MHW and Dinsmore attorneys. | $275.00 | 0.60 | $165.00 |
| 09/17/2024 | Nicholas D Cooper | Prepare disbursement summary report for Azevedo Solutions Group per request of Tyler at Dinsmore | $275.00 | 0.40 | $110.00 |
| 09/19/2024 | Dimple P Mehra | Review analyses prepared by Nick for multiple payees. | $475.00 | 2.10 | $997.50 |
| 09/23/2024 | Breanna A McCallum | Prepare 4-yr disbursement summaries and compile supporting evidence from bank statements at the request of Marshack Hays Wood for Jason Oppenheim | $250.00 | 0.30 | $75.00 |
| 09/23/2024 | Breanna A McCallum | Prepare 4-yr disbursement summaries and compile supporting evidence from bank statements at the request of Marshack Hays Wood for Kindlund Legal LLC | $250.00 | 1.40 | $350.00 |
| 09/23/2024 | Dimple P Mehra | Review analyses prepared by Nick as requested by Chad. | $475.00 | 1.80 | $855.00 |
| 09/23/2024 | Nicholas D Cooper | Prepare 4-year pre-petition disbursement summary analyses for 3 entities and individuals at request of MHW and Dinsmore attorneys. | $275.00 | 0.90 | $247.50 |
| 09/23/2024 | Nolan M McCarthy | Prepare 4yr disbursement summaries and compile supporting evidence from bank statements at the request of Dinsmore for Reliance Assistance Group | $195.00 | 3.20 | $624.00 |
| | | **012 - Litigation Consulting Total:** | | **84.50** | **$24,982.50** |

**013 - Reconstruction Accounting**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 07/01/2024 | Nicholas D Cooper | Reconstruct Wells Fargo and Chase document production for further analysis consisting of over 3600 transactions. | $275.00 | 3.20 | $880.00 |

Exhibit C

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**    10/01/2024
**Invoice Number:** 109335
**Billing Through:** 10/01/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 07/01/2024 | Nicholas D Cooper | Normalize payee and payor names in bank reconstruction for summary analysis reporting | $275.00 | 2.20 | $605.00 |
| 07/02/2024 | Nicholas D Cooper | Reconstruct Wells Fargo and Chase document production for further analysis consisting of over 3600 transactions. | $275.00 | 2.30 | $632.50 |
| 07/02/2024 | Nolan M McCarthy | Preparing Wells Fargo Bank and Chase reconstructions consisting of over 3600 transactions. | $195.00 | 1.80 | $351.00 |
| 07/03/2024 | Nicholas D Cooper | Reconstruct Wells Fargo and Chase document production for further analysis consisting of over 3600 transactions. | $275.00 | 3.30 | $907.50 |
| 07/03/2024 | Nicholas D Cooper | Normalize payee and payor names in bank reconstruction for summary analysis reporting consisting of over 3600 transactions. | $275.00 | 3.70 | $1,017.50 |
| 07/03/2024 | Nolan M McCarthy | Preparing Wells Fargo Bank and Chase Reconstructions consisting of over 3600 transactions. | $195.00 | 7.80 | $1,521.00 |
| 07/05/2024 | Nicholas D Cooper | Reconstruct Wells Fargo and Chase document production for further analysis consisting of over 3600 transactions. | $275.00 | 2.60 | $715.00 |
| 07/05/2024 | Nicholas D Cooper | Normalize payee and payor names in bank reconstruction for summary analysis reporting consisting of over 3600 transactions. | $275.00 | 2.20 | $605.00 |
| 07/05/2024 | Nolan M McCarthy | Preparing Wells Fargo Bank and Chase reconstructions consisting of over 3600 transactions. | $195.00 | 5.60 | $1,092.00 |
| 07/08/2024 | Nicholas D Cooper | Continue to reconstruct Wells Fargo and Chase document productions for further analysis consisting of over 3600 transactions. | $275.00 | 4.70 | $1,292.50 |

Exhibit C

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**    10/01/2024
**Invoice Number:** 109335
**Billing Through:** 10/01/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 07/08/2024 | Nolan M McCarthy | Finishing Wells Fargo Reconstructions | $195.00 | 2.20 | $429.00 |
| 07/09/2024 | Nicholas D Cooper | Continue to reconstruct Wells Fargo and Chase document productions for further analysis consisting of over 3600 transactions. | $275.00 | 3.90 | $1,072.50 |
| 07/09/2024 | Nolan M McCarthy | Finishing Wells Fargo Reconstructions | $195.00 | 6.10 | $1,189.50 |
| 07/10/2024 | Nicholas D Cooper | Continue to reconstruct Wells Fargo and Chase document productions for further analysis consisting of over 3600 transactions. | $275.00 | 1.70 | $467.50 |
| 07/11/2024 | Nicholas D Cooper | Continue to reconstruct debtor entity bank transactions and normalize Payee names for further analysis consisting of over 3600 transactions. | $275.00 | 4.10 | $1,127.50 |
| 07/12/2024 | Nicholas D Cooper | Continue to reconstruct debtor entity bank transactions and normalize Payee names for further analysis consisting of over 3600 transactions. | $275.00 | 6.10 | $1,677.50 |
| 07/15/2024 | Nicholas D Cooper | Continue to reconstruct debtor entity bank transactions and normalize Payee names for further analysis consisting of over 3600 transactions. | $275.00 | 2.90 | $797.50 |
| 07/16/2024 | Nicholas D Cooper | Continue to reconstruct debtor entity bank transactions and normalize Payee names for further analysis consisting of over 3600 transactions. | $275.00 | 1.60 | $440.00 |
| 07/17/2024 | Nicholas D Cooper | Continue to reconstruct debtor entity bank transactions and normalize Payee names for further analysis consisting of over 3600 transactions. | $275.00 | 1.80 | $495.00 |
| 07/18/2024 | Nicholas D Cooper | Continue to reconstruct debtor entity bank transactions and normalize Payee names for further analysis consisting of over 3600 transactions. | $275.00 | 3.70 | $1,017.50 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 10/01/2024
**Invoice Number:** 109335
**Billing Through:** 10/01/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 07/19/2024 | Nicholas D Cooper | Continue to reconstruct debtor entity bank transactions and normalize Payee names for further analysis consisting of over 3600 transactions. | $275.00 | 1.20 | $330.00 |
| 07/22/2024 | Nicholas D Cooper | Reconstruct data from over 2,000 checks and deposits for Chase x3158, for further analysis. | $275.00 | 3.90 | $1,072.50 |
| 07/22/2024 | Nicholas D Cooper | Continue to reconstruct debtor entity bank transactions and normalize Payee names for further analysis consisting of over 3600 transactions. | $275.00 | 2.20 | $605.00 |
| 07/23/2024 | Nicholas D Cooper | Reconstruct data from over 2,000 checks and deposits for Chase x3158, for further analysis. | $275.00 | 1.60 | $440.00 |
| 07/23/2024 | Nicholas D Cooper | Continue to reconstruct debtor entity bank transactions and normalize Payee names for further analysis consisting of over 3600 transactions. | $275.00 | 3.00 | $825.00 |
| 07/25/2024 | Nicholas D Cooper | Reconstruct data from over 2,000 checks and deposits for Chase x3158, for further analysis. | $275.00 | 3.80 | $1,045.00 |
| 07/26/2024 | Nicholas D Cooper | Reconstruct data from over 2,000 checks and deposits for Chase x3158, for further analysis | $275.00 | 1.30 | $357.50 |
| 07/29/2024 | Nicholas D Cooper | Continue to reconstruct data from over 2,000 checks and deposits for Chase x3158, for further analysis | $275.00 | 4.80 | $1,320.00 |
| 07/30/2024 | Nicholas D Cooper | Continue to reconstruct data from over 2,000 checks and deposits for Chase x3158, for further analysis. | $275.00 | 3.50 | $962.50 |
| 07/31/2024 | Nicholas D Cooper | Continue to reconstruct data from over 2,000 checks and deposits for Chase x3158, for further analysis. | $275.00 | 1.80 | $495.00 |
| 08/01/2024 | Nicholas D Cooper | Continue to reconstruct data from over 2,000 checks and deposits for Chase x3158, for further analysis. | $275.00 | 2.60 | $715.00 |

Please mail payments to:
Grobstein Teeple, LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630

Exhibit C

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



Richard A. Marshack, Trustee
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 10/01/2024
**Invoice Number:** 109335
**Billing Through:** 10/01/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/02/2024 | Nicholas D Cooper | Continue to reconstruct data from over 2,000 checks and deposits for Chase x3158, for further analysis. | $275.00 | 4.30 | $1,182.50 |
| 08/05/2024 | Nicholas D Cooper | Continue to reconstruct data from over 2,000 checks and deposits for Chase x3158, for further analysis | $275.00 | 4.40 | $1,210.00 |
| 08/06/2024 | Nicholas D Cooper | Continue to reconstruct data from over 2,000 checks and deposits for Chase x3158, for further analysis | $275.00 | 0.90 | $247.50 |
| 08/08/2024 | Nicholas D Cooper | Continue to reconstruct data from over 2,000 checks and deposits for Chase x3158, for further analysis | $275.00 | 2.70 | $742.50 |
| 08/09/2024 | Nicholas D Cooper | Continue to reconstruct data from over 2,000 checks and deposits for Chase x3158, for further analysis | $275.00 | 3.60 | $990.00 |
| 08/23/2024 | Nicholas D Cooper | Review bank reconstruction files for payee-specific transactions at Counsel's request | $275.00 | 0.90 | $247.50 |
| 08/27/2024 | Nicholas D Cooper | Download and index new Bank of America document production | $275.00 | 0.30 | $82.50 |
| 08/27/2024 | Nicholas D Cooper | Prepare updated document request list for Counsel | $275.00 | 2.40 | $660.00 |
| 08/27/2024 | Nicholas D Cooper | Review bank reconstruction and prepare report of transactional data pertaining to MC DVI Fund and Debt Validation Fund at Dinsmore's request | $275.00 | 0.60 | $165.00 |
| 08/28/2024 | Nicholas D Cooper | Continue to reconstruct data from over 3,000 checks and deposits for Chase x3158, for further analysis | $275.00 | 4.20 | $1,155.00 |
| 08/29/2024 | Nicholas D Cooper | Continue to reconstruct data from over 3,000 checks and deposits for Chase x3158, for further analysis | $275.00 | 3.70 | $1,017.50 |
| 09/03/2024 | Nicholas D Cooper | Reconstruct newly received data for 3 Bank of America accounts (x9201, x2231, and x9551) for further analysis | $275.00 | 3.10 | $852.50 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:** 10/01/2024
**Invoice Number:** 109335
**Billing Through:** 10/01/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 09/04/2024 | Nicholas D Cooper | Reconstruct newly received data for 3 Bank of America accounts (x9201, x2231, and x9551) for further analysis | $275.00 | 2.70 | $742.50 |
| 09/04/2024 | Nicholas D Cooper | Reconstruct check and deposit data for Chase account x3588, for further analysis | $275.00 | 3.10 | $852.50 |
| 09/05/2024 | Nicholas D Cooper | Reconstruct check and deposit data for Chase account x3588, for further analysis | $275.00 | 1.10 | $302.50 |
| 09/05/2024 | Nicholas D Cooper | Merge the reconstructed data of over 3,000 checks for Chase account x3158 with the main reconstruction file | $275.00 | 2.80 | $770.00 |
| 09/06/2024 | Nicholas D Cooper | Normalize Payee/Payor names in roughly 5,400 transactions in the bank reconstruction | $275.00 | 4.20 | $1,155.00 |
| 09/09/2024 | Nicholas D Cooper | Continue to normalize Payee/Payor names in roughly 5,400 transactions in the bank reconstruction | $275.00 | 3.10 | $852.50 |
| 09/10/2024 | Nicholas D Cooper | Continue to normalize Payee/Payor names in roughly 5,400 transactions in the bank reconstruction | $275.00 | 3.20 | $880.00 |
| | | **013 - Reconstruction Accounting Total:** | | **154.50** | **$40,607.50** |
| **014 - Tax Issues** | | | | | |
| 08/12/2024 | Joshua R Teeple | Review and respond to various emails re IRS POC and tax reconstruction work with MHW | $600.00 | 0.20 | $120.00 |
| 08/30/2024 | Joshua R Teeple | Review email from MHW and chart of tax claims; respond to same | $600.00 | 0.10 | $60.00 |
| 09/12/2024 | Joshua R Teeple | Coordinate work on tax claims | $600.00 | 0.40 | $240.00 |
| 09/12/2024 | Joshua R Teeple | Call with Trustee administrator re potential taxes | $600.00 | 0.20 | $120.00 |
| | | **014 - Tax Issues Total:** | | **0.90** | **$540.00** |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Richard A. Marshack, Trustee**
870 Roosevelt Avenue
Irvine, California 92620

# Invoice

**Invoice Date:**      10/01/2024
**Invoice Number:** 109335
**Billing Through:**  10/01/2024

**IN RE: The Litigation Practice Group P.C.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| | | **Total Professional Fees:** | | **273.10** | **$77,390.00** |

**Expenses:**

| Date | Employee | Description | Quantity | Rate | Amount |
|------|----------|-------------|----------|------|--------|
| **405 - Client Postage/Delivery** | | | | | |
| 09/03/2024 | Denise Weiss | Service of fee application upon Judge. | 1 | $12.00 | $12.00 |
| 09/03/2024 | Denise Weiss | Service of fee application upon Debtor. | 1 | $3.43 | $3.43 |
| | | **405 - Client Postage/Delivery Total:** | | | **$15.43** |
| **406 - Client Photocopies/Printing** | | | | | |
| 09/03/2024 | Denise Weiss | Service of fee application upon Debtor. | 51 | $0.20 | $10.20 |
| 09/03/2024 | Denise Weiss | Service of fee application upon Judge. | 102 | $0.20 | $20.40 |
| | | **406 - Client Photocopies/Printing Total:** | | | **$30.60** |
| | | **Total Expenses:** | | | **$46.03** |

| | |
|---|---|
| **Total Professional Fees:** | **$77,390.00** |
| **Total Expenses:** | **$46.03** |
| **Total Amount Due This Invoice:** | **$77,436.03** |

Exhibit C





## PROFESSIONAL BIOGRAPHIES

**JOSHUA TEEPLE**, **CPA/CFF, CFE, CITP,** University of Colorado, Boulder (B.S. - Business Administration) is a Partner in the firm. Mr. Teeple specializes in providing forensic accounting and restructuring services and testifies as an expert witness in such matters. Mr. Teeple has conducted multiple fraud investigations and regularly provides litigation consulting services.

**DIMPLE MEHRA, CFE**, University of Arizona (B.S. – Business Administration) and University of Phoenix (M.S. – Accountancy) is a Principal in the firm. Ms. Mehra has experience in providing forensic accounting and analysis services in the public and private sectors. She is a member of the Association of Certified Fraud Examiners.

**KENNETH SOLARES, CPA,** California State University, Northridge (B.S. - Finance) is a Manager in the firm. Mr. Solares has experience in accounting, bookkeeping, financial statement analysis and office management.

**NICHOLAS COOPER**, University of South Carolina Darla Moore School of Business (BS- Finance/Marketing) is a Staff Accountant in the firm. Mr. Cooper has corporate finance experience in data analysis, including privately held businesses, as well as non-for-profit organizations.

**BREANNA MCCALLUM**, University of California, Northridge (B.S. – Accounting) is a Consultant in the firm.

**NOLAN McCARTHY,** Occidental College, (B.A. – Economics) and Georgetown University (M.P.S. – Sports Industry Management) is a Staff Accountant with the firm.

**KEVIN MEACHAM**, California State University, Northridge (B.S. - Information Systems with an Option in Business) is a Consultant in the firm. Mr. Meacham is knowledgeable in network technologies, database management, application development, business intelligence, IT audit, enterprise resource planning, project management, and IT security. He has experience in bank record reconstructions for numerous accounts related to fraudulent transactions.

**CALUDIA NINO,** California State University Northridge, (B.A – English Literature) is a bookkeeper with the firm, with experience in maintaining accurate financial records and thorough categorization of all income and expenses.

**DENISE WEISS** is an Executive Assistant with the firm.

**Los Angeles Headquarters**
6300 Canoga Avenue Ste 1500W
Woodland Hills, California 91367
818.532.1020 | gtllp.com

Los Angeles County, CA
Orange County, CA
Riverside County, CA
San Francisco, CA

Boston, MA
Las Vegas, NV
Washington D.C. Metro
Mérida, MX

Exhibit D

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

*PO Box 253, Woonsocket, RI 02895*

A true and correct copy of the foregoing document entitled (*specify*): **SECOND AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GROBSTEIN TEEPLE, LLP AS ACCOUNTANTS FOR THE CHAPTER 11 TRUSTEE; DECLARATION OF DIMPLE MEHRA IN SUPPORT THEREOF WITH PROOF OF SERVICE AND EXHIBIT A-D** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 6, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒   Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **November 6, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
The Litigation Practice Group P.C.
17542 17th St, Suite 100
Tustin, CA 92780-1981

Honorable Scott C. Clarkson
U.S. Bankruptcy Court
411 West Fourth St., Ste. 5130
Santa Ana, CA 92701-5493

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 6, 2024 | Denise Weiss | *[signature]* |
| --- | --- | --- |
| *Date* | *Typed Name* | *Signature* |

**CM/ECF NOTICE OF ELECTRONIC FILING**

- Adam D Stein-Sapir on behalf of Creditor Pioneer Funding Group LLC info@pfllc.com
- Alan Craig Hochheiser on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com arodriguez@mauricewutscher.com
- Alan I Nahmias on behalf of Interested Party Courtesy NEF anahmias@mbn.law jdale@mbn.law
- Alan W Forsley on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- Alan W Forsley on behalf of Defendant JGW Solutions LLC alan.forsley@flpllp.com, awf@fkllawfirm.com, awf@fl-lawyers.net,addy@flpllp.com
- Amy Lynn Ginsburg on behalf of Creditor Amy Ginsburg efilings@ginsburglawgroup.com
- Amy Lynn Ginsburg on behalf of Creditor Shannon Bellfield efilings@ginsburglawgroup.com
- Amy Lynn Ginsburg on behalf of Creditor Kenton Cobb efilings@ginsburglawgroup.com
- Andrew Still on behalf of Creditor Alteryx Inc. astill@swlaw.com, kcollins@swlaw.com
- Andrew Still on behalf of Interested Party Courtesy NEF astill@swlaw.com kcollins@swlaw.com
- Andrew Still on behalf of Plaintiff Alteryx Inc. astill@swlaw.com, kcollins@swlaw.com
- Anthony Paul Diehl on behalf of Interested Party Courtesy NEF anthony@apdlaw.net Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net,9143954420@filings.docketbird.com
- Ashley Dionisio on behalf of Other Professional Omni Agent Solutions adionisio@omniagnt.com
- Bradford Barnhardt on behalf of Plaintiff Richard A. Marshack bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- Bradford Barnhardt on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- Bradford Barnhardt on behalf of Trustee Richard A Marshack (TR) bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- Brian L Holman on behalf of Creditor Sharp Electronics Corporation b.holman@musickpeeler.com
- Britteny Leyva on behalf of Interested Party Revolv3 Inc. bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com
- Byron Z Moldo on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com aantonio@ecjlaw.com, dperez@ecjlaw.com
- Christopher Celentino on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com caron.burke@dinsmore.com
- Christopher Celentino on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com caron.burke@dinsmore.com
- Christopher Ghio on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- Christopher Ghio on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- Christopher J Langley on behalf of Interested Party Courtesy NEF chris@slclawoffice.com langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com
- D Edward Hays on behalf of Interested Party Courtesy NEF ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- D Edward Hays on behalf of Creditor Committee of Unsecured Creditors ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- D Edward Hays on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Daniel A Edelman on behalf of Creditor Carolyn Beech dedelman@edcombs.com courtecl@edcombs.com

- Daniel A Lev on behalf of Interested Party Liberty Acquisitions Group Inc. daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- Daniel A Lev on behalf of Interested Party Consumer Legal Group P.C. daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- Daniel A Lev on behalf of Defendant Consumer Legal Group PC daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- Daniel A Lev on behalf of Defendant LGS Holdco LLC daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com; dlev@ecf.courtdrive.com
- Daniel A Lev on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com; dlev@ecf.courtdrive.com
- Daniel H Reiss on behalf of Defendant Eng Taing dhr@lnbyg.com dhr@ecf.inforuptcy.com
- Daniel H Reiss on behalf of Defendant Touzi Capital LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- Daniel H Reiss on behalf of Defendant PECC Corp dhr@lnbyg.com dhr@ecf.inforuptcy.com
- Daniel S March on behalf of Interested Party INTERESTED PARTY marchlawoffice@gmail.com marchdr94019@notify.bestcase.com
- Daniel S March on behalf of Defendant Daniel S. March marchlawoffice@gmail.com marchdr94019@notify.bestcase.com
- David M Goodrich on behalf of Interested Party Courtesy NEF dgoodrich@go2.law kadele@go2.law; dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- David M Goodrich on behalf of Creditor United Partnerships LLC dgoodrich@go2.law, kadele@go2.law; dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- David S Kupetz on behalf of Defendant Marich Bein LLC David.Kupetz@lockelord.com mylene.ruiz@lockelord.com
- David S Kupetz on behalf of Defendant Marich Bein LLC David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- David S Kupetz on behalf of Interested Party Courtesy NEF David.Kupetz@lockelord.com mylene.ruiz@lockelord.com
- Douglas A Plazak on behalf of Defendant Scott James Eadie dplazak@rhlaw.com
- Eric Bensamochan on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us G63723@notify.cincompass.com
- Eric Bensamochan on behalf of Interested Party Courtesy NEF eric@eblawfirm.us G63723@notify.cincompass.com
- Eric Bensamochan on behalf of Creditor Affirma LLC eric@eblawfirm.us, G63723@notify.cincompass.com
- Eric Bensamochan on behalf of Creditor Oxford Knox LLC eric@eblawfirm.us, G63723@notify.cincompass.com
- Eric Gassman on behalf of Creditor Herret Credit erg@gassmanlawgroup.com gassman.ericb112993@notify.bestcase.com
- Eric D Goldberg on behalf of Defendant Stripe Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Ethan J Birnberg on behalf of Defendant Diverse Capital LLC birnberg@portersimon.com reich@portersimon.com
- Ethan J Birnberg on behalf of Defendant BMF Advance LLC birnberg@portersimon.com, reich@portersimon.com
- Garrick A Hollander on behalf of Creditor Debt Validation Fund II LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Garrick A Hollander on behalf of Creditor MC DVI Fund 1 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Garrick A Hollander on behalf of Creditor MC DVI Fund 2 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Glenn D. Moses on behalf of Creditor ADP Inc gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com

- Gregory M Salvato on behalf of Creditor Mari Agape gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- Gregory M Salvato on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- Howard Steinberg on behalf of Defendant BankUnited N.A. steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- Howard M Ehrenberg on behalf of Defendant New Horizon Finance LLC Howard.Ehrenberg@gmlaw.com hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com
- Ira David Kharasch on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com
- Ira David Kharasch on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com Israel Orozco on behalf of Creditor Israel Orozco israel@iolawcorp.com
- Jacob Newsum-Bothamley on behalf of Trustee Richard A Marshack (TR) jacob.bothamley@dinsmore.com angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- Jacob Newsum-Bothamley on behalf of Plaintiff Richard A. Marshack jacob.bothamley@dinsmore.com angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- Jamie D Mottola on behalf of Plaintiff Richard A. Marshack Chapter 11 Trustee Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com
- Jeffrey I Golden on behalf of Creditor Affirma LLC jgolden@go2.law, kadele@ecf.courtdrive.com; cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- Jeffrey I Golden on behalf of Creditor Anaheim Ducks Hockey Club LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- Jeffrey I Golden on behalf of Creditor Oxford Knox LLC jgolden@go2.law, kadele@ecf.courtdrive.com; cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- Jeffrey I Golden on behalf of Creditor Anaheim Arena Management LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- Jeffrey I Golden on behalf of Interested Party Courtesy NEF jgolden@go2.law kadele@ecf.courtdrive.com; cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- Jeffrey M Singletary on behalf of Plaintiff Alteryx Inc. jsingletary@swlaw.com, rmckay@swlaw.com
- Jenny L Doling on behalf of Interested Party National Consumer Bankruptcy Rights Center jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- Jenny L Doling on behalf of Interested Party INTERESTED PARTY jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- Jenny L Doling on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- Jeremy Faith on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- Jeremy Faith on behalf of Defendant Colbalt Funding Solutions LLC Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- Jeremy Freedman on behalf of Trustee Richard A Marshack (TR) jeremy.freedman@dinsmore.com nicolette.murphy@dinsmore.com
- Jeremy Freedman on behalf of Plaintiff Richard A. Marshack jeremy.freedman@dinsmore.com nicolette.murphy@dinsmore.com
- John H. Stephens on behalf of Plaintiff Richard A Marshack john.stephens@dinsmore.com lizbeth.alonso@dinsmore.com
- Johnny White on behalf of Creditor Debt Relief Group LLC JWhite@wrslawyers.com, jlee@wrslawyers.com

- Johnny White on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com jlee@wrslawyers.com
- Jonathan Serrano on behalf of Special Counsel Dinsmore & Shohl LLP jonathan.serrano@dinsmore.com
- Jonathan Serrano on behalf of Trustee Richard A Marshack (TR) jonathan.serrano@dinsmore.com
- Jonathan Serrano on behalf of Plaintiff Richard A. Marshack jonathan.serrano@dinsmore.com
- Joon M Khang on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com
- Joon M Khang on behalf of Attorney Khang & Khang LLP joon@khanglaw.com
- Kathleen P March on behalf of Defendant Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net, kmarch@sbcglobal.net
- Kathleen P March on behalf of Creditor Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net, kmarch@sbcglobal.net
- Kathleen P March on behalf of Creditor Phuong (Jayde) Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net, kmarch@sbcglobal.net
- Kathleen P March on behalf of Defendant Jayde Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net, kmarch@sbcglobal.net
- Kathleen P March on behalf of Defendant Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net, kmarch@sbcglobal.net
- Kathleen P March on behalf of Creditor Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net, kmarch@sbcglobal.net
- Keith C Owens on behalf of Creditor Committee Committee of Unsecured Creditors kowens@foxrothschild.com khoang@foxrothschild.com
- Kelli Ann Lee on behalf of Trustee Richard A Marshack (TR) Kelli.lee@dinsmore.com kristy.allen@dinsmore.com
- Kenneth Misken on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov
- Kevin Alan Rogers on behalf of Creditor Wells Marble and Hurst PLLC krogers@wellsmar.com
- Laila Masud on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- Laila Masud on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- Laila Masud on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- Laila Masud on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com lmasud@ecf.courtdrive.com; lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- Leslie Skorheim on behalf of U.S. Trustee United States Trustee (SA) leslie.skorheim@usdoj.gov
- Leslie A Cohen on behalf of Defendant Rosa Bianca Loli leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- Leslie A Cohen on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com; clare@lesliecohenlaw.com
- Lisa Patel on behalf of Defendant OptimumBank Holdings Inc. lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- Marc A Lieberman on behalf of Defendant JGW Solutions LLC marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com
- Marc A Lieberman on behalf of Interested Party Courtesy NEF marc.lieberman@flpllp.com addy@flpllp.com,andrea@flpllp.com
- Marc C Forsythe on behalf of Defendant Clear Vision Financial LLC mforsythe@goeforlaw.com mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
- Marc C Forsythe on behalf of Defendant Point Break Holdings LLC mforsythe@goeforlaw.com mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
- Marc C Forsythe on behalf of Defendant Perfect Financial LLC mforsythe@goeforlaw.com mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
- Mark J Markus on behalf of Creditor David Orr bklawr@bklaw.com markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com

- Matthew A Lesnick on behalf of Defendant OptimumBank Holdings Inc. matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- Maureen J Shanahan on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Mstotaro@aol.com
- Meredith Fahn on behalf of Creditor Meredith Fahn fahn@sbcglobal.net
- Meredith King on behalf of Interested Party Courtesy NEF mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law
- Meredith King on behalf of Defendant Gallant Law Group mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law
- Michael D Lieberman on behalf of Creditor Phillip A. Greenblatt PLLC mlieberman@lipsonneilson.com
- Michael Jay Berger on behalf of Defendant Leucadia Enterprises Inc michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- Michael R Pinkston on behalf of Creditor Wells Marble and Hurst PLLC rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com
- Michael R Totaro on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Ocbkatty@aol.com
- Michael R Totaro on behalf of Interested Party Randall Baldwin Clark Ocbkatty@aol.com
- Michael W Davis on behalf of Defendant Morning Law Group P.C. mdavis@dtolaw.com, ygodson@dtolaw.com
- Mitchell B Ludwig on behalf of Defendant Bridge Funding Cap LLC mbl@kpclegal.com, kad@kpclegal.com
- Mitchell B Ludwig on behalf of Creditor Fundura Capital Group mbl@kpclegal.com kad@kpclegal.com
- Nicholas A Koffroth on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com
- Olivia Scott on behalf of Creditor Azzure Capital LLC olivia.scott@hklaw.com
- Olivia Scott on behalf of Creditor Hi Bar Capital LLC olivia.scott@hklaw.com
- Paul R Shankman on behalf of Creditor United Partnerships LLC PShankman@fortislaw.com, info@fortislaw.com
- Paul R Shankman on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com info@fortislaw.com
- Peter L Isola on behalf of Interested Party Merchants Credit Corporation pisola@hinshawlaw.com rmojica@hinshawlaw.com,iking@hinshawlaw.com
- Peter W Bowie on behalf of Trustee Richard A Marshack (TR) peter.bowie@dinsmore.com caron.burke@dinsmore.com
- Queenie K Ng on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov
- Randall Baldwin Clark on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com
- Razmig Izakelian on behalf of Plaintiff OHP-CDR LP razmigizakelian@quinnemanuel.com
- Razmig Izakelian on behalf of Counter-Defendant PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com
- Razmig Izakelian on behalf of Plaintiff PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com
- Razmig Izakelian on behalf of Counter-Defendant OHP-CDR LP razmigizakelian@quinnemanuel.com
- Razmig Izakelian on behalf of Creditor OHP-CDR LP razmigizakelian@quinnemanuel.com
- Reina Zepeda on behalf of Other Professional Omni Agent Solutions rzepeda@omniagnt.com
- Richard A Marshack (TR) pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com
- Richard H Golubow on behalf of Creditor Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Richard H Golubow on behalf of Defendant Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Richard H Golubow on behalf of Defendant MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Richard H Golubow on behalf of Defendant MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Richard H Golubow on behalf of Creditor MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Richard H Golubow on behalf of Creditor MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Richard L. Hyde on behalf of Interested Party Courtesy NEF rhyde@awglaw.com
- Ronald K Brown on behalf of Creditor SDCO Tustin Executive Center Inc. ron@rkbrownlaw.com

- Ronald N Richards on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com
- Ronald N Richards on behalf of Defendant Consumer Legal Group PC ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Sara Johnston on behalf of Trustee Richard A Marshack (TR) sara.johnston@dinsmore.com
- Sarah S. Mattingly on behalf of Plaintiff Richard A. Marshack Chapter 11 Trustee sarah.mattingly@dinsmore.com
- Sarah S. Mattingly on behalf of Defendant Clearcube LLC sarah.mattingly@dinsmore.com
- Sarah S. Mattingly on behalf of Trustee Richard A Marshack (TR) sarah.mattingly@dinsmore.com
- Sarah S. Mattingly on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com
- Sharon Z. Weiss on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- Sharon Z. Weiss on behalf of Defendant Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- Sharon Z. Weiss on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- Shawn M Christianson on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com schristianson@buchalter.com
- Sweeney Kelly on behalf of Defendant Fidelity National Information Services Inc. kelly@ksgklaw.com
- Sweeney Kelly on behalf of Defendant Worldpay Group kelly@ksgklaw.com
- Sweeney Kelly on behalf of Defendant Fidelity National Information Services Inc. dba FIS kelly@ksgklaw.com
- Sweeney Kelly on behalf of Defendant Worldpay LLC kelly@ksgklaw.com
- Tyler Powell on behalf of Counter-Claimant Richard A Marshack (TR) tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com
- Tyler Powell on behalf of Trustee Richard A Marshack (TR) tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com
- Tyler Powell on behalf of Plaintiff Richard A. Marshack tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com
- Tyler Powell on behalf of Counter-Claimant Richard A. Marshack tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com
- Tyler Powell on behalf of Defendant Richard A. Marshack tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Vanessa Rodriguez on behalf of Plaintiff Richard A. Marshack vanessa.rodriguez@dinsmore.com angelica.urena@dinsmore.com
- Vanessa Rodriguez on behalf of Trustee Richard A Marshack (TR) vanessa.rodriguez@dinsmore.com angelica.urena@dinsmore.com
- Victoria Newmark on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com
- William McCormick on behalf of Creditor TN Dept of Revenue Bill.McCormick@ag.tn.gov
- William J Wall on behalf of Witness Bradford Lee wwall@wall-law.com
- William P Fennell on behalf of Creditor Validation Partners LLC william.fennell@fennelllaw.com wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi_cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;offi ce@fennelllaw.com;Brendan.Bargmann@fennelllaw.com
- Yosina M Lissebeck on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com
- Yosina M Lissebeck on behalf of Defendant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com
- Yosina M Lissebeck on behalf of Trustee Richard A Marshack (TR) Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com
- Yosina M Lissebeck on behalf of Counter-Claimant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

- Zev Shechtman on behalf of Interested Party Danning Gill Israel & Krasnoff LLP Zev.Shechtman@saul.com
  zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com
- Zev Shechtman on behalf of Interested Party Morning Law Group P.C. Zev.Shechtman@saul.com,
  zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com