| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| LORI J. ENSLEY<br>ROBERT F. BICHER<br>ROBERT F. BICHER & ASSOCIATES<br>1220 Monte Vista Dr.<br>Redlands, CA 92373<br>Mailing Address:<br>P.O. Box 7010, Redlands, CA 92375<br><br>Telephone: (909) 793-8068<br>Email: rfbicher@earthlink.net<br><br>Field Agent and Forensic Analyst for Chapter 7 Trustee,<br>RICHARD A. MARSHACK | |

☒ Individual appearing without attorney
   Attorney for:

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: 11 |
|---|---|
| | **APPLICATION FOR PAYMENT OF:**<br><br>☒ **INTERIM FEES AND/OR EXPENSES**<br>   **(11 U.S.C. § 331)**<br><br>☐ **FINAL FEES AND/OR EXPENSES**<br>   **(11 U.S.C. § 330)** |
| | DATE: January 14, 2025<br>TIME: 10:00 a.m.<br>COURTROOM: 5C<br>PLACE: United States Bankruptcy Court<br>   411 West Fourth Street<br>   Santa Ana, California 92614 |

1.  Name of Applicant (*specify*):  Robert F. Bicher & Associates

2.  Type of services rendered:
    a.  ☐ Attorney for (*specify*): _____
    b.  ☐ Accountant for (*specify*): _____
    c.  ☒ Other professional (*specify*):  Field Agent and Forensic Analyst for Chapter 11 Trustee

3.  Date of filing of petition under chapter 11 of the Bankruptcy Code: 03/20/2023

4.  Date of entry of Order Approving Applicant's Employment: 06/07/2023

5.  Date of filing of last Fee and/or Expense Application: 08/29/24

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                          Page 1                          **F 2016-1.2.APP.PAYMENT.FEES**

6. Total fees allowed or paid to Applicant to date (including retainers and prior approved fee applications): $ 70,813.60

   a. Retainer received: $ n/a

   b. Retainer remaining as of the date of this Application: $ n/a

   c. Total amount requested in all prior applications: $ 70,478.00

   d. Total amount actually paid pursuant to prior approved applications: $ 70,180.00

   e. Total amount currently due but unpaid pursuant to prior approved applications: $ 0.00

   f. Total amount allowed but reserved pending final fee application: $ 0.00

7. **Summary of Requested Fees**: (*attach detailed supporting documentation to this Application*)

| Professional Person's Name | Hourly Rate | X | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|
| a. Lori J. Ensley - Agent Services | $ 120.00 | X | 6.60 | = | $ 792.00 |
| b. Lori J. Ensley - Claims Analysis | $ 120.00 | X | 1.00 | = | $ 120.00 |
| c. Lori J. Ensley - Forensic Accounting | $ 250.00 | X | 43.30 | = | $ 10,825.00 |
| d. Robert F. Bicher - Forensic Accounting | $ 300.00 | X | .30 | = | $ 90.00 |
| e. Lori J. Ensley - Fee Applications | $ 250.00 | X | 1.50 | = | $ 375.00 |
| f. Robert F. Bicher - Fe Applications | $ 300.00 | X | 10.70 | = | $ 3,210.00 |

   g. ☐ Continued on attached page

8. The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as follows:                                           ☐ See attached page

9. Bonus requested (final fee applications only): $ _____
   (*attach Declaration and Memorandum of Points and Authorities justifying bonus*)

10. **TOTAL FEES REQUESTED THIS APPLICATION**: $ 15,412.00

11. Total expenses paid to Applicant to date (including retainers and prior approved expense applications): $ 1,262.27

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                     Page 2                                     **F 2016-1.2.APP.PAYMENT.FEES**

12. **Summary of Requested Expense Reimbursement**: *(attach detailed supporting documentation to this Application)*

| Type of Expense | | Reimbursement Requested this Application |
|---|---|---|
| a. Copies | ➕ | $  15.00 |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| e. | | $ |
| f. | | $ |
| g. ☐ Continued on Attached Page | | |

13. TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION: $ **15.00**

14. Applicant submits the following in support of the Application herein pursuant to LBR 2016-1 *(specify)*:

Declaration of Lori J. Ensley (attached) and Declaration of Richard A. Marshack (filed separately)    ➕

15. Total number of attached pages of supporting documentation:  __16__

16. Applicant declares under penalty of perjury under the laws of the United States that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

11/7/2024    Robert F. Bicher
*Date*    *Printed Name*    *Signature*

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 3                          F 2016-1.2.APP.PAYMENT.FEES

### **DECLARATION OF LORI J. ENSLEY**

I, Lori J. Ensley, declare:

A.      The matters stated herein are within my personal knowledge and, if called upon as a witness, I could and would competently testify as to the truth of the matters set forth herein, except those matters set forth on information and belief, as to which I am informed and believe they are true.

B.      I am a Principal with Robert F. Bicher & Associates ( the "Firm"), and current Field Agent and Forensic Analyst for the Chapter 7 Trustee, Richard A. Marshack.  I file this Declaration in support of my application for approval and payment of $15,427.00:  $792.00 in Field Agent fees, $10,915.00 in Preference/Fraudulent Transfer Analysis fees, $120.00 in Claims Analysis fees, $3,585.00 in Fee Application fees, and $15.00 in costs, for the period August 1. 2024 through September 23, 2024.  This Declaration is intended to comply with Local Bankruptcy Rule 2016-1.

C.      Statement of Facts.

1.      On March 20, 2023, The Litigation Practice Group ("Debtor") filed a voluntary petition under Chapter 11 of Title 11 of the United States Code, initiating bankruptcy Case No. 8:23-bk-10571-SC in the United States Bankruptcy Court for the Central District of California, Santa Ana Division.

On March 30, 2023, as Dk. No. 21, the United States Trustee filed a motion to dismiss or convert the case under 11 U.S.C. § 1112(b) for failure to comply with the U.S. Trustee guidelines and requirements for a chapter 11 case. No opposition to the motion was filed.

On May 3, 2023, a hearing was held on the motion to dismiss or convert. At the hearing, the Court directed the U.S. Trustee to appointment a Chapter 11 Trustee in this case. Richard A. Marshack was appointed as the Chapter 11 trustee of the Debtor's estate.

2.      On June 7, 2023, the Court entered the order approving the Application to Employ Bicher & Associates, (the "Firm"), as Field Agents, Forensic Analysts for the Trustee,

and other services requested by the Trustee.  The Firm's hourly rate for Field Agent Services is $110.00 per hour and $230.00 for Forensic Accounting Services for Ms. Ensley.  The Firm also agreed to reduce Mr. Bicher's usual hourly rate of $320.00 per hour to $270.00 per hour for Forensic Accounting and other professional services for this case.  The Court ordered that compensation or reimbursement of costs shall be paid as set forth in the Application pursuant to 11 U.S.C. § 330 or 331. On January 1, 2024 the Firm's rates were increased to $120.00 per hour for Agent Services and $250.00 per hour for Forensic Accounting and other professional services for Ms. Ensley, and to $300.00 per hour for Forensic Accounting and other professional services for Mr. Bicher (a continued discount of $50.00 from his stated rate of $350.00).

   3.    In regard to agent services, from August 1, 2024 through September 23, 2024, the Firm continued to pick up mail affecting operations from the Trustee's office and deliver pertinent mail to the buyer of the operation per the Trustee's agreement with the buyer.

   4.    In regard to Preference/Fraudulent Transfer Analyses services performed, from August 1, 2024 through September 23, 2024, the Firm communicated with Trustee, performed review and analysis of credit card statements, and prepared and updated schedules of potential preference/fraudulent transfer payments.

   6.    In regard to Claims Analysis services performed, from August 1, 2024 through September 23, 2024 the Firm communicated with the Trustee regarding duplicate claims analysis.  The Firm agreed to perform these services at the Firm's agent rate rather than professional rates.

   7.    In regard to Fee Application services, from August 1, 2024 through September 23, 2024,, the Firm communicated with the Trustee's administrator, Pam Kraus, and other parties regarding the 1st Interim Fee Application, reviewed monthly fee details for the periods, prepared fee detail summaries, reconciled paid and unpaid amounts, completed the declaration and Form F-2016 regarding the Firm's 1st Interim Fee Application.

D.      This is the Firm's Final Fee Application for Allowance of Fees and Costs and covers the period of August 1, 2024 through September 23, 2024.

E.      The Firm has been paid $729.60 in fees and $15.00 in costs for the period of August 1, 2024  through September 23, 2024.

F.      The Firm is informed that there are sufficient funds to pay the requested fees. Please see the Interim Fee Applications of the Trustee and various other professionals for further information.

G.      Summary Statement of Services Rendered.

I attach hereafter as Exhibits (see below) a detailed description of all the time spent on this case including detailed services provided by category and month (Exhibit 1), and detailed costs by month (Exhibit 2).  Note that hours for Agent Services exclude no charge travel time, which totaled 3.9 hours.  The services which the Firm rendered, and the billed hours for which the Firm requests compensation, are categorized as follows:

        (1)      Agent Services

                 Lori J. Ensley:              6.6 hrs.

        (2)      Fraudulent Transfer Analyses

                 Lori J. Ensley:             43.3 hrs.

                 Robert F. Bicher              .3 hrs.

        (3)      Claims Analyses

                 Lori J. Ensley              1.0 hrs.

        (4)      Fee Applications

                 Lori J. Ensley              1.5 hrs

                 Robert F. Bicher:          10.7 hrs.

H.      Detailed Listing of All Time Spent by Professional on Matters for Which Compensation is Sought:

See Exhibit "1", attached hereto, for a detailed description of all time spent on this case.

1    I.    Costs and Expenses:

2         See Exhibit "2" attached hereto for a detailed description of all costs expended.  The

3    Firm charges $.20 per page for copies and reimbursement for out of pocket expenses necessary

4    to the administration of the estate, etc.

5         Total Costs this Application:  $15.00.

6         J.    Hourly Rates:

7         Agent Services:

8         Lori J. Ensley:  $120.00 per hour.

9         Total Agent Services Hours:  6.6 hrs. for  $792.00.

10        Average Hourly Rate:  $120.00

11        Preference/Fraudulent Transfer Analysis Services:

12        Lori J. Ensley:  $250.00 per hour.

13        Robert F. Bicher:  $300.00 per hour.

14        Preference/Fraudulent Transfer Analysis Hours: 43.6 hours.

15        Combined Average Hourly Rate:  $250.34

16        Claims Analysis Services:

17        Lori J. Ensley:  $120.00 per hour.

18        Total Claims Analysis Hours:  1.0 hrs. for $120.00

19        Average Hourly Rate:  $120.00

20        Fee  Applications:

21        Lori J. Ensley:  $250.00 per hour.

22        Robert F. Bicher, $300.00 per hour.

23        Total Fee Application Hours: 12.2 hrs. for $3,585.00

24        Average Hourly Rate:  $293.85.

25        Total Hours for all services:  63.4 hrs. for $15,412.00.

26        Average Hourly Rate for all services:  $243.09.

27        Total Costs Requested:  $15.00.

28

K.    Education:

Attached hereto as Exhibit 3 is a current Firm resume for professional qualifications and work experience.

L.    Trustee has Reviewed the Application and Approves it.

I have submitted this application to the Trustee and he approves it (see Declaration of Richard A. Marshack, filed concurrently).

M.    Request for Interim Fee Application Period

| Final Request | Paid | Balance Due |
|---|---|---|
| Fees:  $ 15,412.00 | $        729.60 | $  14,682.40 |
| Costs: $       15.00 | $         15.00 | $          .00 |

N.    The Applicant has reviewed LBR 2016-1 and Has Complied with it.

I have read Local Bankruptcy Rule 2016-1 and complied with it.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.  Executed this 7th day of November 2024, at Redlands, California.

Lori J. Ensley

EXHIBIT 1

AB CAPITAL FEE DETAIL

| DATE | TASK | DESCRIPTION | RATE | HOURS | | TOTAL |
|---|---|---|---|---|---|---|
| 08/01/24 | Agent LE | T/c to Chantal Arnold re: mail pick up | 120.00 | 0.10 | $ | 12.00 |
| 08/01/24 | Agent LE | Texts with Gary De Pew re: mail pick up | 120.00 | 0.10 | $ | 12.00 |
| 08/02/24 | Agent LE | Travel to Marshack Hays | 120.00 | 1.00 | $ | 120.00 |
| 08/02/24 | Agent LE | Meet with Chantal Arnold re: mail pick up | 120.00 | 0.30 | $ | 36.00 |
| 08/02/24 | Agent LE | Travel to LPG | 120.00 | 0.30 | $ | 36.00 |
| 08/02/24 | Agent LE | Meet with Gary De Pew re: mail | 120.00 | 0.30 | $ | 36.00 |
| 08/02/24 | Agent LE | Meet with Daniel Hernandez re: mail | 120.00 | 0.20 | $ | 24.00 |
| 08/02/24 | Agent LE | Return travel to office | 120.00 | 1.30 | | N/C |
| 08/06/24 | Agent LE | T/c to Chantal Arnold re: mail | 120.00 | 0.10 | $ | 12.00 |
| 08/26/24 | Agent LE | Travel to Marshack Hays | 120.00 | 1.00 | $ | 120.00 |
| 08/26/24 | Agent LE | Meet with Kail re: mail pick up | 120.00 | 0.30 | $ | 36.00 |
| 08/26/24 | Agent LE | Travel to LPG | 120.00 | 0.30 | $ | 36.00 |
| 08/26/24 | Agent LE | Meet with Russ Squires re: mail delivery and plan confirmation hearing | 120.00 | 0.40 | $ | 48.00 |
| 08/26/24 | Agent LE | Meet with Daniel Hernandez re: mail | 120.00 | 0.30 | $ | 36.00 |
| 08/26/24 | Agent LE | Return travel to Office | 120.00 | 1.20 | | N/C |
| 09/19/24 | Agent LE | Texts with Chatal Arnold re: mail pick up | 120.00 | 0.10 | $ | 12.00 |
| 09/20/24 | Agent LE | Travel to Marshack Hays | 120.00 | 1.00 | $ | 120.00 |
| 09/20/24 | Agent LE | Meet with Kail re: mail | 120.00 | 0.20 | $ | 24.00 |
| 09/20/24 | Agent LE | Travel to LPG | 120.00 | 0.30 | $ | 36.00 |
| 09/20/24 | Agent LE | Meet with Daniel Hernandez re: mail | 120.00 | 0.30 | $ | 36.00 |
| 09/20/24 | Agent LE | Return travel to office | 120.00 | 1.40 | | N/C |
| | | | | | | |
| | | Total Hours Billed and Total Amount | | 6.60 | $ | 792.00 |
| | | | | | | |
| 08/01/24 | Fraud Transfer Analysis LE | Revise and update Bank of America schedules | 250.00 | 2.80 | $ | 700.00 |
| 08/02/24 | Fraud Transfer Analysis LE | Revise and update Bank of America schedules | 250.00 | 2.50 | $ | 625.00 |
| 08/05/24 | Fraud Transfer Analysis LE | Revise and update Bank of America schedules | 250.00 | 2.50 | $ | 625.00 |
| 08/06/24 | Fraud Transfer Analysis LE | Revise and update Bank of America schedules | 250.00 | 1.60 | $ | 400.00 |

EXHIBIT 1
Page 9

AB CAPITAL FEE DETAIL

| | | | | | |
|---|---|---|---|---|---|
| 08/07/24 | Fraud Transfer Analysis LE | Revise and update Bank of America schedules | 250.00 | 2.30 | $ 575.00 |
| 08/08/24 | Fraud Transfer Analysis LE | Revise credit card credit card schedules | 250.00 | 1.90 | $ 475.00 |
| 08/12/24 | Fraud Transfer Analysis LE | Review email and T/c with R Marshack re Master Task Chart and preference/fraudulent transfer analysi | 250.00 | 0.10 | $ 25.00 |
| 08/21/24 | Fraud Transfer Analysis LE | Review chase statements and verify charges and account numbers | 250.00 | 1.50 | $ 375.00 |
| 08/22/24 | Fraud Transfer Analysis LE | Review new chase account and post personal charges to schedule | 250.00 | 2.30 | $ 575.00 |
| 08/26/24 | Fraud Transfer Analysis LE | Review new chase account and post personal charges to schedule | 250.00 | 3.60 | $ 900.00 |
| 08/27/24 | Fraud Transfer Analysis LE | Review new chase account and post personal charges to schedule | 250.00 | 2.40 | $ 600.00 |
| 08/28/24 | Fraud Transfer Analysis LE | Review new chase account and post personal charges to schedule | 250.00 | 1.10 | $ 275.00 |
| 09/10/24 | Fraud Transfer Analysis LE | Review Chase credit card charges | 250.00 | 2.10 | $ 525.00 |
| 09/11/24 | Fraud Transfer Analysis LE | Review Chase credit card charges | 250.00 | 2.20 | $ 550.00 |

EXHIBIT 1
Page 10

AB CAPITAL FEE DETAIL

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/12/24 | Fraud Transfer Analysis LE | LPG - Research payees on Amex worksheets | 250.00 | 2.30 | $ | 575.00 |
| 09/13/24 | Fraud Transfer Analysis LE | Research payees on Amex worksheets | 250.00 | 2.60 | $ | 650.00 |
| 09/16/24 | Fraud Transfer Analysis LE | Research payees on Amex worksheets | 250.00 | 3.10 | $ | 775.00 |
| 09/17/24 | Fraud Transfer Analysis LE | Update Credit Card Worksheets | 250.00 | 2.00 | $ | 500.00 |
| 09/18/24 | Fraud Transfer Analysis LE | Update Credit Card Worksheets | 250.00 | 3.90 | $ | 975.00 |
| 09/20/24 | Fraud Transfer Analysis LE | Review schedules, revise summary report and email to R Bicher re revised schedules and draft summry report | 250.00 | 0.50 | $ | 125.00 |
| 09/23/24 | Pref / Fraud Transfer Analysis RB | Review L Ensley email, attached credit card schedules, and draft report | 300.00 | 0.30 | $ | 90.00 |
| | | | | | | |
| | | Total Hours Billed and Total Amount | | 43.60 | $ | 10,915.00 |
| | | | | | | |
| 08/01/24 | Analysis LE | T/c to Richard Marshack re: claims work | 120.00 | 0.10 | $ | 12.00 |
| 08/02/24 | Analysis LE | T/c to Richard Marshack re: claims work | 120.00 | 0.10 | $ | 12.00 |
| 08/05/24 | Analysis LE | T/c with Richard Marshack re: claims project | 120.00 | 0.20 | $ | 24.00 |
| 08/12/24 | Analysis LE | T/c with Richard Marshack re: claims projects | 120.00 | 0.20 | $ | 24.00 |
| 08/12/24 | Analysis LE | Review email and T/c with R Marshack re Master Task Chart and claims analysis | 120.00 | 0.10 | $ | 12.00 |

EXHIBIT 1
Page 11

AB CAPITAL FEE DETAIL

| Date | Category | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/13/24 | Analysis LE | T/c to Richard Marshack re: claims project | 120.00 | 0.10 | $ 12.00 |
| 08/19/24 | Analysis LE | T/c to Richard Marshack re: claims project | 120.00 | 0.10 | $ 12.00 |
| 08/22/24 | Analysis LE | T/c to Richard Marshack re: claims project | 120.00 | 0.10 | $ 12.00 |
| | | | | | |
| | | Total Hours Billed and Total Amount | | 1.00 | $ 120.00 |
| | | | | | |
| 08/02/24 | Fee App RB | T/c to P Kraus re fee application | 300.00 | 0.10 | $ 30.00 |
| 08/06/24 | Fee App RB | Emails with P Kraus re fee application | 300.00 | 0.10 | $ 30.00 |
| 08/06/24 | Fee App RB | T/c from P Kraus re cut off date for fee application and Examiner review | 300.00 | 0.10 | $ 30.00 |
| 08/06/24 | Fee App RB | Review 7/1/24 - 7/31/24 fee detail and add to summary schedule for fee application | 300.00 | 0.40 | $ 120.00 |
| 08/08/24 | Fee App RB | Review and reply to P Kraus email re fee detail and summaries for fee application and review attached requirements of Examiner | 300.00 | 0.20 | $ 60.00 |
| 08/08/24 | Fee App RB | Review P Kraus email and attached news article re LPG fee application | 300.00 | 0.20 | $ 60.00 |
| 08/08/24 | Fee App RB | T/cs with P Kraus re fee detail and Examiner requirements | 300.00 | 0.20 | $ 60.00 |
| 08/09/24 | Fee App RB | Review and revise fee detail summaries for 1st Interim Fee Application | 300.00 | 1.80 | $ 540.00 |
| 08/09/24 | Fee App RB | Emails wtih P Kraus re fee and expense detail for Examiner | 300.00 | 0.20 | $ 60.00 |
| 08/09/24 | Fee App RB | Review P Kraus email to N Rapoport re fee and expense detail | 300.00 | 0.10 | $ 30.00 |
| 08/09/24 | Fee App RB | Review N Rapoport and P Kraus emails re question oin expenses | 300.00 | 0.10 | $ 30.00 |
| 08/12/24 | Fee App RB | Reconcile percentage of agent and claims analysis fees paid with holdback amounts and continue draft of declaration | 300.00 | 2.20 | $ 660.00 |
| 08/12/24 | Fee App RB | Review email from C Burk re notice and order re fee examiner and review order | 300.00 | 0.20 | $ 60.00 |
| 08/13/24 | Fee App RB | Complete draft of declaration | 300.00 | 0.80 | $ 240.00 |
| 08/13/24 | Fee App LE | Review draft declaration and reconcile with fee and expense detail totals | 250.00 | 0.30 | $ 75.00 |

EXHIBIT 1

Page 12

AB CAPITAL FEE DETAIL

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/13/24 | Fee App RB | fee and expense detail, amounts paid through 7/31/24 invoices, draft declaration, and current Firm resume. | 300.00 | 0.30 | $ | 90.00 |
| 08/13/24 | Fee App RB | Review P Kraus email to N Rapoport re 1st Interim fee application | 300.00 | 0.10 | $ | 30.00 |
| 08/14/24 | Fee App RB | Emails with P Kraus re fee application and examiner review | 300.00 | 0.10 | $ | 30.00 |
| 08/24/24 | Fee App RB | Email to P. Kraus re Form f-2016 for fee application | 300.00 | 0.10 | $ | 30.00 |
| 08/25/24 | Fee App RB | Review email from P Kraus and attached Form F-2016 and reply re feedback from fee examiner | 300.00 | 0.10 | $ | 30.00 |
| 08/25/24 | Fee App RB | Prepare draft Form F-2016 and revise declaration for 1st Interim Fee Application | 300.00 | 1.30 | $ | 390.00 |
| 08/25/24 | Fee App RB | Email to P Kraus re documents for filing of fee application | 300.00 | 0.20 | $ | 60.00 |
| 08/25/24 | Fee App RB | Email from P Kraus re no feedback as yet from fee examiner | 300.00 | 0.10 | $ | 30.00 |
| 08/28/24 | Fee App RB | Review emasil from P Kraus re signature pages for F-2016 and declaration | 300.00 | 0.10 | $ | 30.00 |
| 08/28/24 | Fee App LJ | Review and execute declaration for 1st Interim Fee Application | 250.00 | 0.20 | $ | 50.00 |
| 08/28/24 | Fee App RB | Revise and execute Form F-2016 for 1st Interim Fee Application | 300.00 | 0.10 | $ | 30.00 |
| 08/28/24 | Fee App RB | Email to P Kraus re revised F-2016 and signature pages | 300.00 | 0.10 | $ | 30.00 |
| 08/30/24 | Fee App RB | Review and reply to P Kraus email re filed fee application | 300.00 | 0.10 | $ | 30.00 |
| 09/03/24 | Fee App LE | Multiple t/c's with Layla Masoud re: fee examiner questions about fees | 250.00 | 0.40 | $ | 100.00 |
| 09/03/24 | Fee App LE | T/c with Chantal Arnold re: examniner questions about fees | 250.00 | 0.10 | $ | 25.00 |
| 09/09/24 | Fee App RB | Review and reply to P Kraus email re US Trustee request for extension of time to 9/13/24 for review and comments on interim fee applications | 300.00 | 0.10 | $ | 30.00 |
| 09/09/24 | Fee App RB | Review and reply to N Koffroth, K Stevenson, C Celentine and P Kraus email re US Trustee request for extension of time to 9/13/24 for review and comments on interim fee applications | 300.00 | 0.10 | $ | 30.00 |
| 09/10/24 | Fee App RB | Review Y Lissebeck and P Kraus emails re US Trustee agreement to extend time to reply to comments to 9/20/24 | 300.00 | 0.10 | $ | 30.00 |

EXHIBIT 1
Page 13

AB CAPITAL FEE DETAIL

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/10/24 | Fee App RB | Review email and attached stipulation granting committee to 9/23/24 to object to Trustee's team fee applications | 300.00 | 0.10 | $ | 30.00 |
| 09/10/24 | Fee App RB | Emails with P Kraus re extension to reply to committee's objections to Trustee's team fee appications | 300.00 | 0.10 | $ | 30.00 |
| 09/10/24 | Fee App RB | committee objections to Trustee's team interim fee applications, execute stipulation and email to E Hays | 300.00 | 0.20 | $ | 60.00 |
| 09/10/24 | Fee App RB | Review L Masud, J Teeple and P Kraus emails re stipulation | 300.00 | 0.10 | $ | 30.00 |
| 09/10/24 | Fee App RB | Email to L Masud, P Kraus, Y Lisseck, and E Hays re executed stipulation | 300.00 | 0.10 | $ | 30.00 |
| 09/11/24 | Fee App RB | T/c with P Kraus re dollar amount of savings to estate from reduced rate on claims analysis | 300.00 | 0.10 | $ | 30.00 |
| 09/11/24 | Fee App RB | Review fee application, calculate savings to estate from discounted rate and email to P Kraus | 300.00 | 0.30 | $ | 90.00 |
| 09/11/24 | Fee App LE | T/cs wtih P Kraus re fee examiner questions | 250.00 | 0.10 | $ | 25.00 |
| 09/11/24 | Fee App LE | T/cs wtih R Marshack re fee examiner questions | 250.00 | 0.20 | $ | 50.00 |
| 09/22/24 | Fee App LE | T/cs wtih R Marshack re fee examiner and reduction in fees | 250.00 | 0.20 | $ | 50.00 |
| | | | | | | |
| | | Total Hours Billed and Total Amount | | 12.20 | $ | 3,585.00 |
| | | | | | | |
| | | | | | | |
| | | Total Hours Billed and Total Amount All Matters | | 63.40 | $ | 15,412.00 |

EXHIBIT 1
Page 14

EXHIBIT 2

PAL DISTRIBUTION MONTHLY EXPENSE SUMMARY

| DATE | DESCRIPTION OF COSTS INCURRED | | AMOUNT | |
|---|---|---|---|---|
| 08/12/24 | Copies - Master Task Chart from R Marshack | | 1.20 | |
| | 6 pages @ $.20/pg | | | |
| | | | | |
| 08/12/24 | Copies - Notice and order re fee examiner | | 1.00 | |
| | 5 pages @ $.20/pg | | | |
| | | | | |
| 08/13/24 | Copies - Draft of declaration | | 1.20 | |
| | 6 pages @ $.20/pg | | | |
| | | | | |
| 08/28/24 | Copies - signature pages for F-2016 and declaration | | 0.40 | |
| | 2 pages @ $.20/pg | | | |
| | | | | |
| 08/30/24 | Copies - filed fee application | | 11.20 | |
| | 56 pages @ $.20/pg | | | |
| | | | | |
| | Total | | $    15.00 | |

EXHIBIT 2

Page 15

EXHIBIT 3

ROBERT F. BICHER III


EDUCATION:  Graduated Phi Beta Kappa with High Honors in 1975 from the
University of California Riverside with a Bachelor of Science of Administrative
Sciences, specializing in finance and accounting, and from the Graduate School of
Administration (now known as the Graduate School of Management) of the University of
California Riverside in 1978 with a Masters of Administration in Business
Administration, specializing in finance.


EXPERIENCE:  Mr. Bicher's experience includes: three years as a financial consultant
for investment management firms; five years as a full-time faculty member at California
State University San Bernardino, teaching graduate and undergraduate finance and
marketing; four years with the Office of the United States Trustee as Senior Bankruptcy
Analyst, administering over 3,000 Chapter 11 cases; and thirty-seven years performing
financial consulting and turnaround management services as Interim CEO/President,
Liquidating Agent, Disbursing Agent, Claims Agent/Administrator, Forensic Accounting,
and Court ordered Examiner for financially distressed companies, Trustees, Receivers,
and Chapter 11 Debtors.  Mr. Bicher has directly managed and controlled various types
of operations including, but not limited to, manufacturing, retail, medical practices,
advertising, real estate, mortgage, and service businesses.

EXHIBIT 3
Page 16

LORI J. ENSLEY

EDUCATION:  Graduated in 1983 from the University of California Los Angeles with a

Bachelor of Arts in English and minor in Economics.

EXPERIENCE:  Ms. Ensley's experience includes nine years of accounting experience as

a staff accountant, cost analyst, and controller for various companies; three years as

director of operations for a manufacturing and advertising firm; and thirty-three years as

a financial/turnaround management consultant with Robert F. Bicher & Associates.  Ms.

Ensley has overseen a variety of business operations including, but not limited to,

manufacturing, retail, medical practices, advertising, real estate, mortgage, and service

businesses.  In addition, Ms. Ensley has assisted numerous Chapter 11 Debtors with

United States Trustee Compliance Requirements and provided services for Chapter 11

and 7 Trustees in Southern California, including Operations, Forensic Accounting, and

Preference, Fraudulent Transfers, and Claims Analysis.

EXHIBIT 3
Page 17

REFERENCES:

JEFFREY W. BROKER, ESQ.                                    (949) 222-2000
BROKER & ASSOCIATES

ALAN J. FRIEDMAN, ESQ.                                     (949) 340-3400
SHULMAN BASTIAN FRIEDMAN & BUI

RICHARD A. MARSHACK, ESQ.                                  (949) 333-7777
MARSHACK HAYS, LLP

DAVID WOOD, ESQ.                                           (949) 333-7777
MARSHACK HAYS, LLP

NANETTE D. SANDERS, ESQ.                                   (949) 851-7450
RINGSTAD & SANDERS

TODD C. RINGSTAD, ESQ.                                     (949) 851-7450
RINGSTAD & SANDERS

LEONARD M. SHULMAN, ESQ.                                   (949) 340-3400
SHULMAN BASTIAN FRIEDMAN & BUI

LYNDA T. BUI, ESQ.                                         (949) 340-3400
SHULMAN BASTIAN FRIEDMAN & BUI

SAM LESLIE, CPA                                            (323) 987-5780
LEA ACCOUNTANCY

MARC C. FORSYTHE, ESQ.                                     (949) 798-2467
GOE FORSYTHE & HODGES

CAROLINE DJANG                                             (949) 224-6252
BUCHALTER

EXHIBIT 3
Page 18

<u>Current Billing Rates</u>

Professional Services:

Robert F. Bicher                                        $ 350.00/Hour

Lori J. Ensley                                          $ 250.00/Hour

Agent Services:

Robert F. Bicher                                        $ 120.00/Hour

Lori J. Ensley                                          $ 120.00/Hour

EXHIBIT 3
Page 19

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*):  **SECOND AND FINAL FEE APPLICATION FOR BICHER & ASSOCIATES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 7, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On ., I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR – MAIL REDIRECTED TO TRUSTEE**
THE LITIGATION PRACTICE GROUP P.C.
~~17542 17TH ST~~
~~SUITE 100~~
~~TUSTIN, CA 92780-1981~~

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  **November 7, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 7, 2024 | Pamela Kraus | /s/ Pamela Kraus |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                      **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: continued

- **Kyra E Andrassy**    kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **Bradford Barnhardt**    bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **Eric Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com
- **Michael Jay Berger**    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Ethan J Birnberg**    birnberg@portersimon.com, kdwyer@portersimon.com
- **Peter W Bowie**    peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- **Ronald K Brown**    ron@rkbrownlaw.com
- **Christopher Celentino**    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Shawn M Christianson**    cmcintire@buchalter.com, schristianson@buchalter.com
- **Randall Baldwin Clark**    rbc@randallbclark.com
- **Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Michael W Davis**    mdavis@dtolaw.com, ygodson@dtolaw.com
- **Aaron E. De Leest**    adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **Anthony Paul Diehl**    anthony@apdlaw.net, Diehl.AnthonyB112492@notify.bestcase.com, ecf@apdlaw.net,9143954420@filings.docketbird.com
- **Ashley Dionisio**    adionisio@omniagnt.com
- **Jenny L Doling**    jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- **Daniel A Edelman**    dedelman@edcombs.com, courtecl@edcombs.com
- **Howard M Ehrenberg**    Howard.Ehrenberg@gmlaw.com, hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com
- **Meredith Fahn**    fahn@sbcglobal.net
- **Jeremy Faith**    Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com
- **William P. Fennell**    william.fennell@fennelllaw.com, wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com
- **Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com
- **Marc C Forsythe**    mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
- **Jeremy Freedman**    jeremy.freedman@dinsmore.com, bonnie.connolly@dinsmore.com
- **Eric Gassman**    erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com
- **Yisrael Gelb**    yisrael@gelblawapc.com
- **Christopher Ghio**    christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com
- **Amy Lynn Ginsburg**    efilings@ginsburglawgroup.com
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Jeffrey I Golden**    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **Richard H Golubow**    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **David M Goodrich**    dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- **Spencer Keith Gray**    spencer.gray@dinsmore.com
- **Stella A Havkin**    stella@havkinandshrago.com, shavkinesq@gmail.com
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Alan Craig Hochheiser**    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Garrick A Hollander**    ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Brian L Holman**    b.holman@musickpeeler.com
- **Richard L. Hyde**    rhyde@awglaw.com
- **Peter L Isola**    pisola@hinshawlaw.com, rmojica@hinshawlaw.com,iking@hinshawlaw.com
- **Razmig Izakelian**    razmigizakelian@quinnemanuel.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June  2012

**F 9013-3.1.PROOF.SERVICE**

- **Veneeta Jaswal**   veneeta.jaswal@dinsmore.com, bonnie.connolly@dinsmore.com
- **Sara Johnston**   sara.johnston@dinsmore.com
- **Sweeney Kelly**   kelly@ksgklaw.com
- **Joon M Khang**   joon@khanglaw.com
- **Ira David Kharasch**   ikharasch@pszjlaw.com
- **Meredith King**   mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **Nicholas A Koffroth**   nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com
- **David S Kupetz**   David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Christopher J Langley**   chris@slclawoffice.com,
  langleycr75251@notify.bestcase.com; ecf123@casedriver;john@slclawoffice.com
- **Kelli Ann Lee**   Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com
- **Matthew A Lesnick**   matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Daniel A Lev**   daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Britteny Leyva**   bleyva@mayerbrown.com,
  2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com
- **Marc A Lieberman**   marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com
- **Michael D Lieberman**   mlieberman@lipsonneilson.com
- **Yosina M Lissebeck**   Yosina.Lissebeck@Dinsmore.com,
  caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com
- **Mitchell B Ludwig**   mbl@kpclegal.com, kad@kpclegal.com
- **Daniel S March**   marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **Kathleen P March**   kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Mark J Markus**   , markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com
- **Richard A Marshack (TR)**   pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Laila Masud**   lmasud@marshackhays.com,
  lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **Sarah S. Mattingly**   sarah.mattingly@dinsmore.com
- **Tony May**   tmay@maybrocklaw.com
- **William McCormick**   Bill.McCormick@ag.tn.gov
- **Kenneth Misken**   Kenneth.M.Misken@usdoj.gov
- **Byron Z Moldo**   bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com
- **Glenn D. Moses**   gmoses@venable.com,
  cascavone@venable.com;ipmalcolm@venable.com;imalcolm@ecf.courtdrive.com;jadelgado@venable.com
- **Jamie D Mottola**   Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com
- **Alan I Nahmias**   anahmias@mbn.law, jdale@mbn.law
- **Victoria Newmark**   vnewmark@pszjlaw.com
- **Jacob Newsum-Bothamley**   jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com
- **Queenie K Ng**   queenie.k.ng@usdoj.gov
- **Israel Orozco**   israel@iolawcorp.com
- **Keith C Owens**   kowens@foxrothschild.com, khoang@foxrothschild.com
- **Lisa Patel**   lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- **Michael R Pinkston**   rpinkston@seyfarth.com,
  jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com
- **Douglas A Plazak**   dplazak@rhlaw.com
- **Tyler Powell**   tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com
- **Daniel H Reiss**   dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Ronald N Richards**   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Vanessa Rodriguez**   vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com
- **Kevin Alan Rogers**   krogers@wellsmar.com
- **Gregory M Salvato**   gsalvato@salvatoboufadel.com,
  calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Olivia Scott**   olivia.scott@hklaw.com
- **Jonathan Serrano**   jonathan.serrano@dinsmore.com
- **Maureen J Shanahan**   Mstotaro@aol.com
- **Paul R Shankman**   PShankman@fortislaw.com, info@fortislaw.com
- **Zev Shechtman**   Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com
- **Jeffrey M Singletary**   jsingletary@swlaw.com, rmckay@swlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

- **Adam D Stein-Sapir**    info@pfllc.com
- **Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **John H. Stephens**    john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **Matthew J Stockl**    matthew.stockl@dinsmore.com, katrice.ortiz@dinsmore.com
- **Michael R Totaro**    Ocbkatty@aol.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **William J Wall**    wwall@wall-law.com
- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- **Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com
- **Reina Zepeda**    rzepeda@omniagnt.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June  2012*

**F 9013-3.1.PROOF.SERVICE**