**jschott2@satx.rr.com**

| | |
|---|---|
| From: | jschott2@satx.rr.com |
| Sent: | Wednesday, October 30, 2024 2:27 PM |
| To: | 'bbarnhardt@marshackhays.com' |
| Cc: | |
| Subject: | RE: CaseNr: 8-23-bk-10571-SC Motion for Relief |

**FILED**

NOV 08 2024

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

In response to the most recent correspondence received via US Mail and as referenced in lines 18-21 of the notice, I am requesting the details of the motion for relief.
Not being represented by any attorney but severely affected by the criminal actions of Mr. Tony Diab et all, I have been following this case since it's inception.
I am deeply disappointed that all of the attorneys on BOTH SIDES are not sincerely interested in the "little people" affected, Yes, my wife Joan P. Schott was scammed by LPG for roughly $2400.00 in promised and contracted debt relief services yet we both feel that the larger claimants who can afford legal representation MAY benefit over the other 5767 claims.

I have observed some of the zoom presentations by presiding honorable Scott Clarkson and appreciate his unbiased conduct.
I will mail a physical copy of this email to His Honor so that he remembers those of us who are still waiting for relief and reimbursment.

Please email or physically mail the detailed motion of relief so that I can add it to my large collection of documentation,

Thanking you in advance and I wish each of you rewarding and productive days within your profession.

Jerrold J. Schott
Educational Data Analytics



1