D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA RAIS *fka* MASUD, #311731
lmasud@marshackhays.com
**MARSHACK HAYS WOOD LLP**
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

General Counsel for Chapter 11 Trustee,
RICHARD A. MARSHACK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| In re | Case No. 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Chapter 11 |
| Debtor. | SECOND AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FILED BY MARSHACK HAYS WOOD LLP AS GENERAL COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF D. EDWARD HAYS IN SUPPORT |
| | <u>Hearing:</u><br>Date:  January 14, 2025<br>Time:  10:00 a.m.<br>Ctrm: 5C - ViaZoom<br>Place: 411 West Fourth Street<br>        Santa Ana, CA  92701 |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY COURT

JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED

PARTIES:

Marshack Hays Wood LLP ("Firm") respectfully submits this Second and Final Application

for Allowance of Fees and Costs ("Application" or "Second Application").[1] The Firm represents

Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") for the Bankruptcy Estate

("Estate") of The Litigation Practice Group, P.C. ("Debtor"), as the Estate's general counsel. This

---

[1] All further payments to the Firm for fees and expenses incurred will be paid pursuant to the terms of the Liquidating Trust. *See* Dk. No. 1646.

Application encompasses services rendered and expenses paid or incurred from August 1, 2024, through and including September 23, 2024 ("Second Reporting Period").[2] By this Application, the Firm seeks allowance of $340,416 in fees and $2,224.32 for reimbursement of costs, for a total award of $342,640.32 pursuant to 11 U.S.C. §§ 330 and 331, and allowance of these and prior approved interim compensation on a final basis.

The Firm's first interim application ("First Application") covered the period of April 20, 2023, through and including July 31, 2024 ("First Reporting Period"). The First Application sought allowance of $1,332.851 in professional fees and $46,897.69 for reimbursement of expenses for the First Reporting Period. On October 1, 2024, as Dk. No. 1778, the Court entered an order granting the First Application to the Firm for total amount allowed of $1,332,352 for interim fees, and $46,897.69 of interim expenses ("First Interim Order").[3] Based on the First Interim Order, the Firm was paid interim fees of $1,139,160.96, and interim costs of $46,897.69, leaving a remaining balance of $193,191.04 in fees and $0 in costs.

Overall, the Firm seeks allowance of its total requested fees and costs in the amount of $342,640.32, on a final basis, and for Court approval to pay all of the allowed fees and costs on a final basis, in connection with Trustee's final report.

## 1.    Introductory Statement

A bankruptcy court may approve compensation if services are reasonable and beneficial to the Estate. In this case, the Firm represented the Trustee as his general counsel. With the Firm's assistance, the Trustee's significant efforts prevented creditors from receiving nothing after LPG and its principals engaged in fraudulent asset transfers to avoid lawsuits. During the First Reporting Period, the Trustee recovered client files, managed operations lawfully, sold assets to third-party buyers, and ensured compliance with consumer protection laws through a monitor. Importantly, the Trustee collaborated with the Official Committee of Unsecured Creditors on a Chapter 11 plan, which the Court confirmed on August 29, 2024. During this Second Reporting Period, the Trustee

---

[2] Some charges from the First Reporting Period which were inadvertently left off the First Application are included in this Application.

[3] A true and correct copy of the First Interim Order is attached as **Exhibit 2**, to the declaration of D. Edward Hays ("Hays Declaration").

SECOND AND FINAL INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS

with the assistance of the Firm, (1) moved forward with implementing the terms of the confirmed Plan; and (2) continuing investigation into numerous avoidance actions with some settlements reached.

The services rendered by the Firm were necessary, reasonable, and beneficial to the estate. The Firm's efforts have resulted in significant recoveries for the Estate and as the Trustee's avoidance actions continue, creditors of the Liquidating Trust will receive distributions on account of their claims. None of this would have been possible without the Trustee and his retained professionals undertaking significant risks to provide benefit to creditors. The Firm respectfully requests that the Court approve its fees of $340,416 and costs of $2,224.32.

## 2.    Local Bankruptcy Rule 2016-1 Requirements

Pursuant to Rule 2016-1 of the Local Bankruptcy Rules ("LBR"), here follows a detailed narrative history and report concerning the status of the case. The factual history is set forth on the following pages of this Application and is subdivided into categories which summarize the services rendered. Should any additional information be requested by the Court, the Office of the United States Trustee, the Fee Examiner, or any party in interest, the Firm will provide a supplemental declaration prior to the hearing on this Application.

### A.    Procedural Background – LBR 2016-1(A)(1)(A)

The Firm's first interim Application which covered the period of April 20, 2023, through and including July 31, 2024, was filed on September 3, 2024, as Dk. No. 1617 ("First Application"). The Firm hereby incorporates the narrative history provided in its First Application. *See*, LBR 2016-1(a)(iv). During the Second Reporting Period, the following narrative details significant events., including progress made toward substantial consummation of the plan.

#### i.    Administrative Claims

##### a.    Administrative Claim Appeals

On August 27, 2024, the Court denied the administrative expense motions of Han Trinh (Dk. No. 674) seeking $136,280.56, Phuong (aka Jayde) Trinh (Dk. No. 675) seeking $114,825.14, and Greyson Law Center, PC (Dk. No. 676) seeking $5,434,633.00. The Court entered the following Orders denying the administrative claims: Han Trinh ("Han") as Dk. No. 1548; Phuong (aka Jayde)

1  Trinh ("Jayde") as Dk. No. 1547; and Greyson Law Center, PC ("Greyson") as Dk. No. 1546. On

2  September 9, 2024, Han, Jayde, and Greyson each filed Notices of Appeal and Statements of

3  Election to Bankruptcy Appellate Panel ("Admin Claim Appeals"). On September 7, 2024, the

4  Trustee filed his Statements of Election to Proceed in U.S. District Court for all three Admin Claim

5  Appeals. Currently, the Admin Claim Appeals are assigned the following case numbers: *Han Trinh*

6  *v. Richard A. Marshack, Chapter 11 Trustee*: 8:24-cv-02077-FMO ("Han Appeal"); *Phuong Jayde*

7  *Trinh v. Richard A. Marshack, Chapter 11 Trustee*: 8:24-cv-02243-FMO ("Jayde Appeal"); and

8  *Greyson Law Center, PC v. Richard A. Marshack, Chapter 11 Trustee*: 8:24-cv-02074-FMO

9  ("Greyson Appeal").

10                    **b.    Pending Administrative Claim Motions**

11         Currently, there are three administrative expense motions that remain pending to which the

12  Trustee's response has been extended. The motions are set for hearings on December 5, 2024, and

13  Trustee's responses are due November 21, 2024. Trustee's position on the remaining three

14  administrative expense has remained unchanged since the filing of the August 15, 2024, status

15  report:

16         United Partnership, Dk. No. 671:  United Partnerships ("UP") seeks $178,665.70 for

17  providing leads and customer retention services to Debtor. The Trustee has concluded that he must

18  oppose the motion because UP has not yet been able to provide any evidence that its claim arose

19  from a post-petition transaction **with the Debtor** that directly and substantially benefitted the estate.

20  The Trustee has agreed to continue the hearing on the Motion and modify the briefing schedule to

21  provide UP with additional time to investigate and provide proof in support of its claim. Specifically,

22  on August 26, 2024, as Dk. No. 1543, the Trustee filed a stipulation with UP, to modify briefing

23  scheduled and continue hearing on motion for allowance of administrative expenses claim ("UPL

24  Stipulation"). On August 28, 2024, as Dk. No. 1561, the Court entered an order granting the UPL

25  Stipulation.

26         Herret Credit Consultants, Dk. No. 708:  Herret Credit Consultants ("Herret") seeks

27  $450,000.00 for post-petition services allegedly managing 65,000 consumer clients and a myriad of

28  LPG affiliate firms. The Trustee has concluded that he must oppose the motion because UP has not

yet been able to provide any evidence that its claim arose from a post-petition transaction **with the Debtor** (and not non-Debtor entities that received fraudulent transfers of the Debtor's assets) that directly and substantially benefitted the estate. The Trustee has agreed to continue the hearing on the Motion and modify the briefing schedule on the Motion to allow Herret time to complete its investigation and attempt to meet its burden of proof. Specifically, on August 28, 2024, as Dk. No. 1559, the Trustee filed a stipulation with Herret, to continue hearing on motion for allowance of administrative expenses claim ("Herret Stipulation"). On August 28, 2024, as Dk. No. 1560, the Court entered an order granting the Herret Stipulation.

<u>Alteryx, Dk. No. 750:</u> Alteryx seeks $703,089.94 based on a March 2022 sublease agreement between Alteryx and Innovative Solutions, Inc. ("Innovative") for property located at 3345 Michelson Drive, Suites 400 and 490, and 3347 Michelson Drive, Suite 400 in Irvine, CA ("Alteryx Property"). The Debtor was not a party to the sublease and did not receive any benefit in return for providing (1) a guaranty and (2) an irrevocable letter of credit ("LOC") in the amount of $409,206.31 to Alteryx as part of Innovative's sublease. The Trustee prepared an adversary proceeding against Alteryx ("Alteryx Adversary") which would seek avoidance and recovery of fraudulent transfers including the cancellation of LPG's guaranty, its pledge of cash in support of the LOC which Alteryx has completely exhausted, and over $1 million of payments made on account of obligations under the sublease. After preparation of the Alteryx Adversary, because the stated amount in controversy exceeds $1,000,000, pursuant to Section 2.10(c)(i) of the Liquidation Trust Agreement included in the Plan, the Trustee obtained consent of the Post-Confirmation Committee[4] to make a counteroffer to Alteryx which was accepted. The Trustee is in the process of documenting the proposed agreement pursuant to which Alteryx will waive any administrative claim against the estate and pay the estate substantial funds to settle the avoidance claims.

### c.    Improperly Designated Administrative Claims

The Trustee identified 70 parties that filed proofs of claim marking the box stating it was an

---

[4] Post-Confirmation Committee is defined in Section 2.10(a) of the Liquidation Trust Agreement as the oversight board formed on the Effective Date after the Official Committee of Unsecured Creditors is dissolved.

SECOND AND FINAL INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS

administrative claim entitled to administrative priority status under 11 U.S.C. §503(b)(9) or as a broader administrative claim under 11 U.S.C. §503(b). After a thorough review of these proofs of claim and the evidence attached to them, the Trustee determined that these proofs of claims were not entitled to administrative priority. On September 24, 2024, the Trustee filed an Omnibus Objection to Proofs of Claim Filed for Alleged Administrative Claims as Dk. No. 1747 ("Omnibus Objection to Alleged Admin Claims"). The total amount of the Omnibus Objection to Alleged Admin Claims is at least $849,841.16.[5] Section 503(b)(9) provides an administrative claim for "the value of goods received by the debtor within 20 days ***before*** the date of the commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business." 11 U.S.C. § 503(b)(9) (emphasis added). Here, review of the Claims shows that all but four of the Alleged Admin Claimants checked the 503(b)(9) box improperly. The Alleged Admin Claimants that checked the § 503(b)(9) on their respective POC appear to be former legal services customers of the Debtor and did not provide any goods to the Debtor before the commencement of this case. These appear to be mistaken and improper designations and the Trustee objects to treatment of Objected Claims as administrative expenses. The Trustee, however, does not seek to disallow the claims in their entirety. Instead, the Trustee requests that the claims be reclassified as general unsecured claims. The hearing on the Administrative Claim Objection is scheduled for November 14, 2024. The hearing on the Omnibus Objection to Alleged Admin Claims is set on November 14, 2024.

### ii.     <u>Trustee's Filed Objections to Claims</u>

The Trustee has been investigating and verifying proofs of claims that have been filed with the bankruptcy court and with the Court-approved claims agent, Omni Agent Solutions ("Omni") and filing appropriate objections. In addition to filing the Omnibus Objection to Alleged Admin Claims (supra), the Trustee filed the following objections.

On September 20, 2024, the Trustee filed Omnibus Objection to Alleged 11 U.S.C. §507(A)(4) Priority Claims that Exceed Statutory Cap naming six claimants whose proofs of claims

---

[5] Some of the proofs of claim did not properly indicate the amount of the administrative claim and are therefore not included in this total.

SECOND AND FINAL INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS

exceeded the statutory cap pursuant to §507(A)(4) ("Stat Cap Objection I") as Dk. No. 1715.

Objected Statutory Cap Claims assert a § 507(a)(4) priority claim exceeding the $15,150 statutory

cap. As such, the 507(a)(4) Objected Claims must be modified to include at most a $15,150 priority

portion under § 507(a)(4), with the balance of the claims to be reclassified as general unsecured

claims (unless priority is alleged pursuant to another section). The hearing on Stat Cap Objection I is

currently set on November 14, 2024.[6]

On September 20, 2024, the Trustee filed Omnibus Objection to Alleged 11 U.S.C.

§507(A)(4) Priority Wage Benefit Claims filed by Non-Employees ("Non-Employee Wage

Objection") as Dk. No. 1717. 507(a)(4) Wage Benefit Objected Claims assert § 507(a)(4) priority.

But, Debtor's payroll records neither reflect that any of the Claimants were employees of the Debtor

nor do the 507(a)(4) Wage Benefit Objected Claims attach any evidence that any of the Claimants

were employees of the Debtor. To the contrary, most of the 507(a)(4) Wage Benefit Objected Claims

evidence, on their face, that the claims arise from work performed for companies other than the

Debtor. As such, the 507(a)(4) Wage Benefit Objected Claims must be disallowed in their entirety.

Alternatively, the Trustee objected any portion of the claims being afforded § 507(a)(4) priority for

amounts exceeding the $3,350 statutory cap, with the amounts in excess of the cap being reclassified

as general unsecured claims (unless priority is alleged pursuant to another section). The hearing on

Non-Employee Wage Objection is set on November 14, 2024.

On September 20, 2024, the Trustee filed Objection to the Claims Filed by Olga Lucia

Esquivel ("Esquivel Objection") as Dk. No. 1719 which proposes disallowing 14 claims totaling

$170,895.95 filed by Olga Esquivel. Although the Esquivel Claims assert § 507(a)(4) priority,

thirteen of the fourteen claims (Claim Nos. 95, 175, 443, 1221, 1933, 2035, 2219, 100111, 100126,

---

[6] On October 18, 2024, the Court approved Trustee's stipulation with Jennifer Ann McLaughlin ("McLaughlin"), one of the claimants named in Stat Cap Objection I. The order, entered as Dk. No. 1843, caps the McLaughlin priority portion at $15,150 and reclassified $3,764.77 as an unsecured claim and vacated the November 14, 2024, hearing as to McLaughlin only. Separately, on June 20, 2024, as Dk. No. 1363, Jennifer Ann McLaughlin filed a Verified Motion for Administrative Expense Under Rule 9006(b)(1) seeking an administrative claim in the amount of $10,769.22 ("McLaughlin Motion"). On August 26, 2024, as Dk. No. 1539, the Trustee filed a stipulation with McLaughlin, regarding treatment of administrative claim sought by motion ("McLaughlin Stipulation") allowing a reduced administrative claim in the amount of $4,615.38. On August 26, 2024, as Dk. No. 1540, the Court entered an order granting the McLaughlin Stipulation.

SECOND AND FINAL INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS

100127, 100286, 100359, and 101298) are for alleged post-petition services and are, on their face, outside the time period entitled to priority under § 507(a)(4). The claims also do not qualify as administrative claims. The remaining claim (Claim No. 94) asserts a pre-petition claim within the statutory limit but does not include or attach any documentation to establish that it is for unpaid wages earned within 180 days before the Petition Date as required for any priority by § 507(a)(4). The hearing on Esquivel Objection is set on November 14, 2024.

On September 20, 2024, the Trustee filed Omnibus Objection to Duplicative Priority Proofs of Claims ("Duplicative Claims Objection") as Dk. No. 1728. Each of the claims identified in the Duplicate Objection are a duplicate of a previously-filed proof of claim. The hearing on Duplicative Claims Objection is set on November 14, 2024.

On October 3, 2024, the Trustee filed Objection to Priority Claim No. C 571-101407 filed by Alexandria Marie Campos for Exceeding the Statutory Cap ("Stat Cap Objection II") as Dk. No. 1783. The hearing on Stat Cap Objection II is set on December 5, 2024.

On October 3, 2024, the Trustee filed Objection to Alleged Priority Claim No. 2410-1 Filed by Alexis Johnson That Exceeds the Statutory Cap ("Stat Cap Objection III") as Dk. No. 1784. The hearing on Stat Cap Objection III is set on December 5, 2024.

On October 3, 2024, the Trustee filed Omnibus Objection to Alleged Priority Claims that Lack Evidence Supporting Priority Status ("Non-Evidenced Priority Objection") as Dk. No. 1785. The hearing on Non-Evidenced Priority Objection is set on December 5, 2024.

### iii.    Compromise Motion with Blue Cross of California dba Anthem Blue cross

On June 7, 2023, Anthem ("Anthem") filed a proof of claim asserting a $164,443.32 priority unsecured claim pursuant to 11 U.S.C. § 501(a)(5), which was docketed on the Court's Claims Register as Claim No. 64-1 (the "Original Anthem Claim"). On October 6, 2023, Anthem filed an amended proof of claim asserting a $201,869.92 priority unsecured claim pursuant to 11 U.S.C. § 501(a)(5), which was docketed on the Court's Claims Register as Claim No. 64-2 (the "Amended Anthem Claim" or "Anthem Claim"). The Amended Anthem Claim supersedes and replaces the Original Anthem Claim.

The Claim provides that it is based on a contract ("Policy") between Anthem and the Debtor under which Anthem provided group health insurance coverage to Debtor's eligible employees and their eligible dependents, in exchange for the payment of a monthly premium. Anthem specifically alleges that before the March 20, 2023, petition date, Debtor failed to pay in full the monthly premiums due under the Policy for February and March 2023.

On August 27, 2024, as Dk. No. 1549, Trustee filed a Motion to Approve Compromise Under Rule 9019 Between Trustee and Anthem ("Anthem Compromise"). At the August 29, 2024, hearing on the Anthem Compromise, the Court determined the compromise could be approved, and therefore on September 9, 2024, as Dk. No. 1650, the Court entered an order granting the Anthem Compromise.

### iv.    Azzure Capital Litigation Status, Mediation, and Cash Collateral Motion

Prepetition, Azzure made a secured loan to Debtor in the total principal amount of $2.55 million. Azzure contends that the amount due under this loan now exceeds $5 million ("Azzure Loan"). The Trustee disputes the amount owed on multiple grounds including, but not limited to, whether the embedded annual 170% fixed interest rate in the Loan is enforceable against Debtor under California law and whether the lien purportedly perfected by the assignment of a previously-filed UCC-1 to Azzure. In order to resolve the disputes, the parties entered into an agreement.

On August 16, 2023, Dk. No. 392, Trustee filed a Motion to Approve Compromise Under Rule 9019 Between Trustee and Azzure Capital LLC. At the September 13, 2023, hearing on the Azzure Compromise, the Court determined the compromise could not be approved, and therefore on October 17, 2023, as Dk. No. 518, the Court entered an order denying the Azzure Compromise, without prejudice. On October 31, 2023, as Dk. No. 611, the Trustee filed a Motion to Reconsider the Azzure Compromise ("Reconsideration Motion"). On November 29, 2023, as Dk. No. OHP-CDR, LP ("OHP") filed an opposition to the Motion. On December 6, 2023, as Dk. No. 752, trustee filed a reply in support of the Reconsideration Motion. On December 13, 2023, the court held a

hearing on the Reconsideration Motion wherein it denied the Reconsideration Motion.[7] Litigation against Azzure continued and the parties have now agreed to participate in mediation.

To facilitate confirmation of the Plan and settlement discussions, Azzure agreed that the Trustee may use cash subject to its disputed secured claim in exchange for a replacement lien to attach to the Estate's future assets including litigation recoveries to protect against any diminution in value of the collateral securing such disputed secured claim. On August 16, 2024, as Dk. No. 1518, the Trustee filed a motion to approve stipulation between Trustee, Committee and Azzure for (1) Consent to Use of Disputed Cash Collateral; and (2) Replacement Lien ("Azzure Stipulation Motion"). On August 28, 2024, as Dk. No. 1564, the Court entered an order granting the Azzure Stipulation Motion.

## 3.    Status of Administration– LBR 2016-1(a)(1)(A)(ii)

Pursuant to LBR 2016-1(a)(1)(A)(ii), "applicant must report the status of administration of the estate, discussing the actions taken to liquidate property of the estate, the property remaining to be administered, the reasons the estate is not in a position to be closed, and whether it is feasible to pay an interim dividend to creditors."

The Trustee has not yet completed his investigation of claims against the Debtor's insiders and third parties, with several avoidance actions in their infancy and not yet filed. Under the terms of the Plan, the assets of the Estate will be transferred to the Liquidating Trust which will administer them and make distributions to creditors as set forth in the Plan and Liquidating Trust.

### A.    Funds on Hand in the Estate – LBR 2016-1(a)(1)(A)(iii)

Pursuant to LBR 2016-1(a)(1)(A)(iii), "applicant must disclose the amount of money on hand in the estate and the estimated amount of other accrued expenses of administration."

As of the filing of this Application, the Estate has approximately $2,040,084.28 on hand.

---

[7] This has spawned litigation that is described below in the section titled Secured Creditor.

SECOND AND FINAL INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS

### B.    Employment of the Firm – LBR 2016-1(a)(1)(B)

Pursuant to LBR 2016-1(a)(1)(B), the Application must include "the date of entry of the order approving the employment of the individual or firm for whom payment of fees or expenses is sought, and the date of the last fee application for the professional."

On May 19, 2023, as Dk. No. 75, Trustee filed an application to employ the Firm as general counsel ("Employment Application").

On June 22, 2023, as Dk. No. 129, the Court entered the Employment Order. A true and correct copy of the Employment Order is attached to the Hays Declaration as **Exhibit 1**.

### C.    Previous Fees and Expenses – LBR 2016-1(a)(1)(C)

Pursuant to LBR 2016-1(a)(1)(C), the Application must include "a listing of the amount of fees and expenses previously requested, those approved by the court, and how much has been received."

The Firm's first interim Application covered the period of April 20, 2023, through and including July 31, 2024. The original amount of fees and costs requested by the Firm totaled $1,379,748.69. On October 1, 2024, as Dk. No. 1778, the Court entered an order granting the distribution to the Firm for total amount allowed of $1,332,352 for interim fees, and $46,897.69, of interim expenses ("Fee App Order"). A true and correct copy of the Fee App Order is attached to the Hays Declaration as **Exhibit 2**.

The Firm has received interim payments on account of its allowed fees in the amount of $1,139,160.96 in fees and $46,897.69 in expenses, leaving an unpaid balance of $193,191.04 under the first interim fee application.

### D.    Description of Services Rendered – LBR 2016-1(a)(1)(D)

Pursuant to LBR 2016-1(a)(1)(D), the Application must include "a brief narrative statement of the services rendered and the time expended during the period covered by the application."

The Reporting Period is August 1, 2024, through and including September 23, 2024. During this approximate 2-month period, the Firm provided 657 hours of services for the benefit of the Estate. The Firm's blended hourly rate for all services provided to the Estate as set forth in this Application is $518. Descriptions of the types of services rendered by the Firm are set forth below

SECOND AND FINAL INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS

pursuant to the categories recommended by the Office of the United States Trustee.

### i.    OHP Adversary Action (23-01098)

The Firm spent .80 hours on OHP Adversary Action (23-01098), resulting in fees of $592, which is less than 1% of the total fees sought by the Application. The blended hourly rate for these services is approximately $740. Services performed in this category are detailed in **Exhibit 3** attached to the Hays Declaration.

### ii.    Marshack v. Diab (23-01046)

The Firm spent 3.60 hours on Marshack v. Diab (23-01046), resulting in fees of $2,317, which is 1% of the total fees sought by the Application. The blended hourly rate for these services is approximately $644. Services performed in this category are detailed in **Exhibit 3** attached to the Hays Declaration.

### iii.    Han Trinh (24-02077)

The Firm spent 1.40 hours on Han Trinh (24-02077), resulting in fees of $681, which is less than 1% of the total fees sought by the Application. The blended hourly rate for these services is approximately $486. Services performed in this category are detailed in **Exhibit 3** attached to the Hays Declaration.

### iv.    Jayde Trinh (24-02243)

The Firm spent .50 hours on Jayde Trinh (24-02243), resulting in fees of $186, which is less than 1% of the total fees sought by the Application. The blended hourly rate for these services is approximately $372. Services performed in this category are detailed in **Exhibit 3** attached to the Hays Declaration.

### v.    Greyson (24-02074)

The Firm spent 2.50 hours on Greyson (24-02074), resulting in fees of $406, which is less than 1% of the total fees sought by the Application. The blended hourly rate for these services is approximately $162. Services performed in this category are detailed in **Exhibit 3** attached to the Hays Declaration.

SECOND AND FINAL INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS

### vi.    Asset Analysis and Recovery

The Firm spent 10.70 hours on Asset Analysis and Recovery, resulting in fees of $5,275, which is 2% of the total fees sought by the Application. The blended hourly rate for these services is approximately $493. Services performed in this category are detailed in **Exhibit 3** attached to the Hays Declaration.

### vii.    Litigation

The Firm spent 56.30 hours on Litigation, resulting in fees of $34,736, which is 10% of the total fees sought by the Application. The blended hourly rate for these services is approximately $617. Services performed in this category are detailed in **Exhibit 3** attached to the Hays Declaration.

### viii.    Plan and Disclosure Statement

The Firm spent 85.60 hours on Plan and Disclosure Statement, resulting in fees of $53,133, which is less than 16% of the total fees sought by the Application. The blended hourly rate for these services is approximately $621. Services performed in this category are detailed in **Exhibit 3** attached to the Hays Declaration.

### ix.    523/727 Litigation

The Firm spent .10 hours on 523/727 Litigation, resulting in fees of $41, which is less than 1% of the total fees sought by the Application. The blended hourly rate for these services is approximately $410. Services performed in this category are detailed in **Exhibit 3** attached to the Hays Declaration.

### x.    Avoidance Actions

The Firm spent 61.50 hours on Avoidance Actions, resulting in fees of $31,585, which is 9% of the total fees sought by the Application. The blended hourly rate for these services is approximately $514. Services performed in this category are detailed in **Exhibit 3** attached to the Hays Declaration.

### xi.    Bill.com

The Firm spent 7.50 hours on Bill.com, resulting in fees of $4,142, which is 1% of the total fees sought by the Application. The blended hourly rate for these services is approximately $552.

Services performed in this category are detailed in **Exhibit 3** attached to the Hays Declaration.

### xii.    EnergyCare LLC

The Firm spent 1.50 hours on EnergyCare LLC, resulting in fees of $854, which is less than 1% of the total fees sought by the Application. The blended hourly rate for these services is approximately $569. Services performed in this category are detailed in **Exhibit 3** attached to the Hays Declaration.

### xiii.    Jackelyn Noe

The Firm spent .80 hours on Jackelyn Noe, resulting in fees of $480, which is less than 1% of the total fees sought by the Application. The blended hourly rate for these services is approximately $600. Services performed in this category are detailed in **Exhibit 3** attached to the Hays Declaration.

### xiv.    White Collar

The Firm spent .30 hours on White Collar, resulting in fees of $180, which is less than less than 1% of the total fees sought by the Application. The blended hourly rate for these services is approximately $600. Services performed in this category are detailed in **Exhibit 3** attached to the Hays Declaration.

### xv.    Paronich Law Firm

The Firm spent 1.30 hours on Paronich Law Firm, resulting in fees of $822, which is less than 1% of the total fees sought by the Application. The blended hourly rate for these services is approximately $632. Services performed in this category are detailed in **Exhibit 3** attached to the Hays Declaration.

### xvi.    Master Builders of America

The Firm spent 5.0 hours on Master Builders of America, resulting in fees of $2,784, which is 1% of the total fees sought by the Application. The blended hourly rate for these services is approximately $557. Services performed in this category are detailed in **Exhibit 3** attached to the Hays Declaration.

### xvii.    Kindlund Legal LLC

The Firm spent .70 hours on Kindlund Legal LLC, resulting in fees of $348, which is less

than 1% of the total fees sought by the Application. The blended hourly rate for these services is approximately $497. Services performed in this category are detailed in **Exhibit 3** attached to the Hays Declaration.

### xviii.    Finlays HR

The Firm spent 1.10 hours on Finlays HR, resulting in fees of $636, which is less than 1% of the total fees sought by the Application. The blended hourly rate for these services is approximately $578. Services performed in this category are detailed in **Exhibit 3** attached to the Hays Declaration.

### xix.    Derrick Landry

The Firm spent .90 hours on Derrick Landry, resulting in fees of $516, which is less than 1% of the total fees sought by the Application. The blended hourly rate for these services is approximately $573. Services performed in this category are detailed in **Exhibit 3** attached to the Hays Declaration.

### xx.    Oppenheim Group

The Firm spent .80 hours on Oppenheim Group, resulting in fees of $432, which is less than 1% of the total fees sought by the Application. The blended hourly rate for these services is approximately $540. Services performed in this category are detailed in **Exhibit 3** attached to the Hays Declaration.

### xxi.    Administrative Claims

The Firm spent 29.90 hours on Administrative Claims, resulting in fees of $14,263, which is 4% of the total fees sought by the Application. The blended hourly rate for these services is approximately $477. Services performed in this category are detailed in **Exhibit 3**attached to the Hays Declaration.

### xxii.    Secured Claims

The Firm spent 5.0 hours on Secured Claims, resulting in fees of $2,059, which is 1% of the total fees sought by the Application. The blended hourly rate for these services is approximately $412. Services performed in this category are detailed in **Exhibit 3** attached to the Hays Declaration.

SECOND AND FINAL INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS

### xxiii.   Business Operations

The Firm spent 7.40 hours on Business Operations, resulting in fees of $3,214, which is 1% of the total fees sought by the Application. The blended hourly rate for these services is approximately $434. Services performed in this category are detailed in **Exhibit 3** attached to the Hays Declaration.

### xxiv.   Case Administration

The Firm spent 45.70 hours on Case Administration, resulting in fees of $27,005, which is 8% of the total fees sought by the Application. The blended hourly rate for these services is approximately $591. Services performed in this category are detailed in **Exhibit 3** attached to the Hays Declaration.

### xxv.   Claims Administration and Objections

The Firm spent 202.10 hours on Claims Administration and Objections, resulting in fees of $105,140, which is less than 31% of the total fees sought by the Application. The blended hourly rate for these services is approximately $520. Services performed in this category are detailed in **Exhibit 3** attached to the Hays Declaration.

### xxvi.   Fee/Employment Applications

The Firm spent 85.40 hours on Employment and Fee Applications, resulting in fees of $38,067, which is 11% of the total fees sought by the Application. The blended hourly rate for these services is approximately $446. Services performed in this category are detailed in **Exhibit 3** attached to the Hays Declaration.

### xxvii.   Fee/Employment Objections

The Firm spent 38.60 hours on Fee/Employment Objections, resulting in fees of $10,522, which is 3% of the total fees sought by the Application. The blended hourly rate for these services is approximately $273. Services performed in this category are detailed in **Exhibit 3** attached to the Hays Declaration.

### E.   Detailed Statement of Services Performed – LBR 2016-1(a)(1)(e)

Pursuant to LBR 2016-1(a)(1)(E), "the application must contain a detailed listing of all time spent by the professional on matters for which compensation is sought" including date service was

rendered, detailed description of service, amount of time spent, and identification of person who rendered service.

Attached to the Hays Declaration as **Exhibit 3** is a copy of the Firm's computer billing printout of all of the Firm's time records for this case, as kept in the ordinary course of business during the Reporting Period. The detail set forth in **Exhibit 3** enumerates the services performed by the Firm during the period covered by this Application. Attached to the Hays Declaration as **Exhibit 4** is a summary schedule of the fees requested, as recommended in the U.S. Trustee Guidelines. The persons who rendered services in connection with the Firm's representation of the Estate are identified in the billing detail by their initials. Those persons are:

| DEH | D. Edward Hays |
|-----|----------------|
| CVH | Chad V. Haes |
| DAW | David A. Wood |
| KAT | Kristine A. Thagard |
| LM | Laila Masud |
| AEd | Aaron E. de Leest |
| BNB | Bradford N. Barnhardt |
| SRH | Sarah R. Hasselberger |
| ANM | Alina N. Mamlyuk |
| DND | Devon N. De Los Reyes |
| PK | Pamela Kraus |
| LB | Layla Buchanan |
| CM | Chanel Mendoza |
| CB | Cynthia Bastida |
| SP | Sandee Pineda |
| KF | Kathleen Frederick |

There have been intra-office conferences billed by attorneys and paralegals. The Firm believes that, at times, intra-office conferencing is a necessary part of its ability to efficiently and effectively represent a bankruptcy estate by assembling a "team" of lawyers to work on the case. This team consists primarily of a supervising partner, one or more associate attorneys, and one or more paralegals. As a part of this team approach to representing Trustee, the supervising partner analyzes the needs of the client and assigns to the associates or paralegal tasks based upon the level of expertise and experience needed to complete the task.

## F.    Detailed Statement of Costs Incurred – LBR 2016-1(a)(1)(F)

Pursuant to LBR 2016-1(a)(1)(F), "an application that seeks reimbursement of actual and

necessary expenses must include a summary listing of all expenses by category (*i.e.,* long distance telephone, photocopy costs, facsimile charges, travel, messenger and computer research). As to each unusual or costly expense item, the application must state: (i) the date the expense was incurred; (ii) a description of the expense; (iii) the amount of the expense; and (iv) an explanation of the expense."

Attached to the Haes Declaration as **Exhibit 5** is a schedule of costs and expenses incurred or paid by the Firm during the relevant time period but not yet reimbursed. Attached to the Hays Declaration as **Exhibit 6** is a summary schedule of costs, as recommended in the U.S. Trustee Guidelines. The Firm believes and represents that the costs and expenses are reasonable under the circumstances of this case and the various pleadings filed by the Firm on behalf of Trustee.

During the Reporting Period, the Firm incurred expenses of $X. These expenses were actual expenses incurred in connection with the services rendered on behalf of the Estate. Expenses of this type are billed to and paid by the Firm's clients who pay monthly without contingency as to payment.

### i.      Document Reproduction

The Firm incurred $685.50 during the Reporting Period in document reproduction expenses, *i.e.* for copying and scanning. All internal document reproductions are made after the attorney or paralegal enters the case number into a computer system that tracks and calculates the number of copies or scans by page. The Firm charges all clients $0.20 per page for copies and $0.10 per page for document scanning. All outside document reproduction charges are as invoiced by the vendor.

### i.      Telephonic Court Appearance

The Firm incurred $25.25 during the Reporting Period in costs related to Telephonic Court Appearance.

### ii.      Online Research

The Firm incurred $531.84 during the Reporting Period in costs related to online computer research including Westlaw, Lexis, and PACER. With respect to PACER charges, the Firm subscribes to a service which collects and aggregates free courtesy copies of filings in a cloud database which can be thereafter accessed for no additional charge. However, in the course of the Firm's representation, documents are sometimes improperly indexed by the cloud service or the

courtesy copy is not correctly transmitted to the designated e-mail address, resulting in minimal PACER charges to retrieve these documents. Additionally, PACER charges are unavoidably incurred where the Firm seeks to retrieve documents for which no party has previously received a courtesy copy, such as court filings in cases outside the main bankruptcy case or adversary proceedings, or cases pre-dating the Firm's employment and filing of a request for courtesy notice.

### iii.    Delivery Services/Messenger

The Firm incurred $403.15 during the Reporting Period in costs related to delivery services/messenger.

### iv.    Postage

The Firm incurred $440.22 during the Reporting Period in postage charges for mailing. The Firm charges postage to clients when multiple envelopes are being mailed at a single time. The paralegal or legal assistant enters the client code and precise postage into a cost recovery system in the mail room. The Firm then records these charges on the client account.

### v.    Subpoena Fees

The Firm incurred $138.06 during the Reporting Period in costs related to Subpoena Fes

## G.    Hourly Rates – LBR 2016-1(a)(1)(G)

Pursuant to LBR 2016-1(a)(1)(G), "unless employment has been approved on a fixed fee, percentage fee, or contingent fee basis, the application must contain a listing of the hourly rates charged by each person whose services form a basis for the fees requested in the application. The application must contain a summary indicating for each attorney by name: (i) The hourly rate and the periods each rate was in effect; (ii) The total hours in the application for which compensation is sought; and (iii) The total fee requested in the application."

| Timekeeper | Rate/Period | Total Hours | Total Fees |
|---|---|---|---|
| D. Edward Hays | 08/01/2024 to 09/23/2024 | | |
| | $740 | 122.9 | 90,946.00 |
| | NC | 4.0 | 0.00 |
| Chad V. Haes | 08/01/2024 to 09/23/2024 | | |
| | $600 | 54.0 | 32,400.00 |
| | NC | 0.4 | 0.00 |
| David A. Wood | 08/01/2024 to 09/23/2024 | | |
| | $610 | 11.5 | 7,015.00 |

SECOND AND FINAL INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS

| | | | |
|---|---|---|---|
| | NC | 3.0 | 0.00 |
| Kristine A. Thagard | 08/01/2023 to 08/31/2024 | | |
| | $650 | 0.7 | 455.00 |
| | NC | 0.0 | 0.00 |
| Laila Masud | 08/01/2024 to 09/23/2024 | | |
| | $540 | 46.6 | 25,164.00 |
| | NC | 32.7 | 0.00 |
| Aaron E. de Leest | 08/01/2024 to 09/23/2024 | | |
| | $610 | 166.9 | 101,809.00 |
| | NC | 1.5 | 0.00 |
| Bradford N. Barnhardt | 08/01/2024 to 09/23/2024 | | |
| | $410 | 75.0 | 30,750.00 |
| | NC | 1.3 | 0.00 |
| Sarah R. Hasselberger | 08/01/2024 to 08/31/2024 | | |
| | $390 | 0.0 | 0.00 |
| | NC | 0.1 | 0.00 |
| Alina N. Mamlyuk | 08/01/2024 to 09/23/2024 | | |
| | $500 | 43.5 | 21,750.00 |
| | NC | 2.4 | 0.00 |
| Devan N. De Los Reyes | 08/01/2024 to 09/23/2024 | | |
| | $360 | 28.6 | 10,296.00 |
| | NC | 2.8 | 0.00 |
| Pamela Kraus | 09/01/2024 to 09/23/2024 | | |
| | $340 | 2.7 | 918.00 |
| | NC | 0.0 | 0.00 |
| Chanel Mendoza | 08/01/2024 to 08/31/2024 | | |
| | $340 | 2.9 | 986.00 |
| | NC | 0.0 | 0.00 |
| Layla Buchanan | 09/01/2024 to 09/23/2024 | | |
| | $340 | 32.2 | 10,948.00 |
| | NC | 0.2 | 0.00 |
| Cynthia Bastida | 09/01/2024 to 09/23/2024 | | |
| | $340 | 2.0 | 680.00 |
| | NC | 0.0 | 0.00 |
| Sandee Pineda | 09/01/2024 to 09/23/2024 | | |
| | $340 | 15.2 | 5,168.00 |
| | NC | 0.0 | 0.00 |
| Kathleen Frederick | 08/01/2024 to 08/31/2024 | | |
| | $290 | 3.9 | 1,131.00 |
| | NC | 0.0 | 0.00 |
| **Totals:** | | **657.0** | **340,416.00** |

SECOND AND FINAL INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS

### H.    Professional Education and Experience – LBR 2016-1(a)(1)(H)

Pursuant to LBR 2016-1(a)(1)(H), the Application must include "a description of the professional education and experience of each of the individuals rendering services, including identification of the professional school attended, year of graduation, year admitted to practice, publications or other achievements, and explanation of any specialized background or expertise in bankruptcy-related matters."

A brief biographical description of the professionals who rendered services for which compensation is sought by this Application is attached to the Hays Declaration as **Exhibit 7**. The Firm believes and represents that the services rendered during the Reporting Period have been beneficial to the estate and that this request for allowance of compensation is fair and reasonable.

### I.    Change in Professional Rates – LBR 2016-1(a)(1)(I)

Pursuant to LBR 2016-1(a)(1)(I), "if the hourly rate has changed during the period covered by the application, the application must specify the rate that applies to the particular hours for which compensation is sought." The hourly rates of the Firm's professionals did change during the Reporting Period, and the rates that apply to the particular hours for which compensation is sought are set forth both in the chart above at Section G. No compensation is sought for the preparation of the notice of changed hourly rates.

### J.    Client Declaration – LBR 2016-1(a)(1)(J)

Pursuant to LBR 2016-1(a)(1)(J), the Application must include "a separately filed declaration from the client indicating that the client has reviewed the fee application and has no objection to it."

The executed Declaration of Trustee indicating his review and position on the Application will be separately submitted in advance of the hearing on this fee application.

## 4.    Legal Argument

Generally, "any professional person employed under [S]ection 327 or 1103 of this title may apply to the court not more than once every 120 days after an order for relief in a case under this title, or more often if the court permits, for such compensation for services rendered before the date of such an application or reimbursement for expenses incurred before such date as is provided under

1  section 330 of this title. After notice and a hearing, the court may allow and disburse to such

2  applicant such compensation or reimbursement." *See* 11 U.S.C. § 331.

3      No fee applications have been filed in this case. As such, no fee applications have been filed

4  within 120 days of this Application. Further, this Application shall be properly noticed and set for

5  hearing within the parameters of Section 331.

6  **A.    The Firm's fees are reasonable and should be approved on a final**

7  **basis.**

8      The Bankruptcy Code provides that the Court can authorize payment of reasonable and

9  necessary compensation and reimbursement of expenses.

10      (a) (1) After notice to the parties in interest and the United States

11      Trustee and a hearing, and subject to sections 326, 328, and 329, the

12      court may award to a trustee, an examiner, a professional person

13      employed under section 327 or 1103- (A) reasonable compensation for

14      actual, necessary services rendered by the trustee, examiner,

15      professional person, or attorney and by any paraprofessional person

16      employed by any such person; and

17          (B) reimbursement for actual, necessary expenses.

18  11 U.S.C. §330.

19      In the Ninth Circuit, the test for calculating a reasonable attorney's fee under 11 U.S.C. § 330

20  is the lodestar method. "The primary method used to determine a reasonable attorney fee in a

21  bankruptcy case is to multiply the number of hours expended by an hourly rate." *Id*. at 1471. *In re*

22  *Yermakov*, 718 F.2d 1465, 1471 (9th Cir. 1983). This lodestar or basic fee, if warranted, can then be

23  adjusted upward or downward. *In re Powerine Oil* Co., 71 B.R. 767 (9th Cir. BAP 1986).

24      Services which were not "reasonably likely to benefit the estate" or were not "necessary to

25  the administration of the case" are not compensable. 11 U.S.C. § 330(a)(4). In considering a fee

26  award, the court must consider "whether the services were necessary to the administration of, or

27  beneficial at the time at which the service was rendered toward the completion of, a case." 11 U.S.C.

28  § 330 (a)(3)(C) (emphasis added); *Roberts, Sheridan & Kotel, P.C. v. Bergen Brunswig Drug Co. (In*

*re Mednet)*, 251 B.R. 103, 108 (9th Cir. BAP 2000) ("…the applicant must demonstrate only that the services were 'reasonably likely' to benefit the estate at the time the services were rendered."); *see, e.g., Mohsen v. Wu (In re Mohsen)*, 506 B.R. 96, 106-10 (N.D. Cal. 2013).

Based upon the foregoing points and authorities and the declarations and the attached exhibits, the Firm believes that the fees and costs requested are reasonable given the benefit conferred on the Estate's creditors.

## 5.    Conclusion

The Firm requests that this Court approve this Application and enter its Order as follows:

1.    Approving and allowing on a ***final basis*** the amount of $1,332,352 in fees previously awarded on an interim basis via the First Application Order;

2.    Approving and on a ***final*** basis the amount of $46,897.69 in costs previously awarded on an interim basis via the First Application Order;

3.    Approving the Firm's fees as requested in this application in the amount of $340,416 on a final basis;

4.    Approving the Firm's costs in this application in the amount of $2,224.32 on a final basis;

5.    Authorizing the Trustee to pay all of the Firm's allowed fees and reimbursement of costs as administrative expenses, to the extent that funds are available; and

6.    For any other and further relief that the Court deems proper.


DATED: November 8, 2024                 MARSHACK HAYS WOOD LLP


By:  */s/ D. Edward Hays*
     D. EDWARD HAYS
     LAILA RAIS *fka* MASUD
     General Counsel for Chapter 11 Trustee,
     RICHARD A. MARSHACK

SECOND AND FINAL INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS

# Declaration Of D. Edward Hays

I, D. EDWARD HAYS, say and declare as follows:

1.        I am an individual over 18 years of age and competent to make this Declaration.

2.        If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration. The facts set forth below are true of my personal knowledge.

3.        I am an attorney at law duly admitted to practice before this Court and all courts of the State of California.

4.        I am a partner of the law firm of Marshack Hays Wood LLP, attorneys for Richard A. Marshack, the Chapter 7 Trustee ("Trustee") for the Bankruptcy Estate ("Estate") of The Litigation Practice Group, P.C. ("Debtor") and maintain offices at 870 Roosevelt, Irvine, California, 92620.

5.        I make this declaration in support of the Firm's Second and Final Interim Application for Allowance of Fees and Costs ("Application"). All terms not otherwise defined herein are used as they are defined in the Application.

6.        This Application encompasses services rendered and expenses paid or incurred during the two month period from August 1, 2024, through and including September 23, 2024 ("Reporting Period").

7.        The Firm's first interim Application which covered the period of April 20, 2023, through and including July 31, 2024, was filed on September 3, 2024, as Dk. No. 1617 ("First Application").

8.        I am the designated professional responsible for overseeing the billing in this matter and for assuring compliance with the Guidelines for the United States Trustee related to billing.

9.        I have reviewed the Court's PACER docket and electronic case files for this case to refresh my memory as to the specific filing and entry dates of the documents referenced in this Application. The information referenced in this Application from the pleadings filed in this case is true and accurate.

10.     With the exception of the general sharing of compensation between members and employees of the Firm, no agreement or understanding exists between the Firm and any other individual or entity for the sharing of compensation to be received for services rendered or the reimbursement of costs incurred in or in connection with this case.

11.     On March 20, 2023, The Litigation Practice Group P.C. ("Debtor") filed a voluntary petition under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* ("Bankruptcy Code"), which commenced the above-referenced bankruptcy case ("Bankruptcy Case").

12.     On May 8, 2023, the Office of the United States Trustee ("U.S. Trustee") appointed Richard A. Marshack ("Trustee") to serve in a fiduciary capacity as the chapter 11 trustee of the Debtor's Estate.

13.     On May 19, 2023, as Dk. No. 75, Trustee filed an application to employ the Firm as general counsel ("Employment Application").

14.     On June 22, 2023, as Dk. No. 129, the Court entered the Employment Order ("Employment Order"). A true and correct copy of the Employment Order is attached as **Exhibit 1**.

15.     A true and correct copy of the Fee App Order is attached as **Exhibit 2**.

16.     A true and correct copy of the schedule of requested by the Firm during the relevant time period is attached to this declaration as **Exhibit 3**.

17.     A true and correct copy of the summary schedule of fees as recommended by the U.S. Trustee Guidelines is attached to this declaration as **Exhibit 4**.

18.     A true and correct copy of the schedule of costs and expenses incurred or paid by the Firm during the relevant time period is attached to this declaration as **Exhibit 5**.

19.     A true and correct copy of the summary schedule of costs as recommended by the U.S. Trustee Guidelines is attached to this declaration as **Exhibit 6**.

20.     A true and correct copy of the Firm's resume, containing a brief biographical description of the attorneys who rendered services for which compensation is sought by this Application, is attached to this declaration as **Exhibit 7**.

SECOND AND FINAL INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS

21.    I believe that the Application covering the Reporting Period complies with the United States Trustee Guide for Applications for Professional Fee Compensation.

22.    As a partner with the Firm, I have reviewed the requirements of Rule 2016-1 of the Local Bankruptcy Rules ("LBR").

23.    I have reviewed this Application, the attached billing records, and the attached records of costs in detail, and I believe that this Application complies with the provisions of LBR 2016-1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 8, 2024, at Irvine, California.

*/s/ D. Edward Hays*
D. EDWARD HAYS

4879-8816-3317, v. 1

SECOND AND FINAL INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS

**EXHIBIT 1**

D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**JUN 22 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP, | Chapter 11 |
| Debtor. | ORDER GRANTING APPLICATION BY CHAPTER 11 TRUSTEE TO EMPLOY MARSHACK HAYS LLP AS GENERAL COUNSEL |
| | [NO HEARING REQUIRED] |

The Court has read and considered the Application to Employ Marshack Hays LLP as General Counsel ("Application"), filed by Trustee, on May 19, 2023, as Dk. No. 75. The Court finds, based upon the proof of service of the notice of Application filed on May 19, 2023, as Dk. No. 76, and the Declaration that no Party Requested a Hearing on Application filed on June 21, 2023, as Docket No. 126, that proper notice of the Application has been given and no opposition or request for hearing has been received. Accordingly, the court finds good cause to grant the Application, and the court enters its order as follows:

IT IS ORDERED:

    1.    The Application is approved;

    2.    Trustee is authorized to employ the Firm as his general counsel pursuant to 11 U.S.C. § 327 at the Firm's hourly rates with any compensation and reimbursement of costs to be paid by the Estate only upon application to and approval by the Court pursuant to 11 U.S.C. §§ 330 and 331; and

1

3.      In the event the underlying bankruptcy case is converted to a Chapter 7, there is no need for Firm to seek to be re-employed in the converted case.

### #

Date: June 22, 2023

Scott C. Clarkson
United States Bankruptcy Judge

2

**EXHIBIT 2**

1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  LAILA RAIS fka MASUD, #311731
   lmasud@marshackhays.com
3  MARSHACK HAYS LLP
   870 Roosevelt
4  Irvine, California 92620
   Telephone: (949) 333-7777
5  Facsimile: (949) 333-7778

6  Attorneys for Chapter 11 Trustee
   RICHARD A. MARSHACK

7

8                UNITED STATES BANKRUPTCY COURT

9          CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

10 In re                                    Case No. 8:23-bk-10571-SC

11 THE LITIGATION PRACTICE GROUP P.C.,      Chapter 11

12                                          OMNIBUS ORDER GRANTING
                                            APPLICATIONS FOR COMPENSATION
13                                          AND REIMBURSEMENT OF EXPENSES

14        Debtor.                           Hearing:
                                             Date:  September 24, 2024
15                                           Time:  10:00 a.m.
                                             Judge: Hon. Scott C. Clarkson
16                                           Place: Courtroom 5C
                                                    411 W. Fourth Street
17                                                  Santa Ana, CA  92701

18

19

20         On September 24, 2024, hearings were held before the Honorable Scott C. Clarkson, United

21 States Bankruptcy Judge, in the above-referenced bankruptcy case, on the following Applications for

22 Allowance of Fees and Costs ("Fee Applications") filed by the professionals as detailed below

23 (collectively, "Professionals"), seeking compensation and reimbursement of expenses:

24         A.    Dk No. 1576, filed on August 29, 2024, Application for Payment of Interim Fees

25 and/or Expenses for Robert F. Bicher & Associates, Field Agent and Forensic Analyst for Chapter

26 11 Trustee, Richard A. Marshack ("Trustee");

27

28

                                            1

4855-3023-0911

**FILED & ENTERED**

**OCT 01 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

     B.     Dk No. 1577, filed on August 29, 2024, Application for Payment of Interim Fees and/or Expenses for Omni Agent Solutions, Inc., Claims and Noticing Agent for Estate;

     C.     Dk No. 1608, filed on September 3, 2024, First Interim Application for Compensation and Reimbursement of Expenses for Grobstein Teeple, LLP, Accountants for the Trustee;

     D.     Dk No. 1613, filed on September 3, 2024, First Interim Application for Compensation and Reimbursement of Expenses for Nancy Rapoport, Court Appointed Ethics Compliance Monitor.

     E.     Dk No. 1616, filed on September 3, 2024, Chapter 11 Trustee's First Interim Report and Application for Allowance of Fees and Costs;

     F.     Dk No. 1617, filed on September 3, 2024, First Interim Application for Allowance of Fees and Costs for Marshack Hays Wood, LLP, General Counsel for Trustee;

     G.     Dk No. 1619, filed on September 3, 2024, First Interim Application for Compensation and Reimbursement of Expenses for Fox Rothschild LLP, Counsel for the Official Committee of Unsecured Creditors;

     H.     Dk No. 1620, filed on September 3, 2024, First Interim Application for Compensation and Reimbursement of Expenses for Force Ten Partners, LLC, Financial Advisor to the Official Committee of Unsecured Creditors; and

     I.     Dk No. 1621, filed on September 3, 2024, First Chapter 11 Application for Compensation and Reimbursement of Expenses for Dinsmore & Shohl LLP, Special Counsel to Trustee.

     For the reasons set forth in the Fee Applications, the Reports of Fee Examiner Nancy B. Rapoport [Dks. 1673, 1697], the Trustee's Declaration [Dk. No. 1705], as posted in its Tentative Ruling[1] in advance of the hearing which is expressly adopted but modified as detailed below, and for any reasons stated on the record, the Court has found good cause to grant the Fee Applications:

     IT IS ORDERED that:

     1.     The Fee Applications are granted as follows:

---

[1] A copy of the Tentative was filed as Dk. No. 1748.

4855-3023-0911

EXHIBIT 2, PAGE 30

| Dk. 1576 | Robert F. Bicher & Associates Field Agent and Forensic Analyst | Fees/Expenses Requested | Allowed Fees/Expenses after $298 Reduction Requested by Examiner | Interim Payments made to date | Allowed Amount Trustee is authorized to pay |
|---|---|---|---|---|---|
| | | $70,478.00 $1,259.27 | $70,180.00 $1,259.27 | $35,666.40 $1,259.27 | $34,513.60 $       0.00 -------------- $34,513.60 |

| 1577 | Omni Agent Solutions, Inc. Claims and Noticing Agent for Estate | Fees/Expenses Requested | Allowed Amount of Fees/Expenses | Allowed Amount Trustee is authorized to pay after 10% holdback |
|---|---|---|---|---|
| | | $826,644.60 $72,399.12 | $826,644.60 $72,399.12 | $743,980.14 $  72,399.12 ---------------- $816,379.26 |

| 1608 | Grobstein Teeple, LLP ("GT"), Accountants for Trustee | Fees/Expenses Requested | Allowed Fees/Expenses after reduction provided for in employment application (with 15% reduction as discussed below) | Allowed Amount Trustee is authorized to pay after 10% holdback |
|---|---|---|---|---|
| | | $307,466.50 $51.03 | $261,346.52 $51.03 | $235,211.87 $       51.03 ----------------- $235,262.90 |

2.     As provided in GT's employment application [Dk. No. 95], GT agreed that if general

unsecured creditors do not receive at least a 25% distribution on allowed claims, GT would take a

voluntary 15% reduction on its standard hourly rates to the extent GT's fees were approved by the

Court. This 15% reduction is without prejudice to GT later seeking payment should general

unsecured creditors receive distributions of more than 25%.

/ / /

/ / /

4855-3023-0911

EXHIBIT 2, PAGE 31

| | | Fees/Expenses Requested | Allowed Fees/Expenses (No Reduction) | Interim Payments made to date | Allowed Amount Trustee is authorized to pay |
|---|---|---|---|---|---|
| Dk. 1613 | Nancy Rapoport, Court Appointed Ethics Compliance Monitor | $71,958.75 $2,276.19 | $71,958.75 $2,276.19 | $33,992.32 $2,026.19 | $37,966.43 $   250.00 ----------------- $38,216.43 |

| | | Fees/Expenses Requested | Allowed Fees/Expenses as Clarified in Dk No. 1705 | Allowed Amount Trustee is authorized to pay |
|---|---|---|---|---|
| Dk. 1616 | Richard A. Marshack, Chapter 11 Trustee | $500,547.33 $1,458.15 | $452,700.34 $1,458.15 | $452,700.34 $   1,458.15 ----------------- $454,158.49 |

| | | Fees/Expenses Requested | Allowed Fees/Expenses after Examiner reduction of $499 | Allowed Amount after 5% deferral based on MHW's voluntary agreement |
|---|---|---|---|---|
| Dk. 1617 | Marshack Hays Wood LLP ("MHW") General Counsel for Trustee | $1,332,851.00 $46,897.69 | $1,332,352.00 $46,897.69 | $1,265,734.40 <br><br> Allowed Amount of Fees/Expenses Trustee is authorized to pay after 5% deferral and a further 10% holdback <br><br> $1,139,160.96 $   46,897.69 ----------------- $1,186,058.65 <br><br> Trustee is authorized to immediately pay the $66,617.60 in approved but deferred fees if and when the condition set forth in ¶ 3 is met. |

4

4855-3023-0911

EXHIBIT 2, PAGE 32

3.      The Trustee and Liquidating Trustee is authorized to pay MHW its 5% deferred fees of $66,617.60 without further order if and when the Estate and the Liquidation Trust collectively receive an additional $6 million after the Effective Date[2] ("MHW Conditional Deferred Payment").

| Dk. 1619 | Fox Rothschild LLP Counsel to the Committee of Unsecured Creditors | Fees/Expenses Requested | Allowed Fees/Expenses after reductions requested by Examiner of $3,073.50 and $2,402.05 and the OUST[3] in the amount of $3,647 | Allowed Amount Trustee is authorized to pay after 10% holdback |
|---|---|---|---|---|
| | | $1,050,894.00 $19,823.67 | $1,044,173.50 $17,421.62 | $939,756.15 $  17,421.62 ----------------- $957,177.77 |

| Dk. 1620 | Force Ten Partners Financial Advisor to the Official Committee of Unsecured Creditors | Fees/Expenses Requested | Allowed Fees/Expenses (no further reductions) | Allowed Amount Trustee is authorized to pay after 10% holdback |
|---|---|---|---|---|
| | | $187,620.00 $0.00 | $187,620.00 $0.00 | $168,858.00 $       0.00 ----------------- $168,858.00 |

| Dk. 1621 | Dinsmore & Shohl LLP ("DS") Special Counsel for Trustee | Fees/Expenses Requested after reductions as requested by Examiner of $169,460.75 | Allowed Fees/Expenses (no further reductions) | Allowed Amount after $650,000 voluntary deferral (described in ¶ 4) |
|---|---|---|---|---|
| | | $4,745,825.25 $57,379.11 | $4,745,825.25 $57,379.11 | $4,095,825.25 $    57,379.11 ----------------- $4,153,204.36  Trustee is authorized to immediately pay the $650,000 in approved but deferred fees if and when the condition set forth in ¶ 4 is met. |

_____

[2] _See_, Dk. Nos. 1344, 1345, 1646.
[3] Office of the United States Trustee.

4855-3023-0911

4.      On September 17, 2024, DS, the Official Committee of Unsecured Creditors, and the Trustee reached an agreement concerning DS's Application. *See*, Dk No. 1698, *Stipulation by Committee of Unsecured Creditors, Chapter 11 Trustee, and Dinsmore & Shohl LLP Regarding the First Chapter 11 Application of Dinsmore & Shohl LLP for Compensation and Reimbursement of Expenses for the Period May 8, 2023 Through June 30, 2024* ("Stipulation").[4] The Stipulation sets forth an agreement reached between the parties for a conditional deferred payment in the amount of $650,000 ("DS Conditional Deferred Payment"). The Trustee and Liquidating Trustee is authorized to pay DS the DS Conditional Deferred Payment without further order if and when the conditions set forth in the Stipulation and order approving the Stipulation are satisfied.[5]

5.      The Trustee is authorized to pay the allowed amounts as set forth in this Order if and when he determines there are sufficient funds to make such payments. If only a portion of the amounts allowed by this order are paid, all professionals shall receive pro rata distributions unless they otherwise agree in writing.

6.      Professionals may seek payment of the holdbacks set forth above in their final fee applications.

7.      The Trustee is authorized to execute any other documents which may be necessary to issue payments as approved and authorized by this Order.

8.      This Court retains jurisdiction on all maters determined in this Order and to resolve any disputes arising under or related to this Order.

# # #

Date: October 1, 2024

Scott C. Clarkson
United States Bankruptcy Judge

---

[4] The Stipulation was approved by separate Court order. *See* Dk. No. 1714.
[5] *Supra* Footnote 1.

6

4855-3023-0911

EXHIBIT 2, PAGE 34

**EXHIBIT 3**

# MARSHACK HAYS WOOD LLP

870 Roosevelt | Irvine, CA 92620 | 949.333.7777

November 8, 2024

| | | |
|---|---|---|
| Richard Marshack, Trustee | Invoice # | 17165 |
| 870 Roosevelt Avenue | Client # | 1015 |
| Irvine, CA  92620 | Matter # | 157 |

---

## INVOICE SUMMARY

For Professional Services Rendered for the period ending: September 23, 2024

**Re:   Richard A. Marshack, Trustee, Litigation Practice Group (8:23-bk-10571-SC)**

| | |
|---|---|
| Current Fees | $ 340,416.00 |
| Current Disbursements | $ 2,224.32 |
| **TOTAL CURRENT CHARGES** | **$ 342,640.32** |
| Previous Balance | $ 193,690.04 |
| **TOTAL BALANCE DUE** | **$ 536,330.36** |

EXHIBIT 3, PAGE 35

### Marshack Hays Wood llp

Richard Marshack, Trustee                                                November 8, 2024
Client-Matter# 1015-157                                                  Invoice # 17165

## FEES

#### .2 OHP Adversary Action (23-01098)

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/01/24 | DEH | Telephone conference with Christopher Celentino re: negotiations and resolution of disputed terms for stipulation with Azzure and Committee; | .20 | 740.00 | 148.00 |
| 8/01/24 | DEH | Review and revise stipulation with Azzure, Committee, and Trustee for use of cash collateral and replacement lien (.20); Written correspondence with Christopher Celentino re: same (.10); | .30 | 740.00 | 222.00 |
| 8/19/24 | DEH | Review and analyze court's ruling granting summary adjudication that PECC's UCC-1 was preferential; | .30 | 740.00 | 222.00 |
| | | **Sub-Total Fees:** | **.80** | | **$ 592.00** |

#### .3 Marshack v. Diab (23-01046)

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/02/24 | BNB | Telephone conference with Marshack Hays Wood Operator re: saving subpoena response production received from Bank of America (No Charge); | .10 | 410.00 | N/C |
| 8/15/24 | DEH | Court appearance re: Trustee's emergency motion for right to attach order (1.80); Telephone conferences with Christopher Ghio during breaks re: settlement negotiations (.30); Telephone conference with Richard A. Marshack re: hearing results (.20); | 2.30 | 740.00 | 1,702.00 |
| 8/26/24 | LB | Conference with Bradford N. Barnhardt re: Bank of America subpoenaed documents (.10); Review documents provided by Bank of America re: same (.50); | .60 | 340.00 | 204.00 |
| 8/30/24 | DEH | Research re: California authority interpreting good faith defense for transferees of actual fraudulent transfers and extent of transferee's knowledge re: fraud (.20); Written correspondence with Christopher Ghio, Yosina Lissebeck, Nick Koffroth, and Keith Owens re: same (.10); | .30 | 740.00 | 222.00 |
| 9/11/24 | DEH | Written correspondence with Christopher Celentino and Tyler Powell re: Bridge appeal being interlocutory and subject to dismissal; | .20 | 740.00 | 148.00 |
| 9/20/24 | BNB | Written correspondence with Jeremy Freedman re: revisions to updated American Express subpoena to limit document request; | .10 | 410.00 | 41.00 |

EXHIBIT 3, PAGE 36

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | **Sub-Total Fees:** | **3.60** | | **$ 2,317.00** |

#### .4 Han Trinh (24-02077)

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/12/24 | LB | Draft notice of appellees Statement of Election to Proceed in District Court; | .20 | 340.00 | 68.00 |
| 9/13/24 | AEd | Review and analyze Notices of appeals for Greyson Law, Phuong Jayde Trinh, and Han Trinh; | .20 | 610.00 | 122.00 |
| 9/13/24 | AEd | Draft written correspondence to Alina N. Mamlyuk re: elections to district court; | .10 | 610.00 | 61.00 |
| 9/17/24 | LB | Review and finalize Statement of Election to Proceed in District Court re: Appeal; | .20 | 340.00 | 68.00 |
| 9/23/24 | LM | Telephone conference with Alina N. Mamlyuk re: billing re: appellate briefing and possible consolidation of appeals for efficient administration and samples; | .30 | 540.00 | 162.00 |
| 9/23/24 | ANM | Analyze the statement of issues filed in Han Trinh's appeal of order denying her motion of administrative expense; | .10 | 500.00 | 50.00 |
| 9/23/24 | ANM | Telephone conference with Laila Masud re: billing re: appellate briefing and possible consolidation of appeals for efficient administration and samples; | .30 | 500.00 | 150.00 |
| | | **Sub-Total Fees:** | **1.40** | | **$ 681.00** |

#### .5 Jayde Trinh (24-02243)

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/12/24 | LB | Draft notice of appellees Statement of Election to Proceed in District Court; | .20 | 340.00 | 68.00 |
| 9/17/24 | LB | Review and finalize Statement of Election to Proceed in District Court re: Appeal; | .20 | 340.00 | 68.00 |
| 9/23/24 | ANM | Analyze the statement of issues filed in Jayde Trinh's appeal of order denying her motion for administrative expense; | .10 | 500.00 | 50.00 |

3

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | **Sub-Total Fees:** | **.50** | | **$ 186.00** |

### .6 Greyson (24-02074)

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/27/24 | DAW | Review and analyze 60 page memorandum of decision denying the administrative law claim of Greyson Law Center (No Charge); | 1.50 | 610.00 | N/C |
| 9/12/24 | LB | Draft notice of appellees Statement of Election to Proceed in District Court; | .30 | 340.00 | 102.00 |
| 9/13/24 | ANM | Reviewed notices of election for appeal; drafted and sent e-mail correspondence to Layla Buchanan re: changing caption; | .10 | 500.00 | 50.00 |
| 9/17/24 | LB | Review and finalize Statement of Election to Proceed in District Court re: Appeal; | .20 | 340.00 | 68.00 |
| 9/17/24 | DND | Review notice of appeal, election to proceed in District Court, transcript order form re: appeals of orders denying administrative claims of Greyson, Han Trinh, Jayde Trinh; | .10 | 360.00 | 36.00 |
| 9/23/24 | ANM | Analyze the statement of issues filed in Greyson's appeal of denial of its administrative expense motion; | .20 | 500.00 | 100.00 |
| 9/23/24 | ANM | Telephone conference with Layla Buchanan re: capacity to research invoices Greyson attached to its motion for admin claim to see how much work was done on 2500 "client files" as asserted by Greyson; | .10 | 500.00 | 50.00 |
| | | **Sub-Total Fees:** | **2.50** | | **$ 406.00** |

### 1 Asset Analysis and Recovery

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/06/24 | DND | Review e-mail correspondence between Alina N. Mamlyuk and Andrew Still re: transfers to Alteryx; | .20 | 360.00 | 72.00 |
| 8/07/24 | DND | Review e-mail correspondence from D. Edward Hays to Andrew Still re: basis of Alteryx complaint; | .10 | 360.00 | 36.00 |

4

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/08/24 | DND | Review e-mail correspondence from D. Edward Hays re: 3rd circuit Galaxy decision, relevance to Alteryx complaint (.10); Review of decision (.20); | .30 | 360.00 | 108.00 |
| 8/13/24 | AEd | Review written correspondence from Richard A. Marshack and D. Edward Hays re: American Express claw back issues; | .10 | 610.00 | 61.00 |
| 8/14/24 | BNB | Conference with Operator re: thumbdrive from Bank of America and saving document production (No Charge); | .10 | 410.00 | N/C |
| 8/14/24 | BNB | Written correspondence with Yosina Lissebeck re: discovery index (No Charge); | .10 | 410.00 | N/C |
| 8/14/24 | AEd | Review written correspondence from Yosina Lissebeck re: American Express claims and review transfer analysis from accountants and draft written responses to Yosina Lissebeck; | .80 | 610.00 | 488.00 |
| 8/14/24 | AEd | Review written correspondence from Bradford N. Barnhardt re: bank subpoenas and briefly review summary of same; | .20 | 610.00 | 122.00 |
| 8/15/24 | BNB | Written correspondence with Kevin Mruk, D. Edward Hays, and Laila Masud re: JPMorgan Chase accounts and Know Your Customer requirements; | .10 | 410.00 | 41.00 |
| 8/16/24 | BNB | Telephone conference with Marshack Hays Wood Operator re: accessing Bank of America production; | .10 | 410.00 | 41.00 |
| 8/19/24 | BNB | Telephone conference with Marshack Hays Wood Operator re: Bank of America production (.10); Written correspondence with Bank of America re: need for passcode (.10); | .20 | 410.00 | 82.00 |
| 8/19/24 | BNB | Written correspondence with Jeremy Freedman re: Bank of America production; | .10 | 410.00 | 41.00 |
| 8/20/24 | BNB | Written correspondence with Marshack Hays Wood operator and Bank of America re: accessing Bank of America production; | .20 | 410.00 | 82.00 |
| 8/20/24 | AEd | Review pre-petition and post-petition transfer analysis from Trustee's accountants; | .90 | 610.00 | 549.00 |
| 8/21/24 | BNB | Written correspondence with Layla Buchanan re: uploading Bank of America production to sharefolder; | .10 | 410.00 | 41.00 |
| 8/22/24 | AEd | Review summary of bank subpoena production; | .40 | 610.00 | 244.00 |
| 8/23/24 | BNB | Written correspondence with Layla Buchanan re: uploading Bank of America production to sharefolder; | .10 | 410.00 | 41.00 |
| 8/23/24 | AEd | Review avoidance power analysis and status report and prepare punch list for bringing avoiding power claims; | 1.40 | 610.00 | 854.00 |
| 8/26/24 | BNB | Telephone conference with and written correspondence with Layla Buchanan re: link to Dinsmore sharefile; | .10 | 410.00 | 41.00 |

EXHIBIT 3, PAGE 39

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee                                                      November 8, 2024
Client-Matter# 1015-157                                                      Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/27/24 | AEd | Review written correspondence from Nick Cooper re: document requests for bank accounts and review attached chart; | .20 | 610.00 | 122.00 |
| 9/04/24 | AEd | Review written correspondence from Nick Cooper and updated bank account tracking chart; | .10 | 610.00 | 61.00 |
| 9/04/24 | AEd | Review written correspondence from Yosina Lissebeck and Eric Lee re: 241 and Spoton; | .20 | 610.00 | 122.00 |
| 9/11/24 | AEd | Draft written correspondence to Chad V. Haes and Richard A. Marshack re: avoidance power claims and review response from Chad V. Haes; | .20 | 610.00 | 122.00 |
| 9/13/24 | BNB | Written correspondence with Tyler Powell re: Rule 2004 application to Bank of America for additional accounts found by accountants; | .10 | 410.00 | 41.00 |
| 9/17/24 | AEd | Telephone conference with Bill Mitchell re: Matt Anderson (.20); Draft written correspondence to Yosina Lissebeck and Richard A. Marshack re: same (.10); | .30 | 610.00 | 183.00 |
| 9/18/24 | BNB | Telephone conference with Layla Buchanan re: exclusion of Unified Global from omnibus claim objections; | .10 | 410.00 | 41.00 |
| 9/18/24 | BNB | Written correspondence with Dinsmore team re: drafting subpoena for bank records in Beyrooti adversary proceeding; | .10 | 410.00 | 41.00 |
| 9/18/24 | AEd | Review written correspondence from Christopher Celentino re: Matt Anderson; | .10 | 610.00 | 61.00 |
| 9/19/24 | BNB | Review and revise subpoena to American Express in Diab adversary proceeding, including review of past stipulation with Han Trinh to limit subpoena production; | .80 | 410.00 | 328.00 |
| 9/20/24 | BNB | Written correspondence with accounting re: payment of Bank of America subpoena invoice; | .10 | 410.00 | 41.00 |
| 9/23/24 | BNB | Review and revise subpoena to U.S. Bank in Bayrooti adversary proceeding; | .10 | 410.00 | 41.00 |
| 9/23/24 | BNB | Telephone conference with Layla Buchanan re: addresses for service of Bayrooti subpoenas; | .10 | 410.00 | 41.00 |
| 9/23/24 | BNB | Review and revise subpoena to Bank of America in Leucadia adversary proceeding; | .60 | 410.00 | 246.00 |
| 9/23/24 | BNB | Review and revise U.S. Bancorp subpoena in Leucadia adversary proceeding; | .20 | 410.00 | 82.00 |
| 9/23/24 | BNB | Written correspondence with Layla Buchanan re: service of Leucadia subpoenas (.10); Written correspondence with Yosina Lissebeck re: same (.10); | .20 | 410.00 | 82.00 |
| 9/23/24 | BNB | Telephone conference with and written correspondence with Kathleen Frederick re: signing into Dinsmore sharefile; | .10 | 410.00 | 41.00 |

EXHIBIT 3, PAGE 40

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/23/24 | BNB | Review and revise subpoena to U.S. Bancorp Advisors in Bayrooti adversary proceeding; | .20 | 410.00 | 82.00 |
| 9/23/24 | BNB | Written correspondence with Layla Buchanan re: service of Marshack v. Bayrooti subpoenas; | .10 | 410.00 | 41.00 |
| 9/23/24 | BNB | Review and revise subpoena to Charles Schwab in Bayrooti adversary proceeding; | .30 | 410.00 | 123.00 |
| 9/23/24 | BNB | Review and revise subpoena to JPMorgan Chase in Leucadia adversary proceeding; | .20 | 410.00 | 82.00 |
| 9/23/24 | BNB | Review and revise subpoena to Optimum in Leucadia adversary proceeding; | .30 | 410.00 | 123.00 |
| 9/23/24 | BNB | Review and revise subpoena to Wells Fargo in Leucadia adversary proceeding; | .20 | 410.00 | 82.00 |
| 9/23/24 | BNB | Written correspondence with Aaron E. de Leest re: service of several subpoenas in Leucadia adversary proceeding; | .10 | 410.00 | 41.00 |
| 9/23/24 | AEd | Review written correspondence from Yosina Lissebeck re: bank subpoenas and draft written response to Bradford N. Barnhardt; | .10 | 610.00 | 61.00 |
| | | **Sub-Total Fees:** | **10.70** | | **$ 5,275.00** |

**10 Litigation**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/02/24 | DEH | Review and analyze lengthy memorandum prepared by Dinsmore re: whether Section 522 extinguishes Azzure's lien on revenues received and earned post-petition (.40); Written correspondence with Yosina Lissebeck re: same (.10); | .50 | 740.00 | 370.00 |
| 8/02/24 | DEH | Revise and supplement complaint against Alteryx; | 2.80 | 740.00 | 2,072.00 |
| 8/02/24 | DEH | Telephone conference with Yosina Lissebeck re: meeting with committee counsel and objections to priority and other claims; | .20 | 740.00 | 148.00 |
| 8/02/24 | BNB | Written correspondence with D. Edward Hays and Keith Owens Eubanks re: Monterey County prosecutor investigation and setting up call; | .10 | 410.00 | 41.00 |
| 8/03/24 | DEH | Revise and supplement Alteryx complaint; | 1.60 | 740.00 | 1,184.00 |
| 8/03/24 | DEH | Written correspondence with Christopher Celentino and Yosina Lissebeck re: 552 terminating potential liens on recovered assets; | .30 | 740.00 | 222.00 |

7

MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/05/24 | DEH | Telephone conference with Bradford N. Barnhardt re: order granting motion to value secured claims at zero (.10); Written correspondence with Yosina Lissebeck re: same (.10); | .20 | 740.00 | 148.00 |
| 8/05/24 | DEH | Written correspondence with Sharon Weiss re: execution of stipulation re: use of cash collateral (.10); Written correspondence with Nick Koffroth re: same (.10); | .20 | 740.00 | 148.00 |
| 8/05/24 | DEH | Revise and supplement Alteryx complaint; | .30 | 740.00 | 222.00 |
| 8/06/24 | DEH | Conference call with Richard A. Marshack and Yosina Lissebeck re: master list of case issues and tasks; | 1.30 | 740.00 | 962.00 |
| 8/06/24 | DEH | Conference calls with Richard A. Marshack and Yosina Lissebeck re: master list of pending and anticipated adversary proceedings and contested matters, status, and litigation decisions; | 2.00 | 740.00 | 1,480.00 |
| 8/06/24 | DEH | Written correspondence with Andrew Still re: complaint against Alteryx and claims for relief; | .20 | 740.00 | 148.00 |
| 8/06/24 | DEH | Revise and finalize stipulation with Azzure for use of cash collateral and replacement lien (.10); Written correspondence with Sharon Weiss and Nick Koffroth re: same (.20); | .30 | 740.00 | 222.00 |
| 8/07/24 | DAW | Review and analyze multiple lengthy e-mail correspondence from Chris Cellini, Trustee, and D. Edward Hays re: fee examiner and inquiries by Law 360; | .30 | 610.00 | 183.00 |
| 8/08/24 | DEH | Review and analyze new 3rd Circuit case canceling obligation as fraudulent in order to recovery payments on account of such obligation as being for less than reasonably equivalent value; | .40 | 740.00 | 296.00 |
| 8/08/24 | DEH | Revise and supplement chart of initial and remaining secured claims; | .40 | 740.00 | 296.00 |
| 8/08/24 | DEH | Revise and supplement complaint against Alteryx (1.20); Written correspondence with Alina N. Mamlyuk re: same (.20); | 1.40 | 740.00 | 1,036.00 |
| 8/08/24 | DEH | Telephone conference with Alina N. Mamlyuk re: facts supporting claims against Alteryx; | .60 | 740.00 | 444.00 |
| 8/08/24 | BNB | Written correspondence with D. Edward Hays re: preparing order to approve Azzure stipulation; | .10 | 410.00 | 41.00 |
| 8/09/24 | DEH | Standing conference call with committee counsel including Richard A. Marshack, Yosina Lissebeck, and Nick Koffroth; | 1.20 | 740.00 | 888.00 |
| 8/09/24 | DEH | Telephone conference with Alina N. Mamlyuk re: revising and supplementing Alteryx complaint; | .20 | 740.00 | 148.00 |
| 8/09/24 | DEH | Written correspondence with Yosina Lissebeck and Richard A. Marshack re: summary and status of secured creditor litigation (.20); Written correspondence with Alina N. Mamlyuk re: supplementing Chapter 11 status report (.10); | .30 | 740.00 | 222.00 |

EXHIBIT 3, PAGE 42

MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/09/24 | CM | Revise and finalize order granting Trustee's: omnibus objection to alleged secured claims that lack evidence of secured status; and motion to disallow or reclassify votes for confirmation purposes (.30); Draft e-mail to Bradford N. Barnhardt, Laila Masud, D. Edward Hays, Layla Buchanan and calendar clerk re: same (.10); | .40 | 340.00 | 136.00 |
| 8/12/24 | DEH | Review Forbes article on LPG case (.30); Written correspondence with Richard A. Marshack and Christopher Celentino re: monitor e-mail to U.S. Trustee re: same (.10); | .40 | 740.00 | 296.00 |
| 8/12/24 | DEH | Written correspondence with Aaron E. de Leest re: American Express claims; | .20 | 740.00 | 148.00 |
| 8/12/24 | CVH | Review master litigation chart from Trustee (.20); E-mails re: same (.10); E-mails with Kathleen Frederick and Yosina Lissebeck re: status of transferee spreadsheet and letter templates (.30); Review LPG article and e-mails re: same (.20); | .80 | 600.00 | 480.00 |
| 8/12/24 | DAW | Review and analyze multiple lengthy e-mail correspondence from Trustee and Aaron E. de Leest re: ongoing to do list for LPG litigation plans; | .20 | 610.00 | 122.00 |
| 8/13/24 | CM | Revise and supplement first interim application for fees and costs (.10); Draft e-mail to Laila Masud, D. Edward Hays and accounting re: same (.10); | .20 | 340.00 | 68.00 |
| 8/14/24 | DEH | Written correspondence with Alina N. Mamlyuk re: Chapter 11 status report; | .20 | 740.00 | 148.00 |
| 8/14/24 | ANM | Drafting Trustee's status report to be filed 8/15/24 in advance of status conference on 8/29/24; | 2.10 | 500.00 | 1,050.00 |
| 8/15/24 | DEH | Telephone conference with Richard A. Marshack re: results of Beyrooti hearing and order granting attachment; | .20 | 740.00 | 148.00 |
| 8/15/24 | DEH | Telephone conference with Richard A. Marshack and Yosina Lissebeck re: objections to confirmation, strategy for replies, and preparation for confirmation including witness preparation; | .90 | 740.00 | 666.00 |
| 8/15/24 | DEH | Revise and supplement Chapter 11 status report; | 1.40 | 740.00 | 1,036.00 |
| 8/15/24 | ANM | Drafting status report for the 8/29/24 status conference; | 2.70 | 500.00 | 1,350.00 |
| 8/15/24 | ANM | Drafting (incorporating revision made by Yosina Lissebeck as well as today's Court's orders) status report for the August 29, 2024 status conference; | .70 | 500.00 | 350.00 |
| 8/16/24 | DEH | Review and revise motion re: approval of agreement with Azure for use of cash collateral in exchange for replacement lien (.30); Review and revise proposed order re: same (.10); Written correspondence with Bradford N. Barnhardt and Layla Buchanan re: same (.10); | .50 | 740.00 | 370.00 |

9

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/16/24 | DEH | Review and revise application for order shortening time re: motion to approve agreement with Azzure (.20); Review and revise proposed order granting same (.10); Review and revise declaration in support of request to shorten time (.10); | .40 | 740.00 | 296.00 |
| 8/17/24 | DEH | Written correspondence with Nick Koffroth and Yosina Lissebeck re: motion to approve Azzure agreement (.20); Draft statement of terms re: agreement for use of cash collateral and replacement lien (.20); Written correspondence with Bradford N. Barnhardt and Layla Buchanan re: same (.10); | .50 | 740.00 | 370.00 |
| 8/19/24 | LB | Conference with D. Edward Hays re: preparation of notice of order shortening time hearing on motion to approve stipulation re: cash collateral (.20); Draft notice of hearing on motion (.30); Provide telephonic notice pursuant to order shortening time (.30); Draft declaration re: notice of hearing (.30); | 1.10 | 340.00 | 374.00 |
| 8/19/24 | LM | Review written correspondences from Jeremy Freedman, Christopher Celentino and Christopher Ghio re: Greyson opposition re: confirmation brief; | .20 | 540.00 | 108.00 |
| 8/19/24 | BNB | Telephone conference with Christopher Ghio re: taxpayer ID for Debtor for bond (.10); Search for taxpayer ID for debtor, and provide information to Christopher Ghio (.10); | .20 | 410.00 | 82.00 |
| 8/20/24 | BNB | Continue drafting reply to Greyson Law parties' objection to plan confirmation; | 8.30 | 410.00 | 3,403.00 |
| 8/21/24 | DEH | Written correspondence with Jennifer McLaughlin and Alina N. Mamlyuk re: finalizing stipulation; | .10 | 740.00 | 74.00 |
| 8/21/24 | KAT | E-mail correspondence with Richard A. Marshack re: Bayrooti property and quick review of records (.20); | .20 | 650.00 | 130.00 |
| 8/21/24 | DAW | Review and analyze multiple e-mail correspondence from Trustee re: the Azure claims and reduction of secured claims; | .20 | 610.00 | 122.00 |
| 8/22/24 | DEH | Written correspondence with Nick Koffroth re: reply brief in support of confirmation (.10); Written correspondence with Aaron E. de Leest re: same (.10); | .20 | 740.00 | 148.00 |
| 8/22/24 | DEH | Research re: payments to Amtronics and whether its an insider; | .40 | 740.00 | 296.00 |
| 8/22/24 | DEH | Telephone conference with Richard A. Marshack re: confirmation reply; | .20 | 740.00 | 148.00 |
| 8/22/24 | DEH | Telephone conference with Richard A. Marshack and Aaron E. de Leest re: settlement of Blue Cross claim; | .20 | 740.00 | 148.00 |
| 8/23/24 | DEH | Revise and finalize complaint against Alteryx (1.10); Written correspondence with Christopher Celentino and Richard A. Marshack re: same (.30); | 1.40 | 740.00 | 1,036.00 |

EXHIBIT 3, PAGE 44

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee                                          November 8, 2024
Client-Matter# 1015-157                                           Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/23/24 | DEH | Telephone conference with Alina N. Mamlyuk re: revisions to Alteryx complaint; | .20 | 740.00 | 148.00 |
| 8/27/24 | DEH | Review and analyze revised term sheet with Blue Cross (.20); Written correspondence with Richard A. Marshack and Aaron E. de Leest re: same (.10); | .30 | 740.00 | 222.00 |
| 8/27/24 | CVH | E-mails re: denial of motion to continue (.10); Review order (.10); Review and memorandum of decision denying claim of Greyson Law Center (.40); | .60 | 600.00 | 360.00 |
| 8/28/24 | AEd | Review Order Denying Greyson's Motion To Vacate The Preliminary Injunction; | .40 | 610.00 | 244.00 |
| 8/29/24 | DEH | Meeting with Richard A. Marshack and Aaron E. de Leest re: objections to priority claims, avoidance actions, and ███████; | 1.50 | 740.00 | 1,110.00 |
| 8/29/24 | CVH | Review LAW 360 article on recent rulings (.20) (No Charge); | .20 | 600.00 | N/C |
| 8/30/24 | DEH | Telephone conference with Justin Draa re: claims against potential attorney defendants; | .20 | 740.00 | 148.00 |
| 8/30/24 | DEH | Written correspondence with Richard A. Marshack and Aaron E. de Leest re: ███████; | .20 | 740.00 | 148.00 |
| 8/30/24 | LB | Draft order granting motion to approve compromise with Blue Cross; | .30 | 340.00 | 102.00 |
| 9/02/24 | DEH | Written correspondence with Richard A. Marshack and Chad V. Haes re: status of negotiations re: Paronich and timing for filing complaint; | .20 | 740.00 | 148.00 |
| 9/04/24 | DEH | Meeting with ██████████████; | 2.50 | 740.00 | 1,850.00 |
| 9/04/24 | DEH | Travel time to and from meeting with ██████ (No Charge); | .80 | 740.00 | N/C |
| 9/04/24 | DAW | Multiple conferences with D. Edward Hays and Aaron E. de Leest re: ongoing investigations and meetings today; | .60 | 610.00 | 366.00 |
| 9/06/24 | DEH | Written correspondence with Richard A. Marshack, Christopher Celentino, and Yosina Lissebeck re: response to Dan Connolly; | .30 | 740.00 | 222.00 |
| 9/06/24 | DEH | Conference call with Committee counsel; | .60 | 740.00 | 444.00 |
| 9/09/24 | DEH | Telephone conference with Richard A. Marshack re: Alteryx settlement offer and strategy for response (.20); Telephone conference to Alina N. Mamlyuk re: same (.10); | .30 | 740.00 | 222.00 |
| 9/09/24 | DEH | Telephone conference with Richard A. Marshack re: litigation claims against Alteryx, analysis of Alteryx's proposed walk away, and counter-offer; | .20 | 740.00 | 148.00 |
| 9/09/24 | DEH | Telephone conference with the Richard A. Marshack and Alina N. Mamlyuk re: strategy for settlement for Alteryx administrative claim. | .90 | 740.00 | 666.00 |

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/09/24 | DEH | Telephone conference with Richard A. Marshack re: debrief of call with Andrew Snell re: litigation claims against Aleryx, its alleged defenses, discovery issues, and settlement strategy; | .50 | 740.00 | 370.00 |
| 9/09/24 | DEH | Written correspondence with Richard A. Marshack, Christopher Celentino, Christopher Ghio, Yosina Lissebeck, and Alina N. Mamlyuk re: electing district court for Kay March appeals; | .20 | 740.00 | 148.00 |
| 9/10/24 | DEH | Review written correspondence from Tony Diab re: request for meeting to discuss settlement (.10); Written correspondence with Richard A. Marshack, Christopher Celentino, and Christopher Ghio re: same and terms of response (.20); Review written correspondence from Richard A. Marshack to Tony Diab re: same (.10); | .40 | 740.00 | 296.00 |
| 9/11/24 | DEH | Telephone conference with Richard A. Marshack and Christopher Ghio re: appeals, responsibility for deadlines and briefs, and whether to elect district court (.50); Written correspondence with Alina N. Mamlyuk and Layla Buchanan re: drafting notice of election, reviewing designation of record and determining whether to designate additional items, and notice of transcripts (.20); | .70 | 740.00 | 518.00 |
| 9/11/24 | BNB | Review order to show cause to Daniel March in California Superior Court cases; | .40 | 410.00 | 164.00 |
| 9/11/24 | AEd | Review written correspondence from Keith Owens re: settlement agreement and draft written correspondence to Dan Gonzalez re: settlement agreement; | .20 | 610.00 | 122.00 |
| 9/13/24 | DEH | Written correspondence with Richard A. Marshack and Alina N. Mamlyuk re: extension to Alteryx; | .10 | 740.00 | 74.00 |
| 9/13/24 | DEH | Review entered order denying approval of stipulation (.10); Written correspondence with Richard A. Marshack and Christopher Celentino re: same (.10); | .20 | 740.00 | 148.00 |
| 9/13/24 | DAW | Review and analyze multiple e-mail correspondence from Trustee and D. Edward Hays re: election of any appeal from Kay March to District Court; | .20 | 610.00 | 122.00 |
| 9/19/24 | DEH | Review and analyze complaint against Ashlee Colonna Cohen (.30); Research re: Section 502(b)(4) claim to disallow amount of claim filed by former counsel to debtor to the extent the claim exceeds the reasonable value of services (.30); Written correspondence with Christopher Celentino, Yosina Lissebeck, Tyler Powell, Richard A. Marshack, and Aaron E. de Leest re: same (.20); | .80 | 740.00 | 592.00 |
| 9/19/24 | DEH | Written correspondence with Ashlee Colonna Cohen re: complaint and retention of counsel (.10); Written correspondence with Caroline Djang re: same (.10); | .20 | 740.00 | 148.00 |

EXHIBIT 3, PAGE 46

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|------:|-----:|-------:|
| 9/19/24 | AEd | Review written correspondence from Dan Gonzalez re: settlement agreement and revise written settlement agreement and draft written response to Dan Gonzalez and Trustee and review multiple responses and respond; | .90 | 610.00 | 549.00 |
| 9/19/24 | AEd | Review written correspondence from D. Edward Hays and Yosina Lissebeck re: additional claim for relief and amending Ashlee Colonna Cohen complaint and review responses from Christopher Celentino re: same; | .20 | 610.00 | 122.00 |
| 9/20/24 | DEH | Telephone conference with staff re: subpoena served on Trustee by CPFB and categories of documents sought (.20); Telephone conference with Aaron E. de Leest re: same, CPFB's failure to comply with Barton by obtaining prior leave of court, and response to same (.20); | .40 | 740.00 | 296.00 |
| 9/23/24 | DEH | Written correspondence with Lori Ensley, Yosina Lissebeck, and other counsel re: possible additional address used by LPG on Golden Circle in Santa Ana; | .20 | 740.00 | 148.00 |
| 9/23/24 | LB | (Adv. Bayrooti) Review and finalize subpoena to US Bancorp Advisors (.20); Draft correspondence to attorney service re: same (.10); | .30 | 340.00 | 102.00 |
| 9/23/24 | LB | (Adv. Bayrooti) Review and finalize subpoena to U.S. Bank (.20); Draft correspondence to attorney service re: same (.10); | .30 | 340.00 | 102.00 |
| 9/23/24 | LB | (Adv. Bayrooti) Review and finalize subpoena to Charles Schwab (.20); Draft correspondence to attorney service re: same (.10); | .30 | 340.00 | 102.00 |
| 9/23/24 | BNB | Telephone conference with Layla Buchanan re: service of subpoenas in Leucadia adversary proceeding; | .10 | 410.00 | 41.00 |
| | | **Sub-Total Fees:** | **56.30** | | **$ 34,736.00** |

**12 Plan and Disclosure Statement**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|------:|-----:|-------:|
| 8/01/24 | DEH | Written correspondence with Christopher Celentino re: settlement issues and strategy with Azzure; | .30 | 740.00 | 222.00 |
| 8/01/24 | DEH | Telephone conference with Bradford N. Barnhardt re: review of confirmation brief and ballot tabulation declaration; | .10 | 740.00 | 74.00 |
| 8/01/24 | DEH | Telephone conferences with Kim Steverson re: revisions to ballot declaration and tabulation; | .20 | 740.00 | 148.00 |

13

EXHIBIT 3, PAGE 47

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/01/24 | DEH | Telephone conference with Yosina Lissebeck re: revisions to plan confirmation brief and settlement with OHP; | .20 | 740.00 | 148.00 |
| 8/01/24 | DEH | Review final version of confirmation brief (.30); Written correspondence with Nick Koffroth, Richard A. Marshack, and Yosina Lissebeck re: same (.20); | .50 | 740.00 | 370.00 |
| 8/01/24 | DEH | Revise and finalize declaration of D. Edward Hays re: ballot tally (.20); Written correspondence with Nick Koffroth, Richard A. Marshack, and Yosina Lissebeck re: same (.10); | .30 | 740.00 | 222.00 |
| 8/01/24 | DEH | Review and analyze Trustee's proposed revisions to declaration in support of confirmation (.20); Written correspondence with Yosina Lissebeck and Nick Koffroth re: same (.10); Written correspondence with Richard A. Marshack re: same (.10); | .40 | 740.00 | 296.00 |
| 8/01/24 | LM | Telephone conference with Bradford N. Barnhardt re: draft of confirmation brief; | .10 | 540.00 | 54.00 |
| 8/01/24 | BNB | Telephone conference with Laila Masud re: draft of confirmation brief; | .10 | 410.00 | 41.00 |
| 8/01/24 | BNB | Telephone conference with Pam Kraus re: cash on hand from postpetition collections; | .10 | 410.00 | 41.00 |
| 8/01/24 | BNB | Written correspondence with Layla Buchanan re: forthcoming e-mail from Kim Steverson re: ballot tabulation; | .10 | 410.00 | 41.00 |
| 8/01/24 | BNB | Telephone conference with D. Edward Hays re: review of confirmation brief and ballot tabulation declaration; | .10 | 410.00 | 41.00 |
| 8/01/24 | BNB | Review e-mail from Nick Koffroth re: confirmation brief; | .10 | 410.00 | 41.00 |
| 8/01/24 | BNB | Written correspondence with D. Edward Hays re: status of draft of confirmation brief; | .10 | 410.00 | 41.00 |
| 8/01/24 | BNB | Telephone conference with Richard A. Marshack and Yosina Lissebeck re: review of confirmation brief; | .10 | 410.00 | 41.00 |
| 8/01/24 | BNB | Written correspondence with Pam Kraus and Dinsmore team re: amount of "Post-Petition Funds," including review of accounting report circulated by Pam Kraus; | .30 | 410.00 | 123.00 |
| 8/01/24 | BNB | Figure out cash on hand amount for Trustee's declaration in support of confirmation brief, including written correspondence with Pam Kraus and telephone conference with Trustee administrator re: same; | .30 | 410.00 | 123.00 |
| 8/01/24 | BNB | Review and revise draft of confirmation brief; | .90 | 410.00 | 369.00 |
| 8/01/24 | DND | E-mail correspondence to D. Edward Hays re: edits to declaration to Kim Steverson declaration before filing final version; | .10 | 360.00 | 36.00 |

EXHIBIT 3, PAGE 48

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/01/24 | DND | E-mail correspondence from Kim Steverson re: ballot tabulation updating; E-mail correspondence re: same updated; review of final version; | .30 | 360.00 | 108.00 |
| 8/01/24 | DND | E-mail correspondence from Kim Steverson and Nick Koffroth re: revised voting declaration, additional vote of MNS Class 1F creditor to be added to tabulation and declaration (.20); E-mail correspondence from D. Edward Hays re: his declaration (.10); | .30 | 360.00 | 108.00 |
| 8/02/24 | DEH | Research re: requirement that motion required to change vote on plan and standards established by case law (.40); Written correspondence with Richard A. Marshack, Christopher Celentino, and Yosina Lissebeck re: same (.20); | .60 | 740.00 | 444.00 |
| 8/08/24 | DND | Review of memorandum of law in support of plan; | .90 | 360.00 | 324.00 |
| 8/08/24 | DND | Review objection to Plan filed by Kathleen March; | .40 | 360.00 | 144.00 |
| 8/09/24 | BNB | Written correspondence with D. Edward Hays and Alina N. Mamlyuk re: preparing status report; | .10 | 410.00 | 41.00 |
| 8/12/24 | DEH | Telephone conference with Richard A. Marshack re: plan confirmation issues and evidence; | .50 | 740.00 | 370.00 |
| 8/12/24 | DAW | Conference with Trustee re: Plan confirmation issues; | .20 | 610.00 | 122.00 |
| 8/13/24 | DEH | Telephone conference with Richard A. Marshack re: Blue Cross objection to plan confirmation; | .20 | 740.00 | 148.00 |
| 8/13/24 | DEH | Review and analyze objection to confirmation filed by Blue Cross (.40); Written correspondence with Richard A. Marshack, Yosina Lissebeck, and Nick re: same (.10); | .50 | 740.00 | 370.00 |
| 8/13/24 | AEd | Review written correspondence from D. Edward Hays re: Blue Cross objection to plan confirmation; | .10 | 610.00 | 61.00 |
| 8/14/24 | DEH | Telephone conference with Bradford N. Barnhardt re: drafting reply to Kay March's objection to plan confirmation; | .10 | 740.00 | 74.00 |
| 8/14/24 | DEH | Telephone conference with Richard A. Marshack re: objections to confirmation; | .20 | 740.00 | 148.00 |
| 8/14/24 | DEH | Zoom meeting with Richard A. Marshack, Aaron E. de Leest, and Yosina Lissebeck re: objection to Blue Cross claim, strategy for reply to BC's objection to confirmation, and response to Kay March's objection to confirmation, witness preparation for confirmation hearing, and other litigation issues; | .90 | 740.00 | 666.00 |
| 8/14/24 | BNB | Telephone conference with D. Edward Hays re: drafting reply to Kay March's objection to plan confirmation; | .10 | 410.00 | 41.00 |
| 8/14/24 | AEd | Review Blue Cross Objection to Plan Confirmation and conduct research re: same; | 2.00 | 610.00 | 1,220.00 |

15

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/15/24 | DEH | Telephone conference with Richard A. Marshack re: preparation for confirmation hearing; | .20 | 740.00 | 148.00 |
| 8/16/24 | DEH | Telephone conference with Richard A. Marshack re: objection to confirmation filed by Golubow and reply to same (.20); Written correspondence with Richard A. Marshack and Christopher Celentino re: same (.20); | .40 | 740.00 | 296.00 |
| 8/16/24 | DEH | Written correspondence with Nick Koffroth and Yosina Lissebeck re: motion to approve agreement with Azzure and conference to discuss plan objections and reply briefs; | .20 | 740.00 | 148.00 |
| 8/16/24 | DEH | Review and analyze objection to confirmation filed by Golubow; | .30 | 740.00 | 222.00 |
| 8/16/24 | DEH | Written correspondence with Aaron E. de Leest, accountants, payroll processing companies, and others re: discovery related to when LPG employees ceased being employed by debtor to determine if estate has factual arguments to object to Blue Cross's priority claim and to respond to its objection to confirmation; | .30 | 740.00 | 222.00 |
| 8/16/24 | DEH | Written correspondence with Chad Kurtz re: preparation for confirmation hearing and seeking leave of court for witnesses to appear remotely; | .20 | 740.00 | 148.00 |
| 8/16/24 | DAW | Review, analyze, and revise the proposed status report on the Plan and the various other matters including, but not limited to administrative expenses, and potential litigation; | 1.10 | 610.00 | 671.00 |
| 8/17/24 | DEH | Written correspondence with Richard A. Marshack and Christopher Celentino re: response to Golubow's objection; | .20 | 740.00 | 148.00 |
| 8/19/24 | DEH | Telephone conference with Richard A. Marshack and Christopher Celentino re: response to objections to confirmation, defenses to Blue Cross, status of settlement negotiations with Beyrooti, and fee applications; | .50 | 740.00 | 370.00 |
| 8/19/24 | DEH | Telephone conference with Richard A. Marshack re: replies to plan objections; | .20 | 740.00 | 148.00 |
| 8/19/24 | DAW | Conference with Trustee re: upcoming plan confirmation and strategy thereto; | .40 | 610.00 | 244.00 |
| 8/19/24 | LM | Telephone conference with Bradford N. Barnhardt re: drafting reply to Han Trinh confirmation objection; | .10 | 540.00 | 54.00 |
| 8/19/24 | BNB | Telephone conference with Laila Masud re: drafting reply to Han Trinh confirmation objection; | .10 | 410.00 | 41.00 |
| 8/19/24 | BNB | Draft reply to Han Trinh's objection to plan confirmation; | 4.70 | 410.00 | 1,927.00 |

16

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/20/24 | DEH | Conference call with Nick Koffroth, Keith Owens, Adam Meislik, and Chad Kurtz re: confirmation issues, strategies for replies to oppositions to confirmation, objection to claim filed by Blue Cross and possible avoidance actions against it, and dating down liquidation analysis; | .80 | 740.00 | 592.00 |
| 8/20/24 | DEH | Telephone conference with Richard A. Marshack re: administrative and priority claims; | .20 | 740.00 | 148.00 |
| 8/20/24 | DEH | Telephone conference with Laila Masud re: admin professionals fees; | .10 | 740.00 | 74.00 |
| 8/20/24 | DEH | Telephone conference with Richard A. Marshack re: confirmation issues and strategy, call with committee counsel, action items, and responses to feasibility objections; | .40 | 740.00 | 296.00 |
| 8/20/24 | LM | Review lengthy written correspondence from Chad Kurtz re: updated POL projections (.20); Written correspondence to Bradford N. Barnhardt re: same (.10) (No Charge); | .20 | 540.00 | 108.00 |
| 8/20/24 | BNB | Telephone conference with Laila Masud re: amount of administrative claims; | .10 | 410.00 | 41.00 |
| 8/21/24 | DEH | Telephone conference with Richard A. Marshack re: confirmation issues and points for reply briefs; | .30 | 740.00 | 222.00 |
| 8/21/24 | DEH | Telephone conference with Richard A. Marshack re: reply brief and responses to Kay March's objections; | .60 | 740.00 | 444.00 |
| 8/21/24 | LM | Telephone conference with Bradford N. Barnhardt re: amount of Dinsmore's fees for plan confirmation reply; | .10 | 540.00 | 54.00 |
| 8/21/24 | BNB | Telephone conference with Aaron E. de Leest re: status of plan confirmation replies; | .10 | 410.00 | 41.00 |
| 8/21/24 | BNB | Telephone conference with Laila Masud re: amount of Dinsmore's fees for plan confirmation reply; | .10 | 410.00 | 41.00 |
| 8/21/24 | BNB | Continue drafting reply to the Greyson Law/Trinh objection to plan confirmation; | 2.60 | 410.00 | 1,066.00 |
| 8/21/24 | AEd | Research re: Priority Benefits Claim under 5079(a)(5) and outline and begin preparing response to Blue Cross Objection to Plan; | 1.20 | 610.00 | 732.00 |
| 8/21/24 | AEd | Telephone conference with Bradford N. Barnhardt re: reply in support of confirmation of plan; | .10 | 610.00 | 61.00 |
| 8/21/24 | AEd | Review and revise Trustee's omnibus reply in support of plan confirmation; | 1.60 | 610.00 | 976.00 |
| 8/21/24 | AEd | Review written correspondence from Bradford N. Barnhardt re: reply to Insiders's Objection to LPG plan confirmation; | .10 | 610.00 | 61.00 |
| 8/22/24 | DEH | Revise and revise reply briefs in support of confirmation; | 1.70 | 740.00 | 1,258.00 |

17

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/22/24 | DEH | Telephone conference with Richard A. Marshack re: potential for witness testimony during confirmation hearing; | .40 | 740.00 | 296.00 |
| 8/22/24 | DEH | Telephone conference with Richard A. Marshack re: investigator retained by Kay March; | .50 | 740.00 | 370.00 |
| 8/22/24 | DEH | Telephone conference with Richard A. Marshack re: investigator contacting Trustee's former spouse at her home; | .20 | 740.00 | 148.00 |
| 8/22/24 | DEH | Further telephone conferences with Richard A. Marshack and Yosina Lissebeck re: investigator and issues re: same; | .70 | 740.00 | 518.00 |
| 8/22/24 | DEH | Telephone conference with Richard A. Marshack re: revisions to reply brief; | .30 | 740.00 | 222.00 |
| 8/22/24 | DEH | Telephone conference with Nick Koffroth re: revisions to reply brief (.20); Telephone conference with Yosina Lissebeck re: same (.10); | .30 | 740.00 | 222.00 |
| 8/22/24 | DEH | Telephone conferences with Richard A. Marshack re: final revisions to reply brief; | .40 | 740.00 | 296.00 |
| 8/22/24 | DAW | Conference with Trustee re: recent events and strategy for Plan confirmation; | .30 | 610.00 | 183.00 |
| 8/22/24 | LM | Review written correspondence from Chad Kurtz, Yosina Lissebeck and Christopher Celentino re: projections and impact of reserve re: Bayrooti and Bridge; | .20 | 540.00 | 108.00 |
| 8/22/24 | LM | Conferences (x2) with Layla Buchanan re: reply in support of of confirmation brief status; | .20 | 540.00 | 108.00 |
| 8/22/24 | BNB | Written correspondence with D. Edward Hays re: review of reply in support of confirmation objection; | .10 | 410.00 | 41.00 |
| 8/22/24 | BNB | Draft evidentiary objections to declaration of Kathleen P. March re: confirmation, and written correspondence with D. Edward Hays re: same; | 2.70 | 410.00 | 1,107.00 |
| 8/22/24 | AEd | Review committee's draft omnibus reply in support of plan confirmation and in response to objections to plan; | .90 | 610.00 | 549.00 |
| 8/22/24 | AEd | Review memo from D. Edward Hays re: omnibus reply in support of plan confirmation; | .10 | 610.00 | 61.00 |
| 8/22/24 | AEd | Review written correspondence from Bradford N. Barnhardt re: evidentiary objections to the Declaration of Kathleen P. March, brief review of evidentiary objections, and written correspondence from D. Edward Hays re: same; | .30 | 610.00 | 183.00 |
| 8/23/24 | DEH | Telephone conference with Richard A. Marshack re: feasibility issues; | .20 | 740.00 | 148.00 |
| 8/23/24 | DEH | Conference call with Trustee and committee counsel re: preparation and strategy for confirmation hearing (1.0); Telephone conference with Richard A. Marshack re: follow-up and action items (.20); | 1.20 | 740.00 | 888.00 |

18

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/23/24 | DEH | Telephone conference with Richard A. Marshack re: witness preparation for confirmation hearing; | .20 | 740.00 | 148.00 |
| 8/23/24 | DAW | Multiple conferences with Trustee re: Plan confirmation issues; | .20 | 610.00 | 122.00 |
| 8/23/24 | DAW | Review and respond to the collective re: ongoing strategy for Plan confirmation; | .20 | 610.00 | 122.00 |
| 8/23/24 | BNB | Review filed brief in response to Greyson/Trinh confirmation objection; | .10 | 410.00 | 41.00 |
| 8/26/24 | DEH | Conference call with Nick Koffroth, Chad Kurtz, Yosina Lissebeck, and Kim Steverson re: preparation for plan confirmation hearing; | 1.00 | 740.00 | 740.00 |
| 8/26/24 | DAW | Conference with Trustee re: preparation for Plan confirmation hearing on Thursday and strategy thereto; | .40 | 610.00 | 244.00 |
| 8/26/24 | BNB | Review order denying Greyson Law/Trinh motion to continue confirmation hearing; | .10 | 410.00 | 41.00 |
| 8/27/24 | DEH | Telephone conference with Richard A. Marshack re: feasibility analysis; | .20 | 740.00 | 148.00 |
| 8/27/24 | DAW | Conference with Trustee re: administrative claims decisions and strategy or plan confirmation; | .40 | 610.00 | 244.00 |
| 8/28/24 | DEH | Review and analyze plan, disclosure statement, confirmation brief, multiple objections, omnibus reply and prepare detailed outline of facts and arguments for hearing including citations to the record, exhibits, and quotes from statutes and case law; | 6.70 | 740.00 | 4,958.00 |
| 8/28/24 | DEH | Prepare for and conference call with Richard A. Marshack, Yosina Lissebeck, Nick Koffroth, Keith Owens, Adam Meislik, and Chad Kurtz re: final updates to feasibility analysis and strategy for confirmation hearing; | 1.40 | 740.00 | 1,036.00 |
| 8/28/24 | AEd | Zoom conference with D. Edward Hays, Richard A. Marshack, committee counsel, and special counsel re: confirmation hearing preparation; | 1.10 | 610.00 | 671.00 |
| 8/28/24 | AEd | Review written correspondence from D. Edward Hays and updated plan projections; | .20 | 610.00 | 122.00 |
| 8/29/24 | DEH | Court appearance at United States Bankruptcy Court, Santa Ana re: confirmation hearing, status conference, and related hearings including one hour meeting after court with counsel for committee and Trustee's special counsel re: hearing results, status of pending avoidance action, and other case issues; | 7.40 | 740.00 | 5,476.00 |
| 8/29/24 | DEH | Revise, refine, and supplement outline for confirmation hearing; | 2.20 | 740.00 | 1,628.00 |
| 8/29/24 | DEH | Telephone conference with Richard A. Marshack re: strategy for confirmation hearing; | .60 | 740.00 | 444.00 |

19

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/29/24 | DAW | Review and analyze multiple articles and information provided by the Trustee re: the Court's recent rulings and strategy for today; | .40 | 610.00 | 244.00 |
| 8/29/24 | DND | Listen in on portion of confirmation hearing (No Charge); | 2.10 | 360.00 | N/C |
| 8/30/24 | DEH | Conference call with Nick Koffroth, Keith Owens, Yosina Lissebeck, and Christopher Ghio re: form and provisions of confirmation order, litigation claims, settlement issues with Beyrooti, post-confirmation issues, effective date, etc.; | .80 | 740.00 | 592.00 |
| 8/30/24 | DEH | Telephone conference with Richard A. Marshack re: revisions to form of proposed confirmation order and issues from standing conference call with committee counsel; | .40 | 740.00 | 296.00 |
| 8/30/24 | DEH | Review and revise draft 30-page confirmation order (.80); Written correspondence with Trustee, Trustee's special counsel, and committee counsel re: same (.10); | .90 | 740.00 | 666.00 |
| 8/30/24 | DEH | Telephone conference with Nick Koffroth re: revisions to order and finalizing language re: same; | .20 | 740.00 | 148.00 |
| 8/30/24 | DEH | Review and analyze committee's further proposed revisions and written correspondence with Nick Koffroth re: same; | .30 | 740.00 | 222.00 |
| 8/30/24 | DEH | Review and analyze final revisions proposed by committee and written correspondence with Nick Koffroth re: approval of same and proceeding to lodgment; | .30 | 740.00 | 222.00 |
| 8/30/24 | DEH | Telephone conference with Richard A. Marshack re: approval of final form of proposed confirmation order; | .20 | 740.00 | 148.00 |
| 8/30/24 | DAW | Analyze post-confirmation items to do and allocation of resources for same; | .60 | 610.00 | 366.00 |
| 8/31/24 | DEH | Written correspondence with Christopher Celentino re: form and provisions of order confirming plan; | .20 | 740.00 | 148.00 |
| 8/31/24 | DEH | Draft list of tasks triggered off entry of confirmation order including service of notice of confirmation and notice of effective date, need for creation of list of parties and amounts to be paid upon the effective date including secured creditors, super-priority administrative claimants, priority creditors so payments can be timely made, and filing of notice of errata re: lodged confirmation order that inadvertently did not attach the three referenced exhibits (.40); Written correspondence with Trustee, Trustee's special counsel, committee counsel, and Omni re: same (.20); | .60 | 740.00 | 444.00 |
| 8/31/24 | DEH | Written correspondence with Kim Steverson re: preparation for service of notice of entry of confirmation order and notice of effective date and procedure for service on consumers by e-mail; | .10 | 740.00 | 74.00 |
| 9/03/24 | AEd | Review written correspondence from D. Edward Hays re: confirmation order; | .10 | 610.00 | 61.00 |

EXHIBIT 3, PAGE 54

MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/05/24 | DEH | Telephone conferences with Richard A. Marshack re: final revisions to confirmation order (.20); Written correspondence with Nick Koffroth and review revised order (.20); | .40 | 740.00 | 296.00 |
| 9/05/24 | DEH | Telephone conference with Nick Koffroth re: revisions to confirmation order and re: -lodging; | .20 | 740.00 | 148.00 |
| 9/06/24 | DEH | Telephone conference with Richard A. Marshack re: response to Dan Connolly; | .20 | 740.00 | 148.00 |
| 9/10/24 | LB | Conference with Laila Masud re: confirmation order and requirements; | .30 | 340.00 | 102.00 |
| 9/10/24 | LM | Written correspondences with Kim Steverson re: confirmation order servicing (.10); Written correspondence with Layla Buchanan re: same (.10); Conference with Layla Buchanan re: same (.10); | .30 | 540.00 | 162.00 |
| 9/11/24 | DEH | Written correspondence with Yosina Lissebeck, Aaron E. de Leest, and Pam Kraus re: list of effective date payments and timing for cutting checks; | .30 | 740.00 | 222.00 |
| 9/11/24 | DEH | Review and analyze plan and Written correspondence with Aaron E. de Leest re: calculation of effective date and whether payments must be made prior to, on, or immediately after (.30); Written correspondence with Nick Koffroth re: same (.10); | .40 | 740.00 | 296.00 |
| 9/11/24 | LB | Conference with Aaron E. de Leest re: preparation of materials for hearing on confirmation of chapter 11 plan (.10); Preparation of hearing binder re: same (.30); | .40 | 340.00 | 136.00 |
| 9/11/24 | LM | Review written correspondences (x6) from D. Edward Hays, Pam Kraus and Aaron E. de Leest re: effective date payments; | .20 | 540.00 | 108.00 |
| 9/11/24 | BNB | Review e-mail correspondence between D. Edward Hays and Pam Kraus re: effective date payments; | .10 | 410.00 | 41.00 |
| 9/11/24 | AEd | Telephone conference with Nick Koffroth re: Notice of Entry of Confirmation Order; | .10 | 610.00 | 61.00 |
| 9/11/24 | AEd | Review notice of confirmation order and Plan re: notice of rejection and plan supplement and draft written correspondence to Nick Koffroth re: Plan Supplement and notice of rejection; | .80 | 610.00 | 488.00 |
| 9/11/24 | AEd | Draft written correspondence to Pam Kraus re: timing of plan payments and effective date payments with respect to plan classes and review response; | 1.10 | 610.00 | 671.00 |
| 9/11/24 | AEd | Review written correspondence from Richard A. Marshack, D. Edward Hays and Pam Kraus re: effective date payments; | .10 | 610.00 | 61.00 |
| 9/12/24 | DEH | Review form of notice of entry of confirmation and written correspondence with Kim Steverson and Aaron E. de Leest re: same; | .20 | 740.00 | 148.00 |

21

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/12/24 | DAW | Pursuant to the request of the Trustee review and analyze the Plan provisions and confirmation order for upcoming deadlines and structure; | 2.20 | 610.00 | 1,342.00 |
| 9/12/24 | BNB | Review e-mail correspondence from Pam Kraus re: estimated effective date payments; | .10 | 410.00 | 41.00 |
| 9/12/24 | AEd | Review written correspondence from Pam Kraus and Richard A. Marshack re: estimated plan payments; | .20 | 610.00 | 122.00 |
| 9/12/24 | AEd | Review written correspondence from Kim Steverson re: notice of confirmation order; | .10 | 610.00 | 61.00 |
| 9/12/24 | AEd | Review notice of confirmation order and execute same and draft written correspondence to committee counsel re: filing notice; | .30 | 610.00 | 183.00 |
| 9/13/24 | DEH | Conference call with Nick Koffroth, Keith Owens, and Christopher Celentino re: implementation of plan, tasks to do pursuant to confirmation, objections to priority claims, and negotiations to resolve fee objections; | .90 | 740.00 | 666.00 |
| 9/13/24 | LM | Written correspondence with Aaron E. de Leest, Pam Kraus and Kim Steverson re: service on third parties of confirmation order and world of service; | .10 | 540.00 | 54.00 |
| 9/13/24 | AEd | Review docket and draft memo to D. Edward Hays re: no appeal from confirmation order; | .10 | 610.00 | 61.00 |
| 9/13/24 | AEd | Review written correspondence from Pam Kraus re: notice of entry of confirmation order and respond; | .10 | 610.00 | 61.00 |
| 9/13/24 | AEd | Review written correspondence from Kim Steverson re: service of notice of confirmation order and review confirmation order re: same and draft written response; | .50 | 610.00 | 305.00 |
| 9/13/24 | AEd | Review written correspondence from Tyler Powell re: estimated plan payments and review response from Pam Kraus re: same; | .20 | 610.00 | 122.00 |
| 9/13/24 | AEd | Draft written correspondence to Kim Steverson re: Service of Notice of Entry of Confirmation Order and respond; | .20 | 610.00 | 122.00 |
| 9/14/24 | DEH | Written correspondence with Richard A. Marshack and counsel re: effective date tasks; | .20 | 740.00 | 148.00 |
| 9/14/24 | BNB | Review e-mail correspondence between D. Edward Hays and Yosina Lissebeck re: steps to take before effective date; | .10 | 410.00 | 41.00 |
| 9/16/24 | DEH | Telephone conference with Pam Kraus re: effective date payments, liquidating accounts to pay same, and timing for checks (.20); Telephone conference with Richard A. Marshack and Pam Kraus re: same (.50); | .70 | 740.00 | 518.00 |

EXHIBIT 3, PAGE 56

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/17/24 | DEH | Written correspondence with Richard A. Marshack, Pam Kraus, Alina N. Mamlyuk, and Aaron E. de Leest re: timing for effective date payments; | .20 | 740.00 | 148.00 |
| 9/17/24 | DEH | Conference call with Yosina Lissebeck, Tyler Powell, Aaron E. de Leest, and Bradford N. Barnhardt re: effective date payments, objections to claims, and other deadlines triggered by confirmation; | .40 | 740.00 | 296.00 |
| 9/17/24 | BNB | Attend conference call with D. Edward Hays and Dinsmore team re: effective date; | .50 | 410.00 | 205.00 |
| 9/17/24 | AEd | Review written correspondence from Kim Steverson re: Notice of Plan Confirmation; | .10 | 610.00 | 61.00 |
| 9/18/24 | AEd | Review confirmation order and plan for effective date issues and draft written correspondence to Yosina Lissebeck re: same; | .70 | 610.00 | 427.00 |
| 9/18/24 | AEd | Review confirmation order and plan re: effective date issues; | 1.20 | 610.00 | 732.00 |
| 9/18/24 | AEd | Review written correspondence from Yosina Lissebeck re: Plan Supplement timing, review confirmation order and plan terms re: same, and draft written response; | .30 | 610.00 | 183.00 |
| 9/19/24 | AEd | Draft written correspondence to Nick Koffroth re: Plan Supplement; | .20 | 610.00 | 122.00 |
| 9/23/24 | DEH | Review and revise notice of rejection (.30); Written correspondence with Nick Koffroth re: same (.20); | .50 | 740.00 | 370.00 |
| 9/23/24 | DEH | Review and revise notice of effective date (.20); Written correspondence with Nick Koffroth and Aaron E. de Leest re: same (.10); | .30 | 740.00 | 222.00 |
| 9/23/24 | AEd | Draft written correspondence to Kim Steverson re: proof of service for notice of confirmation order and review responses and affidavit of service; | .50 | 610.00 | 305.00 |
| | | **Sub-Total Fees:** | **85.60** | | **$ 53,133.00** |

**14 523/727 Litigation**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/02/24 | BNB | Telephone conference with Laila Masud re: confirmation brief and issues in case; | .10 | 410.00 | 41.00 |
| | | **Sub-Total Fees:** | **.10** | | **$ 41.00** |

EXHIBIT 3, PAGE 57

MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

**15 Avoidance Actions**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/01/24 | CVH | E-mails with Yosina Lissebeck re: updated spreadsheet (.10); Review spreadsheet and notes from prior call to determine list of topics for meeting (.40); Analyze research from Grobstein Teeple re: avoidable transfers to determine demand letter format (.50); Conference and e-mails with Laila Masud and Yosina Lissebeck re: fraudulent transfer chart and update call (.20); Avoidance action update call with Yosina Lissebeck (.30); | 1.50 | 600.00 | 900.00 |
| 8/01/24 | LM | Telephone conference with Chad V. Haes re: fradulent transfer chart and circulation to Yosina Lissebeck (.10); Draft written correspondence to Yosina Lissebeck re: same (.10); | .20 | 540.00 | 108.00 |
| 8/07/24 | CVH | Review section 549 chart and spreadsheets to prepare for call with Kathleen Frederick (.20); Conference with Kathleen Frederick re: adding additional information to spreadsheets (.40); E-mails with Kathleen Frederick and Nick Cooper re: same (.10); E-mails and telephone calls re: case status (.30); | 1.00 | 600.00 | 600.00 |
| 8/07/24 | KF | Telephone call with Chad V. Haes re: additional 549 targets and preparation of lists for demand letters; | .40 | 290.00 | 116.00 |
| 8/07/24 | KF | Condense lists of targets; | 1.00 | 290.00 | 290.00 |
| 8/08/24 | KF | Condense lists of targets for demand/fact finding letters; | .50 | 290.00 | 145.00 |
| 8/15/24 | CVH | Review correspondence to prepare for conference call (.10); E-mails and telephone calls with Yosina Lissebeck and Kathleen Frederick re: status of letters and conference call (.30); | .40 | 600.00 | 240.00 |
| 8/15/24 | KF | Complete condensing of target information into full spreadsheet for production of demand letters; | 2.00 | 290.00 | 580.00 |
| 8/22/24 | CVH | Review updated target spreadsheet to assess functionality and ease of use (.40); E-mails with Yosina Lissebeck, Kathleen Frederick, and Devon de Los Reyes re: demand letters (.40); Conference call with Kathleen Frederick and Devon de Los Reyes re: demand letters (.40); | 1.20 | 600.00 | 720.00 |
| 8/22/24 | DND | E-mail correspondence with Chad V. Haes, Kathleen Frederick, Yosina Lissebeck, Brandon Lira re: drafting letters for preferential and fraudulent transfers, scheduling telephone conference re: same; | .30 | 360.00 | 108.00 |
| 8/22/24 | DND | Telephone conference with Chad V. Haes and Kathleen Frederick re: sending target letters for preferential and fraudulent transfers; | .40 | 360.00 | 144.00 |
| 8/23/24 | DND | Review e-mail correspondence from Alina N. Mamlyuk to Jeremy Freedman re: review of Alteryx complaint; | .10 | 360.00 | 36.00 |

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/23/24 | DND | Review e-mail correspondence between D. Edward Hays, Christopher Celentino, Christopher Ghio, Jeremy Freedman, Yosina Lissebeck re: factual allegations in Alteryx complaint; | .60 | 360.00 | 216.00 |
| 8/23/24 | DND | Review e-mail correspondence from Alina N. Mamlyuk to D. Edward Hays re: Alteryx post-petition transfers and letter of creditor draws; | .10 | 360.00 | 36.00 |
| 8/23/24 | DND | Review of revised complaint against Alteryx; | .40 | 360.00 | 144.00 |
| 8/23/24 | DND | Review e-mail correspondence from Andrew Still re: conversation re: transfers to Alteryx; | .10 | 360.00 | 36.00 |
| 8/26/24 | CVH | E-mails with Kathleen Frederick and Robert Simmons re: status of completion of tasks related to letters (.30); | .30 | 600.00 | 180.00 |
| 8/26/24 | DND | Review e-mail correspondence between Kathleen Frederick and Robert Simmons re: contact information for potential preferential transfer and fraudulent transfer recipients; | .20 | 360.00 | 72.00 |
| 8/26/24 | DND | E-mail correspondence from Chad V. Haes and Kathleen Frederick re: dividing letters to send re: fraudulent and preferential transfers; E-mail correspondence to Robert Simmons; | .20 | 360.00 | 72.00 |
| 8/26/24 | DND | Review e-mail correspondence between Alina N. Mamlyuk and Andrew Still re: phone call to discuss Alteryx transfers; | .20 | 360.00 | 72.00 |
| 8/26/24 | DND | Review e-mail correspondence between Jeremy Freedman and Alina N. Mamlyuk re: proposed changes to Alteryx complaint (.10); Review of proposed changes (.30); | .40 | 360.00 | 144.00 |
| 8/26/24 | DND | Review and analyze e-mail correspondence from Alina N. Mamlyuk to Yosina Lissebeck re: overview of telephone conference with Andrew Still re: Alteryx complaint; | .20 | 360.00 | 72.00 |
| 8/26/24 | DND | Review e-mail correspondence from Alina N. Mamlyuk to Andrew Still re: scheduling settlement discussion; filing of adversary complaint; modifying briefing schedule; | .10 | 360.00 | 36.00 |
| 8/27/24 | DND | Review e-mail correspondence from Andrew Still re: settlement negotiations and Alteryx view on transfers and LOC drawdown; | .20 | 360.00 | 72.00 |
| 8/28/24 | CVH | E-mails with Robert Phillips and Kathleen Frederick re: address searches (.10); | .10 | 600.00 | 60.00 |
| 8/28/24 | DND | Review of e-mail correspondence between Robert Simmons and Kathleen Frederick re: contact information for recipients of potential fraudulent and preferential transfers; | .30 | 360.00 | 108.00 |
| 8/28/24 | DND | Annotating working excel sheet for reference in drafting letters re: potential preferential and fraudulent transfers; | .50 | 360.00 | 180.00 |

EXHIBIT 3, PAGE 59

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/29/24 | CVH | E-mails with Kathleen Frederick and Robert Simmons re: target list (.10); Review target list subdivided into categories for each drafter (.20); E-mails with Kathleen Frederick and Devon de los Reyes re: demand letters (.30); Attend avoidance action conference call (.20); | .80 | 600.00 | 480.00 |
| 8/29/24 | DND | E-mail correspondence with Chad V. Haes and Kathleen Frederick re: starting to draft letters re: fraudulent and preferential transfers; | .40 | 360.00 | 144.00 |
| 8/30/24 | CVH | Review 6 demand letter templates from Dinsmore (.60); | .60 | 600.00 | 360.00 |
| 9/03/24 | CVH | Review and analyze updated target spreadsheet (.40); E-mails with Kathleen Frederick re: questions related to various entries (.60); | 1.00 | 600.00 | 600.00 |
| 9/03/24 | DND | E-mail correspondence with Chad V. Haes and Kathleen Frederick re: information re: transfer recipients that appear in more than one category re: preferential and fraudulent transfers, information received from Grobestein Teeple; | .20 | 360.00 | 72.00 |
| 9/04/24 | CVH | E-mails with Kathleen Frederick, Dimple Mehra, and Nick Cooper re: issues related to list of transfers (.30); E-mails with Devan de los Reyes re: demand letters (.10); Further revise demand letter templates and e-mails re: same (2.20); | 2.60 | 600.00 | 1,560.00 |
| 9/04/24 | DND | Draft preferential and fraudulent transfers letters; | 1.70 | 360.00 | 612.00 |
| 9/04/24 | DND | Review e-mail correspondence between Chad V. Haes and Grobestein Teeple re: verification of number of potential preferential and fraudulent transfers and dollar amounts of same; | .30 | 360.00 | 108.00 |
| 9/04/24 | DND | Review e-mail correspondence between Alina N. Mamlyuk and Andrew Still re: rescheduling call re: Alteryx claims and settlement discussion; | .10 | 360.00 | 36.00 |
| 9/04/24 | DND | E-mail correspondence from Chad V. Haes re: amending preferential and fraudulent transfer letter templates; | .20 | 360.00 | 72.00 |
| 9/05/24 | CVH | Further revise demand letter templates (.50); E-mails with Devan de los Reyes and Kathleen Frederick re: clarifications and questions related to letters and spreadsheet (.40); Draft and revise 23 demand letters (4.30); Search for additional transfers that did not meet original threshold (.60); E-mails re: delivery of demand letters (.20); E-mails re: conference call (.20); | 6.20 | 600.00 | 3,720.00 |
| 9/05/24 | DND | E-mail correspondence with Chad V. Haes and Kathleen Frederick re: further amendments to letters re: potential fraudulent and preferential transfers; clarification on entities with various types of transfers and subsets of large entities, scheduling Telephone conference with Grobestein Teeple; | .50 | 360.00 | 180.00 |
| 9/05/24 | DND | E-mail correspondence with Alina N. Mamlyuk and Andrew Still re: rescheduling telephone conference with re: complaint against Alteryx; | .10 | 360.00 | 36.00 |

EXHIBIT 3, PAGE 60

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee  
Client-Matter# 1015-157

November 8, 2024  
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/05/24 | DND | Draft letters to recipients of potential preferential and fraudulent transfers; | 4.20 | 360.00 | 1,512.00 |
| 9/05/24 | DND | Review e-mail correspondence between Chad V. Haes and Grobestein Teeple re: scheduling call to go over list prepared re: recipients of potential fraudulent and preferential transfers; | .10 | 360.00 | 36.00 |
| 9/06/24 | CVH | Review selection of letters drafted by Devan de los Reyes and e-mails re: same (.40); Draft and revise 23 demand letters (2.0); Search for additional transfers that did not meet original threshold (.40); E-mails re: delivery of demand letters (.10); | 2.90 | 600.00 | 1,740.00 |
| 9/06/24 | DND | E-mail correspondence with Chad V. Haes re: review of drafted letters; | .10 | 360.00 | 36.00 |
| 9/09/24 | CVH | Review previous correspondence to locate PDFs from Grobstein Teeple (.20); Compare and contrast information contained on PDFs re: avoidable transfers with corresponding information located on spreadsheet and make notes of all discrepancies (1.20); E-mails with Dimple Mehra and Nick Cooper re: same (.30); E-mails with Kathleen Frederick and operator re: status of letters (.20); | 1.90 | 600.00 | 1,140.00 |
| 9/09/24 | DND | Review e-mail correspondence from Chad V. Haes to Grobestein Teeple re: lists of transfers, discrepancies, revisions; review of attached relevant pdfs and excel sheets; | .40 | 360.00 | 144.00 |
| 9/09/24 | DND | Review internal e-mail correspondence from Chad V. Haes re: confirming mailing letters to potential fraudulent and preferential transfer recipients; | .10 | 360.00 | 36.00 |
| 9/10/24 | CVH | E-mails with Kathleen Frederick re: calendaring issues (.10); Review new target charts form Nick Cooper and e-mails re: same (.50); | .60 | 600.00 | 360.00 |
| 9/10/24 | DND | Review e-mail correspondence from Nick Cooper re: updated analyses for potentially fraudulent and preferential transfers; | .10 | 360.00 | 36.00 |
| 9/10/24 | DND | Review e-mail correspondence between Reid Winthrop and Chad V. Haes re: discussing transfers to Master Builders of America; | .10 | 360.00 | 36.00 |
| 9/10/24 | DND | Review e-mail correspondence between Chad V. Haes and Kathleen Frederick re: calendaring deadlines for letters to transfer recipients that are sent out; | .20 | 360.00 | 72.00 |
| 9/11/24 | CVH | Revise spreadsheet to reflect latest transaction information from Grobstein Teeple (1.40); E-mails with Aaron E. de Leest re: conference call to discuss case (.10); E-mails with accounting and Kathleen Frederick re: telephone calls in response to demand letters (.20); E-mails with Kathleen Frederick and Devan de los Reyes re: drafting letters and updating spreadsheet (.20); | 1.90 | 600.00 | 1,140.00 |

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/12/24 | CVH | Conference call with Aaron E. de Leest re: avoidance actions and next steps (1.50); Review and analyze briefing and case law related to avoidance claims against credit card companies and e-mails with Aaron E. de Leest re: same (.80); | 2.30 | 600.00 | 1,380.00 |
| 9/12/24 | DND | E-mail correspondence with Chad V. Haes re: pause on drafting letters to verify spreadsheet information; | .10 | 360.00 | 36.00 |
| 9/12/24 | DND | Review e-mail correspondence between Chad V. Haes and Grobestein Teeple re: breakdown and evidence of transfers to Derrick Landry; | .10 | 360.00 | 36.00 |
| 9/12/24 | DND | Review e-mail correspondence between Reid Winthrop and Chad V. Haes re: Vulcan lease as reason for funds transferred to Master Builders of America (.10); Review of attached invoices (.10); Review e-mail correspondence between Chad V. Haes and Yosina Lissebeck re: source of funds for transfer to Master Builders of America (.10); | .30 | 360.00 | 108.00 |
| 9/12/24 | DND | Review e-mail correspondence between Chad V. Haes and Derrick Landry re: receipt of letter and questions re: what transfers; | .10 | 360.00 | 36.00 |
| 9/12/24 | AEd | Telephone conference with Chad V. Haes re: avoidance power claims analysis and strategy, status of pending demand letters, and pursuit of claims; | 1.50 | 610.00 | 915.00 |
| 9/12/24 | AEd | Review updated list of 4 year, 1 year, and post petition transfers and written correspondence from Chad V. Haes re: same; | .30 | 610.00 | 183.00 |
| 9/12/24 | AEd | Draft written correspondence to Chad V. Haes re: credit card claims and review written response; | .20 | 610.00 | 122.00 |
| 9/13/24 | CVH | E-mails with Kathleen Frederick re: status of obtaining final addresses (.10); E-mails with Yosina Lissebeck, Christopher Celentino, and Tyler Powell re: updated lists of transfers (.20); E-mails with Nick Cooper and Dimple Mehra re: procedures for payment breakdowns moving forward (.30); | .60 | 600.00 | 360.00 |
| 9/13/24 | DND | Review e-mail correspondence from Grobestein Teeple re: gathering support for transfers to Finlays; | .10 | 360.00 | 36.00 |
| 9/13/24 | DND | Review e-mail correspondence from Chad V. Haes to Reid Winthrop re: claims bar date passed; | .10 | 360.00 | 36.00 |
| 9/13/24 | AEd | Review written correspondence from Chad V. Haes re: avoidance power claim demand letters, responses, and requests for additional documents; | .20 | 610.00 | 122.00 |
| 9/13/24 | AEd | Review written correspondence from Chad V. Haes, Nick Cooper, and Dimple Mehra re: target transferee supporting documents and tracing analysis (multiple); | .50 | 610.00 | 305.00 |
| 9/16/24 | CVH | E-mails with Yosina Lissebeck and Christopher Celentino re: team meeting to discuss steps moving forward (.20); | .20 | 600.00 | 120.00 |

EXHIBIT 3, PAGE 62

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/16/24 | DND | E-mail correspondence from Chad V. Haes and Dinsmore re: availability for meeting on 9/26 re: avoidance actions; | .20 | 360.00 | 72.00 |
| 9/16/24 | AEd | Review written correspondence from Chad V. Haes and Christopher Celentino re: adversary proceedings and arguments; | .20 | 610.00 | 122.00 |
| 9/17/24 | CVH | Revise spreadsheet to reflect latest transaction information from Grobstein Teeple (2.60); | 2.60 | 600.00 | 1,560.00 |
| 9/17/24 | DND | Review e-mail correspondence from Grobestein Teeple re: analysis and details for transfers to Finlays and Derrick Landry (.10); Review of analyses for Derrick Landry (.10); Finlays (.10), Master Builders of America (.10); | .40 | 360.00 | 144.00 |
| 9/18/24 | CVH | Compare and contrast PDF lists from Grobstein Teeple to confirm all transfers listed on spreadsheet (1.30); E-mails with Nick Cooper re: requests for documents (.10); | 1.40 | 600.00 | 840.00 |
| 9/18/24 | DND | Review e-mail correspondence from Chad V. Haes to Reid Winthrop re: position on what value LPG received on account of transfers; | .10 | 360.00 | 36.00 |
| 9/18/24 | AEd | Review written correspondence from Chad V. Haes re: demand letters and documents; | .10 | 610.00 | 61.00 |
| 9/19/24 | CVH | E-mails with Kathleen Frederick, Sandee Pineda, and Devan de los Reyes re: follow up items and status of missing addresses for demand letters (.40); E-mails with LPG team re: updated excel spreadsheets and delivery of demand letters (.40); Compare and contrast PDF lists from Grobstein Teeple to confirm all transfers listed on spreadsheet (2.30); E-mail updated spreadsheet with explanation as to several new categories (.20); | 3.30 | 600.00 | 1,980.00 |
| 9/19/24 | DND | Review e-mail correspondence from Kathleen Frederick to Sandee Pineda re: searching for contact information for transfers that may be avoidable; | .20 | 360.00 | 72.00 |
| 9/19/24 | DND | Review e-mail correspondence from Chad V. Haes to Kathleen Frederick re: updating spreadsheet to send avoidance letters and identifying mailing addresses for same letters; | .20 | 360.00 | 72.00 |
| 9/19/24 | DND | E-mail correspondence with Chad V. Haes and Kathleen Frederick re: finalizing changes to spreadsheets prior to sending more avoidance letters, procedure for sending corrected transfer amounts; | .50 | 360.00 | 180.00 |
| 9/19/24 | AEd | Review multiple written correspondence from Chad V. Haes re: demand letters and updated information and documents; | .50 | 610.00 | 305.00 |
| 9/19/24 | AEd | Review written correspondence from Kathleen Frederick re: demand letters; | .10 | 610.00 | 61.00 |
| 9/19/24 | SMP | Research for contact information on targets for avoidance actions; | 1.00 | 340.00 | 340.00 |

29

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/20/24 | CVH | E-mails and telephone call with Aaron E. de Leest re: status of avoidance actions (.50); | .50 | 600.00 | 300.00 |
| 9/20/24 | AEd | Telephone conference with Chad V. Haes re: status of demand letters and preparing for avoidance power actions; | .40 | 610.00 | 244.00 |
| 9/20/24 | AEd | Review written correspondence from Josh Teeple, Christopher Celentino and Richard A. Marshack re: avoidance power claims and meeting re: same and draft written responses; | .30 | 610.00 | 183.00 |
| 9/20/24 | SMP | Research for contact information on targets for avoidance actions; | .50 | 340.00 | 170.00 |
| 9/23/24 | CVH | Draft and revise demand letters (1.30); | 1.30 | 600.00 | 780.00 |
| 9/23/24 | ANM | Drafted and sent e-mail to avoidance actions team re: a possible landlord contract; | .10 | 500.00 | 50.00 |
| 9/23/24 | DND | Review e-mail correspondence from Chad V. Haes to Reid Winthrop re: Tony Diab signature as principal for Vulcan, not LPG, link to submit late filed proof of claim; | .10 | 360.00 | 36.00 |
| 9/23/24 | AEd | Review Chad V. Haes avoidance power claims analysis and chart re: same and review Grobstein Teeple fraudulent transfer, preference, and post petition transfer analysis; | .70 | 610.00 | 427.00 |
| | | **Sub-Total Fees:** | **61.50** | | **$ 31,585.00** |

**15.1 Bill.com**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/01/24 | CVH | E-mail to Ryan Pinkston re: document production (.10); | .10 | 600.00 | 60.00 |
| 8/08/24 | CVH | E-mails with Ryan Pinkston re: status of document production (.10); | .10 | 600.00 | 60.00 |
| 8/26/24 | CVH | E-mails with Ryan Pinkston re: status of production and of execution of documents (.20); | .20 | 600.00 | 120.00 |
| 8/29/24 | CVH | Review document production and custodian of records declaration (.80); Compare production with document requests (.20); E-mails with Ryan Pinkston and Yosina Lissebeck re: same (.20); | 1.20 | 600.00 | 720.00 |
| 8/30/24 | CVH | E-mails with Ryan Pinkston re: telephone call (.20); | .20 | 600.00 | 120.00 |
| 9/03/24 | CVH | Prepare for call with Ryan Pinkston (.20); Conference call with Ryan Pinkston (.20); | .40 | 600.00 | 240.00 |
| 9/05/24 | CVH | E-mails with Ryan Pinkston re: conference call (.10); | .10 | 600.00 | 60.00 |

EXHIBIT 3, PAGE 64

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee                                                            November 8, 2024
Client-Matter# 1015-157                                                              Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/06/24 | CVH | E-mails with Ryan Pinkston re: conference call (.10); | .10 | 600.00 | 60.00 |
| 9/09/24 | CVH | E-mails with Ryan Pinkston to schedule conference call (.10); | .10 | 600.00 | 60.00 |
| 9/10/24 | CVH | Review documents and correspondence to prepare for call with Ryan Pinkston and in-house counsel (.30); Attend conference call (.70); | 1.00 | 600.00 | 600.00 |
| 9/11/24 | CVH | Multiple lengthy e-mails with Ryan Pinkston, Yosina Lissebeck, and Tyler Powell re: production from Bill.com (.80); | .80 | 600.00 | 480.00 |
| 9/12/24 | DND | Review e-mail correspondence between Chad V. Haes and Ryan Pinkston re: Bill.com document request to investigate third parties, explanation of "payment status" language; | .20 | 360.00 | 72.00 |
| 9/13/24 | CVH | E-mails with Tyler Powell re: information requested from Bill.com (.10); | .10 | 600.00 | 60.00 |
| 9/17/24 | DND | Review e-mail correspondence from Ryan Pinkston re: Bill.com payments and recipients excel sheet, meaning of terms; potentially for use with fraudulent and preferential transfers; | .20 | 360.00 | 72.00 |
| 9/18/24 | CVH | Review and analyze spreadsheet from counsel for Bill.com (.30); E-mails with Ryan Pinkston, Yosina Lissebeck, and Tyler Powell re: same (.40); | .70 | 600.00 | 420.00 |
| 9/18/24 | DND | Review e-mail correspondence between Chad V. Haes and Ryan Pinkston (x3) re: contents of spreadsheet from Bill.com, meaning of phrases such as "processed," "other, etc., time and expense to produce additional documents, investigation of Daniel March; | .30 | 360.00 | 108.00 |
| 9/18/24 | DND | Review e-mail correspondence from Chad V. Haes to Dinsmore re: spreadsheet from Bill.com re: transfers to third parties; | .10 | 360.00 | 36.00 |
| 9/23/24 | CVH | E-mails with Ryan Pinkston and paralegals re: additional document production (.20); E-mails with Ryan Pinkston, Pam Kraus, Yosina Lissebeck, and Aaron E. de Leest re: turnover of funds (.20); E-mails with Ryan Pinkston and Deborah Danilof re: additional searches for documents and estimates for that work (.30); | .70 | 600.00 | 420.00 |
| 9/23/24 | DND | Review e-mail correspondence between Chad V. Haes and Ryan Pinkston re: Bill.com definitions, time required to process additional work to pull checks, compile records, etc. to track third party payments (.20); Review e-mail correspondence re: amount of funds Bill.com is holding (.10); | .30 | 360.00 | 108.00 |
| 9/23/24 | DND | Review e-mail correspondence between Chad V. Haes and Dinsmore re: definitions from Bill.com and time to conduct work to track transfers to third parties; | .10 | 360.00 | 36.00 |
| 9/23/24 | DND | Review e-mail correspondence from Chad V. Haes to Pam Kraus re: handling turnover of funds (.10); E-mail correspondence between Chad V. Haes, Yosina Lissebeck, Aaron E. de Leest re: Bill.com funds for turnover to Trustee (.20); | .30 | 360.00 | 108.00 |

31

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/23/24 | AEd | Review written correspondence from Chad V. Haes re: Bill.com transactions and funds held and draft written response; | .20 | 610.00 | 122.00 |
| | | **Sub-Total Fees:** | **7.50** | | **$ 4,142.00** |

#### 15.10 EnergyCare LLC

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/23/24 | CVH | Review and analyze response to demand letter and attached documents (.70); E-mails with Yosina Lissebeck and Aaron E. de Leest re: same (.40); | 1.10 | 600.00 | 660.00 |
| 9/23/24 | DND | Review e-mail correspondence between Chad V. Haes, Aaron E. de Leest re: information provided by Energycare LLC (dba ARG Group) as call center business, confirmation of information; | .20 | 360.00 | 72.00 |
| 9/23/24 | AEd | Review written correspondence from Chad V. Haes re: Energycare LLC fruadulent transfer analysis and response to demand letter and draft written response; | .20 | 610.00 | 122.00 |
| | | **Sub-Total Fees:** | **1.50** | | **$ 854.00** |

#### 15.11 Jaclyn Noe

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/17/24 | CVH | Telephone call with Jackelyn Moreh re: demand letter (.70); E-mails with operator re: same (.10); | .80 | 600.00 | 480.00 |
| | | **Sub-Total Fees:** | **.80** | | **$ 480.00** |

#### 15.2 White collar

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/01/24 | CVH | E-mail to Brent Phillips re: response to demand letter (.10); | .10 | 600.00 | 60.00 |

EXHIBIT 3, PAGE 66

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/05/24 | CVH | E-mails with Brent Phillips re: status of response (.10); | .10 | 600.00 | 60.00 |
| 8/26/24 | CVH | E-mails with Brent Phillips re: status of response to demand letter (.10); | .10 | 600.00 | 60.00 |
| | | **Sub-Total Fees:** | **.30** | | **$ 180.00** |

### 15.4 Paronich Law Firm

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/15/24 | CVH | E-mails with Andrew Perrong re: counter-offer (.20); | .20 | 600.00 | 120.00 |
| 8/19/24 | DEH | Written correspondence with Chad V. Haes re: Paronich alleged defense to preference; | .30 | 740.00 | 222.00 |
| 8/19/24 | CVH | E-mails with Andrew Parrong and the Trustee re: settlement counter-offer (.30); E-mail from D. Edward Hays re: same (.10); | .40 | 600.00 | 240.00 |
| 9/02/24 | CVH | E-mails with Trustee and D. Edward Hays re: claim status (.20); | .20 | 600.00 | 120.00 |
| 9/03/24 | CVH | E-mails with Trustee re: status of settlement (.20); | .20 | 600.00 | 120.00 |
| | | **Sub-Total Fees:** | **1.30** | | **$ 822.00** |

### 15.5 Master Builders of America

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/10/24 | CVH | E-mails with Reid Winthrop re: demand letter (.20); | .20 | 600.00 | 120.00 |
| 9/11/24 | CVH | Prepare for telephone call with counsel for transferee (.20); Conference call and e-mails with Reid Winthrop (.30); Review and analyze invoices and lease agreement from Reid Winthrop (.40); E-mails with Tyler Powell and Yosina Lissebeck re: same (.20); | 1.10 | 600.00 | 660.00 |
| 9/13/24 | CVH | E-mails with Reid Winthrop, Yosina Lissebeck, and Dimple Mehra re: source of payments and breakdown (.30); E-mails with Reid Winthrop and Yosina Lissebeck re: claims bar date (.10); Review bank documents and accountings from Nick Cooper and e-mails re: same (.30); E-mails with Tyler Powell and Yosina Lissebeck re: transfers (.20); | .90 | 600.00 | 540.00 |

EXHIBIT 3, PAGE 67

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee                                          November 8, 2024
Client-Matter# 1015-157                                            Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/18/24 | CVH | Review and analyze documents from Nick Cooper establishing payments from debtor's account (.20); Label and categorize documents received from Nick Cooper and from Reid Winthrop (.20); E-mails with Reid Winthrop re: potential claims against American Builders (.20); | .60 | 600.00 | 360.00 |
| 9/19/24 | DND | Review e-mail correspondence from Reid Winthrop re: response of Master Builders re: belief that Vulcan is LPG and was operating out of space and review of attached emails and documentation; | .30 | 360.00 | 108.00 |
| 9/23/24 | CVH | Review and analyze additional documents and information from Reid Winthrop re: lease assignment and the alleged provision to REV to the debtor (.30); Review schedules and SOFA to further assess opposing counsel's REV argument (.30); E-mails with Reid Winthrop, Yosina Lissebeck, Tyler Powell, Christopher Ghio, Christopher Celentino, and Alina N. Mamlyuk re: same (.60); Investigate leased space online (.10); | 1.30 | 600.00 | 780.00 |
| 9/23/24 | DND | Review e-mail correspondence between Chad V. Haes, Alina N. Mamlyuk, D. Edward Hays, Lori Bicher and Dinsmore (x10) re: recognition of address LPG allegedly operated out of Santa Ana leased from Master Builders; | .40 | 360.00 | 144.00 |
| 9/23/24 | DND | E-mail correspondence with Chad V. Haes and Kathleen Frederick re: storing information related to Golden Circle; | .20 | 360.00 | 72.00 |
| | | **Sub-Total Fees:** | **5.00** | | **$ 2,784.00** |

**15.6 Kindlund Legal LLC**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/16/24 | CVH | E-mails with Jillian Kindlund, and Kathleen Frederick re: demand letter (.20); | .20 | 600.00 | 120.00 |
| 9/16/24 | DND | Review e-mail correspondence between Jillian Kindlund and Chad V. Haes re: receipt of letter re: fraudulent and preferential transfers; | .10 | 360.00 | 36.00 |
| 9/23/24 | CVH | E-mails with Jillian Kindlund, Nick Cooper, and Dimple Mehra re: demand letter (.20); | .20 | 600.00 | 120.00 |
| 9/23/24 | DND | Review e-mail correspondence between Chad V. Haes and Jillian Kindlund re: request for list of transfers (.10); Review e-mail correspondence between Chad V. Haes and Grobstein Teeple re: same list of transfers (.10); | .20 | 360.00 | 72.00 |
| | | **Sub-Total Fees:** | **.70** | | **$ 348.00** |

EXHIBIT 3, PAGE 68

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

**15.7 Finlays HR**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/11/24 | CVH | Telephone call with Sameena Naqvi re: demand letter (.40); E-mails with Nick Cooper and Dimple Mehra re: information requested (.10); | .50 | 600.00 | 300.00 |
| 9/18/24 | CVH | Review and analyze documents from Nick Cooper establishing payments from debtor's account (.20); Label and categorize documents received from Nick Cooper (.20); E-mails with Sameena Naqvi re: potential claims against Finlays (.10); | .50 | 600.00 | 300.00 |
| 9/18/24 | DND | Review e-mail correspondence from Chad V. Haes to Sameena re: documents evidencing transfers to Finlays; | .10 | 360.00 | 36.00 |
| | | **Sub-Total Fees:** | **1.10** | | **$ 636.00** |

**15.8 Derrick Landry**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/11/24 | CVH | E-mails with Derrick Landry re: demand letter (.10); E-mails with Nick Cooper and Dimple Mehra re: information requested (.20); | .30 | 600.00 | 180.00 |
| 9/18/24 | CVH | Review and analyze documents from Nick Cooper establishing payments from debtor's account (.20); Label and categorize documents received from Nick Cooper (.20); E-mails with Derrick Landry re: potential claims (.10); | .50 | 600.00 | 300.00 |
| 9/18/24 | DND | Review e-mail correspondence from Chad V. Haes to Derrick Landy re: documents evidencing transfers to him; | .10 | 360.00 | 36.00 |
| | | **Sub-Total Fees:** | **.90** | | **$ 516.00** |

**15.9 Oppenheim Group**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/20/24 | CVH | E-mails with Alexandre Cornelius re: demand letter (.20); E-mails with Nick Cooper and Dimple Mehra re: payment details (.10); | .30 | 600.00 | 180.00 |

EXHIBIT 3, PAGE 69

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/20/24 | DND | Review e-mail correspondence between Alex Cornelius and Chad V. Haes re: transfers to Jason Oppenheim/Openheim Group likely for rent, gathering records; | .10 | 360.00 | 36.00 |
| 9/20/24 | DND | Review e-mail correspondence from Chad V. Haes to Grobestein Teeple re: request for payment details for Oppenheim; | .10 | 360.00 | 36.00 |
| 9/23/24 | CVH | Review schedules and SOFA to further assess opposing counsel's REV argument (.30); | .30 | 600.00 | 180.00 |
| | | **Sub-Total Fees:** | **.80** | | **$ 432.00** |

**16 Administrative Claims**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/01/24 | DND | Review e-mail correspondence from Jennifer McLaughlin re: revisions to administrative claim stipulation and signature; | .10 | 360.00 | 36.00 |
| 8/01/24 | DND | Revise stipulation with Jennifer McLaughlin; E-mail correspondence with Layla Buchanan re: same; | .20 | 360.00 | 72.00 |
| 8/01/24 | DND | E-mail correspondence from Layla Buchanan to Jennifer McLaughlin re: word version of stipulation for review and signature; | .10 | 360.00 | 36.00 |
| 8/02/24 | DND | E-mail correspondence from Jennifer McLaughlin re: redlined administrative claim stipulation, review of redline; | .10 | 360.00 | 36.00 |
| 8/06/24 | ANM | Prepared a chart of pre-petition and post-petition transfers made from Debtor's bank accounts to admin claimant Alteryx and drafted/sent e-mail correspondence to Alteryx' counsel with the list of transfers; | .30 | 500.00 | 150.00 |
| 8/07/24 | ANM | Reviewed the objection to plan confirmation filed by counsel K March for admin claims 674, 675, 676 to confirm that information about Trustee's responses to those claims is accurate; | .20 | 500.00 | 100.00 |
| 8/08/24 | ANM | Telephone conference with D. Edward Hays reviewing the prepared complaint against administrative claimant Alteryx; | .60 | 500.00 | 300.00 |
| 8/09/24 | ANM | Reviewing edits of D. Edward Hays to the complaint against administrative claimant Alteryx; | .30 | 500.00 | 150.00 |
| 8/09/24 | ANM | Drafted and sent e-mail correspondence to Yosina Lissebeck re: copy of amended Marshack v Diab complaint so Marshack Hays Wood has correct facts for opposition and litigation against administrative claimant Alteryx; | .10 | 500.00 | 50.00 |

EXHIBIT 3, PAGE 70

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/12/24 | DND | Review e-mail correspondence from Jennifer McLaughlin re: administrative expense claim edits; | .10 | 360.00 | 36.00 |
| 8/13/24 | ANM | Reviewed the latest draft of amended complaint to assure that complaint against administrative claimant Alteryx does not contain any factual allegation errors; | .60 | 500.00 | 300.00 |
| 8/14/24 | ANM | Drafted and sent e-mail correspondence to Yosina Lissebeck re: total amount of administrative claims that have to be paid on effective date of plan confirmation; | .10 | 500.00 | 50.00 |
| 8/18/24 | ANM | Drafted and sent e-mail correspondence to Jeremy Freedman of Dinsmore with contact infor for administrative claimant Melina Beltran; | .10 | 500.00 | 50.00 |
| 8/20/24 | DND | Review e-mail correspondence from David Goodrich re: Morning Law Group needing extra time to respond to subpoena re: post-petition customers; | .10 | 360.00 | 36.00 |
| 8/21/24 | ANM | Reviewed stipulation with administrative claimant Jennifer McLaughlin and made changes before sending e-mail correspondence to Layla Buchanan to finalize and file; | .40 | 500.00 | 200.00 |
| 8/21/24 | ANM | Drafted and sent e-mail correspondence to administrative claimant Jorge Sanchez re: timelines of payments tied to effective date of the plan and explaining said effective date; | .20 | 500.00 | 100.00 |
| 8/21/24 | ANM | Revising complaint against administrative claimant Alteryx per notes given by D. Edward Hays before sending Alteryx's counsel; | .20 | 500.00 | 100.00 |
| 8/21/24 | ANM | Drafted and sent e-mail correspondence to Melissa Wilkes about the timeline of the administrative claim payments; | .10 | 500.00 | 50.00 |
| 8/21/24 | DND | Review e-mail correspondence from Jennifer McLaughlin and D. Edward Hays re: signature for administrative claim; | .20 | 360.00 | 72.00 |
| 8/21/24 | DND | Review e-mail correspondence from Alina N. Mamlyuk re: Jennifer McLaughlin claim for signature; | .10 | 360.00 | 36.00 |
| 8/22/24 | ANM | Drafted and sent e-mail correspondence to administrative claimant Melissa Wilkes answering a string of four e-mails from her re: her perceived difference in her allowable clam versus allowable claims of other local counsel; Verified notes and e-mails and other administrative claims motions (Wilkes, Marble and Hurst, Randall Baldwin Clark and Peter Schneider) to draft the detailed response; | 1.10 | 500.00 | 550.00 |
| 8/22/24 | ANM | Drafted and sent e-mail correspondence to administrative claimant Melissa Wilkes re: possible miscalculation of allowable claim and asking her to forward any documentation substantiating discrepancy she is pointing out; | .10 | 500.00 | 50.00 |
| 8/22/24 | DND | Review e-mail correspondence between Melissa Wilkes and Alina N. Mamlyuk re: status of Wilkes administrative expense claim; | .50 | 360.00 | 180.00 |

MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/23/24 | ANM | Drafting the revised version of complaint against administrative claimant Alteryx and incorporating changes and revisions made by D. Edward Hays; | 2.30 | 500.00 | 1,150.00 |
| 8/23/24 | ANM | Drafted and sent e-mail correspondence to D. Edward Hays and to Jeremy Freedman and Yosina Lissebeck at Dinsmore soliciting further revisions on complaint against administrative claimant Alteryx; | .30 | 500.00 | 150.00 |
| 8/23/24 | ANM | Drafted and sent e-mail correspondence to David Goodrich, counsel for administrative claimant United Partnerships re: status of evidence that was subpoenaed by him to meet burden of proof; | .10 | 500.00 | 50.00 |
| 8/23/24 | ANM | Drafted and sent e-mail correspondence to Eric Gassman, counsel for administrative claimant Herret re: evidence to meet Herret's burden of proof; | .20 | 500.00 | 100.00 |
| 8/23/24 | ANM | Drafted and sent e-mail correspondence to Dismore re: possible adversary complaint against Herret and strategy for filing; | .10 | 500.00 | 50.00 |
| 8/23/24 | ANM | Telephone conference with D. Edward Hays re: draft of complaint against administrative claimant Alteryx; | .20 | 500.00 | 100.00 |
| 8/23/24 | ANM | Drafted and sent e-mail correspondence to David Goodrich, counsel for administrative claimant United Partnerships (UP) re: his suggestions to continue hearing on UP's motion; | .10 | 500.00 | 50.00 |
| 8/23/24 | ANM | Telephone conference with Yosina Lissebeck (Trustee's special counsel at Dinsmore) re: draft complaint to forward to administrative claimant Alteryx; | .10 | 500.00 | 50.00 |
| 8/23/24 | ANM | Reviewing communication with David Goodrich, counsel for administrative claimant United Partnerships (UP) and drafting additional recitals for stipulation to continue hearing on UP's motion; | .40 | 500.00 | 200.00 |
| 8/23/24 | ANM | Drafted and sent e-mail to Eric Gassman, counsel for administrative claimant Herret, re: setting up a call to review possible additional evidence or, alternatively, continuing the hearing; | .10 | 500.00 | 50.00 |
| 8/23/24 | ANM | Revising specific sections of adversary complaint against administrative claimant Alteryx per instructions by D. Edward Hays and Yosina Lissebeck; | .70 | 500.00 | 350.00 |
| 8/23/24 | ANM | Finalized drafting edits on adversary complaint against administrative claimant Alteryx and forwarded a draft copy to Alteryx's counsel for review; | .20 | 500.00 | 100.00 |
| 8/23/24 | ANM | Drafted a stipulation for administrative claimant United Partnership and e-mailed a copy to Layla Buchanan for signatures and filing; | .40 | 500.00 | 200.00 |
| 8/23/24 | ANM | Telephone conference with Eric Gassman, counsel for administrative claimant Herret re: burder of proof, evidence and stipulation to continue hearing to October 23, 2024; | .40 | 500.00 | 200.00 |

38

EXHIBIT 3, PAGE 72

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/23/24 | ANM | Drafted and sent e-mail correspondence to Layla Buchanan re: word doc file for stipulation to continue hearing for administrative claimant Herret; | .10 | 500.00 | 50.00 |
| 8/23/24 | ANM | Edited an order for lodging approving stipulation with administrative claimant Jennifer MacLaughlin; | .10 | 500.00 | 50.00 |
| 8/23/24 | ANM | Drafted stipulation to continue the hearing on motion for administrative claimant Herret Credit Consultants to include facts that happened since last stipulation and sent to Layla Buchanan for signing of parties and filing; | .30 | 500.00 | 150.00 |
| 8/23/24 | DND | Review e-mail correspondence from Alina N. Mamlyuk to Eric Gassman re: sending evidence for Herret, status report, stipulation to continue to October; | .30 | 360.00 | 108.00 |
| 8/23/24 | DND | Review e-mail correspondence between Alina N. Mamlyuk, Christopher Celentino, Yosina Lissebeck re: filing adversary complaint against Herret Credit Consultants and Kyle Herret and interplay with administrative expense claim; | .40 | 360.00 | 144.00 |
| 8/23/24 | DND | Review e-mail correspondence between Alina N. Mamlyuk, D. Edward Hays, David Goodrich re: status of evidence for United Partnerships administrative expense claim, communications with Morning Law (.40); E-mail correspondence between Yosina Lissebeck, Christopher Ghio re: same and pushing dates (.20); | .60 | 360.00 | 216.00 |
| 8/23/24 | DND | Review stipulation to modify briefing with United Partnerships; | .10 | 360.00 | 36.00 |
| 8/26/24 | ANM | Two telephone conferences with Yosina Lissebeck at Dinsmore re: administrative claim chart totals need for disclosures and any possible mistakes in calculation; | .40 | 500.00 | 200.00 |
| 8/26/24 | ANM | Called the Marshack Hays Wood office to inform about upcoming call with Andrew Still, counsel for admin claimant Alteryx to make sure it's put through without messages (.10); Drafted and sent e-mail correspondence to Layla Buchanan re: filing of stipulations with admin claimants United Partnerships and Herret Credit Consultants (.10); | .20 | 500.00 | 100.00 |
| 8/26/24 | ANM | Reviewing and revising up-to-date draft of Trustee's response to Alteryx's administrative claim (.70); Telephone conference with Andrew Still, counsel of Alteryx, re: draft of complaint that Alteryx received for review and schedule of upcoming calls about settlement (.50); | 1.20 | 500.00 | 600.00 |
| 8/26/24 | ANM | Drafted and sent e-mail correspondence to Andrew Still re: summary of phone cal and Trustee' confirmation of not filing complaint against administrative claimant Alteryx until September 10; | .20 | 500.00 | 100.00 |

EXHIBIT 3, PAGE 73

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/26/24 | ANM | Telephone conference with the Trustee re: administrative claimant Alteryx and deadlines for filing of complaint and settlement negotiations; | .20 | 500.00 | 100.00 |
| 8/26/24 | ANM | Drafted and sent e-mail correspondence to Yosina Lissebeck and D. Edward Hays re: summary of call with admin claimant Alteryx and upcoming strategy for settlement discussions; | .30 | 500.00 | 150.00 |
| 8/26/24 | ANM | Drafted and sent e-mail correspondence to Yosina Lissebeck with latest calculation for administrative claimant Alteryx; | .20 | 500.00 | 100.00 |
| 8/26/24 | ANM | Telephone conference with Yosina Lissebeck re: administrative claimant Alteryx and any possible additional information that is needed for plan confirmation hearing; | .20 | 500.00 | 100.00 |
| 8/26/24 | ANM | Drafted and sent e-mail correspondence to administrative claimant Jennifer McLaughlin with a courtesy copy of the order allowing a stipulated upon amount of her claim and providing information re: plan confirmation hearing; | .10 | 500.00 | 50.00 |
| 8/26/24 | ANM | Reviewed and approved orders for lodging for stipulations with administrative claimants Herret and United Partnerships and stipulation to continue with administrative claimant Alteryx; | .10 | 500.00 | 50.00 |
| 8/26/24 | DND | Review e-mail correspondence from David Goodrich re: executed stipulation to modify briefing schedule re: United Partnerships; | .10 | 360.00 | 36.00 |
| 8/26/24 | DND | Review e-mail correspondence from Alina N. Mamlyuk to Jennifer McLaughlin re: court's order approving settlement; | .10 | 360.00 | 36.00 |
| 8/27/24 | DEH | Telephone conference with Laila Masud re: EPD case authority and Ponzi scheme presumption adjudicated in orders denying administrative claims sought by Greyson and Trinhs; | .10 | 740.00 | 74.00 |
| 8/27/24 | LM | Telephone conference with D. Edward Hays re: EPD case authority and ponzi scheme presumption in admin claims denial of Trihns; | .10 | 540.00 | 54.00 |
| 8/27/24 | BNB | Review entered order denying Greyson Law motion for administrative claim; | .10 | 410.00 | 41.00 |
| 8/27/24 | ANM | Read the decisions in administrative claims for Han Trinh, Jayde Trinh and Greyson Law in preparation of using court's 60+ pg decision to be an executive summary of findings of facts moving forward in other administrative claims and adversaries; | 1.50 | 500.00 | 750.00 |
| 8/27/24 | DND | Telephone conferences with Alina N. Mamlyuk re: decision on administrative claims of Greyson Law, moving forward on avoidance actions, schedule for discussions with Alteryx; | .30 | 360.00 | 108.00 |
| 8/27/24 | DND | Review and analyze decision denying Greyson Law administrative expense claim; | 1.20 | 360.00 | 432.00 |

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/27/24 | DND | Review and analyze decision on administrative expense claim of Jayde Trinh; | .40 | 360.00 | 144.00 |
| 8/27/24 | DND | Review internal e-mail correspondence re: decision on administrative expense claim of Greyson; | .20 | 360.00 | 72.00 |
| 8/27/24 | DND | Review and analyze decision re: administrative expense claim of Han Trinh; | .30 | 360.00 | 108.00 |
| 8/29/24 | DND | Review e-mail correspondence from Melina Beltran re: status of confirmation hearing and when she'll hear from Trustee's administrator for payment of her administrative expense claim; | .10 | 360.00 | 36.00 |
| 8/30/24 | ANM | Drafted and sent e-mail correspondence to Glenn Moses, counsel for admin claimant ADP, re: effective date of the plan which is when allowed admin claims will be paid; | .10 | 500.00 | 50.00 |
| 8/30/24 | ANM | Drafted and sent e-mail correspondence to D. Edward Hays and Yosina Lissebeck re: exact effective date that I can start responding with to administrative claimants; | .10 | 500.00 | 50.00 |
| 8/30/24 | ANM | Drafted and sent e-mail correspondence to administrative claimant Peter Schneider re: effective date of the plan and timeline of payment of allowed administrative claims; | .10 | 500.00 | 50.00 |
| 8/30/24 | ANM | Telephone conference with Aaron E. de Leest re: new assignment of omnibus objection to all of the incorrectly filed administrative claims in this case; | 1.10 | 500.00 | 550.00 |
| 8/30/24 | ANM | Telephone conference with Aaron E. de Leest re: specific incorrectly designated administrative claimants who will be subject to objection; | .30 | 500.00 | 150.00 |
| 9/05/24 | DND | Review e-mail correspondence from Melissa Wilkes to Alina N. Mamlyuk re: review of invoices; | .10 | 360.00 | 36.00 |
| 9/06/24 | ANM | Drafted and sent e-mail correspondence to admin claimant Melina Beltran re: Effective Date of plan confirmation; | .10 | 500.00 | 50.00 |
| 9/06/24 | ANM | A series of drafted and sent e-mail correspondences with Andrew Still, counsel for admin claimant Alteryx, to finalize time for telephone conference re: settlement and outlining Trustee's ask; | .20 | 500.00 | 100.00 |
| 9/06/24 | ANM | Drafted and sent e-mail correspondence to Richard A. Marshack and his counsel team re: settlement offer of admin claimant Alteryx; | .20 | 500.00 | 100.00 |
| 9/06/24 | ANM | Drafted and sent e-mail to admin claimant Alteryx's counsel re: Trustee's timeline on response to settlement offer (.10); Telephone conference with same counsel re: next steps in settlement discussions (.10); | .20 | 500.00 | 100.00 |
| 9/06/24 | DND | Review of e-mail correspondence between Alina N. Mamlyuk and Melina Beltran re: results of confirmation hearing, when she will hear from Pam Kraus re: claim; | .10 | 360.00 | 36.00 |

EXHIBIT 3, PAGE 75

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/07/24 | ANM | Drafted a memo for a meeting with the Trustee re: settlement offer by admin claimant Alteryx; Drafted and sent e-mail correspondence to the Trustee and D. Edward Hays re: Telephone conference on Monday, 9/9 to decide on settlement with Alteryx; | .90 | 500.00 | 450.00 |
| 9/09/24 | DEH | Telephone conference with Andrew Snell and Alina N. Mamlyuk re: issues raised in draft complaint against Alteryx and settlement negotiations; | .70 | 740.00 | 518.00 |
| 9/09/24 | ANM | Telephone conference with the Trustee and D. Edward Hays re: strategy for settlement for Alteryx administrative claim; | .90 | 500.00 | 450.00 |
| 9/09/24 | ANM | Telephone conference with Andrew Snell, counsel for administrative claimant Alteryx (dk. no 750) re: issues raised in draft complaint against Alteryx and settlement negotiations; | .70 | 500.00 | 350.00 |
| 9/11/24 | DND | Telephone conference with Alina N. Mamlyuk re: appeal of Greyson, Han Trinh, Jayde Trinh decisions; | .30 | 360.00 | 108.00 |
| 9/12/24 | ANM | Drafted ans sent e-mail correspondence to Laila Masud re: billing codes and procedure for appeals for three administrative claims (Han Trinh, Jayde Trinh and Greyson); | .10 | 500.00 | 50.00 |
| 9/12/24 | ANM | Drafted and sent e-mail correspondence to Layla Buchanan re: notices of elections for three appeals of administrative claims (Han Trinh, Jayde Trinh, Greyson); | .10 | 500.00 | 50.00 |
| 9/12/24 | ANM | Drafted and sent e-mail correspondence to accounting to create separate appellate codes according to instructions by Laila Masud for upcoming appeals of administrative claims Han Trinh, Jayde Trinh and Greyson; | .10 | 500.00 | 50.00 |
| 9/18/24 | ANM | Drafted and sent e-mail correspondence to Andrew Still, counsel for admin claimant Alteryx re: extension of time for the Trustee to file an adversary; | .10 | 500.00 | 50.00 |
| 9/20/24 | ANM | Verifying proof of claim forms against Court's orders for allowed administrative claims (.10); Drafted and sent e-mail correspondence to admin claimant Peter Schneider re: effective date of Ch 11 Plan and timeline of payment for administrative claims (.10); | .20 | 500.00 | 100.00 |
| 9/20/24 | ANM | Drafted and sent e-mail correspondence to admin claimant Melissa Wilkes re: calculation of amount in the stipulation between her and the Trustee; | .20 | 500.00 | 100.00 |
| 9/20/24 | ANM | Telephone conference with Aaron E. de Leest re: Trustee's Objection to Improperly Designated Administrative Claims; | .60 | 500.00 | 300.00 |
| 9/23/24 | ANM | Drafted and sent e-mail correspondence to Pam Kraus and Aaron E. de Leest re: exact date allowed admin claim checks will be sent out so I can respond to admin claimant inquiries; | .10 | 500.00 | 50.00 |

EXHIBIT 3, PAGE 76

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/23/24 | ANM | Drafted and sent e-mail correspondence to admin claimant Melina Beltran re: checks for allowed admin claims going out; | .10 | 500.00 | 50.00 |
| 9/23/24 | ANM | Drafted and sent e-mail correspondence to counsel for admin claimant Randall Baldwin Clark re: timeline of payment of admin claims; | .10 | 500.00 | 50.00 |
| 9/23/24 | ANM | Drafted and sent e-mail correspondence to admin claimant Kimberly Torress re: payment timeline; | .10 | 500.00 | 50.00 |
| 9/23/24 | ANM | Drafted and sent e-mail correspondence re: change of address for admin claimant Melina Beltran for receipt of her payment; | .10 | 500.00 | 50.00 |
| 9/23/24 | ANM | Telephone conference with Aaron E. de Leest re: 3 strategy and deadlines of appeals of administrative claims of Han Trinh, Jayde Trinh, and Greyson; Resolution of 3 remaining admin claims of Alteryx, Herret Credit Consultants and United Partnerships; | .40 | 500.00 | 200.00 |
| 9/23/24 | DND | Review e-mail correspondence from Melina Beltran re: confirmation of claim and order entered, waiting on response (.10); Review of docket for confirmation order and review of same (.20); | .30 | 360.00 | 108.00 |
| 9/23/24 | AEd | Review written correspondence from Alina Mamyluk re: allowed administrative claim payments and respond and review written response from Pam Kraus re: same; | .20 | 610.00 | 122.00 |
| | | **Sub-Total Fees:** | **29.90** | | **$ 14,263.00** |

**17 Secured Claims**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/01/24 | BNB | Review and revise order granting omnibus objection to secured claims; | .50 | 410.00 | 205.00 |
| 8/05/24 | BNB | Telephone conference with D. Edward Hays re: proposed order on omnibus secured claim objection; | .10 | 410.00 | 41.00 |
| 8/05/24 | BNB | Finish revising order granting omnibus claim objection; | .70 | 410.00 | 287.00 |
| 8/06/24 | LM | Written correspondence with Yosina Lissebeck re: updated secured creditor chart (.10); Review and analyze same (.30); | .40 | 540.00 | 216.00 |
| 8/07/24 | BNB | Written correspondence with D. Edward Hays re: review of order granting omnibus secured claim objection; | .10 | 410.00 | 41.00 |
| 8/08/24 | LM | Written correspondence with Bradford N. Barnhardt re: secured creditor chart; | .10 | 540.00 | 54.00 |

43

EXHIBIT 3, PAGE 77

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/08/24 | BNB | Review e-mail correspondence between Trustee's counsel and Daniel Connoley (journalist) re: forthcoming article, and search for updated secured creditor chart; | 1.10 | 410.00 | 451.00 |
| 8/08/24 | BNB | Written correspondence with D. Edward Hays re: review of order granting omnibus secured claim objection; | .10 | 410.00 | 41.00 |
| 8/09/24 | BNB | Written correspondence with D. Edward Hays re: review of order granting omnibus secured claim objection, and with Cynthia Bastida and Chanel Mendoza re: lodging order; | .20 | 410.00 | 82.00 |
| 8/09/24 | BNB | Draft order approving Azzure stipulation; | .90 | 410.00 | 369.00 |
| 8/16/24 | LB | Review and finalize application for order shortening time re: motion to approve Azzure Cash Collateral Stipulation (.40); Review and finalize motion to approve same (.30); Review and finalize proposed order on order shortening time (.10); | .80 | 340.00 | 272.00 |
| | | **Sub-Total Fees:** | **5.00** | | **$ 2,059.00** |

### 3 Business Operations

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/16/24 | LM | Telephone conference with Bradford N. Barnhardt re: cash collateral stipulation; | .10 | 540.00 | 54.00 |
| 8/16/24 | LM | Review written correspondences from Bradford N. Barnhardt and D. Edward Hays re: motion to approve cash collateral stipulation with Azzure; | .20 | 540.00 | 108.00 |
| 8/16/24 | BNB | Telephone conference with Laila Masud re: cash collateral stipulation; | .10 | 410.00 | 41.00 |
| 8/16/24 | BNB | Telephone conference with Alina N. Mamlyuk re: drafting motion to approve Azzure cash collateral motion; | .10 | 410.00 | 41.00 |
| 8/16/24 | BNB | Draft application for order setting hearing on shortened notice re: Azzure cash collateral motion; | .60 | 410.00 | 246.00 |
| 8/16/24 | BNB | Written correspondence with D. Edward Hays re: review of Azzure order and Azzure stipulation, and draft and research re: motion to approve stipulation; | 4.30 | 410.00 | 1,763.00 |
| 8/16/24 | BNB | Final review of Azzure cash collateral filings; | .10 | 410.00 | 41.00 |
| 8/16/24 | ANM | Telephone conference with Bradford N. Barnhardt re: drafting motion to approve Azzure cash collateral motion; | .10 | 500.00 | 50.00 |
| 8/17/24 | BNB | Review and revise statement for cash collateral motion; | .10 | 410.00 | 41.00 |

EXHIBIT 3, PAGE 78

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/19/24 | DEH | Telephone conference with bankruptcy court re: court's order shortening time re: Azzure motion to approve stipulation for use of cash collateral (.10); Telephone conference with Layla Buchanan re: requirements for telephonic and other notice (.10); | .20 | 740.00 | 148.00 |
| 8/19/24 | DEH | Written correspondence with Sharon Weiss re: hearing on motion to approve stipulation with Azzure; | .20 | 740.00 | 148.00 |
| 8/19/24 | BNB | Review and revise notice of Azzure cash collateral motion; | .20 | 410.00 | 82.00 |
| 8/19/24 | BNB | Review order shortening time on Azzure cash collateral motion, and calendar dates and deadlines; | .20 | 410.00 | 82.00 |
| 8/19/24 | BNB | Review and revise declaration of notice re: Azzure cash collateral motion; | .30 | 410.00 | 123.00 |
| 8/19/24 | BNB | Telephone conference with Layla Buchanan re: notice of Azzure cash collateral motion (.10); Written correspondence with D. Edward Hays re: same (.10); | .20 | 410.00 | 82.00 |
| 8/26/24 | BNB | Review docket for objections to cash collateral motion, and written correspondence with D. Edward Hays re: same; | .30 | 410.00 | 123.00 |
| 8/26/24 | BNB | Written correspondence with D. Edward Hays and Laila Masud re: know your customer accounts at JPMorgan Chase; | .10 | 410.00 | 41.00 |
| | | **Sub-Total Fees:** | **7.40** | | **$ 3,214.00** |

### 4 Case Administration

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/02/24 | DEH | Research re: standards for Chapter 11 Trustee compensation under Sections 330(a)(3) and (a)(7) (.50); Written correspondence with Nancy Rapoport, Richard A. Marshack, Christopher Celentino, and Yosina Lissebeck re: same (.30); | .80 | 740.00 | 592.00 |
| 8/02/24 | DEH | Written correspondence with Christopher Celentino and Richard A. Marshack re: revisions to fee examiner stipulation; | .20 | 740.00 | 148.00 |
| 8/07/24 | DEH | Telephone conference with Richard A. Marshack re: response to Daniel Connolly at Law360; | .20 | 740.00 | 148.00 |
| 8/07/24 | DEH | Research pleadings to identify exhibits to send to Dan Connolly (.30); Written correspondence with Daniel Connolly re: plan, overwhelming support of creditors, and Trustee's position on confirmation (.50); | .80 | 740.00 | 592.00 |
| 8/08/24 | CVH | Review Law360 article re: case status (.20) (No Charge); | .20 | 600.00 | N/C |

EXHIBIT 3, PAGE 79

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/14/24 | LM | Written correspondence with Alina N. Mamlyuk re: status report and updated summaries on avoidance actions and secured claims; | .10 | 540.00 | 54.00 |
| 8/14/24 | AEd | Attend zoom meeting with Richard A. Marshack, D. Edward Hays, and Yosina Lissebeck re: priority claims, American Express and credit card claims and confirmation issues; | 1.10 | 610.00 | 671.00 |
| 8/14/24 | AEd | Review written correspondence from Yosina Lissebeck re: Debtor's employees and ADP and pre and post-petition transfer analysis from accountants and draft written correspondence re: blue cross claim and review response; | .60 | 610.00 | 366.00 |
| 8/15/24 | LB | Review and revise status report; | .30 | 340.00 | 102.00 |
| 8/15/24 | AEd | Draft written correspondence to Zev Shechtman re: Aaron E. de Leest representation of Trustee in LPG; | .10 | 610.00 | 61.00 |
| 8/15/24 | AEd | Review American Express mediation brief; | .80 | 610.00 | 488.00 |
| 8/16/24 | LB | Conference with Bradford N. Barnhardt re: motion to approve stipulation with Azzure for cash collateral; | .10 | 340.00 | 34.00 |
| 8/16/24 | AEd | Review written correspondence from Richard A. Marshack and Trustee's Case Status Report; | .60 | 610.00 | 366.00 |
| 8/16/24 | AEd | Telephone conference with Russ Squires re: LPG employees; | .10 | 610.00 | 61.00 |
| 8/17/24 | LB | Conference with D. Edward Hays re: Still preparation of finance statement (.10); Draft finance statement (.30); | .40 | 340.00 | 136.00 |
| 8/19/24 | LB | Review and finalize notice of hearing re: motion to approve stipulation with Azzure Capital for cash collateral (.20); Correspondence to parties re: notice of hearing re: same (.10); | .30 | 340.00 | 102.00 |
| 8/19/24 | DND | Review of docket (No Charge); | .10 | 360.00 | N/C |
| 8/19/24 | AEd | Telephone conference with Zev Shectman re: LPG; | .50 | 610.00 | 305.00 |
| 8/19/24 | AEd | Telephone conference with D. Edward Hays re: 2014 disclosure and blue cross priority claim and response to blue cross objection to plan; | .60 | 610.00 | 366.00 |
| 8/19/24 | AEd | Review documents from Paychex and Pam Kraus and review Blue Cross proof of claim and supporting documents and prepare analysis of same and draft written correspondence to D. Edward Hays re: Blue Cross claim analysis; | 2.50 | 610.00 | 1,525.00 |
| 8/19/24 | AEd | Review D. Edward Hays comments on 2014 supplemental disclosure and revise same; | .50 | 610.00 | 305.00 |
| 8/20/24 | AEd | Review written correspondence from Layla Buchanan re: 2014 disclosure and draft written response; | .40 | 610.00 | 244.00 |

46

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/20/24 | AEd | Review written correspondence from D. Edward Hays, David A. Wood and Layla Buchanan re: Supplement to Statement of Disinterestedness and review revised language and draft response; | .40 | 610.00 | 244.00 |
| 8/21/24 | AEd | Telephone conference with Nick Koffroth re: reply in support of confirmation and Blue Cross claim; | .20 | 610.00 | 122.00 |
| 8/22/24 | AEd | Review LPG Status Report, written correspondence from Richard A. Marshack an Yosina Lissebeck, and task list, analyze pending issues; | 1.60 | 610.00 | 976.00 |
| 8/22/24 | AEd | Review written correspondence from Zev Shechtman re: representation of Trustee in LPG (No Charge); | .10 | 610.00 | N/C |
| 8/22/24 | AEd | Draft written correspondence to D. Edward Hays re: updating 2014 statement with MLG's consent to Aaron E. de Leest's representation of Trustee in non-MLG matters and review response; | .20 | 610.00 | 122.00 |
| 8/22/24 | AEd | Draft memo to D. Edward Hays re: supplemental disclosure and review memos from Layla Buchanan and D. Edward Hays re: same; | .10 | 610.00 | 61.00 |
| 8/26/24 | AEd | Telephone conference with Richard A. Marshack and Yosina Lissebeck re: claims analysis and plan confirmation preparation; | .90 | 610.00 | 549.00 |
| 8/27/24 | AEd | Review written correspondence from Richard A. Marshack re: referral of J Trinh to state bar; | .10 | 610.00 | 61.00 |
| 8/27/24 | AEd | Review written correspondence from Richard A. Marshack re: criminal referral letter to OUST; | .10 | 610.00 | 61.00 |
| 8/28/24 | AEd | Conferences with Richard A. Marshack re: pending issues and priority claim objections; | .40 | 610.00 | 244.00 |
| 8/28/24 | AEd | Prepare to attend confirmation hearing and prepare for hearing on Anthem motion to compromise; | 1.10 | 610.00 | 671.00 |
| 8/28/24 | AEd | Review June 12, 2023 preliminary injunction hearing transcript; | .90 | 610.00 | 549.00 |
| 8/29/24 | AEd | Attend meeting with Richard A. Marshack and D. Edward Hays re: strategy, planning litigation, pending claims and avoidance power claims; | 1.50 | 610.00 | 915.00 |
| 8/29/24 | AEd | Travel to/from and attend hearing on motion to approve compromise with Anthem and plan confirmation hearing; | 6.20 | 610.00 | 3,782.00 |
| 8/29/24 | AEd | Attend lunch with Richard A. Marshack, D. Edward Hays, commitee counsel and special counsel after plan confirmation hearing (No Charge); | 1.00 | 610.00 | N/C |
| 9/03/24 | AEd | Conference with Laila Masud re: pending projects and claim objections; | .20 | 610.00 | 122.00 |
| 9/03/24 | AEd | Review written correspondences from Laila Masud re: claim objections and case management issues; | .20 | 610.00 | 122.00 |

47

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/03/24 | AEd | Review written correspondence from ███████████████ ███ and respond, draft written correspondence to Richard A. Marshack, D. Edward Hays and special counsel re: meeting and review responses; | .30 | 610.00 | 183.00 |
| 9/04/24 | AEd | Attend meeting with ████████████████████, D. Edward Hays, Richard A. Marshack and Special counsel re: ████████; | 2.60 | 610.00 | 1,586.00 |
| 9/04/24 | AEd | Prepare for ████████████; | .60 | 610.00 | 366.00 |
| 9/04/24 | AEd | Review correspondence and text messages to/from Joon M. Khang to/from Tony Diab; | .50 | 610.00 | 305.00 |
| 9/11/24 | DEH | Review and analyze order appointing monitor and written correspondence with Richard A. Marshack, Nancy Rapoport, and Aaron E. de Leest re: motion to extend term; | .30 | 740.00 | 222.00 |
| 9/11/24 | DAW | Conference with Pam Kraus re: distributions; | .20 | 610.00 | 122.00 |
| 9/11/24 | AEd | Review written correspondence from Richard A. Marshack, Chris Gio and Yosina Lissebeck re: Tony Diab settlement inquiry and request for meeting with Richard A. Marshack; | .10 | 610.00 | 61.00 |
| 9/11/24 | AEd | Review entered Confirmation Order and written correspondence from D. Edward Hays re: effective date and review plan and calculate same and draft written correspondence in response; | .90 | 610.00 | 549.00 |
| 9/12/24 | LM | Written correspondence with Alina N. Mamlyuk re: appeals of admin claims by Trinh parties and category creation for same; | .20 | 540.00 | 108.00 |
| 9/12/24 | AEd | Review sale order and order appointing ethics compliance monitor; | .40 | 610.00 | 244.00 |
| 9/12/24 | AEd | Review notices of appeal and review code re: timing of election of district court and draft written correspondence to Richard A. Marshack and D. Edward Hays re: election and review multiple responses; | .70 | 610.00 | 427.00 |
| 9/14/24 | AEd | Review written correspondence from Yosina Lissebeck and D. Edward Hays re: effective date payments and meeting re: same; | .20 | 610.00 | 122.00 |
| 9/17/24 | AEd | Telephone conference with D. Edward Hays, Yosina Lissebeck re: effective date payments and related issues; | .30 | 610.00 | 183.00 |
| 9/17/24 | AEd | Telephone conference with with Pam Kraus re: effective date payments; | .40 | 610.00 | 244.00 |
| 9/17/24 | AEd | Review written correspondence from D. Edward Hays re: Election to District Court and procedure for same, review FRBP 8005(b) and draft written response; | .30 | 610.00 | 183.00 |

48

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/18/24 | AEd | Telephone conference with Richard A. Marshack re: pending issues and partial telephone conference with Bill Mitchell re: inquiry from OCDA and other issues; | .30 | 610.00 | 183.00 |
| 9/18/24 | AEd | Review written correspondence from Yosina Lissebeck re: Effective Date duties and draft written response to Nick Koffroth re: same; | .20 | 610.00 | 122.00 |
| 9/18/24 | AEd | Review written correspondence from Kim Steverson re: notice of confirmation order; | .10 | 610.00 | 61.00 |
| 9/18/24 | AEd | Draft script for reception to use in response to inquires from creditors and claimants; | .40 | 610.00 | 244.00 |
| 9/18/24 | AEd | Leave voice message for Nick Koffroth re: effective date duties; | .10 | 610.00 | 61.00 |
| 9/19/24 | AEd | Telephone conference with Nick Koffroth re: effective date issues; | .30 | 610.00 | 183.00 |
| 9/19/24 | AEd | Telephone conference with Richard A. Marshack re: pending issues, effective date, and claim objections; | .10 | 610.00 | 61.00 |
| 9/19/24 | AEd | Review notice of effective date and review plan and confirmation order and revise notice to include administrative claims bar date; | 1.30 | 610.00 | 793.00 |
| 9/19/24 | AEd | Telephone conference with Chris Celintino and Yosina Lissebeck re: effective date issues; | .20 | 610.00 | 122.00 |
| 9/19/24 | AEd | Review notice of court costs for effective date payments and draft written correspondence to Pam Kraus re: same and review response; | .20 | 610.00 | 122.00 |
| 9/19/24 | AEd | Draft written correspondence to Yosina Lissebeck re: notice of rejection and review written response; | .20 | 610.00 | 122.00 |
| 9/19/24 | AEd | Review written correspondence from Richard A. Marshack and D. Edward Hays re: dissolution of the debtor and timing of same (multiple); | .40 | 610.00 | 244.00 |
| 9/20/24 | AEd | Telephone conference with D. Edward Hays re: CFPB subpoena issues; | .10 | 610.00 | 61.00 |
| 9/20/24 | AEd | Review subpoena from CFPB and draft written correspondence to Richard A. Marshack and D. Edward Hays with analysis and recommendation re: same; | 1.10 | 610.00 | 671.00 |
| 9/20/24 | AEd | Review written correspondence from Yosina Lissebeck re: rejection notice additional parties to serve; | .10 | 610.00 | 61.00 |
| 9/23/24 | DEH | Telephone conference with Richard A. Marshack and Aaron E. de Leest re: pending matters; | .20 | 740.00 | 148.00 |
| 9/23/24 | DND | E-mail correspondence with Chad V. Haes and Kathleen Frederick re: access to Dinsmore sharefile; | .10 | 360.00 | 36.00 |
| 9/23/24 | AEd | Telephone conference with Richard A. Marshack and Yosina Lissebeck re: pending issues and meeting re: same; | .20 | 610.00 | 122.00 |

EXHIBIT 3, PAGE 83

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/23/24 | AEd | Telephone conference with Alina N. Mamlyuk re: pending claim objections, litigation projects, and appeals; | .40 | 610.00 | 244.00 |
| 9/23/24 | AEd | Telephone conference with Richard A. Marshack and Yosina Lissebeck re: claim objections, litigation projects and claims, and pending issues; | 1.10 | 610.00 | 671.00 |
| 9/23/24 | AEd | Telephone conference with Richard A. Marshack re: Pending projects and Marshack Hays tasks and status of same; | .60 | 610.00 | 366.00 |
| 9/23/24 | AEd | Review open tasks memo from Yosina Lissebeck and prepare analysis of additional tasks and prepare for conference with Richard A. Marshack and Yosina Lissebeck; | .90 | 610.00 | 549.00 |
| 9/23/24 | AEd | Review notice of effective date and notice of rejection and draft memos to Nick Koffroth and D. Edward Hays re: same and review responses; | 1.20 | 610.00 | 732.00 |
| 9/23/24 | AEd | Review designation of record filed by Trinhs and Grayson and review BAP dockets in Trinh and Greyson Appeals, status of removal to district court, and draft written correspondence to D. Edward Hays and Alina N. Mamlyuk re: same; | 1.10 | 610.00 | 671.00 |
| 9/23/24 | AEd | Draft memos to Yosina Lissebeck and Richard A. Marshack re: CFPB subpoena; | .10 | 610.00 | 61.00 |
| 9/23/24 | AEd | Review written correspondence from Richard A. Marshack re: pending issues and to do list; | .10 | 610.00 | 61.00 |
| 9/23/24 | AEd | Draft written correspondence to Yosina Lissebeck re: pending tasks and task chart and review response; | .10 | 610.00 | 61.00 |
| | | **Sub-Total Fees:** | **45.70** | | **$ 27,005.00** |

**5 Claims Administration and Objections**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/05/24 | DEH | Telephone conference with Richard A. Marshack re: objection to priority claims; | .20 | 740.00 | 148.00 |
| 8/06/24 | BNB | Written correspondence with D. Edward Hays re: draft order granting omnibus secured claim objection; | .10 | 410.00 | 41.00 |
| 8/08/24 | DEH | Telephone conference with Nick Koffroth re: stipulation with Azzure, fee applications, and objections to priority claims; | .20 | 740.00 | 148.00 |

EXHIBIT 3, PAGE 84

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/08/24 | DEH | Review and revise proposed order granting omnibus objection to secured claims (.40); Written correspondence with Bradford N. Barnhardt re: same (.10); | .50 | 740.00 | 370.00 |
| 8/10/24 | DEH | Draft written correspondence to Aaron E. de Leest and Bradford N. Barnhardt re: objections to various claims including detailed background and bases for same; | .40 | 740.00 | 296.00 |
| 8/11/24 | DEH | Written correspondence with Josh Temple and Dimple Mehra re: records to support objection to IRS priority claim; | .30 | 740.00 | 222.00 |
| 8/11/24 | DEH | Written correspondence with Nick Koffroth and Yosina Lissebeck re: Resolution Ventures and resolution of intended objection; | .20 | 740.00 | 148.00 |
| 8/12/24 | DEH | Written correspondence with Chad Kurtz and Josh Teeple re: objection to IRS claim; | .20 | 740.00 | 148.00 |
| 8/12/24 | BNB | Written correspondence with D. Edward Hays re: drafting claim objections; | .40 | 410.00 | 164.00 |
| 8/12/24 | AEd | Review written correspondence from D. Edward Hays re: claim objections and review written correspondence from Bradford N. Barnhardt re: same; | .20 | 610.00 | 122.00 |
| 8/12/24 | AEd | Review memo from Richard A. Marshack re: claim objections and strategy re: supervision of same; | .10 | 610.00 | 61.00 |
| 8/12/24 | AEd | Review written correspondence from Chad Kurtz, Josh Teeple, and Dimple Mehra re: Estate returns and IRS claim; | .20 | 610.00 | 122.00 |
| 8/13/24 | BNB | Draft settlement letter to Blue Cross re: proof of claim #64; | 1.70 | 410.00 | 697.00 |
| 8/14/24 | DEH | Written correspondence with Russ Squires, Eeyah Tan, and Aaron E. de Leest re: payroll records and evidence to support objection to Blue Cross claim; | .20 | 740.00 | 148.00 |
| 8/14/24 | BNB | Draft objection to Section 507(a)(7) priority claims, including written correspondence re: Yosina Lissebeck re: information needed; | 4.60 | 410.00 | 1,886.00 |
| 8/14/24 | BNB | Telephone conference with Layla Buchanan re: isolating section 507(a)(7) priority claims; | .10 | 410.00 | 41.00 |
| 8/14/24 | BNB | Written correspondence with D. Edward Hays re: Blue Cross priority claim demand letter and date when Debtor did not have employees; | .10 | 410.00 | 41.00 |
| 8/14/24 | AEd | Review written correspondence from Bradford N. Barnhardt re: claim objections, review local rules, and draft written response; | .10 | 610.00 | 61.00 |
| 8/14/24 | AEd | Review written correspondence from Bradford N. Barnhardt and Yosina Lissebeck re: priority claim analysis and objections; | .20 | 610.00 | 122.00 |

EXHIBIT 3, PAGE 85

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/15/24 | DEH | Written correspondence with Aaron E. de Leest re: obtaining payroll records to determine if Blue Cross premiums benefitted LPG employees or employees of fraudulently transferred assets; | .20 | 740.00 | 148.00 |
| 8/15/24 | BNB | Written correspondence with Kim Steverson re: sharevault access for claim analysis; | .10 | 410.00 | 41.00 |
| 8/15/24 | BNB | Draft objection to duplicative proof of claims; | 1.30 | 410.00 | 533.00 |
| 8/15/24 | BNB | Draft letter to Affirma's counsel (Jeffrey Golden and Eric Bensamochan) re: withdrawal of proof of claim no. 2224-1; | 1.30 | 410.00 | 533.00 |
| 8/15/24 | BNB | Update claim objection to Section 507(a)(7) claims exceeding statutory cap; | .60 | 410.00 | 246.00 |
| 8/15/24 | AEd | Review written correspondence from Yosina Lissebeck re: Blue Cross priority claim; | .10 | 610.00 | 61.00 |
| 8/15/24 | AEd | Review written correspondence from Nick Kofferoth re: Blue Cross claim; | .10 | 610.00 | 61.00 |
| 8/16/24 | BNB | Review and revise objection to duplicative claims; | .30 | 410.00 | 123.00 |
| 8/16/24 | BNB | Telephone conference with Layla Buchanan re: revisions to order to show cause for Azzure cash collateral motion; | .10 | 410.00 | 41.00 |
| 8/16/24 | BNB | Review and revise letter to Affirma's counsel re: Celso Leanos's claim; | .30 | 410.00 | 123.00 |
| 8/16/24 | BNB | Review and revise letter to Blue Cross re: proof of claim; | .10 | 410.00 | 41.00 |
| 8/16/24 | BNB | Review and revise section 507(a)(7) omnibus priority objection; | .90 | 410.00 | 369.00 |
| 8/16/24 | ANM | Drafted and sent e-mail correspondence to Aaron E. de Leest re: ADP records that may help with Blue Cross priority claim; | .10 | 500.00 | 50.00 |
| 8/16/24 | ANM | Telephone conference with Aaron E. de Leest re: employee records needed for verification of Blue Anthem's claim (.10); Drafted and sent e-mail correspondence to ADP and to Paychex contacts trying to obtain said employee records (.30); | .40 | 500.00 | 200.00 |
| 8/16/24 | AEd | Telephone conference with Pam Kraus re: LPG employees; | .10 | 610.00 | 61.00 |
| 8/16/24 | AEd | Telephone conference with Alina N. Mamlyuk re: LPG employee claims; | .10 | 610.00 | 61.00 |
| 8/16/24 | AEd | Review LPG employee priority claim list and compare same to payroll register; | .80 | 610.00 | 488.00 |
| 8/16/24 | AEd | Review written correspondence from Josh Teeple and Dimple Mehra re: Debtor's accounting and payroll records and draft written response; | .30 | 610.00 | 183.00 |

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/16/24 | AEd | Review written correspondence from D. Edward Hays and Yosina Lissebeck re: debtor's payroll records; | .10 | 610.00 | 61.00 |
| 8/16/24 | AEd | Review written correspondence from Alina N. Mamlyuk re: LPG paychex records and respond; | .20 | 610.00 | 122.00 |
| 8/16/24 | AEd | Review written correspondence from Keith Owens re: Blue Cross claim objection; | .10 | 610.00 | 61.00 |
| 8/19/24 | AEd | Review written correspondence from Bradford N. Barnhardt re: priority claim objections; | .10 | 610.00 | 61.00 |
| 8/19/24 | AEd | Review written correspondence from Alexander Harth re: paychex records; | .10 | 610.00 | 61.00 |
| 8/19/24 | AEd | Review written correspondence from Glenn Moses re: ADP records; | .10 | 610.00 | 61.00 |
| 8/20/24 | DEH | Written correspondence with Nick Koffroth and Yosina Lissebeck re: facts and strategies for objection to Blue Cross claim; | .20 | 740.00 | 148.00 |
| 8/20/24 | DEH | Written correspondence with Aaron E. de Leest re: Blue Cross's receipt of transfers during preference period, potential defenses, and potential Section 502(d) claims; | .20 | 740.00 | 148.00 |
| 8/20/24 | ANM | Conference with Aaron E. de Leest re: priority claims' evidence overlap with evidence that was used in investigating and verifying administrative claims; | .30 | 500.00 | 150.00 |
| 8/20/24 | AEd | Conference with Alina N. Mamlyuk re: priority claims' evidence overlap with evidence that was used in investigating and verifying administrative claims; | .30 | 610.00 | 183.00 |
| 8/20/24 | AEd | Review written correspondence from Nicholas Cooper re: payments to Blue Cross and Paychex and review report and analyze same; | 1.20 | 610.00 | 732.00 |
| 8/20/24 | AEd | Telephone conference with Alan Forsley re: Blue Cross proof of claim and payments to Blue Cross; | .30 | 610.00 | 183.00 |
| 8/20/24 | AEd | Further review of employment documents and Blue Cross claim; | 1.70 | 610.00 | 1,037.00 |
| 8/20/24 | AEd | Review written correspondence from Chad Kurtz re: IRS claim and records; | .10 | 610.00 | 61.00 |
| 8/20/24 | AEd | Draft written correspondence to D. Edward Hays re: potential blue cross preference and review written response; | .20 | 610.00 | 122.00 |
| 8/21/24 | DEH | Telephone conference with Aaron E. de Leest re: Blue Cross claim analysis and settlement proposal; | .20 | 740.00 | 148.00 |
| 8/21/24 | DEH | Telephone conference with Aaron E. de Leest re: evaluation of preference claims against and potential defenses of Blue Cross; | .30 | 740.00 | 222.00 |

EXHIBIT 3, PAGE 87

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/21/24 | LB | Review and revise stipulation re: treatment of claim of Jennifer McLaughlin (.10); Correspondence to Jennifer McLaughlin re: same (.10); | .20 | 340.00 | 68.00 |
| 8/21/24 | BNB | Telephone conference with Aaron E. de Leest re: drafting omnibus objection to duplicative claims; | .10 | 410.00 | 41.00 |
| 8/21/24 | BNB | Written correspondence with Aaron E. de Leest re: claims analysis spreadsheet; | .10 | 410.00 | 41.00 |
| 8/21/24 | AEd | Telephone conference with D. Edward Hays re: Blue Cross claim analysis and settlement proposal; | .20 | 610.00 | 122.00 |
| 8/21/24 | AEd | Telephone conference with Bradford N. Barnhardt re: drafting omnibus objection to duplicative claims; | .10 | 610.00 | 61.00 |
| 8/21/24 | AEd | Review and revise priority deposit claim omnibus objection; | .80 | 610.00 | 488.00 |
| 8/21/24 | AEd | Review and revise draft priority claim objection to duplicate claims; | .90 | 610.00 | 549.00 |
| 8/21/24 | AEd | Revise letter to Jeff Golden re: Celso Leanos Claim; | .40 | 610.00 | 244.00 |
| 8/21/24 | AEd | Review written correspondence from Nicholas Cooper re: Blue Cross transactions and analyze same and review and update preference analysis; | .60 | 610.00 | 366.00 |
| 8/21/24 | AEd | Review written correspondence from Eric Goldstein re: blue cross payments and invoices and forward same to D. Edward Hays; | .20 | 610.00 | 122.00 |
| 8/22/24 | DEH | Written correspondence with Richard A. Marshack and Aaron E. de Leest re: settlement terms with Blue Cross; | .20 | 740.00 | 148.00 |
| 8/22/24 | BNB | Written correspondence with Aaron E. de Leest re: identifying duplicate claims, and research re: omnibus claim objections based on duplication; | .30 | 410.00 | 123.00 |
| 8/22/24 | AEd | Review written correspondence from Eric Goldstein re: Blue Cross priority claim and settlement offer re: same and draft written response; | .40 | 610.00 | 244.00 |
| 8/22/24 | AEd | Telephone conference with Eric Goldstein re: Blue Cross counter-offer; | .10 | 610.00 | 61.00 |
| 8/22/24 | AEd | Telephone conference with Richard A. Marshack and D. Edward Hays re: Blue Cross offer and response to same; | .30 | 610.00 | 183.00 |
| 8/22/24 | AEd | Draft memo to Richard A. Marshack and D. Edward Hays re: Blue Cross offer and review written response from D. Edward Hays; | .10 | 610.00 | 61.00 |
| 8/22/24 | AEd | Review written correspondence from Bradford N. Barnhardt re: priority claim objections; | .10 | 610.00 | 61.00 |
| 8/23/24 | DEH | Written correspondence with David M. Goodrich re: United Partnership's claim; | .10 | 740.00 | 74.00 |

EXHIBIT 3, PAGE 88

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/23/24 | LB | Correspondence to David Goodrich re: stipulation to continue briefing schedule re: United Partnership administrative motion; | .10 | 340.00 | 34.00 |
| 8/23/24 | LB | Review and finalize stipulation re: treatment of administrative claim with Jennifer McLaughlin (.20); Draft proposed order re: same (.30); | .50 | 340.00 | 170.00 |
| 8/23/24 | AEd | Draft application for order shortening time for motion to approve compromise with Anthem; | .70 | 610.00 | 427.00 |
| 8/23/24 | AEd | Draft Order on Application for Order Shortening Time re: Anthem Settlement; | .50 | 610.00 | 305.00 |
| 8/23/24 | AEd | Prepare motion to compromise with Anthem/Blue Cross; | 5.60 | 610.00 | 3,416.00 |
| 8/26/24 | LB | Review and finalize stipulation with Jennifer McLaughlin (.20); Review and finalize proposed order re: same (.10); | .30 | 340.00 | 102.00 |
| 8/26/24 | LB | Draft declaration of Aaron E. de Leest in support of application for order shortening time re: motion to approve compromise with Blue Cross; | .40 | 340.00 | 136.00 |
| 8/26/24 | LB | Review and revise stipulation with Herret Credit Consultants re: administrative motion (.10); Correspondence to Eric Gassman re: same (.10); Draft order approving stipulation to modify briefing schedule with Herret Credit Consultants (.20); | .40 | 340.00 | 136.00 |
| 8/26/24 | LB | Draft order approving stipulation to modify briefing schedule with United Partnership; | .20 | 340.00 | 68.00 |
| 8/26/24 | LB | Draft stipulation to modify briefing schedule with Alteryx; | .40 | 340.00 | 136.00 |
| 8/26/24 | AEd | Telephone conference with Eric Goldstein re: Anthem settlement; | .10 | 610.00 | 61.00 |
| 8/26/24 | AEd | Revise motion to compromise with Anthem and declaration of Richard A. Marshack; | 2.80 | 610.00 | 1,708.00 |
| 8/26/24 | AEd | Draft term sheet with Anthem; | 1.90 | 610.00 | 1,159.00 |
| 8/26/24 | AEd | Telephone conference with with Richard A. Marshack re: Anthem Settlement; | .20 | 610.00 | 122.00 |
| 8/26/24 | AEd | Review claims chart from Force10 and analyze same for priority claim objections; | 1.20 | 610.00 | 732.00 |
| 8/26/24 | AEd | Review written correspondence from Eric Goldstein re: Anthem withdrawal of objection and settlement agreement and draft written responses; | .40 | 610.00 | 244.00 |
| 8/26/24 | AEd | Review written correspondence from Yosina Lissebeck and Josh Teeple re: tax claims and other priority claims; | .30 | 610.00 | 183.00 |
| 8/26/24 | AEd | Review written correspondence form Yosina Lissebeck re: priority wage claims and duplicates and review Dinsmore claims on sharefile; | .50 | 610.00 | 305.00 |

EXHIBIT 3, PAGE 89

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/27/24 | DEH | Written correspondence with Josh Teeple and others re: status of investigation to prepare debtor's outstanding tax returns to determine if IRS and FTB claims based on estimates can be reduced or eliminated; | .20 | 740.00 | 148.00 |
| 8/27/24 | DEH | Review and analyze orders entered by court denying motions for allowance of administrative claims by Greyson and Trinhs (1.20); Conference with Richard A. Marshack re: same (.30); | 1.50 | 740.00 | 1,110.00 |
| 8/27/24 | DEH | Written correspondence with Aaron E. de Leest re: status of pending and imminent objections to priority claims; | .40 | 740.00 | 296.00 |
| 8/27/24 | LB | Review and finalize compromise motion with Anthem (.30); Review and finalize application and order for order shortening time re: same (.30); Conference with Aaron E. De Leest re: same (.10); Draft notice of motion (.30); Draft declaration re: service and notice of same (.50); Telephonic notice to interested parties (.20); Draft correspondence re: notice of hearing (.10); | 1.80 | 340.00 | 612.00 |
| 8/27/24 | KAT | Review order on Greyson admin claim for purposes of future claim work (.40); | .40 | 650.00 | 260.00 |
| 8/27/24 | KAT | Review Blue Cross stipulation for purposes of future claims work (.10); | .10 | 650.00 | 65.00 |
| 8/27/24 | LM | Conference with Bradford N. Barnhardt and Aaron E. de Leest re: telephonic notice for order shortening time (.10); | .10 | 540.00 | 54.00 |
| 8/27/24 | BNB | Review Blue Cross Anthem letter for revisions by Aaron E. de Leest (No Charge); | .10 | 410.00 | N/C |
| 8/27/24 | BNB | Review letter to Jeff Golden re: Affirma and Celso Leanos proof of claims; | .20 | 410.00 | 82.00 |
| 8/27/24 | BNB | Conference with Aaron E. de Leest re: priority claim objections; | .10 | 410.00 | 41.00 |
| 8/27/24 | BNB | Conference with Laila Masud and Aaron E. de Leest re: telephonic notice for order shortening time (.10); Written correspondence with Aaron E. de Leest re: same (.10); | .20 | 410.00 | 82.00 |
| 8/27/24 | BNB | Written correspondence with Aaron E. de Leest re: authority for claim objection based on lack of documentary support; | .20 | 410.00 | 82.00 |
| 8/27/24 | BNB | Draft demand letter to Unified Global Research Group re: Section 507(a)(7) priority claims; | .70 | 410.00 | 287.00 |
| 8/27/24 | BNB | Draft omnibus objection to duplicative proof of claims; | .60 | 410.00 | 246.00 |
| 8/27/24 | BNB | Written correspondence with Aaron E. de Leest and Layla Buchanan re: service of letter to Affirma's counsel re: withdrawal of Celso Leanos proof of claims; | .10 | 410.00 | 41.00 |
| 8/27/24 | DND | Review of motion to approve compromise with Blue Cross; | .20 | 360.00 | 72.00 |

EXHIBIT 3, PAGE 90

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/27/24 | AEd | Revisions to 9019 motion with Anthem/Blue Cross; | .80 | 610.00 | 488.00 |
| 8/27/24 | AEd | Conference with Bradford N. Barnhardt re: priority claim objections; | .10 | 610.00 | 61.00 |
| 8/27/24 | AEd | Conference with Laila Masud and Bradford N. Barnhardt re: telephonic notice for order shortening time (.10); Written correspondence with Aaron E. de Leest re: same (.10); | .20 | 610.00 | 122.00 |
| 8/27/24 | AEd | Review fourteen proofs of claim filed by Olga Esquivel and analyze same and prepare Excel chart for claim objection; | 1.60 | 610.00 | 976.00 |
| 8/27/24 | AEd | Research and begin drafting objection to fourteen priority claims filed by Olga Esquivel; | 3.10 | 610.00 | 1,891.00 |
| 8/27/24 | AEd | Finalize motion to compromise, review application for order shortening time and proposed order (.40); Review entered order shortening time (.10); Review notice and declaration re: service (.20); | .70 | 610.00 | 427.00 |
| 8/27/24 | AEd | Telephone conferences with Court clerk re: application for order shortening time and order shortening time; | .20 | 610.00 | 122.00 |
| 8/27/24 | AEd | Review order denying Greyson admin claim; | .50 | 610.00 | 305.00 |
| 8/27/24 | AEd | Draft written correspondence to Layla Buchanan re: compromise motion with Anthem and application for order shortening time, order and notice, and review written responses from Layla Buchanan; | .30 | 610.00 | 183.00 |
| 8/27/24 | AEd | Review written correspondence re: objection to Olga Esquivel claims; | .10 | 610.00 | 61.00 |
| 8/27/24 | AEd | Review written correspondence from D. Edward Hays re: priority claim objections and draft written response with analysis and status of pending objections; | .40 | 610.00 | 244.00 |
| 8/27/24 | AEd | Review written correspondence from Richard A. Marshack re: Anthem term sheet and draft written response; | .20 | 610.00 | 122.00 |
| 8/28/24 | DEH | Conferences with Richard A. Marshack and Aaron E. de Leest re: priority claim of Olga Esquivel; | .50 | 740.00 | 370.00 |
| 8/28/24 | AEd | Conferences with D. Edward Hays and Richard A. Marshack re: priority claim of Olga Esquivel; | .50 | 610.00 | 305.00 |
| 8/28/24 | AEd | Draft objection to claims of Olga Esquival; | 1.70 | 610.00 | 1,037.00 |
| 8/28/24 | AEd | Review Order And Memorandum Decision Denying Application For Administrative Claim Of Han Trinh and separate Order And Memorandum Decision Denying Application For Administrative Claim Of Jade Trinh; | .50 | 610.00 | 305.00 |
| 8/29/24 | AEd | Review motion to compromise with Anthem in preparation for hearing; | .20 | 610.00 | 122.00 |

EXHIBIT 3, PAGE 91

MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/29/24 | AEd | Draft written correspondence to Layla Buchanan re: Trustee's original declaration in support of motion to compromise with Anthem and review written response; | .10 | 610.00 | 61.00 |
| 8/29/24 | AEd | Telephone conference with Layla Buchanan re: Trustee's original declaration in support of Anthem motion to compromise; | .10 | 610.00 | 61.00 |
| 8/30/24 | BNB | Telephone conference with Aaron E. de Leest re: plan confirmation and claim objections; | .10 | 410.00 | 41.00 |
| 8/30/24 | BNB | Draft demand letters to Goldman Sachs and Unified Global re: asserted Section 507(a)(7) priority claims; | .90 | 410.00 | 369.00 |
| 8/30/24 | BNB | Review and revise omnibus objection to duplicative proofs of claims; | .30 | 410.00 | 123.00 |
| 8/30/24 | BNB | Review and revise Section 507(a)(7) omnibus claim objection, including completing list of claims exceeding statutory cap; | 1.10 | 410.00 | 451.00 |
| 8/30/24 | BNB | Draft omnibus objection to incomplete proof of claims; | 1.30 | 410.00 | 533.00 |
| 8/30/24 | AEd | Telephone conference with Bradford N. Barnhardt re: plan confirmation and claim objections; | .10 | 610.00 | 61.00 |
| 8/30/24 | AEd | Telephone conferences (2) with Alina N. Mamlyuk re: administrative and priority claim objections; | 1.40 | 610.00 | 854.00 |
| 8/30/24 | AEd | Telephone conferences (2) with Yosina Lissebeck re: administrative and priority claim objections and analysis of same; | 1.90 | 610.00 | 1,159.00 |
| 8/30/24 | AEd | Analyze priority and administrative claims in preparation of objections prior to effective date; | 5.60 | 610.00 | 3,416.00 |
| 8/30/24 | AEd | Review written correspondence from Yosina Lissebeck re: Tax claims and response from Josh Teeple; | .10 | 610.00 | 61.00 |
| 8/30/24 | AEd | Draft written correspondence to Alina N. Mamlyuk re: objection to other administrative claims and review written response; | .10 | 610.00 | 61.00 |
| 9/02/24 | AEd | Review written correspondence from Pam Kraus and written correspondence from Yosina Lissebeck re: Chase secured claim; | .20 | 610.00 | 122.00 |
| 9/03/24 | LM | Conference with Aaron E. de Leest re: priority claims status and objections to same and effective date interpretation in relation to same; | .30 | 540.00 | 162.00 |
| 9/03/24 | ANM | Telephone conference with Aaron E. de Leest re: priority claim objections; | .10 | 500.00 | 50.00 |
| 9/03/24 | ANM | Telephone conference with Jeremy Freedman re: priority claim objections, local bankruptcy rules concerning omnibus objection and deadlines; | .20 | 500.00 | 100.00 |

EXHIBIT 3, PAGE 92

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/03/24 | AEd | Telephone conferences with Richard A. Marshack re: claim objections, partial with Alina N. Mamlyuk and Richard A. Marshack; | .30 | 610.00 | 183.00 |
| 9/03/24 | AEd | Analyze priority claims and other objections and review priority claims in preparation of objections to be filed before effective date of the plan; | 3.40 | 610.00 | 2,074.00 |
| 9/03/24 | AEd | Telephone conference with Alina N. Mamlyuk re: priority claim objections; | .10 | 610.00 | 61.00 |
| 9/03/24 | AEd | Review written correspondence from Bradford N. Barnhardt re: priority claim objections; | .10 | 610.00 | 61.00 |
| 9/03/24 | AEd | Draft written correspondence to Yosina Lissebeck re: United Global Research Group claim and review written response; | .10 | 610.00 | 61.00 |
| 9/03/24 | AEd | Draft written correspondence to Yosina Lissebeck re: priority claim objections; | .10 | 610.00 | 61.00 |
| 9/04/24 | ANM | Telephone conference with Jeremy Freedman about Local Bankruptcy Rule 3007 and its relevance to the omnibus objection to be drafted; | .10 | 500.00 | 50.00 |
| 9/04/24 | AEd | Telephone conference with Yosina Lissebeck re: claim objections; | .50 | 610.00 | 305.00 |
| 9/04/24 | AEd | Review and analyze claims for priority claim objections; | 2.90 | 610.00 | 1,769.00 |
| 9/04/24 | AEd | Review written correspondence from Bradford N. Barnhardt re: 507(a)(7) priority claim omnibus objection and duplicate claim objection and review early drafts of each objection; | .90 | 610.00 | 549.00 |
| 9/04/24 | AEd | Conduct research for priority claim objections; | .60 | 610.00 | 366.00 |
| 9/04/24 | AEd | Review written correspondence from Pam Kraus re: non-employees that made priority claims; | .20 | 610.00 | 122.00 |
| 9/04/24 | AEd | Review written correspondence from Yosina Lissebeck re: Priority and Other Claims Objections being handled by special counsel; | .10 | 610.00 | 61.00 |
| 9/05/24 | DEH | Telephone conference with Aaron E. de Leest re: objections to priority claims (.30); Telephone conference with Richard A. Marshack re: same (.20); | .50 | 740.00 | 370.00 |
| 9/05/24 | DEH | Written correspondence with Aaron E. de Leest and Bradford N. Barnhardt re: objections to priority claims; | .20 | 740.00 | 148.00 |
| 9/05/24 | AEd | Leave voicemail for Yosina Lissebeck re: claim objections; | .10 | 610.00 | 61.00 |
| 9/05/24 | AEd | Telephone conference with D. Edward Hays re: claims review and claim objections and strategy re: same; | .30 | 610.00 | 183.00 |

EXHIBIT 3, PAGE 93

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/05/24 | AEd | Draft detailed written correspondence to Bradford N. Barnhardt and D. Edward Hays re: 507(a)(4) and (a)(7) priority claims and claim objections and review response from D. Edward Hays; | 1.40 | 610.00 | 854.00 |
| 9/05/24 | AEd | Complete and revise draft of objection to priority and administrative claims of Olga Esquivel and draft declarations and request for judicial notice; | 3.30 | 610.00 | 2,013.00 |
| 9/05/24 | AEd | Review and analyze priority claims for claim objections; | 1.60 | 610.00 | 976.00 |
| 9/06/24 | ANM | Telephone conference with Richard A. Marshack re: admin claimant Alteryx's settlement offer; | .30 | 500.00 | 150.00 |
| 9/11/24 | DEH | Written correspondence with Richard A. Marshack, Yosina Lissebeck, and Alina N. Mamlyuk re: electing district court in appeals of orders denying motions for administrative claims; | .20 | 740.00 | 148.00 |
| 9/11/24 | DEH | Telephone conference with Aaron E. de Leest re: effective date payments (.30); Telephone conference with Nick Koffroth and Keith Owens re: same and Trustee's and U.S. Trustee's requested extension of time to respond to fee applications (.20); | .50 | 740.00 | 370.00 |
| 9/11/24 | CVH | E-mails with Tyler Powell re: claim objections (.20); | .20 | 600.00 | 120.00 |
| 9/11/24 | BNB | Written correspondence with Layla Buchanan re: finalizing Section 507(a)(7) omnibus objection; | .40 | 410.00 | 164.00 |
| 9/11/24 | BNB | Review list of priority claims for duplicates for omnibus claim objection; | 1.20 | 410.00 | 492.00 |
| 9/11/24 | BNB | Draft e-mail to Kathy MacDonald re: inquires about proof of claim nos. 1791 and 1797 to investigate potential objections; | .30 | 410.00 | 123.00 |
| 9/11/24 | BNB | Conference with Aaron E. de Leest re: claim objections; | .10 | 410.00 | 41.00 |
| 9/11/24 | AEd | Review written correspondence from Anthem's counsel re: Effective Date payment and respond and draft written correspondence to Pam Kraus re: same and review responses; | .30 | 610.00 | 183.00 |
| 9/11/24 | AEd | Review priority and administrative tax claims and analyze same and draft written correspondence to D. Edward Hays, Richard A. Marshack, special counsel and committee counsel re: analysis; | 3.80 | 610.00 | 2,318.00 |
| 9/11/24 | AEd | Telephone conference with D. Edward Hays re: priority and administrative tax claims; | .30 | 610.00 | 183.00 |
| 9/11/24 | AEd | Conference with Bradford N. Barnhardt re: claim objections; | .10 | 610.00 | 61.00 |
| 9/11/24 | AEd | Review priority claim of Patricia Hernandez and draft written correspondence to Bradford N. Barnhardt re: including claim in omnibus objection to priority wage claims; | .30 | 610.00 | 183.00 |
| 9/11/24 | AEd | Review written correspondence from Richard A. Marshack re: Texas Controller claim and respond; | .10 | 610.00 | 61.00 |

EXHIBIT 3, PAGE 94

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/12/24 | BNB | Telephone conference with Aaron E. de Leest re: steps to finalize various priority claim objections; | .50 | 410.00 | 205.00 |
| 9/12/24 | BNB | Send e-mail to Kathy MacDonald re: inquires about proof of claim nos. 1791 and 1797 to investigate potential objections; | .10 | 410.00 | 41.00 |
| 9/12/24 | BNB | Written correspondence with Omni Agent Solutions re: accessing priority claims not on claims register; | .10 | 410.00 | 41.00 |
| 9/12/24 | BNB | Draft omnibus objection to claims exceeding Section 507(a)(4) statutory cap; | 2.40 | 410.00 | 984.00 |
| 9/12/24 | BNB | Draft omnibus objection to Section 507(a)(4) priority claims of non-employees; | 3.20 | 410.00 | 1,312.00 |
| 9/12/24 | AEd | Telephone conference with Bradford N. Barnhardt re: steps to finalize various priority claim objections; | .50 | 610.00 | 305.00 |
| 9/12/24 | AEd | Review written correspondence from Bradford N. Barnhardt re: Kathy MacDonald claims; | .10 | 610.00 | 61.00 |
| 9/12/24 | AEd | Review written correspondence from Dimple Mehra re: priority tax claims and draft written response; | .20 | 610.00 | 122.00 |
| 9/12/24 | AEd | Review written correspondence from Josh Teeple and Yosina Lissebeck re: priority tax claims; | .10 | 610.00 | 61.00 |
| 9/12/24 | AEd | Review written correspondence from Bradford N. Barnhardt re: 507(a)(4) non-employee objection and respond; | .20 | 610.00 | 122.00 |
| 9/13/24 | DEH | Review amended claim filed Illinois (.10); Written correspondence with Aaron E. de Leest re: same (.10); | .20 | 740.00 | 148.00 |
| 9/13/24 | LB | Review and redact claims for claim objections re: non employees and exceeding statutory cap; | .80 | 340.00 | 272.00 |
| 9/13/24 | BNB | Attempt to call and leave voicemail for Kathy MacDonald re: inquiries about her proof of claims; | .10 | 410.00 | 41.00 |
| 9/13/24 | BNB | Telephone conference with Layla Buchanan re: login information for Omni Share Vault for claims analysis; | .10 | 410.00 | 41.00 |
| 9/13/24 | BNB | Telephone conference with Layla Buchanan re: preparing table for omnibus Section 507(a)(7) objection; | .10 | 410.00 | 41.00 |
| 9/13/24 | BNB | Second attempt to call Kathy MacDonald re: inquiries about her proof of claims; | .10 | 410.00 | 41.00 |
| 9/13/24 | BNB | Written correspondence with Omni re: status of priority claims not on claims register for review; | .10 | 410.00 | 41.00 |
| 9/13/24 | BNB | Finish drafting objection to Section 507(a)(4) claims exceeding statutory cap; | .40 | 410.00 | 164.00 |

EXHIBIT 3, PAGE 95

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/13/24 | BNB | Finish drafting objection to Section 507(a)(4) claims of non-employees; | .80 | 410.00 | 328.00 |
| 9/13/24 | BNB | Complete omnibus objection to duplicative proof of claims; | 1.70 | 410.00 | 697.00 |
| 9/13/24 | AEd | Review Objection to Claim of Unified Global Research Group; | .30 | 610.00 | 183.00 |
| 9/13/24 | AEd | Review written correspondence from D. Edward Hays re: Illinois Department of Employment Security priority claim, review same, and draft written response; | .40 | 610.00 | 244.00 |
| 9/13/24 | AEd | Begin reviewing priority tax claims; | 1.50 | 610.00 | 915.00 |
| 9/13/24 | AEd | Review written correspondence from Bradford N. Barnhardt re: 507(a)(4) objections; | .10 | 610.00 | 61.00 |
| 9/13/24 | AEd | Draft written correspondence to Alina N. Mamlyuk re: administrative omnibus claim objections and review written responses; | .20 | 610.00 | 122.00 |
| 9/13/24 | AEd | Draft written correspondence to Layla Buchanan re: priority claim objections; | .10 | 610.00 | 61.00 |
| 9/16/24 | LB | Review and revise omnibus objection to Section 507(a)(4) Claims Exceeding Statutory Cap; | .50 | 340.00 | 170.00 |
| 9/16/24 | LB | Review and revise omnibus objection to Section 507(a)(4) Claims of Non-Employees; | .80 | 340.00 | 272.00 |
| 9/16/24 | LB | Review and revise omnibus objection to Priority Section 507(a)(7) claims; | 1.80 | 340.00 | 612.00 |
| 9/16/24 | LB | Review and revise evidence in support of objections to claims; | 1.90 | 340.00 | 646.00 |
| 9/16/24 | LB | Telephone conference with Layla Buchanan re: claim objections; | .10 | 340.00 | 34.00 |
| 9/16/24 | BNB | Telephone conference with Aaron E. de Leest re: finalizing omnibus claim objections and objections to Section 503(b)(9) claims; | .30 | 410.00 | 123.00 |
| 9/16/24 | BNB | Telephone conference with Layla Buchanan re: finalizing omnibus claim objections and treatment of exhibits; | .10 | 410.00 | 41.00 |
| 9/16/24 | BNB | Written correspondence with Layla Buchanan re: redacting confidential information from omnibus claim objections; | .10 | 410.00 | 41.00 |
| 9/16/24 | BNB | Telephone conference with Layla Buchanan re: list of Section 507(a)(7) claims; | .10 | 410.00 | 41.00 |
| 9/16/24 | BNB | Telephone conference with Aaron E. de Leest re: finalizing claim objections including tables of claims and footnote re: duplicative claims; | .20 | 410.00 | 82.00 |
| 9/16/24 | BNB | Telephone conference with Layla Buchanan re: potential claim objections based on lack of documentation; | .10 | 410.00 | 41.00 |

EXHIBIT 3, PAGE 96

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/16/24 | BNB | Finalize Section 507(a)(7) claim objection, including final review of potentially objectionable proof of claims; | .80 | 410.00 | 328.00 |
| 9/16/24 | BNB | Finalize objection to duplicative proof of claims; | .20 | 410.00 | 82.00 |
| 9/16/24 | BNB | Written correspondence with Kathy MacDonald (priority claimant) re: request that she call me to discuss her claims; | .10 | 410.00 | 41.00 |
| 9/16/24 | BNB | Finalize objection to Section 507(a)(4) claims exceeding statutory cap; | .10 | 410.00 | 41.00 |
| 9/16/24 | BNB | Review Aaron E. de Leest's revisions to motion to deny priority wage claims of non-employees of the debtor; | .10 | 410.00 | 41.00 |
| 9/16/24 | ANM | Drafting omnibus objection to wrongfully labeled administrative claims; | 1.40 | 500.00 | 700.00 |
| 9/16/24 | ANM | Drafting omnibus objection to incorrectly designated administrative claims; | .50 | 500.00 | 250.00 |
| 9/16/24 | ANM | Telephone conference with Aaron E. de Leest re: omnibus objection to claims incorrectly designated as administrative claims; | .10 | 500.00 | 50.00 |
| 9/16/24 | ANM | Telephone conferences (2) with Aaron E. de Leest re: omnibus administrative claim objections; | .30 | 500.00 | 150.00 |
| 9/16/24 | AEd | Draft written correspondence to Alina Malmyuk,Bradford N. Barnhardt, and Layla Buchanan re: claim objections; | .30 | 610.00 | 183.00 |
| 9/16/24 | AEd | Telephone conferences (2) with Bradford N. Barnhardt re: priority claim objections; | .50 | 610.00 | 305.00 |
| 9/16/24 | AEd | Review priority claim objection status and chart of claim objections; | .40 | 610.00 | 244.00 |
| 9/16/24 | AEd | Telephone conferences (2) with Alina N. Mamlyuk re: omnibus administrative claim objections; | .30 | 610.00 | 183.00 |
| 9/16/24 | AEd | Telephone conferences (multiple) with Layla Buchanan re: priority claim objections; | .50 | 610.00 | 305.00 |
| 9/16/24 | AEd | Review 507(a)(4), 507(a)(7) and duplicate priority claim objections and draft written correspondence to Bradford N. Barnhardt re: revisions to objections and finalizing same; | 1.90 | 610.00 | 1,159.00 |
| 9/16/24 | AEd | Review written correspondence from Pam Kraus re: timing of effective date payments, review plan and draft detailed response; | .50 | 610.00 | 305.00 |
| 9/16/24 | AEd | Review priority tax and administrative claims and analyze same; | 2.40 | 610.00 | 1,464.00 |
| 9/16/24 | AEd | Review written correspondence from Bradford N. Barnhardt re: priority claim objections and draft written response; | .20 | 610.00 | 122.00 |
| 9/16/24 | AEd | Draft written correspondence to Layla Buchanan re: priority claim objections and review written responses; | .10 | 610.00 | 61.00 |

EXHIBIT 3, PAGE 97

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/16/24 | AEd | Draft written correspondence to Alina N. Mamlyuk re: omnibus administrative claim objection; | .10 | 610.00 | 61.00 |
| 9/16/24 | AEd | Review local bankruptcy rules and central guide re: omnibus claim requirements and procedures and court's procedures and draft written correspondence to Layla Buchanan; | .50 | 610.00 | 305.00 |
| 9/16/24 | AEd | Review written correspondence from Bradford N. Barnhardt re: redacting personal information from proofs of claims used in objections; | .10 | 610.00 | 61.00 |
| 9/16/24 | AEd | Review written correspondence from Alina N. Mamlyuk re: omnibus claim objection and omnibus claim objection procedures; | .10 | 610.00 | 61.00 |
| 9/16/24 | AEd | Review written correspondence from Bradford N. Barnhardt re: MacDonald claim; | .10 | 610.00 | 61.00 |
| 9/16/24 | AEd | Review written correspondence from Yosina Lissebeck re: priority claim objections and respond; | .10 | 610.00 | 61.00 |
| 9/17/24 | DEH | Telephone conference with Layla Buchanan re: court in which to file elections to proceed in district court re: three appeals of orders denying motions for allowance of administrative claims; | .20 | 740.00 | 148.00 |
| 9/17/24 | DEH | Review and revise statements of election to proceed in district courts on appeals; | .20 | 740.00 | 148.00 |
| 9/17/24 | DEH | Research re: FRBP 8005, 28 U.S.C. § 158, BAP litigants manual, and BAP local rules re: where to file appellee's statement of election (.30); Written correspondence with Alina N. Mamlyuk, Aaron E. de Leest, and Bradford N. Barnhardt re: same (.20); | .50 | 740.00 | 370.00 |
| 9/17/24 | LB | Review and revise claim objection to Olga Lucia Esquival (.60); Review and prepare evidence in support of same (.40); | 1.00 | 340.00 | 340.00 |
| 9/17/24 | LB | Draft notice of withdrawal of claim filed by Goldman Sachs/Kathy MacDonald; | .30 | 340.00 | 102.00 |
| 9/17/24 | LB | Review and preparation of claims in support of objection to duplicative priority proofs of claim; | 1.20 | 340.00 | 408.00 |
| 9/17/24 | BNB | Finalize objection to proof of claims filed by non-employees of the Debtor; | .50 | 410.00 | 205.00 |
| 9/17/24 | BNB | Telephone conference with Kathy MacDonald re: questions about her two proofs of claims (.10); Written correspondence with Aaron E. de Leest re: recap of call and how to resolve her claims (.10); | .20 | 410.00 | 82.00 |
| 9/17/24 | BNB | Written correspondence with Aaron E. de Leest re: inclusion of Celso Leanos's claim in duplicate claim objection; | .10 | 410.00 | 41.00 |

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/17/24 | BNB | Review notice of withdrawal of proof of claim no. 1791 filed by Kathy MacDonald on behalf of Goldman Sachs, and circulate notice to Kathy MacDonald for her review and execution; | .30 | 410.00 | 123.00 |
| 9/17/24 | BNB | Circulate updated omnibus claim objections for final review, including final revisions to objections per instructions by Aaron E. de Leest; | .50 | 410.00 | 205.00 |
| 9/17/24 | AEd | Telephone conference with Yosina Lissebeck re: priority claim objections; | .60 | 610.00 | 366.00 |
| 9/17/24 | AEd | Review priority claim objections; | 1.20 | 610.00 | 732.00 |
| 9/17/24 | AEd | Review withdrawal of MacDonald/Goldman Sachs claim; | .20 | 610.00 | 122.00 |
| 9/17/24 | AEd | Review priority tax and administrative tax claims; | 2.80 | 610.00 | 1,708.00 |
| 9/17/24 | AEd | Draft written correspondence to Bradford N. Barnhardt and D. Edward Hays re: duplicate priority claim of Celso Leanos and review written responses; | .30 | 610.00 | 183.00 |
| 9/17/24 | AEd | Review written correspondence from Bradford N. Barnhardt re: MacDonald duplicate claims and draft written responses; | .30 | 610.00 | 183.00 |
| 9/17/24 | AEd | Draft detailed written correspondence to Pam Kraus re: effective date priority claim payments; | .70 | 610.00 | 427.00 |
| 9/17/24 | AEd | Review written correspondence from Bradford N. Barnhardt re: priority claim objections and briefly review revised objections and respond to Bradford N. Barnhardt re: same; | .40 | 610.00 | 244.00 |
| 9/17/24 | AEd | Review and update objection to claims of Olga Esquivel and draft written correspondence to D. Edward Hays re: same; | .40 | 610.00 | 244.00 |
| 9/17/24 | AEd | Review administrative expense chart and written correspondence form Yosina Lissebeck and draft written correspondence to Pam Kraus re: same with instructions for payment of allowed administrative claims; | .30 | 610.00 | 183.00 |
| 9/18/24 | LB | Review and revise omnibus objections to claims improperly designated as administrative claims; | .90 | 340.00 | 306.00 |
| 9/18/24 | LB | Conference with Kail Antonio re: preparation of claims in support of objection to alleged 11 U.S.C. Section 507(a)(4) priority claims that exceed statutory cap; | .20 | 340.00 | 68.00 |
| 9/18/24 | ANM | Drafting Omnibus Objection to Improperly Designated Administrative Claims; | 3.10 | 500.00 | 1,550.00 |
| 9/18/24 | ANM | Drafting Omnibus Objection to 70 improperly Designated Administrative Claims; | 1.70 | 500.00 | 850.00 |

EXHIBIT 3, PAGE 99

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee                                        November 8, 2024
Client-Matter# 1015-157                                          Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/18/24 | AEd | Review written correspondence from Alina N. Mamlyuk re: omnibus administrative claim objection and review draft objection and draft written response; | .80 | 610.00 | 488.00 |
| 9/18/24 | AEd | Review tax claims and confirmation notice service list and draft written correspondence to Yosina Lissebeck re: same; | .90 | 610.00 | 549.00 |
| 9/18/24 | AEd | Review letter from Alaska Legal Services re: Lynn Jackson; | .20 | 610.00 | 122.00 |
| 9/18/24 | AEd | Review written correspondence from Layla Buchanan re: claim objections and redacting personal information on claims attached to same; | .10 | 610.00 | 61.00 |
| 9/18/24 | AEd | Review written correspondence from Yosina Lissebeck re: tax claim and notice issues and draft written responses; | .30 | 610.00 | 183.00 |
| 9/18/24 | AEd | Review written correspondence from Pam Kraus re: priority and admin claim distributions, review ledger report re: same, and draft written response; | .40 | 610.00 | 244.00 |
| 9/18/24 | AEd | Review status of pending priority and administrative claim objections and review chart re: same and confirm objections include the identified priority and administrative claims requiring an objection; | .80 | 610.00 | 488.00 |
| 9/18/24 | SMP | Obtain proof of claims and prepare for attachment as exhibits 1-70 in support of Omnibus objection to claims improperly designated as administrative claims (5.10); | 5.10 | 340.00 | 1,734.00 |
| 9/19/24 | DEH | Telephone conference with Layla Buchanan re: objections to claims; | .20 | 740.00 | 148.00 |
| 9/19/24 | DEH | Review and revise objection to priority employee wage claims filed by non-employees (.70); Telephone conference with Layla Buchanan re: same (.20); | .90 | 740.00 | 666.00 |
| 9/19/24 | LB | Conference with D. Edward Hays re: preparation of claim objections; | .20 | 340.00 | 68.00 |
| 9/19/24 | ANM | Drafting Objection to 70 Improperly Designated Administrative Claims; | 1.20 | 500.00 | 600.00 |
| 9/19/24 | AEd | Telephone conference with Alina N. Mamlyuk re: omnibus administrative claim objection; | .10 | 610.00 | 61.00 |
| 9/19/24 | AEd | Review and update objection to priority claims of Esquivel and draft written correspondence to Layla Buchanan re: same; | .60 | 610.00 | 366.00 |
| 9/19/24 | AEd | Draft written correspondence to Alina N. Mamlyuk re: omnibus administrative claim objection; | .10 | 610.00 | 61.00 |
| 9/19/24 | AEd | Review written correspondence form Layla Buchanan re: hearing date for omnibus claim objections and finalizing objections; | .20 | 610.00 | 122.00 |

EXHIBIT 3, PAGE 100

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/19/24 | SMP | Continued review and preparation of exhibits 1-70 in support of omnibus objection to claims improperly designated as administrative claims (2.70); | 2.70 | 340.00 | 918.00 |
| 9/20/24 | DEH | Review and revise objection to duplicate claims; | .70 | 740.00 | 518.00 |
| 9/20/24 | DEH | Review and revise objection to priority deposit claims that exceed statutory cap; | .50 | 740.00 | 370.00 |
| 9/20/24 | DEH | Review and revise objection to wage claims that exceed the statutory cap; | .50 | 740.00 | 370.00 |
| 9/20/24 | DEH | Review and revise objection to claim filed by Olga Esquivel; | .50 | 740.00 | 370.00 |
| 9/20/24 | DEH | Review and revise objection to 70 proofs of claim asserting administrative priority (.50); Telephone conference with Aaron E. de Leest re: same (.20); | .70 | 740.00 | 518.00 |
| 9/20/24 | DEH | Telephone conference with Richard A. Marshack re: objections to claims; | .30 | 740.00 | 222.00 |
| 9/20/24 | DEH | Telephone conference with Aaron E. de Leest re: objections to multiple omnibus objections to claims; | .20 | 740.00 | 148.00 |
| 9/20/24 | DEH | Telephone conference with Layla Buchanan re: multiple omnibus objections to claims; | .20 | 740.00 | 148.00 |
| 9/20/24 | LB | Review and revise omnibus claim objection to 507(a)(4) priority wage benefit claims filed by non-employees (.40); Review and revise omnibus claim objection to duplicative priority proofs of claim (.80);  Review and revise omnibus objection to alleged 11 U.S.C. Section 507(a)(7) priority claims that exceed statutory cap (2.20); Review and revise omnibus objection to alleged 11 U.S.C. Section 507(a)(4) Priority Claims that Exceed Statutory Cap (.40); Multiple calls with Aaron E. de Leest re: revisions to claim objections (.30); | 4.10 | 340.00 | 1,394.00 |
| 9/20/24 | LB | Review and finalize omnibus claim objection to 507(a)(4) priority wage benefit claims filed by non-employees (.30); Review and finalize omnibus objection to alleged 11 U.S.C. Section 507(a)(7) priority claims that exceed statutory cap (.30); Review and finalize omnibus objection to alleged 11 U.S.C. Section 507(a)(4) Priority Claims that Exceed Statutory Cap (.30); | .90 | 340.00 | 306.00 |
| 9/20/24 | LB | Review and revise objection to claims filed by Olga Esquivel; | .40 | 340.00 | 136.00 |
| 9/20/24 | LB | Review and finalize objections to claims filed by Olga Esquivel (.20); Review, and finalize omnibus claim objection to duplicative priority proofs of claim (.80); Review and finalize omnibus objection to proofs of claim filed for alleged administrative claims (3.40); | 4.40 | 340.00 | 1,496.00 |

EXHIBIT 3, PAGE 101

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/20/24 | CB | Finalize motion re: objection to claim number 19, 1886, 2481, 1648, 100678, 1696, Brittany Weston, Gabrielle Bossley, Gabrielle Bossley, Jolanta Ramirez, Patricia PatriciaFlorez Hernandez and Victoria Dang; | .50 | 340.00 | 170.00 |
| 9/20/24 | CB | Finalize Motion RE: Objection to Claim Number by Claimant 71, 83, 96, 1887, 2098 and 2104 by Jennifer Ann McLaughlin, Carl Oswald Wuestenhube, R. Reed Pruyn, Vincent Jackson, Kelly J. Adams and Ashley Lambert Bland; | .50 | 340.00 | 170.00 |
| 9/20/24 | CB | Finalize Motion RE: Objection to Claim Number by Claimant 1944, 2041, 251, 101288, 100039, 100845, 68, 100346, 1965, 657, 1487, 102309, 102, 690, 100686, 1323, 1515, 399,100570, 2150, 2181, 100313, 1149, 2011 and 1985 Adrieon Bister, Adrieon Bister, Alexis Lynnette Johnson, Anita L. Coots, Anne Estergren, Barbara Cochran, Bonita MarieScott, Cameron David Nash, Cameron David Nash, Caranella Davis Johnson, Cecilia P. Rodriguez, Denis R Hutchinson, Dennis Theriault, Devyn Schneider, Duane HarperJr., Jennifer Frazer, John or Rhonda McGuire, John Silverman, Robert S. Butler, Ronald Alan Molinario, Salif Quedraogo, Sarah Adelman, Sheriba Jackson, TatiyanaAltecor and Tatiyana Altecord; | .50 | 340.00 | 170.00 |
| 9/20/24 | CB | Finalize Motion RE: Objection to Claim Number by Claimant 94,95,175,443,1221,1933,2035,2219, 100111, 100126, 100127, 100286, 100359, and 101298; | .50 | 340.00 | 170.00 |
| 9/20/24 | BNB | Telephone conference with Aaron E. de Leest re: revisions to omnibus claim objections to add additional exhibits and supporting declarations; | .20 | 410.00 | 82.00 |
| 9/20/24 | BNB | Telephone conference with Layla Buchanan re: adding superseding claims to omnibus duplicate claim objection; | .10 | 410.00 | 41.00 |
| 9/20/24 | BNB | Second telephone conference with Layla Buchanan re: adding superseding claims to duplicate claim objection; | .10 | 410.00 | 41.00 |
| 9/20/24 | BNB | Telephone conference with Aaron E. de Leest re: D. Edward Hays's review of omnibus claim objections and final revisions; | .10 | 410.00 | 41.00 |
| 9/20/24 | BNB | Update declaration in support of non-employee omnibus claim objection to comply with local rules; | .20 | 410.00 | 82.00 |
| 9/20/24 | BNB | Update omnibus objection to Section 507(a)(4) claims exceeding statutory cap to comply with local rules; | .20 | 410.00 | 82.00 |
| 9/20/24 | BNB | Update omnibus objection to Section 507(a)(7) claims to comply with local rules; | .10 | 410.00 | 41.00 |
| 9/20/24 | BNB | Update objection in support of duplicative claims objection to comply with local rules; | .10 | 410.00 | 41.00 |
| 9/20/24 | BNB | Final review of duplicate claims objection; | .30 | 410.00 | 123.00 |

68

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/20/24 | BNB | Review final non-employee claim objection to approve filing; | .30 | 410.00 | 123.00 |
| 9/20/24 | BNB | Written correspondence with D. Edward Hays re: duplicate claim omnibus objection; | .10 | 410.00 | 41.00 |
| 9/20/24 | BNB | Telephone conference with Layla Buchanan re: service of omnibus claim objection to duplicative claims on Affirma; | .10 | 410.00 | 41.00 |
| 9/20/24 | ANM | Drafting objections to 70 improperly designated administrative claims; | 1.90 | 500.00 | 950.00 |
| 9/20/24 | ANM | Drafting objections to 70 improperly designated administrative claims; | 2.90 | 500.00 | 1,450.00 |
| 9/20/24 | AEd | Review and revise omnibus administrative claims objection; | 2.40 | 610.00 | 1,464.00 |
| 9/20/24 | AEd | Telephone conferences with Alina Malymuk re: administrative claims objection; | .90 | 610.00 | 549.00 |
| 9/20/24 | AEd | Telephone conferences with D. Edward Hays re: claim objections; | .20 | 610.00 | 122.00 |
| 9/20/24 | AEd | Telephone conference with Bradford N. Barnhardt re: priority claim objections; | .20 | 610.00 | 122.00 |
| 9/20/24 | AEd | Telephone conference with Bradford N. Barnhardt re: D. Edward Hays's review of omnibus claim objections and final revisions; | .10 | 610.00 | 61.00 |
| 9/20/24 | AEd | Telephone conferences (multiple) with Layla Buchanan re: claim objections; | .50 | 610.00 | 305.00 |
| 9/20/24 | AEd | Review written correspondence from Ron Brown re: SDCO admin claim and review and draft written response; | .20 | 610.00 | 122.00 |
| 9/20/24 | AEd | Review objection to 507(a)(7) Priority Claims prior to filing; | .20 | 610.00 | 122.00 |
| 9/20/24 | AEd | Conduct final review of Objection to 507(a)(4) claims Exceeding Statutory Cap and draft written correspondence to Layla Buchanan re: same; | .10 | 610.00 | 61.00 |
| 9/20/24 | AEd | Draft written correspondence to Richard A. Marshack re: objection to Esquival claims and declaration in support and review response; | .20 | 610.00 | 122.00 |
| 9/20/24 | AEd | Final review of duplicative claim objection; | .10 | 610.00 | 61.00 |
| 9/20/24 | AEd | Review written correspondence from Layla Buchanan re: priority claim objections and omnibus objections to claims (multiple) and respond; | .30 | 610.00 | 183.00 |
| 9/20/24 | AEd | Review written correspondence from Alina N. Mamlyuk re: stipulation with Melissa Wilkes; | .20 | 610.00 | 122.00 |
| 9/20/24 | AEd | Review final draft of Objection to Section 507(a)(4) Claims prior to filing; | .20 | 610.00 | 122.00 |

EXHIBIT 3, PAGE 103

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee                                    November 8, 2024
Client-Matter# 1015-157                                      Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/20/24 | SMP | Review and revise judicial notice in support of omnibus objection to claims improperly designated as administrative claims (1.30); | 1.30 | 340.00 | 442.00 |
| 9/20/24 | SMP | Review and revise omnibus objection to duplicative proofs of claims; review claims and prepare exhibits in support of omnibus objection to duplicative proofs of claims; | 2.10 | 340.00 | 714.00 |
| 9/23/24 | LB | Review claims for omnibus objection to claims exceeding statutory cap Section 507(a)(4), claims of non-employees 507(a)(4), and alleged Section 507(a)(7) priority claims; | .90 | 340.00 | 306.00 |
| 9/23/24 | LB | Review claims related to objection to duplicate claims; | .40 | 340.00 | 136.00 |
| 9/23/24 | AEd | Draft written correspondence to Bradford N. Barnhardt re: claim objections and request for judicial notice; | .10 | 610.00 | 61.00 |
| 9/23/24 | SMP | Review claims and prepare exhibits in support of omnibus objection to duplicative claims; | 2.50 | 340.00 | 850.00 |
| | | **Sub-Total Fees:** | **202.10** | | **$ 105,140.00** |

### 7 Fee/Employment Applications

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/01/24 | LM | Review and revise fee application; | 8.00 | 540.00 | 4,320.00 |
| 8/01/24 | BNB | Written correspondence with accounting re: submission of July time; | .10 | 410.00 | 41.00 |
| 8/01/24 | DND | Telephone conference with Laila Masud re: subcategories for claims - administrative, secured, avoidance actions; | .20 | 360.00 | 72.00 |
| 8/02/24 | LM | Review and revise first interim application for fees and costs; | 1.50 | 540.00 | 810.00 |
| 8/02/24 | LM | Written correspondences (x4) with Christopher Celentino, Richard A. Marshack, Nancy Rapoport re: fee examiner stipulation (.20); Telephone conference with Richard A. Marshack re: same (.10); Telephone conference with Nancy Rapoport re: same (.10); Telephone conference with Richard A. Marshack re: same (.10); | .50 | 540.00 | 270.00 |
| 8/02/24 | DND | Review e-mail correspondence from accounting re: subcategories for avoidance actions; | .10 | 360.00 | 36.00 |
| 8/05/24 | DEH | Telephone conference with Laila Masud re: fee application (.20); Telephone conference with accounting re: same (.10); | .30 | 740.00 | 222.00 |
| 8/05/24 | CM | Telephone conference with accounting re: final invoice and chart in support of interim fee application; | .10 | 340.00 | 34.00 |

EXHIBIT 3, PAGE 104

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/05/24 | CVH | Review, analyze, and highlight billing entries to adhere to Trustee guidelines and to prepare to draft summary (.60); Draft and revise summary for fee application (.50); E-mails with Laila Masud re: same (.20); | 1.30 | 600.00 | 780.00 |
| 8/05/24 | LM | Telephone conference with D. Edward Hays re: status of fee application (.10); Telephone conference with accounting clerk re: same (.10); Telephone conference with accounts payable manager re: same (.10); Written correspondence with Chad V. Haes re: summary for fee application re: avoidance actions (.10); Written correspondence with Kristine Thagard and Bradford N. Barnhardt re: same (.10); Written correspondences with accounting department re: further revisions to category 15 (.20); | .70 | 540.00 | 378.00 |
| 8/05/24 | LM | Draft, revise and supplement first interim application for fees and costs; | 3.40 | 540.00 | 1,836.00 |
| 8/06/24 | LM | Conference with accounting department re: fee application status (.20); Conference with Cynthia Bastida re: filing of same (.10); | .30 | 540.00 | 162.00 |
| 8/06/24 | LM | Review and revise first interim application for fees and costs (2.90); Draft written correspondence to D. Edward Hays re: same (.10); Telephone conference with D. Edward Hays re: same (.10); | 3.10 | 540.00 | 1,674.00 |
| 8/06/24 | BNB | Written correspondence with Laila Masud, Kristine A. Thagard, and Chad V. Haes re: description of services for Marshack Hays Wood fee application; | .10 | 410.00 | 41.00 |
| 8/07/24 | DEH | Written correspondence with Richard A. Marshack re: application to appoint fee examiner; | .30 | 740.00 | 222.00 |
| 8/07/24 | DEH | Telephone conference with Laila Masud re: first interim fee application; | .20 | 740.00 | 148.00 |
| 8/07/24 | DEH | Review entered order as modified by court appointing fee examiner (.20); Telephone conference with Richard A. Marshack re: same (.10); | .30 | 740.00 | 222.00 |
| 8/07/24 | DEH | Review, revise, and supplement first interim fee application; | 2.80 | 740.00 | 2,072.00 |
| 8/07/24 | DEH | Telephone conference with Laila Masud re: fee application (.20); Written correspondence with Pam Kraus re: same and procedures after appointment of fee examiner (.20); | .40 | 740.00 | 296.00 |
| 8/07/24 | DAW | Conference with Trustee re: Committee refusing to agree to the fee examiner; | .20 | 610.00 | 122.00 |
| 8/07/24 | LM | Telephone conference with D. Edward Hays re: status of application for fees and costs and review of same and considerations on same; | .10 | 540.00 | 54.00 |
| 8/08/24 | DEH | Written correspondence with Richard A. Marshack, Christopher Celentino, Yosina Lissebeck and Nancy Rapoport re: fee applications and Trustee compensation; | .20 | 740.00 | 148.00 |

EXHIBIT 3, PAGE 105

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/08/24 | DEH | Telephone conference with Laila Masud and Pam Kraus re: firm and Trustee fee applications and pre-filing review by fee examiner (.40); Telephone conference with Richard A. Marshack, Laila Masud, and Pam Kraus re: same (.60); | 1.00 | 740.00 | 740.00 |
| 8/08/24 | CM | Revise and finalize first interim application for allowance of fees and costs filed by Marshack Hays Wood LLP as general counsel; memorandum of points and authorities; and declaration of D. Edward Hays in support (2.10); Draft e-mail to Laila Masud, D. Edward Hays, Layla Buchanan, Pam Kraus and accounting re: same (.10); | 2.20 | 340.00 | 748.00 |
| 8/08/24 | LM | Telephone conference with D. Edward Hays and Pam Kraus re: fee applications content and billing and interplay of sections 330 and 326 (.50); Telephone conference with Pam Kraus re: same and fee examiner review (.20); Review and revise first interim application for fees and costs (.20); Telephone conference with Richard A. Marshack and Pam Kraus re: same (.10); Telephone conference with Richard A. Marshack, Pam Kraus and D. Edward Hays re: same (.80); Written correspondences (x3) with billing team re: finalization of same (.20); | 2.00 | 540.00 | 1,080.00 |
| 8/08/24 | LM | Review written correspondences (x5) from Nancy Rapoport re: fee examination protocol and correspondences between Richard A. Marshack, D. Edward Hays and other professionals re: same (.20); Draft written correspondence to Aaron E. de Leest re: 330a3 and 326 interplay and research on same (.10); | .30 | 540.00 | 162.00 |
| 8/08/24 | LM | Telephone conference with accounting department re: LEDES file and fee examiner requests; | .30 | 540.00 | 162.00 |
| 8/08/24 | LM | Telephone conference with Aaron E. de Leest re: interplay of 330a3 and 326 and history of interactions with same for first interim application for fees and costs of chapter 11 Trustee; | .20 | 540.00 | 108.00 |
| 8/08/24 | LM | Telephone conference with Bradford N. Barnhardt re: Law360 article and fee applications (No Charge); | .10 | 540.00 | N/C |
| 8/08/24 | LM | Written correspondence with Nancy Rapoport re: fee examination (.20); Written correspondence with Richard A. Marshack re: same (.20); Written correspondence with D. Edward Hays re: same (.20); Telephone conference with accounting department re: costs (.20); Written correspondence with D. Edward Hays re: same (.10); | .90 | 540.00 | 486.00 |
| 8/08/24 | BNB | Telephone conference with Laila Masud re: Law360 article and fee applications (No Charge); | .10 | 410.00 | N/C |
| 8/08/24 | AEd | Telephone conference with with Laila Masud re: interplay of 330(a)(3) and 326 and Trustee's first interim fee application as chapter 11 Trustee; | .20 | 610.00 | 122.00 |
| 8/08/24 | AEd | Review written correspondence from Laila Masud re: Interplay of 330a3 and 326 for Chapter 11 Trustee Fees and research re: same and draft written correspondence in response; | 1.40 | 610.00 | 854.00 |

EXHIBIT 3, PAGE 106

## Marshack Hays Wood LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/14/24 | LM | Telephone conference with D. Edward Hays re: examiner report status (.10); Draft written correspondence to Nancy Rapoport and team re: same (.10); Review written correspondence from Pam Kraus re: interim report by chapter 7 Trustee re: compensation (.10); | .30 | 540.00 | 162.00 |
| 8/15/24 | LM | Review written correspondence from Joseph Tiano re: legaldecoders report status; | .10 | 540.00 | 54.00 |
| 8/15/24 | LM | Draft, revise and supplement Trustee interim report and fee application; | .80 | 540.00 | 432.00 |
| 8/16/24 | DEH | Written correspondence with Paul Deutch and Kim Steverson of Omni re: interim fee application; | .20 | 740.00 | 148.00 |
| 8/16/24 | LM | Review written correspondence from Pam Kraus re: chart and costs for Trustee interim report and application; | .20 | 540.00 | 108.00 |
| 8/16/24 | AEd | Review 327(a) and research re: disinterestedness and draft supplemental disclosure for Marshack Hays Employment Application; | 1.60 | 610.00 | 976.00 |
| 8/19/24 | DEH | Review and revise supplemental disclosure re: Aaron E. de Leest (.30); Written correspondence with Aaron E. de Leest re: same (.10); | .40 | 740.00 | 296.00 |
| 8/19/24 | DEH | Telephone conference with Aaron E. de Leest re: 2014 disclosure and Blue Cross priority claim and response to Blue Cross objection to plan; | .60 | 740.00 | 444.00 |
| 8/19/24 | LB | Review and revise fee application (.20); Conference with Laila Masud re: same (.10); | .30 | 340.00 | 102.00 |
| 8/19/24 | DAW | Review and analyze multiple e-mail correspondence from D. Edward Hays and Aaron E. de Leest re: the supplement to the application to employ; | .20 | 610.00 | 122.00 |
| 8/19/24 | DAW | Further conference with the Trustee re: fee examiner and ongoing negotiations (No Charge); | .20 | 610.00 | N/C |
| 8/20/24 | DEH | Revise and finalize supplemental disclosure re: Aaron E. de Leest joining firm (.10); Written correspondence with Richard A. Marshack and David A. Wood re: same and whether to file or set for hearing (.10); | .20 | 740.00 | 148.00 |
| 8/28/24 | SRH | Conference with Laila Masud re: broker commission for sale of law practice (No Charge); | .10 | 390.00 | N/C |
| 8/29/24 | LM | Telephone conferences (x2) with Alina N. Mamlyuk re: billing inquiries by fee examiner (.20); Telephone conference with Devan De Los Reyes re: same (.10); Telephone conference with Bradford N. Barnhardt re: same (.10); (No Charge) | .40 | 540.00 | N/C |

73

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee                                       November 8, 2024
Client-Matter# 1015-157                                          Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/29/24 | LM | Telephone conference with Richard A. Marshack re: fee examiner results and inquiries and responses to same (.30); Written correspondence with Layla Buchanan re: sending same to Trustee for response (.10); (No Charge) | .40 | 540.00 | N/C |
| 8/29/24 | LM | Telephone conference with Richard A. Marshack and Pam Kraus re: fee examiner reports for professionals and inquiries (.40); Telephone conference with Pam Kraus re: same (.20); (No Charge) | .60 | 540.00 | N/C |
| 8/29/24 | LM | Revise and finalize Trustee application for compensation and reimbursement of costs; | 3.60 | 540.00 | 1,944.00 |
| 8/29/24 | BNB | Telephone conference with Laila Masud re: information needed to respond to fee examiner's inquires on billing entries (No Charge); | .10 | 410.00 | N/C |
| 8/29/24 | BNB | Written correspondence with Laila Masud re: responses to fee examiner's requests for more information (No Charge); | .60 | 410.00 | N/C |
| 8/29/24 | DND | Telephone conference with Laila Masud re: providing explanation for certain billing entries (.10); Review of excel sheet with certain billing entries and provide explanation to same (.50); (No Charge) | .60 | 360.00 | N/C |
| 8/30/24 | DEH | Telephone conference with Laila Masud re: fee examiner's report and requests for further information or clarifications (No Charge); | .40 | 740.00 | N/C |
| 8/30/24 | LM | Telephone conference with Alina N. Mamlyuk re: fee examiner inquiry responses (No Charge); | .10 | 540.00 | N/C |
| 8/30/24 | LM | Written correspondence with Joshua Teeple and Dimple Mehra re: fees of grobstein teeple and inquiries by examiner (No Charge); | .10 | 540.00 | N/C |
| 8/30/24 | LM | Telephone conference with Dimple Mehra re: fee examiner inquiries (.40); Written correspondence with Dimple Mehra and Joshua Teeple re: same (.10); (No Charge) | .50 | 540.00 | N/C |
| 8/30/24 | LM | Telephone conference with Richard A. Marshack re: fee examiner inquiries and responses to same (.20); Written correspondence with Pam Kraus re: same (.10); Telephone conference with D. Edward Hays re: same (.50); Written correspondence with Alina N. Mamlyuk re: same (.10); (No Charge) | .90 | 540.00 | N/C |
| 8/30/24 | LM | Telephone conference with Nancy Rapoport re: fees examination (No Charge); | 1.00 | 540.00 | N/C |
| 8/30/24 | LM | Review and analyze fee examiner inquiries and draft responses to same (No Charge); | 2.30 | 540.00 | N/C |
| 8/30/24 | LM | Written correspondence with Pam Kraus re: fee examiner inquiries (No Charge); | .10 | 540.00 | N/C |
| 8/30/24 | ANM | Drafted and sent two e-mail correspondences to Laila Masud re: external use of my explanations of billing entries for which the fee examiner asked (No Charge); | .10 | 500.00 | N/C |

EXHIBIT 3, PAGE 108

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/02/24 | DEH | Written correspondence with Laila Masud re: fee application and providing Ledes files to Office of the United States Trustee; | .20 | 740.00 | 148.00 |
| 9/03/24 | DEH | Review and revise Trustee's first interim fee application (.60); Telephone conference with Laila Masud re: same (.30); Telephone conference with Laila Masud and Pam Kraus re: same (.20); | 1.10 | 740.00 | 814.00 |
| 9/03/24 | DEH | Revise and finalize firm's first interim fee application; | .50 | 740.00 | 370.00 |
| 9/03/24 | PK | Telephone conferences with D. Edward Hays and Laila Masud re: first interim fee application (.30); Revise fee application (.80); Gather, organize and bates stamp exhibits (.40); E-mails with all professionals re: fees and costs to be included in joint notice of hearing (.30); Draft and revise notice of hearing (.90); | 2.70 | 340.00 | 918.00 |
| 9/03/24 | LM | Telephone conference with Dimple Mehra re: LEDES file to U.S. Trustee and status of filing of application and responses to fee examiner (.20); Written correspondences (x2) with Dimple Mehra re: same (.20); Written correspondence with U.S. Trustee re: omni ledes file (.10); Telephone conference with Pam Kraus re: same (.10); Telephone conference with Pam Kraus re: filing of fee applications and notice of same for 10 plus professionals (.20); | .80 | 540.00 | 432.00 |
| 9/03/24 | LM | Written correspondences with D. Edward Hays re: status of final review of fee applications; | .20 | 540.00 | 108.00 |
| 9/03/24 | LM | Conferences (x2) with accounting department re: billing finalization; | .20 | 540.00 | 108.00 |
| 9/03/24 | LM | Telephone conference with Cynthia Bastida re: fee application filings; | .40 | 540.00 | 216.00 |
| 9/03/24 | LM | Revise and finalize Trustee fee application (.50); Written correspondence with D. Edward Hays re: same (.20); Telephone conference with Pam Kraus re: same (.10); Telephone conference with D. Edward Hays re: same (.70); | 1.50 | 540.00 | 810.00 |
| 9/03/24 | LM | Conference with staff re: Bicher and Associates fee examination inquiries (.20); Telephone conferences (x2) with Lori Ensley re: same (.30); Draft, revise and supplement responses to inquiries posed by fee examiner (1.90); Draft written correspondence to Nancy Rapoport re: same (.10); (No Charge) | 2.50 | 540.00 | N/C |
| 9/03/24 | LM | Draft responses to inquiries by fee examiner for Marshack Hays Wood LLP bill (No Charge); | 1.00 | 540.00 | N/C |
| 9/03/24 | LM | Telephone conference with Pam Kraus re: notice of fee applications and status of finalization of legal authority on applications for Trustee and firm (.50); Conference with accounting clerk re: same and charts (.20); Written correspondence with accounting manger re: same and LEDES file for U.S. Trustee (.10); Written correspondence with U.S. Trustee re: LEDES file for firm (.10); | .90 | 540.00 | 486.00 |

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/04/24 | DEH | Telephone conference with Richard A. Marshack re: filed fee applications and U.S. Trustee's request for Trustee's Ledes files; | .20 | 740.00 | 148.00 |
| 9/04/24 | DEH | Telephone conference with Richard A. Marshack re: reasons for excluding Trustee's billing entries from fee application; | .30 | 740.00 | 222.00 |
| 9/04/24 | LM | Written correspondence with Jaimee at U.S. Trustee office re: LEDES file for Trustee (.10); Written correspondence with D. Edward Hays re: same (.10); | .20 | 540.00 | 108.00 |
| 9/05/24 | LM | Telephone conference with Richard A. Marshack re: U.S. Trustee inquiries re: fees and requests for discounts/reductions; | .20 | 540.00 | 108.00 |
| 9/05/24 | AEd | Review written correspondence from D. Edward Hays re: Khang & Khang LLP final fee application; | .10 | 610.00 | 61.00 |
| 9/06/24 | DEH | Telephone conference with Laila Masud re: responses to inquiries raised by fee examiner; | .20 | 740.00 | 148.00 |
| 9/06/24 | DEH | Review entered order clarifying scope of fee examiner's duties; | .10 | 740.00 | 74.00 |
| 9/06/24 | DAW | Review and analyze multiple e-mail correspondence from the collective re: the pending fee applications and strategy thereto; | .20 | 610.00 | 122.00 |
| 9/06/24 | LM | Telephone conference with D. Edward Hays re: status of response to fee examiner (.10); Draft, revise and finalize responses to fee examiner inquiries for Trustee (3.60); Draft, revise and finalize response to fee examiner inquiries for Marshack Hays Wood LLP (.60); (No Charge) | 4.30 | 540.00 | N/C |
| 9/07/24 | DEH | Written correspondence with Nancy Rapoport re: conclusions of review of firm and Trustee fee applications (No Charge); | .20 | 740.00 | N/C |
| 9/07/24 | DEH | Written correspondence with Richard A. Marshack, Christopher Celentino, and Yosina Lissebeck re: committee's request to continue hearings on fee applications; | .20 | 740.00 | 148.00 |
| 9/08/24 | DEH | Written correspondence with Richard A. Marshack, Christopher Celentino, and Pam Kraus re: producing Trustee's time records to committee counsel in unredacted form; | .20 | 740.00 | 148.00 |
| 9/09/24 | DEH | Written correspondence with Richard A. Marshack and Christopher Celentino re: fee application language for declarations (.20); Review and analyze Christopher Celentino's draft declaration (.10); | .30 | 740.00 | 222.00 |
| 9/09/24 | DEH | Telephone conference with Richard A. Marshack re: final examiner reports, U.S. Trustee requests for reductions or holdbacks, and timing of final fee applications; | .50 | 740.00 | 370.00 |
| 9/09/24 | DAW | Conference with Trustee re: strategy for first interim fee application; | .30 | 610.00 | 183.00 |
| 9/09/24 | LM | Telephone conference with Richard A. Marshack re: Trustee review of fee applications and declaration comments; | .10 | 540.00 | 54.00 |

EXHIBIT 3, PAGE 110

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/10/24 | LM | Telephone conference with D. Edward Hays re: bicher and associates fee examiner inquiries (.10); Telephone conference with Richard A. Marshack re: same (.10); Written correspondence with Nancy Rapoport re: same (.10); Written correspondence with Pam Kraus re: same (.10); (No Charge) | .40 | 540.00 | N/C |
| 9/10/24 | LM | Written correspondences (x10) with D. Edward Hays and Pam Kraus re: committee extension of deadline to review fee applications of Trustee professionals; | .30 | 540.00 | 162.00 |
| 9/10/24 | LM | Telephone conference with Richard A. Marshack re: market rates for bankruptcy professionals (.10); Written correspondence with Kathleen Frederick re: same (.10); Written correspondence with Kathleen Frederick and Richard A. Marshack re: same (.10); | .30 | 540.00 | 162.00 |
| 9/10/24 | LM | Telephone conference with D. Edward Hays re: opposition to Khaang and Khang fee application (.10); Telephone conference with Layla Buchanan re: same (.10); Review and analyze same (.20); Draft, revise and supplement opposition to same (1.90); Written correspondences with Layla Buchanan and D. Edward Hays re: filing of same (1.0) correspondence from Keith Owens re: joinder by committee (.10); | 3.40 | 540.00 | 1,836.00 |
| 9/10/24 | LM | Written correspondence with fee examiner re: filing of final report; | .20 | 540.00 | 108.00 |
| 9/11/24 | LM | Written correspondences with Richard A. Marshack re: declaration and supporting fees of professionals (.10); Written correspondences (x6) with Nancy Rapoport, Richard A. Marshack and Pam Kraus re: professional fees and response to new inquiry and final report (.40); Written correspondences (x) with Pam Kraus re: same (.10); | .60 | 540.00 | 324.00 |
| 9/11/24 | LM | Review written correspondences (x8) from Pam Kraus, D. Edward Hays and Office of the United States Trustee re: In re: Stewart and Nancy Rapoport re: status of examiner reports and extensions to review/response; | .30 | 540.00 | 162.00 |
| 9/12/24 | DAW | Review and analyze multiple e-mail correspondence from the Trustee re: comments on the fee applications; | .20 | 610.00 | 122.00 |
| 9/12/24 | DAW | Review and analyze the Examiner's report (No Charge); | .40 | 610.00 | N/C |
| 9/12/24 | BNB | Review e-mail from Aaron E. de Leest re: drafting motion to extend monitor; | .10 | 410.00 | 41.00 |
| 9/16/24 | LM | Review and analyze Fox Rothschild application for fees and costs re: reasonableness under Section 330(a)(3) with draft of preliminary analysis to Richard A. Marshack and D. Edward Hays (1.30); Telephone conference with D. Edward Hays re: same (.10); | 1.40 | 540.00 | 756.00 |
| 9/18/24 | DEH | Telephone conference with Laila Masud re: K&K oral argument scope and prior hearing on employment application including prior ruling and review of transcripts; | .50 | 740.00 | 370.00 |

EXHIBIT 3, PAGE 111

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/18/24 | DAW | Review and analyze the Fee Examiner's supplement to the fee report (No Charge); | .40 | 610.00 | N/C |
| 9/18/24 | LM | Review and analyze reply filed by Joon Khang in support of first and final fee application of K&K (.10); Written correspondence with D. Edward Hays re: content of same (.10); Draft written correspondence to Queenie Ng and Marilyn Sorenson re: benefit provided in preparation of seven day package and 341 (.10); | .30 | 540.00 | 162.00 |
| 9/18/24 | LM | Telephone conference with D. Edward Hays re: K&K oral argument scope and prior hearing on employment application including prior ruling and review of transcripts; | .50 | 540.00 | 270.00 |
| 9/18/24 | LM | Written correspondences (x5) with Queenie Ng and Marilyn Sorenson re: Khang & Khang fee application; | .20 | 540.00 | 108.00 |
| 9/21/24 | DAW | Review and analyze the Court's tentative on the interim fee applications (.20); Review and respond to multiple correspondence rom Trustee and D. Edward Hays re: same (.20); | .40 | 610.00 | 244.00 |
| 9/23/24 | DEH | Telephone conference with Richard A. Marshack and Christopher Celentino re: extending monitor's appointment, tentative rulings on fee applications, call from Office of the United States Trustee that voluntary reductions not referenced in tentatives, and response to Rule 2004 examinations; | .50 | 740.00 | 370.00 |
| 9/23/24 | DEH | Telephone conference with Laila Masud re: proposed order granting interim fee applications; | .20 | 740.00 | 148.00 |
| 9/23/24 | DAW | Multiple conferences with Trustee re: tentative ruling on the fee apps and need to prepare our second and final per the terms of the Plan in the immediate future; | .30 | 610.00 | 183.00 |
| 9/23/24 | LM | Telephone conference with D. Edward Hays and Richard A. Marshack re: revisions to fee order; | .20 | 540.00 | 108.00 |
| 9/23/24 | LM | Telephone conference with Richard A. Marshack re: fee order draft (.10); Telephone conference with Pam Kraus re: same (.10); Draft, revise and supplement fee order with review of applications and tentative and notices for accuracy, declarations and fee examiner reports to ensure deals are accounted for (3.40); Written correspondence with D. Edward Hays, Pam Kraus and Richard A. Marshack re: same and revisions (.20); Make further revisions (.50); | 4.30 | 540.00 | 2,322.00 |
| 9/23/24 | BNB | Telephone conference with Aaron E. de Leest re: holding off on drafting motion to extend monitor; | .10 | 410.00 | 41.00 |
| 9/23/24 | BNB | Written correspondence with D. Edward Hays re: drafting motion to extend monitor; | .30 | 410.00 | 123.00 |
| 9/23/24 | AEd | Review written correspondence re: fee order from Richard A. Marshack, Laila Masud and Christopher Celentino; | .10 | 610.00 | 61.00 |

EXHIBIT 3, PAGE 112

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | **Sub-Total Fees:** | **85.40** | | **$ 38,067.00** |

### 8 Fee/Employment Objections

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/20/24 | DAW | Review and analyze supplemental disclosure by Marshack Hays re: the retention of Aaron E. de Leest (.20); Review and respond to e-mail correspondence from Trustee and D. Edward Hays re: same (.10); (No Charge) | .30 | 610.00 | N/C |
| 8/20/24 | DAW | Review and respond to multiple further e-mail correspondence from Layla Buchanan, Trustee, and D. Edward Hays re: revisions to the supplemental disclosure (No Charge) | .20 | 610.00 | N/C |
| 8/20/24 | LM | Telephone conference with Bradford N. Barnhardt re: admin professionals fees (.10); Telephone conference with D. Edward Hays re: same (.10); Written correspondence Bradford N. Barnhardt re: same (.10); (No Charge) | .30 | 540.00 | N/C |
| 8/22/24 | DEH | Written correspondence with Aaron E. de Leest re: supplemental Rule 2014 statement (No Charge); | .20 | 740.00 | N/C |
| 8/22/24 | DEH | Telephone conference with Laila Masud re: fee examiner review (No Charge); | .20 | 740.00 | N/C |
| 8/22/24 | DEH | Written correspondence with Aaron E. de Leest re: consent of MLG that no conflict and revising disclosure re: same (No Charge); | .20 | 740.00 | N/C |
| 8/23/24 | LM | Review and revise first interim Trustee application for fees and costs (No Charge); | 3.90 | 540.00 | N/C |
| 8/26/24 | DEH | Telephone conference with Laila Masud re: fee application, statement of disinterestedness, and other related issues (No Charge); | .40 | 740.00 | N/C |
| 8/26/24 | LB | Review and finalize supplement to Statement of Disinterestedness re: Employment Application (No Charge); | .20 | 340.00 | N/C |
| 8/26/24 | LM | Telephone conference with D. Edward Hays re: fee application, statement of disinterestedness and other considers (.40); Written correspondences (x4) with Nancy Raport and Legalcoders team re: same (.20); (No Charge) | .60 | 540.00 | N/C |
| 8/26/24 | LM | Draft, revise and supplement Trustee interim report re: standards for compensation under chapter 11 and varying court views on same (No Charge); | 5.60 | 540.00 | N/C |

EXHIBIT 3, PAGE 113

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/26/24 | AEd | Draft written correspondence to Layla Buchanan re: supplement to statement of disinterestedness and review written response (No Charge); | .40 | 610.00 | N/C |
| 8/27/24 | DEH | Telephone conference with Laila Masud re: results of findings by Legaldecoders and next steps/timeline (No Charge); | .20 | 740.00 | N/C |
| 8/27/24 | LM | Telephone conference with D. Edward Hays re: results of findings by legaldecoders and next steps/timeline (No Charge); | .20 | 540.00 | N/C |
| 8/27/24 | LM | Conference with Joseph Tiano re: legaldecoders and preliminary general analysis and trends on interim applications for compensation (1.10); Written correspondence with Joseph Tiano re: same (.10); (No Charge) | 1.20 | 540.00 | N/C |
| 8/27/24 | LM | Conference with Bradford N. Barnhardt re: LBR 2016-1 provision allowing factual narrative to be incorporated in fee application (No Charge); | .10 | 540.00 | N/C |
| 8/27/24 | LM | Draft, revise and supplement Trustee fee application (No Charge); | 2.80 | 540.00 | N/C |
| 8/27/24 | LM | Draft, revise and supplement Trustee fee application (No Charge); | .50 | 540.00 | N/C |
| 8/27/24 | BNB | Conference with Laila Masud re: LBR 2016-1 provision allowing factual narrative to be incorporated in fee application (No Charge); | .10 | 410.00 | N/C |
| 8/28/24 | LM | Telephone conference with Pam Kraus re: Trustee interim report and compensation status (No Charge); | .20 | 540.00 | N/C |
| 8/28/24 | LM | Research, draft, revise and supplement legal authority on chapter 11 Trustee fees (2.20); Conference with Aaron E. de Leest re: same (.20); Conference with Sarah R. Hasselberger and staff (Trustee administrator re: same (.20); (No Charge) | 2.60 | 540.00 | N/C |
| 8/30/24 | ANM | In response to request by Laila Masud, drafted a 13-page response to 57 questions made by the fee examiner re: entries submitted in the fee application for the examiner's review to clarify and explain entries that may have been unclear or ambiguous (No Charge); | 2.30 | 500.00 | N/C |
| 9/05/24 | DEH | Telephone conference with Richard A. Marshack and Yosina Lissebeck re: discussions with Office of the United States Trustee re: fee applications; | .30 | 740.00 | 222.00 |
| 9/05/24 | DEH | Written correspondence with Richard A. Marshack, Christopher Celentino, and Yosina Lissebeck re: response to debtor's former counsel's fee application; | .20 | 740.00 | 148.00 |
| 9/05/24 | DEH | Telephone conference with Laila Masud re: drafting response to debtor's former counsel's final fee application; | .20 | 740.00 | 148.00 |
| 9/08/24 | DEH | Written correspondence with Nick and Keith Owens re: request for extension of time to file responses to fee applications; | .30 | 740.00 | 222.00 |

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/08/24 | DEH | Written correspondence with Richard A. Marshack, Nancy Rapoport, and Christopher Celentino re: examiner reports (No Charge); | .20 | 740.00 | N/C |
| 9/08/24 | DEH | Written correspondence with Richard A. Marshack, Laila Masud, and Aaron E. de Leest re: response to Khang fee application (.20); Written correspondence with Nick Koffroth and Keith Owens re: same (.10); | .30 | 740.00 | 222.00 |
| 9/08/24 | DEH | Written correspondence with Richard A. Marshack and Christopher Celentino re: Trustee's review and position on all pending fee applications; | .20 | 740.00 | 148.00 |
| 9/09/24 | DEH | Telephone conferences with Richard A. Marshack re: review of and responses to fee applications; | .40 | 740.00 | 296.00 |
| 9/09/24 | DEH | Written correspondence with Nick Koffroth and Keith Owens re: draft stipulation and review and revise same; | .20 | 740.00 | 148.00 |
| 9/10/24 | DEH | Review and revise Trustee's response to debtor's former counsel's final fee application (.60); Written correspondence with Laila Masud re: same (.10); Written correspondence with Nick Koffroth re: same (.20); | .90 | 740.00 | 666.00 |
| 9/10/24 | DEH | Telephone conference with Laila Masud re: opposition to debtor's former counsel's fee application; | .20 | 740.00 | 148.00 |
| 9/10/24 | DEH | Telephone conference with Richard A. Marshack re: Trustee's review of pending fee applications; | .30 | 740.00 | 222.00 |
| 9/10/24 | DEH | Telephone conference with Richard A. Marshack re: examiner findings, committee's request for stipulation to extend time to respond, and opposition to debtor's former counsel's fees; | .30 | 740.00 | 222.00 |
| 9/10/24 | DEH | Telephone conference with Richard A. Marshack and Pam Kraus re: authority that interim compensation to Trustee may be based on receipts and not disbursements (.20); Research re: same and read and analyze In re: Stewart (.30); Written correspondence with Richard A. Marshack and Pam Kraus re: same (.10); | .60 | 740.00 | 444.00 |
| 9/10/24 | DEH | Telephone conference with Queenie Ng and Richard A. Marshack re: reductions requested by U.S. Trustee; | .20 | 740.00 | 148.00 |
| 9/10/24 | DEH | Telephone conference with Richard A. Marshack re: committee's requested extension and Trustee's need for extension of time to complete review of committee counsel's fees (.20); Telephone conference with Nick Koffroth re: same (.10); | .30 | 740.00 | 222.00 |
| 9/10/24 | DEH | Written correspondence with Nick Koffroth and review and revise stipulation to extend committee's time to respond to fee applications (.30); Written correspondence with Richard A. Marshack, Laila Masud, and Pam Kraus re: same (.10); | .40 | 740.00 | 296.00 |
| 9/11/24 | DEH | Written correspondence with Richard A. Marshack and Christopher Celentino re: Trustee's and examiner's responses to fee applications; | .20 | 740.00 | 148.00 |

EXHIBIT 3, PAGE 115

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/11/24 | DEH | Telephone conference with Richard A. Marshack to prepare for call with committee counsel (.20); Conference call with Richard A. Marshack, Keith Owens, and Adam Meislik re: committee's concerns re: Dinsmore application (.90); | 1.10 | 740.00 | 814.00 |
| 9/11/24 | DEH | Telephone conference with Richard A. Marshack and Christopher Celentino re: committee's concerns with Dinsmore application; | .40 | 740.00 | 296.00 |
| 9/11/24 | DEH | Telephone conferences with Richard A. Marshack, Queenie Ng, and Pam Kraus re: responses to fee applications; | 1.10 | 740.00 | 814.00 |
| 9/11/24 | DEH | Telephone conference with Richard A. Marshack re: Trustee's response to applications; | .30 | 740.00 | 222.00 |
| 9/11/24 | DEH | Written correspondence with Nick Koffroth and Richard A. Marshack re: stipulation to extend time to respond to fee applications; | .20 | 740.00 | 148.00 |
| 9/11/24 | DEH | Review and analyze Stewart case (.20); Written correspondence with Queenie Ng, Richard A. Marshack, and Pam Kraus re: same and Trustee's interim compensation (.30); | .50 | 740.00 | 370.00 |
| 9/11/24 | DEH | Draft stipulation extending Trustee's time to respond to committee's fee applications (.30); Written correspondence with Queenie Ng re: same (.10); | .40 | 740.00 | 296.00 |
| 9/12/24 | DEH | Review and analyze new decision re: calculation of Chapter 11 Trustee compensation (.30); Written correspondence with Richard A. Marshack, Laila Masud, and Pam Kraus re: same (.20); Telephone conference with Richard A. Marshack and Pam Kraus re: same (.20); | .70 | 740.00 | 518.00 |
| 9/12/24 | DEH | Telephone conference with Richard A. Marshack re: Trustee's responses to applications and stipulation by retained professionals to provide time assisting state and federal agencies at no cost to estate; | .30 | 740.00 | 222.00 |
| 9/12/24 | DEH | Written correspondence with Keith Owens re: stipulation and responses fee applications; | .20 | 740.00 | 148.00 |
| 9/12/24 | DAW | Conference with Trustee re: ongoing fee negotiations with the Committee; | .30 | 610.00 | 183.00 |
| 9/12/24 | DAW | Multiple further conferences with Trustee re: Committee's angst with Dinsmore's fees; | .20 | 610.00 | 122.00 |
| 9/13/24 | DEH | Telephone conferences with Richard A. Marshack re: potential objections to committee's fees re: amount incurred in furtherance of the plan and status of negotiations between committee and Dinsmore re: special counsel's fees; | .40 | 740.00 | 296.00 |
| 9/13/24 | DEH | Written correspondence with Richard A. Marshack and Laila Masud re: potential objections to committee counsel's fees; | .20 | 740.00 | 148.00 |
| 9/13/24 | DEH | Written correspondence with Richard A. Marshack and Christopher Celentino re: negotiations (No Charge); | .20 | 740.00 | N/C |

EXHIBIT 3, PAGE 116

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/13/24 | DAW | Multiple conferences with Trustee re: Committee's issues with Dinsmore's fees; | .40 | 610.00 | 244.00 |
| 9/16/24 | DEH | Telephone conference with Laila Masud re: analysis and assessment of committee counsel's fees; | .20 | 740.00 | 148.00 |
| 9/16/24 | DEH | Telephone conferences with Richard A. Marshack and Queenie Ng re: fee reductions and negotiations (No Charge); | .50 | 740.00 | N/C |
| 9/16/24 | DEH | Telephone conference with Richard A. Marshack and Queenie Ng re: responses to fee applications (No Charge); | .50 | 740.00 | N/C |
| 9/16/24 | DEH | Telephone conference with Richard A. Marshack re: committee counsel fees; | .20 | 740.00 | 148.00 |
| 9/16/24 | DEH | Review written correspondence from Laila Masud and review analysis of issues in committee counsel's fee requests; | .40 | 740.00 | 296.00 |
| 9/17/24 | DEH | Review and execute stipulation re: committee's agreement re: Dinsmore's fees and written correspondence with Nick Koffroth, Christopher Celentino, and Richard A. Marshack re: same; | .30 | 740.00 | 222.00 |
| 9/17/24 | DEH | Review and revise Trustee's comments to fee applications (.20); Telephone conference with Richard A. Marshack and Pam Kraus re: same (.20); | .40 | 740.00 | 296.00 |
| 9/18/24 | DEH | Written correspondence with Laila Masud re: response to K&K final fee application; | .10 | 740.00 | 74.00 |
| 9/18/24 | DAW | Review and analyze the stipulation between the Committee and Dinsmore re: reduction of fees, the holdback, and the holdback trigger; | .30 | 610.00 | 183.00 |
| 9/18/24 | DAW | Review and analyze Debtor's counsel replies to the Trustee and the Committee's objection; | .40 | 610.00 | 244.00 |
| | | **Sub-Total Fees:** | **38.60** | | **$ 10,522.00** |

**TOTAL FEES**                    **$ 340,416.00**

EXHIBIT 3, PAGE 117

**EXHIBIT 4**

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee                                          November 8, 2024
Client-Matter# 1015-157                                            Invoice # 17165

**FEE RECAP BY TASK CODE**

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| .2 | OHP Adversary Action (23-01098) | .80 | 592.00 |
| .3 | Marshack v. Diab (23-01046) | 3.60 | 2,317.00 |
| .4 | Han Trinh (24-02077) | 1.40 | 681.00 |
| .5 | Jayde Trinh (24-02243) | .50 | 186.00 |
| .6 | Greyson (24-02074) | 2.50 | 406.00 |
| 1 | Asset Analysis and Recovery | 10.70 | 5,275.00 |
| 10 | Litigation | 56.30 | 34,736.00 |
| 12 | Plan and Disclosure Statement | 85.60 | 53,133.00 |
| 14 | 523/727 Litigation | .10 | 41.00 |
| 15 | Avoidance Actions | 61.50 | 31,585.00 |
| 15.1 | Bill.com | 7.50 | 4,142.00 |
| 15.10 | EnergyCare LLC | 1.50 | 854.00 |
| 15.11 | Jaclyn Noe | .80 | 480.00 |
| 15.2 | White collar | .30 | 180.00 |
| 15.4 | Paronich Law Firm | 1.30 | 822.00 |
| 15.5 | Master Builders of America | 5.00 | 2,784.00 |
| 15.6 | Kindlund Legal LLC | .70 | 348.00 |
| 15.7 | Finlays HR | 1.10 | 636.00 |
| 15.8 | Derrick Landry | .90 | 516.00 |
| 15.9 | Oppenheim Group | .80 | 432.00 |
| 16 | Administrative Claims | 29.90 | 14,263.00 |
| 17 | Secured Claims | 5.00 | 2,059.00 |
| 3 | Business Operations | 7.40 | 3,214.00 |
| 4 | Case Administration | 45.70 | 27,005.00 |
| 5 | Claims Administration and Objections | 202.10 | 105,140.00 |
| 7 | Fee/Employment Applications | 85.40 | 38,067.00 |
| 8 | Fee/Employment Objections | 38.60 | 10,522.00 |
| | Sub-Total of Fees: | 657.00 | $ 340,416.00 |

EXHIBIT 4, PAGE 118

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee                                             November 8, 2024
Client-Matter# 1015-157                                              Invoice # 17165

**FEE RECAP BY ATTORNEY**

| Name | Atty | Staff Level | N/C Hours | Billed Hours | Rate | Billed Amount |
|------|------|-------------|-----------|--------------|------|---------------|
| Sarah R. Hasselberger | SRH | Associate | .10 | .00 | .00 | .00 |
| Kathleen Frederick | KF | Paralegal | .00 | 3.90 | 290.00 | 1,131.00 |
| Pamela Kraus | PK | Paralegal | .00 | 2.70 | 340.00 | 918.00 |
| Chanel Mendoza | CM | Paralegal | .00 | 2.90 | 340.00 | 986.00 |
| Layla Buchanan | LB | Paralegal | .20 | 32.20 | 340.00 | 10,948.00 |
| Cynthia Bastida | CB | Paralegal | .00 | 2.00 | 340.00 | 680.00 |
| Pineda, Sandra M | SMP | Paralegal | .00 | 15.20 | 340.00 | 5,168.00 |
| Devan N. de los Reyes | DND | Law Clerk | 2.80 | 28.60 | 360.00 | 10,296.00 |
| Bradford N. Barnhardt | BNB | Associate | 1.30 | 75.00 | 410.00 | 30,750.00 |
| Alina N. Mamlyuk | ANM | Of Counsel | 2.40 | 43.50 | 500.00 | 21,750.00 |
| Laila Masud | LM | Partner | 32.70 | 46.60 | 540.00 | 25,164.00 |
| Chad V. Haes | CVH | Partner | .40 | 54.00 | 600.00 | 32,400.00 |
| David A. Wood | DAW | Partner | 3.00 | 11.50 | 610.00 | 7,015.00 |
| de Leest, Aaron E | AEd | Associate | 1.50 | 166.90 | 610.00 | 101,809.00 |
| Kristine A. Thagard | KAT | Of Counsel | .00 | .70 | 650.00 | 455.00 |
| D. Edward Hays | DEH | Partner | 4.00 | 122.90 | 740.00 | 90,946.00 |
| **Total** | | | **48.40** | **608.60** | | **$ 340,416.00** |

EXHIBIT 4, PAGE 119

## Marshack Hays Wood llp

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

**FEE RECAP BY MONTH**

**de Leest, Aaron E**

| | | | |
|---|---|---|---|
| | 08/2024 | 82.50 | 50,325.00 |
| | 09/2024 | 84.40 | 51,484.00 |
| | **Subtotal for de Leest, Aaron E** | **166.90** | **$ 101,809.00** |

**Pineda, Sandra M**

| | | | |
|---|---|---|---|
| | 09/2024 | 15.20 | 5,168.00 |
| | **Subtotal for Pineda, Sandra M** | **15.20** | **$ 5,168.00** |

**D. Edward Hays**

| | | | |
|---|---|---|---|
| | 08/2024 | 82.80 | 61,272.00 |
| | 09/2024 | 40.10 | 29,674.00 |
| | **Subtotal for D. Edward Hays** | **122.90** | **$ 90,946.00** |

**David A. Wood**

| | | | |
|---|---|---|---|
| | 08/2024 | 5.30 | 3,233.00 |
| | 09/2024 | 6.20 | 3,782.00 |
| | **Subtotal for David A. Wood** | **11.50** | **$ 7,015.00** |

**Laila Masud**

| | | | |
|---|---|---|---|
| | 08/2024 | 28.70 | 15,498.00 |
| | 09/2024 | 17.90 | 9,666.00 |
| | **Subtotal for Laila Masud** | **46.60** | **$ 25,164.00** |

**Kristine A. Thagard**

| | | | |
|---|---|---|---|
| | 08/2024 | .70 | 455.00 |
| | **Subtotal for Kristine A. Thagard** | **.70** | **$ 455.00** |

**Chad V. Haes**

| | | | |
|---|---|---|---|
| | 08/2024 | 11.30 | 6,780.00 |
| | 09/2024 | 42.70 | 25,620.00 |
| | **Subtotal for Chad V. Haes** | **54.00** | **$ 32,400.00** |

**Alina N. Mamlyuk**

| | | | |
|---|---|---|---|
| | 08/2024 | 23.20 | 11,600.00 |
| | 09/2024 | 20.30 | 10,150.00 |
| | **Subtotal for Alina N. Mamlyuk** | **43.50** | **$ 21,750.00** |

**Devan N. de los Reyes**

| | | | |
|---|---|---|---|
| | 08/2024 | 13.40 | 4,824.00 |
| | 09/2024 | 15.20 | 5,472.00 |
| | **Subtotal for Devan N. de los Reyes** | **28.60** | **$ 10,296.00** |

EXHIBIT 4, PAGE 120

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee                                                    November 8, 2024
Client-Matter# 1015-157                                                        Invoice # 17165

**Bradford N. Barnhardt**

| | | | |
|---|---|---|---|
| | 08/2024 | 51.80 | 21,238.00 |
| | 09/2024 | 23.20 | 9,512.00 |
| | **Subtotal for Bradford N. Barnhardt** | **75.00** | **$ 30,750.00** |

**Pamela Kraus**

| | | | |
|---|---|---|---|
| | 09/2024 | 2.70 | 918.00 |
| | **Subtotal for Pamela Kraus** | **2.70** | **$ 918.00** |

**Chanel Mendoza**

| | | | |
|---|---|---|---|
| | 08/2024 | 2.90 | 986.00 |
| | **Subtotal for Chanel Mendoza** | **2.90** | **$ 986.00** |

**Layla Buchanan**

| | | | |
|---|---|---|---|
| | 08/2024 | 8.50 | 2,890.00 |
| | 09/2024 | 23.70 | 8,058.00 |
| | **Subtotal for Layla Buchanan** | **32.20** | **$ 10,948.00** |

**Cynthia Bastida**

| | | | |
|---|---|---|---|
| | 09/2024 | 2.00 | 680.00 |
| | **Subtotal for Cynthia Bastida** | **2.00** | **$ 680.00** |

**Kathleen Frederick**

| | | | |
|---|---|---|---|
| | 08/2024 | 3.90 | 1,131.00 |
| | **Subtotal for Kathleen Frederick** | **3.90** | **$ 1,131.00** |

EXHIBIT 4, PAGE 121

**EXHIBIT 5**

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee

Client-Matter# 1015-157

November 8, 2024

Invoice # 17165

### DISBURSEMENTS

#### E101 Copying

| Date | Description | Amount |
|------|-------------|-------:|
| 8/16/24 | Document Copies re: Chapter 11 Trustee's status report (including Judge copy) | 31.50 |
| 8/19/24 | Document Copies re: Trustee's motion for order approving stipulation between Trustee, Committee of Secured Creditors, and Azzure Capital, LLC for consent to use of disputed cash collateral and replacement lien, and application for order setting hearing on shortened notice re motion for order approving stipulation for consent to use of cash collateral etc. (Judge copy) | 3.10 |
| 8/19/24 | Document Copies re: Statement regarding cash collateral or debtor in possession financing (Judge copy) | .70 |
| 8/19/24 | Document Copies re: Notice of hearing on Trustee's motion for order approving stipulation between Trustee, The Official Committee of Unsecured Creditors, and Azzure Capital, LLC for consent to use of disputed cash collateral, and replacement lien (Judge copy) | 1.20 |
| 8/20/24 | Document Copies re: Declaration of Layla Buchanan regarding telephonic notice of hearing on chapter 11 Trustee's motion for order approving stipulation between Trustee, the Official Committee of Unsecured Creditors, and Azzure Capital, LLC for consent to use of disputed cash collateral and replacement lien (Judge copy) | .90 |
| 8/26/24 | Document Copies re: Stipulation between Trustee and Jennifer Ann McLaughlin regarding treatment of administrative claim sought by motion by Jennifer Ann McLaughlin (including Judge copy) | 1.60 |
| 8/26/24 | Document Copies re: Supplement to statement of disinterestedness re Trustee's counsel (MHW) (Judge copy) | 1.00 |
| 8/27/24 | Document Copies re: Motion to approve compromise between Trustee and Blue Cross of California dba Anthem Blue Cross, and application for order setting hearing on shortened notice on motion to approve compromise, and notice of hearing on motion to approve compromise, and declaration of Layla Buchanan regarding telephonic notice and service of notice of hearing (Judge copies) | 7.20 |
| 8/27/24 | Document Copies re: Letter to Golden and Bensamochan re Affirma LLC and Celso Leanos proofs of claims | 5.40 |
| 8/28/24 | Document Copies re: Stipulation to modify briefing schedule and to continue hearing on motion for allowance of administrative expense claim filed by Herret Credit Consultants (Judge copy) | .90 |
| 9/03/24 | Document Copies re: notice of lodgment re motion to approve compromise between trustee and Blue Cross of California (judge copy) | 10.00 |
| 9/03/24 | Document Copies re: notice of hearing re fee application | 4.20 |
| 9/04/24 | Document Copies re: Notice of hearing on fee applications, and first interim application for allowance of fees and costs filed by MHW, and Chapter 11 Trustee's first interim report and application for allowance of fees and costs (Judge copies) | 85.80 |
| 9/06/24 | Document Copies re: Letters to investigate potential fraudulent transfers | 11.60 |
| 9/11/24 | Document Copies re: Hearing binder for RAM | 24.60 |
| 9/17/24 | Document Copies re: Appellee's statements of elections to proceed in district court on docket numbers 1645, 1647, and 1648 (Judge copies) | 2.10 |
| 9/20/24 | Document Copies re: Chapter 11 Trustee's omnibus objection to proofs of claim filed for alleged administrative claims | 170.20 |
| 9/20/24 | Document Copies re: Chapter 11 Trustee's objection to the claims filed by Olga Lucia Esquivel | 8.30 |

EXHIBIT 5, PAGE 122

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee                                          November 8, 2024
Client-Matter# 1015-157                                            Invoice # 17165

| Date | Description | Amount |
|---|---|---|
| 9/20/24 | Document Copies re: Chapter 11 Trustee's omnibus objection to alleged 507a4 priority wage benefit claims filed by non-employees | 2.70 |
| 9/20/24 | Document Copies re: Chapter 11 Trustee's omnibus objection to duplicative priority proofs of claims | 39.80 |
| 9/20/24 | Document Copies re: Chapter 11 Trustee's omnibus objection to alleged 507a7 priority claims that exceed the statutory cap | 117.10 |
| 9/20/24 | Document Copies re: Chapter 11 Trustee's omnibus objection to alleges 507a4 priority claims that exceed statutory cap | 16.20 |
| 9/23/24 | Document Copies re: Omnibus objection to alleged 11 USC §507(a)4 priority wage benefit claims filed by non-employees (Judge copy) | 5.00 |
| 9/23/24 | Document Copies re: Chapter 11 Trustee's omnibus objection to alleged 11 USC § 057(a)4 priority claims that exceed statutory cap (Judge copy) | .70 |
| 9/23/24 | Document Copies re: Chapter 11 Trustee's omnibus objection to alleged 11 USC § 507(a)7 priority claims that exceed the statutory cap (Judge copy) | 78.70 |
| 9/23/24 | Document Copies re: Chapter 7 Trustee's objection to the claims filed by Olga Lucia Esquivel (Judge copy) | 10.70 |
| 9/23/24 | Document Copies re: Chapter 11 Trustee's omnibus objection to duplicative priority proofs of claims (Judge copy) | 38.60 |
| 9/23/24 | Document Copies re: Chapter 11 trustee's omnibus objection to duplicative priority proofs of claims | 6.00 |
| | **Sub-Total of Disbursements** | **$ 685.80** |

### E105 Telephonic Court Appearance

| Date | Description | Amount |
|---|---|---|
| 8/16/24 | Courtesy copies of Chapter 11 Trustee's status report to Judge Clarkson/Santa Ana, CA - Nationwide Legal, Inc. | 25.25 |
| | **Sub-Total of Disbursements** | **$ 25.25** |

### E106 Online Research

| Date | Description | Amount |
|---|---|---|
| 8/14/24 | Computer Research re: LexisNexis, July 2024 | 57.54 |
| 8/14/24 | Computer Research re: Pacer usage, July 2024 | 1.80 |
| 9/03/24 | Computer Research re: LexisNexis usage, August 2 24 | 472.50 |
| | **Sub-Total of Disbursements** | **$ 531.84** |

EXHIBIT 5, PAGE 123

## MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee
Client-Matter# 1015-157

November 8, 2024
Invoice # 17165

### E107 Delivery Services/Messenger

| Date | Description | Amount |
|------|-------------|--------|
| 8/19/24 | Courtesy copies of Trustee's motion for order approving stipulation between Trustee, Committee of Secured Creditors to Judge Clarkson/Santa Ana, CA - Nationwide Legal, Inc. | 7.50 |
| 8/19/24 | Courtesy copies of Notice of hearing on Trustee's motion for order approving stipulation between Trustee to Judge Clarkson/Santa Ana, CA - Nationwide Legal, Inc. | 7.50 |
| 8/20/24 | Courtesy copies of Declaration of Layla Buchanan re: telephonic notice of hearing on Chapter 11 to Judge Clarkson/Santa Ana, CA - Nationwide Legal, Inc. | 7.50 |
| 8/26/24 | Courtesy copies of Stipulation between Trustee and Jennifer Ann McLaughlin to Judge Clarkson/Santa Ana, CA - Nationwide Legal, Inc. | 7.50 |
| 8/26/24 | Courtesy copies of Supplement to Statement of Disinterested re Trustee's counsel to Judge Clarkson/Santa Ana, CA - Nationwide Legal, Inc. | 7.50 |
| 8/27/24 | Courtesy copies of Motion to approve compromise between Trustee and Blue Cross of California to Judge Clarkson/Santa Ana, CA - Nationwide Legal, Inc. | 7.50 |
| 8/27/24 | Courtesy copies of Notice of hearing on Trustee's motion to approve compromise between Trustee and Blue Cross to Judge Clarkson/Santa Ana, CA - Nationwide Legal, Inc. | 7.50 |
| 8/28/24 | Courtesy copies of Stipulation to modify briefing schedule and to continue hearing on motion to Judge Clarkson/Santa Ana, CA - Nationwide Legal, Inc. | 7.50 |
| 8/29/24 | Courtesy copies of Stipulation to modify briefing schedule and to continue hearing on motion to Judge Clarkson/Santa Ana, CA - Nationwide Legal, Inc. | 25.25 |
| 9/03/24 | Courtesy copies of Notice of lodgment re: Motion to approve compromise between Trustee and Blue Cross of California to Judge Clarkson/Santa Ana, CA - Nationwide Legal, Inc. | 25.25 |
| 9/04/24 | Courtesy copies of Notice of hearing on fee applications, and first interim application for allowance of fees to Judge Clarkson/Santa Ana, CA - Nationwide Legal, Inc. | 25.25 |
| 9/13/24 | (Marshack v. Bayrooti) Serve subpoena to produce documents, information, or objects or to permit inspection of premises to the person most knowledgeable for U.S. Bancorp Advisors, LLC/Glendale, CA - Nationwide Legal, Inc. | 151.95 |
| 9/17/24 | Courtesy copies of Appellee's statements of elections to proceed in district court on docket numbers 1645 to Judge Clarkson/Santa Ana, CA - Nationwide Legal, Inc. | 7.50 |
| 9/23/24 | Courtesy copies of Omnibus objections to 1) duplicative priority proofs of claims, 2) claims filed by Olga to Judge Clarkson/Santa Ana, CA - Nationwide Legal, Inc. | 7.50 |
| 9/23/24 | (Marshack v. Bayrooti) Serve subpoena to produce documents, information, or objects or to permit inspection of premises to the person most knowledgeable for U.S Bank, N.A/Glendale, CA - Nationwide Legal, Inc. | 50.50 |
| 9/23/24 | (Marshack v. Bayrooti) Serve subpoena to produce documents, information, or objects or to permit inspection of premises to the person most knowledgeable for Charles Schwab & Co., Inc./Glendale, CA - Nationwide Legal, Inc. | 49.95 |
| | **Sub-Total of Disbursements** | **$ 403.15** |

EXHIBIT 5, PAGE 124

### MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee                                      November 8, 2024
Client-Matter# 1015-157                                        Invoice # 17165

**E108 Postage**

| Date | Description | Amount |
|------|-------------|-------:|
| 8/16/24 | Postage re: Chapter 11 Trustee's status report | 20.37 |
| 8/26/24 | Postage re: Stipulation between Trustee and Jennifer Ann McLaughlin regarding treatment of administrative claim sought by motion by Jennifer Ann McLaughlin | .69 |
| 8/27/24 | Postage re: Letter to Golden and Bensamochan re Affirma LLC and Celso Leanos proofs of claims | 5.18 |
| 9/03/24 | Postage re: notice of hearing re fee application | 14.49 |
| 9/06/24 | Postage re: Letters to investigate potential fraudulent transfers | 40.02 |
| 9/19/24 | Postage re: Resent demand letter for possible fraudulent transfers | 1.77 |
| 9/20/24 | Postage re: Chapter 11 Trustee's omnibus objection to proofs of claim filed for alleged administrative claims | 250.17 |
| 9/20/24 | Postage re: Chapter 11 Trustee's objection to the claims filed by Olga Lucia Esquivel | 3.43 |
| 9/20/24 | Postage re: Chapter 11 Trustee's omnibus objection to alleged 507a4 priority wage benefit claims filed by non-employees | 10.20 |
| 9/20/24 | Postage re: Chapter 11 Trustee's omnibus objection to duplicative priority proofs of claims | 2.04 |
| 9/20/24 | Postage re: Chapter 11 Trustee's omnibus objection to alleged 507a7 priority claims that exceed the statutory cap | 66.42 |
| 9/20/24 | Postage re: Chapter 11 Trustee's omnibus objection to alleges 507a4 priority claims that exceed statutory cap | 13.32 |
| 9/23/24 | Postage re: Chapter 11 trustee's omnibus objection to duplicative priority proofs of claims | 12.12 |
| | **Sub-Total of Disbursements** | **$ 440.22** |

**E113 Subpoena Fees**

| Date | Description | Amount |
|------|-------------|-------:|
| 9/16/24 | Obtain response for subpoena from Bank of America | 138.06 |
| | **Sub-Total of Disbursements** | **$ 138.06** |

### CURRENT DISBURSEMENTS                          $ 2,224.32

EXHIBIT 5, PAGE 125

**EXHIBIT 6**

MARSHACK HAYS WOOD LLP

Richard Marshack, Trustee                                November 8, 2024
Client-Matter# 1015-157                                  Invoice # 17165

**DISBURSEMENT RECAP BY TASK CODE**

| Task | Description | Amount |
|------|-------------|-------:|
| E101 | Copying | 685.80 |
| E105 | Telephonic Court Appearance | 25.25 |
| E106 | Online Research | 531.84 |
| E107 | Delivery Services/Messenger | 403.15 |
| E108 | Postage | 440.22 |
| E113 | Subpoena Fees | 138.06 |
|      | Sub-Total of Disbursements | $ 2,224.32 |

**TOTAL CURRENT CHARGES**          **$ 342,640.32**

EXHIBIT 6, PAGE 126

**EXHIBIT 7**

## PARTNERS

## RICHARD A. MARSHACK

Richard A. Marshack is a founding member of the firm of Marshack Hays Wood LLP. He was born in Las Vegas, Nevada, June 21, 1958. He graduated from University of California at Irvine in 1979 with a Bachelor of Arts degree and California Western School of Law (J.D. Magna Cum Laude, 1982). Recipient, American Jurisprudence Award: Agency and Partnership. Staff Writer, 1980-1981 and Lead Articles Editor, 1981-1982 California Western Law Review. He was admitted to the California Bar in 1982 and the U. S. District Court, Central and Southern Districts of California and U. S. Court of Appeals, Ninth Circuit, 1984.

Mr. Marshack was Law Clerk to the Honorable Folger Johnson, Chief Judge, United States Bankruptcy Court, District of Oregon, 1982-1984, and an Adjunct Professor: Bankruptcy Law, Western States University College of Law, Bankruptcy Law, 1993; Bankruptcy Law, University of California, Irvine, 1985-1992.

Mr. Marshack has authored several articles, including: "The Toxic Claim: Using Bankruptcy Law to Limit Environmental Liabilities," California Bankruptcy Journal, Volume 19, Number 3, 1991; "Recent Developments Under Section 546 of the Bankruptcy Code," Tactics for Unsecured Creditors of Bankrupt Debtors," California Lawyer 21, August, 1984; "Adequate Protection for the Unsecured Creditor Under the Bankruptcy Code", Commercial Law Journal 621, December 1983; "Recent Developments for Reclaiming Goods Under the Bankruptcy Code and the Uniform Commercial Code, "Uniform Commercial Code Law Journal 187, July, 1983; "Reclamation of Goods Under the Bankruptcy Code," Oregon Debtor-Creditor News Letter, I, July 1983; "*Sindell vs. Abbot Laboratories*: Is Market Share Liability the Best Remedy to the DES Controversy" California Western Law Review 143, 1981.

Memberships: Orange County Bankruptcy Forum, Director and President 1995-96; Orange County Bar Association (Commercial Law & Bankruptcy Section), Chairman, 1989; California State Bar Association; Commercial Law League of America; Los Angeles Bankruptcy Forum.

*Panel Bankruptcy Trustee for U.*S. *Bankruptcy Court, Central District of California,* 1985 - *Present.*

## D. EDWARD HAYS

D. Edward Hays is a founding member of the firm of Marshack Hays LLP. He graduated with honors from California State University at Fullerton in 1989 with a Bachelor of Arts degree in Business. He graduated from the University of Southern California Law Center in 1992 where he was a member of the Hale Moot Court Honors program. Mr. Hays was admitted to practice in 1992. Ed has been certified as a bankruptcy law specialist by the State Bar of California.

Ed focuses his practice on bankruptcy and litigation matters. In 2020, he was the President of the California Bankruptcy Forum. In 2000 and 2017, he served as Chair of the Commercial Law & Bankruptcy Section of the Orange County Bar Association. He also has served as a Director or

member of the following organizations: the Inland Empire Bankruptcy Forum; the Orange County Bankruptcy Forum; the William P. Gray Legion Lex American Inns of Court, the Federal Bar Association, and the Executive Council for the College of Business at Cal State Fullerton. In 1998 and 1999, Mr. Hays also served as a Judge Pro Tem for the Superior Court of the State of California, County of Los Angeles. Ed has been selected on numerous occasions to present continuing education lectures on various legal topics including bankruptcy, litigation, exemptions, and legal research. He has spoken at the National Conference of Bankruptcy Judges, the National Association of Bankruptcy Trustees, the National Association of Consumer Bankruptcy Attorneys, the California Bankruptcy Forum, the Orange County Bankruptcy Forum, the Inland Empire Bankruptcy Forum, the Orange County Bar Association, and the Office of the United States Trustee for multiple Regions. He also served on the Central District Task Force for Amendments to the Local Bankruptcy Rules.

Ed's published cases include:

*In re Brace,* 9 Cal.5th 903 (Cal. Supreme Court 2020)

*Richards v. Marshack (In re Richards)*, 644 B.R. 544 (Distr. C.D.Cal. 2022)

*Legal Serv. Bureau, Inc. v. Orange Cnty. Bail Bonds, Inc. (In re Orange Cnty. Bail Bonds, Inc.)*, 638 B.R. 137 (9th Cir. BAP 2022)

*In re Eagan Avenatti, LLP*, 637 B.R. 502 (Bankr. C.D.Cal. 2022)

*Patow v. Marshack (In re Patow)*, 632 B.R. 195 (9th Cir. BAP 2021)

*In re Brace,* 979 F.3d 1228 (9th Cir. 2020)

*In re Nolan*, 618 B.R. 860 (Bankr. C.D.Cal. 2020)

*Jue v. Liu (In re Liu),* 611 B.R. 864 (9th Cir. BAP 2020)

*Naylor v. Farrell (In re Farrell),* 610 B.R. 317 (Bankr. C.D.Cal. 2019)

*In re Roger,* 393 F.Supp.3d 940 (Distr. Cal. 2019)

*Brace v. Speier,* 908 F.3d 531 (9th Cor. 2018)

*Slaieh v. Simons,* 548 B.R. 28 (Distr. Cal. 2018)

*Cal. Corr. Peace Officers Ass'n Ben. Trust Fund v. Corbett (In re Corbett),* 2017 U.S.Dist. Lexis 108925 (E.D. Cal. 2017)

*Brace v. Speier (In re Brace),* 566 B.R. 13 (9th Cir. BAP 2017)

*In re DRI Cos. v. Sunwize Techs. Inc. (In re DRI Cos.),* 552 B.R. 195 (Bankr. C.D.Cal. 2016)

*Stahl v. Whelan Elec., Inc. (In re Modtech Holdings),* 503 B.R. 737 (Bankr. C.D.Cal. 2013)

*In re Cusimano,* 2013 WL 9736597 (Bankr. C.D.Cal. 2013)

*In re Cass,* 476 B.R. 602 (Bankr. C.D.Cal. 2012)

*In re Four Star Financial Services, Inc.,* 444 B.R. 428 (Bankr. C.D.Cal. 2011) rev'd 469 B.R. 30 (D.Cal. 2012)

*In re Rinard,* 415 B.R. 12 (Bankr. C.D.Cal. 2011)

*In re Dick Cepek*, 339 B.R. 730 (9th Cir. BAP 2006)

*In re Dudley*, 249 F.3d 1170 (9th Cir. 2001)

*In re Kim,* 257 B.R. 680 (9th Cir. BAP 2000)

*In re Kuraishi,* 237 B.R. 172 (Bankr. C.D.Cal. 1999)

*Blonder v. Cumberland Engineering, (1999)* 71 Cal.App.4th 1057, 84 Cal.Rptr.2d 216

*In re Metz,* 225 B.R. 173 (9th Cir. BAP 1998)

*In re National Environmental Waste Corporation,* 191 B.R. 832 (Bankr. C.D.Cal. 1996) aff'd 129 F.3d 1052 (9th Cir. 1997)

*In re Turner,* 186 B.R. 108 (9th Cir. BAP 1995)

*In re Continental Capital & Credit,* 158 B.R. 828 (Bankr. C.D.Cal. 1993)

Ed and his wife, Sarah Cate Hays, have also co-authored the following law review articles published in the California Bankruptcy Journal:

- *The Client Without a Remedy and the Windfall Estate – The Case for Debtor Ownership of Malpractice Claims Against Bankruptcy Counsel* (32 Cal. Bank. J. 65 (2012));
- *The Same Love – Marriage Equality in Bankruptcy Post-DOMA and the Evolving Rights of Registered Domestic Partners* (33 Cal. Bank. J. 49 (2014)); and

*Good Help Is Hard to Fund: The Problem of Earned Upon Receipt Retainers and Pre-Funded Litigation in Bankruptcy* (33 Cal. Bankr. J. 421 (2016)).
.

## DAVID A. WOOD

David A. Wood focuses his practice areas include bankruptcy litigation, business and civil litigation, lender liability, and creditors' rights.

Mr. Wood earned his Bachelor of Arts degree from Biola University in 2003, where he graduated magna cum laude. Thereafter, Mr. Wood was a senior associate at Alfred Gobar Associates, a firm specializing in developing econometric modeling systems to evaluate land development opportunities, and the existence of economic blight. He earned his law degree from Chapman University School of Law in 2010, where he graduated in the top 6% of his class. Prior to joining Marshack Hays Wood, Mr. Wood served a two-and-a-half year term as the judicial law clerk to the Honorable Erithe A. Smith of the United States Bankruptcy Court for the Central District of California, Santa Ana Division. Mr. Wood also externed for Honorable Theodor C. Albert of the United States Bankruptcy Court for the Central District of California, Santa Ana Division.

While in law school, Mr. Wood was a symposium editor for the Chapman Law Review and the recipient of the CALI Excellence Award for Immigration Law and Select Topics in American Law.

**LAILA MASUD** focuses her practice in bankruptcy and business litigation, including lender liability and creditors' rights.

Ms. Masud graduated cum laude from the University of California, Irvine in 2012. She earned her law degree from Pepperdine University School of Law in 2016. She was admitted to practice law in California in 2016. Prior to joining Marshack Hays Wood, Ms. Masud served as a judicial law clerk to the Honorable Thomas B. Donovan at the United States Bankruptcy Court for the Central District of California, Los Angeles Division.

During law school, as an extern for the Honorable Vincent P. Zurzolo at the United States Bankruptcy Court for the Central District of California, Los Angeles Division, she served on the Rules Committee where she conducted research and wrote on various issues of bankruptcy law, including local court forms, rules and procedures. She also served as a student leader and was nominated for The Parris Institute for Professional Formation Award for Excellence in Leadership and Excellence in Peacemaking. In 2020, Ms. Masud served as the youngest President of the OCBA's Commercial Law and Bankruptcy Section. Ms. Masud is also a member of the

International Women's Insolvency & Restructuring Confederation and in August 2020 Ms. Masud was profiled in the Orange County Business Journal for Women in Law. Ms. Masud is conversant in Spanish, Urdu and Hindi.

## ATTORNEYS

**KRISTINE A. THAGARD** focuses her practice on contract, construction, loan enforcement (including lender's right to insurance proceeds and guarantees), purchase and sale transactions, partnership dispute, toxic cleanup and environmental contamination, broker malfeasance, fiduciary duty (broker/agent, partnership and trust), and insurance (negotiation, bad faith, and declaratory relief). She has significant litigation experience in multi-party complex construction defect actions, all aspects of general/commercial liability defense (construction, product and premise liability), subrogation, and real estate (broker/agent, contract, title, contract and fraud).

Ms. Thagard was born in Lynwood, California and graduated cum laude from Menlo College where she served on the Board of Trustees for 9 years. She received her J.D. from the University of Southern California in 1980. While in law school she served as a judicial extern to the Honorable Robert Kingsly, Second Appellate District Court of Appeal. She is admitted to practice in both California (1980) and Nevada (2001) as well as the Federal Courts of both states. She also holds a California Real Estate Broker's License.

**MATTHEW W. GRIMSHAW** focuses his practice on insolvency law and litigation. He represents parties in all aspects of bankruptcy matters and out-of-court restructurings. He also has significant experience litigating and advising clients on issues resulting from the debtor-creditor relationship, including the enforcement of notes and guarantees, writs of attachment, receiverships, wrongful foreclosures, mortgage elimination scams, and injunctions.

Mr. Grimshaw was born in Mesa, Arizona. He graduated from Brigham Young University with a Bachelor of Arts degree in Economics. He graduated with honors from Willamette University College of Law, where he served as the editor-in-chief of the school's Journal of International Law and Dispute Resolution. Mr. Grimshaw was admitted to practice law in California in 2000.

Mr. Grimshaw served a two-year term as a judicial law clerk to the Honorable John E. Ryan. During his first year, Mr. Grimshaw served as Judge Ryan's trial law clerk. During his second year, when Judge Ryan was the chief judge of the Bankruptcy Appellate Panel of the Ninth Circuit Court of Appeals, Mr. Grimshaw served as his appellate law clerk.

Mr. Grimshaw has been asked on many occasions to present lectures on various subjects, including bankruptcy, creditors' rights, and legal ethics. He has published numerous articles on bankruptcy-related topics. In 2006, he was also appointed by Ninth Circuit Court of Appeals to serve on the committee that evaluated candidates and made recommendations as to who should fill existing vacancies on the United States Bankruptcy Court for the Central District of California.

Mr. Grimshaw is a long-time member of the Board of Directors for the Orange County Bankruptcy Forum. He also served as Chair of the Commercial Law and Bankruptcy Section of the Orange County Bar Association.

**CHAD V. HAES**

Chad V. Haes focuses his practice areas include bankruptcy litigation, business and civil litigation, lender liability, and creditors' rights. Mr. Haes' litigation experience includes representing institutional lenders in actions related to lien priority and wrongful foreclosure, prosecuting and enforcing mechanic's liens, seeking unlawful detainer judgments on behalf of secured lenders and representing creditors, debtors and trustees in the bankruptcy context.

Mr. Haes is a California native who earned his Bachelor of Arts degree from Azusa Pacific University in 2004 and his law degree from Southwestern Law School in 2008. Prior to joining Marshack Hays Wood, Mr. Haes served a two-year term as the judicial law clerk to the Honorable Meredith A. Jury of the United States Bankruptcy Court for the Central District of California, Riverside Division. Mr. Haes also externed for Honorable Samuel L. Bufford of the United States Bankruptcy Court for the Central District of California, Los Angeles Division.

While in law school, Mr. Haes was a member of the Moot Court Honors Program and the recipient of the John J. Schumacher full-tuition scholarship, the Equal Justice America fellowship, the Wiley W. Manuel Award for Pro Bono Legal Services and the CALI Excellence Award for Constitutional Law. Mr. Haes was also selected as a finalist oralist and finalist writer in the Southwestern First-Year Intramural Moot Court Competition and a finalist oralist in the Rendigs National Products Liability Moot Court Competition.

**ALINA MAMLYUK** is Of Counsel to Marshack Hays Wood, LLP, a bankruptcy law firm serving Southern California located in Irvine, California.  Prior to joining the firm, Ms. Mamlyuk represented clients in copyright matters in her own practice, working on traditional/new media and entertainment cases.  Specifically, Ms. Mamlyuk focused on helping creative professionals build extensive intellectual property portfolios that they could then successfully license, sell or otherwise exploit to the full extent of the U.S. Copyright Law.  Her client roster includes renowned YouTubers, Instagram influencers, Tik-Tokers, award-winning creative and art directors as well as employees at top advertising agencies and tech giants (Meta, Amazon).

**AARON E. DE LEEST** is a bankruptcy attorney and litigator with more than 20 years of experience.  Aaron represents debtors, creditors, and trustees in bankruptcy matters, litigation, and appeals.  He routinely represents debtors and creditors in Chapter 11 reorganization cases.  Aaron also provides guidance to creditors regarding their claims outside of bankruptcy, including collection actions and pre- and post-judgment remedies.  He also represents receivers in both federal and state courts.

Aaron is a current advisor and former Chair of the Insolvency Law Committee, Business Law Section of the California Lawyer's Association and has served as the Chair of the Publications Subcommittee for the Insolvency Law Committee.  Aaron is a former Chair for the Bankruptcy Committee of the Los Angeles County Bar Association, Commercial Law and Bankruptcy Section and a former Chair of the Beverly Hills Bar Association, Bankruptcy Section.

In addition, Aaron has been selected by his peers as a "Super Lawyer" in the Super Lawyers Magazine.  Aaron is also a former judicial extern to the Honorable Barry Russell, United States Bankruptcy Judge, and is a recipient of the Barry Russell Federal Bar Association Award for

Excellence in the Field of Federal Practice.  Aaron is also a recipient of the American Bankruptcy Institute Medal of Excellence.

**TINHO MANG** is an attorney at Marshack Hays Wood. He recently earned his Juris Doctorate from the University of Southern California, Gould School of Law, and prior to that, graduated *magna cum laude* from the University of California, Los Angeles. While at law school, Mr. Mang served as the Executive Senior Editor of the Southern California Review of Law and Social Justice. He also served two full-time summers and one part-time fall semester as an extern in the United States Bankruptcy Court for the Central District of California for the Honorable Scott C. Clarkson. During his externship in bankruptcy court, Mr. Mang developed a deep appreciation for the intricacies of bankruptcy practice, participating substantially in a wide variety of bankruptcy matters ranging from Chapter 11 confirmations, adversarial proceedings for lien avoidance, and a trial seeking to avoid a preferential or fraudulent transfer. Mr. Mang was sworn in as a member of the California State Bar on November 27, 2018.

**BRADFORD N. BARNHARDT** is an associate attorney at Marshack Hays Wood.  Before joining the firm, he completed a two-year judicial law clerkship for the Honorable Sandra R. Klein at the U.S. Bankruptcy Court in Los Angeles.  Brad graduated with honors and in the top 10% of his class from Emory University School of Law and served as a Notes & Comments Editor for the Emory Bankruptcy Developments Journal.  He received a Bachelor of Arts, summa cum laude, in English and mathematics from the University of Missouri and was elected to Phi Beta Kappa during his junior year.

**SARAH HASSELBERGER** is an associate attorney at Marshack Hays Wood.  Before joining the firm, she served as a judicial law clerk for the Honorable Scott H. Yun at the U.S. Bankruptcy Court for the Central District of California. Sarah received a merit scholarship and graduated in the top 7% of her class from Chapman University Dale E. Fowler School of Law. During law school, Sarah worked as a law clerk for Marshack Hays Wood and served as a judicial extern for the Honorable Scott H. Yun and the Honorable Theodor C. Albert in the U. S. Bankruptcy Court for the Central District of California. Sarah received her Bachelor of Science, cum laude, in Arts Administration from Wagner College in Staten Island, New York.

**DEVAN DE LOS REYES** is an associate at Marshack Hays Wood. Before joining the firm, she served as a judicial law clerk to the Honorable Mary P. Gorman at the Bankruptcy Court for the Central District of Illinois. Devan graduated from the University of Illinois College of Law. She was admitted to practice law in Illinois in 2021. While in law school, she served as the Managing Editor of the Elder Law Journal, on the executive board of the Women's Law Society, and as a teaching assistant for Legal Writing and Analysis.
Devan received her B.A. in Psychology and Sociology from the University of California, Santa Barbara.

## PARALEGALS AND TRUSTEE ADMINISTRATORS

**PAMELA KRAUS**, Trustee Case Administrator and Paralegal 1990 to Present; Education: Coastline Community College, Costa Mesa (A.A. 2004); Legal Assistant Training Program, Coastline Community College, American Bar Association Certification (Completion 2004).

Member: Orange County Paralegal Association; Orange County Bankruptcy Forum; National Association of Bankruptcy Trustees.

**CHANEL MENDOZA,** Experience: Ms. Mendoza is a seasoned litigation and bankruptcy Legal Assistant/Paralegal. She has more than twenty years of law related experience comprising of workers' compensation, personal injury, business litigation, employment law, and bankruptcy, all while working under the direct supervision of active members of the California State Bar. Ms. Mendoza has also worked fourteen of those years under the direction and supervision of Marshack Hays Wood LLP's founding partner, D. Edward Hays. Ms. Mendoza has federal and state court experience, including extensive trial and appellate knowledge. Ms. Mendoza is a former Board Member of NALS and is a current member of the National Notary Association and Orange County Legal Secretaries Association, Inc.

**LAYLA BUCHANAN,** Experience: Ms. Buchanan is a Senior Paralegal with Marshack Hays Wood LLP and has over twenty years of law related experience. Ms. Buchanan has worked extensively in civil, bankruptcy and family law, working under the direct supervision of active members of the California State Bar. Ms. Buchanan obtained her Paralegal Certificate from Coastline Community College's ABA accredited program. Member: Orange County Legal Secretaries Association, and Orange County Paralegal Association. Ms. Buchanan has extensive knowledge in all aspects of state and federal court litigation and bankruptcy practices..

**CYNTHIA BASTIDA,** Experience: Ms. Bastida has over twenty years of experience working as a Legal Assistant/Paralegal. She has her Paralegal Certificate (completion in 1991) and earned a Bachelor of Arts in Psychology from California State University Fullerton in 2004. She has a wide range of experience from civil litigation, bankruptcy, product liability, lemon law, real estate and corporate law as well as eminent domain. Her skills include: Legal research, trial preparation along with drafting numerous fee applications, petitions, proofs of claim, notices, motions and discovery. Cynthia is a member of Orange County Legal Secretary Association (OCLSA).

**KATHLEEN FREDERICK,** Experience: Mrs. Frederick is a Junior Paralegal with Marshack Hays Wood LLP. Mrs. Frederick graduated from the University of California, Los Angeles in 2008 with a bachelor's degree in English. She obtained her Paralegal Certificate from Coastline Community College's ABA accredited program in May of 2018. She has been working with the firm for more than five years and has over ten years legal experience. Mrs. Frederick is a member of the Orange County Paralegal Association and the National Association of Legal Assistants.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **SECOND AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FILED BY MARSHACK HAYS WOOD LLP AS GENERAL COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF D. EDWARD HAYS IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 8, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **November 8, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR – MAIL REDIRECTED TO TRUSTEE**
THE LITIGATION PRACTICE GROUP P.C.
~~17542 17TH ST~~
~~SUITE 100~~
~~TUSTIN, CA 92780-1981~~

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 8, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PRESIDING JUDGE'S COPY – Via Personal Delivery**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

**MONITOR – Via Email**
Nancy Rapoport
nancy.rapoport@unlv.edu

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 8, 2024 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **INTERESTED PARTY COURTESY NEF:** Kyra E Andrassy    kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Bradford Barnhardt    bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR AFFIRMA, LLC and CREDITOR OXFORD KNOX, LLC:** Eric Bensamochan    eric@eblawfirm.us, G63723@notify.cincompass.com
- **ATTORNEY FOR DEFENDANT LEUCADIA ENTERPRISES, INC.:** Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **INTERESTED PARTY COURTESY NEF:** Ethan J Birnberg    birnberg@portersimon.com, reich@portersimon.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Peter W Bowie    peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC:** Ronald K Brown    ron@rkbrownlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Christopher Celentino    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **INTERESTED PARTY COURTESY NEF:** Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- **INTERESTED PARTY COURTESY NEF:** Randall Baldwin Clark    rbc@randallbclark.com
- **ATTORNEY FOR DEFENDANT LISA COHEN and DEFENDANT ROSA BIANCA LOLI:** Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **ATTORNEY FOR DEFENDANT MORNING LAW GROUP, P.C.:** Michael W Davis    mdavis@dtolaw.com, ygodson@dtolaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Aaron E. De Leest    adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF:** Anthony Paul Diehl    anthony@apdlaw.net, Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net
- **INTERESTED PARTY COURTESY NEF:** Ashley Dionisio    adionisio@omniagnt.com
- **ATTORNEY FOR INTERESTED PARTY NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEYS and INTERESTED PARTY NATIONAL CONSUMER BANKRUPTCY RIGHTS CENTER :** Jenny L Doling    jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- **ATTORNEY FOR CREDITOR CAROLYN BEECH:** Daniel A Edelman    dedelman@edcombs.com, courtecl@edcombs.com
- **INTERESTED PARTY COURTESY NEF:** Howard M Ehrenberg    Howard.Ehrenberg@gmlaw.com, hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com
- **CREDITOR: Meredith Fahn**    fahn@sbcglobal.net
- **INTERESTED PARTY COURTESY NEF:** Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **ATTORNEY FOR CREDITOR VALIDATION PARTNERS LLC:** William P Fennell    william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com
- **INTERESTED PARTY COURTESY NEF:** Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- **ATTORNEY FOR DEFENDANT CLEAR VISION LLC dba LIBERTY1 FINANCIAL:** Marc C Forsythe    mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Jeremy Freedman    jeremy.freedman@dinsmore.com, nicolette.murphy@dinsmore.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

- **ATTORNEY FOR CREDITOR HERRET CREDIT: Eric Gassman**    erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Christopher Ghio**    christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- **ATTORNEY FOR CREDITOR AMY GINSBURG; CREDITOR KENTON COBB; and CREDITOR SHANNON BELLFIELD: Amy Lynn Ginsburg**    efilings@ginsburglawgroup.com
- **ATTORNEY FOR DEFENDANT STRIPE, INC: Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **ATTORNEY FOR CREDITOR AFFIRMA, LLC; CREDITOR ANAHEIM ARENA MANAGEMENT, LLC; CREDITOR ANAHEIM DUCKS HOCKEY CLUB, LLC; and CREDITOR OXFORD KNOX, LLC: Jeffrey I Golden**    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com; lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC: Richard H Golubow**    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **ATTORNEY FOR CREDITOR UNITED PARTNERSHIPS, LLC: David M Goodrich**    dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Spencer Keith Gray    spencer.gray@dinsmore.com
- **INTERESTED PARTY COURTESY NEF:** Stella A Havkin    stella@havkinandshrago.com, shavkinesq@gmail.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR CITY CAPITAL NY: Alan Craig Hochheiser**    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC: Garrick A Hollander**    ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **ATTORNEY FOR CREDITOR SHARP ELECTRONICS CORPORATION: Brian L Holman**    b.holman@musickpeeler.com
- **INTERESTED PARTY COURTESY NEF: Richard L. Hyde**    rhyde@awglaw.com
- **ATTORNEY FOR INTERESTED PARTY MERCHANTS CREDIT CORPORATION: Peter L Isola**    pisola@hinshawlaw.com, rmojica@hinshawlaw.com,iking@hinshawlaw.com
- **ATTORNEY FOR CREDITOR, PLAINTIFF, and COUNTER-DEFENDANT OHP-CDR, LP and PLAINTIFF and COUNTER-DEFENDANT PURCHASECO 80, LLC: Razmig Izakelian**    razmigizakelian@quinnemanuel.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Veneeta Jaswal**    veneeta.jaswal@dinsmore.com, bonnie.connolly@dinsmore.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Sara Johnston**    sara.johnston@dinsmore.com
- **ATTORNEY FOR FIDELITY NATIONAL INFORMATION SERVICES, INC. DBA FIS: Sweeney Kelly**    kelly@ksgklaw.com
- **ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP P.C.: Joon M Khang**    joon@khanglaw.com
- **ATTORNEY FOR INTERESTED PARTY AD HOC CONSUMER CLAIMANTS COMMITTEE: Ira David Kharasch**    ikharasch@pszjlaw.com
- **ATTORNEY FOR DEFENDANT GALLANT LAW GROUP: Meredith King**    mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS: Nicholas A Koffroth**    nkoffroth@foxrothschild.com, khoang@foxrothschild.com
- **ATTORNEY FOR DEFENDANT MARICH BEIN, LLC: David S Kupetz**    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**

- **INTERESTED PARTY COURTESY NEF: Christopher J Langley**    chris@slclawoffice.com, langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Kelli Ann Lee**    Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com
- **ATTORNEY DEFENDANT OPTIMUMBANK HOLDINGS, INC: Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, P.C.; DEFENDANT LGS HOLDCO, LLC; INTERESTED PARTY CONSUMER LEGAL GROUP, P.C.; and INTERESTED PARTY LIBERTY ACQUISITIONS GROUP INC: Daniel A Lev**    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **ATTORNEY FOR INTERESTED PARTY REVOLV3, INC.: Britteny Leyva**    bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com
- **INTERESTED PARTY COURTESY NEF ADVERSARY PROCEEDING #: 8:23-AP-01148-SC: Marc A Lieberman**    marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- **ATTORNEY FOR CREDITOR PHILLIP A GREENBLATT, PLLC: Michael D Lieberman**    mlieberman@lipsonneilson.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Yosina M Lissebeck**    Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;Wendy.Yones@dinsmore.com
- **ATTORNEY FOR CREDITOR FUNDURA CAPITAL GROUP: Mitchell B Ludwig**    mbl@kpclegal.com, kad@kpclegal.com
- **INTERESTED PARTY AND ATTORNEY: Daniel S March**    marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **ATTORNEY FOR CREDITOR and DEFENDANT GREYSON LAW CENTER PC, CREDITOR and DEFENDANT HAN TRINH; and CREDITOR and DEFENDANT PHUONG (JAYDE) TRINH: Kathleen P March**    kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **ATTORNEY FOR CREDITOR DAVID ORR: Mark J Markus**    bklawr@bklaw.com, markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com
- **CHAPTER 11 TRUSTEE: Richard A Marshack (TR)**    pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Laila Masud**    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Sarah S. Mattingly**    sarah.mattingly@dinsmore.com
- **INTERESTED PARTY COURTESY NEF: William McCormick**    Bill.McCormick@ag.tn.gov
- **ATTORNEY FOR US TRUSTEE: Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **INTERESTED PARTY COURTESY NEF: Byron Z Moldo**    bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com
- **ATTORNEY FOR CREDITOR ADP, INC: Glenn D. Moses**    gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jamie D Mottola**    Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com
- **INTERESTED PARTY COURTESY NEF: Alan I Nahmias**    anahmias@mbn.law, jdale@mbn.law
- **INTERESTED PARTY COURTESY NEF: Victoria Newmark**    vnewmark@pszjlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jacob Newsum-Bothamley**    jacob.bothamley@dinsmore.com, angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- **ATTORNEY FOR US TRUSTEE: Queenie K Ng**    queenie.k.ng@usdoj.gov
- **CREDITOR: Israel Orozco**    israel@iolawcorp.com
- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS: Keith C Owens**    kowens@foxrothschild.com, khoang@foxrothschild.com
- **ATTORNEY FOR DEFENDANT OPTIMUMBANK HOLDINGS, INC.: Lisa Patel**    lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC: Michael R Pinkston**    rpinkston@seyfarth.com,

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com

- **ATTORNEY FOR DEFENDANT SCOTT JAMES EADIE: Douglas A Plazak**    dplazak@rhlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Tyler Powell**    tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;rosetta.mitchell@dinsmore.com
- **ATTORNEY FOR DEFENDANT TOUZI CAPITAL, LLC and DEFENDANT ENG TAING: Daniel H Reiss**    dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, PC: Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Vanessa Rodriguez**    vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com
- **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC: Kevin Alan Rogers**    krogers@wellsmar.com
- **ATTORNEY FOR CREDITOR MARI AGAPE: Gregory M Salvato**    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **ATTORNEY FOR CREDITOR AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC: Olivia Scott**    olivia.scott3@bclplaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jonathan Serrano**    jonathan.serrano@dinsmore.com
- **ATTORNEY FOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC: Maureen J Shanahan**    Mstotaro@aol.com
- **ATTORNEY FOR CREDITORS UNITED PARTNERSHIPS, LLC and MNS FUNDING LLC: Paul R Shankman**    PShankman@fortislaw.com, info@fortislaw.com
- **ATTORNEY FOR INTERESTED PARTY MORNING LAW GROUP, PC: Zev Shechtman**    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com
- **INTERESTED PARTY COURTESY NEF: Jeffrey M Singletary**    jsingletary@swlaw.com, rmckay@swlaw.com
- **ATTORNEY FOR CREDITOR PIONEER FUNDING GROUP, LLC: Adam D Stein-Sapir**    info@pfllc.com
- **ATTORNEY FOR DEFENDANT BANKUNITED, N.A.: Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): John H. Stephens**    john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com
- **ATTORNEY FOR CREDITOR ALTERYX, INC.: Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Matthew J Stockl**    matthew.stockl@dinsmore.com, katrice.ortiz@dinsmore.com
- **ATTORNEY FOR CREDITOR RANDALL BALDWIN CLARK and INTERESTED PARTY RANDALL BALDWIN CLARK: Michael R Totaro**    Ocbkatty@aol.com
- **US TRUSTEE: United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR WITNESS BRADFORD LEE 8:23-ap-01046-SC: William J Wall**    wwall@wall-law.com
- **ATTORNEY FOR CREDITOR and DEFENDANT AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC: Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- **ATTORNEY FOR CREDITOR DEBT RELIEF GROUP, LLC: Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com
- **CLAIM AGENT FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Reina Zepeda**    rzepeda@omniagnt.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**