1  Nancy Rapoport
   William S. Boyd School of Law
2  University of Nevada, Las Vegas
   4505 S. Maryland Parkway
3  Box  451003
   Las Vegas, Nevada  89154-1003
4  nancy.rapoport@unlv.edu

5  Court Appointed Fee Examiner

6

7

8            **UNITED STATES BANKRUPTCY COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

10

11  In re                                    Case No. 8:23-bk-10571-SC

12  THE LITIGATION PRACTICE GROUP P.C.,      Chapter 11

13          Debtor.                          **AMENDED SECOND AND FINAL
                                             REPORT OF FEE EXAMINER
14                                           NANCY B. RAPOPORT
                                             [DECEMBER 27, 2024]**
15
                                             Date:   January 14, 2025
16                                           Time:   10:00 a.m.
                                             Ctrm:  5C
17                                           Judge: Hon. Scott C. Clarkson
                                             Place:  411 West Fourth Street
18                                           Santa Ana, CA  92701

19

20          Pursuant to the ***Order Appointing a Fee Examiner*** dated August 7, 2024 [Docket No. 1489]

21  (the "Appointment Order"), my first report was filed on September 12, 2024 [Docket No. 1673].

22  My Supplement to the First Report was filed on September 17, 2024 [Docket No. 1697].  Pursuant

23  to the ***Order Granting Motion to: (1) Extend Duration of Ethics Compliance Monitor's***

24  ***Appointment; (2) Increase Compensation For Fee Examiner Services Previously Rendered; and***

25  ***(3) Clarify Appointment of Fee Examiner Regarding Final Applications for Approval of Fees***

26  ***and Expenses*** dated November 7, 2024 [Docket No. 1888], this report is my Second and Final

27  Report.

28          *Specific observations about this billing cycle*

1

1    As is my practice when reviewing professional fees, I asked the professionals for additional

2  details to clarify questionable time entries. I also followed my standard practice of showing

3  representatives the draft of this Second and Final Report relating to that professional's review—

4  before filing this Report with the Court—in order to ensure that I had stated all of the facts and the

5  amounts of any negotiated reductions accurately. Thus, all professionals have had ample

6  opportunity to correct any errors.

7

| Professional[1] | Current Fee Application | Additional Fees Requested for Final Period | Additional Expenses Requested for Final Period |
|---|---|---|---|
| Marshack Hays Woods | Docket No. 1896, Nov. 8, 2024 | $340,416.00 | $2,224.32 |
| Richard Marshack | Docket No. 1898, Nov. 8, 2024 | $51,878.72[2] | $250.45 |
| Omni Agent Solutions | Docket No. 1959, November 27, 2024 | $57,861.45 | $33,887.51 |
| Dinsmore & Shohl | Docket No. 1900, Nov. 8, 2024; PLUS Docket No. 1991, Dec. 23, 2024 | $1,235,404.00 Plus an "up to" award of $2,500[3] | $5,812.54 |
| Bicher & Assocs. | Docket No. 1889, Nov. 7, 2024; PLUS Docket No. 1990, Dec. 19, 2024 | $17,782.00 | $15.00[4] |
| Grobstein Teeple | Docket No. 1885, Nov. 6, 2024 | $77,390.00[5] | $46.03 |
| Fox Rothschild | Docket No. 1897, Nov. 8, 2024 | $120,495.50 | $2,517.60 |
| Force 10 | Docket No. 1899, Nov. 8, 2024 | $63,104.00 | $0.00 |

21    In order to assist this Court with the fee application hearing, here is a chart summarizing my

22  conclusions with respect to all covered professionals:

23

---

[1] It is my understanding that I have not been asked to review the Khang & Khang fees [Docket No. 1983].

[2] The total fees that Mr. Marshack is requesting are $504,579.06, per Docket No. 1988.

[3] Per Ms. Lissebeck's email of Dec. 26, 2024, there is also an additional request of "up to an award of $2,500" for additional fees incurred with the fee application itself.

[4] This amount is per an email from Mr. Bicher dated December 18, 2024.

[5] Per the Application: "Pursuant to the employment in this case, GT agreed that if general unsecured creditors do not receive at least a 25% distribution on allowed claims, GT would take a voluntary 15% reduction on its standard hourly rates to the extent GT's fees were approved by the Court. Further, should general unsecured creditors receive a distribution of more than 25%, GT will have the ability to request that the Court to allow 100% of its fees. At this time GT is only seeking payment of $65,781.50 (85% of the fees sought)." Application at 2.

| Professional | Omnibus Order Allowing Prior Fee Applications [Docket No. 1778, Oct. 1, 2024] | Allowed Amount Trustee Was Authorized to Pay in Omnibus Order | Conclusions, Including Any Additional Recommended Reductions |
|---|---|---|---|
| Marshack Hays Woods | Allowed fees: $1,332,352.00 Allowed expenses: $46,897.69 | Fees allowed to pay: $1,139,160.96 Expenses allowed to pay: $ 46,897.69 -------------------- Total allowed to pay: $1,186,058.65[6] | Reasonable. |
| Richard Marshack | Allowed fees: $452,700.34 Allowed expenses: $1,458.15 | Fees allowed to pay: $452,700.34 Expenses allowed to pay: $ 1,458.15 ------------------ Total allowed to pay: $454,158.49 | Reasonable. |
| Omni Agent Solutions | Allowed fees: $826,644.60 Allowed expenses: $72,399.12 | Fees allowed to pay: $743,980.14 Fees allowed to pay: $ 72,399.12 ------------------ Total allowed to pay: $816,379.26 | Reasonable. |
| Dinsmore & Shohl | Allowed fees: $4,745,825.25 Allowed expenses: $57,379.11 | Fees allowed to pay: $4,095,825.25 Fees allowed to pay: $ 57,379.11 ------------------- Total allowed to pay: $4,153,204.36[7] | Reasonable. |
| Bicher & Assocs. | Allowed fees: $70,180.00 Allowed expenses: $1,259.27 | Fees allowed to pay: $34,513.60 Expenses allowed to pay: $ 0.00 --------------- Total allowed to pay: $34,513.60 | Reasonable. |
| Grobstein Teeple | Allowed fees: $307,466.50 Allowed expenses: $51.03 | Fees allowed to pay: $235,211.87 Expenses allowed to pay: $ 51.03 | Reasonable. |

---

[6] Per the Order, the Trustee was authorized to immediately pay the $66,617.60 in approved but deferred fees if and when the condition set forth in ¶ 3 is met. Order at 4.

[7] Per the Order, "Trustee is authorized to immediately pay the $650,000 in approved but deferred fees if and when the condition set forth in ¶ 4 is met." Order at 5.

| | | Total allowed to pay:[8] $235,262.90 | |
|---|---|---|---|
| Fox Rothschild | Allowed fees: $1,044,173.50 Allowed expenses: $17,421.62 | Fees allowed to pay: $939,756.15 Expenses allowed to pay: $ 17,421.62 --------------- Total allowed to pay: $957,177.77 | Reasonable. |
| Force 10 | Allowed fees: $187,620.00 Allowed expenses: $0.00 | Fees allowed to pay: $168,858.00 Expenses allowed to pay: $ 0.00 --------------- Total allowed to pay: $168,858.00 | Reasonable. |

Chart A, attached hereto, is a summary of the fees and expenses requested in each of the final fee applications.

I will now turn to the fee applications.

<u>Specific Observations on the Final Fee Applications</u>

<u>Marshack Hays Wood LLP</u>

Second and Final Application for Allowance of Fees and Costs

Filed by Marshack Hays Wood LLP as General Counsel [Docket No. 1896]

| Total fees requested | $ 1,672,768.00 |
|---|---|
| Total expenses requested | $    49,122.01 |
| Additional agreed-to voluntary reductions | N/A |
| Voluntary reductions taken by Marshack Hays Wood LLP prior to the fee examiner's review and included in the requested fees | N/A |

---

[8] Per the Order, "As provided in GT's employment application [Dk. No. 95], GT agreed that if general unsecured creditors do not receive at least a 25% distribution on allowed claims, GT would take a voluntary 15% reduction on its standard hourly rates to the extent GT's fees were approved by the Court. This 15% reduction is without prejudice to GT later seeking payment should general unsecured creditors receive distributions of more than 25%." Order at 3.

| Total fees (after reductions) and expenses that Marshack Hays Wood LLP wishes this Court to consider at the Final Fee Application Hearing | $1,721,890.01 |
|---|---|

My review of this final fee application found no significant flags.  I also reviewed the expenses and found no issues there.  The firm was able to answer all of my questions, and I conclude that the fees and expenses were reasonable and necessary when incurred.

<u>Richard Marshack, Trustee</u>

Chapter 11 Trustee's Second and Final Report and Application

for Allowance of Fees and Costs

[Docket No. 1898]

| Total fees requested | $ 504,579.06 |
|---|---|
| Total expenses requested | $ 250.45 |
| Additional agreed-to voluntary reductions | N/A |
| Voluntary reductions taken by Mr. Marshack prior to the fee examiner's review and included in the requested fees | N/A |
| Total fees and expenses that Mr. Marshack wishes this Court to consider at the Final Fee Application Hearing | $504,829.51 |

Because Mr. Marshack is a section 326 professional, rather than a section 327 professional, my review of his fees and expenses was a little different.  Although I treated the time entries as if he were a section 327 professional in order to assure myself that he performed the work that he had described in his fee application, and although I asked for certain follow-up information, all of which was provided, I reviewed his fees primarily in the context of what he has achieved for this estate.  I also reviewed Mr. Marshack's expenses and found no issues with them.

As with my first report, it is my opinion that Mr. Marshack did yeoman's work trying to salvage the situation that he inherited.  Morning Law Group has continued to be responsive to my

1 questions whenever a former LPG client reaches out to me. I conclude that Mr. Marshack's fees
2 and expenses were reasonable and necessary.

3 Omni Agent Solutions

4

5 Second Interim and Final Application for Allowance of

6 Fees and Costs Filed by Omni Agent Solutions, Inc. as Claims and Noticing Agent

7 [Docket No. 1959]

8

| | |
|---|---|
| Total fees requested | $57,861.45 |
| Total expenses requested | $33,887.51 |
| Voluntary reductions taken by Omni Agent Solutions prior to the fee examiner's review and included in the requested fees | N/A |
| Total fees and expenses that Omni Agent Solutions wishes this Court to consider at the Final Fee Application Hearing | $990,792.68 |

16 Omni, given its role, had numerous repetitive tasks, none of which raised any red flags. No
17 flags were triggered on the expenses. I conclude that Omni Agent's fees and expenses are
18 reasonable and necessary as incurred.

19 Second and Final, plus supplement, Chapter 11 Application of Dinsmore & Shohl LLP for

20 Compensation and Reimbursement of Expenses for the Period

21 July 1, 2024 Through September 23, 2024

22 [Docket Nos. 1900 & 1991]

23

| | |
|---|---|
| Total fees requested, with an "up to" award of $2,500 | $5,981,238.75 |
| Total expenses requested | $63,191.65 |
| Additional agreed-to voluntary reductions | Stipulation with Committee will be filed |
| Voluntary fee reductions already taken by Dinsmore & Shohl, taken before filing the fee application, | $442,375.25 |

| | |
|---|---|
| Voluntary rate reductions/courtesy discount already taken by Dinsmore & Shohl, taken before filing the fee application | $148,893.50 |
| Voluntary expense reduction already taken by Dinsmore & Shohl taken before filing the fee application | $4,597.00 |
| Total fees (after reductions) and expenses that Dinsmore & Shohl wishes this Court to consider at the Final Fee Application Hearing | $6,044,430.40 |

For this report, my review focused on issues of the use of itinerant billers and the choice of professional for particular tasks (whether the professional was the lowest efficient biller). Dinsmore was able to answer all of my questions; therefore, I conclude that its fees and expenses are reasonable and necessary as incurred.

Interim[9] Application of Robert F. Bicher & Associates

[Docket No. 1889; Docket No. 1990]

| | |
|---|---|
| Total fees requested in Docket No. 1889 | $85,592.00 |
| Supplemental fees requested in Docket No. 1990 | $2,370.00 |
| Total expenses requested | $1,274.27 |
| Additional agreed-to voluntary reductions | N/A |
| Voluntary reductions taken by Bicher & Associates prior to the fee examiner's review and included in the requested fees | N/A |
| Final fees and expenses after proposed reductions | $89,186.27 |

My review of these two fee applications focused on the billing of travel time. The firm was able to answer my questions, and I conclude that the fees and expenses were reasonable and necessary when incurred.

Second and Final Application for Compensation and Reimbursement of Expenses of Grobstein Teeple, LLP as Accountants for the Chapter 11 Trustee

[Docket No. 1885]

| | |
|---|---|
| Total fees requested | $384,856.50 |

---

[9] Marked as an interim fee application, but presumably intended as the final fee application.

| Total expenses requested | $97.06 |
|---|---|
| Additional agreed-to voluntary reductions | N/A |
| Total fees and expenses that Grobstein Teeple wishes this Court to consider at the First Interim Fee Application Hearing | $384,953.56 |

My review of this fee application focused on the allocation of work across professionals. The firm was able to answer all of my questions, and I conclude that the fees and expenses were reasonable and necessary when incurred.

Fox Rothschild LLP's Second Interim, for the Period Between August 1, 2024 Through September 23, 2024, and Final Application For Compensation

and Reimbursement of Expenses Incurred

[Docket No. 1897]

| Total fees requested | $1,056,669.00 |
|---|---|
| Total expenses requested | $19,939.33 |
| Additional agreed-to voluntary reductions | N/A |
| Voluntary reductions taken by Fox Rothschild prior to the filing of the fee application | $5,545.00 in fees and $1,516.85 in expenses |
| Estimated voluntary reductions taken by Fox Rothschild related to post-Effective Date fee applications10 | $19,082 in fees |
| Total fees and expenses that Fox Rothschild wishes this Court to consider at the Final Fee Application Hearing | $1,076,608.33 |

My review of this interim fee application focused on whether the right level of professional was performing certain tasks. The firm was able to answer my questions; therefore, I conclude that Fox Rothschild's fees and expenses are reasonable and necessary as incurred.

Force Ten Partners, LLC Second Interim, for the Period

---

[10] Fox Rothschild voluntarily agreed to not bill the estate further for work performed related to fee applications after the Effective Date of the plan and has not included a prospective, estimated amount of fees in its fee application for work related to fee applications. This estimated amount includes write-offs of all work related to preparation of the Fox Rothschild fee application, responses to objections, appearance at the hearing, and review of other professionals' fee applications, and related negotiations and objections. Fox Rothschild has represented to me that it has incurred, as of November 30, 2024, $4,082 in fees subject to this voluntary write-off. Fox Rothschild estimates that it will incur an additional $15,000 in fees subject to this voluntary write-off from December 1, 2024, through the hearing on the fee application.

Between August 1, 2024 Through September 23, 2024, and Final

Application for Compensation and Reimbursement of Expenses Incurred

[Docket No. 1899]

| | |
|---|---:|
| Total fees requested | $250,724.00 |
| Total expenses requested | $0.00 |
| Additional agreed-to voluntary reductions | N/A |
| Voluntary reductions taken by Force 10 prior to the filing of the fee application | N/A |
| Total fees and expenses that Force 10 wishes this Court to consider at the Final Fee Application Hearing | $250,724.00 |

My review of this interim fee application focused on a high number of rounded-hour time entries. The firm was able to answer all of my questions, and I conclude that the fees and expenses were reasonable and necessary when incurred.

Conclusion

In closing, I wish to express my appreciation to all of those professionals who cooperated in helping me better understand their fee applications.

I have spoken with Mr. Celentino about my inability to appear at the hearing on the final fee applications (I will be out of easy Wi-Fi communications at that time), and he has assured me that, should there be a need for any in-person hearings, he will ask for those fee application hearings to be continued. To the extent that new and relevant pleadings related to these fee applications are filed after this Supplement has been docketed, I will file an additional report.

Date: December 27, 2024
Las Vegas, Nevada

Respectfully submitted:

_Nancy B. Rapoport_
_Fee Examiner_

CHART A

| | Fee App Doc. No. | Additional fees requested in the final application | Additional expenses requested in the final application | Total final fees sought (before any proposed reductions) | Total final expenses sought (before any proposed reductions) | Total final fees and expenses sought (before any proposed reductions) | Negotiated reductions | Total fees and expenses requested to date (after any negotiated reductions) |
|---|---|---|---|---|---|---|---|---|
| Marshack Hays Woods | 1896 | $340,416.00 | $2,224.32 | $1,672,768.00 | $49,122.01 | $1,721,890.01 | N/A | $1,721,890.01 |
| Richard Marshack | 1898 | $51,878.72 | $250.45 | $504,579.06 | $250.45 | $504,829.51 | N/A | $504,829.51 |
| Omni Agent Solutions | 1959 | $57,861.45 | $33,887.51 | $884,506.05 | $106,286.63 | $990,792.68 | N/A | $990,792.68 |
| Dinsmore & Shohl | 1900 | $1,235,404.00[1] | $5,812.54 | $5,981,238.75 | $63,191.65 | $6,044,430.40 | N/A | $6,044,430.40 |
| Bicher & Assocs. | 1889 | $15,412.00 | $1,259.27 | $87,962.00[2] | $1,274.27 [3] | $89,236.27[4] | N/A | $89,236.27[5] |
| Grobstein Teeple | 1885 | $77,390.00 | $46.03 | $384,856.50 | $97.06 | $384,953.56 | N/A | $384,953.56 |
| Fox Rothschild | 1897 | $120,495.50 | $2,517.60 | $1,056,669.00 | $19,939.33 | $1,076,608.33 | N/A | $1,076,608.33 |
| Force 10 | 1899 | $63,104.00 | $ - | $250,724.00 | | $250,724.00 | N/A | $250,724.00 |
| Totals | | $1,961,667.67 | $45,997.72 | $10,438,446.86 | $240,161.40 | $11,063,464.76 | | $11,063,464.76 |

[1] Plus, per Ms. Lissebeck's email of Dec. 26, 2024, "up to an award of $2,500" for additional fees incurred with the fee application itself.
[2] Includes Supplement of $2,370 from Docket No. 1990.
[3] Mr. Bicher informed me, per an email dated December 18, 2024, that the actual expense amount is $15.00.
[4] Given Mr. Bicher's email of December 18, 2024, the total was $85,557.00.  After his supplement (*see* n. 1, *supra*), the new total is
[5] Per Mr. Bicher's mail dated December 18, 2024.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:        655 W. Broadway, Suite 800, San Diego, California  92101

A true and correct copy of the foregoing document: **AMENDED SECOND AND FINAL REPORT OF FEE EXAMINER NANCY BE. RAPOPORT [DECEMBER 24, 2024]**

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 27, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒        Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On December 27, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

YCIR Inc.
Hector Ocegueda
535 S Barranca St #4
Covina, CA 91723

**JUDGE'S COPY**
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐        Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 27, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐        Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 27, 2024 | Caron Burke | /s/ Caron Burke |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August  2010                                                                                    **F 9013-3.1.PROOF.SERVICE**

1.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Kyra E Andrassy on behalf of Defendant Arash Asante Bayrooti
kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com

Kyra E Andrassy on behalf of Interested Party Courtesy NEF
kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com

Bradford Barnhardt on behalf of Interested Party Courtesy NEF
bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt on behalf of Plaintiff Richard A. Marshack
bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt on behalf of Trustee Richard A Marshack (TR)
bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Eric Bensamochan on behalf of Creditor Oxford Knox, LLC
eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Interested Party Courtesy NEF
eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Interested Party Eric Bensamochan
eric@eblawfirm.us, G63723@notify.cincompass.com

Michael Jay Berger on behalf of Defendant Leucadia Enterprises, Inc
michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Ethan J Birnberg on behalf of Defendant BMF Advance, LLC
birnberg@portersimon.com, kdwyer@portersimon.com

Ethan J Birnberg on behalf of Defendant Diverse Capital LLC
birnberg@portersimon.com, kdwyer@portersimon.com

Peter W Bowie on behalf of Trustee Richard A Marshack (TR)
peter.bowie@dinsmore.com, caron.burke@dinsmore.com

Ronald K Brown on behalf of Creditor SDCO Tustin Executive Center, Inc.
ron@rkbrownlaw.com

Christopher Celentino on behalf of Plaintiff Richard A. Marshack
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Special Counsel Dinsmore & Shohl LLP
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Trustee Richard A Marshack (TR)
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Shawn M Christianson on behalf of Interested Party Courtesy NEF
cmcintire@buchalter.com, schristianson@buchalter.com

Randall Baldwin Clark on behalf of Interested Party Randall Baldwin Clark
rbc@randallbclark.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                        **F 9013-3.1.PROOF.SERVICE**

Leslie A Cohen on behalf of Defendant Rosa Bianca Loli
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Leslie A Cohen on behalf of Interested Party Courtesy NEF
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Michael W Davis on behalf of Defendant Morning Law Group, P.C.
mdavis@dtolaw.com, ygodson@dtolaw.com

Aaron E. De Leest on behalf of Trustee Richard A Marshack (TR)
adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Anthony Paul Diehl on behalf of Interested Party Courtesy NEF
anthony@apdlaw.net,
Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net,9143954420@filings.docketbird.com

Ashley Dionisio on behalf of Other Professional Omni Agent Solutions
adionisio@omniagnt.com

Jenny L Doling on behalf of Interested Party INTERESTED PARTY
jd@jdl.law,
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys
jd@jdl.law,
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling on behalf of Interested Party National Consumer Bankruptcy Rights Center
jd@jdl.law,
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Daniel A Edelman on behalf of Creditor Carolyn Beech
dedelman@edcombs.com, courtecl@edcombs.com

Howard M Ehrenberg on behalf of Defendant New Horizon Finance LLC
Howard.Ehrenberg@gmlaw.com,
hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com

Meredith Fahn on behalf of Creditor Meredith Fahn
fahn@sbcglobal.net

Jeremy Faith on behalf of Defendant Colbalt Funding Solutions, LLC
Jeremy@MarguliesFaithlaw.com,
Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Jeremy Faith on behalf of Interested Party Courtesy NEF
Jeremy@MarguliesFaithlaw.com,
Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

William P. Fennell on behalf of Creditor Validation Partners LLC
william.fennell@fennelllaw.com,
wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com

Alan W Forsley on behalf of Creditor Anthem Blue Cross of California
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                            F 9013-.1.PROOF.SERVICE

Alan W Forsley on behalf of Defendant JGW Solutions, LLC
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com

Alan W Forsley on behalf of Interested Party Courtesy NEF
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com

Marc C Forsythe on behalf of Defendant Clear Vision Financial LLC
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Marc C Forsythe on behalf of Defendant Perfect Financial, LLC
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Marc C Forsythe on behalf of Defendant Point Break Holdings LLC
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Jeremy Freedman on behalf of Plaintiff Richard A. Marshack
jeremy.freedman@dinsmore.com, bonnie.connolly@dinsmore.com

Jeremy Freedman on behalf of Trustee Richard A Marshack (TR)
jeremy.freedman@dinsmore.com, bonnie.connolly@dinsmore.com

Eric Gassman on behalf of Creditor Herret Credit
erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com

Yisrael Gelb on behalf of Defendant Bridge Funding Cap, LLC
yisrael@gelblawapc.com

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com

Christopher Ghio on behalf of Trustee Richard A Marshack (TR)
christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com

Amy Lynn Ginsburg on behalf of Creditor Amy Ginsburg
efilings@ginsburglawgroup.com

Amy Lynn Ginsburg on behalf of Creditor Kenton Cobb
efilings@ginsburglawgroup.com

Amy Lynn Ginsburg on behalf of Creditor Shannon Bellfield
efilings@ginsburglawgroup.com

Eric D Goldberg on behalf of Defendant Stripe, Inc.
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Jeffrey I Golden on behalf of Creditor Affirma, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                      **F 9013-.1.PROOF.SERVICE**

Jeffrey I Golden on behalf of Creditor Anaheim Arena Management, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Anaheim Ducks Hockey Club, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Oxford Knox, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Interested Party Courtesy NEF
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

Richard H Golubow on behalf of Creditor Debt Validation Fund II, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 1, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 2, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Defendant Debt Validation Fund II, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Defendant MC DVI Fund 1, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Defendant MC DVI Fund 2, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

David M Goodrich on behalf of Creditor United Partnerships, LLC
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Interested Party Courtesy NEF
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

Spencer Keith Gray on behalf of Plaintiff Richard A Marshack
spencer.gray@dinsmore.com, wendy.yones@dinsmore.com

Spencer Keith Gray on behalf of Trustee Richard A Marshack (TR)
spencer.gray@dinsmore.com, wendy.yones@dinsmore.com

Stella A Havkin on behalf of Defendant Bridge Funding Cap, LLC
stella@havkinandshrago.com, shavkinesq@gmail.com

D Edward Hays on behalf of Attorney Marshack Hays LLP
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ec
f.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-.1.PROOF.SERVICE**

D Edward Hays on behalf of Creditor Committee Committee of Unsecured Creditors
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Trustee Richard A Marshack (TR)
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Trustee Richard A Marshack (TR)
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Alan Craig Hochheiser on behalf of Creditor City Capital NY
ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com

Garrick A Hollander on behalf of Creditor Debt Validation Fund II, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander on behalf of Creditor MC DVI Fund 1, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander on behalf of Creditor MC DVI Fund 2, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Brian L Holman on behalf of Creditor Sharp Electronics Corporation
b.holman@musickpeeler.com

Richard L. Hyde on behalf of Interested Party Courtesy NEF
rhyde@awglaw.com

Peter L Isola on behalf of Interested Party Merchants Credit Corporation
pisola@hinshawlaw.com, rmojica@hinshawlaw.com,iking@hinshawlaw.com

Razmig Izakelian on behalf of Counter-Defendant OHP-CDR, LP
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Counter-Defendant PurchaseCo 80, LLC
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Creditor OHP-CDR, LP
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Plaintiff OHP-CDR, LP
razmigizakelian@quinnemanuel.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                        F 9013-.1.PROOF.SERVICE

Razmig Izakelian on behalf of Plaintiff PurchaseCo 80, LLC
razmigizakelian@quinnemanuel.com

Veneeta Jaswal on behalf of Plaintiff Richard A Marshack
veneeta.jaswal@dinsmore.com, bonnie.connolly@dinsmore.com

Veneeta Jaswal on behalf of Plaintiff Richard A. Marshack
veneeta.jaswal@dinsmore.com, bonnie.connolly@dinsmore.com

Sara Johnston on behalf of Trustee Richard A Marshack (TR)
sara.johnston@dinsmore.com

Sweeney Kelly on behalf of Defendant Fidelity National Information Services, Inc.
kelly@ksgklaw.com

Sweeney Kelly on behalf of Defendant Fidelity National Information Services, Inc. dba FIS
kelly@ksgklaw.com

Sweeney Kelly on behalf of Defendant Worldpay Group
kelly@ksgklaw.com

Sweeney Kelly on behalf of Defendant Worldpay, LLC
kelly@ksgklaw.com

Joon M Khang on behalf of Attorney Khang & Khang LLP
joon@khanglaw.com

Joon M Khang on behalf of Debtor The Litigation Practice Group P.C.
joon@khanglaw.com

Ira David Kharasch on behalf of Defendant Consumer Legal Group, PC
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Defendant LGS Holdco, LLC
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Interested Party Ad Hoc Consumer Claimants Committee
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Interested Party Consumer Legal Group, P.C.
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Interested Party Courtesy NEF
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Interested Party LGS Holdco, LLC
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Interested Party Liberty Acquisitions Group Inc.
ikharasch@pszjlaw.com

Meredith King on behalf of Defendant Gallant Law Group
mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Meredith King on behalf of Interested Party Courtesy NEF
mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-.1.PROOF.SERVICE

Nicholas A Koffroth on behalf of Creditor Committee Committee of Unsecured Creditors
nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth on behalf of Creditor Committee Post-Confirmation Oversight Committee
nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com

David S Kupetz on behalf of Defendant Marich Bein LLC
David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

David S Kupetz on behalf of Defendant Marich Bein, LLC
David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

David S Kupetz on behalf of Interested Party Courtesy NEF
David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

Christopher J Langley on behalf of Interested Party Courtesy NEF
chris@slclawoffice.com,
langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com

Kelli Ann Lee on behalf of Trustee Richard A Marshack (TR)
Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com

Matthew A Lesnick on behalf of Defendant OptimumBank Holdings, Inc.
matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Daniel A Lev on behalf of Interested Party Courtesy NEF
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev on behalf of Interested Party Liberty Acquisitions Group Inc.
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Britteny Leyva on behalf of Interested Party Revolv3, Inc.
bleyva@mayerbrown.com,
2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com

Marc A Lieberman on behalf of Attorney FLP Law Group LLP
marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com

Marc A Lieberman on behalf of Defendant JGW Solutions, LLC
marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com

Marc A Lieberman on behalf of Interested Party Courtesy NEF
marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com

Michael D Lieberman on behalf of Creditor Phillip A. Greenblatt, PLLC
mlieberman@lipsonneilson.com

Yosina M Lissebeck on behalf of Counter-Claimant Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

Yosina M Lissebeck on behalf of Defendant Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

Yosina M Lissebeck on behalf of Plaintiff Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

Yosina M Lissebeck on behalf of Plaintiff Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    F 9013-.1.PROOF.SERVICE

Yosina M Lissebeck on behalf of Trustee Richard A Marshack (TR)
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

Mitchell B Ludwig on behalf of Creditor Fundura Capital Group
mbl@kpclegal.com, kad@kpclegal.com

Mitchell B Ludwig on behalf of Defendant Bridge Funding Cap, LLC
mbl@kpclegal.com, kad@kpclegal.com

Charity J Manee on behalf of Defendant Clear Vision Financial LLC
cmanee@goeforlaw.com, kmurphy@goeforlaw.com

Charity J Manee on behalf of Interested Party Goe Forsythe & Hodges LLP
cmanee@goeforlaw.com, kmurphy@goeforlaw.com

Daniel S March on behalf of Defendant Daniel S. March
marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com

Daniel S March on behalf of Interested Party INTERESTED PARTY
marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com

Kathleen P March on behalf of Creditor Greyson Law Center PC
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Creditor Han Trinh
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Creditor Phuong (Jayde) Trinh
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Defendant Greyson Law Center PC
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Defendant Han Trinh
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Defendant Jayde Trinh
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Interested Party The Bankruptcy Law Firm, P.C.
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Mark J Markus on behalf of Creditor David Orr
, markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com

Richard A Marshack (TR)
pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com

Laila Masud on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud on behalf of Interested Party Richard A. Marshack

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    F 9013-1.PROOF.SERVICE

lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud on behalf of Plaintiff Richard Marshack
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud on behalf of Trustee Richard A Marshack (TR)
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Sarah S. Mattingly on behalf of Defendant Clearcube LLC
sarah.mattingly@dinsmore.com

Sarah S. Mattingly on behalf of Plaintiff Richard A. Marshack
sarah.mattingly@dinsmore.com

Sarah S. Mattingly on behalf of Plaintiff Richard A. Marshack, Chapter 11 Trustee
sarah.mattingly@dinsmore.com

Sarah S. Mattingly on behalf of Plaintiff Richard A. Marshack
sarah.mattingly@dinsmore.com

Sarah S. Mattingly on behalf of Trustee Richard A Marshack (TR)
sarah.mattingly@dinsmore.com

Tony May on behalf of Defendant Matthew Lovelady
tmay@maybrocklaw.com

William McCormick on behalf of Creditor TN Dept of Revenue
Bill.McCormick@ag.tn.gov

Kenneth Misken on behalf of U.S. Trustee United States Trustee (SA)
Kenneth.M.Misken@usdoj.gov

Kenneth Misken on behalf of U.S. Trustee United States Trustee (SA)
Kenneth.M.Misken@usdoj.gov

Byron Z Moldo on behalf of Interested Party Byron Moldo
bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com

Glenn D. Moses on behalf of Creditor ADP, Inc
gmoses@venable.com,
cascavone@venable.com;ipmalcolm@venable.com;imalcolm@ecf.courtdrive.com;jadelgado@venable.com

Jamie D Mottola on behalf of Plaintiff Richard A. Marshack, Chapter 11 Trustee
Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbn.law, jdale@mbn.law

Victoria Newmark on behalf of Defendant Consumer Legal Group, PC
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com

Victoria Newmark on behalf of Defendant LGS Holdco, LLC
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-.1.PROOF.SERVICE

Victoria Newmark on behalf of Interested Party Consumer Legal Group, P.C.
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com

Victoria Newmark on behalf of Interested Party Courtesy NEF
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com

Victoria Newmark on behalf of Interested Party LGS Holdco, LLC
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com

Victoria Newmark on behalf of Interested Party Liberty Acquisitions Group Inc.
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com

Jacob Newsum-Bothamley on behalf of Plaintiff Richard A. Marshack
jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com

Jacob Newsum-Bothamley on behalf of Trustee Richard A Marshack (TR)
jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com

Queenie K Ng on behalf of U.S. Trustee United States Trustee (SA)
queenie.k.ng@usdoj.gov

Israel Orozco on behalf of Creditor Israel Orozco
israel@iolawcorp.com

Keith C Owens on behalf of Creditor Committee Committee of Unsecured Creditors
kowens@foxrothschild.com, khoang@foxrothschild.com

Keith C Owens on behalf of Creditor Committee Post-Confirmation Oversight Committee
kowens@foxrothschild.com, khoang@foxrothschild.com

Keith C Owens on behalf of Intervenor OFFICIAL COMMITTEE OF UNSECURED CREDITORS
kowens@foxrothschild.com, khoang@foxrothschild.com

Lisa Patel on behalf of Defendant OptimumBank Holdings, Inc.
lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com

Michael R Pinkston on behalf of Creditor Wells Marble and Hurst, PLLC
rpinkston@seyfarth.com,
jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankrupcydocket@seyfarth.com

Douglas A Plazak on behalf of Defendant Scott James Eadie
dplazak@rhlaw.com

Tyler Powell on behalf of Counter-Claimant Richard A Marshack (TR)
tyler.powell@dinsmore.com,
jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell on behalf of Counter-Claimant Richard A. Marshack
tyler.powell@dinsmore.com,
jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell on behalf of Counter-Defendant Richard A Marshack (TR)
tyler.powell@dinsmore.com,
jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell on behalf of Defendant Richard A. Marshack

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-1.1.PROOF.SERVICE**

tyler.powell@dinsmore.com,
jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell on behalf of Plaintiff Richard A Marshack
tyler.powell@dinsmore.com,
jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell on behalf of Plaintiff Richard A. Marshack
tyler.powell@dinsmore.com,
jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell on behalf of Trustee Richard A Marshack (TR)
tyler.powell@dinsmore.com,
jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com

Daniel H Reiss on behalf of Defendant PECC Corp
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel H Reiss on behalf of Defendant Touzi Capital, LLC
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel H Reiss on behalf of Defendant Eng Taing
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Vincent Renda on behalf of Creditor Unified Global Research Group, Inc
vr@pinlegal.com, ld@pinlegal.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Vanessa Rodriguez on behalf of Plaintiff Richard A. Marshack
vanessa.rodriguez@dinsmore.com, katherine.hemphill@dinsmore.com

Vanessa Rodriguez on behalf of Trustee Richard A Marshack (TR)
vanessa.rodriguez@dinsmore.com, katherine.hemphill@dinsmore.com

Kevin Alan Rogers on behalf of Creditor Wells Marble and Hurst, PLLC
krogers@wellsmar.com

Gregory M Salvato on behalf of Creditor Mari Agape
gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato on behalf of Interested Party Courtesy NEF
gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Olivia Scott on behalf of Creditor Azzure Capital LLC
olivia.scott@hklaw.com

Olivia Scott on behalf of Creditor Hi Bar Capital LLC
olivia.scott@hklaw.com

Jonathan Serrano on behalf of Plaintiff Richard A. Marshack
Jonathan@MarguliesFaithLaw.com,
vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Jonathan Serrano on behalf of Special Counsel Dinsmore & Shohl LLP

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-.1.PROOF.SERVICE**

Jonathan@MarguliesFaithLaw.com,
vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Jonathan Serrano on behalf of Trustee Richard A Marshack (TR)
Jonathan@MarguliesFaithLaw.com,
vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Maureen J Shanahan on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC
Mstotaro@aol.com

Paul R Shankman on behalf of Attorney Paul R. Shankman
PShankman@fortislaw.com, info@fortislaw.com

Paul R Shankman on behalf of Creditor United Partnerships, LLC
PShankman@fortislaw.com, info@fortislaw.com

Zev Shechtman on behalf of Interested Party Danning Gill Israel & Krasnoff LLP
Zev.Shechtman@saul.com,
zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman on behalf of Interested Party Morning Law Group, P.C.
Zev.Shechtman@saul.com,
zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Jeffrey M Singletary on behalf of Plaintiff Alteryx, Inc.
jsingletary@swlaw.com, rmckay@swlaw.com

Adam D Stein-Sapir on behalf of Creditor Pioneer Funding Group, LLC
info@pfllc.com

Howard Steinberg on behalf of Defendant BankUnited, N.A.
steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-
6096@ecf.pacerpro.com

John H. Stephens on behalf of Plaintiff Richard A. Marshack
john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com

John H. Stephens on behalf of Plaintiff Richard A Marshack
john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com

John H. Stephens on behalf of Plaintiff Richard A Marshack
john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com

Andrew Still on behalf of Creditor Alteryx, Inc.
astill@swlaw.com, kcollins@swlaw.com

Andrew Still on behalf of Interested Party Courtesy NEF
astill@swlaw.com, kcollins@swlaw.com

Andrew Still on behalf of Plaintiff Alteryx, Inc.
astill@swlaw.com, kcollins@swlaw.com

Matthew J Stockl on behalf of Plaintiff Richard A. Marshack
matthew.stockl@dinsmore.com, katrice.ortiz@dinsmore.com

Brett N Taylor on behalf of Defendant Debt Resolution Direct, LLC
btaylor@cozen.com, arincon@cozen.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Michael R Totaro on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC
Ocbkatty@aol.com

Michael R Totaro on behalf of Interested Party Randall Baldwin Clark
Ocbkatty@aol.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

William J Wall on behalf of Witness Bradford Lee
wwall@wall-law.com

Sharon Z. Weiss on behalf of Creditor Azzure Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-
weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss on behalf of Creditor Hi Bar Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-
weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss on behalf of Defendant Azzure Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-
weiss-7104@ecf.pacerpro.com

Johnny White on behalf of Creditor Debt Relief Group, LLC
JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White on behalf of Interested Party Courtesy NEF
JWhite@wrslawyers.com, jlee@wrslawyers.com

Reina Zepeda on behalf of Other Professional Omni Agent Solutions
rzepeda@omniagnt.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                    **F 9013-.1.PROOF.SERVICE**