United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10571-SC |
| The Litigation Practice Group P.C. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 10 |
| Date Rcvd: Jan 02, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2025:**

**Recip ID                    Recipient Name and Address**
db                    #+  The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2025                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2025 at the address(es) listed below:**

**Name                    Email Address**

Aaron E. De Leest
                    on behalf of Trustee Richard A Marshack (TR) adeleest@marshackhays.com
                    adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Adam D Stein-Sapir
                    on behalf of Creditor Pioneer Funding Group  LLC info@pfllc.com

Alan Craig Hochheiser
                    on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com  arodriguez@mauricewutscher.com

Alan I Nahmias
                    on behalf of Interested Party Courtesy NEF anahmias@mbn.law  jdale@mbn.law

Alan W Forsley

District/off: 0973-8                     User: admin                                   Page 2 of 10

Date Rcvd: Jan 02, 2025                  Form ID: pdf042                         Total Noticed: 1

| | |
|---|---|
| | on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com |
| Alan W Forsley | |
| | on behalf of Creditor Anthem Blue Cross of California alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com |
| Amy Lynn Ginsburg | |
| | on behalf of Creditor Amy Ginsburg efilings@ginsburglawgroup.com |
| Amy Lynn Ginsburg | |
| | on behalf of Creditor Shannon Bellfield efilings@ginsburglawgroup.com |
| Amy Lynn Ginsburg | |
| | on behalf of Creditor Kenton Cobb efilings@ginsburglawgroup.com |
| Andrew Still | |
| | on behalf of Creditor Alteryx  Inc. astill@swlaw.com, kcollins@swlaw.com |
| Andrew Still | |
| | on behalf of Interested Party Courtesy NEF astill@swlaw.com  kcollins@swlaw.com |
| Andrew Still | |
| | on behalf of Plaintiff Alteryx  Inc. astill@swlaw.com, kcollins@swlaw.com |
| Anthony Paul Diehl | |
| | on behalf of Interested Party Courtesy NEF anthony@apdlaw.net Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net,9143954420@filings.docketbird.com |
| Ashley Dionisio | |
| | on behalf of Other Professional Omni Agent Solutions adionisio@omniagnt.com |
| Bradford Barnhardt | |
| | on behalf of Plaintiff Richard A. Marshack bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com |
| Bradford Barnhardt | |
| | on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com |
| Bradford Barnhardt | |
| | on behalf of Trustee Richard A Marshack (TR) bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com |
| Brett N Taylor | |
| | on behalf of Defendant Debt Resolution Direct  LLC btaylor@cozen.com, arincon@cozen.com |
| Brian L Holman | |
| | on behalf of Creditor Sharp Electronics Corporation b.holman@musickpeeler.com |
| Britteny Leyva | |
| | on behalf of Interested Party Revolv3  Inc. bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com |
| Byron Z Moldo | |
| | on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com  aantonio@ecjlaw.com,dperez@ecjlaw.com |
| Charity J Manee | |
| | on behalf of Defendant Clear Vision Financial LLC cmanee@goeforlaw.com  kmurphy@goeforlaw.com |
| Charity J Manee | |
| | on behalf of Interested Party Goe Forsythe & Hodges LLP cmanee@goeforlaw.com  kmurphy@goeforlaw.com |
| Christopher Celentino | |
| | on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com  caron.burke@dinsmore.com |
| Christopher Celentino | |
| | on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com  caron.burke@dinsmore.com |
| Christopher Celentino | |
| | on behalf of Special Counsel Dinsmore & Shohl LLP christopher.celentino@dinsmore.com  caron.burke@dinsmore.com |
| Christopher Ghio | |
| | on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com  angelica.urena@dinsmore.com |
| Christopher Ghio | |
| | on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com  angelica.urena@dinsmore.com |
| Christopher J Langley | |
| | on behalf of Interested Party Courtesy NEF chris@slclawoffice.com langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com |
| D Edward Hays | |

District/off: 0973-8                                User: admin                                                Page 3 of 10

Date Rcvd: Jan 02, 2025                          Form ID: pdf042                                          Total Noticed: 1

              on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com
              ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays

              on behalf of Interested Party Courtesy NEF ehays@marshackhays.com
              ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays

              on behalf of Creditor Committee Committee of Unsecured Creditors ehays@marshackhays.com
              ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays

              on behalf of Attorney Marshack Hays LLP ehays@marshackhays.com
              ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Daniel A Edelman

              on behalf of Creditor Carolyn Beech dedelman@edcombs.com  courtecl@edcombs.com

Daniel A Lev

              on behalf of Interested Party Liberty Acquisitions Group Inc. daniel.lev@gmlaw.com
              cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev

              on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com  cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel H Reiss

              on behalf of Defendant Eng Taing dhr@lnbyg.com  dhr@ecf.inforuptcy.com

Daniel H Reiss

              on behalf of Defendant Touzi Capital  LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel H Reiss

              on behalf of Defendant PECC Corp dhr@lnbyg.com  dhr@ecf.inforuptcy.com

Daniel S March

              on behalf of Interested Party INTERESTED PARTY marchlawoffice@gmail.com  marchdr94019@notify.bestcase.com

Daniel S March

              on behalf of Defendant Daniel S. March marchlawoffice@gmail.com  marchdr94019@notify.bestcase.com

David M Goodrich

              on behalf of Interested Party Courtesy NEF dgoodrich@go2.law
              kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

              on behalf of Creditor United Partnerships  LLC dgoodrich@go2.law,
              kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David S Kupetz

              on behalf of Defendant Marich Bein LLC David.Kupetz@lockelord.com  mylene.ruiz@lockelord.com

David S Kupetz

              on behalf of Defendant Marich Bein  LLC David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

David S Kupetz

              on behalf of Interested Party Courtesy NEF David.Kupetz@lockelord.com  mylene.ruiz@lockelord.com

Douglas A Plazak

              on behalf of Defendant Scott James Eadie dplazak@rhlaw.com

Eric Bensamochan

              on behalf of Creditor Oxford Knox  LLC eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan

              on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us  G63723@notify.cincompass.com

Eric Bensamochan

              on behalf of Interested Party Courtesy NEF eric@eblawfirm.us  G63723@notify.cincompass.com

Eric Gassman

              on behalf of Creditor Herret Credit erg@gassmanlawgroup.com  gassman.ericb112993@notify.bestcase.com

Eric D Goldberg

              on behalf of Defendant Stripe  Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Ethan J Birnberg

              on behalf of Defendant Diverse Capital LLC birnberg@portersimon.com  kdwyer@portersimon.com

Ethan J Birnberg

              on behalf of Defendant BMF Advance  LLC birnberg@portersimon.com, kdwyer@portersimon.com

Garrick A Hollander

              on behalf of Creditor Debt Validation Fund II  LLC ghollander@wghlawyers.com,

District/off: 0973-8                    User: admin                                          Page 4 of 10

Date Rcvd: Jan 02, 2025                  Form ID: pdf042                                  Total Noticed: 1

jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
                    on behalf of Creditor MC DVI Fund 1  LLC ghollander@wghlawyers.com,
                    jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
                    on behalf of Creditor MC DVI Fund 2  LLC ghollander@wghlawyers.com,
                    jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Glenn D. Moses
                    on behalf of Creditor ADP  Inc gmoses@venable.com,
                    cascavone@venable.com;ipmalcolm@venable.com;imalcolm@ecf.courtdrive.com;jadelgado@venable.com

Gregory M Salvato
                    on behalf of Creditor Mari Agape gsalvato@salvatoboufadel.com
                    calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
                    on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com
                    calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Howard Steinberg
                    on behalf of Defendant BankUnited  N.A. steinbergh@gtlaw.com,
                    pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Howard M Ehrenberg
                    on behalf of Defendant New Horizon Finance LLC Howard.Ehrenberg@gmlaw.com
                    hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com

Ira David Kharasch
                    on behalf of Interested Party Liberty Acquisitions Group Inc. ikharasch@pszjlaw.com

Ira David Kharasch
                    on behalf of Defendant Consumer Legal Group  PC ikharasch@pszjlaw.com

Ira David Kharasch
                    on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com

Ira David Kharasch
                    on behalf of Defendant LGS Holdco  LLC ikharasch@pszjlaw.com

Ira David Kharasch
                    on behalf of Interested Party LGS Holdco  LLC ikharasch@pszjlaw.com

Ira David Kharasch
                    on behalf of Interested Party Consumer Legal Group  P.C. ikharasch@pszjlaw.com

Ira David Kharasch
                    on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com

Israel Orozco
                    on behalf of Creditor Israel Orozco israel@iolawcorp.com

Jacob Newsum-Bothamley
                    on behalf of Trustee Richard A Marshack (TR) jacob.bothamley@dinsmore.com  bonnie.connolly@dinsmore.com

Jacob Newsum-Bothamley
                    on behalf of Plaintiff Richard A. Marshack jacob.bothamley@dinsmore.com  bonnie.connolly@dinsmore.com

Jamie D Mottola
                    on behalf of Plaintiff Richard A. Marshack  Chapter 11 Trustee Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com

Jeffrey I Golden
                    on behalf of Interested Party Courtesy NEF jgolden@go2.law
                    kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
                    estcase.com

Jeffrey I Golden
                    on behalf of Creditor Affirma  LLC jgolden@go2.law,
                    kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
                    estcase.com

Jeffrey I Golden
                    on behalf of Creditor Anaheim Ducks Hockey Club  LLC jgolden@go2.law,
                    kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
                    estcase.com

Jeffrey I Golden
                    on behalf of Creditor Oxford Knox  LLC jgolden@go2.law,
                    kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
                    estcase.com

District/off: 0973-8                                     User: admin                                              Page 5 of 10

Date Rcvd: Jan 02, 2025                                  Form ID: pdf042                                          Total Noticed: 1

Jeffrey I Golden
                      on behalf of Creditor Anaheim Arena Management  LLC jgolden@go2.law,
                      kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
                      estcase.com

Jeffrey M Singletary
                      on behalf of Plaintiff Alteryx  Inc. jsingletary@swlaw.com, rmckay@swlaw.com

Jenny L Doling
                      on behalf of Interested Party National Consumer Bankruptcy Rights Center jd@jdl.law
                      dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling
                      on behalf of Interested Party INTERESTED PARTY jd@jdl.law
                      dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling
                      on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys jd@jdl.law
                      dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jeremy Faith
                      on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com
                      Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Jeremy Faith
                      on behalf of Defendant Colbalt Funding Solutions  LLC Jeremy@MarguliesFaithlaw.com,
                      Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Jeremy Freedman
                      on behalf of Plaintiff Richard A. Marshack jeremy.freedman@dinsmore.com  bonnie.connolly@dinsmore.com

Jeremy Freedman
                      on behalf of Trustee Richard A Marshack (TR) jeremy.freedman@dinsmore.com  bonnie.connolly@dinsmore.com

John H. Stephens
                      on behalf of Plaintiff Richard A Marshack john.stephens@dinsmore.com  lizbeth.alonso@dinsmore.com

John H. Stephens
                      on behalf of Plaintiff Richard A. Marshack john.stephens@dinsmore.com  lizbeth.alonso@dinsmore.com

Johnny White
                      on behalf of Creditor Debt Relief Group  LLC JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White
                      on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com  jlee@wrslawyers.com

Jonathan Serrano
                      on behalf of Special Counsel Dinsmore & Shohl LLP Jonathan@MarguliesFaithLaw.com
                      vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Jonathan Serrano
                      on behalf of Trustee Richard A Marshack (TR) Jonathan@MarguliesFaithLaw.com
                      vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Jonathan Serrano
                      on behalf of Plaintiff Richard A. Marshack Jonathan@MarguliesFaithLaw.com
                      vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Joon M Khang
                      on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com

Joon M Khang
                      on behalf of Attorney Khang & Khang LLP joon@khanglaw.com

Kathleen P March
                      on behalf of Interested Party The Bankruptcy Law Firm  P.C. kmarch@bkylawfirm.com,
                      kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
                      on behalf of Creditor Phuong (Jayde) Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
                      on behalf of Defendant Greyson Law Center PC kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
                      on behalf of Creditor Han Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
                      on behalf of Defendant Jayde Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
                      on behalf of Defendant Han Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

District/off: 0973-8                          User: admin                                    Page 6 of 10

Date Rcvd: Jan 02, 2025                       Form ID: pdf042                                 Total Noticed: 1

Kathleen P March
                    on behalf of Creditor Greyson Law Center PC kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Keith C Owens
                    on behalf of Creditor Committee Committee of Unsecured Creditors kowens@foxrothschild.com  khoang@foxrothschild.com

Keith C Owens
                    on behalf of Intervenor OFFICIAL COMMITTEE OF UNSECURED CREDITORS kowens@foxrothschild.com
                    khoang@foxrothschild.com

Keith C Owens
                    on behalf of Creditor Committee Post-Confirmation Oversight Committee kowens@foxrothschild.com
                    khoang@foxrothschild.com

Kelli Ann Lee
                    on behalf of Trustee Richard A Marshack (TR) Kelli.lee@dinsmore.com  kristy.allen@dinsmore.com

Kenneth Misken
                    on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

Kevin Alan Rogers
                    on behalf of Creditor Wells Marble and Hurst  PLLC krogers@wellsmar.com

Kyra E Andrassy
                    on behalf of Defendant Arash Asante Bayrooti kandrassy@raineslaw.com  bclark@raineslaw.com;jfisher@raineslaw.com

Kyra E Andrassy
                    on behalf of Interested Party Courtesy NEF kandrassy@raineslaw.com  bclark@raineslaw.com;jfisher@raineslaw.com

Laila Masud
                    on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com
                    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud
                    on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com
                    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud
                    on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com
                    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud
                    on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com
                    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Leslie A Cohen
                    on behalf of Defendant Rosa Bianca Loli leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Leslie A Cohen
                    on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Lisa Patel
                    on behalf of Defendant OptimumBank Holdings  Inc. lpatel@lesnickprince.com,
                    jmack@lesnickprince.com;jnavarro@lesnickprince.com

Marc C Forsythe
                    on behalf of Defendant Clear Vision Financial LLC mforsythe@goeforlaw.com
                    mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Marc C Forsythe
                    on behalf of Defendant Point Break Holdings LLC mforsythe@goeforlaw.com
                    mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Marc C Forsythe
                    on behalf of Defendant Perfect Financial  LLC mforsythe@goeforlaw.com,
                    mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Mark J Markus
                    on behalf of Creditor David Orr   markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com

Matthew A Lesnick
                    on behalf of Defendant OptimumBank Holdings  Inc. matt@lesnickprince.com,
                    matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew J Stockl
                    on behalf of Plaintiff Richard A. Marshack matthew.stockl@dinsmore.com  katrice.ortiz@dinsmore.com

Maureen J Shanahan
                    on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Mstotaro@aol.com

Meredith Fahn
                    on behalf of Creditor Meredith Fahn fahn@sbcglobal.net

District/off: 0973-8                              User: admin                                          Page 7 of 10

Date Rcvd: Jan 02, 2025                           Form ID: pdf042                                   Total Noticed: 1

Meredith King
                    on behalf of Interested Party Courtesy NEF mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Meredith King
                    on behalf of Defendant Gallant Law Group mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Michael D Lieberman
                    on behalf of Creditor Phillip A. Greenblatt  PLLC mlieberman@lipsonneilson.com

Michael Jay Berger
                    on behalf of Defendant Leucadia Enterprises  Inc michael.berger@bankruptcypower.com,
                    yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael R Pinkston
                    on behalf of Creditor Wells Marble and Hurst  PLLC rpinkston@seyfarth.com,
                    jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com

Michael R Totaro
                    on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Ocbkatty@aol.com

Michael R Totaro
                    on behalf of Interested Party Randall Baldwin Clark Ocbkatty@aol.com

Michael W Davis
                    on behalf of Defendant Morning Law Group  P.C. mdavis@dtolaw.com, ygodson@dtolaw.com

Mitchell B Ludwig
                    on behalf of Defendant Bridge Funding Cap  LLC mbl@kpclegal.com, kad@kpclegal.com

Mitchell B Ludwig
                    on behalf of Creditor Fundura Capital Group mbl@kpclegal.com  kad@kpclegal.com

Nicholas A Koffroth
                    on behalf of Creditor Committee Post-Confirmation Oversight Committee nkoffroth@foxrothschild.com
                    khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
                    on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com
                    khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Olivia Scott
                    on behalf of Creditor Azzure Capital LLC olivia.scott@hklaw.com

Olivia Scott
                    on behalf of Creditor Hi Bar Capital LLC olivia.scott@hklaw.com

Paul R Shankman
                    on behalf of Creditor United Partnerships  LLC PShankman@fortislaw.com, info@fortislaw.com

Paul R Shankman
                    on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com  info@fortislaw.com

Peter L Isola
                    on behalf of Interested Party Merchants Credit Corporation pisola@hinshawlaw.com
                    rmojica@hinshawlaw.com,iking@hinshawlaw.com

Peter W Bowie
                    on behalf of Trustee Richard A Marshack (TR) peter.bowie@dinsmore.com  caron.burke@dinsmore.com

Queenie K Ng
                    on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Randall Baldwin Clark
                    on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com

Razmig Izakelian
                    on behalf of Creditor OHP-CDR  LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
                    on behalf of Plaintiff OHP-CDR  LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
                    on behalf of Counter-Defendant PurchaseCo 80  LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian
                    on behalf of Plaintiff PurchaseCo 80  LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian
                    on behalf of Counter-Defendant OHP-CDR  LP razmigizakelian@quinnemanuel.com

Reina Zepeda
                    on behalf of Other Professional Omni Agent Solutions rzepeda@omniagnt.com

District/off: 0973-8                              User: admin                                   Page 8 of 10

Date Rcvd: Jan 02, 2025                       Form ID: pdf042                              Total Noticed: 1

Richard A Marshack (TR)
           pkraus@marshackhays.com  ecf.alert+Marshack@titlexi.com

Richard H Golubow
           on behalf of Creditor Debt Validation Fund II  LLC rgolubow@wghlawyers.com,
           jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
           on behalf of Defendant Debt Validation Fund II  LLC rgolubow@wghlawyers.com,
           jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
           on behalf of Defendant MC DVI Fund 2  LLC rgolubow@wghlawyers.com,
           jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
           on behalf of Defendant MC DVI Fund 1  LLC rgolubow@wghlawyers.com,
           jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
           on behalf of Creditor MC DVI Fund 2  LLC rgolubow@wghlawyers.com,
           jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
           on behalf of Creditor MC DVI Fund 1  LLC rgolubow@wghlawyers.com,
           jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard L. Hyde
           on behalf of Interested Party Courtesy NEF rhyde@awglaw.com

Ronald K Brown
           on behalf of Creditor SDCO Tustin Executive Center  Inc. ron@rkbrownlaw.com

Ronald N Richards
           on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com  7206828420@filings.docketbird.com

Sara Johnston
           on behalf of Trustee Richard A Marshack (TR) sara.johnston@dinsmore.com

Sarah S. Mattingly
           on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com

Sarah S. Mattingly
           on behalf of Plaintiff Richard A. Marshack  Chapter 11 Trustee sarah.mattingly@dinsmore.com

Sarah S. Mattingly
           on behalf of Defendant Clearcube LLC sarah.mattingly@dinsmore.com

Sarah S. Mattingly
           on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com

Sarah S. Mattingly
           on behalf of Trustee Richard A Marshack (TR) sarah.mattingly@dinsmore.com

Sharon Z. Weiss
           on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com
           raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss
           on behalf of Defendant Azzure Capital LLC sharon.weiss@bclplaw.com
           raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss
           on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com
           raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Shawn M Christianson
           on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com  schristianson@buchalter.com

Spencer Keith Gray
           on behalf of Trustee Richard A Marshack (TR) spencer.gray@dinsmore.com  wendy.yones@dinsmore.com

Spencer Keith Gray
           on behalf of Plaintiff Richard A Marshack spencer.gray@dinsmore.com  wendy.yones@dinsmore.com

Stella A Havkin
           on behalf of Defendant Bridge Funding Cap  LLC stella@havkinandshrago.com, shavkinesq@gmail.com

Sweeney Kelly
           on behalf of Defendant Fidelity National Information Services  Inc. kelly@ksgklaw.com

Sweeney Kelly
           on behalf of Defendant Worldpay Group kelly@ksgklaw.com

District/off: 0973-8                          User: admin                                    Page 9 of 10

Date Rcvd: Jan 02, 2025                       Form ID: pdf042                                 Total Noticed: 1

Sweeney Kelly
      on behalf of Defendant Fidelity National Information Services  Inc. dba FIS kelly@ksgklaw.com

Sweeney Kelly
      on behalf of Defendant Worldpay  LLC kelly@ksgklaw.com

Tony May
      on behalf of Defendant Matthew Lovelady tmay@maybrocklaw.com

Tyler Powell
      on behalf of Counter-Defendant Richard A Marshack (TR) tyler.powell@dinsmore.com
jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell
      on behalf of Counter-Claimant Richard A Marshack (TR) tyler.powell@dinsmore.com
jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell
      on behalf of Trustee Richard A Marshack (TR) tyler.powell@dinsmore.com
jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell
      on behalf of Plaintiff Richard A. Marshack tyler.powell@dinsmore.com
jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell
      on behalf of Counter-Claimant Richard A. Marshack tyler.powell@dinsmore.com
jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell
      on behalf of Defendant Richard A. Marshack tyler.powell@dinsmore.com
jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell
      on behalf of Plaintiff Richard A Marshack tyler.powell@dinsmore.com
jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com

United States Trustee (SA)
      ustpregion16.sa.ecf@usdoj.gov

Vanessa Rodriguez
      on behalf of Plaintiff Richard A. Marshack vanessa.rodriguez@dinsmore.com  katherine.hemphill@dinsmore.com

Vanessa Rodriguez
      on behalf of Trustee Richard A Marshack (TR) vanessa.rodriguez@dinsmore.com  katherine.hemphill@dinsmore.com

Veneeta Jaswal
      on behalf of Plaintiff Richard A Marshack veneeta.jaswal@dinsmore.com  bonnie.connolly@dinsmore.com

Veneeta Jaswal
      on behalf of Plaintiff Richard A. Marshack veneeta.jaswal@dinsmore.com  bonnie.connolly@dinsmore.com

Victoria Newmark
      on behalf of Defendant Consumer Legal Group  PC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com

Victoria Newmark
      on behalf of Interested Party Consumer Legal Group  P.C. vnewmark@pszjlaw.com, hdaniels@pszjlaw.com

Victoria Newmark
      on behalf of Defendant LGS Holdco  LLC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com

Victoria Newmark
      on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com  hdaniels@pszjlaw.com

Victoria Newmark
      on behalf of Interested Party Liberty Acquisitions Group Inc. vnewmark@pszjlaw.com  hdaniels@pszjlaw.com

Victoria Newmark
      on behalf of Interested Party LGS Holdco  LLC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com

Vincent Renda
      on behalf of Creditor Unified Global Research Group  Inc vr@pinlegal.com, ld@pinlegal.com

William McCormick
      on behalf of Creditor TN Dept of Revenue Bill.McCormick@ag.tn.gov

William J Wall
      on behalf of Witness Bradford Lee wwall@wall-law.com

William P. Fennell
      on behalf of Creditor Validation Partners LLC william.fennell@fennelllaw.com
wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com;Fennell.WilliamP.B143386@notify.bestcase.com

District/off: 0973-8                     User: admin                                      Page 10 of 10

Date Rcvd: Jan 02, 2025                  Form ID: pdf042                                  Total Noticed: 1

Yisrael Gelb
                    on behalf of Defendant Bridge Funding Cap  LLC yisrael@gelblawapc.com

Yosina M Lissebeck
                    on behalf of Counter-Claimant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com
                    caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

Yosina M Lissebeck
                    on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com
                    caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

Yosina M Lissebeck
                    on behalf of Defendant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com
                    caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

Yosina M Lissebeck
                    on behalf of Trustee Richard A Marshack (TR) Yosina.Lissebeck@Dinsmore.com
                    caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

Zev Shechtman
                    on behalf of Interested Party Danning Gill Israel & Krasnoff LLP Zev.Shechtman@saul.com
                    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
                    on behalf of Interested Party Morning Law Group  P.C. Zev.Shechtman@saul.com,
                    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com


TOTAL: 208

1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  AARON E. DeLEEST, #216832
   adeleest@marshackhays.com
3  MARSHACK HAYS WOOD LLP
   870 Roosevelt
4  Irvine, California 92620
   Telephone: (949) 333-7777
5  Facsimile: (949) 333-7778

6  Attorneys for Chapter 11 Trustee,
   RICHARD A. MARSHACK

7

8               UNITED STATES BANKRUPTCY COURT

9        CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

10

11  In re                                    Case No: 8-23-bk-10571-SC

12                                           Chapter 11

13  THE LITIGATION PRACTICE GROUP P.C.,      ORDER APPROVING STIPULATION TO
                                             EXTEND TIME TO RESPOND TO FINAL
14            Debtor.                        FEE APPLICATIONS FILED BY:
                                                 (1) FOX ROTHCHILD LLP; AND
15                                               (2) MARSHACK HAYS WOOD LLP

16                                           Hearing
                                             Date:    January 14, 2025
17                                           Time:    10:00 a.m.
                                             Ctrm:    5C
18                                           Location: 411 West Fourth Street
                                                       Santa Ana, CA 92701
19

20       The Court has read and considered the Stipulation to Extend Time to Respond to Final Fee

21  Applications filed by Fox Rothchild LLP and Marshack Hays Wood LLP ("Stipulation")[1] entered

22  into by and between Richard A. Marshack, in his capacity as Chapter 11 Trustee of the Bankruptcy

23  Estate of The Litigation Practice Group P.C. ("Trustee"); Counsel for the Official Committee of

24  Unsecured Creditors of The Litigation Practice Group P.C. ("Committee Counsel"); and Trustee's

25

26

27

28  [1] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in
    the Stipulation.

                                             1

4896-0560-4276,v.2

FILED & ENTERED

JAN 02 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK

1  General Counsel, Marshack Hays Wood LLP ("General Counsel"), filed on December 31, 2024, as

2  Dk. No. 1997, and has found good cause to approve the Stipulation.

3        IT IS ORDERED that the Stipulation is approved.

4

5                # # #

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23    Date: January 2, 2025         Scott C. Clarkson

24                       United States Bankruptcy Judge

25

26

27

28

4896-0560-4276,v.2