Kathleen P. March, Esq., (CA SBN 80366)
**THE BANKRUPTCY LAW FIRM, PC**
10524 W. Pico Blvd, Suite 212, LA, CA 90064
Phone: 310-559-9224; Fax: 310-559-9133
Email: kmarch@BKYLAWFIRM.com
*Attorneys for Greyson Law Center, PC*
*Han Trinh & Jayde Trinh on this Motion*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>Debtor. | Bankruptcy Case No. 8:23-bk-10571-SC<br>Chapter 11<br><br>**GREYSON-HAN-JAYDE's NOTICE OF MOTION AND <u>MOTION TO CONTINUE</u> ALL THE APPLICATIONS FOR FINAL FEES, SET FOR HEARING ON 1/14/25, UNTIL AFTER US DISTRICT COURT RULES ON GREYSON-HAN-JAYDE'S APPEAL (8:24-CV-02074-FMO) OF BKY CT'S DENIAL OF GREYSON-HAN-JAYDE'S ADMINISTRATIVE EXPENSE MOTIONS; UNLESS BANKRUPTCY COURT WILL ORDER 5.7 MILLION DOLLARS ESCROWED, IN A 2 SIGNATURE ACCOUNT, TO INSURE THERE WILL BE LPG MONEY TO PAY GREYSON-HAN-JAYDE IF THEY WIN THEIR PRESENT APPEAL TO US DISTRICT COURT; K.P.MARCH DECL. RE STATUS OF APPEALS ETC.**<br><br>**This Motion to Continue is** timely pursuant to LBR 9013-1(m)(1), which requires Motions to Continue to be filed and served 3 days before the hearing sought to be continued; this Motion to continue should be **set for hearing on**:**January 14, 2025 at 10am**, which is the hearing date the final fee applications, which this Motion moves to continue; unless this motion to continue is ruled on before 1/14/25 at 10am.<br>**Place**: By zoom.gov, or in person at Ctrm 5C of Bankruptcy Judge Scott Clarkson, 411 West Fourth Street, Santa Ana, CA 92701-4593 NOTE: Zoom.gov accessibility information will be provided by the Court in its tentative ruling posted online prior to 1/14/25 hearing |

**GREYSON-HAN-JAYDE'S <u>MOTION TO CONTINUE</u> ALL THE APPLICATIONS FOR FINAL FEES, SET FOR HEARING ON 1/14/25, UNTIL AFTER US DISTRICT COURT RULES ON GREYSON-HAN-JAYDE'S APPEAL (8:24-CV-02074-FMO) OF BKY CT'S DENIAL OF GREYSON-HAN-JAYDE'S ADMINISTRATIVE EXPENSE MOTIONS; K.P.MARCH DECL. RE STATUS OF APPEALS**                                                              1

## NOTICE OF MOTION FOR CONTINUANCE

Please Take Notice that Greyson-Han-Jayde bring their herein Motion for Continuance, to continue the hearing on all fee applications set for hearing on 1/14/25 at 10am, that seek allowance of fees on a final basis, from 1/14/25 to a date after the US District Court rules on Greyson/Han/Jayde's appeals of Bankruptcy Court's denial of Greyson/Han/Jayde's Motions for Allowance and Payment of Administrative Expenses.

This Motion to Continue is timely pursuant to LBR 9013-1(m)(1), which allows Motions to Continue to be filed and served 3 days before the hearing on the matter the motion moves to continue.  It is being filed and served, with a proposed continuance order, over 3 days before the 1/14/25 at 10am hearing.  This motion should be set to be heard on  1/14/25 at 10am (same time as the fee applications this motion seeks to continue are set), unless the Court rules on this Motion before the 1/14/25 at 10am hearing date.  No hearing is required if the Court wishes to rule on this Motion to continue without holding a hearing.

## MOTION FOR CONTINUANCE

Unless Bankruptcy Court will order 5.7 million dollars escrowed, in a 2 signature account, to insure there will be LPG money to pay Greyson-Han-Jayde if they win their present appeal to US District Court—as requested in Greyson-Han-

**GREYSON-HAN-JAYDE'S MOTION TO CONTINUE ALL THE APPLICATIONS FOR FINAL FEES, SET FOR HEARING ON  1/14/25, UNTIL AFTER US DISTRICT COURT RULES ON GREYSON-HAN-JAYDE'S APPEAL (8:24-CV-02074-FMO) OF BKY CT'S DENIAL OF GREYSON-HAN-JAYDE'S ADMINISTRATIVE EXPENSE MOTIONS;  K.P.MARCH DECL. RE STATUS OF APPEALS** 2

Jayde's Objections [dkt.1972 field 12/4/24, and dkt.1997 filed 12/24/24] to the fee applications for final fees, set for hearing on 1/14/25 at 10am, then Greyson Law Center PC ("Greyson"), Han Trinh ("Han") and Phuong Jayde Trinh ("Jayde") make their herein MOTION TO CONTINUE all the fee applications seeking final fees, from the date they are at present set for hearing, which is 1/14/25 at 10am, to a date **after** the US District Court rules on Greyson-Han-Jayde's consolidated appeal to US District Court of Bankruptcy Court's denials of Greyson-Han-Jayde's Motions for allowance and payment of administrative expenses.

Those fee applications are listed as items 6-15 on Judge Clarkson's posted online calendar for 1/14/25 at 10am, and are listed in Greyson-Han-Jayde's Addendum to Objection [dkt.1997 filed 12/24/24], and total over $10,500,000 in fees sought on a final basis. (KPMarch Decl hereo).

**Cause exists to continue these fee applications seeking final fees**, until **after** US District Court rules on Greyson-Han-Jayde's appeals (8:24-CV-02074-FMO, including because:

Trustee's REPLY [dkt.2011, filed 1/7/25] has no explanation, and no evidence, as to how the 3 orders appealed could be affirmed on appeal, given the consolidated Opening Brief on Appeal filed in District Court on 12/20/24, which is attached to Greyson-Han-Jayde's Addendum to Objection pdkt.1972, file 12/4/24, and which briefs and cites evidence proving many reversible errors. (March Decl hereto)

  Plus, Trustee's REPLY ignores that, at the 8/29/24 plan confirmation hearing, Trustee's attorney repeatedly told this Court that professional fees allowed could be disgorged, if necessary to pay Greyson-Han-Jayde, if Greyson-Han-Jayde won their appeals. (March Decl hereto)  The plan confirmation hearing transcript (relevant pages highlighted in yellow) is attached to Greyson-Han-Jayde's Objection [dkt.1972 filed 12/4/24].  Transcript pages p.30:17-25, p.31:1-20, p.102:14 to104:19, p.107:16, and pp.122:22 to 123:13—are where this court repeatedly asked Trustee counsel whether fees could be recaptured to pay Greyson/Han/Jayde whatever they were ultimately allowed on appeal, and Trustee counsel repeatedly told this Court that fees could be ordered disgorged if necessary to pay whatever Greyson/Han/Jayde were ultimately allowed on appeal, and the Court said that was correct. **<u>No case cited by Trustee's REPLY had such a representation by Trustee</u>**.  (March Decl hereto)  As briefed in Greyson-Han-Jayde's Objection, it is only by keeping fees allowed as interim fees, instead of allowing fees as final fees, which will ensure those fees can be ordered disgorged, if necessary to pay Greyson-Han-Jayde the 5.7 million they will be owed if they win their appeal in US District Court. (March Decl hereto)

  Trustee's Appellee brief is due in District Court by 2/19/25, in the 8:24-CV-02074-FMO appeal.  Greyson-Han-Jayde's Reply brief is due 2 weeks after Appellee's brief is filed, which is 3/5/25.  District Judges often do not hold oral

**GREYSON-HAN-JAYDE'S <u>MOTION TO CONTINUE</u> ALL THE APPLICATIONS FOR FINAL FEES, SET FOR HEARING ON 1/14/25, UNTIL AFTER US DISTRICT COURT RULES ON GREYSON-HAN-JAYDE'S APPEAL (8:24-CV-02074-FMO) OF BKY CT'S DENIAL OF GREYSON-HAN-JAYDE'S ADMINISTRATIVE EXPENSE MOTIONS;  K.P.MARCH DECL. RE STATUS OF APPEALS**   **4**

argument on appeals, but if Judge Olguin sets oral argument, that is a single day. (All in March Decl hereto).

If the District Court reverses the Bankruptcy Court orders, to grant Greyson-Han-Jayde's administrative expense motions, then the amounts awarded will need to be paid within the 60 days specified in the confirmed plan. (March Decl hereto) Consequently, continuing the fee applications until after the US District Court rules will be likely to resolve issues regarding Greyson-Han-Jayde's right to payment of administrative expenses. (March Decl hereto)

In addition, because the confirmed liquidating plan does not require or allow Bankruptcy Court to rule on money which, post-confirmation, comes into, or goes out of LPG, the only money this Court is assured to have jurisdiction to control is the money that LPG had, at the time the LPG plan was confirmed (confirmed 8/29/24); and 5.7 million dollars of that money should properly be ordered put in a two signature account, as requested in Greyson-Han-Jayde's Objection to final fees being allowed without escrowing 5.7 million dollars, to ensure there is money to pay Greyson-Han-Jayde's administrative expenses, if they win their appeals.

Moreover, the reason that Greyson-Han-Jayde's appeal is not completed at present is because Bankruptcy Court sua sponte, or at Trustee requests, and over Greyson-Han-Jayde's objections to continuance, repeatedly continued hearing Greyson-Han-Jayde's administrative expense motions—all filed 11/17/23—multiple

**GREYSON-HAN-JAYDE'S <u>MOTION TO CONTINUE</u> ALL THE APPLICATIONS FOR FINAL FEES, SET FOR HEARING ON 1/14/25, UNTIL AFTER US DISTRICT COURT RULES ON GREYSON-HAN-JAYDE'S APPEAL (8:24-CV-02074-FMO) OF BKY CT'S DENIAL OF GREYSON-HAN-JAYDE'S ADMINISTRATIVE EXPENSE MOTIONS; K.P.MARCH DECL. RE STATUS OF APPEALS** 5

times, and did not deny those motions until 8/27/24. (March Decl hereto).  In light of this, it would be inequitable, and unfair, not to continue the hearing on the final fee applications, from 1/14/25, until **after** the District Court rules on Greyson-Han-Jayde's appeal to District Court (8:24-CV-02074-FMO).   (March Decl hereto). When the District Court rules on the Greyson-Han-Jayde appeal, then Trustee counsel can request Bankruptcy Court to put all the final fee applications back on calendar for hearing.  (March Decl hereto).

Dated:  January 9, 2025          THE BANKRUPTCY LAW FIRM, PC
                                 ____/s/ Kathleen P. March_____
                                 By Kathleen P. March, Esq., counsel for
                                 Greyson Law Center PC, Han Trinh & Jayde Trinh
                                 on this Motion to Continue

---

**GREYSON-HAN-JAYDE'S <u>MOTION TO CONTINUE</u> ALL THE APPLICATIONS FOR FINAL FEES, SET FOR HEARING ON  1/14/25, UNTIL AFTER US DISTRICT COURT RULES ON GREYSON-HAN-JAYDE'S APPEAL (8:24-CV-02074-FMO) OF BKY CT'S DENIAL OF GREYSON-HAN-JAYDE'S ADMINISTRATIVE EXPENSE MOTIONS;  K.P.MARCH DECL. RE STATUS OF APPEALS**                                              6

### **DECLARATION OF KATHLEEN P. MARCH**

I, KATHLEEN P. MARCH, declare:

1. I am an attorney in good standing, admitted to practice law in California and New York. I own and run The Bankruptcy Law Firm, PC, counsel to administrative expense claimants Greyson Law Center PC, Han Trinh and Jayde Trinh. For each of these 3 clients, my firm, on 11/17/23, filed timely 11 USC §503(b)(1)(A) Motions, which this Court denied by 3 orders, each entered 8/27/24. The 3 orders are at present on appeal, in US District Court. My firm is counsel of record on those appeals.

2. Unless Bankruptcy Court will order 5.7 million dollars escrowed, in a 2 signature account, to insure there will be LPG money to pay Greyson-Han-Jayde if they win their present appeal to US District Court—as requested in Greyson-Han-Jayde's Objections [dkt.1972 field 12/4/24, and dkt.1997 filed 12/24/24] to the fee applications for final fees, set for hearing on 1/14/25 at 10am--then Greyson-Han-Jayde make their herein MOTION TO CONTINUE all the fee applications seeking final fees, from the date they are at present set for hearing, which is 1/14/25 at 10am, to a date **after** the US District Court rules on Greyson-Han-Jayde's consolidated appeal to US District Court (8:24-CV-02074-FMO), appealing Bankruptcy Court's denials of Greyson-Han-Jayde's Motions for allowance and payment of administrative expenses.

---

**GREYSON-HAN-JAYDE'S MOTION TO CONTINUE ALL THE APPLICATIONS FOR FINAL FEES, SET FOR HEARING ON 1/14/25, UNTIL AFTER US DISTRICT COURT RULES ON GREYSON-HAN-JAYDE'S APPEAL (8:24-CV-02074-FMO) OF BKY CT'S DENIAL OF GREYSON-HAN-JAYDE'S ADMINISTRATIVE EXPENSE MOTIONS; K.P.MARCH DECL. RE STATUS OF APPEALS**    7

3. Those fee applications are listed on Judge Clarkson's posted online calendar for 1/14/25 at 10am, and are listed in Greyson-Han-Jayde's Addendum to Objection [dkt.1997 filed 12/24/24], and total over $10,500,000 in fees sought on a final basis.

4. As briefed in Greyson-Han-Jayde's Objection, it is only by keeping fees allowed as interim fees, instead of allowing fees as final fees, which will ensure those fees can be ordered disgorged, if necessary to pay Greyson-Han-Jayde the 5.7 million they will be owed if they win their appeal in US District Court.

5. **Cause exists to continue these fee applications seeking final fees**, until **after** US District Court rules on Greyson-Han-Jayde's appeals (8:24-CV-02074-FMO).

6. Trustee's REPLY [dkt.2011, filed 1/7/25] has no explanation, and no evidence, as to how the 3 orders appealed could be affirmed on appeal, given the consolidated Opening Brief on Appeal filed in District Court on 12/20/24, which is attached to Greyson-Han-Jayde's Addendum to Objection pdkt.1972, file 12/4/24, and which briefs and cites evidence proving many reversible errors.

**7.** Plus, Trustee's REPLY ignores that, at the 8/29/24 plan confirmation hearing, Trustee's attorney repeatedly told this Court that professional fees allowed could be disgorged, if necessary to pay Greyson-Han-Jayde, if Greyson-Han-Jayde won their appeals. The plan confirmation hearing transcript (relevant pages

---

**GREYSON-HAN-JAYDE'S <u>MOTION TO CONTINUE</u> ALL THE APPLICATIONS FOR FINAL FEES, SET FOR HEARING ON 1/14/25, UNTIL AFTER US DISTRICT COURT RULES ON GREYSON-HAN-JAYDE'S APPEAL (8:24-CV-02074-FMO) OF BKY CT'S DENIAL OF GREYSON-HAN-JAYDE'S ADMINISTRATIVE EXPENSE MOTIONS; K.P.MARCH DECL. RE STATUS OF APPEALS**    **8**

highlighted in yellow) is attached to Greyson-Han-Jayde's Objection [dkt.1972 filed 12/4/24]. Transcript pages p.30:17-25, p.31:1-20, p.102:14 to104:19, p.107:16, and pp.122:22 to 123:13—are where this court repeatedly asked Trustee counsel whether fees could be recaptured to pay Greyson/Han/Jayde whatever they were ultimately allowed on appeal, and Trustee counsel repeatedly told this Court that fees could be ordered disgorged if necessary to pay whatever Greyson/Han/Jayde were ultimately allowed on appeal, and the Court said that was correct. **No case cited by Trustee's REPLY had such a representation by Trustee**.

8.  Trustee's Appellee brief is due in District Court by 2/19/25, and Greyson-Han-Jayde's Reply brief is due 2 weeks after Appellee's brief is filed, which is 3/5/25. District Judges often do not hold oral argument on appeals, but if Judge Olguin sets oral argument, that is a single day.

9.  If the District Court reverses the Bankruptcy Court orders, to grant Greyson-Han-Jayde's administrative expense motions, then the amounts awarded will need to be paid within the 60 days specified in the confirmed plan. (March Decl hereto). Consequently, continuing the fee applications until after the US District Court rules will be likely to resolve issues regarding Greyson-Han-Jayde's right to payment of administrative expenses.

10.  In addition, because the confirmed liquidating plan does not require or allow Bankruptcy Court to rule on money which, post-confirmation, comes into, or

goes out of LPG, the only money this Court is assured to have jurisdiction to control is the money that LPG had, at the time the LPG plan was confirmed (confirmed 8/29/24); and 5.7 million dollars of that money should properly be ordered put in a two signature account, as requested in Greyson-Han-Jayde's Objection to final fees being allowed without escrowing 5.7 million dollars, to ensure there is money to pay Greyson-Han-Jayde's administrative expenses, if they win their appeals.

11.    Moreover, the reason that Greyson-Han-Jayde's appeal is not completed at present is because Bankruptcy Court sua sponte on some occasions, and at Trustee's requests on other occassions, and over Greyson-Han-Jayde's objections to continuance, repeatedly continued hearing Greyson-Han-Jayde's administrative expense motions—all filed 11/17/23—multiple times, and did not deny those motions until 8/27/24. In light of this, it would be inequitable, and unfair, **not** to continue the hearing on the final fee applications, from 1/14/25, until **after** the District Court rules on Greyson-Han-Jayde's appeal to District Court (8:24-CV-02074-FMO).

12.    A proposed Order granting continuance is attached as **Exhibit A** hereto, and is being elodged with Court, as required.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration is executed at Los Angeles, California on January 9, 2025.


       ___/s/ Kathleen P. March____
       KATHLEEN P. MARCH

**GREYSON-HAN-JAYDE'S MOTION TO CONTINUE ALL THE APPLICATIONS FOR FINAL FEES, SET FOR HEARING ON 1/14/25, UNTIL AFTER US DISTRICT COURT RULES ON GREYSON-HAN-JAYDE'S APPEAL (8:24-CV-02074-FMO) OF BKY CT'S DENIAL OF GREYSON-HAN-JAYDE'S ADMINISTRATIVE EXPENSE MOTIONS; K.P.MARCH DECL. RE STATUS OF APPEALS**    10

Kathleen P. March, Esq., (CA SBN 80366)
**THE BANKRUPTCY LAW FIRM, PC**
10524 W. Pico Blvd, Suite 212, LA, CA 90064
Phone: 310-559-9224;    Fax: 310-559-9133
Email: kmarch@BKYLAWFIRM.com
*Counsel for Greyson-Han-Jayde on Motion to Continue*

UNITED STATES BANKRUPTCY COURT

OF THE CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

| | |
|---|---|
| In re<br><br>LITIGATION PRACTICE GROUP, PC | Bankruptcy Case No. 8:23-bk-10571-SC<br>Chapter 11<br><br>**(PROPOSED) ORDER GRANTING GREYSON LAW CENTER PC, HAN TRINH, & PHUONG (JAYDE) TRINH'S MOTION TO CONTINUE ALL THE FEE APPLICATIONS IN THE LPG BANKRUPTCY CASE, SEEKING ALLOWANCE OF FEES ON A FINAL BASIS, FROM 1/14/25 AT 10AM, UNTIL AFTER THE US DISTRICT COURT DECIDES GREYSON-HAN-JAYDE'S CONSOLIDATED APPEAL TO US DISTRICT COURT, APPEAL 8:24-CV-02074-FMO, OF BANKRUPTCY COURT'S DENIAL OF GREYSON-HAN-JAYDE'S MOTIONS FOR ALLOWANCE & PAYMENT OF ADMINISTRATIVE EXPENSES**<br><br>Hearings on Applications for Final fees are at present set for 1/14/25 at 10am, as listed on court's posted calendar, as items 6-15. Greyson-Han-Jayde's Motion for Continuance is timely per LRB 9013-1(m)(1), to be heard at same date/time, unless ruled on before the 1/14/25 at 10am hearing date/time:<br>Date:  January 14, 2025<br>Time:  10:00am |

EXH. A TO MARCH DECL

**(PROPOSED) ORDER GRANTING GREYSON-HAN-JAYDE'S MOTION TO CONTINUE ALL THE FEE APPLICATIONS IN THE LPG BANKRUPTCY CASE, SEEKING ALLOWANCE OF FEES ON A FINAL BASIS, FROM 1/14/25 AT 10AM, UNTIL AFTER THE US DISTRICT COURT DECIDES GREYSON-HAN-JAYDE'S CONSOLIDATED APPEAL TO US DISTRICT COURT, APPEAL 8:24-CV-02074-FMO, OF BANKRUPTCY COURT'S DENIAL OF GREYSON-HAN-JAYDE'S MOTIONS FOR ALLOWANCE & PAYMENT OF ADMINISTRATIVE EXPENSES**

1

Place: By zoom.gov, or in person at Ctrm 5C of Bankruptcy Judge Scott Clarkson, 411 West Fourth Street, Santa Ana, CA 92701-4593
NOTE: Zoom.gov accessibility information will be provided by the Court in its tentative ruling posted online prior to the hearing

Greyson Law Center, PC ("Greyson"), Han Trinh, and Phuong (Jayde) Trinh, ("Han/Jayde/Greyson") by their counsel of record, having on 1/9/25 filed their *Greyson Law Center PC, Jayde Trinh & Han Trinh Notice of Motion and* MOTION TO CONTINUE all the fee applications seeking final fees, from the date they are at present set for hearing, which is 1/14/25 at 10am, to a date **after** the US District Court rules on Greyson-Han-Jayde's consolidated appeal to US District Court of Bankruptcy Court's denials of Greyson-Han-Jayde's Motions for allowance and payment of administrative expenses; unless Bankruptcy Court will order 5.7 million dollars escrowed, in a 2 signature account, to insure there will be LPG money to pay Greyson-Han-Jayde if they win their present appeal to US District Court, as requested in Greyson-Han-Jayde's Objections [dkt.1972 field 12/4/24, and dkt.1997 filed 12/24/24] to thosee fee applications for final fees.

Greyson-Han-Jayde's Motion to Continue is timely pursuant to CD CA LBR 9013-1(m), as having been filed 1/9/25, which is at least 3 days before the 1/14/25 hearing date; and good cause appearing, the Court hereby ORDERS:

1. The Court grants Greyson-Han-Jayde's Motion to Continue the hearings

---

(PROPOSED) ORDER GRANTING GREYSON-HAN-JAYDE'S MOTION TO CONTINUE ALL THE FEE APPLICATIONS IN THE LPG BANKRUPTCY CASE, SEEKING ALLOWANCE OF FEES ON A <u>FINAL</u> BASIS, FROM 1/14/25 AT 10AM, UNTIL AFTER THE US DISTRICT COURT DECIDES GREYSON-HAN-JAYDE'S CONSOLIDATED APPEAL TO US DISTRICT COURT, APPEAL 8:24-CV-02074-FMO, OF BANKRUPTCY COURT'S DENIAL OF GREYSON-HAN-JAYDE'S MOTIONS FOR ALLOWANCE & PAYMENT OF ADMINISTRATIVE EXPENSES      2

on all fee applications seeking final fees in the LPG bankruptcy case--items 6-15 on Court's calendar posted on line, and also itemized in Greyson-Han-Jayde's Objection --from 1/14/25 at 10am, to a date **after** the US District Court rules on Greyson-Han-Jayde's consolidated appeal to US District Court (appeal 8:24-CV-02074-FMO), appealing Bankruptcy Court's orders denying Greyson-Han-Jayde's Motions for allowance and payment of administrative expenses for post-petition services.

    2.      Trustee Marshack's counsel shall request the hearing on all the applications for final fees to be re-calendared on Bankruptcy Court's calendar, for a date **after** the US District Court rules on Greyson-Han-Jayde's consolidated appeal 8:24-CV-02074-FMO, and shall give notice of re-calendared date.

    IT IS SO ORDERED.

###

---

(PROPOSED) ORDER GRANTING GREYSON-HAN-JAYDE'S MOTION TO CONTINUE ALL THE FEE APPLICATIONS IN THE LPG BANKRUPTCY CASE, SEEKING ALLOWANCE OF FEES ON A <u>FINAL</u> BASIS, FROM 1/14/25 AT 10AM, UNTIL AFTER THE US DISTRICT COURT DECIDES GREYSON-HAN-JAYDE'S CONSOLIDATED APPEAL TO US DISTRICT COURT, APPEAL 8:24-CV-02074-FMO, OF BANKRUPTCY COURT'S DENIAL OF GREYSON-HAN-JAYDE'S MOTIONS FOR ALLOWANCE & PAYMENT OF ADMINISTRATIVE EXPENSES

3

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10524 W. Pico Blvd., Ste. 212, Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled (*specify*): **GREYSON-HAN-JAYDE's NOTICE OF MOTION AND MOTION TO CONTINUE ALL THE APPLICATIONS FOR FINAL FEES, SET FOR HEARING ON 1/14/25, UNTIL AFTER US DISTRICT COURT RULES ON GREYSON-HAN-JAYDE'S APPEAL (8:24-CV-02074-FMO) OF BKY CT'S DENIAL OF GREYSON-HAN-JAYDE'S ADMINISTRATIVE EXPENSE MOTIONS; UNLESS BANKRUPTCY COURT WILL ORDER 5.7 MILLION DOLLARS ESCROWED, IN A 2 SIGNATURE ACCOUNT, TO INSURE THERE WILL BE LPG MONEY TO PAY GREYSON-HAN-JAYDE IF THEY WIN THEIR PRESENT APPEAL TO US DISTRICT COURT; K.P.MARCH DECL. RE STATUS OF APPEALS ETC.**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___12/24/24___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See next page

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ___12/24/24___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __12/24/24_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott Clarkson             and email service on monitor Nancy Rappaport to nancy.rapoport@unlv.edu
United States Bankruptcy Court
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/9/25 | Kathleen P. March | /s/ Kathleen P. March |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

| Date | Printed Name | Signature |
|---|---|---|

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Kyra E Andrassy**    kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **Bradford Barnhardt**    bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **Eric Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com
- **Michael Jay Berger**    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Ethan J Birnberg**    birnberg@portersimon.com, kdwyer@portersimon.com
- **Peter W Bowie**    peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- **Ronald K Brown**    ron@rkbrownlaw.com
- **Christopher Celentino**    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Shawn M Christianson**    cmcintire@buchalter.com, schristianson@buchalter.com
- **Randall Baldwin Clark**    rbc@randallbclark.com
- **Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Michael W Davis**    mdavis@dtolaw.com, ygodson@dtolaw.com
- **Aaron E. De Leest**    adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **Anthony Paul Diehl**    anthony@apdlaw.net, Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net,9143954420@filings.docketbird.com
- **Ashley Dionisio**    adionisio@omniagnt.com
- **Jenny L Doling**    jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- **Daniel A Edelman**    dedelman@edcombs.com, courtecl@edcombs.com
- **Howard M Ehrenberg**    Howard.Ehrenberg@gmlaw.com, hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com
- **Meredith Fahn**    fahn@sbcglobal.net
- **Jeremy Faith**    Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com
- **William P. Fennell**    william.fennell@fennelllaw.com, wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com
- **Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com
- **Marc C Forsythe**    mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
- **Jeremy Freedman**    jeremy.freedman@dinsmore.com, bonnie.connolly@dinsmore.com
- **Eric Gassman**    erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com
- **Yisrael Gelb**    yisrael@gelblawapc.com
- **Christopher Ghio**    christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com
- **Amy Lynn Ginsburg**    efilings@ginsburglawgroup.com
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Jeffrey I Golden**    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **Richard H Golubow**    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **David M Goodrich**    dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

- **Spencer Keith Gray**  spencer.gray@dinsmore.com, wendy.yones@dinsmore.com
- **Stella A Havkin**  stella@havkinandshrago.com, shavkinesq@gmail.com
- **D Edward Hays**  ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Alan Craig Hochheiser**  ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Garrick A Hollander**  ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Brian L Holman**  b.holman@musickpeeler.com
- **Richard L. Hyde**  rhyde@awglaw.com
- **Peter L Isola**  pisola@hinshawlaw.com, rmojica@hinshawlaw.com,iking@hinshawlaw.com
- **Razmig Izakelian**  razmigizakelian@quinnemanuel.com
- **Veneeta Jaswal**  veneeta.jaswal@dinsmore.com, bonnie.connolly@dinsmore.com
- **Sara Johnston**  sara.johnston@dinsmore.com
- **Sweeney Kelly**  kelly@ksgklaw.com
- **Joon M Khang**  joon@khanglaw.com
- **Ira David Kharasch**  ikharasch@pszjlaw.com
- **Meredith King**  mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **Nicholas A Koffroth**  nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com
- **David S Kupetz**  David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Christopher J Langley**  chris@slclawoffice.com, langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com
- **Kelli Ann Lee**  Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com
- **Matthew A Lesnick**  matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Daniel A Lev**  daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Britteny Leyva**  bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com
- **Marc A Lieberman**  marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com
- **Michael D Lieberman**  mlieberman@lipsonneilson.com
- **Yosina M Lissebeck**  Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com
- **Mitchell B Ludwig**  mbl@kpclegal.com, kad@kpclegal.com
- **Charity J Manee**  cmanee@goeforlaw.com, kmurphy@goeforlaw.com
- **Daniel S March**  marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **Kathleen P March**  kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Mark J Markus**  , markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com
- **Richard A Marshack (TR)**  pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Laila Masud**  lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **Sarah S. Mattingly**  sarah.mattingly@dinsmore.com
- **Tony May**  tmay@maybrocklaw.com
- **William McCormick**  Bill.McCormick@ag.tn.gov
- **Kenneth Misken**  Kenneth.M.Misken@usdoj.gov
- **Byron Z Moldo**  bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com
- **Glenn D. Moses**  gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;imalcolm@ecf.courtdrive.com;jadelgado@venable.com
- **Jamie D Mottola**  Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com
- **Alan I Nahmias**  anahmias@mbn.law, jdale@mbn.law
- **Victoria Newmark**  vnewmark@pszjlaw.com, hdaniels@pszjlaw.com
- **Jacob Newsum-Bothamley**  jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com
- **Queenie K Ng**  queenie.k.ng@usdoj.gov
- **Israel Orozco**  israel@iolawcorp.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                            **F 9013-3.1.PROOF.SERVICE**

- **Keith C Owens**   kowens@foxrothschild.com, khoang@foxrothschild.com
- **Lisa Patel**   lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- **Michael R Pinkston**   rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com
- **Douglas A Plazak**   dplazak@rhlaw.com
- **Tyler Powell**   tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com
- **Daniel H Reiss**   dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Vincent Renda**   vr@pinlegal.com, ld@pinlegal.com
- **Ronald N Richards**   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Vanessa Rodriguez**   vanessa.rodriguez@dinsmore.com, katherine.hemphill@dinsmore.com
- **Kevin Alan Rogers**   krogers@wellsmar.com
- **Gregory M Salvato**   gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Olivia Scott**   olivia.scott@hklaw.com
- **Jonathan Serrano**   Jonathan@MarguliesFaithLaw.com, vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com
- **Maureen J Shanahan**   Mstotaro@aol.com
- **Paul R Shankman**   PShankman@fortislaw.com, info@fortislaw.com
- **Zev Shechtman**   Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- **Jeffrey M Singletary**   jsingletary@swlaw.com, rmckay@swlaw.com
- **Adam D Stein-Sapir**   info@pfllc.com
- **Howard Steinberg**   steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **John H. Stephens**   john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com
- **Andrew Still**   astill@swlaw.com, kcollins@swlaw.com
- **Matthew J Stockl**   matthew.stockl@dinsmore.com, katrice.ortiz@dinsmore.com
- **Brett N Taylor**   btaylor@cozen.com, arincon@cozen.com
- **Michael R Totaro**   Ocbkatty@aol.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **William J Wall**   wwall@wall-law.com
- **Sharon Z. Weiss**   sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **Johnny White**   JWhite@wrslawyers.com, jlee@wrslawyers.com
- **Reina Zepeda**   rzepeda@omniagnt.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    **F 9013-3.1.PROOF.SERVICE**