D. EDWARD HAYS, #162507
ehays@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee and
Liquidating Trustee, RICHARD A. MARSHACK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No: 8-23-bk-10571-SC<br><br>Chapter 11<br><br>TRUSTEE'S STATUS REPORT RE: OMNIBUS OBJECTION TO DUPLICATIVE PRIORITY PROOFS OF CLAIMS<br><br><u>Hearing:</u><br>Date: January 16, 2025<br>Time: 11:00 a.m.<br>Judge: Hon. Scott C. Clarkson<br>Place: Courtroom 5C – Via Zoom<br>       411 W. Fourth Street<br>       Santa Ana, CA 92701 |

1

TRUSTEE'S STATUS REPORT RE: OMNIBUS OBJECTION TO DUPLICATIVE PRIORITY PROOFS OF CLAIMS

4887-5831-6646

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

Richard A. Marshack, in his capacities as Chapter 11 Trustee of the Bankruptcy Estate ("Estate") of The Litigation Practice Group P.C. ("Debtor") and liquidating trustee of the LPG Liquidation Trust (collectively, "Trustee"), hereby submits this Status Report Re the Trustee's Omnibus Objection to Duplicative Priority Proofs of Claims and represents as follows.

## 1. Status Report

On September 20, 2024, Trustee filed an "Omnibus Objection to Duplicative Priority Proofs of Claims" ("Claim Objection"). Docket No. 1728.

The hearing on the Claim Objection was set for November 14, 2024.

On November 13, 2024, as Docket No. 1909, Trustee filed a "Declaration Re: No Timely Response Filed and Served Re: Chapter 11 Trustee's Omnibus Objection to Duplicative Priority Proofs of Claims."

On November 22, 2024, as Docket No. 1936, the Court entered an "Order Granting Chapter 11 Trustee's Omnibus Objection to Duplicative Priority Proofs of Claims – 1728 and Continuing as to Cameron David Nash and Sobhuza Williams" ("Order"). The Order, *inter alia*:

(1) Continued the hearing on the Claim Objection as to Claim No. 1965-1 ("Nash Claim") filed by Cameron David Nash and Claim No. 2038-1 ("Williams Claim") filed by Sobhuza Williams to January 16, 2025, at 11:00 a.m.;

(2) Ordered Trustee to provide notice of the continued hearing on the Nash Claim and the Williams Claim no later than November 30, 2024, with a proof of service to be filed no later than December 5, 2024; and

(3) Ordered Trustee to file a status report seven days in advance of the January 16, 2025, continued hearing, detailing whether an opposition was filed.

On November 27, 2024, as Docket No. 1961, the Trustee filed a "Notice of Continued Hearing on Chapter 11 Trustee's Omnibus Objection to Duplicative Priority Proofs of Claims,"

which included proof of service on Cameron David Nash and Sobhuza Williams by United States Mail at the following addresses:

    (1) CAMERON D. NASH, 550 W. REGENT ST. #342, INGLEWOOD, CA 90301;

    (2) CAMERON DAVID NASH, 948 E. DENWALL DR, CARSON, CA 90746;

    (3) CAMERON DAVID NASH, 1405 RUSSELL WAY, SPARKS, NV 89431;

    (4) SOBHUZA WILLIAMS, 3093 BROADWAY #447, OAKLAND, CA 94611; and

    (5) SOBHUZA WILLIAMS, 1614 CAMPBELL ST, #317, OAKLAND, CA 94607.

As of the date of filing of this Status Report, Cameron David Nash and Sobhuza Williams have not filed a response to the Claim Objection, nor has Trustee otherwise received a response from Cameron David Nash and Sobhuza Williams. As such, the Trustee respectfully requests that the Court grant the Claim Objection as to Cameron David Nash and Sobhuza Williams at the continued hearing on January 16, 2025.

DATED: January 9, 2025                      MARSHACK HAYS WOOD LLP

                                          By: /s/ Bradford N. Barnhardt
                                              D. EDWARD HAYS
                                              AARON E. DE LEEST
                                              BRADFORD N. BARNHARDT
                                              Attorneys for Chapter 11 Trustee and
                                              Liquidating Trutsee, RICHARD A.
                                              MARSHACK

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **TRUSTEE'S STATS REPORT RE: OMNIBUS OBJECTION TO DUPLICATIVE PRIORITY PROOFS OF CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 9, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **January 9, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR – MAIL REDIRECTED TO TRUSTEE**
THE LITIGATION PRACTICE GROUP P.C.
~~17542 17TH ST~~
~~SUITE 100~~
~~TUSTIN, CA 92780-1981~~

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 9, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 9, 2025 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **INTERESTED PARTY COURTESY NEF: Kyra E Andrassy    kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com**
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Bradford Barnhardt    bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com**
   - **ATTORNEY FOR CREDITOR AFFIRMA, LLC and CREDITOR OXFORD KNOX, LLC: Eric Bensamochan    eric@eblawfirm.us, G63723@notify.cincompass.com**
   - **ATTORNEY FOR DEFENDANT LEUCADIA ENTERPRISES, INC.: Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com**
   - **INTERESTED PARTY COURTESY NEF: Ethan J Birnberg    birnberg@portersimon.com, reich@portersimon.com**
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Peter W Bowie    peter.bowie@dinsmore.com, caron.burke@dinsmore.com**
   - **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC: Ronald K Brown    ron@rkbrownlaw.com**
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Christopher Celentino    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com**
   - **INTERESTED PARTY COURTESY NEF: Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com**
   - **INTERESTED PARTY COURTESY NEF: Randall Baldwin Clark    rbc@randallbclark.com**
   - **ATTORNEY FOR DEFENDANT LISA COHEN and DEFENDANT ROSA BIANCA LOLI: Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com**
   - **ATTORNEY FOR DEFENDANT MORNING LAW GROUP, P.C.: Michael W Davis    mdavis@dtolaw.com, ygodson@dtolaw.com**
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Aaron E. De Leest    adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com**
   - **INTERESTED PARTY COURTESY NEF: Anthony Paul Diehl    anthony@apdlaw.net, Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net**
   - **INTERESTED PARTY COURTESY NEF: Ashley Dionisio    adionisio@omniagnt.com**
   - **ATTORNEY FOR INTERESTED PARTY NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEYS and INTERESTED PARTY NATIONAL CONSUMER BANKRUPTCY RIGHTS CENTER : Jenny L Doling    jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net**
   - **ATTORNEY FOR CREDITOR CAROLYN BEECH: Daniel A Edelman    dedelman@edcombs.com, courtecl@edcombs.com**
   - **INTERESTED PARTY COURTESY NEF: Howard M Ehrenberg    Howard.Ehrenberg@gmlaw.com, hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com**
   - **CREDITOR: Meredith Fahn    fahn@sbcglobal.net**
   - **INTERESTED PARTY COURTESY NEF: Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com**
   - **ATTORNEY FOR CREDITOR VALIDATION PARTNERS LLC: William P Fennell    william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com**
   - **INTERESTED PARTY COURTESY NEF: Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com**
   - **ATTORNEY FOR DEFENDANT CLEAR VISION LLC dba LIBERTY1 FINANCIAL: Marc C Forsythe    mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jeremy Freedman    jeremy.freedman@dinsmore.com, nicolette.murphy@dinsmore.com**
- **ATTORNEY FOR CREDITOR HERRET CREDIT: Eric Gassman    erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com**
- **INTERESTED PARTY COURTESY NEF: Yisrael Gelb    yisrael@gelblawapc.com**
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Christopher Ghio    christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com**
- **ATTORNEY FOR CREDITOR AMY GINSBURG; CREDITOR KENTON COBB; and CREDITOR SHANNON BELLFIELD: Amy Lynn Ginsburg    efilings@ginsburglawgroup.com**
- **ATTORNEY FOR DEFENDANT STRIPE, INC: Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com**
- **ATTORNEY FOR CREDITOR AFFIRMA, LLC; CREDITOR ANAHEIM ARENA MANAGEMENT, LLC; CREDITOR ANAHEIM DUCKS HOCKEY CLUB, LLC; and CREDITOR OXFORD KNOX, LLC: Jeffrey I Golden    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com; lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com**
- **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC: Richard H Golubow    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com**
- **ATTORNEY FOR CREDITOR UNITED PARTNERSHIPS, LLC: David M Goodrich    dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com**
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Spencer Keith Gray    spencer.gray@dinsmore.com**
- **INTERESTED PARTY COURTESY NEF: Stella A Havkin    stella@havkinandshrago.com, shavkinesq@gmail.com**
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com**
- **ATTORNEY FOR CREDITOR CITY CAPITAL NY: Alan Craig Hochheiser    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com**
- **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC: Garrick A Hollander    ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com**
- **ATTORNEY FOR CREDITOR SHARP ELECTRONICS CORPORATION: Brian L Holman    b.holman@musickpeeler.com**
- **INTERESTED PARTY COURTESY NEF: Richard L. Hyde    rhyde@awglaw.com**
- **ATTORNEY FOR INTERESTED PARTY MERCHANTS CREDIT CORPORATION: Peter L Isola    pisola@hinshawlaw.com, rmojica@hinshawlaw.com,iking@hinshawlaw.com**
- **ATTORNEY FOR CREDITOR, PLAINTIFF, and COUNTER-DEFENDANT OHP-CDR, LP and PLAINTIFF and COUNTER-DEFENDANT PURCHASECO 80, LLC: Razmig Izakelian    razmigizakelian@quinnemanuel.com**
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Veneeta Jaswal    veneeta.jaswal@dinsmore.com, bonnie.connolly@dinsmore.com**
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Sara Johnston    sara.johnston@dinsmore.com**
- **ATTORNEY FOR FIDELITY NATIONAL INFORMATION SERVICES, INC. DBA FIS: Sweeney Kelly    kelly@ksgklaw.com**
- **ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP P.C.: Joon M Khang    joon@khanglaw.com**
- **ATTORNEY FOR INTERESTED PARTY AD HOC CONSUMER CLAIMANTS COMMITTEE: Ira David Kharasch    ikharasch@pszjlaw.com**
- **ATTORNEY FOR DEFENDANT GALLANT LAW GROUP: Meredith King    mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                **F 9013-3.1.PROOF.SERVICE**

- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS: Nicholas A Koffroth**     nkoffroth@foxrothschild.com, khoang@foxrothschild.com
- **ATTORNEY FOR DEFENDANT MARICH BEIN, LLC: David S Kupetz**     David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **INTERESTED PARTY COURTESY NEF: Christopher J Langley**     chris@slclawoffice.com, langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Kelli Ann Lee**     Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com
- **ATTORNEY DEFENDANT OPTIMUMBANK HOLDINGS, INC: Matthew A Lesnick**     matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, P.C.; DEFENDANT LGS HOLDCO, LLC; INTERESTED PARTY CONSUMER LEGAL GROUP, P.C.; and INTERESTED PARTY LIBERTY ACQUISITIONS GROUP INC: Daniel A Lev**     daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **ATTORNEY FOR INTERESTED PARTY REVOLV3, INC.: Britteny Leyva**     bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com
- **INTERESTED PARTY COURTESY NEF ADVERSARY PROCEEDING #: 8:23-AP-01148-SC: Marc A Lieberman**     marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- **ATTORNEY FOR CREDITOR PHILLIP A GREENBLATT, PLLC: Michael D Lieberman**     mlieberman@lipsonneilson.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Yosina M Lissebeck**     Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com
- **ATTORNEY FOR CREDITOR FUNDURA CAPITAL GROUP: Mitchell B Ludwig**     mbl@kpclegal.com, kad@kpclegal.com
- **INTERESTED PARTY AND ATTORNEY: Daniel S March**     marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **ATTORNEY FOR CREDITOR and DEFENDANT GREYSON LAW CENTER PC, CREDITOR and DEFENDANT HAN TRINH; and CREDITOR and DEFENDANT PHUONG (JAYDE) TRINH: Kathleen P March**     kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **ATTORNEY FOR CREDITOR DAVID ORR: Mark J Markus**     bklawr@bklaw.com, markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com
- **CHAPTER 11 TRUSTEE: Richard A Marshack (TR)**     pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Laila Masud**     lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Sarah S. Mattingly**     sarah.mattingly@dinsmore.com
- **INTERESTED PARTY COURTESY NEF: Tony May**     tmay@maybrocklaw.com
- **INTERESTED PARTY COURTESY NEF: William McCormick**     Bill.McCormick@ag.tn.gov
- **ATTORNEY FOR US TRUSTEE: Kenneth Misken**     Kenneth.M.Misken@usdoj.gov
- **INTERESTED PARTY COURTESY NEF: Byron Z Moldo**     bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com
- **ATTORNEY FOR CREDITOR ADP, INC: Glenn D. Moses**     gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jamie D Mottola**     Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com
- **INTERESTED PARTY COURTESY NEF: Alan I Nahmias**     anahmias@mbn.law, jdale@mbn.law
- **INTERESTED PARTY COURTESY NEF: Victoria Newmark**     vnewmark@pszjlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jacob Newsum-Bothamley**     jacob.bothamley@dinsmore.com, angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- **ATTORNEY FOR US TRUSTEE: Queenie K Ng**     queenie.k.ng@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                               **F 9013-3.1.PROOF.SERVICE**

- **CREDITOR: Israel Orozco     israel@iolawcorp.com**
- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS: Keith C Owens     kowens@foxrothschild.com, khoang@foxrothschild.com**
- **ATTORNEY FOR DEFENDANT OPTIMUMBANK HOLDINGS, INC.: Lisa Patel     lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com**
- **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC: Michael R Pinkston     rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com**
- **ATTORNEY FOR DEFENDANT SCOTT JAMES EADIE: Douglas A Plazak     dplazak@rhlaw.com**
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Tyler Powell     tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;rosetta.mitchell@dinsmore.com**
- **ATTORNEY FOR DEFENDANT TOUZI CAPITAL, LLC and DEFENDANT ENG TAING: Daniel H Reiss     dhr@lnbyg.com, dhr@ecf.inforuptcy.com**
- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, PC: Ronald N Richards     ron@ronaldrichards.com, 7206828420@filings.docketbird.com**
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Vanessa Rodriguez     vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com**
- **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC: Kevin Alan Rogers     krogers@wellsmar.com**
- **ATTORNEY FOR CREDITOR MARI AGAPE: Gregory M Salvato     gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com**
- **ATTORNEY FOR CREDITOR AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC: Olivia Scott     olivia.scott3@bclplaw.com**
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jonathan Serrano     jonathan.serrano@dinsmore.com**
- **ATTORNEY FOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC: Maureen J Shanahan     Mstotaro@aol.com**
- **ATTORNEY FOR CREDITORS UNITED PARTNERSHIPS, LLC and MNS FUNDING LLC: Paul R Shankman     PShankman@fortislaw.com, info@fortislaw.com**
- **ATTORNEY FOR INTERESTED PARTY MORNING LAW GROUP, PC: Zev Shechtman     Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com**
- **INTERESTED PARTY COURTESY NEF: Jeffrey M Singletary     jsingletary@swlaw.com, rmckay@swlaw.com**
- **ATTORNEY FOR CREDITOR PIONEER FUNDING GROUP, LLC: Adam D Stein-Sapir     info@pfllc.com**
- **ATTORNEY FOR DEFENDANT BANKUNITED, N.A.: Howard Steinberg     steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com**
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): John H. Stephens     john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com**
- **ATTORNEY FOR CREDITOR ALTERYX, INC.: Andrew Still     astill@swlaw.com, kcollins@swlaw.com**
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Matthew J Stockl     matthew.stockl@dinsmore.com, katrice.ortiz@dinsmore.com**
- **ATTORNEY FOR CREDITOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC and INTERESTED PARTY RANDALL BALDWIN CLARK: Michael R Totaro     Ocbkatty@aol.com**
- **US TRUSTEE: United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov**
- **ATTORNEY FOR WITNESS BRADFORD LEE 8:23-ap-01046-SC: William J Wall     wwall@wall-law.com**
- **ATTORNEY FOR CREDITOR and DEFENDANT AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC: Sharon Z. Weiss     sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com**
- **ATTORNEY FOR CREDITOR DEBT RELIEF GROUP, LLC: Johnny White     JWhite@wrslawyers.com, jlee@wrslawyers.com**
- **CLAIM AGENT FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Reina Zepeda     rzepeda@omniagnt.com**

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                              **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**: CONTINUED:

**CREDITOR**
CAMERON D. NASH
550 W. REGENT ST. #342
INGLEWOOD, CA 90301

**CREDITOR**
CAMERON DAVID NASH
1405 RUSSELL WAY
SPARKS, NV 89431

**CREDITOR**
CAMERON DAVID NASH
948 E. DENWALL DR
CARSON, CA 90746

**CREDITOR**
SOBHUZA WILLIAMS
3093 BROADWAY #447
OAKLAND, CA 94611

**CREDITOR**
SOBHUZA WILLIAMS
1614 CAMPBELL ST, #317
OAKLAND, CA 94607

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**