Keith C. Owens (SBN 184841)
Nicholas A. Koffroth (SBN 287854)
**FOX ROTHSCHILD LLP**
10250 Constellation Blvd., Suite 900
Los Angeles CA 90067
Telephone:     (310) 598-4150
Facsimile:     (310) 556-9828
kowens@foxrothschild.com
nkoffroth@foxrothschild.com

Counsel For Official Committee of Unsecured Creditors
and the Post-Confirmation Oversight Committee as its successor-in-interest



FILED & ENTERED

JAN 10 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| THE LITIGATION PRACTICE GROUP, P.C., | Case No. 8:23-bk-10571-SC |
| Debtor. | **ORDER APPROVING STIPULATION BETWEEN MARSHACK HAYS WOOD LLP AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING THE SECOND AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FILED BY MARSHACK HAYS WOOD LLP** |
| | Hearing<br>Date:    January 14, 2025<br>Time:    10:00 a.m.<br>Ctrm:    5C – Via Zoom<br>Place:   411 West Fourth Street<br>             Santa Ana, CA 92701 |

1

166696230.1

The Court, having considered the *Stipulation Between Marshack Hays Wood LLP and The Official Committee of Unsecured Creditors Regarding the Second and Final Application For Allowance of Fees and Costs Filed by Marshack Hays Wood LLP* [Docket No. 2014] (the "Stipulation"),[1] and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved in its entirety.

2. MHW agrees to reduce its requested compensation in the Final Application by $15,000, which will reduce the total compensation for which MHW seeks final approval in the Final Application from $1,672,768 to $ 1,657,768.

3. Upon entry of this order approving the Stipulation in its entirety, the Committee shall waive any objection to the Final Application.

4. The Court shall retain jurisdiction to interpret and implement the provisions of this Order.

# # #

Date: January 10, 2025

Scott C. Clarkson
United States Bankruptcy Judge

---

[1] Unless otherwise defined herein, all capitalized terms have the definitions set forth in the Stipulation.

1

166696230.1