**FILED & ENTERED**

**JAN 10 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>Debtor(s). | Case No.: 8:23-bk-10571-SC<br><br>CHAPTER 11<br><br>**ORDER DENYING MOTION TO CONTINUE FEE APPLICATIONS**<br><br>Date:　　　January 14, 2025<br>Time:　　　1:30 p.m.<br>Courtroom: 5C |

The Court has considered the Motion to Continue filed January 9, 2025 [Dk. 2017] by Greyson Law Center, P.C., Han Trinh and Jayde Trinh, seeking to continue the January 14, 2025, final fee application hearings, the docket as a whole, and finding that insufficient grounds were shown, hereby DENIES the motion.

**IT IS SO ORDERED.**

Date: January 10, 2025

Scott C. Clarkson
United States Bankruptcy Judge

-1-