| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>AARON E. DE LEEST, #216832<br>adeleest@marshackhays.com<br>BRADFORD N. BARNHARDT, #328705<br>bbarnhardt@marshackhays.com<br>MARSHACK HAYS WOOD LLP<br>870 Roosevelt<br>Irvine, California 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for:* RICHARD A. MARSHACK, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>SANTA ANA</u> DIVISION**

| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.<br><br><br><br><br>                                    Debtor(s) | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**  (*title of motion[1]*):<br><u>APPLICATIONS FOR PAYMENT OF FINAL FEES</u><br><u>AND/OR EXPENSES</u> |
|---|---|

PLEASE TAKE NOTE that the order titled <u>ORDER ON APPLICATION FOR PAYMENT OF: FINAL FEES AND/OR EXPENSES (11 U.S.C. §330)</u> was lodged on (*date*) <u>January 23, 2025</u> and is attached.  This order relates to the motion which is docket number <u>1885, 1889, 1896, 1897,1898, 1899, 1900,1901, 1959, 1983, 1990, and 1991</u>.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

 **Bankruptcy  LODGED  ORDER  UPLOAD  FORM**

Thursday, January 23, 2025

<u>CONFIRMATION</u> :

Your Lodged Order Info:
( **11317310.doc** )
A new order and exhibit has been added

- **Office**:  Santa Ana
- **Case Title**:  The Litigation Practice Group P.C.
- **Case Number**:  23-10571
- **Judge Initial**:  SC
- **Case Type**:  bk ( Bankruptcy )
- **Document Number**:  1896
- **On Date**:  01/23/2025 @ 07:31 PM

Thank You!

---

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>AARON E. DE LEEST, #216832<br>adeleest@marshackhays.com<br>MARSHACK HAYS WOOD LLP<br>870 Roosevelt<br>Irvine, California 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☒ *Attorney for*: Chapter 11 Trustee and Liquidating Trustee, RICHARD A. MARSHACK | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*SANTA ANA* DIVISION**

| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C., | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: 11 |
|---|---|
| | **ORDER ON APPLICATION**<br>**FOR PAYMENT OF:**<br>☐ **INTERIM FEES AND/OR EXPENSES**<br>   **(11 U.S.C. § 331)**<br>☒ **FINAL FEES AND/OR EXPENSES**<br>   **(11 U.S.C. § 330)** |
| <br><br><br>Debtor(s). | DATE:  January 16, 2025<br>TIME:   11:00 a.m.<br>COURTROOM: 5C<br>PLACE: 411 W. Fourth Street<br>Santa Ana, CA 92701<br><br>▪  EXHIBIT ATTACHED<br>(PARTIES' SIGNATURE PAGE) |

1.    Name of Applicant (*specify*): Grobstein Teeple, LLP; Robert F. Bicher & Associates; Marshack Hays Wood LLP; Fox Rothschild LLP; Richard A. Marshack, Trustee; Force Ten Partners; Dinsmore & Shohl LLP; Nancy Rapoport; Omni Agent Solutions, Inc.; and Khang & Khang LLP (collectively, "Professionals" or "Applicants").

2.    This proceeding was heard at the date and place set forth above and was    ☒ Contested    ☐ Uncontested

3.    Appearances were made as follows:

    a.  ☒  Applicants present in court
    b.  ☒  Attorney for Applicant present in court (name):
    c.  ☒  Attorney for United States trustee present in court
    d.  ☒  Other persons present as reflected in the court record

4.    Applicant gave the required notice of the Application on (*specify date*): 12/16/2024 and 12/26/2024

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 1                    **F 2016-1.3.ORDER.PAYMENT.FEES**

5.   The court orders as follows:

a.  ☒  Application for Payment of Interim Fees is approved as follows:

    (1)  ☒  Total amount allowed:  $ <u>See Chart Below</u>

    (2)  ☐  Amount or percentage authorized for payment at this time: _____

b.  ☐  Application for Reimbursement of Interim Expenses is approved and authorized for payment:

    ☐  Total amount allowed: $ _____

c.  ☒  Application for Payment of Final Fees is approved in the amount of: $ <u>See Chart Below</u>

d.  ☒  Application for Reimbursement of Final Expenses is approved and authorized for payment:

    ☒  Total amount allowed: $ <u>See Chart Below</u>

e.  (1)  ☐  Application is denied

        ☐  in full

        ☐  in part

        ☐  without prejudice

        ☐  with prejudice

    (2)  Grounds for denial *(specify):*

f.  ☒  The Court further orders based on the Professionals' consent to the Court's retention of jurisdiction and authority to order any disgorgement as may be necessary as set forth on the record at the hearing by the appearing Professionals and the Professionals not appearing, Nancy Rapoport and Omni Agent Solutions, having filed their consents with the Court (see Dk. Nos. 2032 and 2048), and for the reasons set forth on the record at the hearing *(specify):*

    (1)  The Court possesses the authority under 11 U.S.C. § 105 to order disgorgement of final fees allowed in this order, if necessary, consistent with the position articulated in *Weigel v. Barnard*, 2021 U.S. Dist. LEXIS 161895 (USDC E.D.N.Y. 2021).  All Professionals have consented to the Court's retention of jurisdiction and authority to order any disgorgement as may be necessary to prorate payments made to allowed administrative expense claims should future administrative expenses be allowed on a final basis and the Trust and/or the Estate lacks sufficient funds to pay them within the 60-day period set forth in the Plan.

    (2)  All Professionals have consented to any necessary request for disgorgement to be made by motion and not by adversary proceeding.

    (3)  Richard A. Marshack, as the Chapter 11 Trustee, is authorized to receive the statutory maximum amount of his fee under 11 U.S.C. § 326 based on the disbursements made and to be made on account of estate liabilities. *In re Stewart*, 157 B.R. 893, 897-98 (B.A.P. 9th Cir. 1993). After the hearing, the Trustee voluntarily agreed not to seek a fee for the turnover of post-Effective Date settlement funds to the Trust in this instance because all estate funds will have been exhausted by payment of allowed administrative fees and other estate claims. As such, the allowed amount of the Trustee's compensation set forth below is lower than what was awarded during the hearing.

    (4)  Pursuant Section IV.B.3.e. of the Modified First Amended Joint Chapter 11 Plan of Liquidation (Dated June 14, 2024) ("Plan"), Docket No. 1344, which the Court confirmed by order entered on September 9, 2024 ("Confirmation Order"), Docket No. 1646, the LPG Liquidation Trust ("Liquidation Trust") is liable for all debts of the bankruptcy estate that are required to be Paid pursuant to the Plan including any allowed administrative or priority claims and the Liquidating Trustee is authorized to make such payments from the Liquidation Trust.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                   Page 2                          **F 2016-1.3.ORDER.PAYMENT.FEES**

(5)  The following professional fees and expenses are allowed on a final basis:

| Professional | Fees for current period | Expenses for current period | Allowed Total Final Fees and Expenses | Allowed Final Unpaid Fees & Expenses to be Paid |
|---|---|---|---|---|
| Marshack Hays Wood LLP – Dk. No. 1896<br>General Counsel for Trustee<br>Second and Final Fee Application<br>August 1, 2024, through and including September 23, 2024 | $340,416.00 | $2,224.32 | $1,657,768.00 & $49,122.01<br><br>1. Fee Amount reflects the $15,000 reduction as per Stipulation with Committee filed 1/8/25 [Dk. No. 2014]<br><br>2. Includes deferred fees of $66,617.60 held back per the Order allowing interim fees entered on 10/1/24, as Dk. No. 1778 ("First Order"). | $518,607.04 & $2,224.32<br><br>1. Fee Amount reflects the $15,000 reduction as per Stipulation with Committee filed 1/8/25 [Dk. No. 2014]<br><br>2. Includes fees deferred and held back per the First Order. The deferred fees of $66,617.60 may only be paid after satisfaction of the conditions set forth in the First Order. |
| Dinsmore & Shohl LLP – Dk. Nos. 1900, 1991<br>Special Counsel for Trustee<br>Second and Final Fee Application<br>July 1, 2024, through and including September 23, 2024<br><br>**Supplemental Fees – Dk. No. 1991**<br>**Additional Estimate to review, revise, reply and attend hearing**<br>**Total Request** | $1,202,050.00<br><br><br><br><br>**$33,363.50**<br>**$2,500.00**<br><br>**$1,237,913.50** | $5,812.54 | $5,983,738.75 & $63,191.65<br><br>1. Fee Amount includes a holdback of $962,191 (which includes the $650,000 held back from the First Fee Application) as per Stipulation with Committee filed 12/31/24 [Dk. No. 1999] ("Dinsmore Stipulation") and approved | $1,887,913.50 & $5,812.54<br><br>1. Fee Amount includes a holdback of $962,191 (which includes the $650,000 held back from the First Fee Application) as per Dinsmore Stipulation. The holdback amount of $962,191 may only be paid after satisfaction of the conditions |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                   Page 3                                   **F 2016-1.3.ORDER.PAYMENT.FEES**

| Professional | Fees for current period | Expenses for current period | Allowed Total Final Fees and Expenses | Allowed Final Unpaid Fees & Expenses to be Paid |
|---|---|---|---|---|
| | | | 1/14/25 [Dk. No. 2035]<br><br>2. Includes reduced fees of $19,767.50 to be paid only pursuant to the Dinsmore Stipulation. | set forth in the Dinsmore Stipulation.<br><br>2. Includes reduced fees of $19,767.50 to be paid only pursuant to the Dinsmore Stipulation. |
| Fox Rothschild LLP – Dk. No. 1897<br>Counsel to the Committee of Unsecured Creditors<br>Second and Final Fee Application<br>August 1, 2024, through and including September 23, 2024 | $120,495.50 | $2,517.60 | $1,164,669.00 & $19,939.22 | $224,912.85 & $2,517.60 |
| Grobstein Teeple, LLP – Dk. No. 1885<br>Accountants for Trustee<br>Second and final Fee Application<br>July 1, 2024, through and including September 23, 2024 | $77,390.00 | $46.03 | $384,856.50 & $97.06 Payment of fees are subject to terms of employment agreement, requiring a holdback of 15%. The total reduced allowed amount is $327,128.04. The full allowed amount may be triggered by a distribution of 25% or more to unsecured creditors. | $149,644.63 & $46.03 Payment of fees are subject to terms of employment agreement, requiring a holdback of 15%. The unpaid reduced allowed amount is $91,916.17. The remaining unpaid allowed amount may be paid when triggered by a distribution of 25% or more to unsecured creditors. |
| Omni Agent Solutions, Inc. – Dk. No. 1959<br>Claims and Noticing Agent for Estate<br>Second and Final Fee Application<br>August 1, 2024, through and including September 23, 2024 | $57,861.45 | $33,887.51 | $884,506.05 & $106,286.63 | $140,525.91 & $33,887.51 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 4                                    **F 2016-1.3.ORDER.PAYMENT.FEES**

| Professional | Fees for current period | Expenses for current period | Allowed Total Final Fees and Expenses | Allowed Final Unpaid Fees & Expenses to be Paid |
|---|---|---|---|---|
| Nancy Rapoport – Dk. No. 1901 Ethics Compliance Monitor Third and Final Fee Application August 1, 2024, through and including September 23, 2024 | $17,678.18 | $575.00 | $127,170.68 & $8,019.98 | $23,252.56 & $575.00 |
| Force Ten Partners – Dk. No. 1899 Second and Final Fee Application Financial Advisor to the Official Committee of Unsecured Creditors August 1, 2024, through and including September 23, 2024 | $63,104.00 | $0 | $250,724.00 & $0.00 | $81,866.00 & $0.00 |
| Robert F. Bicher & Associates – Dk. No. 1889, 1990 First Interim Fee Application Field Agent and Forensic Analyst to Trustee August 1, 2024, through and including September 23, 2024<br><br>Less previously approved payments Balance Due<br><br>**Supplemental Fees**<br>**Total Current Request** | $15,412.00<br><br><br><br><br><br>($729.60)<br>$14,682.40<br><br>**$2,370.00**<br>**$17,052.40** | $15.00<br><br><br><br><br><br>($15.00)<br>$0.00 | $87,962.00 & $1,274.29 | $17,052.40 & $0.00 |
| Richard A. Marshack – Dk. No. 1898 Second and Final Report and Account August 1, 2024, through and including September 23, 2024<br><br>Less previously approved payments Balance Due<br><br>**Supplemental Fees**<br>**Total Current Request** | $504,579.06<br><br><br><br><br>($452,700.34)<br>$51,878.72<br><br>**$18,646.90**<br>**$70,525.62** | $250.45<br><br><br><br><br>$0<br>$250.45 | $523,225.96 & $250.45 | $77,034.72 & $250.45 |
| Khang & Khang LLP – Dk. No. 1983 Debtor's Counsel April 11, 2023, through and including May 2, 2023 | $4,120.00 | $1,857.30 | $4,120.00 & $1,857.30 | $4,120.00 & $1,857.30 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

The Trustee is authorized to immediately pay from funds belonging to the Estate or the Trust the allowed final, unpaid fees and expenses set forth above subject to satisfaction of the conditions for payment of deferred fees as set forth in the First Order and any holdback amounts noted above.

### 

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

APPROVED AS TO FORM BY:


Dated: January __, 2025                    MARSHACK HAYS LLP

                                           By: _____
                                               D. EDWARD HAYS
                                               AARON E. DE LEEST
                                               Attorneys for Chapter 11 Trustee,
                                               RICHARD A. MARSHACK

Dated: January __, 2025                    DINSMORE & SHOHL LLP


                                           By: _____
                                               CHRISTOPHER CELENTINO
                                               YOSINA M. LISSEBECK
                                               Special Counsel to Chapter 11 Trustee,
                                               RICHARD A. MARSHACK

Dated: January __, 2025                    FOX ROTHSCHILD LLP


                                           By: _____
                                               KEITH C. OWENS
                                               NICHOLAS A. KOFFROTH
                                               Attorneys for OFFICIAL COMMITTEE
                                               OF UNSECURED CREDITORS OF THE
                                               LITIGATION PRACTICE GROUP PC

Dated: January __, 2025                    GROBSTEIN TEEPLE, LLP


                                           By: _____
                                               JOSHUA R. TEEPLE
                                               Accountants for Chapter 11 Trustee,
                                               RICHARD A. MARSHACK


Dated: January __, 2025                    By: _____
                                               RICHARD A. MARSHACK,
                                               Chapter 11 Trustee

[EXHIBIT – PARTIES' SIGNATURE PAGE] – Continued on Next Page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                Page 7                    **F 2016-1.3.ORDER.PAYMENT.FEES**

Dated: January ___, 2025                    OMNI AGENT SOLUTIONS, INC.


                                            By: _____
                                                 BRIAN K. OSBORNE
                                                 Claims and Noticing Agent to the Chapter
                                                 11 Trustee, RICHARD A. MARSHACK


Dated: January ___, 2025                    By: _____
                                                 NANCY B. RAPOPORT
                                                 Court Appointed Ethics Compliance
                                                 Monitor and Fee Examiner


Dated: January ___, 2025                    FORCE TEN PARTNERS, LLC


                                            By: _____
                                                 ADAM MEISLIK
                                                 Financial Advisor to the OFFICIAL
                                                 COMMITTEE OF UNSECURED
                                                 CREDITORS


Dated: January ___, 2025                    ROBERT F. BICHER & ASSOCIATES


                                            By: _____
                                                 ROBERT F. BICHER
                                                 Field Agent and Forensic Analyst for
                                                 Chapter 11 Trustee, RICHARD A.
                                                 MARSHACK


Dated: January ___, 2025                    KHANG & KHANG LLP


                                            By: _____
                                                 JOON M. KANG,
                                                 Attorneys for Debtor, THE LITIGATION
                                                 PRACTICE GROUP, P.C.


[EXHIBIT – PARTIES' SIGNATURE PAGE] – Continued on Next Page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 8                    **F 2016-1.3.ORDER.PAYMENT.FEES**

Dated: January __, 2025                         THE BANKRUPTCY LAW FIRM, PC


                        By: _____
                            KATHLEEN P. MARCH
                            Attorneys for GREYSON LAW CENTER
                            PC, HAN TRINH & JAYDE TRINH

4928-8935-8608, v. 1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                         Page 9                         **F 2016-1.3.ORDER.PAYMENT.FEES**

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

APPROVED AS TO FORM BY:


Dated: January __23 2025

MARSHACK HAYS LLP

By: _____
      D. EDWARD HAYS
      AARON E. DE LEEST
      Attorneys for Chapter 11 Trustee,
      RICHARD A. MARSHACK


Dated: January 23, 2025

DINSMORE & SHOHL LLP


By: _____
      CHRISTOPHER CELENTINO
      YOSINA M. LISSEBECK
      Special Counsel to Chapter 11 Trustee,
      RICHARD A. MARSHACK


Dated: January __, 2025

FOX ROTHSCHILD LLP


By: _____
      KEITH C. OWENS
      NICHOLAS A. KOFFROTH
      Attorneys for OFFICIAL COMMITTEE
      OF UNSECURED CREDITORS OF THE
      LITIGATION PRACTICE GROUP PC


Dated: January __, 2025

GROBSTEIN TEEPLE, LLP


By: _____
      JOSHUA R. TEEPLE
      Accountants for Chapter 11 Trustee,
      RICHARD A. MARSHACK


Dated: January __, 2025

By: _____
      RICHARD A. MARSHACK,
      Chapter 11 Trustee


[EXHIBIT – PARTIES' SIGNATURE PAGE] – Continued on Next Page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                Page 7                          **F 2016-1.3.ORDER.PAYMENT.FEES**

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

APPROVED AS TO FORM BY:


Dated: January __, 2025                    MARSHACK HAYS LLP

                                           By: _____
                                                  D. EDWARD HAYS
                                                  AARON E. DE LEEST
                                                  Attorneys for Chapter 11 Trustee,
                                                  RICHARD A. MARSHACK

Dated: January __, 2025                    DINSMORE & SHOHL LLP


                                           By: _____
                                                  CHRISTOPHER CELENTINO
                                                  YOSINA M. LISSEBECK
                                                  Special Counsel to Chapter 11 Trustee,
                                                  RICHARD A. MARSHACK

Dated: January 23, 2025                    FOX ROTHSCHILD LLP


                                           By: _____
                                                  KEITH C. OWENS
                                                  NICHOLAS A. KOFFROTH
                                                  Attorneys for OFFICIAL COMMITTEE
                                                  OF UNSECURED CREDITORS OF THE
                                                  LITIGATION PRACTICE GROUP PC

Dated: January __, 2025                    GROBSTEIN TEEPLE, LLP


                                           By: _____
                                                  JOSHUA R. TEEPLE
                                                  Accountants for Chapter 11 Trustee,
                                                  RICHARD A. MARSHACK


Dated: January __, 2025                    By: _____
                                                  RICHARD A. MARSHACK,
                                                  Chapter 11 Trustee


[EXHIBIT – PARTIES' SIGNATURE PAGE] – Continued on Next Page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                            Page 7                    **F 2016-1.3.ORDER.PAYMENT.FEES**

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

APPROVED AS TO FORM BY:


Dated: January __, 2025          MARSHACK HAYS LLP

                                        By: _____
                                                D. EDWARD HAYS
                                                AARON E. DE LEEST
                                                Attorneys for Chapter 11 Trustee,
                                                RICHARD A. MARSHACK

Dated: January __, 2025          DINSMORE & SHOHL LLP


                                        By: _____
                                                CHRISTOPHER CELENTINO
                                                YOSINA M. LISSEBECK
                                                Special Counsel to Chapter 11 Trustee,
                                                RICHARD A. MARSHACK

Dated: January __, 2025          FOX ROTHSCHILD LLP


                                        By: _____
                                                KEITH C. OWENS
                                                NICHOLAS A. KOFFROTH
                                                Attorneys for OFFICIAL COMMITTEE
                                                OF UNSECURED CREDITORS OF THE
                                                LITIGATION PRACTICE GROUP PC

Dated: January 23, 2025         GROBSTEIN TEEPLE, LLP

                                        By: _____
                                              JOSHUA R. TEEPLE
                                              Accountants for Chapter 11 Trustee,
                                              RICHARD A. MARSHACK


Dated: January __, 2025          By: _____
                                                RICHARD A. MARSHACK,
                                                Chapter 11 Trustee

**[EXHIBIT – PARTIES' SIGNATURE PAGE]** – Continued on Next Page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 7                    **F 2016-1.3.ORDER.PAYMENT.FEES**

## [EXHIBIT – PARTIES' SIGNATURE PAGE]

APPROVED AS TO FORM BY:

Dated: January __, 2025

MARSHACK HAYS LLP

By:_____
      D. EDWARD HAYS
      AARON E. DE LEEST
      Attorneys for Chapter 11 Trustee,
      RICHARD A. MARSHACK

Dated: January __, 2025

DINSMORE & SHOHL LLP

By:_____
      CHRISTOPHER CELENTINO
      YOSINA M. LISSEBECK
      Special Counsel to Chapter 11 Trustee,
      RICHARD A. MARSHACK

Dated: January __, 2025

FOX ROTHSCHILD LLP

By:_____
      KEITH C. OWENS
      NICHOLAS A. KOFFROTH
      Attorneys for OFFICIAL COMMITTEE
      OF UNSECURED CREDITORS OF THE
      LITIGATION PRACTICE GROUP PC

Dated: January __, 2025

GROBSTEIN TEEPLE, LLP

By:_____
      JOSHUA R. TEEPLE
      Accountants for Chapter 11 Trustee,
      RICHARD A. MARSHACK

Dated: January 23, 2025

By:_____
      RICHARD A. MARSHACK,
      Chapter 11 Trustee

[EXHIBIT – PARTIES' SIGNATURE PAGE] – Continued on Next Page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Dated: January 23, 2025

OMNI AGENT SOLUTIONS, INC.

By: _____
      BRIAN K. OSBORNE
      Claims and Noticing Agent to the Chapter
      11 Trustee, RICHARD A. MARSHACK


Dated: January ___, 2025

By: _____
      NANCY B. RAPOPORT
      Court Appointed Ethics Compliance
      Monitor and Fee Examiner


Dated: January ___, 2025

FORCE TEN PARTNERS, LLC

By: _____
      ADAM MEISLIK
      Financial Advisor to the OFFICIAL
      COMMITTEE OF UNSECURED
      CREDITORS


Dated: January ___, 2025

ROBERT F. BICHER & ASSOCIATES

By: _____
      ROBERT F. BICHER
      Field Agent and Forensic Analyst for
      Chapter 11 Trustee, RICHARD A.
      MARSHACK


Dated: January ___, 2025

KHANG & KHANG LLP

By: _____
      JOON M. KANG,
      Attorneys for Debtor, THE LITIGATION
      PRACTICE GROUP, P.C.


[EXHIBIT – PARTIES' SIGNATURE PAGE] – Continued on Next Page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                   Page 8                          F 2016-1.3.ORDER.PAYMENT.FEES

Dated: January ___, 2025                    OMNI AGENT SOLUTIONS, INC.


                                            By:_____
                                               BRIAN K. OSBORNE
                                               Claims and Noticing Agent to the Chapter
                                               11 Trustee, RICHARD A. MARSHACK


Dated: January 22, 2025                     By:_____
                                               NANCY B. RAPOPORT
                                               Court Appointed Ethics Compliance
                                               Monitor and Fee Examiner


Dated: January ___, 2025                    FORCE TEN PARTNERS, LLC


                                            By:_____
                                               ADAM MEISLIK
                                               Financial Advisor to the OFFICIAL
                                               COMMITTEE OF UNSECURED
                                               CREDITORS


Dated: January ___, 2025                    ROBERT F. BICHER & ASSOCIATES


                                            By:_____
                                               ROBERT F. BICHER
                                               Field Agent and Forensic Analyst for
                                               Chapter 11 Trustee, RICHARD A.
                                               MARSHACK


Dated: January ___, 2025                    KHANG & KHANG LLP


                                            By:_____
                                               JOON M. KANG,
                                               Attorneys for Debtor, THE LITIGATION
                                               PRACTICE GROUP, P.C.


[EXHIBIT – PARTIES' SIGNATURE PAGE] – Continued on Next Page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                          Page 8                          F 2016-1.3.ORDER.PAYMENT.FEES

Dated: January ___, 2025                    OMNI AGENT SOLUTIONS, INC.


By: _____
BRIAN K. OSBORNE
Claims and Noticing Agent to the Chapter
11 Trustee, RICHARD A. MARSHACK


Dated: January ___, 2025                    By: _____
NANCY B. RAPOPORT
Court Appointed Ethics Compliance
Monitor and Fee Examiner


Dated: January 22, 2025                    FORCE TEN PARTNERS, LLC

By: _____
ADAM MEISLIK
Financial Advisor to the OFFICIAL
COMMITTEE OF UNSECURED
CREDITORS


Dated: January ___, 2025                    ROBERT F. BICHER & ASSOCIATES


By: _____
ROBERT F. BICHER
Field Agent and Forensic Analyst for
Chapter 11 Trustee, RICHARD A.
MARSHACK


Dated: January ___, 2025                    KHANG & KHANG LLP


By: _____
JOON M. KANG,
Attorneys for Debtor, THE LITIGATION
PRACTICE GROUP, P.C.


[EXHIBIT – PARTIES' SIGNATURE PAGE] – Continued on Next Page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 8                    **F 2016-1.3.ORDER.PAYMENT.FEES**

Dated: January ___, 2025

OMNI AGENT SOLUTIONS, INC.

By:_____
    BRIAN K. OSBORNE
    Claims and Noticing Agent to the Chapter
    11 Trustee, RICHARD A. MARSHACK

Dated: January ___, 2025

By:_____
    NANCY B. RAPOPORT
    Court Appointed Ethics Compliance
    Monitor and Fee Examiner

Dated: January ___, 2025

FORCE TEN PARTNERS, LLC

By:_____
    ADAM MEISLIK
    Financial Advisor to the OFFICIAL
    COMMITTEE OF UNSECURED
    CREDITORS

Dated: January 23, 2025

ROBERT F. BICHER & ASSOCIATES

By:_____
    ROBERT F. BICHER
    Field Agent and Forensic Analyst for
    Chapter 11 Trustee, RICHARD A.
    MARSHACK

Dated: January ___, 2025

KHANG & KHANG LLP

By:_____
    JOON M. KANG,
    Attorneys for Debtor, THE LITIGATION
    PRACTICE GROUP, P.C.

[EXHIBIT – PARTIES' SIGNATURE PAGE] – Continued on Next Page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                Page 8              F 2016-1.3.ORDER.PAYMENT.FEES

Dated: January ___, 2025                OMNI AGENT SOLUTIONS, INC.


By:_____
     BRIAN K. OSBORNE
     Claims and Noticing Agent to the Chapter
     11 Trustee, RICHARD A. MARSHACK


Dated: January ___, 2025                By:_____
     NANCY B. RAPOPORT
     Court Appointed Ethics Compliance
     Monitor and Fee Examiner

Dated: January ___, 2025                FORCE TEN PARTNERS, LLC


By:_____
     ADAM MEISLIK
     Financial Advisor to the OFFICIAL
     COMMITTEE OF UNSECURED
     CREDITORS

Dated: January ___, 2025                ROBERT F. BICHER & ASSOCIATES


By:_____
     ROBERT F. BICHER
     Field Agent and Forensic Analyst for
     Chapter 11 Trustee, RICHARD A.
     MARSHACK

Dated: January ___, 2025                KHANG & KHANG LLP


By:_____
     JOON M. KANG, KHANG
     Attorneys for Debtor, THE LITIGATION
     PRACTICE GROUP, P.C.


[EXHIBIT – PARTIES' SIGNATURE PAGE] – Continued on Next Page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Dated: January 23 2025

THE BANKRUPTCY LAW FIRM, PC

By: _____

KATHLEEN P. MARCH
Attorneys for GREYSON LAW CENTER PC,
HAN TRINH & JAYDE TRINH

4928-8935-8608, v. 1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 9                    **F 2016-1.3.ORDER.PAYMENT.FEES**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January
23, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On _____, I served the following persons and/or entities at the last
known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR – MAIL REDIRECTED TO TRUSTEE**
THE LITIGATION PRACTICE GROUP P.C.
~~17542 17TH ST~~
~~SUITE 100~~
~~TUSTIN, CA 92780-1981~~

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to
F.R.Civ.P. 5 and/or controlling LBR, on **January 23, 2025**, I served the following persons and/or entities by personal
delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission
and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the
judge will be completed no later than 24 hours after the document is filed.

| VIA PERSONAL DELIVERY PRESIDING JUDGE'S COPY | VIA EMAIL COURT APPOINTED MONITOR | VIA EMAIL | VIA EMAIL |
|---|---|---|---|
| HONORABLE SCOTT C. CLARKSON UNITED STATES BANKRUPTCY COURT 411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C SANTA ANA, CA 92701-4593 | NANCY RAPOPORT nancy.rapoport@unlv.edu | JOSHUA TEEPLE GROBSTEIN TEEPLE LLP jteeple@gtllp.com | BICHER & ASSOCIATES c/o Lori Ensley and Robert Bicher ljensley@aol.com; rfbicher@earthlink.net |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 23, 2025 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **INTERESTED PARTY COURTESY NEF:** Kyra E Andrassy kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Bradford Barnhardt** bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR AFFIRMA, LLC and CREDITOR OXFORD KNOX, LLC: Eric Bensamochan** eric@eblawfirm.us, G63723@notify.cincompass.com
   - **ATTORNEY FOR DEFENDANT LEUCADIA ENTERPRISES, INC.: Michael Jay Berger** michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
   - **INTERESTED PARTY COURTESY NEF: Ethan J Birnberg** birnberg@portersimon.com, reich@portersimon.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Peter W Bowie** peter.bowie@dinsmore.com, caron.burke@dinsmore.com
   - **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC: Ronald K Brown** ron@rkbrownlaw.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Christopher Celentino** christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
   - **INTERESTED PARTY COURTESY NEF: Shawn M Christianson** cmcintire@buchalter.com, schristianson@buchalter.com
   - **INTERESTED PARTY COURTESY NEF: Randall Baldwin Clark** rbc@randallbclark.com
   - **ATTORNEY FOR DEFENDANT LISA COHEN and DEFENDANT ROSA BIANCA LOLI: Leslie A Cohen** leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
   - **ATTORNEY FOR DEFENDANT MORNING LAW GROUP, P.C.: Michael W Davis** mdavis@dtolaw.com, ygodson@dtolaw.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Aaron E. De Leest adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
   - **INTERESTED PARTY COURTESY NEF: Anthony Paul Diehl** anthony@apdlaw.net, Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net
   - **INTERESTED PARTY COURTESY NEF: Ashley Dionisio** adionisio@omniagnt.com
   - **ATTORNEY FOR INTERESTED PARTY NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEYS and INTERESTED PARTY NATIONAL CONSUMER BANKRUPTCY RIGHTS CENTER : Jenny L Doling** jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
   - **ATTORNEY FOR CREDITOR CAROLYN BEECH: Daniel A Edelman** dedelman@edcombs.com, courtecl@edcombs.com
   - **INTERESTED PARTY COURTESY NEF: Howard M Ehrenberg** Howard.Ehrenberg@gmlaw.com, hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com
   - **CREDITOR: Meredith Fahn** fahn@sbcglobal.net
   - **INTERESTED PARTY COURTESY NEF: Jeremy Faith** Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
   - **ATTORNEY FOR CREDITOR VALIDATION PARTNERS LLC: William P Fennell** william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com
   - **INTERESTED PARTY COURTESY NEF: Alan W Forsley** alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
   - **ATTORNEY FOR DEFENDANT CLEAR VISION LLC dba LIBERTY1 FINANCIAL: Marc C Forsythe** mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jeremy Freedman** jeremy.freedman@dinsmore.com, nicolette.murphy@dinsmore.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

- **ATTORNEY FOR CREDITOR HERRET CREDIT: Eric Gassman**    erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Christopher Ghio**    christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- **ATTORNEY FOR CREDITOR AMY GINSBURG; CREDITOR KENTON COBB; and CREDITOR SHANNON BELLFIELD: Amy Lynn Ginsburg**    efilings@ginsburglawgroup.com
- **ATTORNEY FOR DEFENDANT STRIPE, INC: Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **ATTORNEY FOR CREDITOR AFFIRMA, LLC; CREDITOR ANAHEIM ARENA MANAGEMENT, LLC; CREDITOR ANAHEIM DUCKS HOCKEY CLUB, LLC; and CREDITOR OXFORD KNOX, LLC: Jeffrey I Golden**    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com; lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC: Richard H Golubow**    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **ATTORNEY FOR CREDITOR UNITED PARTNERSHIPS, LLC: David M Goodrich**    dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Spencer Keith Gray    spencer.gray@dinsmore.com
- **INTERESTED PARTY COURTESY NEF:** Stella A Havkin    stella@havkinandshrago.com, shavkinesq@gmail.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR CITY CAPITAL NY: Alan Craig Hochheiser**    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC: Garrick A Hollander**    ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **ATTORNEY FOR CREDITOR SHARP ELECTRONICS CORPORATION: Brian L Holman**    b.holman@musickpeeler.com
- **INTERESTED PARTY COURTESY NEF: Richard L. Hyde**    rhyde@awglaw.com
- **ATTORNEY FOR INTERESTED PARTY MERCHANTS CREDIT CORPORATION: Peter L Isola**    pisola@hinshawlaw.com, rmojica@hinshawlaw.com,iking@hinshawlaw.com
- **ATTORNEY FOR CREDITOR, PLAINTIFF, and COUNTER-DEFENDANT OHP-CDR, LP and PLAINTIFF and COUNTER-DEFENDANT PURCHASECO 80, LLC: Razmig Izakelian**    razmigizakelian@quinnemanuel.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Veneeta Jaswal    veneeta.jaswal@dinsmore.com, bonnie.connolly@dinsmore.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Sara Johnston**    sara.johnston@dinsmore.com
- **ATTORNEY FOR FIDELITY NATIONAL INFORMATION SERVICES, INC. DBA FIS: Sweeney Kelly**    kelly@ksgklaw.com
- **ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP P.C.: Joon M Khang**    joon@khanglaw.com
- **ATTORNEY FOR INTERESTED PARTY AD HOC CONSUMER CLAIMANTS COMMITTEE: Ira David Kharasch**    ikharasch@pszjlaw.com
- **ATTORNEY FOR DEFENDANT GALLANT LAW GROUP: Meredith King**    mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS: Nicholas A Koffroth**    nkoffroth@foxrothschild.com, khoang@foxrothschild.com
- **ATTORNEY FOR DEFENDANT MARICH BEIN, LLC: David S Kupetz**    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

- **INTERESTED PARTY COURTESY NEF: Christopher J Langley**   chris@slclawoffice.com, langleycr75251@notify.bestcase.com;ecf123@casedriver;john@slclawoffice.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Kelli Ann Lee**   Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com
- **ATTORNEY DEFENDANT OPTIMUMBANK HOLDINGS, INC: Matthew A Lesnick**   matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, P.C.; DEFENDANT LGS HOLDCO, LLC; INTERESTED PARTY CONSUMER LEGAL GROUP, P.C.; and INTERESTED PARTY LIBERTY ACQUISITIONS GROUP INC: Daniel A Lev**   daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **ATTORNEY FOR INTERESTED PARTY REVOLV3, INC.: Britteny Leyva**   bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com
- **INTERESTED PARTY COURTESY NEF ADVERSARY PROCEEDING #: 8:23-AP-01148-SC: Marc A Lieberman**   marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- **ATTORNEY FOR CREDITOR PHILLIP A GREENBLATT, PLLC: Michael D Lieberman**   mlieberman@lipsonneilson.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Yosina M Lissebeck**   Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com
- **ATTORNEY FOR CREDITOR FUNDURA CAPITAL GROUP: Mitchell B Ludwig**   mbl@kpclegal.com, kad@kpclegal.com
- **INTERESTED PARTY AND ATTORNEY: Daniel S March**   marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **ATTORNEY FOR CREDITOR and DEFENDANT GREYSON LAW CENTER PC, CREDITOR and DEFENDANT HAN TRINH; and CREDITOR and DEFENDANT PHUONG (JAYDE) TRINH: Kathleen P March**   kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **ATTORNEY FOR CREDITOR DAVID ORR: Mark J Markus**   bklawr@bklaw.com, markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com
- **CHAPTER 11 TRUSTEE: Richard A Marshack (TR)**   pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Laila Masud**   lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Sarah S. Mattingly**   sarah.mattingly@dinsmore.com
- **INTERESTED PARTY COURTESY NEF: William McCormick**   Bill.McCormick@ag.tn.gov
- **ATTORNEY FOR US TRUSTEE: Kenneth Misken**   Kenneth.M.Misken@usdoj.gov
- **INTERESTED PARTY COURTESY NEF: Byron Z Moldo**   bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com
- **ATTORNEY FOR CREDITOR ADP, INC: Glenn D. Moses**   gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jamie D Mottola**   Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com
- **INTERESTED PARTY COURTESY NEF: Alan I Nahmias**   anahmias@mbn.law, jdale@mbn.law
- **INTERESTED PARTY COURTESY NEF: Victoria Newmark**   vnewmark@pszjlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jacob Newsum-Bothamley**   jacob.bothamley@dinsmore.com, angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- **ATTORNEY FOR US TRUSTEE: Queenie K Ng**   queenie.k.ng@usdoj.gov
- **CREDITOR: Israel Orozco**   israel@iolawcorp.com
- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS: Keith C Owens**   kowens@foxrothschild.com, khoang@foxrothschild.com
- **ATTORNEY FOR DEFENDANT OPTIMUMBANK HOLDINGS, INC.: Lisa Patel**   lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC: Michael R Pinkston**   rpinkston@seyfarth.com,

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                **F 9013-3.1.PROOF.SERVICE**

jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com

- **ATTORNEY FOR DEFENDANT SCOTT JAMES EADIE: Douglas A Plazak**    dplazak@rhlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Tyler Powell**    tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;rosetta.mitchell@dinsmore.com
- **ATTORNEY FOR DEFENDANT TOUZI CAPITAL, LLC and DEFENDANT ENG TAING: Daniel H Reiss**    dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, PC: Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Vanessa Rodriguez**    vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com
- **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC: Kevin Alan Rogers**    krogers@wellsmar.com
- **ATTORNEY FOR CREDITOR MARI AGAPE: Gregory M Salvato**    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **ATTORNEY FOR CREDITOR AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC: Olivia Scott**    olivia.scott3@bclplaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jonathan Serrano**    jonathan.serrano@dinsmore.com
- **ATTORNEY FOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC: Maureen J Shanahan**    Mstotaro@aol.com
- **ATTORNEY FOR CREDITORS UNITED PARTNERSHIPS, LLC and MNS FUNDING LLC: Paul R Shankman**    PShankman@fortislaw.com, info@fortislaw.com
- **ATTORNEY FOR INTERESTED PARTY MORNING LAW GROUP, PC: Zev Shechtman**    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com
- **INTERESTED PARTY COURTESY NEF: Jeffrey M Singletary**    jsingletary@swlaw.com, rmckay@swlaw.com
- **ATTORNEY FOR CREDITOR PIONEER FUNDING GROUP, LLC: Adam D Stein-Sapir**    info@pfllc.com
- **ATTORNEY FOR DEFENDANT BANKUNITED, N.A.: Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): John H. Stephens**    john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com
- **ATTORNEY FOR CREDITOR ALTERYX, INC.: Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Matthew J Stockl**    matthew.stockl@dinsmore.com, katrice.ortiz@dinsmore.com
- **ATTORNEY FOR CREDITOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC and INTERESTED PARTY RANDALL BALDWIN CLARK: Michael R Totaro**    Ocbkatty@aol.com
- **US TRUSTEE: United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR WITNESS BRADFORD LEE 8:23-ap-01046-SC: William J Wall**    wwall@wall-law.com
- **ATTORNEY FOR CREDITOR and DEFENDANT AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC: Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- **ATTORNEY FOR CREDITOR DEBT RELIEF GROUP, LLC: Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com
- **CLAIM AGENT FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Reina Zepeda**    rzepeda@omniagnt.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**