United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10571-SC |
| The Litigation Practice Group P.C. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 24, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#           Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2025           Signature:    /s/Gustava Winters

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>AARON E. DE LEEST, #216832<br>adeleest@marshackhays.com<br>MARSHACK HAYS WOOD LLP<br>870 Roosevelt<br>Irvine, California 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☒ *Attorney for*: Chapter 11 Trustee and Liquidating Trustee, RICHARD A. MARSHACK | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JAN 24 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte    **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*SANTA ANA* DIVISION**

| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: 11 |
|---|---|
| | **ORDER ON APPLICATION FOR PAYMENT OF:**<br>☐ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☒ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** |
| | DATE:   January 14, 2025<br>TIME:    10:00 a.m.<br>COURTROOM: 5C<br>PLACE: 411 W. Fourth Street<br>Santa Ana, CA 92701<br><br>▪ EXHIBIT ATTACHED<br>(PARTIES' SIGNATURE PAGE) |

1.  Name of Applicant (*specify*): Grobstein Teeple, LLP; Robert F. Bicher & Associates; Marshack Hays Wood LLP; Fox Rothschild LLP; Richard A. Marshack, Trustee; Force Ten Partners; Dinsmore & Shohl LLP; Nancy Rapoport; Omni Agent Solutions, Inc.; and Khang & Khang LLP (collectively, "Professionals" or "Applicants").

2.  This proceeding was heard at the date and place set forth above and was    ☒ Contested    ☐ Uncontested

3.  Appearances were made as follows:
    a.  ☒ Applicants present in court
    b.  ☒ Attorney for Applicant present in court (name):
    c.  ☒ Attorney for United States trustee present in court
    d.  ☒ Other persons present as reflected in the court record

4.  Applicant gave the required notice of the Application on (*specify date*): 12/16/2024 and 12/26/2024

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                         Page 1                        **F 2016-1.3.ORDER.PAYMENT.FEES**

5. The court orders as follows:

    a. ☒ Application for Payment of Interim Fees is approved as follows:
        (1) ☒ Total amount allowed:  $ <u>See Chart Below</u>
        (2) ☐ Amount or percentage authorized for payment at this time: _____

    b. ☐ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
        ☐ Total amount allowed: $ _____

    c. ☒ Application for Payment of Final Fees is approved in the amount of: $ <u>See Chart Below</u>

    d. ☒ Application for Reimbursement of Final Expenses is approved and authorized for payment:
        ☒ Total amount allowed: $ <u>See Chart Below</u>

    e. (1) ☐ Application is denied
            ☐ in full
            ☐ in part
            ☐ without prejudice
            ☐ with prejudice

        (2) Grounds for denial *(specify)*:

    f. ☒ The Court further orders based on the Professionals' consent to the Court's retention of jurisdiction and authority to order any disgorgement as may be necessary as set forth on the record at the hearing by the appearing Professionals and the Professionals not appearing, Nancy Rapoport and Omni Agent Solutions, having filed their consents with the Court (see Dk. Nos. 2032 and 2048), and for the reasons set forth on the record at the hearing *(specify)*:

        (1)  The Court possesses the authority under 11 U.S.C. § 105 to order disgorgement of final fees allowed in this order, if necessary, consistent with the position articulated in *Weigel v. Barnard*, 2021 U.S. Dist. LEXIS 161895 (USDC E.D.N.Y. 2021).  All Professionals have consented to the Court's retention of jurisdiction and authority to order any disgorgement as may be necessary to prorate payments made to allowed administrative expense claims should future administrative expenses be allowed on a final basis and the Trust and/or the Estate lacks sufficient funds to pay them within the 60-day period set forth in the Plan.

        (2)  All Professionals have consented to any necessary request for disgorgement to be made by motion and not by adversary proceeding.

        (3)  Richard A. Marshack, as the Chapter 11 Trustee, is authorized to receive the statutory maximum amount of his fee under 11 U.S.C. § 326 based on the disbursements made and to be made on account of estate liabilities. *In re Stewart*, 157 B.R. 893, 897-98 (B.A.P. 9th Cir. 1993). After the hearing, the Trustee voluntarily agreed not to seek a fee for the turnover of post-Effective Date settlement funds to the Trust in this instance because all estate funds will have been exhausted by payment of allowed administrative fees and other estate claims. As such, the allowed amount of the Trustee's compensation set forth below is lower than what was awarded during the hearing.

        (4)  Pursuant Section IV.B.3.e. of the Modified First Amended Joint Chapter 11 Plan of Liquidation (Dated June 14, 2024) ("Plan"), Docket No. 1344, which the Court confirmed by order entered on September 9, 2024 ("Confirmation Order"), Docket No. 1646, the LPG Liquidation Trust ("Liquidation Trust") is liable for all debts of the bankruptcy estate that are required to be Paid pursuant to the Plan including any allowed administrative or priority claims and the Liquidating Trustee is authorized to make such payments from the Liquidation Trust.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                               Page 2                            **F 2016-1.3.ORDER.PAYMENT.FEES**

(5) The following professional fees and expenses are allowed on a final basis:

| Professional | Fees for current period | Expenses for current period | Allowed Total Final Fees and Expenses | Allowed Final Unpaid Fees & Expenses to be Paid |
|---|---|---|---|---|
| Marshack Hays Wood LLP – Dk. No. 1896<br>General Counsel for Trustee<br>Second and Final Fee Application<br>August 1, 2024, through and including September 23, 2024 | $340,416.00 | $2,224.32 | $1,657,768.00 & $49,122.01<br><br>1. Fee Amount reflects the $15,000 reduction as per Stipulation with Committee filed 1/8/25 [Dk. No. 2014]<br><br>2. Includes deferred fees of $66,617.60 held back per the Order allowing interim fees entered on 10/1/24, as Dk. No. 1778 ("First Order"). | $518,607.04 & $2,224.32<br><br>1. Fee Amount reflects the $15,000 reduction as per Stipulation with Committee filed 1/8/25 [Dk. No. 2014]<br><br>2. Includes fees deferred and held back per the First Order. The deferred fees of $66,617.60 may only be paid after satisfaction of the conditions set forth in the First Order. |
| Dinsmore & Shohl LLP – Dk. Nos. 1900, 1991<br>Special Counsel for Trustee<br>Second and Final Fee Application<br>July 1, 2024, through and including September 23, 2024<br><br>**Supplemental Fees – Dk. No. 1991**<br>**Additional Estimate to review, revise, reply and attend hearing**<br>**Total Request** | $1,202,050.00<br><br><br><br><br><br>**$33,363.50**<br>**$2,500.00**<br><br>**$1,237,913.50** | $5,812.54 | $5,983,738.75 & $63,191.65<br><br>1. Fee Amount includes a holdback of $962,191 (which includes the $650,000 held back from the First Fee Application) as per Stipulation with Committee filed 12/31/24 [Dk. No. 1999] ("Dinsmore Stipulation") and approved | $1,887,913.50 & $5,812.54<br><br>1. Fee Amount includes a holdback of $962,191 (which includes the $650,000 held back from the First Fee Application) as per Dinsmore Stipulation. The holdback amount of $962,191 may only be paid after satisfaction of the conditions |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                              Page 3                               **F 2016-1.3.ORDER.PAYMENT.FEES**

| Professional | Fees for current period | Expenses for current period | Allowed Total Final Fees and Expenses | Allowed Final Unpaid Fees & Expenses to be Paid |
|---|---|---|---|---|
| | | | 1/14/25 [Dk. No. 2035] 2. Includes reduced fees of $19,767.50 to be paid only pursuant to the Dinsmore Stipulation. | set forth in the Dinsmore Stipulation. 2. Includes reduced fees of $19,767.50 to be paid only pursuant to the Dinsmore Stipulation. |
| Fox Rothschild LLP – Dk. No. 1897<br>Counsel to the Committee of Unsecured Creditors<br>Second and Final Fee Application<br>August 1, 2024, through and including September 23, 2024 | $120,495.50 | $2,517.60 | $1,164,669.00 & $19,939.22 | $224,912.85 & $2,517.60 |
| Grobstein Teeple, LLP – Dk. No. 1885<br>Accountants for Trustee<br>Second and final Fee Application<br>July 1, 2024, through and including September 23, 2024 | $77,390.00 | $46.03 | $384,856.50 & $97.06<br>Payment of fees are subject to terms of employment agreement, requiring a holdback of 15%. The total reduced allowed amount is $327,128.04. The full allowed amount may be triggered by a distribution of 25% or more to unsecured creditors. | $149,644.63 & $46.03<br>Payment of fees are subject to terms of employment agreement, requiring a holdback of 15%. The unpaid reduced allowed amount is $91,916.17. The remaining unpaid allowed amount may be paid when triggered by a distribution of 25% or more to unsecured creditors. |
| Omni Agent Solutions, Inc. – Dk. No. 1959<br>Claims and Noticing Agent for Estate<br>Second and Final Fee Application<br>August 1, 2024, through and including September 23, 2024 | $57,861.45 | $33,887.51 | $884,506.05 & $106,286.63 | $140,525.91 & $33,887.51 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                         Page 4                              **F 2016-1.3.ORDER.PAYMENT.FEES**

| Professional | Fees for current period | Expenses for current period | Allowed Total Final Fees and Expenses | Allowed Final Unpaid Fees & Expenses to be Paid |
|---|---|---|---|---|
| Nancy Rapoport – Dk. No. 1901<br>Ethics Compliance Monitor<br>Third and Final Fee Application<br>August 1, 2024, through and including September 23, 2024 | $17,678.18 | $575.00 | $127,170.68 & $8,019.98 | $23,252.56 & $575.00 |
| Force Ten Partners – Dk. No. 1899<br>Second and Final Fee Application<br>Financial Advisor to the Official Committee of Unsecured Creditors<br>August 1, 2024, through and including September 23, 2024 | $63,104.00 | $0 | $250,724.00 & $0.00 | $81,866.00 & $0.00 |
| Robert F. Bicher & Associates – Dk. No. 1889, 1990<br>First Interim Fee Application<br>Field Agent and Forensic Analyst to Trustee<br>August 1, 2024, through and including September 23, 2024<br><br>Less previously approved payments<br>Balance Due<br><br>**Supplemental Fees**<br>**Total Current Request** | $15,412.00<br><br><br><br><br><br>($729.60)<br>$14,682.40<br><br>**$2,370.00**<br>**$17,052.40** | $15.00<br><br><br><br><br><br>($15.00)<br>$0.00 | $87,962.00 & $1,274.29 | $17,052.40 & $0.00 |
| Richard A. Marshack – Dk. No. 1898<br>Second and Final Report and Account<br>August 1, 2024, through and including September 23, 2024<br><br>Less previously approved payments<br>Balance Due<br><br>**Supplemental Fees**<br>**Total Current Request** | $504,579.06<br><br><br><br><br>($452,700.34)<br>$51,878.72<br><br>**$18,646.90**<br>**$70,525.62** | $250.45<br><br><br><br><br>$0<br>$250.45 | $523,225.96 & $250.45 | $77,034.72 & $250.45 |
| Khang & Khang LLP – Dk. No. 1983<br>Debtor's Counsel<br>April 11, 2023, through and including May 2, 2023 | $4,120.00 | $1,857.30 | $4,120.00 & $1,857.30 | $4,120.00 & $1,857.30 |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                        Page 5                        **F 2016-1.3.ORDER.PAYMENT.FEES**

The Trustee is authorized to immediately pay from funds belonging to the Estate or the Trust the allowed final, unpaid fees and expenses set forth above subject to satisfaction of the conditions for payment of deferred fees as set forth in the First Order and any holdback amounts noted above.

###

Date: January 24, 2025

Scott C. Clarkson
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                              Page 6                          **F 2016-1.3.ORDER.PAYMENT.FEES**

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

APPROVED AS TO FORM BY:

Dated: January __23 2025

MARSHACK HAYS LLP

By: _____
   D. EDWARD HAYS
   AARON E. DE LEEST
   Attorneys for Chapter 11 Trustee,
   RICHARD A. MARSHACK

Dated: January 23, 2025

DINSMORE & SHOHL LLP

By: _____
   CHRISTOPHER CELENTINO
   YOSINA M. LISSEBECK
   Special Counsel to Chapter 11 Trustee,
   RICHARD A. MARSHACK

Dated: January __, 2025

FOX ROTHSCHILD LLP

By: _____
   KEITH C. OWENS
   NICHOLAS A. KOFFROTH
   Attorneys for OFFICIAL COMMITTEE
   OF UNSECURED CREDITORS OF THE
   LITIGATION PRACTICE GROUP PC

Dated: January __, 2025

GROBSTEIN TEEPLE, LLP

By: _____
   JOSHUA R. TEEPLE
   Accountants for Chapter 11 Trustee,
   RICHARD A. MARSHACK

Dated: January __, 2025

By: _____
   RICHARD A. MARSHACK,
   Chapter 11 Trustee

[EXHIBIT – PARTIES' SIGNATURE PAGE] – Continued on Next Page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                                                        Page 7                                                                        F 2016-1.3.ORDER.PAYMENT.FEES

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

APPROVED AS TO FORM BY:

Dated: January __, 2025    MARSHACK HAYS LLP

By: _____
    D. EDWARD HAYS
    AARON E. DE LEEST
    Attorneys for Chapter 11 Trustee,
    RICHARD A. MARSHACK

Dated: January __, 2025    DINSMORE & SHOHL LLP

By: _____
    CHRISTOPHER CELENTINO
    YOSINA M. LISSEBECK
    Special Counsel to Chapter 11 Trustee,
    RICHARD A. MARSHACK

Dated: January 23, 2025    FOX ROTHSCHILD LLP

By: _____ *[signature]*
    KEITH C. OWENS
    NICHOLAS A. KOFFROTH
    Attorneys for OFFICIAL COMMITTEE
    OF UNSECURED CREDITORS OF THE
    LITIGATION PRACTICE GROUP PC

Dated: January __, 2025    GROBSTEIN TEEPLE, LLP

By: _____
    JOSHUA R. TEEPLE
    Accountants for Chapter 11 Trustee,
    RICHARD A. MARSHACK

Dated: January __, 2025    By: _____
    RICHARD A. MARSHACK,
    Chapter 11 Trustee

[EXHIBIT – PARTIES' SIGNATURE PAGE] – Continued on Next Page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*      Page 7      **F 2016-1.3.ORDER.PAYMENT.FEES**

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

APPROVED AS TO FORM BY:

Dated: January __, 2025          MARSHACK HAYS LLP

                                 By: _____
                                     D. EDWARD HAYS
                                     AARON E. DE LEEST
                                     Attorneys for Chapter 11 Trustee,
                                     RICHARD A. MARSHACK

Dated: January __, 2025          DINSMORE & SHOHL LLP

                                 By: _____
                                     CHRISTOPHER CELENTINO
                                     YOSINA M. LISSEBECK
                                     Special Counsel to Chapter 11 Trustee,
                                     RICHARD A. MARSHACK

Dated: January __, 2025          FOX ROTHSCHILD LLP

                                 By: _____
                                     KEITH C. OWENS
                                     NICHOLAS A. KOFFROTH
                                     Attorneys for OFFICIAL COMMITTEE
                                     OF UNSECURED CREDITORS OF THE
                                     LITIGATION PRACTICE GROUP PC

Dated: January 23, 2025          GROBSTEIN TEEPLE, LLP

                                 By: /s/ Joshua R. Teeple
                                     JOSHUA R. TEEPLE
                                     Accountants for Chapter 11 Trustee,
                                     RICHARD A. MARSHACK

Dated: January __, 2025          By: _____
                                     RICHARD A. MARSHACK,
                                     Chapter 11 Trustee

[EXHIBIT – PARTIES' SIGNATURE PAGE] – Continued on Next Page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                         Page 7                    **F 2016-1.3.ORDER.PAYMENT.FEES**

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

APPROVED AS TO FORM BY:

Dated: January __, 2025        MARSHACK HAYS LLP

By:_____
D. EDWARD HAYS
AARON E. DE LEEST
Attorneys for Chapter 11 Trustee,
RICHARD A. MARSHACK

Dated: January __, 2025        DINSMORE & SHOHL LLP

By:_____
CHRISTOPHER CELENTINO
YOSINA M. LISSEBECK
Special Counsel to Chapter 11 Trustee,
RICHARD A. MARSHACK

Dated: January __, 2025        FOX ROTHSCHILD LLP

By:_____
KEITH C. OWENS
NICHOLAS A. KOFFROTH
Attorneys for OFFICIAL COMMITTEE
OF UNSECURED CREDITORS OF THE
LITIGATION PRACTICE GROUP PC

Dated: January __, 2025        GROBSTEIN TEEPLE, LLP

By:_____
JOSHUA R. TEEPLE
Accountants for Chapter 11 Trustee,
RICHARD A. MARSHACK

Dated: January 23, 2025        By:_____
RICHARD A. MARSHACK,
Chapter 11 Trustee

[EXHIBIT – PARTIES' SIGNATURE PAGE] – Continued on Next Page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                  Page 7                  F 2016-1.3.ORDER.PAYMENT.FEES

Dated: January 13, 2025

OMNI AGENT SOLUTIONS, INC.

By: /s/ Brian K. Osborne
BRIAN K. OSBORNE
Claims and Noticing Agent to the Chapter 11 Trustee, RICHARD A. MARSHACK

Dated: January __, 2025

By: _____
NANCY B. RAPOPORT
Court Appointed Ethics Compliance Monitor and Fee Examiner

Dated: January __, 2025

FORCE TEN PARTNERS, LLC

By: _____
ADAM MEISLIK
Financial Advisor to the OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Dated: January __, 2025

ROBERT F. BICHER & ASSOCIATES

By: _____
ROBERT F. BICHER
Field Agent and Forensic Analyst for Chapter 11 Trustee, RICHARD A. MARSHACK

Dated: January __, 2025

KHANG & KHANG LLP

By: _____
JOON M. KANG,
Attorneys for Debtor, THE LITIGATION PRACTICE GROUP, P.C.

[EXHIBIT – PARTIES' SIGNATURE PAGE] – Continued on Next Page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013     Page 8     F 2016-1.3.ORDER.PAYMENT.FEES

Dated: January __, 2025          OMNI AGENT SOLUTIONS, INC.

                                 By:_____
                                     BRIAN K. OSBORNE
                                     Claims and Noticing Agent to the Chapter
                                     11 Trustee, RICHARD A. MARSHACK

Dated: January 23, 2025          By:_____
                                     NANCY B. RAPOPORT
                                     Court Appointed Ethics Compliance
                                     Monitor and Fee Examiner

Dated: January __, 2025          FORCE TEN PARTNERS, LLC


                                 By:_____
                                     ADAM MEISLIK
                                     Financial Advisor to the OFFICIAL
                                     COMMITTEE OF UNSECURED
                                     CREDITORS

Dated: January __, 2025          ROBERT F. BICHER & ASSOCIATES


                                 By:_____
                                     ROBERT F. BICHER
                                     Field Agent and Forensic Analyst for
                                     Chapter 11 Trustee, RICHARD A.
                                     MARSHACK

Dated: January __, 2025          KHANG & KHANG LLP


                                 By:_____
                                     JOON M. KANG,
                                     Attorneys for Debtor, THE LITIGATION
                                     PRACTICE GROUP, P.C.

[EXHIBIT – PARTIES' SIGNATURE PAGE] – Continued on Next Page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                            Page 8                       F 2016-1.3.ORDER.PAYMENT.FEES

Dated: January __, 2025           OMNI AGENT SOLUTIONS, INC.


                                  By: _____
                                      BRIAN K. OSBORNE
                                      Claims and Noticing Agent to the Chapter
                                      11 Trustee, RICHARD A. MARSHACK


Dated: January __, 2025           By: _____
                                      NANCY B. RAPOPORT
                                      Court Appointed Ethics Compliance
                                      Monitor and Fee Examiner


Dated: January 22, 2025           FORCE TEN PARTNERS, LLC

                                        *Adam Meislik* (signature)
                                  By: _____
                                      ADAM MEISLIK
                                      Financial Advisor to the OFFICIAL
                                      COMMITTEE OF UNSECURED
                                      CREDITORS


Dated: January __, 2025           ROBERT F. BICHER & ASSOCIATES


                                  By: _____
                                      ROBERT F. BICHER
                                      Field Agent and Forensic Analyst for
                                      Chapter 11 Trustee, RICHARD A.
                                      MARSHACK

Dated: January __, 2025           KHANG & KHANG LLP


                                  By: _____
                                      JOON M. KANG,
                                      Attorneys for Debtor, THE LITIGATION
                                      PRACTICE GROUP, P.C.




[EXHIBIT – PARTIES' SIGNATURE PAGE] – Continued on Next Page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                              Page 8                          **F 2016-1.3.ORDER.PAYMENT.FEES**

Dated: January __, 2025                OMNI AGENT SOLUTIONS, INC.

                                       By: _____
                                           BRIAN K. OSBORNE
                                           Claims and Noticing Agent to the Chapter
                                           11 Trustee, RICHARD A. MARSHACK

Dated: January __, 2025                By: _____
                                           NANCY B. RAPOPORT
                                           Court Appointed Ethics Compliance
                                           Monitor and Fee Examiner

Dated: January __, 2025                FORCE TEN PARTNERS, LLC

                                       By: _____
                                           ADAM MEISLIK
                                           Financial Advisor to the OFFICIAL
                                           COMMITTEE OF UNSECURED
                                           CREDITORS

Dated: January 23, 2025                ROBERT F. BICHER & ASSOCIATES

                                       By: /s/ Robert F. Bicher
                                           ROBERT F. BICHER
                                           Field Agent and Forensic Analyst for
                                           Chapter 11 Trustee, RICHARD A.
                                           MARSHACK

Dated: January __, 2025                KHANG & KHANG LLP

                                       By: _____
                                           JOON M. KANG,
                                           Attorneys for Debtor, THE LITIGATION
                                           PRACTICE GROUP, P.C.

[EXHIBIT – PARTIES' SIGNATURE PAGE] – Continued on Next Page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                          Page 8                    F 2016-1.3.ORDER.PAYMENT.FEES

Dated: January __, 2025	OMNI AGENT SOLUTIONS, INC.

By:_____
BRIAN K. OSBORNE
Claims and Noticing Agent to the Chapter 11 Trustee, RICHARD A. MARSHACK

Dated: January __, 2025	By:_____
NANCY B. RAPOPORT
Court Appointed Ethics Compliance Monitor and Fee Examiner

Dated: January __, 2025	FORCE TEN PARTNERS, LLC

By:_____
ADAM MEISLIK
Financial Advisor to the OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Dated: January __, 2025	ROBERT F. BICHER & ASSOCIATES

By:_____
ROBERT F. BICHER
Field Agent and Forensic Analyst for Chapter 11 Trustee, RICHARD A. MARSHACK

Dated: January __, 2025	KHANG & KHANG LLP

By: /s/ Joon M. Khang
JOON M. KHANG
Attorneys for Debtor, THE LITIGATION PRACTICE GROUP, P.C.

[EXHIBIT – PARTIES' SIGNATURE PAGE] – Continued on Next Page

Dated: January 23, 2025

THE BANKRUPTCY LAW FIRM, PC

By: _____
KATHLEEN P. MARCH
Attorneys for GREYSON LAW CENTER PC,
HAN TRINH & JAYDE TRINH

4928-8935-8608, v. 1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013　　　　　　　　　　　　　Page 9　　　　　　　　　　　F 2016-1.3.ORDER.PAYMENT.FEES