D. EDWARD HAYS, #162507
ehays@marshackhays.com
ALINA MAMLYUK, #284154
amamlyuk@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee
RICHARD A. MARSHACK

**FILED & ENTERED**

**JAN 27 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

THE LITIGATION PRACTICE GROUP P.C.,

Debtor.

Case No: 8:23-bk-10571-SC

Chapter 11

ORDER APPROVING STIPULATION TO MODIFY BRIEFING SCHEDULE AND TO CONTINUE HEARING ON MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM FILED BY ALTERYX, INC. [DK. NO 750]

<u>Current Hearing and Response Dates</u>
Hearing Date: February 6, 2025
Trustee's Response Due: January 23, 2025
Reply by Claimant Due: January 30, 2025
Time:   11:00 a.m.
Ctrm:   Courtroom 5C
411 West Fourth Street
Santa Ana, CA 92701

<u>Continued Hearing and Response Dates</u>
**Hearing Date: March 13, 2025**
Trustee's Response Due: February 27, 2025
Reply by Claimant Due: March 6, 2025
Time:   10:00 a.m.
Ctrm:   Courtroom 5C
411 West Fourth Street
Santa Ana, CA 92701

/ / /

/ / /

/ / /

/ / /

1

4878-5760-5842,v.1

The Court has read and considered the Stipulation to Modify Briefing Schedule and to Continue Hearing on Motion for Allowance of Administrative Expense Claim Filed by Alteryx, Inc. [Dk. No. 750] ("Stipulation")[1] is entered into by and between Richard A. Marshack, in his capacity as Chapter 11 Trustee of the Bankruptcy Estate of The Litigation Practice Group P.C., and Alteryx, Inc. ("Alteryx"), filed on January 23, 2025, as Dk. No. 2052, and has found good cause to approve the Stipulation.

IT IS ORDERED:

1. The Stipulation is approved in its entirety.

2. The hearing on the Motion is continued from February 6, 2025 at 11:00 a.m., to March 13, 2025, at 10:00 a.m.

3. The deadline for Trustee to file a response to the Motion is extended through and including February 27, 2025.

4. The deadline for Alteryx to file a reply to Trustee's response to the Motion is extended through and including March 6, 2025.

###

Date: January 27, 2025

Scott C. Clarkson
United States Bankruptcy Judge

4937-1431-5026, v. 1

---

[1] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Stipulation.

2

4878-5760-5842,v.1