D. EDWARD HAYS, #162507
ehays@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
ALINA MAMLYUK, #284154
amamlyuk@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee and Liquidating Trustee, RICHARD A. MARSHACK

**FILED & ENTERED**

**JAN 27 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte     DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

THE LITIGATION PRACTICE GROUP P.C.,

Debtor.

Case No. 8:23-bk-10571-SC

Chapter 11

ORDER APPROVING STIPULATION TO CONTINUE HEARING ON MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM FILED BY UNITED PARTNERSHIPS, LLC [DK. NO 671]

<u>Current Hearing and Response Dates</u>
Hearing Date: February 6, 2025
Trustee's Response Due: January 23, 2025
Reply by Claimant Due: January 30, 2025
Time:   11:00 a.m.
Ctrm:   Courtroom 5C
411 West Fourth Street
Santa Ana, CA 92701

<u>Proposed Hearing and Response Dates</u>
**Hearing Date: March 13, 2025**
Trustee's Response Due: February 27, 2025
Reply by Claimant Due: March 6, 2025
Time:   10:00 a.m.
Ctrm:   Courtroom 5C
411 West Fourth Street
Santa Ana, CA 92701

1

4883-0757-0537v.1

The Court has read and considered the Stipulation ("Stipulation") between Richard A. Marshack, Chapter 11 Trustee for the bankruptcy estate ("Estate") of the Litigation Practice Group P.C. ("Debtor") and liquidating trustee of the LPG Liquidation Trust (collectively, "Trustee"), and United Partnerships, LLC ("Claimant," and together with the Trustee, the "Parties"), filed on January 23, 2025, as Dk. No. 2053, and good cause appearing therefore,

IT IS ORDERED that:

1. The Stipulation is approved.

2. The hearing on the Motion is continued from February 6, 2025 at 11:00 a.m., to March 13, 2025, at 10:00 a.m.

3. The deadline for Trustee to file a response to the Motion is extended through and including February 27, 2025.

4. The deadline for United Partnerships, LLC to file a reply to Trustee's response to the Motion shall be extended through and including March 6, 2025.

###

Date: January 27, 2025

Scott C. Clarkson
United States Bankruptcy Judge

4930-3883-5218, v. 1

2

4883-0757-0537v.1