**REQUESTOR'S NAME:** Erin Abuawad

**ADDRESS:** P.O. Box 2672
Quinlan, TX 75474

**TELEPHONE NO.:** 817-353-3513

FILED
JAN 27 2025
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re<br><br>THE LITIGATION PRACTICE GROUP PC,<br><br>Debtor. | CASE NO.: 8:23-bk-10571-SC<br>Chapter  7 _____  11 ✔  13 _____<br><br>**CHANGE OF ADDRESS**<br><br>_____ DEBTOR<br>✔ CREDITOR    **CHECK ONLY ONE** |
|---|---|

(Please print or type)    **MUST BE FILED IN DUPLICATE**

**NAME:** Erin Abuawad

**NEW MAILING ADDRESS:** 5533 Cedar Breaks Dr.
Fort Worth, TX 76137

**Dated:** 1/14/25

_Signature_

CREDITOR [claim #2187]
_Title (Corporation officer, partner or agent)_

**All future notices shall be sent to the above address.**

B-1098
Revised 03/03