|  | FOR COURT USE ONLY<br><br>**FILED**<br>JAN 27 2025<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:           Deputy Clerk |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION** ||
| Name of Debtor(s) listed on the bankruptcy case:<br><br>THE LITIGATION PRACTICE GROUP PC,<br><br>Debtor | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: 11 |
|  | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:    ☐ Debtor    ☐ Joint-Debtor    ☒ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**

   Name(s):    Abraham J. Williamson

   Mailing Address:    1268 2nd Ave. S, A

   City, State, Zip Code: Nashville, TN 37210

3. **New Address:**

   Mailing Address:    1384 Hawkcrest Cv S.

   City, State, Zip Code: Cordova, TN 38016

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 1/21/2025          Abraham J. Williamson
                         Requestor's printed name(s)

                         [signature]
                         Requestor's signature(s)

                         Creditor [CLAIM NO. 361]
                         Title (if applicable, of corporate officer, partner, or agent)

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                                 F 1002-1.3.CHANGE.ADDRESS