| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Yosina M. Lissebeck (State Bar No. 201654)<br>DINSMORE & SHOHL LLP<br>655 West Broadway, Suite 800<br>San Diego, CA 92101<br>Telephone: 619.400.0500<br>Facsimilie: 619.400.0501<br>yosina.lissebeck@dinsmore.com<br><br>☒ *Attorney for*:  Richard A. Marshack | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JAN 31 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte    **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>                                    Debtor(s)<br><br>                                    Plaintiff(s)<br>vs.<br><br><br><br><br>                                    Defendant(s) | CASE NO.: 8:23-bk-10571-SC<br><br>CHAPTER: 11<br><br>ADVERSARY NO. (*if applicable*):<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE**<br><br>**[LBRs 2090-1(b) and 9013-1(q)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |
|---|---|

The court reviewed the Application of non-resident attorney to appear pro hac vice in a specific bankruptcy case and/or adversary proceeding(s). For good cause appearing, IT IS ORDERED: the Application is GRANTED and non-resident attorney (*specify name*):  Cara Daggitt  may appear on behalf of the following party Richard A. Marshack, Chapter 11 Trustee For The Bankruptcy Estate of The Litigation Practice Group P.C. and Liquidating Trustee of the LPG Liquidation Trust in any proceeding in the bankruptcy case, any jointly administered or substantively consolidated case, and any adversary proceedings filed in such cases.

Date: January 31, 2025

Scott C. Clarkson
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2024*    F 2090-1.2.ORDER.NONRES.ATTY