United States Bankruptcy Court

Central District of California

In re:                                                                                                         Case No. 23-10571-SC
The Litigation Practice Group P.C.                                                                             Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 10
Date Rcvd: Jan 31, 2025      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2025      Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron E. De Leest | on behalf of Trustee Richard A Marshack (TR) adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Adam D Stein-Sapir | on behalf of Creditor Pioneer Funding Group LLC info@pfllc.com |
| Alan Craig Hochheiser | on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com arodriguez@mauricewutscher.com |
| Alan I Nahmias | on behalf of Interested Party Courtesy NEF anahmias@mbn.law jdale@mbn.law |
| Alan W Forsley | |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 10 |
| Date Rcvd: Jan 31, 2025 | Form ID: pdf042 | Total Noticed: 1 |

    on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com

Alan W Forsley

    on behalf of Creditor Anthem Blue Cross of California alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com

Amy Lynn Ginsburg

    on behalf of Creditor Amy Ginsburg efilings@ginsburglawgroup.com

Amy Lynn Ginsburg

    on behalf of Creditor Shannon Bellfield efilings@ginsburglawgroup.com

Amy Lynn Ginsburg

    on behalf of Creditor Kenton Cobb efilings@ginsburglawgroup.com

Andrew Still

    on behalf of Creditor Alteryx  Inc. astill@swlaw.com, kcollins@swlaw.com

Andrew Still

    on behalf of Interested Party Courtesy NEF astill@swlaw.com  kcollins@swlaw.com

Andrew Still

    on behalf of Plaintiff Alteryx  Inc. astill@swlaw.com, kcollins@swlaw.com

Anthony Paul Diehl

    on behalf of Interested Party Courtesy NEF anthony@apdlaw.net Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net,9143954420@filings.docketbird.com

Ashley Dionisio

    on behalf of Other Professional Omni Agent Solutions adionisio@omniagnt.com

Bradford Barnhardt

    on behalf of Plaintiff Richard A. Marshack bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt

    on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt

    on behalf of Trustee Richard A Marshack (TR) bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Brett N Taylor

    on behalf of Defendant Debt Resolution Direct  LLC btaylor@cozen.com, arincon@cozen.com

Brian L Holman

    on behalf of Creditor Sharp Electronics Corporation b.holman@musickpeeler.com

Britteny Leyva

    on behalf of Interested Party Revolv3  Inc. bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com

Byron Z Moldo

    on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com  aantonio@ecjlaw.com,dperez@ecjlaw.com

Charity J Manee

    on behalf of Defendant Clear Vision Financial LLC cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Charity J Manee

    on behalf of Interested Party Goe Forsythe & Hodges LLP cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Christopher Celentino

    on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Celentino

    on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Celentino

    on behalf of Special Counsel Dinsmore & Shohl LLP christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Ghio

    on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com  angelica.urena@dinsmore.com

Christopher Ghio

    on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com  angelica.urena@dinsmore.com

Christopher J Langley

    on behalf of Interested Party Courtesy NEF chris@slclawoffice.com langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com

D Edward Hays

| | |
|---|---|
| D Edward Hays | on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| D Edward Hays | on behalf of Interested Party Courtesy NEF ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| D Edward Hays | on behalf of Creditor Committee Committee of Unsecured Creditors ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| D Edward Hays | on behalf of Attorney Marshack Hays LLP ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| Daniel A Edelman | on behalf of Creditor Carolyn Beech dedelman@edcombs.com courtecl@edcombs.com |
| Daniel A Lev | on behalf of Interested Party Liberty Acquisitions Group Inc. daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| Daniel A Lev | on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| Daniel H Reiss | on behalf of Defendant Eng Taing dhr@lnbyg.com dhr@ecf.inforuptcy.com |
| Daniel H Reiss | on behalf of Defendant Touzi Capital LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com |
| Daniel H Reiss | on behalf of Defendant PECC Corp dhr@lnbyg.com dhr@ecf.inforuptcy.com |
| Daniel S March | on behalf of Interested Party INTERESTED PARTY marchlawoffice@gmail.com marchdr94019@notify.bestcase.com |
| Daniel S March | on behalf of Defendant Daniel S. March marchlawoffice@gmail.com marchdr94019@notify.bestcase.com |
| David M Goodrich | on behalf of Interested Party Courtesy NEF dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David M Goodrich | on behalf of Creditor United Partnerships LLC dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David S Kupetz | on behalf of Defendant Marich Bein LLC david.kupetz@troutman.com mylene.ruiz@troutman.com |
| David S Kupetz | on behalf of Defendant Marich Bein LLC david.kupetz@troutman.com, mylene.ruiz@troutman.com |
| David S Kupetz | on behalf of Interested Party Courtesy NEF david.kupetz@troutman.com mylene.ruiz@troutman.com |
| David S Kupetz | on behalf of Interested Party Marich Bein LLC david.kupetz@troutman.com mylene.ruiz@troutman.com |
| Douglas A Plazak | on behalf of Defendant Scott James Eadie dplazak@rhlaw.com |
| Eric Bensamochan | on behalf of Creditor Oxford Knox LLC eric@eblawfirm.us, G63723@notify.cincompass.com |
| Eric Bensamochan | on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us G63723@notify.cincompass.com |
| Eric Bensamochan | on behalf of Interested Party Courtesy NEF eric@eblawfirm.us G63723@notify.cincompass.com |
| Eric Gassman | on behalf of Creditor Herret Credit erg@gassmanlawgroup.com gassman.ericb112993@notify.bestcase.com |
| Eric D Goldberg | on behalf of Defendant Stripe Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| Ethan J Birnberg | on behalf of Defendant BMF Advance LLC birnberg@portersimon.com, kdwyer@portersimon.com |
| Ethan J Birnberg | on behalf of Defendant Diverse Capital LLC birnberg@portersimon.com kdwyer@portersimon.com |

Case 8:23-bk-10571-SC   Doc 2077   Filed 02/02/25   Entered 02/02/25 21:20:28   Desc
Imaged Certificate of Notice    Page 4 of 11

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 4 of 10 |
| Date Rcvd: Jan 31, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Garrick A Hollander | on behalf of Creditor Debt Validation Fund II  LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Garrick A Hollander | on behalf of Creditor MC DVI Fund 1  LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Garrick A Hollander | on behalf of Creditor MC DVI Fund 2  LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Glenn D. Moses | on behalf of Creditor ADP  Inc gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;imalcolm@ecf.courtdrive.com;jadelgado@venable.com |
| Gregory M Salvato | on behalf of Creditor Mari Agape gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Gregory M Salvato | on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Howard Steinberg | on behalf of Defendant BankUnited  N.A. steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com |
| Howard M Ehrenberg | on behalf of Defendant New Horizon Finance LLC Howard.Ehrenberg@gmlaw.com hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com |
| Ira David Kharasch | on behalf of Defendant Consumer Legal Group  PC ikharasch@pszjlaw.com |
| Ira David Kharasch | on behalf of Interested Party Liberty Acquisitions Group Inc. ikharasch@pszjlaw.com |
| Ira David Kharasch | on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com |
| Ira David Kharasch | on behalf of Defendant LGS Holdco  LLC ikharasch@pszjlaw.com |
| Ira David Kharasch | on behalf of Interested Party LGS Holdco  LLC ikharasch@pszjlaw.com |
| Ira David Kharasch | on behalf of Interested Party Consumer Legal Group  P.C. ikharasch@pszjlaw.com |
| Ira David Kharasch | on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com |
| Israel Orozco | on behalf of Creditor Israel Orozco israel@iolawcorp.com |
| Jacob Newsum-Bothamley | on behalf of Trustee Richard A Marshack (TR) jacob.bothamley@dinsmore.com  bonnie.connolly@dinsmore.com |
| Jacob Newsum-Bothamley | on behalf of Plaintiff Richard A. Marshack jacob.bothamley@dinsmore.com  bonnie.connolly@dinsmore.com |
| Jamie D Mottola | on behalf of Plaintiff Richard A. Marshack  Chapter 11 Trustee Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com |
| Jeffrey I Golden | on behalf of Interested Party Courtesy NEF jgolden@go2.law kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden | on behalf of Creditor Affirma  LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden | on behalf of Creditor Anaheim Ducks Hockey Club  LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden | on behalf of Creditor Oxford Knox  LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 5 of 10 |
| Date Rcvd: Jan 31, 2025 | Form ID: pdf042 | Total Noticed: 1 |

estcase.com

Jeffrey I Golden
on behalf of Creditor Anaheim Arena Management LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey M Singletary
on behalf of Plaintiff Alteryx Inc. jsingletary@swlaw.com, rmckay@swlaw.com

Jenny L Doling
on behalf of Interested Party National Consumer Bankruptcy Rights Center jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling
on behalf of Interested Party INTERESTED PARTY jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling
on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jeremy Faith
on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Jeremy Faith
on behalf of Defendant Colbalt Funding Solutions LLC Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Jeremy Freedman
on behalf of Plaintiff Richard A. Marshack jeremy.freedman@dinsmore.com bonnie.connolly@dinsmore.com

Jeremy Freedman
on behalf of Trustee Richard A Marshack (TR) jeremy.freedman@dinsmore.com bonnie.connolly@dinsmore.com

John H. Stephens
on behalf of Plaintiff Richard A Marshack john.stephens@dinsmore.com lizbeth.alonso@dinsmore.com

John H. Stephens
on behalf of Plaintiff Richard A. Marshack john.stephens@dinsmore.com lizbeth.alonso@dinsmore.com

Johnny White
on behalf of Creditor Debt Relief Group LLC JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White
on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com jlee@wrslawyers.com

Jonathan Serrano
on behalf of Special Counsel Dinsmore & Shohl LLP Jonathan@MarguliesFaithLaw.com vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Jonathan Serrano
on behalf of Trustee Richard A Marshack (TR) Jonathan@MarguliesFaithLaw.com vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Jonathan Serrano
on behalf of Plaintiff Richard A. Marshack Jonathan@MarguliesFaithLaw.com vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Joon M Khang
on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com

Joon M Khang
on behalf of Attorney Khang & Khang LLP joon@khanglaw.com

Kathleen P March
on behalf of Interested Party The Bankruptcy Law Firm P.C. kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Creditor Phuong (Jayde) Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Defendant Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Creditor Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Defendant Jayde Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 6 of 10 |
| Date Rcvd: Jan 31, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Defendant Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | |
| | on behalf of Creditor Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Keith C Owens | |
| | on behalf of Creditor Committee Committee of Unsecured Creditors kowens@foxrothschild.com khoang@foxrothschild.com |
| Keith C Owens | |
| | on behalf of Intervenor OFFICIAL COMMITTEE OF UNSECURED CREDITORS kowens@foxrothschild.com khoang@foxrothschild.com |
| Keith C Owens | |
| | on behalf of Creditor Committee Post-Confirmation Oversight Committee kowens@foxrothschild.com khoang@foxrothschild.com |
| Keith C Owens | |
| | on behalf of Plaintiff Richard A. Marshack kowens@foxrothschild.com khoang@foxrothschild.com |
| Kelli Ann Lee | |
| | on behalf of Trustee Richard A Marshack (TR) Kelli.lee@dinsmore.com kristy.allen@dinsmore.com |
| Kenneth Misken | |
| | on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov |
| Kevin Alan Rogers | |
| | on behalf of Creditor Wells Marble and Hurst PLLC krogers@wellsmar.com |
| Kyra E Andrassy | |
| | on behalf of Defendant Arash Asante Bayrooti kandrassy@raineslaw.com bclark@raineslaw.com;jfisher@raineslaw.com |
| Kyra E Andrassy | |
| | on behalf of Interested Party Courtesy NEF kandrassy@raineslaw.com bclark@raineslaw.com;jfisher@raineslaw.com |
| Laila Masud | |
| | on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com |
| Laila Masud | |
| | on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com |
| Laila Masud | |
| | on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com |
| Laila Masud | |
| | on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com |
| Leslie A Cohen | |
| | on behalf of Defendant Rosa Bianca Loli leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com |
| Leslie A Cohen | |
| | on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com |
| Lisa Patel | |
| | on behalf of Defendant OptimumBank Holdings Inc. lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com |
| Marc C Forsythe | |
| | on behalf of Defendant Clear Vision Financial LLC mforsythe@goeforlaw.com mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com |
| Marc C Forsythe | |
| | on behalf of Defendant Point Break Holdings LLC mforsythe@goeforlaw.com mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com |
| Marc C Forsythe | |
| | on behalf of Defendant Perfect Financial LLC mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com |
| Mark J Markus | |
| | on behalf of Creditor David Orr markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com |
| Matthew A Lesnick | |
| | on behalf of Defendant OptimumBank Holdings Inc. matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com |
| Matthew J Stockl | |
| | on behalf of Trustee Richard A Marshack (TR) matthew.stockl@dinsmore.com katrice.ortiz@dinsmore.com |
| Matthew J Stockl | |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 7 of 10 |
| Date Rcvd: Jan 31, 2025 | Form ID: pdf042 | Total Noticed: 1 |

on behalf of Plaintiff Richard A. Marshack matthew.stockl@dinsmore.com  katrice.ortiz@dinsmore.com

Maureen J Shanahan

on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Mstotaro@aol.com

Meredith Fahn

on behalf of Creditor Meredith Fahn fahn@sbcglobal.net

Meredith King

on behalf of Interested Party Courtesy NEF mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Meredith King

on behalf of Defendant Gallant Law Group mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Michael D Lieberman

on behalf of Creditor Phillip A. Greenblatt  PLLC mlieberman@lipsonneilson.com

Michael Jay Berger

on behalf of Defendant Leucadia Enterprises  Inc michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael R Pinkston

on behalf of Creditor Wells Marble and Hurst  PLLC rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com

Michael R Totaro

on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Ocbkatty@aol.com

Michael R Totaro

on behalf of Interested Party Randall Baldwin Clark Ocbkatty@aol.com

Michael W Davis

on behalf of Defendant Morning Law Group  P.C. mdavis@dtolaw.com, ygodson@dtolaw.com

Mitchell B Ludwig

on behalf of Defendant Bridge Funding Cap  LLC mbl@kpclegal.com, kad@kpclegal.com

Mitchell B Ludwig

on behalf of Creditor Fundura Capital Group mbl@kpclegal.com  kad@kpclegal.com

Nicholas A Koffroth

on behalf of Creditor Committee Post-Confirmation Oversight Committee nkoffroth@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth

on behalf of Other Professional Post-Confirmation Oversight Committee  as Successor in Interest to the Official Committee of Unsecured Creditors nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth

on behalf of Plaintiff Richard A. Marshack nkoffroth@foxrothschild.com  khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth

on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Olivia Scott

on behalf of Creditor Hi Bar Capital LLC olivia.scott@hklaw.com

Olivia Scott

on behalf of Creditor Azzure Capital LLC olivia.scott@hklaw.com

Paul R Shankman

on behalf of Creditor United Partnerships  LLC PShankman@fortislaw.com, info@fortislaw.com

Paul R Shankman

on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com  info@fortislaw.com

Peter L Isola

on behalf of Interested Party Merchants Credit Corporation pisola@hinshawlaw.com rmojica@hinshawlaw.com,iking@hinshawlaw.com

Peter W Bowie

on behalf of Trustee Richard A Marshack (TR) peter.bowie@dinsmore.com  caron.burke@dinsmore.com

Queenie K Ng

on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Randall Baldwin Clark

on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com

Razmig Izakelian

on behalf of Creditor OHP-CDR  LP razmigizakelian@quinnemanuel.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 8 of 10 |
| Date Rcvd: Jan 31, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Razmig Izakelian
    on behalf of Plaintiff OHP-CDR LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
    on behalf of Counter-Defendant PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian
    on behalf of Plaintiff PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian
    on behalf of Counter-Defendant OHP-CDR LP razmigizakelian@quinnemanuel.com

Reina Zepeda
    on behalf of Other Professional Omni Agent Solutions rzepeda@omniagnt.com

Richard A Marshack (TR)
    pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com

Richard H Golubow
    on behalf of Creditor MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Creditor Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Defendant Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Defendant MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Defendant MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Creditor MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard L. Hyde
    on behalf of Interested Party Courtesy NEF rhyde@awglaw.com

Ronald K Brown
    on behalf of Creditor SDCO Tustin Executive Center Inc. ron@rkbrownlaw.com

Ronald N Richards
    on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com

Sara Johnston
    on behalf of Trustee Richard A Marshack (TR) sara.johnston@dinsmore.com

Sarah S. Mattingly
    on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com

Sarah S. Mattingly
    on behalf of Plaintiff Richard A. Marshack Chapter 11 Trustee sarah.mattingly@dinsmore.com

Sarah S. Mattingly
    on behalf of Defendant Clearcube LLC sarah.mattingly@dinsmore.com

Sarah S. Mattingly
    on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com

Sarah S. Mattingly
    on behalf of Trustee Richard A Marshack (TR) sarah.mattingly@dinsmore.com

Sharon Z. Weiss
    on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss
    on behalf of Defendant Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss
    on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Shawn M Christianson
    on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com schristianson@buchalter.com

Case 8:23-bk-10571-SC    Doc 2077    Filed 02/02/25    Entered 02/02/25 21:20:28    Desc
Imaged Certificate of Notice    Page 9 of 11

| District/off: 0973-8 | User: admin | Page 9 of 10 |
|---|---|---|
| Date Rcvd: Jan 31, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Spencer Keith Gray | on behalf of Trustee Richard A Marshack (TR) spencer.gray@dinsmore.com wendy.yones@dinsmore.com |
| Spencer Keith Gray | on behalf of Plaintiff Richard A Marshack spencer.gray@dinsmore.com wendy.yones@dinsmore.com |
| Stella A Havkin | on behalf of Defendant Bridge Funding Cap LLC stella@havkinandshrago.com, shavkinesq@gmail.com |
| Sweeney Kelly | on behalf of Defendant Fidelity National Information Services Inc. kelly@ksgklaw.com |
| Sweeney Kelly | on behalf of Defendant Worldpay Group kelly@ksgklaw.com |
| Sweeney Kelly | on behalf of Defendant Fidelity National Information Services Inc. dba FIS kelly@ksgklaw.com |
| Sweeney Kelly | on behalf of Defendant Worldpay LLC kelly@ksgklaw.com |
| Tony May | on behalf of Defendant Matthew Lovelady tmay@maybrocklaw.com |
| Tyler Powell | on behalf of Counter-Defendant Richard A Marshack (TR) tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com |
| Tyler Powell | on behalf of Counter-Claimant Richard A Marshack (TR) tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com |
| Tyler Powell | on behalf of Trustee Richard A Marshack (TR) tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com |
| Tyler Powell | on behalf of Plaintiff Richard A. Marshack tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com |
| Tyler Powell | on behalf of Counter-Claimant Richard A. Marshack tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com |
| Tyler Powell | on behalf of Defendant Richard A. Marshack tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com |
| Tyler Powell | on behalf of Plaintiff Richard A Marshack tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Vanessa Rodriguez | on behalf of Plaintiff Richard A. Marshack vanessa.rodriguez@dinsmore.com katherine.hemphill@dinsmore.com |
| Vanessa Rodriguez | on behalf of Trustee Richard A Marshack (TR) vanessa.rodriguez@dinsmore.com katherine.hemphill@dinsmore.com |
| Veneeta Jaswal | on behalf of Plaintiff Richard A Marshack veneeta.jaswal@dinsmore.com bonnie.connolly@dinsmore.com |
| Veneeta Jaswal | on behalf of Plaintiff Richard A. Marshack veneeta.jaswal@dinsmore.com bonnie.connolly@dinsmore.com |
| Victoria Newmark | on behalf of Defendant Consumer Legal Group PC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Victoria Newmark | on behalf of Interested Party Consumer Legal Group P.C. vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Victoria Newmark | on behalf of Defendant LGS Holdco LLC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Victoria Newmark | on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 10 of 10 |
| Date Rcvd: Jan 31, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Victoria Newmark
    on behalf of Interested Party Liberty Acquisitions Group Inc. vnewmark@pszjlaw.com hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
    on behalf of Interested Party LGS Holdco  LLC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Vincent Renda
    on behalf of Creditor Unified Global Research Group  Inc vr@pinlegal.com, ld@pinlegal.com

William McCormick
    on behalf of Creditor TN Dept of Revenue Bill.McCormick@ag.tn.gov

William J Wall
    on behalf of Witness Bradford Lee wwall@wall-law.com

William P. Fennell
    on behalf of Creditor Validation Partners LLC william.fennell@fennelllaw.com wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com;Fennell.WilliamP.B143386@notify.bestcase.com

Yisrael Gelb
    on behalf of Defendant Bridge Funding Cap  LLC yisrael@gelblawapc.com

Yosina M Lissebeck
    on behalf of Counter-Claimant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

Yosina M Lissebeck
    on behalf of Special Counsel Dinsmore & Shohl LLP Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

Yosina M Lissebeck
    on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

Yosina M Lissebeck
    on behalf of Defendant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

Yosina M Lissebeck
    on behalf of Trustee Richard A Marshack (TR) Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

Zev Shechtman
    on behalf of Interested Party Danning Gill Israel & Krasnoff LLP Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
    on behalf of Interested Party Morning Law Group  P.C. Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

TOTAL: 214

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Yosina M. Lissebeck (State Bar No. 201654)<br>DINSMORE & SHOHL LLP<br>655 West Broadway, Suite 800<br>San Diego, CA 92101<br>Telephone: 619.400.0500<br>Facsimilie: 619.400.0501<br>yosina.lissebeck@dinsmore.com<br><br>☒ Attorney for: Richard A. Marshack | **FILED & ENTERED**<br><br>JAN 31 2025<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>                                    Debtor(s)<br><br>                                    Plaintiff(s)<br>vs.<br><br><br>                                    Defendant(s) | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: 11<br>ADVERSARY NO. (*if applicable*):<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE**<br><br>**[LBRs 2090-1(b) and 9013-1(q)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

The court reviewed the Application of non-resident attorney to appear pro hac vice in a specific bankruptcy case and/or adversary proceeding(s). For good cause appearing, IT IS ORDERED: the Application is GRANTED and non-resident attorney (*specify name*): Richard D. Porotsky, Jr. may appear on behalf of the following party Richard A. Marshack, Chapter 11 Trustee For The Bankruptcy Estate of The Litigation Practice Group P.C. and Liquidating Trustee of the LPG Liquidation Trust in any proceeding in the bankruptcy case, any jointly administered or substantively consolidated case, and any adversary proceedings filed in such cases.

Date: January 31, 2025

Scott C. Clarkson
United States Bankruptcy Judge

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2024*                                                                                                  F 2090-1.2.ORDER.NONRES.ATTY