D. EDWARD HAYS (SBN 162507)
ehays@marshackhays.com
AARON E. DE LEEST (SBN 216832)
adeleest@marshackhays.com
ALINA MAMLYUK (SBN 284154)
amamlyuk@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

General Counsel for Richard A. Marshack,
Trustee for the Chapter 11 Bankruptcy Estate
of the Litigation Practice Group and the
LPG Liquidation Trust

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>TRUSTEE'S POST-CONFIRMATION STATUS REPORT<br><br>Date:  February 19, 2025<br>Time:  11:00 a.m.<br>Ctrm:  Courtroom 5C – Virtual[1]<br>       411 West Fourth Street<br>       Santa Ana, CA 92701 |

TO THE HONORABLE JUDGE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY COURT JUDGE AND ALL INTERESTED PARTIES:

Pursuant to the Court's Confirmation Order (Dk. No. 1646), Richard A. Marshack, in his capacities as Chapter 11 Trustee for the bankruptcy estate of the Litigation Practice Group P.C. ("Debtor") and as the Liquidating Trustee of the LPG Liquidation Trust (collectively, "Trustee"), respectfully submits this post-confirmation status report ("Status Report"). This Status Report covers

---

[1] This hearing date is designated Zoom Only, pursuant to Judge Clarkson's self-calendaring procedures. Video and audio connection information for each hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC.

1

TRUSTEE'S POSTCONFIRMATION STATUS REPORT

developments since the last post-confirmation status report was filed on October 23, 2024, as Dk. No. 1854. This Status Report is made pursuant to Local Bankruptcy Rule 3020-1.

**1.** **Confirmation of Modified First Amended Joint Chapter 11 Plan of Liquidation (dated June 14, 2024)**

On September 9, 2024, the Court entered its Confirmation Order. (Dk. 1646).

The Effective Date occurred on September 24, 2024. (Dk. 1762). The Plan was substantially consummated on that date because confirmation resulted in substantially all property of the estate becoming property of the Trust.

Under Section III.B.1 of the Plan (Dk. 1344, p. 11 of 109), if an Administrative Claim is Allowed as of the Effective Date, then such holder was entitled to payment on the Effective Date (unless otherwise agreed). Under the Plan, priority claims were classified in Class 2. Holders of Class 2 priority claims that did not accept the Plan were entitled to be paid in full on the Effective Date. (Dk. 1344, p. 23 of 109).

As required, the Trustee paid all Administrative Claims and Class 2 Priority Claims that were Allowed as of the Effective Date.

If a disputed Administrative Claim was not Allowed as of the Effective Date, then such holder was entitled to payment no later than 60 days after the date on which an order allowing such Administrative Claim becomes a Final Order, or as soon as reasonably practicable thereafter. Similarly, if an alleged Priority Claim was not Allowed as of the Effective Date, it was not entitled to payment until entry of a Final Order allowing it.

As of the Effective Date, there were a number of disputed Administrative Claims and Priority Claims. No payments will be made on account of sucgh disputed claims unless or until there is a Final Order allowing them in whole or in part. The Trustee will continue to oppose the following disputed Administrative Claims and Priority Claims.

**A.** **Denied Administrative Claim of Greyson Law Center, Jayde Trinh, and Han Trinh**

On August 27, 2024, the Court entered Orders and Memorandum Decisions denying the motions for allowance of administrative claims filed by Greyson Law Center P.C. (Dk. 1546), Jayde

1  Trinh (Dk. 1547), and Han Trinh (Dk. 1548). The Orders denying the disputed administrative claims
2  were appealed.
3        On October 30, 2024, the District Court entered an order consolidating the three appeals into
4  one action, under case number 8:24-cv-02074-FMO ("AppDk"). App.Dk. No. 18. On December 20,
5  2024, Appellants filed their opening brief. AppDk. No. 29. Pursuant to the District Court's order
6  approving the Trustee's and Appellants' procedural stipulation, AppDk. No. 24, the Trustee's
7  responsive Appellee Brief is due on February 19, 2025.

8        **B.**      **Status of Other Disputed Administrative Claims**

9        <u>Herret Credit Consultants, LLC, Dk. No. 708</u>: On December 5, 2024, the Court held a
10 hearing on the administrative expense motion filed by Herret Credit Consultants, LLC ("Herret") in
11 the amount of $450,000. On January 21, 2025, the Court entered an order denying Herret's motion
12 without prejudice and, should Herret choose to file an amended motion for an administrative
13 expense, the Court extended the deadline for Herret to do so through and including April 30, 2015.
14 Dk. No. 2050.

15       <u>United Partnership, Dk. No. 671</u>: United Partnerships ("UP") has filed a motion seeking
16 allowance of an administrative claim in the amount of $178,665.70 for allegedly providing leads and
17 customer retention services. The Trustee has opposed the motion because UP has not yet been able
18 to provide any evidence that its claim arose from a post-petition transaction *with the Debtor* that
19 directly and substantially benefitted the estate. The Trustee has agreed to continue the hearing on the
20 Motion and modify the briefing schedule to provide UP with additional time to investigate and
21 provide proof in support of its claim. Currently, the deadline for the Trustee to file a response to
22 UP's motion is February 27, 2025.

23       <u>Alteryx, Dk. No. 750:</u>  Alteryx has filed a motion seeking allowance of an Administrative
24 Claim in the amount of $703,089.94 based on a March 2022 sublease agreement between Alteryx
25 and Innovative Solutions, Inc. ("Innovative") for property located at 3345 Michelson Drive, Suites
26 400 and 490, and 3347 Michelson Drive, Suite 400 in Irvine, CA ("Alteryx Property"). The Debtor
27 was not a party to the sublease and did not receive any benefit in return for providing (1) a guaranty
28

and (2) an irrevocable letter of credit ("LOC") in the amount of $409,206.31 to Alteryx as part of Innovative's sublease.

The Trustee prepared an adversary proceeding against Alteryx ("Alteryx Adversary") which would seek avoidance of fraudulent transfers including cancellation of LPG's guaranty, its pledge of cash in support of the LOC which Alteryx has completely exhausted, and over $1 million of payments made on account of obligations under the sublease. Because the stated amount in controversy exceeded $1,000,000, pursuant to Section 2.10(c)(i) of the Liquidation Trust Agreement included in the Plan, the Trustee obtained consent of the Post-Confirmation Committee[2] to make a counteroffer to Alteryx which was accepted. The Trustee is in the process of documenting the proposed compromise which does not provide for any payment on account of the disputed administrative claim. The Court continued the deadline for filing of Trustee's response to February 27, 2025. The Trustee anticipates executing the proposed agreement by the continued deadline resolving this matter.

### C.     Improperly Designated Administrative Claims

The Trustee identified 70 parties that filed proofs of claim marking the box stating it was an administrative claim entitled to administrative priority status under 11 U.S.C. §503(b)(9) or as a broader administrative claim under 11 U.S.C. §503(b). After a thorough review of these proofs of claim and the attached documentation, the Trustee determined that these proofs of claims were not entitled to administrative priority.

On September 24, 2024, the Trustee filed an Omnibus Objection to Proofs of Claim Filed for Alleged Administrative Claims as Dk. No. 1747 ("Omnibus Objection to Alleged Admin Claims"). The total amount of the Omnibus Objection to Alleged Admin Claims was at least $849,841.16.[3] On November 14, 2024, the Court held its first hearing, after which it sustained the Trustee's objection to 63 of the parties' claims named in the Omnibus Objection to Alleged Admin Claims. Dk. No.

---

[2] Post-Confirmation Committee is defined in Section 2.10(a) of the Liquidation Trust Agreement as the oversight board formed on the Effective Date after the Official Committee of Unsecured Creditors is dissolved.

[3] Some of the proofs of claim did not properly indicate the amount of the administrative claim and are therefore not included in this total.

1935. After the second hearing on January 16, 2025, the Court sustained the Objection as to the remaining seven parties. Dk. No. 2065. The 70 disallowed administrative claims were reclassified as general unsecured claims.

### D. Status of Trustee's Filed Objections to Disputed Priority Claims

The Trustee has been investigating and verifying proofs of claims that have been filed with the bankruptcy court and with the Court-approved claims agent, Omni Agent Solutions ("Omni"). The Trustee has filed objections as appropriate. In addition to filing the Omnibus Objection to Alleged Admin Claims (supra), the Trustee filed the following objections to disputed priority claims, some of which have been resolved.

<u>Unified Global Research Group, Inc. ("Unified"), Claim 23 in the amount of $6,155,125.60:</u>

After the Trustee filed his objection to Unified's Claim 23 on September 13, 2024, as Dk. No. 1686, Unified conceded in its response that Claim 23 is not entitled to any priority treatment under 11 U.S.C. §507 and sought to amend its claim accordingly. On December 19, 2024 (and December 20, 2024), Unified amended Claim 23 ("Amended Claim 23"). On January 2, 2025, the Trustee filed the stipulation with Unified, as Dk. No. 2002, which sought to treat the entirety of Amended Claim in the amount of $6,155,125.60 as a general unsecured claim ("Unified Stipulation"). Per the Unified Stipulation, the Trustee withdrew his objection to Unified's Claim 23, without prejudice to objecting to Amended Claim 23 upon notice and a hearing at a later date. On January 3, 2025, the Court approved the Unified Stipulation as Dk. No. 2005.

<u>Insiders Objection, Dk. No. 1707</u>

On September 19, 2024, the Trustee filed Omnibus Objection to Proofs of Claim filed by (I) Phuong "Jayde" Trinh; (II) Sheri Chen; (III) Justin Nguyen; (IV) Han Trinh; (V) Israel Orozco; (VI) Scott Eadie; (VII) Kevin Kurka; and (VIII) Azevedo Solutions Group, Inc as Dk. No. 1707 ("Insiders Objection"). On October 16, 2024, the Court partially granted the Objection and disallowed the claims filed by Sheri Chen and Justin Nguyen and ordered them removed from the Claims Register for the purposes of allowance and distribution. Dk. No. 1827. On December 3, 2024, the Court granted the Insiders Objection as to the priority portion of claim filed by Kevin Kurka, classifying Kevin Kurka's claim (POC 101651) as a general unsecured claim only, still

subject to the claims allowance and review process. Dk. No. 1970. On December 3, 2024, the Court granted the Insiders Objection as to the priority portion of claim filed by Azevedo Solutions Group, Inc. ("ASG"), classifying ASG's claim (POC 100232) as a general unsecured claim only, still subject to the claims allowance and review process. Dk. No. 1971. After the October 24, 2024 hearing on the Israel Orozco claim, the Court sustained the Trustee's objection in part and granted it in part.

The following claims remain:

- Phuong "Jayde" Trinh: $14,423.08 (Proof of Claim No. 75)—in light of ongoing appeals, the Court continued the hearing to June 18, 2025, at 1:30 p.m., Dk. No. 2060.
- Han Trinh: $24,310.23 (Proof of Claim No. 79) —in light of ongoing appeals, the Court continued the hearing to June 18, 2025, at 1:30 p.m., Dk. No. 2060.
- Scott Eadie: $31,249.99 (Proof of Claim No. 193)—the Court continued the hearing to February 5, 2025, at 11:00 a.m., Dk. No. 2047.

Stat Cap Objection I, Dk. No. 1715.

On September 20, 2024, the Trustee filed Omnibus Objection to Alleged 11 U.S.C. §507(A)(4) Priority Claims that Exceed Statutory Cap naming six claimants whose proofs of claims exceeded the statutory cap pursuant to §507(A)(4) ("Stat Cap Objection I") as Dk. No. 1715. On October 18, 2024, the Court approved Trustee's stipulation with Jennifer Ann McLaughlin ("McLaughlin"), one of the claimants named in Stat Cap Objection I. The order, entered as Dk. No. 1843, caps the McLaughlin priority portion at $15,150 and reclassified $3,764.77 as an unsecured claim and vacated the November 14, 2024, hearing as to McLaughlin only. On November 22, 2024, after noting that none of the remaining parties filed a response, the Court granted Stat Cap Objection I, capping the priority portion of remaining claims as statutory maximum of $15,150 and reclassifying excess to be treated as general unsecured claims. Dk. No. 1939.

Non-Employee Wage Objection, Dk. No. 1717.

On September 20, 2024, the Trustee filed Omnibus Objection to Alleged 11 U.S.C. §507(A)(4) Priority Wage Benefit Claims filed by Non-Employees ("Non-Employee Wage Objection") as Dk. No. 1717. On October 22, 2024, after noting that none of the parties to whose

claims the Trustee objected had filed a response, the Court granted Non-Employee Wage Objection and disallowed all listed claims. Dk. No. 1933.

### Esquivel Objection, Dk. No. 1719.

On September 20, 2024, the Trustee filed Objection to the Claims Filed by Olga Lucia Esquivel ("Esquivel Objection") as Dk. No. 1719 which proposes disallowing 14 claims totaling $170,895.95 filed by Olga Esquivel. On November 13, 2024, the Court approved the stipulation between the Trustee and Olga Esquivel ("Esquivel Stipulation"). Dk. No. 1905. The Esquivel Stipulation allows Claim No. 94, in the amount of $7,458.45, to be allowed as a priority unsecured claim pursuant to 11 U.S.C. §507(A)(4), authorized to be paid by the Trustee immediately. The remaining claims in the amount of $163,437.50, are disallowed in their entirety. The Trustee made payment to Olga Esquivel on November 14, 2024, in the amount of $7,458.45 which was cleared on November 22, 2024.

### Duplicative Claims Objection, No. 1728.

On September 20, 2024, the Trustee filed Omnibus Objection to Duplicative Priority Proofs of Claims ("Duplicative Claims Objection") as Dk. No. 1728. On October 22, 2024, the Court entered an order disallowing all claims to which the Trustee objected, with the exception of the claims of Cameron David Nash ("Nash Claim" POC 1965-1) and Sobhuza Williams ("Williams Claim" POC 2038-1). Dk. No. 1936. The Court continued the hearings on the Nash Claim and Williams Claim to January 16, 2025. After noting that Nash Claim and Williams Claim were uncontested, the Court sustained Trustee's objection to them in his tentative ruling posted on January 15, 2025.

### Stat Cap Objection II, Dk. No. 1783.

On October 3, 2024, the Trustee filed Objection to Priority Claim No. C 571-101407 filed by Alexandria Marie Campos ("Campos Claim") for Exceeding the Statutory Cap ("Stat Cap Objection II") as Dk. No. 1783. On January 6, 2025, the Court entered an order capping the priority portion of Campos Claim pursuant to 11 U.S.C. §507(A)(7) at $3,350.00 and reclassifying the excess of $3,747.26 as a general unsecured claim. Dk. No. 2009.

Stat Cap Objection III, Dk. No. 1784

On October 3, 2024, the Trustee filed Objection to Alleged Priority Claim No. 2410-1 Filed by Alexis Johnson That Exceeds the Statutory Cap ("Stat Cap Objection III") as Dk. No. 1784. On November 19, 2024, the Court approved the stipulation between the Trustee and Alexis Johnson, capping the priority portion of Claim No. 2040-1 pursuant to 11 U.S.C. §507(A)(7) at $3,350.00 and reclassifying the excess of $3,350.00 as a general unsecured claim. Dk. No. 1925. According to the stipulation, Alexis Johnson waived any and all other claims against the Trustee and the LPG estate.

Non-Evidenced Priority Objection, Dk. No. 1785

On October 3, 2024, the Trustee filed Omnibus Objection to Alleged Priority Claims that Lack Evidence Supporting Priority Status ("Non-Evidenced Priority Objection") as Dk. No. 1785. On January 6, 2025, the Court entered an order continuing the hearing only on claims of John Dunn and William Gagne to February 5, 2025, at 11:00 a.m., and sustaining Trustee's objection to the remaining claims in Dk. No. 1785.

**2.    Status of Litigation Targets**

Since the October 23, 2024, status report, the Trustee has filed the following additional avoidance complaints.

- Dk. No. 1937; 8:24-ap-01149; Trustee's complaint against Debt Resolution Direct, LLC and David John Illnicki
- Dk. No. 1958; 8:24-ap-01152; Trustee's complaint against MCA Capital Holdings, LLC

Since the October 23, 2024, status report, the Trustee has made the following progress in the ongoing adversaries:

- Dk. No. 1535; 8:24-ap-01115; Trustee's complaint against MPowering America, LLC and Matthew Lovelady. On February 3, 2025, the Court approved the stipulation between the Trustee and Lenard E. Schwartzer, in his capacity as Chapter 7 Trustee ("MPA Trustee") in the MPowering America, LLC bankruptcy case ("MPowering Stipulation"). Dk. No. 2078. Per the MPowering Stipulation, Claim No. 311-1 and

Case 8:23-bk-10571-SC   Doc 2080   Filed 02/05/25   Entered 02/05/25 18:38:08   Desc
Main Document    Page 9 of 18

311-2 are not entitled to priority treatment pursuant to 11 U.S.C. §507(a) and are disallowed in their entirety.

The Trustee is completing its investigation and verification of fraudulent transfers made pre- and post-petition and is finalizing a list of transferees to be sued.

**3.    Status of Administration**

Per the Post-Confirmation Report filed on January 31, 2025, as Dk. No. 2075, as of December 31, 2024, the Estate has made a total of $8,494,802 in cash disbursements since the September 24, 2024, effective date of the plan.

All remaining cash and litigation claims now constitute property of the Trust. The Trust anticipates substantial additional recoveries from Morning Law Group pursuant to the Court-approved sale and from other litigation recoveries.

**4.    Status of Disputed Secured Creditor and Related Litigation**

<u>Bridge Funding CAP, LLC d/b/a/ Fundura Capital ("Bridge Funding"), MNS Funding, LLC, Azzure Capital LLC ("Azzure"), Diverse Capital, LLC, PECC Corp, Proof Positive LLC, MC DVI Fund 1 LLC, MC DVI Fund 2 LLC, Debt Validation Fund II LLC, Venture Partners LLC</u>: These Secured Creditors have all been named as defendants in the adversary 8:24-ap-01011-SC that the Trustee filed on January 26, 2024 ("Secured Creditor Adversary") seeking, *inter alia*, declaratory judgment as to the validity of their alleged secured interests.

The following is the status of Trustee's resolution with various defendants in the Secured Creditor Adversary since the October 23, 2024, status report:

- The Trustee filed Summary Judgment Motions against Bridge Funding; Azzure Capital; Diverse Capital, and PECC.
    - On August 27, 2024, the Court granted summary judgment in favor of the Trustee and against Bridge Funding as Secured Creditor Adversary Dk. No. 150. On September 20, 2024, Bridge Funding filed an appeal of the denial of summary judgment, currently known as case number 8:24-cv-02043-FMO. On November 21, 2024, the U.S. District Court to which the appeal has been assigned, entered its Case Management Order. App.Dk.No. 13.

9
TRUSTEE'S POSTCONFIRMATION STATUS REPORT

- On January 22, 2025, Azzure filed its notice of appeal and statement of election re: order granting partial summary adjudication, currently known as case number 8:25-cv-00115-GW. On January 30, 2025, the U.S. District Court assigned the appeal filed a notice re bankruptcy record being complete and set a deadline of March 3, 2025, for Azzure to file its Appellant Brief. App.Dk.No. 7.
- On January 23, 2025, the Court approved the stipulation between the Trustee and Azzure regarding discovery and fee motion deadlines. Adv.Dk.No. 215.

5. **Trustee's Original Adversary Proceeding:**

*Marshack v. Diab et al* (Dk. No. 93; 8:23-ap-01046-SC).[4] The Trustee's complaint against Tony Diab, Daniel S. March, Rosa Bianca Loli, and approximately 45 other defendants is the largest adversary currently pending. On January 29, 2025, the Trustee filed a comprehensive status report regarding the status of this adversary. Adv. Dk. No. 703.

6. **Schedule Of Payments**

In addition to payment of administrative and priority claims outlined above which became due on the Effective Date, the Trustee has made other payments as outlined in the Post-confirmation Report, Dk. No. 2075.

7. **Status of Post-Confirmation Tax Liabilities**

There have been no post-confirmation tax liabilities that have accrued or come due post-confirmation. The next post-confirmation status report will be due in 120 days, at which point the Trustee will have a more comprehensive tax liability schedule to report to the Court.

Under the Plan, allowed priority tax claims are entitled to and will be paid annual cash payments over a period of five years with interest. (Dk. 1344, pp. 13-16 of 109).

8. **Projections re the Trustee's Ability to Comply With the Terms of the Plan**

The Trustee has not encountered any difficulties in complying with the terms of the Plan and has been pursuing the exact course of action outlined in the August 15, 2024, status report, and the

---

[4] The docket entries for this adversary are referred to as 1046 Adv. Dk. No. 93 of the main case.

Court's Confirmation Order. At this point, the Trustee does not project any upcoming difficulties in complying with the terms of the Plan.

**9.    Estimate of the Date for Plan Consummation and Application for Final Decree**

The Trustee believes that the Plan has been substantially consummated due to the transfer of the estate's remaining assets to the Trust. The Trustee is evaluating the appropriate timing for the filing of an application for final decree.

**10.    Conclusion**

In summary, the Trustee's active pursuit of litigation has already resulted in recovering several millions of dollars in settlements after the Effective Date. These recoveries are anticipated to substantially increase as the Trustee files more avoidance complaints on what is expected to be more than 150 transferees. The Trustee projects that distributions under the Plan and Trust will align with or exceed projections.

DATED: February 5, 2025           MARSHACK HAYS WOOD LLP

                                   /s/ D. Edward Hays

                                  By: _____
                                    D. EDWARD HAYS
                                    AARON E. DE LEEST
                                    ALINA MAMLYUK
                                    General Counsel for Richard A.
                                    Marshack, Trustee for the
                                    Chapter 11 Bankruptcy Estate of
                                    the Litigation Practice Group and
                                    the LPG Liquidation Trust

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **TRUSTEE'S POST-CONFIRMATION STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 5, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **February 5, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR – MAIL REDIRECTED TO TRUSTEE**
THE LITIGATION PRACTICE GROUP P.C.
~~17542 17TH ST~~
~~SUITE 100~~
~~TUSTIN, CA 92780-1981~~

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 5, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 5, 2025 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **INTERESTED PARTY COURTESY NEF:** Kyra E Andrassy kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Bradford Barnhardt**    bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR AFFIRMA, LLC and CREDITOR OXFORD KNOX, LLC: Eric Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com
   - **ATTORNEY FOR DEFENDANT LEUCADIA ENTERPRISES, INC.: Michael Jay Berger**    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
   - **INTERESTED PARTY COURTESY NEF: Ethan J Birnberg**    birnberg@portersimon.com, reich@portersimon.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Peter W Bowie**    peter.bowie@dinsmore.com, caron.burke@dinsmore.com
   - **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC: Ronald K Brown**    ron@rkbrownlaw.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Christopher Celentino**    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
   - **INTERESTED PARTY COURTESY NEF: Shawn M Christianson**    cmcintire@buchalter.com, schristianson@buchalter.com
   - **INTERESTED PARTY COURTESY NEF: Randall Baldwin Clark**    rbc@randallbclark.com
   - **ATTORNEY FOR DEFENDANT LISA COHEN and DEFENDANT ROSA BIANCA LOLI: Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
   - **ATTORNEY FOR DEFENDANT MORNING LAW GROUP, P.C.: Michael W Davis**    mdavis@dtolaw.com, ygodson@dtolaw.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Aaron E. De Leest    adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
   - **INTERESTED PARTY COURTESY NEF: Anthony Paul Diehl**    anthony@apdlaw.net, Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net
   - **INTERESTED PARTY COURTESY NEF: Ashley Dionisio**    adionisio@omniagnt.com
   - **ATTORNEY FOR INTERESTED PARTY NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEYS and INTERESTED PARTY NATIONAL CONSUMER BANKRUPTCY RIGHTS CENTER : Jenny L Doling**    jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
   - **ATTORNEY FOR CREDITOR CAROLYN BEECH: Daniel A Edelman**    dedelman@edcombs.com, courtecl@edcombs.com
   - **INTERESTED PARTY COURTESY NEF: Howard M Ehrenberg**    Howard.Ehrenberg@gmlaw.com, hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com
   - **CREDITOR: Meredith Fahn**    fahn@sbcglobal.net
   - **INTERESTED PARTY COURTESY NEF:** Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
   - **ATTORNEY FOR CREDITOR VALIDATION PARTNERS LLC: William P Fennell**    william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com
   - **INTERESTED PARTY COURTESY NEF: Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
   - **ATTORNEY FOR DEFENDANT CLEAR VISION LLC dba LIBERTY1 FINANCIAL: Marc C Forsythe**    mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jeremy Freedman**    jeremy.freedman@dinsmore.com, nicolette.murphy@dinsmore.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

- **ATTORNEY FOR CREDITOR HERRET CREDIT: Eric Gassman**    erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Christopher Ghio**    christopher.ghio@dinsmore.com, nicolette.murphy@dinsmore.com;angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- **ATTORNEY FOR CREDITOR AMY GINSBURG; CREDITOR KENTON COBB; and CREDITOR SHANNON BELLFIELD: Amy Lynn Ginsburg**    efilings@ginsburglawgroup.com
- **ATTORNEY FOR DEFENDANT STRIPE, INC: Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **ATTORNEY FOR CREDITOR AFFIRMA, LLC; CREDITOR ANAHEIM ARENA MANAGEMENT, LLC; CREDITOR ANAHEIM DUCKS HOCKEY CLUB, LLC; and CREDITOR OXFORD KNOX, LLC: Jeffrey I Golden**    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC: Richard H Golubow**    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **ATTORNEY FOR CREDITOR UNITED PARTNERSHIPS, LLC: David M Goodrich**    dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Spencer Keith Gray    spencer.gray@dinsmore.com
- **INTERESTED PARTY COURTESY NEF:** Stella A Havkin    stella@havkinandshrago.com, shavkinesq@gmail.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR CITY CAPITAL NY: Alan Craig Hochheiser**    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC: Garrick A Hollander**    ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **ATTORNEY FOR CREDITOR SHARP ELECTRONICS CORPORATION: Brian L Holman**    b.holman@musickpeeler.com
- **INTERESTED PARTY COURTESY NEF: Richard L. Hyde**    rhyde@awglaw.com
- **ATTORNEY FOR INTERESTED PARTY MERCHANTS CREDIT CORPORATION: Peter L Isola**    pisola@hinshawlaw.com, rmojica@hinshawlaw.com,iking@hinshawlaw.com
- **ATTORNEY FOR CREDITOR, PLAINTIFF, and COUNTER-DEFENDANT OHP-CDR, LP and PLAINTIFF and COUNTER-DEFENDANT PURCHASECO 80, LLC: Razmig Izakelian**    razmigizakelian@quinnemanuel.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Veneeta Jaswal    veneeta.jaswal@dinsmore.com, bonnie.connolly@dinsmore.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Sara Johnston**    sara.johnston@dinsmore.com
- **ATTORNEY FOR FIDELITY NATIONAL INFORMATION SERVICES, INC. DBA FIS: Sweeney Kelly**    kelly@ksgklaw.com
- **ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP P.C.: Joon M Khang**    joon@khanglaw.com
- **ATTORNEY FOR INTERESTED PARTY AD HOC CONSUMER CLAIMANTS COMMITTEE: Ira David Kharasch**    ikharasch@pszjlaw.com
- **ATTORNEY FOR DEFENDANT GALLANT LAW GROUP: Meredith King**    mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS: Nicholas A Koffroth**    nkoffroth@foxrothschild.com, khoang@foxrothschild.com
- **ATTORNEY FOR DEFENDANT MARICH BEIN, LLC: David S Kupetz**    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

- **INTERESTED PARTY COURTESY NEF: Christopher J Langley**    chris@slclawoffice.com, langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Kelli Ann Lee**    Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com
- **ATTORNEY DEFENDANT OPTIMUMBANK HOLDINGS, INC: Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, P.C.; DEFENDANT LGS HOLDCO, LLC; INTERESTED PARTY CONSUMER LEGAL GROUP, P.C.; and INTERESTED PARTY LIBERTY ACQUISITIONS GROUP INC: Daniel A Lev**    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **ATTORNEY FOR INTERESTED PARTY REVOLV3, INC.: Britteny Leyva**    bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com
- **INTERESTED PARTY COURTESY NEF ADVERSARY PROCEEDING #: 8:23-AP-01148-SC: Marc A Lieberman**    marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- **ATTORNEY FOR CREDITOR PHILLIP A GREENBLATT, PLLC: Michael D Lieberman**    mlieberman@lipsonneilson.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Yosina M Lissebeck**    Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com
- **ATTORNEY FOR CREDITOR FUNDURA CAPITAL GROUP: Mitchell B Ludwig**    mbl@kpclegal.com, kad@kpclegal.com
- **INTERESTED PARTY AND ATTORNEY: Daniel S March**    marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **ATTORNEY FOR CREDITOR and DEFENDANT GREYSON LAW CENTER PC, CREDITOR and DEFENDANT HAN TRINH; and CREDITOR and DEFENDANT PHUONG (JAYDE) TRINH: Kathleen P March**    kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **ATTORNEY FOR CREDITOR DAVID ORR: Mark J Markus**    bklawr@bklaw.com, markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com
- **CHAPTER 11 TRUSTEE: Richard A Marshack (TR)**    pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Laila Masud**    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Sarah S. Mattingly**    sarah.mattingly@dinsmore.com
- **INTERESTED PARTY COURTESY NEF: William McCormick**    Bill.McCormick@ag.tn.gov
- **ATTORNEY FOR US TRUSTEE: Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **INTERESTED PARTY COURTESY NEF: Byron Z Moldo**    bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com
- **ATTORNEY FOR CREDITOR ADP, INC: Glenn D. Moses**    gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jamie D Mottola**    Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com
- **INTERESTED PARTY COURTESY NEF: Alan I Nahmias**    anahmias@mbn.law, jdale@mbn.law
- **INTERESTED PARTY COURTESY NEF: Victoria Newmark**    vnewmark@pszjlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jacob Newsum-Bothamley**    jacob.bothamley@dinsmore.com, angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- **ATTORNEY FOR US TRUSTEE: Queenie K Ng**    queenie.k.ng@usdoj.gov
- **CREDITOR: Israel Orozco**    israel@iolawcorp.com
- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS: Keith C Owens**    kowens@foxrothschild.com, khoang@foxrothschild.com
- **ATTORNEY FOR DEFENDANT OPTIMUMBANK HOLDINGS, INC.: Lisa Patel**    lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC: Michael R Pinkston**    rpinkston@seyfarth.com,

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com

- **ATTORNEY FOR DEFENDANT SCOTT JAMES EADIE: Douglas A Plazak**    dplazak@rhlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Tyler Powell**    tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;rosetta.mitchell@dinsmore.com
- **ATTORNEY FOR DEFENDANT TOUZI CAPITAL, LLC and DEFENDANT ENG TAING: Daniel H Reiss**    dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, PC: Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Vanessa Rodriguez**    vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com
- **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC: Kevin Alan Rogers**    krogers@wellsmar.com
- **ATTORNEY FOR CREDITOR MARI AGAPE: Gregory M Salvato**    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **ATTORNEY FOR CREDITOR AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC: Olivia Scott**    olivia.scott3@bclplaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jonathan Serrano**    jonathan.serrano@dinsmore.com
- **ATTORNEY FOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC: Maureen J Shanahan**    Mstotaro@aol.com
- **ATTORNEY FOR CREDITORS UNITED PARTNERSHIPS, LLC and MNS FUNDING LLC: Paul R Shankman**    PShankman@fortislaw.com, info@fortislaw.com
- **ATTORNEY FOR INTERESTED PARTY MORNING LAW GROUP, PC: Zev Shechtman**    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com
- **INTERESTED PARTY COURTESY NEF: Jeffrey M Singletary**    jsingletary@swlaw.com, rmckay@swlaw.com
- **ATTORNEY FOR CREDITOR PIONEER FUNDING GROUP, LLC: Adam D Stein-Sapir**    info@pfllc.com
- **ATTORNEY FOR DEFENDANT BANKUNITED, N.A.: Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): John H. Stephens**    john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com
- **ATTORNEY FOR CREDITOR ALTERYX, INC.: Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Matthew J Stockl    matthew.stockl@dinsmore.com, katrice.ortiz@dinsmore.com
- **ATTORNEY FOR CREDITOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC and INTERESTED PARTY RANDALL BALDWIN CLARK: Michael R Totaro**    Ocbkatty@aol.com
- **US TRUSTEE: United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR WITNESS BRADFORD LEE 8:23-ap-01046-SC: William J Wall**    wwall@wall-law.com
- **ATTORNEY FOR CREDITOR and DEFENDANT AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC: Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- **ATTORNEY FOR CREDITOR DEBT RELIEF GROUP, LLC: Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com
- **CLAIM AGENT FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Reina Zepeda**    rzepeda@omniagnt.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**: CONTINUED:

**20 LARGEST CREDITOR**
ANTHEM BLUE CROSS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 511300
LOS ANGELES, CA 90051-7855

**20 LARGEST CREDITOR**
AZEVEDO SOLUTIONS GROUPS, INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
420 ADOBE CANYON RD
KENWOOD, CA 95452-9048

**20 LARGEST CREDITOR**
CALIFORNIA FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO, CA 94257-0001

**20 LARGEST CREDITOR**
CREDIT REPORTING SERVICE INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
548 MARKET ST, SUITE 72907
SAN FRANCISCO, CA 94104-5401

**20 LARGEST CREDITOR**
DEBT PAY PRO
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1900 E GOLF ROAD, SUITE 550
SCHAUMBURG, IL 60173-5870

**20 LARGEST CREDITOR**
DEBT VALIDATION FUND II, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
5075 LOWER VALLEY ROAD
ATGLEN, PA 19310-1774

**20 LARGEST CREDITOR**
DOCUMENT FULFILLMENT SERVICES
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2930 RAMONA AVE #100
SACRAMENTO, CA 95826-3838

**20 LARGEST CREDITOR**
EXECUTIVE CENTER LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
5960 SOUTH JONES BLVD
LAS VEGAS, NV 89118-2610

**20 LARGEST CREDITOR / POC ADDRESS**
EXELA ENTERPRISE SOLUTIONS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2701 E. GRAUWYLER ROAD
IRVING, TX 75061-3414

**20 LARGEST CREDITOR / POC ADDRESS**
FIRST LEGAL NETWORK, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 743451
LOS ANGELES, CA 90074-3451

**20 LARGEST CREDITOR**
NETSUITE-ORACLE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2300 ORACLE WAY
AUSTIN, TX 78741-1400

**20 LARGEST CREDITOR**
SHARP BUSINESS SYSTEMS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
8670 ARGENT ST
SANTEE, CA 92071-4172

**20 LARGEST CREDITOR**
TUSTIN EXECUTIVE CENTER
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1630 S SUNKIST STEET, STE A
ANAHEIM, CA 92806-5816

**SECURED CREDITOR**
DIVERSE CAPITAL LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
323 SUNNY ISLES BLVD, STE 503
SUNNY ISLES, FL 33160-4675

**SECURED CREDITOR / POC ADDRESS**
FUNDURA CAPITAL GROUP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1545 ROUTE 202, SUITE 101
POMONA, NY 10970

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **SECURED CREDITOR / POC ADDRESS**<br>MNS FUNDING LLC<br>C/O PAUL R. SHANKMAN<br>FORTIS LLP<br>650 TOWN CENTER DRIVE, SUITE 1530<br>COSTA MESA, CA 92626 | **NEW ADDR PER DK 1667**<br>**SECURED CREDITOR / POC ADDRESS**<br>MNS FUNDING LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>2013 CEDAR BRIDGE AVE, UNIT 1C<br>LAKEWOOD, NJ 08701 | **SECURED CREDITOR / POC ADDRESS**<br>PECC CORP.<br>C/O RUSTY O'KANE<br>3131 MCKINNEY AVENUE, SUITE 500<br>DALLAS, TX 75204 |
| **SECURED CREDITOR / POC ADDRESS**<br>RIVER TREE LLC<br>C/O MAYS JOHNSON LAW FIRM<br>21 BATTERY PARK AVE, SUITE 201<br>ASHEVILLE, NC 28801 | **SECURED CREDITOR / POC ADDRESS**<br>VENTURE PARTNERS LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1309 COFFEEN AVENUE, STE 1200<br>SHERIDAN, WY 82801 | |
| **RTD 02/05/24 UTF**<br>**20 LARGEST CREDITOR**<br>BUSINESS CENTERS OF AMERICA<br>~~1100 SIR FRANCIS DRAKE BLVD, SUITE 1~~<br>~~KENTFIELD, CA 94904-1476~~ | **RTD 05/30/23 UTF**<br>**20 LARGEST CREDITOR**<br>COLLABORATION ADVISORS<br>~~400 DORLA COURT~~<br>~~ZEPHYR COVE, NV 89448~~ | **RTD 12/05/23 UTF**<br>**20 LARGEST CREDITOR**<br>JP MORGAN CHASE<br>~~3 PARK PLAZA, STE 900~~<br>~~IRVINE, CA 92614-5208~~ |
| **RTD 01/26/24 UTF**<br>**20 LARGEST CREDITOR**<br>LEXISNEXUS<br>~~15500 B ROCKFIELD BLVD~~<br>~~IRVINE, CA 92618-2722~~ | **RTD 10/03/23 UTF**<br>**20 LARGEST CREDITOR**<br>MARICH BEIN LLC<br>~~99 WALL STREET, STE 2669~~<br>~~NEW YORK, NY 10005-4301~~ | **RTD 10/16/23 UTF**<br>**20 LARGEST CREDITOR**<br>TASKUS HOLDINGS, INC.<br>~~1650 INDEPENDENCE DR~~<br>~~NEW BRAUNFELS, TX 78132-3959~~ |
| **RTD 06/05/23 UTF**<br>**20 LARGEST CREDITOR**<br>VALIDATION PARTNERS LLC<br>~~1300 SAWGRASS PKWY, STE 110~~<br>~~SUNRISE, FL 33323~~ | **RTD 06/14/23 UTF**<br>**SECURED CREDITOR**<br>CITY CAPITAL NY<br>~~1135 KANE CONCOURSE~~<br>~~BAY HARBOUR ISLANDS, FL 33154-2025~~ | **RTD 12/22/23 UTF**<br>**SECURED CREDITOR**<br>FUNDURA CAPITAL GROUP<br>~~80 BROAD STREET, STE 3303~~<br>~~NEW YORK, NY 10004-2845~~ |
| **RTD 2/5/24 UTF**<br>**SECURED CREDITOR**<br>GREEN FUND NY<br>~~276 5TH AVENUE, ROOM 704~~<br>~~BROOKLYN, NY 10001~~ | **RTD 11/8/23 UTF**<br>**SECURED CREDITOR**<br>MCA CAPITAL HOLDINGS LLC<br>~~254 32ND STREET, BLDG 2 C303~~<br>~~BROOKLYN, NY 11232~~ | |

4934-1179-7255, v. 1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**