D. EDWARD HAYS, #162507
ehays@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

General Counsel for Richard A.
Marshack, Trustee for the Bankruptcy
Estate of the Litigation Practice Group
and the LPG Liquidation Trust

**FILED & ENTERED**

**FEB 13 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| In re | Case No. 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Chapter 11 |
| Debtor. | ORDER GRANTING TRUSTEE'S OMNIBUS OBJECTION TO ALLEGED PRIORITY CLAIMS THAT LACK EVIDENCE SUPPORTING PRIORITY STATUS |

| Claimant | Claim No. |
|---|---|
| John Dunn | C571-10198.1 |
| William Gagne | C571-101061.1 |

Hearing
Date:  February 5, 2025
Time: 11:00 a.m.
Ctrm: 5C - ViaZoom
Place: 411 West Fourth Street
             Santa Ana, CA  92701

The Court has read and considered the Omnibus Objection to Alleged Priority Claims that Lack Evidence Supporting Priority Status ("Motion") filed by Richard A. Marshack, Chapter 11 Trustee for the bankruptcy estate of the Litigation Practice Group P.C. ("Debtor") and Liquidating Trustee of the LPG Liquidation Trust (collectively, "Trustee") on October 3, 2024, as Dk. No. 1785. On January 6, 2025, as Docket No. 2010, the Court entered an "Order (1) Continuing Hearing on Objection to Claims of John Dunn and William Gagne to February 5, 2025, at 11:00 a.m. and (2)

1

Granting Trustee's Omnibus Objection to Alleged Priority Claims that Lack Evidence Supporting Priority Status."

On December 13, 2024, as Docket No. 1986, the Trustee filed a "Notice of Continued Hearing on Trustee's Omnibus Objection to Alleged Priority Claims that Lack Evidence Supporting Priority Status" ("Notice"). On January 3, 2025, as Dk. No. 2006, Trustee filed an Amended Proof of Service of the Notice which included proof of service on William Gagne and John Dunn by United States Mail. Prior to the continued hearing on the Motion scheduled for February 5, 2025, regarding the claims of William Gagne and John Dunn, the Court published a tentative ruling to grant the Motion and excuse appearances.

The Court has further noted that no party filed a response to the Motion. For the reasons set forth in the Motion, the Court has found good cause to grant the Motion.

IT IS ORDERED:

1. The Motion is granted in its entirety.

2. Claim No. C571-101981.1, filed by John Dunn in the amount of $25,000.00, is disallowed as priority claim and is reclassified as a general unsecured claim.

3. Claim No. C571-101061.1, filed by William Gagne in the amount of $17,736.00, is disallowed as priority claim and is reclassified as a general unsecured claim.

4. The Trustee reserves all rights with respect to the claims herein, and nothing in this Order shall be considered a waiver of rights or defenses, election of remedies, or any other concession, and such claims remain subject to any objection as to the amounts or merits.

### 

Date: February 13, 2025

Scott C. Clarkson
United States Bankruptcy Judge

4902-6991-2602, v. 1

2