|  | FOR COURT USE ONLY |
|---|---|
|  | **FILED**<br>FEB 1 3 2025<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA -** Santa Ana **DIVISION** ||
| Name of Debtor(s) listed on the bankruptcy case:<br>The Litigation Practice Group P.C. | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: 11 |
|  | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:    ☐ Debtor    ☐ Joint-Debtor    ☒ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s): Tiffany Hanson
   Mailing Address: 1308 Seabrook Rd
   City, State, Zip Code: Raleigh, NC 27610

3. **New Address:**
   Mailing Address: 302 Neuse St
   City, State, Zip Code: Oriental, NC 28571

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 1/31/25

Tiffany Hanson
Requestor's printed name(s)

_[signature]_
Requestor's signature(s)

Claim # 1903
Title (if applicable, of corporate officer, partner, or agent)

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                                                                              F 1002-1.3.CHANGE.ADDRESS