D. EDWARD HAYS, #162507
ehays@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

General Counsel for Chapter 11 Trustee,
Richard A. Marshack

FILED & ENTERED

FEB 13 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>ORDER GRANTING CHAPTER 11 TRUSTEE'S OMNIBUS OBJECTION TO DUPLICATIVE PRIORITY PROOFS OF CLAIMS AS TO DAVID CAMERON NASH AND SOBHUZA WILLIAMS |

| Claimant | Claim No. |
|---|---|
| Cameron David Nash | 1965-1 |
| Sobhuza Williams | 2038-1 |

Hearing
Date:  January 16, 2025
Time: 11:00 a.m.
Ctrm: 5C - ViaZoom

The Court has read and considered the Omnibus Objection to certain alleged duplicative priority proofs of claims ("Motion") of Richard A. Marshack, in his capacities as Chapter 11 Trustee of the Bankruptcy Estate of The Litigation Practice Group P.C. and Liquidating Trustee of the LPG Liquidation Trust (collectively, "Trustee"), filed on September 20, 2024, as Docket No. 1728. On November 22, 2024, as Docket No. 1936, the Court entered an "Order Granting Chapter 11 Trustee's Omnibus Objection to Duplicative Priority Proofs of Claims – 1728 and Continuing as to Cameron David Nash and Sobhuza Williams." On November 27, 2024, as Docket No. 1961, the

1

Trustee filed a "Notice of Continued Hearing on Chapter 11 Trustee's Omnibus Objection to Duplicative Priority Proofs of Claims," which included proof of service on Cameron David Nash and Sobhuza Williams by United States Mail. Prior to the continued hearing on the Motion scheduled for January 16, 2025, at 11:00 a.m., regarding the claims of Cameron David Nash and Sobhuza Williams, the Court published a tentative ruling to grant the Motion and excuse appearances.

The Court has further noted that no party filed a response to the Motion. For the reasons set forth in the Motion, the Court has found good cause to grant the Motion.

IT IS ORDERED:

1. The Motion is granted in its entirety.

2. Claim No. 1965-1, filed by Cameron David Nash in the amount of $3,706.74, is disallowed in its entirety.

3. Claim No. 2038-1, filed by Sobhuza Williams in the amount of $4,946.14, is disallowed in its entirety.

4. The Trustee reserves all rights with respect to the claims herein, and nothing in this Order shall be considered a waiver of rights or defenses, election of remedies, or any other concession, and such claims remain subject to any objection as to the amounts or merits.

### 

Date: February 13, 2025

Scott C. Clarkson
United States Bankruptcy Judge

4905-6086-0179, v. 1