| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Christopher B. Ghio (259094)<br>christopher.ghio@dinsmore.com<br>jeremy B. Freedman (308752)<br>Jeremy.freedman@dinsmore.com<br>DINSMORE &SHOHL LLP<br>655 West Broadway, Suite 800<br>San Diego, CA 92101<br>(619) 400-0500<br><br>☒ *Attorney for*: Richard A. Marshack | FOR COURT USE ONLY<br><br><br>**FILED & ENTERED**<br><br>**FEB 13 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte    **DEPUTY CLERK** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA -*SANTA ANA* DIVISION** ||
| In re:<br>THE LITIGATION PRACTICE GROUP P.C.,<br><br><div align="right">Debtor(s)</div><br><br><div align="right">Plaintiff(s)</div><br>vs.<br><br><div align="right">Defendant(s)</div> | CASE NO.: 8:-23-bk-10571-SC<br>CHAPTER: 11<br>ADVERSARY NO. (*if applicable*):<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE**<br><br>**[LBRs 2090-1(b) and 9013-1(q)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

The court reviewed the Application of non-resident attorney to appear pro hac vice in a specific bankruptcy case and/or adversary proceeding(s).

For good cause appearing, IT IS ORDERED: the Application is GRANTED and non-resident attorney (*specify name*): <u>Julian Pecora</u> may appear on behalf of the following party Richard A. Marshack, former Chapter 11 Trustee for the Bankruptcy Estate of The Litigation Practice Group P.C. and current Liquidating Trustee of the Liquidation Trust in any proceeding in the bankruptcy case, any jointly administered or substantively consolidated case, and any adversary proceedings filed in such cases, unless the representation is limited as follows:  None

Date: February 13, 2025

*Signature: Scott C. Clarkson*
Scott C. Clarkson
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2024*    F 2090-1.2.ORDER.NONRES.ATTY