D. EDWARD HAYS, #162507
ehays@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
ALINA MAMLYUK, #284154
amamlyuk@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

General Counsel for Chapter 11 Trustee,
Richard A. Marshack

**FILED & ENTERED**

**FEB 13 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| In re | Case No. 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Chapter 11 |
| Debtor. | ORDER GRANTING CHAPTER 11 TRUSTEE'S OMNIBUS OBJECTION TO PROOFS OF CLAIM FILED FOR ALLEGED ADMINISTRATIVE CLAIMS |

| Claimant (in Alphabetical Order) | Claim No.* |
|---|---|
| Carlos Bacsal | C 571-100717.1 |
| Gustavo Romani | C 571-101933.1 |
| Jacqueline Fomby-Lewis | C 571-102658.1 |
| Kermic P Basat Jr | C 571-102205.1 |
| Keysha Everage | C 571-100496.1 |
| Nationwide Appearance Attorneys, LLC | C 571-101660.1 |
| Stephanie Kay Albertson | C 571-101009.1 |

Hearing
Date: January 16, 2025
Time: 11:00 a.m.
Ctrm: 5C – ViaZoom

1

The Court has read and considered the Omnibus Objection to proofs of claim filed for alleged administrative claims ("Motion") of Richard A. Marshack, in his capacities as Chapter 11 Trustee of the Bankruptcy Estate of The Litigation Practice Group P.C. and Liquidating Trustee of the LPG Liquidation Trust (collectively, "Trustee"), filed on September 24, 2024, as Docket No. 1747.

On November 22, 2024, as Docket No. 1935, the Court entered an "Order Granting Chapter 11 Trustee's Omnibus Objection to Proofs of Claim Filed for Alleged Administrative Claims," which, *inter alia*, continued the hearing on the Motion to January 16, 2025, regarding certain claims specified therein.

On November 27, 2024, as Docket No. 1961, the Trustee filed a "Notice of Continued Hearing on Chapter 11 Trustee's Omnibus Objection to Proofs of Claim Filed for Alleged Administrative Claims." On December 2, 2024, the Trustee filed "Proof of Service of Notice of Continued Hearing on Chapter 11 Trustee's Omnibus Objection to Proofs of Claim Filed for Alleged Administrative Claims," which included proof of service by United States Mail on all parties required to be given notice of the continued hearing on the Motion.

Prior to the hearing on the Motion scheduled for January 16, 2025, at 11:00 a.m., the Court published a tentative ruling to grant the Motion.

The Court has further noted that the only response was filed by Carlos Bascal, Docket No. 1989, to which the Trustee filed a reply on January 9, 2025, as Docket No. 2018, and which the Court overrules as stated on the record during the January 16, 2025, hearing. For the reasons set forth in the Motion, the Court has found good cause to grant the Motion.

IT IS ORDERED:

1. The Motion is granted in its entirety.

2. Claim No. C571-100717.1, filed by Carlos Bascal in the amount of $22,877.40, is disallowed as an administrative claim and is reclassified as a general unsecured claim.

3. Claim No. C571-101933.1, filed by Gustavo Romani in the amount of $10,000.00, is disallowed as an administrative claim and is reclassified as a general unsecured claim.

4. Claim No. C571-102658.1, filed by Jacqueline Fomby-Lewis in the amount of $21,543.00, is disallowed as an administrative claim and is reclassified as a general unsecured claim.

5. Claim No. C571-102205.1, filed by Kermic P. Basat, Jr. in the amount of $2,367.19, is disallowed as an administrative claim and is reclassified as a general unsecured claim.

6. Claim No. C571-100496.1, filed by Keysha Everage in the amount of $5,581.63, is disallowed as an administrative claim and is reclassified as a general unsecured claim.

7. Claim No. C571-101660.1, filed by Nationwide Appearance Attorneys, LLC in the amount of $3,400.00, is disallowed as an administrative claim and is reclassified as a general unsecured claim.

8. Claim No. C571-101009.1, filed by Stephanie Kay Albertson in the amount of $16,668.00, is disallowed as an administrative claim and is reclassified as a general unsecured claim.

9. The Trustee reserves all rights with respect to claims herein, and nothing in this Order shall be considered a waiver of rights or defenses, election of remedies, or any other concession, and such claims remain subject to any objection as to the amounts or merits.

# # #

Date: February 13, 2025

Scott C. Clarkson
United States Bankruptcy Judge

4933-7641-8323, v. 1