1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  AARON E. DE LEEST, #216832
   adeleest@marshackhays.com
3  BRADFORD N. BARNHARDT, #328705
   bbarnhardt@marshackhays.com
4  MARSHACK HAYS WOOD LLP
   870 Roosevelt
5  Irvine, California 92620
   Telephone: (949) 333-7777
6  Facsimile: (949) 333-7778

7  General Counsel for Chapter 11 Trustee,
   Richard A. Marshack

FILED & ENTERED

FEB 13 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte       DEPUTY CLERK

8

9                    UNITED STATES BANKRUPTCY COURT

10           CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

11  In re                                    Case No. 8:23-bk-10571-SC

12  THE LITIGATION PRACTICE GROUP P.C.,      Chapter 11

13         Debtor.                           ORDER GRANTING CHAPTER 11
                                             TRUSTEE'S OMNIBUS OBJECTION TO
14                                           ALLEGED 11 U.S.C. §507(A)(7)
                                             PRIORITY CLAIMS THAT EXCEED
15                                           STATUTORY CAP AS TO DAVID
                                             CAMERON NASH
16

| Claimant | Claim No. |
|---|---|
| Cameron David Nash | 100346-1 |
| Cameron David Nash | 1965-1 |

Hearing
Date: January 16, 2025
Time: 11:00 a.m.
Ctrm: 5C - ViaZoom
Place: 411 West Fourth Street
      Santa Ana, CA  92701

        The Court has read and considered Omnibus Objection to certain alleged 11 U.S.C. §

507(a)(7) priority claims ("Motion") of Richard A. Marshack, in his capacities as Chapter 11 Trustee

of the Bankruptcy Estate of The Litigation Practice Group P.C. and Liquidating Trustee of the LPG

Liquidation Trust (collectively, "Trustee"), filed on September 20, 2024, as Dk. No. 1716. On

November 22, 2024, as Docket No. 1938, the Court entered an "Order Granting Chapter 11

Trustee's Omnibus Objection to Alleged 11 U.S.C. § 507(a)(7) Priority Claims that Exceed Statutory

1  Cap – Dk 1716 and Continuing Objections Re: Cameron David Nash." On November 27, 2024, as

2  Docket No. 1960, the Trustee filed a "Notice of Continued Hearing on Chapter 11 Trustee's

3  Omnibus Objection to Alleged 11 U.S.C. § 507(a)(7) Priority Claims that Exceed the Statutory

4  Cap," which included proof of service on Cameron David Nash by United States Mail. Prior to the

5  continued hearing on the Motion scheduled for January 16, 2025, at 11:00 a.m., regarding the claims

6  of Cameron David Nash, the Court published a tentative ruling to grant the Motion and excuse

7  appearances.

8          The Court has further noted that no party filed a response to the Motion. For the reasons set

9  forth in the Motion, the Court has found good cause to grant the Motion.

10         IT IS ORDERED:

11         1.      The Motion is granted in its entirety.

12         2.      The amount of Proof of Claim No. 100346-1, filed by Cameron David Nash, that is

13  entitled to priority pursuant to 11 U.S.C. § 507(a)(7), shall be allowed at $3,350.00, with the excess

14  of $356.74 to be reclassified and treated as a general unsecured claim.

15         3.      The amount of Proof of Claim No. 1965-1, filed by Cameron David Nash, that is

16  entitled to priority pursuant to 11 U.S.C. § 507(a)(7), shall be allowed at $0.00, with the excess of

17  $3,706.74 to be reclassified and treated as a general unsecured claim.

18         4.      The Trustee reserves all rights with respect to the claims herein, and nothing in this

19  Order shall be considered a waiver of rights or defenses, election of remedies, or any other

20  concession, and such claims remain subject to any objection as to the amounts or merits.

21                                              # # #

22

23

24     Date: February 13, 2025                     Scott C. Clarkson
                                                   United States Bankruptcy Judge

25

26

27

28
       4906-1007-7459, v. 1

                                                2