United States Bankruptcy Court

Central District of California

In re:  Case No. 23-10571-SC

The Litigation Practice Group P.C.  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 10

Date Rcvd: Feb 13, 2025      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2025      Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2025 at the address(es) listed below:

**Name**      **Email Address**

Aaron E. De Leest
     on behalf of Trustee Richard A Marshack (TR) adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Adam D Stein-Sapir
     on behalf of Creditor Pioneer Funding Group  LLC info@pfllc.com

Alan Craig Hochheiser
     on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com  arodriguez@mauricewutscher.com

Alan I Nahmias
     on behalf of Interested Party Courtesy NEF anahmias@mbn.law  jdale@mbn.law

Alan W Forsley

| | |
|---|---|
| | on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com |
| Alan W Forsley | |
| | on behalf of Creditor Anthem Blue Cross of California alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com |
| Amy Lynn Ginsburg | |
| | on behalf of Creditor Amy Ginsburg efilings@ginsburglawgroup.com |
| Amy Lynn Ginsburg | |
| | on behalf of Creditor Shannon Bellfield efilings@ginsburglawgroup.com |
| Amy Lynn Ginsburg | |
| | on behalf of Creditor Kenton Cobb efilings@ginsburglawgroup.com |
| Andrew Still | |
| | on behalf of Creditor Alteryx Inc. astill@swlaw.com, kcollins@swlaw.com |
| Andrew Still | |
| | on behalf of Interested Party Courtesy NEF astill@swlaw.com  kcollins@swlaw.com |
| Andrew Still | |
| | on behalf of Plaintiff Alteryx Inc. astill@swlaw.com, kcollins@swlaw.com |
| Anthony Paul Diehl | |
| | on behalf of Interested Party Courtesy NEF anthony@apdlaw.net Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net,9143954420@filings.docketbird.com |
| Ashley Dionisio | |
| | on behalf of Other Professional Omni Agent Solutions adionisio@omniagnt.com |
| Bradford Barnhardt | |
| | on behalf of Plaintiff Richard A. Marshack bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com |
| Bradford Barnhardt | |
| | on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com |
| Bradford Barnhardt | |
| | on behalf of Trustee Richard A Marshack (TR) bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com |
| Brett N Taylor | |
| | on behalf of Defendant Debt Resolution Direct LLC btaylor@cozen.com, arincon@cozen.com |
| Brian L Holman | |
| | on behalf of Creditor Sharp Electronics Corporation b.holman@musickpeeler.com |
| Britteny Leyva | |
| | on behalf of Interested Party Revolv3 Inc. bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com |
| Byron Z Moldo | |
| | on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com  aantonio@ecjlaw.com,dperez@ecjlaw.com |
| Charity J Manee | |
| | on behalf of Defendant Clear Vision Financial LLC cmanee@goeforlaw.com  kmurphy@goeforlaw.com |
| Charity J Manee | |
| | on behalf of Interested Party Goe Forsythe & Hodges LLP cmanee@goeforlaw.com  kmurphy@goeforlaw.com |
| Christopher Celentino | |
| | on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com  caron.burke@dinsmore.com |
| Christopher Celentino | |
| | on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com  caron.burke@dinsmore.com |
| Christopher Celentino | |
| | on behalf of Special Counsel Dinsmore & Shohl LLP christopher.celentino@dinsmore.com  caron.burke@dinsmore.com |
| Christopher Ghio | |
| | on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com  angelica.urena@dinsmore.com |
| Christopher Ghio | |
| | on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com  angelica.urena@dinsmore.com |
| Christopher J Langley | |
| | on behalf of Interested Party Courtesy NEF chris@slclawoffice.com langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com |
| D Edward Hays | |

Case 8:23-bk-10571-SC    Doc 2102    Filed 02/15/25    Entered 02/16/25 09:19:06    Desc
Imaged Certificate of Notice    Page 3 of 12

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 3 of 10 |
| Date Rcvd: Feb 13, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| D Edward Hays | |
| | on behalf of Interested Party Courtesy NEF ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| D Edward Hays | |
| | on behalf of Creditor Committee Committee of Unsecured Creditors ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| D Edward Hays | |
| | on behalf of Attorney Marshack Hays LLP ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| Daniel A Edelman | |
| | on behalf of Creditor Carolyn Beech dedelman@edcombs.com  courtecl@edcombs.com |
| Daniel A Lev | |
| | on behalf of Interested Party Liberty Acquisitions Group Inc. daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| Daniel A Lev | |
| | on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com  cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| Daniel H Reiss | |
| | on behalf of Defendant Eng Taing dhr@lnbyg.com  dhr@ecf.inforuptcy.com |
| Daniel H Reiss | |
| | on behalf of Defendant Touzi Capital  LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com |
| Daniel H Reiss | |
| | on behalf of Defendant PECC Corp dhr@lnbyg.com  dhr@ecf.inforuptcy.com |
| Daniel S March | |
| | on behalf of Interested Party INTERESTED PARTY marchlawoffice@gmail.com  marchdr94019@notify.bestcase.com |
| Daniel S March | |
| | on behalf of Defendant Daniel S. March marchlawoffice@gmail.com  marchdr94019@notify.bestcase.com |
| David M Goodrich | |
| | on behalf of Interested Party Courtesy NEF dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David M Goodrich | |
| | on behalf of Creditor United Partnerships  LLC dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David S Kupetz | |
| | on behalf of Defendant Marich Bein LLC david.kupetz@troutman.com  mylene.ruiz@troutman.com |
| David S Kupetz | |
| | on behalf of Defendant Marich Bein  LLC david.kupetz@troutman.com, mylene.ruiz@troutman.com |
| David S Kupetz | |
| | on behalf of Interested Party Courtesy NEF david.kupetz@troutman.com  mylene.ruiz@troutman.com |
| David S Kupetz | |
| | on behalf of Interested Party Marich Bein LLC david.kupetz@troutman.com  mylene.ruiz@troutman.com |
| Eric Bensamochan | |
| | on behalf of Creditor Oxford Knox  LLC eric@eblawfirm.us, G63723@notify.cincompass.com |
| Eric Bensamochan | |
| | on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us  G63723@notify.cincompass.com |
| Eric Bensamochan | |
| | on behalf of Interested Party Courtesy NEF eric@eblawfirm.us  G63723@notify.cincompass.com |
| Eric Gassman | |
| | on behalf of Creditor Herret Credit erg@gassmanlawgroup.com  gassman.ericb112993@notify.bestcase.com |
| Eric D Goldberg | |
| | on behalf of Defendant Stripe  Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| Ethan J Birnberg | |
| | on behalf of Defendant BMF Advance  LLC birnberg@portersimon.com, kdwyer@portersimon.com |
| Ethan J Birnberg | |
| | on behalf of Defendant Diverse Capital LLC birnberg@portersimon.com  kdwyer@portersimon.com |
| Garrick A Hollander | |
| | on behalf of Creditor Debt Validation Fund II  LLC ghollander@wghlawyers.com, |

Case 8:23-bk-10571-SC    Doc 2102    Filed 02/15/25    Entered 02/16/25 09:19:06    Desc
Imaged Certificate of Notice    Page 4 of 12

| District/off: 0973-8 | User: admin | Page 4 of 10 |
|---|---|---|
| Date Rcvd: Feb 13, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Garrick A Hollander | on behalf of Creditor MC DVI Fund 1 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Garrick A Hollander | on behalf of Creditor MC DVI Fund 2 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Glenn D. Moses | on behalf of Creditor ADP Inc gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;imalcolm@ecf.courtdrive.com;jadelgado@venable.com |
| Gregory M Salvato | on behalf of Creditor Mari Agape gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Gregory M Salvato | on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Howard Steinberg | on behalf of Defendant BankUnited N.A. steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com |
| Howard M Ehrenberg | on behalf of Defendant New Horizon Finance LLC Howard.Ehrenberg@gmlaw.com hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com |
| Ira David Kharasch | on behalf of Defendant Consumer Legal Group PC ikharasch@pszjlaw.com |
| Ira David Kharasch | on behalf of Interested Party Liberty Acquisitions Group Inc. ikharasch@pszjlaw.com |
| Ira David Kharasch | on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com |
| Ira David Kharasch | on behalf of Defendant LGS Holdco LLC ikharasch@pszjlaw.com |
| Ira David Kharasch | on behalf of Interested Party LGS Holdco LLC ikharasch@pszjlaw.com |
| Ira David Kharasch | on behalf of Interested Party Consumer Legal Group P.C. ikharasch@pszjlaw.com |
| Ira David Kharasch | on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com |
| Israel Orozco | on behalf of Creditor Israel Orozco israel@iolawcorp.com |
| Jacob Newsum-Bothamley | on behalf of Trustee Richard A Marshack (TR) jacob.bothamley@dinsmore.com bonnie.connolly@dinsmore.com |
| Jacob Newsum-Bothamley | on behalf of Plaintiff Richard A. Marshack jacob.bothamley@dinsmore.com bonnie.connolly@dinsmore.com |
| Jamie D Mottola | on behalf of Plaintiff Richard A. Marshack Chapter 11 Trustee Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com |
| Jeffrey I Golden | on behalf of Interested Party Courtesy NEF jgolden@go2.law kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden | on behalf of Creditor Affirma LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden | on behalf of Creditor Anaheim Ducks Hockey Club LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden | on behalf of Creditor Oxford Knox LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |

Case 8:23-bk-10571-SC    Doc 2102    Filed 02/15/25    Entered 02/16/25 09:19:06    Desc
Imaged Certificate of Notice    Page 5 of 12

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 5 of 10 |
| Date Rcvd: Feb 13, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Jeffrey I Golden | on behalf of Creditor Anaheim Arena Management  LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey M Singletary | on behalf of Plaintiff Alteryx  Inc. jsingletary@swlaw.com, rmckay@swlaw.com |
| Jeffrey S Shinbrot | on behalf of Interested Party Brandon Turner jeffrey@shinbrotfirm.com sandra@shinbrotfirm.com;tanya@shinbrotfirm.com |
| Jenny L Doling | on behalf of Interested Party National Consumer Bankruptcy Rights Center jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net |
| Jenny L Doling | on behalf of Interested Party INTERESTED PARTY jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net |
| Jenny L Doling | on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net |
| Jeremy Faith | on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com |
| Jeremy Faith | on behalf of Defendant Colbalt Funding Solutions  LLC Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com |
| Jeremy Freedman | on behalf of Plaintiff Richard A. Marshack jeremy.freedman@dinsmore.com bonnie.connolly@dinsmore.com |
| Jeremy Freedman | on behalf of Trustee Richard A Marshack (TR) jeremy.freedman@dinsmore.com bonnie.connolly@dinsmore.com |
| John H. Stephens | on behalf of Plaintiff Richard A Marshack john.stephens@dinsmore.com lizbeth.alonso@dinsmore.com |
| John H. Stephens | on behalf of Plaintiff Richard A. Marshack john.stephens@dinsmore.com lizbeth.alonso@dinsmore.com |
| Johnny White | on behalf of Creditor Debt Relief Group  LLC JWhite@wrslawyers.com, jlee@wrslawyers.com |
| Johnny White | on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com jlee@wrslawyers.com |
| Jonathan Serrano | on behalf of Special Counsel Dinsmore & Shohl LLP Jonathan@MarguliesFaithLaw.com vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com |
| Jonathan Serrano | on behalf of Trustee Richard A Marshack (TR) Jonathan@MarguliesFaithLaw.com vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com |
| Jonathan Serrano | on behalf of Plaintiff Richard A. Marshack Jonathan@MarguliesFaithLaw.com vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com |
| Joon M Khang | on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com |
| Joon M Khang | on behalf of Attorney Khang & Khang LLP joon@khanglaw.com |
| Kathleen P March | on behalf of Interested Party The Bankruptcy Law Firm  P.C. kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | on behalf of Creditor Phuong (Jayde) Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | on behalf of Defendant Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | on behalf of Creditor Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | on behalf of Defendant Jayde Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 6 of 10 |
| Date Rcvd: Feb 13, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Kathleen P March
    on behalf of Defendant Han Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
    on behalf of Creditor Greyson Law Center PC kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Keith C Owens
    on behalf of Creditor Committee Committee of Unsecured Creditors kowens@foxrothschild.com  khoang@foxrothschild.com

Keith C Owens
    on behalf of Intervenor OFFICIAL COMMITTEE OF UNSECURED CREDITORS kowens@foxrothschild.com
    khoang@foxrothschild.com

Keith C Owens
    on behalf of Creditor Committee Post-Confirmation Oversight Committee kowens@foxrothschild.com
    khoang@foxrothschild.com

Keith C Owens
    on behalf of Plaintiff Richard A. Marshack kowens@foxrothschild.com  khoang@foxrothschild.com

Kelli Ann Lee
    on behalf of Trustee Richard A Marshack (TR) Kelli.lee@dinsmore.com  kristy.allen@dinsmore.com

Kenneth Misken
    on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

Kevin Alan Rogers
    on behalf of Creditor Wells Marble and Hurst  PLLC krogers@wellsmar.com

Kyra E Andrassy
    on behalf of Defendant Arash Asante Bayrooti kandrassy@raineslaw.com  bclark@raineslaw.com;jfisher@raineslaw.com

Kyra E Andrassy
    on behalf of Interested Party Courtesy NEF kandrassy@raineslaw.com  bclark@raineslaw.com;jfisher@raineslaw.com

Laila Masud
    on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com
    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud
    on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com
    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud
    on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com
    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud
    on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com
    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Leslie A Cohen
    on behalf of Defendant Rosa Bianca Loli leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Leslie A Cohen
    on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Lisa Patel
    on behalf of Defendant OptimumBank Holdings  Inc. lpatel@lesnickprince.com,
    jmack@lesnickprince.com;jnavarro@lesnickprince.com

Marc C Forsythe
    on behalf of Defendant Clear Vision Financial LLC mforsythe@goeforlaw.com
    mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Marc C Forsythe
    on behalf of Defendant Point Break Holdings LLC mforsythe@goeforlaw.com
    mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Marc C Forsythe
    on behalf of Defendant Perfect Financial  LLC mforsythe@goeforlaw.com,
    mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Mark J Markus
    on behalf of Creditor David Orr   markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com

Matthew A Lesnick
    on behalf of Defendant OptimumBank Holdings  Inc. matt@lesnickprince.com,
    matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew J Stockl
    on behalf of Trustee Richard A Marshack (TR) matthew.stockl@dinsmore.com  katrice.ortiz@dinsmore.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 7 of 10 |
| Date Rcvd: Feb 13, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Matthew J Stockl
    on behalf of Plaintiff Richard A. Marshack matthew.stockl@dinsmore.com  katrice.ortiz@dinsmore.com

Maureen J Shanahan
    on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Mstotaro@aol.com

Meredith Fahn
    on behalf of Creditor Meredith Fahn fahn@sbcglobal.net

Meredith King
    on behalf of Interested Party Courtesy NEF mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Meredith King
    on behalf of Defendant Gallant Law Group mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Michael D Lieberman
    on behalf of Creditor Phillip A. Greenblatt PLLC mlieberman@lipsonneilson.com

Michael Jay Berger
    on behalf of Defendant Leucadia Enterprises Inc michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael R Pinkston
    on behalf of Creditor Wells Marble and Hurst PLLC rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com

Michael R Totaro
    on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Ocbkatty@aol.com

Michael R Totaro
    on behalf of Interested Party Randall Baldwin Clark Ocbkatty@aol.com

Michael W Davis
    on behalf of Defendant Morning Law Group P.C. mdavis@dtolaw.com, ygodson@dtolaw.com

Mitchell B Ludwig
    on behalf of Defendant Bridge Funding Cap LLC mbl@kpclegal.com, kad@kpclegal.com

Mitchell B Ludwig
    on behalf of Creditor Fundura Capital Group mbl@kpclegal.com  kad@kpclegal.com

Nicholas A Koffroth
    on behalf of Creditor Committee Post-Confirmation Oversight Committee nkoffroth@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
    on behalf of Other Professional Post-Confirmation Oversight Committee as Successor in Interest to the Official Committee of Unsecured Creditors nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
    on behalf of Plaintiff Richard A. Marshack nkoffroth@foxrothschild.com  khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
    on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Olivia Scott
    on behalf of Creditor Hi Bar Capital LLC olivia.scott@hklaw.com

Olivia Scott
    on behalf of Creditor Azzure Capital LLC olivia.scott@hklaw.com

Paul R Shankman
    on behalf of Creditor United Partnerships LLC PShankman@fortislaw.com, info@fortislaw.com

Paul R Shankman
    on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com  info@fortislaw.com

Peter L Isola
    on behalf of Interested Party Merchants Credit Corporation pisola@hinshawlaw.com rmojica@hinshawlaw.com,iking@hinshawlaw.com

Peter W Bowie
    on behalf of Trustee Richard A Marshack (TR) peter.bowie@dinsmore.com  caron.burke@dinsmore.com

Queenie K Ng
    on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Randall Baldwin Clark
    on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com

Razmig Izakelian
    on behalf of Creditor OHP-CDR LP razmigizakelian@quinnemanuel.com

| | |
|---|---|
| Razmig Izakelian | on behalf of Plaintiff OHP-CDR LP razmigizakelian@quinnemanuel.com |
| Razmig Izakelian | on behalf of Counter-Defendant PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com |
| Razmig Izakelian | on behalf of Plaintiff PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com |
| Razmig Izakelian | on behalf of Counter-Defendant OHP-CDR LP razmigizakelian@quinnemanuel.com |
| Reina Zepeda | on behalf of Other Professional Omni Agent Solutions rzepeda@omniagnt.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com |
| Richard H Golubow | on behalf of Creditor MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard H Golubow | on behalf of Creditor Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard H Golubow | on behalf of Defendant Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard H Golubow | on behalf of Defendant MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard H Golubow | on behalf of Defendant MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard H Golubow | on behalf of Creditor MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard L. Hyde | on behalf of Interested Party Courtesy NEF rhyde@awglaw.com |
| Ronald K Brown | on behalf of Creditor SDCO Tustin Executive Center Inc. ron@rkbrownlaw.com |
| Ronald N Richards | on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com |
| Sara Johnston | on behalf of Trustee Richard A Marshack (TR) sara.johnston@dinsmore.com |
| Sarah S. Mattingly | on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com |
| Sarah S. Mattingly | on behalf of Plaintiff Richard A. Marshack Chapter 11 Trustee sarah.mattingly@dinsmore.com |
| Sarah S. Mattingly | on behalf of Defendant Clearcube LLC sarah.mattingly@dinsmore.com |
| Sarah S. Mattingly | on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com |
| Sarah S. Mattingly | on behalf of Trustee Richard A Marshack (TR) sarah.mattingly@dinsmore.com |
| Sharon Z. Weiss | on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com |
| Sharon Z. Weiss | on behalf of Defendant Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com |
| Sharon Z. Weiss | on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com |
| Shawn M Christianson | on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com schristianson@buchalter.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 9 of 10 |
| Date Rcvd: Feb 13, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Spencer Keith Gray
    on behalf of Trustee Richard A Marshack (TR) spencer.gray@dinsmore.com  wendy.yones@dinsmore.com

Spencer Keith Gray
    on behalf of Plaintiff Richard A Marshack spencer.gray@dinsmore.com  wendy.yones@dinsmore.com

Stella A Havkin
    on behalf of Defendant Bridge Funding Cap  LLC stella@havkinandshrago.com, shavkinesq@gmail.com

Sweeney Kelly
    on behalf of Defendant Fidelity National Information Services  Inc. kelly@ksgklaw.com

Sweeney Kelly
    on behalf of Defendant Worldpay Group kelly@ksgklaw.com

Sweeney Kelly
    on behalf of Defendant Fidelity National Information Services  Inc. dba FIS kelly@ksgklaw.com

Sweeney Kelly
    on behalf of Defendant Worldpay  LLC kelly@ksgklaw.com

Tony May
    on behalf of Defendant Matthew Lovelady tmay@maybrocklaw.com

Tyler Powell
    on behalf of Counter-Defendant Richard A Marshack (TR) tyler.powell@dinsmore.com
    jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell
    on behalf of Counter-Claimant Richard A Marshack (TR) tyler.powell@dinsmore.com
    jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell
    on behalf of Trustee Richard A Marshack (TR) tyler.powell@dinsmore.com
    jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell
    on behalf of Plaintiff Richard A. Marshack tyler.powell@dinsmore.com
    jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell
    on behalf of Counter-Claimant Richard A. Marshack tyler.powell@dinsmore.com
    jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell
    on behalf of Defendant Richard A. Marshack tyler.powell@dinsmore.com
    jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell
    on behalf of Plaintiff Richard A Marshack tyler.powell@dinsmore.com
    jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

Vanessa Rodriguez
    on behalf of Plaintiff Richard A. Marshack vanessa.rodriguez@dinsmore.com  katherine.hemphill@dinsmore.com

Vanessa Rodriguez
    on behalf of Trustee Richard A Marshack (TR) vanessa.rodriguez@dinsmore.com  katherine.hemphill@dinsmore.com

Veneeta Jaswal
    on behalf of Plaintiff Richard A Marshack veneeta.jaswal@dinsmore.com  bonnie.connolly@dinsmore.com

Veneeta Jaswal
    on behalf of Plaintiff Richard A. Marshack veneeta.jaswal@dinsmore.com  bonnie.connolly@dinsmore.com

Victoria Newmark
    on behalf of Defendant Consumer Legal Group  PC vnewmark@pszjlaw.com,
    hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
    on behalf of Interested Party Consumer Legal Group  P.C. vnewmark@pszjlaw.com,
    hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
    on behalf of Defendant LGS Holdco  LLC vnewmark@pszjlaw.com,
    hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
    on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com
    hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 10 of 10 |
| Date Rcvd: Feb 13, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Victoria Newmark
    on behalf of Interested Party Liberty Acquisitions Group Inc. vnewmark@pszjlaw.com hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
    on behalf of Interested Party LGS Holdco  LLC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Vincent Renda
    on behalf of Creditor Unified Global Research Group  Inc vr@pinlegal.com, ld@pinlegal.com

William McCormick
    on behalf of Creditor TN Dept of Revenue Bill.McCormick@ag.tn.gov

William J Wall
    on behalf of Witness Bradford Lee wwall@wall-law.com

William P. Fennell
    on behalf of Creditor Validation Partners LLC william.fennell@fennelllaw.com wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com;Fennell.WilliamP.B143386@notify.bestcase.com

Yisrael Gelb
    on behalf of Defendant Bridge Funding Cap  LLC yisrael@gelblawapc.com

Yosina M Lissebeck
    on behalf of Counter-Claimant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

Yosina M Lissebeck
    on behalf of Special Counsel Dinsmore & Shohl LLP Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

Yosina M Lissebeck
    on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

Yosina M Lissebeck
    on behalf of Defendant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

Yosina M Lissebeck
    on behalf of Trustee Richard A Marshack (TR) Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

Zev Shechtman
    on behalf of Interested Party Danning Gill Israel & Krasnoff LLP Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
    on behalf of Interested Party Morning Law Group  P.C. Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

TOTAL: 214

|   |   |
|---|---|
| D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>AARON E. DE LEEST, #216832<br>adeleest@marshackhays.com<br>BRADFORD N. BARNHARDT, #328705<br>bbarnhardt@marshackhays.com<br>MARSHACK HAYS WOOD LLP<br>870 Roosevelt<br>Irvine, California 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778 | **FILED & ENTERED**<br><br>FEB 13 2025<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte    **DEPUTY CLERK** |

General Counsel for Richard A. Marshack, Trustee for the Bankruptcy Estate of the Litigation Practice Group and the LPG Liquidation Trust

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>ORDER GRANTING TRUSTEE'S OMNIBUS OBJECTION TO ALLEGED PRIORITY CLAIMS THAT LACK EVIDENCE SUPPORTING PRIORITY STATUS |

| Claimant | Claim No. |
|---|---|
| John Dunn | C571-10198.1 |
| William Gagne | C571-101061.1 |

Hearing
Date:  February 5, 2025
Time: 11:00 a.m.
Ctrm: 5C - ViaZoom
Place: 411 West Fourth Street
       Santa Ana, CA  92701

The Court has read and considered the Omnibus Objection to Alleged Priority Claims that Lack Evidence Supporting Priority Status ("Motion") filed by Richard A. Marshack, Chapter 11 Trustee for the bankruptcy estate of the Litigation Practice Group P.C. ("Debtor") and Liquidating Trustee of the LPG Liquidation Trust (collectively, "Trustee") on October 3, 2024, as Dk. No. 1785. On January 6, 2025, as Docket No. 2010, the Court entered an "Order (1) Continuing Hearing on Objection to Claims of John Dunn and William Gagne to February 5, 2025, at 11:00 a.m. and (2)

1

Granting Trustee's Omnibus Objection to Alleged Priority Claims that Lack Evidence Supporting Priority Status."

On December 13, 2024, as Docket No. 1986, the Trustee filed a "Notice of Continued Hearing on Trustee's Omnibus Objection to Alleged Priority Claims that Lack Evidence Supporting Priority Status" ("Notice"). On January 3, 2025, as Dk. No. 2006, Trustee filed an Amended Proof of Service of the Notice which included proof of service on William Gagne and John Dunn by United States Mail. Prior to the continued hearing on the Motion scheduled for February 5, 2025, regarding the claims of William Gagne and John Dunn, the Court published a tentative ruling to grant the Motion and excuse appearances.

The Court has further noted that no party filed a response to the Motion. For the reasons set forth in the Motion, the Court has found good cause to grant the Motion.

IT IS ORDERED:

1. The Motion is granted in its entirety.

2. Claim No. C571-101981.1, filed by John Dunn in the amount of $25,000.00, is disallowed as priority claim and is reclassified as a general unsecured claim.

3. Claim No. C571-101061.1, filed by William Gagne in the amount of $17,736.00, is disallowed as priority claim and is reclassified as a general unsecured claim.

4. The Trustee reserves all rights with respect to the claims herein, and nothing in this Order shall be considered a waiver of rights or defenses, election of remedies, or any other concession, and such claims remain subject to any objection as to the amounts or merits.

### ###

Date: February 13, 2025

Scott C. Clarkson
United States Bankruptcy Judge

4902-6991-2602, v. 1

2