United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10571-SC |
| The Litigation Practice Group P.C. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 10 |
| Date Rcvd: Feb 13, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 15, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron E. De Leest | on behalf of Trustee Richard A Marshack (TR) adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Adam D Stein-Sapir | on behalf of Creditor Pioneer Funding Group  LLC info@pfllc.com |
| Alan Craig Hochheiser | on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com  arodriguez@mauricewutscher.com |
| Alan I Nahmias | on behalf of Interested Party Courtesy NEF anahmias@mbn.law  jdale@mbn.law |
| Alan W Forsley | |

Case 8:23-bk-10571-SC    Doc 2105    Filed 02/15/25    Entered 02/16/25 09:19:06    Desc
Imaged Certificate of Notice    Page 2 of 13

| District/off: 0973-8 | User: admin | Page 2 of 10 |
|---|---|---|
| Date Rcvd: Feb 13, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Alan W Forsley
    on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com

    on behalf of Creditor Anthem Blue Cross of California alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com

Amy Lynn Ginsburg
    on behalf of Creditor Amy Ginsburg efilings@ginsburglawgroup.com

Amy Lynn Ginsburg
    on behalf of Creditor Shannon Bellfield efilings@ginsburglawgroup.com

Amy Lynn Ginsburg
    on behalf of Creditor Kenton Cobb efilings@ginsburglawgroup.com

Andrew Still
    on behalf of Creditor Alteryx  Inc. astill@swlaw.com, kcollins@swlaw.com

Andrew Still
    on behalf of Interested Party Courtesy NEF astill@swlaw.com  kcollins@swlaw.com

Andrew Still
    on behalf of Plaintiff Alteryx  Inc. astill@swlaw.com, kcollins@swlaw.com

Anthony Paul Diehl
    on behalf of Interested Party Courtesy NEF anthony@apdlaw.net Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net,9143954420@filings.docketbird.com

Ashley Dionisio
    on behalf of Other Professional Omni Agent Solutions adionisio@omniagnt.com

Belinda M Vega
    on behalf of Creditor ADP  Inc apark@venable.com

Bradford Barnhardt
    on behalf of Plaintiff Richard A. Marshack bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt
    on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt
    on behalf of Trustee Richard A Marshack (TR) bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Brett N Taylor
    on behalf of Defendant Debt Resolution Direct  LLC btaylor@cozen.com, arincon@cozen.com

Brian L Holman
    on behalf of Creditor Sharp Electronics Corporation b.holman@musickpeeler.com

Britteny Leyva
    on behalf of Interested Party Revolv3  Inc. bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com

Byron Z Moldo
    on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com  aantonio@ecjlaw.com,dperez@ecjlaw.com

Charity J Manee
    on behalf of Defendant Clear Vision Financial LLC cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Charity J Manee
    on behalf of Interested Party Goe Forsythe & Hodges LLP cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Christopher Celentino
    on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Celentino
    on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Celentino
    on behalf of Special Counsel Dinsmore & Shohl LLP christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Ghio
    on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com  angelica.urena@dinsmore.com

Christopher Ghio
    on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com  angelica.urena@dinsmore.com

Christopher J Langley
    on behalf of Interested Party Courtesy NEF chris@slclawoffice.com

langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com

D Edward Hays
  on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com
  ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
  on behalf of Interested Party Courtesy NEF ehays@marshackhays.com
  ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
  on behalf of Creditor Committee Committee of Unsecured Creditors ehays@marshackhays.com
  ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
  on behalf of Attorney Marshack Hays LLP ehays@marshackhays.com
  ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Daniel A Edelman
  on behalf of Creditor Carolyn Beech dedelman@edcombs.com courtecl@edcombs.com

Daniel A Lev
  on behalf of Interested Party Liberty Acquisitions Group Inc. daniel.lev@gmlaw.com
  cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
  on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel H Reiss
  on behalf of Defendant Eng Taing dhr@lnbyg.com dhr@ecf.inforuptcy.com

Daniel H Reiss
  on behalf of Defendant Touzi Capital LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel H Reiss
  on behalf of Defendant PECC Corp dhr@lnbyg.com dhr@ecf.inforuptcy.com

Daniel S March
  on behalf of Interested Party INTERESTED PARTY marchlawoffice@gmail.com marchdr94019@notify.bestcase.com

Daniel S March
  on behalf of Defendant Daniel S. March marchlawoffice@gmail.com marchdr94019@notify.bestcase.com

David M Goodrich
  on behalf of Interested Party Courtesy NEF dgoodrich@go2.law
  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
  on behalf of Creditor United Partnerships LLC dgoodrich@go2.law,
  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David S Kupetz
  on behalf of Defendant Marich Bein LLC david.kupetz@troutman.com mylene.ruiz@troutman.com

David S Kupetz
  on behalf of Defendant Marich Bein LLC david.kupetz@troutman.com, mylene.ruiz@troutman.com

David S Kupetz
  on behalf of Interested Party Courtesy NEF david.kupetz@troutman.com mylene.ruiz@troutman.com

David S Kupetz
  on behalf of Interested Party Marich Bein LLC david.kupetz@troutman.com mylene.ruiz@troutman.com

Eric Bensamochan
  on behalf of Creditor Oxford Knox LLC eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan
  on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us G63723@notify.cincompass.com

Eric Bensamochan
  on behalf of Interested Party Courtesy NEF eric@eblawfirm.us G63723@notify.cincompass.com

Eric Gassman
  on behalf of Creditor Herret Credit erg@gassmanlawgroup.com gassman.ericb112993@notify.bestcase.com

Eric D Goldberg
  on behalf of Defendant Stripe Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Ethan J Birnberg
  on behalf of Defendant BMF Advance LLC birnberg@portersimon.com, kdwyer@portersimon.com

Ethan J Birnberg
  on behalf of Defendant Diverse Capital LLC birnberg@portersimon.com kdwyer@portersimon.com

| District/off: 0973-8 | User: admin | Page 4 of 10 |
|---|---|---|
| Date Rcvd: Feb 13, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Garrick A Hollander
    on behalf of Creditor Debt Validation Fund II LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
    on behalf of Creditor MC DVI Fund 1 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
    on behalf of Creditor MC DVI Fund 2 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Glenn D. Moses
    on behalf of Creditor ADP Inc gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;imalcolm@ecf.courtdrive.com;jadelgado@venable.com

Gregory M Salvato
    on behalf of Creditor Mari Agape gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
    on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Howard Steinberg
    on behalf of Defendant BankUnited N.A. steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Howard M Ehrenberg
    on behalf of Defendant New Horizon Finance LLC Howard.Ehrenberg@gmlaw.com hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com

Ira David Kharasch
    on behalf of Defendant Consumer Legal Group PC ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Interested Party Liberty Acquisitions Group Inc. ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Defendant LGS Holdco LLC ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Interested Party LGS Holdco LLC ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Interested Party Consumer Legal Group P.C. ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com

Israel Orozco
    on behalf of Creditor Israel Orozco israel@iolawcorp.com

Jacob Newsum-Bothamley
    on behalf of Trustee Richard A Marshack (TR) jacob.bothamley@dinsmore.com bonnie.connolly@dinsmore.com

Jacob Newsum-Bothamley
    on behalf of Plaintiff Richard A. Marshack jacob.bothamley@dinsmore.com bonnie.connolly@dinsmore.com

Jamie D Mottola
    on behalf of Plaintiff Richard A. Marshack Chapter 11 Trustee Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com

Jeffrey I Golden
    on behalf of Interested Party Courtesy NEF jgolden@go2.law kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
    on behalf of Creditor Affirma LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
    on behalf of Creditor Anaheim Ducks Hockey Club LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
    on behalf of Creditor Oxford Knox LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b

Case 8:23-bk-10571-SC    Doc 2105    Filed 02/15/25    Entered 02/16/25 09:19:06    Desc
Imaged Certificate of Notice    Page 5 of 13

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 5 of 10 |
| Date Rcvd: Feb 13, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | estcase.com |
| Jeffrey I Golden | on behalf of Creditor Anaheim Arena Management LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey M Singletary | on behalf of Plaintiff Alteryx Inc. jsingletary@swlaw.com, rmckay@swlaw.com |
| Jeffrey S Shinbrot | on behalf of Interested Party Brandon Turner jeffrey@shinbrotfirm.com sandra@shinbrotfirm.com;tanya@shinbrotfirm.com |
| Jenny L Doling | on behalf of Interested Party National Consumer Bankruptcy Rights Center jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net |
| Jenny L Doling | on behalf of Interested Party INTERESTED PARTY jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net |
| Jenny L Doling | on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net |
| Jeremy Faith | on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com |
| Jeremy Faith | on behalf of Defendant Colbalt Funding Solutions LLC Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com |
| Jeremy Freedman | on behalf of Plaintiff Richard A. Marshack jeremy.freedman@dinsmore.com bonnie.connolly@dinsmore.com |
| Jeremy Freedman | on behalf of Trustee Richard A Marshack (TR) jeremy.freedman@dinsmore.com bonnie.connolly@dinsmore.com |
| John H. Stephens | on behalf of Plaintiff Richard A Marshack john.stephens@dinsmore.com lizbeth.alonso@dinsmore.com |
| John H. Stephens | on behalf of Plaintiff Richard A. Marshack john.stephens@dinsmore.com lizbeth.alonso@dinsmore.com |
| Johnny White | on behalf of Creditor Debt Relief Group LLC JWhite@wrslawyers.com, jlee@wrslawyers.com |
| Johnny White | on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com jlee@wrslawyers.com |
| Jonathan Serrano | on behalf of Special Counsel Dinsmore & Shohl LLP Jonathan@MarguliesFaithLaw.com vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com |
| Jonathan Serrano | on behalf of Trustee Richard A Marshack (TR) Jonathan@MarguliesFaithLaw.com vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com |
| Jonathan Serrano | on behalf of Plaintiff Richard A. Marshack Jonathan@MarguliesFaithLaw.com vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com |
| Joon M Khang | on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com |
| Joon M Khang | on behalf of Attorney Khang & Khang LLP joon@khanglaw.com |
| Kathleen P March | on behalf of Interested Party The Bankruptcy Law Firm P.C. kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | on behalf of Creditor Phuong (Jayde) Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | on behalf of Defendant Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | on behalf of Creditor Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 6 of 10 |
| Date Rcvd: Feb 13, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Kathleen P March
    on behalf of Defendant Jayde Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
    on behalf of Defendant Han Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
    on behalf of Creditor Greyson Law Center PC kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Keith C Owens
    on behalf of Creditor Committee Committee of Unsecured Creditors kowens@foxrothschild.com  khoang@foxrothschild.com

Keith C Owens
    on behalf of Intervenor OFFICIAL COMMITTEE OF UNSECURED CREDITORS kowens@foxrothschild.com
    khoang@foxrothschild.com

Keith C Owens
    on behalf of Creditor Committee Post-Confirmation Oversight Committee kowens@foxrothschild.com
    khoang@foxrothschild.com

Keith C Owens
    on behalf of Plaintiff Richard A. Marshack kowens@foxrothschild.com  khoang@foxrothschild.com

Kelli Ann Lee
    on behalf of Trustee Richard A Marshack (TR) Kelli.lee@dinsmore.com  kristy.allen@dinsmore.com

Kenneth Misken
    on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

Kevin Alan Rogers
    on behalf of Creditor Wells Marble and Hurst  PLLC krogers@wellsmar.com

Kyra E Andrassy
    on behalf of Defendant Arash Asante Bayrooti kandrassy@raineslaw.com  bclark@raineslaw.com;jfisher@raineslaw.com

Kyra E Andrassy
    on behalf of Interested Party Courtesy NEF kandrassy@raineslaw.com  bclark@raineslaw.com;jfisher@raineslaw.com

Laila Masud
    on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com
    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud
    on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com
    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud
    on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com
    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud
    on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com
    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Leslie A Cohen
    on behalf of Defendant Rosa Bianca Loli leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Leslie A Cohen
    on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Lisa Patel
    on behalf of Defendant OptimumBank Holdings  Inc. lpatel@lesnickprince.com,
    jmack@lesnickprince.com;jnavarro@lesnickprince.com

Marc C Forsythe
    on behalf of Defendant Clear Vision Financial LLC mforsythe@goeforlaw.com
    mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Marc C Forsythe
    on behalf of Defendant Point Break Holdings LLC mforsythe@goeforlaw.com
    mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Marc C Forsythe
    on behalf of Defendant Perfect Financial  LLC mforsythe@goeforlaw.com,
    mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Mark J Markus
    on behalf of Creditor David Orr   markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com

Matthew A Lesnick
    on behalf of Defendant OptimumBank Holdings  Inc. matt@lesnickprince.com,
    matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew J Stockl

Case 8:23-bk-10571-SC    Doc 2105    Filed 02/15/25    Entered 02/16/25 09:19:06    Desc
Imaged Certificate of Notice    Page 7 of 13

| District/off: 0973-8 | User: admin | Page 7 of 10 |
|---|---|---|
| Date Rcvd: Feb 13, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Matthew J Stockl
  on behalf of Trustee Richard A Marshack (TR) matthew.stockl@dinsmore.com katrice.ortiz@dinsmore.com

  on behalf of Plaintiff Richard A. Marshack matthew.stockl@dinsmore.com katrice.ortiz@dinsmore.com

Maureen J Shanahan
  on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Mstotaro@aol.com

Meredith Fahn
  on behalf of Creditor Meredith Fahn fahn@sbcglobal.net

Meredith King
  on behalf of Interested Party Courtesy NEF mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law

Meredith King
  on behalf of Defendant Gallant Law Group mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law

Michael D Lieberman
  on behalf of Creditor Phillip A. Greenblatt PLLC mlieberman@lipsonneilson.com

Michael Jay Berger
  on behalf of Defendant Leucadia Enterprises Inc michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael R Pinkston
  on behalf of Creditor Wells Marble and Hurst PLLC rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com

Michael R Totaro
  on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Ocbkatty@aol.com

Michael R Totaro
  on behalf of Interested Party Randall Baldwin Clark Ocbkatty@aol.com

Michael W Davis
  on behalf of Defendant Morning Law Group P.C. mdavis@dtolaw.com, ygodson@dtolaw.com

Mitchell B Ludwig
  on behalf of Defendant Bridge Funding Cap LLC mbl@kpclegal.com, kad@kpclegal.com

Mitchell B Ludwig
  on behalf of Creditor Fundura Capital Group mbl@kpclegal.com kad@kpclegal.com

Nicholas A Koffroth
  on behalf of Creditor Committee Post-Confirmation Oversight Committee nkoffroth@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
  on behalf of Other Professional Post-Confirmation Oversight Committee as Successor in Interest to the Official Committee of Unsecured Creditors nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
  on behalf of Plaintiff Richard A. Marshack nkoffroth@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
  on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Olivia Scott
  on behalf of Creditor Hi Bar Capital LLC olivia.scott@hklaw.com

Olivia Scott
  on behalf of Creditor Azzure Capital LLC olivia.scott@hklaw.com

Paul R Shankman
  on behalf of Creditor United Partnerships LLC PShankman@fortislaw.com, info@fortislaw.com

Paul R Shankman
  on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com info@fortislaw.com

Peter L Isola
  on behalf of Interested Party Merchants Credit Corporation pisola@hinshawlaw.com rmojica@hinshawlaw.com,iking@hinshawlaw.com

Peter W Bowie
  on behalf of Trustee Richard A Marshack (TR) peter.bowie@dinsmore.com caron.burke@dinsmore.com

Queenie K Ng
  on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Randall Baldwin Clark
  on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com

Case 8:23-bk-10571-SC    Doc 2105    Filed 02/15/25    Entered 02/16/25 09:19:06    Desc
Imaged Certificate of Notice    Page 8 of 13

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 8 of 10 |
| Date Rcvd: Feb 13, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Razmig Izakelian | on behalf of Creditor OHP-CDR LP razmigizakelian@quinnemanuel.com |
| Razmig Izakelian | on behalf of Plaintiff OHP-CDR LP razmigizakelian@quinnemanuel.com |
| Razmig Izakelian | on behalf of Counter-Defendant PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com |
| Razmig Izakelian | on behalf of Plaintiff PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com |
| Razmig Izakelian | on behalf of Counter-Defendant OHP-CDR LP razmigizakelian@quinnemanuel.com |
| Reina Zepeda | on behalf of Other Professional Omni Agent Solutions rzepeda@omniagnt.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com |
| Richard H Golubow | on behalf of Creditor MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard H Golubow | on behalf of Creditor Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard H Golubow | on behalf of Defendant Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard H Golubow | on behalf of Defendant MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard H Golubow | on behalf of Defendant MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard H Golubow | on behalf of Creditor MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard L. Hyde | on behalf of Interested Party Courtesy NEF rhyde@awglaw.com |
| Ronald K Brown | on behalf of Creditor SDCO Tustin Executive Center Inc. ron@rkbrownlaw.com |
| Ronald N Richards | on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com |
| Sara Johnston | on behalf of Trustee Richard A Marshack (TR) sara.johnston@dinsmore.com |
| Sarah S. Mattingly | on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com |
| Sarah S. Mattingly | on behalf of Plaintiff Richard A. Marshack Chapter 11 Trustee sarah.mattingly@dinsmore.com |
| Sarah S. Mattingly | on behalf of Defendant Clearcube LLC sarah.mattingly@dinsmore.com |
| Sarah S. Mattingly | on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com |
| Sarah S. Mattingly | on behalf of Trustee Richard A Marshack (TR) sarah.mattingly@dinsmore.com |
| Sharon Z. Weiss | on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com |
| Sharon Z. Weiss | on behalf of Defendant Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com |
| Sharon Z. Weiss | on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com |

| Name | Details |
|---|---|
| Shawn M Christianson | on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com schristianson@buchalter.com |
| Spencer Keith Gray | on behalf of Trustee Richard A Marshack (TR) spencer.gray@dinsmore.com wendy.yones@dinsmore.com |
| Spencer Keith Gray | on behalf of Plaintiff Richard A Marshack spencer.gray@dinsmore.com wendy.yones@dinsmore.com |
| Stella A Havkin | on behalf of Defendant Bridge Funding Cap LLC stella@havkinandshrago.com, shavkinesq@gmail.com |
| Sweeney Kelly | on behalf of Defendant Fidelity National Information Services Inc. kelly@ksgklaw.com |
| Sweeney Kelly | on behalf of Defendant Worldpay Group kelly@ksgklaw.com |
| Sweeney Kelly | on behalf of Defendant Fidelity National Information Services Inc. dba FIS kelly@ksgklaw.com |
| Sweeney Kelly | on behalf of Defendant Worldpay LLC kelly@ksgklaw.com |
| Tony May | on behalf of Defendant Matthew Lovelady tmay@maybrocklaw.com |
| Tyler Powell | on behalf of Counter-Defendant Richard A Marshack (TR) tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com |
| Tyler Powell | on behalf of Counter-Claimant Richard A Marshack (TR) tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com |
| Tyler Powell | on behalf of Trustee Richard A Marshack (TR) tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com |
| Tyler Powell | on behalf of Plaintiff Richard A. Marshack tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com |
| Tyler Powell | on behalf of Counter-Claimant Richard A. Marshack tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com |
| Tyler Powell | on behalf of Defendant Richard A. Marshack tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com |
| Tyler Powell | on behalf of Plaintiff Richard A Marshack tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Vanessa Rodriguez | on behalf of Plaintiff Richard A. Marshack vanessa.rodriguez@dinsmore.com katherine.hemphill@dinsmore.com |
| Vanessa Rodriguez | on behalf of Trustee Richard A Marshack (TR) vanessa.rodriguez@dinsmore.com katherine.hemphill@dinsmore.com |
| Veneeta Jaswal | on behalf of Plaintiff Richard A Marshack veneeta.jaswal@dinsmore.com bonnie.connolly@dinsmore.com |
| Veneeta Jaswal | on behalf of Plaintiff Richard A. Marshack veneeta.jaswal@dinsmore.com bonnie.connolly@dinsmore.com |
| Victoria Newmark | on behalf of Defendant Consumer Legal Group PC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Victoria Newmark | on behalf of Interested Party Consumer Legal Group P.C. vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Victoria Newmark | on behalf of Defendant LGS Holdco LLC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Victoria Newmark | |

| | |
|---|---|
| | on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Victoria Newmark | on behalf of Interested Party Liberty Acquisitions Group Inc. vnewmark@pszjlaw.com hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Victoria Newmark | on behalf of Interested Party LGS Holdco LLC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Vincent Renda | on behalf of Creditor Unified Global Research Group Inc vr@pinlegal.com, ld@pinlegal.com |
| William McCormick | on behalf of Creditor TN Dept of Revenue Bill.McCormick@ag.tn.gov |
| William J Wall | on behalf of Witness Bradford Lee wwall@wall-law.com |
| William P. Fennell | on behalf of Creditor Validation Partners LLC william.fennell@fennelllaw.com wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com;Fennell.WilliamP.B143386@notify.bestcase.com |
| Yisrael Gelb | on behalf of Defendant Bridge Funding Cap LLC yisrael@gelblawapc.com |
| Yosina M Lissebeck | on behalf of Counter-Claimant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com |
| Yosina M Lissebeck | on behalf of Special Counsel Dinsmore & Shohl LLP Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com |
| Yosina M Lissebeck | on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com |
| Yosina M Lissebeck | on behalf of Defendant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com |
| Yosina M Lissebeck | on behalf of Trustee Richard A Marshack (TR) Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com |
| Zev Shechtman | on behalf of Interested Party Danning Gill Israel & Krasnoff LLP Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | on behalf of Interested Party Morning Law Group P.C. Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |

TOTAL: 215

D. EDWARD HAYS, #162507
ehays@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
ALINA MAMLYUK, #284154
amamlyuk@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

General Counsel for Chapter 11 Trustee,
Richard A. Marshack

**FILED & ENTERED**

**FEB 13 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

In re

THE LITIGATION PRACTICE GROUP P.C.,

Debtor.

Case No. 8:23-bk-10571-SC

Chapter 11

ORDER GRANTING CHAPTER 11 TRUSTEE'S OMNIBUS OBJECTION TO PROOFS OF CLAIM FILED FOR ALLEGED ADMINISTRATIVE CLAIMS

| Claimant (in Alphabetical Order) | Claim No.* |
|---|---|
| Carlos Bacsal | C 571-100717.1 |
| Gustavo Romani | C 571-101933.1 |
| Jacqueline Fomby-Lewis | C 571-102658.1 |
| Kermic P Basat Jr | C 571-102205.1 |
| Keysha Everage | C 571-100496.1 |
| Nationwide Appearance Attorneys, LLC | C 571-101660.1 |
| Stephanie Kay Albertson | C 571-101009.1 |

Hearing
Date:  January 16, 2025
Time:  11:00 a.m.
Ctrm: 5C – ViaZoom

1

      The Court has read and considered the Omnibus Objection to proofs of claim filed for alleged administrative claims ("Motion") of Richard A. Marshack, in his capacities as Chapter 11 Trustee of the Bankruptcy Estate of The Litigation Practice Group P.C. and Liquidating Trustee of the LPG Liquidation Trust (collectively, "Trustee"), filed on September 24, 2024, as Docket No. 1747.

      On November 22, 2024, as Docket No. 1935, the Court entered an "Order Granting Chapter 11 Trustee's Omnibus Objection to Proofs of Claim Filed for Alleged Administrative Claims," which, *inter alia*, continued the hearing on the Motion to January 16, 2025, regarding certain claims specified therein.

      On November 27, 2024, as Docket No. 1961, the Trustee filed a "Notice of Continued Hearing on Chapter 11 Trustee's Omnibus Objection to Proofs of Claim Filed for Alleged Administrative Claims." On December 2, 2024, the Trustee filed "Proof of Service of Notice of Continued Hearing on Chapter 11 Trustee's Omnibus Objection to Proofs of Claim Filed for Alleged Administrative Claims," which included proof of service by United States Mail on all parties required to be given notice of the continued hearing on the Motion.

      Prior to the hearing on the Motion scheduled for January 16, 2025, at 11:00 a.m., the Court published a tentative ruling to grant the Motion.

      The Court has further noted that the only response was filed by Carlos Bascal, Docket No. 1989, to which the Trustee filed a reply on January 9, 2025, as Docket No. 2018, and which the Court overrules as stated on the record during the January 16, 2025, hearing. For the reasons set forth in the Motion, the Court has found good cause to grant the Motion.

      IT IS ORDERED:

1. The Motion is granted in its entirety.

2. Claim No. C571-100717.1, filed by Carlos Bascal in the amount of $22,877.40, is disallowed as an administrative claim and is reclassified as a general unsecured claim.

3. Claim No. C571-101933.1, filed by Gustavo Romani in the amount of $10,000.00, is disallowed as an administrative claim and is reclassified as a general unsecured claim.

4. Claim No. C571-102658.1, filed by Jacqueline Fomby-Lewis in the amount of $21,543.00, is disallowed as an administrative claim and is reclassified as a general unsecured claim.

5. Claim No. C571-102205.1, filed by Kermic P. Basat, Jr. in the amount of $2,367.19, is disallowed as an administrative claim and is reclassified as a general unsecured claim.

6. Claim No. C571-100496.1, filed by Keysha Everage in the amount of $5,581.63, is disallowed as an administrative claim and is reclassified as a general unsecured claim.

7. Claim No. C571-101660.1, filed by Nationwide Appearance Attorneys, LLC in the amount of $3,400.00, is disallowed as an administrative claim and is reclassified as a general unsecured claim.

8. Claim No. C571-101009.1, filed by Stephanie Kay Albertson in the amount of $16,668.00, is disallowed as an administrative claim and is reclassified as a general unsecured claim.

9. The Trustee reserves all rights with respect to claims herein, and nothing in this Order shall be considered a waiver of rights or defenses, election of remedies, or any other concession, and such claims remain subject to any objection as to the amounts or merits.

###

Date: February 13, 2025

Scott C. Clarkson
United States Bankruptcy Judge

4933-7641-8323, v. 1

3