United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10571-SC |
| The Litigation Practice Group P.C. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 10 |
| Date Rcvd: Feb 13, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2025:**

**Recip ID**   **Recipient Name and Address**
db    #+ The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2025 at the address(es) listed below:

**Name**    **Email Address**

Aaron E. De Leest
    on behalf of Trustee Richard A Marshack (TR) adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Adam D Stein-Sapir
    on behalf of Creditor Pioneer Funding Group LLC info@pfllc.com

Alan Craig Hochheiser
    on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com arodriguez@mauricewutscher.com

Alan I Nahmias
    on behalf of Interested Party Courtesy NEF anahmias@mbn.law jdale@mbn.law

Alan W Forsley

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 10 |
| Date Rcvd: Feb 13, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Alan W Forsley
    on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com

Alan W Forsley
    on behalf of Creditor Anthem Blue Cross of California alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com

Amy Lynn Ginsburg
    on behalf of Creditor Amy Ginsburg efilings@ginsburglawgroup.com

Amy Lynn Ginsburg
    on behalf of Creditor Shannon Bellfield efilings@ginsburglawgroup.com

Amy Lynn Ginsburg
    on behalf of Creditor Kenton Cobb efilings@ginsburglawgroup.com

Andrew Still
    on behalf of Creditor Alteryx Inc. astill@swlaw.com, kcollins@swlaw.com

Andrew Still
    on behalf of Interested Party Courtesy NEF astill@swlaw.com kcollins@swlaw.com

Andrew Still
    on behalf of Plaintiff Alteryx Inc. astill@swlaw.com, kcollins@swlaw.com

Anthony Paul Diehl
    on behalf of Interested Party Courtesy NEF anthony@apdlaw.net Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net,9143954420@filings.docketbird.com

Ashley Dionisio
    on behalf of Other Professional Omni Agent Solutions adionisio@omniagnt.com

Belinda M Vega
    on behalf of Creditor ADP Inc apark@venable.com

Bradford Barnhardt
    on behalf of Plaintiff Richard A. Marshack bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt
    on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt
    on behalf of Trustee Richard A Marshack (TR) bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Brett N Taylor
    on behalf of Defendant Debt Resolution Direct LLC btaylor@cozen.com, arincon@cozen.com

Brian L Holman
    on behalf of Creditor Sharp Electronics Corporation b.holman@musickpeeler.com

Britteny Leyva
    on behalf of Interested Party Revolv3 Inc. bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com

Byron Z Moldo
    on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com aantonio@ecjlaw.com,dperez@ecjlaw.com

Charity J Manee
    on behalf of Defendant Clear Vision Financial LLC cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
    on behalf of Interested Party Goe Forsythe & Hodges LLP cmanee@goeforlaw.com kmurphy@goeforlaw.com

Christopher Celentino
    on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Celentino
    on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Celentino
    on behalf of Special Counsel Dinsmore & Shohl LLP christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Ghio
    on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com angelica.urena@dinsmore.com

Christopher Ghio
    on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com angelica.urena@dinsmore.com

Christopher J Langley
    on behalf of Interested Party Courtesy NEF chris@slclawoffice.com

District/off: 0973-8     User: admin     Page 3 of 10
Date Rcvd: Feb 13, 2025     Form ID: pdf042     Total Noticed: 1

langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com

D Edward Hays
on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Interested Party Courtesy NEF ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Creditor Committee Committee of Unsecured Creditors ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Attorney Marshack Hays LLP ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Daniel A Edelman
on behalf of Creditor Carolyn Beech dedelman@edcombs.com courtecl@edcombs.com

Daniel A Lev
on behalf of Interested Party Liberty Acquisitions Group Inc. daniel.lev@gmlaw.com
cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel H Reiss
on behalf of Defendant Eng Taing dhr@lnbyg.com dhr@ecf.inforuptcy.com

Daniel H Reiss
on behalf of Defendant Touzi Capital LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel H Reiss
on behalf of Defendant PECC Corp dhr@lnbyg.com dhr@ecf.inforuptcy.com

Daniel S March
on behalf of Interested Party INTERESTED PARTY marchlawoffice@gmail.com marchdr94019@notify.bestcase.com

Daniel S March
on behalf of Defendant Daniel S. March marchlawoffice@gmail.com marchdr94019@notify.bestcase.com

David M Goodrich
on behalf of Interested Party Courtesy NEF dgoodrich@go2.law
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
on behalf of Creditor United Partnerships LLC dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David S Kupetz
on behalf of Defendant Marich Bein LLC david.kupetz@troutman.com mylene.ruiz@troutman.com

David S Kupetz
on behalf of Defendant Marich Bein LLC david.kupetz@troutman.com, mylene.ruiz@troutman.com

David S Kupetz
on behalf of Interested Party Courtesy NEF david.kupetz@troutman.com mylene.ruiz@troutman.com

David S Kupetz
on behalf of Interested Party Marich Bein LLC david.kupetz@troutman.com mylene.ruiz@troutman.com

Eric Bensamochan
on behalf of Creditor Oxford Knox LLC eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan
on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us G63723@notify.cincompass.com

Eric Bensamochan
on behalf of Interested Party Courtesy NEF eric@eblawfirm.us G63723@notify.cincompass.com

Eric Gassman
on behalf of Creditor Herret Credit erg@gassmanlawgroup.com gassman.ericb112993@notify.bestcase.com

Eric D Goldberg
on behalf of Defendant Stripe Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Ethan J Birnberg
on behalf of Defendant BMF Advance LLC birnberg@portersimon.com, kdwyer@portersimon.com

Ethan J Birnberg
on behalf of Defendant Diverse Capital LLC birnberg@portersimon.com kdwyer@portersimon.com

Case 8:23-bk-10571-SC    Doc 2106    Filed 02/15/25    Entered 02/16/25 09:19:06    Desc
Imaged Certificate of Notice    Page 4 of 12

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 4 of 10 |
| Date Rcvd: Feb 13, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Garrick A Hollander | on behalf of Creditor Debt Validation Fund II LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Garrick A Hollander | on behalf of Creditor MC DVI Fund 1 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Garrick A Hollander | on behalf of Creditor MC DVI Fund 2 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Glenn D. Moses | on behalf of Creditor ADP Inc gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;imalcolm@ecf.courtdrive.com;jadelgado@venable.com |
| Gregory M Salvato | on behalf of Creditor Mari Agape gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Gregory M Salvato | on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Howard Steinberg | on behalf of Defendant BankUnited N.A. steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com |
| Howard M Ehrenberg | on behalf of Defendant New Horizon Finance LLC Howard.Ehrenberg@gmlaw.com hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com |
| Ira David Kharasch | on behalf of Defendant Consumer Legal Group PC ikharasch@pszjlaw.com |
| Ira David Kharasch | on behalf of Interested Party Liberty Acquisitions Group Inc. ikharasch@pszjlaw.com |
| Ira David Kharasch | on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com |
| Ira David Kharasch | on behalf of Defendant LGS Holdco LLC ikharasch@pszjlaw.com |
| Ira David Kharasch | on behalf of Interested Party LGS Holdco LLC ikharasch@pszjlaw.com |
| Ira David Kharasch | on behalf of Interested Party Consumer Legal Group P.C. ikharasch@pszjlaw.com |
| Ira David Kharasch | on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com |
| Israel Orozco | on behalf of Creditor Israel Orozco israel@iolawcorp.com |
| Jacob Newsum-Bothamley | on behalf of Trustee Richard A Marshack (TR) jacob.bothamley@dinsmore.com bonnie.connolly@dinsmore.com |
| Jacob Newsum-Bothamley | on behalf of Plaintiff Richard A. Marshack jacob.bothamley@dinsmore.com bonnie.connolly@dinsmore.com |
| Jamie D Mottola | on behalf of Plaintiff Richard A. Marshack Chapter 11 Trustee Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com |
| Jeffrey I Golden | on behalf of Interested Party Courtesy NEF jgolden@go2.law kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden | on behalf of Creditor Affirma LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden | on behalf of Creditor Anaheim Ducks Hockey Club LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden | on behalf of Creditor Oxford Knox LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b |

Case 8:23-bk-10571-SC    Doc 2106    Filed 02/15/25    Entered 02/16/25 09:19:06    Desc
Imaged Certificate of Notice    Page 5 of 12

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 5 of 10 |
| Date Rcvd: Feb 13, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | estcase.com |
| Jeffrey I Golden | on behalf of Creditor Anaheim Arena Management LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey M Singletary | on behalf of Plaintiff Alteryx Inc. jsingletary@swlaw.com, rmckay@swlaw.com |
| Jeffrey S Shinbrot | on behalf of Interested Party Brandon Turner jeffrey@shinbrotfirm.com sandra@shinbrotfirm.com;tanya@shinbrotfirm.com |
| Jenny L Doling | on behalf of Interested Party National Consumer Bankruptcy Rights Center jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk;jdoling@jubileebk.net |
| Jenny L Doling | on behalf of Interested Party INTERESTED PARTY jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk;jdoling@jubileebk.net |
| Jenny L Doling | on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk;jdoling@jubileebk.net |
| Jeremy Faith | on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com |
| Jeremy Faith | on behalf of Defendant Colbalt Funding Solutions LLC Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com |
| Jeremy Freedman | on behalf of Plaintiff Richard A. Marshack jeremy.freedman@dinsmore.com bonnie.connolly@dinsmore.com |
| Jeremy Freedman | on behalf of Trustee Richard A Marshack (TR) jeremy.freedman@dinsmore.com bonnie.connolly@dinsmore.com |
| John H. Stephens | on behalf of Plaintiff Richard A Marshack john.stephens@dinsmore.com lizbeth.alonso@dinsmore.com |
| John H. Stephens | on behalf of Plaintiff Richard A. Marshack john.stephens@dinsmore.com lizbeth.alonso@dinsmore.com |
| Johnny White | on behalf of Creditor Debt Relief Group LLC JWhite@wrslawyers.com, jlee@wrslawyers.com |
| Johnny White | on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com jlee@wrslawyers.com |
| Jonathan Serrano | on behalf of Special Counsel Dinsmore & Shohl LLP Jonathan@MarguliesFaithLaw.com vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com |
| Jonathan Serrano | on behalf of Trustee Richard A Marshack (TR) Jonathan@MarguliesFaithLaw.com vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com |
| Jonathan Serrano | on behalf of Plaintiff Richard A. Marshack Jonathan@MarguliesFaithLaw.com vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com |
| Joon M Khang | on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com |
| Joon M Khang | on behalf of Attorney Khang & Khang LLP joon@khanglaw.com |
| Kathleen P March | on behalf of Interested Party The Bankruptcy Law Firm P.C. kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | on behalf of Creditor Phuong (Jayde) Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | on behalf of Defendant Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | on behalf of Creditor Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 6 of 10 |
| Date Rcvd: Feb 13, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Kathleen P March
    on behalf of Defendant Jayde Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
    on behalf of Defendant Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
    on behalf of Creditor Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Keith C Owens
    on behalf of Creditor Committee Committee of Unsecured Creditors kowens@foxrothschild.com khoang@foxrothschild.com

Keith C Owens
    on behalf of Intervenor OFFICIAL COMMITTEE OF UNSECURED CREDITORS kowens@foxrothschild.com khoang@foxrothschild.com

Keith C Owens
    on behalf of Creditor Committee Post-Confirmation Oversight Committee kowens@foxrothschild.com khoang@foxrothschild.com

Keith C Owens
    on behalf of Plaintiff Richard A. Marshack kowens@foxrothschild.com khoang@foxrothschild.com

Kelli Ann Lee
    on behalf of Trustee Richard A Marshack (TR) Kelli.lee@dinsmore.com kristy.allen@dinsmore.com

Kenneth Misken
    on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

Kevin Alan Rogers
    on behalf of Creditor Wells Marble and Hurst PLLC krogers@wellsmar.com

Kyra E Andrassy
    on behalf of Defendant Arash Asante Bayrooti kandrassy@raineslaw.com bclark@raineslaw.com;jfisher@raineslaw.com

Kyra E Andrassy
    on behalf of Interested Party Courtesy NEF kandrassy@raineslaw.com bclark@raineslaw.com;jfisher@raineslaw.com

Laila Masud
    on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud
    on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud
    on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud
    on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Leslie A Cohen
    on behalf of Defendant Rosa Bianca Loli leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Leslie A Cohen
    on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Lisa Patel
    on behalf of Defendant OptimumBank Holdings Inc. lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com

Marc C Forsythe
    on behalf of Defendant Clear Vision Financial LLC mforsythe@goeforlaw.com mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Marc C Forsythe
    on behalf of Defendant Point Break Holdings LLC mforsythe@goeforlaw.com mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Marc C Forsythe
    on behalf of Defendant Perfect Financial LLC mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Mark J Markus
    on behalf of Creditor David Orr markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com

Matthew A Lesnick
    on behalf of Defendant OptimumBank Holdings Inc. matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew J Stockl

District/off: 0973-8 | User: admin | Page 7 of 10
Date Rcvd: Feb 13, 2025 | Form ID: pdf042 | Total Noticed: 1

| | |
|---|---|
| | on behalf of Trustee Richard A Marshack (TR) matthew.stockl@dinsmore.com  katrice.ortiz@dinsmore.com |
| Matthew J Stockl | on behalf of Plaintiff Richard A. Marshack matthew.stockl@dinsmore.com  katrice.ortiz@dinsmore.com |
| Maureen J Shanahan | on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Mstotaro@aol.com |
| Meredith Fahn | on behalf of Creditor Meredith Fahn fahn@sbcglobal.net |
| Meredith King | on behalf of Interested Party Courtesy NEF mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law |
| Meredith King | on behalf of Defendant Gallant Law Group mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law |
| Michael D Lieberman | on behalf of Creditor Phillip A. Greenblatt  PLLC mlieberman@lipsonneilson.com |
| Michael Jay Berger | on behalf of Defendant Leucadia Enterprises  Inc michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |
| Michael R Pinkston | on behalf of Creditor Wells Marble and Hurst  PLLC rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com |
| Michael R Totaro | on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Ocbkatty@aol.com |
| Michael R Totaro | on behalf of Interested Party Randall Baldwin Clark Ocbkatty@aol.com |
| Michael W Davis | on behalf of Defendant Morning Law Group  P.C. mdavis@dtolaw.com, ygodson@dtolaw.com |
| Mitchell B Ludwig | on behalf of Defendant Bridge Funding Cap  LLC mbl@kpclegal.com, kad@kpclegal.com |
| Mitchell B Ludwig | on behalf of Creditor Fundura Capital Group mbl@kpclegal.com  kad@kpclegal.com |
| Nicholas A Koffroth | on behalf of Creditor Committee Post-Confirmation Oversight Committee nkoffroth@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com |
| Nicholas A Koffroth | on behalf of Other Professional Post-Confirmation Oversight Committee  as Successor in Interest to the Official Committee of Unsecured Creditors nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com |
| Nicholas A Koffroth | on behalf of Plaintiff Richard A. Marshack nkoffroth@foxrothschild.com  khoang@foxrothschild.com;ca.dkt@foxrothschild.com |
| Nicholas A Koffroth | on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com |
| Olivia Scott | on behalf of Creditor Hi Bar Capital LLC olivia.scott@hklaw.com |
| Olivia Scott | on behalf of Creditor Azzure Capital LLC olivia.scott@hklaw.com |
| Paul R Shankman | on behalf of Creditor United Partnerships  LLC PShankman@fortislaw.com, info@fortislaw.com |
| Paul R Shankman | on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com  info@fortislaw.com |
| Peter L Isola | on behalf of Interested Party Merchants Credit Corporation pisola@hinshawlaw.com rmojica@hinshawlaw.com,iking@hinshawlaw.com |
| Peter W Bowie | on behalf of Trustee Richard A Marshack (TR) peter.bowie@dinsmore.com  caron.burke@dinsmore.com |
| Queenie K Ng | on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov |
| Randall Baldwin Clark | on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com |

Razmig Izakelian
on behalf of Creditor OHP-CDR LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
on behalf of Plaintiff OHP-CDR LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
on behalf of Counter-Defendant PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian
on behalf of Plaintiff PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian
on behalf of Counter-Defendant OHP-CDR LP razmigizakelian@quinnemanuel.com

Reina Zepeda
on behalf of Other Professional Omni Agent Solutions rzepeda@omniagnt.com

Richard A Marshack (TR)
pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com

Richard H Golubow
on behalf of Creditor MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
on behalf of Creditor Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
on behalf of Defendant Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
on behalf of Defendant MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
on behalf of Defendant MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
on behalf of Creditor MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard L. Hyde
on behalf of Interested Party Courtesy NEF rhyde@awglaw.com

Ronald K Brown
on behalf of Creditor SDCO Tustin Executive Center Inc. ron@rkbrownlaw.com

Ronald N Richards
on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com

Sara Johnston
on behalf of Trustee Richard A Marshack (TR) sara.johnston@dinsmore.com

Sarah S. Mattingly
on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com

Sarah S. Mattingly
on behalf of Plaintiff Richard A. Marshack Chapter 11 Trustee sarah.mattingly@dinsmore.com

Sarah S. Mattingly
on behalf of Defendant Clearcube LLC sarah.mattingly@dinsmore.com

Sarah S. Mattingly
on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com

Sarah S. Mattingly
on behalf of Trustee Richard A Marshack (TR) sarah.mattingly@dinsmore.com

Sharon Z. Weiss
on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com
raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss
on behalf of Defendant Azzure Capital LLC sharon.weiss@bclplaw.com
raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss
on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com
raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 9 of 10 |
| Date Rcvd: Feb 13, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Shawn M Christianson
    on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com schristianson@buchalter.com

Spencer Keith Gray
    on behalf of Trustee Richard A Marshack (TR) spencer.gray@dinsmore.com wendy.yones@dinsmore.com

Spencer Keith Gray
    on behalf of Plaintiff Richard A Marshack spencer.gray@dinsmore.com wendy.yones@dinsmore.com

Stella A Havkin
    on behalf of Defendant Bridge Funding Cap LLC stella@havkinandshrago.com, shavkinesq@gmail.com

Sweeney Kelly
    on behalf of Defendant Fidelity National Information Services Inc. kelly@ksgklaw.com

Sweeney Kelly
    on behalf of Defendant Worldpay Group kelly@ksgklaw.com

Sweeney Kelly
    on behalf of Defendant Fidelity National Information Services Inc. dba FIS kelly@ksgklaw.com

Sweeney Kelly
    on behalf of Defendant Worldpay LLC kelly@ksgklaw.com

Tony May
    on behalf of Defendant Matthew Lovelady tmay@maybrocklaw.com

Tyler Powell
    on behalf of Counter-Defendant Richard A Marshack (TR) tyler.powell@dinsmore.com
    jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell
    on behalf of Counter-Claimant Richard A Marshack (TR) tyler.powell@dinsmore.com
    jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell
    on behalf of Trustee Richard A Marshack (TR) tyler.powell@dinsmore.com
    jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell
    on behalf of Plaintiff Richard A. Marshack tyler.powell@dinsmore.com
    jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell
    on behalf of Counter-Claimant Richard A. Marshack tyler.powell@dinsmore.com
    jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell
    on behalf of Defendant Richard A. Marshack tyler.powell@dinsmore.com
    jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell
    on behalf of Plaintiff Richard A Marshack tyler.powell@dinsmore.com
    jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com;wendy.yones@dinsmore.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

Vanessa Rodriguez
    on behalf of Plaintiff Richard A. Marshack vanessa.rodriguez@dinsmore.com katherine.hemphill@dinsmore.com

Vanessa Rodriguez
    on behalf of Trustee Richard A Marshack (TR) vanessa.rodriguez@dinsmore.com katherine.hemphill@dinsmore.com

Veneeta Jaswal
    on behalf of Plaintiff Richard A Marshack veneeta.jaswal@dinsmore.com bonnie.connolly@dinsmore.com

Veneeta Jaswal
    on behalf of Plaintiff Richard A. Marshack veneeta.jaswal@dinsmore.com bonnie.connolly@dinsmore.com

Victoria Newmark
    on behalf of Defendant Consumer Legal Group PC vnewmark@pszjlaw.com,
    hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
    on behalf of Interested Party Consumer Legal Group P.C. vnewmark@pszjlaw.com,
    hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
    on behalf of Defendant LGS Holdco LLC vnewmark@pszjlaw.com,
    hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark

| | |
|---|---|
| | on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Victoria Newmark | on behalf of Interested Party Liberty Acquisitions Group Inc. vnewmark@pszjlaw.com hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Victoria Newmark | on behalf of Interested Party LGS Holdco  LLC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Vincent Renda | on behalf of Creditor Unified Global Research Group  Inc vr@pinlegal.com, ld@pinlegal.com |
| William McCormick | on behalf of Creditor TN Dept of Revenue Bill.McCormick@ag.tn.gov |
| William J Wall | on behalf of Witness Bradford Lee wwall@wall-law.com |
| William P. Fennell | on behalf of Creditor Validation Partners LLC william.fennell@fennelllaw.com wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com;Fennell.WilliamP.B143386@notify.bestcase.com |
| Yisrael Gelb | on behalf of Defendant Bridge Funding Cap  LLC yisrael@gelblawapc.com |
| Yosina M Lissebeck | on behalf of Counter-Claimant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com |
| Yosina M Lissebeck | on behalf of Special Counsel Dinsmore & Shohl LLP Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com |
| Yosina M Lissebeck | on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com |
| Yosina M Lissebeck | on behalf of Defendant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com |
| Yosina M Lissebeck | on behalf of Trustee Richard A Marshack (TR) Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com |
| Zev Shechtman | on behalf of Interested Party Danning Gill Israel & Krasnoff LLP Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | on behalf of Interested Party Morning Law Group  P.C. Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |

TOTAL: 215

D. EDWARD HAYS, #162507
ehays@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

General Counsel for Chapter 11 Trustee,
Richard A. Marshack

**FILED & ENTERED**

FEB 13 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>ORDER GRANTING CHAPTER 11 TRUSTEE'S OMNIBUS OBJECTION TO ALLEGED 11 U.S.C. §507(A)(7) PRIORITY CLAIMS THAT EXCEED STATUTORY CAP AS TO DAVID CAMERON NASH<br><br>\| **Claimant** \| **Claim No.** \|<br>\|---\|---\|<br>\| Cameron David Nash \| 100346-1 \|<br>\| Cameron David Nash \| 1965-1 \|<br><br>Hearing<br>Date:  January 16, 2025<br>Time: 11:00 a.m.<br>Ctrm: 5C - ViaZoom<br>Place: 411 West Fourth Street<br>      Santa Ana, CA  92701 |

The Court has read and considered Omnibus Objection to certain alleged 11 U.S.C. § 507(a)(7) priority claims ("Motion") of Richard A. Marshack, in his capacities as Chapter 11 Trustee of the Bankruptcy Estate of The Litigation Practice Group P.C. and Liquidating Trustee of the LPG Liquidation Trust (collectively, "Trustee"), filed on September 20, 2024, as Dk. No. 1716. On November 22, 2024, as Docket No. 1938, the Court entered an "Order Granting Chapter 11 Trustee's Omnibus Objection to Alleged 11 U.S.C. § 507(a)(7) Priority Claims that Exceed Statutory

1

Cap – Dk 1716 and Continuing Objections Re: Cameron David Nash." On November 27, 2024, as Docket No. 1960, the Trustee filed a "Notice of Continued Hearing on Chapter 11 Trustee's Omnibus Objection to Alleged 11 U.S.C. § 507(a)(7) Priority Claims that Exceed the Statutory Cap," which included proof of service on Cameron David Nash by United States Mail. Prior to the continued hearing on the Motion scheduled for January 16, 2025, at 11:00 a.m., regarding the claims of Cameron David Nash, the Court published a tentative ruling to grant the Motion and excuse appearances.

The Court has further noted that no party filed a response to the Motion. For the reasons set forth in the Motion, the Court has found good cause to grant the Motion.

IT IS ORDERED:

1. The Motion is granted in its entirety.

2. The amount of Proof of Claim No. 100346-1, filed by Cameron David Nash, that is entitled to priority pursuant to 11 U.S.C. § 507(a)(7), shall be allowed at $3,350.00, with the excess of $356.74 to be reclassified and treated as a general unsecured claim.

3. The amount of Proof of Claim No. 1965-1, filed by Cameron David Nash, that is entitled to priority pursuant to 11 U.S.C. § 507(a)(7), shall be allowed at $0.00, with the excess of $3,706.74 to be reclassified and treated as a general unsecured claim.

4. The Trustee reserves all rights with respect to the claims herein, and nothing in this Order shall be considered a waiver of rights or defenses, election of remedies, or any other concession, and such claims remain subject to any objection as to the amounts or merits.

###

Date: February 13, 2025

Scott C. Clarkson
United States Bankruptcy Judge

4906-1007-7459, v. 1

2