|  | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION** | |
| Name of Debtor(s) listed on the bankruptcy case: <br> IIn re: <br><br> THE LITIGATION PRACTICE GROUP P.C., <br> Debtor. | CASE NO.: 8:23-bk-10571-SC <br> CHAPTER: 11 <br><br> **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:  ☐ Debtor    ☐ Joint-Debtor    ☒ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**

   Name(s):  Fortis LLP, General Bankruptcy Counsel for Creditor, MNS Funding, LLC

   Mailing Address:  650 Town Center Drive, Suite 1530

   City, State, Zip Code:  Costa Mesa, CA  92626

3. **New Address:**

   Mailing Address:  650 Town Center Drive, Suite 600

   City, State, Zip Code:  Costa Mesa, CA  92626

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 02/25/2025                Paul R. Shankman
                                Requestor's printed name(s)

                                /s/ Paul R. Shankman
                                Requestor's signature(s)

                                Of Counsel, Fortis LLP, Counsel for Creditor, MNS Funding, LLC
                                Title (if applicable, of corporate officer, partner, or agent)

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2015*                                                                 F 1002-1.3.CHANGE.ADDRESS