D. EDWARD HAYS, #162507
ehays@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
ALINA MAMLYUK, #284154
amamlyuk@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee and
Liquidating Trustee, RICHARD A. MARSHACK

**FILED & ENTERED**

**FEB 28 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.<br><br><br><br>Debtor(s). | Case No.: 8:23-bk-10571-SC<br><br>CHAPTER 11<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM FILED BY UNITED PARTNERSHIPS, LLC [DK. NO 671]**<br><br><u>Current Hearing and Response Dates</u><br>Hearing Date: March 13, 2025<br>Trustee's Response Due: February 27, 2025<br>Reply by Claimant Due: March 6, 2025<br>Time: 10:00 a.m.<br>Ctrm: Courtroom 5C<br>411 West Fourth Street<br>Santa Ana, CA 92701<br><br><u>Continued Hearing and Response Dates</u> Hearing Date: May 22, 2025<br>Trustee's Response Due: May 8, 2025<br>Reply by Claimant Due: May 15, 2025<br>Time: 11:00 a.m.<br>Ctrm: Courtroom 5C<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

The Court has read and considered the Stipulation ("Stipulation") between Richard A. Marshack, Chapter 11 Trustee for the bankruptcy estate ("Estate") of the Litigation Practice Group P.C. ("Debtor") and liquidating trustee of the LPG Liquidation Trust (collectively, "Trustee"), and United Partnerships, LLC ("Claimant," and together with the Trustee, the "Parties"), filed on February 27, 2025 as Dk. No. 2134, and good cause appearing therefore,

IT IS ORDERED that:

1. The Stipulation is approved.

2. The hearing on the Motion is continued from March 13, 2025 at 10:00 a.m., to May 22, 2025, at 11:00 a.m.

3. The deadline for Trustee to file a response to the Motion is extended through and including May 8, 2025.

4. The deadline for United Partnerships, LLC to file a reply to Trustee's response to the Motion is extended through and including May 15, 2025.

###

Date: February 28, 2025

Scott C. Clarkson
United States Bankruptcy Judge