1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  ALINA MAMLYUK, #284154
   amamlyuk@marshackhays.com
3  MARSHACK HAYS WOOD LLP
   870 Roosevelt
4  Irvine, California 92620
   Telephone: (949) 333-7777
5  Facsimile: (949) 333-7778

6  Attorneys for Chapter 11 Trustee
   RICHARD A. MARSHACK

FILED & ENTERED

FEB 28 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No: 8:23-bk-10571-SC<br><br>Chapter 11<br><br>ORDER APPROVING STIPULATION TO MODIFY BRIEFING SCHEDULE AND TO CONTINUE HEARING ON MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM FILED BY ALTERYX, INC. [DK. NO 750]<br><br><u>Current Hearing and Response Dates</u><br>Hearing Date: March 13, 2025<br>Trustee's Response Due: February 27, 2025<br>Reply by Claimant Due: March 6, 2025<br>Time:   10:00 a.m.<br>Ctrm:   Courtroom 5C<br>411 West Fourth Street<br>Santa Ana, CA 92701<br><br><u>Continued Hearing and Response Dates</u><br>**Hearing Date: April 10, 2025**<br>Trustee's Response Due: March 27, 2025<br>Reply by Claimant Due: April 3, 2025<br>Time:   11:00 a.m.<br>Ctrm:   Courtroom 5C<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

25  / / /

26  / / /

27  / / /

28  / / /

1

4878-5760-5842,v.1

The Court has read and considered the Stipulation to Modify Briefing Schedule and to Continue Hearing on Motion for Allowance of Administrative Expense Claim Filed by Alteryx, Inc. [Dk. No. 750] ("Stipulation")[1] is entered into by and between Richard A. Marshack, in his capacity as Chapter 11 Trustee of the Bankruptcy Estate of The Litigation Practice Group P.C., and Alteryx, Inc. ("Alteryx"), filed on February 27, 2025, as Dk. No. 2133, and has found good cause to approve the Stipulation.

IT IS ORDERED:

1. The Stipulation is approved in its entirety.

2. The hearing on the Motion is continued from March 13, 2025 at 10:00 a.m., to April 10, 2025, at 11:00 a.m.

3. The deadline for Trustee to file a response to the Motion is extended through and including March 27, 2025.

4. The deadline for Alteryx to file a reply to Trustee's response to the Motion is extended through and including April 3, 2025.

###

Date: February 28, 2025

Scott C. Clarkson
United States Bankruptcy Judge

4915-0294-9408, v. 1

---

[1] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Stipulation.