David S. Kupetz (SBN: 125062)
david.kupetz@troutman.com
**TROUTMAN PEPPER LOCKE LLP**
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: (213) 485-1500
Facsimile: (213) 485-1200

Katherine E. Culbertson (Admitted *Pro Hac Vice*)
katherine.culbertson@troutman.com
**TROUTMAN PEPPER LOCKE LLP**
111 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0700
Facsimile: (312) 443-0336

*Attorneys for Defendant*
*MARICH BEIN, LLC*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>        Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**MARICH BEIN, LLC'S NOTICE OF OPPOSITION TO MOTION FOR ENTRY OF AN ORDER EXTENDING ESTATE'S TIME TO FILE ACTIONS GOVERNED BY 11 U.S.C. §§ 108, 546(a) AND 549(d) AND REQUEST FOR HEARING** |

**TO THE COURT, HONORABLE SCOTT C. CLARKSON, OFFICE OF THE UNITED STATES TRUSTEE, RICHARD A. MARSHACK, CHAPTER 11 TRUSTEE, AND TO HIS ATTORNEYS DINSMORE & SHOHL, LLP, AND ALL OTHER INTERESTED PARTIES:**

143538324

**NOTICE IS HEREBY GIVEN** that Marich Bein, LLC ("*Marich Bein*"), by and through its undersigned counsel of record, hereby files this response in opposition (the "*Opposition*") to the *Motion for an Order Extending the Estate's Time to File Actions Governed by 11 U.S.C. §§ 108, 546(a) and 549(d)* [Bankr. Dkt. No. 2109] (the "*Motion to Extend*"), filed by Richard A. Marshack, in his capacity as the former Chapter 11 Trustee for the bankruptcy estate of the Litigation Practice Group P.C. and current Liquidating Trustee of the LPG Liquidation Trust ("*Trustee*") of the Bankruptcy Estate of The Litigation Practice Group P.C. ("*Debtor*" or "*LPG*").

**NOTICE IS FURTHER GIVEN** that, pursuant to Rules 9013-1(f) and 9013-1(o) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California (the "*Local Rules*"), this Opposition is based upon this Notice, the concurrently filed Memorandum of Points and Authorities in Support of the Opposition to Motion to Extend (the "*Memorandum*") and all records, files, and pleadings in this action, and such other materials of which the Court may take judicial notice, and such other and further evidence as may be presented at the hearing on the Motion to Extend. The legal arguments and authorities in support of this Opposition are set forth in the Memorandum.

**NOTICE IS FURTHER GIVEN** that, pursuant to Local Rule 9013-1(g), any written reply to the Opposition must be filed with the Court and served in accordance with Local Rule 9013-1(g)(2), no later than 7 days prior to the hearing on the Motion to Extend.

**WHEREFORE**, the undersigned prays that this Court set the Motion to Extend for hearing and deny the relief requested by the Trustee in the Motion to Extend.

Dated:  March 5, 2025                     Respectfully submitted,

**TROUTMAN PEPPER LOCKE LLP**

By: */s/ David S. Kupetz*

David S. Kupetz
Katherine E. Culbertson

*Attorneys for MARICH BEIN, LLC*

143538324