1  CHRISTOPHER CELENTINO (131688)
   Christopher.Celentino@dinsmore.com
2  YOSINA LISSEBECK (SBN 201654)
   Yosina.Lissebeck@dinsmore.com
3  CHRISTOPHER B. GHIO (259094)
   Christopher.Ghio@dinsmore.com
4  DINSMORE & SHOHL LLP
   655 W Broadway, Suite 800
5  San Diego, California 92101
   Tele: (619) 400-0468
6  Fax: (619) 400-0501

7  Special Counsel to Richard A. Marshack,
   Liquidating Trustee of the LPG Liquidation Trust
8  For The Litigation Practice Group P.C.

**FILED & ENTERED**

**MAR 18 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>    Debtor. | Chapter 11<br><br>Case No.: 8:23-bk-10571-SC<br><br>**ORDER APPROVING STIPULATION TO RESOLVE STEVEN D. SILVERSTEIN'S OPPOSITION TO TRUSTEE'S MOTION FOR AN ORDER EXTENDING THE ESTATE'S TIME TO FILE ACTIONS GOVERNED BY 11 U.S.C. §§ 108, 546(a), AND 549(d)**<br><br>Judge: Hon. Scott C. Clarkson<br>Place:  Courtroom 5C<br>         411 West Fourth Street<br>         Santa Ana, CA 92701 |

The Court, having read and considered the Stipulation To Resolve Steven D. Silverstein's Opposition To Trustee's Motion For An Order Extending The Estate's Time To File Action Governed By 11 U.S.C. §§108, 546(a), and 549 (the "Stipulation"), filed on March 17, 2025 as Dkt. No. 2278, and for GOOD CAUSE APPEARING, the Court orders as follows:

///

1

1. The Stipulation shall be and hereby is GRANTED in its entirety;
2. Trustee, Richard A. Marshack, shall not file any adversary proceedings in this case before or after March 19, 2025 naming Steven D. Silverstein as a defendant; and
3. Upon entry of this Order, within one (1) business day, Steven D. Silverstein shall withdraw his opposition to Trustee's motion.

**IT IS SO ORDERED.**

### 

Date: March 18, 2025

Scott C. Clarkson
United States Bankruptcy Judge

2