United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10571-SC |
| The Litigation Practice Group P.C. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 12 |
| Date Rcvd: Mar 18, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 20, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron E. De Leest | on behalf of Plaintiff Richard A Marshack adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | on behalf of Plaintiff Richard A. Marshack adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | on behalf of Trustee Richard A Marshack (TR) adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Adam D Stein-Sapir | on behalf of Creditor Pioneer Funding Group LLC info@pfllc.com |

Case 8:23-bk-10571-SC    Doc 2347    Filed 03/20/25    Entered 03/20/25 21:20:58    Desc
Imaged Certificate of Notice    Page 2 of 14

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 12 |
| Date Rcvd: Mar 18, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Alan Craig Hochheiser | on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com arodriguez@mauricewutscher.com |
| Alan I Nahmias | on behalf of Interested Party Courtesy NEF anahmias@mbn.law jdale@mbn.law |
| Alan W Forsley | on behalf of Creditor Anthem Blue Cross of California alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com |
| Alan W Forsley | on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com |
| Amy Lynn Ginsburg | on behalf of Creditor Amy Ginsburg efilings@ginsburglawgroup.com |
| Amy Lynn Ginsburg | on behalf of Creditor Shannon Bellfield efilings@ginsburglawgroup.com |
| Amy Lynn Ginsburg | on behalf of Creditor Kenton Cobb efilings@ginsburglawgroup.com |
| Andrew Still | on behalf of Creditor Alteryx Inc. astill@swlaw.com, kcollins@swlaw.com |
| Andrew Still | on behalf of Interested Party Courtesy NEF astill@swlaw.com kcollins@swlaw.com |
| Andrew Still | on behalf of Plaintiff Alteryx Inc. astill@swlaw.com, kcollins@swlaw.com |
| Anthony Paul Diehl | on behalf of Interested Party Courtesy NEF anthony@apdlaw.net Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net,9143954420@filings.docketbird.com |
| Ashley Dionisio | on behalf of Other Professional Omni Agent Solutions adionisio@omniagnt.com |
| Belinda M Vega | on behalf of Creditor ADP Inc apark@venable.com |
| Bradford Barnhardt | on behalf of Plaintiff Richard A. Marshack bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com |
| Bradford Barnhardt | on behalf of Plaintiff Richard A Marshack bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com |
| Bradford Barnhardt | on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com |
| Bradford Barnhardt | on behalf of Trustee Richard A Marshack (TR) bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com |
| Brandon J. Iskander | on behalf of Defendant JM Squared LLC biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Brandon J. Iskander | on behalf of Interested Party Goe Forsythe & Hodges LLP biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Brett N Taylor | on behalf of Defendant Debt Resolution Direct LLC btaylor@cozen.com, arincon@cozen.com |
| Brian Boyd | on behalf of Plaintiff Richard A Marshack brian.boyd@dinsmore.com tracey.shepherdgwinner@dinsmore.com |
| Brian L Holman | on behalf of Creditor Sharp Electronics Corporation b.holman@musickpeeler.com |
| Britteny Leyva | on behalf of Interested Party Revolv3 Inc. bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com |
| Byron Z Moldo | on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com aantonio@ecjlaw.com,dperez@ecjlaw.com |
| Charity J Manee | on behalf of Defendant JM Squared LLC cmanee@goeforlaw.com kmurphy@goeforlaw.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 3 of 12 |
| Date Rcvd: Mar 18, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Charity J Manee
    on behalf of Defendant Point Break Holdings LLC cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Charity J Manee
    on behalf of Defendant Clear Vision Financial LLC cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Charity J Manee
    on behalf of Interested Party Goe Forsythe & Hodges LLP cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Christopher Celentino
    on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Celentino
    on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Celentino
    on behalf of Special Counsel Dinsmore & Shohl LLP christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Ghio
    on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com  angelica.urena@dinsmore.com

Christopher Ghio
    on behalf of Plaintiff Richard A Marshack christopher.ghio@dinsmore.com  angelica.urena@dinsmore.com

Christopher Ghio
    on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com  angelica.urena@dinsmore.com

Christopher J Langley
    on behalf of Interested Party Courtesy NEF ShiodaLangleyChangLLP@jubileebk.net
    langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com

D Edward Hays
    on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com
    ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Interested Party Courtesy NEF ehays@marshackhays.com
    ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Creditor Committee Committee of Unsecured Creditors ehays@marshackhays.com
    ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Attorney Marshack Hays LLP ehays@marshackhays.com
    ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Plaintiff Richard A Marshack ehays@marshackhays.com
    ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Plaintiff Richard A. Marshack ehays@marshackhays.com
    ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Daniel A Edelman
    on behalf of Creditor Carolyn Beech dedelman@edcombs.com  courtecl@edcombs.com

Daniel A Lev
    on behalf of Interested Party Liberty Acquisitions Group Inc. daniel.lev@gmlaw.com
    cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
    on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com  cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel H Reiss
    on behalf of Defendant PECC Corp dhr@lnbyg.com  dhr@ecf.inforuptcy.com

Daniel H Reiss
    on behalf of Defendant Eng Taing dhr@lnbyg.com  dhr@ecf.inforuptcy.com

Daniel H Reiss
    on behalf of Defendant Touzi Capital  LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel S March
    on behalf of Interested Party INTERESTED PARTY marchlawoffice@gmail.com  marchdr94019@notify.bestcase.com

Daniel S March
    on behalf of Defendant Daniel S. March marchlawoffice@gmail.com  marchdr94019@notify.bestcase.com

David M Goodrich
    on behalf of Interested Party Courtesy NEF dgoodrich@go2.law
    kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 4 of 12 |
| Date Rcvd: Mar 18, 2025 | Form ID: pdf042 | Total Noticed: 1 |

David M Goodrich
    on behalf of Creditor United Partnerships LLC dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David S Kupetz
    on behalf of Interested Party Courtesy NEF david.kupetz@troutman.com mylene.ruiz@troutman.com

David S Kupetz
    on behalf of Interested Party Marich Bein LLC david.kupetz@troutman.com mylene.ruiz@troutman.com

David S Kupetz
    on behalf of Defendant Marich Bein LLC david.kupetz@troutman.com mylene.ruiz@troutman.com

David S Kupetz
    on behalf of Defendant Marich Bein LLC david.kupetz@troutman.com, mylene.ruiz@troutman.com

Eric Bensamochan
    on behalf of Creditor Oxford Knox LLC eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan
    on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us G63723@notify.cincompass.com

Eric Bensamochan
    on behalf of Interested Party Courtesy NEF eric@eblawfirm.us G63723@notify.cincompass.com

Eric Gassman
    on behalf of Creditor Herret Credit erg@gassmanlawgroup.com gassman.ericb112993@notify.bestcase.com

Eric D Goldberg
    on behalf of Defendant Stripe Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Ethan J Birnberg
    on behalf of Defendant BMF Advance LLC birnberg@portersimon.com, bokinskie@portersimon.com

Ethan J Birnberg
    on behalf of Defendant Diverse Capital LLC birnberg@portersimon.com bokinskie@portersimon.com

Garrick A Hollander
    on behalf of Creditor MC DVI Fund 2 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
    on behalf of Creditor Debt Validation Fund II LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
    on behalf of Creditor MC DVI Fund 1 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Glenn D. Moses
    on behalf of Creditor ADP Inc gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;imalcolm@ecf.courtdrive.com;jadelgado@venable.com

Gregory M Salvato
    on behalf of Creditor Mari Agape gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
    on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Howard Steinberg
    on behalf of Defendant BankUnited N.A. steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Howard M Ehrenberg
    on behalf of Defendant New Horizon Finance LLC Howard.Ehrenberg@gmlaw.com hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com

Ira David Kharasch
    on behalf of Interested Party Liberty Acquisitions Group Inc. ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Defendant Consumer Legal Group PC ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Defendant LGS Holdco LLC ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Interested Party LGS Holdco LLC ikharasch@pszjlaw.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 5 of 12 |
| Date Rcvd: Mar 18, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Ira David Kharasch
    on behalf of Interested Party Consumer Legal Group P.C. ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com

Israel Orozco
    on behalf of Creditor Israel Orozco israel@iolawcorp.com

Jacob Newsum-Bothamley
    on behalf of Trustee Richard A Marshack (TR) jacob.bothamley@dinsmore.com  bonnie.connolly@dinsmore.com

Jacob Newsum-Bothamley
    on behalf of Plaintiff Richard A. Marshack jacob.bothamley@dinsmore.com  bonnie.connolly@dinsmore.com

Jeana Mason
    on behalf of Plaintiff Richard A. Marshack jeana.mason@dinsmore.com ashlynn.harrison@dinsmore.com;stella.laroe@dinsmore.com

Jeffrey I Golden
    on behalf of Creditor Anaheim Arena Management LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
    on behalf of Interested Party Courtesy NEF jgolden@go2.law kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
    on behalf of Creditor Affirma LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
    on behalf of Creditor Anaheim Ducks Hockey Club LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
    on behalf of Creditor Oxford Knox LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey M Singletary
    on behalf of Plaintiff Alteryx Inc. jsingletary@swlaw.com, rmckay@swlaw.com

Jeffrey S Shinbrot
    on behalf of Interested Party Brandon Turner jeffrey@shinbrotfirm.com  sandra@shinbrotfirm.com;tanya@shinbrotfirm.com

Jenny L Doling
    on behalf of Interested Party National Consumer Bankruptcy Rights Center jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk;jdoling@jubileebk.net

Jenny L Doling
    on behalf of Interested Party INTERESTED PARTY jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk;jdoling@jubileebk.net

Jenny L Doling
    on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk;jdoling@jubileebk.net

Jeremy Faith
    on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Jeremy Faith
    on behalf of Defendant Colbalt Funding Solutions LLC Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Jeremy Freedman
    on behalf of Plaintiff Richard A. Marshack jeremy.freedman@dinsmore.com  bonnie.connolly@dinsmore.com

Jeremy Freedman
    on behalf of Trustee Richard A Marshack (TR) jeremy.freedman@dinsmore.com  bonnie.connolly@dinsmore.com

John H. Stephens
    on behalf of Plaintiff Richard A Marshack john.stephens@dinsmore.com  lizbeth.alonso@dinsmore.com

John H. Stephens
    on behalf of Plaintiff Richard A. Marshack john.stephens@dinsmore.com  lizbeth.alonso@dinsmore.com

John H. Stephens

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 6 of 12 |
| Date Rcvd: Mar 18, 2025 | Form ID: pdf042 | Total Noticed: 1 |

on behalf of Trustee Richard A Marshack (TR) john.stephens@dinsmore.com lizbeth.alonso@dinsmore.com

Johnny White
    on behalf of Creditor Debt Relief Group LLC JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White
    on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com jlee@wrslawyers.com

Jonathan Serrano
    on behalf of Plaintiff Richard A. Marshack Jonathan@MarguliesFaithLaw.com vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Jonathan Serrano
    on behalf of Special Counsel Dinsmore & Shohl LLP Jonathan@MarguliesFaithLaw.com vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Jonathan Serrano
    on behalf of Trustee Richard A Marshack (TR) Jonathan@MarguliesFaithLaw.com vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Joon M Khang
    on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com

Joon M Khang
    on behalf of Attorney Khang & Khang LLP joon@khanglaw.com

Joseph E Addiego
    on behalf of Defendant Heshy Deutsch joeaddiego@dwt.com ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com

Joseph E Addiego
    on behalf of Defendant Clearfund Solutions LLC joeaddiego@dwt.com ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com

Joseph E Addiego
    on behalf of Defendant Nachmy Weiss joeaddiego@dwt.com ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com

Julian Parker Pecora
    on behalf of Plaintiff Richard A Marshack julian.pecora@dinsmore.com Tracey.Hebert@Dinsmore.com

Karen Hockstad
    on behalf of Plaintiff Richard A Marshack karen.hockstad@dinsmore.com kim.beavin@dinsmore.com

Karen Hockstad
    on behalf of Trustee Richard A Marshack (TR) karen.hockstad@dinsmore.com kim.beavin@dinsmore.com

Kathleen P March
    on behalf of Interested Party The Bankruptcy Law Firm P.C. kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
    on behalf of Defendant Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
    on behalf of Creditor Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
    on behalf of Creditor Phuong (Jayde) Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
    on behalf of Defendant Jayde Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
    on behalf of Defendant Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
    on behalf of Creditor Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Keith C Owens
    on behalf of Creditor Committee Committee of Unsecured Creditors kowens@foxrothschild.com khoang@foxrothschild.com

Keith C Owens
    on behalf of Intervenor OFFICIAL COMMITTEE OF UNSECURED CREDITORS kowens@foxrothschild.com khoang@foxrothschild.com

Keith C Owens
    on behalf of Creditor Committee Post-Confirmation Oversight Committee kowens@foxrothschild.com khoang@foxrothschild.com

Keith C Owens
    on behalf of Plaintiff Richard A. Marshack kowens@foxrothschild.com khoang@foxrothschild.com

District/off: 0973-8 User: admin Page 7 of 12
Date Rcvd: Mar 18, 2025 Form ID: pdf042 Total Noticed: 1

Kelli Ann Lee
    on behalf of Trustee Richard A Marshack (TR) Kelli.lee@dinsmore.com kristy.allen@dinsmore.com

Kelli Ann Lee
    on behalf of Plaintiff Richard A. Marshack Kelli.lee@dinsmore.com kristy.allen@dinsmore.com

Kenneth Misken
    on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

Kevin Alan Rogers
    on behalf of Creditor Wells Marble and Hurst PLLC krogers@wellsmar.com

Kyra E Andrassy
    on behalf of Defendant Arash Asante Bayrooti kandrassy@raineslaw.com bclark@raineslaw.com;jfisher@raineslaw.com

Kyra E Andrassy
    on behalf of Interested Party Courtesy NEF kandrassy@raineslaw.com bclark@raineslaw.com;jfisher@raineslaw.com

Laila Rais
    on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com
    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais
    on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com
    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais
    on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com
    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais
    on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com
    lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Larry Rothman
    on behalf of Interested Party Steven D. Silverstein tocollect@aol.com

Leslie A Cohen
    on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Leslie A Cohen
    on behalf of Defendant Rosa Bianca Loli leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Lisa Patel
    on behalf of Defendant OptimumBank Holdings Inc. lpatel@lesnickprince.com,
    jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com

Marc C Forsythe
    on behalf of Defendant Clear Vision Financial LLC mforsythe@goeforlaw.com
    mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Marc C Forsythe
    on behalf of Defendant Point Break Holdings LLC mforsythe@goeforlaw.com
    mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Marc C Forsythe
    on behalf of Defendant Perfect Financial LLC mforsythe@goeforlaw.com,
    mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Mary H Haas
    on behalf of Defendant Heshy Deutsch maryhaas@dwt.com melissastrobel@dwt.com;lit-docket@dwt.com

Mary H Haas
    on behalf of Defendant Nachmy Weiss maryhaas@dwt.com melissastrobel@dwt.com;lit-docket@dwt.com

Mary H Haas
    on behalf of Defendant Clearfund Solutions LLC maryhaas@dwt.com melissastrobel@dwt.com;lit-docket@dwt.com

Matthew A Lesnick
    on behalf of Defendant OptimumBank Holdings Inc. matt@lesnickprince.com,
    matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew J Stockl
    on behalf of Trustee Richard A Marshack (TR) matthew.stockl@dinsmore.com katrice.ortiz@dinsmore.com

Matthew J Stockl
    on behalf of Plaintiff Richard A. Marshack matthew.stockl@dinsmore.com katrice.ortiz@dinsmore.com

Matthew S Steinberg
    on behalf of Defendant Debt Resolution Direct LLC msteinberg@cozen.com

Maureen J Shanahan
    on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Mstotaro@aol.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 8 of 12 |
| Date Rcvd: Mar 18, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Meredith Fahn
    on behalf of Creditor Meredith Fahn fahn@sbcglobal.net

Meredith King
    on behalf of Interested Party Courtesy NEF mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law

Meredith King
    on behalf of Defendant Gallant Law Group mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law

Michael D Lieberman
    on behalf of Creditor Phillip A. Greenblatt PLLC mike@liebermandebtrelief.com

Michael F Chekian
    on behalf of Creditor Elizabeth A. Shore mike@cheklaw.com chekianmr84018@notify.bestcase.com

Michael Jay Berger
    on behalf of Defendant Leucadia Enterprises Inc michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael R Pinkston
    on behalf of Creditor Wells Marble and Hurst PLLC rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com

Michael R Totaro
    on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Ocbkatty@aol.com

Michael R Totaro
    on behalf of Interested Party Randall Baldwin Clark Ocbkatty@aol.com

Michael W Davis
    on behalf of Defendant Morning Law Group P.C. mdavis@dtolaw.com, ygodson@dtolaw.com

Mitchell B Ludwig
    on behalf of Creditor Fundura Capital Group mbl@kpclegal.com kad@kpclegal.com

Nicholas A Koffroth
    on behalf of Creditor Committee Post-Confirmation Oversight Committee nkoffroth@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
    on behalf of Other Professional Post-Confirmation Oversight Committee as Successor in Interest to the Official Committee of Unsecured Creditors nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
    on behalf of Plaintiff Richard A. Marshack nkoffroth@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
    on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Noah K McCall
    on behalf of Defendant Luke Enkosky nmccall@rschauerlaw.com NAnderson@RSchauerLaw.com

Olivia Scott
    on behalf of Creditor Hi Bar Capital LLC olivia.scott@hklaw.com

Olivia Scott
    on behalf of Creditor Azzure Capital LLC olivia.scott@hklaw.com

Paul R Shankman
    on behalf of Creditor United Partnerships LLC PShankman@fortislaw.com, info@fortislaw.com

Paul R Shankman
    on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com info@fortislaw.com

Peter L Isola
    on behalf of Interested Party Merchants Credit Corporation pisola@hinshawlaw.com rmojica@hinshawlaw.com,iking@hinshawlaw.com

Peter W Bowie
    on behalf of Trustee Richard A Marshack (TR) peter.bowie@dinsmore.com caron.burke@dinsmore.com

Queenie K Ng
    on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Randall Baldwin Clark
    on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com

Razmig Izakelian
    on behalf of Creditor OHP-CDR LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
    on behalf of Plaintiff OHP-CDR LP razmigizakelian@quinnemanuel.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 9 of 12 |
| Date Rcvd: Mar 18, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Razmig Izakelian
    on behalf of Counter-Defendant PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian
    on behalf of Plaintiff PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian
    on behalf of Counter-Defendant OHP-CDR LP razmigizakelian@quinnemanuel.com

Reina Zepeda
    on behalf of Other Professional Omni Agent Solutions rzepeda@omniagnt.com

Richard A Marshack (TR)
    pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com

Richard D. Porotsky
    on behalf of Plaintiff Richard A Marshack maria.rother@dinsmore.com

Richard D. Porotsky
    on behalf of Plaintiff Richard A. Marshack maria.rother@dinsmore.com

Richard H Golubow
    on behalf of Creditor MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Creditor Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Defendant Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Defendant MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Defendant MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Creditor MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard L. Hyde
    on behalf of Interested Party Courtesy NEF rhyde@awglaw.com

Ronald K Brown
    on behalf of Creditor SDCO Tustin Executive Center Inc. ron@rkbrownlaw.com

Ronald N Richards
    on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com

Samuel Mushegh Boyamian
    on behalf of Interested Party Courtesy NEF samuel@marguliesfaithlaw.com Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Sara Johnston
    on behalf of Trustee Richard A Marshack (TR) sara.johnston@dinsmore.com bryan.cockroft@dinsmore.com;spencer.gray@dinsmore.com;wendy.yones@dinsmore.com

Sara Johnston
    on behalf of Plaintiff Richard A. Marshack sara.johnston@dinsmore.com bryan.cockroft@dinsmore.com;spencer.gray@dinsmore.com;wendy.yones@dinsmore.com

Sara Johnston
    on behalf of Plaintiff Richard A Marshack sara.johnston@dinsmore.com bryan.cockroft@dinsmore.com;spencer.gray@dinsmore.com;wendy.yones@dinsmore.com

Sarah S. Mattingly
    on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com

Sarah S. Mattingly
    on behalf of Plaintiff Richard A. Marshack Chapter 11 Trustee sarah.mattingly@dinsmore.com

Sarah S. Mattingly
    on behalf of Plaintiff Richard A Marshack trustee of the LPG Liquidation Trust sarah.mattingly@dinsmore.com

Sarah S. Mattingly
    on behalf of Defendant Debt Resolution Direct LLC sarah.mattingly@dinsmore.com

Sarah S. Mattingly

District/off: 0973-8 User: admin Page 10 of 12
Date Rcvd: Mar 18, 2025 Form ID: pdf042 Total Noticed: 1

| | |
|---|---|
| | on behalf of Defendant Clearcube LLC sarah.mattingly@dinsmore.com |
| Sarah S. Mattingly | |
| | on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com |
| Sarah S. Mattingly | |
| | on behalf of Trustee Richard A Marshack (TR) sarah.mattingly@dinsmore.com |
| Sharon Z. Weiss | |
| | on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com<br>raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com |
| Sharon Z. Weiss | |
| | on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com<br>raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com |
| Sharon Z. Weiss | |
| | on behalf of Defendant Azzure Capital LLC sharon.weiss@bclplaw.com<br>raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com |
| Shawn M Christianson | |
| | on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com   schristianson@buchalter.com |
| Spencer Keith Gray | |
| | on behalf of Trustee Richard A Marshack (TR) spencer.gray@dinsmore.com<br>wendy.yones@dinsmore.com;sara.johnston@dinsmore.com |
| Spencer Keith Gray | |
| | on behalf of Plaintiff Richard A Marshack spencer.gray@dinsmore.com<br>wendy.yones@dinsmore.com;sara.johnston@dinsmore.com |
| Stella A Havkin | |
| | on behalf of Defendant Bridge Funding Cap  LLC stella@havkinandshrago.com, shavkinesq@gmail.com |
| Sweeney Kelly | |
| | on behalf of Defendant Fidelity National Information Services  Inc. kelly@ksgklaw.com |
| Sweeney Kelly | |
| | on behalf of Defendant Worldpay Group kelly@ksgklaw.com |
| Sweeney Kelly | |
| | on behalf of Defendant Fidelity National Information Services  Inc. dba FIS kelly@ksgklaw.com |
| Sweeney Kelly | |
| | on behalf of Defendant Worldpay  LLC kelly@ksgklaw.com |
| Tony May | |
| | on behalf of Defendant Matthew Lovelady tmay@maybrocklaw.com |
| Tyler Powell | |
| | on behalf of Plaintiff Richard A Marshack tyler.powell@dinsmore.com<br>jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com |
| Tyler Powell | |
| | on behalf of Counter-Defendant Richard A Marshack (TR) tyler.powell@dinsmore.com<br>jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com |
| Tyler Powell | |
| | on behalf of Counter-Claimant Richard A Marshack (TR) tyler.powell@dinsmore.com<br>jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com |
| Tyler Powell | |
| | on behalf of Trustee Richard A Marshack (TR) tyler.powell@dinsmore.com<br>jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com |
| Tyler Powell | |
| | on behalf of Plaintiff Richard A. Marshack tyler.powell@dinsmore.com<br>jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com |
| Tyler Powell | |
| | on behalf of Counter-Claimant Richard A. Marshack tyler.powell@dinsmore.com<br>jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com |
| Tyler Powell | |
| | on behalf of Defendant Richard A. Marshack tyler.powell@dinsmore.com<br>jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com |
| United States Trustee (SA) | |
| | ustpregion16.sa.ecf@usdoj.gov |
| Vanessa Rodriguez | |
| | on behalf of Trustee Richard A Marshack (TR) vanessa.rodriguez@dinsmore.com<br>katherine.hemphill@dinsmore.com;sara.johnston@dinsmore.com |

Case 8:23-bk-10571-SC    Doc 2347    Filed 03/20/25    Entered 03/20/25 21:20:58    Desc
Imaged Certificate of Notice    Page 11 of 14

| District/off: 0973-8 | User: admin | Page 11 of 12 |
|---|---|---|
| Date Rcvd: Mar 18, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Vanessa Rodriguez
on behalf of Plaintiff Richard A Marshack vanessa.rodriguez@dinsmore.com katherine.hemphill@dinsmore.com;sara.johnston@dinsmore.com

Vanessa Rodriguez
on behalf of Plaintiff Richard A. Marshack vanessa.rodriguez@dinsmore.com katherine.hemphill@dinsmore.com;sara.johnston@dinsmore.com

Veneeta Jaswal
on behalf of Plaintiff Richard A Marshack veneeta.jaswal@dinsmore.com bonnie.connolly@dinsmore.com

Veneeta Jaswal
on behalf of Plaintiff Richard A. Marshack veneeta.jaswal@dinsmore.com bonnie.connolly@dinsmore.com

Veneeta Jaswal
on behalf of Plaintiff Richard A. Marshack veneeta.jaswal@dinsmore.com bonnie.connolly@dinsmore.com

Veneeta Jaswal
on behalf of Trustee Richard A Marshack (TR) veneeta.jaswal@dinsmore.com bonnie.connolly@dinsmore.com

Victoria Newmark
on behalf of Interested Party LGS Holdco LLC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant Consumer Legal Group PC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Interested Party Consumer Legal Group P.C. vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant LGS Holdco LLC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Interested Party Liberty Acquisitions Group Inc. vnewmark@pszjlaw.com hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Vincent Renda
on behalf of Creditor Unified Global Research Group Inc vr@pinlegal.com, ld@pinlegal.com

William McCormick
on behalf of Creditor TN Dept of Revenue Bill.McCormick@ag.tn.gov

William J Wall
on behalf of Witness Bradford Lee wwall@wall-law.com

William P. Fennell
on behalf of Creditor Validation Partners LLC william.fennell@fennelllaw.com wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com;Fennell.WilliamP.B143386@notify.bestcase.com

Yisrael Gelb
on behalf of Defendant Bridge Funding Cap LLC yisrael@gelblawapc.com

Yosina M Lissebeck
on behalf of Trustee Richard A Marshack (TR) Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

Yosina M Lissebeck
on behalf of Plaintiff Richard A Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

Yosina M Lissebeck
on behalf of Counter-Claimant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

Yosina M Lissebeck
on behalf of Special Counsel Dinsmore & Shohl LLP Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

Yosina M Lissebeck
on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

Yosina M Lissebeck
on behalf of Defendant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com

District/off: 0973-8     User: admin     Page 12 of 12
Date Rcvd: Mar 18, 2025     Form ID: pdf042     Total Noticed: 1

caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

Zev Shechtman

on behalf of Interested Party Danning Gill Israel & Krasnoff LLP Zev.Shechtman@saul.com
zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman

on behalf of Interested Party Morning Law Group  P.C. Zev.Shechtman@saul.com,
zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

TOTAL: 250

CHRISTOPHER CELENTINO (131688)
Christopher.Celentino@dinsmore.com
YOSINA LISSEBECK (SBN 201654)
Yosina.Lissebeck@dinsmore.com
CHRISTOPHER B. GHIO (259094)
Christopher.Ghio@dinsmore.com
DINSMORE & SHOHL LLP
655 W Broadway, Suite 800
San Diego, California 92101
Tele: (619) 400-0468
Fax: (619) 400-0501

Special Counsel to Richard A. Marshack,
Liquidating Trustee of the LPG Liquidation Trust
For The Litigation Practice Group P.C.

FILED & ENTERED

MAR 18 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| THE LITIGATION PRACTICE GROUP P.C., | Case No.: 8:23-bk-10571-SC |
| Debtor. | **ORDER APPROVING STIPULATION TO RESOLVE STEVEN D. SILVERSTEIN'S OPPOSITION TO TRUSTEE'S MOTION FOR AN ORDER EXTENDING THE ESTATE'S TIME TO FILE ACTIONS GOVERNED BY 11 U.S.C. §§ 108, 546(a), AND 549(d)** |
| | Judge: Hon. Scott C. Clarkson<br>Place: Courtroom 5C<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

The Court, having read and considered the Stipulation To Resolve Steven D. Silverstein's Opposition To Trustee's Motion For An Order Extending The Estate's Time To File Action Governed By 11 U.S.C. §§108, 546(a), and 549 (the "Stipulation"), filed on March 17, 2025 as Dkt. No. 2278, and for GOOD CAUSE APPEARING, the Court orders as follows:

///

1

1. The Stipulation shall be and hereby is GRANTED in its entirety;
2. Trustee, Richard A. Marshack, shall not file any adversary proceedings in this case before or after March 19, 2025 naming Steven D. Silverstein as a defendant; and
3. Upon entry of this Order, within one (1) business day, Steven D. Silverstein shall withdraw his opposition to Trustee's motion.

**IT IS SO ORDERED.**

### 

Date: March 18, 2025

Scott C. Clarkson
United States Bankruptcy Judge

2