United States Bankruptcy Court

Central District of California

In re:                                                                      Case No. 23-10571-SC

The Litigation Practice Group P.C.                                          Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-8 | User: admin | Page 1 of 12 |
|---|---|---|
| Date Rcvd: Mar 28, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2025                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron E. De Leest | on behalf of Plaintiff Richard A. Marshack adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | on behalf of Plaintiff Richard A Marshack adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | on behalf of Trustee Richard A Marshack (TR) adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Adam D Stein-Sapir | on behalf of Creditor Pioneer Funding Group  LLC info@pfllc.com |

District/off: 0973-8                    User: admin                    Page 2 of 12
Date Rcvd: Mar 28, 2025                 Form ID: pdf042                 Total Noticed: 1

Alan Craig Hochheiser
on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com arodriguez@mauricewutscher.com

Alan I Nahmias
on behalf of Interested Party Courtesy NEF anahmias@mbn.law jdale@mbn.law

Alan W Forsley
on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com
awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com

Alan W Forsley
on behalf of Creditor Anthem Blue Cross of California alan.forsley@flpllp.com
awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com

Amy Lynn Ginsburg
on behalf of Creditor Shannon Bellfield efilings@ginsburglawgroup.com

Amy Lynn Ginsburg
on behalf of Creditor Kenton Cobb efilings@ginsburglawgroup.com

Amy Lynn Ginsburg
on behalf of Creditor Amy Ginsburg efilings@ginsburglawgroup.com

Andrew Still
on behalf of Creditor Alteryx Inc. astill@swlaw.com, kcollins@swlaw.com

Andrew Still
on behalf of Interested Party Courtesy NEF astill@swlaw.com kcollins@swlaw.com

Andrew Still
on behalf of Plaintiff Alteryx Inc. astill@swlaw.com, kcollins@swlaw.com

Anthony Bisconti
on behalf of Plaintiff Richard A. Marshack tbisconti@bklwlaw.com 1193516420@filings.docketbird.com,docket@bklwlaw.com

Anthony Paul Diehl
on behalf of Interested Party Courtesy NEF anthony@apdlaw.net
Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net,9143954420@filings.docketbird.com

Ashley Dionisio
on behalf of Other Professional Omni Agent Solutions adionisio@omniagnt.com

Belinda M Vega
on behalf of Creditor ADP Inc apark@venable.com

Bradford Barnhardt
on behalf of Plaintiff Richard A. Marshack bbarnhardt@marshackhays.com
bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt
on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com
bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt
on behalf of Trustee Richard A Marshack (TR) bbarnhardt@marshackhays.com
bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt
on behalf of Plaintiff Richard A Marshack bbarnhardt@marshackhays.com
bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Brandon J. Iskander
on behalf of Defendant JM Squared LLC biskander@goeforlaw.com kmurphy@goeforlaw.com

Brandon J. Iskander
on behalf of Interested Party Goe Forsythe & Hodges LLP biskander@goeforlaw.com kmurphy@goeforlaw.com

Brett N Taylor
on behalf of Defendant Debt Resolution Direct LLC btaylor@cozen.com, arincon@cozen.com

Brian L Holman
on behalf of Creditor Sharp Electronics Corporation b.holman@musickpeeler.com

Britteny Leyva
on behalf of Interested Party Revolv3 Inc. bleyva@mayerbrown.com,
2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com

Byron Z Moldo
on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com aantonio@ecjlaw.com,dperez@ecjlaw.com

Cara Daggitt
on behalf of Plaintiff Richard A Marshack cara.daggitt@dinsmore.com Keegan.Giblin@Dinsmore.com

Cara Daggitt
on behalf of Plaintiff Richard A. Marshack cara.daggitt@dinsmore.com Keegan.Giblin@Dinsmore.com

Caroline Massey
on behalf of Plaintiff Richard A Marshack caroline.massey@dinsmore.com

Charity J Manee
on behalf of Defendant Clear Vision Financial LLC cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
on behalf of Interested Party Goe Forsythe & Hodges LLP cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
on behalf of Defendant Point Break Holdings LLC cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
on behalf of Defendant JM Squared LLC cmanee@goeforlaw.com kmurphy@goeforlaw.com

Christopher Celentino
on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Celentino
on behalf of Special Counsel Dinsmore & Shohl LLP christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Celentino
on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Ghio
on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com angelica.urena@dinsmore.com

Christopher Ghio
on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com angelica.urena@dinsmore.com

Christopher Ghio
on behalf of Plaintiff Richard A Marshack christopher.ghio@dinsmore.com angelica.urena@dinsmore.com

Christopher J Langley
on behalf of Interested Party Courtesy NEF ShiodaLangleyChangLLP@jubileebk.net
john@slclawoffice.com;ShiodaLangleyChangLLP@jubileebk.net

D Edward Hays
on behalf of Attorney Marshack Hays LLP ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Plaintiff Richard A Marshack ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Creditor Committee Committee of Unsecured Creditors ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Plaintiff Richard A. Marshack ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Interested Party Courtesy NEF ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Daniel A Edelman
on behalf of Creditor Carolyn Beech dedelman@edcombs.com courtecl@edcombs.com

Daniel A Lev
on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
on behalf of Interested Party Liberty Acquisitions Group Inc. daniel.lev@gmlaw.com
cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel H Reiss
on behalf of Defendant Touzi Capital  LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel H Reiss
on behalf of Defendant PECC Corp dhr@lnbyg.com dhr@ecf.inforuptcy.com

Daniel H Reiss
on behalf of Defendant Eng Taing dhr@lnbyg.com dhr@ecf.inforuptcy.com

District/off: 0973-8                                    User: admin                                    Page 4 of 12
Date Rcvd: Mar 28, 2025                                Form ID: pdf042                            Total Noticed: 1

Daniel S March
on behalf of Interested Party INTERESTED PARTY marchlawoffice@gmail.com marchdr94019@notify.bestcase.com

Daniel S March
on behalf of Defendant Daniel S. March marchlawoffice@gmail.com marchdr94019@notify.bestcase.com

David M Goodrich
on behalf of Creditor United Partnerships  LLC dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
on behalf of Interested Party Courtesy NEF dgoodrich@go2.law
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David S Kupetz
on behalf of Defendant Marich Bein LLC david.kupetz@troutman.com  mylene.ruiz@troutman.com

David S Kupetz
on behalf of Interested Party Courtesy NEF david.kupetz@troutman.com  mylene.ruiz@troutman.com

David S Kupetz
on behalf of Interested Party Marich Bein LLC david.kupetz@troutman.com  mylene.ruiz@troutman.com

David S Kupetz
on behalf of Defendant Marich Bein  LLC david.kupetz@troutman.com, mylene.ruiz@troutman.com

Eric Bensamochan
on behalf of Interested Party Courtesy NEF eric@eblawfirm.us  G63723@notify.cincompass.com

Eric Bensamochan
on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us  G63723@notify.cincompass.com

Eric Bensamochan
on behalf of Creditor Oxford Knox  LLC eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Gassman
on behalf of Creditor Herret Credit erg@gassmanlawgroup.com  gassman.ericb112993@notify.bestcase.com

Eric D Goldberg
on behalf of Defendant Stripe  Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Ethan J Birnberg
on behalf of Defendant Diverse Capital LLC birnberg@portersimon.com  bokinskie@portersimon.com

Ethan J Birnberg
on behalf of Defendant BMF Advance  LLC birnberg@portersimon.com, bokinskie@portersimon.com

Garrick A Hollander
on behalf of Creditor MC DVI Fund 1  LLC ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
on behalf of Creditor Debt Validation Fund II  LLC ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
on behalf of Creditor MC DVI Fund 2  LLC ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Glenn D. Moses
on behalf of Creditor ADP  Inc gmoses@venable.com,
cascavone@venable.com;ipmalcolm@venable.com;imalcolm@ecf.courtdrive.com;jadelgado@venable.com

Gregory M Salvato
on behalf of Creditor Mari Agape gsalvato@salvatoboufadel.com
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Howard Steinberg
on behalf of Defendant BankUnited  N.A. steinbergh@gtlaw.com,
pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Howard M Ehrenberg
on behalf of Defendant New Horizon Finance LLC Howard.Ehrenberg@gmlaw.com
hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com

Ira David Kharasch
on behalf of Defendant LGS Holdco  LLC ikharasch@pszjlaw.com

Ira David Kharasch

District/off: 0973-8                          User: admin                              Page 5 of 12
Date Rcvd: Mar 28, 2025                    Form ID: pdf042                         Total Noticed: 1

Ira David Kharasch

on behalf of Defendant Consumer Legal Group  PC ikharasch@pszjlaw.com

on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Interested Party LGS Holdco  LLC ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Interested Party Consumer Legal Group  P.C. ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Interested Party Liberty Acquisitions Group Inc. ikharasch@pszjlaw.com

Israel Orozco

on behalf of Creditor Israel Orozco israel@iolawcorp.com

Jacob Newsum-Bothamley

on behalf of Trustee Richard A Marshack (TR) jacob.bothamley@dinsmore.com  bonnie.connolly@dinsmore.com

Jacob Newsum-Bothamley

on behalf of Plaintiff Richard A. Marshack jacob.bothamley@dinsmore.com  bonnie.connolly@dinsmore.com

Jacob Newsum-Bothamley

on behalf of Plaintiff Richard A Marshack jacob.bothamley@dinsmore.com  bonnie.connolly@dinsmore.com

Jeana Mason

on behalf of Plaintiff Richard A. Marshack jeana.mason@dinsmore.com
ashlynn.harrison@dinsmore.com;stella.laroe@dinsmore.com

Jeffrey I Golden

on behalf of Creditor Anaheim Ducks Hockey Club  LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jeffrey I Golden

on behalf of Creditor Oxford Knox  LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jeffrey I Golden

on behalf of Creditor Anaheim Arena Management  LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jeffrey I Golden

on behalf of Interested Party Courtesy NEF jgolden@go2.law
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jeffrey I Golden

on behalf of Creditor Affirma  LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jeffrey M Singletary

on behalf of Interested Party INTERESTED PARTY jsingletary@swlaw.com  rmckay@swlaw.com

Jeffrey S Shinbrot

on behalf of Interested Party Brandon Turner jeffrey@shinbrotfirm.com  sandra@shinbrotfirm.com;tanya@shinbrotfirm.com

Jeffrey S Shinbrot

on behalf of Defendant Brandon Turner jeffrey@shinbrotfirm.com  sandra@shinbrotfirm.com;tanya@shinbrotfirm.com

Jenny L Doling

on behalf of Interested Party INTERESTED PARTY jd@jdl.law
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling

on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys jd@jdl.law
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling

on behalf of Interested Party National Consumer Bankruptcy Rights Center jd@jdl.law
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jeremy Faith

on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com
Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Jeremy Faith
    on behalf of Defendant Colbalt Funding Solutions  LLC Jeremy@MarguliesFaithlaw.com,
Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithlaw.com;Amber@MarguliesFaithLaw.com

Jeremy Freedman
    on behalf of Trustee Richard A Marshack (TR) jeremy.freedman@dinsmore.com  bonnie.connolly@dinsmore.com

Jeremy Freedman
    on behalf of Plaintiff Richard A. Marshack jeremy.freedman@dinsmore.com  bonnie.connolly@dinsmore.com

John H. Stephens
    on behalf of Trustee Richard A Marshack (TR) john.stephens@dinsmore.com  lizbeth.alonso@dinsmore.com

John H. Stephens
    on behalf of Plaintiff Richard A Marshack john.stephens@dinsmore.com  lizbeth.alonso@dinsmore.com

John H. Stephens
    on behalf of Plaintiff Richard A. Marshack john.stephens@dinsmore.com  lizbeth.alonso@dinsmore.com

Johnny White
    on behalf of Creditor Debt Relief Group  LLC JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White
    on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com  jlee@wrslawyers.com

Jonathan Serrano
    on behalf of Trustee Richard A Marshack (TR) Jonathan@MarguliesFaithLaw.com
vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Jonathan Serrano
    on behalf of Special Counsel Dinsmore & Shohl LLP Jonathan@MarguliesFaithLaw.com
vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Jonathan Serrano
    on behalf of Plaintiff Richard A. Marshack Jonathan@MarguliesFaithLaw.com
vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Joon M Khang
    on behalf of Attorney Khang & Khang LLP joon@khanglaw.com

Joon M Khang
    on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com

Joseph E Addiego
    on behalf of Defendant Nachmy Weiss joeaddiego@dwt.com
ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com

Joseph E Addiego
    on behalf of Defendant Heshy Deutsch joeaddiego@dwt.com
ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com

Joseph E Addiego
    on behalf of Defendant Clearfund Solutions LLC joeaddiego@dwt.com
ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com

Julian Parker Pecora
    on behalf of Plaintiff Richard A Marshack julian.pecora@dinsmore.com  Tracey.Hebert@Dinsmore.com

Karen Hockstad
    on behalf of Plaintiff Richard A Marshack karen.hockstad@dinsmore.com  kim.beavin@dinsmore.com

Karen Hockstad
    on behalf of Trustee Richard A Marshack (TR) karen.hockstad@dinsmore.com  kim.beavin@dinsmore.com

Kathleen P March
    on behalf of Creditor Phuong (Jayde) Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
    on behalf of Defendant Han Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
    on behalf of Creditor Han Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
    on behalf of Defendant Jayde Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
    on behalf of Creditor Greyson Law Center PC kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
    on behalf of Interested Party The Bankruptcy Law Firm  P.C. kmarch@bkylawfirm.com,
kmarch3@sbcglobal.net,kmarch@sbcglobal.net

District/off: 0973-8            User: admin            Page 7 of 12

Date Rcvd: Mar 28, 2025            Form ID: pdf042            Total Noticed: 1

Kathleen P March
on behalf of Defendant Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Keith C Owens
on behalf of Plaintiff Richard A. Marshack kowens@foxrothschild.com khoang@foxrothschild.com

Keith C Owens
on behalf of Intervenor OFFICIAL COMMITTEE OF UNSECURED CREDITORS kowens@foxrothschild.com khoang@foxrothschild.com

Keith C Owens
on behalf of Creditor Committee Post-Confirmation Oversight Committee kowens@foxrothschild.com khoang@foxrothschild.com

Keith C Owens
on behalf of Creditor Committee Committee of Unsecured Creditors kowens@foxrothschild.com khoang@foxrothschild.com

Kelli Ann Lee
on behalf of Trustee Richard A Marshack (TR) Kelli.lee@dinsmore.com kristy.allen@dinsmore.com

Kelli Ann Lee
on behalf of Plaintiff Richard A. Marshack Kelli.lee@dinsmore.com kristy.allen@dinsmore.com

Kenneth Misken
on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

Kevin Alan Rogers
on behalf of Creditor Wells Marble and Hurst PLLC krogers@wellsmar.com

Kyra E Andrassy
on behalf of Defendant Arash Asante Bayrooti kandrassy@raineslaw.com bclark@raineslaw.com;jfisher@raineslaw.com

Kyra E Andrassy
on behalf of Interested Party Courtesy NEF kandrassy@raineslaw.com bclark@raineslaw.com;jfisher@raineslaw.com

Laila Rais
on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais
on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais
on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais
on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Larry Rothman
on behalf of Interested Party Steven D. Silverstein tocollect@aol.com

Leslie A Cohen
on behalf of Defendant Rosa Bianca Loli leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Leslie A Cohen
on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Lexi J. Epley
on behalf of Plaintiff Richard A. Marshack lexi.epley@dinsmore.com angelica.urena@dinsmore.com

Lisa Patel
on behalf of Defendant OptimumBank Holdings Inc. lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com

Marc C Forsythe
on behalf of Creditor Point Break Holdings LLC mforsythe@goeforlaw.com mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Marc C Forsythe
on behalf of Defendant Point Break Holdings LLC mforsythe@goeforlaw.com mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Marc C Forsythe
on behalf of Defendant Perfect Financial LLC mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Marc C Forsythe
on behalf of Defendant Clear Vision Financial LLC mforsythe@goeforlaw.com mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

District/off: 0973-8                                      User: admin                                      Page 8 of 12
Date Rcvd: Mar 28, 2025                                Form ID: pdf042                            Total Noticed: 1

Mary H Haas
on behalf of Defendant Clearfund Solutions LLC maryhaas@dwt.com  melissastrobel@dwt.com;lit-docket@dwt.com

Mary H Haas
on behalf of Defendant Nachmy Weiss maryhaas@dwt.com  melissastrobel@dwt.com;lit-docket@dwt.com

Mary H Haas
on behalf of Defendant Heshy Deutsch maryhaas@dwt.com  melissastrobel@dwt.com;lit-docket@dwt.com

Matthew A Lesnick
on behalf of Defendant OptimumBank Holdings  Inc. matt@lesnickprince.com,
matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew J Stockl
on behalf of Plaintiff Richard A. Marshack matthew.stockl@dinsmore.com  katrice.ortiz@dinsmore.com

Matthew J Stockl
on behalf of Trustee Richard A Marshack (TR) matthew.stockl@dinsmore.com  katrice.ortiz@dinsmore.com

Matthew S Steinberg
on behalf of Defendant Debt Resolution Direct  LLC msteinberg@cozen.com

Maureen J Shanahan
on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Mstotaro@aol.com

Meredith Fahn
on behalf of Creditor Meredith Fahn fahn@sbcglobal.net

Meredith King
on behalf of Defendant Gallant Law Group mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Meredith King
on behalf of Interested Party Courtesy NEF mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Michael D Lieberman
on behalf of Creditor Phillip A. Greenblatt  PLLC mike@liebermandebtrelief.com

Michael F Chekian
on behalf of Creditor Elizabeth A. Shore mike@cheklaw.com  chekianmr84018@notify.bestcase.com

Michael Jay Berger
on behalf of Defendant Leucadia Enterprises  Inc michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael R Pinkston
on behalf of Creditor Wells Marble and Hurst  PLLC rpinkston@seyfarth.com,
jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com

Michael R Totaro
on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Ocbkatty@aol.com

Michael R Totaro
on behalf of Interested Party Randall Baldwin Clark Ocbkatty@aol.com

Michael W Davis
on behalf of Defendant Morning Law Group  P.C. mdavis@dtolaw.com, ygodson@dtolaw.com

Mitchell B Ludwig
on behalf of Creditor Fundura Capital Group mbl@kpclegal.com  kad@kpclegal.com

Nicholas A Koffroth
on behalf of Other Professional Post-Confirmation Oversight Committee  as Successor in Interest to the Official Committee of
Unsecured Creditors nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
on behalf of Plaintiff Richard A. Marshack nkoffroth@foxrothschild.com  khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com
khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
on behalf of Creditor Committee Post-Confirmation Oversight Committee nkoffroth@foxrothschild.com
khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Noah K McCall
on behalf of Defendant Luke Enkosky nmccall@rschauerlaw.com  NAnderson@RSchauerLaw.com

Olivia Scott
on behalf of Creditor Azzure Capital LLC olivia.scott@hklaw.com

Olivia Scott
on behalf of Creditor Hi Bar Capital LLC olivia.scott@hklaw.com

Paul R Shankman
        on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com  info@fortislaw.com

Paul R Shankman
        on behalf of Creditor United Partnerships  LLC PShankman@fortislaw.com, info@fortislaw.com

Peter L Isola
        on behalf of Interested Party Merchants Credit Corporation pisola@hinshawlaw.com
rmojica@hinshawlaw.com,iking@hinshawlaw.com

Peter W Bowie
        on behalf of Trustee Richard A Marshack (TR) peter.bowie@dinsmore.com  caron.burke@dinsmore.com

Queenie K Ng
        on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Randall Baldwin Clark
        on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com

Razmig Izakelian
        on behalf of Counter-Defendant PurchaseCo 80  LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian
        on behalf of Plaintiff OHP-CDR  LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
        on behalf of Plaintiff PurchaseCo 80  LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian
        on behalf of Counter-Defendant OHP-CDR  LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
        on behalf of Creditor OHP-CDR  LP razmigizakelian@quinnemanuel.com

Reina Zepeda
        on behalf of Other Professional Omni Agent Solutions rzepeda@omniagnt.com

Richard A Marshack (TR)
        pkraus@marshackhays.com  ecf.alert+Marshack@titlexi.com

Richard D. Porotsky
        on behalf of Plaintiff Richard A. Marshack maria.rother@dinsmore.com

Richard D. Porotsky
        on behalf of Plaintiff Richard A Marshack maria.rother@dinsmore.com

Richard H Golubow
        on behalf of Defendant Debt Validation Fund II  LLC rgolubow@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
        on behalf of Creditor MC DVI Fund 2  LLC rgolubow@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
        on behalf of Defendant MC DVI Fund 2  LLC rgolubow@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
        on behalf of Defendant MC DVI Fund 1  LLC rgolubow@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
        on behalf of Creditor MC DVI Fund 1  LLC rgolubow@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
        on behalf of Creditor Debt Validation Fund II  LLC rgolubow@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard L. Hyde
        on behalf of Interested Party Courtesy NEF rhyde@awglaw.com

Ronald K Brown
        on behalf of Creditor SDCO Tustin Executive Center  Inc. ron@rkbrownlaw.com

Ronald N Richards
        on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com  7206828420@filings.docketbird.com

Samuel Mushegh Boyamian
        on behalf of Interested Party Courtesy NEF samuel@marguliesfaithlaw.com
Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

District/off: 0973-8                          User: admin                              Page 10 of 12
Date Rcvd: Mar 28, 2025                    Form ID: pdf042                        Total Noticed: 1

Sara Johnston
    on behalf of Plaintiff Richard A. Marshack sara.johnston@dinsmore.com
    bryan.cockroft@dinsmore.com;spencer.gray@dinsmore.com;wendy.yones@dinsmore.com

Sara Johnston
    on behalf of Plaintiff Richard A Marshack sara.johnston@dinsmore.com
    bryan.cockroft@dinsmore.com;spencer.gray@dinsmore.com;wendy.yones@dinsmore.com

Sara Johnston
    on behalf of Trustee Richard A Marshack (TR) sara.johnston@dinsmore.com
    bryan.cockroft@dinsmore.com;spencer.gray@dinsmore.com;wendy.yones@dinsmore.com

Sarah S. Mattingly
    on behalf of Plaintiff Richard A Marshack  trustee of the LPG Liquidation Trust sarah.mattingly@dinsmore.com

Sarah S. Mattingly
    on behalf of Trustee Richard A Marshack (TR) sarah.mattingly@dinsmore.com

Sarah S. Mattingly
    on behalf of Defendant Debt Resolution Direct  LLC sarah.mattingly@dinsmore.com

Sarah S. Mattingly
    on behalf of Defendant Clearcube LLC sarah.mattingly@dinsmore.com

Sarah S. Mattingly
    on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com

Sarah S. Mattingly
    on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com

Sarah S. Mattingly
    on behalf of Plaintiff Richard A. Marshack  Chapter 11 Trustee sarah.mattingly@dinsmore.com

Sharon Z. Weiss
    on behalf of Defendant Azzure Capital LLC sharon.weiss@bclplaw.com
    raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss
    on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com
    raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss
    on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com
    raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Shawn M Christianson
    on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com  schristianson@buchalter.com

Spencer Keith Gray
    on behalf of Plaintiff Richard A Marshack spencer.gray@dinsmore.com
    wendy.yones@dinsmore.com;sara.johnston@dinsmore.com

Spencer Keith Gray
    on behalf of Trustee Richard A Marshack (TR) spencer.gray@dinsmore.com
    wendy.yones@dinsmore.com;sara.johnston@dinsmore.com

Stella A Havkin
    on behalf of Defendant Bridge Funding Cap  LLC stella@havkinandshrago.com, shavkinesq@gmail.com

Sweeney Kelly
    on behalf of Defendant Worldpay Group kelly@ksgklaw.com

Sweeney Kelly
    on behalf of Defendant Fidelity National Information Services  Inc. dba FIS kelly@ksgklaw.com

Sweeney Kelly
    on behalf of Defendant Worldpay  LLC kelly@ksgklaw.com

Sweeney Kelly
    on behalf of Defendant Fidelity National Information Services  Inc. kelly@ksgklaw.com

Tony May
    on behalf of Defendant Matthew Lovelady tmay@maybrocklaw.com

Tyler Powell
    on behalf of Plaintiff Richard A. Marshack tyler.powell@dinsmore.com
    jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell
    on behalf of Counter-Claimant Richard A. Marshack tyler.powell@dinsmore.com
    jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell

on behalf of Defendant Richard A. Marshack tyler.powell@dinsmore.com
jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell

on behalf of Plaintiff Richard A Marshack tyler.powell@dinsmore.com
jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell

on behalf of Counter-Defendant Richard A Marshack (TR) tyler.powell@dinsmore.com
jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell

on behalf of Trustee Richard A Marshack (TR) tyler.powell@dinsmore.com
jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell

on behalf of Counter-Claimant Richard A Marshack (TR) tyler.powell@dinsmore.com
jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

Vanessa Rodriguez

on behalf of Plaintiff Richard A Marshack vanessa.rodriguez@dinsmore.com
katherine.hemphill@dinsmore.com;sara.johnston@dinsmore.com

Vanessa Rodriguez

on behalf of Plaintiff Richard A. Marshack vanessa.rodriguez@dinsmore.com
katherine.hemphill@dinsmore.com;sara.johnston@dinsmore.com

Vanessa Rodriguez

on behalf of Trustee Richard A Marshack (TR) vanessa.rodriguez@dinsmore.com
katherine.hemphill@dinsmore.com;sara.johnston@dinsmore.com

Veneeta Jaswal

on behalf of Plaintiff Richard A. Marshack veneeta.jaswal@dinsmore.com  bonnie.connolly@dinsmore.com

Veneeta Jaswal

on behalf of Trustee Richard A Marshack (TR) veneeta.jaswal@dinsmore.com  bonnie.connolly@dinsmore.com

Veneeta Jaswal

on behalf of Plaintiff Richard A. Marshack veneeta.jaswal@dinsmore.com  bonnie.connolly@dinsmore.com

Veneeta Jaswal

on behalf of Plaintiff Richard A. Marshack veneeta.jaswal@dinsmore.com  bonnie.connolly@dinsmore.com

Victoria Newmark

on behalf of Interested Party LGS Holdco  LLC vnewmark@pszjlaw.com,
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark

on behalf of Interested Party Consumer Legal Group  P.C. vnewmark@pszjlaw.com,
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark

on behalf of Defendant LGS Holdco  LLC vnewmark@pszjlaw.com,
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark

on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark

on behalf of Interested Party Liberty Acquisitions Group Inc. vnewmark@pszjlaw.com
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark

on behalf of Defendant Consumer Legal Group  PC vnewmark@pszjlaw.com,
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Vincent Renda

on behalf of Creditor Unified Global Research Group  Inc vr@pinlegal.com, ld@pinlegal.com

William McCormick

on behalf of Creditor TN Dept of Revenue Bill.McCormick@ag.tn.gov

William J Wall

on behalf of Witness Bradford Lee wwall@wall-law.com

William P. Fennell

on behalf of Creditor Validation Partners LLC william.fennell@fennelllaw.com
wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;offi
ce@fennelllaw.com;Brendan.Bargmann@fennelllaw.com;Fennell.WilliamP.B143386@notify.bestcase.com

District/off: 0973-8                                     User: admin                                     Page 12 of 12
Date Rcvd: Mar 28, 2025                               Form ID: pdf042                              Total Noticed: 1

Yisrael Gelb
                        on behalf of Defendant Bridge Funding Cap  LLC yisrael@gelblawapc.com

Yosina M Lissebeck
                        on behalf of Defendant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com
                        caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
                        on behalf of Trustee Richard A Marshack (TR) Yosina.Lissebeck@Dinsmore.com
                        caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
                        on behalf of Counter-Claimant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com
                        caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
                        on behalf of Special Counsel Dinsmore & Shohl LLP Yosina.Lissebeck@Dinsmore.com
                        caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
                        on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com
                        caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
                        on behalf of Plaintiff Richard A Marshack Yosina.Lissebeck@Dinsmore.com
                        caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Zev Shechtman
                        on behalf of Interested Party Morning Law Group  P.C. Zev.Shechtman@saul.com,
                        zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
                        on behalf of Interested Party Danning Gill Israel & Krasnoff LLP Zev.Shechtman@saul.com
                        zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com


TOTAL: 257

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Marc C. Forsythe – State Bar No. 153854<br>Charity J. Manee – 286481<br>GOE FORSYTHE & HODGES LLP<br>17701 Cowan<br>Building D, Suite 210<br>Irvine, CA 92614<br>mforsythe@goeforlaw.com<br>cmanee@goeforlaw.com<br>Telephone: (949) 798-2460<br>Facsimile: (949) 955-9437<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Movant* Point Break Holdings LLC | **FILED & ENTERED**<br><br>**MAR 28 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY bolte    DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C., | CASE NO.:  8:23-bk-10571-SC<br><br>CHAPTER:  11 |
|---|---|
| | **ORDER ON MOTION FOR PROTECTIVE ORDER PURSUANT TO 11 U.S.C. § 107(c) AND FRBP 9037 TO RESTRICT ACCESS TO FILED DOCUMENTS CONTAINING PERSONAL DATA IDENTIFIERS** |
| Debtor(s) | [No hearing Required] |

| **Movant** *(name)*: **Point Break Holdings LLC** |
|---|

Having considered Movant's Motion for Protective Order Pursuant to 11 U.S.C. § 107(c) and FRBP 9037 to Restrict Access to Filed Documents Containing Personal Data Identifiers (Motion), filed on *3/28/2025* (docket entry number 2352), the court orders as follows:

☒  The Motion is granted.  The court further orders as follows:

1.  Movant is authorized and instructed to file amended versions of the documents identified in the Motion with the personal identifiers redacted.  (A copy of the list of documents identified in the Motion to be redacted and public access to be restricted is attached.)

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*November 2014*                    Page 1                    **F 9037.1.1.ORDER.RESTRICT.PERS.ID**

2.  The clerk of the court is directed to restrict public access to the originally filed documents identified in the Motion in order to keep the personal data identifiers confidential disclosed in the original documents.  (A copy of the list of documents identified in the Motion to be redacted and public access to be restricted is attached.)

☐ The Motion is denied.

###

Date: March 28, 2025

Scott C. Clarkson
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*November 2014*                              Page 2                              **F 9037.1.1.ORDER.RESTRICT.PERS.ID**

ATTACHMENT TO ORDER GRANTING MOTION FOR PROTECTIVE ORDER PURSUANT TO
11 U.S.C. § 107(c) AND FRBP 9037 TO RESTRICT ACCESS TO FILED
DOCUMENTS CONTAINING PERSONAL DATA IDENTIFIERS


**LIST OF DOCUMENTS IDENTIFIED IN MOTION TO BE REDACTED
AND PUBLIC ACCESS TO BE RESTRICTED**

| Docket or Claim No. | Date filed | Name of Document |
|---|---|---|
| 2506 | 3/25/2025 | Amended Proof of Claim |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*November 2014*                                    Page 3                          **F 9037.1.1.ORDER.RESTRICT.PERS.ID**