Ira D. Kharasch (CA Bar No. 109084)
Victoria A. Newmark (CA Bar No. 183581)
Hayley R. Winograd (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail:ikharasch@pszjlaw.com
        vnewmark@pszjlaw.com
        hwinograd@pszjlaw.com

Attorneys for Consumer Legal Group, P.C. and LGS Holdco, LLC

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP, P.C., | Chapter 11 |
| Debtor. | **STIPULATION REGARDING MOTION FOR AN ORDER EXTENDING THE ESTATE'S TIME TO FILE ACTIONS GOVERNED BY 11 U.S.C. §§ 108, 546(a), AND 549(d)** |
| | Hearing:<br>Date:    April 2, 2025<br>Time:   1:30 p.m.<br>Place:    5C - Via ZoomGov<br>            411 West Fourth Street<br>            Santa Ana, California<br>Judge:    Hon. Scott C. Clarkson |

**PLEASE TAKE NOTICE** that Consumer Legal Group, P.C. ("CLG"), LGS Holdco, LLC ("LGS"), and the Chapter 11 Trustee and Liquidating Trustee of the LPG Liquidation Trust in the above-captioned chapter 11 bankruptcy case (the "Trustee," and together with CLG and LGS, the "Parties") hereby stipulate and agree, through their respective counsel, as follows:

A.      On March 20, 2023 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California (the "Court").  The Trustee of the Debtor's estate was appointed on

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

May 8, 2023. *See Acceptance of Appointment as Chapter 11 Trustee* [Docket No. 63]; *Order Approving Appointment* [Docket No. 65].  On September 9, 2024, the Court entered an order ("Confirmation Order") confirming the *Modified First Amended Joint Chapter 11 Plan of Liquidation* ("Plan") [Docket No. 1646].  The Plan went effective on September 24, 2024 (the "Effective Date"). *See Notice of Occurrence of the Effective Date of the Plan* [Docket No. 1762]. Thereafter, Trustee became the trustee of the Debtor's liquidation trust.  On May 25, 2023, the Trustee filed an adversary proceeding against CLG and LGS, among numerous other defendants. [*See* Adv. Proc. No. 8:23-ap-01046] (the "Action").  The operative complaint in the Action is the *Fifth Amended Complaint* [Action, Docket No. 653] (the "Complaint").

B.      Under Section 546(a) of Title 11 of the United States Bankruptcy Code, the deadline for the Trustee to file claims against CLG and LGS expired on March 20, 2025. *See* 11 U.S.C. § 546(a).

C.      On February 19, 2025, the Trustee filed its *Motion for an Order Extending the Estate's Time to File Actions Governed by 11 U.S.C. §§ 108, 546(a), and 549(d); Memorandum of Points and Authorities; and Declaration of Richard A. Marshack in Support* [Docket No. 2108] (the "Motion").  In its Motion, the Trustee requests order extending the time to file actions governed by 11 U.S.C. §§ 108, 541, 542, 544, 546, 547, 548, 549, 550 and 551 (the "Recovery Claims") for a period of approximately 180 days to September 15, 2025.[1]

D.      On March 5, 2025, CLG filed its *Opposition to Motion for an Order Extending the Estate's Time to File Actions Governed by 11 U.S.C. §§ 108, 546(a), and 549(d); Memorandum of Points and Authorities; and Declaration of Richard A. Marshack in Support* [Docket No. 2203] (the "Opposition").  The hearing on the Motion is currently scheduled for April 2, 2025.

E.      The Parties have agreed that (i) CLG and LGS will be carved out fully of the relief requested in the Motion, and (ii) in exchange, CLG will withdraw its Opposition to the Motion (the "Carve-Out Agreement").

[1] In the Motion, the Trustee maintained that the deadline to file Claims under Section 546 is March 19, 2025. *See* Motion at 1.  However, two years from March 20, 2023 is March 20, 2025.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

F.     Specifically, under the Carve-Out Agreement, the Parties agree to the below terms: The Trustee reserves the right to move for leave to amend its Complaint to assert new claim(s) against CLG and/or LGS, but only to the extent such claim(s) are supported by allegations already set forth in the Complaint (the "New Claim(s)").  In any motion for leave to amend its Complaint to add the New Claim(s), the Trustee shall not assert or seek leave to assert any new factual allegations beyond those allegations already included in the existing Complaint nor any new claims based on new factual allegations.  To the extent that, absent this Stipulation, the Trustee would have had the right to amend its Complaint to add the New Claim(s) notwithstanding the expiration of the Trustee's time to file the Recovery Claims against CLG and/or LGS, this Stipulation confirms the Parties' agreement that the Trustee is not waiving that limited right, but this Stipulation does not create any new rights for the Trustee.  The Parties agree that the Trustee's time to file the Recovery Claims against CLG and LGS has expired and that this Stipulation does not affect such expiration and merely memorializes the Parties' agreement that the Trustee is not waiving the limited right described in the prior sentence.  In exchange for the Carve-Out Agreement and pursuant to the understandings above, CLG will withdraw its Opposition and CLG and LGS reserve the right to oppose any motion for leave to amend the Trustee's Complaint on any ground, including, but not limited to, that any New Claim is barred by the statute of limitations or other time-based defenses, and is futile.

## STIPULATION

WHEREFORE, based on the above and the foregoing, the Parties stipulate and agree as follows:

1.     CLG and LGS are carved out of the relief requested in the Motion.

2.     To the extent that, absent this Stipulation, the Trustee would have had the right to amend its Complaint to add a New Claim against CLG and/or LGS notwithstanding the expiration of the Trustee's time to file the Recovery Claims against CLG and LGS, the Parties agree that the Trustee is not waiving that limited right, but this Stipulation does not create any new rights for the Trustee.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEY AT LAW
LOS ANGELES, CALIFORNIA

3.    The Parties agree that the Trustee's time to file the Recovery Claims against CLG and/or LGS has expired as to CLG and LGS and that this Stipulation does not affect such expiration and merely memorializes the Parties' agreement that the Trustee is not waiving the limited right described in paragraph 2 above.

4.    The Trustee maintains the right to move for leave to amend its Complaint to assert new claim(s) against CLG and/or LGS, but only to the extent such claim(s) are supported by allegations already set forth in the Complaint (the "New Claim(s)").

5.    In any motion for leave to amend its Complaint to add the New Claim(s), the Trustee shall not assert or seek leave to assert any new factual allegations beyond those allegations already included in the existing Complaint nor any new claims based on new factual allegations.

6.    CLG and LGS reserve the right to oppose any motion for leave to amend the Trustee's Complaint on any ground, including, but not limited to, that any New Claim is barred by the statute of limitations or other time-based defenses, and is futile.

7.    CLG's Opposition is hereby deemed withdrawn.

**IT IS SO STIPULATED.**

Dated: April 1, 2025                    **DINSMORE & SHOHL, LLP**

                                        By  _____
                                            CHRISTOPHER B. GHIO, ESQ.

                                            Attorneys for Plaintiff,
                                            Chapter 11 Trustee Richard Marshack

4

1   Dated:  April 1, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

By   */s/   Ira D. Kharasch*
      Ira D. Kharasch
      Victoria A. Newmark
      Hayley R. Winograd

      Attorneys for Consumer Legal Group
      P.C. and LGS Holdco, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION REGARDING MOTION FOR AN ORDER EXTENDING THE ESTATE'S TIME TO FILE ACTIONS GOVERNED BY 11 U.S.C. §§ 108, 546(a), AND 549(d)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 1, 2025,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **April 1, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Via Federal Express**
Honorable Scott Clarkson
U.S. Bankruptcy Court, Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 1, 2025 | Rolanda Mori | /s/ Rolanda Mori |
|---|---|---|
| Date | Printed Name | Signature |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Joseph E Addiego**   joeaddiego@dwt.com, ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com; ryanrubio@dwt.com
- **Kyra E Andrassy**   kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **Bradford Barnhardt**   bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **Eric Bensamochan**   eric@eblawfirm.us, G63723@notify.cincompass.com
- **Michael Jay Berger**   michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf .inforuptcy.com
- **Ethan J Birnberg**   birnberg@portersimon.com, bokinskie@portersimon.com
- **Anthony Bisconti**   tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Peter W Bowie**   peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- **Samuel Mushegh Boyamian**   samuel@marguliesfaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com
- **Ronald K Brown**   ron@rkbrownlaw.com
- **Christopher Celentino**   christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Michael F Chekian**   mike@cheklaw.com, chekianmr84018@notify.bestcase.com
- **Shawn M Christianson**   cmcintire@buchalter.com, schristianson@buchalter.com
- **Randall Baldwin Clark**   rbc@randallbclark.com
- **Leslie A Cohen**   leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Cara Daggitt**   cara.daggitt@dinsmore.com, Keegan.Giblin@Dinsmore.com
- **Michael W Davis**   mdavis@dtolaw.com, ygodson@dtolaw.com
- **Aaron E. De Leest**   adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **Anthony Paul Diehl**   anthony@apdlaw.net, Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdla w.net,9143954420@filings.docketbird.com
- **Ashley Dionisio**   adionisio@omniagnt.com
- **Jenny L Doling**   jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextc hapterbk.com;jdoling@jubileebk.net
- **Jamie P Dreher**   jdreher@downeybrand.com, amasson@downeybrand.com;courtfilings@downeybrand.com
- **Daniel A Edelman**   dedelman@edcombs.com, courtecl@edcombs.com
- **Howard M Ehrenberg**   Howard.Ehrenberg@gmlaw.com, hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com
- **Lexi J. Epley**   lexi.epley@dinsmore.com, angelica.urena@dinsmore.com
- **Meredith Fahn**   fahn@sbcglobal.net
- **Jeremy Faith**   Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com
- **William P. Fennell**   william.fennell@fennelllaw.com, wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com;Fennell.WilliamP.B143386@notify.bestcase.com
- **Alan W Forsley**   alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com
- **Marc C Forsythe**   mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
- **Jeremy Freedman**   jeremy.freedman@dinsmore.com, bonnie.connolly@dinsmore.com
- **Eric Gassman**   erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com
- **Yisrael Gelb**   yisrael@gelblawapc.com
- **Christopher Ghio**   Christopher.Ghio@dinsmore.com, angelica.urena@dinsmore.com
- **Christopher Ghio**   christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com
- **Amy Lynn Ginsburg**   efilings@ginsburglawgroup.com
- **Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Eric D Goldberg**   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Jeffrey I Golden**   jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **Richard H Golubow**   rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **David M Goodrich**   dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- **Spencer Keith Gray**   spencer.gray@dinsmore.com, wendy.yones@dinsmore.com;sara.johnston@dinsmore.com
- **Mary H Haas**   maryhaas@dwt.com, melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com
- **Stella A Havkin**   stella@havkinandshrago.com, shavkinesq@gmail.com
- **D Edward Hays**   ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Alan Craig Hochheiser**   ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Karen Hockstad**   karen.hockstad@dinsmore.com, kim.beavin@dinsmore.com

- **Garrick A Hollander**  ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Brian L Holman**  b.holman@musickpeeler.com
- **Richard L. Hyde**  rhyde@awglaw.com
- **Brandon J. Iskander**  biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Peter L Isola**  pisola@hinshawlaw.com, rmojica@hinshawlaw.com,iking@hinshawlaw.com
- **Razmig Izakelian**  razmigizakelian@quinnemanuel.com
- **Veneeta Jaswal**  veneeta.jaswal@dinsmore.com, bonnie.connolly@dinsmore.com
- **Sara Johnston**  sara.johnston@dinsmore.com, bryan.cockroft@dinsmore.com;spencer.gray@dinsmore.com;wendy.yones@dinsmore.com
- **Sweeney Kelly**  kelly@ksgklaw.com
- **Joon M Khang**  joon@khanglaw.com
- **Ira David Kharasch**  ikharasch@pszjlaw.com
- **Meredith King**  mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **Nicholas A Koffroth**  nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com
- **David S Kupetz**  david.kupetz@troutman.com, mylene.ruiz@troutman.com
- **Christopher J Langley**  ShiodaLangleyChangLLP@jubileebk.net, john@slclawoffice.com;ShiodaLangleyChangLLP@jubileebk.net
- **Kelli Ann Lee**  Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com
- **Matthew A Lesnick**  matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Daniel A Lev**  daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Britteny Leyva**  bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com
- **Michael D Lieberman**  mike@liebermandebtrelief.com
- **Yosina M Lissebeck**  Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com
- **Mitchell B Ludwig**  mbl@kpclegal.com, kad@kpclegal.com
- **Charity J Manee**  cmanee@goeforlaw.com, kmurphy@goeforlaw.com
- **Daniel S March**  marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **Kathleen P March**  kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Richard A Marshack (TR)**  pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Jeana Mason**  jeana.mason@dinsmore.com, ashlynn.harrison@dinsmore.com;stella.laroe@dinsmore.com
- **Caroline Massey**  caroline.massey@dinsmore.com, lizbeth.alonso@dinsmore.com
- **Sarah S. Mattingly**  sarah.mattingly@dinsmore.com
- **Tony May**  tmay@maybrocklaw.com
- **Noah K McCall**  nmccall@rschauerlaw.com, NAnderson@RSchauerLaw.com
- **William McCormick**  Bill.McCormick@ag.tn.gov
- **Kenneth Misken**  Kenneth.M.Misken@usdoj.gov
- **Byron Z Moldo**  bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com
- **Glenn D. Moses**  gmoses@venable.com, cascavona@venable.com;ipmalcolm@venable.com;imalcolm@ecf.courtdrive.com;jadelgado@venable.com
- **Alan I Nahmias**  anahmias@mbn.law, jdale@mbn.law
- **Victoria Newmark**  vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com
- **Jacob Newsum-Bothamley**  jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com
- **Queenie K Ng**  queenie.k.ng@usdoj.gov
- **Israel Orozco**  israel@iolawcorp.com
- **Keith C Owens**  kowens@foxrothschild.com, khoang@foxrothschild.com
- **Lisa Patel**  lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com
- **Julian Parker Pecora**  julian.pecora@dinsmore.com, Tracey.Hebert@Dinsmore.com
- **Michael R Pinkston**  rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com
- **Richard D. Porotsky**  maria.rother@dinsmore.com
- **Tyler Powell**  tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com
- **Laila Rais**  lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **Daniel H Reiss**  dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Vincent Renda**  vr@pinlegal.com, ld@pinlegal.com
- **Ronald N Richards**  ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Vanessa Rodriguez**  vanessa.rodriguez@dinsmore.com, katherine.hemphill@dinsmore.com;sara.johnston@dinsmore.com
- **Kevin Alan Rogers**  krogers@wellsmar.com
- **Larry Rothman**  tocollect@aol.com
- **Gregory M Salvato**  gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Olivia Scott**  olivia.scott@hklaw.com
- **Jonathan Serrano**  Jonathan@MarguliesFaithLaw.com, vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com
- **Maureen J Shanahan**  Mstotaro@aol.com
- **Paul R Shankman**  PShankman@fortislaw.com, info@fortislaw.com
- **Zev Shechtman**  Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

- **Jeffrey S Shinbrot**    jeffrey@shinbrotfirm.com,
  sandra@shinbrotfirm.com;tanya@shinbrotfirm.com
- **Jeffrey M Singletary**    jsingletary@swlaw.com,
  rmckay@swlaw.com
- **Matthew Sommer**    matthew.sommer@dinsmore.com,
  carrie.davis@dinsmore.com
- **Adam D Stein-Sapir**    info@pfllc.com
- **Howard Steinberg**    steinbergh@gtlaw.com,
  pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-
  steinberg-6096@ecf.pacerpro.com
- **Matthew S Steinberg**    msteinberg@cozen.com
- **John H. Stephens**    john.stephens@dinsmore.com,
  lizbeth.alonso@dinsmore.com
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **Matthew J Stockl**    matthew.stockl@dinsmore.com,
  katrice.ortiz@dinsmore.com
- **Brett N Taylor**    btaylor@cozen.com,
  arincon@cozen.com
- **Michael R Totaro**    Ocbkatty@aol.com
- **United States Trustee (SA)**
  ustpregion16.sa.ecf@usdoj.gov
- **Belinda M Vega**    apark@venable.com
- **William J Wall**    wwall@wall-law.com
- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com,
  raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclpla
  w.com,sharon-weiss-7104@ecf.pacerpro.com
- **Johnny White**    JWhite@wrslawyers.com,
  jlee@wrslawyers.com
- **Reina Zepeda**    rzepeda@omniagnt.com