| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Ira D. Kharasch (CA Bar No. 109084)<br>Victoria A. Newmark (CA Bar No. 183581)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067-4003<br>Telephone: 310-277-6910<br>Facsimile:  310-201-0760<br>E-mail: ikharasch@pszjlaw.com<br>         vnewmark@pszjlaw.com<br><br>☒  Attorney for Consumer Legal Group *P.C.* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**APR 02 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte       **DEPUTY CLERK** |
|---|---|

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA -SANTA ANA DIVISION

| In re:<br><br>THE LITIGATION PRACTICE GROUP, PC,<br><br>                                                                Debtor(s)<br><br><br>                                                                Plaintiff(s)<br>vs.<br><br><br><br>                                                                Defendant(s) | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: 11<br>ADVERSARY NO.<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE<br>[LBR 2090-1(b)]<br><br>[No hearing required per LBR 2090-1(b)(6)] |
|---|---|

The court reviewed the Application of non-resident attorney to appear pro hac vice in a specific bankruptcy case and/or adversary proceeding(s). For good cause appearing, IT IS ORDERED: the Application is GRANTED and non-resident attorney (specify name): Christopher B. Harwood  may appear on behalf of the following party: Consumer Legal Group P.C. in any proceeding in the bankruptcy case, any jointly administered or substantively consolidated case, and any adversary proceedings filed in such cases, unless the representation is limited as follows:    None

                                                                ###

Date: April 2, 2025

Scott C. Clarkson
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2024                                                                                               F 2090-1.2.ORDER.NONRES.ATTY

4919-5738-2925.1 15344.001