Keith C. Owens (Bar No 184841)
Nicholas A. Koffroth (Bar No. 287854)
**FOX ROTHSCHILD LLP**
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Telephone:   (310) 598-4150
Facsimile:   (310) 556-9828
kowens@foxrothschild.com
nkoffroth@foxrothschild.com

*Counsel for Richard A. Marshack,
Liquidation Trustee of the LPG Liquidation
Trust*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>              Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**NOTICE OF MOTION AND MOTION TO FILE EXHIBIT "1" TO THE DECLARATION OF CHRISTOPHER GHIO IN SUPPORT MOTION FOR ENTRY OF ORDER ENFORCING AGREEMENT OF PURCHASE AND SALE AND JOINT ESCROW INSTRUCTION, AND COMPELLING MORNING LAW GROUP, P.C. TO MAKE PAYMENT THEREUNDER AND RELATED RELIEF UNDER SEAL**<br><br>Date:  [*No Hearing Required*]<br>Time:  [*No Hearing Required*]<br>Judge: Hon. Scott C. Clarkson<br>Place: Courtroom 5C<br>           411 W. Fourth Street<br>           Santa Ana, CA 92701 |

170309092.1

**PLEASE TAKE NOTICE** that on April 2, 2025, Richard A. Marshack, Liquidating Trustee (the "Trustee") of the LPG Liquidating Trust (the "Trust"), as representative of the successor-in-interest to the bankruptcy estate of the Litigation Practice Group, P.C. (the "Debtor") in the above-referenced bankruptcy case (the "Bankruptcy Case"), pending under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"),[1] filed with the United States Bankruptcy Court, Santa Ana Division, located at 411 West Fourth Street, Santa Ana, California 92701, the Honorable Scott C. Clarkson, United States Bankruptcy Judge, presiding, this *Notice of Motion and Motion to File Exhibit "1" of the Declaration of Christopher Ghio in Support of Motion for Entry of Order Enforcing the Agreement of Purchase and Sale and Joint Escrow Instruction, and Compelling Morning Law Group, P.C. to Make Payment Thereunder and Related Relief Under Seal* (the "Motion").[2] The Motion is made pursuant to 11 U.S.C. section 107, Federal Rules of Bankruptcy Procedure Rule 9018(1), and L.B.R. 5003(c)(1). Specifically, the Trustee seeks an order providing that:

1. Trustee is authorized to file Exhibit "1" to the *Declaration of Christopher Ghio in Support of Motion for Entry of Order Enforcing the Agreement of Purchase and Sale and Joint Escrow Instruction, and Compelling Morning Law Group, P.C. to Make Payment Thereunder and Related Relief* under seal.

2. Exhibit "1" to the *Declaration of Christopher Ghio in Support of Motion for Entry of Order Enforcing the Agreement of Purchase and Sale and Joint Escrow Instruction, and*

---

[1] Unless otherwise noted, all references to "Section" or "§" refer to a section of the Bankruptcy Code.

[2] Exhibit 1 is a transmittal email and the tab titled "Summary" from the Excel document attached to the email and titled "PEO-CONFIDENTIAL_Estate Share Calculation thru Q4 2024.xlsx." The Summary tab of the document contains the calculation relevant to the Motion; however, the Trustee seeks filing of the entire document under seal in the event a party in interest or the Court would like to review the entire document because it contains consumer personally identifiable information and potentially commercially sensitive information. Moreover, the entire Excel document would exceed 10,000 pages if converted into a PDF, whereas the "Summary" tab with the relevant calculation is just a single PDF page.

170309092.1

*Compelling Morning Law Group, P.C. to Make Payment Thereunder and Related Relief* will remain under seal by the Court absent further order from the Court, and will only be available to the Court, the United States Trustee, the Trustee, and any auditor serving under section 586(f) of title 28, as set forth in 11 U.S.C. section 107(c)(3), and counsel to Morning Law Group, P.C.

**PLEASE TAKE FURTHER NOTICE that pursuant to L.B.R. 9013-1(p) the Court may grant this Motion without a hearing.**

DATED this 2nd day of April 2025.

           **FOX ROTHSCHILD LLP**

By:    */s/ Nicholas A. Koffroth*

    Keith C. Owens (Bar No. 184841)
    Nicholas A. Koffroth (Bar No. 287854)
    Constellation Place
    10250 Constellation Blvd., Suite 900
    Los Angeles, California 90067

*Counsel for Richard A. Marshack, Liquidation Trustee of the LPG Liquidation Trust*

3

170309092.1

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## INTRODUCTION

Richard A. Marshack, Liquidating Trustee (the "Trustee") of the LPG Liquidating Trust (the "Trust"), as representative of the successor-in-interest to the bankruptcy estate of the Litigation Practice Group, P.C. (the "Debtor") in the above-referenced bankruptcy case (the "Bankruptcy Case"), pending under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"),[3] filed this motion (the "Motion") for entry of an order authorizing the Trustee to file Exhibit "1" of the *Declaration of Christopher Ghio in Support of Motion for Entry of Order Enforcing the Agreement of Purchase and Sale and Joint Escrow Instruction, and Compelling Morning Law Group, P.C. to Make Payment Thereunder and Related Relief* (the "Declaration") under seal.[4]

On September 9, 2024, the Court entered an order [Docket No. 1646] (the "Confirmation Order") confirming the *Modified First Amended Joint Chapter 11 Plan of Liquidation (Dated June 14, 2024)* [Docket No. 1344] (the "Plan") jointly proposed by the Official Committee of Unsecured Creditors and the Trustee.

On April 2, 2025, the Trustee filed a *Motion for Entry of Order Enforcing the Agreement of Purchase and Sale and Joint Escrow Instruction, and Compelling Morning Law Group, P.C. to Make Payment Thereunder and Related Relief* (the "PSA Enforcement Motion"), wherein the

---

[3] Unless otherwise noted, all references to "Section" or "§" refer to a section of the Bankruptcy Code.

[4] Exhibit 1 is a transmittal email and the tab titled "Summary" from the Excel document attached to the email and titled "PEO-CONFIDENTIAL_Estate Share Calculation thru Q4 2024.xlsx." The Summary tab of the document contains the calculation relevant to the Motion; however, the Trustee seeks filing of the entire document under seal in the event a party in interest or the Court would like to review the entire document because it contains consumer personally identifiable information and potentially commercially sensitive information. The Trustee has also limited Exhibit "1" to the "Summary" tab with the relevant calculation (a single PDF page) because the entire Excel document would exceed 10,000 pages if converted into a PDF.

4

170309092.1

Trustee seeks entry of an order enforcing the *Agreement of Purchase and Sale and Joint Escrow Instructions* [Docket No. 416] (the "PSA"), and compelling Morning Law Group, P.C ("MLG" or "Buyer") to immediately pay to the Trust the undisputed purchase price payment attributable to the Fourth Quarter of 2024, in the amount of $953,247.59 (the "Undisputed Payment") and prevailing party attorney's fees and costs (the "Prevailing Party Fees"), pursuant to the PSA.

## II.

## 11 U.S.C. § 107 AND LBR 5003(C)(1) AUTHORIZE SEALING EXHIBIT "1"

Local Bankruptcy Rules state the following related to applications for filing documents under seal:

> 5003(c)(1). Filing Under Seal. Subject to 11 U.S.C. § 107, a document may not be filed under seal without a prior written order of the court. If a filing under seal is requested, a written motion requesting such relief and a proposed order must be presented to the judge in the manner set forth in The Central Guide.

The Central Guide states the following related to application for filing documents under seal:

> 5003-2(c): Confidential Documents: Court Permission to File Under Seal. No documents may be presented to the Court for filing under seal unless and until the court has granted a motion authorizing the filing of such documents under seal. All motions for authority to file documents under seal must be filed electronically, if the filer is an attorney.
>
> 1. The motion should include as exhibits, or in a separate appendix also filed electronically, the documents that the movant seeks to file under seal with the confidential portions redacted; provided, however, that, if the documents are voluminous, the motion may be accompanied by a declaration under penalty of perjury to this effect and a schedule of the documents that movant seeks to file under seal.
>
> 2. The motion must describe the nature of the information that the party asserts is confidential (without disclosing the confidential information) and explain why the information should not be publicly disclosed.

5

170309092.1

    3. If and when the court grants the motion for authority to file documents under seal, unredacted versions of the documents, together with an entered copy of the order authorizing the sealed filing, should be presented for filing under seal in the manner directed by the court in its order authorizing the filing under seal.

11 U.S.C. Section 107 states:

> (b) On request of a party in interest, the bankruptcy court shall, and on the bankruptcy court's own motion, the bankruptcy court may—
>
>  (1) protect an entity with respect to a trade secret or confidential research, development, or commercial information; or
>
> (c)
>  (1) The bankruptcy court, for cause, may protect an individual, with respect to the following types of information to the extent the court finds that disclosure of such information would create an undue risk of identity theft or other unlawful injury to the individual or the individual's property:
>
>   (A) Any means of identification (as defined in section 1028(d) of title 18) contained in a paper filed, or to be filed, in a case under this title.

18 U.S.C. Section 1028(d) states:

>  (7) The term "means of identification" means any name or number that may be used, alone or in conjunction with any other information, to identify a specific individual, including any –
>
>  (A) name, social security number, date of birth …

Federal Rules of Bankruptcy Procedure Rule 9018 states:

> On motion or on its own initiative, with or without notice, the court may make any order which justice requires (1) to protect the estate or any entity in respect of a trade secret or other confidential research, development, or commercial information,

In this case, as explained in detail in the PSA Enforcement Motion, MLG was selected as the successful bidder following a bidding process for the sale of substantially all of the Debtor's assets, which resulted in MLG and the Trustee entering into the PSA. Among other things, the

6

170309092.1

purchase price set forth in the PSA was calculated as: (i) a deposit in the amount of $5.5 million; and (ii) a post-closing "earn-out" payment calculated as (a) 50% of all amounts collected by MLG on "Active Executory Contracts," and (b) 40% of all amounts collected by MLG on "Inactive Executory Contracts." *See* PSA at ¶ 2(a) and (b). The earn-out payments are to be "paid into the Escrow Holder's Account within 15 days of the end of each fiscal quarter (March 31, June 30, September 30, and December 31)." *Id.* at ¶ 2(b). On July 22, 2023, the Court entered a memorandum decision [Docket No. 320] approving the sale transaction to MLG. On August 2, 2023, the Court entered an order (the "Sale Order") [Docket No. 352] granting the Sale Motion. The Sale Transaction closed on August 4, 2023.

Nearly a year-and-a-half after the sale hearing, the Estate (and now its successor, the Trust) received approximately $1.5 million on account of the Earn-Out. Some of the delay is owing to a pending dispute between MLG and the Trust over the interpretation of the PSA's Earn-Out calculation (the "Earn-Out Dispute") and MLG's reported retention of far fewer Debtor clients than anticipated. *See* Docket No. 1334 (Stipulation at 2) (outlining scope of Earn-Out Dispute); Docket No. 1345 (Disclosure Stmt. at 20). However, on January 15, 2025, MLG provided its quarterly calculation of the Earn-Out due to the Trust. Under MLG's view of the Earn-Out calculation, MLG agreed that it owed the Trust $953,247.59 for the Fourth Quarter of 2024.

To that end, the Trustee intends on submitting the Q4 2024 quarterly calculations of the Earn-Out as provided by MLG in support of the PSA Enforcement Motion. The Q4 2024 quarterly calculations of the Earn-Out were shared by MLG and marked as "Professionals' Eyes Only / Highly Confidential." The quarterly calculations contain information that MLG may contend is highly confidential commercially sensitive information, including, but not limited to MLG's financial information and nonaggregated information concerning MLG revenue, which would be the proper subject for a motion to seal pursuant to 11 U.S.C. § 107(b)(1).[5] Additionally, the

---

[5] Pursuant to the PSA, the Trustee was provided "Audit Rights," which are defined as "[n]othing herein shall prevent the Seller or any other estate representative including the Committee or

170309092.1

quarterly calculations in other portions of the Excel document (under tabs not attached to the Ghio Declaration) contain personally identifiable information of consumer clients. Here, the names of the consumer clients are a "means of identification" within the meaning of 18 U.S.C. § 1028(d)(7)(A), and it is a proper subject for a motion to seal pursuant to 11 U.S.C. § 107(c)(1)(A).

Moreover, the *Protective Order for Information Provided by Morning Law Group P.C., Pursuant to Audit Rights Granted Under Sale Order* (the "Protective Order") [Docket No. 599] restricts the Trustee from disclosing client information.

It will be virtually impossible to redact Exhibit "1" because it is a list of financial information, including but not limited to nonaggregated information concerning MLG's revenue. In other portions of the Excel document, under tabs not attached to the Ghio Declaration, the Excel contains lengthy lists of names of consumer clients. Moreover, if redacted, the redacted version is unlikely to be of any assistance to this Court given that the calculation is entirely comprised of (potentially) sensitive commercial information. Accordingly, the Declaration of Nicholas A. Koffroth is being submitted concurrently herewith pursuant to Section 5003-2(c) of The Central Guide.

## III.

## THE MOTION TO SEAL EXHIBIT "1" SHOULD BE GRANTED

WHEREFORE, the Trustee seeks an order from the Court to permit the Trustee to file the Exhibit "1" to the Declaration of Christopher Ghio in Support of Motion for Entry of Order Enforcing the Agreement of Purchase and Sale and Joint Escrow Instruction, and Compelling

---

Monitor (defined below) from retaining any and all right to make reasonable demands for accountings and audits with respect to the Assumed Contracts or related inquiries and Buyer therefore agrees to comply with requests of Seller and the Committee related to the same ("Audit Rights")." PSA at ¶ 2 (b). Nothing contained in this Motion or the PSA Enforcement Motion is an admission that the commercially sensitive information that the Trustee seeks to file under seal is in fact commercially sensitive information, but is done in an abundance of caution, and in accordance with the Protective Order, which prevents the Trustee from disclosing client information.

8

170309092.1

Morning Law Group, P.C. to Make Payment Thereunder and Related Relief under seal. The Declaration itself will be filed regularly on the Docket.

DATED: April 2, 2025

**FOX ROTHSCHILD LLP**

By: */s/ Nicholas A. Koffroth*
Keith C. Owens
Nicholas A. Koffroth
*Counsel for Richard A. Marshack, Liquidation Trustee of the LPG Liquidation Trust*

170309092.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 900, Los Angeles, CA 90067.

A true and correct copy of the foregoing documents entitled: NOTICE OF MOTION AND MOTION TO FILE EXHIBIT "1" TO THE DECLARATION OF CHRISTOPHER GHIO IN SUPPORT MOTION FOR ENTRY OF ORDER ENFORCING AGREEMENT OF PURCHASE AND SALE AND JOINT ESCROW INSTRUCTION, AND COMPELLING MORNING LAW GROUP, P.C. TO MAKE PAYMENT THEREUNDER AND RELATED RELIEF UNDER SEAL RELATED RELIEF UNDER SEAL on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 4/02/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy**    kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **Bradford Barnhardt**    bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **Eric Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com
- **Michael Jay Berger**    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Ethan J Birnberg**    birnberg@portersimon.com, kdwyer@portersimon.com
- **Peter W Bowie**    peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- **Ronald K Brown**    ron@rkbrownlaw.com
- **Christopher Celentino**    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Shawn M Christianson**    cmcintire@buchalter.com, schristianson@buchalter.com
- **Randall Baldwin Clark**    rbc@randallbclark.com
- **Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Aaron E. DE Leest**    adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **Michael W Davis**    mdavis@dtolaw.com, ygodson@dtolaw.com
- **Anthony Paul Diehl**    anthony@apdlaw.net, Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net,9143954420@filings.docketbird.com
- **Ashley Dionisio**    adionisio@omniagnt.com
- **Jenny L Doling**    jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- **Daniel A Edelman**    dedelman@edcombs.com, courtecl@edcombs.com
- **Howard M Ehrenberg**    Howard.Ehrenberg@gmlaw.com, hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com
- **Meredith Fahn**    fahn@sbcglobal.net
- **Jeremy Faith**    Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com
- **William P Fennell**    william.fennell@fennelllaw.com, wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com
- **Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- **Marc C Forsythe**    mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
- **Jeremy Freedman**    jeremy.freedman@dinsmore.com, bonnie.connolly@dinsmore.com
- **Eric Gassman**    erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com
- **Christopher Ghio**    christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com

Active\118774763.v1-1/20/21

- **Amy Lynn Ginsburg**   efilings@ginsburglawgroup.com
- **Eric D Goldberg**   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Jeffrey I Golden**   jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **Richard H Golubow**   rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **David M Goodrich**   dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- **Spencer Keith Gray**   spencer.gray@dinsmore.com
- **D Edward Hays**   ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Alan Craig Hochheiser**   ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Garrick A Hollander**   ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Brian L Holman**   b.holman@musickpeeler.com
- **Richard L. Hyde**   rhyde@awglaw.com
- **Peter L Isola**   pisola@hinshawlaw.com, rmojica@hinshawlaw.com,iking@hinshawlaw.com
- **Razmig Izakelian**   razmigizakelian@quinnemanuel.com
- **Sara Johnston**   sara.johnston@dinsmore.com
- **Sweeney Kelly**   kelly@ksgklaw.com
- **Joon M Khang**   joon@khanglaw.com
- **Ira David Kharasch**   ikharasch@pszjlaw.com
- **Meredith King**   mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **Nicholas A Koffroth**   nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com
- **David S Kupetz**   David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Christopher J Langley**   chris@slclawoffice.com, langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com
- **Kelli Ann Lee**   Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com
- **Matthew A Lesnick**   matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Daniel A Lev**   daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Britteny Leyva**   bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com
- **Marc A Lieberman**   marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com
- **Michael D Lieberman**   mlieberman@lipsonneilson.com
- **Yosina M Lissebeck**   Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com
- **Mitchell B Ludwig**   mbl@kpclegal.com, kad@kpclegal.com
- **Daniel S March**   marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **Kathleen P March**   kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Mark J Markus**   bklawr@bklaw.com, markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com
- **Richard A Marshack (TR)**   pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Laila Masud**   lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **Sarah S. Mattingly**   sarah.mattingly@dinsmore.com
- **William McCormick**   Bill.McCormick@ag.tn.gov
- **Kenneth Misken**   Kenneth.M.Misken@usdoj.gov
- **Byron Z Moldo**   bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com
- **Glenn D. Moses**   gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com
- **Jamie D Mottola**   Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com
- **Alan I Nahmias**   anahmias@mbn.law, jdale@mbn.law
- **Victoria Newmark**   vnewmark@pszjlaw.com
- **Jacob Newsum-Bothamley**   jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com

- **Queenie K Ng**    queenie.k.ng@usdoj.gov
- **Israel Orozco**    israel@iolawcorp.com
- **Keith C Owens**    kowens@foxrothschild.com, khoang@foxrothschild.com
- **Lisa Patel**    lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- **Michael R Pinkston**    rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com
- **Douglas A Plazak**    dplazak@rhlaw.com
- **Tyler Powell**    tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com
- **Daniel H Reiss**    dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Vanessa Rodriguez**    vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com
- **Kevin Alan Rogers**    krogers@wellsmar.com
- **Gregory M Salvato**    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Olivia Scott**    olivia.scott@hklaw.com
- **Jonathan Serrano**    jonathan.serrano@dinsmore.com
- **Maureen J Shanahan**    Mstotaro@aol.com
- **Paul R Shankman**    PShankman@fortislaw.com, info@fortislaw.com
- **Zev Shechtman**    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com
- **Jeffrey M Singletary**    jsingletary@swlaw.com, rmckay@swlaw.com
- **Leslie Skorheim**    leslie.skorheim@usdoj.gov
- **Adam D Stein-Sapir**    info@pfllc.com
- **Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **John H. Stephens**    john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **Matthew J Stockl**    matthew.stockl@dinsmore.com, katrice.ortiz@dinsmore.com
- **Michael R Totaro**    Ocbkatty@aol.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **William J Wall**    wwall@wall-law.com
- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- **Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com
- **Reina Zepeda**    rzepeda@omniagnt.com

**2.    SERVED BY UNITED STATES MAIL**: On 4/02/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

**See attached for additional parties**

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 1/08/2025, I served the following persons and/or entities by personal delivery, mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson
United States Bankruptcy Court, Central District of California
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/02/2025 | Kimberly Hoang | /s/ Kimberly Hoang |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**Additional Parties Served by U.S. Mail**

**Creditors who have the 20 largest unsecured claims**

Debt Validation Fund II, LLC
5075 Lower Valley Road,
Atglen, PA 19310

MC DVI Fund 1, LLC; MC DVI Fund 2, LLC
598 Cottonwood Dr.,
Glenview, IL 60026

Validation Partners LLC
1300 Sawgrass Pkwy, Ste. 110
Sunrise, FL 33323

Marich Bein LLC
99 Wall Street, Ste 2669
New York, NY 10005

Business Centers of America
1100 Sir Francis Drake Blvd,
Ste 1, Kentfield, CA 94904

JP Morgan Chase
3 Park Plaza, Ste 900
Irvine, CA 92614

CA Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0511

Outsource Accelerator Ltd
City Marque Limited
Unit 8801-2 Bldg. 244-248
Des Voeux Rd.
Central Hong Kong

Collaboration Advisors
400 Dorla Court
Zephyr Cove, NV 89448

Anthem Blue Cross

PO Box 511300
Los Angeles, CA 90051-7855

Azevedo Solutions Groups, Inc.
420 Adobe Canyon Rd.
Kenwood, CA 95452

Debt Pay Pro
1900 E Golf Road, Suite 550
Schaumburg, IL 60173

Sharp Business Systems
8670 Argent St
Santee, CA 92071

Tustin Executive Center
1630 S Sunkist Steet, Ste A
Anaheim, CA 92806

Exela Enterprise Solutions
2701 E. Grauwyler Road
Irving, TX 75061

Netsuite-Oracle
2300 Oracle Way
Austin, TX 78741

Credit Reporting Service Inc
548 Market St, Suite 72907
San Francisco, CA 94104-5401

Document Fulfillment Services
2930 Ramona Ave #100
Sacramento, CA 95826

Executive Center LLC
5960 South Jones Blvd
Las Vegas, NV 89118

LexisNexus
15500 B Rockfield Blvd
Irvine, CA 92618

**Secured Creditors**

Diverse Capital LLC
323 Sunny Isles Blvd., Suite 503
Sunny Isles, FL 33154

City Capital NY
1135 Kane Concourse
Bay Harbour Islands, FL 33154