Keith C. Owens (Bar No 184841)
Nicholas A. Koffroth (Bar No. 287854)
**FOX ROTHSCHILD LLP**
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Telephone:    (310) 598-4150
Facsimile:    (310) 556-9828
kowens@foxrothschild.com
nkoffroth@foxrothschild.com

*Counsel for Richard A. Marshack,
Liquidation Trustee of the LPG Liquidation
Trust*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>                Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**DECLARATION OF NICHOLAS A. KOFFROTH IN SUPPORT MOTION TO FILE EXHIBIT "1" TO THE DECLARATION OF CHRISTOPHER GHIO IN SUPPORT MOTION FOR ENTRY OF ORDER ENFORCING AGREEMENT OF PURCHASE AND SALE AND JOINT ESCROW INSTRUCTION, AND COMPELLING MORNING LAW GROUP, P.C. TO MAKE PAYMENT THEREUNDER AND RELATED RELIEF UNDER SEAL**<br><br>Date: [*No Hearing Required*]<br>Time: [*No Hearing Required*]<br>Judge: Hon. Scott C. Clarkson<br>Place: Courtroom 5C<br>       411 W. Fourth Street<br>       Santa Ana, CA 92701 |

170317320.1

I, Nicholas A. Koffroth, declare as follows:

1. I am a partner at the offices of Fox Rothschild LLP, counsel to Richard A. Marshack, Liquidating Trustee (the "Trustee") of the LPG Liquidating Trust (the "Trust"), in the above-captioned bankruptcy case (the "Bankruptcy Case") of The Litigation Practice Group P.C. (the "Debtor"). I make this declaration in support of the Trustee's *Motion to File Exhibit "1" of the Declaration of Christopher Ghio in Support of Motion for Entry of Order Enforcing the Agreement of Purchase and Sale and Joint Escrow Instruction, and Compelling Morning Law Group, P.C. to Make Payment Thereunder and Related Relief Under Seal* (the "Motion").[1] I am over the age of 18, except as otherwise indicated herein I have personal knowledge of the facts set forth herein or have obtained familiarity with such facts from persons knowledgeable of them, and if called upon to testify, could and would do so.

2. As set forth in the accompanying Motion, the Trustee seeks Court approval to file Exhibit "1" of the Declaration of Christopher Ghio in Support of Motion for Entry of Order Enforcing the Agreement of Purchase and Sale and Joint Escrow Instruction, and Compelling Morning Law Group, P.C. to Make Payment Thereunder and Related Relief (the "Declaration") under seal.

3. Exhibit "1" to the Declaration is a transmittal email and the tab titled "Summary" from the Excel document attached to the email and titled "PEO-CONFIDENTIAL_Estate Share Calculation thru Q4 2024.xlsx." The Excel document was shared by MLG and marked as "Professionals' Eyes Only / Highly Confidential." The Summary tab of the Excel document contains the calculation relevant to the Motion; however, the Trustee seeks filing of the entire document under seal in the event a party in interest or the Court would like to review the entire document because it contains consumer personally identifiable information and potentially commercially sensitive information. Moreover, the entire Excel document would exceed 10,000 pages if converted into a PDF, whereas the "Summary" tab with the relevant calculation is just a single PDF page.

4. The quarterly calculations contain information that MLG may contend is highly confidential commercially sensitive information, including, but not limited to MLG's financial information and nonaggregated information concerning MLG revenue, as well as the names of MLG's

---

[1] Capitalized terms not defined herein have the meanings assigned to them in the Motion.

1

170317320.1

consumer clients.  Moreover, the *Protective Order for Information Provided by Morning Law Group P.C., Pursuant to Audit Rights Granted Under Sale Order* (the "<u>Protective Order</u>") [Docket No. 599] restricts the Trustee from disclosing client information.

5. Pursuant to The Central Guide section 5003-2(c), a motion for an order permitting Trustee to file Exhibit "1" under seal requires: (i) a redacted copy of Exhibit "1" to be attached to the Motion; or (ii) a declaration under penalty of perjury explaining that the documents are voluminous and providing a schedule of the documents to be filed under seal.

6. Exhibit "1" of the Declaration and the related other tabs of the Excel document contain voluminous information that MLG may contend is highly confidential commercially sensitive information, as well as personally identifiable information of consumer clients.  Moreover, as Exhibit "1" is a list of financial information, including but not limited to nonaggregated information concerning MLG's revenue, it will be virtually impossible to redact Exhibit "1," and if so, a redacted version is unlikely to be of any assistance to this Court.  Exhibit "1" and the related other tabs of the Excel document are therefore too voluminous to reasonably redact consistent with Section 5003- 2(c) of The Central Guide.  There is no schedule of documents to provide as the only document the Trustee seeks to file under seal is the above-described Exhibit "1".

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of April 2025.

                                                  */s/ Nicholas A. Koffroth*
                                                  Nicholas A. Koffroth

170317320.1

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 900, Los Angeles, CA 90067.

A true and correct copy of the foregoing documents entitled: DECLARATION OF NICHOLAS A. KOFFROTH IN SUPPORT MOTION TO FILE EXHIBIT "1" TO THE DECLARATION OF CHRISTOPHER GHIO IN SUPPORT MOTION FOR ENTRY OF ORDER ENFORCING AGREEMENT OF PURCHASE AND SALE AND JOINT ESCROW INSTRUCTION, AND COMPELLING MORNING LAW GROUP, P.C. TO MAKE PAYMENT THEREUNDER AND RELATED RELIEF UNDER SEAL on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 4/02/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy**    kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **Bradford Barnhardt**    bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **Eric Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com
- **Michael Jay Berger**    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Ethan J Birnberg**    birnberg@portersimon.com, kdwyer@portersimon.com
- **Peter W Bowie**    peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- **Ronald K Brown**    ron@rkbrownlaw.com
- **Christopher Celentino**    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Shawn M Christianson**    cmcintire@buchalter.com, schristianson@buchalter.com
- **Randall Baldwin Clark**    rbc@randallbclark.com
- **Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Aaron E. DE Leest**    adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **Michael W Davis**    mdavis@dtolaw.com, ygodson@dtolaw.com
- **Anthony Paul Diehl**    anthony@apdlaw.net, Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net,9143954420@filings.docketbird.com
- **Ashley Dionisio**    adionisio@omniagnt.com
- **Jenny L Doling**    jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- **Daniel A Edelman**    dedelman@edcombs.com, courtecl@edcombs.com
- **Howard M Ehrenberg**    Howard.Ehrenberg@gmlaw.com, hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com
- **Meredith Fahn**    fahn@sbcglobal.net
- **Jeremy Faith**    Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com
- **William P Fennell**    william.fennell@fennelllaw.com, wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com
- **Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- **Marc C Forsythe**    mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
- **Jeremy Freedman**    jeremy.freedman@dinsmore.com, bonnie.connolly@dinsmore.com
- **Eric Gassman**    erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com
- **Christopher Ghio**    christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com

Active\118774763.v1-1/20/21

- **Amy Lynn Ginsburg** efilings@ginsburglawgroup.com
- **Eric D Goldberg** eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Jeffrey I Golden** jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **Richard H Golubow** rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **David M Goodrich** dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- **Spencer Keith Gray** spencer.gray@dinsmore.com
- **D Edward Hays** ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Alan Craig Hochheiser** ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Garrick A Hollander** ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Brian L Holman** b.holman@musickpeeler.com
- **Richard L. Hyde** rhyde@awglaw.com
- **Peter L Isola** pisola@hinshawlaw.com, rmojica@hinshawlaw.com,iking@hinshawlaw.com
- **Razmig Izakelian** razmigizakelian@quinnemanuel.com
- **Sara Johnston** sara.johnston@dinsmore.com
- **Sweeney Kelly** kelly@ksgklaw.com
- **Joon M Khang** joon@khanglaw.com
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **Meredith King** mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **Nicholas A Koffroth** nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com
- **David S Kupetz** David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **Christopher J Langley** chris@slclawoffice.com, langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com
- **Kelli Ann Lee** Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com
- **Matthew A Lesnick** matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Daniel A Lev** daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Britteny Leyva** bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com
- **Marc A Lieberman** marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com
- **Michael D Lieberman** mlieberman@lipsonneilson.com
- **Yosina M Lissebeck** Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com
- **Mitchell B Ludwig** mbl@kpclegal.com, kad@kpclegal.com
- **Daniel S March** marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **Kathleen P March** kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Mark J Markus** bklawr@bklaw.com, markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com
- **Richard A Marshack (TR)** pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Laila Masud** lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **Sarah S. Mattingly** sarah.mattingly@dinsmore.com
- **William McCormick** Bill.McCormick@ag.tn.gov
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Byron Z Moldo** bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com
- **Glenn D. Moses** gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com
- **Jamie D Mottola** Jamie.Mottola@dinsmore.com, jhanawalt@ecf.inforuptcy.com
- **Alan I Nahmias** anahmias@mbn.law, jdale@mbn.law
- **Victoria Newmark** vnewmark@pszjlaw.com
- **Jacob Newsum-Bothamley** jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com

- **Queenie K Ng**     queenie.k.ng@usdoj.gov
- **Israel Orozco**     israel@iolawcorp.com
- **Keith C Owens**     kowens@foxrothschild.com, khoang@foxrothschild.com
- **Lisa Patel**     lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- **Michael R Pinkston**     rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com
- **Douglas A Plazak**     dplazak@rhlaw.com
- **Tyler Powell**     tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;caitlin.brock@dinsmore.com
- **Daniel H Reiss**     dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Ronald N Richards**     ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Vanessa Rodriguez**     vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com
- **Kevin Alan Rogers**     krogers@wellsmar.com
- **Gregory M Salvato**     gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Olivia Scott**     olivia.scott@hklaw.com
- **Jonathan Serrano**     jonathan.serrano@dinsmore.com
- **Maureen J Shanahan**     Mstotaro@aol.com
- **Paul R Shankman**     PShankman@fortislaw.com, info@fortislaw.com
- **Zev Shechtman**     Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com
- **Jeffrey M Singletary**     jsingletary@swlaw.com, rmckay@swlaw.com
- **Leslie Skorheim**     leslie.skorheim@usdoj.gov
- **Adam D Stein-Sapir**     info@pfllc.com
- **Howard Steinberg**     steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **John H. Stephens**     john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com
- **Andrew Still**     astill@swlaw.com, kcollins@swlaw.com
- **Matthew J Stockl**     matthew.stockl@dinsmore.com, katrice.ortiz@dinsmore.com
- **Michael R Totaro**     Ocbkatty@aol.com
- **United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov
- **William J Wall**     wwall@wall-law.com
- **Sharon Z. Weiss**     sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- **Johnny White**     JWhite@wrslawyers.com, jlee@wrslawyers.com
- **Reina Zepeda**     rzepeda@omniagnt.com

**2.    SERVED BY UNITED STATES MAIL**: On 4/02/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

**See attached for additional parties**

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 1/08/2025, I served the following persons and/or entities by personal delivery, mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson
United States Bankruptcy Court, Central District of California
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 4/02/2025 | Kimberly Hoang | /s/ Kimberly Hoang |
| *Date* | *Printed Name* | *Signature* |

**Additional Parties Served by U.S. Mail**

**Creditors who have the 20 largest unsecured claims**

Debt Validation Fund II, LLC
5075 Lower Valley Road,
Atglen, PA 19310

MC DVI Fund 1, LLC; MC DVI Fund 2, LLC
598 Cottonwood Dr.,
Glenview, IL 60026

Validation Partners LLC
1300 Sawgrass Pkwy, Ste. 110
Sunrise, FL 33323

Marich Bein LLC
99 Wall Street, Ste 2669
New York, NY 10005

Business Centers of America
1100 Sir Francis Drake Blvd,
Ste 1, Kentfield, CA 94904

JP Morgan Chase
3 Park Plaza, Ste 900
Irvine, CA 92614

CA Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0511

Outsource Accelerator Ltd
City Marque Limited
Unit 8801-2 Bldg. 244-248
Des Voeux Rd.
Central Hong Kong

Collaboration Advisors
400 Dorla Court
Zephyr Cove, NV 89448

Anthem Blue Cross

1 | PO Box 511300
Los Angeles, CA 90051-7855

2

3 | Azevedo Solutions Groups, Inc.
420 Adobe Canyon Rd.
Kenwood, CA 95452

4

5 | Debt Pay Pro
1900 E Golf Road, Suite 550
Schaumburg, IL 60173

6

7 | Sharp Business Systems
8670 Argent St
Santee, CA 92071

8

9 | Tustin Executive Center
1630 S Sunkist Steet, Ste A
Anaheim, CA 92806

10

11 | Exela Enterprise Solutions
2701 E. Grauwyler Road
Irving, TX 75061

12

13 | Netsuite-Oracle
2300 Oracle Way
Austin, TX 78741

14

15 | Credit Reporting Service Inc
548 Market St, Suite 72907
San Francisco, CA 94104-5401

16

17 | Document Fulfillment Services
2930 Ramona Ave #100
Sacramento, CA 95826

18

19 | Executive Center LLC
5960 South Jones Blvd
Las Vegas, NV 89118

20

21 | LexisNexus
15500 B Rockfield Blvd
Irvine, CA 92618

22

23 | **Secured Creditors**

24 | Diverse Capital LLC
323 Sunny Isles Blvd., Suite 503
25 | Sunny Isles, FL 33154

26 | City Capital NY
1135 Kane Concourse
27 | Bay Harbour Islands, FL 33154

28