United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 23-10571-SC |
| The Litigation Practice Group P.C. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 13 |
| Date Rcvd: Apr 03, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 05, 2025 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron E. De Leest | on behalf of Plaintiff Richard A. Marshack adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | on behalf of Plaintiff Richard A Marshack adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | on behalf of Trustee Richard A Marshack (TR) adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Adam D Stein-Sapir | on behalf of Creditor Pioneer Funding Group  LLC info@pfllc.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 13 |
| Date Rcvd: Apr 03, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Alan Craig Hochheiser
    on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com  arodriguez@mauricewutscher.com

Alan I Nahmias
    on behalf of Interested Party Courtesy NEF anahmias@mbn.law  jdale@mbn.law

Alan W Forsley
    on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com
    awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com

Alan W Forsley
    on behalf of Creditor Anthem Blue Cross of California alan.forsley@flpllp.com
    awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com

Amy Lynn Ginsburg
    on behalf of Creditor Shannon Bellfield efilings@ginsburglawgroup.com

Amy Lynn Ginsburg
    on behalf of Creditor Kenton Cobb efilings@ginsburglawgroup.com

Amy Lynn Ginsburg
    on behalf of Creditor Amy Ginsburg efilings@ginsburglawgroup.com

Andrew Still
    on behalf of Creditor Alteryx  Inc. astill@swlaw.com, kcollins@swlaw.com

Andrew Still
    on behalf of Interested Party Courtesy NEF astill@swlaw.com  kcollins@swlaw.com

Andrew Still
    on behalf of Plaintiff Alteryx  Inc. astill@swlaw.com, kcollins@swlaw.com

Anthony Bisconti
    on behalf of Plaintiff Richard A. Marshack tbisconti@bklwlaw.com  1193516420@filings.docketbird.com,docket@bklwlaw.com

Anthony Paul Diehl
    on behalf of Interested Party Courtesy NEF anthony@apdlaw.net
    Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net,9143954420@filings.docketbird.com

Ashley Dionisio
    on behalf of Other Professional Omni Agent Solutions adionisio@omniagnt.com

Belinda M Vega
    on behalf of Creditor ADP  Inc apark@venable.com

Bradford Barnhardt
    on behalf of Plaintiff Richard A. Marshack bbarnhardt@marshackhays.com
    bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt
    on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com
    bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt
    on behalf of Trustee Richard A Marshack (TR) bbarnhardt@marshackhays.com
    bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt
    on behalf of Plaintiff Richard A Marshack bbarnhardt@marshackhays.com
    bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Brandon J. Iskander
    on behalf of Defendant JM Squared LLC biskander@goeforlaw.com  kmurphy@goeforlaw.com

Brandon J. Iskander
    on behalf of Interested Party Goe Forsythe & Hodges LLP biskander@goeforlaw.com  kmurphy@goeforlaw.com

Brett N Taylor
    on behalf of Defendant Debt Resolution Direct  LLC btaylor@cozen.com, arincon@cozen.com

Brian L Holman
    on behalf of Creditor Sharp Electronics Corporation b.holman@musickpeeler.com

Britteny Leyva
    on behalf of Interested Party Revolv3  Inc. bleyva@mayerbrown.com,
    2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com

Byron Z Moldo
    on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com  aantonio@ecjlaw.com,dperez@ecjlaw.com

Cara Daggitt
    on behalf of Plaintiff Richard A Marshack cara.daggitt@dinsmore.com  Keegan.Giblin@Dinsmore.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 3 of 13 |
| Date Rcvd: Apr 03, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Cara Daggitt
on behalf of Plaintiff Richard A. Marshack cara.daggitt@dinsmore.com Keegan.Giblin@Dinsmore.com

Caroline Massey
on behalf of Plaintiff Richard A Marshack caroline.massey@dinsmore.com lizbeth.alonso@dinsmore.com

Charity J Manee
on behalf of Defendant Clear Vision Financial LLC cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
on behalf of Interested Party Goe Forsythe & Hodges LLP cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
on behalf of Defendant John Sykes cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
on behalf of Defendant Point Break Holdings LLC cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
on behalf of Defendant Darlene Collins cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
on behalf of Defendant JM Squared LLC cmanee@goeforlaw.com kmurphy@goeforlaw.com

Christopher Celentino
on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Celentino
on behalf of Special Counsel Dinsmore & Shohl LLP christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Celentino
on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Ghio
on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com angelica.urena@dinsmore.com

Christopher Ghio
on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com angelica.urena@dinsmore.com

Christopher Ghio
on behalf of Plaintiff Richard A Marshack christopher.ghio@dinsmore.com angelica.urena@dinsmore.com

Christopher J Langley
on behalf of Interested Party Courtesy NEF ShiodaLangleyChangLLP@jubileebk.net
john@slclawoffice.com;ShiodaLangleyChangLLP@jubileebk.net

D Edward Hays
on behalf of Attorney Marshack Hays LLP ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Plaintiff Richard A Marshack ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Creditor Committee Committee of Unsecured Creditors ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Plaintiff Richard A. Marshack ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Interested Party Courtesy NEF ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Daniel A Edelman
on behalf of Creditor Carolyn Beech dedelman@edcombs.com courtecl@edcombs.com

Daniel A Lev
on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
on behalf of Interested Party Liberty Acquisitions Group Inc. daniel.lev@gmlaw.com
cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel H Reiss
on behalf of Defendant Eng Taing dhr@lnbyg.com dhr@ecf.inforuptcy.com

District/off: 0973-8     User: admin     Page 4 of 13
Date Rcvd: Apr 03, 2025     Form ID: pdf042     Total Noticed: 1

| Name | Representation |
|---|---|
| Daniel H Reiss | on behalf of Defendant Touzi Capital LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com |
| Daniel H Reiss | on behalf of Defendant PECC Corp dhr@lnbyg.com dhr@ecf.inforuptcy.com |
| Daniel S March | on behalf of Interested Party INTERESTED PARTY marchlawoffice@gmail.com marchdr94019@notify.bestcase.com |
| Daniel S March | on behalf of Defendant Daniel S. March marchlawoffice@gmail.com marchdr94019@notify.bestcase.com |
| David M Goodrich | on behalf of Creditor United Partnerships LLC dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David M Goodrich | on behalf of Interested Party Courtesy NEF dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David S Kupetz | on behalf of Defendant Marich Bein LLC david.kupetz@troutman.com mylene.ruiz@troutman.com |
| David S Kupetz | on behalf of Interested Party Courtesy NEF david.kupetz@troutman.com mylene.ruiz@troutman.com |
| David S Kupetz | on behalf of Interested Party Marich Bein LLC david.kupetz@troutman.com mylene.ruiz@troutman.com |
| David S Kupetz | on behalf of Defendant Marich Bein LLC david.kupetz@troutman.com, mylene.ruiz@troutman.com |
| Eric Bensamochan | on behalf of Interested Party Courtesy NEF eric@eblawfirm.us G63723@notify.cincompass.com |
| Eric Bensamochan | on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us G63723@notify.cincompass.com |
| Eric Bensamochan | on behalf of Creditor Oxford Knox LLC eric@eblawfirm.us, G63723@notify.cincompass.com |
| Eric Gassman | on behalf of Creditor Herret Credit erg@gassmanlawgroup.com gassman.ericb112993@notify.bestcase.com |
| Eric D Goldberg | on behalf of Defendant Stripe Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| Ethan J Birnberg | on behalf of Defendant Diverse Capital LLC birnberg@portersimon.com bokinskie@portersimon.com |
| Ethan J Birnberg | on behalf of Defendant BMF Advance LLC birnberg@portersimon.com, bokinskie@portersimon.com |
| Garrick A Hollander | on behalf of Creditor MC DVI Fund 1 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Garrick A Hollander | on behalf of Creditor Debt Validation Fund II LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Garrick A Hollander | on behalf of Creditor MC DVI Fund 2 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Glenn D. Moses | on behalf of Creditor ADP Inc gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;imalcolm@ecf.courtdrive.com;jadelgado@venable.com |
| Gregory M Salvato | on behalf of Creditor Mari Agape gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Gregory M Salvato | on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Howard Steinberg | on behalf of Defendant BankUnited N.A. steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com |
| Howard M Ehrenberg | on behalf of Defendant New Horizon Finance LLC Howard.Ehrenberg@gmlaw.com |

Case 8:23-bk-10571-SC    Doc 2379    Filed 04/05/25    Entered 04/05/25 21:17:22    Desc
Imaged Certificate of Notice    Page 5 of 15

| District/off: 0973-8 | User: admin | Page 5 of 13 |
|---|---|---|
| Date Rcvd: Apr 03, 2025 | Form ID: pdf042 | Total Noticed: 1 |

hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com

Ira David Kharasch
on behalf of Defendant Consumer Legal Group PC ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant LGS Holdco LLC ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Interested Party LGS Holdco LLC ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Interested Party Consumer Legal Group P.C. ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Interested Party Liberty Acquisitions Group Inc. ikharasch@pszjlaw.com

Israel Orozco
on behalf of Creditor Israel Orozco israel@iolawcorp.com

Jacob Newsum-Bothamley
on behalf of Trustee Richard A Marshack (TR) jacob.bothamley@dinsmore.com bonnie.connolly@dinsmore.com

Jacob Newsum-Bothamley
on behalf of Plaintiff Richard A. Marshack jacob.bothamley@dinsmore.com bonnie.connolly@dinsmore.com

Jacob Newsum-Bothamley
on behalf of Plaintiff Richard A Marshack jacob.bothamley@dinsmore.com bonnie.connolly@dinsmore.com

Jamie P Dreher
on behalf of Defendant EPPS jdreher@downeybrand.com amasson@downeybrand.com;courtfilings@downeybrand.com

Jeana Mason
on behalf of Plaintiff Richard A. Marshack jeana.mason@dinsmore.com ashlynn.harrison@dinsmore.com;stella.laroe@dinsmore.com

Jeffrey I Golden
on behalf of Creditor Anaheim Ducks Hockey Club LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
on behalf of Creditor Oxford Knox LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
on behalf of Creditor Anaheim Arena Management LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
on behalf of Interested Party Courtesy NEF jgolden@go2.law
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
on behalf of Creditor Affirma LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey M Singletary
on behalf of Interested Party INTERESTED PARTY jsingletary@swlaw.com rmckay@swlaw.com

Jeffrey S Shinbrot
on behalf of Interested Party Brandon Turner jeffrey@shinbrotfirm.com sandra@shinbrotfirm.com;tanya@shinbrotfirm.com

Jeffrey S Shinbrot
on behalf of Defendant Brandon Turner jeffrey@shinbrotfirm.com sandra@shinbrotfirm.com;tanya@shinbrotfirm.com

Jenny L Doling
on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys jd@jdl.law
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling
on behalf of Interested Party INTERESTED PARTY jd@jdl.law
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

District/off: 0973-8    User: admin    Page 6 of 13
Date Rcvd: Apr 03, 2025    Form ID: pdf042    Total Noticed: 1

| | |
|---|---|
| Jenny L Doling | on behalf of Interested Party National Consumer Bankruptcy Rights Center jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net |
| Jeremy Faith | on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com |
| Jeremy Faith | on behalf of Defendant Colbalt Funding Solutions LLC Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com |
| Jeremy Freedman | on behalf of Trustee Richard A Marshack (TR) jeremy.freedman@nelsonmullins.com bonnie.connolly@dinsmore.com |
| Jeremy Freedman | on behalf of Plaintiff Richard A. Marshack jeremy.freedman@nelsonmullins.com bonnie.connolly@dinsmore.com |
| John H. Stephens | on behalf of Trustee Richard A Marshack (TR) john.stephens@dinsmore.com lizbeth.alonso@dinsmore.com |
| John H. Stephens | on behalf of Plaintiff Richard A Marshack john.stephens@dinsmore.com lizbeth.alonso@dinsmore.com |
| John H. Stephens | on behalf of Plaintiff Richard A. Marshack john.stephens@dinsmore.com lizbeth.alonso@dinsmore.com |
| Johnny White | on behalf of Creditor Debt Relief Group LLC JWhite@wrslawyers.com, jlee@wrslawyers.com |
| Johnny White | on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com jlee@wrslawyers.com |
| Jonathan Serrano | on behalf of Trustee Richard A Marshack (TR) Jonathan@MarguliesFaithLaw.com vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com |
| Jonathan Serrano | on behalf of Special Counsel Dinsmore & Shohl LLP Jonathan@MarguliesFaithLaw.com vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com |
| Jonathan Serrano | on behalf of Plaintiff Richard A. Marshack Jonathan@MarguliesFaithLaw.com vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com |
| Joon M Khang | on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com |
| Joon M Khang | on behalf of Attorney Khang & Khang LLP joon@khanglaw.com |
| Joseph E Addiego | on behalf of Defendant Clearfund Solutions LLC joeaddiego@dwt.com ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com |
| Joseph E Addiego | on behalf of Defendant Nachmy Weiss joeaddiego@dwt.com ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com |
| Joseph E Addiego | on behalf of Defendant Heshy Deutsch joeaddiego@dwt.com ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com |
| Julian Parker Pecora | on behalf of Plaintiff Richard A Marshack julian.pecora@dinsmore.com Tracey.Hebert@Dinsmore.com |
| Karen Hockstad | on behalf of Plaintiff Richard A Marshack karen.hockstad@dinsmore.com kim.beavin@dinsmore.com |
| Karen Hockstad | on behalf of Trustee Richard A Marshack (TR) karen.hockstad@dinsmore.com kim.beavin@dinsmore.com |
| Kathleen P March | on behalf of Defendant Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | on behalf of Creditor Phuong (Jayde) Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | on behalf of Defendant Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | on behalf of Creditor Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 7 of 13 |
| Date Rcvd: Apr 03, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Kathleen P March
    on behalf of Defendant Jayde Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
    on behalf of Creditor Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
    on behalf of Interested Party The Bankruptcy Law Firm P.C. kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Keith C Owens
    on behalf of Creditor Committee Committee of Unsecured Creditors kowens@foxrothschild.com khoang@foxrothschild.com

Keith C Owens
    on behalf of Plaintiff Richard A. Marshack kowens@foxrothschild.com khoang@foxrothschild.com

Keith C Owens
    on behalf of Intervenor OFFICIAL COMMITTEE OF UNSECURED CREDITORS kowens@foxrothschild.com khoang@foxrothschild.com

Keith C Owens
    on behalf of Creditor Committee Post-Confirmation Oversight Committee kowens@foxrothschild.com khoang@foxrothschild.com

Kelli Ann Lee
    on behalf of Trustee Richard A Marshack (TR) Kelli.lee@dinsmore.com kristy.allen@dinsmore.com

Kelli Ann Lee
    on behalf of Plaintiff Richard A. Marshack Kelli.lee@dinsmore.com kristy.allen@dinsmore.com

Kenneth Misken
    on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

Kevin Alan Rogers
    on behalf of Creditor Wells Marble and Hurst PLLC krogers@wellsmar.com

Kyra E Andrassy
    on behalf of Defendant Arash Asante Bayrooti kandrassy@raineslaw.com bclark@raineslaw.com;jfisher@raineslaw.com

Kyra E Andrassy
    on behalf of Interested Party Courtesy NEF kandrassy@raineslaw.com bclark@raineslaw.com;jfisher@raineslaw.com

Laila Rais
    on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais
    on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais
    on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais
    on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Larry Rothman
    on behalf of Interested Party Steven D. Silverstein tocollect@aol.com

Leslie A Cohen
    on behalf of Defendant Rosa Bianca Loli leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Leslie A Cohen
    on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Lexi J. Epley
    on behalf of Plaintiff Richard A. Marshack lexi.epley@dinsmore.com angelica.urena@dinsmore.com

Lisa Patel
    on behalf of Defendant OptimumBank Holdings Inc. lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com

Marc C Forsythe
    on behalf of Creditor Point Break Holdings LLC mforsythe@goeforlaw.com mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Marc C Forsythe
    on behalf of Defendant Point Break Holdings LLC mforsythe@goeforlaw.com mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Marc C Forsythe

District/off: 0973-8 User: admin Page 8 of 13
Date Rcvd: Apr 03, 2025 Form ID: pdf042 Total Noticed: 1

| | |
|---|---|
| | on behalf of Defendant Perfect Financial LLC mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com |
| Marc C Forsythe | |
| | on behalf of Defendant Clear Vision Financial LLC mforsythe@goeforlaw.com mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com |
| Mary H Haas | |
| | on behalf of Defendant Israel Reches maryhaas@dwt.com melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com |
| Mary H Haas | |
| | on behalf of Defendant Nachman Weisz maryhaas@dwt.com melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com |
| Mary H Haas | |
| | on behalf of Defendant Clearfund Solutions LLC maryhaas@dwt.com melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com |
| Mary H Haas | |
| | on behalf of Defendant Hershey Deustch maryhaas@dwt.com melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com |
| Mary H Haas | |
| | on behalf of Defendant Nachmy Weiss maryhaas@dwt.com melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com |
| Mary H Haas | |
| | on behalf of Defendant Heshy Deutsch maryhaas@dwt.com melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com |
| Matthew Sommer | |
| | on behalf of Plaintiff Richard A Marshack matthew.sommer@dinsmore.com carrie.davis@dinsmore.com |
| Matthew Sommer | |
| | on behalf of Trustee Richard A Marshack (TR) matthew.sommer@dinsmore.com carrie.davis@dinsmore.com |
| Matthew A Lesnick | |
| | on behalf of Defendant OptimumBank Holdings Inc. matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com |
| Matthew J Stockl | |
| | on behalf of Plaintiff Richard A. Marshack matthew.stockl@dinsmore.com katrice.ortiz@dinsmore.com |
| Matthew J Stockl | |
| | on behalf of Trustee Richard A Marshack (TR) matthew.stockl@dinsmore.com katrice.ortiz@dinsmore.com |
| Matthew S Steinberg | |
| | on behalf of Defendant Debt Resolution Direct LLC msteinberg@cozen.com |
| Maureen J Shanahan | |
| | on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Mstotaro@aol.com |
| Meredith Fahn | |
| | on behalf of Creditor Meredith Fahn fahn@sbcglobal.net |
| Meredith King | |
| | on behalf of Defendant Gallant Law Group mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law |
| Meredith King | |
| | on behalf of Interested Party Courtesy NEF mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law |
| Michael B Reynolds | |
| | on behalf of Defendant Sidereal Entertainment Group LLC mreynolds@swlaw.com, kcollins@swlaw.com |
| Michael B Reynolds | |
| | on behalf of Defendant Joshua Brown mreynolds@swlaw.com kcollins@swlaw.com |
| Michael B Reynolds | |
| | on behalf of Defendant SMR Business Services LLC mreynolds@swlaw.com, kcollins@swlaw.com |
| Michael B Reynolds | |
| | on behalf of Defendant Justin Conlon mreynolds@swlaw.com kcollins@swlaw.com |
| Michael D Lieberman | |
| | on behalf of Creditor Phillip A. Greenblatt PLLC mike@liebermandebtrelief.com |
| Michael F Chekian | |
| | on behalf of Creditor Elizabeth A. Shore mike@cheklaw.com chekianmr84018@notify.bestcase.com |
| Michael Jay Berger | |
| | on behalf of Defendant Leucadia Enterprises Inc michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 9 of 13 |
| Date Rcvd: Apr 03, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Michael R Pinkston
  on behalf of Creditor Wells Marble and Hurst PLLC rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com

Michael R Totaro
  on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Ocbkatty@aol.com

Michael R Totaro
  on behalf of Interested Party Randall Baldwin Clark Ocbkatty@aol.com

Michael W Davis
  on behalf of Defendant Morning Law Group P.C. mdavis@dtolaw.com, ygodson@dtolaw.com

Mitchell B Ludwig
  on behalf of Creditor Fundura Capital Group mbl@kpclegal.com kad@kpclegal.com

Nicholas A Koffroth
  on behalf of Trustee Richard A Marshack (TR) nkoffroth@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
  on behalf of Other Professional Post-Confirmation Oversight Committee as Successor in Interest to the Official Committee of Unsecured Creditors nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
  on behalf of Plaintiff Richard A. Marshack nkoffroth@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
  on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
  on behalf of Creditor Committee Post-Confirmation Oversight Committee nkoffroth@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Noah K McCall
  on behalf of Defendant Luke Enkosky nmccall@rschauerlaw.com NAnderson@RSchauerLaw.com

Olivia Scott
  on behalf of Creditor Azzure Capital LLC olivia.scott@hklaw.com

Olivia Scott
  on behalf of Creditor Hi Bar Capital LLC olivia.scott@hklaw.com

Paul R Shankman
  on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com info@fortislaw.com

Paul R Shankman
  on behalf of Creditor United Partnerships LLC PShankman@fortislaw.com, info@fortislaw.com

Peter L Isola
  on behalf of Interested Party Merchants Credit Corporation pisola@hinshawlaw.com rmojica@hinshawlaw.com,iking@hinshawlaw.com

Peter W Bowie
  on behalf of Trustee Richard A Marshack (TR) peter.bowie@dinsmore.com caron.burke@dinsmore.com

Queenie K Ng
  on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Randall Baldwin Clark
  on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com

Razmig Izakelian
  on behalf of Counter-Defendant PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian
  on behalf of Plaintiff OHP-CDR LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
  on behalf of Plaintiff PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian
  on behalf of Counter-Defendant OHP-CDR LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
  on behalf of Creditor OHP-CDR LP razmigizakelian@quinnemanuel.com

Reina Zepeda
  on behalf of Other Professional Omni Agent Solutions rzepeda@omniagnt.com

Richard A Marshack (TR)
  pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com

Case 8:23-bk-10571-SC    Doc 2379    Filed 04/05/25    Entered 04/05/25 21:17:22    Desc
Imaged Certificate of Notice    Page 10 of 15

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 10 of 13 |
| Date Rcvd: Apr 03, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Richard D. Porotsky
    on behalf of Plaintiff Richard A. Marshack maria.rother@dinsmore.com

Richard D. Porotsky
    on behalf of Plaintiff Richard A Marshack maria.rother@dinsmore.com

Richard H Golubow
    on behalf of Defendant Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Creditor MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Defendant MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Defendant MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Creditor MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Creditor Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard L. Hyde
    on behalf of Interested Party Courtesy NEF rhyde@awglaw.com

Richik Sarkar
    on behalf of Plaintiff Richard A. Marshack richik.sarkar@dinsmore.com Noreen.Leciejewski@dinsmore.com

Robert P Goe
    on behalf of Defendant Darlene Collins kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Defendant John Sykes kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Ronald K Brown
    on behalf of Creditor SDCO Tustin Executive Center Inc. ron@rkbrownlaw.com

Ronald N Richards
    on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com

Samuel Mushegh Boyamian
    on behalf of Interested Party Courtesy NEF samuel@marguliesfaithlaw.com Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Sara Johnston
    on behalf of Plaintiff Richard A. Marshack sara.johnston@dinsmore.com bryan.cockroft@dinsmore.com;spencer.gray@dinsmore.com;wendy.yones@dinsmore.com

Sara Johnston
    on behalf of Plaintiff Richard A Marshack sara.johnston@dinsmore.com bryan.cockroft@dinsmore.com;spencer.gray@dinsmore.com;wendy.yones@dinsmore.com

Sara Johnston
    on behalf of Trustee Richard A Marshack (TR) sara.johnston@dinsmore.com bryan.cockroft@dinsmore.com;spencer.gray@dinsmore.com;wendy.yones@dinsmore.com

Sarah S. Mattingly
    on behalf of Plaintiff Richard A Marshack trustee of the LPG Liquidation Trust sarah.mattingly@dinsmore.com

Sarah S. Mattingly
    on behalf of Trustee Richard A Marshack (TR) sarah.mattingly@dinsmore.com

Sarah S. Mattingly
    on behalf of Defendant Debt Resolution Direct LLC sarah.mattingly@dinsmore.com

Sarah S. Mattingly
    on behalf of Defendant Clearcube LLC sarah.mattingly@dinsmore.com

Sarah S. Mattingly
    on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com

Sarah S. Mattingly
    on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 11 of 13 |
| Date Rcvd: Apr 03, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Sarah S. Mattingly
    on behalf of Plaintiff Richard A. Marshack Chapter 11 Trustee sarah.mattingly@dinsmore.com

Sharon Z. Weiss
    on behalf of Defendant Azzure Capital LLC sharon.weiss@bclplaw.com
    raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss
    on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com
    raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss
    on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com
    raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Shawn M Christianson
    on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com schristianson@buchalter.com

Spencer Keith Gray
    on behalf of Plaintiff Richard A Marshack spencer.gray@dinsmore.com
    wendy.yones@dinsmore.com;sara.johnston@dinsmore.com

Spencer Keith Gray
    on behalf of Trustee Richard A Marshack (TR) spencer.gray@dinsmore.com
    wendy.yones@dinsmore.com;sara.johnston@dinsmore.com

Stella A Havkin
    on behalf of Defendant Bridge Funding Cap LLC stella@havkinandshrago.com, shavkinesq@gmail.com

Sweeney Kelly
    on behalf of Defendant Worldpay Group kelly@ksgklaw.com

Sweeney Kelly
    on behalf of Defendant Fidelity National Information Services Inc. dba FIS kelly@ksgklaw.com

Sweeney Kelly
    on behalf of Defendant Worldpay LLC kelly@ksgklaw.com

Sweeney Kelly
    on behalf of Defendant Fidelity National Information Services Inc. kelly@ksgklaw.com

Thomas H Casey
    on behalf of Interested Party Thomas H. Casey kdriggers@tomcaseylaw.com msilva@tomcaseylaw.com

Tony May
    on behalf of Defendant Matthew Lovelady tmay@maybrocklaw.com

Tyler Powell
    on behalf of Plaintiff Richard A. Marshack tyler.powell@dinsmore.com
    jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell
    on behalf of Counter-Claimant Richard A. Marshack tyler.powell@dinsmore.com
    jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell
    on behalf of Defendant Richard A. Marshack tyler.powell@dinsmore.com
    jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell
    on behalf of Plaintiff Richard A Marshack tyler.powell@dinsmore.com
    jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell
    on behalf of Counter-Defendant Richard A Marshack (TR) tyler.powell@dinsmore.com
    jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell
    on behalf of Trustee Richard A Marshack (TR) tyler.powell@dinsmore.com
    jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell
    on behalf of Counter-Claimant Richard A Marshack (TR) tyler.powell@dinsmore.com
    jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

Vanessa Rodriguez
    on behalf of Plaintiff Richard A Marshack vanessa.rodriguez@dinsmore.com
    katherine.hemphill@dinsmore.com;sara.johnston@dinsmore.com

Vanessa Rodriguez

Case 8:23-bk-10571-SC    Doc 2379    Filed 04/05/25    Entered 04/05/25 21:17:22    Desc
Imaged Certificate of Notice    Page 12 of 15

| District/off: 0973-8 | User: admin | Page 12 of 13 |
|---|---|---|
| Date Rcvd: Apr 03, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Plaintiff Richard A. Marshack vanessa.rodriguez@dinsmore.com katherine.hemphill@dinsmore.com;sara.johnston@dinsmore.com |
| Vanessa Rodriguez | |
| | on behalf of Trustee Richard A Marshack (TR) vanessa.rodriguez@dinsmore.com katherine.hemphill@dinsmore.com;sara.johnston@dinsmore.com |
| Veneeta Jaswal | |
| | on behalf of Plaintiff Richard A. Marshack veneeta.jaswal@dinsmore.com  bonnie.connolly@dinsmore.com |
| Veneeta Jaswal | |
| | on behalf of Trustee Richard A Marshack (TR) veneeta.jaswal@dinsmore.com  bonnie.connolly@dinsmore.com |
| Veneeta Jaswal | |
| | on behalf of Plaintiff Richard A Marshack veneeta.jaswal@dinsmore.com  bonnie.connolly@dinsmore.com |
| Veneeta Jaswal | |
| | on behalf of Plaintiff Richard A. Marshack veneeta.jaswal@dinsmore.com  bonnie.connolly@dinsmore.com |
| Victoria Newmark | |
| | on behalf of Interested Party LGS Holdco  LLC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Victoria Newmark | |
| | on behalf of Interested Party Consumer Legal Group  P.C. vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Victoria Newmark | |
| | on behalf of Defendant LGS Holdco  LLC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Victoria Newmark | |
| | on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Victoria Newmark | |
| | on behalf of Interested Party Liberty Acquisitions Group Inc. vnewmark@pszjlaw.com hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Victoria Newmark | |
| | on behalf of Defendant Consumer Legal Group  PC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Vincent Renda | |
| | on behalf of Creditor Unified Global Research Group  Inc vr@pinlegal.com, ld@pinlegal.com |
| William McCormick | |
| | on behalf of Creditor TN Dept of Revenue Bill.McCormick@ag.tn.gov |
| William J Wall | |
| | on behalf of Witness Bradford Lee wwall@wall-law.com |
| William P. Fennell | |
| | on behalf of Creditor Validation Partners LLC william.fennell@fennelllaw.com wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com;Fennell.WilliamP.B143386@notify.bestcase.com |
| Yisrael Gelb | |
| | on behalf of Defendant Bridge Funding Cap  LLC yisrael@gelblawapc.com |
| Yosina M Lissebeck | |
| | on behalf of Defendant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com |
| Yosina M Lissebeck | |
| | on behalf of Trustee Richard A Marshack (TR) Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com |
| Yosina M Lissebeck | |
| | on behalf of Counter-Claimant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com |
| Yosina M Lissebeck | |
| | on behalf of Special Counsel Dinsmore & Shohl LLP Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com |
| Yosina M Lissebeck | |
| | on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com |
| Yosina M Lissebeck | |
| | on behalf of Plaintiff Richard A Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com |

| District/off: 0973-8 | User: admin | Page 13 of 13 |
|---|---|---|
| Date Rcvd: Apr 03, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Zev Shechtman     on behalf of Interested Party Morning Law Group P.C. Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman     on behalf of Interested Party Danning Gill Israel & Krasnoff LLP Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

TOTAL: 274

Ira D. Kharasch (CA Bar No. 109084)
Victoria A. Newmark (CA Bar No. 183581)
Hayley R. Winograd (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail: ikharasch@pszjlaw.com
         vnewmark@pszjlaw.com
         hwinograd@pszjlaw.com



**FILED & ENTERED**

APR 03 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

Attorneys for Consumer Legal Group, P.C. and LGS Holdco, LLC

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION REGARDING MOTION FOR AN ORDER EXTENDING THE ESTATE'S TIME TO FILE ACTIONS GOVERNED BY 11 U.S.C. §§ 108, 546(a), AND 549(d)**<br><br>Hearing:<br>Date:    April 2, 2025<br>Time:   1:30 p.m.<br>Place:   5C - Via ZoomGov |

The Court has read and considered the *Stipulation Regarding Motion for an Order Extending the Estate's Time to File Actions Governed by 11 U.S.C. §§ 108, 546(a), and 549(d)* [Docket No. 2358] (the "Stipulation"),[1] entered into by and between Consumer Legal Group, P.C. ("CLG"), LGS Holdco, LLC ("LGS"), and the Chapter 11 Trustee and Liquidating Trustee of the LPG Liquidation Trust in the above-captioned chapter 11 bankruptcy case (the "Trustee," and together with CLG and LGS, the "Parties"), and has found good cause to approve the Stipulation.

**IT IS ORDERED:**

1. The Stipulation is approved in its entirety.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed thereto in the Stipulation.

4917-6926-8784.1 15344.001

2. CLG and LGS are carved out of the relief requested in the Motion.

3. To the extent that, absent the Stipulation, the Trustee would have had the right to amend its Complaint to add a New Claim against CLG and/or LGS notwithstanding the expiration of the Trustee's time to file the Recovery Claims against CLG and LGS, the Parties agree that the Trustee is not waiving that limited right, but the Stipulation does not create any new rights for the Trustee.

4. The Parties agree that the Trustee's time to file the Recovery Claims has expired as to CLG and LGS and that the Stipulation does not affect such expiration and merely memorializes the Parties' agreement that the Trustee is not waiving the limited right described in paragraph 3 above.

5. The Trustee maintains the right to move for leave to amend its Complaint to assert New Claim(s) against CLG and/or LGS, but only to the extent such New Claim(s) are supported by allegations already set forth in the Complaint.

6. In any motion for leave to amend its Complaint to add New Claim(s), the Trustee shall not assert or seek leave to assert any new factual allegations beyond those allegations already included in the existing Complaint nor any new claims based on new factual allegations.

7. CLG and LGS reserve the right to oppose any motion for leave to amend the Trustee's Complaint on any ground, including, but not limited to, that any New Claim is barred by the statute of limitations or other time-based defenses, and is futile.

8. CLG's Opposition is hereby deemed withdrawn.

Date: April 3, 2025

Scott C. Clarkson
United States Bankruptcy Judge

2