CHRISTOPHER CELENTINO (131688)
Christopher.Celentino@dinsmore.com
YOSINA LISSEBECK (201654)
Yosina.Lissebeck@dinsmore.com
CHRISTOPHER B. GHIO (259094)
Christopher.Ghio@dinsmore.com
DINSMORE & SHOHL LLP
655 W Broadway, Suite 800
San Diego, California 92101
Tele: (619) 400-0468
Fax: (619) 400-0501

Attorney to Richard A. Marshack
Trustee of the LPG Liquidation Trust

**FILED & ENTERED**

**APR 09 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.<br><br>Debtor, | Chapter 11<br><br>Case No.: 8:23-bk-10571-SC<br><br>**ORDER GRANTING TRUSTEE'S MOTION FOR ORDER EXTENDING THE ESTATE'S TIME TO FILE ACTIONS GOVERNED BY 11 U.S.C. §§108, 546(a), AND 549(d)**<br><br>**Hearing**<br>Date:      April 2, 2025<br>Time:     1:30 p.m. (Pacific Time)<br>Judge:    Hon. Scott C. Clarkson<br>Location: Courtroom 5C<br>                411 West Fourth Street<br>                Santa Ana, CA 92701 |

Trustee, Richard A. Marshack's Motion For An Order Extending The Estate's Time To File Actions Governed By 11 U.S.C. §§108, 546(a), and 549(d) (the "Motion") came up for hearing before this Court on April 2, 2025 on the 1:30 p.m. calendar. Prior to the hearing, the Court had reviewed and considered the Motion, the oppositions filed by Marich Bein, LLC ("Marich Bein") and Consumer Legal Group P.C. ("CLG"), and Trustee's reply brief. CLG reached a stipulation with Trustee to withdraw their opposition in advance of the hearing.

///

1

At the hearing, the Court heard extensive oral argument presented by Marich Bein and Trustee. The Court, having read, heard, and considered all arguments put forth in support of and in opposition to the Motion, and good cause appearing therefore, the Court orders as follows:

1. The Motion is GRANTED in its entirety;

2. The statute of limitations for Trustee to bring actions under 11 U.S.C. §§108, 546(a); and 549(d), which was initially set to expire on March 20, 2025 is extended up to and through September 19, 2025;

3. This Order shall not override any existing tolling agreements to which Trustee is a party;

4. With respect to defendants in adversary proceedings filed during the extension period who did not receive notice of the Motion, this Order is without prejudice to a statute of limitations defense.

**IT IS SO ORDERED.**

###

Date: April 9, 2025

Scott C. Clarkson
United States Bankruptcy Judge