United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10571-SC |
| The Litigation Practice Group P.C. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 13 |
| Date Rcvd: Apr 09, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 11, 2025 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron E. De Leest | on behalf of Plaintiff Richard A. Marshack adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | on behalf of Plaintiff Richard A Marshack adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | on behalf of Trustee Richard A Marshack (TR) adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Adam D Stein-Sapir | on behalf of Creditor Pioneer Funding Group LLC info@pfllc.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 13 |
| Date Rcvd: Apr 09, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Alan Craig Hochheiser
    on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com  arodriguez@mauricewutscher.com

Alan I Nahmias
    on behalf of Interested Party Courtesy NEF anahmias@mbn.law  jdale@mbn.law

Alan W Forsley
    on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com
    awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com

Alan W Forsley
    on behalf of Creditor Anthem Blue Cross of California alan.forsley@flpllp.com
    awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com

Amy Lynn Ginsburg
    on behalf of Creditor Shannon Bellfield efilings@ginsburglawgroup.com

Amy Lynn Ginsburg
    on behalf of Creditor Kenton Cobb efilings@ginsburglawgroup.com

Amy Lynn Ginsburg
    on behalf of Creditor Amy Ginsburg efilings@ginsburglawgroup.com

Andrew Still
    on behalf of Creditor Alteryx Inc. astill@swlaw.com, kcollins@swlaw.com

Andrew Still
    on behalf of Interested Party Courtesy NEF astill@swlaw.com  kcollins@swlaw.com

Andrew Still
    on behalf of Plaintiff Alteryx Inc. astill@swlaw.com, kcollins@swlaw.com

Anthony Bisconti
    on behalf of Plaintiff Richard A. Marshack tbisconti@bklwlaw.com  1193516420@filings.docketbird.com,docket@bklwlaw.com

Anthony Paul Diehl
    on behalf of Interested Party Courtesy NEF anthony@apdlaw.net
    Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net,9143954420@filings.docketbird.com

Ashley Dionisio
    on behalf of Other Professional Omni Agent Solutions adionisio@omniagnt.com

Baruch C Cohen
    on behalf of Defendant Derrick Landry bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com

Belinda M Vega
    on behalf of Creditor ADP Inc apark@venable.com

Bradford Barnhardt
    on behalf of Plaintiff Richard A. Marshack bbarnhardt@marshackhays.com
    bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt
    on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com
    bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt
    on behalf of Trustee Richard A Marshack (TR) bbarnhardt@marshackhays.com
    bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt
    on behalf of Plaintiff Richard A Marshack bbarnhardt@marshackhays.com
    bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Brandon J. Iskander
    on behalf of Defendant JM Squared LLC biskander@goeforlaw.com  kmurphy@goeforlaw.com

Brandon J. Iskander
    on behalf of Interested Party Goe Forsythe & Hodges LLP biskander@goeforlaw.com  kmurphy@goeforlaw.com

Brett N Taylor
    on behalf of Defendant Debt Resolution Direct LLC btaylor@cozen.com, arincon@cozen.com

Brian L Holman
    on behalf of Creditor Sharp Electronics Corporation b.holman@musickpeeler.com

Britteny Leyva
    on behalf of Interested Party Revolv3 Inc. bleyva@mayerbrown.com,
    2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com

Byron Z Moldo
    on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com  aantonio@ecjlaw.com,dperez@ecjlaw.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 3 of 13 |
| Date Rcvd: Apr 09, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Cara Daggitt
    on behalf of Plaintiff Richard A Marshack cara.daggitt@dinsmore.com Keegan.Giblin@Dinsmore.com

Cara Daggitt
    on behalf of Plaintiff Richard A. Marshack cara.daggitt@dinsmore.com Keegan.Giblin@Dinsmore.com

Caroline Massey
    on behalf of Plaintiff Richard A Marshack caroline.massey@dinsmore.com lizbeth.alonso@dinsmore.com

Charity J Manee
    on behalf of Defendant Clear Vision Financial LLC cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
    on behalf of Interested Party Goe Forsythe & Hodges LLP cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
    on behalf of Defendant John Sykes cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
    on behalf of Defendant Point Break Holdings LLC cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
    on behalf of Defendant Darlene Collins cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
    on behalf of Defendant JM Squared LLC cmanee@goeforlaw.com kmurphy@goeforlaw.com

Christopher Celentino
    on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Celentino
    on behalf of Special Counsel Dinsmore & Shohl LLP christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Celentino
    on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Ghio
    on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com angelica.urena@dinsmore.com

Christopher Ghio
    on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com angelica.urena@dinsmore.com

Christopher Ghio
    on behalf of Plaintiff Richard A Marshack christopher.ghio@dinsmore.com angelica.urena@dinsmore.com

Christopher J Langley
    on behalf of Interested Party Courtesy NEF ShiodaLangleyChangLLP@jubileebk.net john@slclawoffice.com;ShiodaLangleyChangLLP@jubileebk.net

D Edward Hays
    on behalf of Attorney Marshack Hays LLP ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Plaintiff Richard A Marshack ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Creditor Committee Committee of Unsecured Creditors ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Plaintiff Richard A. Marshack ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Interested Party Courtesy NEF ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Daniel A Edelman
    on behalf of Creditor Carolyn Beech dedelman@edcombs.com courtecl@edcombs.com

Daniel A Lev
    on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
    on behalf of Interested Party Liberty Acquisitions Group Inc. daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Case 8:23-bk-10571-SC    Doc 2385    Filed 04/11/25    Entered 04/11/25 21:18:33    Desc
Imaged Certificate of Notice    Page 4 of 15

| District/off: 0973-8 | User: admin | Page 4 of 13 |
|---|---|---|
| Date Rcvd: Apr 09, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Daniel H Reiss
    on behalf of Defendant Eng Taing dhr@lnbyg.com dhr@ecf.inforuptcy.com

Daniel H Reiss
    on behalf of Defendant Touzi Capital  LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel H Reiss
    on behalf of Defendant PECC Corp dhr@lnbyg.com dhr@ecf.inforuptcy.com

Daniel S March
    on behalf of Interested Party INTERESTED PARTY marchlawoffice@gmail.com marchdr94019@notify.bestcase.com

Daniel S March
    on behalf of Defendant Daniel S. March marchlawoffice@gmail.com marchdr94019@notify.bestcase.com

David M Goodrich
    on behalf of Creditor United Partnerships  LLC dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
    on behalf of Interested Party Courtesy NEF dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David S Kupetz
    on behalf of Defendant Marich Bein LLC david.kupetz@troutman.com mylene.ruiz@troutman.com

David S Kupetz
    on behalf of Interested Party Courtesy NEF david.kupetz@troutman.com mylene.ruiz@troutman.com

David S Kupetz
    on behalf of Interested Party Marich Bein LLC david.kupetz@troutman.com mylene.ruiz@troutman.com

David S Kupetz
    on behalf of Defendant Marich Bein  LLC david.kupetz@troutman.com, mylene.ruiz@troutman.com

Eric Bensamochan
    on behalf of Interested Party Courtesy NEF eric@eblawfirm.us G63723@notify.cincompass.com

Eric Bensamochan
    on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us G63723@notify.cincompass.com

Eric Bensamochan
    on behalf of Creditor Oxford Knox  LLC eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Gassman
    on behalf of Creditor Herret Credit erg@gassmanlawgroup.com gassman.ericb112993@notify.bestcase.com

Eric D Goldberg
    on behalf of Defendant Stripe  Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Ethan J Birnberg
    on behalf of Defendant Diverse Capital LLC birnberg@portersimon.com bokinskie@portersimon.com

Ethan J Birnberg
    on behalf of Defendant BMF Advance  LLC birnberg@portersimon.com, bokinskie@portersimon.com

Garrick A Hollander
    on behalf of Creditor MC DVI Fund 1  LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
    on behalf of Creditor Debt Validation Fund II  LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
    on behalf of Creditor MC DVI Fund 2  LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Glenn D. Moses
    on behalf of Creditor ADP  Inc gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;imalcolm@ecf.courtdrive.com;jadelgado@venable.com

Gregory M Salvato
    on behalf of Creditor Mari Agape gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
    on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Howard Steinberg
    on behalf of Defendant BankUnited  N.A. steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 5 of 13 |
| Date Rcvd: Apr 09, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Howard M Ehrenberg
    on behalf of Defendant New Horizon Finance LLC Howard.Ehrenberg@gmlaw.com hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com

Ira David Kharasch
    on behalf of Defendant Consumer Legal Group PC ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Defendant LGS Holdco LLC ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Interested Party LGS Holdco LLC ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Interested Party Consumer Legal Group P.C. ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Interested Party Liberty Acquisitions Group Inc. ikharasch@pszjlaw.com

Israel Orozco
    on behalf of Creditor Israel Orozco israel@iolawcorp.com

Jacob Newsum-Bothamley
    on behalf of Trustee Richard A Marshack (TR) jacob.bothamley@dinsmore.com bonnie.connolly@dinsmore.com

Jacob Newsum-Bothamley
    on behalf of Plaintiff Richard A. Marshack jacob.bothamley@dinsmore.com bonnie.connolly@dinsmore.com

Jacob Newsum-Bothamley
    on behalf of Plaintiff Richard A Marshack jacob.bothamley@dinsmore.com bonnie.connolly@dinsmore.com

Jamie P Dreher
    on behalf of Defendant EPPS jdreher@downeybrand.com amasson@downeybrand.com;courtfilings@downeybrand.com

Jeana Mason
    on behalf of Plaintiff Richard A. Marshack jeana.mason@dinsmore.com ashlynn.harrison@dinsmore.com;stella.laroe@dinsmore.com

Jeffrey I Golden
    on behalf of Creditor Anaheim Ducks Hockey Club LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
    on behalf of Creditor Oxford Knox LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
    on behalf of Creditor Anaheim Arena Management LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
    on behalf of Interested Party Courtesy NEF jgolden@go2.law kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden
    on behalf of Creditor Affirma LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey M Singletary
    on behalf of Interested Party INTERESTED PARTY jsingletary@swlaw.com rmckay@swlaw.com

Jeffrey S Shinbrot
    on behalf of Interested Party Brandon Turner jeffrey@shinbrotfirm.com sandra@shinbrotfirm.com;tanya@shinbrotfirm.com

Jeffrey S Shinbrot
    on behalf of Defendant Brandon Turner jeffrey@shinbrotfirm.com sandra@shinbrotfirm.com;tanya@shinbrotfirm.com

Jenny L Doling
    on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling

District/off: 0973-8     User: admin     Page 6 of 13
Date Rcvd: Apr 09, 2025     Form ID: pdf042     Total Noticed: 1

| Name | Description |
|---|---|
| | on behalf of Interested Party INTERESTED PARTY jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net |
| Jenny L Doling | |
| | on behalf of Interested Party National Consumer Bankruptcy Rights Center jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net |
| Jeremy Faith | |
| | on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com |
| Jeremy Faith | |
| | on behalf of Defendant Colbalt Funding Solutions LLC Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com |
| Jeremy Freedman | |
| | on behalf of Trustee Richard A Marshack (TR) jeremy.freedman@nelsonmullins.com bonnie.connolly@dinsmore.com |
| Jeremy Freedman | |
| | on behalf of Plaintiff Richard A. Marshack jeremy.freedman@nelsonmullins.com bonnie.connolly@dinsmore.com |
| John H. Stephens | |
| | on behalf of Trustee Richard A Marshack (TR) john.stephens@dinsmore.com lizbeth.alonso@dinsmore.com |
| John H. Stephens | |
| | on behalf of Plaintiff Richard A Marshack john.stephens@dinsmore.com lizbeth.alonso@dinsmore.com |
| John H. Stephens | |
| | on behalf of Plaintiff Richard A. Marshack john.stephens@dinsmore.com lizbeth.alonso@dinsmore.com |
| Johnny White | |
| | on behalf of Creditor Debt Relief Group LLC JWhite@wrslawyers.com, jlee@wrslawyers.com |
| Johnny White | |
| | on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com jlee@wrslawyers.com |
| Jonathan Serrano | |
| | on behalf of Trustee Richard A Marshack (TR) Jonathan@MarguliesFaithLaw.com vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com |
| Jonathan Serrano | |
| | on behalf of Special Counsel Dinsmore & Shohl LLP Jonathan@MarguliesFaithLaw.com vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com |
| Jonathan Serrano | |
| | on behalf of Plaintiff Richard A. Marshack Jonathan@MarguliesFaithLaw.com vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com |
| Joon M Khang | |
| | on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com |
| Joon M Khang | |
| | on behalf of Attorney Khang & Khang LLP joon@khanglaw.com |
| Joseph E Addiego | |
| | on behalf of Defendant Clearfund Solutions LLC joeaddiego@dwt.com ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com |
| Joseph E Addiego | |
| | on behalf of Defendant Nachmy Weiss joeaddiego@dwt.com ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com |
| Joseph E Addiego | |
| | on behalf of Defendant Heshy Deutsch joeaddiego@dwt.com ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com |
| Joshua I. Marrone | |
| | on behalf of Trustee Richard A Marshack (TR) joshua.marrone@dinsmore.com |
| Joshua I. Marrone | |
| | on behalf of Plaintiff Richard A. Marshack joshua.marrone@dinsmore.com |
| Julian Parker Pecora | |
| | on behalf of Plaintiff Richard A Marshack julian.pecora@dinsmore.com Tracey.Hebert@Dinsmore.com |
| Karen Hockstad | |
| | on behalf of Plaintiff Richard A Marshack karen.hockstad@dinsmore.com kim.beavin@dinsmore.com |
| Karen Hockstad | |
| | on behalf of Trustee Richard A Marshack (TR) karen.hockstad@dinsmore.com kim.beavin@dinsmore.com |
| Kathleen P March | |
| | on behalf of Defendant Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |

| | |
|---|---|
| Kathleen P March | on behalf of Defendant Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | on behalf of Creditor Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | on behalf of Defendant Jayde Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | on behalf of Creditor Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | on behalf of Interested Party The Bankruptcy Law Firm P.C. kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March | on behalf of Creditor Phuong (Jayde) Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Keith C Owens | on behalf of Creditor Committee Committee of Unsecured Creditors kowens@foxrothschild.com khoang@foxrothschild.com |
| Keith C Owens | on behalf of Plaintiff Richard A. Marshack kowens@foxrothschild.com khoang@foxrothschild.com |
| Keith C Owens | on behalf of Intervenor OFFICIAL COMMITTEE OF UNSECURED CREDITORS kowens@foxrothschild.com khoang@foxrothschild.com |
| Keith C Owens | on behalf of Creditor Committee Post-Confirmation Oversight Committee kowens@foxrothschild.com khoang@foxrothschild.com |
| Kelli Ann Lee | on behalf of Trustee Richard A Marshack (TR) Kelli.lee@dinsmore.com kristy.allen@dinsmore.com |
| Kelli Ann Lee | on behalf of Plaintiff Richard A. Marshack Kelli.lee@dinsmore.com kristy.allen@dinsmore.com |
| Kenneth Misken | on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov |
| Kevin Alan Rogers | on behalf of Creditor Wells Marble and Hurst PLLC krogers@wellsmar.com |
| Kyra E Andrassy | on behalf of Defendant Arash Asante Bayrooti kandrassy@raineslaw.com bclark@raineslaw.com;jfisher@raineslaw.com |
| Kyra E Andrassy | on behalf of Interested Party Courtesy NEF kandrassy@raineslaw.com bclark@raineslaw.com;jfisher@raineslaw.com |
| Laila Rais | on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com |
| Laila Rais | on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com |
| Laila Rais | on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com |
| Laila Rais | on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com |
| Larry Rothman | on behalf of Interested Party Steven D. Silverstein tocollect@aol.com |
| Leslie A Cohen | on behalf of Defendant Rosa Bianca Loli leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com;bryn@lesliecohenlaw.com |
| Leslie A Cohen | on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com;bryn@lesliecohenlaw.com |
| Lexi J. Epley | on behalf of Plaintiff Richard A. Marshack lexi.epley@dinsmore.com angelica.urena@dinsmore.com |
| Lisa Patel | on behalf of Defendant OptimumBank Holdings Inc. lpatel@lesnickprince.com, |

Case 8:23-bk-10571-SC    Doc 2385    Filed 04/11/25    Entered 04/11/25 21:18:33    Desc
Imaged Certificate of Notice    Page 8 of 15

| District/off: 0973-8 | User: admin | Page 8 of 13 |
|---|---|---|
| Date Rcvd: Apr 09, 2025 | Form ID: pdf042 | Total Noticed: 1 |

jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com

Marc C Forsythe
on behalf of Creditor Point Break Holdings LLC mforsythe@goeforlaw.com
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Marc C Forsythe
on behalf of Defendant Point Break Holdings LLC mforsythe@goeforlaw.com
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Marc C Forsythe
on behalf of Defendant Perfect Financial  LLC mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Marc C Forsythe
on behalf of Defendant Clear Vision Financial LLC mforsythe@goeforlaw.com
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Mary H Haas
on behalf of Defendant Israel Reches maryhaas@dwt.com
melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
on behalf of Defendant A Chance Funding LLC maryhaas@dwt.com
melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
on behalf of Defendant Nachman Weisz maryhaas@dwt.com
melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
on behalf of Defendant Clearfund Solutions LLC maryhaas@dwt.com
melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
on behalf of Defendant Hershey Deustch maryhaas@dwt.com
melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
on behalf of Defendant Nachmy Weiss maryhaas@dwt.com
melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
on behalf of Defendant Heshy Deutsch maryhaas@dwt.com
melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Matthew Sommer
on behalf of Plaintiff Richard A Marshack matthew.sommer@dinsmore.com  carrie.davis@dinsmore.com

Matthew Sommer
on behalf of Trustee Richard A Marshack (TR) matthew.sommer@dinsmore.com  carrie.davis@dinsmore.com

Matthew A Lesnick
on behalf of Defendant OptimumBank Holdings  Inc. matt@lesnickprince.com,
matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew J Stockl
on behalf of Plaintiff Richard A. Marshack matthew.stockl@dinsmore.com  katrice.ortiz@dinsmore.com

Matthew J Stockl
on behalf of Trustee Richard A Marshack (TR) matthew.stockl@dinsmore.com  katrice.ortiz@dinsmore.com

Maureen J Shanahan
on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Mstotaro@aol.com

Meredith Fahn
on behalf of Creditor Meredith Fahn fahn@sbcglobal.net

Meredith King
on behalf of Defendant Gallant Law Group mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Meredith King
on behalf of Interested Party Courtesy NEF mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Michael B Reynolds
on behalf of Defendant Sidereal Entertainment Group  LLC mreynolds@swlaw.com, kcollins@swlaw.com

Michael B Reynolds
on behalf of Defendant Joshua Brown mreynolds@swlaw.com  kcollins@swlaw.com

Michael B Reynolds
on behalf of Defendant SMR Business Services  LLC mreynolds@swlaw.com, kcollins@swlaw.com

Case 8:23-bk-10571-SC    Doc 2385    Filed 04/11/25    Entered 04/11/25 21:18:33    Desc
Imaged Certificate of Notice    Page 9 of 15

| District/off: 0973-8 | User: admin | Page 9 of 13 |
|---|---|---|
| Date Rcvd: Apr 09, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Michael B Reynolds
    on behalf of Defendant Justin Conlon mreynolds@swlaw.com kcollins@swlaw.com

Michael D Lieberman
    on behalf of Creditor Phillip A. Greenblatt PLLC mike@liebermandebtrelief.com

Michael F Chekian
    on behalf of Creditor Elizabeth A. Shore mike@cheklaw.com chekianmr84018@notify.bestcase.com

Michael Jay Berger
    on behalf of Defendant Leucadia Enterprises Inc michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael R Pinkston
    on behalf of Creditor Wells Marble and Hurst PLLC rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com

Michael R Totaro
    on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Ocbkatty@aol.com

Michael R Totaro
    on behalf of Interested Party Randall Baldwin Clark Ocbkatty@aol.com

Michael W Davis
    on behalf of Defendant Morning Law Group P.C. mdavis@dtolaw.com, ygodson@dtolaw.com

Mitchell B Ludwig
    on behalf of Creditor Fundura Capital Group mbl@kpclegal.com kad@kpclegal.com

Nicholas A Koffroth
    on behalf of Trustee Richard A Marshack (TR) nkoffroth@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
    on behalf of Other Professional Post-Confirmation Oversight Committee as Successor in Interest to the Official Committee of Unsecured Creditors nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
    on behalf of Plaintiff Richard A. Marshack nkoffroth@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
    on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
    on behalf of Creditor Committee Post-Confirmation Oversight Committee nkoffroth@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Noah K McCall
    on behalf of Defendant Luke Enkosky nmccall@rschauerlaw.com NAnderson@RSchauerLaw.com

Olivia Scott
    on behalf of Creditor Azzure Capital LLC olivia.scott@hklaw.com

Olivia Scott
    on behalf of Creditor Hi Bar Capital LLC olivia.scott@hklaw.com

Paul R Shankman
    on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com info@fortislaw.com

Paul R Shankman
    on behalf of Creditor United Partnerships LLC PShankman@fortislaw.com, info@fortislaw.com

Peter L Isola
    on behalf of Interested Party Merchants Credit Corporation pisola@hinshawlaw.com rmojica@hinshawlaw.com,iking@hinshawlaw.com

Peter W Bowie
    on behalf of Trustee Richard A Marshack (TR) peter.bowie@dinsmore.com caron.burke@dinsmore.com

Queenie K Ng
    on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Randall Baldwin Clark
    on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com

Razmig Izakelian
    on behalf of Counter-Defendant PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian
    on behalf of Plaintiff OHP-CDR LP razmigizakelian@quinnemanuel.com

Razmig Izakelian

Case 8:23-bk-10571-SC    Doc 2385    Filed 04/11/25    Entered 04/11/25 21:18:33    Desc
Imaged Certificate of Notice    Page 10 of 15

| District/off: 0973-8 | User: admin | Page 10 of 13 |
|---|---|---|
| Date Rcvd: Apr 09, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Plaintiff PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com |
| Razmig Izakelian | |
| | on behalf of Counter-Defendant OHP-CDR LP razmigizakelian@quinnemanuel.com |
| Razmig Izakelian | |
| | on behalf of Creditor OHP-CDR LP razmigizakelian@quinnemanuel.com |
| Reina Zepeda | |
| | on behalf of Other Professional Omni Agent Solutions rzepeda@omniagnt.com |
| Richard A Marshack (TR) | |
| | pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com |
| Richard D. Porotsky | |
| | on behalf of Plaintiff Richard A. Marshack maria.rother@dinsmore.com |
| Richard D. Porotsky | |
| | on behalf of Plaintiff Richard A Marshack maria.rother@dinsmore.com |
| Richard H Golubow | |
| | on behalf of Defendant Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard H Golubow | |
| | on behalf of Defendant MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard H Golubow | |
| | on behalf of Creditor MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard H Golubow | |
| | on behalf of Defendant MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard H Golubow | |
| | on behalf of Creditor MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard H Golubow | |
| | on behalf of Creditor Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard L. Hyde | |
| | on behalf of Interested Party Courtesy NEF rhyde@awglaw.com |
| Richik Sarkar | |
| | on behalf of Plaintiff Richard A. Marshack richik.sarkar@dinsmore.com Noreen.Leciejewski@dinsmore.com |
| Robert P Goe | |
| | on behalf of Defendant Darlene Collins kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | |
| | on behalf of Defendant John Sykes kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Ronald K Brown | |
| | on behalf of Creditor SDCO Tustin Executive Center Inc. ron@rkbrownlaw.com |
| Ronald N Richards | |
| | on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com |
| Samuel Mushegh Boyamian | |
| | on behalf of Interested Party Courtesy NEF samuel@marguliesfaithlaw.com Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com |
| Sara Johnston | |
| | on behalf of Plaintiff Richard A. Marshack sara.johnston@dinsmore.com bryan.cockroft@dinsmore.com;spencer.gray@dinsmore.com;wendy.yones@dinsmore.com |
| Sara Johnston | |
| | on behalf of Plaintiff Richard A Marshack sara.johnston@dinsmore.com bryan.cockroft@dinsmore.com;spencer.gray@dinsmore.com;wendy.yones@dinsmore.com |
| Sara Johnston | |
| | on behalf of Trustee Richard A Marshack (TR) sara.johnston@dinsmore.com bryan.cockroft@dinsmore.com;spencer.gray@dinsmore.com;wendy.yones@dinsmore.com |
| Sarah S. Mattingly | |
| | on behalf of Plaintiff Richard A Marshack trustee of the LPG Liquidation Trust sarah.mattingly@dinsmore.com |

Sarah S. Mattingly
> on behalf of Trustee Richard A Marshack (TR) sarah.mattingly@dinsmore.com

Sarah S. Mattingly
> on behalf of Defendant Debt Resolution Direct LLC sarah.mattingly@dinsmore.com

Sarah S. Mattingly
> on behalf of Defendant Clearcube LLC sarah.mattingly@dinsmore.com

Sarah S. Mattingly
> on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com

Sarah S. Mattingly
> on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com

Sarah S. Mattingly
> on behalf of Plaintiff Richard A. Marshack Chapter 11 Trustee sarah.mattingly@dinsmore.com

Sharon Z. Weiss
> on behalf of Defendant Azzure Capital LLC sharon.weiss@bclplaw.com
> raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss
> on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com
> raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss
> on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com
> raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Shawn M Christianson
> on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com schristianson@buchalter.com

Spencer Keith Gray
> on behalf of Plaintiff Richard A Marshack spencer.gray@dinsmore.com
> wendy.yones@dinsmore.com;sara.johnston@dinsmore.com

Spencer Keith Gray
> on behalf of Trustee Richard A Marshack (TR) spencer.gray@dinsmore.com
> wendy.yones@dinsmore.com;sara.johnston@dinsmore.com

Stella A Havkin
> on behalf of Defendant Bridge Funding Cap LLC stella@havkinandshrago.com, shavkinesq@gmail.com

Sweeney Kelly
> on behalf of Defendant Worldpay Group kelly@ksgklaw.com

Sweeney Kelly
> on behalf of Defendant Fidelity National Information Services Inc. dba FIS kelly@ksgklaw.com

Sweeney Kelly
> on behalf of Defendant Worldpay LLC kelly@ksgklaw.com

Sweeney Kelly
> on behalf of Defendant Fidelity National Information Services Inc. kelly@ksgklaw.com

Thomas H Casey
> on behalf of Interested Party Thomas H. Casey kdriggers@tomcaseylaw.com msilva@tomcaseylaw.com

Tony May
> on behalf of Defendant Matthew Lovelady tmay@maybrocklaw.com

Tyler Powell
> on behalf of Plaintiff Richard A. Marshack tyler.powell@dinsmore.com
> jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell
> on behalf of Counter-Claimant Richard A. Marshack tyler.powell@dinsmore.com
> jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell
> on behalf of Defendant Richard A. Marshack tyler.powell@dinsmore.com
> jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell
> on behalf of Plaintiff Richard A Marshack tyler.powell@dinsmore.com
> jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell
> on behalf of Counter-Defendant Richard A Marshack (TR) tyler.powell@dinsmore.com
> jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell

| | |
|---|---|
| | on behalf of Trustee Richard A Marshack (TR) tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com |
| Tyler Powell | on behalf of Counter-Claimant Richard A Marshack (TR) tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Vanessa Rodriguez | on behalf of Plaintiff Richard A Marshack vanessa.rodriguez@dinsmore.com katherine.hemphill@dinsmore.com;sara.johnston@dinsmore.com |
| Vanessa Rodriguez | on behalf of Plaintiff Richard A. Marshack vanessa.rodriguez@dinsmore.com katherine.hemphill@dinsmore.com;sara.johnston@dinsmore.com |
| Vanessa Rodriguez | on behalf of Trustee Richard A Marshack (TR) vanessa.rodriguez@dinsmore.com katherine.hemphill@dinsmore.com;sara.johnston@dinsmore.com |
| Veneeta Jaswal | on behalf of Plaintiff Richard A. Marshack veneeta.jaswal@dinsmore.com bonnie.connolly@dinsmore.com |
| Veneeta Jaswal | on behalf of Trustee Richard A Marshack (TR) veneeta.jaswal@dinsmore.com bonnie.connolly@dinsmore.com |
| Veneeta Jaswal | on behalf of Plaintiff Richard A Marshack veneeta.jaswal@dinsmore.com bonnie.connolly@dinsmore.com |
| Veneeta Jaswal | on behalf of Plaintiff Richard A. Marshack veneeta.jaswal@dinsmore.com bonnie.connolly@dinsmore.com |
| Victoria Newmark | on behalf of Interested Party LGS Holdco LLC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Victoria Newmark | on behalf of Interested Party Consumer Legal Group P.C. vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Victoria Newmark | on behalf of Defendant LGS Holdco LLC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Victoria Newmark | on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Victoria Newmark | on behalf of Interested Party Liberty Acquisitions Group Inc. vnewmark@pszjlaw.com hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Victoria Newmark | on behalf of Defendant Consumer Legal Group PC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Vincent Renda | on behalf of Creditor Unified Global Research Group Inc vr@pinlegal.com, ld@pinlegal.com |
| William McCormick | on behalf of Creditor TN Dept of Revenue Bill.McCormick@ag.tn.gov |
| William J Wall | on behalf of Witness Bradford Lee wwall@wall-law.com |
| William P. Fennell | on behalf of Creditor Validation Partners LLC william.fennell@fennelllaw.com wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com;Fennell.WilliamP.B143386@notify.bestcase.com |
| Yisrael Gelb | on behalf of Defendant Bridge Funding Cap LLC yisrael@gelblawapc.com |
| Yosina M Lissebeck | on behalf of Defendant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com |
| Yosina M Lissebeck | on behalf of Trustee Richard A Marshack (TR) Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com |

District/off: 0973-8 | User: admin | Page 13 of 13
Date Rcvd: Apr 09, 2025 | Form ID: pdf042 | Total Noticed: 1

Yosina M Lissebeck
    on behalf of Counter-Claimant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
    on behalf of Special Counsel Dinsmore & Shohl LLP Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
    on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
    on behalf of Plaintiff Richard A Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Zev Shechtman
    on behalf of Interested Party Morning Law Group  P.C. Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
    on behalf of Interested Party Danning Gill Israel & Krasnoff LLP Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

TOTAL: 277

CHRISTOPHER CELENTINO (131688)
Christopher.Celentino@dinsmore.com
YOSINA LISSEBECK (201654)
Yosina.Lissebeck@dinsmore.com
CHRISTOPHER B. GHIO (259094)
Christopher.Ghio@dinsmore.com
DINSMORE & SHOHL LLP
655 W Broadway, Suite 800
San Diego, California 92101
Tele: (619) 400-0468
Fax: (619) 400-0501

Attorney to Richard A. Marshack
Trustee of the LPG Liquidation Trust

**FILED & ENTERED**

APR 09 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.<br><br>Debtor, | Chapter 11<br><br>Case No.: 8:23-bk-10571-SC<br><br>**ORDER GRANTING TRUSTEE'S MOTION FOR ORDER EXTENDING THE ESTATE'S TIME TO FILE ACTIONS GOVERNED BY 11 U.S.C. §§108, 546(a), AND 549(d)**<br><br>**Hearing**<br>Date:      April 2, 2025<br>Time:     1:30 p.m. (Pacific Time)<br>Judge:    Hon. Scott C. Clarkson<br>Location: Courtroom 5C<br>              411 West Fourth Street<br>              Santa Ana, CA 92701 |

Trustee, Richard A. Marshack's Motion For An Order Extending The Estate's Time To File Actions Governed By 11 U.S.C. §§108, 546(a), and 549(d) (the "Motion") came up for hearing before this Court on April 2, 2025 on the 1:30 p.m. calendar. Prior to the hearing, the Court had reviewed and considered the Motion, the oppositions filed by Marich Bein, LLC ("Marich Bein") and Consumer Legal Group P.C. ("CLG"), and Trustee's reply brief. CLG reached a stipulation with Trustee to withdraw their opposition in advance of the hearing.

///

1

At the hearing, the Court heard extensive oral argument presented by Marich Bein and Trustee. The Court, having read, heard, and considered all arguments put forth in support of and in opposition to the Motion, and good cause appearing therefore, the Court orders as follows:

1. The Motion is GRANTED in its entirety;
2. The statute of limitations for Trustee to bring actions under 11 U.S.C. §§108, 546(a); and 549(d), which was initially set to expire on March 20, 2025 is extended up to and through September 19, 2025;
3. This Order shall not override any existing tolling agreements to which Trustee is a party;
4. With respect to defendants in adversary proceedings filed during the extension period who did not receive notice of the Motion, this Order is without prejudice to a statute of limitations defense.

**IT IS SO ORDERED.**

###

Date: April 9, 2025

Scott C. Clarkson
United States Bankruptcy Judge