Matthew S. Steinberg (SBN 82969)
*msteinberg@cozen.com*
Brian L. Shaw (pro hac vice pending)
*bshaw@cozen.com*
Brandon Posivak (SBN 351151)
*bposivak@cozen.com*
COZEN O'CONNOR
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Telephone: (213) 892-7900
Facsimile: (213) 892-7999

Attorneys for Defendant
DEBT RESOLUTION DIRECT, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor, | Case No.: 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. Proc. No.: 8:24-ap-01149 |
| RICHARD A. MARSHACK, Chapter 11 Trustee, for The Bankruptcy Estate of Litigation Practice Group P.C. and Liquidating Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>DEBT RESOLUTION DIRECT, LLC AND DAVID JOHN ILLNICKI,<br><br>Defendants. | **JOINT STIPULATION TO EXTEND DEFENDANT DEBT RESOLUTION DIRECT, LLC'S TIME TO ANSWER PLAINTIFF'S COMPLAINT**<br><br>Complaint Served: November 22, 2024<br><br>Response Date (after multiple extensions): April 18, 2025<br><br>Proposed Response Date: May 19, 2025<br><br>[NO HEARING REQUIRED] |

**TO THE HONORABLE COURT:**

Plaintiff RICHARD A. MARSHACK, Chapter 11 Trustee, for The Bankruptcy Estate of The Litigation Practice Group P.C. and Liquidating Trustee of the LPG Liquidation Trust ("Plaintiff") and Defendant DEBT RESOLUTION DIRECT, LLC ("DRD") (collectively, the "Parties"), by and through their

1

JOINT STIPULATION TO EXTEND DEFENDANT DEBT RESOLUTION DIRECT, LLC'S
TIME TO ANSWER PLAINTIFF'S COMPLAINT

undersigned counsel of record, hereby agree to enter into the following Joint Stipulation to extend DRD's time to respond to the Complaint (the "Complaint"):

WHEREAS, Plaintiff filed the Complaint on November 22, 2024 and initiated the above-captioned adversary proceeding;

WHEREAS, pursuant to this Court's Summons and Notice of Status Conference in Adversary Proceeding [LBR 7004-1], DRD's initial responsive pleading deadline was December 23, 2024;

WHEREAS, the Parties' respective counsel met and conferred and stipulated to an initial extension of time of twenty-eight (28) days, until January 20, 2025, for DRD to respond to the Complaint;

WHEREAS, the Parties' respective counsel met and conferred and stipulated further to a second extension of time of twenty-eight (28) days, until February 17, 2025, for DRD to respond to the Complaint;

WHEREAS, the Parties' respective counsel met and conferred and stipulated further to a third extension of time of thirty (30) days, until March 19, 2025, for DRD to respond to the Complaint;

WHEREAS, the Parties' respective counsel met and conferred and stipulated further to a fourth extension of time of thirty (30) days, until April 18, 2025, for DRD to respond to the Complaint;

WHEREAS, although the Parties agreed that the fourth extension would be the final extension, Plaintiff filed a second Complaint (the "Second Complaint") with one cause of action for aiding and abetting a fraudulent transfers on March 17, 2025, against Matthew Clegg, Richard Senitte, and David Nearing, who were principals of MRD Marketing LLC ("MRD"), and, in the case of Senitte and Clegg, also principals of DRD;

WHEREAS, due to the intervening event of Plaintiff filing the Second Complaint, the Parties met and conferred and stipulated further to a fifth extension of

COZEN O'CONNOR
401 WILSHIRE BOULEVARD
SUITE 850
SANTA MONICA, CA 90401

time of thirty-one (31) days (Federal Rule of Bankruptcy Procedure Rule 9006(c) mandates that if the last day of a deadline falls on a Sunday, which is the case here, the period continues to run until the end of the next day), until May 19, 2025, for DRD to respond to the Complaint;

WHEREAS, this extension is not requested for any improper purpose and will not cause any party to suffer prejudice;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and through the Parties' respective undersigned counsel, that DRD's deadline to move to dismiss, answer or otherwise respond to Plaintiff's Complaint shall be extended to and including May 19, 2025;

**IT IS SO STIPULATED.**

Dated: April 18, 2025          DINSMORE & SHOHL LLP

                               By:  */s/ Sarah Mattingly*
                                    Sarah Mattingly
                                    Attorney for Plaintiff
                                    Richard A. Marshack

Dated: April 18, 2025          COZEN O'CONNOR

                               By:  */s/ Matthew S. Steinberg*
                                    Matthew S. Steinberg
                                    Brian L. Shaw
                                    Brandon Posivak
                                    Attorneys for Defendant
                                    DEBT RESOLUTION DIRECT, LLC

All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 18, 2025

                               By:  */s/ Matthew S. Steinberg*
                                    Matthew S. Steinberg

3

JOINT STIPULATION TO EXTEND DEFENDANT DEBT RESOLUTION DIRECT, LLC'S TIME TO ANSWER PLAINTIFF'S COMPLAINT