**ADDENDUM TO POST-CONFIRMATION REPORT**

**In re The Litigation Practice Group, P.C.**

**Bankruptcy Case No. 8:23-bk-10571-SC**

**Quarter Ended 3/31/2025**

Due to the fact that the PCR form cannot be electronically submitted without a response to each and every question, Trustee has responded with either a "$0" or "No" and provides the following responses and additional information:

| Part | Trustee's Explanation |
|---|---|
| Part 3 a., 3 b., 3 c., and 3 d. | Due to ongoing litigation, pending and anticipated claim objections, and further claims review, the Total Anticipated Payments Under the Plan, Allowed Claims and % Paid to Allowed Claims are not yet determined and "TBD – to be determined" at this time. The Paid Current Quarter and Paid Cumulative amounts are known and have been included. NOTE: in the first quarter of 2025, certain priority claim checks were cancelled and reissued. The net amount of cancellations and reissuance of checks for the current quarter is ($1,103.56), to which the "Paid Cumulative" amount was adjusted by. |
| Part 4 a. | Due to Trustee's ongoing administration of the liquidating trust, there is no anticipated date for a final decree at this time. |

If non-numeric characters were allowed in Part 3, the chart would appear like this:

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | TBD | $ 2,540,382.00 | $ 10,695,029.00 | TBD | TBD |
| b. Secured claims | TBD | $ - | $ - | TBD | TBD |
| c. Priority claims | TBD | $ 0.00 | $ 404,978.52 | TBD | TBD |
| d. General unsecured claims | TBD | $ - | $ - | TBD | TBD |
| e. Equity interests | $ - | $ - | $ - | | |