Matthew S. Steinberg (SBN 82969)
*msteinberg@cozen.com*
Frank Gooch III (SBN 70996)
*fgooch@cozen.com*
Brian L. Shaw (pro hac vice pending)
*bshaw@cozen.com*
Brandon Posivak (SBN 351151)
*bposivak@cozen.com*
COZEN O'CONNOR
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Telephone: (213) 892-7900
Facsimile: (213) 892-7999

Attorneys for Interested Party
DEBT RESOLUTION DIRECT, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor,<br><br>RICHARD A. MARSHACK, Chapter 11 Trustee, for The Bankruptcy Estate of Litigation Practice Group P.C. and Liquidating Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>DEBT RESOLUTION DIRECT, LLC AND DAVID JOHN ILLNICKI,<br><br>Defendants. | Case No.: 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. Proc. No.: 8:24-ap-01149<br><br>**NOTICE OF WITHDRAWAL OF NOTICE OF MOTION FOR ORDER WITHOUT A HEARING (LBR 9013-1(P) OR (Q)) *(PRO HAC VICE APPLICATION OF BRIAN SHAW)* - [DOCKET ENTRY #2400]** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Debt Resolution Direct, LLC hereby withdraws its Notice of Motion For Order Without a Hearing (LBR 9013-1(p) or (q)) (Pro Hac Vice Application of Brian Shaw), filed on April 22, 2025, docket entry number 2400.

Dated: April 23, 2025

COZEN O'CONNOR

By: */s/ Matthew S. Steinberg*
Matthew S. Steinberg
Frank Gooch III
Brian L. Shaw
Brandon Posivak
Attorneys for Interested Party
DEBT RESOLUTION DIRECT, LLC