D. EDWARD HAYS, #162507
ehays@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
ALINA MAMLYUK, #284154
amamlyuk@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Liquidating Trustee, Richard A. Marshack

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>TRUSTEE'S POST-CONFIRMATION STATUS REPORT<br><br>Date:       May 21, 2025<br>Time:      11:00 a.m.<br>Ctrm:      5C<br>Location: 411 West Fourth Street<br>                Santa Ana, CA 92701 |

TO THE HONORABLE JUDGE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY COURT JUDGE AND ALL INTERESTED PARTIES:

Pursuant to the Court's Order (Dk. No. 1646), Richard A. Marshack, in his capacity as the Trustee ("Trustee") of the LPG Liquidation Trust ("Trust"), respectfully submits this post-confirmation status report ("Status Report"). This Status Report covers developments since the last post-confirmation status report that was filed on February 5, 2025, as Dk. No. 2080 and supplement to Trustee's post-confirmation status report that was filed on February 10, 2025, as Dk. No. 2089. This Status Report is made pursuant to requirements of Local Bankruptcy Rule 3020-1.

/ / /

/ / /

/ / /

**1.     Status of Disputed Claims**

    **a.     Administrative Claims**

        **i.     Administrative Claim Appeals**

On October 30, 2024, the U.S. District Court ("District Court") to which the appeals of Han Trinh ("Han"), Jayde Trinh ("Jayde"), and Greyson Law Center, PC ("Greyson") were assigned, entered an order consolidating the three appeals into one action, under case number 8:24-cv-02074-FMO ("AppDk."). AppDk. No. 18. Appellants and the Trustee (as Appellee) have filed their respective briefs. On April 28, 2025, the District Court entered an order vacating the hearing and oral argument in the consolidated appeals and placed the consolidated appeals under submission. AppDk. No. 51. No ruling on the appeals has been made as of the date of filing of this Status Report.

        **ii.     Status of Remaining Administrative Claims**

<u>Herret Credit Consultants, LLC, Dk. No. 708</u>: On January 21, 2025, the Court entered an order denying without prejudice the administrative claim motion filed by Herret Credit Consultants, LLC ("Herret"), and the Court extended the deadline through and including April 30, 2025, for Herret to file an amended administrative claim motion. Dk. No. 2050. Herret did not file an amended administrative claim motion by the extended deadline; the Herret administrative claim is resolved.

<u>United Partnerships, LLC Dk. No. 671</u>: United Partnerships, LLC ("UP") has filed a motion seeking allowance of an administrative claim in the amount of $178,665.70 for allegedly providing leads and customer retention services to Debtor. The Trustee believes that he must oppose the motion because UP has not provided sufficient evidence that its claim arose from a post-petition transaction with the Debtor that directly and substantially benefitted the estate. Currently, the deadline for the Trustee to file a response to UP's motion is May 8, 2025. Dk. No. 2141. The Trustee and UP continue to discuss resolution of the claim and they have agreed to continue the hearing on UP's administrative claim motion and to modify the briefing schedule to permit the Trustee and UP time to continue those discussions. To that end, on May 7, 2025, the Trustee has filed a stipulation and awaits Court order continuing the hearing and modifying the briefing schedule. The UP administrative claim remains the only unresolved administrative claim.

/ / /

Alteryx, Inc., Dk. No. 750: The Trustee obtained the consent of the Post-Confirmation Committee[1] to fully resolve all issues, disputes, liabilities, and claims and defenses existing between Alteryx, Inc. ("Alteryx") and the Trustee. The Trustee and Alteryx agreed that Alteryx would pay $295,000.00 to settle with the Trustee. On March 14, 2025, Alteryx made the settlement payment in the full amount of $295,000.00. The Alteryx administrative claim is resolved.

### b. Status of Trustee's Filed Objections to Claims

The Trustee has been investigating and verifying proofs of claims that have been filed with the bankruptcy court and with the Court-approved claims agent, Omni Agent Solutions ("Omni") and filing appropriate objections. In addition to filing the Omnibus Objection to Alleged Admin Claims (supra), the Trustee filed the following objections, some of which have been resolved.

Insiders Objection, Dk. No. 1707

On September 19, 2024, the Trustee filed Omnibus Objection to Proofs of Claim filed by (I) Phuong "Jayde" Trinh; (II) Sheri Chen; (III) Justin Nguyen; (IV) Han Trinh; (V) Israel Orozco; (VI) Scott Eadie; (VII) Kevin Kurka; and (VIII) Azevedo Solutions Group, Inc as Dk. No. 1707 ("Insiders Objection"). Since the last status report, only the following claims from the Insiders Objection remain unresolved:

- Phuong "Jayde" Trinh: $14,423.08 (Proof of Claim No. 75)—in light of ongoing appeals, the Court continued the hearing to June 18, 2025, at 1:30 p.m., Dk. No. 2060.
- Han Trinh: $24,310.23 (Proof of Claim No. 79) —in light of ongoing appeals, the Court continued the hearing to June 18, 2025, at 1:30 p.m., Dk. No. 2060.
- Scott Eadie: $31,249.99 (Proof of Claim No. 193)—the Court continued the hearing to July 2, 2025, at 11:00 a.m., Dk. No. 2386.

Non-Evidenced Priority Objection, Dk. No. 1785

On October 3, 2024, the Trustee filed Omnibus Objection to Alleged Priority Claims that Lack Evidence Supporting Priority Status ("Non-Evidenced Priority Objection") as Dk. No. 1785.

---

[1] Post-Confirmation Committee is defined in Sections 2.10(a) of the Liquidation Truste Agreement as the oversight board formed on the Effective Date after the Official Committee of Unsecured Creditors is dissolved.

On January 6, 2025, the Court entered an order continuing the hearing only on claims of John Dunn and William Gagne to February 5, 2025 at 11:00 a.m., and sustaining Trustee's objection to the remaining claims in Dk. No. 1785. On February 13, 2025, after noting that no party filed a response to the Non-Evidence Priority Objection, the Court entered an order disallowing the claims of John Dunn and William Gagne as priority claims and reclassified both as general unsecured claims. Dk. No. 2094.

**2.    Status of Avoidance Action Litigation Targets**

Since the February 5, 2025 status report, the Trustee has made substantial progress in investigating and verifying fraudulent transfers made pre-and post-petition. The following is a summary of Trustee's ongoing litigation of the filed avoidance complaints and projected complaints that are likely to be filed.

The statute of limitations for Trustee to bring actions under 11 U.S.C. §§108, 546(a) and 549(d) was initially set to expire on March 20, 2025. On February 19, 2025, the Trustee filed a Motion for an Order Extending the Estate's Time To File Actions Governed by 11 U.S.C. §§108, 546(a) and 549(d) ("Motion To Extend"). Dk. No. 2108. On April 9, 2025, the Court entered an order granting the Motion to Extend in its entirety and extending time for Trustee to file related actions up and through September 19, 2025. Dk. No. 2382.

Prior to March 20, 2025 and prior to Court's order on Motion to Extend, the Trustee entered into approximately 97 tolling agreements with litigation targets who were party to possible fraudulent transfers made pre- and post-petition, extending the time to file actions against nearly every litigation target who signed a tolling agreement by one calendar year. Court's order on Motion to Extend did not override any existing tolling agreements to which the Trustee is a party.

At the time of this Status Report, the Trustee has filed approximately 218 adversary proceedings. These active adversary proceedings are seeking to avoid and recover nearly $300 million in avoidable transfers.

During the litigation of avoidance actions and related investigation and verification of potential avoidable transfers, the Trustee has been entering into settlement agreements with litigation

///

targets as appropriate in order to conserve estate resources. At the time of this Status Report, the total amount of the avoidance action settlements is approximately $6,065,764.

On April 1, 2025, in order to effectively litigate the hundreds of adversary proceedings in the instant bankruptcy case, the Trustee filed a Motion for Order Establishing Streamlines Procedures Governing Adversary Proceedings brought by Trustee's General Counsel ("Motion for Streamlined Procedures"). Dk. No. 2356. On April 28, 2025, the Court entered an order granting the Motion for Streamlined Procedures. Dk. No. 2406. The order on Motion for Streamlined Procedures governs the respective parties' obligations regarding each adversary action, setting of Rule 12 motions, the governance of standalone docket for each adversary action, and numerous other procedures relating to the adversary proceedings filed by the Trustee's general counsel.

**3.    Status of Trustee's Funds in Administering the Estate**

Per the Post-Confirmation Report filed on April 21, 2025, as Dk. No. 2398, as of March 31, 2025, the Estate has made a total of $12,401,940 in cash disbursements since the September 24, 2024 effective date of the Plan.

All remaining cash and litigation claims now constitute property of the Trust. The Trust anticipates substantial additional recoveries from Morning Law Group, P.C. ("Morning Law Group") pursuant to the Court-approved sale and from other litigation recoveries. To that extent, on April 2, 2025, the Trustee filed a Motion for Entry of Order Enforcing Agreement of Purchase and Sale and Joint Escrow Instruction, and Compelling Morning Law Group, P.C. to Make Payment thereunder and Related Relief ("Motion to Compel Payment by Morning Law Group"). Dk. No. 2363. Motion to Compel Payment by Morning Law Group sought, among other relief, an immediate payment of $953,247.57 which was the undisputed payment owed in the fourth quarter of 2024. On April 21, 2025, the Court entered an order approving a stipulation between the Trustee and Morning Law Group, outlining a payment schedule for the undisputed payment of $953,247.57 and ordering that the Trustee and Morning Law Group to commence mediation no later than July 1, 2025 with respect to the "Earn-Out" purchase part provided for in the Morning Law Group purchase agreement. Dk. No. 2397.

/ / /

## 4. Status of Secured Creditors and Related Litigation

<u>Current Status of Secured Creditors</u>

<u>Bridge Funding CAP, LLC d/b/a/ Fundura Capital ("Bridge Funding"), MNS Funding, LLC, Azzure Capital LLC ("Azzure"), Diverse Capital, LLC, PECC Corp, Proof Positive LLC, MC DVI Fund 1 LLC, MC DVI Fund 2 LLC, Debt Validation Fund II LLC, Venture Partners LLC</u>: These Secured Creditors have all been named as defendants in the adversary 8:24-ap-01011-SC that the Trustee filed on January 26, 2024 ("Secured Creditor Adversary") seeking, *inter alia*, declaratory judgment as to validity of their secured interests.

The following is the status of Trustee's resolution with various defendants in the Secured Creditor Adversary since the February 5, 2025, status report:

- The Trustee filed Summary Judgment Motions against Bridge Funding; Azzure Capital; Diverse Capital, and PECC.
    - On August 27, 2024, the Court granted summary judgment in favor of the Trustee and against Bridge Funding as Secured Creditor Adversary Dk. No. 150. On September 20, 2024, Bridge Funding filed an appeal of the denial of summary judgment, currently known as case number 8:24-cv-02043-FMO. On November 21, 2024, the U.S. District Court to which the appeal has been assigned entered its Case Management Order. App.Dk. No. 13. On April 3, 2025, the Trustee filed a Motion to Dismiss Appeal. App.Dk. No. 27. On April 28, 2025, after Bridge Funding's opposition and Trustee's reply to opposition to the Motion to Dismiss Appeal were filed, the District Court took the May 1, 2025 hearing off calendar and placed the Motion to Dismiss Appeal under Submission. App.Dk. No. 31. No ruling on the Motion to Dismiss Appeal has been made as of the date of filing of this Status Report.
    - On January 22, 2025, Azzure filed its notice of appeal and statement of election re: order granting partial summary adjudication, currently known as case number 8:25-cv-00115-GW. On April 3, 2025, Azzure and the Trustee (and the Post-Confirmation Oversight Committee) filed a stipulation agreeing

that the order granting partial summary adjudication is interlocutory and, therefore, not immediately appealable. App.Dk. No. 32. On April 4, 2025, the District Court approved the parties' stipulation and dismissed Azzure's appeal without prejudice. App.Dk. No. 33.

### a. Trustee's Original Adversary Proceeding:

*Marshack v. Diab et al* (Dk. No. 93; 8:23-ap-01046-SC). The Trustee's complaint against Tony Diab, Daniel S. March, Rosa Bianca Loli, and approximately 45 other defendants is the largest adversary currently pending in this bankruptcy case. On March 26, 2025, the Trustee filed a comprehensive status report on the status of the adversary. Adv.Dk. No. 746.

On March 3, 2025, the Trustee filed an extensive stipulation with Tony Diab ("Diab") and BAT Inc. d/b/a Coast Processing ("Coast Processing") which contained numerous admissions made by Diab ("Diab Stipulation"). Adv.Dk. No. 719. In the Diab Stipulation, Diab and Coast Processing agreed that a non-dischargeable judgment be entered against them, jointly and severally, in favor of the Trustee/Plaintiff in the minimum amount of $100,000,000. The Diab Stipulation also provided that Diab would turnover to the Trustee (to the extent that such turnover has not already taken place) information, all client files, all usernames and passwords, and numerous other items and payments outlined in detail in the Diab Stipulation. The following parties filed oppositions to the Court's approval of the Diab Stipulation: Greyson Law Center, PC, Han Trinh and Jayde Trinh (Adv.Dk. No. 729), and Consumer Legal Group, PC ad LGS Holdco, LLC (Adv.Dk. 764).

On May 6, 2025, the Trustee and the parties opposing approval of the Diab Stipulation filed a stipulation agreeing to continue the date of the hearing on approval of the Diab Stipulation to May 21, 2025. Adv.Dk. No. 767. On May 6, 2025, the Court entered an order approving the stipulation requesting a continuance and set the hearing on the Trustee's motion for order approving the Diab Stipulation to May 21, 2025 at 11:00 a.m. Adv.Dk. No. 768.

### 5. Schedule of Payments

In addition to payment of administrative claims outlined above which became due on the Effective Date, the Trustee has made payments outlined in the Post-confirmation Report, Dk. No. 2398.

**6.      Schedule of any and all Post-Confirmation Tax Liabilities**

At this point, the 2022 tax returns for the Estate have been prepared and filed, and all payments have been made. The 2023 tax returns for the Estate are in progress.

**7.      Projections to the Trustee's Ability to Comply with the Terms of the Plan**

The Trustee has not encountered any difficulties in complying with the terms of the Plan and has been pursuing the exact course of action outlined in the February 5, 2025 status report, and the Court's confirmation order. At this point, the Trustee does not project any upcoming difficulties in complying with the terms of the Plan.

**8.      Estimate of the Date for Plan Consummation and Application for Final Decree**

The Trustee believes that the Plan is substantially consummated now that the remaining estate funds have been transferred to the Trust. The Trustee is evaluating the appropriate timing for the filing of an application for final decree.

**9.      Conclusion**

In summary, the Trustee's active pursuit of litigation has already resulted in recovering several millions of dollars in settlements after the Effective Date. These recoveries are anticipated to substantially increase as the Trustee litigates the avoidance complaints filed since the February 5, 2025 status report and investigates the litigation targets with whom the Trustee has signed tolling agreements. The Trustee projects that distributions under the Plan and Trust will align with or exceed projections.

DATED: May 7, 2025            MARSHACK HAYS WOOD LLP

By: */s/ D. Edward Hays*
    D. EDWARD HAYS
    AARON E. DE LEEST
    ALINA MAMLYUK
    Attorneys for Liquidating
    Trustee, Richard A. Marshack

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **TRUSTEE'S POST-CONFIRMATION STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 7, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **May 7, 2025**, I delivered the document(s) described above via email to Omni Agent Solutions, Trustee's claims and noticing agent, for service on the interested persons and/or entities at the last known addresses by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid and addressed per the adversary mail matrix. Upon completion of the mailing by Omni Agent Solutions, Trustee will file a Certificate of Service listing the parties served by Omni Agent Solutions at the address at which they were addressed.

**DEBTOR – MAIL REDIRECTED TO TRUSTEE**
THE LITIGATION PRACTICE GROUP P.C.
~~17542 17TH ST~~
~~SUITE 100~~
~~TUSTIN, CA 92780-1981~~

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 7, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| **VIA PERSONAL DELIVERY** | **VIA EMAIL** |
|---|---|
| PRESIDING JUDGE'S COPY | **MONITOR** |
| Honorable Scott C. Clarkson | Nancy Rapoport |
| Bin beside 5th Floor Elevators | nancy.rapoport@unlv.edu |
| U.S. Bankruptcy Court, Ronald Reagan Federal Building | |
| 411 West Fourth Street | |
| Santa Ana, CA 92701-4593 | |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 7, 2025 | Chanel Mendoza | /s/ Chanel Mendoza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **INTERESTED PARTY COURTESY NEF: Joseph E Addiego**    joeaddiego@dwt.com, ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com
   - **INTERESTED PARTY COURTESY NEF:** Kyra E Andrassy kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Bradford Barnhardt**    bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR AFFIRMA, LLC and CREDITOR OXFORD KNOX, LLC: Eric Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com
   - **ATTORNEY FOR DEFENDANT LEUCADIA ENTERPRISES, INC.: Michael Jay Berger**    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
   - **INTERESTED PARTY COURTESY NEF: Ethan J Birnberg**    birnberg@portersimon.com, reich@portersimon.com
   - **ATTORNEY FOR RICHARD A. MARSHACK, TRUSTEE OF THE LPG LIQUIDATING TRUST:** Anthony Bisconti tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
   - **INTERESTED PARTY COURTESY NEF:** Andre Boniadi    aboniadi@bzlegal.com
   - **INTERESTED PARTY COURTESY NEF:** Joseph Boufadel    jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Peter W Bowie**    peter.bowie@dinsmore.com, caron.burke@dinsmore.com
   - **INTERESTED PARTY COURTESY NEF: Samuel Mushegh Boyamian**    samuel@marguliesfaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com
   - **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC: Ronald K Brown**    ron@rkbrownlaw.com
   - **INTERESTED PARTY COURTESY NEF:** Thomas H Casey    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Christopher Celentino**    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
   - **ATTORNEY FOR CREDITOR ELIZABETH A. SHORE: Michael F Chekian**    mike@cheklaw.com, chekianmr84018@notify.bestcase.com
   - **INTERESTED PARTY COURTESY NEF: Shawn M Christianson**    cmcintire@buchalter.com, schristianson@buchalter.com
   - **INTERESTED PARTY COURTESY NEF: Randall Baldwin Clark**    rbc@randallbclark.com
   - **INTERESTED PARTY COURTESY NEF: Baruch C Cohen**    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
   - **ATTORNEY FOR DEFENDANT LISA COHEN and DEFENDANT ROSA BIANCA LOLI: Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Cara Daggitt**    cara.daggitt@dinsmore.com, Keegan.Giblin@Dinsmore.com
   - **ATTORNEY FOR DEFENDANT MORNING LAW GROUP, P.C.: Michael W Davis**    mdavis@dtolaw.com, ygodson@dtolaw.com
   - **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Aaron E. De Leest adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
   - **INTERESTED PARTY COURTESY NEF: Anthony Paul Diehl**    anthony@apdlaw.net, Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net
   - **INTERESTED PARTY COURTESY NEF: Ashley Dionisio**    adionisio@omniagnt.com
   - **ATTORNEY FOR INTERESTED PARTY NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEYS and INTERESTED PARTY NATIONAL CONSUMER BANKRUPTCY RIGHTS CENTER : Jenny L Doling**    jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
   - **INTERESTED PARTY COURTESY NEF: Jamie P Dreher**    jdreher@downeybrand.com, amasson@downeybrand.com;courtfilings@downeybrand.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

- **ATTORNEY FOR CREDITOR CAROLYN BEECH: Daniel A Edelman**   dedelman@edcombs.com, courtecl@edcombs.com
- **INTERESTED PARTY COURTESY NEF: Howard M Ehrenberg**   Howard.Ehrenberg@gmlaw.com, hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com
- **INTERESTED PARTY COURTESY NEF: Lexi J. Epley**   lexi.epley@dinsmore.com, angelica.urena@dinsmore.com
- **CREDITOR: Meredith Fahn**   fahn@sbcglobal.net
- **INTERESTED PARTY COURTESY NEF:** Jeremy Faith   Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **ATTORNEY FOR CREDITOR VALIDATION PARTNERS LLC: William P Fennell**   william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com
- **INTERESTED PARTY COURTESY NEF**: Jesse S Finlayson   jfinlayson@ftrlfirm.com, hkader@ftrlfirm.com
- **INTERESTED PARTY COURTESY NEF: Alan W Forsley**   alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- **ATTORNEY FOR DEFENDANT CLEAR VISION LLC dba LIBERTY1 FINANCIAL: Marc C Forsythe**   mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jeremy Freedman**   jeremy.freedman@dinsmore.com, nicolette.murphy@dinsmore.com
- **ATTORNEY FOR CREDITOR HERRET CREDIT: Eric Gassman**   erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com
- **INTERESTED PARTY COURTESY NEF**: Yisrael Gelb   yisrael@gelblawapc.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Christopher Ghio**   Christopher.Ghio@dinsmore.com, angelica.urena@dinsmore.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Christopher Ghio**   christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com
- **ATTORNEY FOR CREDITOR AMY GINSBURG; CREDITOR KENTON COBB; and CREDITOR SHANNON BELLFIELD: Amy Lynn Ginsburg**   efilings@ginsburglawgroup.com
- **INTERESTED PARTY COURTESY NEF: Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **ATTORNEY FOR DEFENDANT STRIPE, INC: Eric D Goldberg**   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **ATTORNEY FOR CREDITOR AFFIRMA, LLC; CREDITOR ANAHEIM ARENA MANAGEMENT, LLC; CREDITOR ANAHEIM DUCKS HOCKEY CLUB, LLC; and CREDITOR OXFORD KNOX, LLC: Jeffrey I Golden**   jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC: Richard H Golubow**   rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **ATTORNEY FOR CREDITOR UNITED PARTNERSHIPS, LLC: David M Goodrich**   dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Spencer Keith Gray   spencer.gray@dinsmore.com
- **INTERESTED PARTY COURTESY NEF:** Mary H Haas   maryhaas@dwt.com, melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com
- **INTERESTED PARTY COURTESY NEF:** Stella A Havkin   stella@havkinandshrago.com, shavkinesq@gmail.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): D Edward Hays**   ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                                                **F 9013-3.1.PROOF.SERVICE**

- **INTERESTED PARTY COURTESY NEF:** Carson Heninger     heningerc@gtlaw.com, carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com
- **INTERESTED PARTY COURTESY NEF:** Btzalel Hirschhorn     bhirschhorn@sbagk.com
- **ATTORNEY FOR CREDITOR CITY CAPITAL NY: Alan Craig Hochheiser**     ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Karen Hockstad     karen.hockstad@dinsmore.com, kim.beavin@dinsmore.com
- **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC: Garrick A Hollander**     ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **ATTORNEY FOR CREDITOR SHARP ELECTRONICS CORPORATION: Brian L Holman**     b.holman@musickpeeler.com
- **INTERESTED PARTY COURTESY NEF: Richard L. Hyde**     rhyde@awglaw.com
- **INTERESTED PARTY COURTESY NEF: Brandon J. Iskander**     biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **ATTORNEY FOR INTERESTED PARTY MERCHANTS CREDIT CORPORATION: Peter L Isola**     pisola@hinshawlaw.com, rmojica@hinshawlaw.com,iking@hinshawlaw.com
- **ATTORNEY FOR CREDITOR, PLAINTIFF, and COUNTER-DEFENDANT OHP-CDR, LP and PLAINTIFF and COUNTER-DEFENDANT PURCHASECO 80, LLC: Razmig Izakelian**     razmigizakelian@quinnemanuel.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Veneeta Jaswal**     veneeta.jaswal@dinsmore.com, bonnie.connolly@dinsmore.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Sara Johnston**     sara.johnston@dinsmore.com
- **INTERESTED PARTY COURTESY NEF:** Leslie K Kaufman     kaufman_kaufman.bankruptcy@yahoo.com, kaufmanlr98210@notify.bestcase.com
- **ATTORNEY FOR FIDELITY NATIONAL INFORMATION SERVICES, INC. DBA FIS: Sweeney Kelly**     kelly@ksgklaw.com
- **ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP P.C.: Joon M Khang**     joon@khanglaw.com
- **ATTORNEY FOR INTERESTED PARTY AD HOC CONSUMER CLAIMANTS COMMITTEE: Ira David Kharasch**     ikharasch@pszjlaw.com
- **ATTORNEY FOR DEFENDANT GALLANT LAW GROUP: Meredith King**     mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS: Nicholas A Koffroth**     nkoffroth@foxrothschild.com, khoang@foxrothschild.com
- **ATTORNEY FOR DEFENDANT MARICH BEIN, LLC: David S Kupetz**     David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **INTERESTED PARTY COURTESY NEF: Christopher J Langley**     chris@slclawoffice.com, langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Kelli Ann Lee**     Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com
- **ATTORNEY DEFENDANT OPTIMUMBANK HOLDINGS, INC: Matthew A Lesnick**     matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, P.C.; DEFENDANT LGS HOLDCO, LLC; INTERESTED PARTY CONSUMER LEGAL GROUP, P.C.; and INTERESTED PARTY LIBERTY ACQUISITIONS GROUP INC: Daniel A Lev**     daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **ATTORNEY FOR INTERESTED PARTY REVOLV3, INC.: Britteny Leyva**     bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com
- **INTERESTED PARTY COURTESY NEF ADVERSARY PROCEEDING #: 8:23-AP-01148-SC: Marc A Lieberman**     marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- **ATTORNEY FOR CREDITOR PHILLIP A GREENBLATT, PLLC: Michael D Lieberman**     mlieberman@lipsonneilson.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Yosina M Lissebeck**     Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

- **INTERESTED PARTY COURTESY NEF:** Jason Lowe    jasonflowe@gmail.com
- **ATTORNEY FOR CREDITOR FUNDURA CAPITAL GROUP: Mitchell B Ludwig**    mbl@kpclegal.com, kad@kpclegal.com
- **INTERESTED PARTY COURTESY NEF:** Michael Lundholm    mlundholm@londonstoutlaw.com
- **INTERESTED PARTY COURTESY NEF:** Shantal Malmed    shantal.malmed@gmlaw.com, cheryl.caldwell@gmlaw.com
- **INTERESTED PARTY COURTESY NEF: Charity J Manee**    cmanee@goeforlaw.com, kmurphy@goeforlaw.com
- **INTERESTED PARTY AND ATTORNEY: Daniel S March**    marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **ATTORNEY FOR CREDITOR and DEFENDANT GREYSON LAW CENTER PC, CREDITOR and DEFENDANT HAN TRINH; and CREDITOR and DEFENDANT PHUONG (JAYDE) TRINH: Kathleen P March**    kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **ATTORNEY FOR RICHARD A. MARSHACK, PLAINTIFF AND TRUSTEE OF THE LPG LIQUIDATION TRUST:** Joshua I. Marrone    joshua.marrone@dinsmore.com
- **CHAPTER 11 TRUSTEE: Richard A Marshack (TR)**    pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR RICHARD A. MARSHACK, PLAINTIFF AND TRUSTEE OF THE LPG LIQUIDATION TRUST: Mason**    jeana.mason@dinsmore.com, ashlynn.harrison@dinsmore.com;stella.laroe@dinsmore.com
- **ATTORNEY FOR RICHARD A. MARSHACK, PLAINTIFF AND TRUSTEE OF THE LPG LIQUIDATION TRUST: Caroline Massey**    caroline.massey@dinsmore.com, lizbeth.alonso@dinsmore.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Sarah S. Mattingly**    sarah.mattingly@dinsmore.com
- **INTERESTED PARTY COURTESY NEF: Tony May**    tmay@maybrocklaw.com
- **INTERESTED PARTY COURTESY NEF: Noah K McCall**    nmccall@rschauerlaw.com, NAnderson@RSchauerLaw.com
- **INTERESTED PARTY COURTESY NEF: William McCormick**    Bill.McCormick@ag.tn.gov
- **INTERESTED PARTY COURTESY NEF:** William McCormick    Bill.McCormick@ag.tn.gov
- **INTERESTED PARTY COURTESY NEF:** Jeffrey A. Meinhardt    jmeinhardt@silverandarsht.com
- **INTERESTED PARTY COURTESY NEF:** Kristin T Mihelic    kristin.t.mihelic@usdoj.gov
- **ATTORNEY FOR US TRUSTEE: Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **INTERESTED PARTY COURTESY NEF: Byron Z Moldo**    bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com
- **ATTORNEY FOR CREDITOR ADP, INC: Glenn D. Moses**    gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com
- **INTERESTED PARTY COURTESY NEF:** Jamie D Mottola    Jamie.Mottola@dinsmore.com, sara.johnston@dinsmore.com;abdulwasay.shahid@dinsmore.com;wendy.yones@dinsmore.com;katherine.hemphill@dinsmore.com
- **INTERESTED PARTY COURTESY NEF:** Randall P Mroczynski    randym@cookseylaw.com
- **INTERESTED PARTY COURTESY NEF: Alan I Nahmias**    anahmias@mbn.law, jdale@mbn.law
- **INTERESTED PARTY COURTESY NEF: Victoria Newmark**    vnewmark@pszjlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jacob Newsum-Bothamley**    jacob.bothamley@dinsmore.com, angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- **ATTORNEY FOR US TRUSTEE: Queenie K Ng**    queenie.k.ng@usdoj.gov
- **CREDITOR: Israel Orozco**    israel@iolawcorp.com
- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS: Keith C Owens**    kowens@foxrothschild.com, khoang@foxrothschild.com
- **INTERESTED PARTY COURTESY NEF:** Brian A Paino    bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com;crico@hinshawlaw.com
- **ATTORNEY FOR DEFENDANT OPTIMUMBANK HOLDINGS, INC.: Lisa Patel**    lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- **ATTORNEY FOR RICHARD A. MARSHACK, PLAINTIFF AND TRUSTEE OF THE LPG LIQUIDATION TRUST: Julian Parker Pecora**    julian.pecora@dinsmore.com, Tracey.Hebert@Dinsmore.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

- **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC: Michael R Pinkston**     rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com
- **INTERESTED PARTY COURTESY NEF:** Christopher L Pitet     cpitet@apjuris.com, bferik@apjuris.com
- **ATTORNEY FOR RICHARD A. MARSHACK, PLAINTIFF AND TRUSTEE OF THE LPG LIQUIDATION TRUST: Richard D. Porotsky**     maria.rother@dinsmore.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Tyler Powell**     tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;rosetta.mitchell@dinsmore.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Laila Rais**     lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF:** Donald W Reid     don@donreidlaw.com, 5969661420@filings.docketbird.com
- **ATTORNEY FOR DEFENDANT TOUZI CAPITAL, LLC and DEFENDANT ENG TAING: Daniel H Reiss**     dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **ATTORNEY FOR CREDITOR UNIFIED GLOBAL RESEARCH GROUP, INC.: Vincent Renda**     vr@pinlegal.com, ld@pinlegal.com
- **INTERESTED PARTY COURTESY NEF:** Michael B Reynolds     mreynolds@swlaw.com, kcollins@swlaw.com
- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, PC: Ronald N Richards**     ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **INTERESTED PARTY COURTESY NEF:** Christopher O Rivas     crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com;sean-wilson-0462@ecf.pacerpro.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Vanessa Rodriguez**     vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com
- **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC: Kevin Alan Rogers**     krogers@wellsmar.com
- **ATTORNEY FOR DEFENDANT STEVEN D. SILVERSTEIN: Larry Rothman**     tocollect@aol.com
- **ATTORNEY FOR CREDITOR MARI AGAPE: Gregory M Salvato**     gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **INTERESTED PARTY COURTESY NEF:** Richik Sarkar     richik.sarkar@dinsmore.com, Noreen.Leciejewski@dinsmore.com
- **INTERESTED PARTY COURTESY NEF:** Joshua L Scheer     jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC: Olivia Scott**     olivia.scott3@bclplaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jonathan Serrano**     jonathan.serrano@dinsmore.com
- **ATTORNEY FOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC: Maureen J Shanahan**     Mstotaro@aol.com
- **ATTORNEY FOR CREDITORS UNITED PARTNERSHIPS, LLC and MNS FUNDING LLC: Paul R Shankman**     PShankman@fortislaw.com, info@fortislaw.com
- **ATTORNEY FOR INTERESTED PARTY MORNING LAW GROUP, PC: Zev Shechtman**     Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com
- **INTERESTED PARTY COURTESY NEF:** Jeffrey S Shinbrot     jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com;tanya@shinbrotfirm.com
- **INTERESTED PARTY COURTESY NEF: Jeffrey M Singletary**     jsingletary@swlaw.com, rmckay@swlaw.com
- **ATTORNEY FOR RICHARD A. MARSHACK, PLAINTIFF AND TRUSTEE OF THE LPG LIQUIDATION TRUST: Matthew Sommer**     matthew.sommer@dinsmore.com, carrie.davis@dinsmore.com
- **INTERESTED PARTY COURTESY NEF:** Michael G Spector     mgspector@aol.com, mgslawoffice@aol.com
- **ATTORNEY FOR CREDITOR PIONEER FUNDING GROUP, LLC: Adam D Stein-Sapir**     info@pfllc.com
- **ATTORNEY FOR DEFENDANT BANKUNITED, N.A.: Howard Steinberg**     steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                           **F 9013-3.1.PROOF.SERVICE**

- **INTERESTED PARTY COURTESY NEF:** Matthew S Steinberg    msteinberg@cozen.com, arincon@cozen.com;BPosivak@cozen.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): John H. Stephens**    john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com
- **ATTORNEY FOR CREDITOR ALTERYX, INC.: Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Matthew J Stockl    matthew.stockl@dinsmore.com, katrice.ortiz@dinsmore.com
- **INTERESTED PARTY COURTESY NEF: Brett N Taylor**    btaylor@cozen.com, arincon@cozen.com
- **ATTORNEY FOR CREDITOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC and INTERESTED PARTY RANDALL BALDWIN CLARK: Michael R Totaro**    Ocbkatty@aol.com
- **US TRUSTEE: United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **INTERESTED PARTY COURTESY NEF: Belinda M Vega**    apark@venable.com
- **ATTORNEY FOR WITNESS BRADFORD LEE 8:23-ap-01046-SC: William J Wall**    wwall@wall-law.com
- **INTERESTED PARTY COURTESY NEF:** Gerrick Warrington    gwarrington@frandzel.com, achase@frandzel.com
- **INTERESTED PARTY COURTESY NEF:** J Tanner Watkins    tanner.watkins@dinsmore.com, julie.mason@dinsmore.com
- **ATTORNEY FOR CREDITOR and DEFENDANT AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC: Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- **INTERESTED PARTY COURTESY NEF:** Scott W Wellman    swellman@w-wlaw.com, jklein@w-wlaw.com
- **ATTORNEY FOR CREDITOR DEBT RELIEF GROUP, LLC: Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com
- **INTERESTED PARTY COURTESY NEF:** Reilly D Wilkinson    rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF:** Reid A Winthrop    reid@winthroplawgroup.com
- **CLAIM AGENT FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Reina Zepeda**    rzepeda@omniagnt.com

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:

| **20 LARGEST CREDITOR** | **20 LARGEST CREDITOR** | **RTD 02/05/24 UTF** |
|---|---|---|
| ANTHEM BLUE CROSS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 511300<br>LOS ANGELES, CA 90051-7855 | AZEVEDO SOLUTIONS GROUPS, INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>420 ADOBE CANYON RD<br>KENWOOD, CA 95452-9048 | **20 LARGEST CREDITOR**<br>BUSINESS CENTERS OF AMERICA<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~<br>~~1100 SIR FRANCIS DRAKE BLVD, SUITE 1~~<br>~~KENTFIELD, CA 94904-1476~~ |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **20 LARGEST CREDITOR**<br>CALIFORNIA FRANCHISE TAX BOARD<br>PO BOX 942857<br>SACRAMENTO, CA 94257-0001 | **RTD 05/30/23 UTF**<br>**20 LARGEST CREDITOR**<br>COLLABORATION ADVISORS<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~<br>~~400 DORLA COURT~~<br>~~ZEPHYR COVE, NV 89448~~ | **20 LARGEST CREDITOR**<br>CREDIT REPORTING SERVICE INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>548 MARKET ST, SUITE 72907<br>SAN FRANCISCO, CA 94104-5401 |
| **20 LARGEST CREDITOR**<br>DEBT PAY PRO<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1900 E GOLF ROAD, SUITE 550<br>SCHAUMBURG, IL 60173-5870 | **20 LARGEST CREDITOR**<br>DEBT VALIDATION FUND II, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>5075 LOWER VALLEY ROAD<br>ATGLEN, PA 19310-1774 | **20 LARGEST CREDITOR**<br>DOCUMENT FULFILLMENT SERVICES<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>2930 RAMONA AVE #100<br>SACRAMENTO, CA 95826-3838 |
| **20 LARGEST CREDITOR**<br>EXECUTIVE CENTER LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>5960 SOUTH JONES BLVD<br>LAS VEGAS, NV 89118-2610 | **20 LARGEST CREDITOR / POC ADDRESS**<br>EXELA ENTERPRISE SOLUTIONS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>2701 E. GRAUWYLER ROAD<br>IRVING, TX 75061-3414 | **20 LARGEST CREDITOR / POC ADDRESS**<br>FIRST LEGAL NETWORK, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 743451<br>LOS ANGELES, CA 90074-3451 |
| **RTD 12/05/23 UTF**<br>**20 LARGEST CREDITOR**<br>JP MORGAN CHASE<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~<br>~~3 PARK PLAZA, STE 900~~<br>~~IRVINE, CA 92614-5208~~ | **RTD 01/26/24 UTF**<br>**20 LARGEST CREDITOR**<br>LEXISNEXUS<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~<br>~~15500 B ROCKFIELD BLVD~~<br>~~IRVINE, CA 92618-2722~~ | **RTD 10/03/23 UTF**<br>**20 LARGEST CREDITOR**<br>MARICH BEIN LLC<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~<br>~~99 WALL STREET, STE 2669~~<br>~~NEW YORK, NY 10005-4301~~ |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE

**20 LARGEST CREDITOR**
NETSUITE-ORACLE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2300 ORACLE WAY
AUSTIN, TX 78741-1400

**20 LARGEST CREDITOR**
SHARP BUSINESS SYSTEMS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
8670 ARGENT ST
SANTEE, CA 92071-4172

**RTD 10/16/23 UTF**
**20 LARGEST CREDITOR**
TASKUS HOLDINGS, INC.
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~1650 INDEPENDENCE DR~~
~~NEW BRAUNFELS, TX 78132-3959~~

**20 LARGEST CREDITOR**
TUSTIN EXECUTIVE CENTER
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1630 S SUNKIST STEET, STE A
ANAHEIM, CA 92806-5816

**RTD 06/05/23 UTF**
**20 LARGEST CREDITOR**
VALIDATION PARTNERS LLC
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~1300 SAWGRASS PKWY, STE 110~~
~~SUNRISE, FL 33323~~

**CREDITOR / POC ADDRESS**
JASON PATTERSON STOPNITZKY
C/O LESLIE E. CHAYO, ESQ.
9454 WILSHIRE BLVD., PH
BEVERLY HILLS, CA 90212

**CREDITOR / POC ADDRESS**
JOAN P. SCHOTT
9303 LANDS POINT
SAN ANTONIO, TX 78250

**CREDITOR / RFSN**
LGS HOLDCO, LLC
C/O IRA D. KHARASCH, VICTORIA A. NEWMARK
PACHULSKI STANG ZIEHL & JONES LLP
10100 SANTA MONICA BLVD., 13TH FLOOR
LOS ANGELES, CA 90067

**CREDITOR / RFSN**
LIBERTY ACQUISITIONS GROUP, INC.
C/O IRA D. KHARASCH, VICTORIA A. NEWMARK
PACHULSKI STANG ZIEHL & JONES LLP
10100 SANTA MONICA BLVD., 13TH FLOOR
LOS ANGELES, CA 90067

**CREDITOR / RFSN**
CONSUMER LEGAL GROUP, PC
C/O IRA D. KHARASCH, VICTORIA A. NEWMARK
PACHULSKI STANG ZIEHL & JONES LLP
10100 SANTA MONICA BLVD., 13TH FLOOR
LOS ANGELES, CA 90067

**RTD 06/14/23 UTF**
**SECURED CREDITOR**
CITY CAPITAL NY
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~1135 KANE CONCOURSE~~
~~BAY HARBOUR ISLANDS, FL 33154-2025~~

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

**SECURED CREDITOR**
DIVERSE CAPITAL LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
323 SUNNY ISLES BLVD, STE 503
SUNNY ISLES, FL 33160-4675

**RTD 12/22/23 UTF**
**SECURED CREDITOR**
FUNDURA CAPITAL GROUP
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~80 BROAD STREET, STE 3303~~
~~NEW YORK, NY 10004-2845~~

**SECURED CREDITOR / POC ADDRESS**
FUNDURA CAPITAL GROUP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1545 ROUTE 202, SUITE 101
POMONA, NY 10970

**RTD 2/5/24 UTF**
**SECURED CREDITOR**
GREEN FUND NY
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~276 5TH AVENUE, ROOM 704~~
~~BROOKLYN, NY 10001~~

**RTD 11/8/23 UTF**
**SECURED CREDITOR**
MCA CAPITAL HOLDINGS LLC
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~254 32ND STREET, BLDG 2 C303~~
~~BROOKLYN, NY 11232~~

**SECURED CREDITOR / POC ADDRESS**
MNS FUNDING LLC
C/O PAUL R. SHANKMAN
FORTIS LLP
650 TOWN CENTER DRIVE, SUITE 1530
COSTA MESA, CA 92626

**NEW ADDR PER DK 1667**
**SECURED CREDITOR / POC ADDRESS**
MNS FUNDING LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2013 CEDAR BRIDGE AVENUE, UNIT 1C
LAKEWOOD, NJ 08701

**SECURED CREDITOR / POC ADDRESS**
PECC CORP.
C/O RUSTY O'KANE
3131 MCKINNEY AVENUE, SUITE 500
DALLAS, TX 75204

**SECURED CREDITOR / POC ADDRESS**
RIVER TREE LLC
C/O MAYS JOHNSON LAW FIRM
21 BATTERY PARK AVE, SUITE 201
ASHEVILLE, NC 28801

**SECURED CREDITOR / POC ADDRESS**
VENTURE PARTNERS LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1309 COFFEEN AVENUE, STE 1200
SHERIDAN, WY 82801

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE