| FOR COURT USE ONLY |
|---|
| **FILED** MAY 20 2025 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: ___ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

Name of Debtor(s) listed on the bankruptcy case:
The Litigation Practice Group PC
EIN: 83-3885343
17542 17th St
Suite 100
Tustin, CA 92780

CASE NO.: 8:23-bk-10571-SC
CHAPTER: 11

**CHANGE OF MAILING ADDRESS**

1. This change of mailing address is requested by: ☐ Debtor  ☐ Joint-Debtor  ☒ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s): Brandi Nichole Thomas
   Mailing Address: 1207 Trout Drive
   City, State, Zip Code: Woodstock, GA 30189

3. **New Address:**
   Mailing Address: 2915 Maple Park Place
   City, State, Zip Code: Cumming, GA 30041

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 05/13/2025

Brandi Nichole Thomas
Requestor's printed name(s)

_[signature]_
Requestor's signature(s)

_____
Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                     F 1002-1.3.CHANGE.ADDRESS