| FOR COURT USE ONLY |
|---|
| **FILED** MAY 20 2025 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: _____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

Name of Debtor(s) listed on the bankruptcy case:

THE LITIGATION PRACTICE GROUP PC,

Debtor

CASE NO.: 8:23-bk-10571-SC

CHAPTER: 11

**CHANGE OF MAILING ADDRESS**

1. This change of mailing address is requested by: ☐ Debtor   ☐ Joint-Debtor   ☒ Creditor

    Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
    Name(s): Christine Johnson
    Mailing Address: 7807 W 171st Place
    City, State, Zip Code: Tinley Park, IL 60477

3. **New Address:**
    Mailing Address: 18578 W Elm Street
    City, State, Zip Code: Goodyear, AZ 85395

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

    Debtor's DeBN account number _____

    Joint Debtor's DeBN account number _____

Date: 05/15/2025

Christine Johnson
Requestor's printed name(s)

*Christine Johnson* (signature)
Requestor's signature(s)

Creditor [CLAIM NO. 16]
Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                              F 1002-1.3.CHANGE.ADDRESS