| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Kathleen P. March, Esq., (CA SBN 80366)<br>THE BANKRUPTCY LAW FIRM, PC<br>10524 W. Pico Blvd, Suite 212, LA, CA 90064<br>Phone: 310-559-9224; Fax: 310-559-9133<br>Email: kmarch@BKYLAWFIRM.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Han Trinh and Phuong "Jayde" Trinh | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – <u>SANTA ANA</u> DIVISION**

| In re:<br><br>THE LITIGATION PRACTICE GROUP<br><br><br>Debtor(s) | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>STIPULATION BETWEEN HAN AND JAYDE TRINH, ON THE ONE HAND, AND TRUSTEE MARSHACK ON THE OTHER HAND, TO CONTINUE HEARING ON TRUSTEE'S OBJECTIONS TO THE PREPETITION PROOFS OF CLAIMS FILED BY HAN TRINH [DK. NO. 79-2], AND PHUONG "JAYDE" TRINH [DK. NO. 75-2], FROM PRESENT HEARING DATE OF 6/18/25, AT 1:30 PM TO JULY 16, 2025 AT 1:30PM, OR TO SUCH DATE AFTER 7/16/25 AS IS CONVENIENT FOR THE COURT |

PLEASE TAKE NOTE that the order titled **(PROPOSED) ORDER GRANTING STIPULATION BETWEEN HAN AND JAYDE TRINH, ON THE ONE HAND, AND TRUSTEE MARSHACK ON THE OTHER HAND, TO CONTINUE HEARING ON TRUSTEE'S OBJECTIONS TO THE PREPETITION PROOFS OF CLAIMS FILED BY HAN TRINH [DK. NO. 79-2], AND PHUONG "JAYDE" TRINH [DK. NO. 75-2], FROM PRESENT HEARING DATE OF 6/18/25, AT 1:30 P.M. TO JULY 16, 2025 AT 1:30PM, OR TO SUCH DATE AFTER 7/16/25 AS IS CONVENIENT FOR THE COURT**

was lodged on (*date*) <u>05/27/25</u> and is attached.  This order relates to the Stipulation which is docket number <u>2431</u>., filed <u>5/27/25.</u>

---
[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

Kathleen P. March, Esq., (CA SBN 80366)
**THE BANKRUPTCY LAW FIRM, PC**
10524 W. Pico Blvd, Suite 212, LA, CA 90064
Phone: 310-559-9224; Fax: 310-559-9133
Email: kmarch@BKYLAWFIRM.com
*Counsel of Record for Han Trinh and Phuong "Jayde" Trinh.*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, P.C. | Bankruptcy Case No. 8:23-bk-10571-SC<br>Chapter 11<br><br>**(PROPOSED) ORDER GRANTING STIPULATION BETWEEN HAN AND JAYDE TRINH, ON THE ONE HAND, AND TRUSTEE MARSHACK ON THE OTHER HAND, TO CONTINUE HEARING ON TRUSTEE'S OBJECTIONS TO THE PREPETITION PROOFS OF CLAIMS FILED BY HAN TRINH [DK. NO. 79-2], AND PHUONG "JAYDE" TRINH [DK. NO. 75-2], FROM PRESENT HEARING DATE OF 6/18/25, AT 1:30 P.M. TO JULY 16, 2025 AT 1:30PM, OR TO SUCH DATE AFTER 7/16/25 AS IS CONVENIENT FOR THE COURT**<br><br>Current Hearing Set For: Date: June 18, 2025   Time: 1:30pm<br>Place:  Courtroom of Bankruptcy Judge Scott Clarkson, by Zoom.gov, or in person at: 411 West Fourth Street, Ctrm 5C Santa Ana, CA 92701-4593<br><br>Proposed Hearing Date: July 16, 2025   Time: 1:30pm<br>Place:  Courtroom of Bankruptcy Judge Scott Clarkson, by Zoom.gov, or in person at: 411 West Fourth Street, Ctrm 5C Santa Ana, CA 92701-4593 |

**(PROPOSED) ORDER GRANTING STIPULATION BETWEEN HAN & JAYDE TRINH, ON THE ONE HAND, AND TRUSTEE MARSHACK ON THE OTHER HAND, TO CONTINUE HEARING ON TRUSTEE'S OBJECTIONS TO THE PREPETITION PROOFS OF CLAIMS FILED BY HAN TRINH [DK. NO. 79-2], & PHUONG "JAYDE" TRINH [DK. NO. 75-2], FROM PRESENT HEARING DATE OF 6/18/25, AT 1:30 P.M. TO JULY 16, 2025 AT 1:30PM, OR TO SUCH DATE AFTER 7/16/25 AS IS CONVENIENT FOR COURT     1**

Richard A. Marshack, the duly appointed Chapter 11 Trustee ("Trustee") for the estate ("Estate") of The Litigation Practice Group, P.C. ("Debtor" or "LPG") and who is the liquidating trustee of the LPG Liquidation Trust (collectively, "Trustee"), by his counsel of record, and Han Trinh and Phuong "Jayde" Trinh, by their counsel of record, having stipulated as follows, the Court hereby ORDERS:

1. The Stipulation [Dkt. No. 2431] filed in the LPG main case docket on 05/27/25 is approved.

2. The hearing on Trustee' Objections to Han and Jayde's Prepetition Proofs of Claim shall be continued from June 18, 2025 at 1:30 p.m., to [July 16, 2025, at 1:30 p.m.]

or

[_____] (alternate date more convenient to the Court.)

IT IS SO ORDERED.

###)

**(PROPOSED) ORDER** GRANTING STIPULATION BETWEEN HAN & JAYDE TRINH, ON THE ONE HAND, AND TRUSTEE MARSHACK ON THE OTHER HAND, TO CONTINUE HEARING ON TRUSTEE'S OBJECTIONS TO THE PREPETITION PROOFS OF CLAIMS FILED BY HAN TRINH [DK. NO. 79-2], & PHUONG "JAYDE" TRINH [DK. NO. 75-2], FROM PRESENT HEARING DATE OF 6/18/25, AT 1:30 P.M. TO JULY 16, 2025 AT 1:30PM, OR TO SUCH DATE AFTER 7/16/25 AS IS CONVENIENT FOR COURT    2

Main Document    Page 4 of 9

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10524 W. Pico Blvd., Ste. 212, Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE, ATTACHING PROPOSED ORDER ON STIPULATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/27/25, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

*See next page*

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) 05/27/25, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Litigation Practice Group P.C.
17542 17th St
Suite 100
Tustin, CA 92780

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 05/27/25, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

No judge's copy required because document is under 25 pages.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/27/25 | Kathleen P. March, Esq. | /s/ Kathleen P. March |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9021-1.2.BK.NOTICE.LODGMENT

1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):</u>

- **Joseph E Addiego**  joeaddiego@dwt.com, ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com
- **Kyra E Andrassy**  kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **Bradford Barnhardt**  bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **Eric Bensamochan**  eric@eblawfirm.us, G63723@notify.cincompass.com
- **Michael Jay Berger**  michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Ethan J Birnberg**  birnberg@portersimon.com, bokinskie@portersimon.com
- **Anthony Bisconti**  tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Andre Boniadi**  aboniadi@bzlegal.com
- **Joseph Boufadel**  jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Peter W Bowie**  peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- **Samuel Mushegh Boyamian**  samuel@marguliesfaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com
- **Brian Boyd**  brian.boyd@dinsmore.com, tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com
- **Ronald K Brown**  ron@rkbrownlaw.com
- **Kevin M Capuzzi**  kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Thomas H Casey**  kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **Christopher Celentino**  christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Michael F Chekian**  mike@cheklaw.com, chekianmr84018@notify.bestcase.com
- **Shawn M Christianson**  cmcintire@buchalter.com, schristianson@buchalter.com
- **Randall Baldwin Clark**  rbc@randallbclark.com
- **Bryan Cockroft**  bryan.cockroft@dinsmore.com
- **Baruch C Cohen**  bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Leslie A Cohen**  leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com
- **Cara Daggitt**  cara.daggitt@dinsmore.com, Keegan.Giblin@Dinsmore.com
- **Michael W Davis**  mdavis@dtolaw.com, ygodson@dtolaw.com
- **Aaron E. De Leest**  adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **Anthony Paul Diehl**  anthony@apdlaw.net, Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net,9143954420@filings.docketbird.com
- **Ashley Dionisio**  adionisio@omniagnt.com
- **Jenny L Doling**  jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- **Jamie P Dreher**  jdreher@downeybrand.com, amasson@downeybrand.com;courtfilings@downeybrand.com
- **Daniel A Edelman**  dedelman@edcombs.com, courtecl@edcombs.com
- **Howard M Ehrenberg**  Howard.Ehrenberg@gmlaw.com, hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9021-1.2.BK.NOTICE.LODGMENT**

- **Lexi J. Epley**    lexi.epley@dinsmore.com, angelica.urena@dinsmore.com
- **Meredith Fahn**    fahn@sbcglobal.net
- **Jeremy Faith**    Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com
- **William P. Fennell**    william.fennell@fennelllaw.com, wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com;Fennell.WilliamP.B143386@notify.bestcase.com
- **Jesse S Finlayson**    jfinlayson@ftrlfirm.com, hkader@ftrlfirm.com
- **Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com
- **Marc C Forsythe**    mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
- **Jeremy Freedman**    jeremy.freedman@nelsonmullins.com, bonnie.connolly@dinsmore.com
- **Eric Gassman**    erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com
- **Yisrael Gelb**    yisrael@gelblawapc.com
- **Christopher Ghio**    Christopher.Ghio@dinsmore.com, angelica.urena@dinsmore.com
- **Christopher Ghio**    christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com
- **Amy Lynn Ginsburg**    efilings@ginsburglawgroup.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Jeffrey I Golden**    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **Richard H Golubow**    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **David M Goodrich**    dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- **Spencer Keith Gray**    spencer.gray@dinsmore.com, wendy.yones@dinsmore.com;sara.johnston@dinsmore.com
- **Mary H Haas**    maryhaas@dwt.com, melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com
- **David S Hagen**    davidhagenlaw@gmail.com, LawOfficesofDavidSHagenCA1@jubileebk.net
- **Asa S Hami**    asa.hami@gmlaw.com, ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com
- **Bernard M Hansen**    bernardmhansen@sbcglobal.net
- **Stella A Havkin**    stella@havkinandshrago.com, shavkinesq@gmail.com
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Carson Heninger**    heningerc@gtlaw.com, carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com
- **Btzalel Hirschhorn**    bhirschhorn@sbagk.com
- **Alan Craig Hochheiser**    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Karen Hockstad**    karen.hockstad@dinsmore.com, kim.beavin@dinsmore.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 4    **F 9021-1.2.BK.NOTICE.LODGMENT**

- **Garrick A Hollander**  ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Brian L Holman**  b.holman@musickpeeler.com
- **Richard L. Hyde**  rhyde@awglaw.com
- **Brandon J. Iskander**  biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Peter L Isola**  pisola@hinshawlaw.com, rmojica@hinshawlaw.com,iking@hinshawlaw.com
- **Razmig Izakelian**  razmigizakelian@quinnemanuel.com
- **Veneeta Jaswal**  veneeta.jaswal@dinsmore.com, bonnie.connolly@dinsmore.com
- **Sara Johnston**  sara.johnston@dinsmore.com, bryan.cockroft@dinsmore.com;spencer.gray@dinsmore.com;wendy.yones@dinsmore.com
- **Leslie K Kaufman**  kaufman_kaufman.bankruptcy@yahoo.com, kaufmanlr98210@notify.bestcase.com
- **Sweeney Kelly**  kelly@ksgklaw.com
- **Joon M Khang**  joon@khanglaw.com
- **Ira David Kharasch**  ikharasch@pszjlaw.com
- **Meredith King**  mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **Nicholas A Koffroth**  nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com
- **David S Kupetz**  david.kupetz@troutman.com, mylene.ruiz@troutman.com
- **Christopher J Langley**  chris@slclawoffice.com, john@slclawoffice.com;langleycr75251@notify.bestcase.com
- **Kelli Ann Lee**  Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com
- **Matthew A Lesnick**  matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Daniel A Lev**  daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Britteny Leyva**  bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com
- **Michael D Lieberman**  mike@liebermandebtrelief.com
- **Yosina M Lissebeck**  Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com
- **Jason Lowe**  jasonflowe@gmail.com
- **Mitchell B Ludwig**  mbl@kpclegal.com, kad@kpclegal.com
- **Michael Lundholm**  mlundholm@londonstoutlaw.com
- **Shantal Malmed**  shantal.malmed@gmlaw.com, cheryl.caldwell@gmlaw.com
- **Charity J Manee**  cmanee@goeforlaw.com, kmurphy@goeforlaw.com
- **Daniel S March**  marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **Kathleen P March**  kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Suzanne Marino**  suzanne.marino@dinsmore.com
- **Joshua I. Marrone**  joshua.marrone@dinsmore.com
- **Richard A Marshack (TR)**  pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Jeana Mason**  jeana.mason@dinsmore.com, ashlynn.harrison@dinsmore.com;stella.laroe@dinsmore.com
- **Caroline Massey**  caroline.massey@dinsmore.com, lizbeth.alonso@dinsmore.com;AbdulWasay.Shahid@Dinsmore.com;wendy.yones@dinsmore.com
- **Sarah S. Mattingly**  sarah.mattingly@dinsmore.com
- **Tony May**  tmay@maybrocklaw.com
- **Noah K McCall**  nmccall@rschauerlaw.com, NAnderson@RSchauerLaw.com
- **William McCormick**  Bill.McCormick@ag.tn.gov
- **Jeffrey A. Meinhardt**  jmeinhardt@silverandarsht.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 5    **F 9021-1.2.BK.NOTICE.LODGMENT**

- **Kristin T Mihelic**   kristin.t.mihelic@usdoj.gov
- **Kenneth Misken**   Kenneth.M.Misken@usdoj.gov
- **Byron Z Moldo**   bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com
- **Glenn D. Moses**   gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;imalcolm@ecf.courtdrive.com;jadelgado@venable.com
- **Jamie D Mottola**   Jamie.Mottola@dinsmore.com, sara.johnston@dinsmore.com;abdulwasay.shahid@dinsmore.com;wendy.yones@dinsmore.com;katherine.hemphill@dinsmore.com
- **Randall P Mroczynski**   randym@cookseylaw.com
- **Alan I Nahmias**   anahmias@mbn.law, jdale@mbn.law
- **Victoria Newmark**   vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com
- **Jacob Newsum-Bothamley**   jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com
- **Queenie K Ng**   queenie.k.ng@usdoj.gov
- **Israel Orozco**   israel@iolawcorp.com
- **Keith C Owens**   kowens@foxrothschild.com, khoang@foxrothschild.com
- **Brian A Paino**   bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com;crico@hinshawlaw.com
- **Lisa Patel**   lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com
- **Julian Parker Pecora**   julian.pecora@dinsmore.com, Tracey.Hebert@Dinsmore.com
- **Michael R Pinkston**   rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com
- **Christopher L Pitet**   cpitet@apjuris.com, bferik@apjuris.com
- **Richard D. Porotsky**   maria.rother@dinsmore.com
- **Tyler Powell**   tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com
- **Laila Rais**   lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **Brett Ramsaur**   brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com
- **Donald W Reid**   don@donreidlaw.com, 5969661420@filings.docketbird.com
- **Daniel H Reiss**   dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Vincent Renda**   vr@pinlegal.com, ld@pinlegal.com
- **Michael B Reynolds**   mreynolds@swlaw.com, kcollins@swlaw.com
- **Ronald N Richards**   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Christopher O Rivas**   crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com;sean-wilson-0462@ecf.pacerpro.com
- **Vanessa Rodriguez**   vanessa.rodriguez@dinsmore.com, katherine.hemphill@dinsmore.com;sara.johnston@dinsmore.com
- **Kevin Alan Rogers**   krogers@wellsmar.com
- **Larry Rothman**   tocollect@aol.com
- **Gregory M Salvato**   gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Richik Sarkar**   richik.sarkar@dinsmore.com, Noreen.Leciejewski@dinsmore.com
- **Joshua L Scheer**   jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Olivia Scott**   olivia.scott@hklaw.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 6    **F 9021-1.2.BK.NOTICE.LODGMENT**

- **Jonathan Serrano**   Jonathan@MarguliesFaithLaw.com, vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com
- **Maureen J Shanahan**   Mstotaro@aol.com
- **Paul R Shankman**   PShankman@fortislaw.com, info@fortislaw.com
- **Zev Shechtman**   Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- **Jeffrey S Shinbrot**   jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com;tanya@shinbrotfirm.com
- **Jeffrey M Singletary**   jsingletary@swlaw.com, rmckay@swlaw.com
- **Jeffrey B Smith**   jsmith@cgsattys.com, vphillips@cgsattys.com
- **Matthew Sommer**   matthew.sommer@dinsmore.com, carrie.davis@dinsmore.com
- **Michael G Spector**   mgspector@aol.com, mgslawoffice@aol.com
- **Adam D Stein-Sapir**   info@pfllc.com
- **Howard Steinberg**   steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Matthew S Steinberg**   msteinberg@cozen.com, arincon@cozen.com;BPosivak@cozen.com
- **John H. Stephens**   john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com
- **Andrew Still**   astill@swlaw.com, kcollins@swlaw.com
- **Matthew J Stockl**   matthew.stockl@dinsmore.com, katrice.ortiz@dinsmore.com
- **Brett N Taylor**   btaylor@cozen.com, arincon@cozen.com
- **Michael R Totaro**   Ocbkatty@aol.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Belinda M Vega**   apark@venable.com
- **William J Wall**   wwall@wall-law.com
- **Gerrick Warrington**   gwarrington@frandzel.com, achase@frandzel.com
- **J Tanner Watkins**   tanner.watkins@dinsmore.com, julie.mason@dinsmore.com
- **Sharon Z. Weiss**   sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **Scott W Wellman**   swellman@w-wlaw.com, jklein@w-wlaw.com
- **Johnny White**   JWhite@wrslawyers.com, jlee@wrslawyers.com
- **Reilly D Wilkinson**   rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com
- **Reid A Winthrop**   reid@winthroplawgroup.com
- **Reina Zepeda**   rzepeda@omniagnt.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 7    **F 9021-1.2.BK.NOTICE.LODGMENT**