| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>AARON E. DE LEEST, #216832<br>adeleest@marshackhays.com<br>BRADFORD N. BARNHARDT, #328705<br>bbarnhardt@marshackhays.com<br>MARSHACK HAYS WOOD LLP<br>870 Roosevelt<br>Irvine, California 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☒ *Attorney for:* Richard A. Marshack, Liquidating Trustee | FOR COURT USE ONLY |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C., | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: 11 |
| | **NOTICE OF OBJECTION TO CLAIM** |
| | DATE: 07/16/2025<br>TIME: 1:30 pm<br>COURTROOM: 5C- Via Zoom<br>PLACE: 411 W. Fourth Street, Santa Ana, CA 92701 |
| Debtor(s). | |

1. TO *(specify claimant and claimant's counsel, if any)*: SAMUEL T. JONES

2. NOTICE IS HEREBY GIVEN that the undersigned has filed an objection to your Proof of Claim (Claim # 101054-1 ) filed in the above referenced case.  The Objection to Claim seeks to alter your rights by disallowing, reducing or modifying the claim based upon the grounds set forth in the objection, a copy of which is attached hereto and served herewith.

3. **Deadline for Opposition Papers**: You must file and serve a response to the Objection to Claim not later than 14 days prior to the hearing date set forth above.

   **IF YOU FAIL TO TIMELY RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Date: 05/30/2025

MARSHACK HAYS WOOD LLP
Printed name of law firm

/s/ Bradford N. Barnhardt
Signature

Date Notice Mailed: 05/30/2025

BRADFORD N. BARNHARDT
Printed name of attorney for objector

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# OBJECTION TO CLAIM

1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  AARON E. DE LEEST, #216832
   adeleest@marshackhays.com
3  BRADFORD N. BARNHARDT, #328705
   bbarnhardt@marshackhays.com
4  MARSHACK HAYS WOOD LLP
   870 Roosevelt
5  Irvine, California 92620
   Telephone: (949) 333-7777
6  Facsimile: (949) 333-7778

7  General Counsel for Richard A. Marshack,
   Liquidating Trustee of the LPG Liquidation
8  Trust

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| In re | Case No. 8:23-bk-10571-SC |
| | Chapter 11 |
| THE LITIGATION PRACTICE GROUP P.C., | TRUSTEE'S MOTION OBJECTING TO ALLEGED PRIORITY TAX CLAIM NO. 101054-1 FILED BY SAMUEL T. JONES; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF BRADFORD BARNHARDT; AND REQUEST FOR JUDICIAL NOTICE |
| Debtor. | |

| Claimant | Claim No. |
|---|---|
| Samuel T. Jones | 101054-1 |

Hearing
Date:  July 16, 2025
Time: 1:30 p.m.
Ctrm: 5C - ViaZoom[1]
Place: 411 West Fourth Street
          Santa Ana, CA  92701

**This is an objection to your claim(s). The objecting party is asking the Court to disallow or modify the claim(s) that you filed in this bankruptcy case. You should immediately contact the objecting party or retain counsel to contact the objecting party to resolve the dispute. If you do not reach an agreement, you must file any response to this objection and send a copy of your response to the objecting party 14 days before the hearing set forth above. Your response must state why the objection is not valid. If you do not file a response 14 days prior to the hearing, your claim(s) may be disallowed or modified without a hearing.**

**Represented parties should act through their attorney.**

---

[1] Check Judge Clarkson's tentative rulings prior to the hearing for Zoom connection information and instructions. http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/

PLEASE TAKE NOTICE that Richard A. Marshack, Liquidating Trustee of the LPG Liquidation Trust ("Trustee") for the Litigation Practice Group, P.C. ("Debtor"), files this Motion ("Motion") Objecting to Alleged 11 U.S.C. § 507(a)(8) Priority Claim No. 101054-1 ("Objected Claim") Filed by Samuel T. Jones ("Claimant"). The Motion is based on this Notice, the Motion and its accompanying Memorandum of Points and Authorities, the pleadings and files in the Debtor's bankruptcy case, and upon such further oral and documentary evidence as may be presented to the Court.

NOTICE TO CLAIMANT IS HEREBY GIVEN: the Trustee has filed an objection to your Proof of Claim identified as follows:

| Claimant | Claim No. | Total Claim Amount | Alleged Section 507(a)(8) Priority Amount | Proposed Amount of Reduced Claim subject to 507(a)(8) Priority |
|---|---|---|---|---|
| Samuel T. Jones | 101054-1 | $10,250.00 | $10,250.00 | $0.00 |

The Objected Claim asserts a § 507(a)(8) priority claim, yet the Claimant is not a governmental unit, nor is the Objected Claim based on prepetition taxes. The Trustee thus seeks entry of an order that provides that the asserted § 507(a)(8) priority amount will be treated as a general unsecured claim. The Motion seeks to alter your rights by disallowing, reducing, or modifying your Proof of Claim based on the grounds set forth in the Motion detailed below.

PLEASE TAKE FURTHER NOTICE that any response as to the proposed objection must be in the form as required by Rule 9013-1(f) of the Local Bankruptcy Rules ("LBR") and filed with the Clerk of the above-entitled Court no later than fourteen (14) days prior to the hearing date set forth above, and a copy served on D. Edward Hays, Aaron E. de Leest, and Bradford N. Barnhardt at the address indicated above. A copy of any response must also be served on the Office of the United States Trustee, 411 West Fourth Street, Suite 7160, Santa Ana, CA 92701-4593.

/ / /

/ / /

1        Failure to timely respond may be deemed as acceptance of the proposed objections and the

2   Court may grant the relief requested in the Motion without further notice or hearing. *See* LBR 3007-

3   1(b) and 9013-1(h).

4

5   DATED: May 30, 2025                          MARSHACK HAYS WOOD LLP

6

7                                                By:  */s/ Bradford N. Barnhardt*
                                                      D. EDWARD HAYS
8                                                     AARON E. DE LEEST
                                                      BRADFORD N. BARNHARDT
9                                                     General Counsel for Richard A. Marshack,
                                                      Liquidating Trustee of the LPG Liquidation Trust

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Richard A. Marshack, Liquidating Trustee of the LPG Liquidation Trust ("Trustee") for the Litigation Practice Group, P.C. ("Debtor"), files this Motion ("Motion") Objecting to Alleged 11 U.S.C. § 507(a)(8) Priority Claim No. 101054-1 ("Objected Claim") Filed by Samuel T. Jones ("Claimant").[2] The Trustee brings this Objection, pursuant to §§ 105(a) and 502 of Title 11 of the United States Code ("Bankruptcy Code"), Rules 3007 and 3001(d) of the Federal Rules of Bankruptcy Procedure ("FRBP") and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Central District of California ("LBR"). In support of the Motion, the Trustee respectfully states as follows:

## 1. Argument Summary

Section 507(a)(8) grants eighth priority to allowed unsecured claims of a governmental unit for certain kinds of prepetition taxes. The Claimant is not a governmental unit, nor does the Objected Claim assert a claim for a prepetition tax. Therefore, the alleged § 507(a)(8) priority amount of the Objected Claim must be reclassified in its entirety to a general unsecured claim.

## 2. Factual Background

### A. General Background

On March 20, 2023 ("Petition Date"), the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code, commencing this bankruptcy case.

On May 8, 2023, the Court entered an order ("Trustee Appointment Order"), Docket No. 65, granting a motion filed by the Office of the United States Trustee ("UST"), which requested the appointment of a chapter 11 trustee. Docket No. 21. Richard A. Marshack was appointed as the chapter 11 trustee pursuant to the Trustee Appointment Order and continues to serve in that capacity.

On June 23, 2023, the Office of the United States Trustee appointed the Official Committee of Unsecured Creditors ("Committee"), Docket No. 134, which was amended to increase the number of Committee members on June 29, 2023. Docket No. 157.

_____

[2] Unless otherwise set forth herein, all references to "§" or "Section" are to a section of Title 11 of the United States Code.

1

On December 22, 2023, the Court entered an order, Docket No. 785, approving the employment of Omni Agent Solutions ("Omni") as the noticing and claims agent in this Bankruptcy Case.

### B. Facts Relevant to This Objection

#### i.    The Bar Dates

On January 2, 2024, the Court entered an order, Docket No. 804 ("GUC Bar Date Order"), establishing February 23, 2024, at 4:00 p.m. (prevailing Pacific Time) as the deadline to file claims for all persons and entities, including governmental units (as that term is defined in § 101(27)), holding secured, unsecured priority, or unsecured non-priority claims against the Debtor arising (or deemed to arise) before the Petition Date. The Bankruptcy Court further established a Rejection Bar Date and a Chapter 5 Bar Date (as those terms are defined in the GUC Bar Date Order).

On February 23, 2024, the Bankruptcy Court entered an order, Docket No. 963, establishing two modified general bar dates: (i) February 25, 2024, at 4:00 p.m. prevailing Pacific Time, as the deadline for certain consumer clients, holding a General Claim, that were provided notice of the bar dates in the GUC Bar Date Order on January 24, 2024, or January 25, 2024; and (ii) March 25, 2024, at 4:00 p.m. prevailing Pacific Time for certain consumer clients, holding a General Claim, to which the Trustee was unable to provide email notice.

Accordingly, as of the filing of this Motion, all bar dates have passed with respect to all holders of claims.

#### ii.    The Plan and Confirmation Timeline

On June 17, 2024, the Court entered an order, Docket No. 1348 ("Disclosure Statement Order"), approving the solicitation of a disclosure statement, Docket No. 1345, describing the plan of liquidation jointly proposed by the Trustee and the Committee (as may be amended, modified, or supplemented from time to time) ("Plan").

On August 29, 2024, the Court conducted a hearing to consider confirmation of the Modified First Amended Joint Chapter 11 Plan of Liquidation (Dated June 14, 2024), Docket No. 1344, and confirmed the same at the hearing and later entered the Order of Confirmation on

September 9, 2024. Docket No. 1646. The Effective Date occurred on September 24, 2024. Docket No. 1762.

### iii.    The Objected Claim

The Trustee, through counsel, has performed a search of the claims register to identify alleged § 507(a)(8) priority claims. The Trustee files this Motion to reclassify the alleged § 507(a)(8) priority claim of the Objected Claim as a general unsecured claim on the basis that the Claimant is not a "governmental unit" entitled to assert such priority claim, and the Objected Claim does not assert a claim for taxes. A true and correct copy of the Objected Claim is attached to the Declaration of Bradford N. Barnhardt ("Barnhardt Declaration") as **Exhibit 1**.

## 3.  Legal Argument

### A.    The § 507(a)(8) priority portion of the Objected Claim must be reclassified as a general unsecured claim.

Section 502(a) provides that "[a] claim or interest, proof of which is filed under section 501 of this title is deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a). Section 502(b)(1) provides that a court shall not allow a claim if "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law . . . ." 11 U.S.C. § 502(b)(1).

As set forth in Bankruptcy Rule 3001(f), a properly executed and filed proof of claim constitutes *prima facie* evidence of the validity and the amount of the claim under section 502(a) of the Bankruptcy Code. *In re Garner*, 246 B.R. 617, 620 (B.A.P. 9th Cir. 2000). To overcome this presumption of validity, the party objecting to a proof of claim must present "facts tending to defeat the claim by probative force equal to that of the allegations of the proofs of claim themselves." *Wright v. Holm (In re Holm)*, 931 F.2d 620, 623 (9th Cir. 1991). Despite this requirement on the objector "the ultimate burden of persuasion is always on the claimant." *In re Landes*, 626 B.R. 531, 545 (Bankr. E.D. Cal. 2021) (citation omitted).

Section 507(a)(8) grants an eighth priority to allowed unsecured claims of a governmental unit for certain kinds of prepetition taxes. 11 U.S.C. § 507(a)(8); *see also Miller v. United States*,

363 F.3d 999, 1007 (9th Cir. 2004) ("Section 507(a)(8) establishes eighth level priority for 'allowed unsecured claims of governmental units[.]'") (quoting 11 U.S.C. § 507(a)(8)); 4 COLLIER ON BANKRUPTCY P 507.11[1] (2024) ("Overview of Tax Priority"). Section 101(27) defines "governmental unit" to mean "United States; State; Commonwealth; District; Territory; municipality; foreign state; department, agency, or instrumentality of the United States (but not a United States trustee while serving as a trustee in a case under this title), a State, a Commonwealth, a District, a Territory, a municipality, or a foreign state; or other foreign or domestic government."

Here, the Objected Claim asserts a § 507(a)(8) priority claim, yet the Claimant is not a governmental unit. Nor does the Claimant assert a claim for prepetition taxes. The asserted basis of the Objected Claim is instead "Lack of services performed." *See* Barnhardt Decl., Ex. 1 at 10. Any amount of the Objected Claim alleged to be priority under § 507(a)(8) must therefore be reclassified as a general unsecured claim. *See, e.g.*, *In re DeWitt Rehab. & Nursing Ctr., Inc.*, 476 B.R. 827, 830 (Bankr. S.D.N.Y. 2012) (sustaining an objection to the priority portion of a proof of claim and reclassifying the entire claim as a general unsecured claim).

## B. Reservation of Rights

The Trustee reserves all rights with respect to the Objected Claim and any other claim filed in this bankruptcy case. Nothing contained in this Motion shall be considered a waiver of rights or defenses, election of remedies, or any other concession with respect to the foregoing.

/ / /

/ / /

4

## 4. Conclusion

Based on the foregoing, the Trustee respectfully requests that the Court enter an order: (i) granting the Motion in its entirety; (ii) reclassifying the § 507(a)(8) priority amount of the Objected Claim to a general unsecured claim; and (iii) granting the Trustee such other and further relief as is just and appropriate under the circumstances.

DATED: May 30, 2025                           MARSHACK HAYS WOOD LLP


By:  */s/ Bradford N. Barnhardt*
    D. EDWARD HAYS
    AARON E. DE LEEST
    BRADFORD N. BARNHARDT
    General Counsel for Richard A. Marshack,
    Liquidating Trustee of the LPG Liquidation Trust

## **DECLARATION OF BRADFORD N. BARNHARDT**

I, Bradford N. Barnhardt, declare as follows:

1.      I am employed as an associate attorney at Marshack Hays Wood LLP, general counsel to Richard A. Marshack in his capacity as Liquidating Trustee of the LPG Liquidation Trust ("Trustee") for The Litigation Practice Group, P.C. ("Debtor"), in the above-captioned bankruptcy case ("Bankruptcy Case").

2.      I am admitted to practice law in the State of California and before this Court.

3.      I make this declaration in support of the Trustee's Motion Objecting to Alleged 11 U.S.C. § 507(a)(8) Priority Claim No. 101054-1 ("Objected Claim") filed by Samuel T. Jones.

4.      I have personal knowledge of the facts set forth below, or am informed of such facts in the course of my employment with Marshack Hays Wood LLP, and if called as a witness I could and would competently testify to the matters set forth in this declaration.

5.      Attached as Exhibit 1 is a true and correct copy of the Objected Claim on file with the Court, with certain redactions made to protect Mr. Jones's personal information.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 30, 2025, at Newport Beach, California.

*/s/ Bradford N. Barnhardt*

_____
BRADFORD N. BARNHARDT

**REQUEST FOR JUDICIAL NOTICE**

Richard A. Marshack, Liquidating Trustee of the LPG Liquidation Trust ("Trustee") for the Litigation Practice Group, P.C. ("Debtor"), in the above-captioned bankruptcy case ("Bankruptcy Case"), requests pursuant to Rule 201 of the Federal Rules of Evidence, that this Court take judicial notice of the following:

1.      On March 20, 2023, Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California, initiating Case No. 8:23-bk-10571-SC.

2.      On May 8, 2023, Richard A. Marshack was appointed as Chapter 11 Trustee of Debtor's Bankruptcy Estate and assumed all authority to administer Debtor's Estate in this case. Dkt. No. 65.

3.      On June 23, 2023, the Office of the United States Trustee appointed the Official Committee of Unsecured Creditors ("Committee") [Docket No. 134], which was amended to increase the number of Committee members on June 29, 2023. Docket No. 157.

4.      On December 22, 2023, the Court entered an order [Docket No. 785] approving the employment of Omni Agent Solutions ("Omni") as the noticing and claims agent in this Bankruptcy Case.

5.      On July 7, 2023, the Trustee filed a motion ("Sale Motion") to approve a sale of substantially all of the Debtor's assets ("Sale Transaction"). [Docket No. 191].

6.      On July 22, 2023, the Court entered a memorandum decision [Docket No. 320] approving the Sale Transaction. On August 2, 2023, the Court entered an order [Docket No. 352] granting the Sale Motion. The Sale Transaction closed on August 4, 2023.

7.      On January 2, 2024, the Bankruptcy Court entered an order [Docket No. 804] ("GUC Bar Date Order") establishing February 23, 2024, at 4:00 p.m. (prevailing Pacific Time) as the deadline to file claims for all persons and entities, including governmental units (as that term is defined in § 101(27)), holding secured, unsecured priority, or unsecured non-priority claims against the Debtor arising (or deemed to arise) before the Petition Date. The Bankruptcy Court further

established a Rejection Bar Date and a Chapter 5 Bar Date (as those terms are defined in the GUC bar date Order).

8.      On February 23, 2024, the Bankruptcy Court entered an order [Docket No. 963] establishing two modified general bar dates: (i) February 25, 2024, at 4:00 p.m. prevailing Pacific Time, as the deadline for certain consumer clients, holding a General Claim, that were provided notice of the bar dates in the GUC Bar Date Order on January 24, 2024, or January 25, 2024; and (ii) March 25, 2023, at 4:00 p.m. prevailing Pacific Time for certain consumer clients, holding a General Claim, to which the Trustee was unable to provide email notice.

9.      On June 17, 2024, the Court entered an order, Docket No. 1348 ("Disclosure Statement Order"), approving the solicitation of a disclosure statement, Docket No. 1345, describing the plan of liquidation jointly proposed by the Trustee and the Committee (as may be amended, modified, or supplemented from time to time) ("Plan").

10.     On August 29, 2024, the Court conducted a hearing to consider confirmation of the Modified First Amended Joint Chapter 11 Plan of Liquidation (Dated June 14, 2024), Docket No. 1344, and confirmed the same at the hearing and later entered the Order of Confirmation on September 9, 2024. Docket No. 1646.

11.     The Effective Date of the Plan occurred on September 24, 2024.  Docket No. 1762.

DATED:  May 30, 2025                    MARSHACK HAYS WOOD LLP

                                        /s/ Bradford N. Barnhardt
                                By:_____
                                    D. EDWARD HAYS
                                    AARON E. DE LEEST
                                    BRADFORD N. BARNHARDT
                                    General Counsel for Richard A. Marshack,
                                    Liquidating Trustee of the LPG Liquidation
                                    Trust

4879-9364-3756, v. 1

8

**EXHIBIT 1**

4253

UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA

Fill in the information to identify the case (Select only one Debtor per form):

[X] The Litigation Practice Group P.C. (Case No. 23-10571)

**FILED**

FEB 1 4 2024

By Omni Agent Solutions, Claims Agent
For U.S. Bankruptcy Court
Central District of California

Official Form 410

**Proof of Claim**

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions.

---

**Part 1:    Identify the Claim**

| | |
|---|---|
| 1. Who is the current creditor? | Samuel T Jones |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor __N/A__ |

| | |
|---|---|
| 2. Has this claim been acquired from someone else? | [X] No |
| | [ ] Yes    From whom? _____ |

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Samuel Jones
Name

543 Colonel Thomas Heyward Rd
Number    Street

Bluffton, SC. 29909
City                State        ZIP Code

Contact Phone  8033484493

Contact email  samueljones63@hotmail.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one)

Where should payments to the creditor be sent? (if different)

Name

Number    Street

City                State        ZIP Code

Contact Phone

Contact email

| | |
|---|---|
| 4. Does this claim amend one already filed? | [X] No |
| | [ ] Yes    Claim Number on court claims registry (if known) _____    Filed On _____ MM / DD / YYYY |

| | |
|---|---|
| 5. Do you know if anyone else has filed a proof of claim for this claim? | [X] No |
| | [ ] Yes    Who made the earlier filing? _____ |

101054-1 AD

Official Form 410                    Proof of Claim                    Page 1

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

| 6. | Do you have any number you use to identify the debtor? | ☒ No ☐ Yes |
|---|---|---|

Last 4 digits of the debtor's account or any number you use to identify the debtor: _____

**7. How much is the claim?**     $ 10,250

**Does this amount include interest or other charges?**

☒ No

☐ Yes    Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information

Lack of services performed

**9. Is all or part of the claim secured?**

☒ No

☐ Yes    The claim is secured by a lien on property

**Nature of property:**

☐ Real Estate   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*

☐ Motor Vehicle

☐ Other    Describe: _____

**Basis for perfection:**

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.

| | | |
|---|---|---|
| **Value of Property:** | $ _____ | |
| **Amount of the claim that is secured:** | $ _____ | |
| **Amount of the claim that is unsecured:** | $ _____ | (The sum of the secured and unsecured amounts should match the amount in line 7). |

**Amount necessary to cure any default as of the date of the petition:**    $ _____

**Annual Interest Rate:**   (when case was filed) _____ %

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☒ No

☐ Yes    Amount necessary to cure any default as of the date of the petition.    $ _____

**11. Is this claim subject to a right of setoff?**

☒ No

☐ Yes    Identify the property: _____

**12. Is this claim for the value of goods received by the debtor within 20 days before the commencement date of this case (11 U.S.C. §503(b)(9)?**

☒ No

☐ Yes    Amount of 503(b)(9) Claim: $ _____

EXHIBIT 1, PAGE 10

| 13. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes  *Check all that apply* | |

| | | |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☒ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 10,250 |
| | ☐ Contributions to an employee benefit plan 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $ |

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:     Sign Below

The person completing this proof of claim must sign and date it.
**FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
**18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am the guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    02/12/2024
                    MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

| Name | Samuel Jones | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Title | |
|---|---|

| Company | |
|---|---|
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |

| Address | 543 Colonel Thomas Heyward Road | | |
|---|---|---|---|
| | Number        Street | | |
| | Bluffton,SC. 29909 | | |
| | City | State | ZIP Code |

| Contact Phone | 8033484493 | Email | samueljones63@hotmail.com |
|---|---|---|---|

EXHIBIT 1, PAGE 11

2/7/24, 10:32 AM                                    Mail - samuel jones - Outlook

LPG- Notice of Claims Bar Date and Proof of Claim Forms

LPGinquiries@omniagnt.com <LPGinquiries@omniagnt.com>
Wed 1/24/2024 8:17 AM
To:Samuel Jones <samueljones63@hotmail.com>

📎 4 attachments (440 KB)
FINAL Bar Date Notice for Service 011824 429.pdf; 816216_poc_instructions.pdf; LPG_CustomerClaimForm_draft20240119
153PM.pdf; LPG_POC_410_Fillable.pdf;

Dear Consumer Client of Litigation Practice Group:

  **PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the Central District of California
entered an Order Docket No. 804 setting the deadline of **February 23, 2024** ("Bar Date") to file proofs
of claim against the bankruptcy estate of The Litigation Practice Group P.C. ("Debtor"):

  **PLEASE TAKE FURTHER NOTICE** that the Court has approved two different types of claim forms.
First, all holders of General Claims that are not Consumer Claimants (defined below), holders of
Rejection Claims, and holders of Chapter 5 Claims must utilize Official Form 410 for the submission of
Proofs of Claim (the "General Claim Form"). Second, in light of the unique issues facing the Debtor's
consumer creditors (the "Consumer Claimants") who assert claims arising from or related to their
attorney-client relationship with the Debtor (the "Consumer Claims"), the Court has authorized a
unique claim form (the "Consumer Claim Form") with additional information that may be helpful to
Consumer Claimants in completing their proof of claim. Consumer Claimants, however, can use either
the Consumer Claim Form or the General Claim Form. Consumer Claimants may, but are not required,
to file a proof of claim using the Consumer Claim Form if they have already timely filed a proof of
claim using the General Claim Form.

Each General Claim Form or Consumer Claim Form, including supporting documentation, must be
submitted in person, by courier service, overnight delivery, hand delivery, or United States mail **so as
to be actually received** by Omni on or before the applicable Bar Date at the following address:

                        The Litigation Practice Group P.C. Claims Processing
                                  c/o Omni Agent Solutions
                                5955 De Soto Ave., Suite 100
                                  Woodland Hills, CA 91367

  Additionally, Claim Forms related to the case may be submitted electronically using the interface
available on the website maintained by Omni in this Bankruptcy Case
https://omniagentsolutions.com/LPG **so as to be actually received** by Omni on or before the
applicable Bar Date. **Claim Forms sent by facsimile, telecopy, electronic mail, or other form of
electronic submissions will not be accepted**.

Thank you.

EXHIBIT 1, PAGE 12

2/7/24, 11:02 AM                                 Mail - samuel jones - Outlook

## Re: Samuel Jones - LPG -PGL - Summons Received - Update

**Ty Carss** <ty.carss@phoenixlaw.co>
Tue 11/14/2023 10:32 AM
To: samuel jones <samueljones63@hotmail.com>

*(handwritten: Cleared = $10,252.00  "Unknown P.it"  Paid to LPG)*

Screen shot of payments page:

| # | Process Date | Amount | Cleared Date | Status | Memo | Description |
|---|---|---|---|---|---|---|
| 1 | 07/06/2022 | $1,499.96 | 07/11/2022 | Cleared | ACH Monthly Debit | |
| 2 | 08/08/2022 | $1,499.96 | 08/11/2022 | Cleared | ACH Monthly Debit | |
| 3 | 09/16/2022 | $1,499.96 | 09/21/2022 | Cleared | ACH Monthly Debit | |
| 4 | 10/28/2022 | $1,499.96 | | Cancelled | ACH Monthly Debit (ODD 10/17/2022) | |
| 5 | 11/16/2022 | $1,499.96 | 11/22/2022 | Cleared | ACH Monthly Debit | |
| 6 | 12/16/2022 | $1,499.96 | 12/28/2022 | Cleared | ACH Monthly Debit | |
| 7 | 01/17/2023 | $500.96 | 01/26/2023 | Cleared | ACH Monthly Debit partial payment of ODD 01/17/2023 | |
| 8 | 02/16/2023 | $749.98 | | Unknown | ACH Monthly Debit Partial Payment | Drafted by outside processor |
| 9 | 03/16/2023 | $1,499.96 | 03/24/2023 | Cleared | ACH Monthly Debit | |
| 10 | 04/17/2023 | $1,499.96 | | Rejected | ACH Monthly Debit | Unable to authorize and capture transaction via echeck sale |
| 11 | 05/16/2023 | $1,499.96 | | Returned | ACH Monthly Debit | R08 - Payment Stopped |
| 12 | 08/16/2023 | $1,078.96 | | Open | ACH Monthly Debit | |
| 13 | 09/18/2023 | $1,078.96 | | Open | ACH Monthly Debit | |
| 14 | 10/16/2023 | $1,078.96 | | Open | ACH Monthly Debit | |
| 15 | 11/16/2023 | $1,078.96 | | Open | ACH Monthly Debit | |
| 16 | 12/18/2023 | $1,078.96 | | Open | ACH Monthly Debit | |

*(handwritten annotations in left margin: LPG, PLG, PLG)*

Ty Carss, Esq.
**Managing Attorney | Phoenix Law PC**
ty.carss@phoenixlaw.co | **Ph. 424.622.4044**
NOTICE: This email message (including any attachments) may contain confidential and/or legally privileged material. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you.

EXHIBIT 1, PAGE 13



**First Community Bank**
PO Box 64
Lexington, SC 29071

| | |
|---|---|
| Statement Date | 07/29/2022 |
| Checks/Items Enclosed | 4 |
| Page | 1 |

Return Service Requested
00026537 F231DD07302201330300 01 000000000 0000000 010

SAMUEL T JONES
MICHELE MELISSA JONES
5 MAYTREE CT
IRMO SC 29063-8286

### We Are Here To Help

Bank 24/7 at www.firstcommunitysc.com

Stop by your local
banking office ............................... 1(803)781-3000

Access your account anytime
through telephone banking ............ 1(800)829-6372

---

**FREE CHECKING**                                   **Account Number: XXXXXX7965**

## Balance Summary



Beginning Balance as of 07/01/2022
  + Deposits and Credits (30)
  – Withdrawals and Debits (120)
**Ending Balance as of 07/31/2022**
Service Charges for Period
Average Balance for Period
Average Collected Balance for Period
Minimum Balance for Period

## DEPOSITS AND OTHER CREDITS

| Date | Description | Deposits |
|---|---|---|
| Jul 05 | BENEFIT PAYMENTS/DEPOSIT | |
| Jul 07 | DEPOSIT | |
| Jul 08 | AIG INSURANCE MA/J P MORGAN | |
| Jul 08 | REF15921301 TRANSFERFROM DEP*1431 | |
| Jul 12 | RAISER 6795/EDI PAYMNT REF*TN*GNJW9Y2HY6\ GNJW9Y2HY61234W SAMUEL JONES | |
| Jul 15 | REF 75079427 FROM *1431 | |
| Jul 22 | AIG INSURANCE MA/J P MORGAN | |
| Jul 26 | RAISER 6795/EDI PAYMNT REF*TN*CDUG76OMXN\ CDUG76OMXN41RH2 SAMUEL JONES | |

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Withdrawals |
|---|---|---|
| Jul 05 | REF15915127 TRANSFERTO DEP*1431 | |
| Jul 05 | AMEX EPAYMENT/ACH PMT | |
| Jul 05 | FREEDOMFNCL18B/PAYMENT | |
| Jul 06 | FIRST HERITAGE/D000168211 | |
| Jul 07 | PALMETTOEC/PAYMENT | |
| Jul 07 | LPG 9492296262/2721444451 | 1,499.96 |
| Jul 07 | OVERDRAFT FUNDS PAID CHARGE | |
| Jul 08 | REF 08718999 TO *1431 | |




MEMBER FDIC

 **First Community Bank**  PO Box 64  Lexington, SC 29071

| | |
|---|---|
| Statement Date | 08/31/2022 |
| Checks/Items Enclosed | 2 |
| Page | 1 |

Return Service Requested
00026634 F231DD09012202380100 01 000000000 0000000 011

SAMUEL T JONES
MICHELE MELISSA JONES
6 MAYTREE CT
IRMO SC 29063-8286

### We Are Here To Help

 Bank 24/7 at www.firstcommunitysc.com

| | |
|---|---|
| Stop by your local banking office | 1(803)781-3000 |
| Access your account anytime through telephone banking | 1(800)829-6372 |



**FREE CHECKING**                                   **Account Number: XXXXXX7965**

## Balance Summary

**Beginning Balance as of 08/01/2022**
  + Deposits and Credits  (31)
  - Withdrawals and Debits  (141)
**Ending Balance as of 08/31/2022**
Service Charges for Period
Average Balance for Period
Average Collected Balance for Period
Minimum Balance for Period

## DEPOSITS AND OTHER CREDITS

| Date | Description | Deposits |
|---|---|---|
| Aug 02 | RAISER 6795/EDI PAYMNT REF*TN*Y1PZAVN5K0\ Y1PZAVN5K0U7O1Y SAMUEL JONES | |
| Aug 05 | AIG INSURANCE MA/J P MORGAN | |
| Aug 12 | OPTUM BANK/REIMBUR | |
| Aug 16 | RAISER 6795/EDI PAYMNT REF*TN*DX80KHVG6J\ DX80KHVG6JWAZLC SAMUEL JONES | |
| Aug 19 | AIG INSURANCE MA/J P MORGAN | |
| Aug 23 | REF 24547121 FROM *1431 | |
| Aug 23 | REFUND STOP/HOLD FEE | |
| Aug 23 | REFUND STOP/HOLD FEE | |
| Aug 24 | WELLS FARGO IFI/DDA TO DDA | |
| Aug 25 | WELLS FARGO IFI/DDA TO DDA | |



## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Withdrawals |
|---|---|---|
| Aug 02 | DOMINION ENERGY/DRAFT | |
| Aug 03 | AMEX EPAYMENT/ACH PMT | |
| Aug 05 | PALMETTOEC/PAYMENT | |
| Aug 09 | LPG 9492296262/2721444451 | 1,499.95 |
| Aug 12 | WELLS FARGO IFI/DDA TO DDA | |
| Aug 17 | PROTECTIVE LIFE/INS. PREM. | |







**MEMBER FDIC**

Statement Date     09/30/2022
Page     2

## DEBITS AND OTHER WITHDRAWALS (Continued)



| Date | Description | Withdrawals |
|---|---|---|
| Sep 13 | POS PURCHASE FEE CBA FEES EPL*KCORIUSE.COM YANTAI CN 999999 *****0644 09/09 04:42 | |
| Sep 15 | PROTECTIVE LIFE/INS. PREM. | |
| Sep 19 | PROTECTIVE LIFE/INS. PREM. | |
| Sep 19 | IRS/USATAXPYMT | |
| Sep 19 | LPG 9492296262/2721444451 | 1,499.96 |
| Sep 21 | REF15919156 TRANSFERTO DEP*1431 | |
| Sep 21 | REF15919161 TRANSFERTO DEP*1431 | |
| Sep 26 | POS PURCHASE FEE CCA FEES FRILLYKATE.COM SHEN ZHEN SHI CN MASTER *****0644 09/24 02:12 | |
| Sep 26 | POS PURCHASE FEE CBA FEES FRILLYKATE.COM SHEN ZHEN SHI CN MASTER *****0644 09/24 02:12 | |
| Sep 27 | POS PURCHASE FEE CBA FEES UNS *HEZHO ZHENGZHOU CN 810411 *****0644 09/26 04:46 | |
| Sep 30 | FREEDOMFNCL18B/PAYMENT | |

## ATM/POS TRANSACTION SUMMARY

| Date | Description | Deposits | Withdrawals |
|---|---|---|---|
| Sep 01 | EPAYMENT TRANSFER UBER SAN FRANCISCO CA 00GDC0 *****0644 08/31 19:52 | | |
| Sep 01 | EPAYMENT TRANSFER UBER SAN FRANCISCO CA 00GDC0 *****0644 08/31 18:34 | | |
| Sep 02 | EPAYMENT TRANSFER UBER SAN FRANCISCO CA 00GDC0 *****0644 09/02 13:10 | | |
| Sep 02 | POS PURCHASE WITH PIN CIRCLE K 05385 1565 FO BLUFFTON SC 0200 *****0644 09/02 14:25 | | |
| Sep 02 | POS PURCHASE WITH PIN SHELL SERVICE S SAVANNAH GA 344868 *****0644 09/02 11:13 | | |
| Sep 02 | POS PURCHASE WITH PIN PARKERS 43 BLUFFTON SC 622008 *****0644 09/02 13:08 | | |
| Sep 02 | POS PURCHASE WITH PIN PARKERS 43 BLUFFTON SC 622008 *****0644 09/02 12:09 | | |
| Sep 02 | POS PURCHASE WITH PIN NNT GEORGIA TASTING0016 SAVANNAH GA 023770 *****0644 09/02 18:09 | | |
| Sep 02 | POS PURCHASE NON-PIN ACI*ACCESSONE FM1 888-458-6272 SC 999999 *****0644 09/01 05:17 | | |
| Sep 02 | EPAYMENT TRANSFER 09/02 07:09 800-829-6372 ZELLE MICHELE JONES | | |
| Sep 02 | EPAYMENT TRANSFER 09/02 07:09 800-829-6372 ZELLE MICHELE JONES | | |
| Sep 06 | EPAYMENT TRANSFER UBER SAN FRANCISCO CA 00GDC0 *****0644 09/06 09:22 | | |
| Sep 06 | EPAYMENT TRANSFER UBER SAN FRANCISCO CA 00GDC0 *****0644 09/05 12:14 | | |
| Sep 06 | EPAYMENT TRANSFER UBER SAN FRANCISCO CA 00GDC0 *****0644 09/03 13:25 | | |
| Sep 06 | POS PURCHASE WITH PIN GRANTS MINI MARKET HILTON HEAD I SC 114599 *****0644 09/05 09:46 | | |
| Sep 06 | POS PURCHASE WITH PIN CIRCLE K 05385 1565 FO BLUFFTON SC 0200 *****0644 09/03 14:00 | | |

December 7, 2022  ■  Page 2 of 7



WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/15 | | Ss&C Technologie Payroll 000101 Cer000282983475 Samuel Jones | | | |
| 11/15 | | Transfer to Jones Michele on 11/15 Ref #Pp0Qtbv7P6 xxxxxx5628 | | | |
| 11/16 | | Online Transfer From First Community Bank Chk xxxx965 S. Jones Ref #F20Gwt7Dx5 on 11/15/22 | | | |
| 11/16 | | Purchase authorized on 11/15 Nic*-Ridgeland Mun Egov.Com SC S30231978221967 Card 8064 | | | |
| 11/16 | | Purchase authorized on 11/15 Cvs/Pharmacy #1125 Hardeeville SC S302319841208752 Card 8064 | | | |
| 11/16 | | Purchase authorized on 11/15 Cvs/Pharmacy #1125 Hardeeville SC S302319843514478 Card 8064 | | | |
| 11/16 | | Lpg 949-229-6262 Direct Pay 111522 221115Hcwp7Nfyf Samueltjones | | 1,499.96 | |
| 11/17 | | Purchase authorized on 11/16 British Open Pub Bluffton SC S462321020315681 Card 8064 | | | |
| 11/18 | | Purchase authorized on 11/17 Food Lion #2691 Bluffton SC S382321649225788 Card 8064 | | | |
| 11/21 | | Purchase authorized on 11/18 Cofc Td Arena Charleston SC S382322784789307 Card 8064 | | | |
| 11/21 | | Purchase authorized on 11/18 Cofc Td Arena Charleston SC S382322828032119 Card 8064 | | | |
| 11/21 | | Purchase authorized on 11/19 Starbucks Store 08 Mount Pleasan SC S382323400843517 Card 8064 | | | |
| 11/21 | | Purchase authorized on 11/19 IN *Hairy Winston, MT Pleasant SC S302323569660319 Card 8064 | | | |
| 11/21 | | Purchase authorized on 11/19 King Street Grille Mount Pleasan SC S582323645783210 Card 8064 | | | |
| 11/21 | | Purchase authorized on 11/19 Cke*Tommy Condon's Charleston SC S462324065482509 Card 8064 | | | |
| 11/21 | | Purchase authorized on 11/19 Charleston CO Park Charleston SC S462324070281426 Card 8064 | | | |
| 11/21 | | Purchase authorized on 11/20 Cofc Td Arena Charleston SC P582324731224470 Card 8064 | | | |
| 11/21 | | Purchase authorized on 11/20 Cofc Td Arena Charleston SC S462324766158472 Card 8064 | | | |
| 11/21 | | Purchase authorized on 11/20 Cofc Td Arena Charleston SC P582324784628192 Card 8064 | | | |
| 11/22 | | Purchase authorized on 11/20 Starbucks Store 08 Mount Pleasan SC S382324417300025 Card 8064 | | | |
| 11/22 | | Purchase authorized on 11/20 Palmetto Parking Charleston SC S382324572760590 Card 8064 | | | |
| 11/22 | | Purchase authorized on 11/20 Tst* Kickin Chicke Mount Pleasan SC S302324691288441 Card 8064 | | | |
| 11/22 | | Purchase authorized on 11/20 Bedford Falls Chs Charelston SC S462325005698965 Card 8064 | | | |
| 11/23 | | Purchase authorized on 11/21 Starbucks Store 08 Mount Pleasan SC S582325411561187 Card 8064 | | | |
| 11/23 | | Purchase authorized on 11/21 Frankie Bones Bluf Bluffton SC S582325861778987 Card 8064 | | | |
| 11/23 | | Purchase authorized on 11/22 Heuser Ace Hardwar Hardeeville SC S302326813107543 Card 8064 | | | |
| 11/23 | | Purchase authorized on 11/22 Circle K # 23630 Hardeeville SC S582326815380361 Card 8064 | | | |
| 11/23 | | Purchase authorized on 11/22 Circle K # 23630 Hardeeville SC S582326819080620 Card 8064 | | | |
| 11/25 | | Purchase authorized on 11/23 Circle K # 23630 Hardeeville SC S582327811376352 Card 8064 | | | |
| 11/25 | | Purchase authorized on 11/23 The Upper Crust PO Bluffton SC S582328000925327 Card 8064 | | | |

EXHIBIT 1, PAGE 17

January 9, 2023 ■ Page 3 of 8



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 12/15 | 176 | Deposited OR Cashed Check | | | |
| 12/16 | | Purchase authorized on 12/14 Amk Tampa Conv Ctr Tampa FL S4623468389143467 Card 8064 | | | |
| 12/16 | | Purchase authorized on 12/16 Cheers Liquors and Win Hardeeville SC P000000057248165 Card 8064 | | | |
| 12/16 | | Purchase authorized on 12/16 Circle K # 23630 14 D. Hardeeville SC P000000484054080 Card 8064 | | | |
| 12/16 | | Purchase authorized on 12/16 Parkers 32 Bluffton SC P000000271027545 Card 8064 | | | |
| 12/16 | | Lpg 949-229-6262 Direct Pay 121522 221215Wwjov5L9S Samueltjones | | 1,499.96 | |
| 12/19 | | Purchase authorized on 12/16 Subway 3794 Hardeeville SC S302350657410502 Card 8064 | | | |
| 12/19 | | Purchase authorized on 12/16 Amazon.Com*xx09V7J Amzn.Com/Bill WA S582350759265624 Card 8064 | | | |
| 12/19 | | Purchase authorized on 12/17 Spankys - Southsid Savannah GA S582351661642372 Card 8064 | | | |
| 12/19 | | Purchase authorized on 12/17 Kohls 1456 7939 Abercorn Savannah GA P582351701246331 Card 8064 | | | |
| 12/19 | | Purchase authorized on 12/17 Black Marlin Baysi 843-7854950 SC S582351836939263 Card 8064 | | | |
| 12/19 | | Purchase authorized on 12/17 Tst* The Smokehous Hilton Head I SC S382352017351197 Card 8064 | | | |
| 12/19 | | Purchase authorized on 12/18 Palmetto 1460 Fording Bluffton SC P000000686772452 Card 8064 | | | |
| 12/19 | | Purchase authorized on 12/18 Lowe's #1533 Bluffton SC P382352673317282 Card 8064 | | | |
| 12/19 | | Purchase authorized on 12/18 Parkers 38 Bluffton SC P302352684120997 Card 8064 | | | |
| 12/19 | | Zelle to Jones Samuel Ref #Pp0Qwkggb2 | | | |
| 12/19 | | Protective Life Ins. Prem. 221215 P0Ee00347671 Samuel T Jones | | | |
| 12/20 | | Purchase authorized on 12/16 Amzn Mktp US*Xm1Vu Amzn.Com/Bill WA S302351170938826 Card 8064 | | | |
| 12/20 | | Purchase authorized on 12/17 Habersham Beverage 912-9616744 GA S302351704938558 Card 8064 | | | |
| 12/20 | | Zelle to Jones Samuel Ref #Pp0Qwl68Q9 | | | |
| 12/21 | | Purchase authorized on 12/21 Walgreens Store 138 Okati Okatie SC P582355789516488 Card 8064 | | | |
| 12/21 | | Purchase authorized on 12/21 Publix Super Mar 112 Nick Hardeeville SC P46235580032902 Card 8064 | | | |
| 12/21 | | Purchase authorized on 12/21 Walgreens Store 138 Okati Okatie SC P462355813587985 Card 8064 | | | |
| 12/22 | | Zelle From Samuel Jones on 12/22 Ref # 0D907Bmcaory | | | |
| 12/22 | | Purchase authorized on 12/20 Nectar Farm Kitche Bluffton SC S302355029212125 Card 8064 | | | |
| 12/22 | | Online Transfer to Jones J Wells Fargo Clear Access Banking xxxxxx2968 Ref #Ib0H8Fcknr on 12/22/22 | | | |
| 12/22 | | Purchase authorized on 12/22 Dicks Sporting Goods Bluffton SC P582356848785861 Card 8064 | | | |
| 12/23 | | Ss&C Technologie Expenses 221221 2212213008283 Samuel Jones | | | |
| 12/23 | | Purchase authorized on 12/22 British Open Pub Bluffton SC S462357039659866 Card 8064 | | | |
| 12/23 | | Purchase authorized on 12/23 Food Lion #2691 210 OK Bluffton SC P000000981314880 Card 8064 | | | |
| 12/23 | | Purchase authorized on 12/23 Parkers 36 Bluffton SC P000000075494662 Card 8064 | | | |
| 12/27 | | Purchase authorized on 12/22 Sport Clips - SC40 Bluffton SC S302356633824473 Card 8064 | | | |
| 12/27 | | Purchase authorized on 12/23 Okatiealehouse Okatie SC S302357658116713 Card 8064 | | | |

EXHIBIT 1, PAGE 18

February 7, 2023 ■ Page 2 of 7


WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 1/10 | | Purchase authorized on 01/08 The Sandbar - SC 843-3386168 SC S583008682161226 Card 8064 | | | |
| 1/10 | | Purchase authorized on 01/09 Heuser Ace Hardwar Hardeeville SC S583009568511413 Card 8064 | | | |
| 1/10 | | Purchase authorized on 01/10 America's Best Bluffton SC P000000989279401 Card 8064 | | | |
| 1/11 | | Purchase authorized on 01/10 IL Carpaccio Hilton Head SC S583011031433711 Card 8064 | | | |
| 1/11 | | Purchase with Cash Back $ 20.00 authorized on 01/11 Food Lion #2691 210 OK Bluffton SC P000000686307179 Card 8064 | | | |
| 1/11 | | Transfer to Jones Michele on 01/11 Ref #Pp0Qxz3Mmk Cougar Card | | | |
| 1/12 | | Purchase authorized on 01/11 The UPS Store 1500 843-6896507 SC S583011632110809 Card 8064 | | | |
| 1/13 | | Ss&C Technologie Payroll 000101 Cer000299865950 Samuel Jones | | | |
| 1/13 | | Purchase authorized on 01/12 British Open Pub Bluffton SC S383013033290468 Card 8064 | | | |
| 1/13 | | Transfer to Jones Michele on 01/13 Ref #Pp0Qy42C5Z xxxxxx5628 | | | |
| 1/13 | | Purchase authorized on 01/13 America's Best Bluffton SC P000000981897389 Card 8064 | | | |
| 1/13 | | Purchase authorized on 01/13 Parker's 91 Bluffton SC P463013646185753 Card 8064 | | | |
| 1/13 | | Purchase authorized on 01/13 Parker's 91 Bluffton SC P000000786396805 Card 8064 | | | |
| 1/13 | | Purchase with Cash Back $ 20.00 authorized on 01/13 Kroger #6 38 Shelter C Hilton Head SC P000000280677423 Card 8064 | | | |
| 1/17 | | Purchase authorized on 01/13 Quinn's Diamond Je Hilton Head SC S303013779308679 Card 8064 | | | |
| 1/17 | | Purchase authorized on 01/13 Skull Creek Docksi Hilton Head I SC S383013859836038 Card 8064 | | | |
| 1/17 | | Zelle to Jones Samuel on 01/14 Ref #Rp0Qy6C5Nk | | | |
| 1/17 | | Zelle to Jones Samuel on 01/14 Ref #Rp0Qy6Ccm3 | | | |
| 1/17 | | Purchase authorized on 01/14 Calhoun Street Tav Bluffton SC S383014690911709 Card 8064 | | | |
| 1/17 | | Purchase authorized on 01/14 Publix Super Mar 112 Nick Hardeeville SC P583014758973849 Card 8064 | | | |
| 1/17 | | Recurring Transfer to First Community Bank Chk xxxx965 S. Jones Ref #Fp0Hg8Zkm5 on 01/15/23 | | | |
| 1/17 | | Purchase authorized on 01/15 Walgreens Store 20 Hatton Hilton Head I SC P303015749670210 Card 8064 | | | |
| 1/17 | | Recurring Payment authorized on 01/15 ADT Security 877-464-7437 PA S463016063789124 Card 8064 | | | |
| 1/17 | | Purchase authorized on 01/16 Golfback 407-505-9091 PA S383016570041469 Card 8064 | | | |
| 1/17 | | Purchase authorized on 01/16 Cvs/Pharm 11255--40 D. Hardeeville SC P000000073994782 Card 8064 | | | |
| 1/17 | | Purchase authorized on 01/16 Parkers 33 Bluffton SC P463016727653706 Card 8064 | | | |
| 1/17 | | Purchase authorized on 01/16 Okatiealehouse Okatie SC S463016756920896 Card 8064 | | | |
| 1/17 | | Purchase authorized on 01/16 Food Lion #2691 210 OK Bluffton SC P000000986003903 Card 8064 | | | |
| 1/17 | | Purchase authorized on 01/17 Food Lion #2691 210 OK Bluffton SC P000000085624913 Card 8064 | | | |
| 1/17 | | Lpg 949-229-6262 Direct Pay 011823 230116WF4Plwsob Samueltjones | | 500.96 | |
| 1/18 | | Zelle From Samuel Jones on 01/18 Ref # 0D907B3C4U3D | | | |

April 7, 2023 ■ Page 3 of 8



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/16 | | Purchase authorized on 03/14 Emg and Minute Loa 888-2135744 VA S463073796494840 Card 4108 | | | |
| 3/16 | | Recurring Payment authorized on 03/15 ADT Security 877-464-7437 PA S383075121438306 Card 4108 | | | |
| 3/16 | | Purchase authorized on 03/16 Petsmart #3157 Hardeeville SC P463075552305119 Card 4108 | | | |
| 3/16 | | Purchase with Cash Back $ 40.00 authorized on 03/16 WM Superc Wal-Mart Sup Hardeeville SC P000000889437080 Card 4108 | | | |
| 3/16 | < | Business to Business ACH Debit - Dave, Inc Debit 6411Bd45E6C5Eb146Ef452A1/ 0B1A684DC061353 | | | |
| 3/17 | | Zelle From Samuel Jones on 03/17 Ref # 0D90Nbzrzpni | | | |
| 3/17 | | Purchase authorized on 03/16 British Open Pub Bluffton SC S583075818473985 Card 4108 | | | |
| 3/17 | | Online Transfer to Jones J Wells Fargo Clear Access Banking xxxxx2968 Ref #Ib0Hzbwgn5 on 03/17/23 | | | |
| 3/17 | | Purchase authorized on 03/17 Parkers 38 Bluffton SC P000000289369831 Card 4108 | | | |
| 3/17 | | Protective Life Ins. Prem. 230315 P0Ee00347671 Samuel T Jones | | | |
| 3/17 | | Clg Processing Epay Mar 17 2630925872 Samueltjones | | 1,499.96 | |
| 3/20 | | Purchase authorized on 03/16 Nectar Farm Kitche Bluffton SC S583075786644685 Card 4108 | | | |
| 3/20 | | Purchase authorized on 03/17 Skull Creek Docksi Hilton Head I SC S583076789381380 Card 4108 | | | |
| 3/20 | | Purchase authorized on 03/17 Okatiealehouse Okatie SC S583077024604149 Card 4108 | | | |
| 3/20 | | Purchase authorized on 03/18 Island Rec Center Hilton Head I SC S463077671989497 Card 4108 | | | |
| 3/20 | | Online Transfer to Jones J Wells Fargo Clear Access Banking xxxxxx2968 Ref #Ib0Hzpdfgh on 03/18/23 | | | |
| 3/20 | | Purchase authorized on 03/19 Tst* Skillets Cafe Hilton Head I SC S583078594853654 Card 4108 | | | |
| 3/20 | | Purchase authorized on 03/19 Sp Coastal Provisi 184-33413838 SC S583078635427053 Card 4108 | | | |
| 3/20 | | Purchase authorized on 03/19 Heuser Hdwe- Buckw Bluffton SC S463078665763963 Card 4108 | | | |
| 3/20 | | Purchase authorized on 03/19 Publix Super Mar 101 Buck Bluffton SC P303078682835031 Card 4108 | | | |
| 3/20 | | Online Transfer to Jones J Wells Fargo Clear Access Banking xxxxxx2968 Ref #Ib0Hzxzcvx on 03/19/23 | | | |
| 3/20 | | Purchase authorized on 03/20 Walgreens Store 138 Okati Okatie SC P383079541309148 Card 4108 | | | |
| 3/20 | | Beaufort County 8002689153 230318 Samuel Jones | | | |
| 3/21 | | Purchase authorized on 03/19 Coligny Hardware & Hilton Head I SC S383078622089061 Card 4108 | | | |
| 3/21 | | Purchase authorized on 03/19 Okatiealehouse Okatie SC S303078764720202 Card 4108 | | | |
| 3/21 | | Purchase authorized on 03/19 Autocheck.Com 888-4092204 IL S583079040824391 Card 4108 | | | |
| 3/22 | | Purchase authorized on 03/21 Advance Auto Parts Okatie SC S383080583503375 Card 4108 | | | |
| 3/22 | | Purchase authorized on 03/21 Advance Auto Parts Okatie SC S463080585198689 Card 4108 | | | |
| 3/22 | | Purchase authorized on 03/21 Tst* Captain Woody Bluffton SC S463080834612977 Card 4108 | | | |
| 3/23 | | Purchase authorized on 03/23 Best Buy 664 00006643 Bluffton SC P463082692434276 Card 4108 | | | |
| 3/23 | | Purchase authorized on 03/23 Parkers 36 Bluffton SC P463082697367469 Card 4108 | | | |
| 3/23 | | Purchase authorized on 03/23 Parkers 36 Bluffton SC P000000077126752 Card 4108 | | | |
| 3/23 | | Purchase authorized on 03/23 Food Lion #2691 210 OK Bluffton SC P000000583028042 Card 4108 | | | |

EXHIBIT 1, PAGE 20

Keith C. Owens (Bar No 184841)
Nicholas A. Koffroth (Bar No. 287854)
**FOX ROTHSCHILD LLP**
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Telephone:    (310) 598-4150
Facsimile:    (310) 556-9828
kowens@foxrothschild.com
nkoffroth@foxrothschild.com

*Counsel For Official Committee of Unsecured
Creditors*

D. Edward Hays (Bar No. 162507)
Laila Masud (Bar No. 311731)
**MARSHACK HAYS WOOD LLP**
870 Roosevelt
Irvine, CA 92620
Telephone:    (949) 333-7777
Facsimile:    (949) 333-7778
ehays@marshackhays.com
lmasud@marshackhays.com

*Counsel For Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| THE LITIGATION PRACTICE GROUP, P.C., | Case No. 8:23-bk-10571-SC |
| | **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM** |
| Debtor. | **General Bar Date** |
| | Date:  February 23, 2024 |
| | Time: 4:00 p.m. (prevailing Pacific Time) |

**TO ALL CREDITORS AND INTEREST HOLDERS OF THE LITIGATION PRACTICE GROUP P.C.:**

**PLEASE TAKE NOTICE** that, on January 2, 2024, the United States Bankruptcy Court for the Central District of California entered an Order [Docket No. 804][1] setting the following deadlines to file proofs of claim against the bankruptcy estate of The Litigation Practice Group P.C. ("Debtor"):

| General Bar Date | **February 23, 2024, at 4:00 p.m. prevailing Pacific Time** (the "General Bar Date") is the deadline for all persons and entities, ***including governmental units*** (as that term is defined in § 101(27)), holding a secured claim, unsecured priority, or unsecured non-priority claim against the Debtor arising (or deemed to arise) before the March 20, 2023, Petition Date (each, a "General Claim").[2] |
|---|---|

---

[1] Unless otherwise defined, all capitalized terms have the definitions set forth or referenced in the Order.

[2] Parties subject to the General Bar Date include, but are not limited to: (a) any Person or Entity whose claim against the Debtor is not listed in the Debtor's Schedules, or is listed as "contingent,"

| Rejection Bar Date | For claims relating to the rejection of an executory contract or unexpired lease (a "Rejection Claim"), the later of (i) the General Bar Date; and (ii)(a) the date set forth in an order authorizing the Debtor to reject such contract or lease pursuant to § 365 (including any order confirming a plan in the Bankruptcy Case), or (b) if no specific date is set forth, thirty (30) days from the date the rejection order (the "Rejection Bar Date"). |
|---|---|
| Chapter 5 Bar Date | For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (a "Chapter 5 Claim"), the later of (i) the General Bar Date; and (ii) thirty (30) days after the date of entry of the judgment avoiding the transfer (the "Chapter 5 Bar Date"). |

**PLEASE TAKE FURTHER NOTICE** that the Court has approved two different types of claim forms. *First*, all holders of General Claims that are not Consumer Claimants (defined below), holders of Rejection Claims, and holders of Chapter 5 Claims must utilize Official Form 410 for the submission of Proofs of Claim (the "General Claim Form"). *Second*, in light of the unique issues facing the Debtor's consumer creditors (the "Consumer Claimants") who assert claims arising from or related to their attorney-client relationship with the Debtor (the "Consumer Claims"), the Court has authorized a unique claim form (the "Consumer Claim Form") with additional information that may be helpful to Consumer Claimants in completing their proof of claim. Consumer Claimants, however, can use either the Consumer Claim Form or the General Claim Form. Consumer Claimants may, but are not required, to file a proof of claim using the Consumer Claim Form if they have already timely filed a proof of claim using the General Claim Form.

**PLEASE TAKE FURTHER NOTICE** that each General Claim Form or Consumer Claim Form, including supporting documentation, must be submitted in person, by courier service, overnight delivery, hand delivery, or United States mail *so as to be actually received* by Omni on or before the applicable Bar Date at the following address:

The Litigation Practice Group P.C. Claims Processing
c/o Omni Agent Solutions
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Additionally, Claim Forms may be submitted electronically using the interface available on the website maintained by Omni in this Bankruptcy Case, https://omniagentsolutions.com/LPG *so as to be actually received* by Omni on or before the applicable Bar Date. **Claim Forms sent by**

---

"unliquidated," or "disputed," if such Person or Entity desires to share in any distribution in the Bankruptcy Case; (b) any Person or Entity who believes that their claim is improperly classified in the Schedules or is listed in an incorrect amount and who desires to have their claim allowed in a different classification or amount other than that identified in the Schedules; (c) any Person or Entity holding an interest in the Debtor (an "Interest Holder"), which interest is based upon the ownership of: (i) a membership interest in a limited liability company; (ii) common or preferred stock in a corporation; or (iii) warrants or rights to purchase, sell or subscribe to such a security or interest (any such security or interest being referred to herein as an "Interest"); (d) any Person or Entity holding a claim that arises out of or relates to the ownership or purchase of an Interest, including claims arising out of or relating to the sale, issuance or distribution of the Interest; and (e) any current or former officer, director, or manager of the Debtor for claims based on indemnification, contribution, or reimbursement.

**facsimile, telecopy, electronic mail, or other form of electronic submissions will not be accepted.**

**PLEASE TAKE FURTHER NOTICE** that you can obtain a copy of the General Claim Form and the Consumer Claim Form by visiting https://omniagentsolutions.com/LPG. Consumer Claimants should also receive a copy of the Consumer Claim Form by email. Holders of General Claims that are not Consumer Claims can also find a copy of the General Claim Form on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov. If you have any questions about how to obtain a Claim Form, please contact Omni by (i) emailing LPGinquiries@omniagnt.com or (ii) calling (888) 741-4582 (U.S. and Canada toll free) and (747) 226-5672; however, **you must seek your own legal counsel if you would like advice on whether or how to complete the Claim Form**.

**PLEASE TAKE FURTHER NOTICE** that you **are not** required to submit a Claim Form by the applicable Bar Date if you fall within the below categories:

a.    any Person or Entity that already has filed a signed proof of claim against the Debtor with the Clerk of the Court or with the Chapter 11 Trustee's claims and noticing agent, Omni, in a form substantially similar to Official Form 410;

b.    any Person or Entity whose claim is listed on the Schedules if: (i) the claim is not scheduled as any of "disputed," "contingent," or "unliquidated;" and (ii) such Person or Entity agrees with the amount, nature, and priority of the claim as set forth in the Schedules;

c.    any Person or Entity whose claim has previously been allowed by order of the Court;

d.    any Person or Entity whose claim has been paid in full by the Debtor or the Chapter 11 Trustee pursuant to the Bankruptcy Code or in accordance with an order of the Court or otherwise paid in full by the Debtor or any other party;

e.    any Person or Entity holding a claim for which a separate deadline is fixed by this Court;

f.    claims of professionals retained pursuant to orders of the Court who assert administrative claims for fees and expenses subject to the Court's approval pursuant to §§ 328, 330, 331, 363, and 503(b) or 28 U.S.C. § 156(c) (collectively, the "Professional Claims"); and

g.    any Person or Entity holding a claim payable to the Court or the United States Trustee Program pursuant to 28 U.S.C. § 1930, including, for the avoidance of doubt, any administrative claims asserted by the U.S. Trustee for statutory fees required to be paid by the Debtor's estate.

**PLEASE TAKE FURTHER NOTICE THAT FAILURE OF A CREDITOR OR INTEREST HOLDER TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR INTEREST, OR SUBORDINATION UNDER THE TERMS OF A PLAN OF LIQUIDATION, WITHOUT FURTHER NOTICE OR HEARING.  11 U.S.C. § 502(b)(9).  CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

DATED this 23rd day of January 2024.

**FOX ROTHSCHILD LLP**

By: */s/ Nicholas A. Koffroth*
    Keith C. Owens (Bar No. 184841)
    Nicholas A. Koffroth (Bar No. 287854)
    Constellation Place
    10250 Constellation Blvd., Suite 900
    Los Angeles, California 90067
*Counsel for the Committee*

**MARSHACK HAYS WOOD LLP**

By: */s/ D. Edward Hays*
    D. Edward Hays (Bar No. 162507)
    Laila Masud (Bar No. 311731)
    870 Roosevelt
    Irvine, California 92620
*General Counsel for Chapter 11 Trustee*

EXHIBIT 1, PAGE 24

2/7/24, 11:04 AM                                    Mail - samuel jones - Outlook

## Re: Samuel Jones - LPG -PGL - Summons Received - Update

**Ty Carss <ty.carss@phoenixlaw.co>**
Tue 11/14/2023 10:32 AM
To:samuel jones <samueljones63@hotmail.com>



Screen shot of payments page:

| # | Process Date | Amount | Cleared Date | Status | Memo | Description |
|---|---|---|---|---|---|---|
| 1 | 07/06/2022 | $1,499.96 | 07/11/2022 | Cleared | ACH Monthly Debit | |
| 2 | 08/08/2022 | $1,499.96 | 08/11/2022 | Cleared | ACH Monthly Debit | |
| 3 | 09/16/2022 | $1,499.96 | 09/21/2022 | Cleared | ACH Monthly Debit | |
| 4 | 10/28/2022 | $1,499.96 | | Cancelled | ACH Monthly Debit (ODD 10/17/2022) | |
| 5 | 11/16/2022 | $1,499.96 | 11/22/2022 | Cleared | ACH Monthly Debit | |
| 6 | 12/16/2022 | $1,499.96 | 12/28/2022 | Cleared | ACH Monthly Debit | |
| 7 | 01/17/2023 | $500.96 | 01/26/2023 | Cleared | ACH Monthly Debit partial payment of ODD 01/17/2023 | |
| 8 | 02/16/2023 | $749.98 | | Unknown | ACH Monthly Debit- Partial Payment | Drafted by outside processor |
| 9 | 03/16/2023 | $1,499.96 | 03/24/2023 | Cleared | ACH Monthly Debit | |
| 10 | 04/17/2023 | $1,499.96 | | Rejected | ACH Monthly Debit | Unable to authorize and capture transaction via echeck sale |
| 11 | 05/16/2023 | $1,499.96 | | Returned | ACH Monthly Debit | R08 - Payment Stopped |
| 12 | 08/16/2023 | $1,078.96 | | Open | ACH Monthly Debit | |
| 13 | 09/18/2023 | $1,078.96 | | Open | ACH Monthly Debit | |
| 14 | 10/16/2023 | $1,078.96 | | Open | ACH Monthly Debit | |
| 15 | 11/16/2023 | $1,078.96 | | Open | ACH Monthly Debit | |
| 16 | 12/18/2023 | $1,078.96 | | Open | ACH Monthly Debit | |

Ty Carss, Esq.
**Managing Attorney | Phoenix Law PC**
ty.carss@phoenixlaw.co | **Ph. 424.622.4044**
NOTICE: This email message (including any attachments) may contain confidential and/or legally privileged material. Unless you are the
intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this
message. If you have received this message in error, please notify us and delete all copies of it. Thank you.



## First Community Bank

PO Box 64
Lexington, SC 29071

Return Service Requested
00026537 F231DD07302201330300 01 000000000 0000000 010

SAMUEL T JONES
MICHELE MELISSA JONES
8 MAYTREE CT
IRMO SC 29063-8286

| | |
|---|---|
| Statement Date | 07/29/2022 |
| Checks/Items Enclosed | 4 |
| Page | 1 |

### We Are Here To Help

Bank 24/7 at www.firstcommunitysc.com

Stop by your local
banking office                          1(803)781-3000

Access your account anytime
through telephone banking          1(800)829-6372



---

## FREE CHECKING

**Account Number: XXXXXX7965**

### Balance Summary



Beginning Balance as of 07/01/2022
+ Deposits and Credits  (30)
- Withdrawals and Debits  (120)
Ending Balance as of 07/31/2022
Service Charges for Period
Average Balance for Period
Average Collected Balance for Period
Minimum Balance for Period

### DEPOSITS AND OTHER CREDITS



| Date | Description | Deposits |
|---|---|---|
| Jul 05 | BENEFIT PAYMENTS/DEPOSIT | |
| Jul 07 | DEPOSIT | |
| Jul 08 | AIG INSURANCE MA/J P MORGAN | |
| Jul 08 | REF15921301 TRANSFERFROM DEP*1431 | |
| Jul 12 | RAISER 6795/EDI PAYMNT REF*TN*GNJW9Y2HY6\ GNJW9Y2HY61234W SAMUEL JONES | |
| Jul 15 | REF 75079427 FROM *1431 | |
| Jul 22 | AIG INSURANCE MA/J P MORGAN | |
| Jul 26 | RAISER 6795/EDI PAYMNT REF*TN*CDUG76OMXN\ CDUG76OMXN41RH2 SAMUEL JONES | |

### DEBITS AND OTHER WITHDRAWALS



| Date | Description | Withdrawals |
|---|---|---|
| Jul 05 | REF15915127 TRANSFERTO DEP*1431 | |
| Jul 05 | AMEX EPAYMENT/ACH PMT | |
| Jul 05 | FREEDOMFNCL18B/PAYMENT | |
| Jul 06 | FIRST HERITAGE/D000168211 | |
| Jul 07 | PALMETTOEC/PAYMENT | |
| Jul 07 | LPG 9492296262/2721444451 | 1,499.96 |
| Jul 07 | OVERDRAFT FUNDS PAID CHARGE | |
| Jul 08 | REF 08718999 TO *1431 | |



MEMBER
FDIC



**First Community Bank**
PO Box 64
Lexington, SC 29071

| | |
|---|---|
| Statement Date | 08/31/2022 |
| Checks/Items Enclosed | 2 |
| Page | 1 |

Return Service Requested
00026634 F231 DD09012202380100 01 000000000 0000000 011



SAMUEL T JONES
MICHELE MELISSA JONES
8 MAYTREE CT
IRMO SC 29063-8286

### We Are Here To Help

Bank 24/7 at www.firstcommunitysc.com

Stop by your local banking office          1(803)781-3000

Access your account anytime through telephone banking          1(800)829-6372



## FREE CHECKING

**Account Number: XXXXXX7965**

## Balance Summary

Beginning Balance as of 08/01/2022
  + Deposits and Credits  (31)
  − Withdrawals and Debits  (141)
Ending Balance as of 08/31/2022
Service Charges for Period
Average Balance for Period
Average Collected Balance for Period
Minimum Balance for Period

## DEPOSITS AND OTHER CREDITS

| Date | Description | Deposits |
|---|---|---|
| Aug 02 | RAISER 6795/EDI PAYMNT REF*TN*Y1PZAVN5K0\ Y1PZAVN5K0U7O1Y SAMUEL JONES | |
| Aug 05 | AIG INSURANCE MA/J P MORGAN | |
| Aug 12 | OPTUM BANK/REIMBUR | |
| Aug 16 | RAISER 6795/EDI PAYMNT REF*TN*DX80KHVG6J\ DX80KHVG6JWAZLC SAMUEL JONES | |
| Aug 19 | AIG INSURANCE MA/J P MORGAN | |
| Aug 23 | REF 24547121 FROM *1431 | |
| Aug 23 | REFUND STOP/HOLD FEE | |
| Aug 23 | REFUND STOP/HOLD FEE | |
| Aug 24 | WELLS FARGO IFI/DDA TO DDA | |
| Aug 25 | WELLS FARGO IFI/DDA TO DDA | |

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Withdrawals |
|---|---|---|
| Aug 02 | DOMINION ENERGY/DRAFT | |
| Aug 03 | AMEX EPAYMENT/ACH PMT | |
| Aug 05 | PALMETTOEC/PAYMENT | |
| Aug 09 | LPG 9492296262/2721444451 | 1,499.96 |
| Aug 12 | WELLS FARGO IFI/DDA TO DDA | |
| Aug 17 | PROTECTIVE LIFE/INS. PREM. | |

MEMBER FDIC 

| | Statement Date | 09/30/2022 |
|---|---|---|
| | Page | 2 |

## DEBITS AND OTHER WITHDRAWALS (Continued)



| Date | Description | Withdrawals |
|---|---|---|
| Sep 13 | POS PURCHASE FEE CBA FEES EPL*KCORIUSE.COM YANTAI CN 999999 *****0644 09/09 04:42 | |
| Sep 15 | PROTECTIVE LIFE/INS. PREM. | |
| Sep 19 | PROTECTIVE LIFE/INS. PREM. | |
| Sep 19 | IRS/USATAXPYMT | |
| Sep 19 | LPG 9492296262/2721444451 | 1,499.96 |
| Sep 21 | REF15919156 TRANSFERTO DEP*1431 | |
| Sep 21 | REF15919161 TRANSFERTO DEP*1431 | |
| Sep 26 | POS PURCHASE FEE CCA FEES FRILLYKATE.COM SHEN ZHEN SHI CN MASTER *****0644 09/24 02:12 | |
| Sep 26 | POS PURCHASE FEE CBA FEES FRILLYKATE.COM SHEN ZHEN SHI CN MASTER *****0644 09/24 02:12 | |
| Sep 27 | POS PURCHASE FEE CBA FEES UNS *HEZHO ZHENGZHOU CN 810411 *****0644 09/26 04:46 | |
| Sep 30 | FREEDOMFNCL18B/PAYMENT | |

## ATM/POS TRANSACTION SUMMARY



| Date | Description | Deposits | Withdrawals |
|---|---|---|---|
| Sep 01 | EPAYMENT TRANSFER UBER SAN FRANCISCO CA 00GDC0 *****0644 08/31 19:52 | | |
| Sep 01 | EPAYMENT TRANSFER UBER SAN FRANCISCO CA 00GDC0 *****0644 08/31 18:34 | | |
| Sep 02 | EPAYMENT TRANSFER UBER SAN FRANCISCO CA 00GDC0 *****0644 09/02 13:10 | | |
| Sep 02 | POS PURCHASE WITH PIN CIRCLE K 05385 1565 FO BLUFFTON SC 0200 *****0644 09/02 14:25 | | |
| Sep 02 | POS PURCHASE WITH PIN SHELL SERVICE S SAVANNAH GA 344868 *****0644 09/02 11:13 | | |
| Sep 02 | POS PURCHASE WITH PIN PARKERS 43 BLUFFTON SC 622008 *****0644 09/02 13:08 | | |
| Sep 02 | POS PURCHASE WITH PIN PARKERS 43 BLUFFTON SC 622008 *****0644 09/02 12:09 | | |
| Sep 02 | POS PURCHASE WITH PIN NNT GEORGIA TASTING0016 SAVANNAH GA 023770 *****0644 09/02 18:09 | | |
| Sep 02 | POS PURCHASE NON-PIN ACI*ACCESSONE FM1 888-458-6272 SC 999999 *****0644 09/01 05:17 | | |
| Sep 02 | EPAYMENT TRANSFER 09/02 07:09 800-829-6372 ZELLE MICHELE JONES | | |
| Sep 02 | EPAYMENT TRANSFER 09/02 07:09 800-829-6372 ZELLE MICHELE JONES | | |
| Sep 06 | EPAYMENT TRANSFER UBER SAN FRANCISCO CA 00GDC0 *****0644 09/06 09:22 | | |
| Sep 06 | EPAYMENT TRANSFER UBER SAN FRANCISCO CA 00GDC0 *****0644 09/05 12:14 | | |
| Sep 06 | EPAYMENT TRANSFER UBER SAN FRANCISCO CA 00GDC0 *****0644 09/03 13:25 | | |
| Sep 06 | POS PURCHASE WITH PIN GRANTS MINI MARKET HILTON HEAD I SC 114599 *****0644 09/05 09:46 | | |
| Sep 06 | POS PURCHASE WITH PIN CIRCLE K 05385 1565 FO BLUFFTON SC 0200 *****0644 09/03 14:00 | | |

December 7, 2022 ■ Page 2 of 7


WELLS FARGO

## Transaction history



| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 11/15 | | Ss&C Technologie Payroll 000101 Cer000282983475 Samuel Jones | | | |
| 11/15 | | Transfer to Jones Michele on 11/15 Ref #Pp0Qtbv7P6 xxxxx5628 | | | |
| 11/16 | | Online Transfer From First Community Bank Chk xxxx995 S. Jones Ref #F20Gwt7Dx5 on 11/15/22 | | | |
| 11/16 | | Purchase authorized on 11/15 Nic*-Ridgeland Mun Egov.Com SC S30231978221967 Card 8064 | | | |
| 11/16 | | Purchase authorized on 11/15 Cvs/Pharmacy #1125 Hardeeville SC S30231984120872 Card 8064 | | | |
| 11/16 | | Purchase authorized on 11/15 Cvs/Pharmacy #1125 Hardeeville SC S30231984351478 Card 8064 | | | |
| 11/16 | | Lpg 949-229-6262 Direct Pay 111522 221115Hcwp7Nf\f Samueltjones | | 1,499.96 | |
| 11/17 | | Purchase authorized on 11/16 British Open Pub Bluffton SC S462321020315681 Card 8064 | | | |
| 11/18 | | Purchase authorized on 11/17 Food Lion #2691 Bluffton SC S362321649225788 Card 8064 | | | |
| 11/21 | | Purchase authorized on 11/18 Cofc Td Arena Charleston SC S362322784789307 Card 8064 | | | |
| 11/21 | | Purchase authorized on 11/18 Cofc Td Arena Charleston SC S382322828032119 Card 8064 | | | |
| 11/21 | | Purchase authorized on 11/19 Starbucks Store 08 Mount Pleasan SC S382323400843517 Card 8064 | | | |
| 11/21 | | Purchase authorized on 11/19 IN *Hairy Winston, MT Pleasant SC S302323569660319 Card 8064 | | | |
| 11/21 | | Purchase authorized on 11/19 King Street Grille Mount Pleasan SC S582323645783210 Card 8064 | | | |
| 11/21 | | Purchase authorized on 11/19 Cke*Tommy Condon's Charleston SC S462324065482509 Card 8064 | | | |
| 11/21 | | Purchase authorized on 11/19 Charleston CO Park Charleston SC S462324070281426 Card 8064 | | | |
| 11/21 | | Purchase authorized on 11/20 Cofc Td Arena Charleston SC P582324731224470 Card 8064 | | | |
| 11/21 | | Purchase authorized on 11/20 Cofc Td Arena Charleston SC S462324766158472 Card 8064 | | | |
| 11/21 | | Purchase authorized on 11/20 Cofc Td Arena Charleston SC S582324784629192 Card 8064 | | | |
| 11/22 | | Purchase authorized on 11/20 Starbucks Store 08 Mount Pleasan SC S382324417300025 Card 8064 | | | |
| 11/22 | | Purchase authorized on 11/20 Palmetto Parking Charleston SC S382324572760590 Card 8064 | | | |
| 11/22 | | Purchase authorized on 11/20 Tst* Kickin Chicke Mount Pleasan SC S302324691288441 Card 8064 | | | |
| 11/22 | | Purchase authorized on 11/20 Bedford Falls Chs Charelston SC S462325005698965 Card 8064 | | | |
| 11/23 | | Purchase authorized on 11/21 Starbucks Store 08 Mount Pleasan SC S582325415561187 Card 8064 | | | |
| 11/23 | | Purchase authorized on 11/21 Frankie Bones Bluf Bluffton SC S582325861778987 Card 8064 | | | |
| 11/23 | | Purchase authorized on 11/22 Heuser Ace Hardwar Hardeeville SC S302326813107543 Card 8064 | | | |
| 11/23 | | Purchase authorized on 11/22 Circle K # 23630 Hardeeville SC S582326815380361 Card 8064 | | | |
| 11/23 | | Purchase authorized on 11/22 Circle K # 23630 Hardeeville SC S582326819080620 Card 8064 | | | |
| 11/25 | | Purchase authorized on 11/23 Circle K # 23630 Hardeeville SC S582327811376352 Card 8064 | | | |
| 11/25 | | Purchase authorized on 11/23 The Upper Crust PO Bluffton SC S582328000925327 Card 8064 | | | |

January 9, 2023 ■ Page 3 of 8



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/15 | 176 | Deposited OR Cashed Check | | | |
| 12/16 | | Purchase authorized on 12/14 Amk Tampa Conv Ctr Tampa FL S462348638914367 Card 8064 | | | |
| 12/16 | | Purchase authorized on 12/16 Cheers Liquors and Win Hardeeville SC P000000057724816S Card 8064 | | | |
| 12/16 | | Purchase authorized on 12/16 Circle K # 23630 14 D. Hardeeville SC P000000484054080 Card 8064 | | | |
| 12/16 | | Purchase authorized on 12/16 Parkers 32 Bluffton SC P000000271027545 Card 8064 | | | |
| 12/16 | | Lpg 949-229-6262 Direct Pay 121522 121215Wwjov5L9S Samueltjones | | 1,499.96 | |
| 12/19 | | Purchase authorized on 12/16 Subway 3794 Hardeeville SC S302350657410502 Card 8064 | | | |
| 12/19 | | Purchase authorized on 12/16 Amazon.Com*xx09V7J Amzn.Com/Bill WA S582350759265624 Card 8064 | | | |
| 12/19 | | Purchase authorized on 12/17 Spankys - Southsid Savannah GA S582351661642372 Card 8064 | | | |
| 12/19 | | Purchase authorized on 12/17 Kohls 1456 7939 Abercom Savannah GA P582351701246331 Card 8064 | | | |
| 12/19 | | Purchase authorized on 12/17 Black Marlin Baysi 843-7854950 SC S582351836939263 Card 8064 | | | |
| 12/19 | | Purchase authorized on 12/17 Tst* The Smokehous Hilton Head I SC S382352017351197 Card 8064 | | | |
| 12/19 | | Purchase authorized on 12/18 Palmetto 1460 Fording Bluffton SC P000000686772452 Card 8064 | | | |
| 12/19 | | Purchase authorized on 12/18 Lowe's #1533 Bluffton SC P382352873317282 Card 8064 | | | |
| 12/19 | | Purchase authorized on 12/18 Parkers 38 Bluffton SC P302352684120997 Card 8064 | | | |
| 12/19 | | Zelle to Jones Samuel Ref #Pp0Qwkggb2 | | | |
| 12/19 | | Protective Life Ins. Prem. 221215 P0Ee00347671 Samuel T Jones | | | |
| 12/20 | | Purchase authorized on 12/16 Amzn Mktp US*Xm1Vu Amzn.Com/Bill WA S302351170938826 Card 8064 | | | |
| 12/20 | | Purchase authorized on 12/17 Habersham Beverage 912-9616744 GA S302351704938558 Card 8064 | | | |
| 12/20 | | Zelle to Jones Samuel Ref #Pp0Qwl68Q9 | | | |
| 12/21 | | Purchase authorized on 12/21 Walgreens Store 138 Okati Okatie SC P582355789516488 Card 8064 | | | |
| 12/21 | | Purchase authorized on 12/21 Publix Super Mar 112 Nick Hardeeville SC P462355800329029 Card 8064 | | | |
| 12/21 | | Purchase authorized on 12/21 Walgreens Store 138 Okati Okatie SC P462355813587985 Card 8064 | | | |
| 12/22 | | Zelle From Samuel Jones on 12/22 Ref # 0D907Bmcnory | | | |
| 12/22 | | Purchase authorized on 12/20 Nectar Farm Kitche Bluffton SC S302355029212125 Card 8064 | | | |
| 12/22 | | Online Transfer to Jones J Wells Fargo Clear Access Banking xxxxxx2968 Ref #Ib0H8Fcknr on 12/22/22 | | | |
| 12/22 | | Purchase authorized on 12/22 Dicks Sporting Goods Bluffton SC P582356848785861 Card 8064 | | | |
| 12/23 | | Ss&C Technologie Expenses 221221 2212213008283 Samuel Jones | | | |
| 12/23 | | Purchase authorized on 12/22 British Open Pub Bluffton SC S462357039659866 Card 8064 | | | |
| 12/23 | | Purchase authorized on 12/23 Food Lion #2691 210 OK Bluffton SC P000000981314880 Card 8064 | | | |
| 12/23 | | Purchase authorized on 12/23 Parkers 36 Bluffton SC P000000075494662 Card 8064 | | | |
| 12/27 | | Purchase authorized on 12/22 Sport Clips - SC40 Bluffton SC S302356633824473 Card 8064 | | | |
| 12/27 | | Purchase authorized on 12/23 Okatiealehouse Okatie SC S302357658116713 Card 8064 | | | |

EXHIBIT 1, PAGE 30

February 7, 2023  ■ Page 2 of 7



WELLS
FARGO

---

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 1/10 | | Purchase authorized on 01/08 The Sandbar - SC 843-3386168 SC S583009682161226 Card 8064 | | | |
| 1/10 | | Purchase authorized on 01/09 Heuser Ace Hardwar Hardeeville SC S583009568511413 Card 8064 | | | |
| 1/10 | | Purchase authorized on 01/10 America's Best Bluffton SC P000000989279401 Card 8064 | | | |
| 1/11 | | Purchase authorized on 01/10 IL Carpaccio Hilton Head SC S583011031433711 Card 8064 | | | |
| 1/11 | | Purchase with Cash Back $ 20.00 authorized on 01/11 Food Lion #2691 210 OK Bluffton SC P000000686307179 Card 8064 | | | |
| 1/11 | | Transfer to Jones Michele on 01/11 Ref #Pp0Qxz3Mmk Cougar Card | | | |
| 1/12 | | Purchase authorized on 01/11 The UPS Store 1500 843-6896507 SC S583011632110809 Card 8064 | | | |
| 1/13 | | Ss&C Technologie Payroll 000101 Cer000299865950 Samuel Jones | | | |
| 1/13 | | Purchase authorized on 01/12 British Open Pub Bluffton SC S383013033290488 Card 8064 | | | |
| 1/13 | | Transfer to Jones Michele on 01/13 Ref #Pp0Qy42C5Z xxxxxx5628 | | | |
| 1/13 | | Purchase authorized on 01/13 America's Best Bluffton SC P000000981897389 Card 8064 | | | |
| 1/13 | | Purchase authorized on 01/13 Parker's 91 Bluffton SC P463013646185753 Card 8064 | | | |
| 1/13 | | Purchase authorized on 01/13 Parker's 91 Bluffton SC P000000786396805 Card 8064 | | | |
| 1/13 | | Purchase with Cash Back $ 20.00 authorized on 01/13 Kroger #6 38 Shelter C Hilton Head SC P000000206577423 Card 8064 | | | |
| 1/17 | | Purchase authorized on 01/13 Quinn's Diamond Je Hilton Head SC S303013779308679 Card 8064 | | | |
| 1/17 | | Purchase authorized on 01/13 Skull Creek Docksi Hilton Head I SC S383013859836038 Card 8064 | | | |
| 1/17 | | Zelle to Jones Samuel on 01/14 Ref #Rp0Qy6C5Nk | | | |
| 1/17 | | Zelle to Jones Samuel on 01/14 Ref #Rp0Qy6Ccm3 | | | |
| 1/17 | | Purchase authorized on 01/14 Calhoun Street Tav Bluffton SC S383014690911709 Card 8064 | | | |
| 1/17 | | Purchase authorized on 01/14 Publix Super Mar 112 Nick Hardeeville SC P583014758973849 Card 8064 | | | |
| 1/17 | | Recurring Transfer to First Community Bank Chk xxxx965 S. Jones Ref #Fp0Hg8Zkm5 on 01/15/23 | | | |
| 1/17 | | Purchase authorized on 01/15 Walgreens Store 20 Hatton Hilton Head I SC P303015749670210 Card 8064 | | | |
| 1/17 | | Recurring Payment authorized on 01/15 ADT Security 877-464-7437 PA S463016063789124 Card 8064 | | | |
| 1/17 | | Purchase authorized on 01/16 Golfback 407-505-9091 PA S383016570041469 Card 8064 | | | |
| 1/17 | | Purchase authorized on 01/16 Cvs/Pharm 11255—40 D. Hardeeville SC P000000073994782 Card 8064 | | | |
| 1/17 | | Purchase authorized on 01/16 Parkers 33 Bluffton SC P463016727653706 Card 8064 | | | |
| 1/17 | | Purchase authorized on 01/16 Okatiealehouse Okatie SC S463016758920896 Card 8064 | | | |
| 1/17 | | Purchase authorized on 01/16 Food Lion #2691 210 OK Bluffton SC P000000986003903 Card 8064 | | | |
| 1/17 | | Purchase authorized on 01/17 Food Lion #2691 210 OK Bluffton SC P000000085624913 Card 8064 | | | |
| 1/17 | | Lpg 949-229-6262 Direct Pay 011623 230116WF4Plwsob Samueljones | | 500.96 | |
| 1/18 | | Zelle From Samuel Jones on 01/18 Ref # 0D907B3C4U3D | | | |

April 7, 2023 ■ Page 3 of 8


WELLS FARGO

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 3/16 | | Purchase authorized on 03/14 Emg and Minute Loa 888-2135744 VA S463073796494840 Card 4108 | | | |
| 3/16 | | Recurring Payment authorized on 03/15 ADT Security 877-464-7437 PA S383075121436306 Card 4108 | | | |
| 3/16 | | Purchase authorized on 03/16 Petsmart #3157 Hardeeville SC P463075552305119 Card 4108 | | | |
| 3/16 | | Purchase with Cash Back $ 40.00 authorized on 03/16 WM Superc Wal-Mart Sup Hardeeville SC P000000889437080 Card 4108 | | | |
| 3/16 | < | Business to Business ACH Debit - Dave, Inc Debit 6411Ed45E6C5Eb146Ef452A1/ 0B1A684DC061353 | | | |
| 3/17 | | Zelle From Samuel Jones on 03/17 Ref # 0D90Nbzczpni | | | |
| 3/17 | | Purchase authorized on 03/16 British Open Pub Bluffton SC S583075818473985 Card 4108 | | | |
| 3/17 | | Online Transfer to Jones J Wells Fargo Clear Access Banking xxxxxx2968 Ref #Ib0Hzbwgn5 on 03/17/23 | | | |
| 3/17 | | Purchase authorized on 03/17 Parkers 38 Bluffton SC P000000289369831 Card 4108 | | | |
| 3/17 | | Protective Life Ins. Prem. 230315 P0Ee00347671 Samuel T Jones | | 1,499.96 | |
| 3/17 | | Clg Processing Epay Mar 17 2630925872 Samueltjones | | | |
| 3/20 | | Purchase authorized on 03/16 Nectar Farm Kitche Bluffton SC S583075786644685 Card 4108 | | | |
| 3/20 | | Purchase authorized on 03/17 Skull Creek Docksi Hilton Head I SC S583076789381380 Card 4108 | | | |
| 3/20 | | Purchase authorized on 03/17 Okatiealehouse Okatie SC S583077024604149 Card 4108 | | | |
| 3/20 | | Purchase authorized on 03/18 Island Rec Center Hilton Head I SC S463077671989497 Card 4108 | | | |
| 3/20 | | Online Transfer to Jones J Wells Fargo Clear Access Banking xxxxxx2968 Ref #Ib0Hzpdfgh on 03/18/23 | | | |
| 3/20 | | Purchase authorized on 03/19 Tst* Skillets Cafe Hilton Head I SC S583078594853654 Card 4108 | | | |
| 3/20 | | Purchase authorized on 03/19 Sp Coastal Provisi 184-33413838 SC S583078635427053 Card 4108 | | | |
| 3/20 | | Purchase authorized on 03/19 Heuser Hdwe- Buckw Bluffton SC S463078665763963 Card 4108 | | | |
| 3/20 | | Purchase authorized on 03/19 Publix Super Mar 101 Euck Bluffton SC P303078682835031 Card 4108 | | | |
| 3/20 | | Online Transfer to Jones J Wells Fargo Clear Access Banking xxxxxx2968 Ref #Ib0Hzxzcvx on 03/19/23 | | | |
| 3/20 | | Purchase authorized on 03/20 Walgreens Store 138 Okati Okatie SC P383079541309148 Card 4108 | | | |
| 3/20 | | Beaufort County 8002689153 230318 Samuel Jones | | | |
| 3/21 | | Purchase authorized on 03/19 Colligny Hardware & Hilton Head I SC S383078622089061 Card 4108 | | | |
| 3/21 | | Purchase authorized on 03/19 Okatiealehouse Okatie SC S303078764720202 Card 4108 | | | |
| 3/21 | | Purchase authorized on 03/19 Autocheck.Com 888-4092204 IL S583079040824391 Card 4108 | | | |
| 3/22 | | Purchase authorized on 03/21 Advance Auto Parts Okatie SC S383080583503375 Card 4108 | | | |
| 3/22 | | Purchase authorized on 03/21 Advance Auto Parts Okatie SC S463080585198689 Card 4108 | | | |
| 3/22 | | Purchase authorized on 03/21 Tst* Captain Woody Bluffton SC S463080834612977 Card 4108 | | | |
| 3/23 | | Purchase authorized on 03/23 Best Buy 664 00006643 Bluffton SC P463082692434276 Card 4108 | | | |
| 3/23 | | Purchase authorized on 03/23 Parkers 36 Bluffton SC P463082897367469 Card 4108 | | | |
| 3/23 | | Purchase authorized on 03/23 Parkers 38 Bluffton SC P000000977126752 Card 4108 | | | |
| 3/23 | | Purchase authorized on 03/23 Food Lion #2691 210 OK Bluffton SC P000000583028042 Card 4108 | | | |

EXHIBIT 1, PAGE 32

## Re: Samuel Jones - LPG -PGL - Summons Received - Update

Ty Carss <ty.carss@phoenixlaw.co>
Tue 11/14/2023 10:31 AM
To:samuel jones <samueljones63@hotmail.com>

📎 1 attachments (155 KB)
Form 410 - Proof of Claim.pdf;

Sam,

I totally get it. This has been a frustrating journey for everyone ... mainly the clients. If I was in charge of the money in the Bankruptcy Estate, I would focus on client refunds rather than making sure all of the attorneys and experts get paid (first). But I am not.

Have you filed your Proof of Claim with the LPG Bankruptcy Estate?
(Here is the latest from the Trustee's Office: *The Trustee does not yet know what funds will be available to pay your claim and, if funds are available, it is likely to be less than the amount you are owed. Please understand, this is a bankruptcy case and it takes time ... typically 2 or 3 years for any payments to claimants.*)

You can file a claim with the bankruptcy court. At this time, the Trustee does not yet know if funds will be available to pay your claim and, if funds are available, it is likely to be less than the amount you are owed. Nonetheless, it is advisable to proceed with filing your claim.

Phoenix/Morning Law has nothing to do with the refund process; all requests must go through the LPG Bankruptcy Estate. No timeline has yet been established for refunds. The Trustee does not yet know what funds will be available to pay your claim and, if funds are available, it is likely to be less than the amount you are owed. Please understand, this is a bankruptcy case, and it takes time ... typically 2 or 3 years for any payments to claimants.

We can provide assistance with the process; if you would like to have our Refund Liaison walk you through the process, please let us know and we can reach out to you.

The case number is: **8:23-bk-10571-SC**
The **Debtor** is The Litigation Practice Group.
You are the **Creditor.**

### To file a Proof of Claim, you have two options:

1. **Paper Filing**: If you prefer to file a paper-based Proof of Claim, you can follow the instructions provided on the court's official website. Here is the link with the necessary form and guidelines:
https://www.cacb.uscourts.gov/forms/proof-claim

A claim form is attached. Complete and sign the form, make two (2) copies (one is for you to keep).
Mail:
    1. the original signed form with your back-up documents;
    2. a copy of the signed form;
    3. a self-addressed stamped envelope (for the court to return a "stamped" copy to you)

EXHIBIT 1, PAGE 33

2/7/24, 11:04 AM

Mail - samuel jones - Outlook

## Re: Samuel Jones - LPG -PGL - Summons Received - Update

**Ty Carss** <ty.carss@phoenixlaw.co>
Tue 11/14/2023 10:32 AM
To:samuel jones <samueljones63@hotmail.com>



Screen shot of payments page:

| # | Process Date | Amount | Cleared Date | Status | Memo | Description |
|---|---|---|---|---|---|---|
| 1 | 07/06/2022 | $1,499.96 | 07/11/2022 | Cleared | ACH Monthly Debit | |
| 2 | 08/08/2022 | $1,499.96 | 08/11/2022 | Cleared | ACH Monthly Debit | |
| 3 | 09/16/2022 | $1,499.96 | 09/21/2022 | Cleared | ACH Monthly Debit | |
| 4 | 10/28/2022 | $1,499.96 | | Cancelled | ACH Monthly Debit (ODD 10/17/2022) | |
| 5 | 11/16/2022 | $1,499.96 | 11/22/2022 | Cleared | ACH Monthly Debit | |
| 6 | 12/16/2022 | $1,499.96 | 12/28/2022 | Cleared | ACH Monthly Debit | |
| 7 | 01/17/2023 | $500.96 | 01/26/2023 | Cleared | ACH Monthly Debit partial payment of ODD 01/17/2023 | |
| 8 | 02/16/2023 | $749.98 | | Unknown | ACH Monthly Debit- Partial Payment | Drafted by outside processor |
| 9 | 03/16/2023 | $1,499.96 | 03/24/2023 | Cleared | ACH Monthly Debit | |
| 10 | 04/17/2023 | $1,499.96 | | Rejected | ACH Monthly Debit | Unable to authorize and capture transaction via echeck sale |
| 11 | 05/16/2023 | $1,499.96 | | Returned | ACH Monthly Debit | R08 - Payment Stopped |
| 12 | 08/16/2023 | $1,078.96 | | Open | ACH Monthly Debit | |
| 13 | 09/18/2023 | $1,078.96 | | Open | ACH Monthly Debit | |
| 14 | 10/16/2023 | $1,078.96 | | Open | ACH Monthly Debit | |
| 15 | 11/16/2023 | $1,078.96 | | Open | ACH Monthly Debit | |
| 16 | 12/18/2023 | $1,078.96 | | Open | ACH Monthly Debit | |

Ty Carss, Esq.
**Managing Attorney | Phoenix Law PC**
ty.carss@phoenixlaw.co | **Ph. 424.622.4044**
NOTICE: This email message (including any attachments) may contain confidential and/or legally privileged material. Unless you are the
intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this
message. If you have received this message in error, please notify us and delete all copies of it. Thank you.

EXHIBIT 1, PAGE 34

# First Community Bank

PO Box 64
Lexington, SC 29071

| Statement Date | 07/29/2022 |
| Checks/Items Enclosed | 4 |
| Page | 1 |

Return Service Requested

00026537 F231DD07302201330300 01 000000000 0000000 010

SAMUEL T JONES
MICHELE MELISSA JONES
6 MAYTREE CT
IRMO SC 29063-8286

## We Are Here To Help

Bank 24/7 at www.firstcommunitysc.com

Stop by your local banking office — 1(803)781-3000

Access your account anytime through telephone banking — 1(800)829-6372

---

## FREE CHECKING

**Account Number: XXXXXX7965**

### Balance Summary

Beginning Balance as of 07/01/2022
   + Deposits and Credits  (30)
   - Withdrawals and Debits  (120)
Ending Balance as of 07/31/2022
Service Charges for Period
Average Balance for Period
Average Collected Balance for Period
Minimum Balance for Period

### DEPOSITS AND OTHER CREDITS

| Date | Description | Deposits |
|---|---|---|
| Jul 05 | BENEFIT PAYMENTS/DEPOSIT | |
| Jul 07 | DEPOSIT | |
| Jul 08 | AIG INSURANCE MA/J P MORGAN | |
| Jul 08 | REF15921301 TRANSFERFROM DEP*1431 | |
| Jul 12 | RAISER 6795/EDI PAYMNT REF*TN*GNJW9Y2HY6\ GNJW9Y2HY61234W SAMUEL JONES | |
| Jul 15 | REF 75079427 FROM *1431 | |
| Jul 22 | AIG INSURANCE MA/J P MORGAN | |
| Jul 26 | RAISER 6795/EDI PAYMNT REF*TN*CDUG76OMXN\ CDUG76OMXN41RH2 SAMUEL JONES | |

### DEBITS AND OTHER WITHDRAWALS

| Date | Description | Withdrawals |
|---|---|---|
| Jul 05 | REF15915127 TRANSFERTO DEP*1431 | |
| Jul 05 | AMEX EPAYMENT/ACH PMT | |
| Jul 05 | FREEDOMFNCL18B/PAYMENT | |
| Jul 06 | FIRST HERITAGE/D000168211 | |
| Jul 07 | PALMETTOEC/PAYMENT | |
| Jul 07 | LPG 9492296262/2721444451 | 1,499.96 |
| Jul 07 | OVERDRAFT FUNDS PAID CHARGE | |
| Jul 08 | REF 08718999 TO *1431 | |





MEMBER FDIC



**First Community Bank**
PO Box 64
Lexington, SC 29071

| | |
|---|---|
| Statement Date | 08/31/2022 |
| Checks/Items Enclosed | 2 |
| Page | 1 |

Return Service Requested
00026634 F231DD09012202380100 01 000000000 0000000 011

SAMUEL T JONES
MICHELE MELISSA JONES
6 MAYTREE CT
IRMO SC 29063-8286

### We Are Here To Help



Bank 24/7 at www.firstcommunitysc.com

Stop by your local
banking office — 1(803)781-3000

Access your account anytime
through telephone banking — 1(800)829-6372

---

## FREE CHECKING

**Account Number: XXXXXX7965**

### Balance Summary



Beginning Balance as of 08/01/2022
  + Deposits and Credits (31)
  - Withdrawals and Debits (141)
**Ending Balance as of 08/31/2022**
Service Charges for Period
Average Balance for Period
Average Collected Balance for Period
Minimum Balance for Period

### DEPOSITS AND OTHER CREDITS

| Date | Description | Deposits |
|---|---|---|
| Aug 02 | RAISER 6795/EDI PAYMNT REF*TN*Y1PZAVN5K0\ Y1PZAVN5K0U7O1Y SAMUEL JONES | |
| Aug 05 | AIG INSURANCE MA/J P MORGAN | |
| Aug 12 | OPTUM BANK/REIMBUR | |
| Aug 16 | RAISER 6795/EDI PAYMNT REF*TN*DX80KHVG6J\ DX80KHVG6JWAZLC SAMUEL JONES | |
| Aug 19 | AIG INSURANCE MA/J P MORGAN | |
| Aug 23 | REF 24547121 FROM *1431 | |
| Aug 23 | REFUND STOP/HOLD FEE | |
| Aug 23 | REFUND STOP/HOLD FEE | |
| Aug 24 | WELLS FARGO IFI/DDA TO DDA | |
| Aug 25 | WELLS FARGO IFI/DDA TO DDA | |

### DEBITS AND OTHER WITHDRAWALS

| Date | Description | Withdrawals |
|---|---|---|
| Aug 02 | DOMINION ENERGY/DRAFT | |
| Aug 03 | AMEX EPAYMENT/ACH PMT | |
| Aug 05 | PALMETTOEC/PAYMENT | |
| Aug 09 | LPG 9492296262/2721444451 | 1,499.96 |
| Aug 12 | WELLS FARGO IFI/DDA TO DDA | |
| Aug 17 | PROTECTIVE LIFE/INS. PREM. | |






MEMBER FDIC

Statement Date      09/30/2022
Page                2



## DEBITS AND OTHER WITHDRAWALS (Continued)

| Date | Description | Withdrawals |
|------|-------------|-------------|
| Sep 13 | POS PURCHASE FEE CBA FEES EPL*KCORIUSE.COM YANTAI CN 999999 *****0644 09/09 04:42 | |
| Sep 15 | PROTECTIVE LIFE/INS. PREM. | |
| Sep 19 | PROTECTIVE LIFE/INS. PREM. | |
| Sep 19 | IRS/USATAXPYMT | |
| Sep 19 | LPG 9492296262/2721444451 | 1,499.96 |
| Sep 21 | REF15919156 TRANSFERTO DEP*1431 | |
| Sep 21 | REF15919161 TRANSFERTO DEP*1431 | |
| Sep 26 | POS PURCHASE FEE CCA FEES FRILLYKATE.COM SHEN ZHEN SHI CN MASTER *****0644 09/24 02:12 | |
| Sep 26 | POS PURCHASE FEE CBA FEES FRILLYKATE.COM SHEN ZHEN SHI CN MASTER *****0644 09/24 02:12 | |
| Sep 27 | POS PURCHASE FEE CBA FEES UNS *HEZHO ZHENGZHOU CN 810411 *****0644 09/26 04:46 | |
| Sep 30 | FREEDOMFNCL18B/PAYMENT | |

## ATM/POS TRANSACTION SUMMARY



| Date | Description | Deposits | Withdrawals |
|------|-------------|----------|-------------|
| Sep 01 | EPAYMENT TRANSFER UBER SAN FRANCISCO CA 00GDC0 *****0644 08/31 19:52 | | |
| Sep 01 | EPAYMENT TRANSFER UBER SAN FRANCISCO CA 00GDC0 *****0644 08/31 18:34 | | |
| Sep 02 | EPAYMENT TRANSFER UBER SAN FRANCISCO CA 00GDC0 *****0644 09/02 13:10 | | |
| Sep 02 | POS PURCHASE WITH PIN CIRCLE K 05385 1565 FO BLUFFTON SC 0200 *****0644 09/02 14:25 | | |
| Sep 02 | POS PURCHASE WITH PIN SHELL SERVICE S SAVANNAH GA 344868 *****0644 09/02 11:13 | | |
| Sep 02 | POS PURCHASE WITH PIN PARKERS 43 BLUFFTON SC 622008 *****0644 09/02 13:08 | | |
| Sep 02 | POS PURCHASE WITH PIN PARKERS 43 BLUFFTON SC 622008 *****0644 09/02 12:09 | | |
| Sep 02 | POS PURCHASE WITH PIN NNT GEORGIA TASTING0016 SAVANNAH GA 023770 *****0644 09/02 18:09 | | |
| Sep 02 | POS PURCHASE NON-PIN ACI*ACCESSONE FM1 888-458-6272 SC 999999 *****0644 09/01 05:17 | | |
| Sep 02 | EPAYMENT TRANSFER 09/02 07:09 800-829-6372 ZELLE MICHELE JONES | | |
| Sep 02 | EPAYMENT TRANSFER 09/02 07:09 800-829-6372 ZELLE MICHELE JONES | | |
| Sep 06 | EPAYMENT TRANSFER UBER SAN FRANCISCO CA 00GDC0 *****0644 09/06 09:22 | | |
| Sep 06 | EPAYMENT TRANSFER UBER SAN FRANCISCO CA 00GDC0 *****0644 09/05 12:14 | | |
| Sep 06 | EPAYMENT TRANSFER UBER SAN FRANCISCO CA 00GDC0 *****0644 09/03 13:25 | | |
| Sep 06 | POS PURCHASE WITH PIN GRANTS MINI MARKET HILTON HEAD I SC 114599 *****0644 09/05 09:46 | | |
| Sep 06 | POS PURCHASE WITH PIN CIRCLE K 05385 1565 FO BLUFFTON SC 0200 *****0644 09/03 14:00 | | |

December 7, 2022  ■  Page 2 of 7



**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|--------------------|--------------------------|---------------------|
| 11/15 | | Ss&C Technologie Payroll 000101 Cer000282983475 Samuel Jones | | | |
| 11/15 | | Transfer to Jones Michele on 11/15 Ref #Pp0Qtbv7P6 xxxxxx5628 | | | |
| 11/16 | | Online Transfer From First Community Bank Chk xxxx965 S. Jones Ref #F20Gwt7Dx5 on 11/15/22 | | | |
| 11/16 | | Purchase authorized on 11/15 Nic*-Ridgeland Mun Egov.Com SC S302319782211967 Card 8064 | | | |
| 11/16 | | Purchase authorized on 11/15 Cvs/Pharmacy #1125 Hardeeville SC S302319841208752 Card 8064 | | | |
| 11/16 | | Purchase authorized on 11/15 Cvs/Pharmacy #1125 Hardeeville SC S302319843514478 Card 8064 | | | |
| 11/16 | | Lpg 949-229-6262 Direct Pay 111522 221115Howp7Nfyf Samueltjones | | 1,499.96 | |
| 11/17 | | Purchase authorized on 11/16 British Open Pub Bluffton SC S462321020315681 Card 8064 | | | |
| 11/18 | | Purchase authorized on 11/17 Food Lion #2691 Bluffton SC S382321649225788 Card 8064 | | | |
| 11/21 | | Purchase authorized on 11/18 Cofc Td Arena Charleston SC S382322784789307 Card 8064 | | | |
| 11/21 | | Purchase authorized on 11/18 Cofc Td Arena Charleston SC S382322828032119 Card 8064 | | | |
| 11/21 | | Purchase authorized on 11/19 Starbucks Store 08 Mount Pleasan SC S382323400843517 Card 8064 | | | |
| 11/21 | | Purchase authorized on 11/19 IN *Hairy Winston, MT Pleasant SC S302323569660319 Card 8064 | | | |
| 11/21 | | Purchase authorized on 11/19 King Street Grille Mount Pleasan SC S582323645783210 Card 8064 | | | |
| 11/21 | | Purchase authorized on 11/19 Cke*Tommy Condon's Charleston SC S462324065482509 Card 8064 | | | |
| 11/21 | | Purchase authorized on 11/19 Charleston CO Park Charleston SC S462324070281426 Card 8064 | | | |
| 11/21 | | Purchase authorized on 11/20 Cofc Td Arena Charleston SC P582324731224470 Card 8064 | | | |
| 11/21 | | Purchase authorized on 11/20 Cofc Td Arena Charleston SC S462324766158472 Card 8064 | | | |
| 11/21 | | Purchase authorized on 11/20 Cofc Td Arena Charleston SC P582324784628192 Card 8064 | | | |
| 11/22 | | Purchase authorized on 11/20 Starbucks Store 08 Mount Pleasan SC S382324417300025 Card 8064 | | | |
| 11/22 | | Purchase authorized on 11/20 Palmetto Parking Charleston SC S382324572760590 Card 8064 | | | |
| 11/22 | | Purchase authorized on 11/20 Tst* Kickin Chicke Mount Pleasan SC S302324691288441 Card 8064 | | | |
| 11/22 | | Purchase authorized on 11/20 Bedford Falls Chs Charelston SC S462325005698965 Card 8064 | | | |
| 11/23 | | Purchase authorized on 11/21 Starbucks Store 08 Mount Pleasan SC S582325415581187 Card 8064 | | | |
| 11/23 | | Purchase authorized on 11/21 Frankie Bones Bluf Bluffton SC S582325861778987 Card 8064 | | | |
| 11/23 | | Purchase authorized on 11/22 Heuser Ace Hardwar Hardeeville SC S302326813107543 Card 8064 | | | |
| 11/23 | | Purchase authorized on 11/22 Circle K # 23630 Hardeeville SC S582326815380361 Card 8064 | | | |
| 11/23 | | Purchase authorized on 11/22 Circle K # 23630 Hardeeville SC S582326819080620 Card 8064 | | | |
| 11/25 | | Purchase authorized on 11/23 Circle K # 23630 Hardeeville SC S582327811376352 Card 8064 | | | |
| 11/25 | | Purchase authorized on 11/23 The Upper Crust PO Bluffton SC S582328000925327 Card 8064 | | | |

January 9, 2023 ■ Page 3 of 8



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/15 | 176 | Deposited OR Cashed Check | | | |
| 12/16 | | Purchase authorized on 12/14 Amk Tampa Conv Ctr Tampa FL S462348638914367 Card 8064 | | | |
| 12/16 | | Purchase authorized on 12/16 Cheers Liquors and Win Hardeeville SC P000000577248165 Card 8064 | | | |
| 12/16 | | Purchase authorized on 12/16 Circle K # 23630 14 D. Hardeeville SC P000000484054080 Card 8064 | | | |
| 12/16 | | Purchase authorized on 12/16 Parkers 32 Bluffton SC P000000271027545 Card 8064 | | | |
| 12/16 | | Lpg 949-229-6262 Direct Pay 121522 221215Wwjov5L9S Samueltjones | | 1,499.96 | |
| 12/19 | | Purchase authorized on 12/16 Subway 3794 Hardeeville SC S302350657410502 Card 8064 | | | |
| 12/19 | | Purchase authorized on 12/16 Amazon.Com*xx09V7J Amzn.Com/Bill WA S582350759265624 Card 8064 | | | |
| 12/19 | | Purchase authorized on 12/17 Spankys - Southsid Savannah GA S562351661642372 Card 8064 | | | |
| 12/19 | | Purchase authorized on 12/17 Kohls 1456 7939 Abercom Savannah GA P582351701246331 Card 8064 | | | |
| 12/19 | | Purchase authorized on 12/17 Black Marlin Baysi 843-7854950 SC S582351836939263 Card 8064 | | | |
| 12/19 | | Purchase authorized on 12/17 Tst* The Smokehous Hilton Head I SC S382352017351197 Card 8064 | | | |
| 12/19 | | Purchase authorized on 12/18 Palmetto 1460 Fording Bluffton SC P000000686772452 Card 8064 | | | |
| 12/19 | | Purchase authorized on 12/18 Lowe's #1533 Bluffton SC P382352673317282 Card 8064 | | | |
| 12/19 | | Purchase authorized on 12/18 Parkers 38 Bluffton SC P302352684120997 Card 8064 | | | |
| 12/19 | | Zelle to Jones Samuel Ref #Pp0Qwkggb2 | | | |
| 12/19 | | Protective Life Ins. Prem. 221215 P0Ee00347671 Samuel T Jones | | | |
| 12/20 | | Purchase authorized on 12/16 Amzn Mktp US*Xm1Vu Amzn.Com/Bill WA S302351170938826 Card 8064 | | | |
| 12/20 | | Purchase authorized on 12/17 Habersham Beverage 912-9616744 GA S302351704938558 Card 8064 | | | |
| 12/20 | | Zelle to Jones Samuel Ref #Pp0Qwl68Q9 | | | |
| 12/21 | | Purchase authorized on 12/21 Walgreens Store 138 Okati Okatie SC P582355789516488 Card 8064 | | | |
| 12/21 | | Purchase authorized on 12/21 Publix Super Mar 112 Nick Hardeeville SC P462355800329029 Card 8064 | | | |
| 12/21 | | Purchase authorized on 12/21 Walgreens Store 138 Okati Okatie SC P462355813587985 Card 8064 | | | |
| 12/22 | | Zelle From Samuel Jones on 12/22 Ref # 0D907Bmcaory | | | |
| 12/22 | | Purchase authorized on 12/20 Nectar Farm Kitche Bluffton SC S302355029212125 Card 8064 | | | |
| 12/22 | | Online Transfer to Jones J Wells Fargo Clear Access Banking xxxxxx2968 Ref #Ib0H8Fcknr on 12/22/22 | | | |
| 12/22 | | Purchase authorized on 12/22 Dicks Sporting Goods Bluffton SC P582356848785861 Card 8064 | | | |
| 12/23 | | Ss&C Technologie Expenses 221221 2212213008283 Samuel Jones | | | |
| 12/23 | | Purchase authorized on 12/22 British Open Pub Bluffton SC S462357039659866 Card 8064 | | | |
| 12/23 | | Purchase authorized on 12/23 Food Lion #2691 210 CK Bluffton SC P000000981314880 Card 8064 | | | |
| 12/23 | | Purchase authorized on 12/23 Parkers 36 Bluffton SC P000000075494662 Card 8064 | | | |
| 12/27 | | Purchase authorized on 12/22 Sport Clips - SC40 Bluffton SC S302356633824473 Card 8064 | | | |
| 12/27 | | Purchase authorized on 12/23 Okatiealehouse Okatie SC S302357658116713 Card 8064 | | | |

EXHIBIT 1, PAGE 39

February 7, 2023 ■ Page 2 of 7



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 1/10 | | Purchase authorized on 01/08 The Sandbar - SC 843-3386168 SC S583008682161226 Card 8064 | | | |
| 1/10 | | Purchase authorized on 01/09 Heuser Ace Hardwar Hardeeville SC S583009568511413 Card 8064 | | | |
| 1/10 | | Purchase authorized on 01/10 America's Best Bluffton SC P000000989279401 Card 8064 | | | |
| 1/11 | | Purchase authorized on 01/10 IL Carpaccio Hilton Head SC S583011031433711 Card 8064 | | | |
| 1/11 | | Purchase with Cash Back $ 20.00 authorized on 01/11 Food Lion #2691 210 OK Bluffton SC P000000686307179 Card 8064 | | | |
| 1/11 | | Transfer to Jones Michele on 01/11 Ref #Pp0Qxz3Mml: Cougar Card | | | |
| 1/12 | | Purchase authorized on 01/11 The UPS Store 1500 843-6896507 SC S583011632110809 Card 8064 | | | |
| 1/13 | | Ss&G Technologie Payroll 000101 Cer000299865950 Samuel Jones | | | |
| 1/13 | | Purchase authorized on 01/12 British Open Pub Bluffton SC S383013033290468 Card 8064 | | | |
| 1/13 | | Transfer to Jones Michele on 01/13 Ref #Pp0Qy42C5Z xxxxxx5628 | | | |
| 1/13 | | Purchase authorized on 01/13 America's Best Bluffton SC P000000981897389 Card 8064 | | | |
| 1/13 | | Purchase authorized on 01/13 Parker's 91 Bluffton SC P463013646185753 Card 8064 | | | |
| 1/13 | | Purchase authorized on 01/13 Parker's 91 Bluffton SC P000000786396805 Card 8064 | | | |
| 1/13 | | Purchase with Cash Back $ 20.00 authorized on 01/13 Kroger #6 38 Shelter C Hilton Head SC P000000286677423 Card 8064 | | | |
| 1/17 | | Purchase authorized on 01/13 Quinn's Diamond Je Hilton Head SC S303013779308679 Card 8064 | | | |
| 1/17 | | Purchase authorized on 01/13 Skull Creek Docksi Hilton Head I SC S383013859836038 Card 8064 | | | |
| 1/17 | | Zelle to Jones Samuel on 01/14 Ref #Rp0Qy6C5Nk | | | |
| 1/17 | | Zelle to Jones Samuel on 01/14 Ref #Rp0Qy6Ccm3 | | | |
| 1/17 | | Purchase authorized on 01/14 Calhoun Street Tav Bluffton SC S383014690911709 Card 8064 | | | |
| 1/17 | | Purchase authorized on 01/14 Publix Super Mar 112 Nick Hardeeville SC P583014758973849 Card 8064 | | | |
| 1/17 | | Recurring Transfer to First Community Bank Chk xxxx955 S. Jones Ref #Fp0Hg8Zkm5 on 01/15/23 | | | |
| 1/17 | | Purchase authorized on 01/15 Walgreens Store 20 Hatton Hilton Head I SC P303015749670210 Card 8064 | | | |
| 1/17 | | Recurring Payment authorized on 01/15 ADT Security 877-464-7437 PA S463016063789124 Card 8064 | | | |
| 1/17 | | Purchase authorized on 01/16 Golfback 407-505-9091 PA S383016570041469 Card 8064 | | | |
| 1/17 | | Purchase authorized on 01/16 Cvs/Pharm 11255--40 D. Hardeeville SC P000000073994782 Card 8064 | | | |
| 1/17 | | Purchase authorized on 01/16 Parkers 33 Bluffton SC P463016727653706 Card 8064 | | | |
| 1/17 | | Purchase authorized on 01/16 Okatiealehouse Okatie SC S463016758920896 Card 8064 | | | |
| 1/17 | | Purchase authorized on 01/16 Food Lion #2691 210 OK Bluffton SC P000000986003903 Card 8064 | | | |
| 1/17 | | Purchase authorized on 01/17 Food Lion #2691 210 OK Bluffton SC P000000085624913 Card 8064 | | | |
| 1/17 | | Lpg 949-229-6262 Direct Pay 011623 230116WF4Plwsub Samueltjones | | | 500.96 |
| 1/18 | | Zelle From Samuel Jones on 01/18 Ref # 0D907B3C4U3D | | | |

April 7, 2023 ■ Page 3 of 8


WELLS FARGO

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|---------|------------|---------|
| 3/16 | | Purchase authorized on 03/14 Emg and Minute Loa 883-2135744 VA S463073796494840 Card 4108 | | | |
| 3/16 | | Recurring Payment authorized on 03/15 ADT Security 877-464-7437 PA S383075121438306 Card 4108 | | | |
| 3/16 | | Purchase authorized on 03/16 Petsmart #3157 Hardeeville SC P463075552305119 Card 4108 | | | |
| 3/16 | | Purchase with Cash Back $ 40.00 authorized on 03/16 WM Superc Wal-Mart Sup Hardeeville SC P000000889437080 Card 4108 | | | |
| 3/16 | < | Business to Business ACH Debit - Dave, Inc Debit 6411Bd45E6C5Eb146Ef452A1/ 0B1A684DC061353 | | | |
| 3/17 | | Zelle From Samuel Jones on 03/17 Ref # 0D90Nbzczpni | | | |
| 3/17 | | Purchase authorized on 03/16 British Open Pub Bluffton SC S583075818473985 Card 4108 | | | |
| 3/17 | | Online Transfer to Jones J Wells Fargo Clear Access Banking xxxxx2968 Ref #Ib0Hzbwgn5 on 03/17/23 | | | |
| 3/17 | | Purchase authorized on 03/17 Parkers 38 Bluffton SC P000000289369831 Card 4108 | | | |
| 3/17 | | Protective Life Ins. Prem. 230315 P0Ee00347671 Samuel T Jones | | | |
| 3/17 | | Clg Processing Epay Mar 17 2630925872 Samueltjones | | 1,499.96 | |
| 3/20 | | Purchase authorized on 03/16 Nectar Farm Kitche Blufton SC S583075786644685 Card 4108 | | | |
| 3/20 | | Purchase authorized on 03/17 Skull Creek Docksi Hilton Head I SC S583076789381380 Card 4108 | | | |
| 3/20 | | Purchase authorized on 03/17 Okatiealehouse Okatie SC S583077024604149 Card 4108 | | | |
| 3/20 | | Purchase authorized on 03/18 Island Rec Center Hilton Head I SC S463077871969497 Card 4108 | | | |
| 3/20 | | Online Transfer to Jones J Wells Fargo Clear Access Banking xxxxxx2968 Ref #Ib0Hzpdfgh on 03/18/23 | | | |
| 3/20 | | Purchase authorized on 03/19 Tst* Skillets Cafe Hilton Head I SC S583078594853654 Card 4108 | | | |
| 3/20 | | Purchase authorized on 03/19 Sp Coastal Provisi 184-33413838 SC S583078635427053 Card 4108 | | | |
| 3/20 | | Purchase authorized on 03/19 Heuser Hdwe- Buckw Bluffton SC S463078665763963 Card 4108 | | | |
| 3/20 | | Purchase authorized on 03/19 Publix Super Mar 101 Buck Bluffton SC P303078682835031 Card 4108 | | | |
| 3/20 | | Online Transfer to Jones J Wells Fargo Clear Access Banking xxxxxx2968 Ref #Ib0Hzxzcvx on 03/19/23 | | | |
| 3/20 | | Purchase authorized on 03/20 Walgreens Store 138 Okati Okatie SC P383079541309148 Card 4108 | | | |
| 3/20 | | Beaufort County 8002689153 230318 Samuel Jones | | | |
| 3/21 | | Purchase authorized on 03/19 Coligny Hardwere & Hilton Head I SC S383078622089061 Card 4108 | | | |
| 3/21 | | Purchase authorized on 03/19 Okatiealehouse Okatie SC S303078764720202 Card 4108 | | | |
| 3/21 | | Purchase authorized on 03/19 Autocheck.Com 888-4092204 IL S583079040824391 Card 4108 | | | |
| 3/22 | | Purchase authorized on 03/21 Advance Auto Parts Okatie SC S383080583503375 Card 4108 | | | |
| 3/22 | | Purchase authorized on 03/21 Advance Auto Parts Okatie SC S463080585198689 Card 4108 | | | |
| 3/22 | | Purchase authorized on 03/21 Tst* Captain Woody Bluffton SC S463080834612977 Card 4108 | | | |
| 3/23 | | Purchase authorized on 03/23 Best Buy 664 00006643 Bluffton SC P463082692434276 Card 4108 | | | |
| 3/23 | | Purchase authorized on 03/23 Parkers 36 Bluffton SC P463082697367469 Card 4108 | | | |
| 3/23 | | Purchase authorized on 03/23 Parkers 36 Bluffton SC P000000077126752 Card 4108 | | | |
| 3/23 | | Purchase authorized on 03/23 Food Lion #2691 210 Ok Bluffton SC P000000583028042 Card 4108 | | | |

EXHIBIT 1, PAGE 41

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **TRUSTEE'S MOTION OBJECTING TO ALLEGED PRIORITY TAX CLAIM NO. 101054-1 FILED BY SAMUEL T. JONES; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF BRADFORD BARNHARDT; AND REQUEST FOR JUDICIAL NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 30, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

&boxtimes; Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **May 30, 2025**, I delivered the document(s) described above via email to Omni Agent Solutions, Trustee's claims and noticing agent, for service on the interested persons and/or entities at the last known addresses by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid and addressed per the adversary mail matrix. Upon completion of the mailing by Omni Agent Solutions, Trustee will file a Certificate of Service listing the parties served by Omni Agent Solutions at the address at which they were addressed.

**DEBTOR – MAIL REDIRECTED TO TRUSTEE**
THE LITIGATION PRACTICE GROUP P.C.
~~17542 17TH ST~~
~~SUITE 100~~
~~TUSTIN, CA 92780-1981~~

**CLAIMANT**
SAMUEL T. JONES
543 COLONEL THOMAS HEYWARD RD
BLUFFTON, SC 29909

□ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 30, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
PRESIDING JUDGE'S COPY
Honorable Scott C. Clarkson
Bin beside 5th Floor Elevators
U.S. Bankruptcy Court, Ronald Reagan Federal Building
411 West Fourth Street
Santa Ana, CA 92701-4593

**VIA EMAIL**
**MONITOR**
Nancy Rapoport
nancy.rapoport@unlv.edu

□ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 30, 2025 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **INTERESTED PARTY COURTESY NEF: Joseph E Addiego**    joeaddiego@dwt.com, ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com
- **INTERESTED PARTY COURTESY NEF:** Kyra E Andrassy kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Bradford Barnhardt**    bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR AFFIRMA, LLC and CREDITOR OXFORD KNOX, LLC: Eric Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com
- **ATTORNEY FOR DEFENDANT LEUCADIA ENTERPRISES, INC.: Michael Jay Berger**    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **INTERESTED PARTY COURTESY NEF: Ethan J Birnberg**    birnberg@portersimon.com, reich@portersimon.com
- **ATTORNEY FOR RICHARD A. MARSHACK, TRUSTEE OF THE LPG LIGUIDATING TRUST:** Anthony Bisconti tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Peter W Bowie**    peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- **INTERESTED PARTY COURTESY NEF: Samuel Mushegh Boyamian**    samuel@marguliesfaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com
- **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC: Ronald K Brown**    ron@rkbrownlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Christopher Celentino**    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **ATTORNEY FOR CREDITOR ELIZABETH A. SHORE: Michael F Chekian**    mike@cheklaw.com, chekianmr84018@notify.bestcase.com
- **INTERESTED PARTY COURTESY NEF: Shawn M Christianson**    cmcintire@buchalter.com, schristianson@buchalter.com
- **INTERESTED PARTY COURTESY NEF: Randall Baldwin Clark**    rbc@randallbclark.com
- **ATTORNEY FOR DEFENDANT LISA COHEN and DEFENDANT ROSA BIANCA LOLI: Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Cara Daggitt**    cara.daggitt@dinsmore.com, Keegan.Giblin@Dinsmore.com
- **ATTORNEY FOR DEFENDANT MORNING LAW GROUP, P.C.: Michael W Davis**    mdavis@dtolaw.com, ygodson@dtolaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Aaron E. De Leest adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF: Anthony Paul Diehl**    anthony@apdlaw.net, Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net
- **INTERESTED PARTY COURTESY NEF: Ashley Dionisio**    adionisio@omniagnt.com
- **ATTORNEY FOR INTERESTED PARTY NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEYS and INTERESTED PARTY NATIONAL CONSUMER BANKRUPTCY RIGHTS CENTER : Jenny L Doling**    jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- **INTERESTED PARTY COURTESY NEF: Jamie P Dreher**    jdreher@downeybrand.com, amasson@downeybrand.com;courtfilings@downeybrand.com
- **ATTORNEY FOR CREDITOR CAROLYN BEECH: Daniel A Edelman**    dedelman@edcombs.com, courtecl@edcombs.com
- **INTERESTED PARTY COURTESY NEF: Howard M Ehrenberg**    Howard.Ehrenberg@gmlaw.com, hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com
- **INTERESTED PARTY COURTESY NEF: Lexi J. Epley**    lexi.epley@dinsmore.com, angelica.urena@dinsmore.com
- **CREDITOR: Meredith Fahn**    fahn@sbcglobal.net

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

- **INTERESTED PARTY COURTESY NEF:** Jeremy Faith    Jeremy@MarguliesFaithlaw.com,
  Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **ATTORNEY FOR CREDITOR VALIDATION PARTNERS LLC: William P
  Fennell**    william.fennell@fennelllaw.com,
  luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com
- **INTERESTED PARTY COURTESY NEF: Alan W Forsley**    alan.forsley@flpllp.com,
  awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- **ATTORNEY FOR DEFENDANT CLEAR VISION LLC dba LIBERTY1 FINANCIAL: Marc C
  Forsythe**    mforsythe@goeforlaw.com,
  mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jeremy
  Freedman**    jeremy.freedman@dinsmore.com, nicolette.murphy@dinsmore.com
- **ATTORNEY FOR CREDITOR HERRET CREDIT: Eric Gassman**    erg@gassmanlawgroup.com,
  gassman.ericb112993@notify.bestcase.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Christopher Ghio**
  Christopher.Ghio@dinsmore.com, angelica.urena@dinsmore.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Christopher Ghio**
  christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com
- **ATTORNEY FOR CREDITOR AMY GINSBURG; CREDITOR KENTON COBB; and CREDITOR SHANNON
  BELLFIELD: Amy Lynn Ginsburg**    efilings@ginsburglawgroup.com
- **INTERESTED PARTY COURTESY NEF: Robert P Goe**    kmurphy@goeforlaw.com,
  rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **ATTORNEY FOR DEFENDANT STRIPE, INC: Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **ATTORNEY FOR CREDITOR AFFIRMA, LLC; CREDITOR ANAHEIM ARENA MANAGEMENT, LLC;
  CREDITOR ANAHEIM DUCKS HOCKEY CLUB, LLC; and CREDITOR OXFORD KNOX, LLC: Jeffrey I
  Golden**    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;
  lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and
  CREDITOR MC DVI FUND 2, LLC: Richard H Golubow**    rgolubow@wghlawyers.com,
  jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **ATTORNEY FOR CREDITOR UNITED PARTNERSHIPS, LLC: David M Goodrich**    dgoodrich@go2.law,
  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Spencer Keith Gray**
  spencer.gray@dinsmore.com
- **INTERESTED PARTY COURTESY NEF: Mary H Haas**    maryhaas@dwt.com, melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com
- **INTERESTED PARTY COURTESY NEF: Stella A Havkin**    stella@havkinandshrago.com,
  shavkinesq@gmail.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): D Edward
  Hays**    ehays@marshackhays.com,
  ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR CITY CAPITAL NY: Alan Craig
  Hochheiser**    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Karen Hockstad**
  karen.hockstad@dinsmore.com, kim.beavin@dinsmore.com
- **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and
  CREDITOR MC DVI FUND 2, LLC: Garrick A Hollander**    ghollander@wghlawyers.com,
  jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **ATTORNEY FOR CREDITOR SHARP ELECTRONICS CORPORATION: Brian L
  Holman**    b.holman@musickpeeler.com
- **INTERESTED PARTY COURTESY NEF: Richard L. Hyde**    rhyde@awglaw.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

- **INTERESTED PARTY COURTESY NEF: Brandon J. Iskander**    biskander@goeforlaw.com,
  kmurphy@goeforlaw.com
- **ATTORNEY FOR INTERESTED PARTY MERCHANTS CREDIT CORPORATION: Peter L
  Isola**    pisola@hinshawlaw.com, rmojica@hinshawlaw.com,iking@hinshawlaw.com
- **ATTORNEY FOR CREDITOR, PLAINTIFF, and COUNTER-DEFENDANT OHP-CDR, LP and PLAINTIFF and
  COUNTER-DEFENDANT PURCHASECO 80, LLC: Razmig Izakelian**    razmigizakelian@quinnemanuel.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Veneeta Jaswal**
  veneeta.jaswal@dinsmore.com, bonnie.connolly@dinsmore.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Sara
  Johnston**    sara.johnston@dinsmore.com
- **ATTORNEY FOR FIDELITY NATIONAL INFORMATION SERVICES, INC. DBA FIS: Sweeney
  Kelly**    kelly@ksgklaw.com
- **ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP P.C.: Joon M Khang**    joon@khanglaw.com
- **ATTORNEY FOR INTERESTED PARTY AD HOC CONSUMER CLAIMANTS COMMITTEE: Ira David
  Kharasch**    ikharasch@pszjlaw.com
- **ATTORNEY FOR DEFENDANT GALLANT LAW GROUP: Meredith King**    mking@fsl.law,
  ssanchez@fsl.law;jwilson@fsl.law
- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS: Nicholas A
  Koffroth**    nkoffroth@foxrothschild.com, khoang@foxrothschild.com
- **ATTORNEY FOR DEFENDANT MARICH BEIN, LLC: David S Kupetz**    David.Kupetz@lockelord.com,
  mylene.ruiz@lockelord.com
- **INTERESTED PARTY COURTESY NEF: Christopher J Langley**    chris@slclawoffice.com,
  langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Kelli Ann
  Lee**    Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com
- **ATTORNEY DEFENDANT OPTIMUMBANK HOLDINGS, INC: Matthew A Lesnick**    matt@lesnickprince.com,
  matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, P.C.; DEFENDANT LGS HOLDCO, LLC;
  INTERESTED PARTY CONSUMER LEGAL GROUP, P.C.; and INTERESTED PARTY LIBERTY
  ACQUISITIONS GROUP INC: Daniel A Lev**    daniel.lev@gmlaw.com,
  cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **ATTORNEY FOR INTERESTED PARTY REVOLV3, INC.: Britteny Leyva**    bleyva@mayerbrown.com,
  2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com
- **INTERESTED PARTY COURTESY NEF ADVERSARY PROCEEDING #: 8:23-AP-01148-SC: Marc A
  Lieberman**    marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- **ATTORNEY FOR CREDITOR PHILLIP A GREENBLATT, PLLC: Michael D
  Lieberman**    mlieberman@lipsonneilson.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Yosina M
  Lissebeck**    Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com
- **ATTORNEY FOR CREDITOR FUNDURA CAPITAL GROUP: Mitchell B Ludwig**    mbl@kpclegal.com,
  kad@kpclegal.com
- **INTERESTED PARTY COURTESY NEF: Charity J Manee**    cmanee@goeforlaw.com,
  kmurphy@goeforlaw.com
- **INTERESTED PARTY AND ATTORNEY: Daniel S March**    marchlawoffice@gmail.com,
  marchdr94019@notify.bestcase.com
- **ATTORNEY FOR CREDITOR and DEFENDANT GREYSON LAW CENTER PC, CREDITOR and DEFENDANT
  HAN TRINH; and CREDITOR and DEFENDANT PHUONG (JAYDE) TRINH: Kathleen P
  March**    kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **CHAPTER 11 TRUSTEE: Richard A Marshack (TR)**    pkraus@marshackhays.com,
  ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR RICHARD A. MARSHACK, PLAINTIFF AND TRUSTEE OF THE LPG LIQUIDATION TRUST:
  Mason**    jeana.mason@dinsmore.com, ashlynn.harrison@dinsmore.com;stella.laroe@dinsmore.com
- **ATTORNEY FOR RICHARD A. MARSHACK, PLAINTIFF AND TRUSTEE OF THE LPG LIQUIDATION TRUST:
  Caroline Massey**    caroline.massey@dinsmore.com, lizbeth.alonso@dinsmore.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                        **F 9013-3.1.PROOF.SERVICE**

- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Sarah S. Mattingly**    sarah.mattingly@dinsmore.com
- **INTERESTED PARTY COURTESY NEF: Tony May**    tmay@maybrocklaw.com
- **INTERESTED PARTY COURTESY NEF: Noah K McCall**    nmccall@rschauerlaw.com, NAnderson@RSchauerLaw.com
- **INTERESTED PARTY COURTESY NEF: William McCormick**    Bill.McCormick@ag.tn.gov
- **ATTORNEY FOR US TRUSTEE: Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **INTERESTED PARTY COURTESY NEF: Byron Z Moldo**    bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com
- **ATTORNEY FOR CREDITOR ADP, INC: Glenn D. Moses**    gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com
- **INTERESTED PARTY COURTESY NEF: Alan I Nahmias**    anahmias@mbn.law, jdale@mbn.law
- **INTERESTED PARTY COURTESY NEF: Victoria Newmark**    vnewmark@pszjlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jacob Newsum-Bothamley**    jacob.bothamley@dinsmore.com, angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- **ATTORNEY FOR US TRUSTEE: Queenie K Ng**    queenie.k.ng@usdoj.gov
- **CREDITOR: Israel Orozco**    israel@iolawcorp.com
- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS: Keith C Owens**    kowens@foxrothschild.com, khoang@foxrothschild.com
- **ATTORNEY FOR DEFENDANT OPTIMUMBANK HOLDINGS, INC.: Lisa Patel**    lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- **ATTORNEY FOR RICHARD A. MARSHACK, PLAINTIFF AND TRUSTEE OF THE LPG LIQUIDATION TRUST: Julian Parker Pecora**    julian.pecora@dinsmore.com, Tracey.Hebert@Dinsmore.com
- **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC: Michael R Pinkston**    rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com
- **ATTORNEY FOR RICHARD A. MARSHACK, PLAINTIFF AND TRUSTEE OF THE LPG LIQUIDATION TRUST: Richard D. Porotsky**    maria.rother@dinsmore.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Tyler Powell**    tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;rosetta.mitchell@dinsmore.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Laila Rais**    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **ATTORNEY FOR DEFENDANT TOUZI CAPITAL, LLC and DEFENDANT ENG TAING: Daniel H Reiss**    dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **ATTORNEY FOR CREDITOR UNIFIED GLOBAL RESEARCH GROUP, INC.: Vincent Renda**    vr@pinlegal.com, ld@pinlegal.com
- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, PC: Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Vanessa Rodriguez**    vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com
- **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC: Kevin Alan Rogers**    krogers@wellsmar.com
- **ATTORNEY FOR DEFENDANT STEVEN D. SILVERSTEIN: Larry Rothman**    tocollect@aol.com
- **ATTORNEY FOR CREDITOR MARI AGAPE: Gregory M Salvato**    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **ATTORNEY FOR CREDITOR AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC: Olivia Scott**    olivia.scott3@bclplaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jonathan Serrano**    jonathan.serrano@dinsmore.com
- **ATTORNEY FOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC: Maureen J Shanahan**    Mstotaro@aol.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_                                                                                   **F 9013-3.1.PROOF.SERVICE**

- **ATTORNEY FOR CREDITORS UNITED PARTNERSHIPS, LLC and MNS FUNDING LLC: Paul R Shankman**    PShankman@fortislaw.com, info@fortislaw.com
- **ATTORNEY FOR INTERESTED PARTY MORNING LAW GROUP, PC: Zev Shechtman**    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com
- **INTERESTED PARTY COURTESY NEF: Jeffrey M Singletary**    jsingletary@swlaw.com, rmckay@swlaw.com
- **ATTORNEY FOR RICHARD A. MARSHACK, PLAINTIFF AND TRUSTEE OF THE LPG LIQUIDATION TRUST: Matthew Sommer**    matthew.sommer@dinsmore.com, carrie.davis@dinsmore.com
- **ATTORNEY FOR CREDITOR PIONEER FUNDING GROUP, LLC: Adam D Stein-Sapir**    info@pfllc.com
- **ATTORNEY FOR DEFENDANT BANKUNITED, N.A.: Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): John H. Stephens**    john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com
- **ATTORNEY FOR CREDITOR ALTERYX, INC.: Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Matthew J Stockl    matthew.stockl@dinsmore.com, katrice.ortiz@dinsmore.com
- **INTERESTED PARTY COURTESY NEF: Brett N Taylor**    btaylor@cozen.com, arincon@cozen.com
- **ATTORNEY FOR CREDITOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC and INTERESTED PARTY RANDALL BALDWIN CLARK: Michael R Totaro**    Ocbkatty@aol.com
- **US TRUSTEE: United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **INTERESTED PARTY COURTESY NEF: Belinda M Vega**    apark@venable.com
- **ATTORNEY FOR WITNESS BRADFORD LEE 8:23-ap-01046-SC: William J Wall**    wwall@wall-law.com
- **ATTORNEY FOR CREDITOR and DEFENDANT AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC: Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- **ATTORNEY FOR CREDITOR DEBT RELIEF GROUP, LLC: Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com
- **CLAIM AGENT FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Reina Zepeda**    rzepeda@omniagnt.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF OBJECTION TO CLAIM**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 30, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒                                                  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **May 30, 2025**, I delivered the document(s) described above via email to Omni Agent Solutions, Trustee's claims and noticing agent, for service on the interested persons and/or entities at the last known addresses by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid and addressed per the adversary mail matrix. Upon completion of the mailing by Omni Agent Solutions, Trustee will file a Certificate of Service listing the parties served by Omni Agent Solutions at the address at which they were addressed.

**DEBTOR – MAIL REDIRECTED TO TRUSTEE**
THE LITIGATION PRACTICE GROUP P.C.
~~17542 17TH ST~~
~~SUITE 100~~
~~TUSTIN, CA 92780-1981~~

**CLAIMANT**
SAMUEL T. JONES
543 COLONEL THOMAS HEYWARD RD
BLUFFTON, SC 29909

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 30, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
PRESIDING JUDGE'S COPY
Honorable Scott C. Clarkson
Bin beside 5th Floor Elevators
U.S. Bankruptcy Court, Ronald Reagan Federal Building
411 West Fourth Street
Santa Ana, CA 92701-4593

**VIA EMAIL**
**MONITOR**
Nancy Rapoport
nancy.rapoport@unlv.edu

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 30, 2025 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **INTERESTED PARTY COURTESY NEF: Joseph E Addiego**    joeaddiego@dwt.com,
  ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com
- **INTERESTED PARTY COURTESY NEF:** Kyra E Andrassy kandrassy@raineslaw.com,
  bclark@raineslaw.com;jfisher@raineslaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Bradford
  Barnhardt**    bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR AFFIRMA, LLC and CREDITOR OXFORD KNOX, LLC: Eric
  Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com
- **ATTORNEY FOR DEFENDANT LEUCADIA ENTERPRISES, INC.: Michael Jay
  Berger**    michael.berger@bankruptcypower.com,
  yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **INTERESTED PARTY COURTESY NEF: Ethan J Birnberg**    birnberg@portersimon.com,
  reich@portersimon.com
- **ATTORNEY FOR RICHARD A. MARSHACK, TRUSTEE OF THE LPG LIGUIDATING TRUST:** Anthony Bisconti
  tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Peter W
  Bowie**    peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- **INTERESTED PARTY COURTESY NEF: Samuel Mushegh Boyamian**    samuel@marguliesfaithlaw.com,
  Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com
- **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC: Ronald K
  Brown**    ron@rkbrownlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Christopher
  Celentino**    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **ATTORNEY FOR CREDITOR ELIZABETH A. SHORE: Michael F Chekian**    mike@cheklaw.com,
  chekianmr84018@notify.bestcase.com
- **INTERESTED PARTY COURTESY NEF: Shawn M Christianson**    cmcintire@buchalter.com,
  schristianson@buchalter.com
- **INTERESTED PARTY COURTESY NEF: Randall Baldwin Clark**    rbc@randallbclark.com
- **ATTORNEY FOR DEFENDANT LISA COHEN and DEFENDANT ROSA BIANCA LOLI: Leslie A
  Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Cara Daggitt**
  cara.daggitt@dinsmore.com, Keegan.Giblin@Dinsmore.com
- **ATTORNEY FOR DEFENDANT MORNING LAW GROUP, P.C.: Michael W Davis**    mdavis@dtolaw.com,
  ygodson@dtolaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Aaron E. De Leest
  adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF: Anthony Paul Diehl**    anthony@apdlaw.net,
  Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net
- **INTERESTED PARTY COURTESY NEF: Ashley Dionisio**    adionisio@omniagnt.com
- **ATTORNEY FOR INTERESTED PARTY NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY
  ATTORNEYS and INTERESTED PARTY NATIONAL CONSUMER BANKRUPTCY RIGHTS CENTER : Jenny
  L Doling**    jd@jdl.law,
  dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- **INTERESTED PARTY COURTESY NEF: Jamie P Dreher**    jdreher@downeybrand.com,
  amasson@downeybrand.com;courtfilings@downeybrand.com
- **ATTORNEY FOR CREDITOR CAROLYN BEECH: Daniel A Edelman**    dedelman@edcombs.com,
  courtecl@edcombs.com
- **INTERESTED PARTY COURTESY NEF: Howard M Ehrenberg**    Howard.Ehrenberg@gmlaw.com,
  hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmla
  w.com
- **INTERESTED PARTY COURTESY NEF: Lexi J. Epley**    lexi.epley@dinsmore.com,
  angelica.urena@dinsmore.com
- **CREDITOR: Meredith Fahn**    fahn@sbcglobal.net

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          **F 9013-3.1.PROOF.SERVICE**

- **INTERESTED PARTY COURTESY NEF:** Jeremy Faith  Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **ATTORNEY FOR CREDITOR VALIDATION PARTNERS LLC: William P Fennell**  william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com
- **INTERESTED PARTY COURTESY NEF: Alan W Forsley**  alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- **ATTORNEY FOR DEFENDANT CLEAR VISION LLC dba LIBERTY1 FINANCIAL: Marc C Forsythe**  mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jeremy Freedman**  jeremy.freedman@dinsmore.com, nicolette.murphy@dinsmore.com
- **ATTORNEY FOR CREDITOR HERRET CREDIT: Eric Gassman**  erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Christopher Ghio**  Christopher.Ghio@dinsmore.com, angelica.urena@dinsmore.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Christopher Ghio**  christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com
- **ATTORNEY FOR CREDITOR AMY GINSBURG; CREDITOR KENTON COBB; and CREDITOR SHANNON BELLFIELD: Amy Lynn Ginsburg**  efilings@ginsburglawgroup.com
- **INTERESTED PARTY COURTESY NEF: Robert P Goe**  kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **ATTORNEY FOR DEFENDANT STRIPE, INC: Eric D Goldberg**  eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **ATTORNEY FOR CREDITOR AFFIRMA, LLC; CREDITOR ANAHEIM ARENA MANAGEMENT, LLC; CREDITOR ANAHEIM DUCKS HOCKEY CLUB, LLC; and CREDITOR OXFORD KNOX, LLC: Jeffrey I Golden**  jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com; lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC: Richard H Golubow**  rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **ATTORNEY FOR CREDITOR UNITED PARTNERSHIPS, LLC: David M Goodrich**  dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Spencer Keith Gray**  spencer.gray@dinsmore.com
- **INTERESTED PARTY COURTESY NEF: Mary H Haas**  maryhaas@dwt.com, melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com
- **INTERESTED PARTY COURTESY NEF: Stella A Havkin**  stella@havkinandshrago.com, shavkinesq@gmail.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): D Edward Hays**  ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR CITY CAPITAL NY: Alan Craig Hochheiser**  ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Karen Hockstad**  karen.hockstad@dinsmore.com, kim.beavin@dinsmore.com
- **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC: Garrick A Hollander**  ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **ATTORNEY FOR CREDITOR SHARP ELECTRONICS CORPORATION: Brian L Holman**  b.holman@musickpeeler.com
- **INTERESTED PARTY COURTESY NEF: Richard L. Hyde**  rhyde@awglaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

- **INTERESTED PARTY COURTESY NEF: Brandon J. Iskander**    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **ATTORNEY FOR INTERESTED PARTY MERCHANTS CREDIT CORPORATION: Peter L Isola**    pisola@hinshawlaw.com, rmojica@hinshawlaw.com,iking@hinshawlaw.com
- **ATTORNEY FOR CREDITOR, PLAINTIFF, and COUNTER-DEFENDANT OHP-CDR, LP and PLAINTIFF and COUNTER-DEFENDANT PURCHASECO 80, LLC: Razmig Izakelian**    razmigizakelian@quinnemanuel.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Veneeta Jaswal**    veneeta.jaswal@dinsmore.com, bonnie.connolly@dinsmore.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Sara Johnston**    sara.johnston@dinsmore.com
- **ATTORNEY FOR FIDELITY NATIONAL INFORMATION SERVICES, INC. DBA FIS: Sweeney Kelly**    kelly@ksgklaw.com
- **ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP P.C.: Joon M Khang**    joon@khanglaw.com
- **ATTORNEY FOR INTERESTED PARTY AD HOC CONSUMER CLAIMANTS COMMITTEE: Ira David Kharasch**    ikharasch@pszjlaw.com
- **ATTORNEY FOR DEFENDANT GALLANT LAW GROUP: Meredith King**    mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS: Nicholas A Koffroth**    nkoffroth@foxrothschild.com, khoang@foxrothschild.com
- **ATTORNEY FOR DEFENDANT MARICH BEIN, LLC: David S Kupetz**    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **INTERESTED PARTY COURTESY NEF: Christopher J Langley**    chris@slclawoffice.com, langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Kelli Ann Lee**    Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com
- **ATTORNEY DEFENDANT OPTIMUMBANK HOLDINGS, INC: Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, P.C.; DEFENDANT LGS HOLDCO, LLC; INTERESTED PARTY CONSUMER LEGAL GROUP, P.C.; and INTERESTED PARTY LIBERTY ACQUISITIONS GROUP INC: Daniel A Lev**    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **ATTORNEY FOR INTERESTED PARTY REVOLV3, INC.: Britteny Leyva**    bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com
- **INTERESTED PARTY COURTESY NEF ADVERSARY PROCEEDING #: 8:23-AP-01148-SC: Marc A Lieberman**    marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- **ATTORNEY FOR CREDITOR PHILLIP A GREENBLATT, PLLC: Michael D Lieberman**    mlieberman@lipsonneilson.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Yosina M Lissebeck**    Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com
- **ATTORNEY FOR CREDITOR FUNDURA CAPITAL GROUP: Mitchell B Ludwig**    mbl@kpclegal.com, kad@kpclegal.com
- **INTERESTED PARTY COURTESY NEF: Charity J Manee**    cmanee@goeforlaw.com, kmurphy@goeforlaw.com
- **INTERESTED PARTY AND ATTORNEY: Daniel S March**    marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **ATTORNEY FOR CREDITOR and DEFENDANT GREYSON LAW CENTER PC, CREDITOR and DEFENDANT HAN TRINH; and CREDITOR and DEFENDANT PHUONG (JAYDE) TRINH: Kathleen P March**    kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **CHAPTER 11 TRUSTEE: Richard A Marshack (TR)**    pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR RICHARD A. MARSHACK, PLAINTIFF AND TRUSTEE OF THE LPG LIQUIDATION TRUST: Mason**    jeana.mason@dinsmore.com, ashlynn.harrison@dinsmore.com;stella.laroe@dinsmore.com
- **ATTORNEY FOR RICHARD A. MARSHACK, PLAINTIFF AND TRUSTEE OF THE LPG LIQUIDATION TRUST: Caroline Massey**    caroline.massey@dinsmore.com, lizbeth.alonso@dinsmore.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                   **F 9013-3.1.PROOF.SERVICE**

- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Sarah S. Mattingly**    sarah.mattingly@dinsmore.com
- **INTERESTED PARTY COURTESY NEF: Tony May**    tmay@maybrocklaw.com
- **INTERESTED PARTY COURTESY NEF: Noah K McCall**    nmccall@rschauerlaw.com, NAnderson@RSchauerLaw.com
- **INTERESTED PARTY COURTESY NEF: William McCormick**    Bill.McCormick@ag.tn.gov
- **ATTORNEY FOR US TRUSTEE: Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **INTERESTED PARTY COURTESY NEF: Byron Z Moldo**    bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com
- **ATTORNEY FOR CREDITOR ADP, INC: Glenn D. Moses**    gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com
- **INTERESTED PARTY COURTESY NEF: Alan I Nahmias**    anahmias@mbn.law, jdale@mbn.law
- **INTERESTED PARTY COURTESY NEF: Victoria Newmark**    vnewmark@pszjlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jacob Newsum-Bothamley**    jacob.bothamley@dinsmore.com, angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- **ATTORNEY FOR US TRUSTEE: Queenie K Ng**    queenie.k.ng@usdoj.gov
- **CREDITOR: Israel Orozco**    israel@iolawcorp.com
- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS: Keith C Owens**    kowens@foxrothschild.com, khoang@foxrothschild.com
- **ATTORNEY FOR DEFENDANT OPTIMUMBANK HOLDINGS, INC.: Lisa Patel**    lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- **ATTORNEY FOR RICHARD A. MARSHACK, PLAINTIFF AND TRUSTEE OF THE LPG LIQUIDATION TRUST: Julian Parker Pecora**    julian.pecora@dinsmore.com, Tracey.Hebert@Dinsmore.com
- **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC: Michael R Pinkston**    rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com
- **ATTORNEY FOR RICHARD A. MARSHACK, PLAINTIFF AND TRUSTEE OF THE LPG LIQUIDATION TRUST: Richard D. Porotsky**    maria.rother@dinsmore.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Tyler Powell**    tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;rosetta.mitchell@dinsmore.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Laila Rais**    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **ATTORNEY FOR DEFENDANT TOUZI CAPITAL, LLC and DEFENDANT ENG TAING: Daniel H Reiss**    dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **ATTORNEY FOR CREDITOR UNIFIED GLOBAL RESEARCH GROUP, INC.: Vincent Renda**    vr@pinlegal.com, ld@pinlegal.com
- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, PC: Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Vanessa Rodriguez**    vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com
- **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC: Kevin Alan Rogers**    krogers@wellsmar.com
- **ATTORNEY FOR DEFENDANT STEVEN D. SILVERSTEIN: Larry Rothman**    tocollect@aol.com
- **ATTORNEY FOR CREDITOR MARI AGAPE: Gregory M Salvato**    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **ATTORNEY FOR CREDITOR AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC: Olivia Scott**    olivia.scott3@bclplaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jonathan Serrano**    jonathan.serrano@dinsmore.com
- **ATTORNEY FOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC: Maureen J Shanahan**    Mstotaro@aol.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_    **F 9013-3.1.PROOF.SERVICE**

- **ATTORNEY FOR CREDITORS UNITED PARTNERSHIPS, LLC and MNS FUNDING LLC: Paul R Shankman**    PShankman@fortislaw.com, info@fortislaw.com
- **ATTORNEY FOR INTERESTED PARTY MORNING LAW GROUP, PC: Zev Shechtman**    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com
- **INTERESTED PARTY COURTESY NEF: Jeffrey M Singletary**    jsingletary@swlaw.com, rmckay@swlaw.com
- **ATTORNEY FOR RICHARD A. MARSHACK, PLAINTIFF AND TRUSTEE OF THE LPG LIQUIDATION TRUST: Matthew Sommer**    matthew.sommer@dinsmore.com, carrie.davis@dinsmore.com
- **ATTORNEY FOR CREDITOR PIONEER FUNDING GROUP, LLC: Adam D Stein-Sapir**    info@pfllc.com
- **ATTORNEY FOR DEFENDANT BANKUNITED, N.A.: Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): John H. Stephens**    john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com
- **ATTORNEY FOR CREDITOR ALTERYX, INC.: Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Matthew J Stockl**    matthew.stockl@dinsmore.com, katrice.ortiz@dinsmore.com
- **INTERESTED PARTY COURTESY NEF: Brett N Taylor**    btaylor@cozen.com, arincon@cozen.com
- **ATTORNEY FOR CREDITOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC and INTERESTED PARTY RANDALL BALDWIN CLARK: Michael R Totaro**    Ocbkatty@aol.com
- **US TRUSTEE: United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **INTERESTED PARTY COURTESY NEF: Belinda M Vega**    apark@venable.com
- **ATTORNEY FOR WITNESS BRADFORD LEE 8:23-ap-01046-SC: William J Wall**    wwall@wall-law.com
- **ATTORNEY FOR CREDITOR and DEFENDANT AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC: Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- **ATTORNEY FOR CREDITOR DEBT RELIEF GROUP, LLC: Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com
- **CLAIM AGENT FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Reina Zepeda**    rzepeda@omniagnt.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                        **F 9013-3.1.PROOF.SERVICE**