United States Bankruptcy Court

Central District of California

In re:  Case No. 23-10571-SC
The Litigation Practice Group P.C.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 18
Date Rcvd: Jun 04, 2025      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron E. De Leest | on behalf of Creditor Phuong (Jayde) Trinh adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | on behalf of Plaintiff Richard A. Marshack adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | on behalf of Plaintiff Richard A Marshack adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | on behalf of Creditor Han Trinh adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |

| Name | |
|---|---|
| Aaron E. De Leest | on behalf of Trustee Richard A Marshack (TR) adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Adam D Stein-Sapir | on behalf of Creditor Pioneer Funding Group LLC info@pfllc.com |
| Alan Craig Hochheiser | on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com arodriguez@mauricewutscher.com |
| Alan I Nahmias | on behalf of Interested Party Courtesy NEF anahmias@mbn.law jdale@mbn.law |
| Alan W Forsley | on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com |
| Alan W Forsley | on behalf of Creditor Anthem Blue Cross of California alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com |
| Alexandra W Wahl | on behalf of Defendant PECC Corp alex.wahl@wickphillips.com |
| Amy Lynn Ginsburg | on behalf of Creditor Amy Ginsburg efilings@ginsburglawgroup.com |
| Amy Lynn Ginsburg | on behalf of Creditor Shannon Bellfield efilings@ginsburglawgroup.com |
| Amy Lynn Ginsburg | on behalf of Creditor Kenton Cobb efilings@ginsburglawgroup.com |
| Andre Boniadi | on behalf of Defendant John Sandoval aboniadi@bzlegal.com |
| Andre Boniadi | on behalf of Defendant Joco Enterprises LLC aboniadi@bzlegal.com |
| Andrew Still | on behalf of Creditor Alteryx Inc. astill@swlaw.com, kcollins@swlaw.com |
| Andrew Still | on behalf of Interested Party Courtesy NEF astill@swlaw.com kcollins@swlaw.com |
| Andrew Still | on behalf of Plaintiff Alteryx Inc. astill@swlaw.com, kcollins@swlaw.com |
| Anthony Bisconti | on behalf of Plaintiff Richard A. Marshack tbisconti@bklwlaw.com 1193516420@filings.docketbird.com,docket@bklwlaw.com |
| Anthony Paul Diehl | on behalf of Interested Party Courtesy NEF anthony@apdlaw.net Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net,9143954420@filings.docketbird.com |
| Asa S Hami | on behalf of Defendant Bonus Financial LLC asa.hami@gmlaw.com ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com |
| Asa S Hami | on behalf of Defendant Jordan Miranti asa.hami@gmlaw.com ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com |
| Ashley Dionisio | on behalf of Other Professional Omni Agent Solutions adionisio@omniagnt.com |
| Baruch C Cohen | on behalf of Defendant Derrick Landry bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Baruch C Cohen | on behalf of Defendant Ace Funding Source LLC bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com |
| Baruch C Cohen | on behalf of Defendant Berkovitch & Bouskila PLLC bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com |
| Belinda M Vega | on behalf of Creditor ADP Inc apark@venable.com |
| Bernard M Hansen | on behalf of Defendant Cyrus Irani bernardmhansen@sbcglobal.net |
| Bradford Barnhardt | on behalf of Plaintiff Richard A. Marshack bbarnhardt@marshackhays.com |

District/off: 0973-8 | User: admin | Page 3 of 18
Date Rcvd: Jun 04, 2025 | Form ID: pdf042 | Total Noticed: 1

| | |
|---|---|
| | bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com |
| Bradford Barnhardt | on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com |
| Bradford Barnhardt | on behalf of Trustee Richard A Marshack (TR) bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com |
| Bradford Barnhardt | on behalf of Plaintiff Richard A Marshack bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com |
| Brandon J. Iskander | on behalf of Defendant JM Squared LLC biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Brandon J. Iskander | on behalf of Interested Party Goe Forsythe & Hodges LLP biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Brett Ramsaur | on behalf of Defendant Brian Olsen brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Affirma LLC brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Spot On Consulting Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Morgan Attwood & Son Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Salvador Robles brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Jason Davolina brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Joe Byon brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant EVC Properties LLC brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Caeser Mercado brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Lead Gen 101 Inc. brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Buck Wild Ventures LLC brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Help Your Home Network Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Brandon Cunningham brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Lifestar Products Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Rose Romo brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Legacy Financial Strategies & Insurance Services Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Rachel Magana brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Lavin Fence Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Pace Construction Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Olsenite LLC brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 4 of 18 |
| Date Rcvd: Jun 04, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Brett Ramsaur
    on behalf of Defendant Rachel Elgas brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
    on behalf of Defendant Eric Martinson brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
    on behalf of Defendant Trevor Young brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
    on behalf of Defendant Nate Lavin brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
    on behalf of Defendant JNR Services Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
    on behalf of Defendant Jesse Martinson brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
    on behalf of Defendant Coastal Capital Partners LLC brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
    on behalf of Defendant A Solution Debt Relief Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
    on behalf of Defendant JR Bray Group LLC brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett N Taylor
    on behalf of Defendant Debt Resolution Direct LLC btaylor@cozen.com, arincon@cozen.com

Brian Boyd
    on behalf of Plaintiff Richard A Marshack brian.boyd@dinsmore.com tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Brian Boyd
    on behalf of Trustee Richard A Marshack (TR) brian.boyd@dinsmore.com tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Brian Boyd
    on behalf of Plaintiff Richard A. Marshack brian.boyd@dinsmore.com tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Brian A Paino
    on behalf of Defendant Optimumbank bpaino@hinshawlaw.com hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian A Paino
    on behalf of Defendant Optimum Bank Holdings Inc. bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian A Paino
    on behalf of Defendant Moishe Gubin bpaino@hinshawlaw.com hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian A Paino
    on behalf of Defendant Optimumbank.com bpaino@hinshawlaw.com hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian L Holman
    on behalf of Creditor Sharp Electronics Corporation b.holman@musickpeeler.com

Britteny Leyva
    on behalf of Interested Party Revolv3 Inc. bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com

Bryan Cockroft
    on behalf of Plaintiff Richard A Marshack bryan.cockroft@dinsmore.com

Btzalel Hirschhorn
    on behalf of Defendant A Chance Funding LLC bhirschhorn@sbagk.com

Byron Z Moldo
    on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com aantonio@ecjlaw.com,dperez@ecjlaw.com

Cara Daggitt
    on behalf of Plaintiff Richard A Marshack cara.daggitt@dinsmore.com Keegan.Giblin@Dinsmore.com

Cara Daggitt
    on behalf of Trustee Richard A Marshack (TR) cara.daggitt@dinsmore.com Keegan.Giblin@Dinsmore.com

Cara Daggitt
    on behalf of Plaintiff Richard A. Marshack cara.daggitt@dinsmore.com Keegan.Giblin@Dinsmore.com

Caroline Massey
    on behalf of Plaintiff Richard A Marshack caroline.massey@dinsmore.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 5 of 18 |
| Date Rcvd: Jun 04, 2025 | Form ID: pdf042 | Total Noticed: 1 |

lizbeth.alonso@dinsmore.com;AbdulWasay.Shahid@Dinsmore.com;wendy.yones@dinsmore.com

Carson Heninger
on behalf of Defendant American Airlines Inc. heningerc@gtlaw.com, carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com

Charity J Manee
on behalf of Defendant JM Squared LLC cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
on behalf of Defendant Clear Vision Financial LLC cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
on behalf of Interested Party Goe Forsythe & Hodges LLP cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
on behalf of Defendant Matt Collins cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
on behalf of Defendant John Sykes cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
on behalf of Defendant Point Break Holdings LLC cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
on behalf of Defendant Darlene Collins cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
on behalf of Defendant Jimmy Chhor cmanee@goeforlaw.com kmurphy@goeforlaw.com

Christopher Celentino
on behalf of Plaintiff Richard A Marshack christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Celentino
on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Celentino
on behalf of Special Counsel Dinsmore & Shohl LLP christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Celentino
on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Ghio
on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com angelica.urena@dinsmore.com

Christopher Ghio
on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com angelica.urena@dinsmore.com

Christopher Ghio
on behalf of Plaintiff Richard A Marshack christopher.ghio@dinsmore.com angelica.urena@dinsmore.com

Christopher J Langley
on behalf of Interested Party Courtesy NEF chris@slclawoffice.com john@slclawoffice.com;langleycr75251@notify.bestcase.com

Christopher L Pitet
on behalf of Defendant Vasco Assets Inc. cpitet@apjuris.com, bferik@apjuris.com

Christopher L Pitet
on behalf of Defendant Benny Mor cpitet@apjuris.com bferik@apjuris.com

Christopher O Rivas
on behalf of Defendant CareFirst Blue Choice Inc. crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com;sean-wilson-0462@ecf.pacerpro.com

D Edward Hays
on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Interested Party Courtesy NEF ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Plaintiff Richard A Marshack ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Attorney Marshack Hays LLP ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Creditor Committee Committee of Unsecured Creditors ehays@marshackhays.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 6 of 18 |
| Date Rcvd: Jun 04, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| D Edward Hays | |
| | on behalf of Plaintiff Richard A. Marshack ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| Daniel A Edelman | |
| | on behalf of Creditor Carolyn Beech dedelman@edcombs.com courtecl@edcombs.com |
| Daniel A Lev | |
| | on behalf of Interested Party Liberty Acquisitions Group Inc. daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| Daniel A Lev | |
| | on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| Daniel H Reiss | |
| | on behalf of Defendant PECC Corp dhr@lnbyg.com dhr@ecf.inforuptcy.com |
| Daniel H Reiss | |
| | on behalf of Defendant Eng Taing dhr@lnbyg.com dhr@ecf.inforuptcy.com |
| Daniel H Reiss | |
| | on behalf of Defendant Touzi Capital  LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com |
| Daniel H Reiss | |
| | on behalf of Defendant PECC Corp. dhr@lnbyg.com dhr@ecf.inforuptcy.com |
| Daniel S March | |
| | on behalf of Interested Party INTERESTED PARTY marchlawoffice@gmail.com marchdr94019@notify.bestcase.com |
| Daniel S March | |
| | on behalf of Defendant Daniel S. March marchlawoffice@gmail.com marchdr94019@notify.bestcase.com |
| David M Goodrich | |
| | on behalf of Creditor United Partnerships  LLC dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David M Goodrich | |
| | on behalf of Interested Party Courtesy NEF dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David S Hagen | |
| | on behalf of Defendant Veronica Palterovich davidhagenlaw@gmail.com LawOfficesofDavidSHagenCA1@jubileebk.net |
| David S Kupetz | |
| | on behalf of Defendant Marich Bein LLC david.kupetz@troutman.com mylene.ruiz@troutman.com |
| David S Kupetz | |
| | on behalf of Interested Party Courtesy NEF david.kupetz@troutman.com mylene.ruiz@troutman.com |
| David S Kupetz | |
| | on behalf of Interested Party Marich Bein LLC david.kupetz@troutman.com mylene.ruiz@troutman.com |
| David S Kupetz | |
| | on behalf of Defendant Marich Bein  LLC david.kupetz@troutman.com, mylene.ruiz@troutman.com |
| Donald W Reid | |
| | on behalf of Defendant No Limit Media LLC don@donreidlaw.com 5969661420@filings.docketbird.com |
| Donald W Reid | |
| | on behalf of Defendant Painite Marketing don@donreidlaw.com 5969661420@filings.docketbird.com |
| Donald W Reid | |
| | on behalf of Defendant Make it Ring Marketing  LLC don@donreidlaw.com, 5969661420@filings.docketbird.com |
| Donald W Reid | |
| | on behalf of Defendant Colton King don@donreidlaw.com 5969661420@filings.docketbird.com |
| Donald W Reid | |
| | on behalf of Defendant King Consulting Group  LLC don@donreidlaw.com, 5969661420@filings.docketbird.com |
| Eric Bensamochan | |
| | on behalf of Creditor Oxford Knox  LLC eric@eblawfirm.us, G63723@notify.cincompass.com;services@infotrack.com |
| Eric Bensamochan | |
| | on behalf of Interested Party Courtesy NEF eric@eblawfirm.us G63723@notify.cincompass.com;services@infotrack.com |
| Eric Bensamochan | |
| | on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us G63723@notify.cincompass.com;services@infotrack.com |
| Eric Gassman | |
| | on behalf of Creditor Herret Credit erg@gassmanlawgroup.com gassman.ericb112993@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 7 of 18 |
| Date Rcvd: Jun 04, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Eric D Goldberg
    on behalf of Defendant Stripe Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Ethan J Birnberg
    on behalf of Defendant BMF Advance LLC birnberg@portersimon.com, bokinskie@portersimon.com

Ethan J Birnberg
    on behalf of Defendant Gavriel Yitzchavok birnberg@portersimon.com bokinskie@portersimon.com

Ethan J Birnberg
    on behalf of Defendant Diverse Capital LLC birnberg@portersimon.com bokinskie@portersimon.com

Garrick A Hollander
    on behalf of Creditor MC DVI Fund 1 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
    on behalf of Creditor Debt Validation Fund II LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
    on behalf of Creditor MC DVI Fund 2 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Gerrick Warrington
    on behalf of Defendant The Neiman Marcus Group LLC gwarrington@frandzel.com achase@frandzel.com

Gerrick Warrington
    on behalf of Defendant Neiman Marcus Group Ltd LLC gwarrington@frandzel.com achase@frandzel.com

Glenn D. Moses
    on behalf of Creditor ADP Inc gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;imalcolm@ecf.courtdrive.com;jadelgado@venable.com

Gregory M Salvato
    on behalf of Creditor Mari Agape gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
    on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Howard Steinberg
    on behalf of Defendant BankUnited N.A. steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Howard M Ehrenberg
    on behalf of Defendant New Horizon Finance LLC Howard.Ehrenberg@gmlaw.com hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com

Ira David Kharasch
    on behalf of Defendant YNS Funding LLC ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Interested Party Liberty Acquisitions Group Inc. ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Defendant Bold Cap LLC ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Defendant Consumer Legal Group PC ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Defendant LGS Holdco LLC ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Defendant Yitzchok Blum ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Interested Party LGS Holdco LLC ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Defendant Solomon Feig ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Interested Party Consumer Legal Group P.C. ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Defendant MCA Fund ADV Inc. ikharasch@pszjlaw.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 8 of 18 |
| Date Rcvd: Jun 04, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Ira David Kharasch
    on behalf of Defendant Gary Fegel ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Defendant GMF Capital  LLC ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Defendant Aly Management  LLC ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Defendant Binyin 1502 LLC ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Defendant Inlane Inc ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Defendant BSYD Management Corp. ikharasch@pszjlaw.com

Israel Orozco
    on behalf of Creditor Israel Orozco israel@iolawcorp.com

J Tanner Watkins
    on behalf of Trustee Richard A Marshack (TR) tanner.watkins@dinsmore.com
    julie.mason@dinsmore.com;nathan.hall@dinsmore.com;molly.mattingly@dinsmore.com

J Tanner Watkins
    on behalf of Plaintiff Richard A Marshack tanner.watkins@dinsmore.com
    julie.mason@dinsmore.com;nathan.hall@dinsmore.com;molly.mattingly@dinsmore.com

Jacob Newsum-Bothamley
    on behalf of Trustee Richard A Marshack (TR) jacob.bothamley@dinsmore.com  bonnie.connolly@dinsmore.com

Jacob Newsum-Bothamley
    on behalf of Plaintiff Richard A. Marshack jacob.bothamley@dinsmore.com  bonnie.connolly@dinsmore.com

Jacob Newsum-Bothamley
    on behalf of Plaintiff Richard A Marshack jacob.bothamley@dinsmore.com  bonnie.connolly@dinsmore.com

Jamie D Mottola
    on behalf of Plaintiff Richard A Marshack Jamie.Mottola@dinsmore.com
    sara.johnston@dinsmore.com;abdulwasay.shahid@dinsmore.com;wendy.yones@dinsmore.com;katherine.hemphill@dinsmore.com

Jamie D Mottola
    on behalf of Plaintiff Richard A. Marshack  Chapter 11 Trustee Jamie.Mottola@dinsmore.com,
    sara.johnston@dinsmore.com;abdulwasay.shahid@dinsmore.com;wendy.yones@dinsmore.com;katherine.hemphill@dinsmore.com

Jamie P Dreher
    on behalf of Defendant EPPS jdreher@downeybrand.com  amasson@downeybrand.com;courtfilings@downeybrand.com

Jason Lowe
    on behalf of Defendant Gene Rosen's Law Firm jasonflowe@gmail.com

Jason Lowe
    on behalf of Defendant Merchant Services USA Inc jasonflowe@gmail.com

Jason Lowe
    on behalf of Defendant MBH Group LLC jasonflowe@gmail.com

Jeana Mason
    on behalf of Plaintiff Richard A. Marshack jeana.mason@dinsmore.com
    ashlynn.harrison@dinsmore.com;stella.laroe@dinsmore.com

Jeffrey A. Meinhardt
    on behalf of Defendant Sabia Financial Inc jmeinhardt@silverandarsht.com

Jeffrey A. Meinhardt
    on behalf of Defendant Chad Rothrock jmeinhardt@silverandarsht.com

Jeffrey A. Meinhardt
    on behalf of Defendant Frank Dal Bello jmeinhardt@silverandarsht.com

Jeffrey B Smith
    on behalf of Defendant Yuriy Drahuntsov jsmith@cgsattys.com  vphillips@cgsattys.com

Jeffrey B Smith
    on behalf of Defendant Reliance Assistance Group  Inc. jsmith@cgsattys.com, vphillips@cgsattys.com

Jeffrey I Golden

Case 8:23-bk-10571-SC    Doc 2441    Filed 06/06/25    Entered 06/06/25 21:23:11    Desc
Imaged Certificate of Notice    Page 9 of 20

| District/off: 0973-8 | User: admin | Page 9 of 18 |
|---|---|---|
| Date Rcvd: Jun 04, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Anaheim Ducks Hockey Club LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden | |
| | on behalf of Creditor Oxford Knox LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden | |
| | on behalf of Creditor Anaheim Arena Management LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden | |
| | on behalf of Interested Party Courtesy NEF jgolden@go2.law kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden | |
| | on behalf of Creditor Affirma LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey M Singletary | |
| | on behalf of Interested Party INTERESTED PARTY jsingletary@swlaw.com rmckay@swlaw.com |
| Jeffrey S Shinbrot | |
| | on behalf of Interested Party Brandon Turner jeffrey@shinbrotfirm.com sandra@shinbrotfirm.com;tanya@shinbrotfirm.com |
| Jeffrey S Shinbrot | |
| | on behalf of Defendant Brandon Turner jeffrey@shinbrotfirm.com sandra@shinbrotfirm.com;tanya@shinbrotfirm.com |
| Jenny L Doling | |
| | on behalf of Interested Party National Consumer Bankruptcy Rights Center jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net |
| Jenny L Doling | |
| | on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net |
| Jenny L Doling | |
| | on behalf of Interested Party INTERESTED PARTY jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net |
| Jeremy Faith | |
| | on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com |
| Jeremy Faith | |
| | on behalf of Defendant Cobalt Funding Solutions LLC Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com |
| Jeremy Freedman | |
| | on behalf of Plaintiff Richard A. Marshack jeremy.freedman@nelsonmullins.com bonnie.connolly@dinsmore.com |
| Jeremy Freedman | |
| | on behalf of Trustee Richard A Marshack (TR) jeremy.freedman@nelsonmullins.com bonnie.connolly@dinsmore.com |
| Jesse S Finlayson | |
| | on behalf of Defendant BCB Bancorp Inc jfinlayson@ftrlfirm.com, hkader@ftrlfirm.com |
| John H. Stephens | |
| | on behalf of Trustee Richard A Marshack (TR) john.stephens@dinsmore.com lizbeth.alonso@dinsmore.com |
| John H. Stephens | |
| | on behalf of Plaintiff Richard A Marshack john.stephens@dinsmore.com lizbeth.alonso@dinsmore.com |
| John H. Stephens | |
| | on behalf of Plaintiff Richard A. Marshack john.stephens@dinsmore.com lizbeth.alonso@dinsmore.com |
| Johnny White | |
| | on behalf of Creditor Debt Relief Group LLC JWhite@wrslawyers.com, jlee@wrslawyers.com |
| Johnny White | |
| | on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com jlee@wrslawyers.com |
| Jonathan Serrano | |
| | on behalf of Trustee Richard A Marshack (TR) Jonathan@MarguliesFaithLaw.com vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com |
| Jonathan Serrano | |
| | on behalf of Special Counsel Dinsmore & Shohl LLP Jonathan@MarguliesFaithLaw.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 10 of 18 |
| Date Rcvd: Jun 04, 2025 | Form ID: pdf042 | Total Noticed: 1 |

vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Jonathan Serrano
    on behalf of Plaintiff Richard A. Marshack Jonathan@MarguliesFaithLaw.com
vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Joon M Khang
    on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com

Joon M Khang
    on behalf of Attorney Khang & Khang LLP joon@khanglaw.com

Joseph Boufadel
    on behalf of Defendant Slate Advance LLC jboufadel@salvatoboufadel.com
Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel
    on behalf of Defendant Mynt Advance LLC jboufadel@salvatoboufadel.com
Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel
    on behalf of Interested Party Courtesy NEF jboufadel@salvatoboufadel.com
Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph E Addiego
    on behalf of Defendant Heshy Deutsch joeaddiego@dwt.com
ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com

Joseph E Addiego
    on behalf of Defendant Clearfund Solutions LLC joeaddiego@dwt.com
ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com

Joseph E Addiego
    on behalf of Defendant Nachmy Weiss joeaddiego@dwt.com
ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com

Joshua I. Marrone
    on behalf of Trustee Richard A Marshack (TR) joshua.marrone@dinsmore.com

Joshua I. Marrone
    on behalf of Plaintiff Richard A. Marshack joshua.marrone@dinsmore.com

Joshua L Scheer
    on behalf of Interested Party Scheer Law Group  LLP, interested party jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

Julian Parker Pecora
    on behalf of Plaintiff Richard A Marshack julian.pecora@dinsmore.com Tracey.Hebert@Dinsmore.com

Karen Hockstad
    on behalf of Plaintiff Richard A Marshack karen.hockstad@dinsmore.com kim.beavin@dinsmore.com

Karen Hockstad
    on behalf of Trustee Richard A Marshack (TR) karen.hockstad@dinsmore.com kim.beavin@dinsmore.com

Kathleen P March
    on behalf of Interested Party The Bankruptcy Law Firm  P.C. kmarch@bkylawfirm.com,
kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
    on behalf of Creditor Phuong (Jayde) Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
    on behalf of Defendant Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
    on behalf of Defendant Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
    on behalf of Trustee Richard A Marshack (TR) kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
    on behalf of Creditor Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
    on behalf of Defendant Jayde Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
    on behalf of Creditor Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Keith C Owens
    on behalf of Creditor Committee Committee of Unsecured Creditors kowens@foxrothschild.com khoang@foxrothschild.com

Keith C Owens

Case 8:23-bk-10571-SC    Doc 2441    Filed 06/06/25    Entered 06/06/25 21:23:11    Desc
Imaged Certificate of Notice    Page 11 of 20

| District/off: 0973-8 | User: admin | Page 11 of 18 |
|---|---|---|
| Date Rcvd: Jun 04, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Plaintiff Richard A. Marshack kowens@foxrothschild.com khoang@foxrothschild.com |
| Keith C Owens | |
| | on behalf of Intervenor OFFICIAL COMMITTEE OF UNSECURED CREDITORS kowens@foxrothschild.com khoang@foxrothschild.com |
| Keith C Owens | |
| | on behalf of Creditor Committee Post-Confirmation Oversight Committee kowens@foxrothschild.com khoang@foxrothschild.com |
| Kelli Ann Lee | |
| | on behalf of Trustee Richard A Marshack (TR) Kelli.lee@dinsmore.com kristy.allen@dinsmore.com |
| Kelli Ann Lee | |
| | on behalf of Plaintiff Richard A. Marshack Kelli.lee@dinsmore.com kristy.allen@dinsmore.com |
| Kenneth Misken | |
| | on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov |
| Kevin Alan Rogers | |
| | on behalf of Creditor Wells Marble and Hurst PLLC krogers@wellsmar.com |
| Kevin M Capuzzi | |
| | on behalf of Defendant The Neiman Marcus Group LLC kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kevin M Capuzzi | |
| | on behalf of Defendant Neiman Marcus Group Ltd LLC kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kristin T Mihelic | |
| | on behalf of U.S. Trustee United States Trustee (SA) kristin.t.mihelic@usdoj.gov |
| Kyra E Andrassy | |
| | on behalf of Defendant Arsha Corp. kandrassy@raineslaw.com bclark@raineslaw.com;jfisher@raineslaw.com |
| Kyra E Andrassy | |
| | on behalf of Defendant Arash Asante Bayrooti kandrassy@raineslaw.com bclark@raineslaw.com;jfisher@raineslaw.com |
| Kyra E Andrassy | |
| | on behalf of Interested Party Courtesy NEF kandrassy@raineslaw.com bclark@raineslaw.com;jfisher@raineslaw.com |
| Kyra E Andrassy | |
| | on behalf of Defendant ABR Enterprises LLC kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com |
| Laila Rais | |
| | on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com |
| Laila Rais | |
| | on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com |
| Laila Rais | |
| | on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com |
| Laila Rais | |
| | on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com |
| Larry Rothman | |
| | on behalf of Interested Party Steven D. Silverstein tocollect@aol.com |
| Leslie A Cohen | |
| | on behalf of Defendant Rosa Bianca Loli leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com |
| Leslie A Cohen | |
| | on behalf of Defendant Rose Bianca Loli leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com |
| Leslie A Cohen | |
| | on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com |
| Leslie A Cohen | |
| | on behalf of Defendant Master Consultants of America Inc. leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com |
| Leslie K Kaufman | |
| | on behalf of Defendant Brandon Vargas kaufman_kaufman.bankruptcy@yahoo.com kaufmanlr98210@notify.bestcase.com |
| Lexi J. Epley | |
| | on behalf of Plaintiff Richard A. Marshack lexi.epley@dinsmore.com angelica.urena@dinsmore.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 12 of 18 |
| Date Rcvd: Jun 04, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Lisa Patel
    on behalf of Defendant OptimumBank Holdings Inc. lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com

Marc C Forsythe
    on behalf of Defendant Clear Vision Financial LLC mforsythe@goeforlaw.com mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Marc C Forsythe
    on behalf of Creditor Point Break Holdings LLC mforsythe@goeforlaw.com mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Marc C Forsythe
    on behalf of Defendant Point Break Holdings LLC mforsythe@goeforlaw.com mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Marc C Forsythe
    on behalf of Defendant Perfect Financial LLC mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Mary H Haas
    on behalf of Defendant Heshy Deutsch maryhaas@dwt.com melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
    on behalf of Defendant Israel Reches maryhaas@dwt.com melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
    on behalf of Defendant A Chance Funding LLC maryhaas@dwt.com melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
    on behalf of Defendant Nachman Weisz maryhaas@dwt.com melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
    on behalf of Defendant Clearfund Solutions LLC maryhaas@dwt.com melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
    on behalf of Defendant Hershey Deustch maryhaas@dwt.com melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
    on behalf of Defendant Nachmy Weiss maryhaas@dwt.com melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Matthew Sommer
    on behalf of Plaintiff Richard A Marshack matthew.sommer@dinsmore.com carrie.davis@dinsmore.com

Matthew Sommer
    on behalf of Trustee Richard A Marshack (TR) matthew.sommer@dinsmore.com carrie.davis@dinsmore.com

Matthew A Lesnick
    on behalf of Defendant OptimumBank Holdings Inc. matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew J Stockl
    on behalf of Plaintiff Richard A Marshack matthew.stockl@dinsmore.com katrice.ortiz@dinsmore.com

Matthew J Stockl
    on behalf of Plaintiff Richard A. Marshack matthew.stockl@dinsmore.com katrice.ortiz@dinsmore.com

Matthew J Stockl
    on behalf of Trustee Richard A Marshack (TR) matthew.stockl@dinsmore.com katrice.ortiz@dinsmore.com

Matthew J Stockl
    on behalf of Plaintiff Richard A. Marshack matthew.stockl@dinsmore.com katrice.ortiz@dinsmore.com

Matthew S Steinberg
    on behalf of Defendant Debt Resolution Direct LLC msteinberg@cozen.com, arincon@cozen.com;BPosivak@cozen.com

Matthew S Steinberg
    on behalf of Trustee Richard A Marshack (TR) msteinberg@cozen.com arincon@cozen.com;BPosivak@cozen.com

Matthew S Steinberg
    on behalf of Interested Party Debt Resolution Direct LLC msteinberg@cozen.com, arincon@cozen.com;BPosivak@cozen.com

Maureen J Shanahan
    on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Mstotaro@aol.com

Meredith Fahn

Case 8:23-bk-10571-SC    Doc 2441    Filed 06/06/25    Entered 06/06/25 21:23:11    Desc
Imaged Certificate of Notice    Page 13 of 20

| District/off: 0973-8 | User: admin | Page 13 of 18 |
|---|---|---|
| Date Rcvd: Jun 04, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Meredith Fahn fahn@sbcglobal.net |
| Meredith King | on behalf of Interested Party Courtesy NEF mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law |
| Meredith King | on behalf of Defendant Gallant Law Group mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law |
| Michael Lundholm | on behalf of Defendant Genesis Equity Group Funding LLC mlundholm@londonnaor.com |
| Michael B Reynolds | on behalf of Defendant Justin Conlon mreynolds@swlaw.com  kcollins@swlaw.com |
| Michael B Reynolds | on behalf of Defendant Sidereal Entertainment Group  LLC mreynolds@swlaw.com, kcollins@swlaw.com |
| Michael B Reynolds | on behalf of Defendant Joshua Brown mreynolds@swlaw.com  kcollins@swlaw.com |
| Michael B Reynolds | on behalf of Defendant SMR Business Services  LLC mreynolds@swlaw.com, kcollins@swlaw.com |
| Michael D Lieberman | on behalf of Creditor Phillip A. Greenblatt  PLLC mike@liebermandebtrelief.com |
| Michael F Chekian | on behalf of Creditor Elizabeth A. Shore mike@cheklaw.com  chekianmr84018@notify.bestcase.com |
| Michael G Spector | on behalf of Defendant Marketing Systems and Strategies LLC mgspector@aol.com  mgslawoffice@aol.com |
| Michael G Spector | on behalf of Defendant Sormeh Attarzadeh mgspector@aol.com  mgslawoffice@aol.com |
| Michael G Spector | on behalf of Defendant Anthony Derosa mgspector@aol.com  mgslawoffice@aol.com |
| Michael G Spector | on behalf of Defendant Achme  Inc. mgspector@aol.com, mgslawoffice@aol.com |
| Michael G Spector | on behalf of Defendant MBT Group  Inc. mgspector@aol.com, mgslawoffice@aol.com |
| Michael G Spector | on behalf of Defendant Ace Tech Ops mgspector@aol.com  mgslawoffice@aol.com |
| Michael Jay Berger | on behalf of Defendant Leucadia Enterprises  Inc michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |
| Michael R Pinkston | on behalf of Creditor Wells Marble and Hurst  PLLC rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com |
| Michael R Totaro | on behalf of Interested Party Randall Baldwin Clark Ocbkatty@aol.com |
| Michael R Totaro | on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Ocbkatty@aol.com |
| Michael W Davis | on behalf of Defendant Morning Law Group  P.C. mdavis@dtolaw.com, ygodson@dtolaw.com |
| Mitchell B Ludwig | on behalf of Creditor Fundura Capital Group mbl@kpclegal.com  kad@kpclegal.com |
| Nicholas A Koffroth | on behalf of Trustee Richard A Marshack (TR) nkoffroth@foxrothschild.com  khoang@foxrothschild.com;ca.dkt@foxrothschild.com |
| Nicholas A Koffroth | on behalf of Other Professional Post-Confirmation Oversight Committee  as Successor in Interest to the Official Committee of Unsecured Creditors nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com |
| Nicholas A Koffroth | on behalf of Plaintiff Richard A. Marshack nkoffroth@foxrothschild.com  khoang@foxrothschild.com;ca.dkt@foxrothschild.com |
| Nicholas A Koffroth | on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com  khoang@foxrothschild.com;ca.dkt@foxrothschild.com |
| Nicholas A Koffroth | |

District/off: 0973-8  User: admin  Page 14 of 18
Date Rcvd: Jun 04, 2025  Form ID: pdf042  Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor Committee Post-Confirmation Oversight Committee nkoffroth@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com |
| Noah K McCall | on behalf of Defendant Luke Enkosky nmccall@rschauerlaw.com NAnderson@RSchauerLaw.com |
| Olivia Scott | on behalf of Creditor Hi Bar Capital LLC olivia.scott@hklaw.com |
| Olivia Scott | on behalf of Creditor Azzure Capital LLC olivia.scott@hklaw.com |
| Paul R Shankman | on behalf of Creditor United Partnerships LLC PShankman@fortislaw.com, info@fortislaw.com |
| Paul R Shankman | on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com info@fortislaw.com |
| Peter L Isola | on behalf of Interested Party Merchants Credit Corporation pisola@hinshawlaw.com rmojica@hinshawlaw.com,iking@hinshawlaw.com |
| Peter W Bowie | on behalf of Trustee Richard A Marshack (TR) peter.bowie@dinsmore.com caron.burke@dinsmore.com |
| Queenie K Ng | on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov |
| Randall Baldwin Clark | on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com |
| Randall P Mroczynski | on behalf of Defendant Mercedes-Benz Financial Services USA LLC randym@cookseylaw.com |
| Randall P Mroczynski | on behalf of Defendant Mercedes-Benz USA LLC randym@cookseylaw.com |
| Razmig Izakelian | on behalf of Creditor OHP-CDR LP razmigizakelian@quinnemanuel.com |
| Razmig Izakelian | on behalf of Counter-Defendant PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com |
| Razmig Izakelian | on behalf of Counter-Defendant OHP-CDR LP razmigizakelian@quinnemanuel.com |
| Razmig Izakelian | on behalf of Plaintiff OHP-CDR LP razmigizakelian@quinnemanuel.com |
| Razmig Izakelian | on behalf of Plaintiff PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com |
| Reid A Winthrop | on behalf of Defendant Jess Walker reid@winthroplawgroup.com |
| Reid A Winthrop | on behalf of Defendant Master Builders of America Inc. reid@winthroplawgroup.com |
| Reid A Winthrop | on behalf of Defendant Fidelity Pandemic Relief Services Inc. reid@winthroplawgroup.com |
| Reilly D Wilkinson | on behalf of Defendant Gabe McCarthy rwilkinson@scheerlawgroup.com rwilkinson@ecf.courtdrive.com |
| Reilly D Wilkinson | on behalf of Defendant Oha Management LLC rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com |
| Reina Zepeda | on behalf of Other Professional Omni Agent Solutions rzepeda@omniagnt.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com |
| Richard D. Porotsky | on behalf of Plaintiff Richard A. Marshack maria.rother@dinsmore.com |
| Richard D. Porotsky | on behalf of Plaintiff Richard A Marshack maria.rother@dinsmore.com |
| Richard H Golubow | on behalf of Creditor MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 15 of 18 |
| Date Rcvd: Jun 04, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Richard H Golubow
    on behalf of Creditor Debt Validation Fund II  LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Defendant Debt Validation Fund II  LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Defendant MC DVI Fund 2  LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Creditor MC DVI Fund 2  LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Defendant MC DVI Fund 1  LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard L. Hyde
    on behalf of Interested Party Courtesy NEF rhyde@awglaw.com

Richik Sarkar
    on behalf of Plaintiff Richard A. Marshack richik.sarkar@dinsmore.com  Noreen.Leciejewski@dinsmore.com

Robert P Goe
    on behalf of Defendant Darlene Collins kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Defendant Jimmy Chhor kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Defendant Matt Collins kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Defendant John Sykes kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Ronald K Brown
    on behalf of Creditor SDCO Tustin Executive Center  Inc. ron@rkbrownlaw.com

Ronald N Richards
    on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com  7206828420@filings.docketbird.com

Samuel Mushegh Boyamian
    on behalf of Interested Party Courtesy NEF samuel@marguliesfaithlaw.com Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Sara Johnston
    on behalf of Trustee Richard A Marshack (TR) sara.johnston@dinsmore.com bryan.cockroft@dinsmore.com;spencer.gray@dinsmore.com;wendy.yones@dinsmore.com

Sara Johnston
    on behalf of Plaintiff Richard A. Marshack sara.johnston@dinsmore.com bryan.cockroft@dinsmore.com;spencer.gray@dinsmore.com;wendy.yones@dinsmore.com

Sara Johnston
    on behalf of Plaintiff Richard A Marshack sara.johnston@dinsmore.com bryan.cockroft@dinsmore.com;spencer.gray@dinsmore.com;wendy.yones@dinsmore.com

Sarah S. Mattingly
    on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com

Sarah S. Mattingly
    on behalf of Plaintiff Richard A. Marshack  Chapter 11 Trustee sarah.mattingly@dinsmore.com

Sarah S. Mattingly
    on behalf of Plaintiff Richard A Marshack  trustee of the LPG Liquidation Trust sarah.mattingly@dinsmore.com

Sarah S. Mattingly
    on behalf of Trustee Richard A Marshack (TR) sarah.mattingly@dinsmore.com

Sarah S. Mattingly
    on behalf of Plaintiff Richard A Marshack sarah.mattingly@dinsmore.com

Sarah S. Mattingly
    on behalf of Defendant Debt Resolution Direct  LLC sarah.mattingly@dinsmore.com

Sarah S. Mattingly

Case 8:23-bk-10571-SC    Doc 2441    Filed 06/06/25    Entered 06/06/25 21:23:11    Desc
Imaged Certificate of Notice    Page 16 of 20

| District/off: 0973-8 | User: admin | Page 16 of 18 |
|---|---|---|
| Date Rcvd: Jun 04, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Defendant Clearcube LLC sarah.mattingly@dinsmore.com |
| Sarah S. Mattingly | on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com |
| Scott W Wellman | on behalf of Defendant Pacific Rose Consulting Group swellman@w-wlaw.com jklein@w-wlaw.com |
| Scott W Wellman | on behalf of Defendant Dana Cederberg swellman@w-wlaw.com jklein@w-wlaw.com |
| Scott W Wellman | on behalf of Defendant Summer Cederberg swellman@w-wlaw.com jklein@w-wlaw.com |
| Shantal Malmed | on behalf of Defendant Jenssen Varela shantal.malmed@gmlaw.com cheryl.caldwell@gmlaw.com |
| Shantal Malmed | on behalf of Defendant Paragon Financial Corp shantal.malmed@gmlaw.com cheryl.caldwell@gmlaw.com |
| Sharon Z. Weiss | on behalf of Defendant Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com |
| Sharon Z. Weiss | on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com |
| Sharon Z. Weiss | on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com |
| Shawn M Christianson | on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com schristianson@buchalter.com |
| Spencer Keith Gray | on behalf of Plaintiff Richard A Marshack spencer.gray@dinsmore.com wendy.yones@dinsmore.com;sara.johnston@dinsmore.com |
| Spencer Keith Gray | on behalf of Trustee Richard A Marshack (TR) spencer.gray@dinsmore.com wendy.yones@dinsmore.com;sara.johnston@dinsmore.com |
| Stella A Havkin | on behalf of Defendant Bridge Funding Cap LLC stella@havkinandshrago.com, shavkinesq@gmail.com |
| Suzanne Marino | on behalf of Plaintiff Richard A. Marshack suzanne.marino@dinsmore.com |
| Sweeney Kelly | on behalf of Defendant Fidelity National Information Services Inc. kelly@ksgklaw.com |
| Sweeney Kelly | on behalf of Defendant Worldpay Group kelly@ksgklaw.com |
| Sweeney Kelly | on behalf of Defendant Fidelity National Information Services Inc. dba FIS kelly@ksgklaw.com |
| Sweeney Kelly | on behalf of Defendant Worldpay LLC kelly@ksgklaw.com |
| Thomas H Casey | on behalf of Defendant The Elizabeth Marie Reale Living Trust U/A dated March 28 2024 kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com |
| Thomas H Casey | on behalf of Defendant Elizabeth Reale kdriggers@tomcaseylaw.com msilva@tomcaseylaw.com |
| Thomas H Casey | on behalf of Interested Party Thomas H. Casey kdriggers@tomcaseylaw.com msilva@tomcaseylaw.com |
| Thomas H Casey | on behalf of Defendant EMR Greenhouse Inc. kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com |
| Tony May | on behalf of Defendant Matthew Lovelady tmay@maybrocklaw.com |
| Tyler Powell | on behalf of Counter-Claimant Richard A Marshack (TR) tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com |
| Tyler Powell | on behalf of Plaintiff Richard A. Marshack tyler.powell@dinsmore.com |

District/off: 0973-8 User: admin Page 17 of 18
Date Rcvd: Jun 04, 2025 Form ID: pdf042 Total Noticed: 1

| | |
|---|---|
| | jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com |
| Tyler Powell | on behalf of Counter-Claimant Richard A. Marshack tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com |
| Tyler Powell | on behalf of Defendant Richard A. Marshack tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com |
| Tyler Powell | on behalf of Plaintiff Richard A Marshack tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com |
| Tyler Powell | on behalf of Counter-Defendant Richard A Marshack (TR) tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com |
| Tyler Powell | on behalf of Trustee Richard A Marshack (TR) tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Vanessa Rodriguez | on behalf of Plaintiff Richard A Marshack vanessa.rodriguez@dinsmore.com katherine.hemphill@dinsmore.com;sara.johnston@dinsmore.com |
| Vanessa Rodriguez | on behalf of Plaintiff Richard A. Marshack vanessa.rodriguez@dinsmore.com katherine.hemphill@dinsmore.com;sara.johnston@dinsmore.com |
| Vanessa Rodriguez | on behalf of Trustee Richard A Marshack (TR) vanessa.rodriguez@dinsmore.com katherine.hemphill@dinsmore.com;sara.johnston@dinsmore.com |
| Veneeta Jaswal | on behalf of Plaintiff Richard A Marshack veneeta.jaswal@dinsmore.com bonnie.connolly@dinsmore.com |
| Veneeta Jaswal | on behalf of Plaintiff Richard A. Marshack veneeta.jaswal@dinsmore.com bonnie.connolly@dinsmore.com |
| Veneeta Jaswal | on behalf of Plaintiff Richard A. Marshack veneeta.jaswal@dinsmore.com bonnie.connolly@dinsmore.com |
| Veneeta Jaswal | on behalf of Trustee Richard A Marshack (TR) veneeta.jaswal@dinsmore.com bonnie.connolly@dinsmore.com |
| Victoria Newmark | on behalf of Defendant Gary Fegel vnewmark@pszjlaw.com hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Victoria Newmark | on behalf of Defendant Consumer Legal Group PC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Victoria Newmark | on behalf of Defendant Yitzchok Blum vnewmark@pszjlaw.com hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Victoria Newmark | on behalf of Defendant Aly Management LLC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Victoria Newmark | on behalf of Defendant YNS Funding LLC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Victoria Newmark | on behalf of Defendant MCA Fund ADV Inc. vnewmark@pszjlaw.com hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Victoria Newmark | on behalf of Interested Party LGS Holdco LLC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Victoria Newmark | on behalf of Interested Party Consumer Legal Group P.C. vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Victoria Newmark | on behalf of Defendant GMF Capital LLC vnewmark@pszjlaw.com, |

District/off: 0973-8  User: admin  Page 18 of 18
Date Rcvd: Jun 04, 2025  Form ID: pdf042  Total Noticed: 1

        hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
        on behalf of Defendant LGS Holdco LLC vnewmark@pszjlaw.com,
        hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
        on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com
        hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
        on behalf of Defendant Solomon Feig vnewmark@pszjlaw.com
        hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
        on behalf of Interested Party Liberty Acquisitions Group Inc. vnewmark@pszjlaw.com
        hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
        on behalf of Defendant Inlane Inc vnewmark@pszjlaw.com
        hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Vincent Renda
        on behalf of Creditor Unified Global Research Group Inc vr@pinlegal.com, ld@pinlegal.com

Vincent Renda
        on behalf of Defendant Todd DiRoberto vr@pinlegal.com ld@pinlegal.com

William McCormick
        on behalf of Creditor TN Dept of Revenue Bill.McCormick@ag.tn.gov

William J Wall
        on behalf of Witness Bradford Lee wwall@wall-law.com

William P. Fennell
        on behalf of Creditor Validation Partners LLC william.fennell@fennelllaw.com
        wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com;Fennell.WilliamP.B143386@notify.bestcase.com

Yisrael Gelb
        on behalf of Defendant Bridge Funding Cap LLC yisrael@gelblawapc.com

Yosina M Lissebeck
        on behalf of Plaintiff Richard A Marshack Yosina.Lissebeck@Dinsmore.com
        caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
        on behalf of Plaintiff Richard A Marshack trustee of the LPG Liquidation Trust Yosina.Lissebeck@Dinsmore.com,
        caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
        on behalf of Defendant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com
        caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
        on behalf of Trustee Richard A Marshack (TR) Yosina.Lissebeck@Dinsmore.com
        caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
        on behalf of Counter-Claimant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com
        caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
        on behalf of Special Counsel Dinsmore & Shohl LLP Yosina.Lissebeck@Dinsmore.com
        caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
        on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com
        caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Zev Shechtman
        on behalf of Interested Party Morning Law Group P.C. Zev.Shechtman@saul.com,
        zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
        on behalf of Interested Party Danning Gill Israel & Krasnoff LLP Zev.Shechtman@saul.com
        zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

TOTAL: 421

Kathleen P. March, Esq., (CA SBN 80366)
**THE BANKRUPTCY LAW FIRM, PC**
10524 W. Pico Blvd, Suite 212, LA, CA 90064
Phone: 310-559-9224; Fax: 310-559-9133
Email: kmarch@BKYLAWFIRM.com
*Counsel of Record for Han Trinh and Phuong "Jayde" Trinh.*

**FILED & ENTERED**

**JUN 04 2025**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY bolte    DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIV.

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, P.C. | Bankruptcy Case No. 8:23-bk-10571-SC<br>Chapter 11<br><br>**ORDER GRANTING STIPULATION BETWEEN HAN AND JAYDE TRINH, ON THE ONE HAND, AND TRUSTEE MARSHACK ON THE OTHER HAND, TO CONTINUE HEARING ON TRUSTEE'S OBJECTIONS TO THE PREPETITION PROOFS OF CLAIMS FILED BY HAN TRINH [DK. NO. 79-2], AND PHUONG "JAYDE" TRINH [DK. NO. 75-2], FROM PRESENT HEARING DATE OF 6/18/25, AT 1:30 P.M. TO JULY 16, 2025 AT 1:30PM, OR TO SUCH DATE AFTER 7/16/25 AS IS CONVENIENT FOR THE COURT**<br><br><u>Current Hearing Set For</u>: Date: June 18, 2025   Time: 1:30pm<br>Place:  Courtroom of Bankruptcy Judge Scott Clarkson, by Zoom.gov, or in person at: 411 West Fourth Street, Ctrm 5C Santa Ana, CA 92701-4593 |

<u>ORDER</u> GRANTING STIPULATION BETWEEN HAN & JAYDE TRINH, ON THE ONE HAND, AND TRUSTEE MARSHACK ON THE OTHER HAND, TO CONTINUE HEARING ON TRUSTEE'S OBJECTIONS TO THE PREPETITION PROOFS OF CLAIMS FILED BY HAN TRINH [DK. NO. 79-2], & PHUONG "JAYDE" TRINH [DK. NO. 75-2], FROM PRESENT HEARING DATE OF 6/18/25, AT 1:30 P.M. TO JULY 16, 2025 AT 1:30PM, OR TO SUCH DATE AFTER 7/16/25 AS IS CONVENIENT FOR COURT        1

<u>Continued Hearing Date</u>: July 17, 2025   Time: 1:30pm
Place:  Courtroom of Bankruptcy Judge Scott Clarkson, by Zoom.gov, or in person at: 411 West Fourth Street, Ctrm 5C Santa Ana, CA 92701-4593

Richard A. Marshack, the duly appointed Chapter 11 Trustee ("Trustee") for the estate ("Estate") of The Litigation Practice Group, P.C. ("Debtor" or "LPG") and who is the liquidating trustee of the LPG Liquidation Trust (collectively, "Trustee"), by his counsel of record, and Han Trinh and Phuong "Jayde" Trinh, by their counsel of record, having stipulated as follows, the Court hereby ORDERS:

1. The Stipulation [Dkt. No. 2431] filed in the LPG main case docket on 05/27/25 is approved.

2. The hearing on Trustee' Objections to Han and Jayde's Prepetition Proofs of Claim shall be continued from June 18, 2025 at 1:30 p.m., to July 17, 2025, at 1:30 p.m.

Date: June 4, 2025

Scott C. Clarkson
United States Bankruptcy Judge

**ORDER** GRANTING STIPULATION BETWEEN HAN & JAYDE TRINH, ON THE ONE HAND, AND TRUSTEE MARSHACK ON THE OTHER HAND, TO CONTINUE HEARING ON TRUSTEE'S OBJECTIONS TO THE PREPETITION PROOFS OF CLAIMS FILED BY HAN TRINH [DK. NO. 79-2], & PHUONG "JAYDE" TRINH [DK. NO. 75-2], FROM PRESENT HEARING DATE OF 6/18/25, AT 1:30 P.M. TO JULY 16, 2025 AT 1:30PM, OR TO SUCH DATE AFTER 7/16/25 AS IS CONVENIENT FOR COURT    2