United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10571-SC |
| The Litigation Practice Group P.C. | Chapter 11 |
| Slate Advance, LLC | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 19 |
| Date Rcvd: Jun 09, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2025              Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron E. De Leest | on behalf of Creditor Phuong (Jayde) Trinh adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | on behalf of Plaintiff Richard A. Marshack adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | on behalf of Plaintiff Richard A Marshack adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | on behalf of Creditor Han Trinh adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 19 |
| Date Rcvd: Jun 09, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Aaron E. De Leest
on behalf of Trustee Richard A Marshack (TR) adeleest@marshackhays.com
adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Adam D Stein-Sapir
on behalf of Creditor Pioneer Funding Group LLC info@pfllc.com

Alan Craig Hochheiser
on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com arodriguez@mauricewutscher.com

Alan I Nahmias
on behalf of Interested Party Courtesy NEF anahmias@mbn.law jdale@mbn.law

Alan W Forsley
on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com
awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com

Alan W Forsley
on behalf of Creditor Anthem Blue Cross of California alan.forsley@flpllp.com
awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com

Alexandra W Wahl
on behalf of Defendant PECC Corp alex.wahl@wickphillips.com

Amy Lynn Ginsburg
on behalf of Creditor Amy Ginsburg efilings@ginsburglawgroup.com

Amy Lynn Ginsburg
on behalf of Creditor Shannon Bellfield efilings@ginsburglawgroup.com

Amy Lynn Ginsburg
on behalf of Creditor Kenton Cobb efilings@ginsburglawgroup.com

Andre Boniadi
on behalf of Defendant John Sandoval aboniadi@bzlegal.com

Andre Boniadi
on behalf of Defendant Joco Enterprises LLC aboniadi@bzlegal.com

Andrew Still
on behalf of Creditor Alteryx Inc. astill@swlaw.com, kcollins@swlaw.com

Andrew Still
on behalf of Interested Party Courtesy NEF astill@swlaw.com kcollins@swlaw.com

Andrew Still
on behalf of Plaintiff Alteryx Inc. astill@swlaw.com, kcollins@swlaw.com

Anthony Bisconti
on behalf of Plaintiff Richard A. Marshack tbisconti@bklwlaw.com 1193516420@filings.docketbird.com,docket@bklwlaw.com

Anthony Paul Diehl
on behalf of Interested Party Courtesy NEF anthony@apdlaw.net
Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net,9143954420@filings.docketbird.com

Asa S Hami
on behalf of Defendant Bonus Financial LLC asa.hami@gmlaw.com
ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com

Asa S Hami
on behalf of Defendant Jordan Miranti asa.hami@gmlaw.com
ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com

Ashley Dionisio
on behalf of Other Professional Omni Agent Solutions adionisio@omniagnt.com

Baruch C Cohen
on behalf of Defendant Derrick Landry bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Baruch C Cohen
on behalf of Defendant Ace Funding Source LLC bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com

Baruch C Cohen
on behalf of Defendant Berkovitch & Bouskila PLLC bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com

Belinda M Vega
on behalf of Creditor ADP Inc apark@venable.com

Bernard M Hansen
on behalf of Defendant Cyrus Irani bernardmhansen@sbcglobal.net

Bradford Barnhardt
on behalf of Plaintiff Richard A. Marshack bbarnhardt@marshackhays.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 3 of 19 |
| Date Rcvd: Jun 09, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Bradford Barnhardt | on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com |
| Bradford Barnhardt | on behalf of Trustee Richard A Marshack (TR) bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com |
| Bradford Barnhardt | on behalf of Plaintiff Richard A Marshack bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com |
| Brandon J. Iskander | on behalf of Defendant JM Squared LLC biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Brandon J. Iskander | on behalf of Interested Party Goe Forsythe & Hodges LLP biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Brett Ramsaur | on behalf of Defendant Brian Olsen brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Affirma LLC brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Spot On Consulting Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Morgan Attwood & Son Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Salvador Robles brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Jason Davolina brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Joe Byon brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant EVC Properties LLC brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Caeser Mercado brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Lead Gen 101 Inc. brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Buck Wild Ventures LLC brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Brandon Cunningham brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Help Your Home Network Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Lifestar Products Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Rose Romo brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Legacy Financial Strategies & Insurance Services Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Rachel Magana brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Lavin Fence Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Pace Construction Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Olsenite LLC brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |

Case 8:23-bk-10571-SC    Doc 2443    Filed 06/11/25    Entered 06/11/25 21:33:35    Desc
Imaged Certificate of Notice    Page 4 of 20

| District/off: 0973-8 | User: admin | Page 4 of 19 |
|---|---|---|
| Date Rcvd: Jun 09, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Brett Ramsaur | on behalf of Defendant Rachel Elgas brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Eric Martinson brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Trevor Young brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Nate Lavin brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant JNR Services Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Jesse Martinson brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant Coastal Capital Partners LLC brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant A Solution Debt Relief Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Defendant JR Bray Group LLC brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett N Taylor | on behalf of Defendant Debt Resolution Direct LLC btaylor@cozen.com, arincon@cozen.com |
| Brian Boyd | on behalf of U.S. Trustee United States Trustee (SA) brian.boyd@dinsmore.com tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com |
| Brian Boyd | on behalf of Plaintiff Richard A Marshack brian.boyd@dinsmore.com tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com |
| Brian Boyd | on behalf of Trustee Richard A Marshack (TR) brian.boyd@dinsmore.com tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com |
| Brian Boyd | on behalf of Plaintiff Richard A. Marshack brian.boyd@dinsmore.com tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com |
| Brian A Paino | on behalf of Defendant Optimumbank bpaino@hinshawlaw.com hmosothoane@hinshawlaw.com;crico@hinshawlaw.com |
| Brian A Paino | on behalf of Defendant Optimum Bank Holdings Inc. bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com;crico@hinshawlaw.com |
| Brian A Paino | on behalf of Defendant Moishe Gubin bpaino@hinshawlaw.com hmosothoane@hinshawlaw.com;crico@hinshawlaw.com |
| Brian A Paino | on behalf of Defendant Optimumbank.com bpaino@hinshawlaw.com hmosothoane@hinshawlaw.com;crico@hinshawlaw.com |
| Brian L Holman | on behalf of Creditor Sharp Electronics Corporation b.holman@musickpeeler.com |
| Britteny Leyva | on behalf of Interested Party Revolv3 Inc. bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com |
| Bryan Cockroft | on behalf of Plaintiff Richard A Marshack bryan.cockroft@dinsmore.com |
| Btzalel Hirschhorn | on behalf of Defendant A Chance Funding LLC bhirschhorn@sbagk.com |
| Byron Z Moldo | on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com aantonio@ecjlaw.com,dperez@ecjlaw.com |
| Cara Daggitt | on behalf of Plaintiff Richard A Marshack cara.daggitt@dinsmore.com Keegan.Giblin@Dinsmore.com |
| Cara Daggitt | on behalf of Trustee Richard A Marshack (TR) cara.daggitt@dinsmore.com Keegan.Giblin@Dinsmore.com |
| Cara Daggitt | |

Case 8:23-bk-10571-SC    Doc 2443    Filed 06/11/25    Entered 06/11/25 21:33:35    Desc
Imaged Certificate of Notice    Page 5 of 20

| District/off: 0973-8 | User: admin | Page 5 of 19 |
|---|---|---|
| Date Rcvd: Jun 09, 2025 | Form ID: pdf042 | Total Noticed: 1 |

on behalf of Plaintiff Richard A. Marshack cara.daggitt@dinsmore.com Keegan.Giblin@Dinsmore.com

Caroline Massey

on behalf of Plaintiff Richard A Marshack caroline.massey@dinsmore.com
lizbeth.alonso@dinsmore.com;AbdulWasay.Shahid@Dinsmore.com;wendy.yones@dinsmore.com

Carson Heninger

on behalf of Defendant American Airlines Inc. heningerc@gtlaw.com,
carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com

Charity J Manee

on behalf of Defendant JM Squared LLC cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee

on behalf of Defendant Clear Vision Financial LLC cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee

on behalf of Interested Party Goe Forsythe & Hodges LLP cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee

on behalf of Defendant Matt Collins cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee

on behalf of Defendant John Sykes cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee

on behalf of Defendant Point Break Holdings LLC cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee

on behalf of Defendant Darlene Collins cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee

on behalf of Defendant Jimmy Chhor cmanee@goeforlaw.com kmurphy@goeforlaw.com

Christopher Celentino

on behalf of Plaintiff Richard A Marshack christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Celentino

on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Celentino

on behalf of Special Counsel Dinsmore & Shohl LLP christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Celentino

on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Ghio

on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com angelica.urena@dinsmore.com

Christopher Ghio

on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com angelica.urena@dinsmore.com

Christopher Ghio

on behalf of Plaintiff Richard A Marshack christopher.ghio@dinsmore.com angelica.urena@dinsmore.com

Christopher J Langley

on behalf of Interested Party Courtesy NEF chris@slclawoffice.com
john@slclawoffice.com;langleycr75251@notify.bestcase.com

Christopher L Pitet

on behalf of Defendant Vasco Assets Inc. cpitet@apjuris.com, bferik@apjuris.com

Christopher L Pitet

on behalf of Defendant Benny Mor cpitet@apjuris.com bferik@apjuris.com

Christopher O Rivas

on behalf of Defendant CareFirst Blue Choice Inc. crivas@reedsmith.com,
chris-rivas-8658@ecf.pacerpro.com;sean-wilson-0462@ecf.pacerpro.com

D Edward Hays

on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays

on behalf of Interested Party Courtesy NEF ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays

on behalf of Plaintiff Richard A Marshack ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays

on behalf of Attorney Marshack Hays LLP ehays@marshackhays.com

Case 8:23-bk-10571-SC    Doc 2443    Filed 06/11/25    Entered 06/11/25 21:33:35    Desc
Imaged Certificate of Notice    Page 6 of 20

| District/off: 0973-8 | User: admin | Page 6 of 19 |
|---|---|---|
| Date Rcvd: Jun 09, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| D Edward Hays | on behalf of Creditor Committee Committee of Unsecured Creditors ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| D Edward Hays | on behalf of Plaintiff Richard A. Marshack ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| Daniel A Edelman | on behalf of Creditor Carolyn Beech dedelman@edcombs.com courtecl@edcombs.com |
| Daniel A Lev | on behalf of Interested Party Liberty Acquisitions Group Inc. daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| Daniel A Lev | on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| Daniel H Reiss | on behalf of Defendant PECC Corp dhr@lnbyg.com dhr@ecf.inforuptcy.com |
| Daniel H Reiss | on behalf of Defendant Eng Taing dhr@lnbyg.com dhr@ecf.inforuptcy.com |
| Daniel H Reiss | on behalf of Defendant Touzi Capital LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com |
| Daniel H Reiss | on behalf of Defendant PECC Corp. dhr@lnbyg.com dhr@ecf.inforuptcy.com |
| Daniel S March | on behalf of Interested Party INTERESTED PARTY marchlawoffice@gmail.com marchdr94019@notify.bestcase.com |
| Daniel S March | on behalf of Defendant Daniel S. March marchlawoffice@gmail.com marchdr94019@notify.bestcase.com |
| David M Goodrich | on behalf of Creditor United Partnerships LLC dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David M Goodrich | on behalf of Interested Party Courtesy NEF dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David S Hagen | on behalf of Defendant Veronica Palterovich davidhagenlaw@gmail.com LawOfficesofDavidSHagenCA1@jubileebk.net |
| David S Kupetz | on behalf of Defendant Marich Bein LLC david.kupetz@troutman.com mylene.ruiz@troutman.com |
| David S Kupetz | on behalf of Interested Party Courtesy NEF david.kupetz@troutman.com mylene.ruiz@troutman.com |
| David S Kupetz | on behalf of Interested Party Marich Bein LLC david.kupetz@troutman.com mylene.ruiz@troutman.com |
| David S Kupetz | on behalf of Defendant Marich Bein LLC david.kupetz@troutman.com, mylene.ruiz@troutman.com |
| Donald W Reid | on behalf of Defendant No Limit Media LLC don@donreidlaw.com 5969661420@filings.docketbird.com |
| Donald W Reid | on behalf of Defendant Painite Marketing don@donreidlaw.com 5969661420@filings.docketbird.com |
| Donald W Reid | on behalf of Defendant Make it Ring Marketing LLC don@donreidlaw.com, 5969661420@filings.docketbird.com |
| Donald W Reid | on behalf of Defendant Colton King don@donreidlaw.com 5969661420@filings.docketbird.com |
| Donald W Reid | on behalf of Defendant King Consulting Group LLC don@donreidlaw.com, 5969661420@filings.docketbird.com |
| Eric Bensamochan | on behalf of Creditor Oxford Knox LLC eric@eblawfirm.us, G63723@notify.cincompass.com;services@infotrack.com |
| Eric Bensamochan | on behalf of Interested Party Courtesy NEF eric@eblawfirm.us G63723@notify.cincompass.com;services@infotrack.com |
| Eric Bensamochan | |

Case 8:23-bk-10571-SC    Doc 2443    Filed 06/11/25    Entered 06/11/25 21:33:35    Desc
Imaged Certificate of Notice    Page 7 of 20

| District/off: 0973-8 | User: admin | Page 7 of 19 |
|---|---|---|
| Date Rcvd: Jun 09, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us  G63723@notify.cincompass.com;services@infotrack.com |
| Eric Gassman | |
| | on behalf of Creditor Herret Credit erg@gassmanlawgroup.com  gassman.ericb112993@notify.bestcase.com |
| Eric D Goldberg | |
| | on behalf of Defendant Stripe  Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| Ethan J Birnberg | |
| | on behalf of Defendant BMF Advance  LLC birnberg@portersimon.com, bokinskie@portersimon.com |
| Ethan J Birnberg | |
| | on behalf of Defendant Gavriel Yitzchavok birnberg@portersimon.com  bokinskie@portersimon.com |
| Ethan J Birnberg | |
| | on behalf of Defendant Diverse Capital LLC birnberg@portersimon.com  bokinskie@portersimon.com |
| Garrick A Hollander | |
| | on behalf of Creditor MC DVI Fund 1  LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Garrick A Hollander | |
| | on behalf of Creditor Debt Validation Fund II  LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Garrick A Hollander | |
| | on behalf of Creditor MC DVI Fund 2  LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Gerrick Warrington | |
| | on behalf of Defendant The Neiman Marcus Group LLC gwarrington@frandzel.com  achase@frandzel.com |
| Gerrick Warrington | |
| | on behalf of Defendant Neiman Marcus Group Ltd LLC gwarrington@frandzel.com  achase@frandzel.com |
| Glenn D. Moses | |
| | on behalf of Creditor ADP  Inc gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;imalcolm@ecf.courtdrive.com;jadelgado@venable.com |
| Gregory M Salvato | |
| | on behalf of Creditor Mari Agape gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Gregory M Salvato | |
| | on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Howard Steinberg | |
| | on behalf of Defendant BankUnited  N.A. steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com |
| Howard M Ehrenberg | |
| | on behalf of Defendant New Horizon Finance LLC Howard.Ehrenberg@gmlaw.com hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com |
| Ira David Kharasch | |
| | on behalf of Defendant YNS Funding  LLC ikharasch@pszjlaw.com |
| Ira David Kharasch | |
| | on behalf of Interested Party Liberty Acquisitions Group Inc. ikharasch@pszjlaw.com |
| Ira David Kharasch | |
| | on behalf of Defendant Bold Cap LLC ikharasch@pszjlaw.com |
| Ira David Kharasch | |
| | on behalf of Defendant Consumer Legal Group  PC ikharasch@pszjlaw.com |
| Ira David Kharasch | |
| | on behalf of Defendant LGS Holdco  LLC ikharasch@pszjlaw.com |
| Ira David Kharasch | |
| | on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com |
| Ira David Kharasch | |
| | on behalf of Defendant Yitzchok Blum ikharasch@pszjlaw.com |
| Ira David Kharasch | |
| | on behalf of Interested Party LGS Holdco  LLC ikharasch@pszjlaw.com |
| Ira David Kharasch | |
| | on behalf of Defendant Solomon Feig ikharasch@pszjlaw.com |
| Ira David Kharasch | |

Case 8:23-bk-10571-SC    Doc 2443    Filed 06/11/25    Entered 06/11/25 21:33:35    Desc
Imaged Certificate of Notice    Page 8 of 20

| District/off: 0973-8 | User: admin | Page 8 of 19 |
|---|---|---|
| Date Rcvd: Jun 09, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party Consumer Legal Group P.C. ikharasch@pszjlaw.com |
| Ira David Kharasch | |
| | on behalf of Defendant MCA Fund ADV Inc. ikharasch@pszjlaw.com |
| Ira David Kharasch | |
| | on behalf of Defendant Gary Fegel ikharasch@pszjlaw.com |
| Ira David Kharasch | |
| | on behalf of Defendant GMF Capital LLC ikharasch@pszjlaw.com |
| Ira David Kharasch | |
| | on behalf of Defendant Aly Management LLC ikharasch@pszjlaw.com |
| Ira David Kharasch | |
| | on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com |
| Ira David Kharasch | |
| | on behalf of Defendant Binyin 1502 LLC ikharasch@pszjlaw.com |
| Ira David Kharasch | |
| | on behalf of Defendant Inlane Inc ikharasch@pszjlaw.com |
| Ira David Kharasch | |
| | on behalf of Defendant BSYD Management Corp. ikharasch@pszjlaw.com |
| Israel Orozco | |
| | on behalf of Creditor Israel Orozco israel@iolawcorp.com |
| J Tanner Watkins | |
| | on behalf of Trustee Richard A Marshack (TR) tanner.watkins@dinsmore.com julie.mason@dinsmore.com;nathan.hall@dinsmore.com;molly.mattingly@dinsmore.com |
| J Tanner Watkins | |
| | on behalf of Plaintiff Richard A Marshack tanner.watkins@dinsmore.com julie.mason@dinsmore.com;nathan.hall@dinsmore.com;molly.mattingly@dinsmore.com |
| Jacob Newsum-Bothamley | |
| | on behalf of Trustee Richard A Marshack (TR) jacob.bothamley@dinsmore.com bonnie.connolly@dinsmore.com |
| Jacob Newsum-Bothamley | |
| | on behalf of Plaintiff Richard A. Marshack jacob.bothamley@dinsmore.com bonnie.connolly@dinsmore.com |
| Jacob Newsum-Bothamley | |
| | on behalf of Plaintiff Richard A Marshack jacob.bothamley@dinsmore.com bonnie.connolly@dinsmore.com |
| Jamie D Mottola | |
| | on behalf of Plaintiff Richard A Marshack Jamie.Mottola@dinsmore.com sara.johnston@dinsmore.com;abdulwasay.shahid@dinsmore.com;wendy.yones@dinsmore.com;katherine.hemphill@dinsmore.com |
| Jamie D Mottola | |
| | on behalf of Plaintiff Richard A. Marshack Chapter 11 Trustee Jamie.Mottola@dinsmore.com, sara.johnston@dinsmore.com;abdulwasay.shahid@dinsmore.com;wendy.yones@dinsmore.com;katherine.hemphill@dinsmore.com |
| Jamie P Dreher | |
| | on behalf of Defendant EPPS jdreher@downeybrand.com amasson@downeybrand.com;courtfilings@downeybrand.com |
| Jason Lowe | |
| | on behalf of Defendant Gene Rosen's Law Firm jasonflowe@gmail.com |
| Jason Lowe | |
| | on behalf of Defendant Merchant Services USA Inc jasonflowe@gmail.com |
| Jason Lowe | |
| | on behalf of Defendant MBH Group LLC jasonflowe@gmail.com |
| Jeana Mason | |
| | on behalf of Plaintiff Richard A. Marshack jeana.mason@dinsmore.com ashlynn.harrison@dinsmore.com;stella.laroe@dinsmore.com |
| Jeffrey A. Meinhardt | |
| | on behalf of Defendant Sabia Financial Inc jmeinhardt@silverandarsht.com |
| Jeffrey A. Meinhardt | |
| | on behalf of Defendant Chad Rothrock jmeinhardt@silverandarsht.com |
| Jeffrey A. Meinhardt | |
| | on behalf of Defendant Frank Dal Bello jmeinhardt@silverandarsht.com |
| Jeffrey B Smith | |
| | on behalf of Defendant Yuriy Drahuntsov jsmith@cgsattys.com vphillips@cgsattys.com |

Case 8:23-bk-10571-SC    Doc 2443    Filed 06/11/25    Entered 06/11/25 21:33:35    Desc
Imaged Certificate of Notice    Page 9 of 20

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 9 of 19 |
| Date Rcvd: Jun 09, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Jeffrey B Smith | on behalf of Defendant Reliance Assistance Group Inc. jsmith@cgsattys.com, vphillips@cgsattys.com |
| Jeffrey I Golden | on behalf of Creditor Anaheim Ducks Hockey Club LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden | on behalf of Creditor Oxford Knox LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden | on behalf of Creditor Anaheim Arena Management LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden | on behalf of Interested Party Courtesy NEF jgolden@go2.law kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey I Golden | on behalf of Creditor Affirma LLC jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jeffrey M Singletary | on behalf of Interested Party INTERESTED PARTY jsingletary@swlaw.com rmckay@swlaw.com |
| Jeffrey S Shinbrot | on behalf of Interested Party Brandon Turner jeffrey@shinbrotfirm.com sandra@shinbrotfirm.com;tanya@shinbrotfirm.com |
| Jeffrey S Shinbrot | on behalf of Defendant Brandon Turner jeffrey@shinbrotfirm.com sandra@shinbrotfirm.com;tanya@shinbrotfirm.com |
| Jenny L Doling | on behalf of Interested Party National Consumer Bankruptcy Rights Center jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net |
| Jenny L Doling | on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net |
| Jenny L Doling | on behalf of Interested Party INTERESTED PARTY jd@jdl.law dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net |
| Jeremy Faith | on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com |
| Jeremy Faith | on behalf of Defendant Cobalt Funding Solutions LLC Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com |
| Jeremy Freedman | on behalf of Plaintiff Richard A. Marshack jeremy.freedman@nelsonmullins.com bonnie.connolly@dinsmore.com |
| Jeremy Freedman | on behalf of Trustee Richard A Marshack (TR) jeremy.freedman@nelsonmullins.com bonnie.connolly@dinsmore.com |
| Jesse S Finlayson | on behalf of Defendant BCB Bancorp Inc jfinlayson@ftrlfirm.com, hkader@ftrlfirm.com |
| John H. Stephens | on behalf of Trustee Richard A Marshack (TR) john.stephens@dinsmore.com lizbeth.alonso@dinsmore.com |
| John H. Stephens | on behalf of Plaintiff Richard A Marshack john.stephens@dinsmore.com lizbeth.alonso@dinsmore.com |
| John H. Stephens | on behalf of Plaintiff Richard A. Marshack john.stephens@dinsmore.com lizbeth.alonso@dinsmore.com |
| Johnny White | on behalf of Creditor Debt Relief Group LLC JWhite@wrslawyers.com, jlee@wrslawyers.com |
| Johnny White | on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com jlee@wrslawyers.com |
| Jonathan Serrano | on behalf of Trustee Richard A Marshack (TR) Jonathan@MarguliesFaithLaw.com |

Case 8:23-bk-10571-SC    Doc 2443    Filed 06/11/25    Entered 06/11/25 21:33:35    Desc
Imaged Certificate of Notice    Page 10 of 20

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 10 of 19 |
| Date Rcvd: Jun 09, 2025 | Form ID: pdf042 | Total Noticed: 1 |

vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Jonathan Serrano

 on behalf of Special Counsel Dinsmore & Shohl LLP Jonathan@MarguliesFaithLaw.com
 vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Jonathan Serrano

 on behalf of Plaintiff Richard A. Marshack Jonathan@MarguliesFaithLaw.com
 vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Joon M Khang

 on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com

Joon M Khang

 on behalf of Attorney Khang & Khang LLP joon@khanglaw.com

Joseph Boufadel

 on behalf of Defendant Slate Advance LLC jboufadel@salvatoboufadel.com
 Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel

 on behalf of Defendant Slate Advance  LLC jboufadel@salvatoboufadel.com,
 Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel

 on behalf of Defendant Mynt Advance LLC jboufadel@salvatoboufadel.com
 Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel

 on behalf of Interested Party Courtesy NEF jboufadel@salvatoboufadel.com
 Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph E Addiego

 on behalf of Defendant Heshy Deutsch joeaddiego@dwt.com
 ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com

Joseph E Addiego

 on behalf of Defendant Clearfund Solutions LLC joeaddiego@dwt.com
 ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com

Joseph E Addiego

 on behalf of Defendant Nachmy Weiss joeaddiego@dwt.com
 ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com

Joshua I. Marrone

 on behalf of Trustee Richard A Marshack (TR) joshua.marrone@dinsmore.com

Joshua I. Marrone

 on behalf of Plaintiff Richard A. Marshack joshua.marrone@dinsmore.com

Joshua L Scheer

 on behalf of Interested Party Scheer Law Group  LLP, interested party jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

Julian Parker Pecora

 on behalf of Plaintiff Richard A Marshack julian.pecora@dinsmore.com  Tracey.Hebert@Dinsmore.com

Karen Hockstad

 on behalf of Plaintiff Richard A Marshack karen.hockstad@dinsmore.com  kim.beavin@dinsmore.com

Karen Hockstad

 on behalf of Trustee Richard A Marshack (TR) karen.hockstad@dinsmore.com  kim.beavin@dinsmore.com

Kathleen P March

 on behalf of Interested Party The Bankruptcy Law Firm  P.C. kmarch@bkylawfirm.com,
 kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March

 on behalf of Creditor Phuong (Jayde) Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March

 on behalf of Defendant Greyson Law Center PC kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March

 on behalf of Defendant Han Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March

 on behalf of Trustee Richard A Marshack (TR) kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March

 on behalf of Creditor Han Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March

 on behalf of Defendant Jayde Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 11 of 19 |
| Date Rcvd: Jun 09, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Kathleen P March | on behalf of Creditor Greyson Law Center PC kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Keith C Owens | on behalf of Creditor Committee Committee of Unsecured Creditors kowens@foxrothschild.com  khoang@foxrothschild.com |
| Keith C Owens | on behalf of Plaintiff Richard A. Marshack kowens@foxrothschild.com  khoang@foxrothschild.com |
| Keith C Owens | on behalf of Intervenor OFFICIAL COMMITTEE OF UNSECURED CREDITORS kowens@foxrothschild.com khoang@foxrothschild.com |
| Keith C Owens | on behalf of Creditor Committee Post-Confirmation Oversight Committee kowens@foxrothschild.com khoang@foxrothschild.com |
| Kelli Ann Lee | on behalf of Trustee Richard A Marshack (TR) Kelli.lee@dinsmore.com  kristy.allen@dinsmore.com |
| Kelli Ann Lee | on behalf of Plaintiff Richard A. Marshack Kelli.lee@dinsmore.com  kristy.allen@dinsmore.com |
| Kenneth Misken | on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov |
| Kevin Alan Rogers | on behalf of Creditor Wells Marble and Hurst  PLLC krogers@wellsmar.com |
| Kevin M Capuzzi | on behalf of Defendant The Neiman Marcus Group LLC kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kevin M Capuzzi | on behalf of Defendant Neiman Marcus Group Ltd LLC kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kristin T Mihelic | on behalf of U.S. Trustee United States Trustee (SA) kristin.t.mihelic@usdoj.gov |
| Kyra E Andrassy | on behalf of Defendant Arsha Corp. kandrassy@raineslaw.com  bclark@raineslaw.com;csantiago@raineslaw.com |
| Kyra E Andrassy | on behalf of Defendant Arash Asante Bayrooti kandrassy@raineslaw.com  bclark@raineslaw.com;csantiago@raineslaw.com |
| Kyra E Andrassy | on behalf of Interested Party Courtesy NEF kandrassy@raineslaw.com  bclark@raineslaw.com;csantiago@raineslaw.com |
| Kyra E Andrassy | on behalf of Defendant ABR Enterprises  LLC kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com |
| Laila Rais | on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com |
| Laila Rais | on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com |
| Laila Rais | on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com |
| Laila Rais | on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com |
| Larry Rothman | on behalf of Interested Party Steven D. Silverstein tocollect@aol.com |
| Leslie A Cohen | on behalf of Defendant Rosa Bianca Loli leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com |
| Leslie A Cohen | on behalf of Defendant Rose Bianca Loli leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com |
| Leslie A Cohen | on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com |
| Leslie A Cohen | on behalf of Defendant Master Consultants of America Inc. leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 12 of 19 |
| Date Rcvd: Jun 09, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Leslie K Kaufman
   on behalf of Defendant Brandon Vargas kaufman_kaufman.bankruptcy@yahoo.com kaufmanlr98210@notify.bestcase.com

Lexi J. Epley
   on behalf of Plaintiff Richard A. Marshack lexi.epley@dinsmore.com angelica.urena@dinsmore.com

Lisa Patel
   on behalf of Defendant OptimumBank Holdings Inc. lpatel@lesnickprince.com,
   jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com

Marc C Forsythe
   on behalf of Defendant Clear Vision Financial LLC mforsythe@goeforlaw.com
   mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Marc C Forsythe
   on behalf of Creditor Point Break Holdings LLC mforsythe@goeforlaw.com
   mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Marc C Forsythe
   on behalf of Defendant Richard Nodelman mforsythe@goeforlaw.com
   mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Marc C Forsythe
   on behalf of Defendant Integrity Docs LLC mforsythe@goeforlaw.com,
   mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Marc C Forsythe
   on behalf of Defendant Point Break Holdings LLC mforsythe@goeforlaw.com
   mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Marc C Forsythe
   on behalf of Defendant Perfect Financial LLC mforsythe@goeforlaw.com,
   mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

Mary H Haas
   on behalf of Defendant Heshy Deutsch maryhaas@dwt.com
   melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
   on behalf of Defendant Israel Reches maryhaas@dwt.com
   melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
   on behalf of Defendant A Chance Funding LLC maryhaas@dwt.com
   melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
   on behalf of Defendant Nachman Weisz maryhaas@dwt.com
   melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
   on behalf of Defendant Clearfund Solutions LLC maryhaas@dwt.com
   melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
   on behalf of Defendant Hershey Deustch maryhaas@dwt.com
   melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
   on behalf of Defendant Nachmy Weiss maryhaas@dwt.com
   melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Matthew Sommer
   on behalf of Plaintiff Richard A Marshack matthew.sommer@dinsmore.com carrie.davis@dinsmore.com

Matthew Sommer
   on behalf of Trustee Richard A Marshack (TR) matthew.sommer@dinsmore.com carrie.davis@dinsmore.com

Matthew A Lesnick
   on behalf of Defendant OptimumBank Holdings Inc. matt@lesnickprince.com,
   matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew J Stockl
   on behalf of Plaintiff Richard A Marshack mstockl@otterbourg.com katrice.ortiz@dinsmore.com

Matthew J Stockl
   on behalf of Plaintiff Richard A. Marshack mstockl@otterbourg.com katrice.ortiz@dinsmore.com

Matthew J Stockl
   on behalf of Trustee Richard A Marshack (TR) mstockl@otterbourg.com katrice.ortiz@dinsmore.com

Matthew J Stockl
   on behalf of Plaintiff Richard A. Marshack mstockl@otterbourg.com katrice.ortiz@dinsmore.com

Case 8:23-bk-10571-SC    Doc 2443    Filed 06/11/25    Entered 06/11/25 21:33:35    Desc
Imaged Certificate of Notice    Page 13 of 20

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 13 of 19 |
| Date Rcvd: Jun 09, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Matthew S Steinberg | on behalf of Defendant Debt Resolution Direct LLC msteinberg@cozen.com, arincon@cozen.com;BPosivak@cozen.com |
| Matthew S Steinberg | on behalf of Trustee Richard A Marshack (TR) msteinberg@cozen.com arincon@cozen.com;BPosivak@cozen.com |
| Matthew S Steinberg | on behalf of Interested Party Debt Resolution Direct LLC msteinberg@cozen.com, arincon@cozen.com;BPosivak@cozen.com |
| Maureen J Shanahan | on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Mstotaro@aol.com |
| Meredith Fahn | on behalf of Creditor Meredith Fahn fahn@sbcglobal.net |
| Meredith King | on behalf of Interested Party Courtesy NEF mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law |
| Meredith King | on behalf of Defendant Gallant Law Group mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law |
| Michael Lundholm | on behalf of Defendant Genesis Equity Group Funding LLC mlundholm@londonnaor.com |
| Michael B Reynolds | on behalf of Defendant Justin Conlon mreynolds@swlaw.com kcollins@swlaw.com |
| Michael B Reynolds | on behalf of Defendant Sidereal Entertainment Group LLC mreynolds@swlaw.com, kcollins@swlaw.com |
| Michael B Reynolds | on behalf of Defendant Joshua Brown mreynolds@swlaw.com kcollins@swlaw.com |
| Michael B Reynolds | on behalf of Defendant SMR Business Services LLC mreynolds@swlaw.com, kcollins@swlaw.com |
| Michael D Lieberman | on behalf of Creditor Phillip A. Greenblatt PLLC mike@liebermandebtrelief.com |
| Michael F Chekian | on behalf of Creditor Elizabeth A. Shore mike@cheklaw.com chekianmr84018@notify.bestcase.com |
| Michael G Spector | on behalf of Defendant Marketing Systems and Strategies LLC mgspector@aol.com mgslawoffice@aol.com |
| Michael G Spector | on behalf of Defendant Sormeh Attarzadeh mgspector@aol.com mgslawoffice@aol.com |
| Michael G Spector | on behalf of Defendant Anthony Derosa mgspector@aol.com mgslawoffice@aol.com |
| Michael G Spector | on behalf of Defendant Achme Inc. mgspector@aol.com, mgslawoffice@aol.com |
| Michael G Spector | on behalf of Defendant MBT Group Inc. mgspector@aol.com, mgslawoffice@aol.com |
| Michael G Spector | on behalf of Defendant Ace Tech Ops mgspector@aol.com mgslawoffice@aol.com |
| Michael Jay Berger | on behalf of Defendant Leucadia Enterprises Inc michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |
| Michael R Pinkston | on behalf of Creditor Wells Marble and Hurst PLLC rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com |
| Michael R Totaro | on behalf of Interested Party Randall Baldwin Clark Ocbkatty@aol.com |
| Michael R Totaro | on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Ocbkatty@aol.com |
| Michael W Davis | on behalf of Defendant Dant Morning Law Group P.C. mdavis@dtolaw.com, ygodson@dtolaw.com |
| Mitchell B Ludwig | on behalf of Creditor Fundura Capital Group mbl@kpclegal.com kad@kpclegal.com |
| Nicholas A Koffroth | on behalf of Trustee Richard A Marshack (TR) nkoffroth@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 14 of 19 |
| Date Rcvd: Jun 09, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Nicholas A Koffroth
    on behalf of Other Professional Post-Confirmation Oversight Committee as Successor in Interest to the Official Committee of Unsecured Creditors nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
    on behalf of Plaintiff Richard A. Marshack nkoffroth@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
    on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
    on behalf of Creditor Committee Post-Confirmation Oversight Committee nkoffroth@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas S Couchot
    on behalf of Defendant Justin Conlon ncouchot@swlaw.com

Nicholas S Couchot
    on behalf of Defendant Sidereal Entertainment Group LLC ncouchot@swlaw.com

Noah K McCall
    on behalf of Defendant Luke Enkosky nmccall@rschauerlaw.com NAnderson@RSchauerLaw.com

Olivia Scott
    on behalf of Creditor Hi Bar Capital LLC olivia.scott@hklaw.com

Olivia Scott
    on behalf of Creditor Azzure Capital LLC olivia.scott@hklaw.com

Paul R Shankman
    on behalf of Creditor United Partnerships LLC PShankman@fortislaw.com, info@fortislaw.com

Paul R Shankman
    on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com info@fortislaw.com

Peter L Isola
    on behalf of Interested Party Merchants Credit Corporation pisola@hinshawlaw.com rmojica@hinshawlaw.com,iking@hinshawlaw.com

Peter W Bowie
    on behalf of Trustee Richard A Marshack (TR) peter.bowie@dinsmore.com caron.burke@dinsmore.com

Queenie K Ng
    on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Randall Baldwin Clark
    on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com

Randall P Mroczynski
    on behalf of Defendant Mercedes-Benz Financial Services USA LLC randym@cookseylaw.com

Randall P Mroczynski
    on behalf of Defendant Mercedes-Benz USA LLC randym@cookseylaw.com

Razmig Izakelian
    on behalf of Creditor OHP-CDR LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
    on behalf of Counter-Defendant PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian
    on behalf of Counter-Defendant OHP-CDR LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
    on behalf of Plaintiff OHP-CDR LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
    on behalf of Plaintiff PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com

Reid A Winthrop
    on behalf of Defendant Fidelity Pandemic Relief Services Inc. reid@winthroplawgroup.com

Reid A Winthrop
    on behalf of Defendant Jess Walker reid@winthroplawgroup.com

Reid A Winthrop
    on behalf of Defendant Master Builders of America Inc. reid@winthroplawgroup.com

Reilly D Wilkinson
    on behalf of Defendant Gabe McCarthy rwilkinson@scheerlawgroup.com rwilkinson@ecf.courtdrive.com

Reilly D Wilkinson

on behalf of Defendant Oha Management LLC rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com

Reina Zepeda

on behalf of Other Professional Omni Agent Solutions rzepeda@omniagnt.com

Richard A Marshack (TR)

pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com

Richard D. Porotsky

on behalf of Plaintiff Richard A. Marshack maria.rother@dinsmore.com

Richard D. Porotsky

on behalf of Plaintiff Richard A Marshack maria.rother@dinsmore.com

Richard H Golubow

on behalf of Creditor MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow

on behalf of Creditor Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow

on behalf of Defendant Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow

on behalf of Defendant MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow

on behalf of Creditor MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow

on behalf of Defendant MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard L. Hyde

on behalf of Interested Party Courtesy NEF rhyde@awglaw.com

Richik Sarkar

on behalf of Plaintiff Richard A. Marshack richik.sarkar@dinsmore.com Noreen.Leciejewski@dinsmore.com

Robert P Goe

on behalf of Defendant Darlene Collins kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe

on behalf of Defendant Jimmy Chhor kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe

on behalf of Defendant Matt Collins kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe

on behalf of Defendant John Sykes kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Ronald K Brown

on behalf of Creditor SDCO Tustin Executive Center Inc. ron@rkbrownlaw.com

Ronald N Richards

on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com

Samuel Mushegh Boyamian

on behalf of Interested Party Courtesy NEF samuel@marguliesfaithlaw.com Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Sara Johnston

on behalf of Trustee Richard A Marshack (TR) sara.johnston@dinsmore.com bryan.cockroft@dinsmore.com;spencer.gray@dinsmore.com;wendy.yones@dinsmore.com

Sara Johnston

on behalf of Plaintiff Richard A. Marshack sara.johnston@dinsmore.com bryan.cockroft@dinsmore.com;spencer.gray@dinsmore.com;wendy.yones@dinsmore.com

Sara Johnston

on behalf of Plaintiff Richard A Marshack sara.johnston@dinsmore.com bryan.cockroft@dinsmore.com;spencer.gray@dinsmore.com;wendy.yones@dinsmore.com

Sarah S. Mattingly

Case 8:23-bk-10571-SC    Doc 2443    Filed 06/11/25    Entered 06/11/25 21:33:35    Desc
Imaged Certificate of Notice    Page 16 of 20

| District/off: 0973-8 | User: admin | Page 16 of 19 |
|---|---|---|
| Date Rcvd: Jun 09, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com |
| Sarah S. Mattingly | |
| | on behalf of Plaintiff Richard A. Marshack Chapter 11 Trustee sarah.mattingly@dinsmore.com |
| Sarah S. Mattingly | |
| | on behalf of Plaintiff Richard A Marshack trustee of the LPG Liquidation Trust sarah.mattingly@dinsmore.com |
| Sarah S. Mattingly | |
| | on behalf of Trustee Richard A Marshack (TR) sarah.mattingly@dinsmore.com |
| Sarah S. Mattingly | |
| | on behalf of Plaintiff Richard A Marshack sarah.mattingly@dinsmore.com |
| Sarah S. Mattingly | |
| | on behalf of Defendant Debt Resolution Direct LLC sarah.mattingly@dinsmore.com |
| Sarah S. Mattingly | |
| | on behalf of Defendant Clearcube LLC sarah.mattingly@dinsmore.com |
| Sarah S. Mattingly | |
| | on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com |
| Scott W Wellman | |
| | on behalf of Defendant Pacific Rose Consulting Group swellman@w-wlaw.com jklein@w-wlaw.com |
| Scott W Wellman | |
| | on behalf of Defendant Dana Cederberg swellman@w-wlaw.com jklein@w-wlaw.com |
| Scott W Wellman | |
| | on behalf of Defendant Summer Cederberg swellman@w-wlaw.com jklein@w-wlaw.com |
| Shantal Malmed | |
| | on behalf of Defendant Jenssen Varela shantal.malmed@gmlaw.com cheryl.caldwell@gmlaw.com |
| Shantal Malmed | |
| | on behalf of Defendant Paragon Financial Corp shantal.malmed@gmlaw.com cheryl.caldwell@gmlaw.com |
| Sharon Z. Weiss | |
| | on behalf of Defendant Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com |
| Sharon Z. Weiss | |
| | on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com |
| Sharon Z. Weiss | |
| | on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com |
| Shawn M Christianson | |
| | on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com schristianson@buchalter.com |
| Spencer Keith Gray | |
| | on behalf of Plaintiff Richard A Marshack spencer.gray@dinsmore.com wendy.yones@dinsmore.com;sara.johnston@dinsmore.com |
| Spencer Keith Gray | |
| | on behalf of Trustee Richard A Marshack (TR) spencer.gray@dinsmore.com wendy.yones@dinsmore.com;sara.johnston@dinsmore.com |
| Stella A Havkin | |
| | on behalf of Defendant Bridge Funding Cap LLC stella@havkinandshrago.com, shavkinesq@gmail.com |
| Suzanne Marino | |
| | on behalf of Plaintiff Richard A. Marshack suzanne.marino@dinsmore.com |
| Sweeney Kelly | |
| | on behalf of Defendant Fidelity National Information Services Inc. kelly@ksgklaw.com |
| Sweeney Kelly | |
| | on behalf of Defendant Worldpay Group kelly@ksgklaw.com |
| Sweeney Kelly | |
| | on behalf of Defendant Fidelity National Information Services Inc. dba FIS kelly@ksgklaw.com |
| Sweeney Kelly | |
| | on behalf of Defendant Worldpay LLC kelly@ksgklaw.com |
| Thomas H Casey | |
| | on behalf of Defendant The Elizabeth Marie Reale Living Trust U/A dated March 28 2024 kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com |

Case 8:23-bk-10571-SC    Doc 2443    Filed 06/11/25    Entered 06/11/25 21:33:35    Desc
Imaged Certificate of Notice    Page 17 of 20

| District/off: 0973-8 | User: admin | Page 17 of 19 |
|---|---|---|
| Date Rcvd: Jun 09, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Thomas H Casey | on behalf of Defendant Elizabeth Reale kdriggers@tomcaseylaw.com  msilva@tomcaseylaw.com |
| Thomas H Casey | on behalf of Interested Party Thomas H. Casey kdriggers@tomcaseylaw.com  msilva@tomcaseylaw.com |
| Thomas H Casey | on behalf of Defendant EMR Greenhouse  Inc. kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com |
| Tony May | on behalf of Defendant Matthew Lovelady tmay@maybrocklaw.com |
| Tyler Powell | on behalf of Counter-Claimant Richard A Marshack (TR) tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com |
| Tyler Powell | on behalf of Plaintiff Richard A. Marshack tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com |
| Tyler Powell | on behalf of Counter-Claimant Richard A. Marshack tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com |
| Tyler Powell | on behalf of Defendant Richard A. Marshack tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com |
| Tyler Powell | on behalf of Plaintiff Richard A Marshack tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com |
| Tyler Powell | on behalf of Counter-Defendant Richard A Marshack (TR) tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com |
| Tyler Powell | on behalf of Trustee Richard A Marshack (TR) tyler.powell@dinsmore.com jennifer.pitcock@dinsmore.com;wendy.yones@dinsmore.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Vanessa Rodriguez | on behalf of Plaintiff Richard A Marshack vanessa.rodriguez@dinsmore.com katherine.hemphill@dinsmore.com;sara.johnston@dinsmore.com |
| Vanessa Rodriguez | on behalf of Plaintiff Richard A. Marshack vanessa.rodriguez@dinsmore.com katherine.hemphill@dinsmore.com;sara.johnston@dinsmore.com |
| Vanessa Rodriguez | on behalf of Trustee Richard A Marshack (TR) vanessa.rodriguez@dinsmore.com katherine.hemphill@dinsmore.com;sara.johnston@dinsmore.com |
| Veneeta Jaswal | on behalf of Plaintiff Richard A Marshack veneeta.jaswal@dinsmore.com  bonnie.connolly@dinsmore.com |
| Veneeta Jaswal | on behalf of Plaintiff Richard A. Marshack veneeta.jaswal@dinsmore.com  bonnie.connolly@dinsmore.com |
| Veneeta Jaswal | on behalf of Plaintiff Richard A. Marshack veneeta.jaswal@dinsmore.com  bonnie.connolly@dinsmore.com |
| Veneeta Jaswal | on behalf of Trustee Richard A Marshack (TR) veneeta.jaswal@dinsmore.com  bonnie.connolly@dinsmore.com |
| Victoria Newmark | on behalf of Defendant Gary Fegel vnewmark@pszjlaw.com hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Victoria Newmark | on behalf of Defendant Consumer Legal Group  PC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Victoria Newmark | on behalf of Defendant Yitzchok Blum vnewmark@pszjlaw.com hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Victoria Newmark | on behalf of Defendant Aly Management  LLC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |

Case 8:23-bk-10571-SC    Doc 2443    Filed 06/11/25    Entered 06/11/25 21:33:35    Desc
Imaged Certificate of Notice    Page 18 of 20

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 18 of 19 |
| Date Rcvd: Jun 09, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Victoria Newmark
    on behalf of Defendant YNS Funding LLC vnewmark@pszjlaw.com,
    hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
    on behalf of Defendant MCA Fund ADV Inc. vnewmark@pszjlaw.com
    hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
    on behalf of Interested Party LGS Holdco LLC vnewmark@pszjlaw.com,
    hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
    on behalf of Interested Party Consumer Legal Group P.C. vnewmark@pszjlaw.com,
    hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
    on behalf of Defendant GMF Capital LLC vnewmark@pszjlaw.com,
    hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
    on behalf of Defendant LGS Holdco LLC vnewmark@pszjlaw.com,
    hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
    on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com
    hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
    on behalf of Defendant Solomon Feig vnewmark@pszjlaw.com
    hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
    on behalf of Interested Party Liberty Acquisitions Group Inc. vnewmark@pszjlaw.com
    hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
    on behalf of Defendant Inlane Inc vnewmark@pszjlaw.com
    hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Vincent Renda
    on behalf of Creditor Unified Global Research Group Inc vr@pinlegal.com, ld@pinlegal.com

Vincent Renda
    on behalf of Defendant Todd DiRoberto vr@pinlegal.com ld@pinlegal.com

William McCormick
    on behalf of Creditor TN Dept of Revenue Bill.McCormick@ag.tn.gov

William J Wall
    on behalf of Witness Bradford Lee wwall@wall-law.com

William P. Fennell
    on behalf of Creditor Validation Partners LLC william.fennell@fennelllaw.com
    wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com;Fennell.WilliamP.B143386@notify.bestcase.com

Yisrael Gelb
    on behalf of Defendant Bridge Funding Cap LLC yisrael@gelblawapc.com

Yosina M Lissebeck
    on behalf of Plaintiff Richard A Marshack Yosina.Lissebeck@Dinsmore.com
    caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
    on behalf of Plaintiff Richard A Marshack trustee of the LPG Liquidation Trust Yosina.Lissebeck@Dinsmore.com,
    caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
    on behalf of Defendant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com
    caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
    on behalf of U.S. Trustee United States Trustee (SA) Yosina.Lissebeck@Dinsmore.com
    caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
    on behalf of Trustee Richard A Marshack (TR) Yosina.Lissebeck@Dinsmore.com
    caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
    on behalf of Counter-Claimant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com
    caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 19 of 19 |
| Date Rcvd: Jun 09, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Yosina M Lissebeck
    on behalf of Special Counsel Dinsmore & Shohl LLP Yosina.Lissebeck@Dinsmore.com
    caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
    on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com
    caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Zev Shechtman
    on behalf of Interested Party Morning Law Group  P.C. Zev.Shechtman@saul.com,
    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
    on behalf of Interested Party Danning Gill Israel & Krasnoff LLP Zev.Shechtman@saul.com
    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

TOTAL: 428

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>GREGORY M. SALVATO (SBN 126285)<br>   Gsalvato@salvatoboufadel.com<br>JOSEPH BOUFADEL (SBN 267312)<br>   Jboufadel@salvatoboufadel.com<br>SALVATO BOUFADEL LLP<br>9110 Irvine Center Drive<br>Irvine, California 92618<br>Telephone: (213) 423-0931<br><br>☒ *Attorney for*: Slate Advance LLC & Mynt Advance, LLC | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUN 09 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte    **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>SANTA ANA</u> DIVISION**

| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>                                      Debtor(s)<br><br><br><br>                                   Plaintiff(s)<br><br>vs.<br><br><br>                                  Defendant(s) | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: 11<br>ADVERSARY NO. (*if applicable*):<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE [LBRs 2090-1(b) and 9013-1(q)]**<br><br><br>[No hearing required per LBR 2090-1(b)(6)] |
|---|---|

The court reviewed the Application of non-resident attorney to appear pro hac vice in a specific bankruptcy case and/or adversary proceeding(s). For good cause appearing, IT IS ORDERED: the Application is GRANTED and non-resident attorney (*specify name*): <u>Shanna M. Kaminski</u> may appear on behalf of the following parties, <u>Slate Advance LLC and Mynt Advance, LLC,</u> in any proceeding in the bankruptcy case, any jointly administered or substantively consolidated case, and any adversary proceedings filed in such cases, unless the representation is limited as follows: None.

###

Date: June 9, 2025

                                                        Scott C. Clarkson
                                                        United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2024*    F 2090-1.2.ORDER.NONRES.ATTY