Keith C. Owens (Bar No 184841)
Nicholas A. Koffroth (Bar No. 287854)
**FOX ROTHSCHILD LLP**
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Telephone:     (310) 598-4150
Facsimile:      (310) 556-9828
kowens@foxrothschild.com
nkoffroth@foxrothschild.com

*Counsel for Richard A. Marshack, Liquidation Trustee of the LPG Liquidation Trust*

FILED & ENTERED

JUN 27 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>The Litigation Practice Group P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION MODIFYING MEDIATION AND SETTLEMENT CONFERENCE REQUIREMENT CONCERNING EARN-OUT DISPUTE**<br><br>Judge:    Hon. Scott C. Clarkson<br>Date:     [*No Hearing Required*]<br>Time:    [*No Hearing Required*]<br>Place:    Courtroom 5C<br>             411 W. Fourth Street<br>             Santa Ana, CA 92701 |

The Court, having read and considered the stipulation [Docket No. 2446] (the "Stipulation")[1] to modify the mediation or settlement conference deadline set forth in the Stipulated Order and good cause appearing therefor,

**HEREBY ORDERS** as follows:

1.    The Stipulation is approved in its entirety.

2.    The Stipulated Order is modified solely to waive the requirement that the Parties

---

[1] Unless otherwise defined herein, all capitalized terms have the definition set forth in the Stipulation.

173869812.1

1 participate in mediation or settlement conference related to the Earn-Out Dispute no later than July 1, 2025.

3. This Order is without prejudice to either or both Parties seeking a further order from this Court concerning mediation of the Earn-Out Dispute.

4. All other terms of the Stipulated Order remain in full force and effect.

### 

Date: June 27, 2025

Scott C. Clarkson
United States Bankruptcy Judge

2

173869812.1