| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Yosina M. Lissebeck (State Bar No. 201654)<br>**DINSMORE & SHOHL LLP**<br>655 West Broadway, Suite 800<br>San Diego, CA 92101<br>Telephone: 619.400.0500<br>Facsimile: 619.400.0501<br>yosina.lissebeck@dinsmore.com<br><br>☒ *Attorney for*:  Counsel to Richard A. Marshack, Trustee of the LPG Liquidation Trust | FOR COURT USE ONLY<br><br> |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –SANTA ANA DIVISION**

| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor(s)<br><br>Plaintiff(s)<br>vs.<br><br>Defendant(s) | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: 11<br>ADVERSARY NO.: |
|---|---|
| | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒ The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):  Stephen R. Franks

☐ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

Date: July 23, 2025

Scott C. Clarkson
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016                                                                                                        F 2090-1.2.ORDER.NONRES.ATTY