| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| AMIN WASSERMAN GURNANI, LLP<br>Manon Burns, Bar No. 347139<br>230 W. Monroe St., Ste. 1405<br>Chicago, IL 60606<br>Tel: (312) 466-1033<br>Fax: (312) 884-7352<br>mburns@awglaw.com<br><br>*Attorney for:* Credit Reporting Services, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>THE LITIGATION PRACTICE GROUP, P.C.<br><br>Debtor(s). | CASE NO.: 8:23-BK-10571 SC<br>ADVERSARY NO.:<br>(*if applicable*)<br>CHAPTER: 11 |
|---|---|
| Plaintiff(s),<br>vs.<br><br>Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br><br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:
   Credit Reporting Services, Inc.

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:
   Manon Burns; AMIN WASSERMAN GURNANI LLP, 230 W. Monroe St., Ste. 1405, Chicago, IL 60606; Tel: (312) 466-1033; mburns@awglaw.com

3. New attorney hereby appears in the following matters:  ☒ the bankruptcy case  ☐ the adversary proceeding

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*     Page 1     **F 2091-1.SUBSTITUTION.ATTY**

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:

Richard Hyde

Date: 8/1/2025

_[signature]_
Signature of party

Credit Reporting Services, Inc.
Printed name of party

_____
Signature of *second* party (if applicable)

_____
Printed name of *second* party (if applicable)

_____
Signature of *third* party (if applicable)

_____
Printed name of *third* party (if applicable)

_____
Signature of *fourth* party (if applicable)

_____
Printed name of *fourth* party (if applicable)

I consent to the above substitution.

Date: 07/25/2025

_[signature]_
Signature of present attorney

Richard Hyde
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: _____

_____
Signature of new attorney

Manon Burns
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014    Page 2    F 2091-1.SUBSTITUTION.ATTY

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:

Richard Hyde

Date: _____

_____
Signature of party

Credit Reporting Services, Inc.
_____
Printed name of party

_____
Signature of *third* party (if applicable)

_____
Printed name of *third* party (if applicable)

_____
Signature of *second* party (if applicable)

_____
Printed name of *second* party (if applicable)

_____
Signature of *fourth* party (if applicable)

_____
Printed name of *fourth* party (if applicable)

I consent to the above substitution.

Date: 07/25/2025

*/s/ R. Hyde*
_____
Signature of present attorney

Richard Hyde
_____
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: 8/4/2025

*Manon Burns*
_____
Signature of new attorney

Manon Burns
_____
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*　　　　　　　　　　　Page 2　　　　　　　　　　　**F 2091-1.SUBSTITUTION.ATTY**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __8/4/2025__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/4/2025 | Manon Burns | /s/Manon Burns |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*       Page 3       **F 2091-1.SUBSTITUTION.ATTY**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Joseph E Addiego** joeaddiego@dwt.com, ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com
- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Bradford Barnhardt** bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **Eric Bensamochan** eric@eblawfirm.us, G63723@notify.cincompass.com;services@infotrack.com
- **Michael Jay Berger** michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Ethan J Birnberg** birnberg@portersimon.com, bokinskie@portersimon.com
- **Anthony Bisconti** tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Andre Boniadi** aboniadi@bzlegal.com
- **Joseph Boufadel** jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Peter W Bowie** peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- **Samuel Mushegh Boyamian** samuel@marguliesfaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com
- **Brian Boyd** brian.boyd@dinsmore.com, tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com
- **Ronald K Brown** ron@rkbrownlaw.com
- **Kevin M Capuzzi** kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Thomas H Casey** kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **Christopher Celentino** christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Michael F Chekian** mike@cheklaw.com, chekianmr84018@notify.bestcase.com
- **Shawn M Christianson** cmcintire@buchalter.com, schristianson@buchalter.com
- **Randall Baldwin Clark** rbc@randallbclark.com
- **Bryan Cockroft** bryan.cockroft@dinsmore.com
- **Baruch C Cohen** bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Leslie A Cohen** leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com
- **Nicholas S Couchot** ncouchot@swlaw.com
- **Cara Daggitt** cara.daggitt@dinsmore.com, Keegan.Giblin@Dinsmore.com
- **Michael W Davis** mdavis@dtolaw.com, ygodson@dtolaw.com
- **Aaron E. De Leest** adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **Anthony Paul Diehl** anthony@apdlaw.net, Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net,9143954420@filings.docketbird.com

- **Ashley Dionisio** adionisio@omniagnt.com
- **Jenny L Doling** jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- **Jamie P Dreher** jdreher@downeybrand.com, amasson@downeybrand.com;courtfilings@downeybrand.com
- **Daniel A Edelman** dedelman@edcombs.com, courtcl@edcombs.com
- **Howard M Ehrenberg** Howard.Ehrenberg@gmlaw.com, hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com
- **Lexi J. Epley** lexi.epley@dinsmore.com, angelica.urena@dinsmore.com
- **Meredith Fahn** fahn@sbcglobal.net
- **Jeremy Faith** Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com
- **William P. Fennell** william.fennell@fennelllaw.com, wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com;Fennell.WilliamP.B143386@notify.bestcase.com
- **Jesse S Finlayson** jfinlayson@ftrlfirm.com, hkader@ftrlfirm.com
- **Alan W Forsley** alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fllawyers.net,addy@flpllp.com,andrea@flpllp.com
- **Marc C Forsythe** mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
- **Jeremy Freedman** jeremy.freedman@nelsonmullins.com, bonnie.connolly@dinsmore.com
- **Eric Gassman** erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com
- **Yisrael Gelb** yisrael@gelblawapc.com
- **Christopher Ghio** Christopher.Ghio@dinsmore.com, angelica.urena@dinsmore.com
- **Christopher Ghio** christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com
- **Amy Lynn Ginsburg** efilings@ginsburglawgroup.com
- **Robert P Goe** kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Eric D Goldberg** eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Jeffrey I Golden** jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **Richard H Golubow** rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **David M Goodrich** dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- **Spencer Keith Gray** spencer.gray@dinsmore.com, wendy.yones@dinsmore.com;sara.johnston@dinsmore.com
- **Mary H Haas** maryhaas@dwt.com, melissastrobel@dwt.com;litdocket@dwt.com;kimberlysimmonsgreene@dwt.com
- **David S Hagen** davidhagenlaw@gmail.com, LawOfficesofDavidSHagenCA1@jubileebk.net

- **Asa S Hami** asa.hami@gmlaw.com, ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com
- **Bernard M Hansen** bernardmhansen@sbcglobal.net
- **Stella A Havkin** stella@havkinandshrago.com, shavkinesq@gmail.com
- **D Edward Hays** ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Carson Heninger** heningerc@gtlaw.com, carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com
- **Btzalel Hirschhorn** bhirschhorn@sbagk.com
- **Alan Craig Hochheiser** ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Karen Hockstad** karen.hockstad@dinsmore.com, kim.beavin@dinsmore.com
- **Garrick A Hollander** ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Brian L Holman** b.holman@musickpeeler.com
- **Richard L. Hyde** rhyde@awglaw.com
- **Brandon J. Iskander** biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Peter L Isola** pisola@hinshawlaw.com, rmojica@hinshawlaw.com,iking@hinshawlaw.com
- **Razmig Izakelian** razmigizakelian@quinnemanuel.com
- **Veneeta Jaswal** veneeta.jaswal@dinsmore.com, bonnie.connolly@dinsmore.com
- **Sara Johnston** sara.johnston@dinsmore.com, bryan.cockroft@dinsmore.com;spencer.gray@dinsmore.com;wendy.yones@dinsmore.com
- **Leslie K Kaufman** kaufman_kaufman.bankruptcy@yahoo.com, kaufmanlr98210@notify.bestcase.com
- **Sweeney Kelly** kelly@ksgklaw.com
- **Joon M Khang** joon@khanglaw.com
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **Meredith King** mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **Nicholas A Koffroth** nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com
- **David S Kupetz** david.kupetz@troutman.com, mylene.ruiz@troutman.com
- **Christopher J Langley** chris@slclawoffice.com, john@slclawoffice.com;langleycr75251@notify.bestcase.com
- **Kelli Ann Lee** Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com
- **Matthew A Lesnick** matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Daniel A Lev** daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Britteny Leyva** bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com
- **Michael D Lieberman** mike@liebermandebtrelief.com
- **Yosina M Lissebeck** Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com
- **Jason Lowe** jasonflowe@gmail.com
- **Mitchell B Ludwig** mbl@kpclegal.com, kad@kpclegal.com
- **Michael Lundholm** mlundholm@londonnaor.com

- **Shantal Malmed** shantal.malmed@gmlaw.com, cheryl.caldwell@gmlaw.com
- **Charity J Manee** cmanee@goeforlaw.com, kmurphy@goeforlaw.com
- **Daniel S March** marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **Kathleen P March** kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Suzanne Marino** suzanne.marino@dinsmore.com
- **Joshua I. Marrone** joshua.marrone@dinsmore.com
- **Richard A Marshack (TR)** pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Jeana Mason** jeana.mason@dinsmore.com, ashlynn.harrison@dinsmore.com;stella.laroe@dinsmore.com
- **Caroline Massey** caroline.massey@dinsmore.com, lizbeth.alonso@dinsmore.com;AbdulWasay.Shahid@Dinsmore.com;wendy.yones@dinsmore.com
- **Sarah S. Mattingly** sarah.mattingly@dinsmore.com
- **Tony May** tmay@maybrocklaw.com
- **Noah K McCall** nmccall@rschauerlaw.com, NAnderson@RSchauerLaw.com
- **William McCormick** Bill.McCormick@ag.tn.gov
- **Jeffrey A. Meinhardt** jmeinhardt@silverandarsht.com
- **Kristin T Mihelic** kristin.t.mihelic@usdoj.gov
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Byron Z Moldo** bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com
- **Glenn D. Moses** gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;imalcolm@ecf.courtdrive.com;jadelgado@venable.com
- **Jamie D Mottola** Jamie.Mottola@dinsmore.com, sara.johnston@dinsmore.com;abdulwasay.shahid@dinsmore.com;wendy.yones@dinsmore.com; katherine.hemphill@dinsmore.com
- **Randall P Mroczynski** randym@cookseylaw.com
- **Alan I Nahmias** anahmias@mbn.law, jdale@mbn.law
- **Victoria Newmark** vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com
- **Jacob Newsum-Bothamley** jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com
- **Queenie K Ng** queenie.k.ng@usdoj.gov
- **Israel Orozco** israel@iolawcorp.com
- **Keith C Owens** kowens@foxrothschild.com, khoang@foxrothschild.com
- **Brian A Paino** bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com;crico@hinshawlaw.com
- **Lisa Patel** lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com
- **Julian Parker Pecora** julian.pecora@dinsmore.com, Tracey.Hebert@Dinsmore.com
- **Michael R Pinkston** rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com
- **Christopher L Pitet** cpitet@apjuris.com, bferik@apjuris.com
- **Richard D. Porotsky** maria.rother@dinsmore.com
- **Tyler Powell** tyler.powell@dinsmore.com,

lydia.tharp@dinsmore.com;wendy.yones@dinsmore.com
- **Laila Rais** lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **Brett Ramsaur** brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com
- **Donald W Reid** don@donreidlaw.com, 5969661420@filings.docketbird.com
- **Daniel H Reiss** dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Vincent Renda** vr@pinlegal.com, ld@pinlegal.com
- **Michael B Reynolds** mreynolds@swlaw.com, kcollins@swlaw.com
- **Ronald N Richards** ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Christopher O Rivas** crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com;seanwilson-0462@ecf.pacerpro.com
- **Vanessa Rodriguez** vanessa.rodriguez@dinsmore.com, katherine.hemphill@dinsmore.com;sara.johnston@dinsmore.com
- **Kevin Alan Rogers** krogers@wellsmar.com
- **Larry Rothman** tocollect@aol.com
- **Gregory M Salvato** gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Richik Sarkar** richik.sarkar@dinsmore.com, Noreen.Leciejewski@dinsmore.com
- **Joshua L Scheer** jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Olivia Scott** olivia.scott@hklaw.com
- **Jonathan Serrano** Jonathan@MarguliesFaithLaw.com, vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com
- **Maureen J Shanahan** Mstotaro@aol.com
- **Paul R Shankman** PShankman@fortislaw.com, info@fortislaw.com
- **Zev Shechtman** Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- **Jeffrey S Shinbrot** jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com;tanya@shinbrotfirm.com
- **Jeffrey M Singletary** jsingletary@swlaw.com, rmckay@swlaw.com
- **Jeffrey B Smith** jsmith@cgsattys.com, vphillips@cgsattys.com
- **Matthew Sommer** matthew.sommer@dinsmore.com, carrie.davis@dinsmore.com
- **Michael G Spector** mgspector@aol.com, mgslawoffice@aol.com
- **Adam D Stein-Sapir** info@pfllc.com
- **Howard Steinberg** steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEFBK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Matthew S Steinberg** msteinberg@cozen.com, arincon@cozen.com;BPosivak@cozen.com
- **John H. Stephens** john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com
- **Andrew Still** astill@swlaw.com, kcollins@swlaw.com
- **Matthew J Stockl** mstockl@otterbourg.com, katrice.ortiz@dinsmore.com
- **Derrick Talerico** dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- **Brett N Taylor** btaylor@cozen.com, arincon@cozen.com
- **Michael R Totaro** Ocbkatty@aol.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Belinda M Vega** apark@venable.com
- **Alexandra W Wahl** alex.wahl@wickphillips.com

- **William J Wall** wwall@wall-law.com
- **Gerrick Warrington** gwarrington@frandzel.com, achase@frandzel.com
- **J Tanner Watkins** tanner.watkins@dinsmore.com, julie.mason@dinsmore.com;nathan.hall@dinsmore.com;molly.mattingly@dinsmore.com
- **Sharon Z. Weiss** sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **Scott W Wellman** swellman@w-wlaw.com, jklein@w-wlaw.com
- **Johnny White** JWhite@wrslawyers.com, jlee@wrslawyers.com
- **Reilly D Wilkinson** rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com
- **Reid A Winthrop** reid@winthroplawgroup.com
- **Reina Zepeda** rzepeda@omniagnt.com