Samuel J. Arsht, Esq. – SBN 100156
Jeffrey A. Meinhardt, Esq. – SBN 245090
SILVER & ARSHT
1860 Bridgegate Street, Suite 100
Westlake Village, California 91361-1409
Telephone:    (805) 495-4044
Facsimile:    (805) 494-4704
             sam@silverandarsht.com
             jmeinhardt@silverandarsht.com

Attorneys for Creditors/Defendants:
SABIA FINANCIAL, INC., an Illinois corporation; FRANK DAL BELLO, an individual; and CHAD ROTHROCK, an individual

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>Debtor(s).<br><br>Richard A. Marshack, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff(s),<br><br>vs.<br><br>Sabia Financial, Inc., an Illinois corporation; Frank Dal Bello, an individual; Chad Rothrock, an individual; and Trey Barnhart, an individual,<br><br>Defendant(s). | CHAPTER 11<br><br>Case No.: 8:23-bk-10571-SC<br>Adv. No: 8:25-ap-01122-SC<br><br>**STIPULATION BETWEEN RICHARD A. MARSHACK, TRUSTEE OF THE LPG LIQUIDATION TRUST AND SABIA FINANCIAL, INC., AN ILLINOIS CORPORATION TO WITHDRAW SABIA FINANCIAL, INC., AN ILLINOIS CORPORATION'S PROOFS OF CLAIMS**<br><br>Courtroom:    5C<br>             411 W. Fourth Street<br>             Santa Ana, CA 92701<br>Judge:       Hon Scott C. Clarkson |

COME NOW, Plaintiff RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust ("Plaintiff"), on the one hand, and Defendant/Creditor SABIA FINANCIAL, INC., an Illinois corporation ("Sabia" or "Defendant"), on the other hand, who hereby represent and stipulate as follows:

## RECITALS

A.  Sabia filed a proof of claim on or about February 20, 2024, alleging that Debtor, The Litigation Practice Group P.C., owes Sabia an unsecured claim in the amount of $1,690,419.14 as Claim No. 101403 ("February 20th Proof of Claim").

B.  Sabia filed another proof of claim on or about February 22, 2024, alleging that Debtor, The Litigation Practice Group P.C., owes Sabia an unsecured claim in the amount of $1,690,419.14 as Claim No. 101850 ("February 22nd Proof of Claim" and collectively with February 20th Proof of Claim, "Proofs of Claims.")

C.  The instant Adversary Proceeding was commenced by the Plaintiff's filing of its Complaint for: (1) Avoidance, Recovery, and Preservation of 2-Year Actual Fraudulent Transfers; (2) Avoidance, Recovery, and Preservation of 2-Year Constructive Fraudulent Transfers; (3) Avoidance, Recovery, and Preservation of 4-Year Actual Fraudulent Transfers; (4) Avoidance, Recovery, and Preservation of 4-Year Constructive Fraudulent Transfers; (5) Avoidance, Recovery, and Preservation of Preferential Transfers Made within Ninety Days of the Petition Date; (6) Aiding and Abetting; (7) Turnover; and (8) Disallowance of Claims (the "Complaint") on March 12, 2025, which was Assigned Adversary Proceeding No. 8:25-ap-01122-SC against Sabia, and individual defendants Frank Dal Bello, Chad Rothrock and Trey Barnhart also known as Roy Barnhart III (collectively "Defendants").

D.  Plaintiff and Defendants have entered into a Settlement Agreement to resolve all causes action alleged in the Complaint (the "Settlement Agreement"). As a term of the Settlement Agreement, Sabia is required to withdraw its Proofs of Claims, which Sabia has agreed to do.

E.  Since there is no Court Form available for Sabia to withdraw its Proofs of Claims, Sabia is requesting the withdrawal of its Proofs of Claims by way of this Stipulation and request for Order from the Court.

## STIPULATION

NOW, THEREFORE, subject to approval of the United States Bankruptcy Court, it is hereby stipulated as follows:

1. All Recitals A through E above are an integral part of this Stipulation and are incorporated as though fully set forth at this point.

2. Sabia desires to immediately withdraw its Proofs of Claims, in compliance with the requirements of the Settlement Agreement.

Dated: July 30, 2025       DINSMORE & SHOHL LLP

By: _____
Sara A. Johnston, Esq.
Attorneys for Richard A. Marshack, Plaintiff and
Trustee of the LPG Liquidation Trust

Dated: July 25, 2025       SILVER & ARSHT

By: /s/ Jeffrey A. Meinhardt
Samuel J. Arsht, Esq.
Jeffrey A. Meinhardt, Esq.
Attorneys for Creditors/Defendants
SABIA FINANCIAL, INC.; FRANK DAL
BELLO; and CHAD ROTHROCK