```
Samuel J. Arsht, Esq. – SBN 100156
Jeffrey A. Meinhardt, Esq. – SBN 245090
SILVER & ARSHT
1860 Bridgegate Street, Suite 100
Westlake Village, California 91361-1409
Telephone:   (805) 495-4044
Facsimile:   (805) 494-4704
             sam@silverandarsht.com
             jmeinhardt@silverandarsht.com
```

Attorneys for Creditors/Defendants, ALL SERVICE FINANCIAL, L.L.C., a Florida limited liability company; BONNIE SILVER, individually; JOSHUA STOMEL, individually; and VIVIAN STOMEL, individually

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re:<br><br>THE LITIGATION PRACTICE GROUP P.C.<br><br>Debtor.<br>_____<br>RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>ALL SERVICE FINANCIAL, L.L.C., a Florida limited liability company; BONNIE SILVER, individually; JOSHUA STOMEL, individually; and VIVIAN STOMEL, individually,<br><br>Defendants. | CASE NO.:     8:23-bk-10571-SC<br>Adv. Proc. No.: 8:25-ap-01123-SC<br><br>Chapter 11<br><br>**STIPULATION TO WITHDRAW ALL SERVICE FINANCIAL, L.L.C., A FLORIDA LIMITED LIABILITY COMPANY'S PROOFS OF CLAIMS**<br><br>Courtroom:  5C<br>            411 W. Fourth Street<br>            Santa Ana, CA  92701<br>Judge :     Hon Scott C. Clarkson |

COME NOW, Plaintiff RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust ("Plaintiff"), on the one hand, and Defendant/Claimant ALL SERVICE FINANCIAL, L.L.C., a Florida limited liability company ("ALL SERVICE" and/or "Defendant"), on the other hand, who hereby represent and stipulate as follows:

## RECITALS

A. Defendant filed a proof of claim on or about December 29, 2023, alleging that Debtor, The Litigation Practice Group P.C., owes Defendant an unsecured claim in the amount of $1,392,206.24 as Claim No. 2303 ("December Proof of Claim").

B. Defendant filed another proof of claim on or about February 22, 2024, alleging that Debtor, The Litigation Practice Group P.C., owes Defendant an unsecured claim in the amount of $1,392,206.24 as Claim No. 102118 ("February Proof of Claim" and collectively with the December Proof of Claim, "Proofs of Claims").

C. The instant Adversary Proceeding was commenced by the Plaintiff's filing of its Complaint for: (1) Avoidance, Recovery, and Preservation of 2-Year Actual Fraudulent Transfers; (2) Avoidance, Recovery, and Preservation of 2-Year Constructive Fraudulent Transfers; (3) Avoidance, Recovery, and Preservation of 4-Year Actual Fraudulent Transfers; (4) Avoidance, Recovery, and Preservation of 4-Year Constructive Fraudulent Transfers; (5) Turnover; (6) Disallowance of Claims; and (7) Aiding and Abetting Fraud (the "Complaint") on March 12, 2025, which was Assigned Adversary Proceeding No. 8:25-ap-01123-SC against ALL SERVICE, and individual defendants BONNIE SILVER, JOSHUA STOMEL and VIVIAN STOMEL (collectively "Defendants").

D. Plaintiff and Defendants have entered into a Settlement Agreement to resolve all causes action alleged in the Complaint (the "Settlement Agreement"). As a term of the Settlement Agreement, ALL SERVICE is required to withdraw its Proofs of Claims, which ALL SERVICE has agreed to do.

E. Since there is no Court Form available for ALL SERVICE to withdraw its Proofs of Claims, ALL SERVICE is requesting the withdrawal of its Proofs of Claims by way of this Stipulation and request for Order from the Court.

## STIPULATION

NOW, THEREFORE, subject to approval of the United States Bankruptcy Court, it is hereby stipulated as follows:

1. All Recitals A through E above are an integral part of this Stipulation and are incorporated as though fully set forth at this point.

2. ALL SERVICE desires to immediately withdraw its Proofs of Claims, in compliance with the requirements of the Settlement Agreement.

Dated: July 25, 2025        DINSMORE & SHOHL LLP

By: */s/ Vanessa E. Rodriguez*
Vanessa E. Rodriguez, Esq.
Attorneys for Richard A. Marshack, Plaintiff and Trustee of the LPG Liquidation Trust

Dated: July 25, 2025        SILVER & ARSHT

By: */s/ Jeffrey A. Meinhardt*
Samuel J. Arsht, Esq.
Jeffrey A. Meinhardt, Esq.
Attorneys for Creditors/Defendants
ALL SERVICE FINANCIAL, L.L.C.;
BONNIE SILVER; JOSHUA STOMEL; and
VIVIAN STOMEL