D. EDWARD HAYS, #162507
ehays@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

General Counsel for Richard A. Marshack,
Liquidating Trustee of the LPG Liquidation Trust

**FILED & ENTERED**

**AUG 21 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

In re

THE LITIGATION PRACTICE GROUP P.C.,

Debtor.

Case No. 8:23-bk-10571-SC

Chapter 11

ORDER GRANTING TRUSTEE'S MOTION OBJECTING TO ALLEGED PRIORITY TAX CLAIM NO. 101054-1 FILED BY SAMUEL T. JONES

| Claimant | Claim No. |
|---|---|
| Samuel T. Jones | 101054-1 |

Hearing
Date: July 30, 2025
Time: 1:30 p.m.
Ctrm: 5C - ViaZoom
Place: 411 West Fourth Street
Santa Ana, CA  92701

The Court has read and considered the Motion Objecting to Alleged Priority Tax Claim No. 101054-1 Filed by Samuel T. Jones ("Motion") of Richard A. Marshack, in his capacity as Liquidating Trustee of the LPG Liquidation Trust ("Trustee"), filed on May 30, 2025, as Dk. No. 2434. Prior to the hearing on the Motion scheduled for July 16, 2025, at 1:30 p.m., the Court published a tentative ruling to grant the Motion and excuse appearances.

For the reasons set forth in the Motion, the Court has found good cause to grant the Motion.

/ / /

1

IT IS ORDERED:

1. The Motion is granted in its entirety.

2. Claim No. 101054-1, filed by Samuel T. Jones in the amount of $10,250.00, is disallowed as an 11 U.S.C. § 507(a)(8) priority claim and is reclassified as a general unsecured claim.

3. The Trustee reserves all rights with respect to the claim herein, and nothing in this Order shall be considered a waiver of rights or defenses, election of remedies, or any other concession, and such claim remains subject to any objection as to the amounts or merits.

###

4937-2314-6843, v. 1

Date: August 21, 2025

Scott C. Clarkson
United States Bankruptcy Judge