D. EDWARD HAYS, #162507
ehays@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Liquidating Trustee,
RICHARD A. MARSHACK

FILED & ENTERED

AUG 21 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

In re

THE LITIGATION PRACTICE GROUP P.C.,

Debtor.

Case No. 8:23-bk-10571-SC

Chapter 11

ORDER GRANTING LIQUIDATING TRUSTEE'S SECOND MOTION TO EXTEND DURATION OF ETHICS COMPLIANCE MONITOR'S APPOINTMENT

[NO HEARING REQUESTED]

On July 25, 2025, as Docket No. 2459, Richard A. Marshack, in his capacity as liquidating trustee of the LPG Liquidation Trust ("Trustee"), filed a Second Motion to Extend Duration of Ethics Compliance Monitor's Appointment ("Motion").[1] On August 19, 2025, the Trustee filed a declaration of Bradford N. Barnhardt, Esq., that no opposition to the Motion was filed. The Court, having considered the Motion, the lack of opposition to the Motion, and the docket as a whole, and finding that proper notice of the Motion was given and that good cause exists, hereby enters its order as follows.

/ / /

/ / /

---

[1] All capitalized terms not defined herein are used as they are defined in the Motion.

1

IT IS ORDERED:

1. The Motion is granted.

2. The Monitor's appointment is extended for an additional one year from July 1, 2025 through July 31, 2026, subject to termination by the Trustee on 60 days' written notice to the Monitor.

3. The Estate is authorized to pay the Monitor through July 31, 2026 (subject to further extension with Court approval).

### #

4921-5232-4195

Date: August 21, 2025

Scott C. Clarkson
United States Bankruptcy Judge