United States Bankruptcy Court

Central District of California

In re:                                                                        Case No. 23-10571-SC

The Litigation Practice Group P.C.                                            Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-8 | User: admin | Page 1 of 20 |
|---|---|---|
| Date Rcvd: Aug 21, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

\+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#                     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron E. De Leest | on behalf of Creditor Phuong (Jayde) Trinh adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | on behalf of Plaintiff Richard A. Marshack adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | on behalf of Plaintiff Richard A Marshack adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | on behalf of Creditor Han Trinh adeleest@marshackhays.com  adeleest@marshackhays.com,alinares@ecf.courtdrive.com |

Aaron E. De Leest
    on behalf of Trustee Richard A Marshack (TR) adeleest@marshackhays.com
    adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Abdul Shahid
    on behalf of Plaintiff Richard A Marshack abdulwasay.shahid@dinsmore.com

Adam D Stein-Sapir
    on behalf of Creditor Pioneer Funding Group  LLC info@pfllc.com

Alan Craig Hochheiser
    on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com  arodriguez@mauricewutscher.com

Alan I Nahmias
    on behalf of Interested Party Courtesy NEF anahmias@mbn.law  jdale@mbn.law

Alan W Forsley
    on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com
    awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com

Alan W Forsley
    on behalf of Creditor Anthem Blue Cross of California alan.forsley@flpllp.com
    awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com

Alexandra W Wahl
    on behalf of Defendant Eng Taing alex.wahl@wickphillips.com

Alexandra W Wahl
    on behalf of Defendant PECC Corp. alex.wahl@wickphillips.com

Alexandra W Wahl
    on behalf of Defendant PECC Corp alex.wahl@wickphillips.com

Alexandra W Wahl
    on behalf of Defendant Touzi Capital  LLC alex.wahl@wickphillips.com

Amy Lynn Ginsburg
    on behalf of Creditor Amy Ginsburg efilings@ginsburglawgroup.com

Amy Lynn Ginsburg
    on behalf of Creditor Shannon Bellfield efilings@ginsburglawgroup.com

Amy Lynn Ginsburg
    on behalf of Creditor Kenton Cobb efilings@ginsburglawgroup.com

Andre Boniadi
    on behalf of Defendant John Sandoval aboniadi@bzlegal.com

Andre Boniadi
    on behalf of Defendant Joco Enterprises LLC aboniadi@bzlegal.com

Andrew Still
    on behalf of Creditor Alteryx  Inc. astill@swlaw.com, kcollins@swlaw.com

Andrew Still
    on behalf of Interested Party Courtesy NEF astill@swlaw.com  kcollins@swlaw.com

Andrew Still
    on behalf of Plaintiff Alteryx  Inc. astill@swlaw.com, kcollins@swlaw.com

Anthony Bisconti
    on behalf of Plaintiff Richard A. Marshack tbisconti@bklwlaw.com  1193516420@filings.docketbird.com,docket@bklwlaw.com

Anthony Paul Diehl
    on behalf of Interested Party Courtesy NEF anthony@apdlaw.net
    Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net,9143954420@filings.docketbird.com

Asa S Hami
    on behalf of Defendant Bonus Financial LLC asa.hami@gmlaw.com
    ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com

Asa S Hami
    on behalf of Defendant Jordan Miranti asa.hami@gmlaw.com
    ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com

Ashley Dionisio
    on behalf of Other Professional Omni Agent Solutions adionisio@omniagnt.com

Baruch C Cohen
    on behalf of Defendant Derrick Landry bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com

Baruch C Cohen
    on behalf of Defendant Ace Funding Source  LLC bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com

Baruch C Cohen
on behalf of Defendant Berkovitch & Bouskila  PLLC bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com

Belinda M Vega
on behalf of Creditor ADP  Inc apark@venable.com

Bernard M Hansen
on behalf of Defendant Cyrus Irani bernardmhansen@sbcglobal.net

Bradford Barnhardt
on behalf of Plaintiff Richard A. Marshack bbarnhardt@marshackhays.com
bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt
on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com
bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt
on behalf of Trustee Richard A Marshack (TR) bbarnhardt@marshackhays.com
bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt
on behalf of Plaintiff Richard A Marshack bbarnhardt@marshackhays.com
bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Brandon J. Iskander
on behalf of Defendant JM Squared LLC biskander@goeforlaw.com  kmurphy@goeforlaw.com

Brandon J. Iskander
on behalf of Interested Party Goe Forsythe & Hodges LLP biskander@goeforlaw.com  kmurphy@goeforlaw.com

Brett Ramsaur
on behalf of Defendant Brian Olsen brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Affirma  LLC brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Spot On Consulting  Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Morgan Attwood & Son  Inc. brett@ramsaurlaw.com,
alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Salvador Robles brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Jason Davolina brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Joe Byon brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant EVC Properties  LLC brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Caeser Mercado brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Lead Gen 101 Inc. brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Buck Wild Ventures LLC brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Help Your Home Network  Inc. brett@ramsaurlaw.com,
alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Brandon Cunningham brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Lifestar Products  Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Rose Romo brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Legacy Financial Strategies & Insurance Services  Inc. brett@ramsaurlaw.com,
alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

District/off: 0973-8                                  User: admin                                  Page 4 of 20
Date Rcvd: Aug 21, 2025                               Form ID: pdf042                               Total Noticed: 1

Brett Ramsaur

on behalf of Defendant Rachel Magana brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Lavin Fence  Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Pace Construction  Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Olsenite  LLC brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Rachel Elgas brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Eric Martinson brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Trevor Young brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Nate Lavin brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant JNR Services  Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Jesse Martinson brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Coastal Capital Partners  LLC brett@ramsaurlaw.com,
alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant A Solution Debt Relief  Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant JR Bray Group  LLC brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brian Boyd

on behalf of U.S. Trustee United States Trustee (SA) brian.boyd@dinsmore.com
tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Brian Boyd

on behalf of Plaintiff Richard A Marshack brian.boyd@dinsmore.com
tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Brian Boyd

on behalf of Trustee Richard A Marshack (TR) brian.boyd@dinsmore.com
tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Brian Boyd

on behalf of Plaintiff Richard A. Marshack brian.boyd@dinsmore.com
tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Brian A Paino

on behalf of Defendant Optimumbank bpaino@hinshawlaw.com  hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian A Paino

on behalf of Defendant Optimum Bank Holdings  Inc. bpaino@hinshawlaw.com,
hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian A Paino

on behalf of Defendant Moishe Gubin bpaino@hinshawlaw.com  hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian A Paino

on behalf of Defendant Optimumbank.com bpaino@hinshawlaw.com  hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian L Holman

on behalf of Creditor Sharp Electronics Corporation b.holman@musickpeeler.com

Brian L Shaw

on behalf of Defendant Debt Resolution Direct  LLC bshaw@cozen.com, cknez@cozen.com

Britteny Leyva

on behalf of Interested Party Revolv3  Inc. bleyva@mayerbrown.com,
2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com

Bryan Cockroft

on behalf of Plaintiff Richard A Marshack bryan.cockroft@dinsmore.com

Btzalel Hirschhorn

on behalf of Defendant A Chance Funding LLC bhirschhorn@sbagk.com

District/off: 0973-8                        User: admin                        Page 5 of 20
Date Rcvd: Aug 21, 2025                     Form ID: pdf042                     Total Noticed: 1

Byron Z Moldo
on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com aantonio@ecjlaw.com,dperez@ecjlaw.com

Cara Daggitt
on behalf of Plaintiff Richard A Marshack cara.daggitt@dinsmore.com Keegan.Giblin@Dinsmore.com

Cara Daggitt
on behalf of Trustee Richard A Marshack (TR) cara.daggitt@dinsmore.com Keegan.Giblin@Dinsmore.com

Cara Daggitt
on behalf of Plaintiff Richard A. Marshack cara.daggitt@dinsmore.com Keegan.Giblin@Dinsmore.com

Caroline Massey
on behalf of Plaintiff Richard A Marshack caroline.massey@dinsmore.com
lizbeth.alonso@dinsmore.com;AbdulWasay.Shahid@Dinsmore.com;wendy.yones@dinsmore.com

Carson Heninger
on behalf of Defendant American Airlines  Inc. heningerc@gtlaw.com,
carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com

Charity J Manee
on behalf of Defendant Jimmy Chhor cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Charity J Manee
on behalf of Defendant JM Squared LLC cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Charity J Manee
on behalf of Defendant Clear Vision Financial LLC cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Charity J Manee
on behalf of Interested Party Goe Forsythe & Hodges LLP cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Charity J Manee
on behalf of Defendant Matt Collins cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Charity J Manee
on behalf of Defendant John Sykes cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Charity J Manee
on behalf of Defendant Point Break Holdings LLC cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Charity J Manee
on behalf of Defendant Darlene Collins cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Christopher Celentino
on behalf of Plaintiff Richard A Marshack christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Celentino
on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Celentino
on behalf of Special Counsel Dinsmore & Shohl LLP christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Celentino
on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Ghio
on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com  angelica.urena@dinsmore.com

Christopher Ghio
on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com  angelica.urena@dinsmore.com

Christopher Ghio
on behalf of Plaintiff Richard A Marshack christopher.ghio@dinsmore.com  angelica.urena@dinsmore.com

Christopher J. Langley
on behalf of Interested Party Courtesy NEF chris@slclawoffice.com
john@slclawoffice.com;langleycr75251@notify.bestcase.com

Christopher L Pitet
on behalf of Defendant Vasco Assets  Inc. cpitet@apjuris.com, bferik@apjuris.com

Christopher L Pitet
on behalf of Defendant Benny Mor cpitet@apjuris.com  bferik@apjuris.com

Christopher O Rivas
on behalf of Defendant CareFirst Blue Choice  Inc. crivas@reedsmith.com,
chris-rivas-8658@ecf.pacerpro.com;sean-wilson-0462@ecf.pacerpro.com

D Edward Hays
on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

District/off: 0973-8                              User: admin                              Page 6 of 20
Date Rcvd: Aug 21, 2025                           Form ID: pdf042                          Total Noticed: 1

D Edward Hays
                    on behalf of Interested Party Courtesy NEF ehays@marshackhays.com
                    ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
                    on behalf of Plaintiff Richard A Marshack ehays@marshackhays.com
                    ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
                    on behalf of Attorney Marshack Hays LLP ehays@marshackhays.com
                    ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
                    on behalf of Creditor Committee Committee of Unsecured Creditors ehays@marshackhays.com
                    ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
                    on behalf of Plaintiff Richard A. Marshack ehays@marshackhays.com
                    ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Daniel A Edelman
                    on behalf of Creditor Carolyn Beech dedelman@edcombs.com  courtecl@edcombs.com

Daniel A Lev
                    on behalf of Interested Party Liberty Acquisitions Group Inc. daniel.lev@gmlaw.com
                    cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
                    on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com  cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel H Reiss
                    on behalf of Defendant PECC Corp dhr@lnbyg.com  dhr@ecf.inforuptcy.com

Daniel H Reiss
                    on behalf of Defendant Eng Taing dhr@lnbyg.com  dhr@ecf.inforuptcy.com

Daniel H Reiss
                    on behalf of Defendant Touzi Capital  LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel H Reiss
                    on behalf of Defendant PECC Corp. dhr@lnbyg.com  dhr@ecf.inforuptcy.com

Daniel S March
                    on behalf of Interested Party INTERESTED PARTY marchlawoffice@gmail.com  marchdr94019@notify.bestcase.com

Daniel S March
                    on behalf of Defendant Daniel S. March marchlawoffice@gmail.com  marchdr94019@notify.bestcase.com

David M Goodrich
                    on behalf of Creditor United Partnerships  LLC dgoodrich@go2.law,
                    kadele@go2.law;dfitzgerald@go2.law;wgpllp@ecf.courtdrive.com

David M Goodrich
                    on behalf of Defendant Ventura Consulting  LLC dgoodrich@go2.law,
                    kadele@go2.law;dfitzgerald@go2.law;wgpllp@ecf.courtdrive.com

David M Goodrich
                    on behalf of Defendant United Partnerships  Inc. dgoodrich@go2.law,
                    kadele@go2.law;dfitzgerald@go2.law;wgpllp@ecf.courtdrive.com

David M Goodrich
                    on behalf of Interested Party Courtesy NEF dgoodrich@go2.law
                    kadele@go2.law;dfitzgerald@go2.law;wgpllp@ecf.courtdrive.com

David M Goodrich
                    on behalf of Defendant Oxford Knox  LLC dgoodrich@go2.law,
                    kadele@go2.law;dfitzgerald@go2.law;wgpllp@ecf.courtdrive.com

David M Goodrich
                    on behalf of Defendant Lexicon Consulting  Inc. dgoodrich@go2.law,
                    kadele@go2.law;dfitzgerald@go2.law;wgpllp@ecf.courtdrive.com

David S Hagen
                    on behalf of Defendant Veronica Palterovich davidhagenlaw@gmail.com  LawOfficesofDavidSHagenCA1@jubileebk.net

David S Kupetz
                    on behalf of Defendant Marich Bein LLC david.kupetz@troutman.com  mylene.ruiz@troutman.com

David S Kupetz
                    on behalf of Interested Party Courtesy NEF david.kupetz@troutman.com  mylene.ruiz@troutman.com

David S Kupetz
                    on behalf of Interested Party Marich Bein LLC david.kupetz@troutman.com  mylene.ruiz@troutman.com

District/off: 0973-8                          User: admin                          Page 7 of 20
Date Rcvd: Aug 21, 2025                        Form ID: pdf042                      Total Noticed: 1

David S Kupetz
    on behalf of Defendant Marich Bein  LLC david.kupetz@troutman.com, mylene.ruiz@troutman.com

Derrick Talerico
    on behalf of Defendant Caleb Wickman dtalerico@wztslaw.com
    maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
    on behalf of Defendant Mathew Bowyer dtalerico@wztslaw.com
    maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
    on behalf of Defendant WCMD Services  Inc. dtalerico@wztslaw.com,
    maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Donald W Reid
    on behalf of Defendant No Limit Media LLC don@donreidlaw.com  5969661420@filings.docketbird.com

Donald W Reid
    on behalf of Defendant Painite Marketing don@donreidlaw.com  5969661420@filings.docketbird.com

Donald W Reid
    on behalf of Defendant Make it Ring Marketing  LLC don@donreidlaw.com, 5969661420@filings.docketbird.com

Donald W Reid
    on behalf of Defendant Colton King don@donreidlaw.com  5969661420@filings.docketbird.com

Donald W Reid
    on behalf of Defendant King Consulting Group  LLC don@donreidlaw.com, 5969661420@filings.docketbird.com

Eric Bensamochan
    on behalf of Creditor Oxford Knox  LLC eric@eblawfirm.us,
    G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us

Eric Bensamochan
    on behalf of Interested Party Courtesy NEF eric@eblawfirm.us
    G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us

Eric Bensamochan
    on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us
    G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us

Eric Gassman
    on behalf of Creditor Herret Credit erg@gassmanlawgroup.com  gassman.ericb112993@notify.bestcase.com

Eric D Goldberg
    on behalf of Defendant Stripe  Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Ethan J Birnberg
    on behalf of Defendant BMF Advance  LLC birnberg@portersimon.com, bokinskie@portersimon.com

Ethan J Birnberg
    on behalf of Defendant Gavriel Yitzchavok birnberg@portersimon.com  bokinskie@portersimon.com

Ethan J Birnberg
    on behalf of Defendant Diverse Capital LLC birnberg@portersimon.com  bokinskie@portersimon.com

Garrick A Hollander
    on behalf of Creditor MC DVI Fund 1  LLC ghollander@wghlawyers.com,
    jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
    on behalf of Creditor Debt Validation Fund II  LLC ghollander@wghlawyers.com,
    jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
    on behalf of Creditor MC DVI Fund 2  LLC ghollander@wghlawyers.com,
    jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Geoffrey A Heaton
    on behalf of Defendant Mauzy Heating  Cooling, Plumbing & Electrical, LLC gheaton@duanemorris.com,
    kramos@duanemorris.com

Gerrick Warrington
    on behalf of Defendant The Neiman Marcus Group LLC gwarrington@frandzel.com
    achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
    on behalf of Defendant Neiman Marcus Group Ltd LLC gwarrington@frandzel.com
    achase@frandzel.com,autodocket@frandzel.com

Glenn D. Moses
    on behalf of Creditor ADP  Inc gmoses@venable.com,

cascavone@venable.com;ipmalcolm@venable.com;imalcolm@ecf.courtdrive.com;jadelgado@venable.com

Gregory M Salvato

on behalf of Creditor Mari Agape gsalvato@salvatoboufadel.com
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato

on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Howard Steinberg

on behalf of Defendant BankUnited  N.A. steinbergh@gtlaw.com,
pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Howard M Ehrenberg

on behalf of Defendant New Horizon Finance LLC Howard.Ehrenberg@gmlaw.com
hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com

Ira David Kharasch

on behalf of Defendant YNS Funding  LLC ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Interested Party Liberty Acquisitions Group Inc. ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Defendant Bold Cap LLC ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Defendant Consumer Legal Group  PC ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Defendant LGS Holdco  LLC ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Defendant Yitzchok Blum ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Interested Party LGS Holdco  LLC ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Defendant Solomon Feig ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Interested Party Consumer Legal Group  P.C. ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Defendant MCA Fund ADV Inc. ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Defendant Gary Fegel ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Defendant GMF Capital  LLC ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Defendant Aly Management  LLC ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Defendant Genesis Equity Group Funding LLC ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Defendant Binyan 1502 LLC ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Defendant Inlane Inc ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Defendant BSYD Management Corp. ikharasch@pszjlaw.com

Israel Orozco

on behalf of Creditor Israel Orozco israel@iolawcorp.com

J Tanner Watkins

on behalf of Trustee Richard A Marshack (TR) tanner.watkins@dinsmore.com
julie.mason@dinsmore.com;nathan.hall@dinsmore.com;molly.mattingly@dinsmore.com

J Tanner Watkins

on behalf of Plaintiff Richard A Marshack tanner.watkins@dinsmore.com
julie.mason@dinsmore.com;nathan.hall@dinsmore.com;molly.mattingly@dinsmore.com

Jacob Newsum-Bothamley

on behalf of Trustee Richard A Marshack (TR) jacob.bothamley@dinsmore.com  bonnie.connolly@dinsmore.com

Jacob Newsum-Bothamley

on behalf of Plaintiff Richard A. Marshack jacob.bothamley@dinsmore.com  bonnie.connolly@dinsmore.com

Jacob Newsum-Bothamley

on behalf of Plaintiff Richard A Marshack jacob.bothamley@dinsmore.com  bonnie.connolly@dinsmore.com

Jamie D Mottola

on behalf of Plaintiff Richard A Marshack Jamie.Mottola@dinsmore.com
wendy.yones@dinsmore.com;deamira.romo@dinsmore.com

Jamie D Mottola

on behalf of Plaintiff Richard A. Marshack  Chapter 11 Trustee Jamie.Mottola@dinsmore.com,
wendy.yones@dinsmore.com;deamira.romo@dinsmore.com

Jamie P Dreher

on behalf of Defendant EPPS jdreher@downeybrand.com  cdeulloa@DowneyBrand.com;courtfilings@downeybrand.com

Jason Lowe

on behalf of Defendant Gene Rosen's Law Firm jasonflowe@gmail.com

Jason Lowe

on behalf of Defendant Merchant Services USA Inc jasonflowe@gmail.com

Jason Lowe

on behalf of Defendant MBH Group LLC jasonflowe@gmail.com

Jeana Mason

on behalf of Plaintiff Richard A. Marshack jeana.mason@dinsmore.com
ashlynn.harrison@dinsmore.com;stella.laroe@dinsmore.com

Jeffrey A. Meinhardt

on behalf of Creditor Sabia Financial  Inc., an Illinois corporation jmeinhardt@silverandarsht.com

Jeffrey A. Meinhardt

on behalf of Defendant Sabia Financial Inc jmeinhardt@silverandarsht.com

Jeffrey A. Meinhardt

on behalf of Defendant Chad Rothrock jmeinhardt@silverandarsht.com

Jeffrey A. Meinhardt

on behalf of Defendant Frank Dal Bello jmeinhardt@silverandarsht.com

Jeffrey A. Meinhardt

on behalf of Creditor All Service Financial  L.L.C. jmeinhardt@silverandarsht.com

Jeffrey B Smith

on behalf of Defendant Yuriy Drahuntsov jsmith@cgsattys.com  vphillips@cgsattys.com

Jeffrey B Smith

on behalf of Defendant Reliance Assistance Group  Inc. jsmith@cgsattys.com, vphillips@cgsattys.com

Jeffrey I Golden

on behalf of Creditor Anaheim Ducks Hockey Club  LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jeffrey I Golden

on behalf of Creditor Oxford Knox  LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jeffrey I Golden

on behalf of Creditor Anaheim Arena Management  LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jeffrey I Golden

on behalf of Interested Party Courtesy NEF jgolden@go2.law
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jeffrey I Golden

on behalf of Creditor Affirma  LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jeffrey M Singletary

District/off: 0973-8                          User: admin                          Page 10 of 20
Date Rcvd: Aug 21, 2025                    Form ID: pdf042                    Total Noticed: 1

on behalf of Interested Party INTERESTED PARTY jsingletary@swlaw.com  rmckay@swlaw.com

Jeffrey S Shinbrot
    on behalf of Interested Party Brandon Turner jeffrey@shinbrotfirm.com  sandra@shinbrotfirm.com;tanya@shinbrotfirm.com

Jeffrey S Shinbrot
    on behalf of Defendant Brandon Turner jeffrey@shinbrotfirm.com  sandra@shinbrotfirm.com;tanya@shinbrotfirm.com

Jenny L Doling
    on behalf of Interested Party National Consumer Bankruptcy Rights Center jd@jdl.law
    dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling
    on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys jd@jdl.law
    dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling
    on behalf of Interested Party INTERESTED PARTY jd@jdl.law
    dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jeremy Faith
    on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com
    Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Jeremy Faith
    on behalf of Defendant Cobalt Funding Solutions  LLC Jeremy@MarguliesFaithlaw.com,
    Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Jeremy Freedman
    on behalf of Plaintiff Richard A. Marshack jeremy.freedman@nelsonmullins.com  bonnie.connolly@dinsmore.com

Jeremy Freedman
    on behalf of Trustee Richard A Marshack (TR) jeremy.freedman@nelsonmullins.com  bonnie.connolly@dinsmore.com

Jesse S Finlayson
    on behalf of Defendant BCB Bancorp  Inc jfinlayson@ftrlfirm.com, hkader@ftrlfirm.com

John H. Stephens
    on behalf of Trustee Richard A Marshack (TR) john.stephens@dinsmore.com  lizbeth.alonso@dinsmore.com

John H. Stephens
    on behalf of Plaintiff Richard A Marshack john.stephens@dinsmore.com  lizbeth.alonso@dinsmore.com

John H. Stephens
    on behalf of Plaintiff Richard A. Marshack john.stephens@dinsmore.com  lizbeth.alonso@dinsmore.com

Johnny White
    on behalf of Creditor Debt Relief Group  LLC JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White
    on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com  jlee@wrslawyers.com

Jonathan Serrano
    on behalf of Trustee Richard A Marshack (TR) Jonathan@MarguliesFaithLaw.com
    vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Jonathan Serrano
    on behalf of Special Counsel Dinsmore & Shohl LLP Jonathan@MarguliesFaithLaw.com
    vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Jonathan Serrano
    on behalf of Plaintiff Richard A. Marshack Jonathan@MarguliesFaithLaw.com
    vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Joon M Khang
    on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com

Joon M Khang
    on behalf of Attorney Khang & Khang LLP joon@khanglaw.com

Joseph Boufadel
    on behalf of Defendant Slate Advance LLC jboufadel@salvatoboufadel.com
    Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel
    on behalf of Interested Party Slate Advance  LLC jboufadel@salvatoboufadel.com,
    Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel
    on behalf of Interested Party Mynt Advance LLC jboufadel@salvatoboufadel.com
    Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel

District/off: 0973-8           User: admin           Page 11 of 20

Date Rcvd: Aug 21, 2025           Form ID: pdf042           Total Noticed: 1

|  |  |
|---|---|
|  | on behalf of Defendant Mynt Advance LLC jboufadel@salvatoboufadel.com Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Joseph Boufadel |  |
|  | on behalf of Interested Party Courtesy NEF jboufadel@salvatoboufadel.com Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Joseph E Addiego |  |
|  | on behalf of Defendant Heshy Deutsch joeaddiego@dwt.com ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com |
| Joseph E Addiego |  |
|  | on behalf of Defendant Clearfund Solutions LLC joeaddiego@dwt.com ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com |
| Joseph E Addiego |  |
|  | on behalf of Defendant Nachmy Weiss joeaddiego@dwt.com ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com |
| Joshua I. Marrone |  |
|  | on behalf of Trustee Richard A Marshack (TR) joshua.marrone@dinsmore.com |
| Joshua I. Marrone |  |
|  | on behalf of Plaintiff Richard A. Marshack joshua.marrone@dinsmore.com |
| Joshua L Scheer |  |
|  | on behalf of Interested Party Scheer Law Group  LLP, interested party jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com |
| Julian Parker Pecora |  |
|  | on behalf of Plaintiff Richard A Marshack julian.pecora@dinsmore.com  Tracey.Hebert@Dinsmore.com |
| Karen Hockstad |  |
|  | on behalf of Plaintiff Richard A Marshack karen.hockstad@dinsmore.com  kim.beavin@dinsmore.com |
| Karen Hockstad |  |
|  | on behalf of Trustee Richard A Marshack (TR) karen.hockstad@dinsmore.com  kim.beavin@dinsmore.com |
| Kathleen P March |  |
|  | on behalf of Interested Party The Bankruptcy Law Firm  P.C. kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March |  |
|  | on behalf of Creditor Phuong (Jayde) Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March |  |
|  | on behalf of Defendant Greyson Law Center PC kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March |  |
|  | on behalf of Defendant Han Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March |  |
|  | on behalf of Trustee Richard A Marshack (TR) kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March |  |
|  | on behalf of Creditor Han Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March |  |
|  | on behalf of Defendant Jayde Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Kathleen P March |  |
|  | on behalf of Creditor Greyson Law Center PC kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net |
| Keith C Owens |  |
|  | on behalf of Creditor Committee Committee of Unsecured Creditors kowens@foxrothschild.com  khoang@foxrothschild.com |
| Keith C Owens |  |
|  | on behalf of Plaintiff Richard A. Marshack kowens@foxrothschild.com  khoang@foxrothschild.com |
| Keith C Owens |  |
|  | on behalf of Intervenor OFFICIAL COMMITTEE OF UNSECURED CREDITORS kowens@foxrothschild.com khoang@foxrothschild.com |
| Keith C Owens |  |
|  | on behalf of Creditor Committee Post-Confirmation Oversight Committee kowens@foxrothschild.com khoang@foxrothschild.com |
| Kelli Ann Lee |  |
|  | on behalf of Trustee Richard A Marshack (TR) Kelli.lee@dinsmore.com  kristy.allen@dinsmore.com |
| Kelli Ann Lee |  |
|  | on behalf of Plaintiff Richard A. Marshack Kelli.lee@dinsmore.com  kristy.allen@dinsmore.com |
| Kenneth Misken |  |

on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

Kevin Alan Rogers

on behalf of Creditor Wells Marble and Hurst  PLLC krogers@wellsmar.com

Kevin M Capuzzi

on behalf of Defendant The Neiman Marcus Group LLC kcapuzzi@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M Capuzzi

on behalf of Defendant Neiman Marcus Group Ltd LLC kcapuzzi@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kristin T Mihelic

on behalf of U.S. Trustee United States Trustee (SA) kristin.t.mihelic@usdoj.gov

Kyra E Andrassy

on behalf of Defendant Arsha Corp. kandrassy@raineslaw.com  bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy

on behalf of Defendant Arash Asante Bayrooti kandrassy@raineslaw.com  bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy

on behalf of Interested Party Courtesy NEF kandrassy@raineslaw.com  bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy

on behalf of Defendant ABR Enterprises  LLC kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com

Laila Rais

on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais

on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais

on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais

on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Larry Rothman

on behalf of Interested Party Steven D. Silverstein tocollect@aol.com

Leslie A Cohen

on behalf of Defendant Rosa Bianca Loli leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com

Leslie A Cohen

on behalf of Defendant Rose Bianca Loli leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com

Leslie A Cohen

on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com

Leslie A Cohen

on behalf of Defendant Master Consultants of America Inc. leslie@lesliecohenlaw.com
jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com

Leslie K Kaufman

on behalf of Defendant Brandon Vargas kaufman_kaufman.bankruptcy@yahoo.com  kaufmanlr98210@notify.bestcase.com

Lexi J. Epley

on behalf of Plaintiff Richard A. Marshack lexi.epley@dinsmore.com  angelica.urena@dinsmore.com

Lisa Patel

on behalf of Defendant OptimumBank Holdings  Inc. lpatel@lesnickprince.com,
jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com

Manon Burns

on behalf of Creditor Credit Reporting Services  Inc. mburns@awglaw.com

Marc C Forsythe

on behalf of Defendant Clear Vision Financial LLC mforsythe@goeforlaw.com
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

Marc C Forsythe

on behalf of Creditor Point Break Holdings LLC mforsythe@goeforlaw.com
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

District/off: 0973-8                                    User: admin                                    Page 13 of 20
Date Rcvd: Aug 21, 2025                              Form ID: pdf042                              Total Noticed: 1

Marc C Forsythe
    on behalf of Defendant Richard Nodelman mforsythe@goeforlaw.com
    mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.c
    om

Marc C Forsythe
    on behalf of Defendant Integrity Docs  LLC mforsythe@goeforlaw.com,
    mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.c
    om

Marc C Forsythe
    on behalf of Defendant Point Break Holdings LLC mforsythe@goeforlaw.com
    mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.c
    om

Marc C Forsythe
    on behalf of Defendant Perfect Financial  LLC mforsythe@goeforlaw.com,
    mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.c
    om

Mary H Haas
    on behalf of Defendant Heshy Deutsch maryhaas@dwt.com
    melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
    on behalf of Defendant Israel Reches maryhaas@dwt.com
    melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
    on behalf of Defendant A Chance Funding LLC maryhaas@dwt.com
    melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
    on behalf of Defendant Nachman Weisz maryhaas@dwt.com
    melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
    on behalf of Defendant Clearfund Solutions LLC maryhaas@dwt.com
    melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
    on behalf of Defendant Hershey Deustch maryhaas@dwt.com
    melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
    on behalf of Defendant Nachmy Weiss maryhaas@dwt.com
    melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Matthew Sommer
    on behalf of Plaintiff Richard A Marshack matthew.sommer@dinsmore.com  carrie.davis@dinsmore.com

Matthew Sommer
    on behalf of Trustee Richard A Marshack (TR) matthew.sommer@dinsmore.com  carrie.davis@dinsmore.com

Matthew A Lesnick
    on behalf of Defendant OptimumBank Holdings  Inc. matt@lesnickprince.com,
    matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew J Stockl
    on behalf of Plaintiff Richard A Marshack mstockl@otterbourg.com  katrice.ortiz@dinsmore.com

Matthew J Stockl
    on behalf of Plaintiff Richard A. Marshack mstockl@otterbourg.com  katrice.ortiz@dinsmore.com

Matthew J Stockl
    on behalf of Trustee Richard A Marshack (TR) mstockl@otterbourg.com  katrice.ortiz@dinsmore.com

Matthew J Stockl
    on behalf of Plaintiff Richard A. Marshack mstockl@otterbourg.com  katrice.ortiz@dinsmore.com

Matthew S Steinberg
    on behalf of Defendant Debt Resolution Direct  LLC msteinberg@cozen.com,
    arincon@cozen.com;BPosivak@cozen.com;matthew-steinberg-5925@ecf.pacerpro.com

Matthew S Steinberg
    on behalf of Trustee Richard A Marshack (TR) msteinberg@cozen.com
    arincon@cozen.com;BPosivak@cozen.com;matthew-steinberg-5925@ecf.pacerpro.com

Matthew S Steinberg
    on behalf of Interested Party Debt Resolution Direct  LLC msteinberg@cozen.com,
    arincon@cozen.com;BPosivak@cozen.com;matthew-steinberg-5925@ecf.pacerpro.com

Maureen J Shanahan

District/off: 0973-8                          User: admin                          Page 14 of 20
Date Rcvd: Aug 21, 2025                       Form ID: pdf042                       Total Noticed: 1

on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Mstotaro@aol.com

Meredith Fahn

on behalf of Creditor Meredith Fahn fahn@sbcglobal.net

Meredith King

on behalf of Interested Party Courtesy NEF mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Meredith King

on behalf of Defendant Gallant Law Group mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Michael B Reynolds

on behalf of Defendant Justin Conlon mreynolds@swlaw.com  kcollins@swlaw.com

Michael B Reynolds

on behalf of Defendant Sidereal Entertainment Group  LLC mreynolds@swlaw.com, kcollins@swlaw.com

Michael B Reynolds

on behalf of Defendant Joshua Brown mreynolds@swlaw.com  kcollins@swlaw.com

Michael B Reynolds

on behalf of Defendant SMR Business Services  LLC mreynolds@swlaw.com, kcollins@swlaw.com

Michael D Lieberman

on behalf of Creditor Phillip A. Greenblatt  PLLC mike@liebermandebtrelief.com

Michael F Chekian

on behalf of Creditor Elizabeth A. Shore mike@cheklaw.com  chekianmr84018@notify.bestcase.com

Michael G Spector

on behalf of Defendant Marketing Systems and Strategies LLC mgspector@aol.com  mgslawoffice@aol.com

Michael G Spector

on behalf of Defendant Sormeh Attarzadeh mgspector@aol.com  mgslawoffice@aol.com

Michael G Spector

on behalf of Defendant Anthony Derosa mgspector@aol.com  mgslawoffice@aol.com

Michael G Spector

on behalf of Defendant Achme  Inc. mgspector@aol.com, mgslawoffice@aol.com

Michael G Spector

on behalf of Defendant MBT Group  Inc. mgspector@aol.com, mgslawoffice@aol.com

Michael G Spector

on behalf of Defendant Ace Tech Ops mgspector@aol.com  mgslawoffice@aol.com

Michael Jay Berger

on behalf of Defendant Leucadia Enterprises  Inc michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael R Pinkston

on behalf of Creditor Wells Marble and Hurst  PLLC rpinkston@seyfarth.com,
jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com

Michael R Totaro

on behalf of Interested Party Randall Baldwin Clark Ocbkatty@aol.com

Michael R Totaro

on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Ocbkatty@aol.com

Michael W Davis

on behalf of Defendant Morning Law Group  P.C. mdavis@dtolaw.com, ygodson@dtolaw.com

Mitchell B Ludwig

on behalf of Creditor Fundura Capital Group mbl@kpclegal.com  kad@kpclegal.com

Nicholas A Koffroth

on behalf of Trustee Richard A Marshack (TR) nkoffroth@foxrothschild.com
khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth

on behalf of Other Professional Post-Confirmation Oversight Committee  as Successor in Interest to the Official Committee of
Unsecured Creditors nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth

on behalf of Plaintiff Richard A. Marshack nkoffroth@foxrothschild.com  khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth

on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com
khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth

District/off: 0973-8                          User: admin                          Page 15 of 20
Date Rcvd: Aug 21, 2025                      Form ID: pdf042                        Total Noticed: 1

on behalf of Creditor Committee Post-Confirmation Oversight Committee nkoffroth@foxrothschild.com
khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas S Couchot
on behalf of Defendant Justin Conlon ncouchot@swlaw.com

Nicholas S Couchot
on behalf of Defendant Sidereal Entertainment Group LLC ncouchot@swlaw.com

Noah K McCall
on behalf of Defendant Luke Enkosky nmccall@rschauerlaw.com NAnderson@RSchauerLaw.com

Olivia Scott
on behalf of Creditor Hi Bar Capital LLC olivia.scott@hklaw.com

Olivia Scott
on behalf of Creditor Azzure Capital LLC olivia.scott@hklaw.com

Paul R Shankman
on behalf of Creditor United Partnerships LLC PShankman@fortislaw.com, info@fortislaw.com

Paul R Shankman
on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com info@fortislaw.com

Peter L Isola
on behalf of Interested Party Merchants Credit Corporation pisola@hinshawlaw.com
rmojica@hinshawlaw.com,iking@hinshawlaw.com

Peter W Bowie
on behalf of Trustee Richard A Marshack (TR) peter.bowie@dinsmore.com caron.burke@dinsmore.com

Randall Baldwin Clark
on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com

Randall P Mroczynski
on behalf of Defendant Mercedes-Benz Financial Services USA LLC randym@cookseylaw.com

Randall P Mroczynski
on behalf of Defendant Mercedes-Benz USA LLC randym@cookseylaw.com

Razmig Izakelian
on behalf of Creditor OHP-CDR LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
on behalf of Counter-Defendant PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian
on behalf of Counter-Defendant OHP-CDR LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
on behalf of Plaintiff OHP-CDR LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
on behalf of Plaintiff PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com

Reid A Winthrop
on behalf of Defendant Fidelity Pandemic Relief Services Inc. reid@winthroplawgroup.com

Reid A Winthrop
on behalf of Defendant Jess Walker reid@winthroplawgroup.com

Reid A Winthrop
on behalf of Defendant Master Builders of America Inc. reid@winthroplawgroup.com

Reilly D Wilkinson
on behalf of Defendant Gabe McCarthy rwilkinson@scheerlawgroup.com rwilkinson@ecf.courtdrive.com

Reilly D Wilkinson
on behalf of Defendant Oha Management LLC rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com

Reina Zepeda
on behalf of Other Professional Omni Agent Solutions rzepeda@omniagnt.com

Richard A Marshack (TR)
pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com

Richard D. Porotsky
on behalf of Plaintiff Richard A. Marshack maria.rother@dinsmore.com

Richard D. Porotsky
on behalf of Plaintiff Richard A Marshack maria.rother@dinsmore.com

Richard H Golubow

District/off: 0973-8                                    User: admin                                    Page 16 of 20
Date Rcvd: Aug 21, 2025                             Form ID: pdf042                             Total Noticed: 1

|  |  |
|---|---|
|  | on behalf of Creditor MC DVI Fund 1  LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard H Golubow | |
|  | on behalf of Creditor Debt Validation Fund II  LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard H Golubow | |
|  | on behalf of Defendant Debt Validation Fund II  LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard H Golubow | |
|  | on behalf of Defendant MC DVI Fund 2  LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard H Golubow | |
|  | on behalf of Creditor MC DVI Fund 2  LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard H Golubow | |
|  | on behalf of Defendant MC DVI Fund 1  LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Richard L. Hyde | |
|  | on behalf of Interested Party Courtesy NEF rhyde@awglaw.com |
| Richik Sarkar | |
|  | on behalf of Plaintiff Richard A. Marshack richik.sarkar@dinsmore.com  Noreen.Leciejewski@dinsmore.com |
| Robert P Goe | |
|  | on behalf of Defendant Darlene Collins rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | |
|  | on behalf of Defendant Jimmy Chhor rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | |
|  | on behalf of Defendant Matt Collins rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | |
|  | on behalf of Defendant John Sykes rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Ronald K Brown | |
|  | on behalf of Creditor SDCO Tustin Executive Center  Inc. ron@rkbrownlaw.com |
| Ronald N Richards | |
|  | on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com  7206828420@filings.docketbird.com |
| Samuel Mushegh Boyamian | |
|  | on behalf of Interested Party Courtesy NEF samuel@marguliesfaithlaw.com Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com |
| Sara Johnston | |
|  | on behalf of Trustee Richard A Marshack (TR) sara.johnston@dinsmore.com spencer.gray@dinsmore.com;wendy.yones@dinsmore.com |
| Sara Johnston | |
|  | on behalf of Plaintiff Richard A. Marshack sara.johnston@dinsmore.com spencer.gray@dinsmore.com;wendy.yones@dinsmore.com |
| Sara Johnston | |
|  | on behalf of Plaintiff Richard A Marshack sara.johnston@dinsmore.com spencer.gray@dinsmore.com;wendy.yones@dinsmore.com |
| Sarah S. Mattingly | |
|  | on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com |
| Sarah S. Mattingly | |
|  | on behalf of Plaintiff Richard A. Marshack  Chapter 11 Trustee sarah.mattingly@dinsmore.com |
| Sarah S. Mattingly | |
|  | on behalf of Plaintiff Richard A Marshack  trustee of the LPG Liquidation Trust sarah.mattingly@dinsmore.com |
| Sarah S. Mattingly | |
|  | on behalf of Trustee Richard A Marshack (TR) sarah.mattingly@dinsmore.com |
| Sarah S. Mattingly | |
|  | on behalf of Plaintiff Richard A Marshack sarah.mattingly@dinsmore.com |
| Sarah S. Mattingly | |

District/off: 0973-8                          User: admin                              Page 17 of 20
Date Rcvd: Aug 21, 2025                       Form ID: pdf042                          Total Noticed: 1

on behalf of Defendant Debt Resolution Direct  LLC sarah.mattingly@dinsmore.com

Sarah S. Mattingly

on behalf of Defendant Clearcube LLC sarah.mattingly@dinsmore.com

Sarah S. Mattingly

on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com

Scott W Wellman

on behalf of Defendant Pacific Rose Consulting Group swellman@w-wlaw.com  jklein@w-wlaw.com

Scott W Wellman

on behalf of Defendant Dana Cederberg swellman@w-wlaw.com  jklein@w-wlaw.com

Scott W Wellman

on behalf of Defendant Summer Cederberg swellman@w-wlaw.com  jklein@w-wlaw.com

Sharon Z. Weiss

on behalf of Defendant Azzure Capital LLC sharon.weiss@bclplaw.com
raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss

on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com
raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss

on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com
raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Shawn M Christianson

on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com  schristianson@buchalter.com

Spencer Keith Gray

on behalf of Plaintiff Richard A Marshack spencer.gray@dinsmore.com
wendy.yones@dinsmore.com;sara.johnston@dinsmore.com

Spencer Keith Gray

on behalf of Trustee Richard A Marshack (TR) spencer.gray@dinsmore.com
wendy.yones@dinsmore.com;sara.johnston@dinsmore.com

Stella A Havkin

on behalf of Defendant Bridge Funding Cap  LLC stella@havkinandshrago.com, shavkinesq@gmail.com

Suzanne Marino

on behalf of Plaintiff Richard A. Marshack suzanne.marino@dinsmore.com

Sweeney Kelly

on behalf of Defendant Fidelity National Information Services  Inc. kelly@ksgklaw.com

Sweeney Kelly

on behalf of Defendant Worldpay Group kelly@ksgklaw.com

Sweeney Kelly

on behalf of Defendant Fidelity National Information Services  Inc. dba FIS kelly@ksgklaw.com

Sweeney Kelly

on behalf of Defendant Worldpay  LLC kelly@ksgklaw.com

Thomas H Casey

on behalf of Interested Party Thomas H. Casey kdriggers@tomcaseylaw.com  msilva@tomcaseylaw.com

Todd C. Ringstad

on behalf of Interested Party Morning Law Group  P.C. becky@ringstadlaw.com, arlene@ringstadlaw.com

Tony May

on behalf of Defendant Matthew Lovelady tmay@maybrocklaw.com

Tyler Powell

on behalf of Counter-Claimant Richard A Marshack (TR) tyler.powell@dinsmore.com
lydia.tharp@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell

on behalf of Plaintiff Richard A. Marshack tyler.powell@dinsmore.com  lydia.tharp@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell

on behalf of Counter-Claimant Richard A. Marshack tyler.powell@dinsmore.com
lydia.tharp@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell

on behalf of Defendant Richard A. Marshack tyler.powell@dinsmore.com
lydia.tharp@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell

on behalf of Plaintiff Richard A Marshack tyler.powell@dinsmore.com  lydia.tharp@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell

on behalf of Counter-Defendant Richard A Marshack (TR) tyler.powell@dinsmore.com
lydia.tharp@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell

on behalf of Trustee Richard A Marshack (TR) tyler.powell@dinsmore.com
lydia.tharp@dinsmore.com;wendy.yones@dinsmore.com

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

Vanessa Rodriguez

on behalf of Plaintiff Richard A Marshack vanessa.rodriguez@dinsmore.com
sara.johnston@dinsmore.com;wendy.yones@dinsmore.com

Vanessa Rodriguez

on behalf of Plaintiff Richard A. Marshack vanessa.rodriguez@dinsmore.com
sara.johnston@dinsmore.com;wendy.yones@dinsmore.com

Vanessa Rodriguez

on behalf of Trustee Richard A Marshack (TR) vanessa.rodriguez@dinsmore.com
sara.johnston@dinsmore.com;wendy.yones@dinsmore.com

Veneeta Jaswal

on behalf of Plaintiff Richard A Marshack veneeta.jaswal@dinsmore.com
kathy.gumm@dinsmore.com;wendy.yones@dinsmore.com

Veneeta Jaswal

on behalf of Plaintiff Richard A. Marshack veneeta.jaswal@dinsmore.com
kathy.gumm@dinsmore.com;wendy.yones@dinsmore.com

Veneeta Jaswal

on behalf of Plaintiff Richard A. Marshack veneeta.jaswal@dinsmore.com
kathy.gumm@dinsmore.com;wendy.yones@dinsmore.com

Veneeta Jaswal

on behalf of Trustee Richard A Marshack (TR) veneeta.jaswal@dinsmore.com
kathy.gumm@dinsmore.com;wendy.yones@dinsmore.com

Victoria Newmark

on behalf of Defendant Inlane Inc vnewmark@pszjlaw.com
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark

on behalf of Defendant Gary Fegel vnewmark@pszjlaw.com
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark

on behalf of Defendant Consumer Legal Group  PC vnewmark@pszjlaw.com,
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark

on behalf of Defendant Yitzchok Blum vnewmark@pszjlaw.com
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark

on behalf of Defendant Aly Management  LLC vnewmark@pszjlaw.com,
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark

on behalf of Defendant YNS Funding  LLC vnewmark@pszjlaw.com,
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark

on behalf of Defendant MCA Fund ADV Inc. vnewmark@pszjlaw.com
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark

on behalf of Interested Party LGS Holdco  LLC vnewmark@pszjlaw.com,
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark

on behalf of Interested Party Consumer Legal Group  P.C. vnewmark@pszjlaw.com,
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark

on behalf of Defendant GMF Capital  LLC vnewmark@pszjlaw.com,
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark

on behalf of Defendant LGS Holdco  LLC vnewmark@pszjlaw.com,

hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
                on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com
                hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
                on behalf of Defendant Solomon Feig vnewmark@pszjlaw.com
                hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
                on behalf of Defendant Genesis Equity Group Funding LLC vnewmark@pszjlaw.com
                hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
                on behalf of Interested Party Liberty Acquisitions Group Inc. vnewmark@pszjlaw.com
                hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Vincent Renda
                on behalf of Defendant Eric Petersen vr@pinlegal.com  ld@pinlegal.com

Vincent Renda
                on behalf of Creditor Unified Global Research Group  Inc vr@pinlegal.com, ld@pinlegal.com

Vincent Renda
                on behalf of Defendant Todd DiRoberto vr@pinlegal.com  ld@pinlegal.com

William McCormick
                on behalf of Creditor TN Dept of Revenue Bill.McCormick@ag.tn.gov

William J Wall
                on behalf of Defendant Joshua Michael Bois wwall@wall-law.com

William J Wall
                on behalf of Witness Bradford Lee wwall@wall-law.com

William J Wall
                on behalf of Defendant 2030 Ventures  Inc wwall@wall-law.com

William P. Fennell
                on behalf of Creditor Validation Partners LLC william.fennell@fennelllaw.com
                wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;offi
                ce@fennelllaw.com;Brendan.Bargmann@fennelllaw.com;Fennell.WilliamP.B143386@notify.bestcase.com

Yisrael Gelb
                on behalf of Defendant Bridge Funding Cap  LLC yisrael@gelblawapc.com

Yosina M Lissebeck
                on behalf of Plaintiff Richard A Marshack Yosina.Lissebeck@Dinsmore.com
                caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
                on behalf of Plaintiff Richard A Marshack  trustee of the LPG Liquidation Trust Yosina.Lissebeck@Dinsmore.com,
                caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
                on behalf of Defendant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com
                caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
                on behalf of U.S. Trustee United States Trustee (SA) Yosina.Lissebeck@Dinsmore.com
                caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
                on behalf of Trustee Richard A Marshack (TR) Yosina.Lissebeck@Dinsmore.com
                caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
                on behalf of Counter-Claimant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com
                caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
                on behalf of Special Counsel Dinsmore & Shohl LLP Yosina.Lissebeck@Dinsmore.com
                caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
                on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com
                caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Zev Shechtman
                on behalf of Interested Party Morning Law Group  P.C. Zev.Shechtman@saul.com,
                zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
                    on behalf of Interested Party Danning Gill Israel & Krasnoff LLP Zev.Shechtman@saul.com
                    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com


TOTAL: 443

D. EDWARD HAYS, #162507
ehays@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

General Counsel for Richard A. Marshack,
Liquidating Trustee of the LPG Liquidation Trust

**FILED & ENTERED**

**AUG 21 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

In re

THE LITIGATION PRACTICE GROUP P.C.,

Debtor.

Case No. 8:23-bk-10571-SC

Chapter 11

ORDER GRANTING TRUSTEE'S
MOTION OBJECTING TO ALLEGED
PRIORITY TAX CLAIM NO. 101054-1
FILED BY SAMUEL T. JONES

| Claimant | Claim No. |
|---|---|
| Samuel T. Jones | 101054-1 |

Hearing
Date:  July 30, 2025
Time:  1:30 p.m.
Ctrm: 5C - ViaZoom
Place: 411 West Fourth Street
Santa Ana, CA  92701

    The Court has read and considered the Motion Objecting to Alleged Priority Tax Claim No. 101054-1 Filed by Samuel T. Jones ("Motion") of Richard A. Marshack, in his capacity as Liquidating Trustee of the LPG Liquidation Trust ("Trustee"), filed on May 30, 2025, as Dk. No. 2434. Prior to the hearing on the Motion scheduled for July 16, 2025, at 1:30 p.m., the Court published a tentative ruling to grant the Motion and excuse appearances.

    For the reasons set forth in the Motion, the Court has found good cause to grant the Motion.

/ / /

1

IT IS ORDERED:

1.     The Motion is granted in its entirety.

2.     Claim No. 101054-1, filed by Samuel T. Jones in the amount of $10,250.00, is disallowed as an 11 U.S.C. § 507(a)(8) priority claim and is reclassified as a general unsecured claim.

3.     The Trustee reserves all rights with respect to the claim herein, and nothing in this Order shall be considered a waiver of rights or defenses, election of remedies, or any other concession, and such claim remains subject to any objection as to the amounts or merits.

### # # #

4937-2314-6843, v. 1

Date: August 21, 2025

Scott C. Clarkson
United States Bankruptcy Judge

2