Yosina M. Lissebeck (State Bar No. 201654)
Christopher Celentino (State Bar No. 131688)
Christopher B. Ghio (State Bar No. 259094)
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone:  619.400.0500
Facsimile:  619.400.0501
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com
christopher.ghio@dinsmore.com

Attorneys for Richard A. Marshack,
Liquidating Trustee of the LPG Liquidation Trust

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| THE LITIGATION PRACTICE GROUP P.C. | Case No.:  23-bk-10571-SC |
| Debtor, | **NOTICE OF HEARING ON SECOND MOTION FOR AN ORDER EXTENDING THE ESTATE'S TIME TO FILE ACTIONS GOVERNED BY 11 U.S.C. §§108, 546(a), AND 549(d)** |
| | [Date:          September 17, 2025<br>Time:           1:30  p.m.<br>Location:     Courtroom 5C[1]<br>                    411 West Fourth Street<br>                    Santa Ana, CA 92701 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that, on September 17, 2025 at 1:30 p.m. a hearing will be held before the Honorable Scott C. Clarkson  in his Courtroom 5C located at 411 W. Fourth Street, Santa

---

[1] Video and audio connection information for each hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC.

Ana, CA  92701, for the Court to consider the SECOND MOTION FOR AN ORDER EXTENDING THE ESTATE'S TIME TO FILE ACTIONS GOVERNED BY 11 U.S.C. §§ 108, 546(a), AND 549(d); MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF RICHARD A. MARSHACK IN SUPPORT (the "Motion") filed by Richard A. Marshack, in his capacity as the former Chapter 11 Trustee ("Trustee") for the Bankruptcy Estate ("Estate") of the Litigation Practice Group P.C. ("Debtor") and current Liquidating Trustee of the LPG Liquidation Trust in the above-captioned bankruptcy case (the "Case").[2]

**PLEASE TAKE FURTHER NOTICE** that as set forth more fully in the Motion, the Trustee has filed this Motion for an order extending the Estate's time to file actions governed by 11 U.S.C. §§ 108, 546(a)(1), and 549(d) for a period of approximately 120 more days, moving the statute which currently is set for September 19, 2025  to January 16, 2026.

In this case, the deadline to file prepetition actions under 11 U.S.C. § 108, to avoid prepetition transfers under 11 U.S.C. § 546(a), and to avoid post-petition actions under 11 U.S.C. § 549(d) (collectively, "Litigation Deadlines") will expire on September 19, 2025.

Trustee has not been idle in this matter. The Trustee's motion and the declaration of Richard Marshack, filed concurrently herewith, explains how the Trustee has diligently investigated and untangled the complex affairs of Debtor, its principals, associates, and affiliated businesses. As a result, Trustee has initiated and prosecuted hundreds of adversary proceedings and has already recovered millions of dollars for the benefit of Debtor's numerous creditors, many of whom are the previous consumer clients of Debtor. Despite significant challenges, including: concealment, and in some cases, destruction of relevant evidence; reticent percipient witnesses; and other litigation-related obstacles, Trustee's ongoing investigation has been prolific.  It has, and will continue to reveal additional defendants, and maybe more important, more transfers of Debtor's money to existing defendants. It is for this reason that Trustee is requesting an extension of approximately 120 days to January 16, 2026 to file additional complaints.  The complete scope and terms of the relief are detailed

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

1    in the Motion, a copy of which can be obtained by contacting Yosina Lissebeck or Christopher Ghio

2    whose contact information is listed in the top left-hand corner of this Notice.

3        **PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 9013-1(f), any response or

4    opposition to the Motion must be (i) in writing and include a complete written statement of all reasons

5    in opposition thereto or in support or joinder thereof, declarations and copies of all photographs

6    and documentary evidence on which the responding party intends to rely and any responding

7    memorandum of points and authorities, and (ii) filed with the Court and served on the Trustee, counsel

8    for the Trustee, the Debtor, and the United States Trustee no later than 14 days  prior to the hearing

9    on this Motion.

10        **PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 9013-1(h the failure to file and

11    serve a timely response to the Motion may be deemed by the Court to be consent to the  granting of

12    the relief requested in the Motion.

13    Dated:  August 25, 2025                              DINSMORE & SHOHL LLP

14

15                                          By:  */s/ Yosina M. Lissebeck*
                                               Attorneys for Richard A. Marshack,
16                                             Liquidating Trustee of the LPG
                                               Liquidation Trust
17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:      655 W. Broadway, Suite 800, San Diego, California  92101

A true and correct copy of the foregoing document: **NOTICE OF HEARING ON SECOND MOTION FOR AN ORDER EXTENDING THE ESTATE'S TIME TO FILE ACTIONS GOVERNED BY 11 U.S.C. §§108, 546(a), AND 549(d)**

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 25, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒      Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On August 25, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COURTESY COPY**
Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California, Santa Ana Division
411 W. Fourth St., Ste 5130/Ctrm 5C
Santa Ana, CA 92701-4593

☐      Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 25, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐      Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| August 25, 2025 | Caron Burke | /s/ Caron Burke |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August  2010*                                                                    **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Joseph E Addiego on behalf of Defendant Clearfund Solutions LLC
joeaddiego@dwt.com, ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com

Joseph E Addiego on behalf of Defendant Heshy Deutsch
joeaddiego@dwt.com, ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com

Joseph E Addiego on behalf of Defendant Nachmy Weiss
joeaddiego@dwt.com, ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com

Kyra E Andrassy on behalf of Defendant ABR Enterprises, LLC
kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy on behalf of Defendant Arsha Corp.
kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy on behalf of Defendant Arash Asante Bayrooti
kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy on behalf of Defendant Arash Asante Bayrooti
kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy on behalf of Interested Party Courtesy NEF
kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com

Keith Barnett on behalf of Defendant Payliance, LLC
keith.barnett@troutman.com, kelley.wade@troutman.com

Bradford Barnhardt on behalf of Interested Party Courtesy NEF
bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt on behalf of Plaintiff Richard A Marshack
bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt on behalf of Plaintiff Richard A. Marshack
bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt on behalf of Trustee Richard A Marshack (TR)
bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Eric Bensamochan on behalf of Creditor Oxford Knox, LLC
eric@eblawfirm.us, G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us

Eric Bensamochan on behalf of Interested Party Courtesy NEF
eric@eblawfirm.us, G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us

Eric Bensamochan on behalf of Interested Party Eric Bensamochan
eric@eblawfirm.us, G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us

Michael Jay Berger on behalf of Defendant Leucadia Enterprises, Inc
michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Ethan J Birnberg on behalf of Defendant BMF Advance, LLC

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                          **F 9013-3.1.PROOF.SERVICE**

birnberg@portersimon.com, bokinskie@portersimon.com

Ethan J Birnberg on behalf of Defendant Diverse Capital LLC
birnberg@portersimon.com, bokinskie@portersimon.com

Ethan J Birnberg on behalf of Defendant Gavriel Yitzchavok
birnberg@portersimon.com, bokinskie@portersimon.com

Anthony Bisconti on behalf of Plaintiff Richard A. Marshack
tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Andre Boniadi on behalf of Defendant Joco Enterprises LLC
aboniadi@bzlegal.com

Andre Boniadi on behalf of Defendant John Sandoval
aboniadi@bzlegal.com

Joseph Boufadel on behalf of Defendant Mynt Advance LLC
jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel on behalf of Defendant Slate Advance LLC
jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel on behalf of Interested Party Courtesy NEF
jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel on behalf of Interested Party Mynt Advance LLC
jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel on behalf of Interested Party Slate Advance, LLC
jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Peter W Bowie on behalf of Trustee Richard A Marshack (TR)
peter.bowie@dinsmore.com, caron.burke@dinsmore.com

Samuel Mushegh Boyamian on behalf of Interested Party Courtesy NEF
samuel@marguliesfaithlaw.com,
Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Brian Boyd on behalf of Plaintiff Richard A Marshack
brian.boyd@dinsmore.com, tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Brian Boyd on behalf of Plaintiff Richard A. Marshack
brian.boyd@dinsmore.com, tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Brian Boyd on behalf of Trustee Richard A Marshack (TR)
brian.boyd@dinsmore.com, tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Brian Boyd on behalf of U.S. Trustee United States Trustee (SA)
brian.boyd@dinsmore.com, tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Ronald K Brown on behalf of Creditor SDCO Tustin Executive Center, Inc.
ron@rkbrownlaw.com

Manon Burns on behalf of Creditor Credit Reporting Services, Inc.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                              F 9013-1.PROOF.SERVICE

mburns@awglaw.com

Kevin M Capuzzi on behalf of Defendant Neiman Marcus Group Ltd LLC
kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M Capuzzi on behalf of Defendant The Neiman Marcus Group LLC
kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Thomas H Casey on behalf of Interested Party Thomas H. Casey
kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com

Christopher Celentino on behalf of Plaintiff Richard A Marshack
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Plaintiff Richard A. Marshack
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Special Counsel Dinsmore & Shohl LLP
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Trustee Richard A Marshack (TR)
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Michael F Chekian on behalf of Creditor Elizabeth A. Shore
mike@cheklaw.com, chekianmr84018@notify.bestcase.com

Shawn M Christianson on behalf of Interested Party Courtesy NEF
cmcintire@buchalter.com, schristianson@buchalter.com

Randall Baldwin Clark on behalf of Interested Party Randall Baldwin Clark
rbc@randallbclark.com

Bryan Cockroft on behalf of Plaintiff Richard A Marshack
bryan.cockroft@dinsmore.com

Baruch C Cohen on behalf of Defendant Ace Funding Source, LLC
bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com

Baruch C Cohen on behalf of Defendant Berkovitch & Bouskila, PLLC
bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com

Baruch C Cohen on behalf of Defendant Derrick Landry
bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com

Leslie A Cohen on behalf of Defendant Master Consultants of America Inc.
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com

Leslie A Cohen on behalf of Defendant Rosa Bianca Loli
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com

Leslie A Cohen on behalf of Defendant Rose Bianca Loli
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com

Leslie A Cohen on behalf of Interested Party Courtesy NEF
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                    F 9013-.1.PROOF.SERVICE

Nicholas S Couchot on behalf of Defendant Sidereal Entertainment Group, LLC
ncouchot@swlaw.com

Nicholas S Couchot on behalf of Defendant Justin Conlon
ncouchot@swlaw.com

Charles W Daff on behalf of Defendant Tong Gan
charleswdaff@gmail.com, r53975@notify.bestcase.com

Cara Daggitt on behalf of Plaintiff Richard A Marshack
cara.daggitt@dinsmore.com, Keegan.Giblin@Dinsmore.com

Cara Daggitt on behalf of Plaintiff Richard A. Marshack
cara.daggitt@dinsmore.com, Keegan.Giblin@Dinsmore.com

Cara Daggitt on behalf of Trustee Richard A Marshack (TR)
cara.daggitt@dinsmore.com, Keegan.Giblin@Dinsmore.com

Michael W Davis on behalf of Defendant Morning Law Group, P.C.
mdavis@dtolaw.com, ygodson@dtolaw.com

Aaron E. De Leest on behalf of Creditor Han Trinh
adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Aaron E. De Leest on behalf of Creditor Phuong (Jayde) Trinh
adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Aaron E. De Leest on behalf of Plaintiff Richard A Marshack
adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Aaron E. De Leest on behalf of Plaintiff Richard A. Marshack
adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Aaron E. De Leest on behalf of Trustee Richard A Marshack (TR)
adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Michael T Delaney on behalf of Defendant Fidelity National Information Services, Inc. dba FIS
mdelaney@bakerlaw.com, TBreeden@bakerlaw.com

Anthony Paul Diehl on behalf of Interested Party Courtesy NEF
anthony@apdlaw.net,
Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net,9143954420@filings.docketbird.com

Ashley Dionisio on behalf of Other Professional Omni Agent Solutions
adionisio@omniagnt.com

Caroline Djang on behalf of Attorney Buchalter
cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Jenny L Doling on behalf of Interested Party INTERESTED PARTY
jd@jdl.law,
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                           F 9013-.1.PROOF.SERVICE

jd@jdl.law,
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling on behalf of Interested Party National Consumer Bankruptcy Rights Center
jd@jdl.law,
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jamie P Dreher on behalf of Defendant EPPS
jdreher@downeybrand.com, cdeulloa@DowneyBrand.com;courtfilings@downeybrand.com

Daniel A Edelman on behalf of Creditor Carolyn Beech
dedelman@edcombs.com, courtecl@edcombs.com

Howard M Ehrenberg on behalf of Defendant New Horizon Finance LLC
Howard.Ehrenberg@gmlaw.com,
hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walke
r@gmlaw.com

Lexi J. Epley on behalf of Plaintiff Richard A. Marshack
lexi.epley@dinsmore.com, angelica.urena@dinsmore.com

Meredith Fahn on behalf of Creditor Meredith Fahn
fahn@sbcglobal.net

Jeremy Faith on behalf of Defendant Cobalt Funding Solutions, LLC
Jeremy@MarguliesFaithlaw.com,
Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Jeremy Faith on behalf of Interested Party Courtesy NEF
Jeremy@MarguliesFaithlaw.com,
Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

William P. Fennell on behalf of Creditor Validation Partners LLC
william.fennell@fennelllaw.com,
wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larime
r@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com;Fennell.WilliamP.B143386@notify.bestcase.com

Jesse S Finlayson on behalf of Defendant BCB Bancorp, Inc
jfinlayson@ftrlfirm.com, hkader@ftrlfirm.com

Alan W Forsley on behalf of Creditor Anthem Blue Cross of California
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com

Alan W Forsley on behalf of Interested Party Courtesy NEF
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com

Marc C Forsythe on behalf of Creditor Point Break Holdings LLC
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
;ajohnston@goeforlaw.com

Marc C Forsythe on behalf of Defendant Clear Vision Financial LLC

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                    F 9013-.1.PROOF.SERVICE

mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
;ajohnston@goeforlaw.com

Marc C Forsythe on behalf of Defendant Integrity Docs, LLC
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
;ajohnston@goeforlaw.com

Marc C Forsythe on behalf of Defendant Perfect Financial, LLC
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
;ajohnston@goeforlaw.com

Marc C Forsythe on behalf of Defendant Point Break Holdings LLC
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
;ajohnston@goeforlaw.com

Marc C Forsythe on behalf of Defendant Richard Nodelman
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
;ajohnston@goeforlaw.com

Jeremy Freedman on behalf of Plaintiff Richard A. Marshack
jeremy.freedman@nelsonmullins.com, bonnie.connolly@dinsmore.com

Jeremy Freedman on behalf of Trustee Richard A Marshack (TR)
jeremy.freedman@nelsonmullins.com, bonnie.connolly@dinsmore.com

Eric Gassman on behalf of Creditor Herret Credit
erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com

Yisrael Gelb on behalf of Defendant Bridge Funding Cap, LLC
yisrael@gelblawapc.com

Christopher Ghio on behalf of Plaintiff Richard A Marshack
Christopher.Ghio@dinsmore.com, angelica.urena@dinsmore.com

Christopher Ghio on behalf of Plaintiff Richard A Marshack
christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com

Christopher Ghio on behalf of Trustee Richard A Marshack (TR)
christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com

Amy Lynn Ginsburg on behalf of Creditor Amy Ginsburg

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                              F 9013-.1.PROOF.SERVICE

efilings@ginsburglawgroup.com

Amy Lynn Ginsburg on behalf of Creditor Kenton Cobb
efilings@ginsburglawgroup.com

Amy Lynn Ginsburg on behalf of Creditor Shannon Bellfield
efilings@ginsburglawgroup.com

Robert P Goe on behalf of Defendant Darlene Collins
rgoe@goeforlaw.com,
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goef
orlaw.com

Robert P Goe on behalf of Defendant Jimmy Chhor
rgoe@goeforlaw.com,
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goef
orlaw.com

Robert P Goe on behalf of Defendant John Sykes
rgoe@goeforlaw.com,
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goef
orlaw.com

Robert P Goe on behalf of Defendant Matt Collins
rgoe@goeforlaw.com,
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goef
orlaw.com

Eric D Goldberg on behalf of Defendant Stripe, Inc.
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Jeffrey I Golden on behalf of Creditor Affirma, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Anaheim Arena Management, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Anaheim Ducks Hockey Club, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Oxford Knox, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Interested Party Courtesy NEF
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-.1.PROOF.SERVICE

Richard H Golubow on behalf of Creditor Debt Validation Fund II, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 1, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 2, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Defendant Debt Validation Fund II, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Defendant MC DVI Fund 1, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Defendant MC DVI Fund 2, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

David M Goodrich on behalf of Creditor United Partnerships, LLC
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Defendant Lexicon Consulting, Inc.
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Defendant Oxford Knox, LLC
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Defendant United Partnerships, Inc.
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Defendant Ventura Consulting, LLC
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Interested Party Courtesy NEF
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

Spencer Keith Gray on behalf of Plaintiff Richard A Marshack
spencer.gray@dinsmore.com, wendy.yones@dinsmore.com;sara.johnston@dinsmore.com

Spencer Keith Gray on behalf of Trustee Richard A Marshack (TR)
spencer.gray@dinsmore.com, wendy.yones@dinsmore.com;sara.johnston@dinsmore.com

Mary H Haas on behalf of Defendant A Chance Funding LLC
maryhaas@dwt.com, melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas on behalf of Defendant Clearfund Solutions LLC
maryhaas@dwt.com, melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas on behalf of Defendant Hershey Deustch
maryhaas@dwt.com, melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas on behalf of Defendant Heshy Deutsch
maryhaas@dwt.com, melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                    F 9013-.1.PROOF.SERVICE

Mary H Haas on behalf of Defendant Israel Reches
maryhaas@dwt.com, melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas on behalf of Defendant Nachman Weisz
maryhaas@dwt.com, melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas on behalf of Defendant Nachmy Weiss
maryhaas@dwt.com, melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Chad V Haes on behalf of Plaintiff Richard A Marshack
chaes@marshackhays.com,
chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;alinares@ec
f.courtdrive.com;spineda@marshackhays.com

Chad V Haes on behalf of Plaintiff Richard A. Marshack
chaes@marshackhays.com,
chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;alinares@ec
f.courtdrive.com;spineda@marshackhays.com

David S Hagen on behalf of Defendant Veronica Palterovich
davidhagenlaw@gmail.com, LawOfficesofDavidSHagenCA1@jubileebk.net

Asa S Hami on behalf of Defendant Bonus Financial LLC
asa.hami@gmlaw.com,
ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com

Asa S Hami on behalf of Defendant Jordan Miranti
asa.hami@gmlaw.com,
ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com

Bernard M Hansen on behalf of Defendant Cyrus Irani
bernardmhansen@sbcglobal.net

Stella A Havkin on behalf of Defendant Bridge Funding Cap, LLC
stella@havkinandshrago.com, shavkinesq@gmail.com

Stella A Havkin on behalf of Defendant Bridge Funding Cap, LLC
stella@havkinandshrago.com, shavkinesq@gmail.com

D Edward Hays on behalf of Attorney Marshack Hays LLP
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ec
f.courtdrive.com

D Edward Hays on behalf of Creditor Committee Committee of Unsecured Creditors
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ec
f.courtdrive.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ec
f.courtdrive.com

D Edward Hays on behalf of Interested Party Courtesy NEF

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                      **F 9013-.1.PROOF.SERVICE**

ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Plaintiff Richard A Marshack
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Plaintiff Richard A. Marshack
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Trustee Richard A Marshack (TR)
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Trustee Richard A Marshack (TR)
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Geoffrey A Heaton on behalf of Defendant Mauzy Heating, Cooling, Plumbing & Electrical, LLC
gheaton@duanemorris.com, kramos@duanemorris.com

Carson Heninger on behalf of Defendant American Airlines, Inc.
heningerc@gtlaw.com, carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com

Btzalel Hirschhorn on behalf of Defendant A Chance Funding LLC
bhirschhorn@sbagk.com

Alan Craig Hochheiser on behalf of Creditor City Capital NY
ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com

Karen Hockstad on behalf of Plaintiff Richard A Marshack
karen.hockstad@dinsmore.com, kim.beavin@dinsmore.com

Karen Hockstad on behalf of Trustee Richard A Marshack (TR)
karen.hockstad@dinsmore.com, kim.beavin@dinsmore.com

Garrick A Hollander on behalf of Creditor Debt Validation Fund II, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander on behalf of Creditor MC DVI Fund 1, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander on behalf of Creditor MC DVI Fund 2, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Brian L Holman on behalf of Creditor Sharp Electronics Corporation
b.holman@musickpeeler.com

Richard L. Hyde on behalf of Interested Party Courtesy NEF

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                        F 9013-1.PROOF.SERVICE

rhyde@awglaw.com

Brandon J. Iskander on behalf of Defendant JM Squared LLC
biskander@goeforlaw.com, kmurphy@goeforlaw.com

Brandon J. Iskander on behalf of Interested Party Goe Forsythe & Hodges LLP
biskander@goeforlaw.com, kmurphy@goeforlaw.com

Peter L Isola on behalf of Interested Party Merchants Credit Corporation
pisola@hinshawlaw.com, rmojica@hinshawlaw.com,iking@hinshawlaw.com

Razmig Izakelian on behalf of Counter-Defendant OHP-CDR, LP
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Counter-Defendant PurchaseCo 80, LLC
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Creditor OHP-CDR, LP
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Plaintiff OHP-CDR, LP
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Plaintiff PurchaseCo 80, LLC
razmigizakelian@quinnemanuel.com

Veneeta Jaswal on behalf of Plaintiff Richard A. Marshack
veneeta.jaswal@dinsmore.com, kathy.gumm@dinsmore.com;wendy.yones@dinsmore.com

Veneeta Jaswal on behalf of Plaintiff Richard A Marshack
veneeta.jaswal@dinsmore.com, kathy.gumm@dinsmore.com;wendy.yones@dinsmore.com

Veneeta Jaswal on behalf of Plaintiff Richard A. Marshack
veneeta.jaswal@dinsmore.com, kathy.gumm@dinsmore.com;wendy.yones@dinsmore.com

Veneeta Jaswal on behalf of Trustee Richard A Marshack (TR)
veneeta.jaswal@dinsmore.com, kathy.gumm@dinsmore.com;wendy.yones@dinsmore.com

Sara Johnston on behalf of Plaintiff Richard A Marshack
sara.johnston@dinsmore.com, spencer.gray@dinsmore.com;wendy.yones@dinsmore.com

Sara Johnston on behalf of Plaintiff Richard A. Marshack
sara.johnston@dinsmore.com, spencer.gray@dinsmore.com;wendy.yones@dinsmore.com

Sara Johnston on behalf of Trustee Richard A Marshack (TR)
sara.johnston@dinsmore.com, spencer.gray@dinsmore.com;wendy.yones@dinsmore.com

Leslie K Kaufman on behalf of Defendant Brandon Vargas
kaufman_kaufman.bankruptcy@yahoo.com, kaufmanlr98210@notify.bestcase.com

Sweeney Kelly on behalf of Defendant Fidelity National Information Services, Inc.
kelly@ksgklaw.com

Sweeney Kelly on behalf of Defendant Fidelity National Information Services, Inc. dba FIS
kelly@ksgklaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-.1.PROOF.SERVICE**

Sweeney Kelly on behalf of Defendant Worldpay Group
kelly@ksgklaw.com

Sweeney Kelly on behalf of Defendant Worldpay, LLC
kelly@ksgklaw.com

Joon M Khang on behalf of Attorney Khang & Khang LLP
joon@khanglaw.com

Joon M Khang on behalf of Debtor The Litigation Practice Group P.C.
joon@khanglaw.com

Ira David Kharasch on behalf of Defendant MCA Fund ADV Inc.
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Defendant Aly Management, LLC
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Defendant BSYD Management Corp.
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Defendant Binyin 1502 LLC
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Defendant Bold Cap LLC
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Defendant Consumer Legal Group, PC
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Defendant GMF Capital, LLC
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Defendant Genesis Equity Group Funding LLC
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Defendant Inlane Inc
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Defendant LGS Holdco, LLC
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Defendant YNS Funding, LLC
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Defendant Gary Fegel
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Defendant Solomon Feig
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Defendant Yitzchok Blum
ikharasch@pszjlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-.1.PROOF.SERVICE

Ira David Kharasch on behalf of Interested Party Ad Hoc Consumer Claimants Committee
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Interested Party Consumer Legal Group, P.C.
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Interested Party Courtesy NEF
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Interested Party LGS Holdco, LLC
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Interested Party Liberty Acquisitions Group Inc.
ikharasch@pszjlaw.com

Meredith King on behalf of Defendant Gallant Law Group
mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Meredith King on behalf of Interested Party Courtesy NEF
mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Nicholas A Koffroth on behalf of Creditor Committee Committee of Unsecured Creditors
nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth on behalf of Creditor Committee Post-Confirmation Oversight Committee
nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth on behalf of Other Professional Post-Confirmation Oversight Committee, as
Successor in Interest to the Official Committee of Unsecured Creditors
nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth on behalf of Plaintiff Richard A. Marshack
nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth on behalf of Trustee Richard A Marshack (TR)
nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com

David S Kupetz on behalf of Defendant Marich Bein LLC
david.kupetz@troutman.com, mylene.ruiz@troutman.com

David S Kupetz on behalf of Defendant Marich Bein, LLC
david.kupetz@troutman.com, mylene.ruiz@troutman.com

David S Kupetz on behalf of Interested Party Courtesy NEF
david.kupetz@troutman.com, mylene.ruiz@troutman.com

David S Kupetz on behalf of Interested Party Marich Bein LLC
david.kupetz@troutman.com, mylene.ruiz@troutman.com

Christopher J. Langley on behalf of Interested Party Courtesy NEF
chris@slclawoffice.com, john@slclawoffice.com;langleycr75251@notify.bestcase.com

Kelli Ann Lee on behalf of Plaintiff Richard A. Marshack
Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                      F 9013-.1.PROOF.SERVICE

Kelli Ann Lee on behalf of Trustee Richard A Marshack (TR)
Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com

Matthew A Lesnick on behalf of Defendant OptimumBank Holdings, Inc.
matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Daniel A Lev on behalf of Interested Party Courtesy NEF
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev on behalf of Interested Party Liberty Acquisitions Group Inc.
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Britteny Leyva on behalf of Interested Party Revolv3, Inc.
bleyva@mayerbrown.com,
2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com

Michael D Lieberman on behalf of Creditor Phillip A. Greenblatt, PLLC
mike@liebermandebtrelief.com

Yosina M Lissebeck on behalf of Counter-Claimant Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck on behalf of Defendant Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck on behalf of Plaintiff Richard A Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck on behalf of Plaintiff Richard A Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck on behalf of Plaintiff Richard A Marshack, trustee of the LPG Liquidation Trust
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck on behalf of Plaintiff Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck on behalf of Plaintiff Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck on behalf of Special Counsel Dinsmore & Shohl LLP
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck on behalf of Trustee Richard A Marshack (TR)
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck on behalf of Trustee Richard A Marshack (TR)
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck on behalf of U.S. Trustee United States Trustee (SA)
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Jason Lowe on behalf of Defendant Gene Rosen's Law Firm
jasonflowe@gmail.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                            F 9013-.1.PROOF.SERVICE

Jason Lowe on behalf of Defendant MBH Group LLC
jasonflowe@gmail.com

Jason Lowe on behalf of Defendant Merchant Services USA Inc
jasonflowe@gmail.com

Mitchell B Ludwig on behalf of Creditor Fundura Capital Group
mbl@kpclegal.com, kad@kpclegal.com

Charity J Manee on behalf of Defendant Clear Vision Financial LLC
cmanee@goeforlaw.com, kmurphy@goeforlaw.com

Charity J Manee on behalf of Defendant JM Squared LLC
cmanee@goeforlaw.com, kmurphy@goeforlaw.com

Charity J Manee on behalf of Defendant Point Break Holdings LLC
cmanee@goeforlaw.com, kmurphy@goeforlaw.com

Charity J Manee on behalf of Defendant Darlene Collins
cmanee@goeforlaw.com, kmurphy@goeforlaw.com

Charity J Manee on behalf of Defendant Jimmy Chhor
cmanee@goeforlaw.com, kmurphy@goeforlaw.com

Charity J Manee on behalf of Defendant John Sykes
cmanee@goeforlaw.com, kmurphy@goeforlaw.com

Charity J Manee on behalf of Defendant Matt Collins
cmanee@goeforlaw.com, kmurphy@goeforlaw.com

Charity J Manee on behalf of Interested Party Goe Forsythe & Hodges LLP
cmanee@goeforlaw.com, kmurphy@goeforlaw.com

Daniel S March on behalf of Defendant Daniel S. March
marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com

Daniel S March on behalf of Interested Party INTERESTED PARTY
marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com

Kathleen P March on behalf of Creditor Greyson Law Center PC
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Creditor Han Trinh
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Creditor Phuong (Jayde) Trinh
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Defendant Greyson Law Center PC
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Defendant Han Trinh
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Defendant Jayde Trinh

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                    F 9013-.1.PROOF.SERVICE

kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Interested Party The Bankruptcy Law Firm, P.C.
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Trustee Richard A Marshack (TR)
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Suzanne Marino on behalf of Plaintiff Richard A. Marshack
suzanne.marino@dinsmore.com

Joshua I. Marrone on behalf of Plaintiff Richard A. Marshack
joshua.marrone@dinsmore.com

Joshua I. Marrone on behalf of Plaintiff Richard A. Marshack
joshua.marrone@dinsmore.com

Joshua I. Marrone on behalf of Trustee Richard A Marshack (TR)
joshua.marrone@dinsmore.com

Richard A Marshack (TR)
pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com

Jeana Mason on behalf of Plaintiff Richard A. Marshack
jeana.mason@dinsmore.com, ashlynn.harrison@dinsmore.com;stella.laroe@dinsmore.com

Caroline Massey on behalf of Plaintiff Richard A Marshack
caroline.massey@dinsmore.com,
lizbeth.alonso@dinsmore.com;AbdulWasay.Shahid@Dinsmore.com;wendy.yones@dinsmore.com

Sarah S. Mattingly on behalf of Defendant Clearcube LLC
sarah.mattingly@dinsmore.com

Sarah S. Mattingly on behalf of Defendant Debt Resolution Direct, LLC
sarah.mattingly@dinsmore.com

Sarah S. Mattingly on behalf of Plaintiff Richard A. Marshack
sarah.mattingly@dinsmore.com

Sarah S. Mattingly on behalf of Plaintiff Richard A. Marshack, Chapter 11 Trustee
sarah.mattingly@dinsmore.com

Sarah S. Mattingly on behalf of Plaintiff Richard A Marshack
sarah.mattingly@dinsmore.com

Sarah S. Mattingly on behalf of Plaintiff Richard A Marshack, trustee of the LPG Liquidation Trust
sarah.mattingly@dinsmore.com

Sarah S. Mattingly on behalf of Plaintiff Richard A. Marshack
sarah.mattingly@dinsmore.com

Sarah S. Mattingly on behalf of Trustee Richard A Marshack (TR)
sarah.mattingly@dinsmore.com

Tony May on behalf of Defendant Matthew Lovelady

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                            F 9013-.1.PROOF.SERVICE

tmay@maybrocklaw.com

Noah K McCall on behalf of Defendant Luke Enkosky
nmccall@rschauerlaw.com, NAnderson@RSchauerLaw.com

William McCormick on behalf of Creditor TN Dept of Revenue
Bill.McCormick@ag.tn.gov

Jeffrey A. Meinhardt on behalf of Creditor All Service Financial, L.L.C.
jmeinhardt@silverandarsht.com

Jeffrey A. Meinhardt on behalf of Creditor Sabia Financial, Inc., an Illinois corporation
jmeinhardt@silverandarsht.com

Jeffrey A. Meinhardt on behalf of Defendant Sabia Financial Inc
jmeinhardt@silverandarsht.com

Jeffrey A. Meinhardt on behalf of Defendant Chad Rothrock
jmeinhardt@silverandarsht.com

Jeffrey A. Meinhardt on behalf of Defendant Frank Dal Bello
jmeinhardt@silverandarsht.com

Kristin T Mihelic on behalf of U.S. Trustee United States Trustee (SA)
kristin.t.mihelic@usdoj.gov

Kenneth Misken on behalf of U.S. Trustee United States Trustee (SA)
Kenneth.M.Misken@usdoj.gov

Kenneth Misken on behalf of U.S. Trustee United States Trustee (SA)
Kenneth.M.Misken@usdoj.gov

Byron Z Moldo on behalf of Interested Party Byron Moldo
bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com

Glenn D. Moses on behalf of Creditor ADP, Inc
gmoses@venable.com,
cascavone@venable.com;ipmalcolm@venable.com;imalcolm@ecf.courtdrive.com;jadelgado@venable.com

Jamie D Mottola on behalf of Plaintiff Richard A. Marshack, Chapter 11 Trustee
Jamie.Mottola@dinsmore.com, wendy.yones@dinsmore.com;deamira.romo@dinsmore.com

Jamie D Mottola on behalf of Plaintiff Richard A Marshack
Jamie.Mottola@dinsmore.com, wendy.yones@dinsmore.com;deamira.romo@dinsmore.com

Randall P Mroczynski on behalf of Defendant Mercedes-Benz Financial Services USA LLC
randym@cookseylaw.com

Randall P Mroczynski on behalf of Defendant Mercedes-Benz USA LLC
randym@cookseylaw.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbn.law, jdale@mbn.law

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Victoria Newmark on behalf of Defendant MCA Fund ADV Inc.
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark on behalf of Defendant Aly Management, LLC
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark on behalf of Defendant Consumer Legal Group, PC
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark on behalf of Defendant GMF Capital, LLC
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark on behalf of Defendant Genesis Equity Group Funding LLC
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark on behalf of Defendant Inlane Inc
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark on behalf of Defendant LGS Holdco, LLC
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark on behalf of Defendant YNS Funding, LLC
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark on behalf of Defendant Gary Fegel
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark on behalf of Defendant Solomon Feig
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark on behalf of Defendant Yitzchok Blum
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark on behalf of Interested Party Consumer Legal Group, P.C.
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark on behalf of Interested Party Courtesy NEF
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark on behalf of Interested Party LGS Holdco, LLC
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark on behalf of Interested Party Liberty Acquisitions Group Inc.
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Jacob Newsum-Bothamley on behalf of Plaintiff Richard A Marshack
jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com

Jacob Newsum-Bothamley on behalf of Plaintiff Richard A. Marshack
jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com

Jacob Newsum-Bothamley on behalf of Trustee Richard A Marshack (TR)
jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com

Joshua Nyman on behalf of Defendant Morgan Attwood & Son, Inc.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                        **F 9013-.1.PROOF.SERVICE**

josh@ramsaurlaw.com

Israel Orozco on behalf of Creditor Israel Orozco
israel@iolawcorp.com

Jarrett S Osborne-Revis on behalf of Defendant Tele-Direct Communications, Inc.
josbornerevis@buchalter.com, asmith@buchalter.com;dpowers@buchalter.com;wreinig@buchalter.com

Keith C Owens on behalf of Creditor Committee Committee of Unsecured Creditors
kowens@foxrothschild.com, khoang@foxrothschild.com

Keith C Owens on behalf of Creditor Committee Post-Confirmation Oversight Committee
kowens@foxrothschild.com, khoang@foxrothschild.com

Keith C Owens on behalf of Intervenor OFFICIAL COMMITTEE OF UNSECURED CREDITORS
kowens@foxrothschild.com, khoang@foxrothschild.com

Keith C Owens on behalf of Plaintiff Richard A. Marshack
kowens@foxrothschild.com, khoang@foxrothschild.com

Brian A Paino on behalf of Defendant Optimum Bank Holdings, Inc.
bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian A Paino on behalf of Defendant Optimumbank
bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian A Paino on behalf of Defendant Optimumbank.com
bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian A Paino on behalf of Defendant Moishe Gubin
bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Lisa Patel on behalf of Defendant OptimumBank Holdings, Inc.
lpatel@lesnickprince.com,
jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com

Julian Parker Pecora on behalf of Plaintiff Richard A Marshack
julian.pecora@dinsmore.com, Tracey.Hebert@Dinsmore.com

Michael R Pinkston on behalf of Creditor Wells Marble and Hurst, PLLC
rpinkston@seyfarth.com,
jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcyd
ocket@seyfarth.com

Christopher L Pitet on behalf of Defendant Vasco Assets, Inc.
cpitet@apjuris.com, bferik@apjuris.com

Christopher L Pitet on behalf of Defendant Benny Mor
cpitet@apjuris.com, bferik@apjuris.com

Richard D. Porotsky on behalf of Plaintiff Richard A Marshack
maria.rother@dinsmore.com

Richard D. Porotsky on behalf of Plaintiff Richard A. Marshack
maria.rother@dinsmore.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 F 9013-.1.PROOF.SERVICE

Richard D. Porotsky on behalf of Plaintiff Richard A. Marshack
maria.rother@dinsmore.com

Tyler Powell on behalf of Counter-Claimant Richard A Marshack (TR)
tyler.powell@dinsmore.com, lydia.tharp@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell on behalf of Counter-Claimant Richard A. Marshack
tyler.powell@dinsmore.com, lydia.tharp@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell on behalf of Counter-Defendant Richard A Marshack (TR)
tyler.powell@dinsmore.com, lydia.tharp@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell on behalf of Defendant Richard A. Marshack
tyler.powell@dinsmore.com, lydia.tharp@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell on behalf of Plaintiff Richard A Marshack
tyler.powell@dinsmore.com, lydia.tharp@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell on behalf of Plaintiff Richard A. Marshack
tyler.powell@dinsmore.com, lydia.tharp@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell on behalf of Plaintiff Richard A. Marshack
tyler.powell@dinsmore.com, lydia.tharp@dinsmore.com;wendy.yones@dinsmore.com

Tyler Powell on behalf of Trustee Richard A Marshack (TR)
tyler.powell@dinsmore.com, lydia.tharp@dinsmore.com;wendy.yones@dinsmore.com

Laila Rais on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais on behalf of Interested Party Richard A. Marshack
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais on behalf of Plaintiff Richard Marshack
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais on behalf of Trustee Richard A Marshack (TR)
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Brett Ramsaur on behalf of Defendant A Solution Debt Relief, Inc.
brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur on behalf of Defendant Affirma, LLC
brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur on behalf of Defendant Buck Wild Ventures LLC

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                      **F 9013-.1.PROOF.SERVICE**

brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur on behalf of Defendant Coastal Capital Partners, LLC
brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur on behalf of Defendant EVC Properties, LLC
brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur on behalf of Defendant Help Your Home Network, Inc.
brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur on behalf of Defendant JNR Services, Inc.
brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur on behalf of Defendant JR Bray Group, LLC
brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur on behalf of Defendant Lavin Fence, Inc.
brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur on behalf of Defendant Lead Gen 101 Inc.
brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur on behalf of Defendant Legacy Financial Strategies & Insurance Services, Inc.
brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur on behalf of Defendant Lifestar Products, Inc.
brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur on behalf of Defendant Morgan Attwood & Son, Inc.
brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur on behalf of Defendant Olsenite, LLC
brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur on behalf of Defendant Pace Construction, Inc.
brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur on behalf of Defendant Spot On Consulting, Inc.
brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur on behalf of Defendant Brandon Cunningham
brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur on behalf of Defendant Brian Olsen
brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur on behalf of Defendant Caeser Mercado
brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur on behalf of Defendant Eric Martinson
brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur on behalf of Defendant Jason Davolina
brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                              **F 9013-.1.PROOF.SERVICE**

Brett Ramsaur on behalf of Defendant Jesse Martinson
brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur on behalf of Defendant Joe Byon
brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur on behalf of Defendant Nate Lavin
brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur on behalf of Defendant Rachel Elgas
brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur on behalf of Defendant Rachel Magana
brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur on behalf of Defendant Rose Romo
brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur on behalf of Defendant Salvador Robles
brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur on behalf of Defendant Trevor Young
brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Donald W Reid on behalf of Defendant King Consulting Group, LLC
don@donreidlaw.com, 5969661420@filings.docketbird.com

Donald W Reid on behalf of Defendant Make it Ring Marketing, LLC
don@donreidlaw.com, 5969661420@filings.docketbird.com

Donald W Reid on behalf of Defendant No Limit Media LLC
don@donreidlaw.com, 5969661420@filings.docketbird.com

Donald W Reid on behalf of Defendant Painite Marketing
don@donreidlaw.com, 5969661420@filings.docketbird.com

Donald W Reid on behalf of Defendant Colton King
don@donreidlaw.com, 5969661420@filings.docketbird.com

Daniel H Reiss on behalf of Defendant PECC Corp
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel H Reiss on behalf of Defendant PECC Corp.
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel H Reiss on behalf of Defendant Touzi Capital, LLC
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel H Reiss on behalf of Defendant Eng Taing
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Vincent Renda on behalf of Creditor Unified Global Research Group, Inc
vr@pinlegal.com, ld@pinlegal.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                    F 9013-.1.PROOF.SERVICE

Vincent Renda on behalf of Defendant Eric Petersen
vr@pinlegal.com, ld@pinlegal.com

Vincent Renda on behalf of Defendant Todd DiRoberto
vr@pinlegal.com, ld@pinlegal.com

Michael B Reynolds on behalf of Defendant SMR Business Services, LLC
mreynolds@swlaw.com, kcollins@swlaw.com

Michael B Reynolds on behalf of Defendant Sidereal Entertainment Group, LLC
mreynolds@swlaw.com, kcollins@swlaw.com

Michael B Reynolds on behalf of Defendant Joshua Brown
mreynolds@swlaw.com, kcollins@swlaw.com

Michael B Reynolds on behalf of Defendant Justin Conlon
mreynolds@swlaw.com, kcollins@swlaw.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Todd C. Ringstad on behalf of Interested Party Morning Law Group, P.C.
becky@ringstadlaw.com, arlene@ringstadlaw.com

Christopher O Rivas on behalf of Defendant CareFirst Blue Choice, Inc.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com;sean-wilson-0462@ecf.pacerpro.com

Vanessa Rodriguez on behalf of Plaintiff Richard A Marshack
vanessa.rodriguez@dinsmore.com, wendy.yones@dinsmore.com

Vanessa Rodriguez on behalf of Plaintiff Richard A. Marshack
vanessa.rodriguez@dinsmore.com, wendy.yones@dinsmore.com

Vanessa Rodriguez on behalf of Plaintiff Richard A. Marshack
vanessa.rodriguez@dinsmore.com, wendy.yones@dinsmore.com

Vanessa Rodriguez on behalf of Trustee Richard A Marshack (TR)
vanessa.rodriguez@dinsmore.com, wendy.yones@dinsmore.com

Kevin Alan Rogers on behalf of Creditor Wells Marble and Hurst, PLLC
krogers@wellsmar.com

Larry Rothman on behalf of Interested Party Steven D. Silverstein
tocollect@aol.com

Gregory M Salvato on behalf of Creditor Mari Agape
gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato on behalf of Interested Party Courtesy NEF
gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Richik Sarkar on behalf of Plaintiff Richard A. Marshack
richik.sarkar@dinsmore.com, Noreen.Leciejewski@dinsmore.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                    F 9013-1.PROOF.SERVICE

Joshua L Scheer on behalf of Interested Party Scheer Law Group, LLP, interested party
jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

Olivia Scott on behalf of Creditor Azzure Capital LLC
olivia.scott@hklaw.com

Olivia Scott on behalf of Creditor Hi Bar Capital LLC
olivia.scott@hklaw.com

Jonathan Serrano on behalf of Plaintiff Richard A. Marshack
Jonathan@MarguliesFaithLaw.com,
vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Jonathan Serrano on behalf of Special Counsel Dinsmore & Shohl LLP
Jonathan@MarguliesFaithLaw.com,
vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Jonathan Serrano on behalf of Trustee Richard A Marshack (TR)
Jonathan@MarguliesFaithLaw.com,
vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Abdul Shahid on behalf of Plaintiff Richard A Marshack
abdulwasay.shahid@dinsmore.com

Maureen J Shanahan on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC
Mstotaro@aol.com

Paul R Shankman on behalf of Attorney Paul R. Shankman
PShankman@fortislaw.com, info@fortislaw.com

Paul R Shankman on behalf of Creditor United Partnerships, LLC
PShankman@fortislaw.com, info@fortislaw.com

Brian L Shaw on behalf of Defendant Debt Resolution Direct, LLC
bshaw@cozen.com, cknez@cozen.com

Joshua Shayne on behalf of Defendant The Liberty Company Insurance Brokers LLC
jshayne@kbrlaw.com, epirastehfar@kbrlaw.com,pwaldberg@kbrlaw.com

Zev Shechtman on behalf of Interested Party Danning Gill Israel & Krasnoff LLP
Zev.Shechtman@saul.com,
zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman on behalf of Interested Party Morning Law Group, P.C.
Zev.Shechtman@saul.com,
zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Jeffrey S Shinbrot on behalf of Defendant Brandon Turner
jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com;tanya@shinbrotfirm.com

Jeffrey S Shinbrot on behalf of Interested Party Brandon Turner
jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com;tanya@shinbrotfirm.com

Jeffrey M Singletary on behalf of Interested Party INTERESTED PARTY

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                              F 9013-.1.PROOF.SERVICE

jsingletary@swlaw.com, rmckay@swlaw.com

Jeffrey B Smith on behalf of Defendant Reliance Assistance Group, Inc.
jsmith@cgsattys.com, vphillips@cgsattys.com

Jeffrey B Smith on behalf of Defendant Yuriy Drahuntsov
jsmith@cgsattys.com, vphillips@cgsattys.com

Scott O Smith on behalf of Defendant Manouch Moshayedi
ssmith@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com

Scott O Smith on behalf of Defendant Manouchehr A. Moshayedi
ssmith@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com

Matthew Sommer on behalf of Plaintiff Richard A Marshack
matthew.sommer@dinsmore.com, carrie.davis@dinsmore.com

Matthew Sommer on behalf of Trustee Richard A Marshack (TR)
matthew.sommer@dinsmore.com, carrie.davis@dinsmore.com

Michael G Spector on behalf of Defendant Ace Tech Ops
mgspector@aol.com, mgslawoffice@aol.com

Michael G Spector on behalf of Defendant Achme, Inc.
mgspector@aol.com, mgslawoffice@aol.com

Michael G Spector on behalf of Defendant MBT Group, Inc.
mgspector@aol.com, mgslawoffice@aol.com

Michael G Spector on behalf of Defendant Marketing Systems and Strategies LLC
mgspector@aol.com, mgslawoffice@aol.com

Michael G Spector on behalf of Defendant Anthony Derosa
mgspector@aol.com, mgslawoffice@aol.com

Michael G Spector on behalf of Defendant Sormeh Attarzadeh
mgspector@aol.com, mgslawoffice@aol.com

Adam D Stein-Sapir on behalf of Creditor Pioneer Funding Group, LLC
info@pfllc.com

Howard Steinberg on behalf of Defendant BankUnited, N.A.
steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-
6096@ecf.pacerpro.com

Matthew S Steinberg on behalf of Defendant Debt Resolution Direct, LLC
msteinberg@cozen.com, arincon@cozen.com;BPosivak@cozen.com;matthew-steinberg-
5925@ecf.pacerpro.com

Matthew S Steinberg on behalf of Interested Party Debt Resolution Direct, LLC
msteinberg@cozen.com, arincon@cozen.com;BPosivak@cozen.com;matthew-steinberg-
5925@ecf.pacerpro.com

Matthew S Steinberg on behalf of Trustee Richard A Marshack (TR)

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                              **F 9013-.1.PROOF.SERVICE**

msteinberg@cozen.com, arincon@cozen.com;BPosivak@cozen.com;matthew-steinberg-5925@ecf.pacerpro.com

John H. Stephens on behalf of Plaintiff Richard A. Marshack
john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com

John H. Stephens on behalf of Plaintiff Richard A Marshack
john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com

John H. Stephens on behalf of Plaintiff Richard A Marshack
john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com

John H. Stephens on behalf of Trustee Richard A Marshack (TR)
john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com

Andrew Still on behalf of Creditor Alteryx, Inc.
astill@swlaw.com, kcollins@swlaw.com

Andrew Still on behalf of Interested Party Courtesy NEF
astill@swlaw.com, kcollins@swlaw.com

Andrew Still on behalf of Plaintiff Alteryx, Inc.
astill@swlaw.com, kcollins@swlaw.com

Matthew J Stockl on behalf of Plaintiff Richard A. Marshack
mstockl@otterbourg.com, katrice.ortiz@dinsmore.com

Matthew J Stockl on behalf of Plaintiff Richard A Marshack
mstockl@otterbourg.com, katrice.ortiz@dinsmore.com

Matthew J Stockl on behalf of Plaintiff Richard A. Marshack
mstockl@otterbourg.com, katrice.ortiz@dinsmore.com

Matthew J Stockl on behalf of Trustee Richard A Marshack (TR)
mstockl@otterbourg.com, katrice.ortiz@dinsmore.com

Derrick Talerico on behalf of Defendant WCMD Services, Inc.
dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico on behalf of Defendant Caleb Wickman
dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico on behalf of Defendant Mathew Bowyer
dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Michael R Totaro on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC
Ocbkatty@aol.com

Michael R Totaro on behalf of Interested Party Randall Baldwin Clark
Ocbkatty@aol.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Belinda M Vega on behalf of Creditor ADP, Inc

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                **F 9013-.1.PROOF.SERVICE**

apark@venable.com

Alexandra W Wahl on behalf of Defendant PECC Corp
alex.wahl@wickphillips.com

Alexandra W Wahl on behalf of Defendant PECC Corp.
alex.wahl@wickphillips.com

Alexandra W Wahl on behalf of Defendant Touzi Capital, LLC
alex.wahl@wickphillips.com

Alexandra W Wahl on behalf of Defendant Eng Taing
alex.wahl@wickphillips.com

William J Wall on behalf of Defendant 2030 Ventures, Inc.
wwall@wall-law.com

William J Wall on behalf of Defendant Joshua Michael Bois
wwall@wall-law.com

William J Wall on behalf of Witness Bradford Lee
wwall@wall-law.com

Gerrick Warrington on behalf of Defendant Neiman Marcus Group Ltd LLC
gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington on behalf of Defendant The Neiman Marcus Group LLC
gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

J Tanner Watkins on behalf of Plaintiff Richard A Marshack
tanner.watkins@dinsmore.com,
julie.mason@dinsmore.com;nathan.hall@dinsmore.com;molly.mattingly@dinsmore.com

J Tanner Watkins on behalf of Trustee Richard A Marshack (TR)
tanner.watkins@dinsmore.com,
julie.mason@dinsmore.com;nathan.hall@dinsmore.com;molly.mattingly@dinsmore.com

Sharon Z. Weiss on behalf of Creditor Azzure Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss on behalf of Creditor Hi Bar Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss on behalf of Defendant Azzure Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Scott W Wellman on behalf of Defendant Pacific Rose Consulting Group
swellman@w-wlaw.com, jklein@w-wlaw.com

Scott W Wellman on behalf of Defendant Dana Cederberg
swellman@w-wlaw.com, jklein@w-wlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    F 9013-.1.PROOF.SERVICE

Scott W Wellman on behalf of Defendant Summer Cederberg
swellman@w-wlaw.com, jklein@w-wlaw.com

Johnny White on behalf of Creditor Debt Relief Group, LLC
JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White on behalf of Interested Party Courtesy NEF
JWhite@wrslawyers.com, jlee@wrslawyers.com

Reilly D Wilkinson on behalf of Defendant Oha Management, LLC
rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com

Reilly D Wilkinson on behalf of Defendant Gabe McCarthy
rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com

Reid A Winthrop on behalf of Defendant Fidelity Pandemic Relief Services, Inc.
reid@winthroplawgroup.com

Reid A Winthrop on behalf of Defendant Master Builders of America, Inc.
reid@winthroplawgroup.com

Reid A Winthrop on behalf of Defendant Jess Walker
reid@winthroplawgroup.com

Reina Zepeda on behalf of Other Professional Omni Agent Solutions
rzepeda@omniagnt.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                        **F 9013-.1.PROOF.SERVICE**