|  | FOR COURT USE ONLY |
|---|---|
|  | FILED<br>AUG 29 2025<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| Name of Debtor(s) listed on the bankruptcy case: | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: |
|---|---|
|  | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:  ☐ Debtor   ☐ Joint-Debtor   ☒ Creditor
   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s): Walter W and Linda J Brostowicz
   Mailing Address: 69 Waterside Lane
   City, State, Zip Code: Clinton CT 06413

3. **New Address:**
   Mailing Address: 1 Cedar Swamp Road
   City, State, Zip Code: Deep River CT 06417

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 08/05/2025

Walter W and Linda J Brostowicz
Requestor's printed name(s)

_/s/ Walter W Brostowicz_  _/s/ Linda J Brostowicz_
Requestor's signature(s)

_____
Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                                                              F 1002-1.3.CHANGE.ADDRESS