FOR COURT USE ONLY

**FILED**
SEP - 8 2025
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

Name of Debtor(s) listed on the bankruptcy case:

THE LITIGATION PRACTICE GROUP PC,

Debtor

CASE NO.: 8:23-bk-10571-SC
CHAPTER: 11

**CHANGE OF MAILING ADDRESS**

1. This change of mailing address is requested by:  ☐ Debtor   ☐ Joint-Debtor   ☒ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   - Name(s): Richard Schuenemann
   - Mailing Address: 6767 w windmill lane 3132
   - City, State, Zip Code: Las vegas Nevada 89139

3. **New Address:**
   - Mailing Address: 2825 N Course Dr 215
   - City, State, Zip Code: Pompano Beach Florida 33069

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 09-04-2025

Richard Schuenemann
Requestor's printed name(s)

*/s/ Richard Schuenemann/*
Requestor's signature(s)

Creditor [CLAIM NO. 100247]
Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                                                           F 1002-1.3.CHANGE.ADDRESS