| | FOR COURT USE ONLY |
|---|---|
| | **FILED**<br>SEP 10 2025<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION** ||
| Name of Debtor(s) listed on the bankruptcy case:<br><br>THE LITIGATION PRACTICE GROUP PC,<br><br>Debtor | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: 11 |
| | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:  ☐ Debtor  ☐ Joint-Debtor  ☒ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**

   Name(s): Julissa Alvarez

   Mailing Address: 32 ligham st

   City, State, Zip Code: Belleville nj 07109

3. **New Address:**

   Mailing Address: 630 Washington ave #318

   City, State, Zip Code: Belleville NJ 07109

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 09/04/2025

Julssa Alvarez
Requestor's printed name(s)

*Julissa A.*
Requestor's signature(s)

Creditor [CLAIM NO. 100353]
Title (if applicable, of corporate officer, partner, or agent)

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                                                                F 1002-1.3.CHANGE.ADDRESS

3630

# CONSUMER CLIENT CLAIM FORM
*In re The Litigation Practice Group P.C.*, Case No. 8:23-bk-10571-SC
United States Bankruptcy Court for the Central District of California,
Santa Ana Division

1. Name of Creditor (Identify the person to whom The Litigation Practice Group P.C. owes money?):

   Julissa Alvarez

   **FILED**
   FEB 02 2024
   By Omni Agent Solutions, Claims Agent
   For U.S. Bankruptcy Court
   Central District of California

2. Has this claim been acquired from someone else? (Was someone else owed money and then you purchased this claim from them?)

   ☑ No.
   ☐ Yes.    From whom? _____

3. Where should notices and payments to the creditor be sent? (What address should we use for notices and payments?)

| NOTICES | PAYMENT (if different) |
|---|---|
| Name: Julissa Alvarez | Name: |
| Street Address: 32 Ligham St. | Street Address: |
| City: Belleville | City: |
| State: NJ  Zip Code: 07104 | State:  Zip Code: |
| Phone Number: 551-655-3729 | Phone Number: |
| Email: Julissaa@ymail.com | Email: |

4. Have you already filed a proof of claim in this case with the US Bankruptcy Court?
   a.    ☑ No.
   b.    ☐ Yes.   What was the claim number? _____. This claim will amend the prior proof of claim.

100353-1 AD

5. How much is the claim? (How much do you believe you are owed?)
   ~~$5,836.00~~  $4,000.59

   **The claim amount SHOULD NOT include any amounts that you (a) paid to any credit card company or other creditors, or (b) otherwise owe to your credit card companies or other creditors. To the extent that you paid The Litigation Practice Group, P.C. money that was applied towards payment of any debt you owed to your credit card company or other creditors, you SHOULD NOT include any such amounts as part of your claim.**

   Does this amount include interest or other charges?
   ☑ No.
   ☐ Yes.  I have attached a statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

6. What is the basis for your claim? Attach (and redact where appropriate) copies of any documents supporting your claim.

   _screenshot of my deductions from bank acct._

**SIGNATURE**
The person completing this claim form must sign and date it.
Check the appropriate box:
   ☑ I am the creditor.
   ☐ I am the creditor's attorney or authorized agent

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Julissa Alvarez_     01/25/2024
SIGNATURE OF PERSON COMPLETING THE FORM     DATE OF SIGNATURE

_Julissa Alvarez_
NAME OF PERSON COMPLETING THE FORM

**DISCLAIMER**
A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to five (5) years, or both, pursuant to 18 USC §§ 152, 157, and 3571.

# INFORMATIONAL SHEET

**REMINDER:** If you include documentation such as bank account statements or credit card statements, redact the account numbers for your privacy and security. This means you should black out all but the last four (4) digits of the account number everywhere it appears in your documentation. We can use the last 4 digits to keep track of your information in our records, but more than that should not be necessary. If any of your documentation includes your Social Security Number, please redact this as well. Leaving the last four (4) digits visible is acceptable, but your full SSN should never be shared.

1. What are you asserting is your claim amount, if any?
   $4000.59

2. What is your name, address, and telephone number?

   Name: Julissa Alvarez

   Address: 32 Ugham St
   Belleville NJ 07109

   Telephone Number: 551-655-3729

3. What payments have you made to The Litigation Practice Group? Provide proof of payments made. Redact the documents as appropriate.
   Deduction from my Bank Acct.

4. Did you request a refund prior to LPG filing bankruptcy (03/20/23)?
   ☑ No.
   ☐ Yes. If yes, provide proof of the written request you made and the date of the request.

5. Were you charged more than once in any given month?
   ☑ No.
   ☐ Yes. If yes, provide proof of the charges.

6. Do you contend that LPG withdrew funds from your account between _____ and _____?
   ☑ No.
   ☐ Yes. If yes, how much? _____
   If yes, provide proof of the withdrawal(s).

7. Are you a part of any pending (active) lawsuit where you have sued LPG for malpractice?
   ☑ No.
   ☐ Yes. If yes, provide the case name, case number, and a copy of the complaint.

   _____

Keith C. Owens (Bar No 184841)
Nicholas A. Koffroth (Bar No. 287854)
**FOX ROTHSCHILD LLP**
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Telephone:   (310) 598-4150
Facsimile:   (310) 556-9828
kowens@foxrothschild.com
nkoffroth@foxrothschild.com

*Counsel For Official Committee of Unsecured Creditors*

D. Edward Hays (Bar No. 162507)
Laila Masud (Bar No. 311731)
**MARSHACK HAYS WOOD LLP**
870 Roosevelt
Irvine, CA 92620
Telephone:   (949) 333-7777
Facsimile:   (949) 333-7778
ehays@marshackhays.com
lmasud@marshackhays.com

*Counsel For Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>Debtor. | Chapter 11<br><br>Case No. 8:23-bk-10571-SC<br><br>**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM**<br><br>**General Bar Date**<br><br>Date: February 23, 2024<br>Time: 4:00 p.m. (prevailing Pacific Time) |

**TO ALL CREDITORS AND INTEREST HOLDERS OF THE LITIGATION PRACTICE GROUP P.C.:**

**PLEASE TAKE NOTICE** that, on January 2, 2024, the United States Bankruptcy Court for the Central District of California entered an Order [Docket No. 804][1] setting the following deadlines to file proofs of claim against the bankruptcy estate of The Litigation Practice Group P.C. ("Debtor"):

| General Bar Date | **February 23, 2024, at 4:00 p.m. prevailing Pacific Time** (the "General Bar Date") is the deadline for all persons and entities, *including governmental units* (as that term is defined in § 101(27)), holding a secured claim, unsecured priority, or unsecured non-priority claim against the Debtor arising (or deemed to arise) before the March 20, 2023, Petition Date (each, a "General Claim").[2] |
|---|---|

---

[1] Unless otherwise defined, all capitalized terms have the definitions set forth or referenced in the Order.

[2] Parties subject to the General Bar Date include, but are not limited to: (a) any Person or Entity whose claim against the Debtor is not listed in the Debtor's Schedules, or is listed as "contingent,"

| Rejection Bar Date | For claims relating to the rejection of an executory contract or unexpired lease (a "Rejection Claim"), the later of (i) the General Bar Date; and (ii)(a) the date set forth in an order authorizing the Debtor to reject such contract or lease pursuant to § 365 (including any order confirming a plan in the Bankruptcy Case), or (b) if no specific date is set forth, thirty (30) days from the date the rejection order (the "Rejection Bar Date"). |
|---|---|
| Chapter 5 Bar Date | For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (a "Chapter 5 Claim"), the later of (i) the General Bar Date; and (ii) thirty (30) days after the date of entry of the judgment avoiding the transfer (the "Chapter 5 Bar Date"). |

**PLEASE TAKE FURTHER NOTICE** that the Court has approved two different types of claim forms. *First*, all holders of General Claims that are not Consumer Claimants (defined below), holders of Rejection Claims, and holders of Chapter 5 Claims must utilize Official Form 410 for the submission of Proofs of Claim (the "General Claim Form"). *Second*, in light of the unique issues facing the Debtor's consumer creditors (the "Consumer Claimants") who assert claims arising from or related to their attorney-client relationship with the Debtor (the "Consumer Claims"), the Court has authorized a unique claim form (the "Consumer Claim Form") with additional information that may be helpful to Consumer Claimants in completing their proof of claim. Consumer Claimants, however, can use either the Consumer Claim Form or the General Claim Form. Consumer Claimants may, but are not required, to file a proof of claim using the Consumer Claim Form if they have already timely filed a proof of claim using the General Claim Form.

**PLEASE TAKE FURTHER NOTICE** that each General Claim Form or Consumer Claim Form, including supporting documentation, must be submitted in person, by courier service, overnight delivery, hand delivery, or United States mail *so as to be actually received* by Omni on or before the applicable Bar Date at the following address:

The Litigation Practice Group P.C. Claims Processing
c/o Omni Agent Solutions
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Additionally, Claim Forms may be submitted electronically using the interface available on the website maintained by Omni in this Bankruptcy Case, https://omniagentsolutions.com/LPG *so as to be actually received* by Omni on or before the applicable Bar Date. **Claim Forms sent by**

---

"unliquidated," or "disputed," if such Person or Entity desires to share in any distribution in the Bankruptcy Case; (b) any Person or Entity who believes that their claim is improperly classified in the Schedules or is listed in an incorrect amount and who desires to have their claim allowed in a different classification or amount other than that identified in the Schedules; (c) any Person or Entity holding an interest in the Debtor (an "Interest Holder"), which interest is based upon the ownership of: (i) a membership interest in a limited liability company; (ii) common or preferred stock in a corporation; or (iii) warrants or rights to purchase, sell or subscribe to such a security or interest (any such security or interest being referred to herein as an "Interest"); (d) any Person or Entity holding a claim that arises out of or relates to the ownership or purchase of an Interest, including claims arising out of or relating to the sale, issuance or distribution of the Interest; and (e) any current or former officer, director, or manager of the Debtor for claims based on indemnification, contribution, or reimbursement.

**facsimile, telecopy, electronic mail, or other form of electronic submissions will not be accepted.**

 **PLEASE TAKE FURTHER NOTICE** that you can obtain a copy of the General Claim Form and the Consumer Claim Form by visiting https://omniagentsolutions.com/LPG. Consumer Claimants should also receive a copy of the Consumer Claim Form by email. Holders of General Claims that are not Consumer Claims can also find a copy of the General Claim Form on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov. If you have any questions about how to obtain a Claim Form, please contact Omni by (i) emailing LPGinquiries@omniagnt.com or (ii) calling (888) 741-4582 (U.S. and Canada toll free) and (747) 226-5672; however, **you must seek your own legal counsel if you would like advice on whether or how to complete the Claim Form**.

 **PLEASE TAKE FURTHER NOTICE** that you **are not** required to submit a Claim Form by the applicable Bar Date if you fall within the below categories:

  a. any Person or Entity that already has filed a signed proof of claim against the Debtor with the Clerk of the Court or with the Chapter 11 Trustee's claims and noticing agent, Omni, in a form substantially similar to Official Form 410;

  b. any Person or Entity whose claim is listed on the Schedules if: (i) the claim is not scheduled as any of "disputed," "contingent," or "unliquidated;" and (ii) such Person or Entity agrees with the amount, nature, and priority of the claim as set forth in the Schedules;

  c. any Person or Entity whose claim has previously been allowed by order of the Court;

  d. any Person or Entity whose claim has been paid in full by the Debtor or the Chapter 11 Trustee pursuant to the Bankruptcy Code or in accordance with an order of the Court or otherwise paid in full by the Debtor or any other party;

  e. any Person or Entity holding a claim for which a separate deadline is fixed by this Court;

  f. claims of professionals retained pursuant to orders of the Court who assert administrative claims for fees and expenses subject to the Court's approval pursuant to §§ 328, 330, 331, 363, and 503(b) or 28 U.S.C. § 156(c) (collectively, the "Professional Claims"); and

  g. any Person or Entity holding a claim payable to the Court or the United States Trustee Program pursuant to 28 U.S.C. § 1930, including, for the avoidance of doubt, any administrative claims asserted by the U.S. Trustee for statutory fees required to be paid by the Debtor's estate.

**PLEASE TAKE FURTHER NOTICE THAT FAILURE OF A CREDITOR OR INTEREST HOLDER TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR INTEREST, OR SUBORDINATION UNDER THE TERMS OF A PLAN OF LIQUIDATION, WITHOUT FURTHER NOTICE OR HEARING. 11 U.S.C. § 502(b)(9). CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

DATED this 23rd day of January 2024.

| **FOX ROTHSCHILD LLP** | **MARSHACK HAYS WOOD LLP** |
|---|---|
| By: /s/ Nicholas A. Koffroth<br>Keith C. Owens (Bar No. 184841)<br>Nicholas A. Koffroth (Bar No. 287854)<br>Constellation Place<br>10250 Constellation Blvd., Suite 900<br>Los Angeles, California 90067<br>*Counsel for the Committee* | By: /s/ D. Edward Hays<br>D. Edward Hays (Bar No. 162507)<br>Laila Masud (Bar No. 311731)<br>870 Roosevelt<br>Irvine, California 92620<br>*General Counsel for Chapter 11 Trustee* |

1/25/24, 4:03 PM

Bank of America | Online Banking | Deposit | Account Activity

Accounts    Pay & Transfer    Rewards & Deals    Tools & Investing    Security Center    Open an Account    Help & Support

**Adv Plus Banking - 4160**

# $1,773.06

Keep the Change® savings transfers

Balance Connect® for overdraft protection

Beneficiaries

Paperless statements

## Transactions

**Currently viewing**     Search

Transaction history    Filter

Show deals:

| Posting date | Description | Type | Amount | Reconcile |
|---|---|---|---|---|

1/25/24, 4:03 PM                                                     Bank of America | Online Banking | Deposit | Account Activity

| Posting date | Description | Type | Amount | Reconcile |
|---|---|---|---|---|
| 06/26/2023 | PHXLAW DES:XXXXX24044 ID: INDN:Julissa Alvarez CO ID:XXXXX03026 WEB | Other Payment | | |
| 05/26/2023 | LGS HOLDCO LLC DES:ACH Collec ID:XXXXX47218 INDN:JulissaA.Alvarez CO... | Other Payment | | |
| 04/26/2023 | LEGAL FEE DES:Phoenix La ID:XXXXX83342 INDN:JulissaA.Alvarez CO ID:XXXXX5926 PPD | Other Payment | | |
| 03/27/2023 | LEGAL FEES DES:XXXXX24044 ID:XXXXX97583 INDN:JulissaA.Alvarez CO ID:XXXXX1365... | Other Payment | | |
| 02/27/2023 | LPG 949-229-6262 DES:DIRECT PAY ID:230224COVXOMS0N... | Other Payment | | |
| 01/26/2023 | LPG 949-229-6262 DES:DIRECT PAY ID:230125D8X7G2AI2... | Other Payment | | |
| 12/27/2022 | LPG 949-229-6262 DES:DIRECT PAY ID:221223NNRAA7FFS... | Other Payment | | |
| 11/29/2022 | LPG DES:Legal Serv ID:91571743 INDN:Julissa A. Alvarez CO... | Other Payment | | |
| 10/27/2022 | LPG XXXXX96262 DES:XXXXX44451 ID:2205761 INDN:Julissa Alvarez CO ID:XXXXX44451... | Other Payment | | |

1/25/24, 4:03 PM                                                Bank of America | Online Banking | Deposit | Account Activity

| Posting date | Description | Type | Amount | Reconcile |
|---|---|---|---|---|
| 09/27/2022 | LPG XXXXX96262 DES:XXXXX44451 ID:2181472 INDN:Julissa Alvarez CO ID:XXXXX44451... | Other Payment | | |
| 08/29/2022 | LPG XXXXX96262 DES:XXXXX44451 ID:2156666 INDN:Julissa Alvarez CO ID:XXXXX44451... | Other Payment | | |

**BankAmeriDeals®**

You've earned:

**10%**          **15%**

