| | FOR COURT USE ONLY<br><br>**FILED**<br>SEP 15 2025<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:               Deputy Clerk |
|---|---|
| | **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION** |
| Name of Debtor(s) listed on the bankruptcy case:<br><br>THE LITIGATION PRACTICE GROUP PC,<br><br>Debtor | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: 11 |
| | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:   ☐ Debtor   ☐ Joint-Debtor   ☒ Creditor
   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s): Kimberly Jean Miller
   Mailing Address: 116 Evans Main St
   City, State, Zip Code: Oskaloosa, IA 52577

3. **New Address:**
   Mailing Address: 1810 Carbonado Rd
   City, State, Zip Code: Oskaloosa, IA 52577

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 9/4/2025     Kimberly J. Miller
                  Requestor's printed name(s)
                  Kimberly J. Miller
                  Requestor's signature(s)

                  Creditor [CLAIM NO. 1399]
                  Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                                                          F 1002-1.3.CHANGE.ADDRESS