FOR COURT USE ONLY

**FILED**
SEP 15 2025
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:  Deputy Clerk

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

Name of Debtor(s) listed on the bankruptcy case:

THE LITIGATION PRACTICE GROUP PC,

Debtor

CASE NO.: 8:23-bk-10571-SC

CHAPTER: 11

**CHANGE OF MAILING ADDRESS**

1. This change of mailing address is requested by:  ☐ Debtor   ☐ Joint-Debtor   ☒ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s): Anastasius L. Avist
   Mailing Address: 15200 Memorial Dr. Unit 3218
   City, State, Zip Code: Houston, Texas 77079

3. **New Address:**
   Mailing Address: 15200 Memorial Dr. Unit 3701
   City, State, Zip Code: Houston, Texas 77079

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 09/09/2025

Anastasius L. Avist
Requestor's printed name(s)

_[signature]_
Requestor's signature(s)

Creditor [CLAIM NO.
Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015

F 1002-1.3.CHANGE.ADDRESS