|  | FOR COURT USE ONLY |
|---|---|
|  | **FILED**<br>SEP 15 2025<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION****

Name of Debtor(s) listed on the bankruptcy case: LPG The Litigation Practice Group P.C.

CASE NO.: 23-bk-10571-SC
CHAPTER: 11

**CHANGE OF MAILING ADDRESS**

1. This change of mailing address is requested by:  ☐ Debtor  ☐ Joint-Debtor  ☒ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s): Anya Rae Khan
   Mailing Address: 1133 W. Wilson St. Apt F
   City, State, Zip Code: Batavia IL 60510

3. **New Address:**
   Mailing Address: 331 Robin Glen Ln.
   City, State, Zip Code: South Elgin IL 60177

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 9/2/2025

Anya Rae Khan
Requestor's printed name(s)

Anya Rae Khan
Requestor's signature(s)

_____
Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015

F 1002-1.3.CHANGE.ADDRESS