CHRISTOPHER CELENTINO (131688)
Christopher.Celentino@dinsmore.com
YOSINA LISSEBECK (201654)
Yosina.Lissebeck@dinsmore.com
CHRISTOPHER B. GHIO (259094)
Christopher.Ghio@dinsmore.com
DINSMORE & SHOHL LLP
655 W Broadway, Suite 800
San Diego, California 92101
Tele: (619) 400-0468
Fax: (619) 400-0501

Attorney to Richard A. Marshack
Trustee of the LPG Liquidation Trust

**FILED & ENTERED**

**SEP 18 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.<br><br>Debtor, | Chapter 11<br><br>Case No.: 8:23-bk-10571-SC<br><br>**ORDER GRANTING TRUSTEE'S MOTION FOR ORDER EXTENDING THE ESTATE'S TIME TO FILE ACTIONS GOVERNED BY 11 U.S.C. §§108, 546(a), AND 549(d)**<br><br>**Hearing**<br>Date:    September 17, 2025<br>Time:    1:30 p.m. (Pacific Time)<br>Judge:   Hon. Scott C. Clarkson<br>Location: Courtroom 5C<br>         411 West Fourth Street<br>         Santa Ana, CA 92701 |

Trustee, Richard A. Marshack's Second Motion For An Order Extending The Estate's Time To File Actions Governed By 11 U.S.C. §§108, 546(a), and 549(d) [Dkt. No. 2479] (the "Motion") came up for hearing before this Court on September 17, 2025 on the 1:30 p.m. calendar.  Prior to the hearing on the Motion, the Court published a tentative ruling to grant the Motion and excuse appearances.

For the reasons set forth in the Motion, and good cause appearing therefore, the Court orders as follows:

1

1. The Motion is GRANTED in its entirety;

2. The statute of limitations for Trustee to bring actions under 11 U.S.C. §§108, 546(a); and 549(d), which is set to expire on September 19, 2025 is extended up to and through January 16, 2026;

3. This Order shall not override any existing tolling agreements to which Trustee is a party;

4. With respect to defendants in adversary proceedings filed during the extension period who did not receive notice of the Motion, this Order is without prejudice to a statute of limitations defense.

**IT IS SO ORDERED.**

###

Date: September 18, 2025

Scott C. Clarkson
United States Bankruptcy Judge

2