**FILED**
SEP 2 3 2025
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| Name of Debtor(s) listed on the bankruptcy case: | CASE NO: 23-bk-10571-SC |
|---|---|
| THE LITIGATION PRACTICE GROUP | CHAPTER: |
| Debtor | |

## CHANGE OF MAILING ADDRESS

1. This change of mailing address is requested by:  ☒ Debtor  ☐ Joint-Debtor
   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s): GEORGENE E. SMITH
   Mailing Address: 1035 SOUTH MAIN ST, APT. 112
   City, State, Zip Code: DECATUR, ILLINOIS 62521

3. **New Address:**
   Mailing Address: 150 YORDY ROAD, APT. #119
   City, State, Zip Code: MORTON, ILLINOIS 61550

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail. You must also provide your DeBN account number below (DeBN account numbers can be located on the notice emailed court orders and notices).

   Debtor's DeBN account number _____
   Joint Debtor's DeBN account number _____

Date: September 12, 2025    GEORGENE E. SMITH
                            Requestor's printed name(s)

                            /s/ Georgene E. Smith
                            Requestor's signature(s)

                            Creditor CLAIM NO. 100876
                            Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
June 2015                                                         F 1002-1.3.CHANGE.ADDRESS