# Kelly Klein

159 Conover Road
East Windsor, NJ 08520
Phone: 609.510.2674
Email: KKlein2092@comcast.net



FILED

SEP 2 9 2025

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

September 18, 2025

**Via Certified Mail & Regular Mail**
Honorable Scott C. Clarkson:
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

**Via Email:** Yosina.lissebeck@dinsmore.com
Attorney Yosina M. Lissebeck
Dinsmore & Sholh LLP
Attorney for Richard A. Marshack
Liquidating Trustee of the LPG Liquidation Trust

RE:   **Case No: 23-bk-10571-SC**
      **The Litigation Practice Group, P.C**

Dear Honorable Scott C. Clarkson:

I respectfully write this letter to you in my capacity as a "previous consumer client of Debtor". I am not represented by counsel, as I cannot afford counsel, have been the victim of both the initial fraud by the Debtor and a tacit disenfranchisement by the actions that followed; and I continue to be hounded by creditors who were to have been "made whole" by the Estate.

It is my understanding that per the September 17, 2025 Notice of Hearing On Second Motion for An Order Extending the Estate's Time to File Action Governed by 11 U.S.C. §§108,546(a), AND 549(d) and in Trustee's capacity, the Trustee seeks to extend the Estate's time to file actions governed by 11 USC §§108,546(a), AND 549(d) to January 16, 2026 as they have "diligently investigated and untangled the complex affairs of Debtor, its principals, associates and affiliated businesses". The Trustee goes on to state that it has "recovered millions of dollars for the benefit of Debtor's numerous creditors, many of whom are the previous consumer clients of Debtor". I am not sure how any of the "previous clients" have been made whole. Many have simply been placed into the hands of another similar practice group without ever recovering on the initial fraud. I

chose not to continue the pattern of fraud but rather to hope that I would be "made whole" from the initial fraud.

What the Trustee failed to recognize is all of the LPG customers who have suffered including myself were not made whole. By way of background, in November 2019 I retained the services of the Litigation Practice Group to provide debt validation services and provided 24 monthly payments of $717.75 for a total of $17,226.00 to LPG only to find out years later that LPG never provided the validation services that they promised. As a result, I was served several lawsuits against me for the same debt I thought had been settled with those payments.

A claim was filed with the United States Bankruptcy Court on July 26, 2023 and August 7, 2023. On January 23, 2024 an email from Omni Agent Solutions was received regarding the Notice of Claims Bar Date and Proof of Claims, which indicated that the US Bankruptcy Court for the Central District of California, this honorable court, entered an Order Docket No. 804 settling the deadline of February 23, 2024 to file proofs of claim against the bankrupt estate of The Litigation Practice Group. Since the claim against the Litigation Practice Group occurred prior to March 2023, the claim was revised and reissued and repayment of the monies paid to The Litigation Practice Group in the amount of $17,226.00 for debt validation services that they never rendered was requested by me.

Since the New Order issued on September 17, 2025 seems to be based upon a course of events that does not reflect any diligence or commitment to the people who have suffered damages, namely the clients of LPG, I request that the Trustee also consider as they "continue to reveal additional defendants and maybe more important, more transfers of Debtor's money to existing defendants".

As customers of LPG, we invested a lot of money, trust, faith and confidence in LPG; but lost a whole lot more in the process. Many of us have had our entire lives turned upside down, if not wholeheartedly destroyed. The loss of financial stability/income and lawsuits were significant and has personally set me back significantly. It is disheartening to see that the Trustees are not interested in helping the common individual customers but rather focus only on the large "consumer clients" and frankly investors.

Furthermorre, there is no offer to provide free legal services to the customers of LPG who have already lost so much, nor has there ever been. Reading through all of the information on the docket, it does not appear that it was ever the intent. The purchaser of the portfolios went on to continue the same pattern and practice as LPG, namely asking for more money to settle claims which should already have been settled.

As such, I respectfully request that the Trustee with their extension of time, use its time effectively and efficiently and look to help all of the individual victims of LPG as they investigate and untangle the Debtor's affairs. In other words, while we may be viewed as insignificant victims of a massive fraud, I respectfully request that this Court consider that our lives and livelihoods were not insignificant and if the Trustee is to say that he has been

diligently trying to obtain recoveries for the victims, perhaps that Trustee shall take a moment to understand those of us who were truly victimized and continue to be so on a daily basis.

Very truly yours,

Kelly Klein

Cc: Yosina M. Lissebeck (State Bar No.201654) yosina.lissebeck@dinsmore.com
    Christopher Celentino (State Bar No. 131688) christopher.celentino@dinsmore.com
    Christopher B. Ghio (State Bar No. 259094) christopher.ghio@dinsmore.com