D. EDWARD HAYS, #162507
ehays@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys Liquidating Trustee,
RICHARD A. MARSHACK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No: 8-23-bk-10571-SC<br><br>Chapter 11<br><br>LIQUIDATING TRUSTEE'S REPLY IN SUPPORT OF SECOND MOTION FOR ORDER ESTABLISHING STREAMLINED PROCEDURES GOVERNING NEW ADVERSARY PROCEEDINGS BROUGHT BY TRUSTEE'S GENERAL COUNSEL<br><br><u>Hearing:</u><br>Date:   October 23, 2025<br>Time:   1:30 p.m.<br>Judge:  Hon. Scott C. Clarkson<br>Place:  Courtroom 5C<br>           411 W. Fourth Street<br>           Santa Ana, CA 92701 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

LIQUIDATING TRUSTEE'S REPLY IN SUPPORT OF SECOND MOTION FOR ORDER ESTABLISHING STREAMLINED
PROCEDURES GOVERNING NEW ADVERSARY PROCEEDINGS BROUGHT BY TRUSTEE'S GENERAL COUNSEL
4887-5831-6646

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

Richard A. Marshack, in his capacity as liquidating trustee of the LPG Liquidation Trust ("Trustee"), hereby submits this reply ("Reply") in support of the Second Motion for Order Establishing Streamlined Procedures Governing New Adversary Proceedings Brought by Trustee's General Counsel, filed on October 1, 2025, as Docket No. 2525 ("Motion").[1] In support of the Reply, the Trustee represents as follows:

## 1. Introduction

The Motion is the Trustee's second procedures motion. The first motion pertained to 140 adversary proceedings and drew only one response, which was subsequently withdrawn. The first procedures order has resulted in Trustee's counsel either settling, dismissing, or taking the default of 97 out of 140 cases. The Motion pertains to an additional 24 adversary proceedings. Out of all the defendants subject to the two motions, only Joe-Max Moore and Martha Moore (together, the "Moores") oppose the proposed procedures. As an initial note, to the extent the Moores oppose the Motion on behalf of any parties but themselves, they lack standing to do so. As to the merits, for the reasons explained in more detail below, the Moores fail to identify any provisions of the Second Procedures Order that are "problematic" like they suggest. The Trustee requests that the Court overrule the Moores' arguments and grant the Motion in its entirety.

## 2. Factual Background

On October 1, 2025, as Docket No. 2525, the Trustee filed the Motion.

On October 2, 2025, the Trustee filed an "Affidavit of Service" regarding the Motion. Docket No. 2530. The Affidavit of Service provides evidence that the Trustee served the Motion on the following parties:

/ / /

/ / /

/ / /

---

[1] All capitalized terms not otherwise defined in this Reply shall have the meaning ascribed to them in the Motion.

| Adversary Title | Defendant(s) | Adversary Number | Served in Affidavit of Service |
|---|---|---|---|
| Marshack v. HP IT Services Incorporated | HP IT Services Incorporated | 8:25-ap-01272-SC | X |
| Marshack v U.S. Bancorp, FKA Union Bank | U.S. Bancorp, fka Union Bank, a Delaware Corporation | 8:25-ap-01273-SC | X |
| Marshack v Vista Capital Management LLC | Vista Capital Management LLC | 8:25-ap-01274-SC | X |
| Marshack v Debt Dissolution LLC | Debt Dissolution LLC | 8:25-ap-01275-SC | X |
| Marshack v Innovative Staffing LLC | Innovative Staffing LLC | 8:25-ap-01276-SC | X |
| Marshack v. Galveston Newspapers Inc., dba Coast Monthly | Galveston Newspapers Inc., dba Coast Monthly | 8:25-ap-01277-SC | X |
| Marshack v Dodger Tickets LLC | Dodger Tickets LLC | 8:25-ap-01278-SC | X |
| Marshack v Baryeh Investment Inc | Baryeh Investment Inc | 8:25-ap-01279-SC | X |
| Marshack v. DS Diversity, LLC; DS Diversity LLC | DS Diversity, LLC; DS Diversity LLC | 8:25-ap-01292-SC | X |
| Marshack v. Efficient Money LLC | Efficient Money LLC | 8:25-ap-01281-SC | X |
| Marshack v. Hunter Lee Thompson 2011 Trust | Hunter Lee Thompson 2011 Trust | 8:25-ap-01280-SC | X |

| Marshack v. JG Holdings LLC | JG Holdings LLC | 8:25-ap-01290-SC | X |
| Marshack v. Joe-Max Moore, Martha Moore, Carl Moore | Joe-Max Moore, Martha Moore, Carl Moore | 8:25-ap-01289-SC | XX |
| Marshack v. Joseph Gabra | Joseph Gabra | 8:25-ap-01284-SC | X |
| Marshack v. Jenee Kurka (aka Jenee Devault), Robert Devault | Jenee Kurka (aka Jenee Devault), Robert Devault | 8:25-ap-01294-SC | XX |
| Marshack v. Liamia Group Inc | Liamia Group Inc | 8:25-ap-01288-SC | X |
| Marshack v. Longclaw, Inc. | Longclaw, Inc. | 8:25-ap-01287-SC | X |
| Marshack v. Nader Sepehr | Nader Sepehr | 8:25-ap-01282-SC | X |
| Marshack v. Oathkeeper, Inc. | Oathkeeper, Inc. | 8:25-ap-01283-SC | X |
| Marshack v. Pathways Financial Inc. (and Pathways Financial) | Pathways Financial Inc. (and Pathways Financial) | 8:25-ap-01286-SC | X |
| Marshack v. Pitney Bowes Inc. | Pitney Bowes Inc. | 8:25-ap-01293-SC | X |
| Marshack v. South Coast Consulting Inc. | South Coast Consulting Inc. | 8:25-ap-01285-SC | X |
| Marshack v. iMerge LLC | iMerge LLC | 8:25-ap-01291-SC | X |

LIQUIDATING TRUSTEE'S REPLY IN SUPPORT OF SECOND MOTION FOR ORDER ESTABLISHING STREAMLINED
PROCEDURES GOVERNING NEW ADVERSARY PROCEEDINGS BROUGHT BY TRUSTEE'S GENERAL COUNSEL
4887-5831-6646

| Marshack v. JPMorgan Chase Bank, National Association | JPMorgan Chase Bank, National Association | 8:25-ap-01298-SC | X |

On October 9, 2025, the Moores filed an opposition to the Motion ("Opposition"). Docket No. 2533.

**3.    Legal Argument**

   **A.    The Moores lack standing to bring the Opposition on behalf of any defendants but themselves. All other defendants can be deemed to have consented to entry of an order granting the Motion.**

Standing is a threshold issue in every federal litigation. *Savage & Assocs., P.C. v. Mandl (In re Teligent, Inc.)*, 417 B.R. 197, 209 (Bankr. S.D.N.Y. 2009). The question of standing is "whether the litigant is entitled to have the court decide the merits of the dispute or of the particular issues." *Id.* at 209-10 (quoting *Warth v. Seldin*, 422 U.S. 490, 498 (1975)). The inquiry involves both constitutional limitations on federal-court jurisdiction and prudential limitations on its exercise. *Id.* at 210 (citing *Warth*, 422 U.S. at 498). Constitutional standing "imports justiciability:" whether the plaintiff has made out a "case or controversy" between himself and the defendant within the meaning of Article III. *Id.* (quoting *Warth*, 422 U.S. at 498). To establish Article III standing, a party must show:

   (1) An injury in fact that is actual or imminent rather than conjectural or hypothetical;

   (2) The injury is "fairly traceable" to the conduct complained of; and

   (3) It is likely, as opposed to "speculative," that the injury will be redressed by a favorable decision.

*Id.* (citing *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560 (1992)); *see also Republic of the Marsh. Is. v. United States*, 865 F.3d 1187, 1199 (9th Cir. 2017) (noting that constitutional standing is derived from the "case and controversy" requirement of Article III of the Constitution and requires a plaintiff to demonstrate "injury in fact, causation, and redressability").

Prudential standing refers to the requirement that even when the plaintiff has alleged injury sufficient to meet the "case or controversy" requirement, the plaintiff generally must assert his own legal rights and interests, and cannot rest his claim to relief on the legal rights or interests of third parties. *In re Teligent*, 417 B.R. at 210 (citing *Warth*, 422 U.S. at 499).

The party asserting that it has standing bears the burden of establishing both constitutional and prudential standing. *Cty. of Imperial Treasurer-Tax Collector v. RW Meridian, LLC (In re RW Meridian LLC)*, 2017 Bankr. LEXIS 4172, at *4 (B.A.P. 9th Cir. Dec. 6, 2017); *see also Veal v. Am. Home Mortg. Servicing, Inc. (In re Veal)*, 450 B.R. 897, 907 n.11 (B.A.P. 9th Cir. 2011) (same). The "jurisdictional issue of standing can be raised at any time." *Ctr. for Biological Diversity v. Kempthorne*, 588 F.3d 701, 707 (9th Cir. 2009); *see also United States v. 7501 N.W. 210th St.*, 437 Fed.Appx. 754, 757-58 (10th Cir. 2011) (explaining that constitutional standing is a "threshold jurisdictional question" that the court may raise "at any time").

Here, to the extent that the Moores bring an objection on behalf of any parties but themselves, they do not even try to establish standing to do so. Nor can they. The Moores cannot possibly show that they would suffer an injury in fact due to the proposed procedures as to parties other than themselves, and thus they cannot establish the second and third elements of constitutional standing either. Further, the Moores cannot establish prudential standing to the extent that they assert the legal rights and interests of others.

The Moores specifically argue that "the Court may wish to consider whether it is appropriate to bind defendants in other cases who have not yet been served or who have not yet appeared in the respective adversary proceedings recently filed by the Trustee." Opposition at 4. All the defendants to the Second Adversary Actions have been served with the summons and complaints. More importantly, for the present dispute, the Trustee served the Motion on each of the named defendants to the Second Adversary Actions, and only the Moores elected to file a response. Pursuant to Local Bankruptcy Rule 9013-1(h), the Court may construe the defendants' lack of opposition to the Motion as consent to its granting. And, it may well be that the other defendants did not oppose the Motion because they wish to be subject to the terms of the Second Procedures Order.

**B.    Good cause exists for the Court to grant the Motion.**

It is unsurprising that the vast majority of the defendants did not oppose the Motion. Good cause to grant the Motion exists for the reasons set forth therein. Further, as discussed in the Motion, on April 1, 2025, the Trustee filed a similar motion to establish streamlined procedures regarding the First Adversary Actions ("First Procedures Motion"). Docket No. 2356. The Trustee received only one response to the First Procedures Motion, which was resolved by stipulation and subsequently withdrawn. Docket Nos. 2381, 2390-2.[2]

The procedures proposed in the First Procedures Motion and implemented by the First Procedures Order have proven very successful. The Trustee has either settled, dismissed, or taken the default of 97 out of 140 cases regarding the First Adversary Actions. Motion at 15 (Marshack Decl., ¶ 13).

The Moores fail to show that any of the identified provisions in their Opposition are, in fact, "problematic." The Trustee will address each of their objections in the same order as set forth in the Opposition.

(1) The Moores fail to identify any provision that "restrict[s] the parties' ability to communicate with the Court." They cite no authority in support of their First Amendment argument (beyond a vague reference to the "First Amendment" broadly). And, the Trustee has not suggested that any of the defendants are vexatious litigants such that *Ringgold-Lockhart* would apply. If anything, the proposed Second Procedures Order grants the defendants broader rights because they can agree to extend their response deadline up to 14 days without the need for a stipulation filed with the Court. The Second Procedures Order preserves the right for the parties to stipulate to an extension of the response date beyond 14 days from the date on the summons.

(2) The Second Procedures Order does not restrict the parties' ability to litigate and engage in formal discovery but simply imposes a stay on all litigation and formal discovery

---

[2] Had counsel for the Moores contacted Trustee's counsel to discuss the Second Procedures Order, Trustee's counsel would have gladly discussed reasonable procedures specific to the Moores' adversary proceeding. The Trustee remains willing to do so. Although for the reasons set forth herein, the Trustee does not agree that the so-called "Problematic Provisions" are, in fact, problematic.

7

LIQUIDATING TRUSTEE'S REPLY IN SUPPORT OF SECOND MOTION FOR ORDER ESTABLISHING STREAMLINED PROCEDURES GOVERNING NEW ADVERSARY PROCEEDINGS BROUGHT BY TRUSTEE'S GENERAL COUNSEL
4887-5831-6646

through January 14, 2026, at which time litigation and formal discovery may proceed if the cases are not yet resolved.

(3) The Moores claim that the "successors and assigns" are "unknown," Opposition at 2, but the Second Procedures Order identifies them as "Plaintiffs in the Second Adversary Actions." Motion at 8, 24. The use of the term "alleged claims" clearly means the claims that were actually alleged in the Second Adversary Actions. Section B(iv)(Defendants)(b) of the Second Procedures Order is clear as written, and no other defendants to the First Adversary Actions or the Second Adversary Actions seem to have had difficulty understanding the language. And, to the extent the Moores oppose contempt proceedings that have not been commenced, Opposition at 2-3 (citing *FTC v. Affordable Media, LLC*, 179 F.3d 1228, 1239 (9th Cir. 1999)), such dispute is not ripe.

(4) Section B(iv)(Defendants)(c) applies only to the extent any defendant claims that he or she is financially incapable of responding to the demand in the complaint and wants the Trustee to consider such claim in connection with settlement negotiations. Motion at 24. The Moores do not suggest that this provision would even apply to them. And, in *Gomez*, the court prohibited a plaintiff from seeking information regarding the defendant's personal assets where the plaintiff had "not yet made Defendant's finances an issue." *Gomez v. Hernandez*, 2020 U.S.Dist.LEXIS 210983, at *13 (C.D. Cal. Oct. 9, 2020). The court specifically found it "difficult to see how Defendant's financial information could possibly demonstrate, or reasonably lead to information demonstrating, whether Defendant operated her vehicle negligently." *Id.* Here, in contrast, Section B(iv)(Defendants)(c) applies only if a defendant places his or her financial situation at issue.[3]

---

[3] To the extent the Moores assert a right to privacy in personal financial records, the Trustee highlights that a similar argument was raised by the defendants in *McBeth v. Sahani*, Case No. 9:18-ap-01040-DS, ECF No. 307 ("Motion to Quash Subpoenas to Financial Institutions; or, in the Alternative, Motion for Protective Order Re: Subpoena for Testimony and Production"). There, the defendants sought to quash third-party subpoenas for financial records, arguing, *inter alia*, that they had a "right to financial privacy." *McBeth v. Sahani*, Case No. 9:18-ap-01040-DS, ECF No. 307, at 14-16. The court, the Hon. Deborah J. Saltzman presiding, denied the motion to quash. *McBeth v. Sahani*, Case No. 9:18-ap-01040-DS, ECF No. 356 (Bankr. C.D. Cal. Dec. 23, 2022) ("Order Denying Motion to Quash Subpoenas to Financial Institutions; or, in the Alternative, Motion for Protective Order Re: Subpoena for Testimony and Production").

(5) Pursuant to FRCP 26(b)(1), made applicable by FRBP 7026, parties may obtain discovery that is, *inter alia*, "proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit." The Moores fail to address how the proposed deadlines identified in Section B(v) of the Second Procedures Order implicate any of the proportionality factors.

(6) Section B(ix) of the Second Procedures Order provides: "The failure of any party to diligently prosecute their claims or defenses, including failing to timely comply with the Second Procedures Order, *may* result in the complaint or answer being stricken. *Upon notice and a hearing*, a party's failure to appear at the Joint Conference or otherwise comply with the Second Procedures Order, *may* result in any response to the complaint being stricken and their default being entered." Motion at 25 (emphasis added). The language that the Moores propose be added is unnecessary, as parties will be afforded notice and a hearing.

## 4. Conclusion

For the reasons set forth above and in the Motion, the Trustee respectfully requests that this Court overrule the Moores' opposition and enter an order granting the Motion in its entirety.

DATED: October 16, 2025                MARSHACK HAYS WOOD LLP

By: ____/s/ Bradford N. Barnhardt____
D. EDWARD HAYS
AARON E. DE LEEST
BRADFORD N. BARNHARDT
Attorneys for Chapter 11 Trustee and Liquidating Trutsee, RICHARD A. MARSHACK

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **LIQUIDATING TRUSTEE'S REPLY IN SUPPORT OF SECOND MOTION FOR ORDER ESTABLISHING STREAMLINED PROCEDURES GOVERNING NEW ADVERSARY PROCEEDINGS BROUGHT BY TRUSTEE'S GENERAL COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 16, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **October 16, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**DEBTOR – MAIL REDIRECTED TO TRUSTEE**
THE LITIGATION PRACTICE GROUP P.C.
~~17542 17TH ST~~
~~SUITE 100~~
~~TUSTIN, CA 92780-1981~~

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 16, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

**VIA EMAIL:**
**MONITOR**
Nancy Rapoport
nancy.rapoport@unlv.edu

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 16, 2025 | Cythia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          **F 9013-3.1.PROOF.SERVICE**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: CONTINUED:

- **INTERESTED PARTY COURTESY NEF: Joseph E Addiego**    joeaddiego@dwt.com, ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com
- **INTERESTED PARTY COURTESY NEF:** Kyra E Andrassy kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Bradford Barnhardt**    bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR AFFIRMA, LLC and CREDITOR OXFORD KNOX, LLC: Eric Bensamochan**    eric@eblawfirm.us, G63723@notify.cincompass.com
- **ATTORNEY FOR DEFENDANT LEUCADIA ENTERPRISES, INC.: Michael Jay Berger**    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **INTERESTED PARTY COURTESY NEF: Ethan J Birnberg**    birnberg@portersimon.com, reich@portersimon.com
- **ATTORNEY FOR RICHARD A. MARSHACK, TRUSTEE OF THE LPG LIQUIDATING TRUST:** Anthony Bisconti    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **INTERESTED PARTY COURTESY NEF:** Andre Boniadi    aboniadi@bzlegal.com
- **ATTORNEY FOR SLATE ADVANCE LLC & MYNT ADVANCE, LLC:** Joseph Boufadel    jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Peter W Bowie**    peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- **INTERESTED PARTY COURTESY NEF: Samuel Mushegh Boyajian**    samuel@marguliesfaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com
- **INTERESTED PARTY COURTESY NEF:** Brian Boyd    brian.boyd@dinsmore.com, tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com
- **ATTORNEY FOR CREDITOR SDCO TUSTIN EXECUTIVE CENTER, INC: Ronald K Brown**    ron@rkbrownlaw.com
- **ATTORNEY FOR CREDIT REPORTING SERVICES, INC.:** Manon Burns    mburns@awglaw.com
- **INTERESTED PARTY COURTESY NEF:** Kevin M Capuzzi    kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **INTERESTED PARTY COURTESY NEF:** Thomas H Casey    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Christopher Celentino**    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **ATTORNEY FOR CREDITOR ELIZABETH A. SHORE: Michael F Chekian**    mike@cheklaw.com, chekianmr84018@notify.bestcase.com
- **INTERESTED PARTY COURTESY NEF: Shawn M Christianson**    cmcintire@buchalter.com, schristianson@buchalter.com
- **INTERESTED PARTY COURTESY NEF: Randall Baldwin Clark**    rbc@randallbclark.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Bryan Cockroft    bryan.cockroft@dinsmore.com
- **INTERESTED PARTY COURTESY NEF:** Baruch C Cohen    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **ATTORNEY FOR DEFENDANT LISA COHEN and DEFENDANT ROSA BIANCA LOLI: Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **INTERESTED PARTY COURTESY NEF:** Nicholas S Couchot    ncouchot@swlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Cara Daggitt**    cara.daggitt@dinsmore.com, Keegan.Giblin@Dinsmore.com
- **ATTORNEY FOR DEFENDANT MORNING LAW GROUP, P.C.: Michael W Davis**    mdavis@dtolaw.com, ygodson@dtolaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Aaron E. De Leest    adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Devan De los Reyes    ddelosreyes@marshackhays.com, ddelosreyes@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF: Anthony Paul Diehl**    anthony@apdlaw.net, Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net
- **INTERESTED PARTY COURTESY NEF: Ashley Dionisio**    adionisio@omniagnt.com
- **ATTORNEY FOR INTERESTED PARTY NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEYS and INTERESTED PARTY NATIONAL CONSUMER BANKRUPTCY RIGHTS CENTER : Jenny L Doling**    jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- **INTERESTED PARTY COURTESY NEF: Jamie P Dreher**    jdreher@downeybrand.com, amasson@downeybrand.com;courtfilings@downeybrand.com
- **ATTORNEY FOR CREDITOR CAROLYN BEECH: Daniel A Edelman**    dedelman@edcombs.com, courtecl@edcombs.com
- **INTERESTED PARTY COURTESY NEF: Howard M Ehrenberg**    Howard.Ehrenberg@gmlaw.com, hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com
- **INTERESTED PARTY COURTESY NEF: Lexi J. Epley**    lexi.epley@dinsmore.com, angelica.urena@dinsmore.com
- **CREDITOR: Meredith Fahn**    fahn@sbcglobal.net
- **INTERESTED PARTY COURTESY NEF:** Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **ATTORNEY FOR CREDITOR VALIDATION PARTNERS LLC: William P Fennell**    william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com
- **INTERESTED PARTY COURTESY NEF:** Jesse S Finlayson    jfinlayson@ftrlfirm.com, hkader@ftrlfirm.com
- **INTERESTED PARTY COURTESY NEF: Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- **ATTORNEY FOR DEFENDANT CLEAR VISION LLC dba LIBERTY1 FINANCIAL: Marc C Forsythe**    mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jeremy Freedman**    jeremy.freedman@dinsmore.com, nicolette.murphy@dinsmore.com
- **ATTORNEY FOR CREDITOR HERRET CREDIT: Eric Gassman**    erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com
- **INTERESTED PARTY COURTESY NEF: Yisrael Gelb**    **yisrael@gelblawapc.com**
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Christopher Ghio**    Christopher.Ghio@dinsmore.com, angelica.urena@dinsmore.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Christopher Ghio**    christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com
- **ATTORNEY FOR CREDITOR AMY GINSBURG; CREDITOR KENTON COBB; and CREDITOR SHANNON BELLFIELD: Amy Lynn Ginsburg**    efilings@ginsburglawgroup.com
- **INTERESTED PARTY COURTESY NEF: Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **ATTORNEY FOR DEFENDANT STRIPE, INC: Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **ATTORNEY FOR CREDITOR AFFIRMA, LLC; CREDITOR ANAHEIM ARENA MANAGEMENT, LLC; CREDITOR ANAHEIM DUCKS HOCKEY CLUB, LLC; and CREDITOR OXFORD KNOX, LLC: Jeffrey I Golden**    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com; lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC: Richard H Golubow**    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

- **ATTORNEY FOR CREDITOR UNITED PARTNERSHIPS, LLC: David M Goodrich**   dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Spencer Keith Gray   spencer.gray@dinsmore.com
- **INTERESTED PARTY COURTESY NEF:** Mary H Haas   maryhaas@dwt.com, melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com
- **INTERESTED PARTY COURTESY NEF:** David S Hagen   davidhagenlaw@gmail.com, LawOfficesofDavidSHagenCA1@jubileebk.net
- **INTERESTED PARTY COURTESY NEF:** Asa S Hami   asa.hami@gmlaw.com, ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF:** Bernard M Hansen   bernardmhansen@sbcglobal.net
- **INTERESTED PARTY COURTESY NEF:** Stella A Havkin   stella@havkinandshrago.com, shavkinesq@gmail.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): D Edward Hays**   ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF:** Geoffrey A Heaton   gheaton@duanemorris.com, kramos@duanemorris.com
- **INTERESTED PARTY COURTESY NEF:** Carson Heninger   heningerc@gtlaw.com, carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com
- **INTERESTED PARTY COURTESY NEF:** Btzalel Hirschhorn   bhirschhorn@sbagk.com
- **ATTORNEY FOR CREDITOR CITY CAPITAL NY: Alan Craig Hochheiser**   ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Karen Hockstad   karen.hockstad@dinsmore.com, kim.beavin@dinsmore.com
- **ATTORNEY FOR CREDITOR DEBT VALIDATION FUND II, LLC; CREDITOR MC DVI FUND 1, LLC; and CREDITOR MC DVI FUND 2, LLC: Garrick A Hollander**   ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **ATTORNEY FOR CREDITOR SHARP ELECTRONICS CORPORATION: Brian L Holman**   b.holman@musickpeeler.com
- **INTERESTED PARTY COURTESY NEF:** Richard L. Hyde   rhyde@awglaw.com
- **INTERESTED PARTY COURTESY NEF:** Brandon J. Iskander   biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **ATTORNEY FOR INTERESTED PARTY MERCHANTS CREDIT CORPORATION: Peter L Isola**   pisola@hinshawlaw.com, rmojica@hinshawlaw.com,iking@hinshawlaw.com
- **ATTORNEY FOR CREDITOR, PLAINTIFF, and COUNTER-DEFENDANT OHP-CDR, LP and PLAINTIFF and COUNTER-DEFENDANT PURCHASECO 80, LLC: Razmig Izakelian**   razmigizakelian@quinnemanuel.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Veneeta Jaswal**   veneeta.jaswal@dinsmore.com, bonnie.connolly@dinsmore.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Sara Johnston**   sara.johnston@dinsmore.com
- **INTERESTED PARTY COURTESY NEF:** Leslie K Kaufman   kaufman_kaufman.bankruptcy@yahoo.com, kaufmanlr98210@notify.bestcase.com
- **ATTORNEY FOR FIDELITY NATIONAL INFORMATION SERVICES, INC. DBA FIS: Sweeney Kelly**   kelly@ksgklaw.com
- **ATTORNEY FOR DEBTOR THE LITIGATION PRACTICE GROUP P.C.: Joon M Khang**   joon@khanglaw.com
- **ATTORNEY FOR INTERESTED PARTY AD HOC CONSUMER CLAIMANTS COMMITTEE: Ira David Kharasch**   ikharasch@pszjlaw.com
- **ATTORNEY FOR DEFENDANT GALLANT LAW GROUP: Meredith King**   mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS: Nicholas A Koffroth**   nkoffroth@foxrothschild.com, khoang@foxrothschild.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

- **ATTORNEY FOR DEFENDANT MARICH BEIN, LLC: David S Kupetz**    David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com
- **INTERESTED PARTY COURTESY NEF: Christopher J Langley**    chris@slclawoffice.com, langleycr75251@notify.bestcase.com;ecf123@casedriver.com;john@slclawoffice.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Kelli Ann Lee**    Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com
- **ATTORNEY DEFENDANT OPTIMUMBANK HOLDINGS, INC: Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, P.C.; DEFENDANT LGS HOLDCO, LLC; INTERESTED PARTY CONSUMER LEGAL GROUP, P.C.; and INTERESTED PARTY LIBERTY ACQUISITIONS GROUP INC: Daniel A Lev**    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **ATTORNEY FOR INTERESTED PARTY REVOLV3, INC.: Britteny Leyva**    bleyva@mayerbrown.com, 2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com
- **INTERESTED PARTY COURTESY NEF ADVERSARY PROCEEDING #: 8:23-AP-01148-SC: Marc A Lieberman**    marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- **ATTORNEY FOR CREDITOR PHILLIP A GREENBLATT, PLLC: Michael D Lieberman**    mlieberman@lipsonneilson.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Yosina M Lissebeck**    Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;Wendy.Yones@Dinsmore.com
- **ATTORNEY FOR CREDITOR FUNDURA CAPITAL GROUP: Mitchell B Ludwig**    mbl@kpclegal.com, kad@kpclegal.com
- **INTERESTED PARTY COURTESY NEF: Charity J Manee**    cmanee@goeforlaw.com, kmurphy@goeforlaw.com
- **INTERESTED PARTY AND ATTORNEY: Daniel S March**    marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com
- **ATTORNEY FOR CREDITOR and DEFENDANT GREYSON LAW CENTER PC, CREDITOR and DEFENDANT HAN TRINH; and CREDITOR and DEFENDANT PHUONG (JAYDE) TRINH: Kathleen P March**    kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Suzanne Marino    suzanne.marino@dinsmore.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Joshua I. Marrone    joshua.marrone@dinsmore.com
- **CHAPTER 11 TRUSTEE: Richard A Marshack (TR)**    pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR RICHARD A. MARSHACK, PLAINTIFF AND TRUSTEE OF THE LPG LIQUIDATION TRUST: Mason**    jeana.mason@dinsmore.com, ashlynn.harrison@dinsmore.com;stella.laroe@dinsmore.com
- **ATTORNEY FOR RICHARD A. MARSHACK, PLAINTIFF AND TRUSTEE OF THE LPG LIQUIDATION TRUST: Caroline Massey**    caroline.massey@dinsmore.com, lizbeth.alonso@dinsmore.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Sarah S. Mattingly**    sarah.mattingly@dinsmore.com
- **INTERESTED PARTY COURTESY NEF: Tony May**    tmay@maybrocklaw.com
- **INTERESTED PARTY COURTESY NEF: Noah K McCall**    nmccall@rschauerlaw.com, NAnderson@RSchauerLaw.com
- **INTERESTED PARTY COURTESY NEF: William McCormick**    Bill.McCormick@ag.tn.gov
- **ATTORNEY FOR CREDITORS/DEFENDANTS SABIA FINANCIAL, INC, AN ILLINOIS CORPORATION; FRANK DAL BELLO, AN INDIVIDUAL; AND CHAD ROTHROCK, AN INDIVIDUAL:** Jeffrey A. Meinhardt    jmeinhardt@silverandarsht.com
- **ATTORNEY FOR US TRUSTEE:** Kristin T Mihelic    kristin.t.mihelic@usdoj.gov
- **ATTORNEY FOR US TRUSTEE: Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **INTERESTED PARTY COURTESY NEF: Byron Z Moldo**    bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com
- **ATTORNEY FOR CREDITOR ADP, INC: Glenn D. Moses**    gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Jamie D Mottola    Jamie.Mottola@dinsmore.com, wendy.yones@dinsmore.com;deamira.romo@dinsmore.com
- **INTERESTED PARTY COURTESY NEF:** Randall P Mroczynski    randym@cookseylaw.com
- **INTERESTED PARTY COURTESY NEF:** Alan I Nahmias    anahmias@mbn.law, jdale@mbn.law
- **INTERESTED PARTY COURTESY NEF:** Victoria Newmark    vnewmark@pszjlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Jacob Newsum-Bothamley    jacob.bothamley@dinsmore.com, angelica.urena@dinsmore.com;deamira.romo@dinsmore.com
- **CREDITOR: Israel Orozco**    israel@iolawcorp.com
- **ATTORNEY FOR COMMITTEE OF UNSECURED CREDITORS: Keith C Owens**    kowens@foxrothschild.com, khoang@foxrothschild.com
- **INTERESTED PARTY COURTESY NEF:** Brian A Paino    bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com;crico@hinshawlaw.com
- **ATTORNEY FOR DEFENDANT OPTIMUMBANK HOLDINGS, INC.: Lisa Patel**    lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com
- **ATTORNEY FOR RICHARD A. MARSHACK, PLAINTIFF AND TRUSTEE OF THE LPG LIQUIDATION TRUST: Julian Parker Pecora**    julian.pecora@dinsmore.com, Tracey.Hebert@Dinsmore.com
- **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC: Michael R Pinkston**    rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com
- **INTERESTED PARTY COURTESY NEF:** Christopher L Pitet    cpitet@apjuris.com, bferik@apjuris.com
- **ATTORNEY FOR RICHARD A. MARSHACK, PLAINTIFF AND TRUSTEE OF THE LPG LIQUIDATION TRUST: Richard D. Porotsky**    maria.rother@dinsmore.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Tyler Powell**    tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;rosetta.mitchell@dinsmore.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Laila Rais**    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF:** Brett Ramsaur    brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com
- **INTERESTED PARTY COURTESY NEF:** Donald W Reid    don@donreidlaw.com, 5969661420@filings.docketbird.com
- **ATTORNEY FOR DEFENDANT TOUZI CAPITAL, LLC and DEFENDANT ENG TAING: Daniel H Reiss**    dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **ATTORNEY FOR CREDITOR UNIFIED GLOBAL RESEARCH GROUP, INC.: Vincent Renda**    vr@pinlegal.com, ld@pinlegal.com
- **INTERESTED PARTY COURTESY NEF:** Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- **ATTORNEY FOR DEFENDANT CONSUMER LEGAL GROUP, PC: Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **ATTORNEY FOR MORNING LAW GROUP, P.C.:** Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **INTERESTED PARTY COURTESY NEF:** Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com;sean-wilson-0462@ecf.pacerpro.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Vanessa Rodriguez**    vanessa.rodriguez@dinsmore.com, angelica.urena@dinsmore.com
- **ATTORNEY FOR CREDITOR WELLS MARBLE AND HURST, PLLC: Kevin Alan Rogers**    krogers@wellsmar.com
- **ATTORNEY FOR DEFENDANT STEVEN D. SILVERSTEIN: Larry Rothman**    tocollect@aol.com
- **ATTORNEY FOR CREDITOR MARI AGAPE: Gregory M Salvato**    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **INTERESTED PARTY COURTESY NEF:** Richik Sarkar    richik.sarkar@dinsmore.com, Noreen.Leciejewski@dinsmore.com
- **INTERESTED PARTY COURTESY NEF:** Joshua L Scheer    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

- **ATTORNEY FOR CREDITOR AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC: Olivia Scott**    olivia.scott3@bclplaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Jonathan Serrano**    Jonathan@MarguliesFaithLaw.com, vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com
- **INTERESTED PARTY COURTESY NEF:** Abdul Shahid    abdulwasay.shahid@dinsmore.com
- **ATTORNEY FOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC: Maureen J Shanahan**    Mstotaro@aol.com
- **ATTORNEY FOR CREDITORS UNITED PARTNERSHIPS, LLC and MNS FUNDING LLC: Paul R Shankman**    PShankman@fortislaw.com, info@fortislaw.com
- **ATTORNEY FOR DEBT RESOLUTION DIRECT, LLC:** Brian L Shaw    bshaw@cozen.com, cknez@cozen.com
- **ATTORNEY FOR INTERESTED PARTY MORNING LAW GROUP, PC: Zev Shechtman**    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com
- **ATTORNEY FOR DEFENDANT BRANDON TURNER:** Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com;tanya@shinbrotfirm.com
- **INTERESTED PARTY COURTESY NEF: Jeffrey M Singletary**    jsingletary@swlaw.com, rmckay@swlaw.com
- **INTERESTED PARTY COURTESY NEF:** Jeffrey B Smith    jsmith@cgsattys.com, vphillips@cgsattys.com
- **ATTORNEY FOR RICHARD A. MARSHACK, PLAINTIFF AND TRUSTEE OF THE LPG LIQUIDATION TRUST: Matthew Sommer**    matthew.sommer@dinsmore.com, carrie.davis@dinsmore.com
- **INTERESTED PARTY COURTESY NEF:** Michael G Spector    mgspector@aol.com, mgslawoffice@aol.com
- **ATTORNEY FOR CREDITOR PIONEER FUNDING GROUP, LLC: Adam D Stein-Sapir**    info@pfllc.com
- **ATTORNEY FOR DEFENDANT BANKUNITED, N.A.: Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Matthew S Steinberg    msteinberg@cozen.com, arincon@cozen.com;BPosivak@cozen.com;matthew-steinberg-5925@ecf.pacerpro.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** John H. Stephens    john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com
- **ATTORNEY FOR CREDITOR ALTERYX, INC.: Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** Matthew J Stockl    matthew.stockl@dinsmore.com, katrice.ortiz@dinsmore.com
- **INTERESTED PARTY COURTESY NEF:** Derrick Talerico    dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- **ATTORNEY FOR CREDITOR RANDALL BALDWIN CLARK ATTORNEY AT LAW PLLC and INTERESTED PARTY RANDALL BALDWIN CLARK: Michael R Totaro**    Ocbkatty@aol.com
- **US TRUSTEE: United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **INTERESTED PARTY COURTESY NEF: Belinda M Vega**    apark@venable.com
- **INTERESTED PARTY COURTESY NEF:** Alexandra W Wahl    alex.wahl@wickphillips.com
- **ATTORNEY FOR WITNESS BRADFORD LEE 8:23-ap-01046-SC: William J Wall**    wwall@wall-law.com
- **INTERESTED PARTY COURTESY NEF:** Gerrick Warrington    gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com
- **ATTORNEY FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR):** J Tanner Watkins    tanner.watkins@dinsmore.com, julie.mason@dinsmore.com;nathan.hall@dinsmore.com;molly.mattingly@dinsmore.com
- **ATTORNEY FOR CREDITOR and DEFENDANT AZZURE CAPITAL LLC and CREDITOR HI BAR CAPITAL LLC: Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- **INTERESTED PARTY COURTESY NEF:** Scott W Wellman    swellman@w-wlaw.com, jklein@w-wlaw.com
- **ATTORNEY FOR CREDITOR DEBT RELIEF GROUP, LLC: Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com
- **INTERESTED PARTY COURTESY NEF:** Reilly D Wilkinson    rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF:** Reid A Winthrop    reid@winthroplawgroup.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

- **CLAIM AGENT FOR CHAPTER 11 TRUSTEE RICHARD A MARSHACK (TR): Reina Zepeda**   rzepeda@omniagnt.com
- **INTERESTED PARTY COURTESY NEF:** Isaac R Zfaty    izfaty@muchlaw.com, jnguyen@muchlaw.com;esantos@muchlaw.com;chess@muchlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**