

**FILED & ENTERED**

**OCT 20 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>Debtor. | Case No.: 8:23-bk-10571-SC<br><br>CHAPTER 11<br><br>**ORDER CONTINUING HEARING ON CHAPTER 11 TRUSTEE, RICHARD A. MARSHACK'S SUBSTANTIVE OMNIBUS OBJECTION TO PROOF OF CLAIM FILED BY (1) PHUONG "JAYDE" TRINH; (II) SHERI CHEN; (III) JUSTIN NGUYEN; (IV) HAN TRINH; (V) ISRAEL OROZCO; (VI) SCOTT EADIE; (VII) KEVIN KURKA; AND (VIII) AZEVEDO SOLUTIONS GROUP, INC.**<br><br><u>Vacated Hearing:</u><br>Date:     October 23, 2025<br>Time:     1:30 p.m.<br>Courtroom: 5C<br><br><u>Continued Hearing:</u><br>Date:     November 20, 2025<br>Time:     1:30 p.m.<br>Courtroom: 5C |

    The Court finds good cause to CONTINUE the hearing on Chapter 11 Trustee Richard A. Marshack's Substantive Omnibus Objection to Proofs of Claim Filed by (I)

-1-

Phuong "Jayde" Trinh; (II) Sheri Chen; (III) Justin Nguyen; (IV) Han Trinh; (V) Israel Orozco; (VI) Scott Eadie; (VII) Kevin Kurka; and (VIII) Azevedo Solutions Group, Inc. filed September 19, 2024 [Dk. 1707] ("Omnibus Objection") from October 23, 2025 to November 20, 2025 at 1:30 p.m. and VACATE the October 23, 2025 hearing on the Omnibus Objection.

This hearing has been continued in accordance with the *Shutdown Plan*, which was adopted by the Court pursuant to Volume 13, Chapter 2, Section 230.50 of the *Guide to Judiciary Policy* and the Office of General Counsel's memorandum dated October 13, 2023, to address a lapse in appropriations for the Judiciary. This hearing may be continued further, from time to time, in accordance with the *Shutdown Plan*. Pursuant to the Anti-Deficiency Act, certain work may continue during a lapse of appropriations if it involves an "emergenc[y] involving the safety of human life or the protection of property." If you believe that this matter constitutes such an emergency, you may file a written application to be heard by the Court sooner than the specified continuation date.

**IT IS SO ORDERED.**

###

Date: October 20, 2025

Scott C. Clarkson
United States Bankruptcy Judge