

**FILED & ENTERED**

OCT 20 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>Debtor. | Case No.: 8:23-bk-10571-SC<br><br>CHAPTER 11<br><br>**ORDER CONTINUING HEARING ON SECOND MOTION FOR ORDER ESTABLISHING STREAMLINED PROCEDURES GOVERNING NEW ADVERSARY PROCEEDINGS BROUGHT BY TRUSTEE'S GENERAL COUNSEL**<br><br><u>Vacated Hearing</u>:<br>Date:       October 23, 2025<br>Time:       1:30 p.m.<br>Courtroom: 5C<br><br><u>Continued Hearing</u>:<br>Date:       November 20, 2025<br>Time:       1:30 p.m.<br>Courtroom: 5C |

    The Court finds good cause to CONTINUE the hearing on the Second Motion for Order Establishing Streamlined Procedures Governing New Adversary Proceedings Brought by Trustee's General Counsel filed October 1, 2025 [Dk. 2525] ("Motion") from

-1-

October 23, 2025 to November 20, 2025 at 1:30 p.m. and VACATE the October 23, 2025 hearing on the Motion.

This hearing has been continued in accordance with the *Shutdown Plan*, which was adopted by the Court pursuant to Volume 13, Chapter 2, Section 230.50 of the *Guide to Judiciary Policy* and the Office of General Counsel's memorandum dated October 13, 2023, to address a lapse in appropriations for the Judiciary. This hearing may be continued further, from time to time, in accordance with the *Shutdown Plan*. Pursuant to the Anti-Deficiency Act, certain work may continue during a lapse of appropriations if it involves an "emergenc[y] involving the safety of human life or the protection of property." If you believe that this matter constitutes such an emergency, you may file a written application to be heard by the Court sooner than the specified continuation date.

**IT IS SO ORDERED.**

###

Date: October 20, 2025

Scott C. Clarkson
United States Bankruptcy Judge