United States Bankruptcy Court

Central District of California

In re:                                                          Case No. 23-10571-SC

The Litigation Practice Group P.C.                              Chapter 11

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8                 User: admin                        Page 1 of 21

Date Rcvd: Oct 20, 2025             Form ID: pdf042                Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#             Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2025:**

**Recip ID      Recipient Name and Address**
db             #+   The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2025              Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2025 at the address(es) listed below:**

**Name                    Email Address**

Aaron E. De Leest
                        on behalf of Creditor Phuong (Jayde) Trinh adeleest@marshackhays.com
                        adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Aaron E. De Leest
                        on behalf of Plaintiff Richard A. Marshack adeleest@marshackhays.com
                        adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Aaron E. De Leest
                        on behalf of Plaintiff Richard A Marshack adeleest@marshackhays.com
                        adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Aaron E. De Leest
                        on behalf of Creditor Han Trinh adeleest@marshackhays.com  adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Aaron E. De Leest
    on behalf of Trustee Richard A Marshack (TR) adeleest@marshackhays.com
    adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Abdul Shahid
    on behalf of Plaintiff Richard A Marshack abdulwasay.shahid@dinsmore.com  wendy.yones@dinsmore.com

Adam D Stein-Sapir
    on behalf of Creditor Pioneer Funding Group  LLC info@pfllc.com

Alan Craig Hochheiser
    on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com  arodriguez@mauricewutscher.com

Alan I Nahmias
    on behalf of Interested Party Courtesy NEF anahmias@mbn.law  jdale@mbn.law

Alan W Forsley
    on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com
    awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com

Alan W Forsley
    on behalf of Creditor Anthem Blue Cross of California alan.forsley@flpllp.com
    awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com

Alexandra W Wahl
    on behalf of Defendant Eng Taing alex.wahl@wickphillips.com

Alexandra W Wahl
    on behalf of Defendant PECC Corp. alex.wahl@wickphillips.com

Alexandra W Wahl
    on behalf of Defendant PECC Corp alex.wahl@wickphillips.com

Alexandra W Wahl
    on behalf of Defendant Touzi Capital  LLC alex.wahl@wickphillips.com

Amy Lynn Ginsburg
    on behalf of Creditor Amy Ginsburg efilings@ginsburglawgroup.com

Amy Lynn Ginsburg
    on behalf of Creditor Shannon Bellfield efilings@ginsburglawgroup.com

Amy Lynn Ginsburg
    on behalf of Creditor Kenton Cobb efilings@ginsburglawgroup.com

Andre Boniadi
    on behalf of Defendant John Sandoval aboniadi@bzlegal.com

Andre Boniadi
    on behalf of Defendant Joco Enterprises LLC aboniadi@bzlegal.com

Andrew Still
    on behalf of Creditor Alteryx  Inc. astill@swlaw.com, kcollins@swlaw.com

Andrew Still
    on behalf of Interested Party Courtesy NEF astill@swlaw.com  kcollins@swlaw.com

Andrew Still
    on behalf of Plaintiff Alteryx  Inc. astill@swlaw.com, kcollins@swlaw.com

Anthony Bisconti
    on behalf of Plaintiff Richard A. Marshack tbisconti@bklwlaw.com  1193516420@filings.docketbird.com,docket@bklwlaw.com

Anthony Paul Diehl
    on behalf of Interested Party Courtesy NEF anthony@apdlaw.net
    Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net,9143954420@filings.docketbird.com,a.diehl@fortralaw.com

Asa S Hami
    on behalf of Defendant Bonus Financial LLC asa.hami@gmlaw.com
    ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com

Asa S Hami
    on behalf of Defendant Jordan Miranti asa.hami@gmlaw.com
    ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com

Ashley Dionisio
    on behalf of Other Professional Omni Agent Solutions adionisio@omniagnt.com

Baruch C Cohen
    on behalf of Defendant Derrick Landry bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com

Baruch C Cohen
    on behalf of Defendant Ace Funding Source  LLC bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com

Baruch C Cohen
on behalf of Defendant Berkovitch & Bouskila  PLLC bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com

Belinda M Vega
on behalf of Creditor ADP  Inc apark@venable.com, bmvega@venable.com

Bernard M Hansen
on behalf of Defendant Cyrus Irani bernardmhansen@sbcglobal.net

Bradford Barnhardt
on behalf of Plaintiff Richard A. Marshack bbarnhardt@marshackhays.com
bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt
on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com
bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt
on behalf of Trustee Richard A Marshack (TR) bbarnhardt@marshackhays.com
bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt
on behalf of Plaintiff Richard A Marshack bbarnhardt@marshackhays.com
bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Brandon J. Iskander
on behalf of Interested Party Courtesy NEF biskander@goeforlaw.com  kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander
on behalf of Interested Party Martha Moore biskander@goeforlaw.com  kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander
on behalf of Interested Party Joe-Max Moore biskander@goeforlaw.com  kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander
on behalf of Interim Trustee Courtesy NEF biskander@goeforlaw.com  kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander
on behalf of Defendant JM Squared LLC biskander@goeforlaw.com  kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander
on behalf of Interested Party Goe Forsythe & Hodges LLP biskander@goeforlaw.com
kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brett Ramsaur
on behalf of Defendant Affirma  LLC brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Spot On Consulting  Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Morgan Attwood & Son  Inc. brett@ramsaurlaw.com,
alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Salvador Robles brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Jason Davolina brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Joe Byon brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant EVC Properties  LLC brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Caeser Mercado brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Lead Gen 101 Inc. brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Buck Wild Ventures LLC brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Help Your Home Network  Inc. brett@ramsaurlaw.com,
alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Lifestar Products  Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Brandon Cunningham brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Rose Romo brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Rachel Magana brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Legacy Financial Strategies & Insurance Services  Inc. brett@ramsaurlaw.com,
alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Pace Construction  Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Lavin Fence  Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Rachel Elgas brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Eric Martinson brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Trevor Young brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Nate Lavin brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant JNR Services  Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Jesse Martinson brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Coastal Capital Partners  LLC brett@ramsaurlaw.com,
alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant A Solution Debt Relief  Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Plaintiff Richard A. Marshack brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant JR Bray Group  LLC brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brian Boyd

on behalf of Plaintiff Richard A. Marshack brian.boyd@dinsmore.com
tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Brian Boyd

on behalf of U.S. Trustee United States Trustee (SA) brian.boyd@dinsmore.com
tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Brian Boyd

on behalf of Plaintiff Richard A Marshack brian.boyd@dinsmore.com
tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Brian Boyd

on behalf of Trustee Richard A Marshack (TR) brian.boyd@dinsmore.com
tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Brian A Paino

on behalf of Defendant Optimumbank bpaino@hinshawlaw.com  hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian A Paino

on behalf of Defendant Optimum Bank Holdings  Inc. bpaino@hinshawlaw.com,
hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian A Paino

on behalf of Defendant Moishe Gubin bpaino@hinshawlaw.com  hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian A Paino

on behalf of Defendant Optimumbank.com bpaino@hinshawlaw.com  hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian L Holman

on behalf of Creditor Sharp Electronics Corporation b.holman@musickpeeler.com

Brian L Shaw

on behalf of Defendant Debt Resolution Direct  LLC bshaw@cozen.com, cknez@cozen.com

District/off: 0973-8                          User: admin                          Page 5 of 21
Date Rcvd: Oct 20, 2025                       Form ID: pdf042                       Total Noticed: 1

Britteny Leyva
    on behalf of Interested Party Revolv3  Inc. bleyva@mayerbrown.com,
    2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com

Bryan Cockroft
    on behalf of Plaintiff Richard A Marshack bryan.cockroft@dinsmore.com

Btzalel Hirschhorn
    on behalf of Defendant A Chance Funding LLC bhirschhorn@sbagk.com

Byron Z Moldo
    on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com  aantonio@ecjlaw.com,dperez@ecjlaw.com

Cara Daggitt
    on behalf of Plaintiff Richard A Marshack cara.daggitt@dinsmore.com  Keegan.Giblin@Dinsmore.com

Cara Daggitt
    on behalf of Trustee Richard A Marshack (TR) cara.daggitt@dinsmore.com  Keegan.Giblin@Dinsmore.com

Cara Daggitt
    on behalf of Plaintiff Richard A. Marshack cara.daggitt@dinsmore.com  Keegan.Giblin@Dinsmore.com

Caroline Massey
    on behalf of Plaintiff Richard A Marshack caroline.massey@dinsmore.com
    lizbeth.alonso@dinsmore.com;AbdulWasay.Shahid@Dinsmore.com;wendy.yones@dinsmore.com

Caroline Massey
    on behalf of Trustee Richard A Marshack (TR) caroline.massey@dinsmore.com
    lizbeth.alonso@dinsmore.com;AbdulWasay.Shahid@Dinsmore.com;wendy.yones@dinsmore.com

Carson Heninger
    on behalf of Defendant American Airlines  Inc. heningerc@gtlaw.com,
    carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com

Charity J Manee
    on behalf of Defendant Jimmy Chhor cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Charity J Manee
    on behalf of Defendant JM Squared LLC cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Charity J Manee
    on behalf of Defendant Clear Vision Financial LLC cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Charity J Manee
    on behalf of Interested Party Goe Forsythe & Hodges LLP cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Charity J Manee
    on behalf of Defendant Matt Collins cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Charity J Manee
    on behalf of Defendant John Sykes cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Charity J Manee
    on behalf of Defendant Point Break Holdings LLC cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Charity J Manee
    on behalf of Defendant Darlene Collins cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Christopher Celentino
    on behalf of Plaintiff Richard A Marshack christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Celentino
    on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Celentino
    on behalf of Special Counsel Dinsmore & Shohl LLP christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Celentino
    on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Ghio
    on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com  bonnie.connolly@dinsmore.com

Christopher Ghio
    on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com  bonnie.connolly@dinsmore.com

Christopher Ghio
    on behalf of Defendant GMF Capital  LLC christopher.ghio@dinsmore.com, bonnie.connolly@dinsmore.com

Christopher Ghio
    on behalf of Plaintiff Richard A Marshack christopher.ghio@dinsmore.com  bonnie.connolly@dinsmore.com

Christopher J. Langley

District/off: 0973-8 | User: admin | Page 6 of 21
Date Rcvd: Oct 20, 2025 | Form ID: pdf042 | Total Noticed: 1

| | |
|---|---|
| | on behalf of Defendant Elizabeth Reale chris@slclawoffice.com  john@slclawoffice.com;langleycr75251@notify.bestcase.com |
| Christopher J. Langley | |
| | on behalf of Defendant The Elizabeth Marie Reale Living Trust U/A dated March 28  2024 chris@slclawoffice.com, john@slclawoffice.com;langleycr75251@notify.bestcase.com |
| Christopher J. Langley | |
| | on behalf of Interested Party Courtesy NEF chris@slclawoffice.com  john@slclawoffice.com;langleycr75251@notify.bestcase.com |
| Christopher L Pitet | |
| | on behalf of Defendant Vasco Assets  Inc. cpitet@apjuris.com, bferik@apjuris.com |
| Christopher L Pitet | |
| | on behalf of Defendant Benny Mor cpitet@apjuris.com  bferik@apjuris.com |
| Christopher O Rivas | |
| | on behalf of Defendant CareFirst Blue Choice  Inc. crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com;sean-wilson-0462@ecf.pacerpro.com |
| D Edward Hays | |
| | on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| D Edward Hays | |
| | on behalf of Interested Party Courtesy NEF ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| D Edward Hays | |
| | on behalf of Attorney Marshack Hays LLP ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| D Edward Hays | |
| | on behalf of Plaintiff Richard A Marshack ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| D Edward Hays | |
| | on behalf of Creditor Committee Committee of Unsecured Creditors ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| D Edward Hays | |
| | on behalf of Plaintiff Richard A. Marshack ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| Daniel A Edelman | |
| | on behalf of Creditor Carolyn Beech dedelman@edcombs.com  courtecl@edcombs.com |
| Daniel A Lev | |
| | on behalf of Interested Party Liberty Acquisitions Group Inc. daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| Daniel A Lev | |
| | on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com  cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| Daniel H Reiss | |
| | on behalf of Defendant PECC Corp. dhr@lnbyg.com  dhr@ecf.inforuptcy.com |
| Daniel H Reiss | |
| | on behalf of Defendant PECC Corp dhr@lnbyg.com  dhr@ecf.inforuptcy.com |
| Daniel H Reiss | |
| | on behalf of Defendant Eng Taing dhr@lnbyg.com  dhr@ecf.inforuptcy.com |
| Daniel H Reiss | |
| | on behalf of Defendant Touzi Capital  LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com |
| Daniel S March | |
| | on behalf of Interested Party INTERESTED PARTY marchlawoffice@gmail.com  marchdr94019@notify.bestcase.com |
| Daniel S March | |
| | on behalf of Defendant Daniel S. March marchlawoffice@gmail.com  marchdr94019@notify.bestcase.com |
| David M Goodrich | |
| | on behalf of Defendant Samson Ly dgoodrich@go2.law  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David M Goodrich | |
| | on behalf of Defendant Lexicon Consulting  Inc. dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David M Goodrich | |
| | on behalf of Defendant Buffalo 21 Partners  Inc. dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |

David M Goodrich
  on behalf of Creditor United Partnerships  LLC dgoodrich@go2.law,
  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
  on behalf of Defendant Syed Faisal Gilani dgoodrich@go2.law
  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
  on behalf of Defendant C.A.T. Exteriors  Inc. dgoodrich@go2.law,
  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
  on behalf of Defendant Bae Enterprises  Inc. dgoodrich@go2.law,
  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
  on behalf of Defendant Validation LLC dgoodrich@go2.law  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
  on behalf of Defendant JNR Services  Inc. dgoodrich@go2.law,
  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
  on behalf of Defendant Ventura Consulting  LLC dgoodrich@go2.law,
  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
  on behalf of Defendant United Partnerships  Inc. dgoodrich@go2.law,
  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
  on behalf of Defendant AZLS Enterprises Inc. dgoodrich@go2.law
  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
  on behalf of Defendant United Partnerships  LLC dgoodrich@go2.law,
  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
  on behalf of Defendant INVESTLINC Wealth Services  Inc. dgoodrich@go2.law,
  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
  on behalf of Interested Party Courtesy NEF dgoodrich@go2.law
  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
  on behalf of Defendant Frank Brown dgoodrich@go2.law  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
  on behalf of Defendant Jason Dovalina dgoodrich@go2.law  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
  on behalf of Defendant Lexicon Consulting  LLC dgoodrich@go2.law,
  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
  on behalf of Defendant Home Energy Solutions  Inc. dgoodrich@go2.law,
  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
  on behalf of Defendant Oxford Knox  LLC dgoodrich@go2.law,
  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
  on behalf of Defendant Matthew Church dgoodrich@go2.law  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
  on behalf of Defendant Rachel Dovalina dgoodrich@go2.law  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
  on behalf of Defendant BEW Solar Management  LLC dgoodrich@go2.law,
  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
  on behalf of Defendant Spectrum Payment Solutions  LLC dgoodrich@go2.law,
  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David S Hagen
  on behalf of Defendant Veronica Palterovich davidhagenlaw@gmail.com  LawOfficesofDavidSHagenCA1@jubileebk.net

David S Kupetz

District/off: 0973-8                              User: admin                                    Page 8 of 21
Date Rcvd: Oct 20, 2025                          Form ID: pdf042                              Total Noticed: 1

on behalf of Defendant Marich Bein LLC david.kupetz@troutman.com  mylene.ruiz@troutman.com

David S Kupetz

on behalf of Interested Party Courtesy NEF david.kupetz@troutman.com  mylene.ruiz@troutman.com

David S Kupetz

on behalf of Interested Party Marich Bein LLC david.kupetz@troutman.com  mylene.ruiz@troutman.com

David S Kupetz

on behalf of Defendant Marich Bein  LLC david.kupetz@troutman.com, mylene.ruiz@troutman.com

Derrick Talerico

on behalf of Defendant Paragon Financial Corp dtalerico@wztslaw.com
maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico

on behalf of Defendant Caleb Wickman dtalerico@wztslaw.com
maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico

on behalf of Defendant Mathew Bowyer dtalerico@wztslaw.com
maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico

on behalf of Defendant WCMD Services  Inc. dtalerico@wztslaw.com,
maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico

on behalf of Defendant Jenssen Varela dtalerico@wztslaw.com  maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Devan De los Reyes

on behalf of Plaintiff Richard A Marshack ddelosreyes@marshackhays.com
ddelosreyes@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Donald W Reid

on behalf of Defendant No Limit Media LLC don@donreidlaw.com  5969661420@filings.docketbird.com

Donald W Reid

on behalf of Defendant Painite Marketing don@donreidlaw.com  5969661420@filings.docketbird.com

Donald W Reid

on behalf of Defendant Make it Ring Marketing  LLC don@donreidlaw.com, 5969661420@filings.docketbird.com

Donald W Reid

on behalf of Defendant Colton King don@donreidlaw.com  5969661420@filings.docketbird.com

Donald W Reid

on behalf of Defendant King Consulting Group  LLC don@donreidlaw.com, 5969661420@filings.docketbird.com

Eric Bensamochan

on behalf of Creditor Oxford Knox  LLC eric@eblawfirm.us,
G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us

Eric Bensamochan

on behalf of Interested Party Courtesy NEF eric@eblawfirm.us
G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us

Eric Bensamochan

on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us
G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us

Eric Gassman

on behalf of Creditor Herret Credit erg@gassmanlawgroup.com  gassman.ericb112993@notify.bestcase.com

Eric D Goldberg

on behalf of Defendant Stripe  Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Ethan J Birnberg

on behalf of Defendant BMF Advance  LLC birnberg@portersimon.com, bokinskie@portersimon.com

Ethan J Birnberg

on behalf of Defendant Gavriel Yitzchavok birnberg@portersimon.com  bokinskie@portersimon.com

Ethan J Birnberg

on behalf of Defendant Diverse Capital LLC birnberg@portersimon.com  bokinskie@portersimon.com

Garrick A Hollander

on behalf of Creditor MC DVI Fund 2  LLC ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander

on behalf of Creditor MC DVI Fund 1  LLC ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

District/off: 0973-8                          User: admin                          Page 9 of 21
Date Rcvd: Oct 20, 2025                       Form ID: pdf042                       Total Noticed: 1

Garrick A Hollander
on behalf of Creditor Debt Validation Fund II LLC ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Geoffrey A Heaton
on behalf of Defendant Mauzy Heating Cooling, Plumbing & Electrical, LLC gheaton@duanemorris.com,
kramos@duanemorris.com

Gerrick Warrington
on behalf of Defendant The Neiman Marcus Group LLC gwarrington@frandzel.com
achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Defendant Neiman Marcus Group Ltd LLC gwarrington@frandzel.com
achase@frandzel.com,autodocket@frandzel.com

Glenn D. Moses
on behalf of Creditor ADP Inc gmoses@venable.com,
cascavone@venable.com;ipmalcolm@venable.com;imalcolm@ecf.courtdrive.com;jadelgado@venable.com

Gregory M Salvato
on behalf of Creditor Mari Agape gsalvato@salvatoboufadel.com
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Howard Steinberg
on behalf of Defendant BankUnited N.A. steinbergh@gtlaw.com,
pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Howard M Ehrenberg
on behalf of Defendant New Horizon Finance LLC Howard.Ehrenberg@gmlaw.com
hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com

Ira David Kharasch
on behalf of Defendant YNS Funding LLC ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Interested Party Liberty Acquisitions Group Inc. ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant Bold Cap LLC ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant Consumer Legal Group PC ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant LGS Holdco LLC ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant Yitzchok Blum ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Interested Party LGS Holdco LLC ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant Solomon Feig ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Interested Party Consumer Legal Group P.C. ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant MCA Fund ADV Inc. ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant Gary Fegel ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant GMF Capital LLC ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant Aly Management LLC ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Trustee Richard A Marshack (TR) ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant Genesis Equity Group Funding LLC ikharasch@pszjlaw.com

District/off: 0973-8                        User: admin                        Page 10 of 21
Date Rcvd: Oct 20, 2025                     Form ID: pdf042                     Total Noticed: 1

Ira David Kharasch
 on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com

Ira David Kharasch
 on behalf of Defendant Binyin 1502 LLC ikharasch@pszjlaw.com

Ira David Kharasch
 on behalf of Defendant Inlane Inc ikharasch@pszjlaw.com

Ira David Kharasch
 on behalf of Defendant BSYD Management Corp. ikharasch@pszjlaw.com

Isaac R Zfaty
 on behalf of Defendant Nathan Johnston izfaty@muchlaw.com
jnguyen@muchlaw.com;esantos@muchlaw.com;chess@muchlaw.com

Isaac R Zfaty
 on behalf of Defendant Revolv3  Inc. izfaty@muchlaw.com,
jnguyen@muchlaw.com;esantos@muchlaw.com;chess@muchlaw.com

Israel Orozco
 on behalf of Creditor Israel Orozco israel@iolawcorp.com

J Scott Bovitz
 on behalf of Defendant Innovative Staffing LLC bovitz@bovitz-spitzer.com

J Tanner Watkins
 on behalf of Trustee Richard A Marshack (TR) tanner.watkins@dinsmore.com
julie.mason@dinsmore.com;nathan.hall@dinsmore.com;molly.mattingly@dinsmore.com

J Tanner Watkins
 on behalf of Plaintiff Richard A Marshack tanner.watkins@dinsmore.com
julie.mason@dinsmore.com;nathan.hall@dinsmore.com;molly.mattingly@dinsmore.com

Jacob Newsum-Bothamley
 on behalf of Plaintiff Richard A Marshack jacob.bothamley@dinsmore.com  bonnie.connolly@dinsmore.com

Jacob Newsum-Bothamley
 on behalf of Trustee Richard A Marshack (TR) jacob.bothamley@dinsmore.com  bonnie.connolly@dinsmore.com

Jacob Newsum-Bothamley
 on behalf of Plaintiff Richard A. Marshack jacob.bothamley@dinsmore.com  bonnie.connolly@dinsmore.com

Jamie D Mottola
 on behalf of Plaintiff Richard A Marshack Jamie.Mottola@dinsmore.com
wendy.yones@dinsmore.com;deamira.romo@dinsmore.com

Jamie D Mottola
 on behalf of Plaintiff Richard A. Marshack  Chapter 11 Trustee Jamie.Mottola@dinsmore.com,
wendy.yones@dinsmore.com;deamira.romo@dinsmore.com

Jamie P Dreher
 on behalf of Defendant EPPS jdreher@downeybrand.com  cdeulloa@DowneyBrand.com;courtfilings@downeybrand.com

Jason Lowe
 on behalf of Defendant Gene Rosen's Law Firm jasonflowe@gmail.com

Jason Lowe
 on behalf of Defendant Merchant Services USA Inc jasonflowe@gmail.com

Jason Lowe
 on behalf of Defendant MBH Group LLC jasonflowe@gmail.com

Jeana Mason
 on behalf of Plaintiff Richard A. Marshack jeana.mason@dinsmore.com
ashlynn.harrison@dinsmore.com;stella.laroe@dinsmore.com

Jeffrey A. Meinhardt
 on behalf of Creditor Sabia Financial  Inc., an Illinois corporation jmeinhardt@silverandarsht.com

Jeffrey A. Meinhardt
 on behalf of Defendant Sabia Financial Inc jmeinhardt@silverandarsht.com

Jeffrey A. Meinhardt
 on behalf of Defendant Chad Rothrock jmeinhardt@silverandarsht.com

Jeffrey A. Meinhardt
 on behalf of Defendant Frank Dal Bello jmeinhardt@silverandarsht.com

Jeffrey A. Meinhardt
 on behalf of Creditor All Service Financial  L.L.C. jmeinhardt@silverandarsht.com

Jeffrey B Smith

on behalf of Defendant Yuriy Drahuntsov jsmith@cgsattys.com  vphillips@cgsattys.com

Jeffrey B Smith

    on behalf of Defendant Reliance Assistance Group  Inc. jsmith@cgsattys.com, vphillips@cgsattys.com

Jeffrey I Golden

    on behalf of Creditor Anaheim Ducks Hockey Club  LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jeffrey I Golden

    on behalf of Creditor Oxford Knox  LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jeffrey I Golden

    on behalf of Creditor Anaheim Arena Management  LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jeffrey I Golden

    on behalf of Interested Party Courtesy NEF jgolden@go2.law
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jeffrey I Golden

    on behalf of Creditor Affirma  LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jeffrey M Singletary

    on behalf of Interested Party INTERESTED PARTY jsingletary@swlaw.com  rmckay@swlaw.com

Jeffrey S Shinbrot

    on behalf of Interested Party Brandon Turner jeffrey@shinbrotfirm.com  sandra@shinbrotfirm.com;tanya@shinbrotfirm.com

Jeffrey S Shinbrot

    on behalf of Defendant Brandon Turner jeffrey@shinbrotfirm.com  sandra@shinbrotfirm.com;tanya@shinbrotfirm.com

Jenny L Doling

    on behalf of Interested Party National Consumer Bankruptcy Rights Center jd@jdl.law
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling

    on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys jd@jdl.law
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling

    on behalf of Interested Party INTERESTED PARTY jd@jdl.law
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jeremy Faith

    on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com
Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Jeremy Faith

    on behalf of Defendant Cobalt Funding Solutions  LLC Jeremy@MarguliesFaithlaw.com,
Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Jeremy Freedman

    on behalf of Plaintiff Richard A. Marshack jeremy.freedman@nelsonmullins.com  bonnie.connolly@dinsmore.com

Jeremy Freedman

    on behalf of Trustee Richard A Marshack (TR) jeremy.freedman@nelsonmullins.com  bonnie.connolly@dinsmore.com

Jesse S Finlayson

    on behalf of Defendant BCB Bancorp  Inc jfinlayson@ftrlfirm.com, hkader@ftrlfirm.com

John H. Stephens

    on behalf of Trustee Richard A Marshack (TR) john.stephens@dinsmore.com  lizbeth.alonso@dinsmore.com

John H. Stephens

    on behalf of Plaintiff Richard A Marshack john.stephens@dinsmore.com  lizbeth.alonso@dinsmore.com

John H. Stephens

    on behalf of Plaintiff Richard A. Marshack john.stephens@dinsmore.com  lizbeth.alonso@dinsmore.com

Johnny White

    on behalf of Creditor Debt Relief Group  LLC JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White

    on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com  jlee@wrslawyers.com

District/off: 0973-8                          User: admin                          Page 12 of 21
Date Rcvd: Oct 20, 2025                       Form ID: pdf042                       Total Noticed: 1

Jonathan Serrano
on behalf of Plaintiff Richard A. Marshack Jonathan@MarguliesFaithLaw.com
vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Jonathan Serrano
on behalf of Trustee Richard A Marshack (TR) Jonathan@MarguliesFaithLaw.com
vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Jonathan Serrano
on behalf of Special Counsel Dinsmore & Shohl LLP Jonathan@MarguliesFaithLaw.com
vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Joon M Khang
on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com

Joon M Khang
on behalf of Attorney Khang & Khang LLP joon@khanglaw.com

Joseph Boufadel
on behalf of Defendant Slate Advance LLC jboufadel@salvatoboufadel.com
Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel
on behalf of Interested Party Slate Advance  LLC jboufadel@salvatoboufadel.com,
Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel
on behalf of Interested Party Mynt Advance LLC jboufadel@salvatoboufadel.com
Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel
on behalf of Defendant Mynt Advance LLC jboufadel@salvatoboufadel.com
Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel
on behalf of Interested Party Courtesy NEF jboufadel@salvatoboufadel.com
Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph E Addiego
on behalf of Defendant Heshy Deutsch joeaddiego@dwt.com
ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com

Joseph E Addiego
on behalf of Defendant Clearfund Solutions LLC joeaddiego@dwt.com
ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com

Joseph E Addiego
on behalf of Defendant Nachmy Weiss joeaddiego@dwt.com
ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com

Joshua Nyman
on behalf of Defendant Trevor Young josh@ramsaurlaw.com

Joshua Nyman
on behalf of Defendant Buck Wild Ventures LLC josh@ramsaurlaw.com

Joshua Nyman
on behalf of Defendant Morgan Attwood & Son  Inc. josh@ramsaurlaw.com

Joshua Nyman
on behalf of Defendant Coastal Capital Partners  LLC josh@ramsaurlaw.com

Joshua Nyman
on behalf of Defendant EVC Properties  LLC josh@ramsaurlaw.com

Joshua Nyman
on behalf of Defendant Brandon Cunningham josh@ramsaurlaw.com

Joshua I. Marrone
on behalf of Trustee Richard A Marshack (TR) joshua.marrone@dinsmore.com

Joshua I. Marrone
on behalf of Plaintiff Richard A. Marshack joshua.marrone@dinsmore.com

Joshua L Scheer
on behalf of Interested Party Scheer Law Group  LLP, interested party jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

Julian Parker Pecora
on behalf of Plaintiff Richard A Marshack julian.pecora@dinsmore.com  Tracey.Hebert@Dinsmore.com

Karen Hockstad
on behalf of Plaintiff Richard A Marshack karen.hockstad@dinsmore.com  kim.beavin@dinsmore.com

District/off: 0973-8                                    User: admin                                    Page 13 of 21
Date Rcvd: Oct 20, 2025                                 Form ID: pdf042                                 Total Noticed: 1

Karen Hockstad
on behalf of Trustee Richard A Marshack (TR) karen.hockstad@dinsmore.com  kim.beavin@dinsmore.com

Kathleen P March
on behalf of Interested Party The Bankruptcy Law Firm  P.C. kmarch@bkylawfirm.com,
kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Creditor Phuong (Jayde) Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Defendant Greyson Law Center PC kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Defendant Han Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Trustee Richard A Marshack (TR) kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Creditor Han Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Defendant Jayde Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Creditor Greyson Law Center PC kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Keith C Owens
on behalf of Creditor Committee Committee of Unsecured Creditors kowens@foxrothschild.com  khoang@foxrothschild.com

Keith C Owens
on behalf of Plaintiff Richard A. Marshack kowens@foxrothschild.com  khoang@foxrothschild.com

Keith C Owens
on behalf of Intervenor OFFICIAL COMMITTEE OF UNSECURED CREDITORS kowens@foxrothschild.com
khoang@foxrothschild.com

Keith C Owens
on behalf of Creditor Committee Post-Confirmation Oversight Committee kowens@foxrothschild.com
khoang@foxrothschild.com

Kelli Ann Lee
on behalf of Trustee Richard A Marshack (TR) Kelli.lee@dinsmore.com  kristy.allen@dinsmore.com

Kelli Ann Lee
on behalf of Plaintiff Richard A. Marshack Kelli.lee@dinsmore.com  kristy.allen@dinsmore.com

Kenneth Misken
on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

Kevin Alan Rogers
on behalf of Creditor Wells Marble and Hurst  PLLC krogers@wellsmar.com

Kevin M Capuzzi
on behalf of Defendant The Neiman Marcus Group LLC kcapuzzi@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M Capuzzi
on behalf of Defendant Neiman Marcus Group Ltd LLC kcapuzzi@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kristin T Mihelic
on behalf of U.S. Trustee United States Trustee (SA) kristin.t.mihelic@usdoj.gov

Kyra E Andrassy
on behalf of Defendant Arsha Corp. kandrassy@raineslaw.com  bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy
on behalf of Defendant Arash Asante Bayrooti kandrassy@raineslaw.com  bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy
on behalf of Interested Party Courtesy NEF kandrassy@raineslaw.com  bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy
on behalf of Defendant ABR Enterprises  LLC kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com

Laila Rais
on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais
on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com

lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais
              on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com
              lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais
              on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com
              lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Larry Rothman
              on behalf of Interested Party Steven D. Silverstein tocollect@aol.com

Leslie A Cohen
              on behalf of Defendant Rosa Bianca Loli leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com

Leslie A Cohen
              on behalf of Defendant Rose Bianca Loli leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com

Leslie A Cohen
              on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com

Leslie A Cohen
              on behalf of Defendant Master Consultants of America Inc. leslie@lesliecohenlaw.com
              jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com

Leslie K Kaufman
              on behalf of Defendant Brandon Vargas kaufman_kaufman.bankruptcy@yahoo.com  kaufmanlr98210@notify.bestcase.com

Lexi J. Epley
              on behalf of Plaintiff Richard A. Marshack lexi.epley@dinsmore.com  bonnie.connolly@dinsmore.com

Lisa Patel
              on behalf of Defendant OptimumBank Holdings  Inc. lpatel@lesnickprince.com,
              jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com

Manon Burns
              on behalf of Creditor Credit Reporting Services  Inc. mburns@awglaw.com

Marc C Forsythe
              on behalf of Defendant Clear Vision Financial LLC mforsythe@goeforlaw.com
              mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.c
              om

Marc C Forsythe
              on behalf of Creditor Point Break Holdings LLC mforsythe@goeforlaw.com
              mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.c
              om

Marc C Forsythe
              on behalf of Defendant Richard Nodelman mforsythe@goeforlaw.com
              mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.c
              om

Marc C Forsythe
              on behalf of Defendant Integrity Docs  LLC mforsythe@goeforlaw.com,
              mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.c
              om

Marc C Forsythe
              on behalf of Defendant Point Break Holdings LLC mforsythe@goeforlaw.com
              mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.c
              om

Marc C Forsythe
              on behalf of Defendant Perfect Financial  LLC mforsythe@goeforlaw.com,
              mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.c
              om

Mary H Haas
              on behalf of Defendant Heshy Deutsch maryhaas@dwt.com
              melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
              on behalf of Defendant Israel Reches maryhaas@dwt.com
              melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
              on behalf of Defendant A Chance Funding LLC maryhaas@dwt.com
              melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
              on behalf of Defendant Nachman Weisz maryhaas@dwt.com

District/off: 0973-8                                  User: admin                                    Page 15 of 21
Date Rcvd: Oct 20, 2025                          Form ID: pdf042                              Total Noticed: 1

melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas

on behalf of Defendant Clearfund Solutions LLC maryhaas@dwt.com
melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas

on behalf of Defendant Hershey Deustch maryhaas@dwt.com
melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas

on behalf of Defendant Nachmy Weiss maryhaas@dwt.com
melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Matthew Sommer

on behalf of Plaintiff Richard A Marshack matthew.sommer@dinsmore.com  carrie.davis@dinsmore.com

Matthew Sommer

on behalf of Trustee Richard A Marshack (TR) matthew.sommer@dinsmore.com  carrie.davis@dinsmore.com

Matthew A Lesnick

on behalf of Defendant OptimumBank Holdings  Inc. matt@lesnickprince.com,
matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew J Stockl

on behalf of Plaintiff Richard A Marshack mstockl@otterbourg.com  katrice.ortiz@dinsmore.com

Matthew J Stockl

on behalf of Plaintiff Richard A. Marshack mstockl@otterbourg.com  katrice.ortiz@dinsmore.com

Matthew J Stockl

on behalf of Trustee Richard A Marshack (TR) mstockl@otterbourg.com  katrice.ortiz@dinsmore.com

Matthew J Stockl

on behalf of Plaintiff Richard A. Marshack mstockl@otterbourg.com  katrice.ortiz@dinsmore.com

Matthew S Steinberg

on behalf of Defendant Debt Resolution Direct  LLC msteinberg@cozen.com,
arincon@cozen.com;BPosivak@cozen.com;matthew-steinberg-5925@ecf.pacerpro.com

Matthew S Steinberg

on behalf of Trustee Richard A Marshack (TR) msteinberg@cozen.com
arincon@cozen.com;BPosivak@cozen.com;matthew-steinberg-5925@ecf.pacerpro.com

Matthew S Steinberg

on behalf of Interested Party Debt Resolution Direct  LLC msteinberg@cozen.com,
arincon@cozen.com;BPosivak@cozen.com;matthew-steinberg-5925@ecf.pacerpro.com

Maureen J Shanahan

on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Mstotaro@aol.com

Meredith Fahn

on behalf of Creditor Meredith Fahn fahn@sbcglobal.net

Meredith King

on behalf of Interested Party Courtesy NEF mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Meredith King

on behalf of Defendant Gallant Law Group mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Michael B Reynolds

on behalf of Defendant Justin Conlon mreynolds@swlaw.com  kcollins@swlaw.com

Michael B Reynolds

on behalf of Defendant Sidereal Entertainment Group  LLC mreynolds@swlaw.com, kcollins@swlaw.com

Michael B Reynolds

on behalf of Defendant Joshua Brown mreynolds@swlaw.com  kcollins@swlaw.com

Michael B Reynolds

on behalf of Defendant SMR Business Services  LLC mreynolds@swlaw.com, kcollins@swlaw.com

Michael D Lieberman

on behalf of Creditor Phillip A. Greenblatt  PLLC mike@liebermandebtrelief.com

Michael F Chekian

on behalf of Creditor Elizabeth A. Shore mike@cheklaw.com  chekianmr84018@notify.bestcase.com

Michael G Spector

on behalf of Defendant Ace Tech Ops mgspector@aol.com  mgslawoffice@aol.com

Michael G Spector

on behalf of Defendant Edward J. Quiroz  III mgspector@aol.com, mgslawoffice@aol.com

Michael G Spector

on behalf of Defendant Marketing Systems and Strategies LLC mgspector@aol.com  mgslawoffice@aol.com

Michael G Spector

on behalf of Defendant Sormeh Attarzadeh mgspector@aol.com  mgslawoffice@aol.com

Michael G Spector

on behalf of Defendant Anthony Derosa mgspector@aol.com  mgslawoffice@aol.com

Michael G Spector

on behalf of Defendant Achme  Inc. mgspector@aol.com, mgslawoffice@aol.com

Michael G Spector

on behalf of Defendant MBT Group  Inc. mgspector@aol.com, mgslawoffice@aol.com

Michael Jay Berger

on behalf of Defendant Leucadia Enterprises  Inc michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael R Pinkston

on behalf of Creditor Wells Marble and Hurst  PLLC rpinkston@seyfarth.com,
jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com

Michael R Totaro

on behalf of Interested Party Randall Baldwin Clark Ocbkatty@aol.com

Michael R Totaro

on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Ocbkatty@aol.com

Michael W Davis

on behalf of Defendant Morning Law Group  P.C. mdavis@dtolaw.com, ygodson@dtolaw.com

Mitchell B Ludwig

on behalf of Creditor Fundura Capital Group mbl@kpclegal.com  kad@kpclegal.com

Nicholas A Koffroth

on behalf of Trustee Richard A Marshack (TR) nkoffroth@foxrothschild.com
khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth

on behalf of Other Professional Post-Confirmation Oversight Committee  as Successor in Interest to the Official Committee of
Unsecured Creditors nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth

on behalf of Plaintiff Richard A. Marshack nkoffroth@foxrothschild.com  khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth

on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com
khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth

on behalf of Creditor Committee Post-Confirmation Oversight Committee nkoffroth@foxrothschild.com
khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas S Couchot

on behalf of Defendant Justin Conlon ncouchot@swlaw.com

Nicholas S Couchot

on behalf of Defendant Sidereal Entertainment Group  LLC ncouchot@swlaw.com

Nicholas S Couchot

on behalf of Defendant SMR Business Services  LLC ncouchot@swlaw.com

Noah K McCall

on behalf of Defendant Luke Enkosky nmccall@rschauerlaw.com  NAnderson@RSchauerLaw.com

Olivia Scott

on behalf of Creditor Hi Bar Capital LLC olivia.scott@hklaw.com

Olivia Scott

on behalf of Creditor Azzure Capital LLC olivia.scott@hklaw.com

Paul R Shankman

on behalf of Creditor United Partnerships  LLC PShankman@fortislaw.com, info@fortislaw.com

Paul R Shankman

on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com  info@fortislaw.com

Peter L Isola

on behalf of Interested Party Merchants Credit Corporation pisola@hinshawlaw.com
rmojica@hinshawlaw.com,iking@hinshawlaw.com

Peter W Bowie

on behalf of Trustee Richard A Marshack (TR) peter.bowie@dinsmore.com  caron.burke@dinsmore.com

Randall Baldwin Clark

on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com

Randall P Mroczynski

on behalf of Defendant Mercedes-Benz Financial Services USA LLC randym@cookseylaw.com

Randall P Mroczynski

on behalf of Defendant Mercedes-Benz USA LLC randym@cookseylaw.com

Razmig Izakelian

on behalf of Creditor OHP-CDR  LP razmigizakelian@quinnemanuel.com

Razmig Izakelian

on behalf of Counter-Defendant PurchaseCo 80  LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian

on behalf of Counter-Defendant OHP-CDR  LP razmigizakelian@quinnemanuel.com

Razmig Izakelian

on behalf of Plaintiff OHP-CDR  LP razmigizakelian@quinnemanuel.com

Razmig Izakelian

on behalf of Plaintiff PurchaseCo 80  LLC razmigizakelian@quinnemanuel.com

Reid A Winthrop

on behalf of Defendant Fidelity Pandemic Relief Services  Inc. reid@winthroplawgroup.com

Reid A Winthrop

on behalf of Defendant Jess Walker reid@winthroplawgroup.com

Reid A Winthrop

on behalf of Defendant Master Builders of America  Inc. reid@winthroplawgroup.com

Reilly D Wilkinson

on behalf of Defendant Gabe McCarthy rwilkinson@scheerlawgroup.com  rwilkinson@ecf.courtdrive.com

Reilly D Wilkinson

on behalf of Defendant Oha Management  LLC rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com

Reina Zepeda

on behalf of Other Professional Omni Agent Solutions rzepeda@omniagnt.com

Richard A Marshack (TR)

pkraus@marshackhays.com  ecf.alert+Marshack@titlexi.com

Richard D. Porotsky

on behalf of Plaintiff Richard A. Marshack maria.rother@dinsmore.com

Richard D. Porotsky

on behalf of Plaintiff Richard A Marshack maria.rother@dinsmore.com

Richard H Golubow

on behalf of Creditor MC DVI Fund 1  LLC rgolubow@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow

on behalf of Creditor Debt Validation Fund II  LLC rgolubow@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow

on behalf of Defendant Debt Validation Fund II  LLC rgolubow@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow

on behalf of Defendant MC DVI Fund 2  LLC rgolubow@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow

on behalf of Creditor MC DVI Fund 2  LLC rgolubow@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow

on behalf of Defendant MC DVI Fund 1  LLC rgolubow@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard L. Hyde

on behalf of Interested Party Courtesy NEF rhyde@awglaw.com

Richik Sarkar

on behalf of Plaintiff Richard A. Marshack richik.sarkar@dinsmore.com  Noreen.Leciejewski@dinsmore.com

Robert P Goe

on behalf of Defendant Jimmy Chhor rgoe@goeforlaw.com
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe

on behalf of Defendant Darlene Collins rgoe@goeforlaw.com
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe

on behalf of Defendant Matt Collins rgoe@goeforlaw.com
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe

on behalf of Defendant John Sykes rgoe@goeforlaw.com
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Ronald K Brown

on behalf of Creditor SDCO Tustin Executive Center Inc. ron@rkbrownlaw.com

Ronald N Richards

on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com

Samuel Mushegh Boyamian

on behalf of Interested Party Courtesy NEF samuel@marguliesfaithlaw.com
Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Sara Johnston

on behalf of Trustee Richard A Marshack (TR) sara.johnston@dinsmore.com
spencer.gray@dinsmore.com;wendy.yones@dinsmore.com;rosetta.mitchell@dinsmore.com

Sara Johnston

on behalf of Plaintiff Richard A. Marshack sara.johnston@dinsmore.com
spencer.gray@dinsmore.com;wendy.yones@dinsmore.com;rosetta.mitchell@dinsmore.com

Sara Johnston

on behalf of Plaintiff Richard A Marshack sara.johnston@dinsmore.com
spencer.gray@dinsmore.com;wendy.yones@dinsmore.com;rosetta.mitchell@dinsmore.com

Sarah S. Mattingly

on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com

Sarah S. Mattingly

on behalf of Plaintiff Richard A. Marshack Chapter 11 Trustee sarah.mattingly@dinsmore.com

Sarah S. Mattingly

on behalf of Plaintiff Richard A Marshack trustee of the LPG Liquidation Trust sarah.mattingly@dinsmore.com

Sarah S. Mattingly

on behalf of Trustee Richard A Marshack (TR) sarah.mattingly@dinsmore.com

Sarah S. Mattingly

on behalf of Plaintiff Richard A Marshack sarah.mattingly@dinsmore.com

Sarah S. Mattingly

on behalf of Defendant Clearcube LLC sarah.mattingly@dinsmore.com

Sarah S. Mattingly

on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com

Scott W Wellman

on behalf of Defendant Pacific Rose Consulting Group swellman@w-wlaw.com jklein@w-wlaw.com

Scott W Wellman

on behalf of Defendant Dana Cederberg swellman@w-wlaw.com jklein@w-wlaw.com

Scott W Wellman

on behalf of Defendant Summer Cederberg swellman@w-wlaw.com jklein@w-wlaw.com

Sharon Z. Weiss

on behalf of Defendant Azzure Capital LLC sharon.weiss@bclplaw.com
raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss

on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com
raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss

on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com
raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Shawn M Christianson

on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com schristianson@buchalter.com

District/off: 0973-8        User: admin        Page 19 of 21

Date Rcvd: Oct 20, 2025        Form ID: pdf042        Total Noticed: 1

Spencer Keith Gray
on behalf of Plaintiff Richard A Marshack spencer.gray@dinsmore.com
lydia.tharp@dinsmore.com;sara.johnston@dinsmore.com

Spencer Keith Gray
on behalf of Trustee Richard A Marshack (TR) spencer.gray@dinsmore.com
lydia.tharp@dinsmore.com;sara.johnston@dinsmore.com

Stella A Havkin
on behalf of Defendant Bridge Funding Cap  LLC stella@havkinandshrago.com, shavkinesq@gmail.com

Suzanne Marino
on behalf of Plaintiff Richard A. Marshack suzanne.marino@dinsmore.com

Sweeney Kelly
on behalf of Defendant Fidelity National Information Services  Inc. kelly@ksgklaw.com

Sweeney Kelly
on behalf of Defendant Worldpay Group kelly@ksgklaw.com

Sweeney Kelly
on behalf of Defendant Fidelity National Information Services  Inc. dba FIS kelly@ksgklaw.com

Sweeney Kelly
on behalf of Defendant Worldpay  LLC kelly@ksgklaw.com

Thomas H Casey
on behalf of Interested Party Thomas H. Casey kdriggers@tomcaseylaw.com  msilva@tomcaseylaw.com

Todd C. Ringstad
on behalf of Interested Party Morning Law Group  P.C. becky@ringstadlaw.com, arlene@ringstadlaw.com

Tony May
on behalf of Defendant Matthew Lovelady tmay@maybrocklaw.com

Tyler Powell
on behalf of Counter-Claimant Richard A Marshack (TR) tyler.powell@dinsmore.com
wendy.yones@dinsmore.com;elissa.lizer@dinsmore.com

Tyler Powell
on behalf of Plaintiff Richard A. Marshack tyler.powell@dinsmore.com  wendy.yones@dinsmore.com;elissa.lizer@dinsmore.com

Tyler Powell
on behalf of Counter-Claimant Richard A. Marshack tyler.powell@dinsmore.com
wendy.yones@dinsmore.com;elissa.lizer@dinsmore.com

Tyler Powell
on behalf of Defendant Richard A. Marshack tyler.powell@dinsmore.com
wendy.yones@dinsmore.com;elissa.lizer@dinsmore.com

Tyler Powell
on behalf of Defendant Affirma  LLC tyler.powell@dinsmore.com, wendy.yones@dinsmore.com;elissa.lizer@dinsmore.com

Tyler Powell
on behalf of Plaintiff Richard A Marshack tyler.powell@dinsmore.com  wendy.yones@dinsmore.com;elissa.lizer@dinsmore.com

Tyler Powell
on behalf of Counter-Defendant Richard A Marshack (TR) tyler.powell@dinsmore.com
wendy.yones@dinsmore.com;elissa.lizer@dinsmore.com

Tyler Powell
on behalf of Trustee Richard A Marshack (TR) tyler.powell@dinsmore.com
wendy.yones@dinsmore.com;elissa.lizer@dinsmore.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Vanessa Rodriguez
on behalf of Trustee Richard A Marshack (TR) vanessa.rodriguez@dinsmore.com  bonnie.connolly@dinsmore.com

Vanessa Rodriguez
on behalf of Plaintiff Richard A Marshack vanessa.rodriguez@dinsmore.com  bonnie.connolly@dinsmore.com

Vanessa Rodriguez
on behalf of Plaintiff Richard A. Marshack vanessa.rodriguez@dinsmore.com  bonnie.connolly@dinsmore.com

Veneeta Jaswal
on behalf of Plaintiff Richard A Marshack veneeta.jaswal@dinsmore.com
kathy.gumm@dinsmore.com;wendy.yones@dinsmore.com

Veneeta Jaswal
on behalf of Plaintiff Richard A. Marshack veneeta.jaswal@dinsmore.com
kathy.gumm@dinsmore.com;wendy.yones@dinsmore.com

Veneeta Jaswal
on behalf of Plaintiff Richard A. Marshack veneeta.jaswal@dinsmore.com
kathy.gumm@dinsmore.com;wendy.yones@dinsmore.com

Veneeta Jaswal
on behalf of Trustee Richard A Marshack (TR) veneeta.jaswal@dinsmore.com
kathy.gumm@dinsmore.com;wendy.yones@dinsmore.com

Victoria Newmark
on behalf of Defendant Inlane Inc vnewmark@pszjlaw.com
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant Gary Fegel vnewmark@pszjlaw.com
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant Consumer Legal Group PC vnewmark@pszjlaw.com,
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant Yitzchok Blum vnewmark@pszjlaw.com
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant Aly Management LLC vnewmark@pszjlaw.com,
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant YNS Funding LLC vnewmark@pszjlaw.com,
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant MCA Fund ADV Inc. vnewmark@pszjlaw.com
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Interested Party LGS Holdco LLC vnewmark@pszjlaw.com,
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Interested Party Consumer Legal Group P.C. vnewmark@pszjlaw.com,
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant GMF Capital LLC vnewmark@pszjlaw.com,
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant LGS Holdco LLC vnewmark@pszjlaw.com,
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant Solomon Feig vnewmark@pszjlaw.com
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant Genesis Equity Group Funding LLC vnewmark@pszjlaw.com
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Interested Party Liberty Acquisitions Group Inc. vnewmark@pszjlaw.com
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Vincent Renda
on behalf of Defendant Eric Petersen vr@pinlegal.com ld@pinlegal.com

Vincent Renda
on behalf of Creditor Unified Global Research Group Inc vr@pinlegal.com, ld@pinlegal.com

Vincent Renda
on behalf of Defendant Todd DiRoberto vr@pinlegal.com ld@pinlegal.com

William McCormick
on behalf of Creditor TN Dept of Revenue Bill.McCormick@ag.tn.gov

William J Wall
on behalf of Defendant Joshua Michael Bois wwall@wall-law.com

District/off: 0973-8
Date Rcvd: Oct 20, 2025

User: admin
Form ID: pdf042

Page 21 of 21
Total Noticed: 1

William J Wall
    on behalf of Witness Bradford Lee wwall@wall-law.com

William J Wall
    on behalf of Defendant 2030 Ventures  Inc. wwall@wall-law.com

William P. Fennell
    on behalf of Creditor Validation Partners LLC william.fennell@fennelllaw.com
    wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;office@fennelllaw.com;Brendan.Bargmann@fennelllaw.com;Fennell.WilliamP.B143386@notify.bestcase.com

Yisrael Gelb
    on behalf of Defendant Bridge Funding Cap  LLC yisrael@gelblawapc.com

Yosina M Lissebeck
    on behalf of Plaintiff Richard A Marshack Yosina.Lissebeck@Dinsmore.com
    caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
    on behalf of Plaintiff Richard A Marshack  trustee of the LPG Liquidation Trust Yosina.Lissebeck@Dinsmore.com,
    caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
    on behalf of Defendant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com
    caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
    on behalf of U.S. Trustee United States Trustee (SA) Yosina.Lissebeck@Dinsmore.com
    caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
    on behalf of Trustee Richard A Marshack (TR) Yosina.Lissebeck@Dinsmore.com
    caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
    on behalf of Counter-Claimant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com
    caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
    on behalf of Special Counsel Dinsmore & Shohl LLP Yosina.Lissebeck@Dinsmore.com
    caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
    on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com
    caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Zev Shechtman
    on behalf of Interested Party Morning Law Group  P.C. Zev.Shechtman@saul.com,
    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
    on behalf of Interested Party Danning Gill Israel & Krasnoff LLP Zev.Shechtman@saul.com
    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com


TOTAL: 483

FILED & ENTERED

OCT 20 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

In re:

The Litigation Practice Group P.C.,

                                      Debtor.

Case No.: 8:23-bk-10571-SC

CHAPTER 11

**ORDER CONTINUING HEARING ON CHAPTER 11 TRUSTEE, RICHARD A. MARSHACK'S SUBSTANTIVE OMNIBUS OBJECTION TO PROOF OF CLAIM FILED BY (1) PHUONG "JAYDE" TRINH; (II) SHERI CHEN; (III) JUSTIN NGUYEN; (IV) HAN TRINH; (V) ISRAEL OROZCO; (VI) SCOTT EADIE; (VII) KEVIN KURKA; AND (VIII) AZEVEDO SOLUTIONS GROUP, INC.**

Vacated Hearing:
Date:         October 23, 2025
Time:         1:30 p.m.
Courtroom:  5C

Continued Hearing:
Date:         November 20, 2025
Time:         1:30 p.m.
Courtroom:  5C

        The Court finds good cause to CONTINUE the hearing on Chapter 11 Trustee

Richard A. Marshack's Substantive Omnibus Objection to Proofs of Claim Filed by (I)

-1-

Phuong "Jayde" Trinh; (II) Sheri Chen; (III) Justin Nguyen; (IV) Han Trinh; (V) Israel

Orozco; (VI) Scott Eadie; (VII) Kevin Kurka; and (VIII) Azevedo Solutions Group, Inc.

filed September 19, 2024 [Dk. 1707] ("Omnibus Objection") from October 23, 2025 to

November 20, 2025 at 1:30 p.m. and VACATE the October 23, 2025 hearing on the

Omnibus Objection.

This hearing has been continued in accordance with the *Shutdown Plan*, which

was adopted by the Court pursuant to Volume 13, Chapter 2, Section 230.50 of the

*Guide to Judiciary Policy* and the Office of General Counsel's memorandum dated

October 13, 2023, to address a lapse in appropriations for the Judiciary.  This hearing

may be continued further, from time to time, in accordance with the *Shutdown Plan*.

Pursuant to the Anti-Deficiency Act, certain work may continue during a lapse of

appropriations if it involves an "emergenc[y] involving the safety of human life or the

protection of property."  If you believe that this matter constitutes such an emergency,

you may file a written application to be heard by the Court sooner than the specified

continuation date.

**IT IS SO ORDERED.**

###

Date: October 20, 2025

Scott C. Clarkson
United States Bankruptcy Judge