United States Bankruptcy Court

Central District of California

In re:                                                                    Case No. 23-10571-SC

The Litigation Practice Group P.C.                                        Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 21 |
| Date Rcvd: Oct 21, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol** **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2025:**

**Recip ID**     **Recipient Name and Address**
db         #+  The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2025         Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron E. De Leest | on behalf of Creditor Phuong (Jayde) Trinh adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | on behalf of Plaintiff Richard A. Marshack adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | on behalf of Plaintiff Richard A Marshack adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | on behalf of Creditor Han Trinh adeleest@marshackhays.com  adeleest@marshackhays.com,alinares@ecf.courtdrive.com |

Aaron E. De Leest
on behalf of Trustee Richard A Marshack (TR) adeleest@marshackhays.com
adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Abdul Shahid
on behalf of Plaintiff Richard A Marshack abdulwasay.shahid@dinsmore.com  wendy.yones@dinsmore.com

Adam D Stein-Sapir
on behalf of Creditor Pioneer Funding Group  LLC info@pfllc.com

Alan Craig Hochheiser
on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com  arodriguez@mauricewutscher.com

Alan I Nahmias
on behalf of Interested Party Courtesy NEF anahmias@mbn.law  jdale@mbn.law

Alan W Forsley
on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com
awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com

Alan W Forsley
on behalf of Creditor Anthem Blue Cross of California alan.forsley@flpllp.com
awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com

Alexandra W Wahl
on behalf of Defendant Eng Taing alex.wahl@wickphillips.com

Alexandra W Wahl
on behalf of Defendant PECC Corp. alex.wahl@wickphillips.com

Alexandra W Wahl
on behalf of Defendant PECC Corp alex.wahl@wickphillips.com

Alexandra W Wahl
on behalf of Defendant Touzi Capital  LLC alex.wahl@wickphillips.com

Amy Lynn Ginsburg
on behalf of Creditor Amy Ginsburg efilings@ginsburglawgroup.com

Amy Lynn Ginsburg
on behalf of Creditor Shannon Bellfield efilings@ginsburglawgroup.com

Amy Lynn Ginsburg
on behalf of Creditor Kenton Cobb efilings@ginsburglawgroup.com

Andre Boniadi
on behalf of Defendant John Sandoval aboniadi@bzlegal.com

Andre Boniadi
on behalf of Defendant Joco Enterprises LLC aboniadi@bzlegal.com

Andrew Still
on behalf of Plaintiff Alteryx  Inc. astill@swlaw.com, kcollins@swlaw.com

Andrew Still
on behalf of Creditor Alteryx  Inc. astill@swlaw.com, kcollins@swlaw.com

Andrew Still
on behalf of Interested Party Courtesy NEF astill@swlaw.com  kcollins@swlaw.com

Anthony Bisconti
on behalf of Plaintiff Richard A. Marshack tbisconti@bklwlaw.com  1193516420@filings.docketbird.com,docket@bklwlaw.com

Anthony Paul Diehl
on behalf of Interested Party Courtesy NEF anthony@apdlaw.net
Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net,9143954420@filings.docketbird.com,a.diehl@fortralaw.com

Asa S Hami
on behalf of Defendant Bonus Financial LLC asa.hami@gmlaw.com
ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com

Asa S Hami
on behalf of Defendant Jordan Miranti asa.hami@gmlaw.com
ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com

Ashley Dionisio
on behalf of Other Professional Omni Agent Solutions adionisio@omniagnt.com

Baruch C Cohen
on behalf of Defendant Derrick Landry bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com

Baruch C Cohen
on behalf of Defendant Ace Funding Source  LLC bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com

District/off: 0973-8                                    User: admin                                    Page 3 of 21
Date Rcvd: Oct 21, 2025                                 Form ID: pdf042                              Total Noticed: 1

Baruch C Cohen

on behalf of Defendant Berkovitch & Bouskila PLLC bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com

Belinda M Vega

on behalf of Creditor ADP Inc apark@venable.com, bmvega@venable.com

Bernard M Hansen

on behalf of Defendant Cyrus Irani bernardmhansen@sbcglobal.net

Bradford Barnhardt

on behalf of Plaintiff Richard A. Marshack bbarnhardt@marshackhays.com
bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt

on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com
bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt

on behalf of Trustee Richard A Marshack (TR) bbarnhardt@marshackhays.com
bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt

on behalf of Plaintiff Richard A Marshack bbarnhardt@marshackhays.com
bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Brandon J. Iskander

on behalf of Interested Party Courtesy NEF biskander@goeforlaw.com kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander

on behalf of Interested Party Martha Moore biskander@goeforlaw.com kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander

on behalf of Interested Party Joe-Max Moore biskander@goeforlaw.com kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander

on behalf of Interim Trustee Courtesy NEF biskander@goeforlaw.com kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander

on behalf of Defendant JM Squared LLC biskander@goeforlaw.com kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander

on behalf of Defendant Martha Moore biskander@goeforlaw.com kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander

on behalf of Interested Party Goe Forsythe & Hodges LLP biskander@goeforlaw.com
kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander

on behalf of Defendant Carl Lewis Moore biskander@goeforlaw.com kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander

on behalf of Defendant Joe-Max Moore biskander@goeforlaw.com kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brett Ramsaur

on behalf of Defendant Affirma LLC brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Spot On Consulting Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Morgan Attwood & Son Inc. brett@ramsaurlaw.com,
alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Salvador Robles brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Jason Davolina brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Joe Byon brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant EVC Properties LLC brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Caeser Mercado brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Lead Gen 101 Inc. brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Buck Wild Ventures LLC brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Help Your Home Network Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Lifestar Products Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Brandon Cunningham brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Rose Romo brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Rachel Magana brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Legacy Financial Strategies & Insurance Services Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Pace Construction Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Lavin Fence Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Eric Martinson brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Rachel Elgas brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Trevor Young brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Nate Lavin brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant JNR Services Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Jesse Martinson brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant Coastal Capital Partners LLC brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant A Solution Debt Relief Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Plaintiff Richard A. Marshack brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur

on behalf of Defendant JR Bray Group LLC brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brian Boyd

on behalf of Plaintiff Richard A. Marshack brian.boyd@dinsmore.com tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Brian Boyd

on behalf of U.S. Trustee United States Trustee (SA) brian.boyd@dinsmore.com tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Brian Boyd

on behalf of Plaintiff Richard A Marshack brian.boyd@dinsmore.com tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Brian Boyd

on behalf of Trustee Richard A Marshack (TR) brian.boyd@dinsmore.com tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Brian A Paino

on behalf of Defendant Optimumbank bpaino@hinshawlaw.com hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian A Paino

on behalf of Defendant Optimum Bank Holdings Inc. bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian A Paino

on behalf of Defendant Moishe Gubin bpaino@hinshawlaw.com hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian A Paino
on behalf of Defendant Optimumbank.com bpaino@hinshawlaw.com  hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian L Holman
on behalf of Creditor Sharp Electronics Corporation b.holman@musickpeeler.com

Brian L Shaw
on behalf of Defendant Debt Resolution Direct  LLC bshaw@cozen.com, cknez@cozen.com

Britteny Leyva
on behalf of Interested Party Revolv3  Inc. bleyva@mayerbrown.com,
2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com

Bryan Cockroft
on behalf of Plaintiff Richard A Marshack bryan.cockroft@dinsmore.com

Btzalel Hirschhorn
on behalf of Defendant A Chance Funding LLC bhirschhorn@sbagk.com

Byron Z Moldo
on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com  aantonio@ecjlaw.com,dperez@ecjlaw.com

Cara Daggitt
on behalf of Plaintiff Richard A Marshack cara.daggitt@dinsmore.com  Keegan.Giblin@Dinsmore.com

Cara Daggitt
on behalf of Trustee Richard A Marshack (TR) cara.daggitt@dinsmore.com  Keegan.Giblin@Dinsmore.com

Cara Daggitt
on behalf of Plaintiff Richard A. Marshack cara.daggitt@dinsmore.com  Keegan.Giblin@Dinsmore.com

Caroline Massey
on behalf of Plaintiff Richard A Marshack caroline.massey@dinsmore.com
lizbeth.alonso@dinsmore.com;AbdulWasay.Shahid@Dinsmore.com;wendy.yones@dinsmore.com

Caroline Massey
on behalf of Trustee Richard A Marshack (TR) caroline.massey@dinsmore.com
lizbeth.alonso@dinsmore.com;AbdulWasay.Shahid@Dinsmore.com;wendy.yones@dinsmore.com

Carson Heninger
on behalf of Defendant American Airlines  Inc. heningerc@gtlaw.com,
carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com

Charity J Manee
on behalf of Defendant Jimmy Chhor cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Charity J Manee
on behalf of Defendant JM Squared LLC cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Charity J Manee
on behalf of Defendant Clear Vision Financial LLC cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Charity J Manee
on behalf of Interested Party Goe Forsythe & Hodges LLP cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Charity J Manee
on behalf of Defendant Matt Collins cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Charity J Manee
on behalf of Defendant John Sykes cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Charity J Manee
on behalf of Defendant Point Break Holdings LLC cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Charity J Manee
on behalf of Defendant Darlene Collins cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Christopher Celentino
on behalf of Plaintiff Richard A Marshack christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Celentino
on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Celentino
on behalf of Special Counsel Dinsmore & Shohl LLP christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Celentino
on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Ghio
on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com  bonnie.connolly@dinsmore.com

Christopher Ghio

Christopher Ghio
    on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com  bonnie.connolly@dinsmore.com

Christopher Ghio
    on behalf of Defendant GMF Capital  LLC christopher.ghio@dinsmore.com, bonnie.connolly@dinsmore.com

Christopher Ghio
    on behalf of Plaintiff Richard A Marshack christopher.ghio@dinsmore.com  bonnie.connolly@dinsmore.com

Christopher J. Langley
    on behalf of Defendant Elizabeth Reale chris@slclawoffice.com  john@slclawoffice.com;langleycr75251@notify.bestcase.com

Christopher J. Langley
    on behalf of Defendant The Elizabeth Marie Reale Living Trust U/A dated March 28  2024 chris@slclawoffice.com, john@slclawoffice.com;langleycr75251@notify.bestcase.com

Christopher J. Langley
    on behalf of Interested Party Courtesy NEF chris@slclawoffice.com john@slclawoffice.com;langleycr75251@notify.bestcase.com

Christopher L Pitet
    on behalf of Defendant Vasco Assets  Inc. cpitet@apjuris.com, bferik@apjuris.com

Christopher L Pitet
    on behalf of Defendant Benny Mor cpitet@apjuris.com  bferik@apjuris.com

Christopher O Rivas
    on behalf of Defendant CareFirst Blue Choice  Inc. crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com;sean-wilson-0462@ecf.pacerpro.com

D Edward Hays
    on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Interested Party Courtesy NEF ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Attorney Marshack Hays LLP ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Plaintiff Richard A Marshack ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Creditor Committee Committee of Unsecured Creditors ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Plaintiff Richard A. Marshack ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Daniel A Edelman
    on behalf of Creditor Carolyn Beech dedelman@edcombs.com  courtecl@edcombs.com

Daniel A Lev
    on behalf of Interested Party Liberty Acquisitions Group Inc. daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
    on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com  cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel H Reiss
    on behalf of Defendant PECC Corp. dhr@lnbyg.com  dhr@ecf.inforuptcy.com

Daniel H Reiss
    on behalf of Defendant PECC Corp dhr@lnbyg.com  dhr@ecf.inforuptcy.com

Daniel H Reiss
    on behalf of Defendant Eng Taing dhr@lnbyg.com  dhr@ecf.inforuptcy.com

Daniel H Reiss
    on behalf of Defendant Touzi Capital  LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel S March
    on behalf of Interested Party INTERESTED PARTY marchlawoffice@gmail.com  marchdr94019@notify.bestcase.com

Daniel S March
    on behalf of Defendant Daniel S. March marchlawoffice@gmail.com  marchdr94019@notify.bestcase.com

David M Goodrich
    on behalf of Defendant Samson Ly dgoodrich@go2.law  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

District/off: 0973-8                              User: admin                              Page 7 of 21
Date Rcvd: Oct 21, 2025                           Form ID: pdf042                          Total Noticed: 1

David M Goodrich

on behalf of Defendant Lexicon Consulting  Inc. dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant Buffalo 21 Partners  Inc. dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Creditor United Partnerships  LLC dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant Syed Faisal Gilani dgoodrich@go2.law
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant C.A.T. Exteriors  Inc. dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant Bae Enterprises  Inc. dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant Validation LLC dgoodrich@go2.law  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant JNR Services  Inc. dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant Ventura Consulting  LLC dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant United Partnerships  Inc. dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant AZLS Enterprises Inc. dgoodrich@go2.law
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant United Partnerships  LLC dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant INVESTLINC Wealth Services  Inc. dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Interested Party Courtesy NEF dgoodrich@go2.law
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant Jason Dovalina dgoodrich@go2.law  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant Frank Brown dgoodrich@go2.law  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant Lexicon Consulting  LLC dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant Home Energy Solutions  Inc. dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant Oxford Knox  LLC dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant Matthew Church dgoodrich@go2.law  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant Rachel Dovalina dgoodrich@go2.law  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant BEW Solar Management  LLC dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
    on behalf of Defendant Spectrum Payment Solutions  LLC dgoodrich@go2.law,
    kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David S Hagen
    on behalf of Defendant Veronica Palterovich davidhagenlaw@gmail.com  LawOfficesofDavidSHagenCA1@jubileebk.net

David S Kupetz
    on behalf of Defendant Marich Bein LLC david.kupetz@troutman.com  mylene.ruiz@troutman.com

David S Kupetz
    on behalf of Interested Party Courtesy NEF david.kupetz@troutman.com  mylene.ruiz@troutman.com

David S Kupetz
    on behalf of Interested Party Marich Bein LLC david.kupetz@troutman.com  mylene.ruiz@troutman.com

David S Kupetz
    on behalf of Defendant Marich Bein  LLC david.kupetz@troutman.com, mylene.ruiz@troutman.com

Derrick Talerico
    on behalf of Defendant Paragon Financial Corp dtalerico@wztslaw.com
    maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
    on behalf of Defendant Caleb Wickman dtalerico@wztslaw.com
    maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
    on behalf of Defendant Mathew Bowyer dtalerico@wztslaw.com
    maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
    on behalf of Defendant WCMD Services  Inc. dtalerico@wztslaw.com,
    maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
    on behalf of Defendant Jenssen Varela dtalerico@wztslaw.com  maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Devan De los Reyes
    on behalf of Plaintiff Richard A Marshack ddelosreyes@marshackhays.com
    ddelosreyes@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Donald W Reid
    on behalf of Defendant No Limit Media LLC don@donreidlaw.com  5969661420@filings.docketbird.com

Donald W Reid
    on behalf of Defendant Painite Marketing don@donreidlaw.com  5969661420@filings.docketbird.com

Donald W Reid
    on behalf of Defendant Make it Ring Marketing  LLC don@donreidlaw.com, 5969661420@filings.docketbird.com

Donald W Reid
    on behalf of Defendant Colton King don@donreidlaw.com  5969661420@filings.docketbird.com

Donald W Reid
    on behalf of Defendant King Consulting Group  LLC don@donreidlaw.com, 5969661420@filings.docketbird.com

Eric Bensamochan
    on behalf of Creditor Oxford Knox  LLC eric@eblawfirm.us,
    G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us

Eric Bensamochan
    on behalf of Interested Party Courtesy NEF eric@eblawfirm.us
    G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us

Eric Bensamochan
    on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us
    G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us

Eric Gassman
    on behalf of Creditor Herret Credit erg@gassmanlawgroup.com  gassman.ericb112993@notify.bestcase.com

Eric D Goldberg
    on behalf of Defendant Stripe  Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Ethan J Birnberg
    on behalf of Defendant BMF Advance  LLC birnberg@portersimon.com, bokinskie@portersimon.com

Ethan J Birnberg
    on behalf of Defendant Gavriel Yitzchavok birnberg@portersimon.com  bokinskie@portersimon.com

Ethan J Birnberg
    on behalf of Defendant Diverse Capital LLC birnberg@portersimon.com  bokinskie@portersimon.com

Garrick A Hollander

on behalf of Creditor MC DVI Fund 2  LLC ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander

on behalf of Creditor MC DVI Fund 1  LLC ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander

on behalf of Creditor Debt Validation Fund II  LLC ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Geoffrey A Heaton

on behalf of Defendant Mauzy Heating  Cooling, Plumbing & Electrical, LLC gheaton@duanemorris.com,
kramos@duanemorris.com

Gerrick Warrington

on behalf of Defendant The Neiman Marcus Group LLC gwarrington@frandzel.com
achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington

on behalf of Defendant Neiman Marcus Group Ltd LLC gwarrington@frandzel.com
achase@frandzel.com,autodocket@frandzel.com

Glenn D. Moses

on behalf of Creditor ADP  Inc gmoses@venable.com,
cascavone@venable.com;ipmalcolm@venable.com;imalcolm@ecf.courtdrive.com;jadelgado@venable.com

Gregory M Salvato

on behalf of Creditor Mari Agape gsalvato@salvatoboufadel.com
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato

on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Howard Steinberg

on behalf of Defendant BankUnited  N.A. steinbergh@gtlaw.com,
pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Howard M Ehrenberg

on behalf of Defendant New Horizon Finance LLC Howard.Ehrenberg@gmlaw.com
hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com

Ira David Kharasch

on behalf of Defendant BSYD Management Corp. ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Defendant YNS Funding  LLC ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Interested Party Liberty Acquisitions Group Inc. ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Defendant Bold Cap LLC ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Defendant Consumer Legal Group  PC ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Defendant LGS Holdco  LLC ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Defendant Yitzchok Blum ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Interested Party LGS Holdco  LLC ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Defendant Solomon Feig ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Interested Party Consumer Legal Group  P.C. ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Defendant MCA Fund ADV Inc. ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Defendant Gary Fegel ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant GMF Capital  LLC ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant Aly Management  LLC ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Trustee Richard A Marshack (TR) ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant Genesis Equity Group Funding LLC ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant Binyin 1502 LLC ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant Inlane Inc ikharasch@pszjlaw.com

Isaac R Zfaty
on behalf of Defendant Nathan Johnston izfaty@muchlaw.com,
jnguyen@muchlaw.com;esantos@muchlaw.com;chess@muchlaw.com

Isaac R Zfaty
on behalf of Defendant Revolv3  Inc. izfaty@muchlaw.com,
jnguyen@muchlaw.com;esantos@muchlaw.com;chess@muchlaw.com

Israel Orozco
on behalf of Creditor Israel Orozco israel@iolawcorp.com

J Scott Bovitz
on behalf of Defendant Innovative Staffing LLC bovitz@bovitz-spitzer.com

J Tanner Watkins
on behalf of Trustee Richard A Marshack (TR) tanner.watkins@dinsmore.com
julie.mason@dinsmore.com;nathan.hall@dinsmore.com;molly.mattingly@dinsmore.com

J Tanner Watkins
on behalf of Plaintiff Richard A Marshack tanner.watkins@dinsmore.com
julie.mason@dinsmore.com;nathan.hall@dinsmore.com;molly.mattingly@dinsmore.com

Jacob Newsum-Bothamley
on behalf of Plaintiff Richard A Marshack jacob.bothamley@dinsmore.com  bonnie.connolly@dinsmore.com

Jacob Newsum-Bothamley
on behalf of Trustee Richard A Marshack (TR) jacob.bothamley@dinsmore.com  bonnie.connolly@dinsmore.com

Jacob Newsum-Bothamley
on behalf of Plaintiff Richard A. Marshack jacob.bothamley@dinsmore.com  bonnie.connolly@dinsmore.com

Jamie D Mottola
on behalf of Plaintiff Richard A Marshack Jamie.Mottola@dinsmore.com
wendy.yones@dinsmore.com;deamira.romo@dinsmore.com

Jamie D Mottola
on behalf of Plaintiff Richard A. Marshack  Chapter 11 Trustee Jamie.Mottola@dinsmore.com,
wendy.yones@dinsmore.com;deamira.romo@dinsmore.com

Jamie P Dreher
on behalf of Defendant EPPS jdreher@downeybrand.com  cdeulloa@DowneyBrand.com;courtfilings@downeybrand.com

Jason Lowe
on behalf of Defendant Gene Rosen's Law Firm jasonflowe@gmail.com

Jason Lowe
on behalf of Defendant Merchant Services USA Inc jasonflowe@gmail.com

Jason Lowe
on behalf of Defendant MBH Group LLC jasonflowe@gmail.com

Jeana Mason
on behalf of Plaintiff Richard A. Marshack jeana.mason@dinsmore.com
ashlynn.harrison@dinsmore.com;stella.laroe@dinsmore.com

Jeffrey A. Meinhardt
on behalf of Creditor Sabia Financial  Inc., an Illinois corporation jmeinhardt@silverandarsht.com

Jeffrey A. Meinhardt
on behalf of Defendant Sabia Financial Inc jmeinhardt@silverandarsht.com

Jeffrey A. Meinhardt

on behalf of Defendant Chad Rothrock jmeinhardt@silverandarsht.com

Jeffrey A. Meinhardt

on behalf of Defendant Frank Dal Bello jmeinhardt@silverandarsht.com

Jeffrey A. Meinhardt

on behalf of Creditor All Service Financial L.L.C. jmeinhardt@silverandarsht.com

Jeffrey B Smith

on behalf of Defendant Yuriy Drahuntsov jsmith@cgsattys.com  vphillips@cgsattys.com

Jeffrey B Smith

on behalf of Defendant Reliance Assistance Group Inc. jsmith@cgsattys.com, vphillips@cgsattys.com

Jeffrey I Golden

on behalf of Creditor Anaheim Ducks Hockey Club LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jeffrey I Golden

on behalf of Creditor Oxford Knox LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jeffrey I Golden

on behalf of Creditor Anaheim Arena Management LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jeffrey I Golden

on behalf of Interested Party Courtesy NEF jgolden@go2.law
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jeffrey I Golden

on behalf of Creditor Affirma LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jeffrey M Singletary

on behalf of Interested Party INTERESTED PARTY jsingletary@swlaw.com  rmckay@swlaw.com

Jeffrey S Shinbrot

on behalf of Interested Party Brandon Turner jeffrey@shinbrotfirm.com  sandra@shinbrotfirm.com;tanya@shinbrotfirm.com

Jeffrey S Shinbrot

on behalf of Defendant Brandon Turner jeffrey@shinbrotfirm.com  sandra@shinbrotfirm.com;tanya@shinbrotfirm.com

Jenny L Doling

on behalf of Interested Party National Consumer Bankruptcy Rights Center jd@jdl.law
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling

on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys jd@jdl.law
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling

on behalf of Interested Party INTERESTED PARTY jd@jdl.law
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jeremy Faith

on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com
Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Jeremy Faith

on behalf of Defendant Cobalt Funding Solutions LLC Jeremy@MarguliesFaithlaw.com,
Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Jeremy Freedman

on behalf of Plaintiff Richard A. Marshack jeremy.freedman@nelsonmullins.com  bonnie.connolly@dinsmore.com

Jeremy Freedman

on behalf of Trustee Richard A Marshack (TR) jeremy.freedman@nelsonmullins.com  bonnie.connolly@dinsmore.com

Jesse S Finlayson

on behalf of Defendant BCB Bancorp Inc jfinlayson@ftrlfirm.com, hkader@ftrlfirm.com

John H. Stephens

on behalf of Trustee Richard A Marshack (TR) john.stephens@dinsmore.com  lizbeth.alonso@dinsmore.com

John H. Stephens

on behalf of Plaintiff Richard A Marshack john.stephens@dinsmore.com  lizbeth.alonso@dinsmore.com

District/off: 0973-8                      User: admin                      Page 12 of 21
Date Rcvd: Oct 21, 2025                   Form ID: pdf042                   Total Noticed: 1

John H. Stephens
    on behalf of Plaintiff Richard A. Marshack john.stephens@dinsmore.com  lizbeth.alonso@dinsmore.com

Johnny White
    on behalf of Creditor Debt Relief Group  LLC JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White
    on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com  jlee@wrslawyers.com

Jonathan Serrano
    on behalf of Plaintiff Richard A. Marshack Jonathan@MarguliesFaithLaw.com
vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Jonathan Serrano
    on behalf of Trustee Richard A Marshack (TR) Jonathan@MarguliesFaithLaw.com
vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Jonathan Serrano
    on behalf of Special Counsel Dinsmore & Shohl LLP Jonathan@MarguliesFaithLaw.com
vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Joon M Khang
    on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com

Joon M Khang
    on behalf of Attorney Khang & Khang LLP joon@khanglaw.com

Joseph Boufadel
    on behalf of Defendant Slate Advance LLC jboufadel@salvatoboufadel.com
Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel
    on behalf of Interested Party Slate Advance  LLC jboufadel@salvatoboufadel.com,
Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel
    on behalf of Interested Party Mynt Advance LLC jboufadel@salvatoboufadel.com
Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel
    on behalf of Defendant Mynt Advance LLC jboufadel@salvatoboufadel.com
Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel
    on behalf of Interested Party Courtesy NEF jboufadel@salvatoboufadel.com
Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph E Addiego
    on behalf of Defendant Heshy Deutsch joeaddiego@dwt.com
ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com

Joseph E Addiego
    on behalf of Defendant Clearfund Solutions LLC joeaddiego@dwt.com
ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com

Joseph E Addiego
    on behalf of Defendant Nachmy Weiss joeaddiego@dwt.com
ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com

Joshua Nyman
    on behalf of Defendant Trevor Young josh@ramsaurlaw.com

Joshua Nyman
    on behalf of Defendant Buck Wild Ventures LLC josh@ramsaurlaw.com

Joshua Nyman
    on behalf of Defendant Morgan Attwood & Son  Inc. josh@ramsaurlaw.com

Joshua Nyman
    on behalf of Defendant Coastal Capital Partners  LLC josh@ramsaurlaw.com

Joshua Nyman
    on behalf of Defendant EVC Properties  LLC josh@ramsaurlaw.com

Joshua Nyman
    on behalf of Defendant Brandon Cunningham josh@ramsaurlaw.com

Joshua I. Marrone
    on behalf of Trustee Richard A Marshack (TR) joshua.marrone@dinsmore.com

Joshua I. Marrone
    on behalf of Plaintiff Richard A. Marshack joshua.marrone@dinsmore.com

Joshua L Scheer
on behalf of Interested Party Scheer Law Group LLP, interested party jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

Julian Parker Pecora
on behalf of Plaintiff Richard A Marshack julian.pecora@dinsmore.com Tracey.Hebert@Dinsmore.com

Karen Hockstad
on behalf of Plaintiff Richard A Marshack karen.hockstad@dinsmore.com kim.beavin@dinsmore.com

Karen Hockstad
on behalf of Trustee Richard A Marshack (TR) karen.hockstad@dinsmore.com kim.beavin@dinsmore.com

Kathleen P March
on behalf of Interested Party The Bankruptcy Law Firm P.C. kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Creditor Phuong (Jayde) Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Defendant Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Defendant Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Trustee Richard A Marshack (TR) kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Creditor Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Defendant Jayde Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Creditor Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Keith C Owens
on behalf of Creditor Committee Committee of Unsecured Creditors kowens@foxrothschild.com khoang@foxrothschild.com

Keith C Owens
on behalf of Plaintiff Richard A. Marshack kowens@foxrothschild.com khoang@foxrothschild.com

Keith C Owens
on behalf of Intervenor OFFICIAL COMMITTEE OF UNSECURED CREDITORS kowens@foxrothschild.com khoang@foxrothschild.com

Keith C Owens
on behalf of Creditor Committee Post-Confirmation Oversight Committee kowens@foxrothschild.com khoang@foxrothschild.com

Kelli Ann Lee
on behalf of Trustee Richard A Marshack (TR) Kelli.lee@dinsmore.com kristy.allen@dinsmore.com

Kelli Ann Lee
on behalf of Plaintiff Richard A. Marshack Kelli.lee@dinsmore.com kristy.allen@dinsmore.com

Kenneth Misken
on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

Kevin Alan Rogers
on behalf of Creditor Wells Marble and Hurst PLLC krogers@wellsmar.com

Kevin M Capuzzi
on behalf of Defendant The Neiman Marcus Group LLC kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M Capuzzi
on behalf of Defendant Neiman Marcus Group Ltd LLC kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kristin T Mihelic
on behalf of U.S. Trustee United States Trustee (SA) kristin.t.mihelic@usdoj.gov

Kyra E Andrassy
on behalf of Defendant Arsha Corp. kandrassy@raineslaw.com bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy
on behalf of Defendant Arash Asante Bayrooti kandrassy@raineslaw.com bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy
on behalf of Interested Party Courtesy NEF kandrassy@raineslaw.com bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy
on behalf of Defendant ABR Enterprises  LLC kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com

Laila Rais
on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais
on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais
on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais
on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Larry Rothman
on behalf of Interested Party Steven D. Silverstein tocollect@aol.com

Leslie A Cohen
on behalf of Defendant Rosa Bianca Loli leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com

Leslie A Cohen
on behalf of Defendant Rose Bianca Loli leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com

Leslie A Cohen
on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com

Leslie A Cohen
on behalf of Defendant Master Consultants of America Inc. leslie@lesliecohenlaw.com
jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com

Leslie K Kaufman
on behalf of Defendant Brandon Vargas kaufman_kaufman.bankruptcy@yahoo.com  kaufmanlr98210@notify.bestcase.com

Lexi J. Epley
on behalf of Plaintiff Richard A. Marshack lexi.epley@dinsmore.com  bonnie.connolly@dinsmore.com

Lisa Patel
on behalf of Defendant OptimumBank Holdings  Inc. lpatel@lesnickprince.com,
jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com

Manon Burns
on behalf of Creditor Credit Reporting Services  Inc. mburns@awglaw.com

Marc C Forsythe
on behalf of Defendant Clear Vision Financial LLC mforsythe@goeforlaw.com
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

Marc C Forsythe
on behalf of Creditor Point Break Holdings LLC mforsythe@goeforlaw.com
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

Marc C Forsythe
on behalf of Defendant Richard Nodelman mforsythe@goeforlaw.com
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

Marc C Forsythe
on behalf of Defendant Integrity Docs  LLC mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

Marc C Forsythe
on behalf of Defendant Point Break Holdings LLC mforsythe@goeforlaw.com
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

Marc C Forsythe
on behalf of Defendant Perfect Financial  LLC mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

Mary H Haas
on behalf of Defendant Heshy Deutsch maryhaas@dwt.com
melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas

on behalf of Defendant Israel Reches maryhaas@dwt.com
melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas

on behalf of Defendant A Chance Funding LLC maryhaas@dwt.com
melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas

on behalf of Defendant Nachman Weisz maryhaas@dwt.com
melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas

on behalf of Defendant Clearfund Solutions LLC maryhaas@dwt.com
melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas

on behalf of Defendant Hershey Deustch maryhaas@dwt.com
melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas

on behalf of Defendant Nachmy Weiss maryhaas@dwt.com
melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Matthew Sommer

on behalf of Plaintiff Richard A Marshack matthew.sommer@dinsmore.com  carrie.davis@dinsmore.com

Matthew Sommer

on behalf of Trustee Richard A Marshack (TR) matthew.sommer@dinsmore.com  carrie.davis@dinsmore.com

Matthew A Lesnick

on behalf of Defendant OptimumBank Holdings  Inc. matt@lesnickprince.com,
matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew J Stockl

on behalf of Plaintiff Richard A Marshack mstockl@otterbourg.com  katrice.ortiz@dinsmore.com

Matthew J Stockl

on behalf of Plaintiff Richard A. Marshack mstockl@otterbourg.com  katrice.ortiz@dinsmore.com

Matthew J Stockl

on behalf of Trustee Richard A Marshack (TR) mstockl@otterbourg.com  katrice.ortiz@dinsmore.com

Matthew J Stockl

on behalf of Plaintiff Richard A. Marshack mstockl@otterbourg.com  katrice.ortiz@dinsmore.com

Matthew S Steinberg

on behalf of Defendant Debt Resolution Direct  LLC msteinberg@cozen.com,
arincon@cozen.com;BPosivak@cozen.com;matthew-steinberg-5925@ecf.pacerpro.com

Matthew S Steinberg

on behalf of Trustee Richard A Marshack (TR) msteinberg@cozen.com
arincon@cozen.com;BPosivak@cozen.com;matthew-steinberg-5925@ecf.pacerpro.com

Matthew S Steinberg

on behalf of Interested Party Debt Resolution Direct  LLC msteinberg@cozen.com,
arincon@cozen.com;BPosivak@cozen.com;matthew-steinberg-5925@ecf.pacerpro.com

Maureen J Shanahan

on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Mstotaro@aol.com

Meredith Fahn

on behalf of Creditor Meredith Fahn fahn@sbcglobal.net

Meredith King

on behalf of Interested Party Courtesy NEF mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Meredith King

on behalf of Defendant Gallant Law Group mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Michael B Reynolds

on behalf of Defendant Justin Conlon mreynolds@swlaw.com  kcollins@swlaw.com

Michael B Reynolds

on behalf of Defendant Sidereal Entertainment Group  LLC mreynolds@swlaw.com, kcollins@swlaw.com

Michael B Reynolds

on behalf of Defendant Joshua Brown mreynolds@swlaw.com  kcollins@swlaw.com

Michael B Reynolds

on behalf of Defendant SMR Business Services  LLC mreynolds@swlaw.com, kcollins@swlaw.com

Michael D Lieberman

on behalf of Creditor Phillip A. Greenblatt  PLLC mike@liebermandebtrelief.com

Michael F Chekian
    on behalf of Creditor Elizabeth A. Shore mike@cheklaw.com  chekianmr84018@notify.bestcase.com

Michael G Spector
    on behalf of Defendant Ace Tech Ops mgspector@aol.com  mgslawoffice@aol.com

Michael G Spector
    on behalf of Defendant Edward J. Quiroz  III mgspector@aol.com, mgslawoffice@aol.com

Michael G Spector
    on behalf of Defendant Marketing Systems and Strategies LLC mgspector@aol.com  mgslawoffice@aol.com

Michael G Spector
    on behalf of Defendant Sormeh Attarzadeh mgspector@aol.com  mgslawoffice@aol.com

Michael G Spector
    on behalf of Defendant Anthony Derosa mgspector@aol.com  mgslawoffice@aol.com

Michael G Spector
    on behalf of Defendant Achme  Inc. mgspector@aol.com, mgslawoffice@aol.com

Michael G Spector
    on behalf of Defendant MBT Group  Inc. mgspector@aol.com, mgslawoffice@aol.com

Michael Jay Berger
    on behalf of Defendant Leucadia Enterprises  Inc michael.berger@bankruptcypower.com,
    yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael R Pinkston
    on behalf of Creditor Wells Marble and Hurst  PLLC rpinkston@seyfarth.com,
    jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com

Michael R Totaro
    on behalf of Interested Party Randall Baldwin Clark Ocbkatty@aol.com

Michael R Totaro
    on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Ocbkatty@aol.com

Michael W Davis
    on behalf of Defendant Morning Law Group  P.C. mdavis@dtolaw.com, ygodson@dtolaw.com

Mitchell B Ludwig
    on behalf of Creditor Fundura Capital Group mbl@kpclegal.com  kad@kpclegal.com

Nicholas A Koffroth
    on behalf of Trustee Richard A Marshack (TR) nkoffroth@foxrothschild.com
    khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
    on behalf of Other Professional Post-Confirmation Oversight Committee  as Successor in Interest to the Official Committee of
    Unsecured Creditors nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
    on behalf of Plaintiff Richard A. Marshack nkoffroth@foxrothschild.com  khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
    on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com
    khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
    on behalf of Creditor Committee Post-Confirmation Oversight Committee nkoffroth@foxrothschild.com
    khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas S Couchot
    on behalf of Defendant Justin Conlon ncouchot@swlaw.com

Nicholas S Couchot
    on behalf of Defendant Sidereal Entertainment Group  LLC ncouchot@swlaw.com

Nicholas S Couchot
    on behalf of Defendant SMR Business Services  LLC ncouchot@swlaw.com

Noah K McCall
    on behalf of Defendant Luke Enkosky nmccall@rschauerlaw.com  NAnderson@RSchauerLaw.com

Olivia Scott
    on behalf of Creditor Hi Bar Capital LLC olivia.scott@hklaw.com

Olivia Scott
    on behalf of Creditor Azzure Capital LLC olivia.scott@hklaw.com

Paul R Shankman
    on behalf of Creditor United Partnerships  LLC PShankman@fortislaw.com, info@fortislaw.com

Paul R Shankman
    on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com info@fortislaw.com

Peter L Isola
    on behalf of Interested Party Merchants Credit Corporation pisola@hinshawlaw.com
rmojica@hinshawlaw.com,iking@hinshawlaw.com

Peter W Bowie
    on behalf of Trustee Richard A Marshack (TR) peter.bowie@dinsmore.com caron.burke@dinsmore.com

Randall Baldwin Clark
    on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com

Randall P Mroczynski
    on behalf of Defendant Mercedes-Benz Financial Services USA LLC randym@cookseylaw.com

Randall P Mroczynski
    on behalf of Defendant Mercedes-Benz USA LLC randym@cookseylaw.com

Razmig Izakelian
    on behalf of Creditor OHP-CDR  LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
    on behalf of Counter-Defendant PurchaseCo 80  LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian
    on behalf of Counter-Defendant OHP-CDR  LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
    on behalf of Plaintiff OHP-CDR  LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
    on behalf of Plaintiff PurchaseCo 80  LLC razmigizakelian@quinnemanuel.com

Reid A Winthrop
    on behalf of Defendant Fidelity Pandemic Relief Services  Inc. reid@winthroplawgroup.com

Reid A Winthrop
    on behalf of Defendant Jess Walker reid@winthroplawgroup.com

Reid A Winthrop
    on behalf of Defendant Master Builders of America  Inc. reid@winthroplawgroup.com

Reilly D Wilkinson
    on behalf of Defendant Gabe McCarthy rwilkinson@scheerlawgroup.com  rwilkinson@ecf.courtdrive.com

Reilly D Wilkinson
    on behalf of Defendant Oha Management  LLC rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com

Reina Zepeda
    on behalf of Other Professional Omni Agent Solutions rzepeda@omniagnt.com

Richard A Marshack (TR)
    pkraus@marshackhays.com  ecf.alert+Marshack@titlexi.com

Richard D. Porotsky
    on behalf of Plaintiff Richard A. Marshack maria.rother@dinsmore.com

Richard D. Porotsky
    on behalf of Plaintiff Richard A Marshack maria.rother@dinsmore.com

Richard H Golubow
    on behalf of Creditor MC DVI Fund 1  LLC rgolubow@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Creditor Debt Validation Fund II  LLC rgolubow@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Defendant Debt Validation Fund II  LLC rgolubow@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Defendant MC DVI Fund 2  LLC rgolubow@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Creditor MC DVI Fund 2  LLC rgolubow@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
    on behalf of Defendant MC DVI Fund 1  LLC rgolubow@wghlawyers.com,

District/off: 0973-8                                     User: admin                                     Page 18 of 21
Date Rcvd: Oct 21, 2025                                  Form ID: pdf042                                 Total Noticed: 1

jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard L. Hyde
       on behalf of Interested Party Courtesy NEF rhyde@awglaw.com

Richik Sarkar
       on behalf of Plaintiff Richard A. Marshack richik.sarkar@dinsmore.com  Noreen.Leciejewski@dinsmore.com

Robert P Goe
       on behalf of Defendant Jimmy Chhor rgoe@goeforlaw.com
       kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
       on behalf of Defendant Darlene Collins rgoe@goeforlaw.com
       kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
       on behalf of Defendant Matt Collins rgoe@goeforlaw.com
       kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
       on behalf of Defendant John Sykes rgoe@goeforlaw.com
       kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Ronald K Brown
       on behalf of Creditor SDCO Tustin Executive Center  Inc. ron@rkbrownlaw.com

Ronald N Richards
       on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com  7206828420@filings.docketbird.com

Samuel Mushegh Boyamian
       on behalf of Interested Party Courtesy NEF samuel@marguliesfaithlaw.com
       Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Sara Johnston
       on behalf of Trustee Richard A Marshack (TR) sara.johnston@dinsmore.com
       spencer.gray@dinsmore.com;wendy.yones@dinsmore.com;rosetta.mitchell@dinsmore.com

Sara Johnston
       on behalf of Plaintiff Richard A. Marshack sara.johnston@dinsmore.com
       spencer.gray@dinsmore.com;wendy.yones@dinsmore.com;rosetta.mitchell@dinsmore.com

Sara Johnston
       on behalf of Plaintiff Richard A Marshack sara.johnston@dinsmore.com
       spencer.gray@dinsmore.com;wendy.yones@dinsmore.com;rosetta.mitchell@dinsmore.com

Sarah S. Mattingly
       on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com

Sarah S. Mattingly
       on behalf of Plaintiff Richard A. Marshack  Chapter 11 Trustee sarah.mattingly@dinsmore.com

Sarah S. Mattingly
       on behalf of Plaintiff Richard A Marshack  trustee of the LPG Liquidation Trust sarah.mattingly@dinsmore.com

Sarah S. Mattingly
       on behalf of Trustee Richard A Marshack (TR) sarah.mattingly@dinsmore.com

Sarah S. Mattingly
       on behalf of Plaintiff Richard A Marshack sarah.mattingly@dinsmore.com

Sarah S. Mattingly
       on behalf of Defendant Clearcube LLC sarah.mattingly@dinsmore.com

Sarah S. Mattingly
       on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com

Scott W Wellman
       on behalf of Defendant Pacific Rose Consulting Group swellman@w-wlaw.com  jklein@w-wlaw.com

Scott W Wellman
       on behalf of Defendant Dana Cederberg swellman@w-wlaw.com  jklein@w-wlaw.com

Scott W Wellman
       on behalf of Defendant Summer Cederberg swellman@w-wlaw.com  jklein@w-wlaw.com

Sharon Z. Weiss
       on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com
       raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss
       on behalf of Defendant Azzure Capital LLC sharon.weiss@bclplaw.com
       raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

District/off: 0973-8                          User: admin                          Page 19 of 21
Date Rcvd: Oct 21, 2025                       Form ID: pdf042                       Total Noticed: 1

Sharon Z. Weiss
on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com
raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Shawn M Christianson
on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com  schristianson@buchalter.com

Spencer Keith Gray
on behalf of Plaintiff Richard A Marshack spencer.gray@dinsmore.com
lydia.tharp@dinsmore.com;sara.johnston@dinsmore.com

Spencer Keith Gray
on behalf of Trustee Richard A Marshack (TR) spencer.gray@dinsmore.com
lydia.tharp@dinsmore.com;sara.johnston@dinsmore.com

Stella A Havkin
on behalf of Defendant Bridge Funding Cap  LLC stella@havkinandshrago.com, shavkinesq@gmail.com

Suzanne Marino
on behalf of Plaintiff Richard A. Marshack suzanne.marino@dinsmore.com

Sweeney Kelly
on behalf of Defendant Fidelity National Information Services  Inc. kelly@ksgklaw.com

Sweeney Kelly
on behalf of Defendant Worldpay Group kelly@ksgklaw.com

Sweeney Kelly
on behalf of Defendant Fidelity National Information Services  Inc. dba FIS kelly@ksgklaw.com

Sweeney Kelly
on behalf of Defendant Worldpay  LLC kelly@ksgklaw.com

Thomas H Casey
on behalf of Interested Party Thomas H. Casey kdriggers@tomcaseylaw.com  msilva@tomcaseylaw.com

Todd C. Ringstad
on behalf of Interested Party Morning Law Group  P.C. becky@ringstadlaw.com, arlene@ringstadlaw.com

Tony May
on behalf of Defendant Matthew Lovelady tmay@maybrocklaw.com

Tyler Powell
on behalf of Counter-Claimant Richard A Marshack (TR) tyler.powell@dinsmore.com
wendy.yones@dinsmore.com;elissa.lizer@dinsmore.com

Tyler Powell
on behalf of Plaintiff Richard A. Marshack tyler.powell@dinsmore.com  wendy.yones@dinsmore.com;elissa.lizer@dinsmore.com

Tyler Powell
on behalf of Counter-Claimant Richard A. Marshack tyler.powell@dinsmore.com
wendy.yones@dinsmore.com;elissa.lizer@dinsmore.com

Tyler Powell
on behalf of Defendant Richard A. Marshack tyler.powell@dinsmore.com
wendy.yones@dinsmore.com;elissa.lizer@dinsmore.com

Tyler Powell
on behalf of Defendant Affirma  LLC tyler.powell@dinsmore.com, wendy.yones@dinsmore.com;elissa.lizer@dinsmore.com

Tyler Powell
on behalf of Plaintiff Richard A. Marshack tyler.powell@dinsmore.com  wendy.yones@dinsmore.com;elissa.lizer@dinsmore.com

Tyler Powell
on behalf of Counter-Defendant Richard A Marshack (TR) tyler.powell@dinsmore.com
wendy.yones@dinsmore.com;elissa.lizer@dinsmore.com

Tyler Powell
on behalf of Trustee Richard A Marshack (TR) tyler.powell@dinsmore.com
wendy.yones@dinsmore.com;elissa.lizer@dinsmore.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Vanessa Rodriguez
on behalf of Trustee Richard A Marshack (TR) vanessa.rodriguez@dinsmore.com  bonnie.connolly@dinsmore.com

Vanessa Rodriguez
on behalf of Plaintiff Richard A Marshack vanessa.rodriguez@dinsmore.com  bonnie.connolly@dinsmore.com

Vanessa Rodriguez
on behalf of Plaintiff Richard A. Marshack vanessa.rodriguez@dinsmore.com  bonnie.connolly@dinsmore.com

Veneeta Jaswal
                   on behalf of Plaintiff Richard A Marshack veneeta.jaswal@dinsmore.com
                   kathy.gumm@dinsmore.com;wendy.yones@dinsmore.com

Veneeta Jaswal
                   on behalf of Plaintiff Richard A. Marshack veneeta.jaswal@dinsmore.com
                   kathy.gumm@dinsmore.com;wendy.yones@dinsmore.com

Veneeta Jaswal
                   on behalf of Plaintiff Richard A. Marshack veneeta.jaswal@dinsmore.com
                   kathy.gumm@dinsmore.com;wendy.yones@dinsmore.com

Veneeta Jaswal
                   on behalf of Trustee Richard A Marshack (TR) veneeta.jaswal@dinsmore.com
                   kathy.gumm@dinsmore.com;wendy.yones@dinsmore.com

Victoria Newmark
                   on behalf of Defendant Inlane Inc vnewmark@pszjlaw.com
                   hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
                   on behalf of Defendant Gary Fegel vnewmark@pszjlaw.com
                   hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
                   on behalf of Defendant Consumer Legal Group  PC vnewmark@pszjlaw.com,
                   hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
                   on behalf of Defendant Yitzchok Blum vnewmark@pszjlaw.com
                   hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
                   on behalf of Defendant Aly Management  LLC vnewmark@pszjlaw.com,
                   hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
                   on behalf of Defendant YNS Funding  LLC vnewmark@pszjlaw.com,
                   hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
                   on behalf of Defendant MCA Fund ADV Inc. vnewmark@pszjlaw.com
                   hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
                   on behalf of Interested Party LGS Holdco  LLC vnewmark@pszjlaw.com,
                   hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
                   on behalf of Interested Party Consumer Legal Group  P.C. vnewmark@pszjlaw.com,
                   hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
                   on behalf of Defendant GMF Capital  LLC vnewmark@pszjlaw.com,
                   hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
                   on behalf of Defendant LGS Holdco  LLC vnewmark@pszjlaw.com,
                   hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
                   on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com
                   hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
                   on behalf of Defendant Solomon Feig vnewmark@pszjlaw.com
                   hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
                   on behalf of Defendant Genesis Equity Group Funding LLC vnewmark@pszjlaw.com
                   hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
                   on behalf of Interested Party Liberty Acquisitions Group Inc. vnewmark@pszjlaw.com
                   hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Vincent Renda
                   on behalf of Defendant Eric Petersen vr@pinlegal.com  ld@pinlegal.com

Vincent Renda
                   on behalf of Creditor Unified Global Research Group  Inc vr@pinlegal.com, ld@pinlegal.com

Vincent Renda

on behalf of Defendant Todd DiRoberto vr@pinlegal.com  ld@pinlegal.com

William McCormick

on behalf of Creditor TN Dept of Revenue Bill.McCormick@ag.tn.gov

William J Wall

on behalf of Defendant Joshua Michael Bois wwall@wall-law.com

William J Wall

on behalf of Witness Bradford Lee wwall@wall-law.com

William J Wall

on behalf of Defendant 2030 Ventures  Inc. wwall@wall-law.com

William P. Fennell

on behalf of Creditor Validation Partners LLC william.fennell@fennelllaw.com
wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;offi
ce@fennelllaw.com;Brendan.Bargmann@fennelllaw.com;Fennell.WilliamP.B143386@notify.bestcase.com

Yisrael Gelb

on behalf of Defendant Bridge Funding Cap  LLC yisrael@gelblawapc.com

Yosina M Lissebeck

on behalf of Plaintiff Richard A Marshack Yosina.Lissebeck@Dinsmore.com
caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck

on behalf of Plaintiff Richard A Marshack  trustee of the LPG Liquidation Trust Yosina.Lissebeck@Dinsmore.com,
caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck

on behalf of Defendant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com
caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck

on behalf of U.S. Trustee United States Trustee (SA) Yosina.Lissebeck@Dinsmore.com
caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck

on behalf of Trustee Richard A Marshack (TR) Yosina.Lissebeck@Dinsmore.com
caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck

on behalf of Counter-Claimant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com
caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck

on behalf of Special Counsel Dinsmore & Shohl LLP Yosina.Lissebeck@Dinsmore.com
caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck

on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com
caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Zev Shechtman

on behalf of Interested Party Morning Law Group  P.C. Zev.Shechtman@saul.com,
zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman

on behalf of Interested Party Danning Gill Israel & Krasnoff LLP Zev.Shechtman@saul.com
zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

TOTAL: 486

**FILED & ENTERED**

OCT 21 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

In re:

The Litigation Practice Group P.C.,

Debtor(s).

Case No.: 8:23-bk-10571-SC

CHAPTER 11

**AMENDED[1] ORDER CONTINUING HEARING ON CHAPTER 11 TRUSTEE, RICHARD A. MARSHACK'S SUBSTANTIVE OMNIBUS OBJECTION TO PROOF OF CLAIMS FILED BY PHUONG "JAYDE" TRINH AND HAN TRINH [DK. 1707]**

Vacated Hearing:
Date:        October 23, 2025
Time:        1:30 PM
Courtroom:  5C

Continued Hearing:
Date: November 20, 2025
Time: 1:30 p.m.
Courtroom: 5C

---

[1] This Order supersedes the Order entered October 20, 2025 [Dk. 2537] which inadvertently failed to specify the claims to which the order applied. All of the other claims referenced in the prior order have been disposed of by various separate orders.

-1-

1  The Court finds good cause to CONTINUE the hearing on Chapter 11 Trustee

2  Richard A. Marshack's Substantive Omnibus Objection to Proofs of Claim Filed by

3  Phuong "Jayde" Trinh and Han Trinh [Dk. 1707] from October 23, 2025 to November

4  20, 2025 at 1:30 p.m. and VACATE the October 23, 2025 hearing on the Omnibus

5  Objection. This hearing has been continued in accordance with the Shutdown Plan,

6  which was adopted by the Court pursuant to Volume 13, Chapter 2, Section 230.50 of

7  the Guide to Judiciary Policy and the Office of General Counsel's memorandum dated

8  October 13, 2023, to address a lapse in appropriations for the Judiciary.

9  This hearing may be continued further, from time to time, in accordance with the

10  Shutdown Plan. Pursuant to the Anti-Deficiency Act, certain work may continue during a

11  lapse of appropriations if it involves an "emergenc[y] involving the safety of human life

12  or the protection of property." If you believe that this matter constitutes such an

13  emergency, you may file a written application to be heard by the Court sooner than the

14  specified continuation date.

15  **IT IS SO ORDERED.**

16

17

18

19

20

21

22

23

24

25  Date: October 21, 2025

Scott C. Clarkson
United States Bankruptcy Judge

26

27

28

-2-