IN THE UNITED STATES BANKRUPTCY
COURT CENTRAL DISTRICT OF
CALIFORNIA SANTA ANA DIVISION

In re:

THE LITIGATION PRACTICE GROUP, P.C.,

Debtor.

Chapter 11

Case No. 8:23-bk-10571- SC

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Keny Contreras, depose and say that I am employed by Stretto, noticing agent for the Debtor in the above-captioned case.

On October 21, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on The Trustee of Hunter Lee Thompson 2011 Trust, in his or her individual capacity and as trustee or any Other Agent Authorized to Receive Service of Process at 16450 N 59th Pl, Scottsdale, AZ 85254-1271:

- **Notice of Motion and Second Motion for Order Establishing Streamlined Procedures Governing New Adversary Proceedings Brought by Trustee's General Counsel; and Request for Judicial Notice in Support; Memorandum of Points and Authorities; Declaration of Richard A. Marshack** (Docket No. 2525)

Dated: October 23, 2025

_____
Keny Contreras

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 23rd day of October, 2025 by Keny Contreras, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____



STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 15, 2027