United States Bankruptcy Court

Central District of California

In re:                                            Case No. 23-10571-SC

The Litigation Practice Group P.C.                    Chapter 11

JPMORGAN CHASE BANK, N.A.

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0973-8 | User: admin | Page 1 of 21 |
|---|---|---|
| Date Rcvd: Nov 26, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2025                     Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron E. De Leest | |
| | on behalf of Creditor Phuong (Jayde) Trinh adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | |
| | on behalf of Plaintiff Richard A. Marshack adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | |
| | on behalf of Plaintiff Richard A Marshack adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | |

District/off: 0973-8                                    User: admin                                    Page 2 of 21
Date Rcvd: Nov 26, 2025                              Form ID: pdf042                              Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor Han Trinh adeleest@marshackhays.com  adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | |
| | on behalf of Trustee Richard A Marshack (TR) adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Abdul Shahid | |
| | on behalf of Plaintiff Richard A Marshack abdulwasay.shahid@dinsmore.com  wendy.yones@dinsmore.com |
| Adam D Stein-Sapir | |
| | on behalf of Creditor Pioneer Funding Group  LLC info@pfllc.com |
| Alan Craig Hochheiser | |
| | on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com  arodriguez@mauricewutscher.com |
| Alan I Nahmias | |
| | on behalf of Interested Party Courtesy NEF anahmias@mbn.law  jdale@mbn.law |
| Alan W Forsley | |
| | on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com |
| Alan W Forsley | |
| | on behalf of Creditor Anthem Blue Cross of California alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com |
| Alexandra W Wahl | |
| | on behalf of Defendant Eng Taing alex.wahl@wickphillips.com |
| Alexandra W Wahl | |
| | on behalf of Defendant PECC Corp. alex.wahl@wickphillips.com |
| Alexandra W Wahl | |
| | on behalf of Defendant PECC Corp alex.wahl@wickphillips.com |
| Alexandra W Wahl | |
| | on behalf of Defendant Touzi Capital  LLC alex.wahl@wickphillips.com |
| Amy Lynn Ginsburg | |
| | on behalf of Creditor Amy Ginsburg efilings@ginsburglawgroup.com |
| Amy Lynn Ginsburg | |
| | on behalf of Creditor Shannon Bellfield efilings@ginsburglawgroup.com |
| Amy Lynn Ginsburg | |
| | on behalf of Creditor Kenton Cobb efilings@ginsburglawgroup.com |
| Andre Boniadi | |
| | on behalf of Defendant John Sandoval aboniadi@bzlegal.com |
| Andre Boniadi | |
| | on behalf of Defendant Joco Enterprises LLC aboniadi@bzlegal.com |
| Andrew Still | |
| | on behalf of Plaintiff Alteryx  Inc. astill@swlaw.com, kcollins@swlaw.com |
| Andrew Still | |
| | on behalf of Creditor Alteryx  Inc. astill@swlaw.com, kcollins@swlaw.com |
| Andrew Still | |
| | on behalf of Interested Party Courtesy NEF astill@swlaw.com  kcollins@swlaw.com |
| Anthony Bisconti | |
| | on behalf of Plaintiff Richard A. Marshack tbisconti@bklwlaw.com  1193516420@filings.docketbird.com,docket@bklwlaw.com |
| Anthony Paul Diehl | |
| | on behalf of Interested Party Courtesy NEF anthony@apdlaw.net Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net,9143954420@filings.docketbird.com |
| Asa S Hami | |
| | on behalf of Defendant Bonus Financial LLC asa.hami@gmlaw.com ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com |
| Asa S Hami | |
| | on behalf of Defendant Jordan Miranti asa.hami@gmlaw.com ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com |
| Ashley Dionisio | |
| | on behalf of Other Professional Omni Agent Solutions adionisio@omniagnt.com |
| Baruch C Cohen | |
| | on behalf of Defendant Derrick Landry bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com |

District/off: 0973-8                    User: admin                                Page 3 of 21
Date Rcvd: Nov 26, 2025                 Form ID: pdf042                          Total Noticed: 1

Baruch C Cohen
on behalf of Defendant Ace Funding Source  LLC bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com

Baruch C Cohen
on behalf of Defendant Berkovitch & Bouskila  PLLC bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com

Belinda M Vega
on behalf of Creditor ADP  Inc apark@venable.com, bmvega@venable.com

Bernard M Hansen
on behalf of Defendant Cyrus Irani bernardmhansen@sbcglobal.net

Bradford Barnhardt
on behalf of Plaintiff Richard A. Marshack bbarnhardt@marshackhays.com
bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt
on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com
bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt
on behalf of Trustee Richard A Marshack (TR) bbarnhardt@marshackhays.com
bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt
on behalf of Plaintiff Richard A Marshack bbarnhardt@marshackhays.com
bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Brandon J. Iskander
on behalf of Interested Party Courtesy NEF biskander@goeforlaw.com  kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander
on behalf of Interested Party Martha Moore biskander@goeforlaw.com  kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander
on behalf of Interested Party Joe-Max Moore biskander@goeforlaw.com  kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander
on behalf of Interim Trustee Courtesy NEF biskander@goeforlaw.com  kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander
on behalf of Defendant JM Squared LLC biskander@goeforlaw.com  kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander
on behalf of Defendant Martha Moore biskander@goeforlaw.com  kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander
on behalf of Interested Party Goe Forsythe & Hodges LLP biskander@goeforlaw.com
kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander
on behalf of Defendant Carl Lewis Moore biskander@goeforlaw.com  kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander
on behalf of Defendant Joe-Max Moore biskander@goeforlaw.com  kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brett Ramsaur
on behalf of Defendant Affirma  LLC brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Spot On Consulting  Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Morgan Attwood & Son  Inc. brett@ramsaurlaw.com,
alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Salvador Robles brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Jason Davolina brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Joe Byon brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Caeser Mercado brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Lead Gen 101 Inc. brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Buck Wild Ventures LLC brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Lifestar Products  Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Rose Romo brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Legacy Financial Strategies & Insurance Services  Inc. brett@ramsaurlaw.com,
alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Lavin Fence  Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Pace Construction  Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Rachel Elgas brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Eric Martinson brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Trevor Young brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Nate Lavin brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant JNR Services  Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Jesse Martinson brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant Coastal Capital Partners  LLC brett@ramsaurlaw.com,
alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant A Solution Debt Relief  Inc. brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Plaintiff Richard A. Marshack brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
on behalf of Defendant JR Bray Group  LLC brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brian Boyd
on behalf of Plaintiff Richard A. Marshack brian.boyd@dinsmore.com
tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Brian Boyd
on behalf of U.S. Trustee United States Trustee (SA) brian.boyd@dinsmore.com
tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Brian Boyd
on behalf of Plaintiff Richard A Marshack brian.boyd@dinsmore.com
tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Brian Boyd
on behalf of Trustee Richard A Marshack (TR) brian.boyd@dinsmore.com
tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Brian A Paino
on behalf of Defendant Optimumbank bpaino@hinshawlaw.com  hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian A Paino
on behalf of Defendant Optimum Bank Holdings  Inc. bpaino@hinshawlaw.com,
hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian A Paino
on behalf of Defendant Moishe Gubin bpaino@hinshawlaw.com  hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian A Paino
on behalf of Defendant Optimumbank.com bpaino@hinshawlaw.com  hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian L Holman
on behalf of Creditor Sharp Electronics Corporation b.holman@musickpeeler.com

Brian L Shaw
on behalf of Defendant Debt Resolution Direct  LLC bshaw@cozen.com, cknez@cozen.com

Britteny Leyva

on behalf of Interested Party Revolv3 Inc. bleyva@mayerbrown.com,
2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com

Bryan Cockroft

on behalf of Plaintiff Richard A Marshack bryan.cockroft@dinsmore.com

Btzalel Hirschhorn

on behalf of Defendant A Chance Funding LLC bhirschhorn@sbagk.com

Byron Z Moldo

on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com aantonio@ecjlaw.com,dperez@ecjlaw.com

Cara Daggitt

on behalf of Plaintiff Richard A Marshack cara.daggitt@dinsmore.com Keegan.Giblin@Dinsmore.com

Cara Daggitt

on behalf of Trustee Richard A Marshack (TR) cara.daggitt@dinsmore.com Keegan.Giblin@Dinsmore.com

Cara Daggitt

on behalf of Plaintiff Richard A. Marshack cara.daggitt@dinsmore.com Keegan.Giblin@Dinsmore.com

Carl Mueller

on behalf of Defendant Dodger Tickets LLC cmueller@mclitigation.com llarios@maloneyfirm.com;mamini@maloneyfirm.com

Caroline Massey

on behalf of Plaintiff Richard A Marshack caroline.massey@dinsmore.com
lizbeth.alonso@dinsmore.com;AbdulWasay.Shahid@Dinsmore.com;wendy.yones@dinsmore.com

Caroline Massey

on behalf of Trustee Richard A Marshack (TR) caroline.massey@dinsmore.com
lizbeth.alonso@dinsmore.com;AbdulWasay.Shahid@Dinsmore.com;wendy.yones@dinsmore.com

Carson Heninger

on behalf of Defendant American Airlines Inc. heningerc@gtlaw.com,
carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com

Charity J Manee

on behalf of Defendant Jimmy Chhor cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee

on behalf of Defendant JM Squared LLC cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee

on behalf of Defendant Clear Vision Financial LLC cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee

on behalf of Interested Party Goe Forsythe & Hodges LLP cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee

on behalf of Defendant Matt Collins cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee

on behalf of Defendant John Sykes cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee

on behalf of Defendant Point Break Holdings LLC cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee

on behalf of Defendant Darlene Collins cmanee@goeforlaw.com kmurphy@goeforlaw.com

Christopher Celentino

on behalf of Plaintiff Richard A Marshack christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Celentino

on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Celentino

on behalf of Special Counsel Dinsmore & Shohl LLP christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Celentino

on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Ghio

on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com bonnie.connolly@dinsmore.com

Christopher Ghio

on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com bonnie.connolly@dinsmore.com

Christopher Ghio

on behalf of Defendant GMF Capital LLC christopher.ghio@dinsmore.com, bonnie.connolly@dinsmore.com

Christopher Ghio

on behalf of Plaintiff Richard A Marshack christopher.ghio@dinsmore.com bonnie.connolly@dinsmore.com

Christopher J. Langley

on behalf of Defendant Elizabeth Reale chris@slclawoffice.com  john@slclawoffice.com;langleycr75251@notify.bestcase.com

Christopher J. Langley

on behalf of Defendant The Elizabeth Marie Reale Living Trust U/A dated March 28  2024 chris@slclawoffice.com,
john@slclawoffice.com;langleycr75251@notify.bestcase.com

Christopher J. Langley

on behalf of Interested Party Courtesy NEF chris@slclawoffice.com
john@slclawoffice.com;langleycr75251@notify.bestcase.com

Christopher L Pitet

on behalf of Defendant Vasco Assets  Inc. cpitet@apjuris.com, bferik@apjuris.com

Christopher L Pitet

on behalf of Defendant Benny Mor cpitet@apjuris.com  bferik@apjuris.com

Christopher O Rivas

on behalf of Defendant JPMorgan Chase & Co. crivas@reedsmith.com
chris-rivas-8658@ecf.pacerpro.com;sean-wilson-0462@ecf.pacerpro.com

Christopher O Rivas

on behalf of Defendant JPMorgan Chase Bank  National Association crivas@reedsmith.com,
chris-rivas-8658@ecf.pacerpro.com;sean-wilson-0462@ecf.pacerpro.com

Christopher O Rivas

on behalf of Defendant CareFirst Blue Choice  Inc. crivas@reedsmith.com,
chris-rivas-8658@ecf.pacerpro.com;sean-wilson-0462@ecf.pacerpro.com

Christopher O Rivas

on behalf of Defendant JPMORGAN CHASE BANK  N.A. crivas@reedsmith.com,
chris-rivas-8658@ecf.pacerpro.com;sean-wilson-0462@ecf.pacerpro.com

D Edward Hays

on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays

on behalf of Interested Party Courtesy NEF ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays

on behalf of Attorney Marshack Hays LLP ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays

on behalf of Plaintiff Richard A Marshack ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays

on behalf of Creditor Committee Committee of Unsecured Creditors ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays

on behalf of Plaintiff Richard A. Marshack ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Daniel A Edelman

on behalf of Creditor Carolyn Beech dedelman@edcombs.com  courtecl@edcombs.com

Daniel A Lev

on behalf of Interested Party Liberty Acquisitions Group Inc. daniel.lev@gmlaw.com
cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev

on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com  cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel H Reiss

on behalf of Defendant PECC Corp. dhr@lnbyg.com  dhr@ecf.inforuptcy.com

Daniel H Reiss

on behalf of Defendant PECC Corp dhr@lnbyg.com  dhr@ecf.inforuptcy.com

Daniel H Reiss

on behalf of Defendant Eng Taing dhr@lnbyg.com  dhr@ecf.inforuptcy.com

Daniel H Reiss

on behalf of Defendant Touzi Capital  LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel S March

on behalf of Interested Party INTERESTED PARTY marchlawoffice@gmail.com  marchdr94019@notify.bestcase.com

Daniel S March

District/off: 0973-8                              User: admin                              Page 7 of 21
Date Rcvd: Nov 26, 2025                           Form ID: pdf042                          Total Noticed: 1

on behalf of Defendant Daniel S. March marchlawoffice@gmail.com marchdr94019@notify.bestcase.com

David M Goodrich

on behalf of Defendant Samson Ly dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant Lexicon Consulting Inc. dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant Buffalo 21 Partners Inc. dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Creditor United Partnerships LLC dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant Syed Faisal Gilani dgoodrich@go2.law
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant C.A.T. Exteriors Inc. dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant Bae Enterprises Inc. dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant Validation LLC dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant JNR Services Inc. dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant Ventura Consulting LLC dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant United Partnerships Inc. dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant AZLS Enterprises Inc. dgoodrich@go2.law
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant United Partnerships LLC dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant INVESTLINC Wealth Services Inc. dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Interested Party Courtesy NEF dgoodrich@go2.law
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant Frank Brown dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant Jason Dovalina dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant Lexicon Consulting LLC dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant Home Energy Solutions Inc. dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant Oxford Knox LLC dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant Matthew Church dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

on behalf of Defendant Rachel Dovalina dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
 on behalf of Defendant BEW Solar Management  LLC dgoodrich@go2.law,
 kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
 on behalf of Defendant Spectrum Payment Solutions  LLC dgoodrich@go2.law,
 kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David S Hagen
 on behalf of Defendant Veronica Palterovich davidhagenlaw@gmail.com  LawOfficesofDavidSHagenCA1@jubileebk.net

David S Kupetz
 on behalf of Defendant Marich Bein LLC david.kupetz@troutman.com  mylene.ruiz@troutman.com

David S Kupetz
 on behalf of Interested Party Courtesy NEF david.kupetz@troutman.com  mylene.ruiz@troutman.com

David S Kupetz
 on behalf of Interested Party Marich Bein LLC david.kupetz@troutman.com  mylene.ruiz@troutman.com

David S Kupetz
 on behalf of Defendant Marich Bein  LLC david.kupetz@troutman.com, mylene.ruiz@troutman.com

Derrick Talerico
 on behalf of Defendant Paragon Financial Corp dtalerico@wztslaw.com
 maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
 on behalf of Defendant Caleb Wickman dtalerico@wztslaw.com
 maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
 on behalf of Defendant Mathew Bowyer dtalerico@wztslaw.com
 maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
 on behalf of Defendant WCMD Services  Inc. dtalerico@wztslaw.com,
 maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
 on behalf of Defendant Jenssen Varela dtalerico@wztslaw.com  maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Devan De los Reyes
 on behalf of Plaintiff Richard A Marshack ddelosreyes@marshackhays.com
 ddelosreyes@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Donald W Reid
 on behalf of Defendant No Limit Media LLC don@donreidlaw.com  5969661420@filings.docketbird.com

Donald W Reid
 on behalf of Defendant Painite Marketing don@donreidlaw.com  5969661420@filings.docketbird.com

Donald W Reid
 on behalf of Defendant Make it Ring Marketing  LLC don@donreidlaw.com, 5969661420@filings.docketbird.com

Donald W Reid
 on behalf of Defendant Colton King don@donreidlaw.com  5969661420@filings.docketbird.com

Donald W Reid
 on behalf of Defendant King Consulting Group  LLC don@donreidlaw.com, 5969661420@filings.docketbird.com

Eric Bensamochan
 on behalf of Creditor Oxford Knox  LLC eric@eblawfirm.us,
 G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us

Eric Bensamochan
 on behalf of Interested Party Courtesy NEF eric@eblawfirm.us
 G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us

Eric Bensamochan
 on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us
 G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us

Eric Gassman
 on behalf of Creditor Herret Credit erg@gassmanlawgroup.com  gassman.ericb112993@notify.bestcase.com

Eric D Goldberg
 on behalf of Defendant Stripe  Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Ethan J Birnberg
 on behalf of Defendant BMF Advance  LLC birnberg@portersimon.com, bokinskie@portersimon.com

Ethan J Birnberg

on behalf of Defendant Gavriel Yitzchavok birnberg@portersimon.com  bokinskie@portersimon.com

Ethan J Birnberg

on behalf of Defendant Diverse Capital LLC birnberg@portersimon.com  bokinskie@portersimon.com

Garrick A Hollander

on behalf of Creditor MC DVI Fund 2  LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander

on behalf of Creditor MC DVI Fund 1  LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander

on behalf of Creditor Debt Validation Fund II  LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Geoffrey A Heaton

on behalf of Defendant Mauzy Heating  Cooling, Plumbing & Electrical, LLC gheaton@duanemorris.com, kramos@duanemorris.com

Gerrick Warrington

on behalf of Defendant The Neiman Marcus Group LLC gwarrington@frandzel.com achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington

on behalf of Defendant Neiman Marcus Group Ltd LLC gwarrington@frandzel.com achase@frandzel.com,autodocket@frandzel.com

Glenn D. Moses

on behalf of Creditor ADP  Inc gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;imalcolm@ecf.courtdrive.com;jadelgado@venable.com

Gregory M Salvato

on behalf of Creditor Mari Agape gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato

on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Howard Steinberg

on behalf of Defendant BankUnited  N.A. steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Howard M Ehrenberg

on behalf of Defendant New Horizon Finance LLC Howard.Ehrenberg@gmlaw.com hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com

Ira David Kharasch

on behalf of Defendant YNS Funding  LLC ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Interested Party Liberty Acquisitions Group Inc. ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Defendant Bold Cap LLC ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Defendant Consumer Legal Group  PC ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Defendant LGS Holdco  LLC ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Defendant Yitzchok Blum ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Interested Party LGS Holdco  LLC ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Interested Party Consumer Legal Group  P.C. ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Defendant MCA Fund ADV Inc. ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Defendant Gary Fegel ikharasch@pszjlaw.com

Ira David Kharasch

on behalf of Defendant GMF Capital  LLC ikharasch@pszjlaw.com

Ira David Kharasch

    on behalf of Defendant Aly Management  LLC ikharasch@pszjlaw.com

Ira David Kharasch

    on behalf of Trustee Richard A Marshack (TR) ikharasch@pszjlaw.com

Ira David Kharasch

    on behalf of Defendant Genesis Equity Group Funding LLC ikharasch@pszjlaw.com

Ira David Kharasch

    on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com

Ira David Kharasch

    on behalf of Defendant Binyin 1502 LLC ikharasch@pszjlaw.com

Ira David Kharasch

    on behalf of Defendant Inlane Inc ikharasch@pszjlaw.com

Ira David Kharasch

    on behalf of Defendant BSYD Management Corp. ikharasch@pszjlaw.com

Isaac R Zfaty

    on behalf of Defendant Nathan Johnston izfaty@muchlaw.com
jnguyen@muchlaw.com;esantos@muchlaw.com;chess@muchlaw.com

Isaac R Zfaty

    on behalf of Defendant Revolv3  Inc. izfaty@muchlaw.com,
jnguyen@muchlaw.com;esantos@muchlaw.com;chess@muchlaw.com

Israel Orozco

    on behalf of Creditor Israel Orozco israel@iolawcorp.com

J Scott Bovitz

    on behalf of Defendant Innovative Staffing LLC bovitz@bovitz-spitzer.com

J Tanner Watkins

    on behalf of Trustee Richard A Marshack (TR) tanner.watkins@dinsmore.com
julie.mason@dinsmore.com;nathan.hall@dinsmore.com;molly.mattingly@dinsmore.com

J Tanner Watkins

    on behalf of Plaintiff Richard A Marshack tanner.watkins@dinsmore.com
julie.mason@dinsmore.com;nathan.hall@dinsmore.com;molly.mattingly@dinsmore.com

Jacob Newsum-Bothamley

    on behalf of Plaintiff Richard A Marshack jacob.bothamley@dinsmore.com  bonnie.connolly@dinsmore.com

Jacob Newsum-Bothamley

    on behalf of Trustee Richard A Marshack (TR) jacob.bothamley@dinsmore.com  bonnie.connolly@dinsmore.com

Jacob Newsum-Bothamley

    on behalf of Plaintiff Richard A. Marshack jacob.bothamley@dinsmore.com  bonnie.connolly@dinsmore.com

Jamie D Mottola

    on behalf of Plaintiff Richard A Marshack Jamie.Mottola@dinsmore.com
wendy.yones@dinsmore.com;deamira.romo@dinsmore.com

Jamie D Mottola

    on behalf of Plaintiff Richard A. Marshack  Chapter 11 Trustee Jamie.Mottola@dinsmore.com,
wendy.yones@dinsmore.com;deamira.romo@dinsmore.com

Jamie P Dreher

    on behalf of Defendant EPPS jdreher@downeybrand.com  cdeulloa@DowneyBrand.com;courtfilings@downeybrand.com

Jason Lowe

    on behalf of Defendant Gene Rosen's Law Firm jasonflowe@gmail.com

Jason Lowe

    on behalf of Defendant Merchant Services USA Inc jasonflowe@gmail.com

Jason Lowe

    on behalf of Defendant MBH Group LLC jasonflowe@gmail.com

Jeana Mason

    on behalf of Plaintiff Richard A. Marshack jeana.mason@dinsmore.com
ashlynn.harrison@dinsmore.com;stella.laroe@dinsmore.com

Jeffrey A. Meinhardt

    on behalf of Creditor All Service Financial  L.L.C. jmeinhardt@silverandarsht.com

Jeffrey A. Meinhardt

    on behalf of Creditor Sabia Financial  Inc., an Illinois corporation jmeinhardt@silverandarsht.com

District/off: 0973-8                      User: admin                           Page 11 of 21
Date Rcvd: Nov 26, 2025                   Form ID: pdf042                        Total Noticed: 1

Jeffrey A. Meinhardt
                    on behalf of Defendant Sabia Financial Inc jmeinhardt@silverandarsht.com

Jeffrey A. Meinhardt
                    on behalf of Defendant Chad Rothrock jmeinhardt@silverandarsht.com

Jeffrey A. Meinhardt
                    on behalf of Defendant Frank Dal Bello jmeinhardt@silverandarsht.com

Jeffrey B Smith
                    on behalf of Defendant Yuriy Drahuntsov jsmith@cgsattys.com  vphillips@cgsattys.com

Jeffrey B Smith
                    on behalf of Defendant Reliance Assistance Group  Inc. jsmith@cgsattys.com, vphillips@cgsattys.com

Jeffrey I Golden
                    on behalf of Creditor Anaheim Ducks Hockey Club  LLC jgolden@go2.law,
                    kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
                    estcase.com

Jeffrey I Golden
                    on behalf of Creditor Oxford Knox  LLC jgolden@go2.law,
                    kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
                    estcase.com

Jeffrey I Golden
                    on behalf of Creditor Anaheim Arena Management  LLC jgolden@go2.law,
                    kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
                    estcase.com

Jeffrey I Golden
                    on behalf of Interested Party Courtesy NEF jgolden@go2.law
                    kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
                    estcase.com

Jeffrey I Golden
                    on behalf of Creditor Affirma  LLC jgolden@go2.law,
                    kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
                    estcase.com

Jeffrey M Singletary
                    on behalf of Interested Party INTERESTED PARTY jsingletary@swlaw.com  rmckay@swlaw.com

Jeffrey S Shinbrot
                    on behalf of Interested Party Brandon Turner jeffrey@shinbrotfirm.com  sandra@shinbrotfirm.com;tanya@shinbrotfirm.com

Jeffrey S Shinbrot
                    on behalf of Defendant Brandon Turner jeffrey@shinbrotfirm.com  sandra@shinbrotfirm.com;tanya@shinbrotfirm.com

Jenny L Doling
                    on behalf of Interested Party National Consumer Bankruptcy Rights Center jd@jdl.law
                    dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling
                    on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys jd@jdl.law
                    dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling
                    on behalf of Interested Party INTERESTED PARTY jd@jdl.law
                    dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jeremy Faith
                    on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com
                    Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Jeremy Faith
                    on behalf of Defendant Cobalt Funding Solutions  LLC Jeremy@MarguliesFaithlaw.com,
                    Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Jeremy Freedman
                    on behalf of Plaintiff Richard A. Marshack jeremy.freedman@nelsonmullins.com  bonnie.connolly@dinsmore.com

Jeremy Freedman
                    on behalf of Trustee Richard A Marshack (TR) jeremy.freedman@nelsonmullins.com  bonnie.connolly@dinsmore.com

Jesse S Finlayson
                    on behalf of Defendant BCB Bancorp  Inc jfinlayson@ftrlfirm.com, hkader@ftrlfirm.com

John H. Stephens
                    on behalf of Trustee Richard A Marshack (TR) john.stephens@dinsmore.com  lizbeth.alonso@dinsmore.com

John H. Stephens
                    on behalf of Plaintiff Richard A Marshack john.stephens@dinsmore.com  lizbeth.alonso@dinsmore.com

John H. Stephens
    on behalf of Plaintiff Richard A. Marshack john.stephens@dinsmore.com  lizbeth.alonso@dinsmore.com

Johnny White
    on behalf of Creditor Debt Relief Group  LLC JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White
    on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com  jlee@wrslawyers.com

Jonathan Serrano
    on behalf of Plaintiff Richard A. Marshack Jonathan@MarguliesFaithLaw.com
    vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Jonathan Serrano
    on behalf of Trustee Richard A Marshack (TR) Jonathan@MarguliesFaithLaw.com
    vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Jonathan Serrano
    on behalf of Special Counsel Dinsmore & Shohl LLP Jonathan@MarguliesFaithLaw.com
    vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Joon M Khang
    on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com

Joon M Khang
    on behalf of Attorney Khang & Khang LLP joon@khanglaw.com

Joseph Boufadel
    on behalf of Defendant Slate Advance LLC jboufadel@salvatoboufadel.com
    Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel
    on behalf of Interested Party Slate Advance  LLC jboufadel@salvatoboufadel.com,
    Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel
    on behalf of Defendant Mynt Advance LLC jboufadel@salvatoboufadel.com
    Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel
    on behalf of Interested Party Mynt Advance LLC jboufadel@salvatoboufadel.com
    Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel
    on behalf of Interested Party Courtesy NEF jboufadel@salvatoboufadel.com
    Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel
    on behalf of Defendant Michael Antebi jboufadel@salvatoboufadel.com
    Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph E Addiego
    on behalf of Defendant Heshy Deutsch joeaddiego@dwt.com
    ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com

Joseph E Addiego
    on behalf of Defendant Clearfund Solutions LLC joeaddiego@dwt.com
    ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com

Joseph E Addiego
    on behalf of Defendant Nachmy Weiss joeaddiego@dwt.com
    ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com

Joshua Nyman
    on behalf of Defendant Trevor Young josh@ramsaurlaw.com

Joshua Nyman
    on behalf of Defendant Buck Wild Ventures LLC josh@ramsaurlaw.com

Joshua Nyman
    on behalf of Defendant Morgan Attwood & Son  Inc. josh@ramsaurlaw.com

Joshua Nyman
    on behalf of Defendant Coastal Capital Partners  LLC josh@ramsaurlaw.com

Joshua I. Marrone
    on behalf of Trustee Richard A Marshack (TR) joshua.marrone@dinsmore.com

Joshua I. Marrone
    on behalf of Plaintiff Richard A. Marshack joshua.marrone@dinsmore.com

Joshua L Scheer
    on behalf of Interested Party Scheer Law Group  LLP, interested party jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

District/off: 0973-8                      User: admin                      Page 13 of 21
Date Rcvd: Nov 26, 2025                   Form ID: pdf042                   Total Noticed: 1

Julian Parker Pecora
on behalf of Plaintiff Richard A Marshack julian.pecora@dinsmore.com Tracey.Hebert@Dinsmore.com

Karen Hockstad
on behalf of Plaintiff Richard A Marshack karen.hockstad@dinsmore.com kim.beavin@dinsmore.com

Karen Hockstad
on behalf of Trustee Richard A Marshack (TR) karen.hockstad@dinsmore.com kim.beavin@dinsmore.com

Kathleen P March
on behalf of Interested Party The Bankruptcy Law Firm P.C. kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Creditor Phuong (Jayde) Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Defendant Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Defendant Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Trustee Richard A Marshack (TR) kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Creditor Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Defendant Jayde Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Creditor Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Keith C Owens
on behalf of Creditor Committee Committee of Unsecured Creditors kowens@foxrothschild.com khoang@foxrothschild.com

Keith C Owens
on behalf of Plaintiff Richard A. Marshack kowens@foxrothschild.com khoang@foxrothschild.com

Keith C Owens
on behalf of Intervenor OFFICIAL COMMITTEE OF UNSECURED CREDITORS kowens@foxrothschild.com khoang@foxrothschild.com

Keith C Owens
on behalf of Creditor Committee Post-Confirmation Oversight Committee kowens@foxrothschild.com khoang@foxrothschild.com

Kelli Ann Lee
on behalf of Trustee Richard A Marshack (TR) Kelli.lee@dinsmore.com kristy.allen@dinsmore.com

Kelli Ann Lee
on behalf of Plaintiff Richard A. Marshack Kelli.lee@dinsmore.com kristy.allen@dinsmore.com

Kenneth Misken
on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

Kevin Alan Rogers
on behalf of Creditor Wells Marble and Hurst PLLC krogers@wellsmar.com

Kevin M Capuzzi
on behalf of Defendant The Neiman Marcus Group LLC kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M Capuzzi
on behalf of Defendant Neiman Marcus Group Ltd LLC kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kristin T Mihelic
on behalf of U.S. Trustee United States Trustee (SA) kristin.t.mihelic@usdoj.gov

Kyra E Andrassy
on behalf of Defendant Arsha Corp. kandrassy@raineslaw.com bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy
on behalf of Defendant Arash Asante Bayrooti kandrassy@raineslaw.com bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy
on behalf of Interested Party Courtesy NEF kandrassy@raineslaw.com bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy
on behalf of Defendant ABR Enterprises LLC kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com

District/off: 0973-8                                    User: admin                                    Page 14 of 21
Date Rcvd: Nov 26, 2025                                 Form ID: pdf042                                 Total Noticed: 1

Laila Rais
on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais
on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais
on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais
on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Larry Rothman
on behalf of Interested Party Steven D. Silverstein tocollect@aol.com

Leslie A Cohen
on behalf of Defendant Rosa Bianca Loli leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com

Leslie A Cohen
on behalf of Defendant Rose Bianca Loli leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com

Leslie A Cohen
on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com

Leslie A Cohen
on behalf of Defendant Master Consultants of America Inc. leslie@lesliecohenlaw.com
jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com

Leslie K Kaufman
on behalf of Defendant Brandon Vargas kaufman_kaufman.bankruptcy@yahoo.com  kaufmanlr98210@notify.bestcase.com

Lexi J. Epley
on behalf of Plaintiff Richard A. Marshack lexi.epley@dinsmore.com  bonnie.connolly@dinsmore.com

Lisa Patel
on behalf of Defendant OptimumBank Holdings  Inc. lpatel@lesnickprince.com,
jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com

Manon Burns
on behalf of Creditor Credit Reporting Services  Inc. mburns@awglaw.com

Marc C Forsythe
on behalf of Defendant Clear Vision Financial LLC mforsythe@goeforlaw.com
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.c
om

Marc C Forsythe
on behalf of Creditor Point Break Holdings LLC mforsythe@goeforlaw.com
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.c
om

Marc C Forsythe
on behalf of Defendant Richard Nodelman mforsythe@goeforlaw.com
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.c
om

Marc C Forsythe
on behalf of Defendant Integrity Docs  LLC mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.c
om

Marc C Forsythe
on behalf of Defendant Point Break Holdings LLC mforsythe@goeforlaw.com
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.c
om

Marc C Forsythe
on behalf of Defendant Perfect Financial  LLC mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.c
om

Mary H Haas
on behalf of Defendant Heshy Deutsch maryhaas@dwt.com
melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
on behalf of Defendant Israel Reches maryhaas@dwt.com
melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
on behalf of Defendant A Chance Funding LLC maryhaas@dwt.com
melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
on behalf of Defendant Nachman Weisz maryhaas@dwt.com
melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
on behalf of Defendant Clearfund Solutions LLC maryhaas@dwt.com
melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
on behalf of Defendant Hershey Deustch maryhaas@dwt.com
melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
on behalf of Defendant Nachmy Weiss maryhaas@dwt.com
melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Matthew Sommer
on behalf of Plaintiff Richard A Marshack matthew.sommer@dinsmore.com  carrie.davis@dinsmore.com

Matthew Sommer
on behalf of Trustee Richard A Marshack (TR) matthew.sommer@dinsmore.com  carrie.davis@dinsmore.com

Matthew A Lesnick
on behalf of Defendant OptimumBank Holdings  Inc. matt@lesnickprince.com,
matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew J Stockl
on behalf of Plaintiff Richard A Marshack mstockl@otterbourg.com  katrice.ortiz@dinsmore.com

Matthew J Stockl
on behalf of Plaintiff Richard A. Marshack mstockl@otterbourg.com  katrice.ortiz@dinsmore.com

Matthew J Stockl
on behalf of Trustee Richard A Marshack (TR) mstockl@otterbourg.com  katrice.ortiz@dinsmore.com

Matthew J Stockl
on behalf of Plaintiff Richard A. Marshack mstockl@otterbourg.com  katrice.ortiz@dinsmore.com

Matthew S Steinberg
on behalf of Defendant Debt Resolution Direct  LLC msteinberg@cozen.com,
arincon@cozen.com;BPosivak@cozen.com;matthew-steinberg-5925@ecf.pacerpro.com

Matthew S Steinberg
on behalf of Trustee Richard A Marshack (TR) msteinberg@cozen.com
arincon@cozen.com;BPosivak@cozen.com;matthew-steinberg-5925@ecf.pacerpro.com

Matthew S Steinberg
on behalf of Interested Party Debt Resolution Direct  LLC msteinberg@cozen.com,
arincon@cozen.com;BPosivak@cozen.com;matthew-steinberg-5925@ecf.pacerpro.com

Maureen J Shanahan
on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Mstotaro@aol.com

Meredith Fahn
on behalf of Creditor Meredith Fahn fahn@sbcglobal.net

Meredith King
on behalf of Interested Party Courtesy NEF mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Meredith King
on behalf of Defendant Gallant Law Group mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Michael B Reynolds
on behalf of Defendant Justin Conlon mreynolds@swlaw.com  kcollins@swlaw.com

Michael B Reynolds
on behalf of Defendant Sidereal Entertainment Group  LLC mreynolds@swlaw.com, kcollins@swlaw.com

Michael B Reynolds
on behalf of Defendant Joshua Brown mreynolds@swlaw.com  kcollins@swlaw.com

Michael B Reynolds
on behalf of Defendant SMR Business Services  LLC mreynolds@swlaw.com, kcollins@swlaw.com

Michael D Lieberman
on behalf of Creditor Phillip A. Greenblatt  PLLC mike@liebermandebtrelief.com

Michael F Chekian
on behalf of Creditor Elizabeth A. Shore mike@cheklaw.com  chekianmr84018@notify.bestcase.com

Michael G Spector
       on behalf of Defendant Ace Tech Ops mgspector@aol.com  mgslawoffice@aol.com

Michael G Spector
       on behalf of Defendant Edward J. Quiroz  III mgspector@aol.com, mgslawoffice@aol.com

Michael G Spector
       on behalf of Defendant Marketing Systems and Strategies LLC mgspector@aol.com  mgslawoffice@aol.com

Michael G Spector
       on behalf of Defendant Sormeh Attarzadeh mgspector@aol.com  mgslawoffice@aol.com

Michael G Spector
       on behalf of Defendant Anthony Derosa mgspector@aol.com  mgslawoffice@aol.com

Michael G Spector
       on behalf of Defendant Achme  Inc. mgspector@aol.com, mgslawoffice@aol.com

Michael G Spector
       on behalf of Defendant MBT Group  Inc. mgspector@aol.com, mgslawoffice@aol.com

Michael Jay Berger
       on behalf of Defendant Leucadia Enterprises  Inc michael.berger@bankruptcypower.com,
       yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael Jay Berger
       on behalf of Defendant Solomon Feig michael.berger@bankruptcypower.com
       yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael R Pinkston
       on behalf of Creditor Wells Marble and Hurst  PLLC rpinkston@seyfarth.com,
       jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com

Michael R Totaro
       on behalf of Interested Party Randall Baldwin Clark Ocbkatty@aol.com

Michael R Totaro
       on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Ocbkatty@aol.com

Michael W Davis
       on behalf of Defendant Morning Law Group  P.C. mdavis@dtolaw.com, ygodson@dtolaw.com

Milton Trent Spurlock
       on behalf of Plaintiff Richard A Marshack trent.spurlock@dinsmore.com

Milton Trent Spurlock
       on behalf of Trustee Richard A Marshack (TR) trent.spurlock@dinsmore.com

Mitchell B Ludwig
       on behalf of Creditor Fundura Capital Group mbl@kpclegal.com  kad@kpclegal.com

Nathan Fransen
       on behalf of Counter-Claimant Colonna Cohen Law  PLLC nathan@fmattorney.com, deforest@fmattorney.com

Nathan Fransen
       on behalf of Defendant Colonna Cohen Law  PLLC nathan@fmattorney.com, deforest@fmattorney.com

Nicholas A Koffroth
       on behalf of Trustee Richard A Marshack (TR) nkoffroth@foxrothschild.com
       khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
       on behalf of Other Professional Post-Confirmation Oversight Committee  as Successor in Interest to the Official Committee of
       Unsecured Creditors nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
       on behalf of Plaintiff Richard A. Marshack nkoffroth@foxrothschild.com  khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
       on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com
       khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
       on behalf of Creditor Committee Post-Confirmation Oversight Committee nkoffroth@foxrothschild.com
       khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas S Couchot
       on behalf of Defendant Justin Conlon ncouchot@swlaw.com

Nicholas S Couchot
       on behalf of Defendant Sidereal Entertainment Group  LLC ncouchot@swlaw.com

Nicholas S Couchot

on behalf of Defendant SMR Business Services  LLC ncouchot@swlaw.com

Noah K McCall

      on behalf of Defendant Luke Enkosky nmccall@rschauerlaw.com  NAnderson@RSchauerLaw.com

Olivia Scott

      on behalf of Creditor Hi Bar Capital LLC olivia.scott@hklaw.com

Olivia Scott

      on behalf of Creditor Azzure Capital LLC olivia.scott@hklaw.com

Paul R Shankman

      on behalf of Creditor United Partnerships  LLC PShankman@fortislaw.com, info@fortislaw.com

Paul R Shankman

      on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com  info@fortislaw.com

Peter L Isola

      on behalf of Interested Party Merchants Credit Corporation pisola@hinshawlaw.com
      rmojica@hinshawlaw.com,iking@hinshawlaw.com

Peter W Bowie

      on behalf of Trustee Richard A Marshack (TR) peter.bowie@dinsmore.com  caron.burke@dinsmore.com

Randall Baldwin Clark

      on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com

Randall P Mroczynski

      on behalf of Defendant Mercedes-Benz Financial Services USA LLC randym@cookseylaw.com

Randall P Mroczynski

      on behalf of Defendant Mercedes-Benz USA LLC randym@cookseylaw.com

Razmig Izakelian

      on behalf of Creditor OHP-CDR  LP razmigizakelian@quinnemanuel.com

Razmig Izakelian

      on behalf of Counter-Defendant PurchaseCo 80  LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian

      on behalf of Counter-Defendant OHP-CDR  LP razmigizakelian@quinnemanuel.com

Razmig Izakelian

      on behalf of Plaintiff OHP-CDR  LP razmigizakelian@quinnemanuel.com

Razmig Izakelian

      on behalf of Plaintiff PurchaseCo 80  LLC razmigizakelian@quinnemanuel.com

Reid A Winthrop

      on behalf of Defendant Fidelity Pandemic Relief Services  Inc. reid@winthroplawgroup.com

Reid A Winthrop

      on behalf of Defendant Jess Walker reid@winthroplawgroup.com

Reid A Winthrop

      on behalf of Defendant Master Builders of America  Inc. reid@winthroplawgroup.com

Reilly D Wilkinson

      on behalf of Defendant Gabe McCarthy rwilkinson@scheerlawgroup.com  rwilkinson@ecf.courtdrive.com

Reilly D Wilkinson

      on behalf of Defendant Oha Management  LLC rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com

Reina Zepeda

      on behalf of Other Professional Omni Agent Solutions rzepeda@omniagnt.com

Richard A Marshack (TR)

      pkraus@marshackhays.com  ecf.alert+Marshack@titlexi.com

Richard D. Porotsky

      on behalf of Plaintiff Richard A. Marshack maria.rother@dinsmore.com

Richard D. Porotsky

      on behalf of Plaintiff Richard A Marshack maria.rother@dinsmore.com

Richard H Golubow

      on behalf of Creditor MC DVI Fund 1  LLC rgolubow@wghlawyers.com,
      jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow

      on behalf of Creditor Debt Validation Fund II  LLC rgolubow@wghlawyers.com,
      jmartinez@wghlawyers.com;svillegas@wghlawyers.com

District/off: 0973-8                                   User: admin                                   Page 18 of 21
Date Rcvd: Nov 26, 2025                               Form ID: pdf042                               Total Noticed: 1

Richard H Golubow
     on behalf of Defendant Debt Validation Fund II LLC rgolubow@wghlawyers.com,
     jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
     on behalf of Defendant MC DVI Fund 2 LLC rgolubow@wghlawyers.com,
     jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
     on behalf of Creditor MC DVI Fund 2 LLC rgolubow@wghlawyers.com,
     jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
     on behalf of Defendant MC DVI Fund 1 LLC rgolubow@wghlawyers.com,
     jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard L. Hyde
     on behalf of Interested Party Courtesy NEF rhyde@awglaw.com

Richik Sarkar
     on behalf of Plaintiff Richard A. Marshack richik.sarkar@dinsmore.com  Noreen.Leciejewski@dinsmore.com

Robert P Goe
     on behalf of Defendant Jimmy Chhor rgoe@goeforlaw.com
     kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
     on behalf of Defendant Darlene Collins rgoe@goeforlaw.com
     kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
     on behalf of Defendant Matt Collins rgoe@goeforlaw.com
     kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
     on behalf of Defendant John Sykes rgoe@goeforlaw.com
     kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Ronald K Brown
     on behalf of Creditor SDCO Tustin Executive Center  Inc. ron@rkbrownlaw.com

Ronald N Richards
     on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com  7206828420@filings.docketbird.com

Samuel Mushegh Boyamian
     on behalf of Interested Party Courtesy NEF samuel@marguliesfaithlaw.com
     Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Sara Johnston
     on behalf of Trustee Richard A Marshack (TR) sara.johnston@dinsmore.com
     spencer.gray@dinsmore.com;wendy.yones@dinsmore.com;rosetta.mitchell@dinsmore.com

Sara Johnston
     on behalf of Plaintiff Richard A. Marshack sara.johnston@dinsmore.com
     spencer.gray@dinsmore.com;wendy.yones@dinsmore.com;rosetta.mitchell@dinsmore.com

Sara Johnston
     on behalf of Plaintiff Richard A Marshack sara.johnston@dinsmore.com
     spencer.gray@dinsmore.com;wendy.yones@dinsmore.com;rosetta.mitchell@dinsmore.com

Sarah S. Mattingly
     on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com

Sarah S. Mattingly
     on behalf of Plaintiff Richard A. Marshack  Chapter 11 Trustee sarah.mattingly@dinsmore.com

Sarah S. Mattingly
     on behalf of Plaintiff Richard A Marshack  trustee of the LPG Liquidation Trust sarah.mattingly@dinsmore.com

Sarah S. Mattingly
     on behalf of Trustee Richard A Marshack (TR) sarah.mattingly@dinsmore.com

Sarah S. Mattingly
     on behalf of Plaintiff Richard A Marshack sarah.mattingly@dinsmore.com

Sarah S. Mattingly
     on behalf of Defendant Clearcube LLC sarah.mattingly@dinsmore.com

Sarah S. Mattingly
     on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com

Scott W Wellman
     on behalf of Defendant Pacific Rose Consulting Group swellman@w-wlaw.com  jklein@w-wlaw.com

District/off: 0973-8                          User: admin                          Page 19 of 21
Date Rcvd: Nov 26, 2025                       Form ID: pdf042                       Total Noticed: 1

Scott W Wellman
    on behalf of Defendant Dana Cederberg swellman@w-wlaw.com jklein@w-wlaw.com

Scott W Wellman
    on behalf of Defendant Summer Cederberg swellman@w-wlaw.com jklein@w-wlaw.com

Sharon Z. Weiss
    on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com
raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss
    on behalf of Defendant Azzure Capital LLC sharon.weiss@bclplaw.com
raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss
    on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com
raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Shawn M Christianson
    on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com schristianson@buchalter.com

Spencer Keith Gray
    on behalf of Plaintiff Richard A Marshack spencer.gray@dinsmore.com
lydia.tharp@dinsmore.com;sara.johnston@dinsmore.com

Spencer Keith Gray
    on behalf of Trustee Richard A Marshack (TR) spencer.gray@dinsmore.com
lydia.tharp@dinsmore.com;sara.johnston@dinsmore.com

Stella A Havkin
    on behalf of Defendant Bridge Funding Cap LLC stella@havkinandshrago.com, shavkinesq@gmail.com

Stephen Franks
    on behalf of Trustee Richard A Marshack (TR) stephen.franks@dinsmore.com

Suzanne Marino
    on behalf of Plaintiff Richard A. Marshack suzanne.marino@dinsmore.com

Sweeney Kelly
    on behalf of Defendant Fidelity National Information Services Inc. kelly@ksgklaw.com

Sweeney Kelly
    on behalf of Defendant Worldpay Group kelly@ksgklaw.com

Sweeney Kelly
    on behalf of Defendant Fidelity National Information Services Inc. dba FIS kelly@ksgklaw.com

Sweeney Kelly
    on behalf of Defendant Worldpay LLC kelly@ksgklaw.com

Thomas H Casey
    on behalf of Interested Party Thomas H. Casey kdriggers@tomcaseylaw.com msilva@tomcaseylaw.com

Todd C. Ringstad
    on behalf of Interested Party Morning Law Group P.C. becky@ringstadlaw.com, arlene@ringstadlaw.com

Tony May
    on behalf of Defendant Matthew Lovelady tmay@maybrocklaw.com

Tyler Powell
    on behalf of Counter-Claimant Richard A Marshack (TR) tyler.powell@dinsmore.com
wendy.yones@dinsmore.com;elissa.lizer@dinsmore.com

Tyler Powell
    on behalf of Plaintiff Richard A. Marshack tyler.powell@dinsmore.com wendy.yones@dinsmore.com;elissa.lizer@dinsmore.com

Tyler Powell
    on behalf of Counter-Claimant Richard A. Marshack tyler.powell@dinsmore.com
wendy.yones@dinsmore.com;elissa.lizer@dinsmore.com

Tyler Powell
    on behalf of Defendant Richard A. Marshack tyler.powell@dinsmore.com
wendy.yones@dinsmore.com;elissa.lizer@dinsmore.com

Tyler Powell
    on behalf of Defendant Affirma LLC tyler.powell@dinsmore.com, wendy.yones@dinsmore.com;elissa.lizer@dinsmore.com

Tyler Powell
    on behalf of Defendant Everyday Funding Group LLC tyler.powell@dinsmore.com
wendy.yones@dinsmore.com;elissa.lizer@dinsmore.com

Tyler Powell
    on behalf of Plaintiff Richard A Marshack tyler.powell@dinsmore.com wendy.yones@dinsmore.com;elissa.lizer@dinsmore.com

Tyler Powell
> on behalf of Counter-Defendant Richard A Marshack (TR) tyler.powell@dinsmore.com
> wendy.yones@dinsmore.com;elissa.lizer@dinsmore.com

Tyler Powell
> on behalf of Trustee Richard A Marshack (TR) tyler.powell@dinsmore.com
> wendy.yones@dinsmore.com;elissa.lizer@dinsmore.com

United States Trustee (SA)
> ustpregion16.sa.ecf@usdoj.gov

Vanessa Rodriguez
> on behalf of Trustee Richard A Marshack (TR) vanessa.rodriguez@dinsmore.com  bonnie.connolly@dinsmore.com

Vanessa Rodriguez
> on behalf of Plaintiff Richard A Marshack vanessa.rodriguez@dinsmore.com  bonnie.connolly@dinsmore.com

Vanessa Rodriguez
> on behalf of Plaintiff Richard A. Marshack vanessa.rodriguez@dinsmore.com  bonnie.connolly@dinsmore.com

Veneeta Jaswal
> on behalf of Plaintiff Richard A Marshack veneeta.jaswal@dinsmore.com
> kathy.gumm@dinsmore.com;wendy.yones@dinsmore.com

Veneeta Jaswal
> on behalf of Plaintiff Richard A. Marshack veneeta.jaswal@dinsmore.com
> kathy.gumm@dinsmore.com;wendy.yones@dinsmore.com

Veneeta Jaswal
> on behalf of Plaintiff Richard A. Marshack veneeta.jaswal@dinsmore.com
> kathy.gumm@dinsmore.com;wendy.yones@dinsmore.com

Veneeta Jaswal
> on behalf of Trustee Richard A Marshack (TR) veneeta.jaswal@dinsmore.com
> kathy.gumm@dinsmore.com;wendy.yones@dinsmore.com

Victoria Newmark
> on behalf of Defendant Inlane Inc vnewmark@pszjlaw.com
> hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
> on behalf of Defendant Gary Fegel vnewmark@pszjlaw.com
> hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
> on behalf of Defendant Consumer Legal Group  PC vnewmark@pszjlaw.com,
> hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
> on behalf of Defendant Yitzchok Blum vnewmark@pszjlaw.com
> hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
> on behalf of Defendant Aly Management  LLC vnewmark@pszjlaw.com,
> hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
> on behalf of Defendant YNS Funding  LLC vnewmark@pszjlaw.com,
> hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
> on behalf of Defendant MCA Fund ADV Inc. vnewmark@pszjlaw.com
> hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
> on behalf of Interested Party LGS Holdco  LLC vnewmark@pszjlaw.com,
> hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
> on behalf of Interested Party Consumer Legal Group  P.C. vnewmark@pszjlaw.com,
> hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
> on behalf of Defendant GMF Capital  LLC vnewmark@pszjlaw.com,
> hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
> on behalf of Defendant LGS Holdco  LLC vnewmark@pszjlaw.com,
> hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
> on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com
> hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant Solomon Feig vnewmark@pszjlaw.com
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant Genesis Equity Group Funding LLC vnewmark@pszjlaw.com
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Interested Party Liberty Acquisitions Group Inc. vnewmark@pszjlaw.com
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Vincent Renda
on behalf of Defendant Eric Petersen vr@pinlegal.com  ld@pinlegal.com

Vincent Renda
on behalf of Creditor Unified Global Research Group  Inc vr@pinlegal.com, ld@pinlegal.com

Vincent Renda
on behalf of Defendant Todd DiRoberto vr@pinlegal.com  ld@pinlegal.com

William McCormick
on behalf of Creditor TN Dept of Revenue Bill.McCormick@ag.tn.gov

William J Wall
on behalf of Defendant Joshua Michael Bois wwall@wall-law.com

William J Wall
on behalf of Witness Bradford Lee wwall@wall-law.com

William J Wall
on behalf of Defendant 2030 Ventures  Inc. wwall@wall-law.com

William P. Fennell
on behalf of Creditor Validation Partners LLC william.fennell@fennelllaw.com
wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com;offi
ce@fennelllaw.com;Brendan.Bargmann@fennelllaw.com;Fennell.WilliamP.B143386@notify.bestcase.com

Yisrael Gelb
on behalf of Defendant Bridge Funding Cap  LLC yisrael@gelblawapc.com

Yosina M Lissebeck
on behalf of Plaintiff Richard A Marshack Yosina.Lissebeck@Dinsmore.com
caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
on behalf of Plaintiff Richard A Marshack  trustee of the LPG Liquidation Trust Yosina.Lissebeck@Dinsmore.com,
caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
on behalf of Defendant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com
caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
on behalf of U.S. Trustee United States Trustee (SA) Yosina.Lissebeck@Dinsmore.com
caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
on behalf of Trustee Richard A Marshack (TR) Yosina.Lissebeck@Dinsmore.com
caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
on behalf of Counter-Claimant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com
caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
on behalf of Special Counsel Dinsmore & Shohl LLP Yosina.Lissebeck@Dinsmore.com
caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Yosina M Lissebeck
on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com
caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Zev Shechtman
on behalf of Interested Party Morning Law Group  P.C. Zev.Shechtman@saul.com,
zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
on behalf of Interested Party Danning Gill Israel & Krasnoff LLP Zev.Shechtman@saul.com
zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

TOTAL: 491

1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  AARON E. DE LEEST, #216832
   adeleest@marshackhays.com
3  BRADFORD N. BARNHARDT, #328705
   bbarnhardt@marshackhays.com
4  MARSHACK HAYS WOOD LLP
   870 Roosevelt
5  Irvine, California 92620
   Telephone: (949) 333-7777
6  Facsimile: (949) 333-7778

7  Attorneys for Liquidating Trustee,
   RICHARD A. MARSHACK

8

9              UNITED STATES BANKRUPTCY COURT

10        CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

11 In re                              Case No. 8:23-bk-10571-SC

12 THE LITIGATION PRACTICE GROUP P.C.,   Chapter 11

13          Debtor.                   ORDER GRANTING SECOND MOTION
                                      FOR ORDER ESTABLISHING
14                                    STREAMLINED PROCEDURES
                                      GOVERNING ADVERSARY
15                                    PROCEEDINGS BROUGHT BY THE
                                      TRUSTEE'S GENERAL COUNSEL
16
                                      Hearing
17                                    Date:     November 20, 2025
                                      Time:     1:30 p.m.
18                                    Ctrm.:    5C
                                      Location: 411 W. Fourth Street
19                                              SANTA ANA, CA 92701

20

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

---

SECOND ORDER ESTABLISHING STREAMLINED PROCEDURES GOVERNING ADVERSARY
PROCEEDINGS BROUGHT BY THE TRUSTEE'S GENERAL COUNSEL

4924-1370-4823,v.1

**FILED & ENTERED**

NOV 26 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall      DEPUTY CLERK

**CHANGES MADE BY COURT**

The Second Motion for Order Establishing Streamlined Procedures Governing Adversary Proceedings brought by Trustee's General Counsel [Docket No. 2525] (the "Motion") filed on September 30, 2025, by Richard A. Marshack, in his capacity as the Trustee ("Trustee") of the LPG Liquidation Trust ("Liquidation Trust"), came on for hearing on November 20, 2025, at 1:30 p.m., the Honorable Scott C. Clarkson, presiding. Aaron E. de Leest of Marshack Hays Wood, LLP appeared for the Trustee. All other appearances are as set forth on the record at the hearing.

The Court having read and considered the Motion and the Court having jurisdiction to consider the Motion and to grant the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the matter being a core proceeding under 28 U.S.C. § 157(b)(2); and venue being proper under 28 U.S.C. §§ 1408 and 1409; and due and proper notice having been given, and it appearing that no other or further notice need be provided; and approval of the Motion being in the best interest of the Liquidation Trust, creditors and all parties in interest; and after due deliberation and sufficient cause appearing therefor:

IT IS HEREBY ORDERED that:

1.    The Motion is granted.

2.    The procedures, as modified in the Trustee's Supplement to the Motion filed on November 6, 2025, as Docket No. 2548, and as further modified by the Court during the hearing, a copy of which is attached hereto ("Procedures"), are approved and shall govern all parties to complaints filed by the Trustee's general counsel Marshack Hays Wood LLP, from September 16, 2025 through September 22, 2025 (the "Second Adversary Actions"), effective as of the date of this Order.

3.    This order shall be served on all defendants in the Second Adversary Actions and filed in each of the Second Adversary Actions.  The Trustee shall file proof of service of this order in each of the Second Adversary Actions.

4.    To be clear, the docket in each of the Second Adversary Actions must be complete as a standalone docket and contain all relevant and applicable orders, instructions, and pleadings, without any party being required to search elsewhere.

5.      The Trustee shall lodge an order in each of the Second Adversary Actions for each status conference which is continued pursuant to application of the Procedures.

6.      Except as otherwise ordered by the Court, any Rule 12 motions filed in response to the complaints shall be set for hearing after expiration of the February 11, 2026, Initial Period and prior to March 5, 2026. The following omnibus hearing dates for parties to self-calendar hearings on Rule 12 motions are available:

(1) February 19, 2026, at 10:00 a.m.

(2) February 19, 2026, at 1:30 p.m.

(3) March 5, 2026, at 10:00 a.m.

(4) March 5, 2026, at 1:30 p.m.

If any Rule 12 motions have already been filed and will be continued as a result of application of the Procedures, the Trustee shall lodge an appropriate order in each of the Second Adversary Actions in which such a motion was filed after consultation with the moving parties, who shall be required to approve the form of the lodged order. The Court expects cooperation and civility between all parties.

7.      Unless otherwise expressly ordered by the Court, the hearings on (A) the "Motion to Dismiss Plaintiff's Complaint," filed by Joe-Max Moore and Martha Moore on October 20, 2025, as Docket No. 7, and (B) the "Motion to Dismiss Complaint," filed by Carl Lewis Moore on October 20, 2025 as Docket No. 6, in Adversary Proceeding No. 8:25-ap-01289-SC, shall remain on calendar for and will be heard on December 18, 2025, at 1:30 p.m.

**IT IS SO ORDERED.**

Date: November 26, 2025

Scott C. Clarkson
United States Bankruptcy Judge

---

SECOND ORDER ESTABLISHING STREAMLINED PROCEDURES GOVERNING ADVERSARY
PROCEEDINGS BROUGHT BY THE TRUSTEE'S GENERAL COUNSEL

4924-1370-4823,v.1

Approved as to form:

**GOE FORSYTHE & HODGES LLP**

By: _____
       Robert P. Goe
       Brandon J. Iskander
       Attorneys for Defendants,
       Joe-Max Moore and Martha Moore

# PROCEDURES

The procedures set forth below ("Procedures") shall govern the prosecution of complaints filed by general counsel, Marshack Hays Wood LLP, for Richard A. Marshack, in his capacity as the Liquidating Trustee of the LPG Liquidation Trust ("Trustee") from September 16, 2025 through September 22, 2025 (the "Second Adversary Actions").[1]

## A.    Effect and Substance of the Second Procedures Order

All defendants in the Second Adversary Actions will be served with a copy of the entered Order Granting Second Motion for Order Establishing Streamlined Procedures Governing New Adversary Proceedings filed by Trustee's General Counsel, Marshack Hays Wood LLP ("Second Procedures Order"). The Second Procedures Order shall supersede any conflicting orders previously entered in the Second Adversary Actions and shall be binding on all parties. The Second Procedures Order will: (a) require all defendants to timely file an answer or other responsive pleading; (b) stay all litigation until February 11, 2026; (c) require the parties to participate in a joint conference to discharge Rule 26 obligations; and (d) modify any discovery and other pretrial deadlines set forth in the Second Adversary Actions. All parties retain the ability to seek extensions of any deadlines set forth in these Procedures directly from the Court.

## B.    Responses to Complaint, 120-Day Stay, Joint Conference

i.    <u>Responses to Complaint</u>: All defendants shall timely file a response to the complaint. The Trustee shall have authority to grant a two-week extension of the deadline in writing without the need to file any stipulation with the Court. Any stipulation extending the response date beyond 14 days from the date on the summons must be filed with and approved by the Court. Nothing in these Procedures limits any party's ability to seek extensions directly from the Court.

ii.    <u>Initial Period</u>: Except as otherwise permitted by the Second Procedures Order, all litigation and formal discovery in the adversary cases will be stayed through February 11, 2026 ("Initial Period"). Limited access to Trustee-held records will be permitted during the Initial Period upon request. Any disputes over the scope of access to Trustee-held records may be resolved by the Court notwithstanding the stay during the Initial Period.

iii.    <u>Joint Conference</u>: During the Initial Period, the parties shall attend a mandatory joint conference via Zoom or other videoconferencing technology, unless agreed otherwise in writing between the Trustee and the defendant ("Joint Conference"). Within 26 days after entry of the Second Procedures Order, each defendant or their counsel shall contact Trustee's counsel via e-mail to chaes@marshackhays.com, amamlyuk@marshackhays.com, cmendoza@marshackhays.com, and

---

[1] The Second Adversary Actions are Case Nos.: (1) 25-1272 (Docket No. 2493); (2) 25-1273 (Docket No. 2494); (3) Docket No. 25-1274 (Docket No. 2495); (4) 25-1275 (Docket No. 2496); (5) 25-1276 (Docket No. 2497); (6) 25-1277 (Docket No. 2498); (7) 25-1278 (Docket No. 2499); (8) 25-1279 (Docket No. 2500); (9) 25-1280 (Docket No. 2501); (10) 25-1281 (Docket No. 2502); (11) 25-1282 (Docket No. 2503); (12) 25-1283 (Docket No. 2504); (13) 25-1284 (Docket No. 2505); (14) 25-1285 (Docket No. 2506); (15) 25-1286 (Docket No. 2507); (16) 25-1287 (Docket No. 2508); (17) 25-1288 (Docket No. 2509); (18) 25-1289 (Docket No. 2510); (19) 25-1290 (Docket No. 2511); (20) 25-1291 (Docket No. 2513); (21) 25-1292 (Docket No. 2514); (22) 25-1293 (Docket No. 2515); (23) 25-1294 (Docket No. 2516); and (24) 25-1298 (Docket No. 2518).

spineda@marshackhays.com to schedule the Joint Conference. Unless otherwise agreed to in writing, the Joint Conference must be held within eight weeks after entry of the Second Procedures Order. The parties shall make all reasonable efforts to schedule a mutually agreeable Joint Conference date and time.

      iv.    Rule 26 Disclosures: The parties shall be required to exchange the following Rule 26 documents and information at least 7 days prior to the Joint Conference.  To be clear, the disclosures required below are intended to and should clearly align with Rule 26 of the Federal Rules of Civil Procedure:

      Plaintiff: The Trustee and his successors and assigns, in their capacity as plaintiffs in the Second Adversary Actions shall provide:

    a.    The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment; and

    b.    After a good faith effort, given the Trustee's circumstances and limitations, identification, copies, or access to all documents, electronically stored information, and tangible things that the Trustee has in its possession, custody, or control and which the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.

      Defendants: Any defendant in the Second Adversary Actions shall produce:

    a.    The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;

    b.    Copies of all documents, electronically stored information, and tangible things that the defendant has in his/her possession, custody, or control and which the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;

    c.    To the extent any defendant claims that he or she is financially incapable of responding to the demand in the complaint and wants the Trustee to consider such claim in connection with settlement negotiations, such defendant must also produce sworn financials including a balance sheet and income statement disclosing all assets, liabilities, income, and expenses. This production of financial information is not applicable to any defendant that does not want the Trustee to consider financial inability in connection with settlement negotiations. Notwithstanding any provision to the contrary, financial disclosures are expressly voluntary and required only if a defendant seeks consideration of inability to pay;

d.    Any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the Adversary Action or to indemnify or reimburse for payments made to satisfy the judgment; and

e.    Any entity (non-individual) named as a defendant in the Second Adversary Actions, whether active or terminated/dissolved, shall also produce a complete list of all members, shareholders, and officers.

v.    Discovery: After expiration of the February 11, 2026, Initial Period, the Parties may propound formal discovery. The deadline to complete discovery, including resolution of any discovery motions, shall be as follows. The following discovery deadlines remain modifiable for good cause.

a.    For Actions under $150,000: July 28, 2026;

b.    For Actions between $150,000-$500,000:  August 27, 2026; and

c.    For Actions more than $500,000: August 27, 2026.

vi.    Motion Cut-off Dates: The dates by which all non-discovery motions must be heard shall be the date that is one week prior to the applicable initial status conference.

vii.    Status Conferences: The Status Conferences set by the Court in the summonses shall be continued as follows:

a.    For Actions under $150,000: To a date that is on or after September 27, 2026;

b.    For Actions between $150,000-$500,000: To a date that is on or after October 28, 2026; and

c.    For Actions more than $500,000: To a date that is on or after October 28, 2026.

During the initial status conferences, the Court will determine when and whether a pretrial conference should be set or whether the matter should proceed directly to trial.

viii.    Joint Status Report: The Trustee shall include the results of the Joint Conference in the initial Status Report due 14 days prior to the status conference dates set by the Court.

ix.    Failure to Prosecute Claims or Defenses: The failure of any party to diligently prosecute their claims or defenses, including failing to timely comply with the Second Procedures Order, may result in the complaint or answer being stricken. Upon notice and a hearing, a party's failure to appear at the Joint Conference or otherwise comply with the Second Procedures Order, may result in any response to the complaint being stricken and their default being entered. Any sanctions are subject to notice, hearing, and consideration of lesser alternatives.

SECOND ORDER ESTABLISHING STREAMLINED PROCEDURES GOVERNING ADVERSARY
PROCEEDINGS BROUGHT BY THE TRUSTEE'S GENERAL COUNSEL

4924-1370-4823,v.1

## C.    Hearings on Rule 12 Motions, Timing for Dispositive Motions, and Motions Common to More than One Adversary Action

Except as otherwise ordered by the Court, any Rule 12 motions filed in response to the complaints shall be set for hearing after expiration of the February 11, 2026, Initial Period and prior to March 5, 2026. The Court shall set available omnibus hearing dates for parties to self-calendar hearings on Rule 12 motions between February 11-March 5, 2026, in the Second Procedures Order.

Additionally, except as otherwise permitted by the Court, no dispositive motion such as a motion for judgment on the pleadings or motion for summary judgment may be filed until after expiration of the February 11, 2026, Initial Period. Such scheduling will permit the Trustee to focus on settling adversaries to limit the number of remaining cases and for common issues to be identified addressed by the Parties and resolved by the Court in administratively coordinated hearings.

To the extent that the Trustee has any motions common to more than one Adversary Action, the Trustee as Plaintiff shall file such motion in the main case and in each affected Adversary Action and shall serve all defendants in any adversary action that may be affected by the motion. The Trustee shall indicate in the caption which Second Adversary Actions are affected by the motion.

## D.    Mediation

i.    The Parties may agree to participate in mediation by filing with the Court a joint Request for Assignment to Mediation Program (LBR Form 701).

ii.    Third Amended General Order 95-01 shall govern the procedures for mediation.

iii.    The mediation may take place via Zoom or other videoconferencing technology, unless agreed otherwise by the Mediator, the Trustee, and the defendant(s).

iv.    At least one counsel for each party and a representative of the defendant(s) having full settlement authority (or the defendant(s) himself/herself) shall attend the mediation.

## E.    Filing and Service of Second Procedures Order

i.    A copy of the entered Second Procedures Order shall be filed on the docket in the Bankruptcy Case.

ii.    A copy of the Second Procedures Order shall be served along with the complaint and summons, or, for any defendants that have already been served with a copy of the summons and complaint, within 14 days after entry of the Second Procedures Order, and filed in each Adversary Action. The Trustee must file proof of service of the Second Procedures Order in each adversary.

iii.    If the Trustee identifies common legal or factual issues that affect more than one adversary proceeding, he may file a motion seeking to administratively coordinate such adversary proceedings for hearings. For example, if more than one defendant raises an affirmative defense that the Trustee believes fails as a matter of law, the Trustee can file a motion seeking to establish

procedures for filing an omnibus motion for summary adjudication or summary judgment in a single case (whether a lead adversary or the main bankruptcy case).