D. EDWARD HAYS, #162507
ehays@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
ALINA MAMLYUK, #284154
amamlyuk@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

General Counsel for Richard A. Marshack, Chapter 11 trustee for the Bankruptcy Estate of the Litigation Practice Group P.C. and Liquidating Trustee of the LPG Liquidation Trust

**FILED & ENTERED**

**DEC 02 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No: 8:23-bk-10571-SC<br><br>Chapter 11<br><br>ORDER APPROVING STIPULATION TO MODIFY BRIEFING SCHEDULE AND TO CONTINUE HEARING ON MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM FILED BY UNITED PARTNERSHIPS, LLC [DK. NO 671]<br><br>Current Hearing and Response Dates<br>Hearing Date: December 17, 2025<br>Trustee's Response Due: December 3, 2025<br>Reply by Claimant Due: December 10, 2025<br>Time:  1:30 p.m.<br>Ctrm:  Courtroom 5C<br>411 West Fourth Street<br>Santa Ana, CA 92701<br><br>**<u>Continued Hearing and Response Dates</u>**<br>**Hearing Date: March 19, 2026**<br>Trustee's Response Due: March 4, 2026<br>Reply by Claimant Due: March 11, 2026<br>Time:  10:00 a.m.<br>Ctrm:  Courtroom 5C<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

1

The Court having read and considered the Stipulation to Modify Briefing Schedule and to Continue Hearing on Motion for Allowance of Administrative Expense Claim Filed by United partnerships, LLC [DK. NO 671] by Trustee Richard A Marshack [Dk. No. 2556] ("Stipulation") is entered into by and between Richard A. Marshack, in his capacity as Chapter 11 Trustee of the Bankruptcy Estate of The Litigation Practice Group P.C., and United Partnerships, LLC,  filed on December 1, 2025, as Dk. No. 2556, and having found good cause to approve the Stipulation,

**IT IS ORDERED:**

1. The Stipulation is approved in its entirety.

2. The hearing on the Motion is continued from December 17, 2025, at 1:30 p.m., to March 19, 2026, at 10:00 a.m.

3. The deadline for Trustee to file a response to the Motion is extended through and including March 4, 2026.

4. The deadline for United Partnerships, LLC to file a reply to Trustee's response to the Motion is extended through and including March 11, 2026.

# # #

Date: December 2, 2025

Scott C. Clarkson
United States Bankruptcy Judge