PETER L. ISOLA (SBN 144146)
pisola@hinshawlaw.com
WILLIAM R. SCHUBERT (SBN 323458)
wschubert@hinshawlaw.com
HINSHAW & CULBERTSON LLP
50 California Street, Suite 2900
San Francisco, CA 94111
Telephone:    415-362-6000
Facsimile:    415-834-9070

Attorneys for Creditor
MERCHANTS CREDIT CORPORATION

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA

| | |
|---|---|
| In re: | Case No. 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Chapter 11 |
| Debtor. | **NOTICE OF WITHDRAWAL OF PROOF OF CLAIM FILED BY MERCHANTS CREDIT CORPORATION** |

Peter Isola, undersigned states:  As attorney for Merchants Credit Corporation, I signed the Proof of Claim No. 2487 in the amount of $100,086.54 filed in this bankruptcy case on 02/22/2024. In that same capacity, as attorney for Merchants Credit Corporation, I signed the identical claim No. 101462 filed 02/22/2024 with Omni Claims Agent for USBC CD CA. I am qualified and empowered to and do withdraw these claims of Merchants Credit Corporation.

DATED: December 24, 2025                HINSHAW & CULBERTSON LLP

By: /s/ *Peter L. Isola*
    PETER L. ISOLA
    WILLIAM R. SCHUBERT
    Attorneys for Creditor MERCHANTS CREDIT
    CORPORATION