FOR COURT USE ONLY

**FILED**
JAN -6 2026
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:              Deputy Clerk

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION****

Name of Debtor(s) listed on the bankruptcy case: Litigation Practice Group

CASE NO.: 8:23-bk-10571-SC
CHAPTER: 11

**CHANGE OF MAILING ADDRESS**

1. This change of mailing address is requested by:  ☐ Debtor  ☐ Joint-Debtor  ☑ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s): Lorraine Dineen
   Mailing Address: 1026 Swinton Avenue
   City, State, Zip Code: Bronx, NY 10465

3. **New Address:**
   Mailing Address: 155 Strawberry Hill Avenue
   City, State, Zip Code: Norwalk, CT 06851

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 12/12/25

Lorraine Dineen
Requestor's printed name(s)

_____
Requestor's signature(s)

_____
Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015

F 1002-1.3.CHANGE.ADDRESS