United States Bankruptcy Court

Central District of California

In re:                                                                          Case No. 23-10571-SC

The Litigation Practice Group P.C.                                              Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-8 | User: admin | Page 1 of 21 |
|---|---|---|
| Date Rcvd: Mar 04, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#              Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2026:**

**Recip ID              Recipient Name and Address**
db                      #+   The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE


# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**


**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


Date: Mar 06, 2026                         Signature:         /s/Gustava Winters


---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron E. De Leest | on behalf of Creditor Phuong (Jayde) Trinh adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | on behalf of Plaintiff Richard A. Marshack adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | on behalf of Plaintiff Richard A Marshack adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | on behalf of Creditor Han Trinh adeleest@marshackhays.com  adeleest@marshackhays.com,alinares@ecf.courtdrive.com |

Aaron E. De Leest
on behalf of Trustee Richard A Marshack (TR) adeleest@marshackhays.com
adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Aaron E. De Leest
on behalf of Plaintiff Richard A. Marshack  Trustee of the LPG Liquidation Trust adeleest@marshackhays.com,
adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Abdul Shahid
on behalf of Plaintiff Richard A Marshack abdulwasay.shahid@dinsmore.com  wendy.yones@dinsmore.com

Adam D Stein-Sapir
on behalf of Creditor Pioneer Funding Group  LLC info@pfllc.com

Alan Craig Hochheiser
on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com  arodriguez@mauricewutscher.com

Alan I Nahmias
on behalf of Interested Party Courtesy NEF anahmias@mbn.law  jdale@mbn.law

Alan W Forsley
on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com
awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com

Alan W Forsley
on behalf of Creditor Anthem Blue Cross of California alan.forsley@flpllp.com
awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com

Alexandra W Wahl
on behalf of Defendant Eng Taing alex.wahl@wickphillips.com

Alexandra W Wahl
on behalf of Defendant PECC Corp. alex.wahl@wickphillips.com

Alexandra W Wahl
on behalf of Defendant PECC Corp alex.wahl@wickphillips.com

Alexandra W Wahl
on behalf of Defendant Touzi Capital  LLC alex.wahl@wickphillips.com

Amy Lynn Ginsburg
on behalf of Creditor Amy Ginsburg efilings@ginsburglawgroup.com

Amy Lynn Ginsburg
on behalf of Creditor Shannon Bellfield efilings@ginsburglawgroup.com

Amy Lynn Ginsburg
on behalf of Creditor Kenton Cobb efilings@ginsburglawgroup.com

Andre Boniadi
on behalf of Defendant John Sandoval aboniadi@bzlegal.com

Andre Boniadi
on behalf of Defendant Joco Enterprises LLC aboniadi@bzlegal.com

Andrew Still
on behalf of Creditor Alteryx  Inc. astill@swlaw.com, kcollins@swlaw.com

Andrew Still
on behalf of Interested Party Courtesy NEF astill@swlaw.com  kcollins@swlaw.com

Andrew Still
on behalf of Plaintiff Alteryx  Inc. astill@swlaw.com, kcollins@swlaw.com

Anthony Bisconti
on behalf of Plaintiff Richard A. Marshack tbisconti@bklwlaw.com  1193516420@filings.docketbird.com,docket@bklwlaw.com

Anthony Paul Diehl
on behalf of Interested Party Courtesy NEF anthony@apdlaw.net
Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net,9143954420@filings.docketbird.com

Asa S Hami
on behalf of Defendant Bonus Financial LLC asa.hami@gmlaw.com
ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com

Asa S Hami
on behalf of Defendant Jordan Miranti asa.hami@gmlaw.com
ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com

Ashley Dionisio
on behalf of Other Professional Omni Agent Solutions adionisio@omniagnt.com

Baruch C Cohen

District/off: 0973-8
User: admin
Page 3 of 21

Date Rcvd: Mar 04, 2026
Form ID: pdf042
Total Noticed: 1

on behalf of Defendant Solomon Feig BaruchCohen@Baruchcohenesq.com  paralegal@baruchcohenesq.com

Baruch C Cohen

on behalf of Defendant Derrick Landry bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com

Baruch C Cohen

on behalf of Defendant Ace Funding Source  LLC bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com

Baruch C Cohen

on behalf of Defendant Berkovitch & Bouskila  PLLC bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com

Belinda M Vega

on behalf of Creditor ADP  Inc apark@venable.com, bmvega@venable.com

Bernard M Hansen

on behalf of Defendant Cyrus Irani bernardmhansen@sbcglobal.net

Bernard M Hansen

on behalf of 3rd Party Plaintiff Cyrus Irani bernardmhansen@sbcglobal.net

Bina Palnitkar

on behalf of Defendant BankUnited  N.A. palnitkarb@gtlaw.com

Bradford Barnhardt

on behalf of Plaintiff Richard A. Marshack bbarnhardt@marshackhays.com
bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com,ldinkins@marshackhays.com

Bradford Barnhardt

on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com
bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com,ldinkins@marshackhays.com

Bradford Barnhardt

on behalf of Trustee Richard A Marshack (TR) bbarnhardt@marshackhays.com
bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com,ldinkins@marshackhays.com

Bradford Barnhardt

on behalf of Plaintiff Richard A Marshack bbarnhardt@marshackhays.com
bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com,ldinkins@marshackhays.com

Brandon J. Iskander

on behalf of Interested Party Courtesy NEF biskander@goeforlaw.com  kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander

on behalf of Interested Party Martha Moore biskander@goeforlaw.com  kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander

on behalf of Interested Party Joe-Max Moore biskander@goeforlaw.com  kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander

on behalf of Interim Trustee Courtesy NEF biskander@goeforlaw.com  kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander

on behalf of Defendant Martha Moore biskander@goeforlaw.com  kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander

on behalf of Defendant JM Squared LLC biskander@goeforlaw.com  kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander

on behalf of Interested Party Goe Forsythe & Hodges LLP biskander@goeforlaw.com
kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander

on behalf of Defendant Carl Lewis Moore biskander@goeforlaw.com  kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander

on behalf of Defendant Joe-Max Moore biskander@goeforlaw.com  kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brett Ramsaur

on behalf of Defendant Lead Gen 101 Inc. brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brian Boyd

on behalf of Plaintiff Richard A. Marshack brian.boyd@dinsmore.com
tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Brian Boyd

on behalf of U.S. Trustee United States Trustee (SA) brian.boyd@dinsmore.com
tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Brian Boyd

on behalf of Plaintiff Richard A Marshack brian.boyd@dinsmore.com
tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Brian Boyd

District/off: 0973-8                                          User: admin                                          Page 4 of 21
Date Rcvd: Mar 04, 2026                                  Form ID: pdf042                                  Total Noticed: 1

on behalf of Trustee Richard A Marshack (TR) brian.boyd@dinsmore.com
tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Brian A Paino

on behalf of Defendant Optimumbank bpaino@hinshawlaw.com hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian A Paino

on behalf of Defendant Optimum Bank Holdings Inc. bpaino@hinshawlaw.com,
hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian A Paino

on behalf of Defendant Moishe Gubin bpaino@hinshawlaw.com hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian A Paino

on behalf of Defendant Optimumbank.com bpaino@hinshawlaw.com hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian L Holman

on behalf of Creditor Sharp Electronics Corporation b.holman@musickpeeler.com

Brian L Shaw

on behalf of Defendant Debt Resolution Direct LLC bshaw@cozen.com, cknez@cozen.com

Britteny Leyva

on behalf of Interested Party Revolv3 Inc. bleyva@mayerbrown.com,
2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com

Bryan Cockroft

on behalf of Plaintiff Richard A Marshack bryan.cockroft@dinsmore.com

Btzalel Hirschhorn

on behalf of Defendant A Chance Funding LLC bhirschhorn@sbagk.com

Byron Z Moldo

on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com aantonio@ecjlaw.com,dperez@ecjlaw.com

Cara Daggitt

on behalf of Plaintiff Richard A Marshack cara.daggitt@dinsmore.com Keegan.Giblin@Dinsmore.com

Cara Daggitt

on behalf of Trustee Richard A Marshack (TR) cara.daggitt@dinsmore.com Keegan.Giblin@Dinsmore.com

Cara Daggitt

on behalf of Plaintiff Richard A. Marshack cara.daggitt@dinsmore.com Keegan.Giblin@Dinsmore.com

Carl Mueller

on behalf of Defendant Dodger Tickets LLC cmueller@mclitigation.com mvigil@mclitigation.com

Caroline Massey

on behalf of Plaintiff Richard A Marshack caroline.massey@dinsmore.com
lizbeth.alonso@dinsmore.com;AbdulWasay.Shahid@Dinsmore.com;wendy.yones@dinsmore.com

Caroline Massey

on behalf of Trustee Richard A Marshack (TR) caroline.massey@dinsmore.com
lizbeth.alonso@dinsmore.com;AbdulWasay.Shahid@Dinsmore.com;wendy.yones@dinsmore.com

Carson Heninger

on behalf of Defendant American Airlines Inc. heningerc@gtlaw.com,
carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com

Casey Z Donoyan

on behalf of Interested Party WORLD GLOBAL FUND LLC casey.donoyan@offitkurman.com,
smcfadden@lakklawyers.com;ncondren@lakklawyers.com

Charity J Manee

on behalf of Defendant Jimmy Chhor cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee

on behalf of Defendant JM Squared LLC cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee

on behalf of Defendant Clear Vision Financial LLC cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee

on behalf of Interested Party Goe Forsythe & Hodges LLP cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee

on behalf of Defendant Matt Collins cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee

on behalf of Defendant John Sykes cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee

on behalf of Defendant Point Break Holdings LLC cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
on behalf of Defendant Darlene Collins cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Christopher Celentino
on behalf of Plaintiff Richard A Marshack christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Celentino
on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Celentino
on behalf of Special Counsel Dinsmore & Shohl LLP christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Celentino
on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com  caron.burke@dinsmore.com

Christopher Ghio
on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com  bonnie.connolly@dinsmore.com

Christopher Ghio
on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com  bonnie.connolly@dinsmore.com

Christopher Ghio
on behalf of Defendant GMF Capital  LLC christopher.ghio@dinsmore.com, bonnie.connolly@dinsmore.com

Christopher Ghio
on behalf of Plaintiff Richard A Marshack christopher.ghio@dinsmore.com  bonnie.connolly@dinsmore.com

Christopher J. Langley
on behalf of Defendant Elizabeth Reale chris@slclawoffice.com  john@slclawoffice.com;langleycr75251@notify.bestcase.com

Christopher J. Langley
on behalf of Defendant The Elizabeth Marie Reale Living Trust U/A dated March 28  2024 chris@slclawoffice.com,
john@slclawoffice.com;langleycr75251@notify.bestcase.com

Christopher J. Langley
on behalf of Interested Party Courtesy NEF chris@slclawoffice.com
john@slclawoffice.com;langleycr75251@notify.bestcase.com

Christopher J. Langley
on behalf of Defendant EMR Greenhouse  Inc. chris@slclawoffice.com,
john@slclawoffice.com;langleycr75251@notify.bestcase.com

Christopher L Pitet
on behalf of Defendant Vasco Assets  Inc. cpitet@apjuris.com, bferik@apjuris.com

Christopher L Pitet
on behalf of Defendant Benny Mor cpitet@apjuris.com  bferik@apjuris.com

Christopher O Rivas
on behalf of Defendant JPMorgan Chase & Co. crivas@reedsmith.com
chris-rivas-8658@ecf.pacerpro.com;sean-wilson-0462@ecf.pacerpro.com

Christopher O Rivas
on behalf of Defendant JPMorgan Chase Bank  National Association crivas@reedsmith.com,
chris-rivas-8658@ecf.pacerpro.com;sean-wilson-0462@ecf.pacerpro.com

Christopher O Rivas
on behalf of Defendant CareFirst Blue Choice  Inc. crivas@reedsmith.com,
chris-rivas-8658@ecf.pacerpro.com;sean-wilson-0462@ecf.pacerpro.com

Christopher O Rivas
on behalf of Creditor JPMORGAN CHASE BANK  N.A. crivas@reedsmith.com,
chris-rivas-8658@ecf.pacerpro.com;sean-wilson-0462@ecf.pacerpro.com

D Edward Hays
on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Interested Party Courtesy NEF ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Plaintiff Richard A. Marshack  Trustee of the LPG Liquidation Trust ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Attorney Marshack Hays LLP ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Plaintiff Richard A Marshack ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

District/off: 0973-8                             User: admin                                    Page 6 of 21
Date Rcvd: Mar 04, 2026                         Form ID: pdf042                              Total Noticed: 1

D Edward Hays
    on behalf of Creditor Committee Committee of Unsecured Creditors ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Plaintiff Richard A. Marshack ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Daniel A Edelman
    on behalf of Creditor Carolyn Beech dedelman@edcombs.com  courtecl@edcombs.com

Daniel A Lev
    on behalf of Interested Party Liberty Acquisitions Group Inc. daniel.lev@gmlaw.com
cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel A Lev
    on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com  cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel H Reiss
    on behalf of Defendant PECC Corp. dhr@lnbyg.com  dhr@ecf.inforuptcy.com

Daniel H Reiss
    on behalf of Defendant PECC Corp dhr@lnbyg.com  dhr@ecf.inforuptcy.com

Daniel H Reiss
    on behalf of Defendant Eng Taing dhr@lnbyg.com  dhr@ecf.inforuptcy.com

Daniel H Reiss
    on behalf of Defendant Touzi Capital  LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel S March
    on behalf of Interested Party INTERESTED PARTY marchlawoffice@gmail.com  marchdr94019@notify.bestcase.com

Daniel S March
    on behalf of Defendant Daniel S. March marchlawoffice@gmail.com  marchdr94019@notify.bestcase.com

David M Goodrich
    on behalf of Defendant Samson Ly dgoodrich@go2.law  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
    on behalf of Defendant Lexicon Consulting  Inc. dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
    on behalf of Defendant Buffalo 21 Partners  Inc. dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
    on behalf of Creditor United Partnerships  LLC dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
    on behalf of Defendant C.A.T. Exteriors  Inc. dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
    on behalf of Defendant Syed Faisal Gilani dgoodrich@go2.law
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
    on behalf of Defendant Bae Enterprises  Inc. dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
    on behalf of Defendant Validation LLC dgoodrich@go2.law  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
    on behalf of Defendant JNR Services  Inc. dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
    on behalf of Defendant Ventura Consulting  LLC dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
    on behalf of Defendant United Partnerships  Inc. dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
    on behalf of Defendant AZLS Enterprises Inc. dgoodrich@go2.law
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich

District/off: 0973-8                                    User: admin                                    Page 7 of 21
Date Rcvd: Mar 04, 2026                                Form ID: pdf042                               Total Noticed: 1

|  |  |
|---|---|
|  | on behalf of Defendant United Partnerships  LLC dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David M Goodrich |  |
|  | on behalf of Defendant INVESTLINC Wealth Services  Inc. dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David M Goodrich |  |
|  | on behalf of Interested Party Courtesy NEF dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David M Goodrich |  |
|  | on behalf of Defendant Frank Brown dgoodrich@go2.law  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David M Goodrich |  |
|  | on behalf of Defendant Jason Dovalina dgoodrich@go2.law  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David M Goodrich |  |
|  | on behalf of Defendant Lexicon Consulting  LLC dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David M Goodrich |  |
|  | on behalf of Defendant Home Energy Solutions  Inc. dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David M Goodrich |  |
|  | on behalf of Defendant Oxford Knox  LLC dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David M Goodrich |  |
|  | on behalf of Defendant Matthew Church dgoodrich@go2.law  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David M Goodrich |  |
|  | on behalf of Defendant Rachel Dovalina dgoodrich@go2.law  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David M Goodrich |  |
|  | on behalf of Defendant BEW Solar Management  LLC dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David M Goodrich |  |
|  | on behalf of Defendant Spectrum Payment Solutions  LLC dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David S Hagen |  |
|  | on behalf of Defendant NY Real Estate Management  LLC davidhagenlaw@gmail.com, LawOfficesofDavidSHagenCA1@jubileebk.net |
| David S Hagen |  |
|  | on behalf of Defendant Veronica Palterovich davidhagenlaw@gmail.com  LawOfficesofDavidSHagenCA1@jubileebk.net |
| David S Kupetz |  |
|  | on behalf of Defendant Marich Bein LLC david.kupetz@troutman.com  mylene.ruiz@troutman.com |
| David S Kupetz |  |
|  | on behalf of Interested Party Courtesy NEF david.kupetz@troutman.com  mylene.ruiz@troutman.com |
| David S Kupetz |  |
|  | on behalf of Interested Party Marich Bein LLC david.kupetz@troutman.com  mylene.ruiz@troutman.com |
| David S Kupetz |  |
|  | on behalf of Defendant Marich Bein  LLC david.kupetz@troutman.com, mylene.ruiz@troutman.com |
| Derrick Talerico |  |
|  | on behalf of Defendant Paragon Financial Corp dtalerico@wztslaw.com maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com |
| Derrick Talerico |  |
|  | on behalf of Defendant Caleb Wickman dtalerico@wztslaw.com maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com |
| Derrick Talerico |  |
|  | on behalf of Defendant Mathew Bowyer dtalerico@wztslaw.com maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com |
| Derrick Talerico |  |
|  | on behalf of Defendant WCMD Services  Inc. dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com |
| Derrick Talerico |  |
|  | on behalf of Defendant Jenssen Varela dtalerico@wztslaw.com maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com |
| Devan De los Reyes |  |

District/off: 0973-8                                       User: admin                                       Page 8 of 21
Date Rcvd: Mar 04, 2026                                  Form ID: pdf042                                  Total Noticed: 1

| | |
|---|---|
| | on behalf of Plaintiff Richard A Marshack ddelosreyes@marshackhays.com ddelosreyes@ecf.courtdrive.com,alinares@ecf.courtdrive.com |
| Donald W Reid | |
| | on behalf of Defendant No Limit Media LLC don@donreidlaw.com angie@donreidlaw.com;don@ecf.courtdrive.com |
| Donald W Reid | |
| | on behalf of Defendant Painite Marketing don@donreidlaw.com angie@donreidlaw.com;don@ecf.courtdrive.com |
| Donald W Reid | |
| | on behalf of Defendant Make it Ring Marketing LLC don@donreidlaw.com, angie@donreidlaw.com;don@ecf.courtdrive.com |
| Donald W Reid | |
| | on behalf of Defendant Colton King don@donreidlaw.com angie@donreidlaw.com;don@ecf.courtdrive.com |
| Donald W Reid | |
| | on behalf of Defendant King Consulting Group LLC don@donreidlaw.com, angie@donreidlaw.com;don@ecf.courtdrive.com |
| Eric Bensamochan | |
| | on behalf of Creditor Oxford Knox LLC eric@eblawfirm.us, G63723@notify.cincompass.com;services@infotrack;paulinab@eblawfirm.us |
| Eric Bensamochan | |
| | on behalf of Interested Party Courtesy NEF eric@eblawfirm.us G63723@notify.cincompass.com;services@infotrack;paulinab@eblawfirm.us |
| Eric Bensamochan | |
| | on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us G63723@notify.cincompass.com;services@infotrack;paulinab@eblawfirm.us |
| Eric Gassman | |
| | on behalf of Creditor Herret Credit erg@gassmanlawgroup.com gassman.ericb112993@notify.bestcase.com |
| Eric D Goldberg | |
| | on behalf of Defendant Stripe Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| Ethan J Birnberg | |
| | on behalf of Defendant BMF Advance LLC birnberg@portersimon.com, bokinskie@portersimon.com |
| Ethan J Birnberg | |
| | on behalf of Defendant Gavriel Yitzchavok birnberg@portersimon.com bokinskie@portersimon.com |
| Ethan J Birnberg | |
| | on behalf of Defendant Diverse Capital LLC birnberg@portersimon.com bokinskie@portersimon.com |
| Garrick A Hollander | |
| | on behalf of Creditor MC DVI Fund 2 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Garrick A Hollander | |
| | on behalf of Creditor MC DVI Fund 1 LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Garrick A Hollander | |
| | on behalf of Creditor Debt Validation Fund II LLC ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| Geoffrey A Heaton | |
| | on behalf of Defendant Mauzy Heating Cooling, Plumbing & Electrical, LLC gheaton@duanemorris.com, tmmoore@duanemorris.com |
| Gerrick Warrington | |
| | on behalf of Defendant The Neiman Marcus Group LLC gwarrington@frandzel.com achase@frandzel.com,autodocket@frandzel.com |
| Gerrick Warrington | |
| | on behalf of Defendant Neiman Marcus Group Ltd LLC gwarrington@frandzel.com achase@frandzel.com,autodocket@frandzel.com |
| Glenn D. Moses | |
| | on behalf of Creditor ADP Inc gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;imalcolm@ecf.courtdrive.com;jadelgado@venable.com |
| Gregory M Salvato | |
| | on behalf of Creditor Mari Agape gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Gregory M Salvato | |
| | on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Howard Steinberg | |
| | on behalf of Defendant BankUnited N.A. steinbergh@gtlaw.com, |

District/off: 0973-8                                    User: admin                                    Page 9 of 21
Date Rcvd: Mar 04, 2026                          Form ID: pdf042                          Total Noticed: 1

pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Howard M Ehrenberg
on behalf of Defendant New Horizon Finance LLC Howard.Ehrenberg@gmlaw.com
hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com

Ira David Kharasch
on behalf of Defendant YNS Funding  LLC ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Interested Party Liberty Acquisitions Group Inc. ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant Bold Cap LLC ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant Consumer Legal Group  PC ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant LGS Holdco  LLC ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant Yitzchok Blum ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Interested Party LGS Holdco  LLC ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Interested Party Consumer Legal Group  P.C. ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant MCA Fund ADV Inc. ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant Gary Fegel ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant GMF Capital  LLC ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant Aly Management  LLC ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Trustee Richard A Marshack (TR) ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant Genesis Equity Group Funding LLC ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant Binyin 1502 LLC ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant Inlane Inc ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant BSYD Management Corp. ikharasch@pszjlaw.com

Isaac R Zfaty
on behalf of Defendant Nathan Johnston izfaty@muchlaw.com
jnguyen@muchlaw.com;esantos@muchlaw.com;chess@muchlaw.com

Isaac R Zfaty
on behalf of Defendant Revolv3  Inc. izfaty@muchlaw.com,
jnguyen@muchlaw.com;esantos@muchlaw.com;chess@muchlaw.com

Israel Orozco
on behalf of Creditor Israel Orozco israel@iolawcorp.com

J Scott Bovitz
on behalf of Defendant Innovative Staffing LLC bovitz@bovitz-spitzer.com

J Tanner Watkins
on behalf of Trustee Richard A Marshack (TR) tanner.watkins@dinsmore.com
julie.mason@dinsmore.com;nathan.hall@dinsmore.com;molly.mattingly@dinsmore.com

J Tanner Watkins
on behalf of Plaintiff Richard A Marshack tanner.watkins@dinsmore.com

District/off: 0973-8                                  User: admin                                  Page 10 of 21

Date Rcvd: Mar 04, 2026                              Form ID: pdf042                              Total Noticed: 1

julie.mason@dinsmore.com;nathan.hall@dinsmore.com;molly.mattingly@dinsmore.com

J Tanner Watkins
  on behalf of Plaintiff Richard A. Marshack tanner.watkins@dinsmore.com
julie.mason@dinsmore.com;nathan.hall@dinsmore.com;molly.mattingly@dinsmore.com

Jacob Newsum-Bothamley
  on behalf of Plaintiff Richard A Marshack jacob.bothamley@dinsmore.com  bonnie.connolly@dinsmore.com

Jacob Newsum-Bothamley
  on behalf of Trustee Richard A Marshack (TR) jacob.bothamley@dinsmore.com  bonnie.connolly@dinsmore.com

Jacob Newsum-Bothamley
  on behalf of Plaintiff Richard A. Marshack jacob.bothamley@dinsmore.com  bonnie.connolly@dinsmore.com

Jamie D Mottola
  on behalf of Plaintiff Richard A Marshack Jamie.Mottola@dinsmore.com
wendy.yones@dinsmore.com;deamira.romo@dinsmore.com

Jamie D Mottola
  on behalf of Plaintiff Richard A. Marshack  Chapter 11 Trustee Jamie.Mottola@dinsmore.com,
wendy.yones@dinsmore.com;deamira.romo@dinsmore.com

Jamie P Dreher
  on behalf of Defendant EPPS jdreher@downeybrand.com  cdeulloa@DowneyBrand.com;courtfilings@downeybrand.com

Jason Lowe
  on behalf of Defendant Gene Rosen's Law Firm jasonflowe@gmail.com

Jason Lowe
  on behalf of Defendant Merchant Services USA Inc jasonflowe@gmail.com

Jason Lowe
  on behalf of Defendant MBH Group LLC jasonflowe@gmail.com

Jeana Mason
  on behalf of Plaintiff Richard A. Marshack jeana.mason@dinsmore.com
ashlynn.harrison@dinsmore.com;stella.laroe@dinsmore.com

Jeffrey A. Meinhardt
  on behalf of Creditor Sabia Financial  Inc., an Illinois corporation jmeinhardt@silverandarsht.com

Jeffrey A. Meinhardt
  on behalf of Defendant Sabia Financial Inc jmeinhardt@silverandarsht.com

Jeffrey A. Meinhardt
  on behalf of Defendant Chad Rothrock jmeinhardt@silverandarsht.com

Jeffrey A. Meinhardt
  on behalf of Defendant Frank Dal Bello jmeinhardt@silverandarsht.com

Jeffrey A. Meinhardt
  on behalf of Creditor All Service Financial  L.L.C. jmeinhardt@silverandarsht.com

Jeffrey B Smith
  on behalf of Defendant Yuriy Drahuntsov jsmith@cgsattys.com  vphillips@cgsattys.com

Jeffrey B Smith
  on behalf of Defendant Reliance Assistance Group  Inc. jsmith@cgsattys.com, vphillips@cgsattys.com

Jeffrey I Golden
  on behalf of Creditor Anaheim Ducks Hockey Club  LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jeffrey I Golden
  on behalf of Creditor Oxford Knox  LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jeffrey I Golden
  on behalf of Creditor Anaheim Arena Management  LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jeffrey I Golden
  on behalf of Interested Party Courtesy NEF jgolden@go2.law
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jeffrey I Golden
  on behalf of Creditor Affirma  LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b

estcase.com

Jeffrey M Singletary

on behalf of Interested Party INTERESTED PARTY jsingletary@swlaw.com  rmckay@swlaw.com

Jeffrey S Shinbrot

on behalf of Interested Party Brandon Turner jeffrey@shinbrotfirm.com  sandra@shinbrotfirm.com;tanya@shinbrotfirm.com

Jeffrey S Shinbrot

on behalf of Defendant Brandon Turner jeffrey@shinbrotfirm.com  sandra@shinbrotfirm.com;tanya@shinbrotfirm.com

Jenny L Doling

on behalf of Interested Party National Consumer Bankruptcy Rights Center jd@jdl.law
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling

on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys jd@jdl.law
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling

on behalf of Interested Party INTERESTED PARTY jd@jdl.law
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jeremy Faith

on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com
Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Jeremy Faith

on behalf of Defendant Cobalt Funding Solutions  LLC Jeremy@MarguliesFaithlaw.com,
Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Jeremy Freedman

on behalf of Plaintiff Richard A. Marshack jeremy.freedman@nelsonmullins.com  bonnie.connolly@dinsmore.com

Jeremy Freedman

on behalf of Trustee Richard A Marshack (TR) jeremy.freedman@nelsonmullins.com  bonnie.connolly@dinsmore.com

Jesse S Finlayson

on behalf of Defendant BCB Bancorp  Inc jfinlayson@ftrlfirm.com, hkader@ftrlfirm.com

John H. Stephens

on behalf of Trustee Richard A Marshack (TR) john.stephens@dinsmore.com  lizbeth.alonso@dinsmore.com

John H. Stephens

on behalf of Plaintiff Richard A Marshack john.stephens@dinsmore.com  lizbeth.alonso@dinsmore.com

John H. Stephens

on behalf of Plaintiff Richard A. Marshack john.stephens@dinsmore.com  lizbeth.alonso@dinsmore.com

Johnny White

on behalf of Creditor Debt Relief Group  LLC JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White

on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com  jlee@wrslawyers.com

Jonathan Serrano

on behalf of Plaintiff Richard A. Marshack Jonathan@MarguliesFaithLaw.com
vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com

Jonathan Serrano

on behalf of Trustee Richard A Marshack (TR) Jonathan@MarguliesFaithLaw.com
vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com

Jonathan Serrano

on behalf of Special Counsel Dinsmore & Shohl LLP Jonathan@MarguliesFaithLaw.com
vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com

Joon M Khang

on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com

Joon M Khang

on behalf of Attorney Khang & Khang LLP joon@khanglaw.com

Joseph Boufadel

on behalf of Defendant Slate Advance LLC jboufadel@salvatoboufadel.com
Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel

on behalf of Interested Party Slate Advance  LLC jboufadel@salvatoboufadel.com,
Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel

on behalf of Interested Party Mynt Advance LLC jboufadel@salvatoboufadel.com

District/off: 0973-8                          User: admin                          Page 12 of 21
Date Rcvd: Mar 04, 2026                       Form ID: pdf042                       Total Noticed: 1

Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel
                    on behalf of Defendant Mynt Advance LLC jboufadel@salvatoboufadel.com
                    Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel
                    on behalf of Interested Party Courtesy NEF jboufadel@salvatoboufadel.com
                    Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel
                    on behalf of Defendant Michael Antebi jboufadel@salvatoboufadel.com
                    Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph E Addiego
                    on behalf of Defendant Heshy Deutsch joeaddiego@dwt.com
                    ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com

Joseph E Addiego
                    on behalf of Defendant Clearfund Solutions LLC joeaddiego@dwt.com
                    ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com

Joseph E Addiego
                    on behalf of Defendant Nachmy Weiss joeaddiego@dwt.com
                    ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com

Joshua I. Marrone
                    on behalf of Trustee Richard A Marshack (TR) joshua.marrone@dinsmore.com

Joshua I. Marrone
                    on behalf of Plaintiff Richard A. Marshack joshua.marrone@dinsmore.com

Joshua L Scheer
                    on behalf of Interested Party Scheer Law Group  LLP, interested party jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

Julian Parker Pecora
                    on behalf of Plaintiff Richard A Marshack julian.pecora@dinsmore.com  Tracey.Hebert@Dinsmore.com

Julian Parker Pecora
                    on behalf of Plaintiff Richard A. Marshack julian.pecora@dinsmore.com  Tracey.Hebert@Dinsmore.com

Karen Hockstad
                    on behalf of Plaintiff Richard A Marshack karen.hockstad@dinsmore.com  sylvia.lawrence@dinsmore.com

Karen Hockstad
                    on behalf of Trustee Richard A Marshack (TR) karen.hockstad@dinsmore.com  sylvia.lawrence@dinsmore.com

Kathleen P March
                    on behalf of Interested Party The Bankruptcy Law Firm  P.C. kmarch@bkylawfirm.com,
                    kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
                    on behalf of Defendant Greyson Law Center PC kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
                    on behalf of Creditor Phuong (Jayde) Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
                    on behalf of Defendant Han Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
                    on behalf of Trustee Richard A Marshack (TR) kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
                    on behalf of Creditor Han Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
                    on behalf of Defendant Jayde Trinh kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
                    on behalf of Creditor Greyson Law Center PC kmarch@bkylawfirm.com  kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Keith C Owens
                    on behalf of Creditor Committee Committee of Unsecured Creditors kowens@foxrothschild.com
                    khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Keith C Owens
                    on behalf of Plaintiff Richard A. Marshack kowens@foxrothschild.com  khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Keith C Owens
                    on behalf of Intervenor OFFICIAL COMMITTEE OF UNSECURED CREDITORS kowens@foxrothschild.com
                    khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Keith C Owens
on behalf of Creditor Committee Post-Confirmation Oversight Committee kowens@foxrothschild.com
khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Kelli Ann Lee
on behalf of Trustee Richard A Marshack (TR) Kelli.lee@dinsmore.com  kristy.allen@dinsmore.com

Kelli Ann Lee
on behalf of Plaintiff Richard A. Marshack Kelli.lee@dinsmore.com  kristy.allen@dinsmore.com

Kenneth Misken
on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

Kenneth Misken
on behalf of U.S. Trustee United States Trustee Kenneth.M.Misken@usdoj.gov

Kevin Alan Rogers
on behalf of Creditor Wells Marble and Hurst  PLLC krogers@wellsmar.com

Kevin M Capuzzi
on behalf of Defendant The Neiman Marcus Group LLC kcapuzzi@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M Capuzzi
on behalf of Defendant Neiman Marcus Group Ltd LLC kcapuzzi@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kyra E Andrassy
on behalf of Defendant Arsha Corp. kandrassy@raineslaw.com  bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy
on behalf of Defendant Arash Asante Bayrooti kandrassy@raineslaw.com  bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy
on behalf of Interested Party Courtesy NEF kandrassy@raineslaw.com  bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy
on behalf of Defendant ABR Enterprises  LLC kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com

Laila Rais
on behalf of Plaintiff Richard Marshack lmasud@marshackhays.com
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais
on behalf of Trustee Richard A Marshack (TR) lmasud@marshackhays.com
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais
on behalf of Interested Party Richard A. Marshack lmasud@marshackhays.com
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais
on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Larry Rothman
on behalf of Interested Party Steven D. Silverstein tocollect@aol.com

Leslie A Cohen
on behalf of Defendant Rosa Bianca Loli leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;camille@lesliecohenlaw.com

Leslie A Cohen
on behalf of Defendant Rose Bianca Loli leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;camille@lesliecohenlaw.com

Leslie A Cohen
on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;camille@lesliecohenlaw.com

Leslie A Cohen
on behalf of Defendant Master Consultants of America Inc. leslie@lesliecohenlaw.com
jaime@lesliecohenlaw.com;camille@lesliecohenlaw.com

Leslie K Kaufman
on behalf of Defendant Brandon Vargas kaufman_kaufman.bankruptcy@yahoo.com  kaufmanlr98210@notify.bestcase.com

Lexi J. Epley
on behalf of Plaintiff Richard A. Marshack lexi.epley@dinsmore.com  bonnie.connolly@dinsmore.com

Lisa Patel
on behalf of Defendant OptimumBank Holdings  Inc. lpatel@lesnickprince.com,
jmack@lesnickprince.com;porpe@lesnickprince.com;lpatel@ecf.courtdrive.com

Lucy L. Thomson
lucythomson_cpo@earthlink.net

District/off: 0973-8                    User: admin                    Page 14 of 21
Date Rcvd: Mar 04, 2026                 Form ID: pdf042                 Total Noticed: 1

Manon Burns
  on behalf of Creditor Credit Reporting Services  Inc. mburns@awglaw.com

Marc C Forsythe
  on behalf of Defendant Clear Vision Financial LLC mforsythe@goeforlaw.com
  mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.c
  om

Marc C Forsythe
  on behalf of Creditor Point Break Holdings LLC mforsythe@goeforlaw.com
  mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.c
  om

Marc C Forsythe
  on behalf of Defendant Richard Nodelman mforsythe@goeforlaw.com
  mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.c
  om

Marc C Forsythe
  on behalf of Defendant Integrity Docs  LLC mforsythe@goeforlaw.com,
  mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.c
  om

Marc C Forsythe
  on behalf of Defendant Point Break Holdings LLC mforsythe@goeforlaw.com
  mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.c
  om

Marc C Forsythe
  on behalf of Defendant Perfect Financial  LLC mforsythe@goeforlaw.com,
  mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.c
  om

Mary H Haas
  on behalf of Defendant Heshy Deutsch maryhaas@dwt.com
  melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
  on behalf of Defendant Israel Reches maryhaas@dwt.com
  melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
  on behalf of Defendant A Chance Funding LLC maryhaas@dwt.com
  melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
  on behalf of Defendant Nachman Weisz maryhaas@dwt.com
  melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
  on behalf of Defendant Clearfund Solutions LLC maryhaas@dwt.com
  melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
  on behalf of Defendant Hershey Deustch maryhaas@dwt.com
  melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
  on behalf of Defendant Nachmy Weiss maryhaas@dwt.com
  melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Matthew Sommer
  on behalf of Plaintiff Richard A Marshack matthew.sommer@dinsmore.com  carrie.davis@dinsmore.com

Matthew Sommer
  on behalf of Trustee Richard A Marshack (TR) matthew.sommer@dinsmore.com  carrie.davis@dinsmore.com

Matthew A Lesnick
  on behalf of Defendant OptimumBank Holdings  Inc. matt@lesnickprince.com,
  matt@ecf.inforuptcy.com;jmack@lesnickprince.com;porpe@lesnickprince.com

Matthew J Stockl
  on behalf of Plaintiff Richard A Marshack mstockl@otterbourg.com  katrice.ortiz@dinsmore.com

Matthew J Stockl
  on behalf of Plaintiff Richard A. Marshack mstockl@otterbourg.com  katrice.ortiz@dinsmore.com

Matthew J Stockl
  on behalf of Trustee Richard A Marshack (TR) mstockl@otterbourg.com  katrice.ortiz@dinsmore.com

Matthew J Stockl
  on behalf of Plaintiff Richard A. Marshack mstockl@otterbourg.com  katrice.ortiz@dinsmore.com

Matthew S Steinberg
on behalf of Defendant Debt Resolution Direct  LLC msteinberg@cozen.com,
arincon@cozen.com;BPosivak@cozen.com;matthew-steinberg-5925@ecf.pacerpro.com

Matthew S Steinberg
on behalf of Trustee Richard A Marshack (TR) msteinberg@cozen.com
arincon@cozen.com;BPosivak@cozen.com;matthew-steinberg-5925@ecf.pacerpro.com

Matthew S Steinberg
on behalf of Interested Party Debt Resolution Direct  LLC msteinberg@cozen.com,
arincon@cozen.com;BPosivak@cozen.com;matthew-steinberg-5925@ecf.pacerpro.com

Maureen J Shanahan
on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Mstotaro@aol.com

Meredith Fahn
on behalf of Creditor Meredith Fahn fahn@sbcglobal.net

Meredith King
on behalf of Interested Party Courtesy NEF mking@fsl.law
ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Meredith King
on behalf of Defendant Gallant Law Group mking@fsl.law
ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Michael B Reynolds
on behalf of Defendant Justin Conlon mreynolds@swlaw.com  kcollins@swlaw.com

Michael B Reynolds
on behalf of Defendant Sidereal Entertainment Group  LLC mreynolds@swlaw.com, kcollins@swlaw.com

Michael B Reynolds
on behalf of Defendant Joshua Brown mreynolds@swlaw.com  kcollins@swlaw.com

Michael B Reynolds
on behalf of Defendant SMR Business Services  LLC mreynolds@swlaw.com, kcollins@swlaw.com

Michael D Lieberman
on behalf of Creditor Phillip A. Greenblatt  PLLC mike@liebermandebtrelief.com

Michael F Chekian
on behalf of Creditor Elizabeth A. Shore mike@cheklaw.com  chekianmr84018@notify.bestcase.com

Michael G Spector
on behalf of Defendant Ace Tech Ops mgspector@aol.com  mgslawoffice@aol.com

Michael G Spector
on behalf of Defendant Edward J. Quiroz  III mgspector@aol.com, mgslawoffice@aol.com

Michael G Spector
on behalf of Defendant Marketing Systems and Strategies LLC mgspector@aol.com  mgslawoffice@aol.com

Michael G Spector
on behalf of Defendant Sormeh Attarzadeh mgspector@aol.com  mgslawoffice@aol.com

Michael G Spector
on behalf of Defendant Anthony Derosa mgspector@aol.com  mgslawoffice@aol.com

Michael G Spector
on behalf of Defendant Achme  Inc. mgspector@aol.com, mgslawoffice@aol.com

Michael G Spector
on behalf of Defendant MBT Group  Inc. mgspector@aol.com, mgslawoffice@aol.com

Michael Jay Berger
on behalf of Defendant Leucadia Enterprises  Inc michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael R Pinkston
on behalf of Creditor Wells Marble and Hurst  PLLC rpinkston@seyfarth.com,
jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com

Michael R Totaro
on behalf of Interested Party Randall Baldwin Clark Ocbkatty@aol.com

Michael R Totaro
on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Ocbkatty@aol.com

Michael W Davis
on behalf of Defendant Morning Law Group  P.C. mdavis@dtolaw.com, ygodson@dtolaw.com

Milton Trent Spurlock

District/off: 0973-8                          User: admin                          Page 16 of 21
Date Rcvd: Mar 04, 2026                       Form ID: pdf042                       Total Noticed: 1

                          on behalf of Plaintiff Richard A Marshack trent.spurlock@dinsmore.com

Milton Trent Spurlock
                          on behalf of Trustee Richard A Marshack (TR) trent.spurlock@dinsmore.com

Milton Trent Spurlock
                          on behalf of Plaintiff Richard A. Marshack trent.spurlock@dinsmore.com

Mitchell Malachowski
                          on behalf of Defendant Envision Escondido Auto  LLC mmalachowski@tysonmendes.com

Mitchell B Ludwig
                          on behalf of Creditor Fundura Capital Group mbl@kpclegal.com  kas@kpclegal.com

Nathan Fransen
                          on behalf of Counter-Claimant Colonna Cohen Law  PLLC nathan@fmattorney.com, deforest@fmattorney.com

Nathan Fransen
                          on behalf of Defendant Colonna Cohen Law  PLLC nathan@fmattorney.com, deforest@fmattorney.com

Nicholas A Koffroth
                          on behalf of Trustee Richard A Marshack (TR) nkoffroth@foxrothschild.com
                          khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
                          on behalf of Other Professional Post-Confirmation Oversight Committee  as Successor in Interest to the Official Committee of
                          Unsecured Creditors nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
                          on behalf of Plaintiff Richard A. Marshack nkoffroth@foxrothschild.com  khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
                          on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com
                          khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
                          on behalf of Creditor Committee Post-Confirmation Oversight Committee nkoffroth@foxrothschild.com
                          khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas S Couchot
                          on behalf of Defendant Justin Conlon ncouchot@swlaw.com

Nicholas S Couchot
                          on behalf of Defendant Sidereal Entertainment Group  LLC ncouchot@swlaw.com

Nicholas S Couchot
                          on behalf of Defendant SMR Business Services  LLC ncouchot@swlaw.com

Noah K McCall
                          on behalf of Defendant Luke Enkosky nmccall@rschauerlaw.com  NAnderson@RSchauerLaw.com

Olivia Scott
                          on behalf of Creditor Hi Bar Capital LLC olivia.scott@hklaw.com

Olivia Scott
                          on behalf of Creditor Azzure Capital LLC olivia.scott@hklaw.com

Ori S Blumenfeld
                          on behalf of Interested Party WORLD GLOBAL FUND  LLC ori.blumenfeld@offitkurman.com,
                          liyah.lewis@offitkurman.com;ik-maurice.ibe@offitkurman.com

Paul R Shankman
                          on behalf of Creditor United Partnerships  LLC PShankman@fortislaw.com, info@fortislaw.com

Paul R Shankman
                          on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com  info@fortislaw.com

Peter L Isola
                          on behalf of Interested Party Merchants Credit Corporation pisola@hinshawlaw.com
                          rmojica@hinshawlaw.com,iking@hinshawlaw.com

Peter W Bowie
                          on behalf of Trustee Richard A Marshack (TR) peter.bowie@dinsmore.com  caron.burke@dinsmore.com

Randall Baldwin Clark
                          on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com

Randall P Mroczynski
                          on behalf of Defendant Mercedes-Benz Financial Services USA LLC randym@cookseylaw.com

Randall P Mroczynski
                          on behalf of Defendant Mercedes-Benz USA LLC randym@cookseylaw.com

District/off: 0973-8                                      User: admin                                      Page 17 of 21
Date Rcvd: Mar 04, 2026                              Form ID: pdf042                              Total Noticed: 1

Razmig Izakelian

on behalf of Creditor OHP-CDR  LP razmigizakelian@quinnemanuel.com

Razmig Izakelian

on behalf of Counter-Defendant PurchaseCo 80  LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian

on behalf of Counter-Defendant OHP-CDR  LP razmigizakelian@quinnemanuel.com

Razmig Izakelian

on behalf of Plaintiff OHP-CDR  LP razmigizakelian@quinnemanuel.com

Razmig Izakelian

on behalf of Plaintiff PurchaseCo 80  LLC razmigizakelian@quinnemanuel.com

Reid A Winthrop

on behalf of Defendant Fidelity Pandemic Relief Services  Inc. reid@winthroplawgroup.com

Reid A Winthrop

on behalf of Defendant Jess Walker reid@winthroplawgroup.com

Reid A Winthrop

on behalf of Defendant Master Builders of America  Inc. reid@winthroplawgroup.com

Reilly D Wilkinson

on behalf of Defendant Gabe McCarthy rwilkinson@scheerlawgroup.com  rwilkinson@ecf.courtdrive.com

Reilly D Wilkinson

on behalf of Defendant Oha Management  LLC rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com

Reina Zepeda

on behalf of Other Professional Omni Agent Solutions rzepeda@omniagnt.com

Richard A Marshack (TR)

pkraus@marshackhays.com  ecf.alert+Marshack@titlexi.com

Richard D. Porotsky

on behalf of Plaintiff Richard A. Marshack maria.rother@dinsmore.com

Richard D. Porotsky

on behalf of Plaintiff Richard A Marshack maria.rother@dinsmore.com

Richard H Golubow

on behalf of Creditor MC DVI Fund 1  LLC rgolubow@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow

on behalf of Creditor Debt Validation Fund II  LLC rgolubow@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow

on behalf of Defendant Debt Validation Fund II  LLC rgolubow@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow

on behalf of Defendant MC DVI Fund 2  LLC rgolubow@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow

on behalf of Creditor MC DVI Fund 2  LLC rgolubow@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow

on behalf of Defendant MC DVI Fund 1  LLC rgolubow@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard L. Hyde

on behalf of Interested Party Courtesy NEF rhyde@awglaw.com

Richik Sarkar

on behalf of Plaintiff Richard A. Marshack richik.sarkar@dinsmore.com  Noreen.Leciejewski@dinsmore.com

Robert P Goe

on behalf of Defendant Jimmy Chhor rgoe@goeforlaw.com
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe

on behalf of Defendant Darlene Collins rgoe@goeforlaw.com
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe

on behalf of Defendant Matt Collins rgoe@goeforlaw.com
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

District/off: 0973-8                         User: admin                              Page 18 of 21
Date Rcvd: Mar 04, 2026                    Form ID: pdf042                          Total Noticed: 1

Robert P Goe

on behalf of Defendant John Sykes rgoe@goeforlaw.com
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Ronald K Brown

on behalf of Creditor SDCO Tustin Executive Center  Inc. ron@rkbrownlaw.com

Ronald N Richards

on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com  7206828420@filings.docketbird.com

Samuel Mushegh Boyamian

on behalf of Interested Party Courtesy NEF samuel@marguliesfaithlaw.com
Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Sara Johnston

on behalf of Trustee Richard A Marshack (TR) sara.johnston@dinsmore.com
spencer.gray@dinsmore.com;wendy.yones@dinsmore.com;rosetta.mitchell@dinsmore.com

Sara Johnston

on behalf of Plaintiff Richard A. Marshack sara.johnston@dinsmore.com
spencer.gray@dinsmore.com;wendy.yones@dinsmore.com;rosetta.mitchell@dinsmore.com

Sara Johnston

on behalf of Plaintiff Richard A Marshack sara.johnston@dinsmore.com
spencer.gray@dinsmore.com;wendy.yones@dinsmore.com;rosetta.mitchell@dinsmore.com

Sara Johnston

on behalf of Plaintiff Richard A. Marshack sara.johnston@dinsmore.com
spencer.gray@dinsmore.com;wendy.yones@dinsmore.com;rosetta.mitchell@dinsmore.com

Sarah S. Mattingly

on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com

Sarah S. Mattingly

on behalf of Plaintiff Richard A. Marshack  Chapter 11 Trustee sarah.mattingly@dinsmore.com

Sarah S. Mattingly

on behalf of Plaintiff Richard A Marshack  trustee of the LPG Liquidation Trust sarah.mattingly@dinsmore.com

Sarah S. Mattingly

on behalf of Trustee Richard A Marshack (TR) sarah.mattingly@dinsmore.com

Sarah S. Mattingly

on behalf of Plaintiff Richard A Marshack sarah.mattingly@dinsmore.com

Sarah S. Mattingly

on behalf of Defendant Clearcube LLC sarah.mattingly@dinsmore.com

Sarah S. Mattingly

on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com

Scott W Wellman

on behalf of Defendant Pacific Rose Consulting Group swellman@w-wlaw.com  jklein@w-wlaw.com

Scott W Wellman

on behalf of Defendant Dana Cederberg swellman@w-wlaw.com  jklein@w-wlaw.com

Scott W Wellman

on behalf of Defendant Summer Cederberg swellman@w-wlaw.com  jklein@w-wlaw.com

Sharon Z. Weiss

on behalf of Defendant Azzure Capital LLC sharon.weiss@bclplaw.com
raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss

on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com
raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss

on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com
raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Shawn M Christianson

on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com  schristianson@buchalter.com

Siqin Wang

on behalf of Trustee Richard A Marshack (TR) carol.wang@dinsmore.com  carrie.davis@dinsmore.com

Spencer Keith Gray

on behalf of Defendant Eric Petersen spencer.gray@dinsmore.com  lydia.tharp@dinsmore.com;sara.johnston@dinsmore.com

Spencer Keith Gray

on behalf of Defendant Todd DiRoberto spencer.gray@dinsmore.com  lydia.tharp@dinsmore.com;sara.johnston@dinsmore.com

Spencer Keith Gray

on behalf of Plaintiff Richard A. Marshack spencer.gray@dinsmore.com
lydia.tharp@dinsmore.com;sara.johnston@dinsmore.com

Spencer Keith Gray

on behalf of Plaintiff Richard A Marshack spencer.gray@dinsmore.com
lydia.tharp@dinsmore.com;sara.johnston@dinsmore.com

Spencer Keith Gray

on behalf of Trustee Richard A Marshack (TR) spencer.gray@dinsmore.com
lydia.tharp@dinsmore.com;sara.johnston@dinsmore.com

Stella A Havkin

on behalf of Defendant Bridge Funding Cap  LLC stella@havkinandshrago.com, shavkinesq@gmail.com

Stephen Franks

on behalf of Trustee Richard A Marshack (TR) stephen.franks@dinsmore.com  Tracy.weirauch@dinsmore.com

Stephen Franks

on behalf of Plaintiff Richard A Marshack stephen.franks@dinsmore.com  Tracy.weirauch@dinsmore.com

Stephen Franks

on behalf of Plaintiff Richard A. Marshack stephen.franks@dinsmore.com  Tracy.weirauch@dinsmore.com

Steven M. Dailey

on behalf of Defendant Envision Escondido Auto  LLC steven.dailey@kutakrock.com, irvineintake@kutakrock.com

Suzanne Marino

on behalf of Plaintiff Richard A. Marshack suzanne.marino@dinsmore.com

Sweeney Kelly

on behalf of Defendant Fidelity National Information Services  Inc. kelly@ksgklaw.com

Sweeney Kelly

on behalf of Defendant Worldpay Group kelly@ksgklaw.com

Sweeney Kelly

on behalf of Defendant Fidelity National Information Services  Inc. dba FIS kelly@ksgklaw.com

Sweeney Kelly

on behalf of Defendant Worldpay  LLC kelly@ksgklaw.com

Thomas H Casey

on behalf of Interested Party Thomas H. Casey kdriggers@tomcaseylaw.com  msilva@tomcaseylaw.com

Todd A Boock

on behalf of Creditor Pitney Bowes Inc. todd@bnsklaw.com  kaitlyn@bnsklaw.com;sharlah@bnsklaw.com

Todd A Boock

on behalf of Defendant Pitney Bowes Inc. todd@bnsklaw.com  kaitlyn@bnsklaw.com;sharlah@bnsklaw.com

Todd C. Ringstad

on behalf of Interested Party Morning Law Group  P.C. becky@ringstadlaw.com, arlene@ringstadlaw.com

Tony May

on behalf of Defendant Matthew Lovelady tmay@maybrocklaw.com

Tyler Powell

on behalf of Counter-Claimant Richard A Marshack (TR) tyler.powell@dinsmore.com
wendy.yones@dinsmore.com;elissa.lizer@dinsmore.com

Tyler Powell

on behalf of Plaintiff Richard A. Marshack tyler.powell@dinsmore.com  wendy.yones@dinsmore.com;elissa.lizer@dinsmore.com

Tyler Powell

on behalf of Counter-Claimant Richard A. Marshack tyler.powell@dinsmore.com
wendy.yones@dinsmore.com;elissa.lizer@dinsmore.com

Tyler Powell

on behalf of Defendant Richard A. Marshack tyler.powell@dinsmore.com
wendy.yones@dinsmore.com;elissa.lizer@dinsmore.com

Tyler Powell

on behalf of Defendant Everyday Funding Group LLC tyler.powell@dinsmore.com
wendy.yones@dinsmore.com;elissa.lizer@dinsmore.com

Tyler Powell

on behalf of Plaintiff Richard A Marshack tyler.powell@dinsmore.com  wendy.yones@dinsmore.com;elissa.lizer@dinsmore.com

Tyler Powell

on behalf of Counter-Defendant Richard A Marshack (TR) tyler.powell@dinsmore.com
wendy.yones@dinsmore.com;elissa.lizer@dinsmore.com

Tyler Powell
on behalf of Trustee Richard A Marshack (TR) tyler.powell@dinsmore.com
wendy.yones@dinsmore.com;elissa.lizer@dinsmore.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Vanessa Rodriguez
on behalf of Trustee Richard A Marshack (TR) vanessa.rodriguez@dinsmore.com  bonnie.connolly@dinsmore.com

Vanessa Rodriguez
on behalf of Plaintiff Richard A Marshack vanessa.rodriguez@dinsmore.com  bonnie.connolly@dinsmore.com

Vanessa Rodriguez
on behalf of Plaintiff Richard A. Marshack vanessa.rodriguez@dinsmore.com  bonnie.connolly@dinsmore.com

Veneeta Jaswal
on behalf of Plaintiff Richard A Marshack veneeta.jaswal@dinsmore.com
kathy.gumm@dinsmore.com;wendy.yones@dinsmore.com

Veneeta Jaswal
on behalf of Plaintiff Richard A. Marshack veneeta.jaswal@dinsmore.com
kathy.gumm@dinsmore.com;wendy.yones@dinsmore.com

Veneeta Jaswal
on behalf of Plaintiff Richard A. Marshack veneeta.jaswal@dinsmore.com
kathy.gumm@dinsmore.com;wendy.yones@dinsmore.com

Veneeta Jaswal
on behalf of Trustee Richard A Marshack (TR) veneeta.jaswal@dinsmore.com
kathy.gumm@dinsmore.com;wendy.yones@dinsmore.com

Victoria Newmark
on behalf of Defendant Inlane Inc vnewmark@pszjlaw.com
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant Gary Fegel vnewmark@pszjlaw.com
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant Consumer Legal Group  PC vnewmark@pszjlaw.com,
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant Yitzchok Blum vnewmark@pszjlaw.com
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant Aly Management  LLC vnewmark@pszjlaw.com,
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant YNS Funding  LLC vnewmark@pszjlaw.com,
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant MCA Fund ADV Inc. vnewmark@pszjlaw.com
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Interested Party LGS Holdco  LLC vnewmark@pszjlaw.com,
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Interested Party Consumer Legal Group  P.C. vnewmark@pszjlaw.com,
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant GMF Capital  LLC vnewmark@pszjlaw.com,
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant LGS Holdco  LLC vnewmark@pszjlaw.com,
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant Solomon Feig vnewmark@pszjlaw.com
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

District/off: 0973-8                     User: admin                          Page 21 of 21
Date Rcvd: Mar 04, 2026                  Form ID: pdf042                       Total Noticed: 1

| | |
|---|---|
| Victoria Newmark | on behalf of Defendant Genesis Equity Group Funding LLC vnewmark@pszjlaw.com hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Victoria Newmark | on behalf of Interested Party Liberty Acquisitions Group Inc. vnewmark@pszjlaw.com hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Vincent Renda | on behalf of Plaintiff Richard A Marshack vr@pinlegal.com  ld@pinlegal.com |
| Vincent Renda | on behalf of Defendant Eric Petersen vr@pinlegal.com  ld@pinlegal.com |
| Vincent Renda | on behalf of Creditor Unified Global Research Group  Inc vr@pinlegal.com, ld@pinlegal.com |
| Vincent Renda | on behalf of Defendant Todd DiRoberto vr@pinlegal.com  ld@pinlegal.com |
| William McCormick | on behalf of Creditor TN Dept of Revenue Bill.McCormick@ag.tn.gov |
| William J Wall | on behalf of Defendant Joshua Michael Bois wwall@wall-law.com |
| William J Wall | on behalf of Witness Bradford Lee wwall@wall-law.com |
| William J Wall | on behalf of Defendant 2030 Ventures  Inc. wwall@wall-law.com |
| William P. Fennell | on behalf of Creditor Validation Partners LLC william.fennell@fennelllaw.com william.fennell@fennelllaw.com;samantha.larimer@fennelllaw.com;naomi.cwalinski@fennelllaw.com;office@fennelllaw.com;hala.hammi@fennelllaw.com;wpf@ecf.courtdrive.com |
| Yisrael Gelb | on behalf of Defendant Bridge Funding Cap  LLC yisrael@gelblawapc.com |
| Yosina M Lissebeck | on behalf of Plaintiff Richard A Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;linda.dominguez@dinsmore.com |
| Yosina M Lissebeck | on behalf of Plaintiff Richard A Marshack  trustee of the LPG Liquidation Trust Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;linda.dominguez@dinsmore.com |
| Yosina M Lissebeck | on behalf of Defendant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;linda.dominguez@dinsmore.com |
| Yosina M Lissebeck | on behalf of U.S. Trustee United States Trustee (SA) Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;linda.dominguez@dinsmore.com |
| Yosina M Lissebeck | on behalf of Trustee Richard A Marshack (TR) Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;linda.dominguez@dinsmore.com |
| Yosina M Lissebeck | on behalf of Counter-Claimant Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;linda.dominguez@dinsmore.com |
| Yosina M Lissebeck | on behalf of Special Counsel Dinsmore & Shohl LLP Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;linda.dominguez@dinsmore.com |
| Yosina M Lissebeck | on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;linda.dominguez@dinsmore.com |
| Zev Shechtman | on behalf of Interested Party Morning Law Group  P.C. Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com |
| Zev Shechtman | on behalf of Interested Party Danning Gill Israel & Krasnoff LLP Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com |

TOTAL: 487

1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  AARON E. DE LEEST, #216832
   adeleest@marshackhays.com
3  ALINA MAMLYUK, #284154
   amamlyuk@marshackhays.com
4  MARSHACK HAYS WOOD LLP
   870 Roosevelt
5  Irvine, California 92620
   Telephone: (949) 333-7777
6  Facsimile: (949) 333-7778

7  General Counsel for Richard A.
   Marshack, Chapter 11 trustee for
8  the Bankruptcy Estate of the
   Litigation Practice Group P.C.
9  and Liquidating Trustee of the
   LPG Liquidation Trust

10

FILED & ENTERED

MAR 04 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

11                    UNITED STATES BANKRUPTCY COURT

12          CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

13

14  In re                                    Case No: 8:23-bk-10571-SC

15  THE LITIGATION PRACTICE GROUP P.C.,      Chapter 11

16                                           ORDER APPROVING STIPULATION TO
                    Debtor.                  MODIFY BRIEFING SCHEDULE AND TO
17                                           CONTINUE HEARING ON MOTION FOR
                                             ALLOWANCE OF ADMINISTRATIVE
18                                           EXPENSE CLAIM FILED BY UNITED
                                             PARTNERSHIPS, LLC [DK. NO 671]
19

20                                           Current Hearing and Response Dates
                                             Hearing Date: March 19, 2026
21                                           Trustee's Response Due: March 4, 2026
                                             Reply by Claimant Due: March 11, 2026
22                                           Time:  10:00 a.m.
                                             Ctrm:  Courtroom 5C
23                                           411 West Fourth Street
                                             Santa Ana, CA 92701

24                                           **Continued Hearing and Response Dates**
                                             **Hearing Date: July 2, 2026**
25                                           Trustee's Response Due: June 18, 2026 Reply
                                             by Claimant Due: June 25, 2026
26                                           Time:  10:00 a.m.
                                             Ctrm:  Courtroom 5C
27                                           411 West Fourth Street
                                             Santa Ana, CA 92701

28

1

1    The Court having read and considered the Stipulation to Modify Briefing Schedule and to

2  Continue Hearing on Motion for Allowance of Administrative Expense Claim Filed by United

3  partnerships, LLC [Dk. No. 671] by Trustee Richard A Marshack [Dk. No. 2587] ("Stipulation") is

4  entered into by and between Richard A. Marshack, in his capacity as Chapter 11 Trustee of the

5  Bankruptcy Estate of The Litigation Practice Group P.C., and United Partnerships, LLC,  filed on

6  March 3, 2026, as Dk. No. 2587, and having found good cause to approve the Stipulation,

7      **IT IS ORDERED:**

8      1. The Stipulation is approved in its entirety.

9      2. The hearing on the Motion is continued from March 19, 2026, at 10:00 a.m., to July 2,

10  2026, at 10:00 a.m.

11      3. The deadline for Trustee to file a response to the Motion is extended through and including

12  June 18, 2026.

13      4. The deadline for United Partnerships, LLC to file a reply to Trustee's response to the

14  Motion is extended through and including June 25, 2026.

15                          # # #

Date: March 4, 2026

Scott C. Clarkson
United States Bankruptcy Judge

2