**IN THE UNITED STATES BANKRUPTCY
COURT CENTRAL DISTRICT OF
CALIFORNIA SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>Debtor. | Chapter 11<br><br>Case No. 8:23-bk-10571- SC |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Pauline Aragon, depose and say that I am employed by Stretto, noticing agent for the Debtor in the above-captioned case.

On April 30, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Recon Pest Control Inc., Attn: Tyler Saunders or General Counsel, CEO, or Officer, Managing or General Agent, or any Other Agent Authorized to Receive Service of Process at 19 Via Asalea, San Clemente, CA 92673-5679, pursuant to USPS forwarding instructions:

- **Notice of Motion and Third Motion for Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Trustee's General Counsel; Memorandum of Points and Authorities; Request for Judicial Notice; and Declaration of Richard A. Marshack in Support** (Docket No. 2613)

Dated: May 5, 2026

_____
Pauline Aragon

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 5th day of May, 2026 by Pauline Aragon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____



JESSIE DE GUZMAN
Notary Public - California
Orange County
Commission # 2551085
My Comm. Expires Apr 20, 2030