| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Yosina M. Lissebeck (State Bar No. 201654)<br>Dinsmore & Shohl, LLP<br>655 West Broadway, Suite 800<br>San Diego, California 92101<br>Telephone: (619) 400-0500<br>Facsimile: (619) 400-0501<br>yosina.lissebeck@dinsmore.com | |
| ☑ *Attorney for*: Richard A. Marshack, Trustee of the LPG Liquidation Trust | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>THE LITIGATION PRACTICE GROUP, P.C.<br><br><br><br><br><br>Debtor(s). | CASE NO.:8:23-BK-10571- SC<br>ADVERSARY NO. (*if applicable*):<br>CHAPTER: 11 |
|---|---|
| <br><br>vs.<br><br>Plaintiff(s).<br><br><br><br><br><br>Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE IN A SPECIFIC BANKRUPTCY CASE AND/OR ADVERSARY PROCEEDING(S)**<br><br>**[LBR 2090-1(b); 9013-1(q)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

1. I, Harris W. Davidson _____, apply to the court under LBR 2090-1(b) for permission to appear on behalf of the following named party, by whom I have been retained (*specify name of party*):Richard A. Marshack, Trustee of the LPG Liquidation Trust _____,

in any proceeding in the bankruptcy case, any jointly administered or substantively consolidated case, and any adversary proceedings filed in such cases, unless the representation is limited as follows:

2. I paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court; attached is a copy of the receipt.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3. I am a lawyer with the following law firm (*specify name and address of law firm*):
  Dinsmore & Shohl, LLP, 101 S. Fifth Street, Suite 2500, Louisville, Kentucky 40202
4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (*specify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):
  See attached Admissions.
5. I am not a resident of, nor am I regularly employed, engaged in business, professional, or other activities in the state of California.  I am not currently suspended or disbarred in any court.

6.   I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
|  |  |  |  |  |

7.   I ☐ have  ☑ have not  been disciplined by any court or administrative body. ☐ Disciplinary proceedings are pending; details are as follows:

  I ☐ resigned  ☐ did not resign    while disciplinary proceedings were pending.

8.   I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9.   I designate the following person ("Local Counsel") of the following law firm, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.  The Local Counsel has an active login and password for filing documents electronically via CM/ECF and lodging orders electronically via LOU.

  Information about Local Counsel:

  Name and Bar Number: Yosina Lissebeck (State Bar No. 201654)

  Name and Address of law firm: Dinsmore & Shohl, LLP, 655 W. Broadway, Suite 800, San Diego, California 92101

  Telephone number: (619) 400-0500

  Email Address: yosina.lissebeck@dinsmore.com

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 08/07/2026

_____
Signature of applicant

Harris W. Davidson
Printed name of applicant

## CONSENT OF LOCAL COUNSEL

I consent to the foregoing designation.

Date: 8/7/2026

 /s/ Yosina M. Lissebeck
Signature of Local Counsel

Yosina M. Lissebeck
Printed name of Local Counsel

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Page 3                **F 2090-1.2.APP.NONRES.ATTY**

# Transaction Details

## Bankruptcy Pro Hac Vice Application Fee

**Non-Resident Attorney's Name:** Harris Davidson

**Firm Name:** Dinsmore & Shohl, LLP

**Bankruptcy Case Number or Adversary Proceeding Case Number:**

  8:23-bk-10571-SC

**Party Name:** Richard A. Marshack, Trustee of the LPG Liquidation Trust


**Tracking Number(s):** PHV-260807-000-0961

**Pay.gov Tracking ID:** 284TD54N

**Transaction Date:** 08/07/2026

**Agency Name:** U.S. Distirct Court

**Account Holder Name:** Larry Higdon

**Account Number:** ************4539

**Amount:** 450.00

**Billing Address:** 255 E. Fifth Street

**Billing Address 2:** Suite 1900

**City:** Cincinnati

**State/Province:** OH

**Zip/Postal:** 45202


**For assistance, please contact:**

Attorney Admissions

United States District Court

Central District of California

Tel: (213) 894-2085

**For questions related to payment, please contact the Fiscal department at**
**fis_cac@cacd.uscourts.gov**

## ADMISSIONS: HARRIS W. DAVIDSON

| | |
|---|---|
| Kentucky Bar Association | 10/02/2024 |
| New York State Bar Association | 09/06/2018 |
| State Bar of Florida | 09/22/2015 |
| United States Southern District of New York | 07/12/2022 |
| United States Eastern District of New York | 08/15/2022 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:     655 W. Broadway, Suite 800, San Diego, California  92101

A true and correct copy of the foregoing document entitled  **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE IN A SPECIFIC BANKRUPTCY CASE AND/OR ADVERSARY PROCEEDINGS [LBR 2090- 1(b); 9013-1(q)]** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 7, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

      ☒     Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On August 7, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> **JUDGE'S COURTESY COPY**
> Honorable Scott C. Clarkson
> United States Bankruptcy Court
> Central District of California,
> Santa Ana Division
> 411 W. Fourth St., Ste 5130/Ctrm 5C
> Santa Ana, CA 92701-4593

      ☐     Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 7, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

      ☐     Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 7, 2026 | Caron Burke | /s/ Caron Burke |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August  2010*　　　　　　　　　　　　　　　　　　　**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Joseph E Addiego on behalf of Defendant Clearfund Solutions LLC
joeaddiego@dwt.com, ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com

Joseph E Addiego on behalf of Defendant Heshy Deutsch
joeaddiego@dwt.com, ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com

Joseph E Addiego on behalf of Defendant Nachmy Weiss
joeaddiego@dwt.com, ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com

Kyra E Andrassy on behalf of Defendant ABR Enterprises, LLC
kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy on behalf of Defendant Arsha Corp.
kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy on behalf of Defendant Laili Corp.
kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy on behalf of Defendant Arash Asante Bayrooti
kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy on behalf of Defendant Arash Asante Bayrooti
kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy on behalf of Defendant Mehrdad Shahrestani
kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy on behalf of Defendant Yalda Shahrestani
kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy on behalf of Interested Party Courtesy NEF
kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com

Bradford Barnhardt on behalf of Interested Party Courtesy NEF
bbarnhardt@marshackhays.com,
bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com,ldinkins@marshackhays.com

Bradford Barnhardt on behalf of Plaintiff Richard A Marshack
bbarnhardt@marshackhays.com,
bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com,ldinkins@marshackhays.com

Bradford Barnhardt on behalf of Plaintiff Richard A. Marshack
bbarnhardt@marshackhays.com,
bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com,ldinkins@marshackhays.com

Bradford Barnhardt on behalf of Trustee Richard A Marshack (TR)
bbarnhardt@marshackhays.com,
bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com,ldinkins@marshackhays.com

David P Beitchman on behalf of Defendant Joco Enterprises LLC
dbeitchman@bzlegal.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*     **F 9013-3.1.PROOF.SERVICE**

David P Beitchman on behalf of Defendant John Sandoval
dbeitchman@bzlegal.com

Eric Bensamochan on behalf of Creditor Oxford Knox, LLC
eric@eblawfirm.us, G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us

Eric Bensamochan on behalf of Interested Party Courtesy NEF
eric@eblawfirm.us, G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us

Eric Bensamochan on behalf of Interested Party Eric Bensamochan
eric@eblawfirm.us, G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us

Michael Jay Berger on behalf of Defendant Leucadia Enterprises, Inc
michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Ethan J Birnberg on behalf of Defendant BMF Advance, LLC
birnberg@portersimon.com, bokinskie@portersimon.com

Ethan J Birnberg on behalf of Defendant Diverse Capital LLC
birnberg@portersimon.com, bokinskie@portersimon.com

Ethan J Birnberg on behalf of Defendant Gavriel Yitzchavok
birnberg@portersimon.com, bokinskie@portersimon.com

Anthony Bisconti on behalf of Plaintiff Richard A. Marshack
tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Christopher L Blank on behalf of Defendant Brian Defelice
chris@chrisblanklaw.com

Christopher L Blank on behalf of Defendant Brian Defelice
chris@chrisblanklaw.com

Ori S Blumenfeld on behalf of Interested Party WORLD GLOBAL FUND, LLC
ori.blumenfeld@offitkurman.com, liyah.lewis@offitkurman.com;ik-maurice.ibe@offitkurman.com

Todd A Boock on behalf of Creditor Pitney Bowes Inc.
todd@bnsklaw.com, kaitlyn@bnsklaw.com;sharlah@bnsklaw.com

Todd A Boock on behalf of Defendant Pitney Bowes Inc.
todd@bnsklaw.com, kaitlyn@bnsklaw.com;sharlah@bnsklaw.com

Joseph Boufadel on behalf of Defendant Mynt Advance LLC
jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel on behalf of Defendant Mynt Advance LLC
jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel on behalf of Defendant Slate Advance LLC
jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel on behalf of Defendant Michael Antebi
jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                          **F 9013-.1.PROOF.SERVICE**

Joseph Boufadel on behalf of Interested Party Courtesy NEF
jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel on behalf of Interested Party Mynt Advance LLC
jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel on behalf of Interested Party Slate Advance, LLC
jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

J Scott Bovitz on behalf of Defendant Innovative Staffing LLC
bovitz@bovitz-spitzer.com

Peter W Bowie on behalf of Trustee Richard A Marshack (TR)
peter.bowie@dinsmore.com, caron.burke@dinsmore.com

Samuel Mushegh Boyamian on behalf of Defendant Cobalt Funding Solutions, LLC
samuel@marguliesfaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Samuel Mushegh Boyamian on behalf of Interested Party Courtesy NEF
samuel@marguliesfaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Brian Boyd on behalf of Plaintiff Richard A Marshack
brian.boyd@dinsmore.com, tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Brian Boyd on behalf of Plaintiff Richard A. Marshack
brian.boyd@dinsmore.com, tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Brian Boyd on behalf of Trustee Richard A Marshack (TR)
brian.boyd@dinsmore.com, tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Brian Boyd on behalf of U.S. Trustee United States Trustee (SA)
brian.boyd@dinsmore.com, tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Michael L Branch on behalf of Defendant Ace Business Solutions LLC
mlb@schneiderbranchlaw.com

Bert Briones on behalf of Creditor Leo Chicas
bb@redhilllawgroup.com, helpdesk@redhilllawgroup.com;RedHillLawGroup@jubileebk.net;red-hill-law-group@pacer.glade.ai

Ronald K Brown on behalf of Creditor SDCO Tustin Executive Center, Inc.
ron@rkbrownlaw.com

Manon Burns on behalf of Creditor Credit Reporting Services, Inc.
mburns@awglaw.com

Kevin M Capuzzi on behalf of Defendant Neiman Marcus Group Ltd LLC
kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M Capuzzi on behalf of Defendant The Neiman Marcus Group LLC
kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Christopher Celentino on behalf of Plaintiff Richard A Marshack
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-.1.PROOF.SERVICE**

Christopher Celentino on behalf of Plaintiff Richard A. Marshack
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Special Counsel Dinsmore & Shohl LLP
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Trustee Richard A Marshack (TR)
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Michael F Chekian on behalf of Creditor Elizabeth A. Shore
mike@cheklaw.com, chekianmr84018@notify.bestcase.com

Shawn M Christianson on behalf of Interested Party Courtesy NEF
cmcintire@buchalter.com, schristianson@buchalter.com

Randall Baldwin Clark on behalf of Interested Party Randall Baldwin Clark
rbc@randallbclark.com

Bryan Cockroft on behalf of Plaintiff Richard A Marshack
bryan.cockroft@dinsmore.com

Baruch C Cohen on behalf of Defendant Ace Funding Source, LLC
bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com

Baruch C Cohen on behalf of Defendant Berkovitch & Bouskila, PLLC
bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com

Baruch C Cohen on behalf of Defendant Derrick Landry
bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com

Baruch C Cohen on behalf of Defendant Solomon Feig
BaruchCohen@Baruchcohenesq.com, paralegal@baruchcohenesq.com

Leslie A Cohen on behalf of Defendant Master Consultants of America Inc.
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;camille@lesliecohenlaw.com

Leslie A Cohen on behalf of Defendant Rosa Bianca Loli
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;camille@lesliecohenlaw.com

Leslie A Cohen on behalf of Defendant Rose Bianca Loli
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;camille@lesliecohenlaw.com

Leslie A Cohen on behalf of Interested Party Courtesy NEF
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;camille@lesliecohenlaw.com

Nicholas S Couchot on behalf of Defendant SMR Business Services, LLC
ncouchot@swlaw.com

Nicholas S Couchot on behalf of Defendant Sidereal Entertainment Group, LLC
ncouchot@swlaw.com

Nicholas S Couchot on behalf of Defendant Justin Conlon
ncouchot@swlaw.com

Cara Daggitt on behalf of Plaintiff Richard A Marshack

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                      F 9013-.1.PROOF.SERVICE

cara.daggitt@dinsmore.com, Keegan.Giblin@Dinsmore.com

Cara Daggitt on behalf of Plaintiff Richard A. Marshack
cara.daggitt@dinsmore.com, Keegan.Giblin@Dinsmore.com

Cara Daggitt on behalf of Trustee Richard A Marshack (TR)
cara.daggitt@dinsmore.com, Keegan.Giblin@Dinsmore.com

Steven M. Dailey on behalf of Defendant Envision Escondido Auto, LLC
steven.dailey@kutakrock.com, irvineintake@kutakrock.com

Michael W Davis on behalf of Defendant Morning Law Group, P.C.
mdavis@dtolaw.com, ygodson@dtolaw.com

Aaron E. De Leest on behalf of Creditor Han Trinh
adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Aaron E. De Leest on behalf of Creditor Phuong (Jayde) Trinh
adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Aaron E. De Leest on behalf of Plaintiff Richard A. Marshack, Trustee of the LPG Liquidation Trust
adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Aaron E. De Leest on behalf of Plaintiff Richard A Marshack
adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Aaron E. De Leest on behalf of Plaintiff Richard A. Marshack
adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Aaron E. De Leest on behalf of Plaintiff Richard A. Marshack
adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Aaron E. De Leest on behalf of Trustee Richard A Marshack (TR)
adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Devan De los Reyes on behalf of Plaintiff Richard A Marshack
ddelosreyes@marshackhays.com, ddelosreyes@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Zachary Diederichs on behalf of Plaintiff Richard A Marshack
zachary.diederichs@dinsmore.com

Zachary Diederichs on behalf of Plaintiff Richard A. Marshack
zachary.diederichs@dinsmore.com

Zachary Diederichs on behalf of Trustee Richard A Marshack (TR)
zachary.diederichs@dinsmore.com

Anthony Paul Diehl on behalf of Interested Party Courtesy NEF
anthony@apdlaw.net,
Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net,9143954420@filings.docketbird.com

Ashley Dionisio on behalf of Other Professional Omni Agent Solutions
adionisio@omniagnt.com

Jenny L Doling on behalf of Interested Party INTERESTED PARTY

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

jd@jdl.law,
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys
jd@jdl.law,
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Jenny L Doling on behalf of Interested Party National Consumer Bankruptcy Rights Center
jd@jdl.law,
dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net

Casey Z Donoyan on behalf of Interested Party WORLD GLOBAL FUND, LLC
casey.donoyan@offitkurman.com, smcfadden@lakklawyers.com;ncondren@lakklawyers.com

Jamie P Dreher on behalf of Defendant EPPS
jdreher@downeybrand.com, cdeulloa@DowneyBrand.com;courtfilings@downeybrand.com

Daniel A Edelman on behalf of Creditor Carolyn Beech
dedelman@edcombs.com, courtecl@edcombs.com

Howard M Ehrenberg on behalf of Defendant New Horizon Finance LLC
Howard.Ehrenberg@gmlaw.com,
hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walke
r@gmlaw.com

Lexi J. Epley on behalf of Plaintiff Richard A. Marshack
lexi.epley@dinsmore.com, bonnie.connolly@dinsmore.com

Meredith Fahn on behalf of Creditor Meredith Fahn
fahn@sbcglobal.net

Jeremy Faith on behalf of Defendant Cobalt Funding Solutions, LLC
Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Jeremy Faith on behalf of Interested Party Courtesy NEF
Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

William P. Fennell on behalf of Creditor Validation Partners LLC
william.fennell@fennelllaw.com,
william.fennell@fennelllaw.com;samantha.larimer@fennelllaw.com;naomi.cwalinski@fennelllaw.com;offi
ce@fennelllaw.com;hala.hammi@fennelllaw.com;wpf@ecf.courtdrive.com

Jesse S Finlayson on behalf of Defendant BCB Bancorp, Inc
jfinlayson@ftrlfirm.com, hkader@ftrlfirm.com

Alan W Forsley on behalf of Creditor Anthem Blue Cross of California
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,ethan@flpllp.com

Alan W Forsley on behalf of Interested Party Courtesy NEF
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,ethan@flpllp.com

Marc C Forsythe on behalf of Creditor Point Break Holdings LLC
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
;ajohnston@goeforlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-.1.PROOF.SERVICE**

Marc C Forsythe on behalf of Defendant Clear Vision Financial LLC
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
;ajohnston@goeforlaw.com

Marc C Forsythe on behalf of Defendant Integrity Docs, LLC
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
;ajohnston@goeforlaw.com

Marc C Forsythe on behalf of Defendant Perfect Financial, LLC
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
;ajohnston@goeforlaw.com

Marc C Forsythe on behalf of Defendant Point Break Holdings LLC
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
;ajohnston@goeforlaw.com

Marc C Forsythe on behalf of Defendant Richard Nodelman
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
;ajohnston@goeforlaw.com

Marc C Forsythe on behalf of Interested Party Integrity Docs, LLC
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
;ajohnston@goeforlaw.com

Stephen Franks on behalf of Plaintiff Richard A Marshack
stephen.franks@dinsmore.com, michele.miller@dinsmore.com

Stephen Franks on behalf of Plaintiff Richard A. Marshack
stephen.franks@dinsmore.com, michele.miller@dinsmore.com

Stephen Franks on behalf of Trustee Richard A Marshack (TR)
stephen.franks@dinsmore.com, michele.miller@dinsmore.com

Nathan Fransen on behalf of Counter-Claimant Colonna Cohen Law, PLLC
nathan@fmattorney.com, deforest@fmattorney.com

Nathan Fransen on behalf of Defendant Colonna Cohen Law, PLLC
nathan@fmattorney.com, deforest@fmattorney.com

Jeremy Freedman on behalf of Plaintiff Richard A. Marshack
jeremy.freedman@nelsonmullins.com, bonnie.connolly@dinsmore.com

Jeremy Freedman on behalf of Trustee Richard A Marshack (TR)
jeremy.freedman@nelsonmullins.com, bonnie.connolly@dinsmore.com

Scott C. Frost on behalf of Defendant Optimum Bank Holdings, Inc.
sfrost@howardandhoward.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-.1.PROOF.SERVICE**

Scott C. Frost on behalf of Defendant Optimumbank
sfrost@howardandhoward.com

Scott C. Frost on behalf of Defendant Optimumbank.com
sfrost@howardandhoward.com

Scott C. Frost on behalf of Defendant Moishe Gubin
sfrost@howardandhoward.com

Eric Gassman on behalf of Creditor Herret Credit
erg@gassmanlawgroup.com, gassman.ericb112993@notify.bestcase.com

Yisrael Gelb on behalf of Defendant Bridge Funding Cap, LLC
yisrael@gelblawapc.com

Christopher Ghio on behalf of Defendant GMF Capital, LLC
christopher.ghio@dinsmore.com, bonnie.connolly@dinsmore.com

Christopher Ghio on behalf of Plaintiff Richard A Marshack
Christopher.Ghio@dinsmore.com, bonnie.connolly@dinsmore.com

Christopher Ghio on behalf of Plaintiff Richard A Marshack
christopher.ghio@dinsmore.com, bonnie.connolly@dinsmore.com

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com, bonnie.connolly@dinsmore.com

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com, bonnie.connolly@dinsmore.com

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com, bonnie.connolly@dinsmore.com

Christopher Ghio on behalf of Trustee Richard A Marshack (TR)
christopher.ghio@dinsmore.com, bonnie.connolly@dinsmore.com

Amy Lynn Ginsburg on behalf of Creditor Amy Ginsburg
efilings@ginsburglawgroup.com

Amy Lynn Ginsburg on behalf of Creditor Kenton Cobb
efilings@ginsburglawgroup.com

Amy Lynn Ginsburg on behalf of Creditor Shannon Bellfield
efilings@ginsburglawgroup.com

Robert P Goe on behalf of Defendant Recon Pest Control, Inc.
rgoe@goeforlaw.com,
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goef
orlaw.com

Robert P Goe on behalf of Defendant Darlene Collins
rgoe@goeforlaw.com,
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goef
orlaw.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                          **F 9013-.1.PROOF.SERVICE**

Robert P Goe on behalf of Defendant Jimmy Chhor
rgoe@goeforlaw.com,
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goef
orlaw.com

Robert P Goe on behalf of Defendant John Sykes
rgoe@goeforlaw.com,
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goef
orlaw.com

Robert P Goe on behalf of Defendant Matt Collins
rgoe@goeforlaw.com,
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goef
orlaw.com

Eric D Goldberg on behalf of Defendant Stripe, Inc.
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Jeffrey I Golden on behalf of Creditor Affirma, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Anaheim Arena Management, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Anaheim Ducks Hockey Club, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Creditor Oxford Knox, LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Interested Party Courtesy NEF
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeff
reyi.b117954@notify.bestcase.com

Richard H Golubow on behalf of Creditor Debt Validation Fund II, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 1, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Creditor MC DVI Fund 2, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Defendant Debt Validation Fund II, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-.1.PROOF.SERVICE**

Richard H Golubow on behalf of Defendant Lark Hill Investments, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Defendant MC DVI Fund 1, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Defendant MC DVI Fund 2, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Defendant Strategic Business Partnerships, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Defendant Veritas Investigative Solutions, LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow on behalf of Defendant Craig Hunter
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

David M Goodrich on behalf of Creditor United Partnerships, LLC
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Defendant A Solution Debt Relief, Inc.
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Defendant AZLS Enterprises Inc.
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Defendant All Star Marketing Group, Inc.
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Defendant BEW Solar Management, LLC
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Defendant Bae Enterprises, Inc.
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Defendant Buffalo 21 Partners, Inc.
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Defendant C.A.T. Exteriors, Inc.
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Defendant Home Energy Solutions, Inc.
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Defendant INVESTLINC Wealth Services, Inc.
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Defendant JNR Services, Inc.
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Defendant Lexicon Consulting, Inc.
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Defendant Lexicon Consulting, LLC

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-.1.PROOF.SERVICE**

dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Defendant Oxford Knox, LLC
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Defendant Spectrum Payment Solutions, LLC
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Defendant Superhero Contractors, Inc.
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Defendant Superhero Exteriors LLC
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Defendant United Partnerships, Inc.
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Defendant United Partnerships, LLC
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Defendant Validation LLC
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Defendant Ventura Consulting, LLC
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Defendant Frank Brown
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Defendant Jason Dovalina
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Defendant Matthew Church
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Defendant Rachel Dovalina
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Defendant Samson Ly
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Defendant Syed Faisal Gilani
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Interested Party Courtesy NEF
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

E Jay Gotfredson on behalf of Defendant Jason Kriezk
LAWFIRM@GOTALAW.COM, tim@advocateslaw.group;jaygotfredson@ecf.courtdrive.com

Spencer Keith Gray on behalf of Defendant Eric Petersen
spencer.gray@dinsmore.com, lydia.tharp@dinsmore.com;sara.johnston@dinsmore.com

Spencer Keith Gray on behalf of Defendant Todd DiRoberto
spencer.gray@dinsmore.com, lydia.tharp@dinsmore.com;sara.johnston@dinsmore.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-.1.PROOF.SERVICE**

Spencer Keith Gray on behalf of Plaintiff Richard A. Marshack
spencer.gray@dinsmore.com, lydia.tharp@dinsmore.com;sara.johnston@dinsmore.com

Spencer Keith Gray on behalf of Plaintiff Richard A Marshack
spencer.gray@dinsmore.com, lydia.tharp@dinsmore.com;sara.johnston@dinsmore.com

Spencer Keith Gray on behalf of Trustee Richard A Marshack (TR)
spencer.gray@dinsmore.com, lydia.tharp@dinsmore.com;sara.johnston@dinsmore.com

Mary H Haas on behalf of Defendant A Chance Funding LLC
maryhaas@dwt.com, melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas on behalf of Defendant Clearfund Solutions LLC
maryhaas@dwt.com, melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas on behalf of Defendant Hershey Deustch
maryhaas@dwt.com, melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas on behalf of Defendant Heshy Deutsch
maryhaas@dwt.com, melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas on behalf of Defendant Israel Reches
maryhaas@dwt.com, melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas on behalf of Defendant Nachman Weisz
maryhaas@dwt.com, melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas on behalf of Defendant Nachmy Weiss
maryhaas@dwt.com, melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

David S Hagen on behalf of Defendant NY Real Estate Management, LLC
davidhagenlaw@gmail.com, LawOfficesofDavidSHagenCA1@jubileebk.net

David S Hagen on behalf of Defendant Veronica Palterovich
davidhagenlaw@gmail.com, LawOfficesofDavidSHagenCA1@jubileebk.net

Asa S Hami on behalf of Defendant Bonus Financial LLC
asa.hami@gmlaw.com,
ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com

Asa S Hami on behalf of Defendant Jordan Miranti
asa.hami@gmlaw.com,
ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com

Bernard M Hansen on behalf of 3rd Party Plaintiff Cyrus Irani
bernardmhansen@sbcglobal.net

Bernard M Hansen on behalf of Defendant Cyrus Irani
bernardmhansen@sbcglobal.net

Stella A Havkin on behalf of Defendant Bridge Funding Cap, LLC
stella@havkinandshrago.com, shavkinesq@gmail.com

Stella A Havkin on behalf of Defendant Bridge Funding Cap, LLC

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-.1.PROOF.SERVICE**

stella@havkinandshrago.com, shavkinesq@gmail.com

David T Hayek on behalf of Defendant Optimum Bank Holdings, Inc.
dhayek@hinshawlaw.com, nvasquez@hinshawlaw.com

David T Hayek on behalf of Defendant Optimumbank
dhayek@hinshawlaw.com, nvasquez@hinshawlaw.com

David T Hayek on behalf of Defendant Moishe Gubin
dhayek@hinshawlaw.com, nvasquez@hinshawlaw.com

D Edward Hays on behalf of Attorney Marshack Hays LLP
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ec
f.courtdrive.com

D Edward Hays on behalf of Creditor Committee Committee of Unsecured Creditors
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ec
f.courtdrive.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ec
f.courtdrive.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ec
f.courtdrive.com

D Edward Hays on behalf of Plaintiff Richard A. Marshack, Trustee of the LPG Liquidation Trust
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ec
f.courtdrive.com

D Edward Hays on behalf of Plaintiff Richard A Marshack
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ec
f.courtdrive.com

D Edward Hays on behalf of Plaintiff Richard A. Marshack
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ec
f.courtdrive.com

D Edward Hays on behalf of Trustee Richard A Marshack (TR)
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ec
f.courtdrive.com

D Edward Hays on behalf of Trustee Richard A Marshack (TR)
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ec
f.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Geoffrey A Heaton on behalf of Defendant Mauzy Heating, Cooling, Plumbing & Electrical, LLC
GHeaton@duanemorris.com, tmmoore@duanemorris.com,geoffrey-heaton-1892@ecf.pacerpro.com

Carson Heninger on behalf of Defendant American Airlines, Inc.
heningerc@gtlaw.com, carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com

Btzalel Hirschhorn on behalf of Defendant A Chance Funding LLC
bhirschhorn@sbagk.com

Kevin Hoang on behalf of Defendant Optimum Bank Holdings, Inc.
kevin@khoanglaw.com, emily@khoanglaw.com,wilma@khoanglaw.com

Kevin Hoang on behalf of Defendant Optimumbank
kevin@khoanglaw.com, emily@khoanglaw.com,wilma@khoanglaw.com

Kevin Hoang on behalf of Defendant Moishe Gubin
kevin@khoanglaw.com, emily@khoanglaw.com,wilma@khoanglaw.com

Alan Craig Hochheiser on behalf of Creditor City Capital NY
ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com

Karen Hockstad on behalf of Plaintiff Richard A Marshack
karen.hockstad@dinsmore.com, sylvia.lawrence@dinsmore.com

Karen Hockstad on behalf of Trustee Richard A Marshack (TR)
karen.hockstad@dinsmore.com, sylvia.lawrence@dinsmore.com

Garrick A Hollander on behalf of Creditor Debt Validation Fund II, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander on behalf of Creditor MC DVI Fund 1, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander on behalf of Creditor MC DVI Fund 2, LLC
ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Brian L Holman on behalf of Creditor Sharp Electronics Corporation
b.holman@musickpeeler.com

Richard L. Hyde on behalf of Interested Party Courtesy NEF
richard.hyde@aalrr.com, joseph.lee@aalrr.com

Brandon J. Iskander on behalf of Defendant JM Squared LLC
biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander on behalf of Defendant Carl Lewis Moore
biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander on behalf of Defendant Joe-Max Moore
biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander on behalf of Defendant Martha Moore
biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-.1.PROOF.SERVICE**

Brandon J. Iskander on behalf of Interested Party Courtesy NEF
biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander on behalf of Interested Party Goe Forsythe & Hodges LLP
biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander on behalf of Interested Party Joe-Max Moore
biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander on behalf of Interested Party Martha Moore
biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander on behalf of Interim Trustee Courtesy NEF
biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Peter L Isola on behalf of Interested Party Merchants Credit Corporation
pisola@hinshawlaw.com,
rmojica@hinshawlaw.com,iking@hinshawlaw.com;wschubert@hinshawlaw.com

Razmig Izakelian on behalf of Counter-Defendant OHP-CDR, LP
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Counter-Defendant PurchaseCo 80, LLC
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Creditor OHP-CDR, LP
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Defendant OHP-CDR, LP
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Defendant Old Hickory Fund I GP, LLC
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Defendant Old Hickory Fund I GP, LP
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Defendant PurchaseCo 80, LLC
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Defendant Adam Blum
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Defendant Daniel Young
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Plaintiff OHP-CDR, LP
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Plaintiff PurchaseCo 80, LLC
razmigizakelian@quinnemanuel.com

Veneeta Jaswal on behalf of Interested Party Courtesy NEF
Veneeta.Jaswal@jacksonlewis.com, jeanette.garcia@dinsmore.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Veneeta Jaswal on behalf of Plaintiff Richard A. Marshack
Veneeta.Jaswal@jacksonlewis.com, jeanette.garcia@dinsmore.com

Veneeta Jaswal on behalf of Plaintiff Richard A Marshack
, jeanette.garcia@dinsmore.com

Veneeta Jaswal on behalf of Plaintiff Richard A. Marshack
, jeanette.garcia@dinsmore.com

Veneeta Jaswal on behalf of Trustee Richard A Marshack (TR)
, jeanette.garcia@dinsmore.com

Sara Johnston on behalf of Plaintiff Richard A. Marshack
sara.johnston@dinsmore.com, spencer.gray@dinsmore.com;rosetta.mitchell@dinsmore.com

Sara Johnston on behalf of Plaintiff Richard A Marshack
sara.johnston@dinsmore.com, spencer.gray@dinsmore.com;rosetta.mitchell@dinsmore.com

Sara Johnston on behalf of Plaintiff Richard A. Marshack
sara.johnston@dinsmore.com, spencer.gray@dinsmore.com;rosetta.mitchell@dinsmore.com

Sara Johnston on behalf of Trustee Richard A Marshack (TR)
sara.johnston@dinsmore.com, spencer.gray@dinsmore.com;rosetta.mitchell@dinsmore.com

Leslie K Kaufman on behalf of Defendant Brandon Vargas
kaufman_kaufman.bankruptcy@yahoo.com, kaufmanlr98210@notify.bestcase.com

Leslie K Kaufman on behalf of Interested Party Courtesy NEF
kaufman_kaufman.bankruptcy@yahoo.com, kaufmanlr98210@notify.bestcase.com

Sweeney Kelly on behalf of Defendant Fidelity National Information Services, Inc.
kelly@ksgklaw.com

Sweeney Kelly on behalf of Defendant Fidelity National Information Services, Inc. dba FIS
kelly@ksgklaw.com

Sweeney Kelly on behalf of Defendant Worldpay Group
kelly@ksgklaw.com

Sweeney Kelly on behalf of Defendant Worldpay, LLC
kelly@ksgklaw.com

Joon M Khang on behalf of Attorney Khang & Khang LLP
joon@khanglaw.com

Joon M Khang on behalf of Debtor The Litigation Practice Group P.C.
joon@khanglaw.com

Ira David Kharasch on behalf of Defendant Aly Management, LLC
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Defendant BSYD Management Corp.
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Defendant Binyin 1502 LLC

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Defendant Bold Cap LLC
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Defendant Consumer Legal Group, PC
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Defendant GMF Capital, LLC
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Defendant Genesis Equity Group Funding LLC
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Defendant Inlane Inc
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Defendant LGS Holdco, LLC
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Defendant YNS Funding, LLC
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Defendant Gary Fegel
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Defendant Yitzchok Blum
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Interested Party Ad Hoc Consumer Claimants Committee
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Interested Party Consumer Legal Group, P.C.
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Interested Party Courtesy NEF
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Interested Party LGS Holdco, LLC
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Interested Party Liberty Acquisitions Group Inc.
ikharasch@pszjlaw.com

Ira David Kharasch on behalf of Trustee Richard A Marshack (TR)
ikharasch@pszjlaw.com

Meredith King on behalf of Defendant Gallant Law Group
mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Meredith King on behalf of Interested Party Courtesy NEF
mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Nicholas A Koffroth on behalf of Creditor Committee Committee of Unsecured Creditors
nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Nicholas A Koffroth on behalf of Creditor Committee Post-Confirmation Oversight Committee
nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth on behalf of Other Professional Post-Confirmation Oversight Committee, as
Successor in Interest to the Official Committee of Unsecured Creditors
nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth on behalf of Plaintiff Richard A. Marshack
nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth on behalf of Trustee Richard A Marshack (TR)
nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com

David S Kupetz on behalf of Defendant Marich Bein LLC
david.kupetz@troutman.com, mylene.ruiz@troutman.com

David S Kupetz on behalf of Defendant Marich Bein, LLC
david.kupetz@troutman.com, mylene.ruiz@troutman.com

David S Kupetz on behalf of Interested Party Courtesy NEF
david.kupetz@troutman.com, mylene.ruiz@troutman.com

David S Kupetz on behalf of Interested Party Marich Bein LLC
david.kupetz@troutman.com, mylene.ruiz@troutman.com

Christopher J. Langley on behalf of Defendant EMR Greenhouse, Inc.
chris@slclawoffice.com, john@slclawoffice.com;langleycr75251@notify.bestcase.com

Christopher J. Langley on behalf of Defendant The Elizabeth Marie Reale Living Trust U/A dated March
28, 2024
chris@slclawoffice.com, john@slclawoffice.com;langleycr75251@notify.bestcase.com

Christopher J. Langley on behalf of Defendant Elizabeth Reale
chris@slclawoffice.com, john@slclawoffice.com;langleycr75251@notify.bestcase.com

Christopher J. Langley on behalf of Interested Party Courtesy NEF
chris@slclawoffice.com, john@slclawoffice.com;langleycr75251@notify.bestcase.com

Kelli Ann Lee on behalf of Plaintiff Richard A. Marshack
Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com

Kelli Ann Lee on behalf of Trustee Richard A Marshack (TR)
Kelli.lee@dinsmore.com, kristy.allen@dinsmore.com

Matthew A Lesnick on behalf of Defendant OptimumBank Holdings, Inc.
matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com;porpe@lesnickprince.com

Daniel A Lev on behalf of Interested Party Courtesy NEF
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com;courtmail@gmlaw.com

Daniel A Lev on behalf of Interested Party Liberty Acquisitions Group Inc.
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com;courtmail@gmlaw.com

Britteny Leyva on behalf of Interested Party Revolv3, Inc.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

bleyva@mayerbrown.com,
2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com

Michael D Lieberman on behalf of Creditor Phillip A. Greenblatt, PLLC
mike@liebermandebtrelief.com

Yosina M Lissebeck on behalf of Counter-Claimant Richard A. Marshack
yosina.lissebeck@dinsmore.com, caron.burke@dinsmore.com;Cynthia.Lam@Dinsmore.com

Yosina M Lissebeck on behalf of Defendant Richard A. Marshack
yosina.lissebeck@dinsmore.com, caron.burke@dinsmore.com;Cynthia.Lam@Dinsmore.com

Yosina M Lissebeck on behalf of Plaintiff Richard A Marshack
yosina.lissebeck@dinsmore.com, caron.burke@dinsmore.com;Cynthia.Lam@Dinsmore.com

Yosina M Lissebeck on behalf of Plaintiff Richard A Marshack
yosina.lissebeck@dinsmore.com, caron.burke@dinsmore.com;Cynthia.Lam@Dinsmore.com

Yosina M Lissebeck on behalf of Plaintiff Richard A Marshack, trustee of the LPG Liquidation Trust
yosina.lissebeck@dinsmore.com, caron.burke@dinsmore.com;Cynthia.Lam@Dinsmore.com

Yosina M Lissebeck on behalf of Plaintiff Richard A. Marshack
yosina.lissebeck@dinsmore.com, caron.burke@dinsmore.com;Cynthia.Lam@Dinsmore.com

Yosina M Lissebeck on behalf of Plaintiff Richard A. Marshack
yosina.lissebeck@dinsmore.com, caron.burke@dinsmore.com;Cynthia.Lam@Dinsmore.com

Yosina M Lissebeck on behalf of Special Counsel Dinsmore & Shohl LLP
yosina.lissebeck@dinsmore.com, caron.burke@dinsmore.com;Cynthia.Lam@Dinsmore.com

Yosina M Lissebeck on behalf of Trustee Richard A Marshack (TR)
yosina.lissebeck@dinsmore.com, caron.burke@dinsmore.com;Cynthia.Lam@Dinsmore.com

Yosina M Lissebeck on behalf of Trustee Richard A Marshack (TR)
yosina.lissebeck@dinsmore.com, caron.burke@dinsmore.com;Cynthia.Lam@Dinsmore.com

Yosina M Lissebeck on behalf of U.S. Trustee United States Trustee (SA)
yosina.lissebeck@dinsmore.com, caron.burke@dinsmore.com;Cynthia.Lam@Dinsmore.com

Jason Lowe on behalf of Defendant Gene Rosen's Law Firm
jasonflowe@gmail.com

Jason Lowe on behalf of Defendant MBH Group LLC
jasonflowe@gmail.com

Jason Lowe on behalf of Defendant Merchant Services USA Inc
jasonflowe@gmail.com

Mitchell B Ludwig on behalf of Creditor Fundura Capital Group
mbl@kpclegal.com, kas@kpclegal.com

Mitchell Malachowski on behalf of Defendant Envision Escondido Auto, LLC
mmalachowski@tysonmendes.com

Charity J Manee on behalf of Defendant Clear Vision Financial LLC

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-.1.PROOF.SERVICE**

cmanee@goeforlaw.com, kmurphy@goeforlaw.com

Charity J Manee on behalf of Defendant JM Squared LLC
cmanee@goeforlaw.com, kmurphy@goeforlaw.com

Charity J Manee on behalf of Defendant Point Break Holdings LLC
cmanee@goeforlaw.com, kmurphy@goeforlaw.com

Charity J Manee on behalf of Defendant Darlene Collins
cmanee@goeforlaw.com, kmurphy@goeforlaw.com

Charity J Manee on behalf of Defendant Jimmy Chhor
cmanee@goeforlaw.com, kmurphy@goeforlaw.com

Charity J Manee on behalf of Defendant John Sykes
cmanee@goeforlaw.com, kmurphy@goeforlaw.com

Charity J Manee on behalf of Defendant Matt Collins
cmanee@goeforlaw.com, kmurphy@goeforlaw.com

Charity J Manee on behalf of Interested Party Goe Forsythe & Hodges LLP
cmanee@goeforlaw.com, kmurphy@goeforlaw.com

Daniel S March on behalf of Defendant Daniel S. March
marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com

Daniel S March on behalf of Interested Party INTERESTED PARTY
marchlawoffice@gmail.com, marchdr94019@notify.bestcase.com

Kathleen P March on behalf of Creditor Greyson Law Center PC
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Creditor Han Trinh
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Creditor Phuong (Jayde) Trinh
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Defendant Greyson Law Center PC
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Defendant Han Trinh
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Defendant Jayde Trinh
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Interested Party The Bankruptcy Law Firm, P.C.
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March on behalf of Trustee Richard A Marshack (TR)
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Suzanne Marino on behalf of Plaintiff Richard A. Marshack
suzanne.marino@dinsmore.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Joshua I. Marrone on behalf of Plaintiff Richard A. Marshack
joshua.marrone@dinsmore.com

Joshua I. Marrone on behalf of Plaintiff Richard A. Marshack
joshua.marrone@dinsmore.com

Joshua I. Marrone on behalf of Trustee Richard A Marshack (TR)
joshua.marrone@dinsmore.com

Richard A Marshack (TR)
pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com

Jeana Mason on behalf of Plaintiff Richard A. Marshack
jeana.mason@dinsmore.com, ashlynn.harrison@dinsmore.com;stella.laroe@dinsmore.com

Caroline Massey on behalf of Plaintiff Richard A Marshack
caroline.massey@dinsmore.com, kathy.gumm@dinsmore.com

Caroline Massey on behalf of Trustee Richard A Marshack (TR)
caroline.massey@dinsmore.com, kathy.gumm@dinsmore.com

Sarah S. Mattingly on behalf of Defendant Clearcube LLC
sarah.mattingly@dinsmore.com, brooke.hudson@dinsmore.com

Sarah S. Mattingly on behalf of Plaintiff Richard A. Marshack
sarah.mattingly@dinsmore.com, brooke.hudson@dinsmore.com

Sarah S. Mattingly on behalf of Plaintiff Richard A. Marshack, Chapter 11 Trustee
sarah.mattingly@dinsmore.com, brooke.hudson@dinsmore.com

Sarah S. Mattingly on behalf of Plaintiff Richard A Marshack
sarah.mattingly@dinsmore.com, brooke.hudson@dinsmore.com

Sarah S. Mattingly on behalf of Plaintiff Richard A Marshack, trustee of the LPG Liquidation Trust
sarah.mattingly@dinsmore.com, brooke.hudson@dinsmore.com

Sarah S. Mattingly on behalf of Plaintiff Richard A. Marshack
sarah.mattingly@dinsmore.com, brooke.hudson@dinsmore.com

Sarah S. Mattingly on behalf of Trustee Richard A Marshack (TR)
sarah.mattingly@dinsmore.com, brooke.hudson@dinsmore.com

Tony May on behalf of Defendant Matthew Lovelady
tmay@maybrocklaw.com

Noah K McCall on behalf of Defendant Luke Enkosky
nmccall@rschauerlaw.com, NAnderson@RSchauerLaw.com

William McCormick on behalf of Creditor TN Dept of Revenue
Bill.McCormick@ag.tn.gov

Jeffrey A. Meinhardt on behalf of Creditor All Service Financial, L.L.C.
jmeinhardt@silverandarsht.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                  **F 9013-.1.PROOF.SERVICE**

Jeffrey A. Meinhardt on behalf of Creditor Sabia Financial, Inc., an Illinois corporation
jmeinhardt@silverandarsht.com

Jeffrey A. Meinhardt on behalf of Defendant Sabia Financial Inc
jmeinhardt@silverandarsht.com

Jeffrey A. Meinhardt on behalf of Defendant Chad Rothrock
jmeinhardt@silverandarsht.com

Jeffrey A. Meinhardt on behalf of Defendant Frank Dal Bello
jmeinhardt@silverandarsht.com

Marven Mekha on behalf of Plaintiff Richard A. Marshack
marven.mekha@dinsmore.com, bonnie.connolly@dinsmore.com

Kenneth Misken on behalf of U.S. Trustee United States Trustee
Kenneth.M.Misken@usdoj.gov

Kenneth Misken on behalf of U.S. Trustee United States Trustee (SA)
Kenneth.M.Misken@usdoj.gov

Byron Z Moldo on behalf of Interested Party Byron Moldo
bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com,scarson@ecjlaw.com

Glenn D. Moses on behalf of Creditor ADP, Inc
gmoses@venable.com,
cascavone@venable.com;ipmalcolm@venable.com;imalcolm@ecf.courtdrive.com

Jamie D Mottola on behalf of Plaintiff Richard A. Marshack, Chapter 11 Trustee
Jamie.Mottola@dinsmore.com, deamira.romo@dinsmore.com

Jamie D Mottola on behalf of Plaintiff Richard A Marshack
Jamie.Mottola@dinsmore.com, deamira.romo@dinsmore.com

Jamie D Mottola on behalf of Plaintiff Richard A. Marshack
Jamie.Mottola@dinsmore.com, deamira.romo@dinsmore.com

Randall P Mroczynski on behalf of Defendant Mercedes-Benz Financial Services USA LLC
randym@cookseylaw.com

Randall P Mroczynski on behalf of Defendant Mercedes-Benz USA LLC
randym@cookseylaw.com

Carl Mueller on behalf of Defendant Dodger Tickets LLC
cmueller@mclitigation.com, mvigil@mclitigation.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbn.law, jdale@mbn.law

Victoria Newmark on behalf of Defendant MCA Fund ADV Inc.
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark on behalf of Defendant Aly Management, LLC
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Victoria Newmark on behalf of Defendant Consumer Legal Group, PC
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark on behalf of Defendant GMF Capital, LLC
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark on behalf of Defendant Genesis Equity Group Funding LLC
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark on behalf of Defendant Inlane Inc
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark on behalf of Defendant LGS Holdco, LLC
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark on behalf of Defendant YNS Funding, LLC
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark on behalf of Defendant Gary Fegel
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark on behalf of Defendant Solomon Feig
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark on behalf of Defendant Yitzchok Blum
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark on behalf of Interested Party Consumer Legal Group, P.C.
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark on behalf of Interested Party Courtesy NEF
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark on behalf of Interested Party LGS Holdco, LLC
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark on behalf of Interested Party Liberty Acquisitions Group Inc.
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Jacob Newsum-Bothamley on behalf of Plaintiff Richard A Marshack
jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com

Jacob Newsum-Bothamley on behalf of Plaintiff Richard A. Marshack
jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com

Jacob Newsum-Bothamley on behalf of Trustee Richard A Marshack (TR)
jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com

Israel Orozco on behalf of Creditor Israel Orozco
israel@iolawcorp.com

Keith C Owens on behalf of Creditor Committee Committee of Unsecured Creditors
kowens@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Keith C Owens on behalf of Creditor Committee Post-Confirmation Oversight Committee

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-.1.PROOF.SERVICE**

kowens@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Keith C Owens on behalf of Intervenor OFFICIAL COMMITTEE OF UNSECURED CREDITORS
kowens@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Keith C Owens on behalf of Plaintiff Richard A. Marshack
kowens@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Brian A Paino on behalf of Defendant Optimum Bank Holdings, Inc.
bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian A Paino on behalf of Defendant Optimumbank
bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian A Paino on behalf of Defendant Optimumbank.com
bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian A Paino on behalf of Defendant Moishe Gubin
bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Bina Palnitkar on behalf of Defendant BankUnited, N.A.
palnitkarb@gtlaw.com

Lisa Patel on behalf of Defendant OptimumBank Holdings, Inc.
lpatel@lesnickprince.com,
jmack@lesnickprince.com;porpe@lesnickprince.com;lpatel@ecf.courtdrive.com

Julian Parker Pecora on behalf of Plaintiff Richard A Marshack
julian.pecora@dinsmore.com, Tracey.Hebert@Dinsmore.com

Julian Parker Pecora on behalf of Plaintiff Richard A. Marshack
julian.pecora@dinsmore.com, Tracey.Hebert@Dinsmore.com

Valerie Bantner Peo on behalf of Defendant Principal Life Insurance Company
vbantnerpeo@buchalter.com, cmcintire@buchalter.com

Michael R Pinkston on behalf of Creditor Wells Marble and Hurst, PLLC
rpinkston@seyfarth.com,
jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcyd
ocket@seyfarth.com

Christopher L Pitet on behalf of Defendant Vasco Assets, Inc.
cpitet@apjuris.com, bferik@apjuris.com

Christopher L Pitet on behalf of Defendant Benny Mor
cpitet@apjuris.com, bferik@apjuris.com

Richard D. Porotsky on behalf of Plaintiff Richard A Marshack
maria.rother@dinsmore.com

Richard D. Porotsky on behalf of Plaintiff Richard A. Marshack
maria.rother@dinsmore.com

Richard D. Porotsky on behalf of Plaintiff Richard A. Marshack
maria.rother@dinsmore.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-.1.PROOF.SERVICE**

Tyler Powell on behalf of Counter-Claimant Richard A Marshack (TR)
tyler.powell@dinsmore.com, elissa.lizer@dinsmore.com

Tyler Powell on behalf of Counter-Claimant Richard A. Marshack
tyler.powell@dinsmore.com, elissa.lizer@dinsmore.com

Tyler Powell on behalf of Counter-Defendant Richard A Marshack (TR)
tyler.powell@dinsmore.com, elissa.lizer@dinsmore.com

Tyler Powell on behalf of Defendant Everyday Funding Group LLC
tyler.powell@dinsmore.com, elissa.lizer@dinsmore.com

Tyler Powell on behalf of Defendant Richard A. Marshack
tyler.powell@dinsmore.com, elissa.lizer@dinsmore.com

Tyler Powell on behalf of Plaintiff Richard A Marshack
tyler.powell@dinsmore.com, elissa.lizer@dinsmore.com

Tyler Powell on behalf of Plaintiff Richard A. Marshack
tyler.powell@dinsmore.com, elissa.lizer@dinsmore.com

Tyler Powell on behalf of Plaintiff Richard A. Marshack
tyler.powell@dinsmore.com, elissa.lizer@dinsmore.com

Tyler Powell on behalf of Trustee Richard A Marshack (TR)
tyler.powell@dinsmore.com, elissa.lizer@dinsmore.com

Laila Rais on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais on behalf of Interested Party Richard A. Marshack
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais on behalf of Plaintiff Richard Marshack
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais on behalf of Trustee Richard A Marshack (TR)
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Brett Ramsaur on behalf of Defendant Lead Gen 101 Inc.
brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Donald W Reid on behalf of Defendant King Consulting Group, LLC
don@donreidlaw.com, angie@donreidlaw.com;don@ecf.courtdrive.com

Donald W Reid on behalf of Defendant Make it Ring Marketing, LLC

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-.1.PROOF.SERVICE**

don@donreidlaw.com, angie@donreidlaw.com;don@ecf.courtdrive.com

Donald W Reid on behalf of Defendant No Limit Media LLC
don@donreidlaw.com, angie@donreidlaw.com;don@ecf.courtdrive.com

Donald W Reid on behalf of Defendant Painite Marketing
don@donreidlaw.com, angie@donreidlaw.com;don@ecf.courtdrive.com

Donald W Reid on behalf of Defendant Colton King
don@donreidlaw.com, angie@donreidlaw.com;don@ecf.courtdrive.com

Daniel H Reiss on behalf of Defendant PECC Corp
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel H Reiss on behalf of Defendant PECC Corp.
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel H Reiss on behalf of Defendant Touzi Capital, LLC
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel H Reiss on behalf of Defendant Eng Taing
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Vincent Renda on behalf of Creditor Unified Global Research Group, Inc
vr@pinlegal.com, ld@pinlegal.com

Vincent Renda on behalf of Defendant Eric Petersen
vr@pinlegal.com, ld@pinlegal.com

Vincent Renda on behalf of Defendant Todd DiRoberto
vr@pinlegal.com, ld@pinlegal.com

Vincent Renda on behalf of Plaintiff Richard A Marshack
vr@pinlegal.com, ld@pinlegal.com

Michael B Reynolds on behalf of Defendant SMR Business Services, LLC
mreynolds@swlaw.com, kcollins@swlaw.com

Michael B Reynolds on behalf of Defendant Sidereal Entertainment Group, LLC
mreynolds@swlaw.com, kcollins@swlaw.com

Michael B Reynolds on behalf of Defendant Joshua Brown
mreynolds@swlaw.com, kcollins@swlaw.com

Michael B Reynolds on behalf of Defendant Justin Conlon
mreynolds@swlaw.com, kcollins@swlaw.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Todd C. Ringstad on behalf of Interested Party Morning Law Group, P.C.
becky@ringstadlaw.com, arlene@ringstadlaw.com

Christopher O Rivas on behalf of Creditor JPMORGAN CHASE BANK, N.A.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com;sean-wilson-0462@ecf.pacerpro.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Christopher O Rivas on behalf of Defendant CareFirst Blue Choice, Inc.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com;sean-wilson-0462@ecf.pacerpro.com

Christopher O Rivas on behalf of Defendant JPMorgan Chase & Co.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com;sean-wilson-0462@ecf.pacerpro.com

Christopher O Rivas on behalf of Defendant JPMorgan Chase Bank, National Association
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com;sean-wilson-0462@ecf.pacerpro.com

Vanessa Rodriguez on behalf of Plaintiff Richard A Marshack
vanessa.rodriguez@dinsmore.com, bonnie.connolly@dinsmore.com

Vanessa Rodriguez on behalf of Plaintiff Richard A. Marshack
vanessa.rodriguez@dinsmore.com, bonnie.connolly@dinsmore.com

Vanessa Rodriguez on behalf of Plaintiff Richard A. Marshack
vanessa.rodriguez@dinsmore.com, bonnie.connolly@dinsmore.com

Vanessa Rodriguez on behalf of Trustee Richard A Marshack (TR)
vanessa.rodriguez@dinsmore.com, bonnie.connolly@dinsmore.com

Kevin Alan Rogers on behalf of Creditor Wells Marble and Hurst, PLLC
krogers@wellsmar.com

Paige T Rolfe on behalf of Defendant Sheil Stampwala
prolfe@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Larry Rothman on behalf of Interested Party Steven D. Silverstein
tocollect@aol.com

Daniel Rubin on behalf of Defendant Optimum Bank Holdings, Inc.
drubin@howardandhoward.com

Daniel Rubin on behalf of Defendant Optimumbank
drubin@howardandhoward.com

Daniel Rubin on behalf of Defendant Optimumbank.com
drubin@howardandhoward.com

Daniel Rubin on behalf of Defendant Moishe Gubin
drubin@howardandhoward.com

Gregory M Salvato on behalf of Creditor Mari Agape
gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato on behalf of Interested Party Courtesy NEF
gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Richik Sarkar on behalf of Plaintiff Richard A. Marshack
richik.sarkar@dinsmore.com, Noreen.Leciejewski@dinsmore.com

Joshua L Scheer on behalf of Interested Party Scheer Law Group, LLP, interested party

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

Olivia Scott on behalf of Creditor Azzure Capital LLC
olivia.scott@hklaw.com

Olivia Scott on behalf of Creditor Hi Bar Capital LLC
olivia.scott@hklaw.com

Donald Segretti on behalf of Mediator Donald SEGRETTI
dsegretti@aol.com

Jonathan Serrano on behalf of Plaintiff Richard A. Marshack
Jonathan@MarguliesFaithLaw.com, vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com

Jonathan Serrano on behalf of Special Counsel Dinsmore & Shohl LLP
Jonathan@MarguliesFaithLaw.com, vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com

Jonathan Serrano on behalf of Trustee Richard A Marshack (TR)
Jonathan@MarguliesFaithLaw.com, vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com

Abdul Shahid on behalf of Plaintiff Richard A Marshack
abdulwasay.shahid@dinsmore.com, bonnie.connolly@dinsmore.com

Abdul Shahid on behalf of Plaintiff Richard A Marshack
abdulwasay.shahid@dinsmore.com, bonnie.connolly@dinsmore.com

Maureen J Shanahan on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC
Mstotaro@aol.com

Paul R Shankman on behalf of Attorney Paul R. Shankman
PShankman@fortislaw.com, info@fortislaw.com

Paul R Shankman on behalf of Creditor United Partnerships, LLC
PShankman@fortislaw.com, info@fortislaw.com

Brian L Shaw on behalf of Defendant Debt Resolution Direct, LLC
bshaw@cozen.com, cknez@cozen.com

Zev Shechtman on behalf of Interested Party Danning Gill Israel & Krasnoff LLP
Zev.Shechtman@saul.com,
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.
Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman on behalf of Interested Party Morning Law Group, P.C.
Zev.Shechtman@saul.com,
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.
Guise@saul.com;Isaiah.Bribiesca@saul.com

Jeffrey S Shinbrot on behalf of Defendant Brandon Turner
jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com;tanya@shinbrotfirm.com

Jeffrey S Shinbrot on behalf of Interested Party Brandon Turner
jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com;tanya@shinbrotfirm.com

Jeffrey M Singletary on behalf of Interested Party INTERESTED PARTY

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                              F 9013-.1.PROOF.SERVICE

jsingletary@swlaw.com, rmckay@swlaw.com

Jeffrey B Smith on behalf of Defendant Reliance Assistance Group, Inc.
jsmith@cgsattys.com, vphillips@cgsattys.com

Jeffrey B Smith on behalf of Defendant Yuriy Drahuntsov
jsmith@cgsattys.com, vphillips@cgsattys.com

Matthew Sommer on behalf of Plaintiff Richard A Marshack
matthew.sommer@dinsmore.com, carrie.davis@dinsmore.com

Matthew Sommer on behalf of Trustee Richard A Marshack (TR)
matthew.sommer@dinsmore.com, carrie.davis@dinsmore.com

Michael G Spector on behalf of Defendant Ace Tech Ops
mgspector@aol.com, mgslawoffice@aol.com

Michael G Spector on behalf of Defendant Achme, Inc.
mgspector@aol.com, mgslawoffice@aol.com

Michael G Spector on behalf of Defendant MBT Group, Inc.
mgspector@aol.com, mgslawoffice@aol.com

Michael G Spector on behalf of Defendant Marketing Systems and Strategies LLC
mgspector@aol.com, mgslawoffice@aol.com

Michael G Spector on behalf of Defendant Anthony Derosa
mgspector@aol.com, mgslawoffice@aol.com

Michael G Spector on behalf of Defendant Edward J. Quiroz, III
mgspector@aol.com, mgslawoffice@aol.com

Michael G Spector on behalf of Defendant Sormeh Attarzadeh
mgspector@aol.com, mgslawoffice@aol.com

Milton Trent Spurlock on behalf of Plaintiff Richard A Marshack
trent.spurlock@dinsmore.com

Milton Trent Spurlock on behalf of Plaintiff Richard A. Marshack
trent.spurlock@dinsmore.com

Milton Trent Spurlock on behalf of Trustee Richard A Marshack (TR)
trent.spurlock@dinsmore.com

Adam D Stein-Sapir on behalf of Creditor Pioneer Funding Group, LLC
info@pfllc.com

Howard Steinberg on behalf of Defendant BankUnited, N.A.
steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Matthew S Steinberg on behalf of Defendant Debt Resolution Direct, LLC
msteinberg@cozen.com, arincon@cozen.com;BPosivak@cozen.com;matthew-steinberg-5925@ecf.pacerpro.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Matthew S Steinberg on behalf of Interested Party Debt Resolution Direct, LLC
msteinberg@cozen.com, arincon@cozen.com;BPosivak@cozen.com;matthew-steinberg-5925@ecf.pacerpro.com

Matthew S Steinberg on behalf of Trustee Richard A Marshack (TR)
msteinberg@cozen.com, arincon@cozen.com;BPosivak@cozen.com;matthew-steinberg-5925@ecf.pacerpro.com

John H. Stephens on behalf of Plaintiff Richard A. Marshack
john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com

John H. Stephens on behalf of Plaintiff Richard A Marshack
john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com

John H. Stephens on behalf of Plaintiff Richard A Marshack
john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com

John H. Stephens on behalf of Trustee Richard A Marshack (TR)
john.stephens@dinsmore.com, lizbeth.alonso@dinsmore.com

Andrew Still on behalf of Creditor Alteryx, Inc.
astill@swlaw.com, kcollins@swlaw.com

Andrew Still on behalf of Interested Party Courtesy NEF
astill@swlaw.com, kcollins@swlaw.com

Andrew Still on behalf of Plaintiff Alteryx, Inc.
astill@swlaw.com, kcollins@swlaw.com

Matthew J Stockl on behalf of Plaintiff Richard A. Marshack
mstockl@otterbourg.com, nregina@otterbourg.com

Matthew J Stockl on behalf of Plaintiff Richard A Marshack
mstockl@otterbourg.com, nregina@otterbourg.com

Matthew J Stockl on behalf of Plaintiff Richard A. Marshack
mstockl@otterbourg.com, nregina@otterbourg.com

Matthew J Stockl on behalf of Plaintiff Richard A. Marshack
mstockl@otterbourg.com, nregina@otterbourg.com

Matthew J Stockl on behalf of Plaintiff Richard A. Marshack
mstockl@otterbourg.com, nregina@otterbourg.com

Matthew J Stockl on behalf of Trustee Richard A Marshack (TR)
mstockl@otterbourg.com, nregina@otterbourg.com

Derrick Talerico on behalf of Defendant Paragon Financial Corp
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico on behalf of Defendant WCMD Services, Inc.
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico on behalf of Defendant Caleb Wickman
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Derrick Talerico on behalf of Defendant Jenssen Varela
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico on behalf of Defendant Mathew Bowyer
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Lucy L. Thomson
lucythomson_cpo@earthlink.net

Michael R Totaro on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC
Ocbkatty@aol.com

Michael R Totaro on behalf of Interested Party Randall Baldwin Clark
Ocbkatty@aol.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Belinda M Vega on behalf of Creditor ADP, Inc
apark@venable.com, bmvega@venable.com

Alexandra W Wahl on behalf of Defendant PECC Corp
alex.wahl@wickphillips.com

Alexandra W Wahl on behalf of Defendant PECC Corp.
alex.wahl@wickphillips.com

Alexandra W Wahl on behalf of Defendant Touzi Capital, LLC
alex.wahl@wickphillips.com

Alexandra W Wahl on behalf of Defendant Eng Taing
alex.wahl@wickphillips.com

William J Wall on behalf of Defendant 2030 Ventures, Inc.
wwall@wall-law.com

William J Wall on behalf of Defendant Joshua Michael Bois
wwall@wall-law.com

William J Wall on behalf of Witness Bradford Lee
wwall@wall-law.com

Siqin Wang on behalf of Plaintiff Richard A Marshack
carol.wang@dinsmore.com, carrie.davis@dinsmore.com

Siqin Wang on behalf of Trustee Richard A Marshack (TR)
carol.wang@dinsmore.com, carrie.davis@dinsmore.com

Gerrick Warrington on behalf of Defendant Neiman Marcus Group Ltd LLC
gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington on behalf of Defendant The Neiman Marcus Group LLC
gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

J Tanner Watkins on behalf of Plaintiff Richard A. Marshack
tanner.watkins@dinsmore.com,
julie.mason@dinsmore.com;harris.davidson@dinsmore.com;kaylea.neely@dinsmore.com

J Tanner Watkins on behalf of Plaintiff Richard A Marshack
tanner.watkins@dinsmore.com,
julie.mason@dinsmore.com;harris.davidson@dinsmore.com;kaylea.neely@dinsmore.com

J Tanner Watkins on behalf of Trustee Richard A Marshack (TR)
tanner.watkins@dinsmore.com,
julie.mason@dinsmore.com;harris.davidson@dinsmore.com;kaylea.neely@dinsmore.com

J Tanner Watkins on behalf of Trustee Richard A Marshack (TR)
tanner.watkins@dinsmore.com,
julie.mason@dinsmore.com;harris.davidson@dinsmore.com;kaylea.neely@dinsmore.com

Sharon Z. Weiss on behalf of Creditor Azzure Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss on behalf of Creditor Hi Bar Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss on behalf of Defendant All Service Financial, L.L.C.
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss on behalf of Defendant Azzure Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss on behalf of Defendant Bonnie Silver
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss on behalf of Defendant Joshua Stomel
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss on behalf of Defendant Vivian Stomel
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Scott W Wellman on behalf of Defendant Pacific Rose Consulting Group
swellman@w-wlaw.com, jklein@w-wlaw.com

Scott W Wellman on behalf of Defendant Dana Cederberg
swellman@w-wlaw.com, jklein@w-wlaw.com

Scott W Wellman on behalf of Defendant Summer Cederberg
swellman@w-wlaw.com, jklein@w-wlaw.com

Johnny White on behalf of Creditor Debt Relief Group, LLC
JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White on behalf of Interested Party Courtesy NEF
JWhite@wrslawyers.com, jlee@wrslawyers.com

Reilly D Wilkinson on behalf of Defendant Oha Management, LLC
rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                **F 9013-.1.PROOF.SERVICE**

Reilly D Wilkinson on behalf of Defendant Gabe McCarthy
rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com

Reid A Winthrop on behalf of Defendant Fidelity Pandemic Relief Services, Inc.
reid@winthroplawgroup.com

Reid A Winthrop on behalf of Defendant Master Builders of America, Inc.
reid@winthroplawgroup.com

Reid A Winthrop on behalf of Defendant Jess Walker
reid@winthroplawgroup.com

Reina Zepeda on behalf of Other Professional Omni Agent Solutions
rzepeda@omniagnt.com

Isaac R Zfaty on behalf of Defendant Revolv3, Inc.
izfaty@muchlaw.com, jnguyen@muchlaw.com;esantos@muchlaw.com;chess@muchlaw.com

Isaac R Zfaty on behalf of Defendant Nathan Johnston
izfaty@muchlaw.com, jnguyen@muchlaw.com;esantos@muchlaw.com;chess@muchlaw.com

Roye Zur on behalf of Defendant LDR International Ltd.
rzur@elkinskalt.com,
lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkin
skalt.com

Roye Zur on behalf of Defendant Delphine Pastor
rzur@elkinskalt.com,
lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkin
skalt.com

Roye Zur on behalf of Defendant Laurent Reiss
rzur@elkinskalt.com,
lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkin
skalt.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.