Christopher Celentino (131688)
Christopher.Celentino@dinsmore.com
Yosina M. Lissebeck (201654)
Yosina.Lissebeck@dinsmore.com
DINSMORE & SHOHL LLP
655 W Broadway, Suite 800
San Diego, California 92101
Tele: (619) 400-0468
Fax: (619) 400-0501

J. Tanner Watkins (Ky. Bar 92733)
Harris W. Davidson (Ky. Bar 100669)
**DINSMORE & SHOHL LLP**
101 S. Fifth Street, Suite 2500
Louisville, KY 40202
Tel: (502) 581-8027
Fax: (502) 585-2207
tanner.watkins@dinsmore.com
harris.davidson@dinsmore.com
(Admitted pro hac vice)

Attorneys for Richard A. Marshack,
Trustee of the LPG Liquidation Trust

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. Proc. No. 8:24-ap-01152-SC |
| RICHARD A. MARSHACK, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>MCA CAPITAL HOLDINGS LLC,<br><br>Defendant. | **NOTICE OF HEARING ON SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT**<br><br>Date: October 15, 2026<br>Time: 11:00 A.M.<br>Location: Courtroom 5C<br>411 West Fourth Street<br>Santa Ana, CA 92701<br>Judge: Hon. Scott C. Clarkson |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AND ALL DEFENDANTS:**

**PLEASE TAKE NOTICE that** on October 15, 2026, at 11:00 a.m., in Courtroom 5C of the United States Bankruptcy Court, Santa Ana Division, 411 West Fourth Street, Courtroom 5C, Santa Ana, CA 92701, and pursuant to the Court's Zoom video appearance procedures, the Court is scheduled to hold a hearing on the Supplemental Motion for Summary Judgment (the "Motion") filed by Richard A. Marshack, in his capacity as the former Chapter 11 Trustee ("Trustee") for the Bankruptcy Estate ("Estate") of the Litigation Practice Group P.C. ("Debtor") and current Liquidating Trustee of the LPG Liquidation Trust in the above-captioned bankruptcy case (the "Case").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 9013-1(f), any response or opposition to the Motion must be (i) in writing and include a complete written statement of all reasons in opposition thereto or in support or joinder thereof, declarations and copies of all photographs and documentary evidence on which the responding party intends to rely and any responding memorandum of points and authorities, and (ii) filed with the Court and served on the Trustee, counsel for the Trustee, the Debtor, and the United State Trustee no later than 14 days prior to the hearing on this Motion.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 9013-1(h) the failure to file and serve a timely response to the Motion may be deemed by the court to be consent to the granting of the relief requested in the Motion.

Respectfully submitted,

Dated: September 3, 2026

DINSMORE & SHOHL LLP

By: ______________________

J. Tanner Watkins
Harris W. Davidson
(admitted pro hac vice)
Attorneys for Richard A. Marshack,
Liquidation Trustee of the LPG
Liquidation Trust