FOR COURT USE ONLY

FILED
SEP - 3 2026
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

Name of Debtor(s) listed on the bankruptcy case:

THE LITIGATION PRACTICE GROUP PC,

Debtor

CASE NO.: 8:23-bk-10571-SC

CHAPTER: 11

## CHANGE OF MAILING ADDRESS

1. This change of mailing address is requested by: ☐ Debtor ☐ Joint-Debtor ☒ Creditor
   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s): Bradley Reylek
   Mailing Address: 732N Cedar Bend Ave
   City, State, Zip Code: Green Valley AZ 85614

3. **New Address:**
   Mailing Address: 840 San Ynez Dr
   City, State, Zip Code: Hemet CA 92543

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number ____________

   Joint Debtor's DeBN account number ____________

Date: 8-30-26

Bradley Reylek
Requestor's printed name(s)

[signature]
Requestor's signature(s)

Creditor [CLAIM NO. 100680
Title (if applicable, of corporate officer, partner, or agent)