**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SANTA ANA DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **THE LITIGATION PRACTICE GROUP,** | ) | **Case No. 23-10571** |
| | ) | |
| | ) | **Chapter 11** |
| | ) | |
| | ) | |
| **Debtor.** | | |

**<u>WITHDRAWAL OF CLAIM OF THE OKLAHOMA TAX COMMISSION</u>**

The State of Oklahoma, ex rel. Oklahoma Tax Commission ("OTC"), hereby withdraws its proof of claim (claim no. 2581-1) filed on August 31, 2026, in the total amount of $4,758.95 for the reason that additional information has been provided.

Respectfully submitted,

**OKLAHOMA TAX COMMISSION**

/s/Lorena Massey
Lorena Massey
Assistant General Counsel
Oklahoma Tax Commission
PO Box 269056
Oklahoma City, OK 73126
Tel: (405)522-9437
Email: bankruptcy@tax.ok.gov

**CERTIFICATE OF MAILING/ELECTRONIC TRANSMISSION**

I, Lorena Massey, hereby certify that on September 1, 2026, a true and correct copy of the above Withdrawal of Claim was electronically served using the CM/ECF system to, **Joon Khang**, attorney for the debtor(s) and the Office of the United States Trustee.

/s/Lorena Massey
Lorena Massey