D. EDWARD HAYS, #162507
ehays@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
ALINA MAMLYUK, #284154
amamlyuk@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

General Counsel for Richard A. Marshack, Chapter 11 trustee for the Bankruptcy Estate of the Litigation Practice Group P.C. and Liquidating Trustee of the LPG Liquidation Trust

FILED & ENTERED

OCT 14 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

CHANGES MADE BY COURT

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

THE LITIGATION PRACTICE GROUP P.C.,

Debtor.

Case No: 8:23-bk-10571-SC

Chapter 11

ORDER APPROVING STIPULATION TO MODIFY BRIEFING SCHEDULE AND TO CONTINUE HEARING ON MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM FILED BY UNITED PARTNERSHIPS, LLC [DK. NO 671]

Current Hearing and Response Dates
Hearing Date: October 29, 2026
Trustee's Response Due: October 15, 2026
Reply by Claimant Due: October 22, 2026
Time: 10:00 a.m.
Ctrm: Courtroom 5C
411 West Fourth Street
Santa Ana, CA 92701

Continued Hearing and Response Dates
**Hearing Date: March 4, 2027**
Trustee's Response Due: February 11, 2027
Reply by Claimant Due: February 18, 2027
Time: 10:00 a.m.
Ctrm: Courtroom 5C
411 West Fourth Street
Santa Ana, CA 92701

The Court having read and considered the Stipulation to Modify Briefing Schedule and to Continue Hearing on Motion for Allowance of Administrative Expense Claim Filed by United partnerships, LLC [Dk. No. 671] by Trustee Richard A Marshack ("Stipulation") is entered into by and between Richard A. Marshack, in his capacity as Chapter 11 Trustee of the Bankruptcy Estate of The Litigation Practice Group P.C., and United Partnerships, LLC, filed on October 13, 2026, as Dk. No. 2669, and having found good cause to approve the Stipulation,

**IT IS ORDERED:**

1. The Stipulation is approved in its entirety.

2. The hearing on the Motion for Allowance of Administrative Expense Claim Filed by United partnerships, LLC ("Motion") is continued from October 29, 2026, at 10:00 a.m. to March 4, 2027 at 10:00 a.m. in Courtroom 5C of the United States Bankruptcy Court, 411 West Fourth Street, Santa Ana, California 92701.

3. The deadline for Trustee to file a response to the Motion is extended through and including February 11, 2027.

4. The deadline for United Partnerships, LLC to file a reply to Trustee's response to the Motion is extended through and including February 18, 2027.

###

Date: October 14, 2026

Scott C. Clarkson
United States Bankruptcy Judge