**ADDENDUM TO POST-CONFIRMATION REPORT**

**In re The Litigation Practice Group, P.C.**

**Bankruptcy Case No. 8:23-bk-10571-SC**

**Quarter Ended 9/30/2026**

Due to the fact that the PCR form cannot be electronically submitted without a response to each and every question, Trustee has responded with either a "$0" or "No" and provides the following responses and additional information:

| **Part** | **Trustee's Explanation** |
|---|---|
| Part 3 a., 3 b., 3 c., and 3 d. | Due to ongoing litigation, pending and anticipated claim objections, and further claims review, the Total Anticipated Payments Under the Plan, Allowed Claims and % Paid to Allowed Claims are not yet determined and "TBD – to be determined" at this time. The Paid Current Quarter and Paid Cumulative amounts are known and have been included. |
| Part 4 a. | Due to Trustee's ongoing administration of the liquidating trust, there is no anticipated date for a final decree at this time. |

If non-numeric characters were allowed in Part 3, the chart would appear like this:

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | TBD | $ 35,678 | $ 10,743,845 | TBD | TBD |
| b. Secured claims | TBD | $ - | $ 550,000 | TBD | TBD |
| c. Priority claims | TBD | $ 473,382 | $ 888,905 | TBD | TBD |
| d. General unsecured claims | TBD | $ - | $ - | TBD | TBD |
| e. Equity interests | $ - | $ - | $ - | | |