FILED & ENTERED

NOV 20 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

In re:

The Litigation Practice Group P.C.,

Debtor(s).

Case No.: 8:23-bk-10571-SC

CHAPTER 11

**ORDER CONTINUING HEARING ON MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM OF UNITED PARTNERSHIPS [DK. 671]**

Date: March 4, 2027
Time: 10:00 AM
Courtroom: 5C

The hearing on the Motion For Allowance Of Administrative Claim Pursuant To 11 U.S.C. Section 503 (United Partnerships, LLC) [Dk. 671] set for March 4, 2027, is hereby CONTINUED to March 10, 2027, at 10;00 a.m.

**IT IS SO ORDERED.**

Date: November 20, 2026

Scott C. Clarkson
United States Bankruptcy Judge