United States Bankruptcy Court

Central District of California

In re: Case No. 23-10571-SC
The Litigation Practice Group P.C. Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8 User: admin Page 1 of 24
Date Rcvd: Nov 20, 2026 Form ID: pdf042 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | The Litigation Practice Group P.C., 17542 17th St, Suite 100, Tustin, CA 92780-1981 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron E. De Leest | on behalf of Plaintiff Richard A. Marshack adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | on behalf of Trustee Richard A Marshack (TR) adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | on behalf of Creditor Han Trinh adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | on behalf of Plaintiff Richard A Marshack adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |

Aaron E. De Leest
on behalf of Plaintiff Richard A. Marshack Trustee of the LPG Liquidation Trust adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Aaron E. De Leest
on behalf of Creditor Phuong (Jayde) Trinh adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Abdul Shahid
on behalf of Plaintiff Richard A Marshack abdulwasay.shahid@dinsmore.com bonnie.connolly@dinsmore.com

Adam D Stein-Sapir
on behalf of Creditor Pioneer Funding Group LLC info@pfllc.com

Alan Craig Hochheiser
on behalf of Creditor City Capital NY ahochheiser@mauricewutscher.com arodriguez@mauricewutscher.com

Alan I Nahmias
on behalf of Interested Party Courtesy NEF anahmias@mbn.law jdale@mbn.law

Alan W Forsley
on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,ethan@flpllp.com

Alan W Forsley
on behalf of Creditor Anthem Blue Cross of California alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,ethan@flpllp.com

Alexandra W Wahl
on behalf of Defendant PECC Corp. alex.wahl@wickphillips.com

Alexandra W Wahl
on behalf of Defendant Touzi Capital LLC alex.wahl@wickphillips.com

Alexandra W Wahl
on behalf of Defendant PECC Corp alex.wahl@wickphillips.com

Alexandra W Wahl
on behalf of Defendant Eng Taing alex.wahl@wickphillips.com

Amy Lynn Ginsburg
on behalf of Creditor Amy Ginsburg efilings@ginsburglawgroup.com

Amy Lynn Ginsburg
on behalf of Creditor Kenton Cobb efilings@ginsburglawgroup.com

Amy Lynn Ginsburg
on behalf of Creditor Shannon Bellfield efilings@ginsburglawgroup.com

Andrew Still
on behalf of Interested Party Courtesy NEF astill@swlaw.com kcollins@swlaw.com

Andrew Still
on behalf of Creditor Alteryx Inc. astill@swlaw.com, kcollins@swlaw.com

Andrew Still
on behalf of Plaintiff Alteryx Inc. astill@swlaw.com, kcollins@swlaw.com

Anthony Bisconti
on behalf of Plaintiff Richard A. Marshack tbisconti@bklwlaw.com 1193516420@filings.docketbird.com,docket@bklwlaw.com

Anthony Paul Diehl
on behalf of Interested Party Courtesy NEF anthony@apdlaw.net Diehl.AnthonyB112492@notify.bestcase.com,ecf@apdlaw.net,9143954420@filings.docketbird.com

Asa S Hami
on behalf of Defendant Jordan Miranti asa.hami@gmlaw.com ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com

Asa S Hami
on behalf of Defendant Bonus Financial LLC asa.hami@gmlaw.com ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com

Ashley Dionisio
on behalf of Other Professional Omni Agent Solutions adionisio@omniagnt.com

Baruch C Cohen
on behalf of Defendant Solomon Feig BaruchCohen@Baruchcohenesq.com paralegal@baruchcohenesq.com

Baruch C Cohen
on behalf of Defendant Derrick Landry bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Baruch C Cohen

on behalf of Defendant Ace Funding Source LLC bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com

Baruch C Cohen
on behalf of Defendant Berkovitch & Bouskila PLLC bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com

Belinda M Vega
on behalf of Creditor ADP Inc apark@venable.com, bmvega@venable.com

Bernard M Hansen
on behalf of 3rd Party Plaintiff Cyrus Irani bernardmhansen@sbcglobal.net

Bernard M Hansen
on behalf of Defendant Cyrus Irani bernardmhansen@sbcglobal.net

Bert Briones
on behalf of Creditor Leo Chicas bb@redhilllawgroup.com
helpdesk@redhilllawgroup.com;RedHillLawGroup@jubileebk.net;red-hill-law-group@pacer.glade.ai

Bina Palnitkar
on behalf of Defendant BankUnited N.A. palnitkarb@gtlaw.com

Bradford Barnhardt
on behalf of Plaintiff Richard A Marshack bbarnhardt@marshackhays.com
bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com,ldinkins@marshackhays.com

Bradford Barnhardt
on behalf of Plaintiff Richard A. Marshack bbarnhardt@marshackhays.com
bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com,ldinkins@marshackhays.com

Bradford Barnhardt
on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com
bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com,ldinkins@marshackhays.com

Bradford Barnhardt
on behalf of Trustee Richard A Marshack (TR) bbarnhardt@marshackhays.com
bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com,ldinkins@marshackhays.com

Brandon J. Iskander
on behalf of Defendant Carl Lewis Moore biskander@goeforlaw.com kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander
on behalf of Interested Party Joe-Max Moore biskander@goeforlaw.com kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander
on behalf of Interested Party Martha Moore biskander@goeforlaw.com kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander
on behalf of Interested Party Courtesy NEF biskander@goeforlaw.com kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander
on behalf of Interim Trustee Courtesy NEF biskander@goeforlaw.com kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander
on behalf of Defendant Joe-Max Moore biskander@goeforlaw.com kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander
on behalf of Defendant JM Squared LLC biskander@goeforlaw.com kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander
on behalf of Defendant Martha Moore biskander@goeforlaw.com kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander
on behalf of Interested Party Goe Forsythe & Hodges LLP biskander@goeforlaw.com
kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brett Ramsaur
on behalf of Defendant Lead Gen 101 Inc. brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brian Boyd
on behalf of Plaintiff Richard A. Marshack brian.boyd@dinsmore.com
tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Brian Boyd
on behalf of Plaintiff Richard A Marshack brian.boyd@dinsmore.com
tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Brian Boyd
on behalf of Trustee Richard A Marshack (TR) brian.boyd@dinsmore.com
tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Brian Boyd
on behalf of U.S. Trustee United States Trustee (SA) brian.boyd@dinsmore.com
tracey.shepherdgwinner@dinsmore.com;lana.stawecki@dinsmore.com

Brian A Paino
on behalf of Defendant Optimumbank.com bpaino@hinshawlaw.com
hmosothoane@hinshawlaw.com;crico@hinshawlaw.com;hometapbankruptcies@hinshawlaw.com

Brian A Paino
on behalf of Defendant Optimum Bank Holdings Inc. bpaino@hinshawlaw.com,
hmosothoane@hinshawlaw.com;crico@hinshawlaw.com;hometapbankruptcies@hinshawlaw.com

Brian A Paino
on behalf of Defendant Optimumbank bpaino@hinshawlaw.com
hmosothoane@hinshawlaw.com;crico@hinshawlaw.com;hometapbankruptcies@hinshawlaw.com

Brian A Paino
on behalf of Defendant Moishe Gubin bpaino@hinshawlaw.com
hmosothoane@hinshawlaw.com;crico@hinshawlaw.com;hometapbankruptcies@hinshawlaw.com

Brian L Holman
on behalf of Creditor Sharp Electronics Corporation b.holman@musickpeeler.com

Brian L Shaw
on behalf of Defendant Debt Resolution Direct LLC bshaw@cozen.com, cknez@cozen.com

Britteny Leyva
on behalf of Interested Party Revolv3 Inc. bleyva@mayerbrown.com,
2396393420@filings.docketbird.com;KAWhite@mayerbrown.com;ladocket@mayerbrown.com

Bryan Cockroft
on behalf of Plaintiff Richard A Marshack bryan.cockroft@dinsmore.com

Btzalel Hirschhorn
on behalf of Defendant A Chance Funding LLC bhirschhorn@sbagk.com

Byron Z Moldo
on behalf of Interested Party Byron Moldo bmoldo@ecjlaw.com
aantonio@ecjlaw.com,dperez@ecjlaw.com,scarson@ecjlaw.com

Cara Daggitt
on behalf of Plaintiff Richard A. Marshack cara.daggitt@dinsmore.com Keegan.Giblin@Dinsmore.com

Cara Daggitt
on behalf of Trustee Richard A Marshack (TR) cara.daggitt@dinsmore.com Keegan.Giblin@Dinsmore.com

Cara Daggitt
on behalf of Plaintiff Richard A Marshack cara.daggitt@dinsmore.com Keegan.Giblin@Dinsmore.com

Carl Mueller
on behalf of Defendant Dodger Tickets LLC cmueller@mclitigation.com mvigil@mclitigation.com

Caroline Massey
on behalf of Trustee Richard A Marshack (TR) caroline.massey@dinsmore.com kathy.gumm@dinsmore.com

Caroline Massey
on behalf of Plaintiff Richard A Marshack caroline.massey@dinsmore.com kathy.gumm@dinsmore.com

Carson Heninger
on behalf of Defendant American Airlines Inc. heningerc@gtlaw.com,
carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com

Casey Z Donoyan
on behalf of Interested Party WORLD GLOBAL FUND LLC casey.donoyan@offitkurman.com,
magnus.hoover@offitkurman.com

Charity J Manee
on behalf of Interested Party Goe Forsythe & Hodges LLP cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
on behalf of Interested Party Courtesy NEF cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
on behalf of Defendant Jimmy Chhor cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
on behalf of Defendant Matt Collins cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
on behalf of Defendant John Sykes cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
on behalf of Defendant JM Squared LLC cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
on behalf of Defendant Darlene Collins cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
on behalf of Defendant Clear Vision Financial LLC cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
on behalf of Defendant Point Break Holdings LLC cmanee@goeforlaw.com kmurphy@goeforlaw.com

Christopher Celentino
on behalf of Trustee Richard A Marshack (TR) christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Celentino
on behalf of Special Counsel Dinsmore & Shohl LLP christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Celentino
on behalf of Plaintiff Richard A Marshack christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Celentino
on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com caron.burke@dinsmore.com

Christopher Ghio
on behalf of Defendant GMF Capital LLC christopher.ghio@dinsmore.com, bonnie.connolly@dinsmore.com

Christopher Ghio
on behalf of Plaintiff Richard A Marshack christopher.ghio@dinsmore.com bonnie.connolly@dinsmore.com

Christopher Ghio
on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com bonnie.connolly@dinsmore.com

Christopher Ghio
on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com bonnie.connolly@dinsmore.com

Christopher J. Langley
on behalf of Defendant Elizabeth Reale chris@slclawoffice.com john@slclawoffice.com;langleycr75251@notify.bestcase.com

Christopher J. Langley
on behalf of Interested Party Courtesy NEF chris@slclawoffice.com
john@slclawoffice.com;langleycr75251@notify.bestcase.com

Christopher J. Langley
on behalf of Defendant EMR Greenhouse Inc. chris@slclawoffice.com,
john@slclawoffice.com;langleycr75251@notify.bestcase.com

Christopher J. Langley
on behalf of Defendant The Elizabeth Marie Reale Living Trust U/A dated March 28 2024 chris@slclawoffice.com,
john@slclawoffice.com;langleycr75251@notify.bestcase.com

Christopher L Blank
on behalf of Defendant Brian Defelice chris@chrisblanklaw.com

Christopher L Pitet
on behalf of Defendant Vasco Assets Inc. cpitet@apjuris.com, bferik@apjuris.com

Christopher L Pitet
on behalf of Defendant Benny Mor cpitet@apjuris.com bferik@apjuris.com

Christopher O Rivas
on behalf of Creditor JPMORGAN CHASE BANK N.A. crivas@reedsmith.com,
chris-rivas-8658@ecf.pacerpro.com;sean-wilson-0462@ecf.pacerpro.com

Christopher O Rivas
on behalf of Defendant CareFirst Blue Choice Inc. crivas@reedsmith.com,
chris-rivas-8658@ecf.pacerpro.com;sean-wilson-0462@ecf.pacerpro.com

Christopher O Rivas
on behalf of Defendant JPMorgan Chase & Co. crivas@reedsmith.com
chris-rivas-8658@ecf.pacerpro.com;sean-wilson-0462@ecf.pacerpro.com

Christopher O Rivas
on behalf of Defendant JPMorgan Chase Bank National Association crivas@reedsmith.com,
chris-rivas-8658@ecf.pacerpro.com;sean-wilson-0462@ecf.pacerpro.com

Claire Elizabeth Montgomery
on behalf of Defendant Moishe Gubin cmontgomery@howardandhoward.com kblack@HowardandHoward.com

Claire Elizabeth Montgomery
on behalf of Defendant Optimum Bank Holdings Inc. cmontgomery@howardandhoward.com, kblack@HowardandHoward.com

Claire Elizabeth Montgomery
on behalf of Defendant Optimumbank cmontgomery@howardandhoward.com kblack@HowardandHoward.com

D Edward Hays
on behalf of Creditor Committee Committee of Unsecured Creditors ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Plaintiff Richard A. Marshack ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Attorney Marshack Hays LLP ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Plaintiff Richard A. Marshack Trustee of the LPG Liquidation Trust ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Interested Party Courtesy NEF ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Plaintiff Richard A Marshack ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Daniel Rubin
on behalf of Defendant Optimumbank drubin@howardandhoward.com

Daniel Rubin
on behalf of Defendant Optimumbank.com drubin@howardandhoward.com

Daniel Rubin
on behalf of Defendant Optimum Bank Holdings Inc. drubin@howardandhoward.com

Daniel Rubin
on behalf of Defendant Moishe Gubin drubin@howardandhoward.com

Daniel A Edelman
on behalf of Creditor Carolyn Beech dedelman@edcombs.com courtecl@edcombs.com

Daniel A Lev
on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com
cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com;courtmail@gmlaw.com

Daniel A Lev
on behalf of Interested Party Liberty Acquisitions Group Inc. daniel.lev@gmlaw.com
cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com;courtmail@gmlaw.com

Daniel H Reiss
on behalf of Defendant PECC Corp dhr@lnbyg.com dhr@ecf.inforuptcy.com

Daniel H Reiss
on behalf of Defendant PECC Corp. dhr@lnbyg.com dhr@ecf.inforuptcy.com

Daniel H Reiss
on behalf of Defendant Touzi Capital LLC dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Daniel H Reiss
on behalf of Defendant Eng Taing dhr@lnbyg.com dhr@ecf.inforuptcy.com

Daniel S March
on behalf of Defendant Daniel S. March marchlawoffice@gmail.com marchdr94019@notify.bestcase.com

Daniel S March
on behalf of Interested Party INTERESTED PARTY marchlawoffice@gmail.com marchdr94019@notify.bestcase.com

David M Goodrich
on behalf of Defendant Validation LLC dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
on behalf of Defendant JNR Services Inc. dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
on behalf of Defendant Spectrum Payment Solutions LLC dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
on behalf of Defendant Superhero Contractors Inc. dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
on behalf of Defendant United Partnerships LLC dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
on behalf of Defendant Bae Enterprises Inc. dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
on behalf of Defendant Superhero Exteriors LLC dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
on behalf of Defendant Samson Ly dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
on behalf of Defendant AZLS Enterprises Inc. dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
on behalf of Defendant Rachel Dovalina dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
on behalf of Defendant Lexicon Consulting Inc. dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
on behalf of Defendant Ventura Consulting LLC dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
on behalf of Defendant Home Energy Solutions Inc. dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
on behalf of Defendant Jason Dovalina dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
on behalf of Defendant Syed Faisal Gilani dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
on behalf of Defendant A Solution Debt Relief Inc. dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
on behalf of Defendant Lexicon Consulting LLC dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
on behalf of Interested Party Courtesy NEF dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
on behalf of Defendant All Star Marketing Group Inc. dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
on behalf of Defendant C.A.T. Exteriors Inc. dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
on behalf of Defendant INVESTLINC Wealth Services Inc. dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
on behalf of Defendant Oxford Knox LLC dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
on behalf of Defendant Matthew Church dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
on behalf of Defendant BEW Solar Management LLC dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
on behalf of Creditor United Partnerships LLC dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
on behalf of Defendant Frank Brown dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
on behalf of Defendant United Partnerships Inc. dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
on behalf of Defendant Buffalo 21 Partners Inc. dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David P Beitchman
on behalf of Defendant Joco Enterprises LLC dbeitchman@bzlegal.com

David P Beitchman
on behalf of Defendant John Sandoval dbeitchman@bzlegal.com

David S Hagen
on behalf of Defendant Veronica Palterovich davidhagenlaw@gmail.com LawOfficesofDavidSHagenCA1@jubileebk.net

David S Hagen
on behalf of Defendant NY Real Estate Management LLC davidhagenlaw@gmail.com, LawOfficesofDavidSHagenCA1@jubileebk.net

David S Kupetz
on behalf of Defendant Marich Bein LLC david.kupetz@troutman.com, mylene.ruiz@troutman.com;autodocket@troutman.com

David S Kupetz
on behalf of Defendant Marich Bein LLC david.kupetz@troutman.com mylene.ruiz@troutman.com;autodocket@troutman.com

David S Kupetz
on behalf of Interested Party Courtesy NEF david.kupetz@troutman.com mylene.ruiz@troutman.com;autodocket@troutman.com

David S Kupetz
on behalf of Interested Party Marich Bein LLC david.kupetz@troutman.com mylene.ruiz@troutman.com;autodocket@troutman.com

David T Hayek
on behalf of Defendant Optimumbank dhayek@hinshawlaw.com nvasquez@hinshawlaw.com

David T Hayek
on behalf of Defendant Moishe Gubin dhayek@hinshawlaw.com nvasquez@hinshawlaw.com

David T Hayek
on behalf of Defendant Optimum Bank Holdings Inc. dhayek@hinshawlaw.com, nvasquez@hinshawlaw.com

Derrick Talerico
on behalf of Defendant Paragon Financial Corp dtalerico@ztlegal.com maraki@ztlegal.com,sfritz@ztlegal.com,admin@ztlegal.com

Derrick Talerico
on behalf of Defendant Mathew Bowyer dtalerico@ztlegal.com maraki@ztlegal.com,sfritz@ztlegal.com,admin@ztlegal.com

Derrick Talerico
on behalf of Defendant WCMD Services Inc. dtalerico@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com,admin@ztlegal.com

Derrick Talerico
on behalf of Defendant Jenssen Varela dtalerico@ztlegal.com maraki@ztlegal.com,sfritz@ztlegal.com,admin@ztlegal.com

Derrick Talerico
on behalf of Defendant Caleb Wickman dtalerico@ztlegal.com maraki@ztlegal.com,sfritz@ztlegal.com,admin@ztlegal.com

Devan De los Reyes
on behalf of Plaintiff Richard A Marshack ddelosreyes@marshackhays.com ddelosreyes@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Donald Segretti
on behalf of Mediator Donald SEGRETTI dsegretti@aol.com

Donald W Reid
on behalf of Defendant King Consulting Group LLC don@donreidlaw.com, angie@donreidlaw.com;don@ecf.courtdrive.com;angelina@donreidlaw.com

Donald W Reid
on behalf of Defendant Painite Marketing don@donreidlaw.com angie@donreidlaw.com;don@ecf.courtdrive.com;angelina@donreidlaw.com

Donald W Reid
on behalf of Defendant Make it Ring Marketing LLC don@donreidlaw.com, angie@donreidlaw.com;don@ecf.courtdrive.com;angelina@donreidlaw.com

Donald W Reid
on behalf of Defendant Colton King don@donreidlaw.com angie@donreidlaw.com;don@ecf.courtdrive.com;angelina@donreidlaw.com

Donald W Reid
on behalf of Defendant No Limit Media LLC don@donreidlaw.com angie@donreidlaw.com;don@ecf.courtdrive.com;angelina@donreidlaw.com

E Jay Gotfredson
on behalf of Defendant Jason Kriezk lawfirm@gotfredsonassociates.com
tim@advocateslaw.group;jaygotfredson@ecf.courtdrive.com

Eric Bensamochan
on behalf of Creditor Oxford Knox LLC eric@eblawfirm.us,
G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us

Eric Bensamochan
on behalf of Interested Party Eric Bensamochan eric@eblawfirm.us
G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us

Eric Bensamochan
on behalf of Interested Party Courtesy NEF eric@eblawfirm.us
G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us

Eric Gassman
on behalf of Creditor Herret Credit erg@gassmanlawgroup.com gassman.ericb112993@notify.bestcase.com

Eric D. Goldberg
on behalf of Defendant Stripe Inc. eric.goldberg@us.dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Ethan J Birnberg
on behalf of Defendant Gavriel Yitzchavok birnberg@portersimon.com bokinskie@portersimon.com

Ethan J Birnberg
on behalf of Defendant Diverse Capital LLC birnberg@portersimon.com bokinskie@portersimon.com

Ethan J Birnberg
on behalf of Defendant BMF Advance LLC birnberg@portersimon.com, bokinskie@portersimon.com

Garrick A Hollander
on behalf of Creditor MC DVI Fund 1 LLC ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
on behalf of Creditor Debt Validation Fund II LLC ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Garrick A Hollander
on behalf of Creditor MC DVI Fund 2 LLC ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Geoffrey A Heaton
on behalf of Defendant Mauzy Heating Cooling, Plumbing & Electrical, LLC GHeaton@duanemorris.com,
tmmoore@duanemorris.com,geoffrey-heaton-1892@ecf.pacerpro.com

Gerrick Warrington
on behalf of Defendant The Neiman Marcus Group LLC gwarrington@frandzel.com
achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Defendant Neiman Marcus Group Ltd LLC gwarrington@frandzel.com
achase@frandzel.com,autodocket@frandzel.com

Glenn D. Moses
on behalf of Creditor ADP Inc gmoses@venable.com,
cascavone@venable.com;ipmalcolm@venable.com;imalcolm@ecf.courtdrive.com

Gregory M Salvato
on behalf of Creditor Mari Agape gsalvato@salvatoboufadel.com
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
on behalf of Interested Party Courtesy NEF gsalvato@salvatoboufadel.com
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Harris Davidson
on behalf of Trustee Richard A Marshack (TR) harris.davidson@dinsmore.com kaylea.neely@dinsmore.com

Harris Davidson
on behalf of Special Counsel Dinsmore & Shohl LLP harris.davidson@dinsmore.com kaylea.neely@dinsmore.com

Harris Davidson
on behalf of Plaintiff Richard A. Marshack harris.davidson@dinsmore.com kaylea.neely@dinsmore.com

Howard Steinberg
on behalf of Defendant BankUnited N.A. steinbergh@gtlaw.com,
pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Howard M Ehrenberg
on behalf of Defendant New Horizon Finance LLC Howard.Ehrenberg@gmlaw.com
hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;denise.walker@gmlaw.com

Ira David Kharasch
on behalf of Defendant Gary Fegel ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant Bold Cap LLC ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Interested Party Consumer Legal Group P.C. ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Interested Party Ad Hoc Consumer Claimants Committee ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Interested Party LGS Holdco LLC ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant Genesis Equity Group Funding LLC ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant BSYD Management Corp. ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant LGS Holdco LLC ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant Consumer Legal Group PC ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant Binyin 1502 LLC ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant GMF Capital LLC ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Trustee Richard A Marshack (TR) ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant Inlane Inc ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Interested Party Courtesy NEF ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Interested Party Liberty Acquisitions Group Inc. ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant Yitzchok Blum ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant YNS Funding LLC ikharasch@pszjlaw.com

Ira David Kharasch
on behalf of Defendant Aly Management LLC ikharasch@pszjlaw.com

Isaac R Zfaty
on behalf of Defendant Nathan Johnston izfaty@muchlaw.com
jnguyen@muchlaw.com;esantos@muchlaw.com;chess@muchlaw.com

Isaac R Zfaty
on behalf of Defendant Revolv3 Inc. izfaty@muchlaw.com,
jnguyen@muchlaw.com;esantos@muchlaw.com;chess@muchlaw.com

Israel Orozco
on behalf of Creditor Israel Orozco israel@iolawcorp.com

J Scott Bovitz
on behalf of Defendant Innovative Staffing LLC bovitz@bovitz-spitzer.com

J Tanner Watkins
on behalf of Trustee Richard A Marshack (TR) tanner.watkins@dinsmore.com
julie.mason@dinsmore.com;harris.davidson@dinsmore.com;kaylea.neely@dinsmore.com

J Tanner Watkins
on behalf of Plaintiff Richard A Marshack tanner.watkins@dinsmore.com
julie.mason@dinsmore.com;harris.davidson@dinsmore.com;kaylea.neely@dinsmore.com

J Tanner Watkins
on behalf of Plaintiff Richard A. Marshack tanner.watkins@dinsmore.com
julie.mason@dinsmore.com;harris.davidson@dinsmore.com;kaylea.neely@dinsmore.com

Jacob Newsum-Bothamley
on behalf of Trustee Richard A Marshack (TR) jacob.bothamley@dinsmore.com bonnie.connolly@dinsmore.com

Jacob Newsum-Bothamley
on behalf of Plaintiff Richard A. Marshack jacob.bothamley@dinsmore.com bonnie.connolly@dinsmore.com

Jacob Newsum-Bothamley
on behalf of Plaintiff Richard A Marshack jacob.bothamley@dinsmore.com bonnie.connolly@dinsmore.com

Jamie D Mottola
on behalf of Plaintiff Richard A. Marshack Chapter 11 Trustee Jamie.Mottola@dinsmore.com, deamira.romo@dinsmore.com

Jamie D Mottola
on behalf of Plaintiff Richard A. Marshack Jamie.Mottola@dinsmore.com deamira.romo@dinsmore.com

Jamie D Mottola
on behalf of Plaintiff Richard A Marshack Jamie.Mottola@dinsmore.com deamira.romo@dinsmore.com

Jamie P Dreher
on behalf of Defendant EPPS jdreher@downeybrand.com cdeulloa@DowneyBrand.com;courtfilings@downeybrand.com

Jason Lowe
on behalf of Defendant Merchant Services USA Inc jasonflowe@gmail.com

Jason Lowe
on behalf of Defendant MBH Group LLC jasonflowe@gmail.com

Jason Lowe
on behalf of Defendant Gene Rosen's Law Firm jasonflowe@gmail.com

Jeana Mason
on behalf of Plaintiff Richard A. Marshack jeana.mason@dinsmore.com
ashlynn.harrison@dinsmore.com;stella.laroe@dinsmore.com

Jeffrey A. Meinhardt
on behalf of Defendant Chad Rothrock jmeinhardt@silverandarsht.com

Jeffrey A. Meinhardt
on behalf of Defendant Frank Dal Bello jmeinhardt@silverandarsht.com

Jeffrey A. Meinhardt
on behalf of Creditor Sabia Financial Inc., an Illinois corporation jmeinhardt@silverandarsht.com

Jeffrey A. Meinhardt
on behalf of Creditor All Service Financial L.L.C. jmeinhardt@silverandarsht.com

Jeffrey A. Meinhardt
on behalf of Defendant Sabia Financial Inc jmeinhardt@silverandarsht.com

Jeffrey B Smith
on behalf of Defendant Reliance Assistance Group Inc. jsmith@cgsattys.com, vphillips@cgsattys.com

Jeffrey B Smith
on behalf of Defendant Yuriy Drahuntsov jsmith@cgsattys.com vphillips@cgsattys.com

Jeffrey I Golden
on behalf of Interested Party Courtesy NEF jgolden@go2.law
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com;Risrael@go2.law

Jeffrey I Golden
on behalf of Creditor Oxford Knox LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com;Risrael@go2.law

Jeffrey I Golden
on behalf of Creditor Anaheim Arena Management LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com;Risrael@go2.law

Jeffrey I Golden
on behalf of Creditor Affirma LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com;Risrael@go2.law

Jeffrey I Golden
on behalf of Creditor Anaheim Ducks Hockey Club LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com;Risrael@go2.law

Jeffrey M Singletary
on behalf of Interested Party INTERESTED PARTY jsingletary@swlaw.com rmckay@swlaw.com

Jeffrey S Shinbrot
on behalf of Defendant Brandon Turner jeffrey@shinbrotfirm.com sandra@shinbrotfirm.com;tanya@shinbrotfirm.com

Jeffrey S Shinbrot
on behalf of Interested Party Brandon Turner jeffrey@shinbrotfirm.com sandra@shinbrotfirm.com;tanya@shinbrotfirm.com

Jenny L Doling
on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys jd@jdl.law dolingjr92080@notify.bestcase.com,ECF@JDL.law

Jenny L Doling
on behalf of Interested Party National Consumer Bankruptcy Rights Center jd@jdl.law dolingjr92080@notify.bestcase.com,ECF@JDL.law

Jenny L Doling
on behalf of Interested Party INTERESTED PARTY jd@jdl.law dolingjr92080@notify.bestcase.com,ECF@JDL.law

Jeremy Faith
on behalf of Defendant Cobalt Funding Solutions LLC Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Jeremy Faith
on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Jeremy Freedman
on behalf of Trustee Richard A Marshack (TR) jeremy.freedman@nelsonmullins.com bonnie.connolly@dinsmore.com

Jeremy Freedman
on behalf of Plaintiff Richard A. Marshack jeremy.freedman@nelsonmullins.com bonnie.connolly@dinsmore.com

Jesse S Finlayson
on behalf of Defendant BCB Bancorp Inc jfinlayson@ftrlfirm.com, hkader@ftrlfirm.com

John H. Stephens
on behalf of Trustee Richard A Marshack (TR) john.stephens@dinsmore.com lizbeth.alonso@dinsmore.com

John H. Stephens
on behalf of Plaintiff Richard A Marshack john.stephens@dinsmore.com lizbeth.alonso@dinsmore.com

John H. Stephens
on behalf of Plaintiff Richard A. Marshack john.stephens@dinsmore.com lizbeth.alonso@dinsmore.com

John-Patrick M Fritz
on behalf of Defendant BMF Advance LLC jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

Johnny White
on behalf of Interested Party Courtesy NEF JWhite@wrslawyers.com jlee@wrslawyers.com

Johnny White
on behalf of Creditor Debt Relief Group LLC JWhite@wrslawyers.com, jlee@wrslawyers.com

Jonathan Serrano
on behalf of Plaintiff Richard A. Marshack Jonathan@MarguliesFaithLaw.com vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com

Jonathan Serrano
on behalf of Trustee Richard A Marshack (TR) Jonathan@MarguliesFaithLaw.com vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com

Jonathan Serrano
on behalf of Special Counsel Dinsmore & Shohl LLP Jonathan@MarguliesFaithLaw.com vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com

Joon M Khang
on behalf of Debtor The Litigation Practice Group P.C. joon@khanglaw.com

Joon M Khang
on behalf of Attorney Khang & Khang LLP joon@khanglaw.com

Joseph Boufadel
on behalf of Interested Party Mynt Advance LLC jboufadel@salvatoboufadel.com Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel
on behalf of Defendant Slate Advance LLC jboufadel@salvatoboufadel.com Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel
on behalf of Defendant Michael Antebi jboufadel@salvatoboufadel.com Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel
on behalf of Defendant Mynt Advance LLC jboufadel@salvatoboufadel.com Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel
on behalf of Interested Party Slate Advance LLC jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel
on behalf of Interested Party Courtesy NEF jboufadel@salvatoboufadel.com Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph E Addiego
on behalf of Defendant Clearfund Solutions LLC joeaddiego@dwt.com ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com

Joseph E Addiego
on behalf of Defendant Nachmy Weiss joeaddiego@dwt.com ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com

Joseph E Addiego
on behalf of Defendant Heshy Deutsch joeaddiego@dwt.com ayshalewis@dwt.com;kimberlysimmonsgreene@dwt.com;ryanrubio@dwt.com

Joshua I. Marrone
on behalf of Trustee Richard A Marshack (TR) joshua.marrone@dinsmore.com

Joshua I. Marrone
on behalf of Plaintiff Richard A. Marshack joshua.marrone@dinsmore.com

Joshua L Scheer
on behalf of Interested Party Scheer Law Group LLP, interested party jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

Juana Miranda
on behalf of Plaintiff Richard A Marshack juana.miranda@dinsmore.com bonnie.connolly@dinsmore.com

Julian Parker Pecora
on behalf of Plaintiff Richard A. Marshack julian.pecora@dinsmore.com Tracey.Hebert@Dinsmore.com

Julian Parker Pecora
on behalf of Plaintiff Richard A Marshack julian.pecora@dinsmore.com Tracey.Hebert@Dinsmore.com

Karen Hockstad
on behalf of Plaintiff Richard A Marshack karen.hockstad@dinsmore.com sylvia.lawrence@dinsmore.com

Karen Hockstad
on behalf of Trustee Richard A Marshack (TR) karen.hockstad@dinsmore.com sylvia.lawrence@dinsmore.com

Kathleen P March
on behalf of Defendant Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Creditor Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Trustee Richard A Marshack (TR) kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Creditor Han Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Interested Party The Bankruptcy Law Firm P.C. kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Defendant Jayde Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Creditor Phuong (Jayde) Trinh kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Kathleen P March
on behalf of Defendant Greyson Law Center PC kmarch@bkylawfirm.com kmarch3@sbcglobal.net,kmarch@sbcglobal.net

Keith C Owens
on behalf of Plaintiff Richard A. Marshack kowens@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Keith C Owens
on behalf of Creditor Committee Committee of Unsecured Creditors kowens@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Keith C Owens
on behalf of Intervenor OFFICIAL COMMITTEE OF UNSECURED CREDITORS kowens@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Keith C Owens
on behalf of Creditor Committee Post-Confirmation Oversight Committee kowens@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Kelli Ann Lee
on behalf of Plaintiff Richard A. Marshack Kelli.lee@dinsmore.com kristy.allen@dinsmore.com

Kelli Ann Lee
on behalf of Trustee Richard A Marshack (TR) Kelli.lee@dinsmore.com kristy.allen@dinsmore.com

Kenneth Misken
on behalf of U.S. Trustee United States Trustee Kenneth.M.Misken@usdoj.gov

Kenneth Misken
on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

Kevin Hoang
on behalf of Defendant Optimum Bank Holdings Inc. kevin@khoanglaw.com, emily@khoanglaw.com,wilma@khoanglaw.com

Kevin Hoang
on behalf of Defendant Moishe Gubin kevin@khoanglaw.com emily@khoanglaw.com,wilma@khoanglaw.com

Kevin Hoang
on behalf of Defendant Optimumbank kevin@khoanglaw.com emily@khoanglaw.com,wilma@khoanglaw.com

Kevin Alan Rogers
on behalf of Creditor Wells Marble and Hurst PLLC krogers@wellsmar.com

Kevin M Capuzzi
on behalf of Defendant Neiman Marcus Group Ltd LLC kcapuzzi@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M Capuzzi
on behalf of Defendant The Neiman Marcus Group LLC kcapuzzi@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kyra E Andrassy
on behalf of Interested Party Courtesy NEF kandrassy@raineslaw.com bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy
on behalf of Defendant Laili Corp. kandrassy@raineslaw.com bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy
on behalf of Defendant Arsha Corp. kandrassy@raineslaw.com bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy
on behalf of Defendant Mehrdad Shahrestani kandrassy@raineslaw.com bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy
on behalf of Defendant Arash Asante Bayrooti kandrassy@raineslaw.com bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy
on behalf of Defendant ABR Enterprises LLC kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy
on behalf of Defendant Yalda Shahrestani kandrassy@raineslaw.com bclark@raineslaw.com;csantiago@raineslaw.com

Laila Rais
on behalf of Interested Party Courtesy NEF lrais@marshackhays.com
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais
on behalf of Plaintiff Richard Marshack lrais@marshackhays.com
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais
on behalf of Interested Party Richard A. Marshack lrais@marshackhays.com
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais
on behalf of Trustee Richard A Marshack (TR) lrais@marshackhays.com
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Larry Rothman
on behalf of Interested Party Steven D. Silverstein tocollect@aol.com

Leslie A Cohen
on behalf of Defendant Master Consultants of America Inc. leslie@lesliecohenlaw.com
jaime@lesliecohenlaw.com;camille@lesliecohenlaw.com

Leslie A Cohen
on behalf of Interested Party Courtesy NEF leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;camille@lesliecohenlaw.com

Leslie A Cohen
on behalf of Defendant Rose Bianca Loli leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;camille@lesliecohenlaw.com

Leslie A Cohen

on behalf of Defendant Rosa Bianca Loli leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;camille@lesliecohenlaw.com

Leslie K Kaufman
on behalf of Defendant Brandon Vargas kaufman_kaufman.bankruptcy@yahoo.com kaufmanlr98210@notify.bestcase.com

Leslie K Kaufman
on behalf of Interested Party Courtesy NEF kaufman_kaufman.bankruptcy@yahoo.com kaufmanlr98210@notify.bestcase.com

Leslie K Kaufman
on behalf of Creditor Brandon Vargas kaufman_kaufman.bankruptcy@yahoo.com kaufmanlr98210@notify.bestcase.com

Lexi J. Epley
on behalf of Plaintiff Richard A. Marshack lexi.epley@dinsmore.com bonnie.connolly@dinsmore.com

Lisa Patel
on behalf of Defendant OptimumBank Holdings Inc. lpatel@lesnickprince.com, jmack@lesnickprince.com;porpe@lesnickprince.com;lpatel@ecf.courtdrive.com

Lorena Massey
on behalf of Creditor Oklahoma Tax Commission bankruptcy@tax.ok.gov

Lucy L. Thomson
lucythomson_cpo@earthlink.net

Manon Burns
on behalf of Creditor Credit Reporting Services Inc. mburns@awglaw.com

Marc C Forsythe
on behalf of Defendant Point Break Holdings LLC mforsythe@goeforlaw.com mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

Marc C Forsythe
on behalf of Defendant Integrity Docs LLC mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

Marc C Forsythe
on behalf of Defendant Clear Vision Financial LLC mforsythe@goeforlaw.com mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

Marc C Forsythe
on behalf of Creditor Point Break Holdings LLC mforsythe@goeforlaw.com mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

Marc C Forsythe
on behalf of Defendant Richard Nodelman mforsythe@goeforlaw.com mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

Marc C Forsythe
on behalf of Interested Party Integrity Docs LLC mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

Marc C Forsythe
on behalf of Defendant Perfect Financial LLC mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

Marven Mekha
on behalf of Plaintiff Richard A. Marshack marven.mekha@dinsmore.com bonnie.connolly@dinsmore.com

Mary H Haas
on behalf of Defendant Hershey Deustch maryhaas@dwt.com melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
on behalf of Defendant Israel Reches maryhaas@dwt.com melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
on behalf of Defendant Nachman Weisz maryhaas@dwt.com melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
on behalf of Defendant Clearfund Solutions LLC maryhaas@dwt.com melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
on behalf of Defendant Heshy Deutsch maryhaas@dwt.com

melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
on behalf of Defendant A Chance Funding LLC maryhaas@dwt.com
melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Mary H Haas
on behalf of Defendant Nachmy Weiss maryhaas@dwt.com
melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com

Matthew Sommer
on behalf of Plaintiff Richard A Marshack matthew.sommer@dinsmore.com carrie.davis@dinsmore.com

Matthew A Lesnick
on behalf of Defendant OptimumBank Holdings Inc. matt@lesnickprince.com,
matt@ecf.inforuptcy.com;jmack@lesnickprince.com;porpe@lesnickprince.com

Matthew J Stockl
on behalf of Plaintiff Richard A Marshack mstockl@otterbourg.com nregina@otterbourg.com

Matthew J Stockl
on behalf of Plaintiff Richard A. Marshack mstockl@otterbourg.com nregina@otterbourg.com

Matthew J Stockl
on behalf of Trustee Richard A Marshack (TR) mstockl@otterbourg.com nregina@otterbourg.com

Matthew J Stockl
on behalf of Plaintiff Richard A. Marshack mstockl@otterbourg.com nregina@otterbourg.com

Matthew S Steinberg
on behalf of Interested Party Debt Resolution Direct LLC msteinberg@cozen.com,
arincon@cozen.com;BPosivak@cozen.com;matthew-steinberg-5925@ecf.pacerpro.com

Matthew S Steinberg
on behalf of Trustee Richard A Marshack (TR) msteinberg@cozen.com
arincon@cozen.com;BPosivak@cozen.com;matthew-steinberg-5925@ecf.pacerpro.com

Matthew S Steinberg
on behalf of Defendant Debt Resolution Direct LLC msteinberg@cozen.com,
arincon@cozen.com;BPosivak@cozen.com;matthew-steinberg-5925@ecf.pacerpro.com

Maureen J Shanahan
on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Mstotaro@aol.com

Meredith Fahn
on behalf of Creditor Meredith Fahn fahn@sbcglobal.net

Meredith King
on behalf of Defendant Gallant Law Group mking@fsl.law
ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com;9446263420@filings.docketbird.com

Meredith King
on behalf of Interested Party Courtesy NEF mking@fsl.law
ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com;9446263420@filings.docketbird.com

Michael B Reynolds
on behalf of Defendant SMR Business Services LLC mreynolds@swlaw.com, kcollins@swlaw.com

Michael B Reynolds
on behalf of Defendant Sidereal Entertainment Group LLC mreynolds@swlaw.com, kcollins@swlaw.com

Michael B Reynolds
on behalf of Defendant Justin Conlon mreynolds@swlaw.com kcollins@swlaw.com

Michael B Reynolds
on behalf of Defendant Joshua Brown mreynolds@swlaw.com kcollins@swlaw.com

Michael D Lieberman
on behalf of Creditor Phillip A. Greenblatt PLLC mike@liebermandebtrelief.com

Michael F Chekian
on behalf of Creditor Elizabeth A. Shore mike@cheklaw.com chekianmr84018@notify.bestcase.com

Michael G Spector
on behalf of Defendant Sormeh Attarzadeh mgspector@aol.com mgslawoffice@aol.com

Michael G Spector
on behalf of Defendant Marketing Systems and Strategies LLC mgspector@aol.com mgslawoffice@aol.com

Michael G Spector
on behalf of Defendant Ace Tech Ops mgspector@aol.com mgslawoffice@aol.com

Michael G Spector

on behalf of Defendant Edward J. Quiroz III mgspector@aol.com, mgslawoffice@aol.com

Michael G Spector
on behalf of Defendant Anthony Derosa mgspector@aol.com mgslawoffice@aol.com

Michael G Spector
on behalf of Defendant Achme Inc. mgspector@aol.com, mgslawoffice@aol.com

Michael G Spector
on behalf of Defendant MBT Group Inc. mgspector@aol.com, mgslawoffice@aol.com

Michael Jay Berger
on behalf of Defendant Leucadia Enterprises Inc michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael L Branch
on behalf of Defendant Ace Business Solutions LLC mlb@schneiderbranchlaw.com

Michael R Pinkston
on behalf of Creditor Wells Marble and Hurst PLLC rpinkston@seyfarth.com, jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,bankruptcydocket@seyfarth.com

Michael R Totaro
on behalf of Interested Party Randall Baldwin Clark Ocbkatty@aol.com

Michael R Totaro
on behalf of Creditor Randall Baldwin Clark Attorney at Law PLLC Ocbkatty@aol.com

Michael W Davis
on behalf of Defendant Morning Law Group P.C. mdavis@dtolaw.com, ygodson@dtolaw.com

Milton Trent Spurlock
on behalf of Plaintiff Richard A. Marshack trent.spurlock@dinsmore.com

Milton Trent Spurlock
on behalf of Plaintiff Richard A Marshack trent.spurlock@dinsmore.com

Milton Trent Spurlock
on behalf of Trustee Richard A Marshack (TR) trent.spurlock@dinsmore.com

Mitchell Malachowski
on behalf of Defendant Envision Escondido Auto LLC mmalachowski@tysonmendes.com

Mitchell B Ludwig
on behalf of Creditor Fundura Capital Group mbl@kpclegal.com kas@kpclegal.com

Nathan Fransen
on behalf of Defendant Colonna Cohen Law PLLC nathan@fmattorney.com, deforest@fmattorney.com

Nathan Fransen
on behalf of Counter-Claimant Colonna Cohen Law PLLC nathan@fmattorney.com, deforest@fmattorney.com

Nicholas A Koffroth
on behalf of Other Professional Post-Confirmation Oversight Committee as Successor in Interest to the Official Committee of Unsecured Creditors nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
on behalf of Creditor Committee Committee of Unsecured Creditors nkoffroth@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
on behalf of Creditor Committee Post-Confirmation Oversight Committee nkoffroth@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
on behalf of Plaintiff Richard A. Marshack nkoffroth@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas A Koffroth
on behalf of Trustee Richard A Marshack (TR) nkoffroth@foxrothschild.com khoang@foxrothschild.com;ca.dkt@foxrothschild.com

Nicholas S Couchot
on behalf of Defendant Sidereal Entertainment Group LLC ncouchot@swlaw.com

Nicholas S Couchot
on behalf of Defendant Justin Conlon ncouchot@swlaw.com

Nicholas S Couchot
on behalf of Defendant SMR Business Services LLC ncouchot@swlaw.com

Noah K McCall
on behalf of Defendant Luke Enkosky nmccall@rschauerlaw.com NAnderson@RSchauerLaw.com

Olivia Scott
on behalf of Creditor Azzure Capital LLC olivia.scott@hklaw.com

Olivia Scott
on behalf of Creditor Hi Bar Capital LLC olivia.scott@hklaw.com

Ori S Blumenfeld
on behalf of Interested Party WORLD GLOBAL FUND LLC ori.blumenfeld@offitkurman.com, liyah.lewis@offitkurman.com;ik-maurice.ibe@offitkurman.com

Paige T Rolfe
on behalf of Defendant Sheil Stampwala prolfe@ztlegal.com maraki@ztlegal.com,sfritz@ztlegal.com,admin@ztlegal.com

Patrick M McCarthy
on behalf of Defendant Optimumbank pmccarthy@howardandhoward.com chodge@howardandhoward.com

Patrick M McCarthy
on behalf of Defendant Optimum Bank Holdings Inc. pmccarthy@howardandhoward.com, chodge@howardandhoward.com

Patrick M McCarthy
on behalf of Defendant Moishe Gubin pmccarthy@howardandhoward.com chodge@howardandhoward.com

Paul R Shankman
on behalf of Creditor United Partnerships LLC PShankman@fortislaw.com, info@fortislaw.com

Paul R Shankman
on behalf of Attorney Paul R. Shankman PShankman@fortislaw.com info@fortislaw.com

Peter L Isola
on behalf of Interested Party Merchants Credit Corporation pisola@hinshawlaw.com rmojica@hinshawlaw.com,iking@hinshawlaw.com;wschubert@hinshawlaw.com

Peter W Bowie
on behalf of Trustee Richard A Marshack (TR) peter.bowie@dinsmore.com caron.burke@dinsmore.com

Randall Baldwin Clark
on behalf of Interested Party Randall Baldwin Clark rbc@randallbclark.com

Randall P Mroczynski
on behalf of Defendant Mercedes-Benz USA LLC randym@cookseylaw.com

Randall P Mroczynski
on behalf of Defendant Mercedes-Benz Financial Services USA LLC randym@cookseylaw.com

Razmig Izakelian
on behalf of Plaintiff OHP-CDR LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
on behalf of Creditor OHP-CDR LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
on behalf of Plaintiff PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian
on behalf of Counter-Defendant PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian
on behalf of Defendant PurchaseCo 80 LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian
on behalf of Defendant Old Hickory Fund I GP LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian
on behalf of Defendant Daniel Young razmigizakelian@quinnemanuel.com

Razmig Izakelian
on behalf of Defendant Old Hickory Fund I GP LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
on behalf of Defendant OHP-CDR LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
on behalf of Counter-Defendant OHP-CDR LP razmigizakelian@quinnemanuel.com

Razmig Izakelian
on behalf of Defendant Adam Blum razmigizakelian@quinnemanuel.com

Reid A Winthrop
on behalf of Defendant Jess Walker reid@winthroplawgroup.com

Reid A Winthrop
on behalf of Defendant Fidelity Pandemic Relief Services Inc. reid@winthroplawgroup.com

Reid A Winthrop
on behalf of Defendant Master Builders of America Inc. reid@winthroplawgroup.com

Reilly D Wilkinson
on behalf of Defendant Gabe McCarthy rwilkinson@scheerlawgroup.com rwilkinson@ecf.courtdrive.com

Reilly D Wilkinson
on behalf of Defendant Oha Management LLC rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com

Reina Zepeda
on behalf of Other Professional Omni Agent Solutions rzepeda@omniagnt.com

Richard A Marshack (TR)
pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com

Richard D. Porotsky
on behalf of Plaintiff Richard A. Marshack maria.rother@dinsmore.com

Richard D. Porotsky
on behalf of Plaintiff Richard A Marshack maria.rother@dinsmore.com

Richard H Golubow
on behalf of Defendant MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
on behalf of Defendant Lark Hill Investments LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
on behalf of Creditor MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
on behalf of Defendant Veritas Investigative Solutions LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
on behalf of Defendant MC DVI Fund 2 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
on behalf of Defendant Strategic Business Partnerships LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
on behalf of Creditor MC DVI Fund 1 LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
on behalf of Defendant Craig Hunter rgolubow@wghlawyers.com jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
on behalf of Creditor Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
on behalf of Defendant Debt Validation Fund II LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard L. Hyde
on behalf of Interested Party Courtesy NEF richard.hyde@aalrr.com joseph.lee@aalrr.com

Richik Sarkar
on behalf of Plaintiff Richard A. Marshack richik.sarkar@dinsmore.com Noreen.Leciejewski@dinsmore.com

Robert P Goe
on behalf of Defendant John Sykes rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
on behalf of Defendant Darlene Collins rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
on behalf of Defendant Recon Pest Control Inc. rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
on behalf of Defendant Jimmy Chhor rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe

| | |
|---|---|
| | on behalf of Defendant Matt Collins rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Ronald K Brown | on behalf of Creditor SDCO Tustin Executive Center Inc. ron@rkbrownlaw.com |
| Ronald N Richards | on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com |
| Roye Zur | on behalf of Defendant LDR International Ltd. rzur@elkinskalt.com lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com |
| Roye Zur | on behalf of Defendant Delphine Pastor rzur@elkinskalt.com lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com |
| Roye Zur | on behalf of Defendant Laurent Reiss rzur@elkinskalt.com lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com |
| Samuel Mushegh Boyamian | on behalf of Interested Party Courtesy NEF samuel@marguliesfaithlaw.com Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com |
| Samuel Mushegh Boyamian | on behalf of Defendant Cobalt Funding Solutions LLC samuel@marguliesfaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com |
| Sara Johnston | on behalf of Plaintiff Richard A. Marshack sara.johnston@dinsmore.com autumn.burnett@dinsmore.com;lydia.tharp@dinsmore.com |
| Sara Johnston | on behalf of Plaintiff Richard A Marshack sara.johnston@dinsmore.com autumn.burnett@dinsmore.com;lydia.tharp@dinsmore.com |
| Sara Johnston | on behalf of Trustee Richard A Marshack (TR) sara.johnston@dinsmore.com autumn.burnett@dinsmore.com;lydia.tharp@dinsmore.com |
| Sara Johnston | on behalf of Plaintiff Richard A. Marshack sara.johnston@dinsmore.com autumn.burnett@dinsmore.com;lydia.tharp@dinsmore.com |
| Sarah S. Mattingly | on behalf of Plaintiff Richard A Marshack trustee of the LPG Liquidation Trust sarah.mattingly@dinsmore.com, brooke.hudson@dinsmore.com |
| Sarah S. Mattingly | on behalf of Trustee Richard A Marshack (TR) sarah.mattingly@dinsmore.com brooke.hudson@dinsmore.com |
| Sarah S. Mattingly | on behalf of Plaintiff Richard A. Marshack Chapter 11 Trustee sarah.mattingly@dinsmore.com, brooke.hudson@dinsmore.com |
| Sarah S. Mattingly | on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com brooke.hudson@dinsmore.com |
| Sarah S. Mattingly | on behalf of Plaintiff Richard A. Marshack sarah.mattingly@dinsmore.com brooke.hudson@dinsmore.com |
| Sarah S. Mattingly | on behalf of Plaintiff Richard A Marshack sarah.mattingly@dinsmore.com brooke.hudson@dinsmore.com |
| Sarah S. Mattingly | on behalf of Defendant Clearcube LLC sarah.mattingly@dinsmore.com brooke.hudson@dinsmore.com |
| Scott C. Frost | on behalf of Defendant Optimumbank sfrost@howardandhoward.com smc@h2law.com |
| Scott C. Frost | on behalf of Defendant Optimum Bank Holdings Inc. sfrost@howardandhoward.com, smc@h2law.com |
| Scott C. Frost | on behalf of Defendant Moishe Gubin sfrost@howardandhoward.com smc@h2law.com |
| Scott C. Frost | on behalf of Defendant Optimumbank.com sfrost@howardandhoward.com smc@h2law.com |
| Scott W Wellman | on behalf of Defendant Pacific Rose Consulting Group swellman@w-wlaw.com jklein@w-wlaw.com |
| Scott W Wellman | |

on behalf of Defendant Dana Cederberg swellman@w-wlaw.com jklein@w-wlaw.com

Scott W Wellman
on behalf of Defendant Summer Cederberg swellman@w-wlaw.com jklein@w-wlaw.com

Sharon Z. Weiss
on behalf of Creditor Hi Bar Capital LLC sharon.weiss@bclplaw.com
raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss
on behalf of Defendant All Service Financial L.L.C. sharon.weiss@bclplaw.com,
raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss
on behalf of Defendant Bonnie Silver sharon.weiss@bclplaw.com
raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss
on behalf of Defendant Vivian Stomel sharon.weiss@bclplaw.com
raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss
on behalf of Creditor Azzure Capital LLC sharon.weiss@bclplaw.com
raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss
on behalf of Defendant Joshua Stomel sharon.weiss@bclplaw.com
raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss
on behalf of Defendant Azzure Capital LLC sharon.weiss@bclplaw.com
raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Shawn M Christianson
on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com schristianson@buchalter.com

Siqin Wang
on behalf of Trustee Richard A Marshack (TR) carol.wang@dinsmore.com carrie.davis@dinsmore.com

Siqin Wang
on behalf of Plaintiff Richard A Marshack carol.wang@dinsmore.com carrie.davis@dinsmore.com

Spencer Keith Gray
on behalf of Defendant Eric Petersen spencer.gray@dinsmore.com lydia.tharp@dinsmore.com;sara.johnston@dinsmore.com

Spencer Keith Gray
on behalf of Plaintiff Richard A. Marshack spencer.gray@dinsmore.com
lydia.tharp@dinsmore.com;sara.johnston@dinsmore.com

Spencer Keith Gray
on behalf of Plaintiff Richard A Marshack spencer.gray@dinsmore.com
lydia.tharp@dinsmore.com;sara.johnston@dinsmore.com

Spencer Keith Gray
on behalf of Defendant Todd DiRoberto spencer.gray@dinsmore.com lydia.tharp@dinsmore.com;sara.johnston@dinsmore.com

Spencer Keith Gray
on behalf of Trustee Richard A Marshack (TR) spencer.gray@dinsmore.com
lydia.tharp@dinsmore.com;sara.johnston@dinsmore.com

Stella A Havkin
on behalf of Defendant Bridge Funding Cap LLC stella@havkinandshrago.com, shavkinesq@gmail.com

Stephen Franks
on behalf of Trustee Richard A Marshack (TR) stephen.franks@dinsmore.com michele.miller@dinsmore.com

Stephen Franks
on behalf of Plaintiff Richard A. Marshack stephen.franks@dinsmore.com michele.miller@dinsmore.com

Stephen Franks
on behalf of Plaintiff Richard A Marshack stephen.franks@dinsmore.com michele.miller@dinsmore.com

Steven M. Dailey
on behalf of Defendant Envision Escondido Auto LLC steven.dailey@kutakrock.com, irvineintake@kutakrock.com

Suzanne Marino
on behalf of Plaintiff Richard A. Marshack suzanne.marino@dinsmore.com

Sweeney Kelly
on behalf of Defendant Fidelity National Information Services Inc. kelly@ksgklaw.com

Sweeney Kelly
on behalf of Defendant Worldpay LLC kelly@ksgklaw.com

Sweeney Kelly
on behalf of Defendant Fidelity National Information Services Inc. dba FIS kelly@ksgklaw.com

Sweeney Kelly
on behalf of Defendant Worldpay Group kelly@ksgklaw.com

Todd A Boock
on behalf of Defendant Pitney Bowes Inc. todd@bnsklaw.com kaitlyn@bnsklaw.com;sharlah@bnsklaw.com

Todd A Boock
on behalf of Creditor Pitney Bowes Inc. todd@bnsklaw.com kaitlyn@bnsklaw.com;sharlah@bnsklaw.com

Todd C. Ringstad
on behalf of Interested Party Morning Law Group P.C. becky@ringstadlaw.com, arlene@ringstadlaw.com

Tony May
on behalf of Defendant Matthew Lovelady tmay@maybrocklaw.com

Tyler Powell
on behalf of Counter-Claimant Richard A. Marshack tyler.powell@dinsmore.com elissa.lizer@dinsmore.com

Tyler Powell
on behalf of Trustee Richard A Marshack (TR) tyler.powell@dinsmore.com elissa.lizer@dinsmore.com

Tyler Powell
on behalf of Counter-Defendant Richard A Marshack (TR) tyler.powell@dinsmore.com elissa.lizer@dinsmore.com

Tyler Powell
on behalf of Defendant Everyday Funding Group LLC tyler.powell@dinsmore.com elissa.lizer@dinsmore.com

Tyler Powell
on behalf of Defendant Richard A. Marshack tyler.powell@dinsmore.com elissa.lizer@dinsmore.com

Tyler Powell
on behalf of Plaintiff Richard A Marshack tyler.powell@dinsmore.com elissa.lizer@dinsmore.com

Tyler Powell
on behalf of Plaintiff Richard A. Marshack tyler.powell@dinsmore.com elissa.lizer@dinsmore.com

Tyler Powell
on behalf of Counter-Claimant Richard A Marshack (TR) tyler.powell@dinsmore.com elissa.lizer@dinsmore.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Valerie Bantner Peo
on behalf of Defendant Principal Life Insurance Company vbantnerpeo@buchalter.com cmcintire@buchalter.com

Vanessa Rodriguez
on behalf of Plaintiff Richard A Marshack vanessa.rodriguez@dinsmore.com bonnie.connolly@dinsmore.com

Vanessa Rodriguez
on behalf of Trustee Richard A Marshack (TR) vanessa.rodriguez@dinsmore.com bonnie.connolly@dinsmore.com

Vanessa Rodriguez
on behalf of Plaintiff Richard A. Marshack vanessa.rodriguez@dinsmore.com bonnie.connolly@dinsmore.com

Veneeta Jaswal
on behalf of Plaintiff Richard A Marshack jeanette.garcia@dinsmore.com

Veneeta Jaswal
on behalf of Trustee Richard A Marshack (TR) jeanette.garcia@dinsmore.com

Veneeta Jaswal
on behalf of Interested Party Courtesy NEF Veneeta.Jaswal@jacksonlewis.com jeanette.garcia@dinsmore.com

Veneeta Jaswal
on behalf of Plaintiff Richard A. Marshack Veneeta.Jaswal@jacksonlewis.com jeanette.garcia@dinsmore.com

Veneeta Jaswal
on behalf of Plaintiff Richard A. Marshack jeanette.garcia@dinsmore.com

Victoria Newmark
on behalf of Interested Party Consumer Legal Group P.C. vnewmark@pszjlaw.com,
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant Consumer Legal Group PC vnewmark@pszjlaw.com,
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant MCA Fund ADV Inc. vnewmark@pszjlaw.com
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Interested Party LGS Holdco LLC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant Solomon Feig vnewmark@pszjlaw.com hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant Inlane Inc vnewmark@pszjlaw.com hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Interested Party Liberty Acquisitions Group Inc. vnewmark@pszjlaw.com hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant Gary Fegel vnewmark@pszjlaw.com hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant LGS Holdco LLC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant GMF Capital LLC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant Genesis Equity Group Funding LLC vnewmark@pszjlaw.com hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant Yitzchok Blum vnewmark@pszjlaw.com hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant YNS Funding LLC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Defendant Aly Management LLC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Vincent Renda
on behalf of Plaintiff Richard A Marshack vr@pinlegal.com ld@pinlegal.com

Vincent Renda
on behalf of Defendant Eric Petersen vr@pinlegal.com ld@pinlegal.com

Vincent Renda
on behalf of Creditor Unified Global Research Group Inc vr@pinlegal.com, ld@pinlegal.com

Vincent Renda
on behalf of Defendant Todd DiRoberto vr@pinlegal.com ld@pinlegal.com

William McCormick
on behalf of Creditor TN Dept of Revenue Bill.McCormick@ag.tn.gov

William J Wall
on behalf of Defendant Joshua Michael Bois wwall@wall-law.com

William J Wall
on behalf of Witness Bradford Lee wwall@wall-law.com

William J Wall
on behalf of Defendant 2030 Ventures Inc. wwall@wall-law.com

William P. Fennell
on behalf of Creditor Validation Partners LLC william.fennell@fennelllaw.com office@fennelllaw.com,wpf@ecf.courtdrive.com,hala.hammi@fennelllaw.com,naomi.cwalinski@fennelllaw.com,samantha.larimer@fennelllaw.com,mackenzie.rivera@fennelllaw.com,luralene.schultz@fennelllaw.com

Yisrael Gelb
on behalf of Defendant Bridge Funding Cap LLC yisrael@gelblawapc.com

Yosina M Lissebeck
on behalf of U.S. Trustee United States Trustee (SA) yosina.lissebeck@dinsmore.com caron.burke@dinsmore.com;Cynthia.Lam@Dinsmore.com

Yosina M Lissebeck
on behalf of Trustee Richard A Marshack (TR) yosina.lissebeck@dinsmore.com
caron.burke@dinsmore.com;Cynthia.Lam@Dinsmore.com

Yosina M Lissebeck
on behalf of Special Counsel Dinsmore & Shohl LLP yosina.lissebeck@dinsmore.com
caron.burke@dinsmore.com;Cynthia.Lam@Dinsmore.com

Yosina M Lissebeck
on behalf of Plaintiff Richard A Marshack trustee of the LPG Liquidation Trust yosina.lissebeck@dinsmore.com,
caron.burke@dinsmore.com;Cynthia.Lam@Dinsmore.com

Yosina M Lissebeck
on behalf of Plaintiff Richard A Marshack yosina.lissebeck@dinsmore.com
caron.burke@dinsmore.com;Cynthia.Lam@Dinsmore.com

Yosina M Lissebeck
on behalf of Defendant Richard A. Marshack yosina.lissebeck@dinsmore.com
caron.burke@dinsmore.com;Cynthia.Lam@Dinsmore.com

Yosina M Lissebeck
on behalf of Counter-Claimant Richard A. Marshack yosina.lissebeck@dinsmore.com
caron.burke@dinsmore.com;Cynthia.Lam@Dinsmore.com

Yosina M Lissebeck
on behalf of Plaintiff Richard A. Marshack yosina.lissebeck@dinsmore.com
caron.burke@dinsmore.com;Cynthia.Lam@Dinsmore.com

Zachary Diederichs
on behalf of Plaintiff Richard A. Marshack zachary.diederichs@dinsmore.com

Zachary Diederichs
on behalf of Trustee Richard A Marshack (TR) zachary.diederichs@dinsmore.com

Zachary Diederichs
on behalf of Plaintiff Richard A Marshack zachary.diederichs@dinsmore.com

Zachary Diederichs
on behalf of Plaintiff Richard A. Marshack zachary.diederichs@dinsmore.com

Zev Shechtman
on behalf of Interested Party Morning Law Group P.C. Zev.Shechtman@saul.com,
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
Bribiesca@saul.com

Zev Shechtman
on behalf of Interested Party Danning Gill Israel & Krasnoff LLP Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
Bribiesca@saul.com

TOTAL: 555

FILED & ENTERED

NOV 20 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

In re:

The Litigation Practice Group P.C.,

Debtor(s).

Case No.: 8:23-bk-10571-SC

CHAPTER 11

**ORDER CONTINUING HEARING ON MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM OF UNITED PARTNERSHIPS [DK. 671]**

Date: March 4, 2027
Time: 10:00 AM
Courtroom: 5C

The hearing on the Motion For Allowance Of Administrative Claim Pursuant To 11 U.S.C. Section 503 (United Partnerships, LLC) [Dk. 671] set for March 4, 2027, is hereby CONTINUED to March 10, 2027, at 10;00 a.m.

**IT IS SO ORDERED.**

Date: November 20, 2026

Scott C. Clarkson
United States Bankruptcy Judge